INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 29 2013 ★

LONG ISLAND OFFICE

1. Title of Case: __United States v. Phillip A. Kenner and Tommy C. Constantine, also known as "Tommy C. Hormovitis"__

2. Related Magistrate Docket Number(s):_____

   None (X)

3. Arrest Date: _____

4. Nature of offense(s):  X   Felony
                          ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:   Less than 6 weeks   ( )
                                More than 6 weeks   (X)

7. County in which crime was allegedly committed: __Suffolk__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?           (X) Yes  ( ) No

9. Have arrest warrants been ordered?                 (X) Yes  ( ) No

10. Is a capital count included in the indictment?    ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Carrie N. Capwell
Assistant U.S. Attorney
631-715-7900

Rev. 10/01/03