CNC
F.#2013R00948

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ NOV 13 2013 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

PHILLIP A. KENNER and
TOMMY C. CONSTANTINE,
   also known as
   "Tommy C. Hormovitis,"

           Defendants.

- - - - - - - - - - - - - - -X

**UNSEALING ORDER**

13 CR 607(JFB)

EASTERN DISTRICT OF NEW YORK, SS:

      Upon the application of Assistant United States

Attorney Carrie Capwell, it is hereby ORDERED that the Indictment

in the above-captioned matter, which was filed under seal on October

29, 2013, as well as the arrest warrants in the above-captioned case,

be unsealed, as both defendants were arrested on November 13, 2013.

Date: November 13, 2013
     Central Islip, New York

s/ Joseph F. Bianco

HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK