DMJ:dmj
F. #2013R00948

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -

PHILLIP A. KENNER,
and
TOMMY C. CONSTANTINE,
  also known as 'Tommy C. Hormovitis,"

        Defendants.

NOTICE OF APPEARANCE

Cr. No. 13 CR 607 (JFB)

– – – – – – – – – – – – – – – – – X

        PLEASE TAKE NOTICE that Assistant United States Attorney Demetri M. Jones from this point forward will be added as counsel for the government in the above-captioned case.

        All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Demetri M. Jones
> United States Attorney's Office Criminal Division
> 610 Federal Plaza
> Central Islip, New York 11722
> Tel: (631) 715-7900
> Email:demetri.jones@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all

future ECF notifications are sent to Assistant United States Attorney Demetri M. Jones at the email address set forth above.

Dated: Central Islip, New York
November 15, 2013

                                            Respectfully submitted,

                                            LORETTA E. LYNCH
                                            United States Attorney

                             By:    /s/
                                            Demetri M. Jones
                                            Assistant U.S. Attorney

cc: Clerk of the Court (JFB)