F#:2013R00948

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,

- against -

PHILLIP A. KENNER, et al;

        Defendants.

----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 07 2013 ★
LONG ISLAND OFFICE

**NOTICE OF PENDENCY**

13-CR-607   (JFB)

      **NOTICE IS HEREBY GIVEN** that on or about October 29 2013, an Indictment was filed in the above-referenced criminal action against defendant PHILLIP A. KENNER. In the Indictment, the United States seeks forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), 982(a)(1) and (b)(1) and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offenses to forfeit any property constituting or derived from proceeds obtained directly or indirectly as a result of violations of Title 18, United States Code, Section, 1349, more specifically conspiracy to commit wire and mail fraud, and all property involved in and traceable to such property. The Indictment further provides notice of the intent of the United States to seek forfeiture of specific property, including any and all right, title and interest in the real properties and appurtenances, improvements, fixtures, attachments, and easements known as 10705 East Cactus Road, Scottsdale, Arizona, APN #217-27-048C (the "Property"). A copy of the Indictment is attached hereto as Exhibit "A".

      Accordingly, notice is hereby given that, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States will seek

forfeiture of the Property.

The record owner of the Property is Phillip A. Kenner and Tracy Kenner

The Property affected by this action is described as follows:

10705 East Cactus Road, Scottsdale, Arizona, APN #217-27-048C

**TO THE CLERK OF MARICOPA COUNTY, STATE OF ARIZONA:**

You are hereby required to index this notice in the appropriate county records against the real property and premises known as **10705 East Cactus Road, Scottsdale, Arizona, APN #217-27-048C** which is affected by this criminal prosecution, against the respective record owners of the above-described real property and premises known as **10705 East Cactus Road, Scottsdale, Arizona, APN #217-27-048C** and against lots on the map of Maricopa County.

Dated: Central Islip, New York
November 7, 2013

> LORETTA E. LYNCH
> United States Attorney
> Eastern District of New York
> 610 Federal Plaza, 5th Floor
> Central Islip, New York 11722
>
> By: *[signature]*
> Diane C. Leonardo
> Assistant U.S. Attorney
> (631) 715-7854