

U.S. Department of Justice

United States Attorney
Eastern District of New York

CNC
F.#2013R00948

610 Federal Plaza
Central Islip, New York 11722

November 21, 2013

**By Hand and ECF**

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Tommy C. Constantine, a.k.a "Tommy Hormovitis"
              Criminal Docket No. 13-607 (JFB )

Dear Judge Bianco:

      Pursuant to Your Honor's request at today's court appearance in the above-captioned matter, the government hereby provides the Court with (1) the transcript from the November 15, 2013 detention hearing in the District of Arizona; and (2) the defendant's Detention Brief and exhibits, filed in the District of Arizona on November 15, 2013. The government has provided Edward Little, Esq., counsel for the defendant, with copies of the three transcripts of the defendant's bail hearing in Arizona.

                      Respectfully submitted,

                      LORETTA E. LYNCH
                      United States Attorney

        By:    /s/Carrie N. Capwell
                      Carrie N. Capwell
                      Assistant U.S. Attorney
                      (631) 715-7836

Enclosures

cc:    Clerk of the Court (JFB) (By ECF without enclosures)