<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>
<u>BEFORE</u>: Bianco,J.

<u>DATE</u>:11/21/13          <u>TIME</u>:1:30 p.m.     Time in court:7 min.

<u>DOCKET NUMBER</u>:  CR 13-0607         <u>TITLE</u>: USA v. Tommy Constantine

<u>DEFT NAME</u>: Tommy Constantine       <u>DEFT</u>: #
___ PRESENT  X  NOT PRESENT  X  IN CUSTODY  ___ ON BAIL

<u>ATTY FOR DEFT</u>: Edward Little
 X PRESENT       ___ NOT PRESENT      X  RETAINED      ___ C.J.A.
                                        ___ FED. DEF. OF NY, INC.

<u>A.U.S.A.</u>:Carrie Capwell and Demetri Jones

<u>DEPUTY CLERK</u>: Michele Savona

<u>PROBATION</u>:

COURT REPORTER: ___ P. AUERBACH    ___ E. COMBS    ___ P. LOMBARDI
 __ H. RAPAPORT __ M. FOLEY  X  D. TURSI  ___ O. WICKER ___ S. PICOZZI

<u>FTR</u>:

<u>INTERPRETER</u>:


 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO_____FOR_____

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
    _____

___ ARGUMENT HEARD    ___ MOTION GRANTED.   ___ MOTION DENIED.
                      ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-_____    START DATE: //13 XSTRT
                              STOP DATE:  //13 XSTOP

 X  NEXT STATUS CONFERENCE SET FOR 12/11/13 at 1:00 p.m.

___ DEFT. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

___ MOTIONS TO BE MADE BY_____

___ RESPONSE BY GOVERNMENT BY_____

___ REPLY IF ANY BY_____

___ HEARING SET FOR:_____

 X    OTHER: Motion to revoke release order and stay release granted by Magistrate Judge in the District of Arizona is granted.

Case 2:13-cr-00607-JFB-AYS   Document 11   Filed 11/21/13   Page 2 of 2 PageID #: 172