TAM:DCL:js
F. #2013R00948

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                               **NOTICE OF APPEARANCE**

    - against -                                            Cr. No. 13 CR 607 (JFB)

PHILLIP A. KENNER,
and
TOMMY C. CONSTANTINE,
  also known as "Tommy C. Hormovitis",

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        **PLEASE TAKE NOTICE** that Assistant United States Attorney DIANE C. LEONARDO from this point forward will be added as counsel for the government in the above-captioned case.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Diane C. Leonardo
        United States Attorney's Office, Civil Division
        610 Federal Plaza, 5th floor
        Central Islip, New York 11722
        Tel: (631) 715-7854
        Email: diane.beckmann@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF

notifications are sent to Assistant United States Attorney Diane C. Leonardo at the email address set forth above.

Dated: Central Islip, New York
      November 22, 2013

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York
                              Attorney for Defendant
                              610 Federal Plaza, 5th Fl.
                              Central Islip, New York 11722

                    By:    /s/ Diane C. Leonardo
                              DIANE C. LEONARDO
                              Assistant U.S. Attorney
                              (631) 715-7854

cc:
Clerk of the Court (JFB)