UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

UNITED STATES OF AMERICA

- against -

PHILIP KENNER and
TOMMY CONSTANTINE
                Defendants
----------------------------------------------------X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  NOV 21 2013  ★

LONG ISLAND OFFICE

NOTICE OF ATTORNEY APPEARANCE

Case Number: CR 13-607 (JB)

PLEASE NOTICE, that I have been retained by Tommy Constantine, the above named (Plaintiff/Defendant), for arraignment purposes only. I was admitted to practice in this District on March 1975.

PRINT NAME: Edward J.M. Little

SIGNATURE: [signature]

BAR CODE: EL 2321
First and Last Initial and the Last Four Digits of Your Social Security Number

FIRM NAME: HUGHES HUBBARD + REED LLP

ADDRESS: ONE BATTERY PARK PLAZA
Street Address

NY            NY            10004
City          State         Zip Code

E-MAIL: little@hugheshubbard.com

PHONE NUMBER: (212) 837-6400