DMJ:dmj
F. #2013R00948

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 21 2013 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - against -

TOMMY C. CONSTANTINE,
   also known as
   "Tommy C. Hormovitis,"

        Defendant.

- - - - - - - - - - - - - - - - X

O R D E R

Cr. No. 13 CR 607 (JFB)

      Upon the motion of the United States of America, by its counsel, pursuant to 18 U.S.C. § 3145(a)(1) and 28 U.S.C. § 1651(a), for the review and stay of the release order for the above-named defendant entered by the Honorable Bridget S. Bade, United States Magistrate Judge, District of Arizona on November 20, 2013, it is hereby

      ORDERED, that a hearing on the government's motion for revocation of said release order be promptly docketed and heard in this Court as soon as the parties are able to so appear.

      IT IS FURTHER ORDERED, that the release order entered on November 20, 2013, by the Honorable Bridget S. Bade, United States Magistrate Judge, District of Arizona, is hereby stayed pending

the disposition of the government's motion for review of said release order in the Eastern District of New York.

IT IS FURTHER ORDERED that the Clerk of the Court shall send, by facsimile, certified copies of this Order to the Honorable Bridget S. Bade, United States Magistrate Judge, District of Arizona, the Clerk's Office in the Eastern District of New York, the defendant's counsel and the attorneys for the government in the District of Arizona and the Eastern District of New York.

Dated:  Central Islip, New York
        November 21, 2013

SO ORDERED:

HON. JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK