## CRIMINAL CAUSE FOR ARRAIGNMENT

**BEFORE:** Bianco, J.           **DATE:** 12/4/2013         **TIME:** 11:20 p.m.
                                                              **TIME IN COURT:** 15 minutes

**DOCKET NUMBER:** CR 13-607     **TITLE:** USA v. PHILLIP A. KENNER

**DEFT NAME:** Phillip A. Kenner          **DEFT:** # 1
_X_ PRESENT  ___ NOT PRESENT     _X_ IN CUSTODY   ___ ON BAIL

**ATTY. FOR DEFT.:** Randi Chavis
_X_ PRESENT  ___ NOT PRESENT              ___ RET   ___ CJA
                                          _X_ FED. DEF.  ___ U.S.

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ DEC 04 2013 ★
LONG ISLAND OFFICE

**A.U.S.A.:** Carrie Capwell, Demetri Jones, Diane Leonardo

**DEPUTY CLERK:** L. Fagan

**COURT REPORTER:**  ___ P. AUERBACH   _X_ E. COMBS   ___ P. LOMBARDI
___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER
___ S. PICOZZI

**INTERPRETER:** _____

_X_  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

_X_  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE: _____

_X_  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

_X_  DEFT. CONTINUED IN CUSTODY.

_X_  ORDER OF DETENTION ENTERED.

___  BAIL SET AT _____

___  MOTIONS TO BE FILED BY _____

___  GOVERNMENT'S RESPONSE DUE _____

___  REPLY PAPERS, IF ANY, DUE _____

**X**  SPEEDY TRIAL INFORMATION:
     ~~CODE~~ TYPE:   X-T          START DATE: **12/4/2013** XSTRT
                                   STOP DATE:  **1/22/2014** XSTOP

**X**  NEXT STATUS CONFERENCE SET FOR   **January 22, 2014 at 1:00 p.m.**

**X**  OTHER: The Order of Detention is without prejudice to future bail applicaton