# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

November 25, 2013

USDC, Eastern District of New York
ATTN: Clerk of the Court
Theodore Roosevelt U.S Courthouse
225 Cadman Plaza East, Room 118S
Brooklyn, NY 11201-1818

RE: USA v. Tommy C. Constantine
Your case number: CR-13-0607-02 JFB
Arizona case number: 13-07383M-002

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 05 2013 ★

LONG ISLAND OFFICE

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Bridget S. Bade in Phoenix, Arizona. The following action has been taken.

☒   U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

BRIAN D. KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/E. Leon
Elaine Leon, Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No.  13-07383M |
| Tommy C. Constantine | ) | Charging District's |
| *Defendant* | ) | Case No.  CR-13-607 |

RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX
2013 NOV 22  AM 9:35

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ Eastern _____ District of _____ New York _____,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:
_____.

The defendant:   ☒ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __11/21/13__   _____
*Judge's signature*

Bridget S. Bade, United States Magistrate Judge
*Printed name and title*

CERTIFIED TO BE A TRUE COPY
DATED: _____
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
BY _____
DEPUTY CLERK

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:13-mj-07383-BSB |
| Tommy C. Constantine - 002, et al. | ) |
| | ) Charging District's Case No. CR-13-607 |
| *Defendant* | ) |

☑ FILED ☐ LODGED
~~RECEIVED~~ ~~COPY~~
NOV 2 0 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Eastern District of New York__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __11/18/2013__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

__Carmen A. Chenal (009428)__
*Printed name of defendant's attorney*

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:13-mj-07383-BSB-2
### Internal Use Only

Case title: USA v. Kenner et al

Date Filed: 11/13/2013
Date Terminated: 11/22/2013

Assigned to: Magistrate Judge Bridget S Bade

**Defendant (2)**

**Tommy C Constantine**
*TERMINATED: 11/22/2013*
*also known as*
Tommy C Hormovitis
*TERMINATED: 11/22/2013*

represented by **Carmen A Chenal**
Wilenchik & Bartness PC
2810 N 3rd St.
Phoenix, AZ 85004
602-606-2810
Fax: 602-606-2811
Email: carmenc@wb-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Dennis Ira Wilenchik**
Wilenchik & Bartness PC
2810 N 3rd St., Ste. 103
Phoenix, AZ 85004
602-606-2810
Fax: 602-606-2811
Email: diw@wb-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1349; Attempt and Conspiracy to Commit Mail Fraud | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Vincent Quill Kirby**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-514-7650<br>Email: Vincent.Kirby@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2013 | 3 | Arrest (Rule 5) warrant from the Eastern District of New York as to Tommy C Constantine (2). Charging document filed at doc. 1. (SMH) (Entered: 11/14/2013) |
| 11/14/2013 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S Bade: Initial Appearance in Rule 5 Proceedings as to Tommy C Constantine held on 11/14/2013. Notice of Appearance entered by Carmen A Chenal on behalf of defendant. Rule 5 Identity Hearing waived. Warrant of Removal will not issued. Defense counsel is directed by the Court to complete and submit the proper waiver form by the next hearing.<br><br>**Appearances**: AUSA Dominic Lanza for the Government, retained attorney Carmen Chenal for defendant. Defendant is present and in custody. Detention Hearing set for 11/15/2013 at 01:30 PM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S Bade. (Recorded by COURTSMART.) Hearing held 3:16 PM to 3:20 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 11/14/2013) |
| 11/14/2013 | 5 | NOTICE OF ATTORNEY APPEARANCE: Retained attorney Carmen A Chenal appearing for Tommy C Constantine. (SMH) (Entered: 11/14/2013) |
| 11/14/2013 | 6 | NOTICE *Detention Brief* by USA as to Tommy C Constantine. (Attachments: # 1 Exhibit, # 2 Exhibit)(Lanza, Dominic) (Entered: 11/14/2013) |

| 11/15/2013 | 7 | IT IS ORDERED the Detention Hearing, as to Tommy C Constantine, presently set for 11/15/13 at 1:30 PM is RESET AS TO TIME ONLY. Detention Hearing set for 11/15/2013 at 01:15 PM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S. Bade. (BSB, ew)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 11/15/2013) |
|---|---|---|
| 11/15/2013 | 8 | *EXHIBIT LIST and Witnesses List by Tommy C Constantine (Chenal, Carmen) *Modified to include text on 11/18/2013 (KMG). (Entered: 11/15/2013) |
| 11/15/2013 | 9 | *Detention BRIEF/Request for Release Conditions by Tommy C Constantine (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E-1, # 6 Exhibit E-2)(Chenal, Carmen) *Modified to include text on 11/18/2013 (KMG). (Entered: 11/15/2013) |
| 11/15/2013 | 10 | TRANSCRIPT REQUEST by USA as to Tommy C Constantine for proceedings held on 11/15/2013 before Judge Bade. (Lanza, Dominic) (Entered: 11/15/2013) |
| 11/15/2013 | 11 | MOTION for Leave to Appear Telephonically of Witness Jennifer Constantine at Hearing on November 18, 2013 at 3:00 pm by Tommy C Constantine. (Chenal, Carmen) (Entered: 11/15/2013) |
| 11/15/2013 | 13 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S Bade: Detention Hearing as to Tommy C Constantine begun on 11/15/2013.<br><br>**Appearances**: AUSA Dominic Lanza for the Government, retained attorney Carmen Chenal for defendant. Defendant is present and in custody. Detention Hearing continued for 11/18/2013 at 03:00 PM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S Bade. (Recorded by COURTSMART.) Hearing held 1:24 PM to 2:04 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 11/18/2013) |
| 11/18/2013 | 14 | ORDER as to Tommy C Constantine re: 11 Motion to Appear Telephonically, granting the telephonic appearance of Jennifer Constantine at the detention hearing scheduled for Monday, November 18, 2013 at 3:00 p.m. before Magistrate Judge Bridget S. Bade, Sandra Day OConnor U.S. Courthouse, Courtroom 501, Phoenix, Arizona. Signed by Magistrate Judge Bridget S Bade on 11/18/13.(ESL) (Entered: 11/18/2013) |
| 11/18/2013 | 15 | EXHIBIT LIST by Tommy C Constantine (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 (part 1 of 2), # 6 Exhibit 5 (part 2 of 2))(Chenal, Carmen) (Entered: 11/18/2013) |
| 11/18/2013 | 17 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Detention Hearing as to Tommy C Constantine held on 11/15/2013, before Magistrate Judge Bade. Transcriber Candy Potter. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/9/2013. Redacted Transcript Deadline set for 12/19/2013. Release of Transcript Restriction set |

| | | for 2/18/2014. (MAS) (Entered: 11/18/2013) |
|---|---|---|
| 11/18/2013 | 19 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S Bade: Detention Hearing as to Tommy C. Constantine continued on 11/18/2013. Oral argument continues. Defendant Tommy C. Constantine sworn and examined.<br><br>**Appearances**: AUSA Dominic Lanza for the government, retained attorney Dennis Wilenchik and Carmen Chenal for defendant. Defendant is present and in custody. Continuation of Detention Hearing set for 11/20/2013 at 04:00 PM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S Bade. (Recorded by COURTSMART.) Hearing held 3:07 PM to 4:27 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 11/19/2013) |
| 11/19/2013 | 18 | NOTICE OF ATTORNEY APPEARANCE: Dennis Ira Wilenchik appearing for Tommy C Constantine . (Wilenchik, Dennis) (Entered: 11/19/2013) |
| 11/20/2013 | 21 | TRANSCRIPT REQUEST for proceedings held on 11/18/2013 before Judge Bade. (Capwell, Carrie) (VPB) (Entered: 11/20/2013) |
| 11/20/2013 | 22 | TRANSCRIPT REQUEST for proceedings held on 11/20/2013 before Judge Bade. (Capwell, Carrie)(VPB) (Entered: 11/20/2013) |
| 11/20/2013 | 28 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S Bade: Detention Hearing as to Tommy C Constantine held on 11/20/2013. Defendant ordered released on a $500,000 property bond and with conditions. Defense counsel is directed to record and file the bond no later than Friday, November 22, 2013. The Government requests a 24 hour stay of release. GRANTED. The Court orders the defendant to be brought to the Courthouse on Friday, November 22, 2013 BAG AND BAGGAGE. Should circumstances change, the Government is to contact the Court as soon as possible. Rule 5 Identity Hearing waived.<br><br>**Appearances**: AUSA Dominic Lanza for the Government, retained attorney Carmen Chenal for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 4:33 PM to 4:54 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 11/21/2013) |
| 11/20/2013 | 29 | WAIVER of Rule 5 and 5.1 Hearings by Tommy C Constantine. (ESL) (Entered: 11/21/2013) |
| 11/20/2013 | 36 | *STAYED per order filed in the Distcict of New York. Order Setting Conditions of Release as to Tommy C Constantine. Signed by Magistrate Judge Bridget S Bade on 11/20/13. (Note: Redacted Bond paperwork is also attached. Original Bond located with Customer Service.)(ESL) (Entered: 11/25/2013) |
| 11/21/2013 | 30 | IT IS ORDERED vacating the Bag and Baggage (Release from USMS Lock-up), as to Tommy C Constantine presently set for 11/22/13 at 8:30 a.m before Magistrate Judge David K. Duncan. Ordered by Magistrate Judge |

| | | |
|---|---|---|
| | | Bridget S. Bade.(BSB, ew)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 11/21/2013) |
| 11/21/2013 | 31 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Detention Hearing - Part 2) as to Tommy C Constantine held on 11/18/2013, before Magistrate Judge Bade. Transcriber Elizabeth Lemke. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/12/2013. Redacted Transcript Deadline set for 12/23/2013. Release of Transcript Restriction set for 2/19/2014. (MAS) (Entered: 11/21/2013) |
| 11/21/2013 | 32 | Miscellaneous Document: Order from the Eastern District of New York as to the release of Tommy C Constantine. that the release order entered on November 20, 2013, by the Honorable Bridget S. Bade, United States Magistrate Judge, District of Arizona, is hereby stayed pending the disposition of the government's motion for review of said release order in the Eastern District of New York. (ESL) (Entered: 11/21/2013) |
| 11/21/2013 | 33 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Detention Hearing Part 3) as to Tommy C Constantine held on 11/20/2013, before Magistrate Judge Bade. Transcriber Elizabeth Lemke. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/12/2013. Redacted Transcript Deadline set for 12/23/2013. Release of Transcript Restriction set for 2/19/2014. (MAS) (Entered: 11/21/2013) |
| 11/22/2013 | 34 | COMMITMENT TO ANOTHER DISTRICT as to Tommy C. Constantine. Defendant committed to the Eastern District of New York. Signed by Magistrate Judge Bridget S. Bade on 11/21/2013. (MRH) (Entered: 11/22/2013) |
| 11/25/2013 | 37 | Letter addressed to the Eastern District of New York regarding the availability of Rule 5 documents as to Tommy C Constantine. (ESL) (Entered: 11/25/2013) |

## United States District Court--District of Arizona - Phoenix
## Order Setting Conditions of Release

DATE:          CASE NUMBER: 13-07383M-002

USA vs. Tommy C. Constantine

☐ **PERSONAL RECOGNIZANCE**
☒ **AMOUNT OF BOND** $500,000
         ☐ UNSECURED
         ☒ SECURED BY
         SECURITY TO BE POSTED BY November 20, 2013
**NEXT APPEARANCE** or as directed through counsel
☐ 401 West Washington St., Phoenix, AZ, Courtroom #, Floor
☐ Goodwin & Cortez, US Post Office Bldg., Prescott, AZ, 2nd Floor

☑ FILED    ☐ LODGED
☐ RECEIVED    ☐ COPY
NOV 20 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### IT IS ORDERED THAT DEFENDANT IS SUBJECT TO:

☒     appear at all proceedings as required and to surrender for [...]

☒     not commit any federal, state or local crime.

☒     cooperate in the collection of a DNA sample if the colle[...]

☒     immediately advise the court, defense counsel and U.S. [...]

☒     maintain or actively seek verifiable employment or (comb[...] provide proof of such to Pretrial Services.

☒     not travel outside of: Arizona except Defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only, unless express PRIOR Court or Pretrial Services permission is granted to do so.

☒     avoid all direct or indirect contact with: co-defendants, alleged victims, and witnesses unless prior Court or Pretrial Services permission is granted.

☒     report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.

☐     report as directed to the U.S. PROBATION OFFICE 602-322-7400 and abide by all terms of conditions of Supervised Release/Probation.

☒     execute an agreement to forfeit upon failing to appear as required, the bond or designated property:_____

☐     Defendant is placed in the third party custody of_____

☒     refrain from ☐ any ☒ excessive use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 U.S.C. 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice. This provision does not permit the use or possession of medicinal marijuana even with a physician's written certification.

☐     participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U. S. Pretrial Services. The defendant shall not interfere, obstruct or tamper in any way with the administration of any Court ordered substance abuse testing.

☒     shall surrender all travel documents to Pretrial Services by 11/20/13 and will not obtain a passport or other travel document during the pendency of these proceedings.

☐     not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

☒     maintain weekly contact with his/her counsel by Friday, noon of each week with Carmen Chenal

☐     shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $

☐     The defendant shall actively participate in any mental health treatment program as directed by Pretrial Services. The defendant shall comply with all treatment requirements including taking all medication as prescribed by his/her mental health care provider.

☐     shall not access via computer or possess any photographs or videos of sexually explicit conduct as defined by 18 U.S.C. § 2256(2)

☒     The defendant shall not obtain any new financial accounts, personal or business related, without prior notification and approval of Pretrial Services. The defendant shall provide financial documentation as directed by Pretrial Services.

☒     The defendant shall not be a passenger on a private aircraft and shall not work with aircraft in any capacity.

## ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE 11/20/13 | SIGNATURE OF DEFENDANT |
|---|---|

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF CUSTODIAN(S)

Directions to United States Marshal:

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE: 11/20/2013

BRIDGET S. BADE
United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY

USA v. Tommy C. Constantine _____ CASE NUMBER 13-07383M-002 _____

## ADDITIONAL CONDITIONS OF RELEASE

☐     The defendant shall participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.

       ☐    **(Curfew)** You are restricted to your residence every day ☐ from ___ to ___, or ☐ as directed by the supervising officer.

       ☐    **(Home Detention)** You are restricted to your residence at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer.

       ☐    **(Home Incarceration)** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

☒     Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology. The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising office determines.

       ☐    Location monitoring technology at the discretion of the officer
       ☐    Radio Frequency (RF) Monitoring
       ☐    Passive GPS Monitoring
       ☒    Active GPS Monitoring

☐     _____

ACKNOWLEDGMENT OF DEFENDANT _____
DATED THIS __20th__ DAY OF __November__, 20_13_.

AO 100A (Rev. 01/09) Bail Information Sheet

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
v. )
Tommy Constantine- 002, et al. )   Case No.   CR13-7383M-2-BSB
)
_____ )
*Defendant* )

**BAIL INFORMATION SHEET**   **REDACTED**
*(Under Fed. R. Crim. P. 49.1, this form may only be filed in court if redacted or under seal.)*

**Defendant's information:**

Name: Tommy Constantine

Date of birth: _____   Social Security No.: _____

Immigration status: American Citizen   Alien Registration No.: n/a

Home address: _____

_____ Home/cell phone No(s).: _____

Employer's name: ▬▬ LUEORA

Employer's address: ▬ _____, Scottsdale, AZ 85260

Work phone No.: _____ Length of employment: 12 yrs ☐ months ☒ years

Name, address, and phone number of any persons with whom defendant will live during pendency of the case:

Sarah Bowers

Name, address, and phone number of any persons residing in the United States who will know how to contact defendant, aside from sureties on this bond:

Mark D'Ambrosio

I swear under penalty of perjury that the above information is true.

_____
*Defendant's signature*

**Defendant's attorney information:**

Name: Carmen A. Chenal (ABN: 009428)   Phone(s): (602) 606-2810

Address: Wilenchik & Bartness PC, 2810 N. Third St., Phoenix, Arizona 85004

AUSA: _____ (initials)   Defendant's Attorney: CAC (initials)

AO 100B (Rev. 12/09) Surety Information Sheet

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Tommy Constantine -002, et al.<br><br>_Defendant_ | )<br>)<br>) Case No. CR13-7383-M-2-BSB<br>)<br>) REDACTED<br>) |

**SURETY INFORMATION SHEET**
*(Under Fed. R. Crim. P. 49.1, this form may only be filed in court if redacted or under seal.)*

**Use a separate information sheet for each surety.**
**Attach photocopies of two pieces of personal identification, including at least one picture i.d. for each.**

**Surety information:**

Name: Kiki H. Constantine

Date of birth: /1939                Social Security No.: _____

Immigration status: American Citizen          Alien Registration No.: n/a

Home address: _____

Scottsdale, Arizona 85255            Home/cell phone No(s).: _____

Employer's name: Retired

Employer's address: n/a

n/a                                            Monthly salary *(gross)*: $ 0.00

Work phone No.: _____    Length of employment: 0    ☐ months  ☐ years

Source of additional income *(if applicable)*: Social Security

Amount of additional income *(if applicable)*: _____

**Real property owned by surety** *(if more than one piece of property, please use additional sheets)*:

Address: _____

Value: $ 550,000.00  Equity in property: $ 550,000.00  Are payments/taxes current? ☑ Yes ☐ No

Any holders of trust deeds: n/a

Is proof of surety's title to property attached? ☑ Yes ☐ No        Appraisal? · See attached

| AUSA: ___ *(initials)* | Surety: ___ *(initials)* |
|---|---|

AO 100B (Rev. 12/09) Surety Information Sheet (Page 2)

## Affidavit by Owner of Cash Security
(Complete if applicable)

I, _____, declare that the $ _____ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address listed on page one of this information sheet upon exoneration of this bond. I subject these funds to the provisions of any applicable local court rule and agree that in case of default or willful contempt of court on the part of the principal, the court may, upon at least 14 days notice to me, summarily render judgment against the cash security.

## Justification of Surety and Surety Agreement

I, <u>Kiki H. Constantine</u>, declare under penalty of perjury, that my net worth is $ _____ and that I have read and understand this two-page information sheet. I further understand that by signing the appearance bond and this information sheet, I will be responsible for the defendant's appearances in court and the defendant's compliance with all conditions of release as ordered by the court. If the defendant does not appear or comply with the conditions of release, I will be required to pay the amount of the bond, any security I have posted may be taken by the Government, and a judgment may be entered against me. If judgment is entered against me, a judgment lien will be filed with the county recorder in all appropriate counties for the full amount of the bond.

I declare under penalty of perjury that all information contained in this bond and on this surety information sheet is true.

Date: 11/19/2013

_____
*Surety's signature*

Signed before me.

\* Before me this 19th day of November 2013, Personally appeared Kiki H. Constantine in the county of Maricopa, State of Arizona.

Hilary Myers  1/12/17
Notary Public

_____
*Signature of witness to surety's signature*

_____
*Printed name of witness to surety's signature*

_____
*Address of witness to surety's signature*

AUSA: _____ (initials)    Defendant's Attorney: CAC (initials)



OFFICIAL SEAL
HILARY MYERS
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JANUARY 12, 2017

When recorded mail to:

Name: _____

Address: _____

_____

City/State/Zip: _____

_____

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2013-1004835 11/21/13 10:52 AM
PAPER RECORDING

1014811-2-1-1
Garciac

this area reserved for county recorder

REDACTED  13-7383M

*CAPTION HEADING:*

___ FILED        ___ LODGED
✗ RECEIVED   ___ COPY

NOV 2 1 2013

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# DO NOT REMOVE

This is part of the official document

## WAIVER OF HOMESTEAD EXEMPTION

I, <u>Kiki H. Constantine</u>, hereby declare that I am the (sole) owner of the real property being posted as security for the release from custody of <u>Tommy Constantine</u> and that said property is my home. As to that real property, located at _____, Scottsdale, (85255), Arizona, I hereby waive the homestead exemption afforded me by Arizona Revised Statutes §§33-1101 to 1107 and any other statutory real property exemption under Arizona law. I understand that if the above-named person fails to appear for any of the scheduled court appearances including trial or otherwise violates any condition of the court's release order, I will be unable to declare or assert any real property or homestead exemption in the event the court orders a forfeiture of the bond securing the conditions of release for the above-named person. I further understand that as a result of this waiver one possible result of a court-ordered forfeiture could be the enforcement of the conditions of the bond as it were enforcing a money judgment against my ownership interest in my home.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of November, 2013.

_____        KIKI H CONSTANTINE
(Signature)                    Homeowner Name (Printed)


_____        _____
(Signature)                    Homeowner Name (Printed)


\* Before me this 19th day of November 2013, personally Appeared Kiki H. Constantine in the County of Maricopa, State of Arizona.

OFFICIAL SEAL
HILARY MYERS
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JANUARY 12, 2017

Hilary Myers  1/12/17
Notary Public

MJ-13-07383-PHX-BSB

When recorded mail to:

Name: _____

Address: _____

_____

City/State/Zip: _____

_____

this area reserved for County Recorder

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2013-1006802 11/21/13 03:47 PM
PAPER/RECORDING

1017146-37-1-1
floresc

___ FILED     ___ LODGED
✓ RECEIVED    ___ COPY

NOV 2 2 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## *CAPTION HEADING:*

_____

## DO NOT REMOVE

## This is part of the official document

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Tommy Constantine-002, et al.<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 2:13-mj-07383-BSB<br>)<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Tommy Constantine_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )     to appear for court proceedings;
( X )     if convicted, to surrender to serve a sentence that the court may impose; or
( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

(   ) (3) This is a secured bond of $ __500,000.00_____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
        *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
        See attachments. Residential Property free and clear, Exhibit "A"

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/20/13

_____
*Defendant's signature*

KIKI H. CONSTANTINE
*Surety/property owner – printed name*

Constantinis 11/19/2013
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Date: 11-20-13

Approved.

Date: 11-20-13

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

_____
*Judge's signature*