## CRIMINAL CAUSE FOR ARRAIGNMENT AND BAIL HEARING

BEFORE: Bianco,J.           DATE: 12/18/2013         TIME: 2:30 p.m.
                                                    TIME IN COURT: 15 minutes

DOCKET NUMBER: CR 13-0607     TITLE: USA v. Tommy Constantine

**FILED CLERK**
12/18/2013 4:37 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

DEFT NAME: Tommy Constantine
 X  PRESENT    NOT PRESENT      X  IN CUSTODY       ON BAIL

ATTY. FOR DEFT.: Edward Little
 X  PRESENT    NOT PRESENT                X RET      C.J.A.
                                          FED. DEF. OF NY, INC.

A.U.S.A. Carrie Capwell, Demetri Jones, Diane Leonardo-Beckmann

DEPUTY CLERK: Michele Savona

COURT REPORTER:    P. AUERBACH    E. COMBS    X  P. LOMBARDI
  H. RAPAPORT    M. STEIGER    D. TURSI    O. WICKER    S. PICOZZI

INTERPRETER: (Spanish)

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X    FIRST APPEARANCE OF DEFENDANT.

___   DEFT(S) STATES TRUE NAME TO BE: _____

 X    DEFT ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

___   WAIVER OF INDICTMENT EXECUTED.

___   BAIL CONTINUED FOR DEFENDANT.

 X    DEFT. CONTINUED IN CUSTODY.

 X    ORDER OF DETENTION ENTERED.

___   BAIL SET AT _____

___   MOTIONS TO BE FILED BY _____

___   GOVERNMENT'S RESPONSE DUE _____

___   REPLY PAPERS, IF ANY, DUE _____

 X    SPEEDY TRIAL INFORMATION:
      CODE TYPE: X-          START DATE: 12/18/2013 XSTRT
                             STOP DATE: 1/22/2014 XSTOP

 X    NEXT STATUS CONFERENCE SET FOR 1/22/2014 at 1:00 p.m.

___   OTHER: _____