UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA     WAIVER OF SPEEDY TRIAL

-V-      CR 13-0607

Tommy Constantine

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
DEC 18 2013
LONG ISLAND OFFICE

---------------------------------------------------------X

    It is hereby stipulated that the time period from 12/18/13 to 1/22/14 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

    The parties agree to the exclusion of the foregoing period for the purpose(s) of:

    [ ]     engagement in continuing plea negotiations;
    [ ]     examination of the Defendant(s) pursuant to 18 USC §§ 3161(h)(1)(A) regarding mental or physical capacity;
    [ ]     submission of pretrial motions through hearing or other disposition pursuant to 18 USC § 3161 (h)(1)(F); and/or
    [✓]     Government will provide discovery and time for defendant to review

    The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

    The Court: [✗] approves this Speedy Trial Waiver [✗] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: Dec. 18, 2013
Central Islip NY

                             U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _Carrie Capwell_

Defendant #1: _Tommy Constantine_     Counsel: _Edward Little_

Defendant #2: _____     Counsel: _____

Defendant #3: _____     Counsel: _____

Defendant #4: _____     Counsel: _____