

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Kevin F. Clines
Direct Dial: 212-837-6322
clines@hugheshubbard.com

January 21, 2014

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 920
Central Islip, New York  11722

Re:   United States v. Tommy Constantine
      CR 13-0607

Dear Judge Bianco:

This letter is to confirm my statement to your deputy clerk last week that I will no longer be representing Tommy Constantine. As indicated in my notice of appearance, it was limited to the bail proceeding. Mr. Constantine has filed for personal bankruptcy and is not able to retain private counsel at this time. I have also asked your deputy clerk to arrange for the appointment of CJA counsel for Mr. Constantine at his appearance tomorrow, and I have so advised AUSA Carrie Capwell.

Respectfully yours,

Edward J.M. Little

EJML/rmd
cc:  Carrie Capwell, Esq.

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Kansas City ■ Paris ■ Tokyo