| | |
|---|---|
| **Federal Defenders** | Eastern District |
| OF NEW YORK, INC. | Long Island Federal Courthouse |
| | 770 Federal Plaza, Central Islip, NY 11722 |
| | Tel: (631) 712-6500  Fax: (631) 712-6505 |

| | |
|---|---|
| **David E. Patton** | *Long Island* |
| *Executive Director* | **Randi L. Chavis** |
| | *Attorney-in-Charge* |

January 21, 2014

The Honorable Joseph F. Bianco
United States District Court Judge
924 Federal Plaza
Central Islip, New York 11722

        Re:  United States v. Phillip Kenner
            Docket Number: 13 CR 607

Dear Judge Bianco:

I represent Phillip Kenner in the above captioned case scheduled for a status conference on January 22, 2014. Due to the current weather conditions, I am requesting a one day adjournment. Accordingly, I have spoken to your Courtroom Deputy, Michele Savona who advised me the Court is available on January 23, 2014 at 12:45 p.m. I am requesting the matter be adjourned until this time. I have also spoken to AUSA Carrie Capwell who has no objection to this request.

I have explained his rights under the Speedy Trial Act to Mr. Kenner who understands them. He waives his right to a Speedy Trial for 60 days and requests a new date that is convenient for the Court.

                                            Respectfully submitted,

                                            Randi Chavis

cc:  Carrie Capwell