CRIMINAL CAUSE FOR STATUS CONFERENCE
BEFORE: Bianco,J.

DATE:1/23/14           TIME:1:21 p.m.     Time in court:7 min.

DOCKET NUMBER:  CR 13-0607         TITLE: USA v. Phillip Kenner

DEFT NAME: Phillip Kenner         DEFT: #
___PRESENT_X__NOT PRESENT_X_IN CUSTODY    ___ ON BAIL

ATTY FOR DEFT: Randi Chavis
 X PRESENT        NOT PRESENT      X   RETAINED        C.J.A.
                                    FED. DEF. OF NY, INC.

A.U.S.A.:Carrie Capwell and Demetri Jones

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER: ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
__H. RAPAPORT __M. FOLEY ___D. TURSI ___O. WICKER___S. PICOZZI

FTR:1:21-1:27

INTERPRETER:


 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___  CASE ADJOURNED TO                                FOR

___  MOTION CONFERENCE HELD ON               'S MOTION TO

___  ARGUMENT HEARD    ___ MOTION GRANTED.   ___ MOTION DENIED.
                       ___ DECISION RESERVED.

___  DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-         START DATE: 1/23/14 XSTRT
                          STOP DATE: 3/11/14 XSTOP

 X  NEXT STATUS CONFERENCE SET FOR 3/11/14 at 1:00 p.m.

___  DEFT. CONTINUED IN CUSTODY.

___  JURY SELECTION & TRIAL SCHEDULED FOR

___  MOTIONS TO BE MADE BY

___  RESPONSE BY GOVERNMENT BY

___  REPLY IF ANY BY

___  HEARING SET FOR:

____   **OTHER:** _____