
## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE: Bianco, J.**

**DATE:** 1/23/14   **TIME:** 3:15 p.m.   Time in court: 15 min.

**DOCKET NUMBER:** CR 13-0607   **TITLE:** USA v. Tommy Constantine

**DEFT NAME:** Tommy Constantine   **DEFT: # 2**
_X_ PRESENT  ___ NOT PRESENT  _X_ IN CUSTODY  ___ ON BAIL

**ATTY FOR DEFT:** Glenn Obedin (appointed)
_X_ PRESENT  ___ NOT PRESENT  ___ RETAINED  _X_ C.J.A.
                                            FED. DEF. OF NY, INC.

**A.U.S.A.:** Carrie Capwell and Demetri Jones

**DEPUTY CLERK:** Michele Savona

**PROBATION:**

**COURT REPORTER:** ___ P. AUERBACH  ___ E. COMBS  ___ P. LOMBARDI
___ H. RAPAPORT  ___ M. FOLEY  ___ D. TURSI  _X_ O. WICKER  ___ S. PICOZZI

**INTERPRETER:**

_X_ CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO _____ FOR _____

___ MOTION CONFERENCE HELD ON _____ 'S MOTION TO _____

___ ARGUMENT HEARD  ___ MOTION GRANTED.  ___ MOTION DENIED.
                    ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

_X_ SPEEDY TRIAL INFORMATION:
    CODE TYPE: _X-_  START DATE: 1/23/14 XSTRT
               STOP DATE: 3/11/14 XSTOP

_X_ NEXT STATUS CONFERENCE SET FOR 3/11/14 at 1:00 p.m.

_X_ DEFT. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___ RESPONSE BY GOVERNMENT BY _____

___ REPLY IF ANY BY _____

___ HEARING SET FOR: _____

___ OTHER: _____