UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

— against —

PHILIP KENNER, et al.,

Defendants.

----------------------------------------X

ORDER
13 CR 0607 (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 21 2014 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

By letter dated January 21, 2014, counsel for defendant Kenner requests an adjournment of the January 22nd$^h$ status conference as to his client because of weather conditions until January 23, 2014. Counsel also agrees, on behalf of the defendant, to the exclusion of time for such adjournment under the Speedy Trial Act. By letter dated January 21, 2014, counsel for defendant Tommy Constantine (who appeared only for purposes of the arraignment) asked that the Court arrange to have CJA counsel appointed to represent his client.

The Court grants the request for an adjournment and the conference is re-scheduled for January 23, 2014, at 12:45 p.m. Given counsel's potential unavailability due to weather conditions and the need to have new counsel present to be appointed to represent defendant Constantine, the Court finds that the time until January 23, 2014 is excluded under the Speedy Trial Act because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated: January 21, 2014
       Central Islip, New York