Herbeck, Dan

To:            Herbeck, Dan                    FILED
Subject:       judge bianco request for kenner  IN CLERK'S OFFICE    CR13-0607
                                    US DISTRICT COURT E.D.N.Y.

                                    ★  JAN 29 2014  ★

**To District Judge Joseph F. Bianco:**         LONG ISLAND OFFICE

I am attempting to arrange an interview that was requested by a defendant in one of your pending cases, Phil Kenner, #07480408, prisoner at the Queens Detention Facility.

I have been a reporter at The Buffalo News since 1977. I covered the federal courts, the US Marshals Service, and all other federal law enforcement agencies in Buffalo for 23 years, ending in 2011. I still work as a reporter for The News, but no longer at federal court. Feel free to check out my credentials and reputation with Chief District Judge William M. Skretny, any of the other judges in Buffalo, WDNY US Attorney Bill Hochul, and of course, the US Marshals in Buffalo.

Kenner is accused by the Eastern District of NY of defrauding investors, including many present and former NHL hockey stars. He grew up here in Buffalo, NY, and our newspaper is working on a story on the case.

*Kenner heard, through some friends, that I was working on a story. He reached out to me,* sending a letter and asking me if I would come to Queens to interview him and get his side of the story. I got the letter on Jan. 10.

I would like to come out to Queens and interview him sometime in the next week or two, if this can be arranged. I am directing this request to you on the advice of Jim Elcik of the US Marshals Service. He told me I must get your permission to conduct the interview that was requested by this prisoner.

Please let me know if you would grant that permission, and what the procedures are.

Respectfully,

*Dan Herbeck*

Dan Herbeck, The Buffalo News
(716) 849-5548
dherbeck@buffnews.com

Dan Herbeck
care of Buffalo News Editorial Dept.
PO Box 100

1

**Buffalo NY 14240**

**Ps...Can someone from your office email me to let me know this request was received?**

Dan Herbeck

# THE BUFFALO NEWS

One News Plaza, P.O. Box 100, Buffalo, New York 14240

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 14225   $ 000.43³
02  1W
0001365140 JAN 17 2014

Dist. Judge Joseph Bianco
100 Federal Plaza
Courtroom 920
Central Islip, N.Y.

11722

LAVQPMP  11722