

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNC
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

March 6, 2014

Randi Chavis, Esq.
Federal Defenders of New York, Inc.
700 Federal Plaza
Central Islip, NY 11722
(By Hand Delivery)

Glenn Obedin, Esq.
Law Offices of Glenn Obedin, Esq.
320 Carleton Avenue
Central Islip, NY  11722
(By Federal Express)

>  Re:  United States v. Phillip Kenner & Tommy C. Constantine
>         Criminal Docket No. 13-607(JFB)

Dear Counsel:

Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014 and February 10, 2014.  The government renews its request for reciprocal discovery.

Enclosed herein please find the following:

(1) One (1) compact disk (CD) containing documents provided by: (a) First American  Title Insurance Company (bates-numbered FA-Title 1-2488); (b) Fidelity National Title Insurance Company (bates-numbered FN-Title 1-264); (c) Fidelity National Nevada Title Insurance Company (bates-numbered FN-Title-Nev 1-419); and (d) Title Guaranty Escrow Services, Inc. (bates-numbered Title-Guaranty 1-464);  and

(2) One (1) CD containing a spreadsheet provided by Western Union. The disk is labeled "Western Union-00000001, Excel Spreadsheet."

2

      The government will continue to provide discovery.  Please do not hesitate to contact me if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH<br>
United States Attorney

By:   /s/Carrie N. Capwell<br>
        Carrie N. Capwell<br>
        Assistant U.S. Attorney<br>
        (631) 715-7836

Enclosures

cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)

Case 2:13-cr-00607-JFB-AYS   Document 37   Filed 03/06/14   Page 2 of 2 PageID #: 244