

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNC
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

March 6, 2014

Randi Chavis, Esq.
Federal Defenders of New York, Inc.
700 Federal Plaza
Central Islip, NY 11722
(By Hand Delivery)

> Re:  United States v. Phillip Kenner
>      Criminal Docket No. 13-607(JFB)

Dear Ms. Chavis:

Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014 and February 10, 2014.  The government renews its request for reciprocal discovery.

Attached is an FBI report summarizing statements made by your client, during a telephone interview, on June 24, 2009.

Please do not hesitate to contact me if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  /s/Carrie N. Capwell
Carrie N. Capwell
Assistant U.S. Attorney
(631) 715-7836

Enclosure
cc:  Clerk of the Court (JFB) (by ECF) (without enclosures)