

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNC
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

March 6, 2014

Glenn Obedin, Esq.
Law Offices of Glenn Obedin, Esq.
320 Carleton Avenue
Central Islip, NY  11722
(By Federal Express)

      Re:    United States v. Tommy C. Constantine
              Criminal Docket No. 13-607(JFB)

Dear Mr. Obedin:

      Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014 and February 10, 2014.  The government renews its request for reciprocal discovery.

      Attached is an FBI report summarizing statements made by your client during an interview on December 5, 2012.

      Please do not hesitate to contact me if you have any questions or requests.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/Carrie N. Capwell
      Carrie N. Capwell
      Assistant U.S. Attorney
      (631) 715-7836

Enclosure
cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)