```
                CRIMINAL CAUSE FOR STATUS CONFERENCE
BEFORE: Bianco,J.

DATE:3/11/2014          TIME:2:00 p.m.     Time in court:30 min.

DOCKET NUMBER:  CR 13-0607          TITLE: USA v. Phillip Kenner

DEFT NAME: Phillip Kenner        DEFT: # 1
 X   PRESENT    NOT PRESENT X IN CUSTODY     ON BAIL

ATTY FOR DEFT: Randi Chavis
 X PRESENT         NOT PRESENT      RETAINED       C.J.A.
                                      X    FED. DEF. OF NY, INC.

DEFT NAME: Tommy Constantine      DEFT: # 2
 X   PRESENT    NOT PRESENT X IN CUSTODY     ON BAIL

ATTY FOR DEFT: Glenn Obedin
 X PRESENT         NOT PRESENT      RETAINED      X  C.J.A.
                                           FED. DEF. OF NY, INC.

A.U.S.A.:Carrie Capwell and Demetri Jones

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:    P. AUERBACH    X  E. COMBS     P. LOMBARDI
  H. RAPAPORT   M. FOLEY    D. TURSI    O. WICKER    S. PICOZZI

 INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

     CASE ADJOURNED TO                                   FOR

     MOTION CONFERENCE HELD ON                    'S MOTION TO


     ARGUMENT HEARD      MOTION GRANTED.      MOTION DENIED.
                            DECISION RESERVED.

     DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-          START DATE: 3/11/14 XSTRT
                             STOP DATE: 4/29/14 XSTOP

 X  NEXT STATUS CONFERENCE IS  SET FOR 4/29/14 at 1:00 p.m.


 X  SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-          START DATE: 3/11/14 XSTRT
                             STOP DATE: 3/13/14 XSTOP


 X  NEXT STATUS CONFERENCE FOR TOMMY CONSTANTINE SET FOR 3/13/14 at
```

**10:30 a.m.**

**_X_  DEFTS. CONTINUED IN CUSTODY.**

**___  JURY SELECTION & TRIAL SCHEDULED FOR_____**

**___  MOTIONS TO BE MADE BY_____**

**___  RESPONSE BY GOVERNMENT BY_____**

**___  REPLY IF ANY BY_____**

**___  HEARING SET FOR:_____**

**___   OTHER:_____**