## CRIMINAL CAUSE FOR STATUS CONFERENCE
BEFORE: Bianco,J.

DATE:3/13/2014          TIME:10:30 p.m.     Time in court:30 min.

DOCKET NUMBER:  CR 13-0607          TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine       DEFT: # 2
 X   PRESENT___NOT PRESENT X IN CUSTODY  ___ ON BAIL

ATTY FOR DEFT: Joseph Conway
 X PRESENT         NOT PRESENT     X   RETAINED    ___C.J.A.
                                          FED. DEF. OF NY, INC.

A.U.S.A.:Demetri Jones              DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER: ___P. AUERBACH   X  E. COMBS   ___P. LOMBARDI
 __H. RAPAPORT __M. FOLEY ___D. TURSI ___O. WICKER ___S. PICOZZI

 INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO                                       FOR

___ MOTION CONFERENCE HELD ON                    'S MOTION TO

___ ARGUMENT HEARD    ___ MOTION GRANTED.   ___ MOTION DENIED.
                             ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-          START DATE: 3/13/14 XSTRT
                            STOP DATE: 4/29/14 XSTOP

 X  NEXT STATUS CONFERENCE IS  SET FOR 4/29/14 at 1:00 p.m.

 X  DEFTS. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR

___ MOTIONS TO BE MADE BY

___ RESPONSE BY GOVERNMENT BY

___ REPLY IF ANY BY

___ HEARING SET FOR:

 X   OTHER: Mr. Obedin is relieved as counsel.