CRIMINAL CAUSE FOR STATUS CONFERENCE TO APPOINT NEW COUNSEL

BEFORE: Bianco,J.

DATE:4/3/2014          TIME:2:00 p.m.   Time in court:30 min.

DOCKET NUMBER:  CR 13-0607         TITLE: USA v. Phillip Kenner

DEFT NAME: Phillip Kenner      DEFT: # 1
 X  PRESENT___NOT PRESENT X IN CUSTODY ____ ON BAIL

ATTY FOR DEFT: Randi Chavis and Richard Haley
 X PRESENT      NOT PRESENT     RETAINED     X  C.J.A.
                            X    FED. DEF. OF NY, INC.

A.U.S.A.:Allen Bode            DEPUTY CLERK: Michele Savona

PROBATION:_____

COURT REPORTER: X  P. AUERBACH   ___E. COMBS   ___P. LOMBARDI
__H. RAPAPORT __M. FOLEY__D. TURSI ___O. WICKER ___S. PICOZZI

 INTERPRETER:_____

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 X  RICHARD HALEY IS APPOINTED FOR PHILLIP KENNER.

____ CASE ADJOURNED TO_____FOR_____

____ MOTION CONFERENCE HELD ON_____'S MOTION TO

     _____

____ ARGUMENT HEARD    ___ MOTION GRANTED.   ____ MOTION DENIED.
                      ___ DECISION RESERVED.

____ DECISION ENTERED INTO THE RECORD.

__ SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-_____   START DATE: //14 XSTRT
                             STOP DATE: //14 XSTOP

 X  NEXT STATUS CONFERENCE IS  SET FOR 4/29/14 at 1:00 p.m.

 X  DEFTS. CONTINUED IN CUSTODY.

____ JURY SELECTION & TRIAL SCHEDULED FOR_____

____ MOTIONS TO BE MADE BY_____

____ RESPONSE BY GOVERNMENT BY_____

____ REPLY IF ANY BY_____

____ HEARING SET FOR:_____

____ OTHER:_____