

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| CNC | *610 Federal Plaza* |
| F. #2013R00948 | *Central Islip, New York 11722* |

April 11, 2014

**By Federal Express & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

>Re:  United States v. Philip Kenner & Tommy C. Constantine
>     Criminal Docket No. 13-607(JFB)

Dear Counsel:

Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014 and March 24, 2014.  The government renews its request for reciprocal discovery.

Enclosed herein please one (1) DVD containing financial records and other documents provided by the following entities: (a)  American Express (bates-numbered BNK-AMEX 1-2226); (b) JPMorgan Chase Bank (bates-numbered BNK-CHASE 1-2642); (c) Citibank (bates-numbered BNK-CITI  50-302); (d) First Source Bank (bates-numbered BNK-SOURCE 1-1925); and (e) Delaware Division of Corporations (bates-numbered DEL 1-36).

The government will continue to provide discovery.  Please do not hesitate to contact me if you have any questions or requests.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:   /s/Carrie N. Capwell
    Carrie N. Capwell
    Assistant U.S. Attorney
    (631) 715-7836

Enclosure

cc:     Clerk of the Court (JFB) (by ECF) (without enclosures)