

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| CNC | *610 Federal Plaza* |
| F. #2013R00948 | *Central Islip, New York 11722* |

April 11, 2014

**By Federal Express & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

       Re:    United States v. Philip Kenner
                 Criminal Docket No. 13-607(JFB)

Dear Mr. Haley:

      Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014 and March 24, 2014.  The government renews its request for reciprocal discovery.

      Enclosed herein please one (1) DVD containing 295 photographs taken in connection with the search warrant that was executed at defendant Philip Kenner's home in Scottsdale, Arizona on November 13, 2013.   The photographs are bates-numbered SW-PHOTO 1-295.

      The government will continue to provide discovery.  Please do not hesitate to contact me if you have any questions or requests.

                                Very truly yours,

                                LORETTA E. LYNCH
                                United States Attorney

                By:    /s/Carrie N. Capwell
                                Carrie N. Capwell
                                Assistant U.S. Attorney
                                (631) 715-7836

Enclosure
cc: Clerk of the Court (JFB) (by ECF) (without enclosures)

Case 2:13-cr-00607-JFB-AYS   Document 52   Filed 04/11/14   Page 2 of 2 PageID #: 264