Case 2:13-cr-00607-JFB-AYS   Document 54   Filed 04/29/14   Page 1 of 2 PageID #: 268

## CRIMINAL CAUSE FOR STATUS CONFERENCE AND BAIL HEARING FOR TOMMY CONSTANTINE

**BEFORE: Bianco,J.**

**DATE:** 4/29/2014        **TIME:** 1:00 p.m.     **Time in court:** 30 min.

**DOCKET NUMBER:** CR 13-0607        **TITLE:** USA v. Phillip Kenner

**DEFT NAME:** Phillip Kenner        **DEFT:** # 1
 X  PRESENT ___ NOT PRESENT X IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Richard Haley
 X  PRESENT ___ NOT PRESENT ___ RETAINED   X   C.J.A.
                              X    FED. DEF. OF NY, INC.

**DEFT NAME:** Tommy Constantine (Bail hearing) **DEFT:** # 2
 X  PRESENT ___ NOT PRESENT X IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Joseph Conway
 X  PRESENT ___ NOT PRESENT  X  RETAINED  ___ C.J.A.
                              ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Carrie Capwell        **DEPUTY CLERK:** Michele Savona

**PROBATION:** _____

**COURT REPORTER:** ___ P. AUERBACH  ___ E. COMBS  ___ P. LOMBARDI
___ H. RAPAPORT ___ M. FOLEY ___ D. TURSI  X  O. WICKER ___ S. PICOZZI

**INTERPRETER:** _____

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO _____ FOR _____

___ MOTION CONFERENCE HELD ON _____ 'S MOTION TO
_____

___ ARGUMENT HEARD   ___ MOTION GRANTED.   ___ MOTION DENIED.
                     ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-_____    START DATE: 4/29/14 XSTRT
                             STOP DATE:  6/6/14 XSTOP

 X  NEXT STATUS CONFERENCE IS SET FOR 6/6/14 at 10:30 a.m.

 X  DEFTS. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___  **RESPONSE BY GOVERNMENT BY**_____

___  **REPLY IF ANY BY**_____

___  **HEARING SET FOR:**_____

___  **OTHER:** Decision is reserved. Conference is set for _____
_____