CRIMINAL CAUSE FOR BAIL HEARING

BEFORE: Bianco,J.

DATE:5/5/2014         TIME:12:00 p.m.    Time in court:30 min.


DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine         DEFT: # 2
 X  PRESENT   NOT PRESENT X IN CUSTODY  ___  ON BAIL

ATTY FOR DEFT: Joseph Conway
 X PRESENT       NOT PRESENT     X  RETAINED       C.J.A.
                                 FED. DEF. OF NY, INC.

A.U.S.A.:Carrie Capwell          DEPUTY CLERK: Jasmine Major

PROBATION:

COURT REPORTER: ___P. AUERBACH ___E. COMBS ___P. LOMBARDI
__H. RAPAPORT __M. FOLEY ___D. TURSI _X_O. WICKER ___S. PICOZZI

 INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO_____FOR_____

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
    _____

___ ARGUMENT HEARD   ___ MOTION GRANTED.   ___ MOTION DENIED.
                     ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

__ SPEEDY TRIAL INFORMATION:
   CODE TYPE:  X-          START DATE: //14 XSTRT
                          STOP DATE: //14 XSTOP

___NEXT STATUS CONFERENCE IS  SET FOR //14 at 10:30 a.m.

 X  DEFT CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

___ MOTIONS TO BE MADE BY_____

___ RESPONSE BY GOVERNMENT BY_____

___ REPLY IF ANY BY_____

___ HEARING SET FOR:_____

 X   OTHER: Mr. Conway is to fill out a bond and submit it to the
court._____