

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNC
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

June 6, 2014

**By Federal Express & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re: <u>United States v. Philip Kenner & Tommy C. Constantine</u>
      <u>Criminal Docket No. 13-607(JFB)</u>

Dear Counsel:

  Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014 and May 21, 2014.  The government renews its request for reciprocal discovery.

  Enclosed herein please find three (3) DVDs, which contain the following materials:

    1) Financial records from Wells Fargo Bank (bates-numbered BNK-WF 2116-2436);

    2) Documents, including emails written by defendant Philip Kenner and testimony given by defendant Tommy Constantine, pertaining to a loan made by Urban Expansion to a company controlled by Kenner to acquire real estate in Hawaii (bates-numbered URBAN 1-117); and

3) Documents, including emails written by Constantine and Kenner, pertaining to Jere Lehtinen's investments with Kenner and Constantine (bates-numbered LEHTINEN 1-108).

The government will continue to provide discovery. Please do not hesitate to contact me or AUSA James Miskiewicz if you have any questions or requests.

> Very truly yours,
>
> LORETTA E. LYNCH
> United States Attorney
>
> By:   /s/Carrie N. Capwell
> Carrie N. Capwell
> James M. Miskiewicz
> Assistant U.S. Attorneys
> (631) 715-7836/7841

Enclosures

cc:   Clerk of the Court (JFB) (by ECF) (without enclosures)