## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 6/6/2014          TIME: 10:30 a.m.     Time in court: 12 min.

DOCKET NUMBER:  CR 13-0607          TITLE: USA v. Kenner et al

DEFT NAME: Phillip Kenner        DEFT: # 1
 X  PRESENT    NOT PRESENT X IN CUSTODY     ON BAIL

ATTY FOR DEFT: Richard Haley
 X PRESENT        NOT PRESENT        RETAINED        X   C.J.A.
                                        FED. DEF. OF NY, INC.

DEFT NAME: Tommy Constantine       DEFT: # 2
 X  PRESENT    NOT PRESENT X IN CUSTODY     ON BAIL

ATTY FOR DEFT: Joseph Conway
 X PRESENT        NOT PRESENT     X   RETAINED        C.J.A.
                                        FED. DEF. OF NY, INC.

A.U.S.A.: Carrie Capwell          DEPUTY CLERK: Jasmine Major

PROBATION:

COURT REPORTER:    P. AUERBACH     E. COMBS      P. LOMBARDI
  H. RAPAPORT   M. FOLEY X   D. TURSI   O. WICKER     S. PICOZZI

 INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

    CASE ADJOURNED TO                                      FOR

    MOTION CONFERENCE HELD ON                   'S MOTION TO


    ARGUMENT HEARD      MOTION GRANTED.      MOTION DENIED.
                         DECISION RESERVED.

    DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-            START DATE: 6/6/14 XSTRT
                             STOP DATE: 9/2/14 XSTOP

 X  NEXT STATUS CONFERENCE IS  SET FOR 9/2/14 at 1:30 p.m.

**  X   DEFTS. CONTINUED IN CUSTODY.**

**_____ JURY SELECTION & TRIAL SCHEDULED FOR_____**

**_____ MOTIONS TO BE MADE BY_____**

**_____ RESPONSE BY GOVERNMENT BY_____**

**_____ REPLY IF ANY BY_____**

**_____ HEARING SET FOR:_____**

**_____ OTHER:**