UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

FILED
IN CLERK'S OFFICE
U S. DISTRICT COURT E.D.N.Y.

JUN 06 2014

LONG ISLAND OFFICE

-v-

Phillip Kenner
Tommy Constantine

WAIVER OF SPEEDY TRIAL
CR 13-607

It is hereby stipulated that the time period from 6/6/14 to 9/2/14 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[✓] engagement in continuing plea negotiations;
[ ] examination of the Defendant(s) pursuant to 18 USC §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ] submission of pretrial motions through hearing or other disposition pursuant to 18 USC § 3161 (h)(1)(F); and/or
[✓] continued production of discovery by the gov. + defense review of discovery

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court: [✓] approves this Speedy Trial Waiver   [✓] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: June 6, 2014
Central Islip NY

U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant #1: _____        Counsel: _____

Defendant #2: _____        Counsel: _____

Defendant #3: _____        Counsel: _____

Defendant #4: _____        Counsel: _____