# CRIMINAL CAUSE FOR TELEPHONE CONFERENCE

BEFORE: Bianco,J.   DATE: 6/11/14   TIME: 2:49-2:54 a.m.

DOCKET NUMBER: CR 13-607   TITLE: USA-V-Constantine

DEFT NAME: Tommy Constantine                          DEFT: # 1
 PRESENT _X_  NOT PRESENT _X_ IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Joe Conway (via telephone)
       _X_ PRESENT      ___ NOT PRESENT    ___ RETAINED    _X_ C.J.A.
                                                           FED. DEF. OF
                                                           NY, INC.
A.U.S.A.: N/A      DEPUTY CLERK: J. Major


_X_ CASE CALLED. COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO _____ FOR _____

___ MOTION CONFERENCE HELD ON _____'S MOTION TO
    _____

___ ARGUMENT HEARD   ___ MOTION GRANTED.   ___ MOTION DENIED.
                     ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE: _X-_____    START DATE: _____ XSTRT
                             STOP DATE:  _____ XSTOP

___ NEXT STATUS CONFERENCE SET FOR

___ DEFT. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___ RESPONSE BY GOVERNMENT BY _____

___ REPLY IF ANY BY _____

___ ORAL ARGUMENT SET FOR: _____