| ΜΕΤΑΦΡΑΣΕΙΣ ΕΛΛΗΝΙΚΑ – ΑΓΓΛΙΚΑ <br> **TRANSLATIONS ENGLISH - GREEK** <br> ΤΗΛ. (PHONE) [626] 574 4488, ΦΑΞ (FAX): [626] 574 4410 <br> E-mail eggeorgakis@mmm.com | **EVANGELOS GEORGAKIS** <br> 6362 Amberwood Dr. <br> Alta Loma, CA 91701 |
|---|---|

## DECLARATION

I am competent in both the Greek and English languages and an experienced translator from Greek to English and English to Greek. I am designated by the Greek Consulate of Los Angeles as an official sworn translator of documents for the Consulate, public and private matters.

**THE ENGLISH TEXT IS AN ACCURATE TRANSLATION OF THE ATTACHED GREEK TEXT.**

**LOS ANGELES**     June 19, 2013

*[Seal: THE TRANSLATOR EVANGELOS GEORGAKIS]*

Date: June 19, 2013

### *ACKNOWLEDGMENT*

State of California
County of Los Angeles

On this 19th day of June, 2013, before me, Bernadette M. McDaniel, Notary Public personally appeared, **Evangelos Georgakis**, and proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity on behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*[Signature]*
Notary Public

*[Seal: BERNADETTE M. MCDANIEL, Commission # 1990445, Notary Public - California, Los Angeles County, My Comm. Expires Oct 4, 2016]*

(Seal)



June 19, 2013

Evangelos Georgakis
6362 Amberwood Dr.
Alta Loma Ca, 91701

To whom it may concern:

This document is prepared for my client Mrs. Kiki Hormoviti- Constantine.
My client requested from me to translate the summary of the contents of the attached deed number 10.782.



## Translated Summary of Deed Number 10.782

According to the law 3471/1929, this is a deed of parental bequest transferring ownership and percentages of ownership in regards to apartments and warehouses with a total value of € 176, 059, 17 Euros, retaining usufruct.

This deed was constructed in Athens, on Thursday the 22nd of February 2007, by the public notary Nikolao Ioanni Papatheos. Mr. Papatheos office is located on the fourth floor on 57 Stadiou Boulevard in the city of Athens.

Present were the:

a) Attorney Pericles Petros, son of Nikolaos and Maria Petros. Mr. Petros' personal identification number is A 538613/64, and he is appointed by power of attorney to represent Mrs. Vasiliki (Kiki) Hormoviti- Constantine spouse of Constantine Hormoviti – Constantine.

Mrs. Kiki was born in Athens the year 1938 and she currently resides on N. Windy Walk Dr. No 61 in Scottsdale, Arizona TK 85255. Mrs. Kiki is the holder of the US passport number 054888346. The passport was issued in May 19th 1997, and has an expiration date of May 18th 2007.

b) Attorney Maria Pericles Petros an attorney who was born in Athens the year 1968, her personal Identification number is AB 345394/20-7-06. Maria Petros was appointed by power of attorney to represent the following individuals.

1) Theodore Constantine son of Constantine Hormoviti-Constantine and Kiki, spouse of Constantine Hormoviti –Constantine. Theodore Constantine was born in Chicago USA the 24th of April 1965. Theodore currently resides on 25555 N. Windy Walk Dr. No 61 in Scottsdale, Arizona TK 85255. Theodore is the holder of the US passport number 054888661/21-5-1997.

2) Tommy Constantine son of Constantine Hormoviti-Constantine and Kiki, spouse of Constantine Hormoviti –Constantine. Tommy Constantine was born in Chicago USA the 12th of July 1966, and he currently resides on 25555 N. Windy Walk Dr. No 61 in Scottsdale,

Arizona TK 85255. Theodore is the holder of the US passport number 159033553/17-8-1998.

3) Jennifer Constantine daughter of Constantine Hormoviti-Constantine and Kiki, spouse of Constantine Hormoviti –Constantine. Jennifer Constantine was born in Chicago USA the 18th of September 1974, and she resides on 20225 Via Cellini in Porter Ranch California TK 91326. Jennifer is the holder of the US passport number 211761906/22-9-2004.

In this deed Mrs. Kiki Hormoviti –Constantine spouse of Constantine Hormoviti – Constantine declares that she has the full, exclusive ownership, and possession of the following independent and distinguished properties, (apartments and warehouses). These properties are part of a multistory building located on the corner of Antifilos and Demetressa streets in Athens Greece. The area is known as Kouponia, or Goudi, or Babali, or Sotiraki, or "Ellisia".

A) Warehouse (A-6) is on the ground level in the multistory building mentioned above. The total surface area of this warehouse is 5 square meters.

B) Apartment number (3) three located on the first (A) floor in the same multistory building mentioned above with a total surface area of 53 square meters.

C) Apartment number (20) twenty located on the forth (D) floor in the same multistory building mentioned above and with a total surface area of 53 square meters.

D) Apartment number (25) twenty five located on the fifth (E) floor in the same multistory building mentioned above and with a total surface area of 145 square meters.

The warehouse (A-6) on the ground floor, the apartment number (3) on the first (A) floor, and the apartment number (25) on the fifth (E) floor came into Kiki's possession upon issuance of No. 48.799/1970 contractual deed which included the exchange and integration of the lots.

The apartment number (20) located on the forth (D) floor came into Kiki's possession as follows:

After her mother's death on December 24th 1992, Kiki inherited ½ of the apartment (20) based on the act of 6.039/2-5-2001 receiving inheritance that is lawfully transcribed in the records of the Municipality of Athens. The other ½ of the property she purchased from her brother Dimitrios Polyzos based on the deed number 6.289/11-9-2001.

The land on which the multi-story apartment building is situated consists of the merger of four individual plots owned by various people. One of these four plots with surface area of 224 square meters is owned by the widow Argyro Polyzos wife of the deceased Athanasios Polyzos, Dimitrios Polyzos son of Argyro and Athanasios Polyzos and Vasiliki (Kiki), daughter of Argyro and Athanasios Polyzos and wife of Constantine Hormoviti-Constantine. The above three people inherited the property according to the act 6.697/8-8-1970 of acceptance of inheritage which is transcribed in the records of the Municipality of Athens.

Then the landowners decided to assign the construction of a multi-story building to a construction company named PAPANIKOLA Bros. LLC. This construction company would build a multi-story apartment building, and would give the land owners apartments and or warehouses in exchange of the percentage of land the landowners owned. The apartments delivered to the various landowners the period of 1970-1971.

Now with this present deed Mrs. Kiki Hormoviti –Constantine spouse of Constantine Hormoviti - Constantine, daughter of Athanasios, and Argyro Polyzos, according to the article 1509 of the civil code and according to the law N.1329/1983 for parental bequest she allocates, transfers, and delivers equally the (1/3) to each of her three children Theodore, Tommy and Jennifer Constantine all the properties mentioned above, however she holds the usufruct as long she is alive.

After the death of Mrs. Kiki, the right of usufruct will be incorporated automatically in the legal ownership of the three children mentioned above who will become exclusively the owners by one third indivisible part each.

The parental bequest in this contract is to fulfill a particular moral duty, and a genuine parental interest, and does not exceed, neither exhaust, the logical medium of the circumstances, and so is not a gift in whole or in part.

The parties determined the value of parental bequest mentioned above to be €176,059.17 which is (€58,686.39 X 3). The value of full ownership was set at € 251,513.10. The children accepted the parental bequest, and completed their own tax returns.

The original deed consists of 15 pages and the attorney was paid the amount of €3,834.16 to draft this deed.

Signed,

Pericles Nikolaos Petros
Maria Pericles Petros

