# GENERAL AFFIDAVIT

State of Arizona
County of Maricopa
05.27.2013

I, the undersigned do hereby state under oath and under penalty of perjury that the following facts are true:

1. I am over the age of 18 and am a resident of the State of Arizona. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. My name is Kiki Constantine. I reside at 25555 N. Windy Walk #61, Scottsdale, AZ 85255. I am the mother of Theodore Constantine, Tommy Constantine and Jennifer Constantine.

3. 25555 N. Windy Walk is my principal residence and the only piece of property that I own in the United States.

4. I was the sole rightful inheritor of Apartment 3, Apartment 20 and Apartment 25 (as well as accompanying storage locker for Apartment 25) located at Antifilou 2 in Athens, Greece.

5. The above-mentioned properties represent the entirety of my inheritance from my mother, the late Argyro Polyzou, who died in 1992 in Athens Greece.

6. In 2011, I sold unit 25 along with its accompanying storage locker.

7. I used the proceeds from the sale of Unit 25 at Antifilou 2 to purchase my principal residence at 25555 N Windy Walk #61, Scottsdale, AZ 85255 in 2012.

8. The "warehouse" erroneously referred to in the attached declaration dated June 19th, 2013 is actually in reference to the accompanying storage locker of Unit 25 at Antifilou 2. It is referred to as such due to inadequate translation. This storage locker is referred to in attached Declaration dated June 19th, 2013 as "A6" and as a 5 square meter (approximately 53 square foot) space. This storage locker was turned over to the new owner upon the sale of Apartment 25 in 2011.

9. Units 3 and 20 at Antifilou 2 did not come with storage lockers due to their small size. Only a selection of the larger units in the building at Antifilou 2 have accompanying storage lockers.

1

Generated by CamScanner

# GENERAL AFFIDAVIT

State of Arizona
County of Maricopa
05.24.2013

10. In 2014, I sold apartment 3 and am currently awaiting final transfer of deed to new owner upon the end of the current national strike in Greece, during which no properties can be recorded as sold. The attorneys' and notaries' union in Greece has perpetuated this strike and all properties are pending for this strike to end so that 2014 sales can be recorded. The sale price for this property was 36,000 Euro.

11. The only remaining property is Unit 20, which is the home my mother resided in until her death in 1992. This property was inherited by myself and my brother, Dimitrios Polyzou. I subsequently bought my brother's shares of the unit in 2001. I now solely own all interest in Apartment 20.

12. The approximate value of Apartment 20 is 75,000 Euros.

13. There is no loan on Unit 20. It is without liens or restrictions.

14. As stated in the attached Declaration dated June 19th, 2013, upon my death, my right of usufruct to this sole remaining property in Greece will be deeded in equal 1/3 rights to each of my 3 children, Teddy, Tommy and Jennifer, unless I sell the property before such time as my death occurs.

Signed,

Kiki Constantine
May 27th, 2014

REBECCA A VINES
Notary Public - Arizona
Maricopa County
My Comm. Expires Apr 8, 2018

2

Generated by CamScanner