**CRIMINAL CAUSE FOR BAIL HEARING**

BEFORE: Bianco,J.

DATE: 6/12/2014          TIME: 3:00 p.m.     Time in court: 30 min.

DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine         DEFT: # 2
 X  PRESENT    NOT PRESENT  X  IN CUSTODY     ON BAIL

ATTY FOR DEFT: Joseph Conway
 X PRESENT       NOT PRESENT      X  RETAINED      C.J.A.
                                         FED. DEF. OF NY, INC.

A.U.S.A.: Carrie Capwell           DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:    P. AUERBACH     E. COMBS      P. LOMBARDI
  H. RAPAPORT   M. FOLEY    D. TURSI  X  O. WICKER     S. PICOZZI

 INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO                                        FOR

___ MOTION CONFERENCE HELD ON                    'S MOTION TO

 X  ARGUMENT HEARD     ___ MOTION GRANTED.    ___ MOTION DENIED.
                        ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-          START DATE:  //14 XSTRT
                            STOP DATE:   //14 XSTOP

___ NEXT STATUS CONFERENCE IS  SET FOR //14 at 10:30 a.m.

 X  BAIL SET UPON A SECURED APPEARANCE BOND.

___ DEFT CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR

___ MOTIONS TO BE MADE BY

___ RESPONSE BY GOVERNMENT BY

___ REPLY IF ANY BY

___ HEARING SET FOR:

___ OTHER: