

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| CNC | *610 Federal Plaza* |
| F. #2013R00948 | *Central Islip, New York 11722* |

June 18, 2014

**By Federal Express & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re: United States v. Philip Kenner & Tommy C. Constantine
       Criminal Docket No. 13-607(JFB)

Dear Counsel:

  Enclosed please find copies of three grand jury transcripts, dated March 29, 2011.  You might deem some of the material in the transcripts to be helpful to the defense.

  The government will continue to provide discovery.  Please contact AUSA James Miskiewicz (631-715-7841) or AUSA Saritha Komatireddy (718-254-6054) if you have any questions or requests.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

      By: /s/Carrie N. Capwell
         Carrie N. Capwell
         Assistant U.S. Attorney
         (631) 715-7836

Enclosures

cc:     Clerk of the Court (JFB) (by ECF) (without enclosures)