***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

June 23, 2014

United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Attn: Carrie N. Capwell
     Assistant U.S. Attorney

        RE: <u>United States v. Philip Kenner & Tommy C. Constantine</u>
           Docket Number: 13-CR-607 (JFB)

Dear Ms. Capwell:

    In reply to your letter of June 18, 2014, I was sensitive to the potential <u>Brady</u> material originating from the grand jury proceedings in the Southern District of New York and intended to incorporate a request for such material as part of my pre-trial motion. Your usual professionalism and integrity has obviated the need for such a request by way of motion. Thank you.

    And "yes" I do find some of the material in the transcripts to be "helpful" to the defense.

                                        Very truly yours,

                                        ***Richard D. Haley***

                                        RICHARD D. HALEY

RDH/jm
cc: Joseph Conway, Esq. via ECF