UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                13-CR-607 (JFB)

PHILLIP A. KENNER and
TOMMY C. CONSTANTINE,
      also known as
      "Tommy C. Hormovitis,"

             Defendants.

– – – – – – – – – – – – – – – – – – X

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Assistant United States Attorney Saritha

Komatireddy from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter

should be sent to:

      Assistant U.S. Attorney Saritha Komatireddy
      United States Attorney's Office (Criminal Division)
      271 Cadman Plaza East, 4th Floor
      Brooklyn, New York 11201
      Tel:  (718) 254-6054
      Fax: (718) 254-6076
      Email: saritha.komatireddy@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Saritha Komatireddy at the email address set forth above.

Dated:   Brooklyn, New York
         June 24, 2014

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                        By:    /s/ Saritha Komatireddy_____
                               Saritha Komatireddy
                               Assistant U.S. Attorney

cc:      Clerk of the Court (JFB)