UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                                       13-CR-607(JFB)

PHILIP KENNER and
TOMMY CONSTANTINE,

              Defendants.

- - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney James Miskiewicz from this point forward will be added as counsel in the above-captioned matter.

Copies of all future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney James Miskiewicz
      United States Attorney's Office (Criminal Division)
      610 Federal Plaza
      Central Islip, New York 11722
      Tel:  (631) 715-7841
      Fax: (631) 715-7922
      Email: james.miskiewicz@usdoj.gov

   In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney James Miskiewicz at the email address set forth above.

Dated: Central Islip, New York
    July 31, 2014

              Respectfully submitted,

              LORETTA E. LYNCH
              United States Attorney

           By: /s/ James Miskiewicz
              James Miskiewicz
              Assistant U.S. Attorney

cc: Clerk of the Court (JFB)