

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

August 6, 2014

**By Federal Express & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

   Re: United States v. Philip Kenner & Tommy C. Constantine
      Criminal Docket No. 13-607 (JFB)

Dear Counsel:

  Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014 and June 6, 2014.  The government renews its request for reciprocal discovery.

  Enclosed please find the following:

- Records obtained from Experian and TransUnion (bates-numbered CR 1-48);
- Copies of text messages sent and/or received by Kenner (bates-numbered KTXT 1-154);
- Recorded telephone calls with Kenner (bates-numbered KREC 1-6);
- A recorded telephone call with Constantine (original and enhanced) (bates-numbered CREC 1-2); and
- A recorded telephone call with Ron Richards (bates-numbered RREC 1).

        The government will continue to provide discovery.  Please contact me or AUSA James Miskiewicz if you have any questions or requests.

                                         Very truly yours,

                                         LORETTA E. LYNCH
                                         United States Attorney

                      By:    /s/Saritha Komatireddy
                             Saritha Komatireddy
                             James M. Miskiewicz
                             Assistant U.S. Attorneys
                             (631) 715-7825/7841

Enclosures

cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)