

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

August 15, 2014

**By FedEx & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re: United States v. Philip Kenner & Tommy C. Constantine
       Criminal Docket No. 13-607 (JFB)

Dear Counsel:

   Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014, June 6, 2014 and August 6, 2014.  The government renews its request for reciprocal discovery.

   Enclosed please find copies of exhibits used in connection with Kenner's 2011 testimony before the Securities & Exchange Commission (bates-numbered TR-SEC 429-914).

The government will continue to provide discovery. Please contact me or AUSA James Miskiewicz if you have any questions or requests.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:    /s/Saritha Komatireddy
    Saritha Komatireddy
    James M. Miskiewicz
    Assistant U.S. Attorneys
    (631) 715-7825/7841

Enclosures

cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)