

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JMM:SK | *610 Federal Plaza* |
| F. #2013R00948 | *Central Islip, New York 11722* |

August 20, 2014

**By FedEx & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

        Re:    United States v. Philip Kenner & Tommy C. Constantine
                      Criminal Docket No. 13-607 (JFB)

Dear Counsel:

        Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014, June 6, 2014, August 6, 2014 and August 15, 2014.  The government renews its request for reciprocal discovery.

        Enclosed please find the following:

- Records pertaining to Constantine's bankruptcy petition (bates-numbered CBKR 1-538);
- A recording and draft minutes of a Eufora board meeting (bates-numbered EUFORA 1-6);
- A screen capture of an episode of Unique Whips featuring Constantine (bates-numbered UW 1);
- Records from JB AZ Consulting (bates-numbered JB 1-311);

- Records from the Bank of Arizona (bates-numbered BNK-AZ 163-1631); and
- Records from the Bank of Hawaii (bates-numbered BNK-BOH 228-857).

The government will continue to provide discovery.  Please contact me or AUSA James Miskiewicz if you have any questions or requests.

         Very truly yours,

         LORETTA E. LYNCH
         United States Attorney

    By: /s/Saritha Komatireddy
       Saritha Komatireddy
       James M. Miskiewicz
       Assistant U.S. Attorneys
       (631) 715-7825/7841

Enclosures

cc: Clerk of the Court (JFB) (by ECF) (without enclosures)