

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

August 22, 2014

**By FedEx & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re:  United States v. Philip Kenner & Tommy C. Constantine
        Criminal Docket No. 13-607 (JFB)

Dear Counsel:

    Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014, June 6, 2014, August 6, 2014, August 15, 2014 and August 20, 2014.  The government renews its request for reciprocal discovery.

    Enclosed please find the following:

- Records obtained from legal counsel for Kenneth Jowdy (bates-numbered HARVEY DISK 1-4);
- A recorded call with Constantine (bates-numbered CREC 3);
- Recorded calls with Aaron Mascarella (bates-numbered MASC 1-10);
- Records obtained from Bank of America (bates-numbered BNK-BOA 2351-3731 and BNK-BOACW 1-14);

- Records obtained from Capital One (bates-numbered BNK-CAP1 1-222);
- Records obtained from Citibank (bates-numbered BNK-CITI 303-601);
- Records obtained from the Federal Reserve Bank of New York (bates-numbered BNK-FR 1) (password: FRBNY3806);
- Records obtained from 1st Century Bank (bates-numbered BNK-1ST 1-520); and
- Records obtained from Fidelity (bates-numbered BNK-FID 1-78).

The government will continue to provide discovery.  Please contact me or AUSA James Miskiewicz if you have any questions or requests.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:    /s/Saritha Komatireddy
    Saritha Komatireddy
    James M. Miskiewicz
    Assistant U.S. Attorneys
    (631) 715-7825/7841

Enclosures

cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)