

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JMM:SK<br>F. #2013R00948 | *610 Federal Plaza*<br>*Central Islip, New York 11722* |

August 28, 2014

**By FedEx & ECF**

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

        Re:    United States v. Tommy C. Constantine
                    Criminal Docket No. 13-607 (JFB)

Dear Counsel:

      Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014, June 6, 2014, August 6, 2014, August 15, 2014, August 20, 2014, August 22, 2014 and August 27, 2014.  The government renews its request for reciprocal discovery.

      Enclosed please find additional calls obtained from prison facilities (bates-numbered TC CALLS 6-8) and related records.

      The government will continue to provide discovery.  Please contact me or AUSA James Miskiewicz if you have any questions or requests.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

By:   /s/Saritha Komatireddy
      Saritha Komatireddy
      James M. Miskiewicz
      Assistant U.S. Attorneys
      (631) 715-7825/7841

Enclosures

cc:   Clerk of the Court (JFB) (by ECF) (without enclosures)