

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMM:SK
F. #2013R00948

610 Federal Plaza
Central Islip, New York 11722

August 28, 2014

**By FedEx & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

   Re: United States v. Philip Kenner
     Criminal Docket No. 13-607 (JFB)

Dear Counsel:

  Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014, June 6, 2014, August 6, 2014, August 15, 2014, August 20, 2014 and August 22, 2014.  The government renews its request for reciprocal discovery.

  Enclosed please find the following:

- Agent notes reflecting statements made by Kenner during an interview on June 24, 2009 (related to the FBI report previously provided by letter dated March 6, 2014); and
- Calls obtained from prison facilities (bates-numbered PK CALLS 1-7) and related records.

  In response to your letter dated July 16, 2014, please note that the Apple MacBook laptop computer with serial number W8906K171AX seized from Kenner's home in Scottsdale, Arizona on November 13, 2013 is a MacBook Model Number A1278.  If you have further questions regarding the type of hardware or software required to access the discovery provided to you, you may contact me to arrange a conversation with technical personnel at the Federal Bureau of Investigations.

      The government will continue to provide discovery.  Please contact me or AUSA James Miskiewicz if you have any questions or requests.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

By:    /s/Saritha Komatireddy
       Saritha Komatireddy
       James M. Miskiewicz
       Assistant U.S. Attorneys
       (631) 715-7825/7841

Enclosures

cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)