# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

August 29, 2014

Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:    United States v. Tommy C. Constantine
                   Docket # 13-CR-607 (JFB)

Dear Judge Bianco:

       This letter is respectfully submitted on behalf of my client Tommy Constantine requesting permission for him to travel to New York for his court appearance on September 2, 2014. Mr. Constantine will be flying in to New York on Monday September 1, 2014, and will be staying until Thursday September 4, 2014 to meet with me to discuss his case. While here in New York Mr. Constantine will check in with PTSO Christina Bourque, who will have his itinerary for his stay in New York.

       We have spoken have spoken with AUSA Saritha Komatireddy, PTSO Patrick Mancini and Christina Bourque, who have no objections to our request. Mr. Constantine's PTSO Gilbert Lara in Arizona, is aware of the travel plans also.

       Thanks for your attention to this request.

                                          Respectfully submitted,

                                          /s/ Joseph R. Conway
                                          Joseph R. Conway

cc:    AUSA Saritha Komatireddy
        PTSO Christine Bourque
        PTSO Gilbert Lara (AZ)