## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 9/2/2014          TIME: 1:40 p.m.      Time in court: 1 hr.

DOCKET NUMBER:  CR 13-0607         TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine         DEFT: # 2
 X  PRESENT    NOT PRESENT   IN CUSTODY   X   ON BAIL

ATTY FOR DEFT: Joseph Conway
 X PRESENT       NOT PRESENT      X  RETAINED      C.J.A.
                                          FED. DEF. OF NY, INC.

DEFT NAME: Phillip Kenner        DEFT: # 1
 X  PRESENT    NOT PRESENT X IN CUSTODY     ON BAIL

ATTY FOR DEFT: Richard Haley
 X PRESENT       NOT PRESENT      RETAINED     X  C.J.A.
                                          FED. DEF. OF NY, INC.


A.U.S.A.: James Miskiewicz and Saritha Komatireddy

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:    P. AUERBACH     E. COMBS     P. LOMBARDI
  H. RAPAPORT   M. FOLEY X   D. TURSI    O. WICKER    S. PICOZZI

INTERPRETER:

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO                                      FOR

___ MOTION CONFERENCE HELD ON                 'S MOTION TO


___ ARGUMENT HEARD     ___ MOTION GRANTED.    ___ MOTION DENIED.
                        ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-          START DATE: 9/2/14 XSTRT
                            STOP DATE: 10/7/14 XSTOP

 X  NEXT STATUS CONFERENCE IS  SET FOR 10/7/14 at 1:00 a.m.

 X  DEFT CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR

___ MOTIONS TO BE MADE BY

___   **RESPONSE BY GOVERNMENT BY**_____

___   **REPLY IF ANY BY**_____

___   **HEARING SET FOR:**_____

___   **OTHER:**_____