

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

September 8, 2014

**By FedEx & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re: United States v. Philip Kenner & Tommy C. Constantine
       Criminal Docket No. 13-607 (JFB)

Dear Counsel:

  Enclosed please find the names of each "John Doe" and "Jane Doe" listed in the indictment.  Please contact me or AUSA James Miskiewicz if you have any questions or requests.

         Very truly yours,

         LORETTA E. LYNCH
         United States Attorney

     By: /s/Saritha Komatireddy
        Saritha Komatireddy
        James M. Miskiewicz
        Assistant U.S. Attorneys
        (631) 715-7825/7841

Enclosures

cc: Clerk of the Court (JFB) (by ECF) (without enclosures)