***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

September 18, 2014

United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Attn: AUSA James M. Miskiewicz
      AUSA Saritha Komatireddy

      RE: <u>United States v. Philip Kenner & Tommy C. Constantine</u>
          Docket Number: 13-CR-607 (JFB)

Dear Mr. Miskiewicz and Ms. Komatireddy:

    Upon review of the records provided under your letter of August 22, 2014, it is noted that the documents produced by Kenneth Jowdy or his representative to the United States Attorney's Office for the Southern District of New York (HARVEY DISK 1-4) do not include the banking records of LOR Management S.A de C.V, Porpiedades de DDM S.A. de C.V or LMJ Management, LLC as reflected on the SDNY document identified as 17035.

    Inasmuch as the financial records of Baja Management LLC, and Diamante Air, LLC were provided as referenced in SDNY document 17035, the missing documents from HARVEY DISK 1-4 may simply have been overlooked in the copying process.  Accordingly, kindly provide the missing documents or advise if such documents are not in the possession of the government.

                                                    Very truly yours,

                                                    ***Richard D. Haley***

                                                    RICHARD D. HALEY