

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza
Central Islip, New York 11722*

September 19, 2014

**By FedEx & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

      Re: United States v. Philip Kenner & Tommy C. Constantine
         Criminal Docket No. 13-607 (JFB)

Dear Counsel:

    Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014, June 6, 2014, August 6, 2014, August 15, 2014, August 20, 2014, August 22, 2014, August 27, 2014, August 28, 2014, August 29, 2014, September 2, 2014, September 11, 2014 and September 12, 2014.  The material below also includes early disclosure of material governed by 18 U.S.C. § 3500.  The government renews its request for reciprocal discovery.

    Enclosed please find the following:

- Additional text messages sent by Kenner (bates-numbered DS 851-859).  The government received these records earlier this week.
- Additional records pertaining to a Hermosa Beach property (bates-numbered HER 133-135).

2

        The government will continue to provide discovery.  Please contact me or AUSA James Miskiewicz if you have any questions or requests.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:   /s/Saritha Komatireddy
      Saritha Komatireddy
      James M. Miskiewicz
      Assistant U.S. Attorneys
      (631) 715-7825/7841

Enclosures

cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)