LaRusso & Conway
300 Old Country Road
Suite 341
Mineola, New York 11501
516-248-3520
516-248-3522 fax

September 25, 2014

Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Tommy C. Constantine
                Docket # 13-CR-607 (JFB)

Dear Judge Bianco:

      This letter is respectfully submitted on behalf of my client Tommy Constantine. The next scheduled status conference is set for October 7, 2014 at 1:00 p.m. This letter seeks permission to allow my client to appear either telephonically or by video if possblie. Mr Constantine is currently in residing in Arizona, and the travel cost to come for the conference are extremely high. As such we respectfully request that for this conference he be allowed to appear by telephone and or video conference.

      We have spoken with AUSA Jim Miskiewicz who has no objections to our request.

      Thanks for your attention to this request.

                                                            Respectfully submitted,

                                                            /s/ *Joseph R. Conway*
                                                            Joseph R. Conway

cc:    AUSA Jim Miskiewicz
         AUSA Saritha Komatireddy
         PTSO Gilbert Lara (AZ)