**HALEY WEINBLATT & CALCAGNI, LLP**
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

October 1, 2014

United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Attn: AUSA James M. Miskiewicz
    AUSA Saritha Komatireddy

       RE: United States v. Philip Kenner & Tommy C. Constantine
           Docket Number: 13-CR-607 (JFB)

Dear Mr. Miskiewicz and Ms. Komatireddy:

    Enclosed please find reciprocal discovery by the defendant, Phillip Kenner, in accordance with Rule 16(b)(1)(A) of the Federal Rules of Criminal Procedure. The defendant renews his request for discovery in accordance with his letter of September 3, 2014 as well as his two letters of September 18, 2014 and the letter filed this date (Docket Entry # 104).

    Please find the following as contained on the enclosed computer disc:

        – FBI Field Office Newsletter, dated November 13, 2013
        – Daily News Article, dated November 14, 2013
        – Daily News Article, dated November 15, 2013
        – Civil Complaint, United States District Court for the Eastern District of New
          York, CV11-2692

    The defendant will continue to provide reciprocal discovery when required by Rule 16(b)(1)(A). Please contact me directly if you have any questions.

                                        Very truly yours,

                                        ***Richard D. Haley***

                                        RICHARD D. HALEY

cc: Clerk of the Court by ECF (without enclosures)