***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

October 6, 2014

United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Attn: AUSA James M. Miskiewicz
     AUSA Saritha Komatireddy

          RE: United States v. Philip Kenner & Tommy C. Constantine
             Docket Number: 13-CR-607 (JFB)

Dear Mr. Miskiewicz and Ms. Komatireddy:

    As you are aware, a status conference before Judge Bianco is scheduled for tomorrow at 1:00 p.m.  I intend to arrive at the courthouse at 10:00 a.m. at which time I anticipate that my client will be present at the United States Marshall's office on the third floor.  Accordingly, both my client and myself will be available in advance of the afternoon court appearance to inspect the documents (copies) containing the alleged "forged signatures" as well as my client's MacBook computer at your Central Islip office as requested in my letters of October 1, 2014 and October 3, 2014.

    You may contact my office and speak with Linda who will provide you with my cell phone number to contact me regarding this request.  I will also place a telephone call to Mr. Miskiewicz in the morning upon my arrival at the courthouse.

                                                    Very truly yours,

                                                   ***Richard D. Haley***

                                                   RICHARD D. HALEY