***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

October 10, 2014

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        RE: <u>United States v. Phillip Kenner</u>
           Docket Number: 13-607 (JFB)

Dear Judge Bianco:

    As I commence my file review and analysis in preparation of the pre-trial motion presently returnable of November 7, 2014, I am requesting that the court authorize the transcription of the status conferences held on June 6, 2014, September 2, 2014 and October 7, 2014. To this end, I have attached the requisite CJA Form 24 to this letter with the "expedited" box marked for your initials.

    Thank you for Your Honor's attention to this request.

                                          Very truly yours,

                                          ***Richard D. Haley***

                                          RICHARD D. HALEY

cc: AUSA James M. Miskiewicz via ECF
    AUSA Saritha Komatireddy via ECF