CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE<br>EDNY | 2. PERSON REPRESENTED<br>Phillip A. Kenner | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>13-CR-607 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v. Kenner et. al | 8. PAYMENT CATEGORY<br>☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions) | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 U.S.C. 1349; 18 U.S.C. 1343; 18 U.S.C. 1956

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Pre-trial motion presently scheduled for return date of November 7, 2014 to compel Rule 16 disclosure and schedule bail application after submission of motion

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Status conferences held on June 6, 2014, September 2, 2014 and October 7, 2014

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☑ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_[signature]_ 10/10/2014
Signature of Attorney    Date
Richard D. Haley
Printed Name
Telephone Number: (631) 582-5151
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

Date of Order        Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | $0.00 | | $0.00 |
| Copy | | | | $0.00 | | $0.00 |
| Expense (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | **$0.00** |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT                                24. AMOUNT APPROVED

Signature of Judge or Clerk of Court _____   Date _____