Day5.txt

```
 4     Q.    BY MR. RICHARDS:  Are you familiar with the
 5   credit line agreement that you witnessed between Mr. Kenner
 6   and Mr. Jowdy?
 7     A.    Help me with that question a little bit better,
 8   please.
 9           MR. RICHARDS:  Do you know the exhibit, Counsel?
10           MR. BAKER:  79.
11     Q.    BY MR. RICHARDS:  Can you turn to 79 in that?
12     A.    Yes.  I am familiar.
13     Q.    Can you turn to the second page?  Do you
14   recognize that signature?
15     A.    Which one?
16     Q.    The one at the top under witnessed.
17     A.    Yes.
18     Q.    Whose signature is that?
19     A.    It's mine.
20     Q.    Were you present when Mr. Jowdy signed this
21   credit line agreement -- this agreement, forget the title,
22   with Mr. Kenner?
23     A.    Yes, I was.
24     Q.    Lastly, do you happen to own any real estate at
25   all with Mr. Kenner in Baja, Cabo San Lucas?  Do you own
                                                                  956

 1   any property -- do you have a title with him in any
 2   property?
 3     A.    I do not.
 4           MR. RICHARDS:  I'll pass the witness.
 5           ARBITRATOR MEYERSON:  Mike.
 6           MR. MEEKS:  No questions.
 7           ARBITRATOR MEYERSON:  Can you help him with his
 8   slice?
```

Page 110