ORIGINAL

UNITED STATES GRAND JURY

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                    August 2009
         -v-                      :Special

PHILLIP KENNER                    :

- - - - - - - - - - - - - - - - - - x

                    UNITED STATES COURTHOUSE
                    500 Pearl Street
                    New York, New York 10007

                    March 29, 2011
                    12:33 a.m.

APPEARANCES:

          ARLO DEVLIN-BROWN, ESQ.

             Assistant United States Attorney

                                  Rivka Teich, R.P.R., C.S.R.
                                  Acting Grand Jury Reporter

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018 (212) 869-1500

```
                              T. Stevenson   03/29/11                    2
              (Colloquy Precedes.)
              (Witness Enters Room.)
              (Time Noted: 12:33 p.m.)
TURNER STEVENSON, called as a witness, having been
      first duly sworn by the Foreperson of the
      Grand Jury, was examined and testified as
      follows:
BY MR. DEVLIN-BROWN:
      Q     Please state your name and spell it for the
record?
      A     Turner Stevenson, T-U-R-N-E-R,
S-T-E-V-E-N-S-O-N.
      Q     Good afternoon.  I'm Arlo Devlin-Brown.  I'm an
Assistant United States Attorney.  You've been
subpoenaed to testify to this Grand Jury, which is
investigating various offenses involving securities
fraud, bank fraud, other fraud offenses.  I want to
advise you that you're not a target or subject of the
Grand Jury's inquiry, just subpoenaed as a witness.
            Before we get started I make it a practice to
advise you of certain rights that you and all witnesses
have before the Grand Jury.
      A     Okay.
      Q     First of all, you have the right not to
incriminate yourself, meaning if a truthful answer to a
```

```
                    T. Stevenson    03/29/11                    3
```

1  question would tend to incriminate you you have the
2  right to refuse to answer that question. Do you
3  understand that?
4      A    Yes.
5      Q    You do have a right to an attorney to represent
6  you. That attorney cannot be in the Grand Jury room.
7  Do you have an attorney?
8      A    Yes, outside.
9      Q    What is his name?
10     A    Ronald Richards.
11     Q    If you need to consult him to answer or to get
12 advice on a question you can feel free to take a break
13 and ask to consult him, okay?
14     A    Okay.
15     Q    Do you understand that you're required to give
16 truthful, non-misleading information to the Grand Jury?
17     A    Yes.
18     Q    Do you understand that if you give false or
19 misleading information intentionally you could be
20 prosecuted for obstruction of justice, perjury or false
21 declaration to a Grand Jury?
22     A    Yes.
23     Q    Do you understand everything I've told you so
24 far.
25     A    Yes.

```
 1                T. Stevenson    03/29/11                    4
 2     Q    We'll proceed.
 3          Let's start with a little background about you.
 4   Where you were born?
 5     A    I was born in Port Alborne, British Columbia,
 6   May 18, 1972.
 7     Q    What country is that?
 8     A    Canada, sorry.
 9     Q    What country are you citizen of?
10     A    Just Canada.  I reside in the United States, I
11   have my greencard here.
12     Q    What is your current job here?
13     A    I'm an assistant hockey coach for the Seattle
14   Thunderbirds.
15     Q    Is that NHL?
16     A    Minor league team for players that are drafted
17   out of there to go to the NHL.
18     Q    Before you took this coaching position were you
19   a professional hockey player yourself?
20     A    For 13 years I was.
21     Q    Played on the NHL?
22     A    Yes.  I played Montreal Canadians for seven
23   years.  I played in New Jersey for four years.  And my
24   last year was for the Fliers.
25     Q    Do you know someone Phil Kenner?
26     A    I do, yes.
```

```
                    T. Stevenson    03/29/11                  5
```

1
2    Q    When did you first meet Mr. Kenner?
3    A    Probably first time when I got traded to New
4    Jersey, the season of 2001, 2002, 2001, when I was
5    playing for the Devils.
6    Q    How did you meet him?
7    A    Just through players that I played with, Mark
8    Recky, who I played with, knew, and trusted very well.
9    I had to change my financial stuff because you can't
10   have that in Canada.  I was moving.  He recommended Phil
11   Kenner.  I went out at different times in Phoenix out
12   there, for the first time dinners before feeling
13   comfortable to go with him.
14   Q    When you say "go with him" what did you have
15   him do with you?
16   A    Financial, get my, take care of my kids' stuff,
17   college education, budget, stuff where my wife and I
18   could put our money away, live a proper life, a proper
19   life.  We were making good money, you make good money as
20   an athlete.  We wanted to do things to make it long-term
21   and not live an extravagant lifestyle.  We don't live
22   beyond our means.  We don't own fancy cars, things like
23   that.
24   Q    You hired him to do this work?
25   A    Yes.
26   Q    What kind of compensation did you have with

```
                    T. Stevenson    03/29/11                    6
him?
    A    He gets just depending on what the portfolio
would do, good or bad, anything he invested in or that
he would oversee.  It would basically be around 35, four
different quarters.
    Q    Thirty-five?
    A    $3,500 per quarter, stuff like that.
    Q    Based on the amount that he was managing for
you?
    A    How it is set now, that's basically what it is
right now, a set amount that he takes for working for
us.
    Q    When you first signed on with him what year
would this have been, 2001?
    A    I would say '01, '02.
    Q    Where had your money been banked before you
signed on?
    A    Most of it was, we just had it in the bank in
Nova-scotia in Montreal or CBC Bank in Montreal, Canada.
    Q    When he started managing, what accounts did you
set up?
    A    Personal bank accounts.  Then we had Schwab
where we have cash market accounts.  The rest of the
stuff is in different stocks.
    Q    Which personal bank accounts, what banks did
```

```
                    T. Stevenson    03/29/11                    7
```

1  you use for that at first?

2  A   Our main one here -- in New Jersey when I was here, I can't remember the name of the bank here. The main one we use is Bank of America, is what we kept in Edmonton. In the summer I've been back there since '95; 96. My wife and I lived there at various points; when the season is over we go back there.

   Q   Aside from stocks and bonds did Mr. Kenner recommend any -- in your history with him -- purchases of particular companies, stakes in particular companies, and/or real estate ventures?

   A   Real estate, yes; companies, no. I'm not invested in companies.

   Q   Did he recommend some to you from time to time?

   A   Yes, he did. He would ask me if I'm interested in an equipment company, I think. I would have been a later arrival than some players that have heard into companies, but nothing that I've agreed on to, just land.

   Q   Like Impact, have you heard of that company?

   A   No.

   Q   Did you consider potentially investing in some of the companies he was suggesting and conclude it was not for you, or you were not interested in doing that?

   A   A little of both at the time. I guess it was

```
                    T. Stevenson    03/29/11                    8
```

1  
2   different on feeling what percentage of what pay scale I  
3   was making at the time as playing a professional  
4   athlete. There are different amount of money, whether  
5   when at that time I felt this amount of money, I had  
6   made enough money in my career savings for playing from  
7   '94, '95 the dollar amounts of hockey never took off  
8   until later 90s when all players -- when I wasn't on the  
9   upper-end of the pay scale of a player. So that might  
10  have been something to do with it. I didn't have enough  
11  money at the time or feel comfortable giving away that  
12  money to do something like that.  
13      Q   Understood. What about the real estate, how  
14  many real estate ventures did you invest in that Phil  
15  Kenner had recommended?  
16      A   The one, the first one, would have been Hawaii,  
17  that I put $100,000 into. Then the other one would have  
18  been Cabo San Lucas.  
19      Q   Do you remember the order of those investments?  
20      A   Order meaning?  
21      Q   Which one first?  
22      A   Hawaii.  
23      Q   When did you put the money into Hawaii?  
24      A   Probably not long after that, I would say, I  
25  would say after 2002, 2003 in there.  
26      Q   You think that early?

```
                    T. Stevenson    03/29/11                    9
```

1  
2  A    I think, yeah.
3  Q    What kind of material did you receive, if any,
4  before you decided to make that investment?
5  A    Material meaning?
6  Q    Documents, prospectuses, something describing
7  the project, how the money would be used?
8  A    Never saw anything how the money would be used.
9  I've seen pictures, land, what we were going to do, what
10 they are purchasing, what it's going to look like. Then
11 I agreed on to it, that was my decision.
12      Cabo was a little different. I've been there.
13 So I was there a few times to see actually what it is
14 and what it can be.
15 Q    We'll stick with Hawaii for now. You put in
16 $100,000?
17 A    Yes.
18 Q    What made you think it would be a good
19 investment since you didn't review materials? Is it
20 things Kenner told you about?
21 A    I don't think, it's not that, no. When I got
22 into land I think you -- look back now, it's different,
23 different world real estate. I had enough money. I
24 don't think that, I don't say enough money, it was,
25 $100,000 at that time was a small percentage, something
26 I believed in that could do well and make a lot of money

```
 1                T. Stevenson    03/29/11              10
 2    in a great place like Hawaii.  It wasn't learned in any
 3    way or so, that was just my own personal opinion of what
 4    I saw.
 5         Q    What were they supposed to do with this project
 6    in Hawaii?
 7         A    Get title of the land and turn it into some
 8    sort of development, hotels, something along those
 9    lines.
10         Q    What was your $100,000 buying you?
11         A    Probably a small percentage.
12         Q    In addition to the Hawaii projects mentioned
13    San Lucas, tell us about that investment.
14         A    That was one I decided -- I wasn't in the other
15    ones -- that I went down there.  I saw the property.  I
16    saw before the purchase was made.  I want to say I was
17    in there, I saw the pictures maybe '04, '05 I went in
18    there to see it.
19              When I retired my last year was 2005/2006 in
20    Philadelphia I went down there.  When there was a golf
21    tournament I saw the course and the possibility, which
22    of course, there is there.  That this could be very
23    good.  Because I've been to Cabo San Lucas before and
24    saw the potential of what that investment could be.
25    That to me 200,000, much like the 100,000, was a small
26    percentage of my wealth.  That I wasn't concerned about
```

```
1                T. Stevenson    03/29/11                    11
```

2  the risk.  Obviously there is a risk of buying land in
3  another country, I understand that.  I saw what this can
4  be and still can be today.  I think it's great piece of
5  property in a very popular place in the world.
6      Q    What was the $200,000 supposed to go for?
7      A    Same percentages, we had up to $200,000 to make
8  the property work until there was a bank loan that was
9  coming.   Lehman Brothers came in eventually and we
10 waited for that loan to buy the property, to buy the
11 project, a small percentage.
12     Q    Did you understand whether or not Phil Kenner
13 had any interest in the project; in other words, he was
14 like one of the owners or he would profit from your
15 investment at all?
16     A    I didn't, not at the time.  I didn't -- are you
17 asking if that is a factor of why I got into it?
18     Q    I'm asking whether you understood he had any
19 interest in it at the time?
20     A    No, at the time I didn't.
21     Q    Did you learn he had an interest at some point?
22     A    Yeah, I would say that, yes.
23     Q    How did you learn he had an interest?
24     A    Probably from him, talking with Phil.  But also
25 talking with Mr. Jowdy as well.  Ken Jowdy more so
26 because I've had dealings with him, I've dealt with him

```
 1              T. Stevenson    03/29/11              12
 2   on a personal level with different issues that the other
 3   guys haven't, that I've had contact with him.
 4        Q    Mr. Jowdy?
 5        A    Yes.
 6        Q    How many times have you been down to San Lucas
 7   to see the property?
 8        A    Two times, once when I went there for the golf
 9   tournament.  Another time when I went with, I brought my
10   family, my wife and kids, to see the place.
11        Q    The property is being developed as condominiums
12   or timeshares?
13        A    At the time the original was to build a golf
14   course, and there is a golf course there.  And then
15   build homes, different condos, stuff like that, vacation
16   resort kind of place.
17        Q    Has the resort only been built or only the golf
18   course?
19        A.   Only the golf course.
20        Q    What is the status of the project?
21        A    Sitting there.  The players haven't, we, the
22   loan is still there, as far as I know from Donza Bank,
23   who took over the Lehman loan.  That's the order it goes
24   in.  Not much is going on there.
25        Q    At the time you invested in the San Lucas
26   project, did you learn anything, did you know anything
```

```
1              T. Stevenson    03/29/11                    13
2    about an earlier project that Mr. Jowdy had been
3    managing elsewhere in the Baha?
4         A    I knew they, I wouldn't say I knew at the exact
5    time that I invested the 200,000, I wouldn't say of the
6    north project I learned, but I wasn't invested in that.
7         Q    You learned after the fact?
8         A    Yes.
9         Q    Have you learned after the fact that they were
10   having major problems with the north project?
11        A    Yes.  After they had done that, I think they
12   learned that, my thought was, we kind of get everyone
13   into Cabo.  I didn't pay that much attention in it.  I
14   wasn't invested in it at the time; still ain't.
15        Q    Same guy running both projects, Jowdy?
16        A    Yes.
17        Q    Would have you liked to have known at the time
18   you were making the decision about whether to put money
19   in San Lucas that the Jowdy project in the north of
20   Mexico had gone no where?
21        A    I may have known, like, I don't, at the exact
22   time I don't remember knowing the north project was not
23   bad.  I probably if you would told me it that was bad at
24   the time I still would have made, from what I've seen,
25   even though he was managing, from what I saw at the land
26   I still think I still probably would have made that
```

```
                    T. Stevenson    03/29/11                    14
```

decision.

    Q    Are you saying even if you had known the manager who you were entrusting the $200,000 was not doing much on the project to the north, you still would have that, it wouldn't have been relevant to you as an investment?

    A    It would have been relevant, but I've also, like I said at the beginning, I don't believe the percentage I was putting in of 200,000 -- I think that's a fair question when I look back now. But at the time when I've seen, I still believe today that the property is going to be, it's going to be phenomenal whatever the end result is. That's going to be a beautiful place, because Cabo is just such a popular place to go. I still think it's going to be a great investment. I still think that even everything we've gone through.

    Q    Do you have any accounts at Northern Trust Bank?

    A    No.

    Q    Do you have a line of credit there as far as you know?

    A    No.

    Q    Did anyone ever ask you to open a line of credit?

    A    No.

```
 1                    T. Stevenson    03/29/11                    15
 2        Q    Did anyone suggest to you to increase your
 3   investment?
 4        A    No.
 5        Q    Do you know other players who have lines of
 6   credit that were used to fund any of these real estate
 7   deals?
 8        A    No, not that I'm aware of.
 9        Q    Are you party to any litigation or lawsuit
10   involving any of these projects?
11        A    We had one involving Ken Jowdy dismissed
12   without prejudice.
13        Q    Do you know why it was dismissed?
14        A    No.
15        Q    Were you deposed in that lawsuit?
16        A    No.
17        Q    Were they seeking to depose you, as far as
18   you're aware of?
19        A    Not that I've aware of.
20        MR. DEVLIN-BROWN:  I propose excusing the
21   witness for a moment.  If you won't mind waiting
22   in the hall.  We may have more questions for you,
23   we may not.  In any event, it's possible at some
24   future date the Grand Jury will wish to continue
25   your Grand Jury testimony.  We'll advise your
26   attorney.
```

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018  (212) 869-1500

```
 1                T. Stevenson    03/29/11              16
 2    May I ask the witness be excused.
 3     THE FOREPERSON:    Yes.
 4    (Witness Excused.)
 5    (Time Noted: 12:52 p.m.)
 6    (Colloquy Follows.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

```
 1                T. Stevenson    03/29/11                    17
 2          (Colloquy Precedes.)
 3          (Witness Enters Room.)
 4          (Time Noted: 12:57 p.m.)
 5          THE FOREPERSON:  I remind you, you are still
 6      under oath.
 7  BY MR. DEVLIN-BROWN:
 8      Q    The Hawaii project is called Little Isle IV; is
 9  that right?
10      A    If that's the name they use, I just call it
11  Hawaii.
12      Q    When you put up the $100,000 for Hawaii, did
13  you have any understanding of whether the money could be
14  used to pay for the Mexico project or was it just
15  supposed to go to the Hawaii project?
16      A    In the beginning it was supposed to go to
17  Hawaii.  Then I saw they needed, the group of us got
18  together, we have this piece of land that's available
19  for purchase in Mexico that we need too wait on or get
20  funds on to transfer as a group like one big blanket to
21  get money into Cabo and pay for that land to hold it
22  until the loan came.
23      Q    So are you saying you agreed to transfer some
24  of the money from the Hawaii project to the Cabo
25  project?
26      A    I would say that, yes.
```

```
                    T. Stevenson    03/29/11                    18
```

2  Q   Who made that decision?

3  A   I think all of us as a group.

4  Q   What do you mean "as a group", who is the
5  group?

6  A   All the guys who were invested in it.

7  Q   All the guys who were invested through
8  Mr. Kenner, his clients?

9  A   If all of them, yeah, and other guys that were
10 invested in this; Mr. Jowdy I'm not sure.

11 Q   Let me show you what's been marked 110A.
12 Before I do, do you remember getting reports or anything
13 from Mr. Kenner about the status of Little Isle IV the
14 Hawaii project?

15 A   No.

16 Q   Take a look at this and see if you remember
17 ever getting anything like this.

18     (Witness reviewing document.)

19 A   I think I remember seeing that.

20 Q   How do you remember getting it?

21 A   Through a fax maybe.  Seeing these actual
22 numbers that looks familiar to me.

23 Q   Okay.  Is he still your financial adviser?

24 A   He is.

25 Q   Roughly how much money is he managing for you?

26 A   Probably five, 600,000.

PINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018 (212) 869-1500

```
 1                T. Stevenson    03/29/11                  19
 2       Q   Does that include the money tied up in these
 3   real estate ventures like 300,000?
 4       A   No, that would be more than 900,000.
 5           MR. DEVLIN-BROWN:  May I ask the witness be
 6   excused.
 7           THE FOREPERSON:  Yes.
 8           (Witness Excused.)
 9           (Time Noted: 1:00 p.m.)
10           (Colloquy Follows.)
```

20

CERTIFICATE

STATE OF NEW YORK     )
                      )
COUNTY OF NEW YORK    )


        I, RIVKA TEICH, hereby certify that the foregoing is a true and accurate transcript, to the best of my skill and ability, from my stenographic notes of this proceeding.


_____

Rivka Teich, R.P.R., C.S.R.

Acting Grand Jury Reporter