**PROCURADURIA GENERAL DE JUSTICIA**
**DEL ESTADO DE BAJA CALIFORNIA SUR**

**DECLARACION DE TESTIGO.** ------------------------------------------

-----En la Ciudad de Cabo San Lucas, Estado de Baja California Sur, siendo las 10:00 horas del día 26 de Junio del 2010 (DOS MIL DIEZ), El C. Agente del Ministerio Público del Fuero Común Investigador quien actúa ante los testigos de asistencia, quien o quienes dan fe de la presente diligencia siendo es CC. AURORA HERRERA VARGAS Y ASCENCION SIERRA, quien(es) hacen constar que el testigo compareció voluntariamente ante esta Representación Social el C. **JOHN ROBERT KAISER**. -------------------------------------------------------------------

-----Acto seguido y con fundamento en el artículo 229 del Código Procesal Penal, se le hace saber al declarante que no tiene obligación de declarar en los siguientes supuestos: I.- Si es ascendiente o descendiente consanguíneo o por adopción del indiciado; II.- Si es cónyuge, concubina o concubino y pariente colateral por consanguinidad hasta el cuarto grado y por afinidad hasta el segundo; III.- Los que están ligados al indiciado por amor, respeto, gratitud o estrecha amistad; IV.- Los que tengan obligación legal de no revelar secretos; por lo que una vez informado el testigo manifiesta que no se encuentra en ninguno de los supuestos, por tal motivo sí es mi deseo y voluntad rendir mi testimonio ante esta autoridad.-

-----Seguidamente se procede **PROTESTA** para que se conduzca con la verdad dentro de la presente diligencia en la que habrá de intervenir, procediendo el C. Agente del Ministerio Público a informarlo y enterarlo del contenido de los artículos 188 y 189 del Código Penal en relación con el 288 del Código de Procedimientos Penales ambos vigentes en la entidad, relativos al delito de falsedad en declaraciones e informes, dándosele lectura en voz alta al mismo, una vez enterado de lo anterior el compareciente manifiesta: que hace formal PROTESTA de conducirse con verdad.------------------------------------

------------------------------------------Acto continuo se procede a tomar sus generales, quien dijo llamarse como ha quedado escrito, de apodo **NINGUNO**, de 42 años de edad, originario(s) de NEW YORK U.S.A., ser de nacionalidad ESTADOUNIDENSE, de estado civil CASADO de ocupación INVERSIONISTA, con domicilio en CASA 38, DESARROLLO VENTANAS AL PARAISO CABO SAN LUCAS, BAJA CALIFORNIA SUR, y numero telefónico, CON instrucción, de padres de nombre ALEXANDER DOROTHY KAISER quien se identifica con PASAPORTE y deja copia para constancia.----------------------------------------------------------

------------------------------------------------------------Seguidamente manifiesta: QUE COMPAREZCO VOLUNTARIAMENTE ANTE ESTA REPRESENTACIÓN SOCIAL, CON EL FIN DE RENDIR TESTIMONIO EN RELACIÓN A LOS PUNTOS QUE SE NECESITEN POR LO QUE REQUIERO DE LA PRESENCIA DE PERITO TRADUCTOR CERTIFICADO YA QUE MI IDIOMA DE COMUNICACIÓN ES

EXHIBIT
D

DOC-00000003

INGRESADAS manifestaciones del compareciente, el C. Agente del Ministerio Público acuerda; en vista de lo manifestado por el testigo y de conformidad con lo establecido en el artículo 214, 215 y 217 del Código de procedimientos Penales vigente en la entidad, y en vista de que se encuentra presente en este recinto la C. PERITO TRADUCTOR INGLES-ESPAÑOL-INGLES, MARIA DOLORES NUÑEZ VALLADARES, tómesele protesta y discernimiento del cargo.--------
---------------------------------------------Acto seguido se procede a protestar al cargo a la profesionista, quien protesta conducirse con verdad dentro de la diligencia en que actúa, misma que se identifica con documento que la acredita como perito traductor ingles español, refiriendo ser de nacionalidad MEXICANA, de 56 años de edad, de Estado Civil SOLTERA, con instrucción, originaria de MEXICO D.F., con domicilio en F.1 VINORAMA FRACCIONAMIENTO BRISAS DEL PACIFICO y de ocupación MAESTRA DE INGLES Y PERITO a quien en lo sucesivo por su conducto se procederá a declarar al testigo.-
--------------------------------------------Acto seguido el compareciente manifiesta: QUE UNA VEZ QUE ME HA SIDO LEIDA LA DENUNCIA QUIERO MANIFESTAR QUE ME CONSTAN LOS HECHOS DEBIDO A QUE YO SOY AMIGO DE JOZEF STUMPEL Y TENEMOS NEGOCIOS E INVERSIONES EN COMUN, ES POR ESO QUE MI AMIGO STUMPEL ME PIDIO MI OPINION PARA INVERTIR EN EL PROYECTO LLAMADO DIAMANTE CABO SAN LUCAS, EL CUAL EN MI OPINION ERA MUY BUEN PROYECTO PO ESTA RAZON YO CONOZCO QUE EL DIA 23 DE MAYO DE 2005 ESTUVE PRESENTE EN LA OFICINA DE STUMPEL CUANDO HIZO UNA TRANSFERENCIA DE UN MILLON SEISCIENTOS MIL DOLARES AMERICANOS LOS CUALES FUERON ENVIADOS A LA EMPRESA LOR MANAGEMENT Y DICHO DIA EL SEÑOR JOUDY CONFIRMO POR TELEFONO A MI AMIGO STUMPEL LA RECEPCION DEL DINERO MENCIONADO. que es todo lo que tiene que manifestar, acto continuo el suscrito Agente del Ministerio Público Investigador procede a interrogar al testigo, al tenor de las siguientes interrogantes, a la primera: que diga el testigo, porque se encontraba presente durante los movimientos financieros del señor JOZEF STUMPEL, a lo que contesta: porque como lo dije me hablo para que fuera a su oficina y somos amigos y socios. A la segunda Que diga el testigo, si conoce a alguien más que haya presenciado los hechos que manifiesta, a lo que contesta: si es señor PHILIP ANDREW KENNER. A la tercera: Que diga la razón de su dicho, a lo cual manifiesta POR SER LA VERDAD DE LOS HECHOS Y HABERLOS PRESENCIADO PERSONALMENTE Y NO POR OIDAS O COMENTARIOS, una vez concluida la presente le es leída su declaración o bien se le hace saber que lo puede hacer por si mismo a fin de que la ratifique o enmiende y la firme. De conformidad por el artículo 239 del Código de Procedimientos Penales vigente en la Entidad. **firma y estampa su huella digital** al margen para constancia.---------Se cierra y se autoriza lo actuado.- DAMOS FE.-------

DOC-00000004

AGENTE DEL MINISTERIO PUBLICO DEL FUERO COMUN INVESTIGADOR DE DIVERSOS

LIC. FIDENCIO SOLANO RESENDIZ

Testigo de Asistencia  
AURORA HERRERA VARGAS

Testigo de Asistencia  
ASCENCION SIERRA

DOC-00000005

