**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered by Haley, Richard on 10/6/2014 at 8:41 PM EDT and filed on 10/6/2014
**Case Name:**         USA v. Kenner et al
**Case Number:**       2:13-cr-00607-JFB
**Filer:**
**Document Number:** 108

**Docket Text:**
**Letter *request to inspect Rule 16 material and property seized from the defendant prior to 1PM court appearance* as to Phillip A. Kenner (Haley, Richard)**