**HALEY WEINBLATT & CALCAGNI, LLP**
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 12 2014 ★

LONG ISLAND OFFICE

November 12, 2014

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: <u>United States v. Phillip Kenner</u>
Docket Number: 13-607 (JFB)

Dear Judge Bianco:

Presently, the detention hearing in the above captioned matter is scheduled for tomorrow at 11:00 a.m. At the request of the defendant and with the consent of the government, the parties have agreed to adjourn the detention hearing to Monday, November 17, 2014, at 10:00 a.m., subject to the approval of the court. The adjournment is necessary because I will be traveling out of state tomorrow, a prior commitment that I neglected to recall when the November 13th detention hearing date was set by the court with the consent of the defendant last Friday.

I am advised by your courtroom clerk that the proposed adjournment of the detention hearing to November 17th meets with the court's schedule. Thank you for Your Honor's consideration of this requested adjournment.

Very truly yours,

*Richard D. Haley*

RICHARD D. HALEY

RDH/jm
cc: AUSA James Miskiewicz

Request granted. The detention hearing is adjourned to November 18, 2014, at 10:00 a.m.

SO ORDERED

Joseph F. Bianco
USDJ
Date: Nov. 13 20 14
Central Islip, N.Y