***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

November 19, 2014

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                RE: <u>United States v. Phillip Kenner et al.</u>
                    Docket Number: 13-607 (JFB)

Dear Judge Bianco:

      In order to advise and consult with my client, Phllip A. Kenner, concerning his appellate rights following the determination of the Court to detain him pending trial pursuant to the Bail Reform Act of 1984, 18 U.S.C. § 3142(e), it is necessary that I obtain transcript of the proceedings held on November 7, 2014 and November 18, 2014.

      Because my client is currently detained, I am requesting that the transcripts be "expedited" as indicated on the accompanying CJA Form 24.

      Thank you for Your Honor's attention to this request for the expenditure of CJA funds to obtain the aforementioned transcripts.

                                                Very truly yours,

                                               ***Richard D. Haley***

                                               RICHARD D. HALEY

cc: AUSA James M. Miskiewicz via ECF
    AUSA Saritha Komatireddy via ECF