Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:
United States of America v.

Phillip A. Kenner

Docket No.: 13-CR-607 (JFB)
Hon. Joseph F. Bianco
(District Court Judge)

Notice is hereby given that Phillip A. Kenner appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other [✓] Order _____ (specify) entered in this action on November 20, 2014 (date).

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other [✓]

Defendant found guilty by plea | | trial | | N/A [✓].

Offense occurred after November 1, 1987? Yes [✓] | No [ ] N/A [ ]

Date of sentence: _____ N/A [✓]

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ] If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Richard D. Haley (CJA) |
| Counsel's Address: | Haley Weinblatt & Calcagni, LLP |
| | 1601 Veterans Memorial Highway, Islandia, NY 11749 |
| Counsel's Phone: | 631-582-5151 |
| Assistant U.S. Attorney: | James Miskiewicz |
| AUSA's Address: | United States Attorney's Office |
| | 610 Federal Plaza, Central Islip, NY 11722 |
| AUSA's Phone: | 631-715-7841 |

_____
Signature