**LaRusso & Conway**
**300 Old Country Road**
**Suite 341**
**Mineola, New York 11501**
**516-248-3520**
**516-248-3522 fax**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 26 2014 ★
LONG ISLAND OFFICE

November 26, 2014

Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:    United States v. Tommy C. Constantine
              Docket # 13-CR-607 (JFB)

Dear Judge Bianco:

    This letter is respectfully submitted on behalf of my client Tommy Constantine. Mr. Constantine would like to go the Fairmont Hotel in Scottsdale, Arizona, with family for the Thanksgiving Holiday. Mr. Constantine would like to be out on November 27, 2014 from 12:00 p.m. to 5:00 p.m.

    We have spoke with both Pre-Trial Officers Christina Bourque in Central Islip and Gilbert Lara in Arizona, who have said that have no objection to this request and said that Mr. Constantine has remained compliant on supervision.

    We have reached out to Assistant United States Attorney Saritha Komatireddy, but did not hear from her.

    Thanks for your attention to this request.

                        Respectfully submitted,

                        /s/ *Joseph R. Conway*
                        Joseph R. Conway

*[Handwritten: Request granted.]*

cc:    AUSA Saritha Komatireddy
       PTSO Gilbert Lara (AZ)
       PTSO Christina Bourque (CI)

SO ORDERED
S/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: Nov. 26, 20 14
Central Islip, N.Y