UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

TOMMY CONSTANTINE
                  Defendant,

-----------------------------------------------------x

Docket No.13-CR-607(JFB)

ORDER TO MODIFIY
BAIL CONDITIONS

    PURSUANT TO THE COURTS ACCEPTANCE OF THE DEFENDANT'S ORAL MOTION MADE ON NOVEMBER 7, 2014,

    IT IS HEREBY ORDERED THAT DEFENDANT TOMMY CONSTNATINE'S BAIL IS MODIFIED TO ALLOW HIM TO GO TO THE PARK IN HIS COMMUNITY WITH HIS SON AS DIRECTED AND MONITORED BY PRETRIAL.

SO ORDERED

This 3rd day of December 2014

_____
Hon. Joseph F. Bianco