## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE:11/7/2014        TIME:11:30 p.m.     Time in court:1 hr.

DOCKET NUMBER:  CR 13-0607       TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine       DEFT: # 2
 X   PRESENT___NOT PRESENT__IN CUSTODY   X   ON BAIL

ATTY FOR DEFT:  Robert LaRusso
 X PRESENT        NOT PRESENT      X  RETAINED      C.J.A.
                                        FED. DEF. OF NY, INC.

DEFT NAME: Phillip Kenner       DEFT: # 1
 X   PRESENT___NOT PRESENT X IN CUSTODY      ON BAIL

ATTY FOR DEFT: Richard Haley
 X PRESENT        NOT PRESENT       RETAINED      X  C.J.A.
                                        FED. DEF. OF NY, INC.

A.U.S.A.:James Miskiewicz and Saritha Komatireddy

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER: ___P. AUERBACH     ___E. COMBS     ___P. LOMBARDI
 X H. RAPAPORT __M. FOLEY___D. TURSI ___O. WICKER ___S. PICOZZI

INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO_____FOR_____

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
    _____

___ ARGUMENT HEARD     ___ MOTION GRANTED.   ___ MOTION DENIED.
                          ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-          START DATE: 10/7/14 XSTRT
                            STOP DATE: 12/9/14 XSTOP

 X  NEXT STATUS CONFERENCE IS  SET FOR 12/9/14 at 1:00 p.m.

 X  DEFT CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

\_\_\_ **MOTIONS TO BE MADE BY**_____

\_\_\_ **RESPONSE BY GOVERNMENT BY**_____

\_\_\_ **REPLY IF ANY BY**_____

\_X\_ **BAIL CONFERENCE SET FOR:** 11/13/14 at 11:00 a.m.(Philip Kenner)

\_\_\_ **OTHER:**_____

Case 2:13-cr-00607-JFB-AYS   Document 136   Filed 11/07/14   Page 2 of 2 PageID #: 684