<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

<u>BEFORE: Bianco,J.</u>

<u>DATE:12/9/2014</u>          <u>TIME:1:43 p.m.</u>     <u>Time in court:1 hr.</u>


<u>DOCKET NUMBER:  CR 13-0607</u>        <u>TITLE: USA v. Phillip Kenner</u>

<u>DEFT NAME: Tommy Constantine</u>        <u>DEFT: # 2            </u>
 <u>X</u>  PRESENT   NOT PRESENT  IN CUSTODY   <u>X</u>   ON BAIL

<u>ATTY FOR DEFT:  Robert LaRusso                   </u>
 <u>X PRESENT</u>       <u>NOT PRESENT</u>      <u>X</u>  RETAINED     <u>   C.J.A.</u>
                                    <u>      FED. DEF. OF NY, INC.</u>

<u>DEFT NAME: Phillip Kenner</u>       <u>DEFT: # 1          </u>
 <u>X</u>  PRESENT   NOT PRESENT <u>X</u> IN CUSTODY   <u>   </u>  ON BAIL

<u>ATTY FOR DEFT: Richard Haley          </u>
 <u>X PRESENT</u>       <u>NOT PRESENT</u>      <u>   RETAINED     X  C.J.A.</u>
                                    <u>      FED. DEF. OF NY, INC.</u>


<u>A.U.S.A.:James Miskiewicz</u>

<u>DEPUTY CLERK: Michele Savona</u>

<u>PROBATION:                          </u>

<u>FTR: 1:43-</u>


<u>COURT REPORTER:  ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI</u>
<u>__H. RAPAPORT __M. FOLEY___D. TURSI ___O. WICKER ___S. PICOZZI</u>

<u>INTERPRETER:                              </u>

 <u>X</u>  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 <u>   </u>  CASE ADJOURNED TO                                  FOR<u>        </u>

 <u>   </u>  MOTION CONFERENCE HELD ON                   'S MOTION TO
    <u>                                                      </u>

 <u>   </u>  ARGUMENT HEARD    <u>   </u>  MOTION GRANTED.   <u>   </u>  MOTION DENIED.
                    <u>   </u>  DECISION RESERVED.

 <u>   </u>  DECISION ENTERED INTO THE RECORD.

 <u>X</u>  SPEEDY TRIAL INFORMATION:
    CODE TYPE:<u>  X-        </u>  START DATE:<u> 12/9/14 XSTRT</u>
                            STOP DATE:<u> 3/24/15 XSTOP</u>

 <u>   </u>NEXT STATUS CONFERENCE IS  SET FOR<u>                     </u>

 <u>X</u>  DEFT CONTINUED IN CUSTODY.

 **X**   JURY SELECTION & TRIAL SCHEDULED FOR 3/23/15 at 9:30 a.m.

 **X**   MOTIONS TO BE MADE BY 1/20/15

 ___   RESPONSE BY GOVERNMENT BY 2/20/15

 **X**   REPLY IF ANY BY 2/27/15

 ___   BAIL CONFERENCE SET FOR:

 **X** OTHER: Submit a letter to the court by 12/16/14.