

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM/SK
F.#2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

December 16, 2014

<u>By ECF</u>

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Philip Kenner & Tommy Constantine
                <u>Criminal Docket No. 13-607(JFB)</u>

Dear Judge Bianco:

      The government does not object to providing witness statements and agent memoranda and/or notes of interviews to the defense on February 23, 2015.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney

                        /S/
      By:    _____
                        James Miskiewicz
                        Saritha Komatireddy
                        Assistant U.S. Attorneys

cc:    All Counsel of Record