**HALEY WEINBLATT & CALCAGNI, LLP**
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

December 17, 2014

Warden Zerillo
Queens Private Correctional Facility
182-22 150th Avenue
Jamaica, New York 11413

                 RE: **United States v. Phillip A. Kenner**
                      Docket No. 13-CR-607

Dear Warden:

      In furtherance of my letter of October 31, 2014 (copy attached), I am requesting on behalf of my client expanded time in the law library in order to complete the necessary preparation for trial, currently scheduled for March 23, 2014 as a result of the last status conference before Judge Bianco on December 9, 2014.

      Because a firm trial date has now been established by Judge Bianco, it is imperative that my client be permitted the expanded law library time so as not to delay the commencement of trial.

      Thank you in advance for your anticipated attention to this request.

                                              Very truly yours,

                                              ***Richard D. Haley***

                                              RICHARD D. HALEY

cc: Hon. Joseph F. Bianco via ECF
    AUSA James Miskiewicz via ECF