**LaRusso & Conway**
300 Old Country Road
Suite 341
Mineola, New York 11501
516-248-3520
516-248-3522 fax

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   DEC 29 2014   ★

LONG ISLAND OFFICE

December 22, 2014

Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:    United States v. Tommy C. Constantine
                 Docket # 13-CR-607 (JFB)

Dear Judge Bianco:

      This letter is respectfully submitted on behalf of my client Tommy Constantine. Mr. Constantine would like to go (1) to Mastro's Steakhouse Restaurant in Scottsdale, Arizona, with family for the Christmas Eve Holiday, December 22, 2014, from 4:30 p.m. to 8:00 p.m. (2) Mr. Constantine would also like to go to his mother's home on Christmas Day December 25, 2014, from 12:00 p.m. to 9:00 p.m.

      We have spoke with Gilbert Mara in Arizona, who has said that he has no objection to this request and said that Mr. Constantine has remained compliant on supervision. We have also spoken with Assistant United States Attorney James Miskiewicz who has consented to our request too.

      Thanks for your attention to this request.

                                    Respectfully submitted,

                                    /s/ *Joseph R. Conway*
                                    Joseph R. Conway

cc:    AUSA James Miskiewicz
       PTSO Gilbert Lara (AZ)

*Request granted.*

SO ORDERED
s/ Joseph F. Bianco
Joseph F. Bianco
(SDNY)
Date: Dec 29, 2014
Central Islip, N.Y