CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 1/06)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Phillip Kenner | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CR-13-607 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*<br>USA v. Phillip Kenner et.al. | 8. PAYMENT CATEGORY<br>☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>*(See Instructions)* | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☑ Authorization to obtain the service. Estimated Compensation and Expenses: $ 1,400.02 OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(Note: Prior authorization should be obtained for services in excess of $500, excluding expenses)*

Signature of Attorney _[signed]_ Date 1/9/2015
☑ Panel Attorney ☐ Retained Attorney ☑ Pro-Se ☐ Legal Organization
ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS*

Telephone Number: (631) 582-5151

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Macbook computer and software is necessary to access Rule 16 materials provided by government on previously supplied hardrives of computer files taken from defendant's Macbook computer seized pursuant to warrant

14. TYPE OF SERVICE PROVIDER
01 ☐ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☑ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services *(See Instructions)*
24 ☐ Other *(Specify)*

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judge or By Order of the Court

Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES<br>*(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $0.00 | $0.00 | |

17. PAYEE'S NAME AND MAILING ADDRESS

TIN: _____
Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____ Date _____

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney _____ Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED<br>$0.00 |
|---|---|---|---|

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $500, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $500.

Signature of Presiding Judge _____ Date _____ Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED<br>$0.00 |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____ Date _____ Judge Code _____



## Apple MacBook Pro - 13.3" - Core i5 - OS X 10.9 Mavericks - 4 GB RAM - 500

Mfg. Part: MD101LL/A
CDW Part: 2735436 | UNSPSC: 43211503

**$1,162.08**
Advertised Price
Lease Option ($38.26 /month)

**Availability: In Stock**
Ships today if ordered within 6 hrs 44 mins

- Core i5 2.5 GHz
- OS X 10.9 Mavericks
- 4 GB RAM
- 500 GB HDD
- DVD-Writer DL
- 13.3" 1280 x 800
- Intel HD Graphics 4000
- keyboard: English

### Recommended Warranty and Service

APPLECARE 3YR MBA 11"/13" MBP 13"
AUTOENROLL

Qty  **$223.43**

CDW HARDWARE INSTALLED ON
DESKTOP/NOTEBOOK/PRINTER

Qty  **$17.95**

More Options

Add All Items To Cart

CDW-G does not provide Apple products to educational entities. To discuss additional products & solutions for education, please contact a CDW-G Account Manager.



### Product Overview

### Customers Who Viewed This Product Also Viewed... (12)

   

| Apple MacBook Air - 13.3" - Core i5 - OS X 10.9 Mavericks - 4... | Apple MacBook Pro with Retina display - 13.3" - Core i5 - OS X... | Apple MacBook Pro with Retina display - 13.3" - Core i5 - OS X... | Apple MacBook Air - 13.3" - Core i5 - OS X 10.9 Mavericks - 4... |
|---|---|---|---|
| $1,047.37 Advertised Price | $1,575.04 Advertised Price | $1,366.57 Advertised Price | $1,261.83 Advertised Price |
| ☐ Compare | ☐ Compare | ☐ Compare | ☐ Compare |

Compare up to **9 Similar Items** with main product 

**PRODUCT OVERVIEW**

(/store/msusa/en_US/home)

(/store/msusa/en_US/DisplayThreePgCheckoutShoppingCartPage)

Home (/store/msusa/en_US/home) > Office for Mac

# Office for Mac

Sort by: Relevance   Viewing 1-6 Results



### Office for Mac Home & Student 2011

Word, Excel, and PowerPoint for 1 Mac
Store files in the cloud with OneDrive
View, share, or edit documents online

**$139.99**

★★★★★ (12)

### Office for Mac Home & Business 2011

Word, Excel, PowerPoint, and Outlook for 1 Mac
Store files in the cloud with OneDrive
View, share, or edit documents online

**$219.99**

★★★★★ (6)



(/store/msusa/en_US/pdp/Office-for-Mac-Home-amp-Student-2011/productID.253736200)

(/store/msusa/en_US/pdp/Office-for-Mac-Home-amp-Business-2011/productID.253736100)