***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

January 14, 2015

United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Attn: AUSA James M. Miskiewicz
    AUSA Saritha Komatireddy

                RE: <u>United States v. Phillip Kenner & Tommy C. Constantine</u>
                    Docket Number: 13-CR-607 (JFB)

Dear Mr. Miskiewicz and Ms. Komatireddy:

    Enclosed please find reciprocal discovery by the defendant, Philip Kenner, in accordance with Rule 16(b)(1)(A) of the Federal Rules of Criminal Procedure. This letter supplements the defendant's letter of October 1, 2014 providing reciprocal discovery.

    In addition to the files contained on the enclosed CD disk, documents not appearing as files on the disk are also provided herewith.

    Please contact me directly if you have any questions.

                                          Very truly yours,

                                          ***Richard D. Haley***

                                          RICHARD D. HALEY

cc: Clerk of the Court by ECF (without enclosures)