# Exhibit D

**BANK OF ARIZONA**

Bank of Arizona, N.A.

7000 E. Mayo Blvd., Bldg. 22

Phoenix, AZ 85054

(480) 624-8550 I Phone

(480) 991-7982 I Fax

lcavallo@bankofarizona.com I Email

---

**From:** Tommy Constantine [mailto:tommy@eufora.com]
**Sent:** Tuesday, December 08, 2009 10:46 AM
**To:** Cavallo, Lindsay
**Subject:** Inbound Wire and Outbound Wire
**Importance:** High

Lindsay:

I accidentally wired $155,000 into AZ Avalon's account and need it to be redirected immediately as follows:

**$150,000 to:**

**Bancorp**
**6100 S. Old Village Place**
**Suite 200**
**Sioux Falls, SD 57108**
**Routing: 031101169**
**Acct: 700-131200**

_____

**$5,000 to:**

**Alliance Bank of Arizona**

**2901 N. Central Ave., STE 100**

**Phoenix, AZ 85012**

**(602) 629-1700**

**Customer: Eufora LLC – Operating Account**

**Account Number:  8010205246**

**ABA Number:  122105980**

This is urgent, thank you!

Tommy Constantine

```
*******************************************************************

The company reserves the right to amend statements made herein in the event of
a mistake. Unless expressly stated herein to the contrary, only agreements in
writing signed by an authorized officer of the Company may be enforced against
it.

*******************************************************************
```

```
*******************************************************************

The company reserves the right to amend statements made herein in the event of a
mistake. Unless expressly stated herein to the contrary, only agreements in
writing signed by an authorized officer of the Company may be enforced against
it.

*******************************************************************
```

```
**********************************************************************
The company reserves the right to amend statements made herein in the event of a mistake. Unless
expressly stated herein to the contrary, only agreements in writing signed by an authorized
officer of the Company may be enforced against it.
**********************************************************************
```