# Exhibit E

Case 2:13-cr-00607-JFB-AYS   Document 157-5   Filed 01/29/15   Page 1 of 3 PageID #: 1106

Tommy Constantine <tommyconstantine@eufora.com>

## RE: Inbound Wire and Outbound Wire
1 message

**Cavallo, Lindsay** <LCavallo@bankofarizona.com>   Tue, Dec 8, 2009 at 11:32 AM
To: Tommy Constantine <tommy@eufora.com>

20091208J3Q5021C000519

**Lindsay Cavallo**

Relationship Assistant



Bank of Arizona, N.A.

7000 E. Mayo Blvd., Bldg. 22

Phoenix, AZ 85054

(480) 624-8550 I Phone

(480) 991-7982 I Fax

lcavallo@bankofarizona.com I Email

---

**From:** Tommy Constantine [mailto:tommy@eufora.com]
**Sent:** Tuesday, December 08, 2009 11:30 AM
**To:** Cavallo, Lindsay
**Subject:** Re: Inbound Wire and Outbound Wire

Fed #?

> ---- Original Message -----
>
> **From:** Cavallo, Lindsay
>
> **To:** Tommy Constantine
>
> **Sent:** Tuesday, December 08, 2009 11:28 AM
>
> **Subject:** RE: Inbound Wire and Outbound Wire

The $150,000 has been sent.

**Lindsay Cavallo**

Relationship Assistant



Bank of Arizona, N.A.

7000 E. Mayo Blvd., Bldg. 22

Phoenix, AZ 85054

(480) 624-8550 I Phone

(480) 991-7982 I Fax

lcavallo@bankofarizona.com I Email

---

**From:** Tommy Constantine [mailto:tommy@eufora.com]
**Sent:** Tuesday, December 08, 2009 11:16 AM
**To:** Cavallo, Lindsay
**Subject:** Re: Inbound Wire and Outbound Wire

Did this go?

TC

> ----- Original Message -----
>
> **From:** Cavallo, Lindsay
>
> **To:** Tommy Constantine
>
> **Sent:** Tuesday, December 08, 2009 10:52 AM
>
> **Subject:** RE: Inbound Wire and Outbound Wire
>
> What is the account name for the $150,000 wire?
>
> **Lindsay Cavallo**
>
> Relationship Assistant