# Exhibit F

```
5050 North 44th St                    PRIMARY ACCOUNT
Phoenix, AZ 85018                        8092744093
                                      Direct Inquiries To:
                                      Comm'l Client Svcs
                                      866-802-5506     or
                                      Bank of Arizona N A
                                      5050 North 44th St
AZ AVALON PARTNERS LLC                Phoenix, AZ 85018
16044 N 82ND ST
SCOTTSDALE AZ  85260


                                  1    Page   1 of  2
```

---

**BUSINESS PREFERRED**                    **ACCOUNT: 8092744093**

---

```
        Statement Period from   12-01-09  through  12-31-09
             Starting Balance                   8,370.31
       +   4     Deposits                     238,002.72
       -  10     Checks & Withdrawals         236,256.02
       -  Service Fees                              .00
       =  Ending Balance                       10,117.01
```

---

**DEPOSITS**

| Date | | Amount |
|---|---|---|
| 12-01 | INCOMING WIRE/MAIL ONLY<br>001014<br>EUFORA LLC<br>122105980 ALLIANCE BANK | 43,000.00 |
| 12-07 | INCOMING WIRE/MAIL ONLY<br>001062<br>LAW OFFICES OF RONALD RICHARDS AND<br>122243761 1ST CENTURY BANK | 155,000.00 |
| 12-30 | INCOMING WIRE/MAIL ONLY<br>000928<br>EUFORA LLC<br>122105980 ALLIANCE BANK | 40,000.00 |
| 12-31 | INTEREST CREDIT | 2.72 |

**WITHDRAWALS**

| Date | | Amount |
|---|---|---|
| 12-01 | TRANSFER TO 8092927133   JB AZ CONSULTING LLC | 42,109.26 |
| 12-01 | WIRE TRSFR IN FEE | 8.00 |
| 12-07 | WIRE TRSFR IN FEE | 8.00 |
| 12-08 | OUTGOING FED WIRE DR<br>000519<br>BANCORP<br>122105498 BK OF ARIZONA | 150,000.00 |