# Exhibit G

```
**********AUTO**SCH 3-DIGIT 902
1187 0.7700 AT 0.357      5 1 255
LAW OFFICES OF RONALD RICHARDS AN
ASSOCIATES A PROFESSIONAL
CORPORATION
PO BOX 11480
BEVERLY HILLS CA  90213-4480
```

Date 12/31/09 Page   1 of   2
Account Number      2100017561
Enclosures                   2

---- CHECKING ACCOUNTS ----

Attorney Client Trust                                    Number of Enclosures                      2
                                                         ASSOCIATES A PROFESSIONAL
CORPORATION
Account Number              2100017561                   Statement Dates 12/01/09 thru 12/31/09
Previous Balance             134,480.36                  Days in the Statement Period         31
   10 Deposits/Credits       514,321.26                  Average Ledger                  162,647
   10 Checks/Debits          476,123.00                  Average Collected               162,089
Service Charge                     .00
Interest Paid                      .00
Ending Balance               172,678.62                  2009 Interest Paid                1,347.26

Deposits and Additions
| Date | Description | Amount | Reference |
|---|---|---|---|
| 12/01 | REMOTE CAPTURE DEPOSIT | 6,250.00 | 950000300 |
| 12/02 | WIRE TRANSFER FROM KURT RAPPAPORT AND JULIET | 50,000.00 | 951000014 |
| 12/02 | REMOTE CAPTURE DEPOSIT | 2,071.26 | 950047300 |
| 12/07 | WIRE TRANSFER FROM MAUREEN B PRIVITELLO | 150,000.00 | 951000009 |
| 12/07 | WIRE TRANSFER FROM NICHOLAS L PRIVITELLO | 50,000.00 | 951000012 |
| 12/08 | WIRE TRANSFER FROM QUINTIN E PRIMO III | 5,000.00 | 951000005 |
| 12/11 | REMOTE CAPTURE DEPOSIT | 3,000.00 | 950012000 |
| 12/15 | WIRE TRANSFER FROM ESCROW OF THE WEST | 48,000.00 | 951000015 |
| 12/16 | WIRE TRANSFER FROM JOHN KAISER | 150,000.00 | 951000017 |
| 12/29 | WIRE TRANSFER FROM JOHN KAISER | 50,000.00 | 951000008 |

Checks and Withdrawals
| Date | Description | Amount | Reference |
|---|---|---|---|
| 12/04 | WIRE TRANSFER TO PIER 16 PARNERS, LLC | 9,558.00 | 958000018 |
| 12/07 | WIRE TRANSFER TO AZ AVALON PARTNERS LLC | 155,000.00 | 958000013 |