

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM/SK
F.#2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

February 19, 2015

By ECF

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Philip A. Kenner
       & Tommy C. Constantine
       Criminal Docket No. 13-607(JFB)

Dear Judge Bianco:

  The government respectfully submits this letter to seek, with the consent of counsel for the defendants, to extend the government's time to file its response to the defendant's pretrial motions to Tuesday, February 24, 2015.

  The Court previously granted a one-week extension of time for both defendants Kenner and Constantine to file motions. (DE 152). In applying for the extension, the defendants jointly indicated that they would consent to a corresponding one-week extension for the government to respond. (DE 150).

  The government hereby formally requests an extension of time to file its response to defendant's motions from February 20, 2015 to Tuesday, February 24, 2015.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

    By: _____/S/_____
        James Miskiewicz
        Saritha Komatireddy
        Assistant U.S. Attorneys

cc: Defense Counsel of Record (via ECF)