

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMM/SK
F.#2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 19 2015 ★

LONG ISLAND OFFICE

February 19, 2015

By ECF

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:  United States v. Philip A. Kenner
>      & Tommy C. Constantine
>      Criminal Docket No. 13-607(JFB)

Dear Judge Bianco:

The government respectfully submits this letter to seek, with the consent of counsel for the defendants, to extend the government's time to file its response to the defendant's pretrial motions to Tuesday, February 24, 2015.

The Court previously granted a one-week extension of time for both defendants Kenner and Constantine to file motions. (DE 152). In applying for the extension, the defendants jointly indicated that they would consent to a corresponding one-week extension for the government to respond. (DE 150).

The government hereby formally requests an extension of time to file its response to defendant's motions from February 20, 2015 to Tuesday, February 24, 2015.

*Request granted.*

*SO ORDERED*

*Bianco*
*USDJ*

*Feb 19 20 15*

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:   /S/
James Miskiewicz
Saritha Komatireddy
Assistant U.S. Attorneys

cc:   Defense Counsel of Record (via ECF)