

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

February 23, 2015

**By FedEx & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re: <u>United States v. Philip Kenner & Tommy C. Constantine</u>
       <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Counsel:

  Enclosed please find material produced pursuant to 18 U.S.C. § 3500 for witnesses who may testify during the government's case-in-chief at the trial in the above-captioned matter.  The government notes that it previously provided additional documents containing prior statements of witnesses in conjunction with the Rule 16 discovery in this matter.  The government requests production of materials pursuant to Federal Rule of Criminal Procedure 26.2 from the defendant.

Please contact me or AUSA James Miskiewicz if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/Saritha Komatireddy
Saritha Komatireddy
James M. Miskiewicz
Assistant U.S. Attorneys
(631) 715-7825/7841

Enclosures

cc: Clerk of the Court (JFB) (by ECF) (without enclosures)