***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

Via U.S. Mail
and ECF

February 25, 2015

United States Attorney
Eastern District of New York
271 Cadman Plaza
Brooklyn, NY 11201
Attn: Catherine M. Mirabile
     Assistant U.S. Attorney

        RE: <u>United States v. Philip Kenner & Tommy C. Constantine</u>
            Docket Number: 13-CR-607 (JFB)

Dear Ms. Mirabile:

     In furtherance of our previous telephone conversation, enclosed please find a blank 64GB jump drive for transfer of the "non-privileged" computerized files for return to my office for delivery to my client. Kindly do not encrypt or "password protect" the files.

     Although I have been able to access the files contained on the jump drive on my computer using the password provided, the personnel at QPCF as well as my client have not been able to access the files on the jump drive previously provided for some unknown reason. As you will recall, the CD disks which were not encrypted or "password protected" were readily accessed by the personnel at QPCF and my client. Accordingly, I have incurred the expense to provide a blank jump drive in order to resolve this technical problem.

     Your prompt attention to this request is appreciated in view of the need for my client to review these computerized files as soon as possible.

                                      Very truly yours,

                                      ***Richard D. Haley***

                                      RICHARD D. HALEY

cc: AUSA James M. Miskiewicz via ECF
    AUSA Saritha Komatireddy via ECF