

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

February 25, 2015

**By E-mail & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re: United States v. Philip Kenner & Tommy C. Constantine
       Criminal Docket No. 13-607 (JFB)

Dear Counsel:

    Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014, June 6, 2014, August 6, 2014, August 15, 2014, August 20, 2014, August 22, 2014, August 27, 2014, August 28, 2014, August 29, 2014, September 2, 2014, September 11, 2014, September 12, 2014, September 19, 2014, October 2, 2014 and February 20, 2015.

    Enclosed please find a recorded call with Constantine (bates-numbered CREC 4).

       Please contact me or AUSA James Miskiewicz if you have any questions or requests.

       Very truly yours,

       LORETTA E. LYNCH
       United States Attorney

By:   /s/Saritha Komatireddy
       Saritha Komatireddy
       James M. Miskiewicz
       Assistant U.S. Attorneys
       (631) 715-7825/7841

Enclosures

cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)