## CRIMINAL CAUSE FOR ARRAIGNMENT AND STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 3/6/2015          TIME: 12:00 p.m.      Time in court: 30 min.

DOCKET NUMBER:  CR 13-0607          TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine          DEFT: # 2
 X   PRESENT     NOT PRESENT    IN CUSTODY    X    ON BAIL

ATTY FOR DEFT:  Robert LaRusso
 X  PRESENT         NOT PRESENT        X   RETAINED        C.J.A.
                                            FED. DEF. OF NY, INC.

DEFT NAME: Phillip Kenner          DEFT: # 1
 X   PRESENT     NOT PRESENT  X  IN CUSTODY      ON BAIL

ATTY FOR DEFT: Richard Haley
 X  PRESENT         NOT PRESENT         RETAINED       X   C.J.A.
                                            FED. DEF. OF NY, INC.

A.U.S.A.: James Miskiewicz and Saritha Komatireddy

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:    P. AUERBACH     E. COMBS      P. LOMBARDI
  H. RAPAPORT   X M. STEIGER    D. TURSI    O. WICKER     S. PICOZZI

INTERPRETER:

 X   CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 X    DEFT(S)  ARRAIGNED, WAIVE(S)  READING OF THE SUPERSEDING
      INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO <u>ALL COUNTS</u> OF THE
      SUPERSEDING INDICTMENT.

      CASE ADJOURNED TO                                          FOR

      MOTION CONFERENCE HELD ON                      'S MOTION TO

      ARGUMENT HEARD        MOTION GRANTED.       MOTION DENIED.
                            DECISION RESERVED.

      DECISION ENTERED INTO THE RECORD.

 X   SPEEDY TRIAL INFORMATION:
      CODE TYPE:   X-            START DATE: 3/6/15 XSTRT
                                 STOP DATE: 5/4/15 XSTOP

 X   NEXT STATUS CONFERENCE IS  SET FOR 3/11/15 at 1:15 p.m.

**　X　 DEFT CONTINUED IN CUSTODY.**

**　X　 JURY SELECTION SET FOR & 4/27/15 at 9:30 a.m.**

**　X　 TRIAL SCHEDULED FOR 5/4/15 at 9:30 a.m.**

**　　　 MOTIONS TO BE MADE BY_____**

**　　　 RESPONSE BY GOVERNMENT BY_____**

**　　　 REPLY IF ANY BY_____**

**　　　 BAIL CONFERENCE SET FOR:_____**

**　　　 OTHER:_____**