

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMM:SK
F. #2013R00948

610 Federal Plaza
Central Islip, New York 11722

March 12, 2015

**By Email**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

        Re:    United States v. Philip Kenner & Tommy C. Constantine
                   Criminal Docket No. 13-607 (S-1) (JFB)

Dear Counsel:

        Enclosed please find supplemental material produced pursuant to 18 U.S.C. § 3500 for witnesses who may testify during the government's case-in-chief at the trial in the above-captioned matter.  As the government previously noted, the government previously produced documents containing prior statements of witnesses in conjunction with the Rule 16 discovery in this matter.  The government will not re-produce material that constitutes § 3500 material that has already been produced to the defendants during discovery.  The government renews its request for production of materials pursuant to Federal Rule of Criminal Procedure 26.2 from the defendants.

Please contact me or AUSA James Miskiewicz if you have any questions or requests.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:   /s/Saritha Komatireddy
      Saritha Komatireddy
      James M. Miskiewicz
      Assistant U.S. Attorneys
      (631) 715-7825/7841

cc:    Clerk of the Court (JFB) (by ECF)