***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

March 16, 2015

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      RE: <u>United States v. Phillip Kenner et al.</u>
        Docket Number: 13-607 (JFB)

Dear Judge Bianco:

  Attached please find a CJA Form 24 to obtain the transcript of the court proceedings held on March 13, 2015 with respect to the above captioned matter.   I have enclosed a self-addressed stamped envelope for return of the CJA Form 24 to my office if approved by the court.

  Thank you for Your Honor's attention to this request.

                Very truly yours,

                ***Richard D. Haley***

                RICHARD D. HALEY

cc: AUSA James M. Miskiewicz via ECF
  AUSA Saritha Komatireddy via ECF