CRIMINAL CAUSE FOR *Oral Argument*

BEFORE: Bianco, J.

DATE: 3/13/15 _____ TIME: 2:15 p.m. _____ Time in court: ___ min.

DOCKET NUMBER: CR 13-00607 _____ TITLE: USA v. Kenner, et al.

DEFT NAME: Phillip Kenner _____ DEFT: #1 _____

 X PRESENT _____ NOT PRESENT X IN CUSTODY, ___ ON BAIL

ATTY FOR DEFT.: RICHARD HALEY (APPOINTED) /
X PRESENT _____ NOT PRESENT ___ RETAINED ___ X C.J.A.

DEFT NAME: Tommy Constantine _____ DEFT: # 2
 X PRESENT___ NOT PRESENT___ IN CUSTODY ___√ ON BAIL
ATTY FOR DEFT: Glenn Obedin (appointed) Bob La Russo
 X PRESENT _____ NOT PRESENT _____ RETAINED ___ X C.J.A.
_____ FED. DEF. OF NY, INC.
A.U.S.A. *Jim Miskiewitz*

DEPUTY CLERK: Linda Fagan

PROBATION: _____

COURT REPORTER: ___P. AUERBACH ___E. COMBS ___P. LOMBARDI
__H. RAPAPORT_X_M. STEIGER ___D. TURSI __O. WICKER___S. PICOZZI

INTERPRETER:_____

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO_____FOR_____

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
_____

 X  ARGUMENT HEARD ___ MOTION GRANTED. ___ MOTION DENIED.
 ___ DECISION RESERVED.

 X  DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
 CODE TYPE: X-_____ START DATE:_____ XSTRT
 STOP DATE:_____XSTOP

___ NEXT STATUS CONFERENCE SET FOR_____

__X__ **DEFTS. CONTINUED IN CUSTODY.**

___ **JURY SELECTION & TRIAL SCHEDULED FOR**_____

___ **MOTIONS TO BE MADE BY**_____

___ **RESPONSE BY GOVERNMENT BY**_____

___ **REPLY IF ANY BY**_____

___ **HEARING SET FOR:**_____

___ **OTHER:**_____

Motion to dismiss Indict — denied
Motion for severence + denied.
Motion for in camera review of evidence — denied
Motion for evidentiary hearing denied.
Motion for subpoenas — denied
Motion to suppress evidence — denied