

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMM:SK  
F. #2013R00948

610 Federal Plaza  
Central Islip, New York 11722

March 17, 2015

**By Email & ECF**

Richard D. Haley, Esq.  
One Suffolk Square  
1601 Veterans Memorial Highway  
Suite 425  
Islandia, NY  11749

Joseph Conway, Esq.  
LaRusso & Conway  
300 Old Country Road, Suite 341  
Mineola, NY  11501

>         Re:    United States v. Philip Kenner & Tommy C. Constantine
>                Criminal Docket No. 13-607 (JFB)

Dear Counsel:

       Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014, June 6, 2014, August 6, 2014, August 15, 2014, August 20, 2014, August 22, 2014, August 27, 2014, August 28, 2014, August 29, 2014, September 2, 2014, September 11, 2014, September 12, 2014, September 19, 2014, October 2, 2014, February 20, 2015, February 25, 2015, February 28, 2015, March 3, 2015 and March 5, 2015.

       Enclosed please find records obtained from Playboy Enterprises International, Inc. (bates-numbered PEII 1-21).

      Please contact me or AUSA James Miskiewicz if you have any questions or requests.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

By:   /s/Saritha Komatireddy
      Saritha Komatireddy
      James M. Miskiewicz
      Assistant U.S. Attorneys
      (631) 715-7825/7841

Enclosures

cc:   Clerk of the Court (JFB) (by ECF) (without enclosures)