*HALEY WEINBLATT & CALCAGNI, LLP*
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

March 20, 2015

United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Attn: AUSA James M. Miskiewicz
　　　AUSA Saritha Komatireddy

     RE: <u>United States v. Phillip Kenner & Tommy C. Constantine</u>
       Docket Number: 13-CR-607 (JFB)

Dear Mr. Miskiewicz and Ms. Komatireddy:

  Recently supplied "3500 Material" revealed a proffer agreement, dated December 18, 2014, signed by Kenneth Jowdy and his attorney, Thomas Harvey, Esq. The exhibit is identified as "3500-KJ-8"

  A review of the "3500 material" delivered to date regarding Mr. Jowdy does not contain notes, either handwritten or typewritten, from Special Agents Matthew Galiotto or Joshua Wayne concerning the December 18th interview of Mr. Jowdy. Accordingly, kindly provide such materials in response to this letter.

              Very truly yours,

              ***Richard D. Haley***

              RICHARD D. HALEY