

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

March 23, 2015

**By ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

> Re:  United States v. Philip Kenner & Tommy C. Constantine
>      Criminal Docket No. 13-607 (S-1) (JFB)

Dear Counsel:

      In a letter dated March 20, 2015, counsel for defendant Kenner requested agent notes associated with a December 18, 2014 interview of Kenneth Jowdy.  The government writes to advise the defense that there are no such notes associated with the aforementioned interview.  The government notes that it previously produced agent notes and reports associated with prior interviews of Mr. Jowdy as 3500-KJ-1, 3500-KJ-2, 3500-KJ-3 and 3500-KJ-6.

2

Please contact me or AUSA James Miskiewicz if you have any questions or requests.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:   /s/Saritha Komatireddy
      Saritha Komatireddy
      James M. Miskiewicz
      Assistant U.S. Attorneys
      (631) 715-7825/7841

cc:   Clerk of the Court (JFB) (by ECF)