CRIMINAL CAUSE FOR CURCIO HEARING

BEFORE: Bianco,J.

DATE:3/25/2015          TIME:12:00 p.m.     Time in court:1 hr.


DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine          DEFT: # 2
 X  PRESENT___NOT PRESENT__IN CUSTODY  X   ON BAIL

ATTY FOR DEFT:  Robert LaRusso and Andrew Oliveras, Edward Little
 X PRESENT        NOT PRESENT     X  RETAINED     C.J.A.
                            FED. DEF. OF NY, INC.


DEFT NAME: Phillip Kenner        DEFT: # 1
 X  PRESENT___NOT PRESENT X IN CUSTODY ____ ON BAIL

ATTY FOR DEFT: Richard Haley
 X PRESENT        NOT PRESENT     RETAINED    X  C.J.A.
                            FED. DEF. OF NY, INC.


A.U.S.A.:James Miskiewicz and Saritha Komatireddy

DEPUTY CLERK: Michele Savona

PROBATION:_____


COURT REPORTER: ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
__H. RAPAPORT ___M. STEIGER X  D. TURSI ___O. WICKER ___S. PICOZZI

INTERPRETER:_____

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

____  DEFT(S)  ARRAIGNED,  WAIVE(S)  READING OF THE SUPERSEDING
      INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE
      SUPERSEDING INDICTMENT.

____  CASE ADJOURNED TO_____FOR_____

____  MOTION CONFERENCE HELD ON_____'S MOTION TO
      _____

____  ARGUMENT HEARD     ___ MOTION GRANTED.    ___ MOTION DENIED.
                         ___ DECISION RESERVED.

____  DECISION ENTERED INTO THE RECORD.

___  SPEEDY TRIAL INFORMATION:
     CODE TYPE:__ X-_____     START DATE: //15 XSTRT
                          STOP DATE: //15 XSTOP

____NEXT STATUS CONFERENCE IS  SET FOR //15 at 1:15 p.m.

 X  DEFT CONTINUED IN CUSTODY.

 X  JURY SELECTION SET FOR & 4/28/15 at 9:30 a.m.

 X  TRIAL SCHEDULED FOR 5/4/15 at 9:30 a.m.

____ MOTIONS TO BE MADE BY

____ RESPONSE BY GOVERNMENT BY

____ REPLY IF ANY BY

____ BAIL CONFERENCE SET FOR:

 X   OTHER: Submit a letter to the court by 4/2/15