***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

Via e-mail to
catherine.m.mirabile@usdoj.gov

April 7, 2015

United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Attn: AUSA Catherine M. Mirabile

        RE: <u>United States v. Philip Kenner & Tommy C. Constantine</u>
            Docket Number: 13-CR-607 (JFB)

Dear Ms. Mirabile:

    Please be advised that after consultation with my client it is our position that the files/documents marked "Unclear" on the computer disk recently provided under cover of your letter dated March 30, 2015 contain privileged attorney client communications, confidences and/or secrets and should not be released to the investigative/prosecutorial team of your office.

    By copy of this letter filed on ECF, I am notifying the investigative/prosecutorial team of our position in this regard.

                                                Very truly yours,

                                               ***Richard D. Haley***

                                               RICHARD D. HALEY

cc:  AUSA James M. Miskiewicz via ECF
      AUSA Saritha Komatireddy via ECF