

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JMM/SK
F.#2013R00948

*610 Federal Plaza
Central Islip, New York 11722*

April 7, 2015

By ECF and FedEx

Richard Haley, Esq.
Haley, Weinblatt & Calcagni, LLP
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY 11749

Joseph R. Conway, Esq.
Robert P. LaRusso
LaRusso & Conway
Attorneys at Law
300 Old Country Road
Suite 341
Mineola, NY 11501

Andrew L. Oliveras, Esq.
26 Strangford Ct
Oceanside, NY 11572

   Re: United States v. Philip Kenner & Tommy Constantine
     <u>Criminal Docket No. 13-607(JFB)</u>

Dear Counsel:

   As previously requested by counsel for defendant Constantine, the government hereby provides on the attached disc duplicates of non-privileged emails, text messages, scanned images of correspondence, Word documents, photographs, and other materials recovered from defendant Kenner's laptop and/or cellphone pursuant to a search warrant. The material duplicated herein has been previously provided to defendant Constantine following the completion of the privilege review, and has been available to defendant Kenner since March 2014 (DE 48).

   The attached duplicated are provided to assist counsel to identify those items from the laptop and cellphone that the government is likely to seek to offer in whole or in

part in its case-in-chief.  Any additional relevant evidence located within the laptop and/or cellphone will be forwarded to counsel as soon as possible.

                                       Respectfully submitted,

                                       LORETTA E. LYNCH
                                       United States Attorney

                                       /S/
By:    _____
                                       James Miskiewicz
                                       Saritha Komatireddy
                                       Assistant U.S. Attorneys

cc:     Clerk of the Court (JFB)