

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

April 15, 2015

**By Email & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

>    Re:   United States v. Philip Kenner & Tommy C. Constantine
>          Criminal Docket No. 13-607 (JFB)

Dear Counsel:

      The government previously disclosed records custodian certifications in connection with discovery in this matter.  The government writes to provide written notice that it intends to offer certain business records via certifications pursuant to Federal Rule of Evidence 902(11).  Enclosed please find copies of the certifications previously disclosed and additional certifications that the government has obtained.  The original records and certifications are available for inspection.  The following table sets forth the records that correspond to each certification:

| **CERTIFICATION** | **RECORDS** |
|---|---|
| Alliance Bank of Arizona (May 21, 2012 and May 24, 2012) | BNK-AB 1-2493 |
| JP Morgan Chase (Feb. 17, 2012, Feb. 24, 2012, Mar. 7, 2012, and Aug. 6, 2013) | BNK-CHASE 1-2642 |
| Citibank (Mar. 10, 2012) | BNK-CITI 5-29 |
| Citibank (Apr. 30, 2012) | BNK-CITI 34-49 |
| Citibank (Aug. 4, 2012) | BNK-CITI 309-601 |

| | |
|---|---|
| Bank of America (May 21, 2009) | BNK-BOA 1-53 |
| Bank of America (Mar. 19, 2012) | BNK-BOA 55-743 |
| Bank of America (Feb. 7, 2012) | BNK-BOA 745-2299 |
| Bank of America (Mar. 18, 2013) | BNK-BOA 2301-2340 |
| Bank of America (Feb. 19, 2013) | BNK-BOA 2343-2350 |
| Bank of America (May 7, 2012) | BNK-BOA 2351-3731 |
| Bank of America (Apr. 27, 2012) | BNK-BOA 3733-3832 |
| Bank of America (July 30, 2012) | BNK-BOA 4761-5370 |
| First American Title (July 23, 2012) | FA-TITLE 6-2397 |
| First American Title (Oct. 17, 2013) | FA-TITLE 2397-2488 |
| Wells Fargo (Oct. 23, 2013) | BNK-WF 10-306 |
| Wells Fargo Home Mortgage (Mar. 23, 2010) | BNK-WF 2437-2833 |
| Wells Fargo (Apr. 18, 2012) | BNK-WF 2116-2436 |
| City National Bank (Mar. 14, 2012) | BNK-CNB 2-74 |
| Citizens Bank (Mar. 27, 2015) | CTZN 1-5 |
| Fall-Line Motorsports (Apr. 15, 2015) | FL 1-13 |
| FINRA (Apr. 10, 2015) | FINRA 8-23 |
| Michael Shank Racing (Apr. 13, 2015) | MS 1 |
| Kinetic Speed Shop (Apr. 13, 2015) | KSS 1-4 |
| Racers Edge Motorsports (Apr. 14, 2015) | REM 1-11 |
| Fidelity - Security Title Agency (Mar. 12, 2012) | BNK-FID 3-78 |
| Fireman's Fund Insurance Company (Apr. 2, 2012) | FFIC 1-613 |
| TD Bank (Apr. 2, 2010 and Apr. 5, 2010) | BNK-TD 1410-1696 |
| Federal Reserve Bank (Mar. 27, 2015) | BNK-FR 1 excerpts (included) |

      The government also notes that it has obtained certified copies of the corporate filings for Constantine Management Group from the Secretary of State of Illinois and certified copies of the corporate filings for the following companies from the State of Delaware: LedBetter Development Company, LLC; Little Isle IV, LLC; Big Isle IV Ventures, LLC; Big Isle V Ventures, LLC; Big Isle VI Ventures, LLC; Kau Holding Company, LLC; Kau Holding, LLC; Ula Makika, LLC; Eufora LLC; Eufora Capital II, LLC; Eufora Capital III LLC; AZ Eufora Partners I, LLC; AZ Eufora Partners II, LLC; AZ Eufora Partners III, LLC; AZ Eufora Partners IV, LLC; AZ Avalon Partners LLC; AZ Falcon Partners LLC; Eclipse 500 Partners, LLC; Set Jet, LLC; Set Jet Holdings, LLC; Avalon Investment LLC; Avalon Investments, LLC; and Avalon Investments IV, LLC.  The government intends to offer these documents as self-authenticating under Federal Rules of Evidence 902(1), 902(2) and/or 902(4); the documents are available for inspection.

Please contact me or AUSA James Miskiewicz if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/Saritha Komatireddy
Saritha Komatireddy
James M. Miskiewicz
Assistant U.S. Attorneys
(631) 715-7825/7841

Enclosures

cc:   Clerk of the Court (JFB) (by ECF) (without enclosures)