

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

April 20, 2015

**By FedEx**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
Robert P. LaRusso, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re: United States v. Philip Kenner & Tommy Constantine
       Criminal Docket No. 13-607 (JFB)

Dear Counsel:

  Enclosed please find a disk with the government's proposed stipulations and accompanying exhibits.  Please contact me or AUSA James Miskiewicz if you have any questions or requests.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

    By: /s/Saritha Komatireddy
       James M. Miskiewicz
       Saritha Komatireddy
       Assistant U.S. Attorneys
       (631) 715-7841/7825

Enclosures
cc: Clerk of the Court (JFB) (by ECF) (without enclosures)