*LARUSSO & CONWAY, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD*
*SUITE 341*
*MINEOLA, NEW YORK 11501*
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

**FILED ECF**

March 22, 2015

Honorable Joseph F. Bianco
United States District Court Judge
Eastern District of New York
100 Federal Plaza
New York, New York 11722

    Re: United States v. Tommy Constantine
         Criminal Docket No. 13-607(S-1)(JFB)

Dear Judge Bianco:

    At our appearance today, the Court granted our oral application to modify my client Tommy Constantine's ("Constantine") travel restrictions which presently limit his movement to Maricopa County, Arizona. A proposed order is submitted for the Court's consideration.

    Mr. Constantine requested a religious visit to a monastery located in Pinal County, Arizona, with his mother and sister, either later this week or next.

    A proposed order is attached for the Court's consideration.

Respectfully submitted,

Robert P. LaRusso

```
cc:   James Miskiewicz
      Assistant U.S. Attorneys
      (by ecf)

      Gilbert R. Lara
      U.S. Pretrial Service Officer
      401 W. Washington, SPC 260
      Phoenix, Arizona 85003
      (by email Gilbert_Lara@azd.uscourts.gov )
```

```
UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF NEW YORK
----------------X

UNITED STATES OF AMERICA              BAIL MODIFICATION ORDER

    -against-                         13 Cr. 607(S-1)(JFB)

TOMMY CONSTANTINE,

            Defendants.

----------------X
```

Upon the oral application of Tommy Constantine on April 22, 2015, by and through his attorney Robert P. LaRusso, for a modification of his bail conditions to permit travel to Pinal County, Arizona, to visit a monastery for religious purposes, and for good cause shown,

IT IS HEREBY ORDERED that the defendant Tommy Constantine's travel restrictions are modified to permit Mr. Constantine to travel to Pinal County, Arizona.

SO ORDERED.

Dated:    New York, New York
          April    , 2015

                                    _____
                                    Honorable Joseph F. Bianco
                                    United States District Judge
                                    Eastern District of New York