<u>CRIMINAL CAUSE FOR STATUS CONFERENCE on</u>
BEFORE: Bianco, J.

<u>DATE:</u> 4/22/15   <u>TIME:</u> 12:00 a.m.   <u>Time in court:</u> 1 hr 10 min.

<u>DOCKET NUMBER:</u> CR 13-0607        <u>TITLE:</u> USA v. Phillip Kenner

<u>DEFT NAME:</u> Phillip Kenner       <u>DEFT:</u> # 1
___PRESENT X   NOT PRESENT X IN CUSTODY   ___ ON BAIL

<u>ATTY FOR DEFT:</u> Richard Haley
 X PRESENT        NOT PRESENT      X RETAINED       C.J.A.
                                   ___ FED. DEF. OF NY, INC.
<u>DEFT NAME:</u> Tommy C. Constantine, deft: #2
 X PRESENT(BY PHONE)   NOT PRESENT   IN CUSTODY X ON BOND

<u>ATTY. FOR DEFT.:</u> Andrew Oliveras
 X PRESENT      NOT PRESENT   X RETAINED       C.J.A.

<u>A.U.S.A.:</u> James Miskiewicz, Diane Leonardo, Robert Polimini (by phone)

<u>DEPUTY CLERK:</u> Linda Fagan

<u>PROBATION:</u> _____

COURT REPORTER: ___P. AUERBACH    ___E. COMBS    X  P. LOMBARDI
__H. RAPAPORT __M. FOLEY ___D. TURSI ___O. WICKER___S. PICOZZI

FTR:_____

INTERPRETER:_____

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 x  Jury Selection remain scheduled for 4/28/2015 @ 9:30 a.m.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 22 2015 ★
LONG ISLAND OFFICE