**CRIMINAL CAUSE FOR / JURY SELECTION**

BEFORE JUDGE BIANCO          April 27, 2015          TIME:   10:00am- 5:00 pm

CR- 13-0607

DEFT:  **Phillip Kenner          DEFT. # 1     ATTY:  Richard Haley**          X pres.          not pres.

         X cust.          bail          X CJA          RET.          LAS

DEFT: **Tommy Conctantine        DEFT. # 2     ATTY:  Robert LaRusso and Andrew Oliveras**

         X pres.          not pres.          cust.          X bail          CJA          X RET.          LAS

**A.U.S.A.:  James Miskiewicz and Saritha Komatireddy**          Deputy Clerk: C. Vukovich

REPORTERS: P. Auerbach, S. Picozzi, and R. Tolkin                    OTHER:

INT:   (LANG.-      )

  X      CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH COUNSEL.

  _       JURY SELECTION ADJ'D TO _____.

  X      JURY SELECTION HELD  (BEFORE _____).

  X      VOIR DIRE BEGINS.          X  JURY TRIAL SET FOR  May 4, 2015         .

  _       JURORS SWORN AND TRIAL BEGINS.__GOVT OPENS          __DEFT OPENS.

  _       JURY TRIAL HELD. _       JURY TRIAL RESUMES.

  _       WITNESSES SWORN:_____

  _       JURY TRIAL CONT'D TO_____.

  _        GOVT RESTS.        _ DEFT RESTS.

  _       GOVT SUMMATION.        _ DEFT SUMMATION.        _ GOVT REBUTTAL.

  _       JURY TRIAL ENDS.

  _       JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.

  _       DELIBERATIONS RESUME.

  _       **GUILTY VERDICT** ON COUNTS _____.

  _       **NOT GUILTY VERDICT** ON COUNTS _____.

  _       JURORS POLLED AND EXCUSED.

  _       DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/ INFORMATION.

  _       SENTENCING SET FOR_____.

  _       DEFT REMANDED.          _       DEFT CONT'D ON BAIL.

**OTHER:**  Motion to Sever is denied. (Doc. 212) Motion to strike is reserved. (Doc. 219)

Motion to transfer of venue is denied (Doc. 222)