```
                CRIMINAL CAUSE FOR STATUS CONFERENCE
BEFORE: Bianco,J.

DATE: 4/28/15   TIME:12:15 p.m.  Time in court: 1 hr 10 min.

DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Phillip Kenner

DEFT NAME: Phillip Kenner         DEFT: # 1
    PRESENT X   NOT PRESENT X IN CUSTODY     ON BAIL

ATTY FOR DEFT: Richard Haley
 X PRESENT        NOT PRESENT       X  RETAINED         C.J.A.
                                           FED. DEF. OF NY, INC.
DEFT NAME:  Tommy C. Constantine, deft: #2
    X PRESENT(BY PHONE)    NOT PRESENT   IN CUSTODY X ON BOND

ATTY. FOR DEFT.: Andrew Oliveras
 X PRESENT       NOT PRESENT     X RETAINED        C.J.A.

A.U.S.A.: James Miskiewicz and Saritha Komatireddy

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER: X  P. AUERBACH      E. COMBS      P. LOMBARDI
   H. RAPAPORT   M. FOLEY    D. TURSI    O. WICKER    S. PICOZZI

FTR:

INTERPRETER:


 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

    CASE ADJOURNED TO                                    FOR

    MOTION CONFERENCE HELD ON                  'S MOTION TO


    ARGUMENT HEARD      MOTION GRANTED.     MOTION DENIED.
                            DECISION RESERVED.

    DECISION ENTERED INTO THE RECORD.

 X  DEFT CONTINUED IN CUSTODY.

    JURY SELECTION & TRIAL SCHEDULED FOR

    MOTIONS TO BE MADE BY

    RESPONSE BY GOVERNMENT BY

    REPLY IF ANY BY

    HEARING SET FOR:
```

__ **OTHER:**_____