

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

April 22, 2015

**By Email & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
Robert P. LaRusso, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re: United States v. Philip Kenner & Tommy C. Constantine
       Criminal Docket No. 13-607 (JFB)

Dear Counsel:

  Enclosed please find alternative versions of documents previously disclosed in discovery: unredacted versions of the account opening documents for defendant Kenner's various accounts at Northern Trust Bank (NTC 12875-13044; password: "Northern2015!"); versions of the closing documents for two sales of Hawaii properties obtained directly from First American Title (FA-TITLE 2489-2522); and copies of wire requests submitted to Charles Schwab directly from the bank's files (BNK-CS 14243-14256).

  The government also provides written notice that it intends to offer certain business records via certifications pursuant to Federal Rule of Evidence 902(11): Citibank (Apr. 22, 2015) (records: BNK-CITI 50-302); JP Morgan Chase (Apr. 23, 2015) (duplicate certification) (records: BNK-CHASE 1-2642); and TD Bank (records: attached).

      Please contact me or AUSA James Miskiewicz if you have any questions or requests.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:   /s/Saritha Komatireddy
      Saritha Komatireddy
      James M. Miskiewicz
      Assistant U.S. Attorneys
      (631) 715-7825/7841

Enclosures

cc:   Clerk of the Court (JFB) (by ECF) (without enclosures)