***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

April 30, 2015

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                RE: <u>United States v. Philip Kenner</u>
                    Docket Number: 13-607 (JFB)

Dear Judge Bianco:

      With the consent of the government, the defendant, Philip Kenner, submits the proposed order for the Court's consideration to facilitate the defendant's access and use of his MacBook laptop computer for the duration of the trial and throughout his pre-trial detention at the Metropolitan Detention Center. The proposed order is the result of discussions between the government and the undersigned following Tuesday's court appearance.

      Thank you for Your Honor's consideration of this letter motion on behalf of the defendant.

                                                  Very truly yours,

                                                  ***Richard D. Haley***

                                                  RICHARD D. HALEY

cc: AUSA James M. Miskiewicz via ECF
    AUSA Saritha Komatireddy via ECF