

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMM:SK                                    *610 Federal Plaza*
F. #2013R00948                            *Central Islip, New York 11722*

April 30, 2015

**By Email & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
Robert P. LaRusso, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

    Re: United States v. Philip Kenner & Tommy Constantine
       Criminal Docket No. 13-607 (JFB)

Dear Counsel:

    The government provides written notice that it intends to offer certain business records via certifications pursuant to Federal Rule of Evidence 902(11): Bank of Arizona (Apr. 30, 2015) (records: BNK-AZ 1-1631).

      Please contact me or AUSA James Miskiewicz if you have any questions or requests.

                               Very truly yours,

                               LORETTA E. LYNCH
                               United States Attorney

                By:    /s/Saritha Komatireddy
                               Saritha Komatireddy
                               James M. Miskiewicz
                               Assistant U.S. Attorneys
                               (631) 715-7825/7841

Enclosures

cc:     Clerk of the Court (JFB) (by ECF) (without enclosures)