

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM/SK
F.#2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

May 1, 2015

<u>By ECF</u>

Richard Haley
Haley, Weinblatt & Calcagni, LLP
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY 11749

Robert P. LaRusso
LaRusso & Conway
Attorneys at Law
300 Old Country Road
Suite 341
Mineola, NY 11501

    Re: United States v. Philip Kenner & Tommy Constantine
      <u>Criminal Docket No. 13-607(JFB)</u>

Dear Counsel:

    Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), this is to notify you that the government intends to call Forensic Document Examiner John Paul Osborn to testify that in his opinion, the purported signature of John Kaiser on the consulting agreements that were the subject of Mr. LaRusso's recent request for particulars are both attempted simulations and not authentic.

    Copies of Mr. Osborn's resume and qualifications. As you know, Mr. Osborn has been qualified as an expert in handwriting and document analysis repeatedly in this district and elsewhere. Also attached is a list of the 31 cases in which he has most recently

been qualified as an expert since 2011.

                                  Respectfully submitted,

                                  KELLY T. CURRIE  
                                Acting United States Attorney

                                /S/  
               By:      _____  
                                James Miskiewicz  
                                Saritha Komatireddy  
                                Assistant U.S. Attorneys

cc:     Clerk of the Court (JFB)(w/o enclosures)