

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK  
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

May 2, 2015

**By Email & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
Robert P. LaRusso, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

   Re: United States v. Philip Kenner & Tommy C. Constantine
      Criminal Docket No. 13-607 (JFB)

Dear Counsel:

   Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on January 16, 2014, January 23, 2014, February 10, 2014, March 6, 2014, March 11, 2014, March 24, 2014, April 11, 2014, May 21, 2014, June 6, 2014, August 6, 2014, August 15, 2014, August 20, 2014, August 22, 2014, August 27, 2014, August 28, 2014, August 29, 2014, September 2, 2014, September 11, 2014, September 12, 2014, September 19, 2014, October 2, 2014, February 20, 2015, February 25, 2015, February 28, 2015, March 3, 2015, March 5, 2015, March 17, 2015, April 6, 2015, April 10, 2015, April 14, 2015, April 18, 2015, April 22, 2015, and April 29, 2015.

   Enclosed please find eleven pages of records obtained from Wampler Buchanan Walker (WAM 2-12).  The government also provides written notice that it

2

intends to offer the foregoing business records via the accompanying certification (WAM 1) pursuant to Federal Rule of Evidence 902(11).

        Please contact me or AUSA James Miskiewicz if you have any questions or requests.

        Very truly yours,

        KELLY T. CURRIE
        Acting United States Attorney

By:    /s/Saritha Komatireddy
        Saritha Komatireddy
        James M. Miskiewicz
        Assistant U.S. Attorneys
        (631) 715-7825/7841

Enclosures

cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)