**CRIMINAL CAUSE FOR JURY TRIAL**
<u>BEFORE JUDGE BIANCO</u>      <u>May 4, 2015</u>      TIME:  <u>9:30 am (6 HRS.)</u>
<u>CR- 13-0607</u>

<u>DEFT</u>:  **Phillip Kenner**      **DEFT. # 1**     ATTY:  <u>Richard Haley</u>
  <u>X</u> pres.      <u>   </u> not pres.      <u>X</u>  cust.      <u>   </u> bail      <u>X</u>  CJA      <u>   </u> RET.      <u>   </u> LAS

<u>DEFT</u>: **Tommy Constantine**      **DEFT. # 2**     ATTY:  <u>Robert LaRusso and Andrew Oliveras</u>
  <u>X</u> pres.      <u>   </u> not pres.      <u>   </u> cust.      <u>X</u>  bail      <u>   </u> CJA      <u>X</u>  RET.      <u>   </u> LAS


**A.U.S.A.:**  <u>James Miskiewicz and Saritha Komatireddy</u>      Deputy Clerk: <u>Michele Savona</u>

REPORTERS: <u>P. Auerbach, S. Picozzi, and R. Tolkin</u>      OTHER:
INT:  (LANG.-      )

- <u>X</u>  CASE CALLED. DEFT(S) <u>Phillip Kenner and Tommy Constatine</u> APPEAR WITH COUNSEL.
- <u> </u>  JURY SELECTION ADJ'D TO <u>                    </u>.
- <u> </u>  JURY SELECTION HELD  (BEFORE <u>              </u>).
- <u> </u>  VOIR DIRE BEGINS.      <u>   </u> JURY TRIAL SET FOR <u>      </u>.
- <u>X</u>  JURORS SWORN AND TRIAL BEGINS. <u>X</u>  GOVT OPENS      <u>X</u>  DEFT OPENS.
- <u>X</u>  JURY TRIAL HELD.  <u> </u>      JURY TRIAL RESUMES.
- <u>X</u>  WITNESSES SWORN: <u> Joe Juneau                    </u>
- <u>X</u>  JURY TRIAL CONT'D TO <u>5/5/15 at 9:30 a.m.                </u>.
- <u> </u>  GOVT RESTS.      <u> </u> DEFT RESTS.
- <u> </u>  GOVT SUMMATION.      <u> </u> DEFT SUMMATION.      <u> </u> GOVT REBUTTAL.
- <u> </u>  JURY TRIAL ENDS.
- <u> </u>  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- <u> </u>  DELIBERATIONS RESUME.
- <u> </u>  **GUILTY VERDICT** ON COUNTS <u>              </u>.
- <u> </u>  **NOT GUILTY VERDICT** ON COUNTS <u>            </u>.
- <u> </u>  JURORS POLLED AND EXCUSED.
- <u> </u>  DEFENDANT ACQUITTED ON COUNTS <u>    </u> OF THE INDICTMENT/ INFORMATION.
- <u> </u>  SENTENCING SET FOR<u>                    </u>.
- <u> </u>  DEFT REMANDED.      <u> </u>      DEFT CONT'D ON BAIL.

**OTHER:** <u>                                        </u>