AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 24 2015 ★

LONG ISLAND OFFICE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Phillip A. Kenner et. al. | ) | Case No. 13-607 (S-1) (JFB) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Northern Trust, N.A.
50 South LaSalle Street
Chicago, Ilinois 60603
Attn: Custodian of Records

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>100 Federal Plaza<br>Central Islip, NY 11722-4438 | Courtroom No.: | 1040 |
|---|---|---|---|
| | | Date and Time: | May 1, 2015, at 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
NO APPEARANCE NECESSARY - Documents to be produced with appropriate certification of custodian of records in accordance with Federal Rules of Evidence 902(11) (copy attached) pursuant to "Schedule A" attached hereto and made part hereof.

(SEAL)

Joseph F Blanco

Date: April 24, 2015

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
_____, who requests this subpoena, are:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 13-607 (S-1) (JFB)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: _____

KATHLEEN A. CARLSON ; PARALEGAL OFFICER

on *(date)* 04/29/2015 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/29/2015

*Server's signature*

CELIO ALMEIDA , DEPUTY UNITED STATES MARSHAL
*Printed name and title*

219 S. DEARBORN ST., CHICAGO IL 60604
*Server's address*

Additional information regarding attempted service, etc: