**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO        May 5, 2015                    TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**      **DEFT. # 1**    ATTY:  Richard Haley
   X pres.     not pres.     X  cust.      bail        X  CJA       RET.        LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
      X pres.      not pres.       cust.       X  bail       CJA     X  RET.       LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**         Deputy Clerk: Michele Savona

REPORTERS: P. Auerbach, E. Combs, and R. Tolkin                  OTHER:
INT:  (LANG.-       )

- X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH COUNSEL.
-      JURY SELECTION ADJ'D TO _____.
-      JURY SELECTION HELD (BEFORE _____).
-      VOIR DIRE BEGINS.         JURY TRIAL SET FOR _____.
-      JURORS SWORN AND TRIAL BEGINS.  GOVT OPENS       DEFT OPENS.
- X    JURY TRIAL HELD.        JURY TRIAL RESUMES.
- X    WITNESSES SWORN:  Joe Juneau, and Michael Peca
- X    JURY TRIAL CONT'D TO 5/6/15 at 9:30 a.m.                       .
-       GOVT RESTS.          DEFT RESTS.
-      GOVT SUMMATION.        DEFT SUMMATION.      GOVT REBUTTAL.
-      JURY TRIAL ENDS.
-      JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
-      DELIBERATIONS RESUME.
-      **GUILTY VERDICT** ON COUNTS _____.
-      **NOT GUILTY VERDICT** ON COUNTS _____.
-      JURORS POLLED AND EXCUSED.
-      DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/ INFORMATION.
-      SENTENCING SET FOR_____.
-      DEFT REMANDED.         DEFT CONT'D ON BAIL.

**OTHER:** _____