**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO          May 6, 2015               TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**      **DEFT. # 1**     ATTY:  Richard Haley
  X pres.      not pres.     X  cust.      bail         X  CJA        RET.         LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
   X pres.        not pres.        cust.         X  bail      CJA      X  RET.       LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**          Deputy Clerk: Michele Savona

REPORTERS: P. Auerbach, E. Combs, and R. Tolkin                 OTHER:
INT:  (LANG.-       )

 X     CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH COUNSEL.
       JURY SELECTION ADJ'D TO _____.
       JURY SELECTION HELD  (BEFORE _____).
       VOIR DIRE BEGINS.       JURY TRIAL SET FOR _____.
       JURORS SWORN AND TRIAL BEGINS. GOVT OPENS       DEFT OPENS.
 X     JURY TRIAL HELD.       JURY TRIAL RESUMES.
 X     WITNESSES SWORN: Michael Peca
 X     JURY TRIAL CONT'D TO 5/7/15 at 9:30 a.m.                   .
        GOVT RESTS.        DEFT RESTS.
       GOVT SUMMATION.       DEFT SUMMATION.     GOVT REBUTTAL.
       JURY TRIAL ENDS.
       JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
       DELIBERATIONS RESUME.
       **GUILTY VERDICT** ON COUNTS _____.
       **NOT GUILTY VERDICT** ON COUNTS _____.
       JURORS POLLED AND EXCUSED.
       DEFENDANT ACQUITTED ON COUNTS _____ OF THE INDICTMENT/ INFORMATION.
       SENTENCING SET FOR_____.
       DEFT REMANDED.          DEFT CONT'D ON BAIL.

**OTHER:**