**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO          May 7, 2015          TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**     **DEFT. # 1**     ATTY:  Richard Haley
  X pres.     not pres.     X cust.     bail     X CJA     RET.     LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**     ATTY:  Robert LaRusso and Andrew Oliveras
   X pres.     not pres.     cust.     X bail     CJA     X RET.     LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**          Deputy Clerk: Michele Savona

REPORTERS: P. Auerbach, E. Combs, and R. Tolkin          OTHER:
INT:  (LANG.-       )

- X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH COUNSEL.
- ___    JURY SELECTION ADJ'D TO _____.
- ___    JURY SELECTION HELD (BEFORE _____).
- ___    VOIR DIRE BEGINS.     ___ JURY TRIAL SET FOR _____.
- ___    JURORS SWORN AND TRIAL BEGINS. _ GOVT OPENS     _ DEFT OPENS.
- X    JURY TRIAL HELD. _    JURY TRIAL RESUMES.
- X    WITNESSES SWORN: Michael Peca and Kristen Peca
- X    JURY TRIAL CONT'D TO 5/11/15 at 9:30 a.m.
- ___    GOVT RESTS.     _ DEFT RESTS.
- ___    GOVT SUMMATION.     _ DEFT SUMMATION.     _ GOVT REBUTTAL.
- ___    JURY TRIAL ENDS.
- ___    JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- ___    DELIBERATIONS RESUME.
- ___    **GUILTY VERDICT** ON COUNTS _____.
- ___    **NOT GUILTY VERDICT** ON COUNTS _____.
- ___    JURORS POLLED AND EXCUSED.
- ___    DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/ INFORMATION.
- ___    SENTENCING SET FOR _____.
- ___    DEFT REMANDED.     _    DEFT CONT'D ON BAIL.

**OTHER:** _____