UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

- against-

PHILIP KENNER AND TOMMY CONSTANTINE

Defendant(s).
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 08 2015   ★

LONG ISLAND OFFICE

**TRANSPORTATION ORDER**

CR 13-0607 (JFB)

**ORDERED** that the Clerk of the Court provide transportation (by taxi) to one (1) empanelled juror on April 27, 2015.

Dated: Central Islip, New York 11722
       May 8, 2015

S/ Joseph F. Bianco
JOSEPH F. BIANCO, U.S.D.J.