

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:SK  
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

May 12, 2015

**By Email**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Robert P. LaRusso, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

> Re:   United States v. Philip Kenner & Tommy C. Constantine
>        Criminal Docket No. 13-607 (JFB)

Dear Counsel:

      The government writes to memorialize its disclosure earlier today of eighteen pages of additional records recently obtained from Waterstone Bank, Sullivan & Cromwell, Playboy Enterprises, and Fall Line Motorsports.  Enclosed please find an electronic copy of the same records, bates-numbered NY 1-18.  The government also provides written notice that it intends to offer the foregoing business records via the accompanying certifications pursuant to Federal Rule of Evidence 902(11).

      Please contact me or AUSA James Miskiewicz if you have any questions or requests.

            Very truly yours,

            KELLY T. CURRIE
            Acting United States Attorney

By:   /s/Saritha Komatireddy
       Saritha Komatireddy
       James M. Miskiewicz
       Assistant U.S. Attorneys
       (631) 715-7825/7841

Enclosures

cc:    Clerk of the Court (JFB) (by ECF) (without enclosures)