**CRIMINAL CAUSE FOR JURY TRIAL**
<u>BEFORE JUDGE BIANCO</u>          <u>May 11, 2015</u>          TIME:  <u>9:30 am (4 HRS.)</u>
<u>CR- 13-0607</u>

<u>DEFT</u>:  **Phillip Kenner**     **DEFT. # 1**    <u>ATTY</u>:  <u>Richard Haley</u>
  <u>X pres.</u>     <u>   not pres.</u>     <u>X  cust.</u>     <u>   bail</u>        <u>X  CJA</u>       <u>   RET.</u>       <u>   LAS</u>

<u>DEFT</u>: **Tommy Constantine**     **DEFT. # 2**    <u>ATTY</u>:  <u>Robert LaRusso and Andrew Oliveras</u>
   <u>X pres.</u>      <u>  not pres.</u>       <u>  cust.</u>       <u>X  bail</u>       <u>  CJA</u>      <u>X  RET.</u>       <u>  LAS</u>

**A.U.S.A.:**   <u>James Miskiewicz and Saritha Komatireddy</u>         Deputy Clerk: <u>Michele Savona</u>

<u>REPORTERS: P. Auerbach, E. Combs, and R. Tolkin</u>            OTHER:
<u>INT:   (LANG.-      )</u>

- <u>X</u>  CASE CALLED. DEFT(S) <u>Phillip Kenner and Tommy Constatine</u> APPEAR WITH COUNSEL.
- __  JURY SELECTION ADJ'D TO _____.
- __  JURY SELECTION HELD  (BEFORE _____).
- __  VOIR DIRE BEGINS.      ___JURY TRIAL SET FOR _____.
- __  JURORS SWORN AND TRIAL BEGINS._GOVT OPENS     _DEFT OPENS.
- <u>X</u>  JURY TRIAL HELD. _     JURY TRIAL RESUMES.
- <u>X</u>  WITNESSES SWORN
- <u>X</u>  JURY TRIAL CONT'D TO <u>5/12/15 at 9:30 a.m.</u>        .
- __   GOVT RESTS.        _ DEFT RESTS.
- __  GOVT SUMMATION.      _ DEFT SUMMATION.     _ GOVT REBUTTAL.
- __  JURY TRIAL ENDS.
- __  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __  DELIBERATIONS RESUME.
- __  **GUILTY VERDICT** ON COUNTS _____.
- __  **NOT GUILTY VERDICT** ON COUNTS _____.
- __  JURORS POLLED AND EXCUSED.
- _  DEFENDANT ACQUITTED ON COUNTS ____OF THE INDICTMENT/ INFORMATION.
- __  SENTENCING SET FOR_____.
- __  DEFT REMANDED.       _    DEFT CONT'D ON BAIL.

**OTHER:** _____