**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO        May 12, 2015              TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**      **DEFT. # 1**    ATTY:  Richard Haley
  X pres.      not pres.      X  cust.      bail        X  CJA       RET.        LAS

DEFT: **Tommy Constantine**    **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.       not pres.        cust.       X  bail      CJA      X  RET.      LAS


**A.U.S.A.:  James Miskiewicz and Saritha Komatireddy**         Deputy Clerk: Michele Savona

REPORTERS: P. Auerbach, E. Combs, and R. Tolkin              OTHER:
INT:  (LANG.-     )

- **X**  CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH COUNSEL.
- __  JURY SELECTION ADJ'D TO _____.
- __  JURY SELECTION HELD (BEFORE _____).
- __  VOIR DIRE BEGINS.      ___JURY TRIAL SET FOR _____.
- __  JURORS SWORN AND TRIAL BEGINS. __GOVT OPENS     __DEFT OPENS.
- **X**  JURY TRIAL HELD. __   JURY TRIAL RESUMES.
- **X**  WITNESSES SWORN Aaron Mascarella, Dolores Ethal Kaiser, and  John Kaiser
- **X**  JURY TRIAL CONT'D TO 5/13/15 at 9:30 a.m.             .
- __  GOVT RESTS.       __ DEFT RESTS.
- __  GOVT SUMMATION.      __ DEFT SUMMATION.    __ GOVT REBUTTAL.
- __  JURY TRIAL ENDS.
- __  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __  DELIBERATIONS RESUME.
- __  **GUILTY VERDICT** ON COUNTS _____.
- __  **NOT GUILTY VERDICT** ON COUNTS _____.
- __  JURORS POLLED AND EXCUSED.
- __  DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/ INFORMATION.
- __  SENTENCING SET FOR_____.
- __  DEFT REMANDED.       __    DEFT CONT'D ON BAIL.

**OTHER:** _____