**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO        May 13, 2015            TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**     **DEFT. # 1**    ATTY:  Richard Haley
  X pres.      not pres.     X  cust.      bail       X  CJA       RET.       LAS

DEFT: **Tommy Constantine**    **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.      not pres.      cust.       X  bail      CJA      X  RET.       LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**           Deputy Clerk: Michele Savona

REPORTERS: P. Auerbach, E. Combs, and R. Tolkin              OTHER:
INT:  (LANG.-     )

- X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH COUNSEL.
- __   JURY SELECTION ADJ'D TO _____.
- __   JURY SELECTION HELD (BEFORE _____).
- __   VOIR DIRE BEGINS.      ___JURY TRIAL SET FOR _____.
- __   JURORS SWORN AND TRIAL BEGINS. __GOVT OPENS    __DEFT OPENS.
- X    JURY TRIAL HELD. __    JURY TRIAL RESUMES.
- X    WITNESSES SWORN John Kaiser
- X    JURY TRIAL CONT'D TO 5/14/15 at 9:30 a.m.                .
- __   GOVT RESTS.     __ DEFT RESTS.
- __   GOVT SUMMATION.    __ DEFT SUMMATION.    __ GOVT REBUTTAL.
- __   JURY TRIAL ENDS.
- __   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __   DELIBERATIONS RESUME.
- __   **GUILTY VERDICT** ON COUNTS _____.
- __   **NOT GUILTY VERDICT** ON COUNTS _____.
- __   JURORS POLLED AND EXCUSED.
- __   DEFENDANT ACQUITTED ON COUNTS ____OF THE INDICTMENT/ INFORMATION.
- __   SENTENCING SET FOR_____.
- __   DEFT REMANDED.      __   DEFT CONT'D ON BAIL.

**OTHER:** _____