**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO            May 14, 2015            TIME:   9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**      **DEFT. # 1**    ATTY:  Richard Haley
  X pres.      not pres.      X  cust.      bail        X  CJA        RET.        LAS

DEFT: **Tommy Constantine**      **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
   X pres.      not pres.      cust.      X  bail      CJA      X  RET.        LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**            Deputy Clerk: Michele Savona

REPORTERS: P. Auerbach, E. Combs, and R. Tolkin              OTHER:
INT:   (LANG.-      )

- X  CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH COUNSEL.
- __  JURY SELECTION ADJ'D TO _____.
- __  JURY SELECTION HELD (BEFORE _____).
- __  VOIR DIRE BEGINS.     ___ JURY TRIAL SET FOR _____.
- __  JURORS SWORN AND TRIAL BEGINS.   GOVT OPENS       DEFT OPENS.
- X  JURY TRIAL HELD.   __    JURY TRIAL RESUMES.
- X  WITNESSES SWORN John Kaiser
- X  JURY TRIAL CONT'D TO 5/18/15 at 9:30 a.m.      .
- __   GOVT RESTS.        __ DEFT RESTS.
- __  GOVT SUMMATION.    __ DEFT SUMMATION.    __ GOVT REBUTTAL.
- __  JURY TRIAL ENDS.
- __  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __  DELIBERATIONS RESUME.
- __  **GUILTY VERDICT** ON COUNTS _____.
- __  **NOT GUILTY VERDICT** ON COUNTS _____.
- __  JURORS POLLED AND EXCUSED.
- __  DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/ INFORMATION.
- __  SENTENCING SET FOR _____.
- __  DEFT REMANDED.       __     DEFT CONT'D ON BAIL.

**OTHER:** _____