**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO          May 18, 2015          TIME: 9:30 am (6 HRS.)
CR- 13-0607

DEFT: **Phillip Kenner**     **DEFT. # 1**     ATTY: Richard Haley
  X pres.     not pres.     X cust.     bail     X CJA     RET.     LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**     ATTY: Robert LaRusso and Andrew Oliveras
  X pres.     not pres.     cust.     X bail     CJA     X RET.     LAS


**A.U.S.A.:** James Miskiewicz and Saritha Komatireddy          Deputy Clerk: Michele Savona

REPORTERS: P. Auerbach, E. Combs, and R. Tolkin          OTHER:
INT: (LANG.-     )

- X   CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH COUNSEL.
- __   JURY SELECTION ADJ'D TO _____.
- __   JURY SELECTION HELD (BEFORE _____).
- __   VOIR DIRE BEGINS.     ___JURY TRIAL SET FOR _____.
- __   JURORS SWORN AND TRIAL BEGINS. _GOVT OPENS     _DEFT OPENS.
- X   JURY TRIAL HELD. _   JURY TRIAL RESUMES.
- X   WITNESSES SWORN
- X   JURY TRIAL CONT'D TO 5/19/15 at 9:30 a.m. _____.
- __   GOVT RESTS.     _ DEFT RESTS.
- __   GOVT SUMMATION.     _ DEFT SUMMATION.     _ GOVT REBUTTAL.
- __   JURY TRIAL ENDS.
- __   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __   DELIBERATIONS RESUME.
- __   **GUILTY VERDICT** ON COUNTS _____.
- __   **NOT GUILTY VERDICT** ON COUNTS _____.
- __   JURORS POLLED AND EXCUSED.
- _   DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/ INFORMATION.
- __   SENTENCING SET FOR _____.
- __   DEFT REMANDED.     _   DEFT CONT'D ON BAIL.

**OTHER:** _____