**CRIMINAL CAUSE FOR  JURY TRIAL**
BEFORE JUDGE BIANCO          May 26, 2015          TIME:   9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner       DEFT. # 1     ATTY:  Richard Haley**
   X pres.       not pres.     X  cust.       bail       X  CJA       RET.         LAS

DEFT: **Tommy Constantine     DEFT. # 2     ATTY:  Robert LaRusso and Andrew Oliveras**
      X pres.       not pres.       cust.       X  bail       CJA     X  RET.       LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**          Deputy Clerk: Michele Savona

REPORTERS: P. Auerbach, E. Combs, and R. Tolkin                    OTHER:
INT:   (LANG.-       )

  X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH
       COUNSEL.
  __   JURY SELECTION ADJ'D TO _____.
  __   JURY SELECTION HELD  (BEFORE _____).
  __   VOIR DIRE BEGINS.        ___JURY TRIAL SET FOR _____.
  __   JURORS SWORN AND TRIAL BEGINS._GOVT OPENS        _DEFT OPENS.
  X    JURY TRIAL HELD. _       JURY TRIAL RESUMES.
  X    WITNESSES SWORN
  X    JURY TRIAL CONT'D TO 5/27/15 at 9:30 a.m.                        .
  __    GOVT RESTS.        _ DEFT RESTS.
  __   GOVT SUMMATION.        _ DEFT SUMMATION.      _ GOVT REBUTTAL.
  __   JURY TRIAL ENDS.
  __   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
  __   DELIBERATIONS RESUME.
  __   **GUILTY VERDICT** ON COUNTS _____.
  __   **NOT GUILTY VERDICT** ON COUNTS _____.
  __   JURORS POLLED AND EXCUSED.
  __   DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/
       INFORMATION.
  __   SENTENCING SET FOR_____.
  __   DEFT REMANDED.        _       DEFT CONT'D ON BAIL.


**OTHER:** _____