**CRIMINAL CAUSE FOR JURY TRIAL**
<u>BEFORE JUDGE BIANCO</u>         <u>May 27, 2015</u>          TIME: <u>  9:30 am (6 HRS.) </u>
<u>CR- 13-0607         </u>

<u>DEFT</u>:  **Phillip Kenner**     **DEFT. # 1**    <u>ATTY</u>:  **Richard Haley  **
  <u> X pres.</u>     <u>   not pres.</u>    <u> X  cust.</u>     <u>   bail  </u>      <u> X  CJA </u>       <u>   RET.</u>        <u>   LAS </u>

<u>DEFT</u>: **Tommy Constantine**    **DEFT. # 2**    <u>ATTY</u>:  **Robert LaRusso and Andrew Oliveras **
   <u>X pres.</u>      <u>  not pres.</u>     <u>   cust.</u>      <u>  X  bail  </u>     <u>  CJA </u>     <u> X  RET.</u>       <u>   LAS </u>


**A.U.S.A.:**   <u>James Miskiewicz and Saritha Komatireddy </u>        Deputy Clerk: <u>Michele Savona</u>

<u>REPORTERS: P. Auerbach, E. Combs, and R. Tolkin                    </u>        OTHER:
INT:  <u>(LANG.-      )                 </u>

<u> X </u>     CASE CALLED. DEFT(S) <u>Phillip Kenner and Tommy Constatine </u>APPEAR WITH COUNSEL.
<u>    </u>     JURY SELECTION ADJ'D TO <u>                      </u>.
<u>    </u>     JURY SELECTION HELD  (BEFORE <u>                 </u>).
<u>    </u>     VOIR DIRE BEGINS.     <u>    </u>JURY TRIAL SET FOR <u>       </u>.
<u>    </u>     JURORS SWORN AND TRIAL BEGINS. <u> </u>GOVT OPENS <u>      </u> <u> </u>DEFT OPENS.
<u> X </u>     JURY TRIAL HELD. <u> </u>     JURY TRIAL RESUMES.
<u> X </u>     WITNESSES SWORN
<u> X </u>     JURY TRIAL CONT'D TO<u> 5/28/15 at 9:30 a.m.                        </u>.
<u>    </u>      GOVT RESTS.        <u> </u> DEFT RESTS.
<u>    </u>     GOVT SUMMATION.      <u> </u> DEFT SUMMATION.     <u> </u> GOVT REBUTTAL.
<u>    </u>     JURY TRIAL ENDS.
<u>    </u>     JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
<u>    </u>     DELIBERATIONS RESUME.
<u>    </u>     **GUILTY VERDICT** ON COUNTS <u>                  </u>.
<u>    </u>     **NOT GUILTY VERDICT** ON COUNTS <u>                </u>.
<u>    </u>     JURORS POLLED AND EXCUSED.
<u>    </u>     DEFENDANT ACQUITTED ON COUNTS <u>      </u>OF THE INDICTMENT/ INFORMATION.
<u>    </u>     SENTENCING SET FOR<u>                         </u>.
<u>    </u>     DEFT REMANDED.       <u> </u>     DEFT CONT'D ON BAIL.

**OTHER:**<u>                                                                   </u>