**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO       May 28, 2015         TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**     **DEFT. # 1**     ATTY:  Richard Haley
  X pres.      not pres.     X  cust.      bail       X  CJA        RET.         LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
   X pres.      not pres.       cust.       X  bail       CJA      X  RET.        LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**          Deputy Clerk: Michele Savona

REPORTERS: P. Auerbach, E. Combs, and R. Tolkin               OTHER:
INT:  (LANG.-       )

- **X**  CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constatine APPEAR WITH COUNSEL.
-     JURY SELECTION ADJ'D TO _____.
-     JURY SELECTION HELD (BEFORE _____).
-     VOIR DIRE BEGINS.      JURY TRIAL SET FOR _____.
-     JURORS SWORN AND TRIAL BEGINS.  GOVT OPENS     DEFT OPENS.
- **X**  JURY TRIAL HELD.       JURY TRIAL RESUMES.
- **X**  WITNESSES SWORN
- **X**  JURY TRIAL CONT'D TO 6/1/15 at 9:30 a.m.              .
-      GOVT RESTS.         DEFT RESTS.
-     GOVT SUMMATION.       DEFT SUMMATION.     GOVT REBUTTAL.
-     JURY TRIAL ENDS.
-     JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
-     DELIBERATIONS RESUME.
-     **GUILTY VERDICT** ON COUNTS _____.
-     **NOT GUILTY VERDICT** ON COUNTS _____.
-     JURORS POLLED AND EXCUSED.
-     DEFENDANT ACQUITTED ON COUNTS ____OF THE INDICTMENT/ INFORMATION.
-     SENTENCING SET FOR_____.
-     DEFT REMANDED.         DEFT CONT'D ON BAIL.

**OTHER:** _____