**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO        June 1, 2015            TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**     **DEFT. # 1**    ATTY:  Richard Haley
  X pres.      not pres.      X  cust.      bail        X  CJA        RET.        LAS

DEFT: **Tommy Constantine**    **DEFT. # 2**   ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.      not pres.        cust.       X  bail       CJA       X  RET.        LAS


**A.U.S.A.:**  James Miskiewicz and Saritha Komatireddy         Deputy Clerk: Michele Savona

REPORTERS: O. Wicker, E. Combs, and R. Tolkin            OTHER:
INT:  (LANG.-       )

-  X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
-  ___  JURY SELECTION ADJ'D TO _____.
-  ___  JURY SELECTION HELD  (BEFORE _____).
-  ___  VOIR DIRE BEGINS.      ___ JURY TRIAL SET FOR _____.
-  ___  JURORS SWORN AND TRIAL BEGINS. ___ GOVT OPENS     ___ DEFT OPENS.
-  X    JURY TRIAL HELD.  ___ JURY TRIAL RESUMES.
-  X    WITNESSES SWORN
-  X    JURY TRIAL CONT'D TO 6/2/15 at 9:30 a.m.              .
-  ___   GOVT RESTS.      ___ DEFT RESTS.
-  ___  GOVT SUMMATION.     ___ DEFT SUMMATION.     ___ GOVT REBUTTAL.
-  ___  JURY TRIAL ENDS.
-  ___  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
-  ___  DELIBERATIONS RESUME.
-  ___  **GUILTY VERDICT** ON COUNTS _____.
-  ___  **NOT GUILTY VERDICT** ON COUNTS _____.
-  ___  JURORS POLLED AND EXCUSED.
-  ___  DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/INFORMATION.
-  ___  SENTENCING SET FOR_____.
-  ___  DEFT REMANDED.       ___  DEFT CONT'D ON BAIL.

**OTHER:** _____