**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO          June 2, 2015          TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**     **DEFT. # 1**    ATTY:  Richard Haley
  X pres.     not pres.     X  cust.     bail      X  CJA      RET.      LAS

DEFT: **Tommy Constantine**    **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.     not pres.     cust.     X  bail      CJA     X  RET.      LAS


**A.U.S.A.:**   James Miskiewicz and Saritha Komatireddy          Deputy Clerk: Michele Savona

REPORTERS: O. Wicker, E. Combs, and R. Tolkin          OTHER:
INT:  (LANG.-      )

- X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- __    JURY SELECTION ADJ'D TO _____.
- __    JURY SELECTION HELD (BEFORE _____).
- __    VOIR DIRE BEGINS.      ___ JURY TRIAL SET FOR _____.
- __    JURORS SWORN AND TRIAL BEGINS. __ GOVT OPENS     __ DEFT OPENS.
- X    JURY TRIAL HELD.  __    JURY TRIAL RESUMES.
- X    WITNESSES SWORN
- X    JURY TRIAL CONT'D TO 6/3/15 at 9:30 a.m. _____.
- __     GOVT RESTS.       __ DEFT RESTS.
- __    GOVT SUMMATION.      __ DEFT SUMMATION.     __ GOVT REBUTTAL.
- __    JURY TRIAL ENDS.
- __    JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __    DELIBERATIONS RESUME.
- __    **GUILTY VERDICT** ON COUNTS _____.
- __    **NOT GUILTY VERDICT** ON COUNTS _____.
- __    JURORS POLLED AND EXCUSED.
- __    DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/ INFORMATION.
- __    SENTENCING SET FOR _____.
- __    DEFT REMANDED.        __    DEFT CONT'D ON BAIL.

**OTHER:** _____