**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO        June 3, 2015            TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**    **DEFT. # 1**    ATTY:  Richard Haley
  X pres.    __ not pres.    X  cust.    __ bail    X  CJA    __ RET.    __ LAS

DEFT: **Tommy Constantine**    **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.    __ not pres.    __ cust.    X  bail    __ CJA    X  RET.    __ LAS


**A.U.S.A.:**   James Miskiewicz and Saritha Komatireddy         Deputy Clerk: Michele Savona

REPORTERS: O. Wicker, E. Combs, and R. Tolkin         OTHER:
INT:  (LANG.-      )

- X   CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- __  JURY SELECTION ADJ'D TO _____.
- __  JURY SELECTION HELD  (BEFORE _____).
- __  VOIR DIRE BEGINS.      __ JURY TRIAL SET FOR _____.
- __  JURORS SWORN AND TRIAL BEGINS. __ GOVT OPENS   __ DEFT OPENS.
- X   JURY TRIAL HELD.  __  JURY TRIAL RESUMES.
- X   WITNESSES SWORN
- X   JURY TRIAL CONT'D TO 6/4/15 at 9:30 a.m.          .
- __   GOVT RESTS.       __ DEFT RESTS.
- __  GOVT SUMMATION.     __ DEFT SUMMATION.    __ GOVT REBUTTAL.
- __  JURY TRIAL ENDS.
- __  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __  DELIBERATIONS RESUME.
- __  **GUILTY VERDICT** ON COUNTS _____.
- __  **NOT GUILTY VERDICT** ON COUNTS _____.
- __  JURORS POLLED AND EXCUSED.
- __  DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/INFORMATION.
- __  SENTENCING SET FOR _____.
- __  DEFT REMANDED.     __   DEFT CONT'D ON BAIL.

**OTHER:** _____