**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO           June 4, 2015                TIME: 9:30 am (6 HRS.)
CR- 13-0607

DEFT: **Phillip Kenner**     **DEFT. # 1**     ATTY: Richard Haley
  X pres.     not pres.     X cust.     bail     X CJA     RET.     LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**     ATTY: Robert LaRusso and Andrew Oliveras
  X pres.     not pres.     cust.     X bail     CJA     X RET.     LAS


**A.U.S.A.:** James Miskiewicz and Saritha Komatireddy          Deputy Clerk: Michele Savona

REPORTERS: O. Wicker, E. Combs, and R. Tolkin          OTHER:
INT: (LANG.-       )

- X  CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- __ JURY SELECTION ADJ'D TO _____.
- __ JURY SELECTION HELD (BEFORE _____).
- __ VOIR DIRE BEGINS.     __ JURY TRIAL SET FOR _____.
- __ JURORS SWORN AND TRIAL BEGINS. __GOVT OPENS     __DEFT OPENS.
- X  JURY TRIAL HELD.  __  JURY TRIAL RESUMES.
- X  WITNESSES SWORN
- X  JURY TRIAL CONT'D TO 6/8/15 at 9:30 a.m.
- __ GOVT RESTS.     __ DEFT RESTS.
- __ GOVT SUMMATION.     __ DEFT SUMMATION.     __ GOVT REBUTTAL.
- __ JURY TRIAL ENDS.
- __ JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __ DELIBERATIONS RESUME.
- __ **GUILTY VERDICT** ON COUNTS _____.
- __ **NOT GUILTY VERDICT** ON COUNTS _____.
- __ JURORS POLLED AND EXCUSED.
- __ DEFENDANT ACQUITTED ON COUNTS ____OF THE INDICTMENT/ INFORMATION.
- __ SENTENCING SET FOR_____.
- __ DEFT REMANDED.     __ DEFT CONT'D ON BAIL.

**OTHER:** _____