**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO          June 8, 2015          TIME: 9:30 am (6 HRS.)
CR- 13-0607

DEFT: **Phillip Kenner**     **DEFT. # 1**     ATTY: Richard Haley
  X pres.     not pres.     X cust.     bail     X CJA     RET.     LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**     ATTY: Robert LaRusso and Andrew Oliveras
  X pres.     not pres.     cust.     X bail     CJA     X RET.     LAS


**A.U.S.A.:** James Miskiewicz and Saritha Komatireddy          Deputy Clerk: Michele Savona

REPORTERS: Paul Lombardi, Maryann Steiger          OTHER:
INT: (LANG.-     )

- X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- ___  JURY SELECTION ADJ'D TO _____.
- ___  JURY SELECTION HELD (BEFORE _____).
- ___  VOIR DIRE BEGINS.     ___ JURY TRIAL SET FOR _____.
- ___  JURORS SWORN AND TRIAL BEGINS. ___ GOVT OPENS     ___ DEFT OPENS.
- X    JURY TRIAL HELD.   ___  JURY TRIAL RESUMES.
- X    WITNESSES SWORN
- X    JURY TRIAL CONT'D TO 6/9/15 at 9:30 a.m.
- ___   GOVT RESTS.     ___ DEFT RESTS.
- ___  GOVT SUMMATION.     ___ DEFT SUMMATION.     ___ GOVT REBUTTAL.
- ___  JURY TRIAL ENDS.
- ___  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- ___  DELIBERATIONS RESUME.
- ___  **GUILTY VERDICT** ON COUNTS _____.
- ___  **NOT GUILTY VERDICT** ON COUNTS _____.
- ___  JURORS POLLED AND EXCUSED.
- ___  DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/ INFORMATION.
- ___  SENTENCING SET FOR _____.
- ___  DEFT REMANDED.          ___     DEFT CONT'D ON BAIL.

**OTHER:** _____