UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

       -against-                      **NOTICE OF APPEARANCE**

Phillip Kenner and Tommy Constantine

           Defendants,

                            Doc. No. 13 CR 607(JFB)

In the Matter of a subpoena
naming Ronald Richards, an interested
party.

----------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 09 2015 ★
LONG ISLAND OFFICE

S I R S :

    PLEASE TAKE NOTICE, that the undersigned has been retained as an attorney for Ronald Richards, a witness and interested party, and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:    Mineola, New York
            June 9, 2015

                                    Yours, etc.

                                    _/s/ Michael H. Soroka_
                                    MICHAEL H. SOROKA, ESQ.
                                    Attorney for Ronald Richards
                                    300 Old Country Road, Suite 341
                                    Garden City, New York 11530
                                    (516) 742-2002

TO:   CLERK OF THE COURT (ECF)

      James Miskiewicz, Esq.
      Assistant. U.S. Attorney (ECF)

      Richard Haley, Esq. (ECF)
      Robert LaRusso, Esq.(ECF)

UNITED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                     Docket No. 13 CR 607 (JFB)

---

UNITED STATES OF AMERICA,

    -against-

PHILLIP KENNER ET. AL.,

        Defendant.

---

## NOTICE OF APPEARANCE FOR INTERESTED PARTY

---

**LAW OFFICES**
**MICHAEL H. SOROKA, ESQ.**
*Attorney (s) for witness*
*Office and Post Office Address, Telephone*
**300 Old Country Road, Suite 341**
**Mineola, New York 11501**
(516) 742-2002

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the state of New York State, certifies that, upon information and belief and reasonable inquiry, the contents contained in the annexed document are not frivolous as defined in 22 NYCRR 130-1.1 (c).*

Dated:_____..    Signature:_____
                                                    Print Name: MICHAEL H. SOROKA, ESQ.

---

                                                    Service of a copy of the within is hereby

                                                    Admitted.
                                                    Dated:

Attorney(s) for

---

PLEASE TAKE NOTICE

[ ] *NOTICE OF ENTRY*
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on
[ ] *NOTICE OF SETTLEMENT*
that an order                            of which the within is a true copy will be presented
for
settlement to the HON.                                                        one of the judges of
the within named Court, at
on the                day of                             at        M.