**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO            June 9, 2015            TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**        **DEFT. # 1**    ATTY:  Richard Haley
  X pres.      not pres.     X  cust.      bail        X  CJA        RET.         LAS

DEFT: **Tommy Constantine**      **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.      not pres.      cust.      X  bail       CJA      X  RET.        LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**            Deputy Clerk: Michele Savona

REPORTERS: Owen Wicker, Maryann Steiger              OTHER:
INT:  (LANG.-     )

- **X**    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
-        JURY SELECTION ADJ'D TO _____.
-        JURY SELECTION HELD (BEFORE _____).
-        VOIR DIRE BEGINS.       JURY TRIAL SET FOR _____.
-        JURORS SWORN AND TRIAL BEGINS. GOVT OPENS       DEFT OPENS.
- **X**   JURY TRIAL HELD.        JURY TRIAL RESUMES.
- **X**   WITNESSES SWORN
- **X**   JURY TRIAL CONT'D TO 6/10/15 at 9:30 a.m.              .
-         GOVT RESTS.        DEFT RESTS.
-        GOVT SUMMATION.       DEFT SUMMATION.      GOVT REBUTTAL.
-        JURY TRIAL ENDS.
-        JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
-        DELIBERATIONS RESUME.
-        **GUILTY VERDICT** ON COUNTS _____.
-        **NOT GUILTY VERDICT** ON COUNTS _____.
-        JURORS POLLED AND EXCUSED.
-        DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/ INFORMATION.
-        SENTENCING SET FOR _____.
-        DEFT REMANDED.           DEFT CONT'D ON BAIL.

**OTHER:** _____