**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO        June 10, 2015            TIME: 9:30 am (6 HRS.)
CR- 13-0607

DEFT:  Phillip Kenner        DEFT. # 1    ATTY: Richard Haley
 X pres.    __ not pres.    X cust.    __ bail    X CJA    __ RET.    __ LAS

DEFT: Tommy Constantine    DEFT. # 2    ATTY: Robert LaRusso and Andrew Oliveras
 X pres.    __ not pres.    __ cust.    X bail    __ CJA    X RET.    __ LAS


A.U.S.A.: James Miskiewicz and Saritha Komatireddy        Deputy Clerk: Michele Savona

REPORTERS: Paul Lombardi and Maryann Steiger        OTHER:
INT:  (LANG.-       )


- **X**  CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- __  JURY SELECTION ADJ'D TO _____.
- __  JURY SELECTION HELD  (BEFORE _____).
- __  VOIR DIRE BEGINS.       __ JURY TRIAL SET FOR _____.
- __  JURORS SWORN AND TRIAL BEGINS. __ GOVT OPENS     __ DEFT OPENS.
- **X**  JURY TRIAL HELD. __   JURY TRIAL RESUMES.
- **X**  WITNESSES SWORN
- **X**  JURY TRIAL CONT'D TO 6/11/15 at 9:30 a.m. _____.
- __   GOVT RESTS.        __ DEFT RESTS.
- __  GOVT SUMMATION.     __ DEFT SUMMATION.    __ GOVT REBUTTAL.
- __  JURY TRIAL ENDS.
- __  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __  DELIBERATIONS RESUME.
- __  **GUILTY VERDICT** ON COUNTS _____.
- __  **NOT GUILTY VERDICT** ON COUNTS _____.
- __  JURORS POLLED AND EXCUSED.
- __  DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/ INFORMATION.
- __  SENTENCING SET FOR _____.
- __  DEFT REMANDED.        __   DEFT CONT'D ON BAIL.

**OTHER:** _____

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  JUN 1 0 2015  ★

LONG ISLAND OFFICE