**CRIMINAL CAUSE FOR  JURY TRIAL**

BEFORE JUDGE BIANCO            June 11, 2015                    TIME:   9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner        DEFT. # 1    ATTY:  Richard Haley**
  X pres.       not pres.       X  cust.       bail       X  CJA       RET.             LAS

DEFT: **Tommy Constantine       DEFT. # 2    ATTY:  Robert LaRusso and Andrew Oliveras**
  X pres.       not pres.       cust.       X  bail       CJA       X  RET.       LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**            Deputy Clerk: Michele Savona

REPORTERS: Paul Lombardi and Maryann Steiger                    OTHER:
INT:   (LANG.-     )

  X     CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH
        COUNSEL.
  _     JURY SELECTION ADJ'D TO _____.
  _     JURY SELECTION HELD  (BEFORE _____).
  _     VOIR DIRE BEGINS.      ___JURY TRIAL SET FOR _____.
  _     JURORS SWORN AND TRIAL BEGINS._GOVT OPENS      _DEFT OPENS.
  X     JURY TRIAL HELD. _      JURY TRIAL RESUMES.
  X     WITNESSES SWORN
  X     JURY TRIAL CONT'D TO 6/15/15 at 9:30 a.m. _____.
  _      GOVT RESTS.    _ DEFT RESTS.
  _     GOVT SUMMATION.       _ DEFT SUMMATION.      _ GOVT REBUTTAL.
  _     JURY TRIAL ENDS.
  _     JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
  _     DELIBERATIONS RESUME.
  _     **GUILTY VERDICT** ON COUNTS _____.
  _     **NOT GUILTY VERDICT** ON COUNTS _____.
  _     JURORS POLLED AND EXCUSED.
  _     DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/
        INFORMATION.
  _     SENTENCING SET FOR_____.
  _     DEFT REMANDED.        _       DEFT CONT'D ON BAIL.

**OTHER:** _____