UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

    – against –

PHILLIP A. KENNER, et al.,

    Defendants.

------------------------------X

ORDER
13 CR 0607 (JFB)

JOSEPH F. BIANCO, District Judge:

    IT IS HEREBY ORDERED that the Warden or other official in charge of MDC Brooklyn shall permit Phillip Kenner (Register No. 07480-408) to possess and use the blank compact-discs provided today by his attorney, Richard Haley, Esq., for the duration of his trial. The facility may examine each disc to determine that they are all blank before providing them to Mr. Kenner.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    June 11, 2015
           Central Islip, New York