**CRIMINAL CAUSE FOR JURY TRIAL**

<u>BEFORE JUDGE BIANCO</u>      <u>June 15, 2015</u>      TIME:   9:30 am (6 HRS.)
<u>CR- 13-0607</u>

<u>DEFT</u>:  **Phillip Kenner**      **DEFT. # 1**     <u>ATTY</u>:  **Richard Haley**
  <u>X</u> pres.     <u>   </u> not pres.     <u>X</u>  cust.     <u>   </u> bail       <u>X</u>  CJA     <u>   </u> RET.     <u>   </u> LAS

<u>DEFT</u>: **Tommy Constantine**      **DEFT. # 2**     <u>ATTY</u>:  **Robert LaRusso and Andrew Oliveras**
  <u>X</u> pres.     <u>   </u> not pres.     <u>   </u> cust.     <u>X</u>  bail       <u>   </u> CJA     <u>X</u>  RET.     <u>   </u> LAS


**A.U.S.A.:**   <u>James Miskiewicz and Saritha Komatireddy</u>          Deputy Clerk: <u>Michele Savona</u>

<u>REPORTERS</u>: <u>Paul Lombardi and Maryann Steiger</u>          OTHER:
<u>INT</u>:  (LANG.-      )

- <u>X</u>  CASE CALLED. DEFT(S) <u>Phillip Kenner and Tommy Constantine</u> APPEAR WITH COUNSEL.
- __  JURY SELECTION ADJ'D TO _____.
- __  JURY SELECTION HELD  (BEFORE _____).
- __  VOIR DIRE BEGINS.     __ JURY TRIAL SET FOR _____.
- __  JURORS SWORN AND TRIAL BEGINS. __GOVT OPENS     __DEFT OPENS.
- <u>X</u>  JURY TRIAL HELD. __    JURY TRIAL RESUMES.
- <u>X</u>  WITNESSES SWORN
- <u>X</u>  JURY TRIAL CONT'D TO <u>6/16/15 at 9:30 a.m.</u>
- __   GOVT RESTS.         __ DEFT RESTS.
- __  GOVT SUMMATION.      __ DEFT SUMMATION.    __ GOVT REBUTTAL.
- __  JURY TRIAL ENDS.
- __  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __  DELIBERATIONS RESUME.
- __  **GUILTY VERDICT** ON COUNTS _____.
- __  **NOT GUILTY VERDICT** ON COUNTS _____.
- __  JURORS POLLED AND EXCUSED.
- __  DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/INFORMATION.
- __  SENTENCING SET FOR_____.
- __  DEFT REMANDED.      __    DEFT CONT'D ON BAIL.

**OTHER:** _____