**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO              June 16, 2015                    TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**       **DEFT. # 1**     ATTY:  Richard Haley
  X pres.      not pres.     X  cust.       bail        X  CJA         RET.         LAS

DEFT: **Tommy Constantine**      **DEFT. # 2**     ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.      not pres.      cust.       X  bail        CJA       X  RET.         LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**           Deputy Clerk: Michele Savona

REPORTERS: Paul Lombardi and Maryann Steiger               OTHER:
INT:  (LANG.-      )

 X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
      JURY SELECTION ADJ'D TO _____.
      JURY SELECTION HELD  (BEFORE _____).
      VOIR DIRE BEGINS.      ___JURY TRIAL SET FOR _____.
      JURORS SWORN AND TRIAL BEGINS.__GOVT OPENS       __DEFT OPENS.
 X    JURY TRIAL HELD.  __    JURY TRIAL RESUMES.
 X    WITNESSES SWORN
 X    JURY TRIAL CONT'D TO 6/17/15 at 10:30 a.m.                  .
 X     GOVT RESTS.       __ DEFT RESTS.
      GOVT SUMMATION.      __ DEFT SUMMATION.    __ GOVT REBUTTAL.
      JURY TRIAL ENDS.
      JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
      DELIBERATIONS RESUME.
      **GUILTY VERDICT** ON COUNTS _____.
      **NOT GUILTY VERDICT** ON COUNTS _____.
      JURORS POLLED AND EXCUSED.
      DEFENDANT ACQUITTED ON COUNTS ____OF THE INDICTMENT/ INFORMATION.
      SENTENCING SET FOR_____.
      DEFT REMANDED.         __   DEFT CONT'D ON BAIL.

**OTHER:**