**CRIMINAL CAUSE FOR  JURY TRIAL**
BEFORE JUDGE BIANCO          June 17, 2015                    TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner          DEFT.  # 1     ATTY:  Richard Haley**
  X pres.       not pres.      X  cust.      bail       X  CJA        RET.           LAS

DEFT: **Tommy Constantine      DEFT. # 2     ATTY:  Robert LaRusso and Andrew Oliveras**
  X pres.       not pres.       cust.       X  bail       CJA    X  RET.       LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**          Deputy Clerk: Michele Savona

REPORTERS: Paul Lombardi and Maryann Steiger                      OTHER:
INT:   (LANG.-        )

  X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH
         COUNSEL.
  __    JURY SELECTION ADJ'D TO _____.
  __    JURY SELECTION HELD  (BEFORE _____).
  __    VOIR DIRE BEGINS.         ___JURY TRIAL SET FOR _____.
  __    JURORS SWORN AND TRIAL BEGINS.__GOVT OPENS       __DEFT OPENS.
  X    JURY TRIAL HELD. __       JURY TRIAL RESUMES.
  X    WITNESSES SWORN
  X    JURY TRIAL CONT'D TO 6/18/15 at 9:30 a.m.                              .
  __     GOVT RESTS.        __ DEFT RESTS.
  __    GOVT SUMMATION.        __ DEFT SUMMATION.       __ GOVT REBUTTAL.
  __    JURY TRIAL ENDS.
  __    JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
  __    DELIBERATIONS RESUME.
  __    **GUILTY VERDICT** ON COUNTS _____.
  __    **NOT GUILTY VERDICT** ON COUNTS _____.
  __    JURORS POLLED AND EXCUSED.
  __    DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/
         INFORMATION.
  __    SENTENCING SET FOR_____.
  __    DEFT REMANDED.        __       DEFT CONT'D ON BAIL.


**OTHER:** _____