**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO       June 18, 2015         TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**     DEFT. # 1    ATTY:  Richard Haley
  X pres.     not pres.     X  cust.     bail       X  CJA       RET.        LAS

DEFT: **Tommy Constantine**    DEFT. # 2    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.     not pres.      cust.       X  bail       CJA     X  RET.       LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**          Deputy Clerk: Michele Savona

REPORTERS: Paul Lombardi and Maryann Steiger             OTHER:

INT:  (LANG.-      )

- X   CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- __   JURY SELECTION ADJ'D TO _____.
- __   JURY SELECTION HELD  (BEFORE _____).
- __   VOIR DIRE BEGINS.      ___JURY TRIAL SET FOR _____.
- __   JURORS SWORN AND TRIAL BEGINS. __ GOVT OPENS        __ DEFT OPENS.
- X   JURY TRIAL HELD.  __    JURY TRIAL RESUMES.
- X   WITNESSES SWORN
- X   JURY TRIAL CONT'D TO 6/22/15 at 9:30 a.m.
- __    GOVT RESTS.          __ DEFT RESTS.
- __   GOVT SUMMATION.        __ DEFT SUMMATION.      __ GOVT REBUTTAL.
- __   JURY TRIAL ENDS.
- __   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __   DELIBERATIONS RESUME.
- __   **GUILTY VERDICT** ON COUNTS _____.
- __   **NOT GUILTY VERDICT** ON COUNTS _____.
- __   JURORS POLLED AND EXCUSED.
- __   DEFENDANT ACQUITTED ON COUNTS _____ OF THE INDICTMENT/ INFORMATION.
- __   SENTENCING SET FOR _____.
- __   DEFT REMANDED.         __    DEFT CONT'D ON BAIL.

**OTHER:**