**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO        June 22, 2015          TIME: 9:30 am (6 HRS.)
CR- 13-0607

DEFT: **Phillip Kenner**   **DEFT. # 1**   ATTY: Richard Haley
  X pres.    not pres.    X cust.    bail    X CJA    RET.    LAS

DEFT: **Tommy Constantine**   **DEFT. # 2**   ATTY: Robert LaRusso and Andrew Oliveras
  X pres.    not pres.    cust.    X bail    CJA    X RET.    LAS


**A.U.S.A.: James Miskiewicz and Saritha Komatireddy**          Deputy Clerk: Michele Savona

REPORTERS: Paul Lombardi and Maryann Steiger          OTHER:
INT:  (LANG.-     )

- **X**   CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- __   JURY SELECTION ADJ'D TO _____.
- __   JURY SELECTION HELD (BEFORE _____).
- __   VOIR DIRE BEGINS.     ___JURY TRIAL SET FOR _____.
- __   JURORS SWORN AND TRIAL BEGINS. _GOVT OPENS     _DEFT OPENS.
- **X**   JURY TRIAL HELD.  _    JURY TRIAL RESUMES.
- **X**   WITNESSES SWORN
- **X**   JURY TRIAL CONT'D TO 6/23/15 at 9:30 a.m.
- __   GOVT RESTS.       _ DEFT RESTS.
- __   GOVT SUMMATION.     _ DEFT SUMMATION.    _ GOVT REBUTTAL.
- __   JURY TRIAL ENDS.
- __   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __   DELIBERATIONS RESUME.
- __   **GUILTY VERDICT** ON COUNTS _____.
- __   **NOT GUILTY VERDICT** ON COUNTS _____.
- __   JURORS POLLED AND EXCUSED.
- __   DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/INFORMATION.
- __   SENTENCING SET FOR _____.
- __   DEFT REMANDED.       _   DEFT CONT'D ON BAIL.

**OTHER:** _____