**CRIMINAL CAUSE FOR JURY TRIAL**
<u>BEFORE JUDGE BIANCO</u>       <u>June 23, 2015</u>       TIME:  <u>9:30 am (6 HRS.)</u>
<u>CR- 13-0607</u>

<u>DEFT</u>:  **Phillip Kenner**    **DEFT. # 1**    **ATTY:  <u>Richard Haley</u>**
  <u>X</u> pres.    <u>   </u> not pres.    <u>X</u>  cust.    <u>   </u> bail    <u>X  CJA</u>    <u>   </u> RET.    <u>   </u> LAS

<u>DEFT</u>:  **Tommy Constantine**    **DEFT. # 2**    **ATTY:  <u>Robert LaRusso and Andrew Oliveras</u>**
  <u>X</u> pres.    <u>   </u> not pres.    <u>   </u> cust.    <u>X</u>  bail    <u>   </u> CJA    <u>X  RET.</u>    <u>   </u> LAS


**A.U.S.A.:  <u>James Miskiewicz and Saritha Komatireddy</u>**       Deputy Clerk: <u>Michele Savona</u>

<u>REPORTERS: Paul Lombardi and Maryann Steiger</u>       OTHER:
INT:  (LANG.-     )

- <u>X</u>   CASE CALLED. DEFT(S) <u>Phillip Kenner and Tommy Constantine</u> APPEAR WITH COUNSEL.
- __   JURY SELECTION ADJ'D TO <u>                </u>.
- __   JURY SELECTION HELD  (BEFORE <u>            </u>).
- __   VOIR DIRE BEGINS.     __ JURY TRIAL SET FOR <u>     </u>.
- __   JURORS SWORN AND TRIAL BEGINS. __ GOVT OPENS    __ DEFT OPENS.
- <u>X</u>   JURY TRIAL HELD.  __   JURY TRIAL RESUMES.
- <u>X</u>   WITNESSES SWORN
- <u>X</u>   JURY TRIAL CONT'D TO <u>6/24/15 at 9:30 a.m.</u>               .
- __    GOVT RESTS.       __ DEFT RESTS.
- __   GOVT SUMMATION.      __ DEFT SUMMATION.     __ GOVT REBUTTAL.
- __   JURY TRIAL ENDS.
- __   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- __   DELIBERATIONS RESUME.
- __   **GUILTY VERDICT** ON COUNTS <u>            </u>.
- __   **NOT GUILTY VERDICT** ON COUNTS <u>         </u>.
- __   JURORS POLLED AND EXCUSED.
- __   DEFENDANT ACQUITTED ON COUNTS <u>   </u> OF THE INDICTMENT/ INFORMATION.
- __   SENTENCING SET FOR<u>              </u>.
- __   DEFT REMANDED.      __   DEFT CONT'D ON BAIL.

**OTHER:** <u>                                                         </u>