**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO          June 24, 2015                    TIME:   9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**      **DEFT. # 1**    ATTY:  Richard Haley
  X pres.      not pres.     X  cust.      bail       X  CJA        RET.          LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.      not pres.        cust.      X  bail       CJA       X  RET.         LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**          Deputy Clerk: Michele Savona

REPORTERS: Paul Lombardi and Maryann Steiger           OTHER:
INT:  (LANG.-      )

- X   CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- ___   JURY SELECTION ADJ'D TO _____.
- ___   JURY SELECTION HELD (BEFORE _____).
- ___   VOIR DIRE BEGINS.       ___ JURY TRIAL SET FOR _____.
- ___   JURORS SWORN AND TRIAL BEGINS. _GOVT OPENS       _DEFT OPENS.
- X   JURY TRIAL HELD.  _    JURY TRIAL RESUMES.
- X   WITNESSES SWORN
- X   JURY TRIAL CONT'D TO 6/25/15 at 9:30 a.m.                     .
- ___    GOVT RESTS.       _ DEFT RESTS.
- ___   GOVT SUMMATION.     _ DEFT SUMMATION.    _ GOVT REBUTTAL.
- ___   JURY TRIAL ENDS.
- ___   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- ___   DELIBERATIONS RESUME.
- ___   **GUILTY VERDICT** ON COUNTS _____.
- ___   **NOT GUILTY VERDICT** ON COUNTS _____.
- ___   JURORS POLLED AND EXCUSED.
- ___   DEFENDANT ACQUITTED ON COUNTS _____ OF THE INDICTMENT/ INFORMATION.
- ___   SENTENCING SET FOR _____.
- ___   DEFT REMANDED.      _    DEFT CONT'D ON BAIL.

**OTHER:** _____