**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO        June 25, 2015              TIME:  10:15 am (3.5 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**        **DEFT. # 1**    ATTY:  Richard Haley
  X pres.      not pres.      X  cust.      bail       X  CJA       RET.        LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.      not pres.        cust.      X  bail       CJA       X  RET.        LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**

REPORTERS: Paul Lombardi and Maryann Steiger                    OTHER:
INT:  (LANG.-      )

 X      CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
___     JURY SELECTION ADJ'D TO _____.
___     JURY SELECTION HELD  (BEFORE _____).
___     VOIR DIRE BEGINS.       ___ JURY TRIAL SET FOR _____.
___     JURORS SWORN AND TRIAL BEGINS. ___ GOVT OPENS       ___ DEFT OPENS.
 X      JURY TRIAL HELD.  ___   JURY TRIAL RESUMES.
 X      WITNESSES SWORN
 X      JURY TRIAL CONT'D TO 6/29/15 at 9:30 a.m. _____.
___      GOVT RESTS.        ___ DEFT RESTS.
___     GOVT SUMMATION.       ___ DEFT SUMMATION.      ___ GOVT REBUTTAL.
___     JURY TRIAL ENDS.
___     JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
___     DELIBERATIONS RESUME.
___     **GUILTY VERDICT** ON COUNTS _____.
___     **NOT GUILTY VERDICT** ON COUNTS _____.
___     JURORS POLLED AND EXCUSED.
___     DEFENDANT ACQUITTED ON COUNTS _____ OF THE INDICTMENT/ INFORMATION.
___     SENTENCING SET FOR_____.
___     DEFT REMANDED.         ___      DEFT CONT'D ON BAIL.

**OTHER:** _____