# EXHIBIT A

## June 28, 2010 Voicemail to Bob Rizzi
## Transcript

Bob, it's Tommy Constantine, it's Monday the 28th at 1 o'clock Arizona time.

I, uh, I left you a message and clearly, uh you're not willing to communicate with me or at least give me the opportunity to explain.

Uh, on that basis I would like to return your investment in full and I need your, uh wiring instructions or some form of communication from you as to how you want that money returned.

I uh don't' believe you're giving me a fair opportunity to explain whatever it is that anyone is alleging cause no one is really telling me anything, and so since I know I'm not going to have an opportunity to explain my side of the story I would rather just return your investment, and uh, I hope that speaks to my credibility umm since I'm not being given a fair shake.

Please respond with the, uh wiring instructions or an email to tommy, t-o-m-m-y @ eufora,  spelled e-u-f, as in fox, -o-r-a dot com and I will respond accordingly uh promptly.

Umm again I'm trying to return your investment and uh if you want to discuss that further I'm happy to,  but uh I just don't want you to think that I 'm doing anything to take advantage of you or do anything inappropriate so I would like to do that as soon as possible.

Thank you very much