**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO        June 29, 2015            TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**      **DEFT. # 1**     ATTY:  Richard Haley
  X pres.     not pres.    X  cust.     bail       X  CJA       RET.       LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.     not pres.      cust.     X  bail     CJA     X  RET.       LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**

REPORTERS: Paul Lombardi and Maryann Steiger         OTHER:
INT:  (LANG.-      )

-  X   CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
-  __   JURY SELECTION ADJ'D TO _____.
-  __   JURY SELECTION HELD  (BEFORE _____).
-  __   VOIR DIRE BEGINS.       ___JURY TRIAL SET FOR _____.
-  __   JURORS SWORN AND TRIAL BEGINS. __GOVT OPENS       __DEFT OPENS.
-  X   JURY TRIAL HELD.  __    JURY TRIAL RESUMES.
-  X   WITNESSES SWORN
-  X   JURY TRIAL CONT'D TO 6/30/15 at 9:30 a.m.                       .
-  __   GOVT RESTS.        __ DEFT RESTS.
-  __   GOVT SUMMATION.       __ DEFT SUMMATION.      __ GOVT REBUTTAL.
-  __   JURY TRIAL ENDS.
-  __   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
-  __   DELIBERATIONS RESUME.
-  __   **GUILTY VERDICT** ON COUNTS _____.
-  __   **NOT GUILTY VERDICT** ON COUNTS _____.
-  __   JURORS POLLED AND EXCUSED.
-  __   DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/INFORMATION.
-  __   SENTENCING SET FOR_____.
-  __   DEFT REMANDED.         __    DEFT CONT'D ON BAIL.

**OTHER:** _____