```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA
                                        VERDICT SHEET
     - against -                        13 CR 607 (S-2)(JFB)

PHILLIP A. KENNER, and
TOMMY C. CONSTANTINE

          Defendant.

- - - - - - - - - - - - - - - - - X
```

## AS TO COUNT ONE
### (Conspiracy to Commit Wire Fraud)

On the charge of conspiracy to commit wire fraud in Count One, how do you find the defendant PHILLIP A. KENNER?

Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_

On the charge of conspiracy to commit wire fraud in Count One, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_

## AS TO COUNT TWO
### (Wire Fraud - February 12, 2009)

On the charge of wire fraud in Count Two, how do you find the defendant PHILLIP A. KENNER?

Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_

On the charge of wire fraud in Count Two, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____     Guilty _____

### AS TO COUNT THREE
(Wire Fraud – February 26, 2009)

On the charge of wire fraud in Count Three, how do you find the defendant PHILLIP A. KENNER?

Not Guilty _____     Guilty _____

On the charge of wire fraud in Count Three, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____     Guilty _____

### AS TO COUNT FOUR
(Wire Fraud - May 22, 2009)

On the charge of wire fraud in Count Four, how do you find the defendant PHILLIP A. KENNER?

Not Guilty _____     Guilty _____

On the charge of wire fraud in Count Four, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____     Guilty _____

### AS TO COUNT FIVE
(Wire Fraud - December 7, 2009)

On the charge of wire fraud in Count Five, how do you

find the defendant PHILLIP A. KENNER?

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_


On the charge of wire fraud in Count Five, how do you find the defendant TOMMY C. CONSTANTINE?

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_


### AS TO COUNT SIX
(Wire Fraud - December 7, 2009)

On the charge of wire fraud in Count Six, how do you find the defendant PHILLIP A. KENNER?

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_


On the charge of wire fraud in Count Six, how do you find the defendant TOMMY C. CONSTANTINE?

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_


### AS TO COUNT SEVEN
(Wire Fraud - November 20, 2008)

On the charge of wire fraud in Count Seven, how do you find the defendant PHILLIP A. KENNER?

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_


### AS TO COUNT EIGHT
(Wire Fraud - December 31, 2008)

On the charge of wire fraud in Count Eight, how do you

find the defendant PHILLIP A. KENNER?

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_

## AS TO COUNT NINE
(Money Laundering Conspiracy)

On the charge of conspiracy to commit money laundering in Count Nine, how do you find the defendant PHILLIP A. KENNER?

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_

On the charge of conspiracy to commit money laundering in Count Nine, how do you find the defendant TOMMY C. CONSTANTINE?

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_

Dated:   Central Islip, New York
           July\_\_\_, 2015

                                       _____
                                           Jury Foreperson