**CRIMINAL CAUSE FOR JURY TRIAL**
<u>BEFORE JUDGE BIANCO</u>          <u>June 30, 2015</u>           TIME:  9:30 am (6 HRS.)
<u>CR- 13-0607</u>

<u>DEFT</u>:  **Phillip Kenner**     **DEFT. # 1**    <u>ATTY</u>:  **Richard Haley**
 _X_ pres.     ___ not pres.    _X_ cust.     ___ bail      _X_ CJA      ___ RET.       ___ LAS

<u>DEFT</u>: **Tommy Constantine**     **DEFT. # 2**    <u>ATTY</u>:  **Robert LaRusso and Andrew Oliveras**
 _X_ pres.     ___ not pres.    ___ cust.     _X_ bail      ___ CJA    _X_ RET.        ___ LAS


**A.U.S.A.:  James Miskiewicz and Saritha Komatireddy**

<u>REPORTERS</u>: Dominick Tursi, Owen Wicker, and Ellen Combs     OTHER:
INT:  (LANG.-        )

- _X_  CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- ___  JURY SELECTION ADJ'D TO _____.
- ___  JURY SELECTION HELD  (BEFORE _____).
- ___  VOIR DIRE BEGINS.      ___ JURY TRIAL SET FOR _____.
- ___  JURORS SWORN AND TRIAL BEGINS. ___GOVT OPENS      ___DEFT OPENS.
- _X_  JURY TRIAL HELD.  ___  JURY TRIAL RESUMES.
- _X_  WITNESSES SWORN
- _X_  JURY TRIAL CONT'D TO 7/1/15 at 9:30 a.m.           .
- ___  GOVT RESTS.       ___ DEFT RESTS.
- ___  GOVT SUMMATION.      ___ DEFT SUMMATION.      ___ GOVT REBUTTAL.
- ___  JURY TRIAL ENDS.
- ___  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- ___  DELIBERATIONS RESUME.
- ___  **GUILTY VERDICT** ON COUNTS _____.
- ___  **NOT GUILTY VERDICT** ON COUNTS _____.
- ___  JURORS POLLED AND EXCUSED.
- ___  DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/ INFORMATION.
- ___  SENTENCING SET FOR _____.
- ___  DEFT REMANDED.       ___  DEFT CONT'D ON BAIL.

**OTHER:** _____