**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO	July 1, 2015	TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**	**DEFT. # 1**	ATTY:  Richard Haley
  X pres.	    not pres.	  X  cust.	    bail	  X  CJA	  RET.	  LAS

DEFT: **Tommy Constantine**	**DEFT. # 2**	ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.	    not pres.	    cust.	  X  bail	  CJA	  X  RET.	  LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**

REPORTERS: Dominick Tursi, Owen Wicker, and Ellen Combs	OTHER:
INT:  (LANG.-	)

- [X]  CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- [ ]  JURY SELECTION ADJ'D TO _____.
- [ ]  JURY SELECTION HELD  (BEFORE _____).
- [ ]  VOIR DIRE BEGINS.    ___JURY TRIAL SET FOR _____.
- [ ]  JURORS SWORN AND TRIAL BEGINS.__GOVT OPENS  __DEFT OPENS.
- [X]  JURY TRIAL HELD. _  JURY TRIAL RESUMES.
- [X]  WITNESSES SWORN
- [X]  JURY TRIAL CONT'D TO 7/2/15 at 9:30 a.m. _____.
- [ ]  GOVT RESTS.   [X]  DEFT RESTS.
- [X]  CHARGED CONFERENCE.
- [ ]  GOVT SUMMATION.    _ DEFT SUMMATION.    _ GOVT REBUTTAL.
- [ ]  JURY TRIAL ENDS.
- [ ]  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- [ ]  DELIBERATIONS RESUME.
- [ ]  **GUILTY VERDICT** ON COUNTS _____.
- [ ]  **NOT GUILTY VERDICT** ON COUNTS _____.
- [ ]  JURORS POLLED AND EXCUSED.
- [ ]  DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/INFORMATION.
- [ ]  SENTENCING SET FOR _____.
- [ ]  DEFT REMANDED.    _   DEFT CONT'D ON BAIL.

**OTHER:** _____