1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA
                                        13-CR-607 (JFB)


        -against-              :
                                   United States Courthouse
                                   Central Islip, New York

PHILLIP A. KENNER,
a/k/a "Philip Kenner"
        and
TOMMY C. CONSTANTINE,           TRANSCRIPT OF MOTIONS/
a/k/a "Tommy C. Hormovitis,     JURY SELECTION

                                   April 2j7,2015
        Defendants.        :       9:30 a.m.
- - - - - - - - - - - - - - X
             BEFORE THE HONORABLE JOSEPH F. BIANCO
                UNITED STATES DISTRICT JUDGE

APPEARANCES:
For the Government:          LORETTA E. LYNCH
                             United States Attorney
                             100 Federal Plaza
                             Central Islip, New York 11722
                             BY:  JAMES M. MISKIEWICZ
                                  SARITHA KOMATIREDDY
                             Assistant United States Attorneys


For the Defendant:          BY:  RICHARD HALEY, ESQ.
Kenner:                      1601 Veterans Highway Ste. 425
                             Islandia, New York 11749


For the Defendant
Constantine:                 BY:  ROBERT LARUSSO, ESQ.
                                  ANDREW OLIVERAS, ESQ.
                             300 Old Country Road
                             Mineola, New York 11572


Court Reporter:             Perry Auerbach
                             100 Federal Plaza
                             Central Islip, New York 11722
                             (631) 712-6103

             Proceedings recorded by mechanical stenography.
                 Transcript produced by computer.

2

1  THE CLERK:  Calling 13-CR-607, United States v.
2  Kenner, counsel please state your appearances for the
3  record.
4  MR. MISKIEWICZ:  James Miskiewicz for The United
5  States.
6  MS. KOMATIREDDY:  Saritha Komatireddy for the
7  United States.
8  MR. HALEY:  Richard Haley for the defendant,
9  good morning, your Honor.
10  THE COURT:  Good morning.
11  MR. LA RUSSO:  Robert La Russo for
12  Mr. Constantine who's present in court, and Andrew
13  Oliveras.
14  THE COURT:  Good morning.  We have potential
15  jurors downstairs.  Obviously before that I did receive
16  the various submissions over the weekend and also the
17  grand jury did return a Superseding Indictment.  However,
18  Mr. Haley wants a little bit of time which that.  I'll
19  give you time after this conference.  What's the
20  difference with between, just in general, between this
21  superseder and the prior one.
22  MS. KOMATIREDDY:  Judge, the superseder only
23  corrects a few small typos between the previous
24  indictment.  We're happy to point that out to counsel
25  during the break.

3

1  THE COURT:  All right.  So I just wanted to go
2  through the various issues that I think we have to
3  discuss, and then obviously some additional issues that I
4  think you have.
5  First I want to place the Court's ruling on the
6  record with respect to Mr. La Russo's motion for severance
7  and I'm going to put a more detailed ruling on the record
8  either in writing or orally but I don't want to spend that
9  time with the jurors waiting.
10  In short, the motion for severance is denied.
11  It continues to be based upon, the government points out
12  in its response letter, some pieces of evidence that's
13  entirely clear or will be introduced at the trial
14  including the Home Depot case.  This issue regarding
15  obstruction of justice recently brought to the Court's
16  attention and the e-mail which, I think the government is
17  correct appears to be hearsay to me, so part of the
18  argument is very speculative on the piece of evidence that
19  it's not clear to the Court even if it came into order and
20  if they did, the Court is certainly going to be certain
21  that it's done in a way consistent with Mr. Constantine's
22  confrontation clause rights and other rights.  So I don't
23  believe any of those pieces of evidence are a basis for
24  severance.
25  With respect to the overall theory of severance,

4

1  and again this is essentially consistent with the first
2  motion for severance, is that to some extent there is
3  going to be finger pointing between Mr. Kenner and
4  Mr. Constantine regarding various aspects of the alleged
5  fraud.  The case law is very clear that finger pointing
6  between the defendants is not a sufficient basis for
7  severance, and I don't believe it's a sufficient basis for
8  severance in my discretion in this case.  Based upon what
9  I read the jury could believe both Mr. Kenner and
10  Mr. Constantine with respect to various aspects of the
11  fraud.  It seems like they're pointing the finger at each
12  other on different parts of the fraud which are not
13  necessarily inconsistent.
14  So the jury could believe both of them.  Neither
15  of them, or one or the other.  And in fact as we talked
16  about previously, there are third parties that the
17  defendants arguing are more responsible for the
18  misrepresentations or diversions such as Mr. Jowdy, so
19  this is not a situation where the jury if they believe one
20  defendant would automatically have to believe or
21  disbelieve the other defendant.  I don't believe there's a
22  sufficient basis for severance.  So that motion is denied.
23  Mr. La Russo also brought the Court's attention to another
24  Daily News article that appeared yesterday regarding the
25  case, and requests potentially a postponement of the trial

5

1  and/or moving the trial to Brooklyn, which I'm not sure
2  that I understand.
3  MR. LA RUSSO:  Judge, I guess it was kind of a
4  rushed motion and I apologize.  There are a lot of things
5  going on.  I wanted to bring to the Court's attention what
6  I thought was significant issues.  It really relates to
7  one of the government's witnesses, John Kaiser.  He was a
8  Suffolk County police officer.  The portion of the article
9  we submitted to the court, where he accuses my client and
10  Mr. Kenner as committing these crimes he's referred to as
11  budding police officers.
12  I've been doing this for a long period of time,
13  Judge.  The relationships of police officers to the
14  community is quite large and extensive and I'm very
15  concerned that with his affiliation of the agencies in the
16  two counties where predominantly the jurors are going to
17  be drawing from, we may have that kind of tainted pool.
18  My suggestion is if there arises during the jury selection
19  in the Court's mind that it may be a problem, it could be
20  eliminated by referring the matter to Brooklyn.  Where
21  there's a pool of people outside the two counties.  Where
22  these two particular individuals I mean Kaiser and his
23  associates and his buddies would have some sway or some
24  influence over the jurors.  With regard to publicity, I'm
25  not talk about the tampering.  That's not my argument at

6

1  all.  That was the purpose of bringing it out.

2       Judge, may I just make one other argument with

3  regard to this particular newspaper article that came out.

4       THE COURT:  Sure.

5       MR. LA RUSSO:  I know the Court has reviewed all

6  the material and actually reviewed the article.  I don't

7  know if the Court saw the newspaper itself.

8       THE COURT:  No.

9       MR. LA RUSSO:  Very interesting.  I don't know

10 if the government has had a chance to see it.  May I

11 approach?

12      THE COURT:  Yes.

13      MR. LA RUSSO:  What I provided to the Court is

14 an internet copy, and I don't believe you really get the

15 sense --

16      THE COURT:  I got the sense it was a long

17 article.

18      MR. LA RUSSO:  No.  I think it's the same

19 article.

20      THE COURT:  No.  I got the sense it was a

21 substantial article just from the internet version.  I

22 didn't see any photos.

23      MR. LA RUSSO:  When you look at the actual

24 article that appears in the newspaper it's four pages, at

25 the end of the newspaper, you know what was very telling,

7

1  Judge, when I first saw it -- I'm always going to the back

2  of the newspaper first for the sports and I work my way

3  back to the national and state news.

4       When I saw it, my immediate reaction was why was

5  this done, is somebody behind this particular effort at

6  the eleventh hour before the selection of the jury, and

7  I'll be honest with the Court we have some evidence that

8  there were untoward relationships between Mr. Jowdy and

9  his attorney Mr. Hardy, and the newspapers.  We actually

10 have an e-mail back many years ago where they're talking

11 about an article that was written by these reporters, and

12 I said oh, my God, are they doing this again to try to

13 tamper with the jury pool.  I'll be candid the Court, I

14 pushed that aside, I said look, that's not for the Court.

15 I don't have evidence to say this is the one.  We do know

16 in this article they actually put a disclaimer on the

17 bottom where is says New York attorney Tom Hardy whose

18 legal analyst analysis appears in the Daily News at one

19 time represented Kenneth Jowdy and was co-counsel to Louis

20 Free, the former FBI director.  Hardy is no longer

21 involved in the case.  It's very unusual to see a

22 disclaimer.  But it shows they were aware of the

23 possibility that we would be raising this particular

24 issue.

25      Long and the short of it, Judge, I understand

8

1  that the Court in its discretion can wait to make a final

2  determination on whether or not this particular jury pool

3  may have been tainted by this particular article.  I just

4  want to let the Court know, by providing you with that

5  newspaper clipping, the significance of this article in

6  terms of people reading it.

7       You don't get the sense when you look at the

8  internet writing the words itself.  And that was the

9  reason for submitting that to the Court.

10      THE COURT:  Okay.  I understand the significance

11 of the article, but I think the best way to deal with this

12 issue in terms of the article is if you have a question in

13 your proposed voir dire which I don't like the wording of

14 it, asks them to define the accuracy of the Daily News and

15 I don't think that's the best way to handle it.  I think

16 anybody who read the article should not be on the jury.

17 I'll ask do any of you read the Daily News and any

18 articles in the Daily News regarding this case.  I think

19 we're still going to have sufficient jurors, maybe a

20 number of hands will go up, I don't think we're going to

21 lose so many jurors on that line of questioning.  That's

22 how I'll handle it given the nature the article, anyone

23 who read this article I don't think should be on the jury.

24 Okay.

25      MR. LA RUSSO:  You know, Judge, I was trying to

9

1  think of a way to best handle it.  Obviously I made my

2  application to the Court because my concern, and I know

3  the Court has probably had an experience like this before,

4  where some jurors won't and I know that's happened, I

5  don't anticipate that happening, not only that, some

6  jurors will go home and be apprised of it by their family

7  members.  I've had that happen and I've also had other

8  jurors who were friends and relatives in this particular

9  case with the influence of Mr. Kaiser in this community it

10 may still get to the jurors.  I may be overly cautious,

11 Judge, because of my experience may have tempered my

12 testimony my presentation to the Court.  I'm really

13 concerned.  And that's why I made this application.  It

14 wasn't just done just to hear myself talk.  It was a

15 concern that we may have a problem with this jury pool.

16 There are ways to avoid this problem, one would be a

17 continuance to let the article die down.  The other would

18 be to get out of the jurisdiction and go to Brooklyn.

19      THE COURT:  First of all, we're not going to

20 Brooklyn.  First is that they draw the jury pool from the

21 whole district.  We're going to have people here Brooklyn

22 and Queens and Nassau and Suffolk, and it's the same jury

23 pool, there's no distinction here.  Maybe some people

24 don't show up out here so we might have a slightly

25 different pool than that, but I don't believe -- in fact

10

1  Mr. Kaiser has an association in Suffolk County, Suffolk
2  County police is a sufficient basis to move the case to
3  Brooklyn or any other, other than if you want, obviously
4  we have questions about law enforcement in the voir dire,
5  if you want me to say something about Mr. Kaiser and
6  something about a witness will have an association with
7  Suffolk County police will that affect your ability I'll
8  add that question.
9        MR. LA RUSSO:  No.
10       THE COURT:  But in terms of the jury pool, I
11 don't believe there's any basis to move the case to
12 Brooklyn.  The News article, again, people who are in
13 Brooklyn may have read the article, if anything we'll get
14 more New York jurors rather than Long Island jurors.
15       MR. LA RUSSO:  Judge, the pool is from five
16 counties, that was changed many years ago, but what the
17 end result is when the jury is finally selected, you see
18 that a lot of the people from Staten Island and Brooklyn
19 sometimes don't show.  They ask for hardship excuses, and
20 in the end when the jury is finally chosen you have a
21 majority of them coming from Suffolk and Nassau County.
22 Does that happen in all cases?  The majority of them do.
23 That's my concern.
24       I guess what I'm asking the Court is if you
25 would keep that argument aware and if it does show that's

11

1  what's happening when we're picking the jury maybe you can
2  reconsider our suggestion, that's all.
3        THE COURT:  You can renew it at any time.  You
4  said you don't want me to ask a particular question about
5  Mr. Kaiser?  You do or you don't?
6        MR. LA RUSSO:  I prefer not to mention the name.
7        MR. HALEY:  I'll wait until he's finished.
8        THE COURT:  Do you agree with that.
9        MR. HALEY:  Your Honor, if I may?  Simply
10 mentioning the government, the names of the government's
11 witnesses would be sufficient.  I don't want the Kaiser
12 focus.
13       THE COURT:  So you agree.
14       MR. HALEY:  Yes.
15       THE COURT:  So let go through, this was prepared
16 obviously before I got Mr. La Russo's proposed questions
17 and some of them are edited, some of them I just don't
18 like.  The ones that I was going to add I don't know
19 anything about hockey, I'm not a hockey fan.  So you have
20 the jurors in the box, I will ask are you a hockey fan and
21 let them elaborate on that.
22       Again, I assume you want me to ask about
23 particular players, I could read the list of players if
24 you want me to.
25       MR. LA RUSSO:  I don't believe that's necessary.

12

1        THE COURT:  The names will be the witnesses, but
2  the Playboy question I'm willing to ask that, given there
3  may be some evidence of that here.  I wasn't going to use
4  the -- I saw the Playboy enterprise -- during the list of
5  entities and names because I think it's a meaningless
6  question.  A lot of people have heard of that, so I'm
7  going to substitute that question at some point for that
8  entry.  And the banks, I had several questions about the
9  banks, I wasn't going to mention the names, people have
10 heard of Citibank.  It only has significance I think as it
11 relates to other banks.  Then I'm going to ask do you read
12 the Daily News, have any of you read any articles in the
13 Daily News about this case?  Or any other newspaper, okay.
14       MR. LA RUSSO:  Thank you, your Honor.
15       THE COURT:  Just again sticking with the voir
16 dire on the alias question I'm going to reserve on that.
17 In terms of the jury selection I don't think it's critical
18 to resolve that.  What I'm going to do is on the list of
19 names I'm going to move the Tommy Hormovitis.
20       THE DEFENDANT:  May speak?
21       MR. LA RUSSO:  No.  One second.
22 DEFENDANT CONSTANTINE:  No.
23       THE COURT:  How if you pronounce it?
24 DEFENDANT CONSTANTINE:  Hormovitis.
25       THE COURT:  I'm not going to add it right after

13

1  his name, but I'll put it as entry 67 or something like
2  that, they'll hear the name Tommy Hormovitis so they
3  wouldn't associate that name with him.
4        I put the estimate of trial for six weeks, I
5  don't know if -- with every week I lose jurors.  So I want
6  to be as precise as I can on that.  Does that sound about
7  right.
8        MR. MISKIEWICZ:  It could be shorter, yes, just
9  to be conservative, five weeks.  We have been estimating
10 four to five weeks.
11       THE COURT:  You want me to estimate five weeks?
12       MR. MISKIEWICZ:  I still believe that that's
13 accurate.
14       THE COURT:  Does the defense believe that's
15 accurate?
16       MR. LA RUSSO:  I do, Judge, I'm anticipating
17 calling a number of witnesses, on Mr. Constantine's
18 behalf.  Four to five weeks.
19       THE COURT:  I may say five weeks just to make
20 it.  Mr. Haley?
21       MR. HALEY:  Your Honor, I was to reserve comment
22 until I had an opportunity to address the Court and I
23 would make my application at that point in time.  The
24 indictment frames the issues that will be decided by the
25 jury.  The indictment alleges various, they characterize,

14

1  schemes fraud, the land investment, GSF, Wide Land
2  Development, Eufora and Led Better, and then of course
3  judge the counts.  The body of information that's been
4  provided through Rule 16 discovery on those alleged
5  schemes in and of themselves I would agree would probably
6  take four to five weeks in terms of the government's
7  presentation as well as the defendant's presentation.
8          We have not received any 404(b) materials.
9  There are references, there's been musings about other
10  real estate investments, most F R A I L E S, Atrmosa
11  Beach, A-T-R-M-O-S-A, Paradise Valley the Palms in Las
12  Vegas, Diamonte Del Mar, I can perhaps continue, Judge,
13  four or five examples.
14          THE COURT:  Mr. Haley, I just want to know if
15  you agree with the estimate of five weeks, yes or no?
16          MR. HALEY:  If we're going to matters beyond
17  the four corners of that indictment, it will be longer
18  than five weeks.
19          THE COURT:  Okay.  Does the government
20  anticipate that these other entities or investments are
21  going to be the subject of evidence adduced.
22          MR. MISKIEWICZ:  We're not offering any evidence
23  of other real estate deals in any 404(b) context.  Some of
24  the testimony Mr. Kaiser will have I could imagine that
25  the defense will attempt to elicit material about other

15

1  deals he did with Mr. Kenner, he was in the renovation
2  business.
3          So we're not offering any of that to, as 404(b)
4  evidence.  We're just saying yes there were other
5  buildings and other things that he did that have anything
6  do, we did not allege to be part of the fraud.
7          THE COURT:  All right.  I'll rule on it then.
8          MR. HALEY:  Thank you, your Honor, that helps
9  the defense tremendously, thank you.
10          THE COURT:  I want to you to discuss with your
11  clients, during jury selection there are a bunch of
12  sidebars regarding hardships.  I do the hardships at
13  sidebar.  I want to make sure they waive their appearance
14  during the sidebars.  Can you discuss that with them.
15          MR. HALEY:  Yes.
16          MR. LA RUSSO:  I have spoken to Mr. Kaiser.  He
17  agrees with the procedure.  He will not be coming to
18  sidebar.  Just so the Court is aware, Mr. Oliveras will be
19  handling a few of the witnesses.
20          THE COURT:  That's fine.
21          MR. HALEY:  Your Honor, as well as my client has
22  authorized me to attend the sidebars as his attorney
23  outside the presence of him.
24          THE COURT:  Let me confirm that from them,
25  Mr. Constantine and Mr. Kenner, you have a right to be at

16

1  the sidebars if you wish.  The lawyers have indicated that
2  you are giving up that right.  Mr. Constantine; is that
3  correct?
4          DEFENDANT CONSTANTINE:  Yes.
5          THE COURT:  Mr. Kenner?
6          DEFENDANT KENNER:  Yes.
7          THE COURT:  If you want to be at any sidebar
8  just let me know.  Do you understand?
9          DEFENDANT CONSTANTINE:  Yes.
10          DEFENDANT KENNER:  Yes.
11          THE COURT:  I want to stay focused, because we
12  do have 200 people waiting downstairs so I just want to
13  do -- other than the arraignment, which I'll give you a
14  few minutes to discuss with your clients, is there
15  anything else that we need to address prior to starting
16  the jury selection?
17          MR. HALEY:  Your Honor, there are other matters
18  I suggest.  I agree with the Court wholeheartedly, with
19  the manner of jury selection.  With the computer and other
20  matters, if we can address this if not today, even
21  tomorrow morning, we still have a week before we commence
22  trial.
23          THE COURT:  All right.
24          MR. LA RUSSO:  Your Honor, one other reference,
25  I hope I'll make it short.  We are going to be performing

17

1  forensic analyses on several of the documents that the
2  government alluded to the consulting agreements, as well
3  as making an effort to examine the tape for any tampering
4  or editing that may have been done.  We have already been
5  in touch with the expert regarding the tape.  We have made
6  contact, hopefully today, I hope, with the handwriting
7  expert.  I believe that we can get it done before we open
8  to the jury in a week.  I would ask if you consider
9  another week's delay.  I would like to know the results of
10  the analysis before open up to the jury about what the
11  evidence is going to show.
12          The other -- you've had this case for many
13  months but only recently has the government as they
14  represented to the Court started to give us some specific
15  information relative to the charges, and I appreciate
16  their efforts to kind of factually give us the direction
17  we're heading.  If the Court doesn't feel it's too
18  burdensome to the jury to begin the openings in two weeks
19  rather than one, I would make that request.
20          THE COURT:  I'm going to deny that request.  You
21  certainly have that tape for a long time.  The government
22  is not anticipating using that.  I don't understand why
23  you need it analyzed.  But it's not in your opening.  If
24  you want to get it done between now and the opening of
25  trial, I'm happy to have you do that.  But we'll lose more

18

1  jurors then we'll get into -- then we'll get into the
2  summer and June, and potentially and that's going to be a
3  big problem.  I'm going to deny that request.
4       But you'll have the Court's assistance in trying
5  to expedite anything that you have to do to investigate
6  from that standpoint.  I did see the investigator's
7  statement, that's sort of like an opening statement.
8       I'll wait until you tell me the defendants are
9  ready to be arraigned on the superseder.
10      MR. HALEY:  Your Honor, as relates to the voir
11 dire, the government did submit proposed voir dire
12 questions.  It's probably one of the only times, I said to
13 Mr. Miskiewicz earlier, where we might reach agreement on
14 something in connection with this case.  I have no
15 objection to the proposed voir dire submitted by the
16 government.  Indeed the reason that I did not submit --
17      THE COURT:  I actually forgot, you have the
18 proposed questions?
19      MR. HALEY:  I haven't had a chance to look at
20 it.
21      THE COURT:  It incorporates our standard
22 questions and the government's questions.  I'll be using
23 that in addition to Mr. -- the new questions that I said
24 that I would add for Mr. La Russo.
25      MR. MISKIEWICZ:  Your Honor, I have a personal

19

1  matter which I would like to bring to the Court's
2  attention at sidebar.  We can put it on the record.
3       THE COURT:  Sure.
4       (Continued on next page.)

20

1       (Whereupon, the following occurred at sidebar.)
2       MR. MISKIEWICZ:  Your Honor, my kids and my wife
3  have been battling a bug, and I got it last night.  It's
4  pretty nasty.  So if I were to stand up and leave the
5  courtroom, Ms. Komatiriddy is prepared to go forward with
6  the voir dire.  I just wanted the Court to know I don't
7  mean any disrespect to the Court.
8       THE COURT:  That's fine.  I wanted to let you
9  know, after you've made -- it's Monday, I can't sit in the
10 afternoon on May 11th.
11      (Continued on next page.)

21

1       (Whereupon, the following occurred in open
2  court.)
3       (Recess taken at this point.)
4       MR. LA RUSSO:  Your Honor, can I ask just an
5  outline how you go about -- I have had a trial with you
6  before, would you mind telling us how you proceed?
7       THE COURT:  Sure.  Let's deal with the first,
8  the arraignment, is your client prepared to be arraigned?
9       MR. LA RUSSO:  Yes.
10      THE COURT:  Mr. Haley?
11      MR. HALEY:  Yes, sir.
12      THE COURT:  Mr. Kenner, have you received a copy
13 of the Superseding Indictment (s)(2)?
14      DEFENDANT KENNER:  Yes, your Honor.
15      THE COURT:  Have you had sufficient time to
16 discuss it with your attorney?
17      DEFENDANT KENNER:  Yes, your Honor.
18      THE COURT:  Do you waive the public reading of
19 the entire indictment?
20      DEFENDANT KENNER:  Yes, your Honor.
21      THE COURT:  How do you plead?
22      DEFENDANT KENNER:  Not guilty.
23      THE COURT:  A not guilty plea will be entered on
24 you behalf.
25      Mr. Constantine, did you receive a copy of the

22

1   indictment?

2          DEFENDANT CONSTANTINE:  Yes, your Honor.

3          THE COURT:  Have you had sufficient time to

4   discuss it with your attorney.

5          DEFENDANT CONSTANTINE:  Yes, your Honor.

6          THE COURT:  Do you waive the public reading of

7   the indictment?

8          DEFENDANT CONSTANTINE:  I do, your Honor.

9          THE COURT:  How do you plead?

10          DEFENDANT CONSTANTINE:  Not guilty.

11          THE COURT:  A not guilty plea is entered.

12          Before I discuss the procedure, I just want to

13   make sure no one has any objections to my script.  There's

14   two corrections to the script; is that correct?

15          MR. MISKIEWICZ:  Yes.

16          MS. KOMATIREDDY:  Yes, your Honor, we had one

17   minor correction.

18          THE COURT:  Can you put it on the record.

19          MS. KOMATIREDDY:  Yes, your Honor.  On page five

20   included from the S1, the Global defendant funds, that's

21   been corrected to be the Global Pearlman Funds.

22          THE COURT:  And then you want me to introduce

23   the agents who are here?

24          MS. KOMATIREDDY:  Yes, your Honor.  Special

25   Agent Matt Galioto and Special Agent Josh Wayne.

23

1          THE COURT:  Does the defense have any objections

2   to the Court's script for jury selection?

3          MR. HALEY:  No, your Honor.

4          MR. LA RUSSO:  No, your Honor.

5          THE COURT:  I am going to say a little bit more

6   about the importance of jury selection.  I'll give a

7   longer speech about that, we'll do that as well.  In terms

8   of the procedure.  As you can see from the script, I'll

9   give them the summary of the case, and the first thing

10   that I going to do before I ask any other questions then

11   is hardships.  That's going to take a big portion of the

12   courtroom out.  I'll do hardships, introduce the counsel

13   and then once I get through the preliminary questions,

14   we'll put the jurors in the box.  There's some chairs in

15   the front to equal 40, and I use the struck method which

16   means that you'll see all the jurors who will potentially

17   be on the jury in the box.  So I'll continue asking

18   questions.  If one gets excused for cause we'll keep going

19   until we get through all the questions and we have 40

20   jurors for whom there are no challenges for cause.  And

21   then once we complete that process.

22          There's 10 strikes for the defense, six strikes

23   for the government.  So on the first 28 jurors you'll be

24   exercising those challenges for the first 28 jurors and

25   I'll get the 12 and then we'll have six alternates for

24

1   which get three strikes each.  So the alternates will come

2   from jurors 29 through 40.  If someone doesn't use one of

3   their challenges we start eliminating jurors from the back

4   end.  It's the simplest way that I can explain it.  So

5   ready for the general panel?

6          MR. LA RUSSO:  Judge, would you consider two

7   extra peremptory challenges?

8          THE COURT:  You said two?  One each I'll give

9   you.

10          MR. HALEY:  Your Honor, that would be a joint

11   application.

12          MR. LA RUSSO:  We're going to be exercising

13   jointly not severally.

14          THE COURT:  That's fine.  I'll give you 12.

15   Government gets six, you'll get 12.  So we'll have six

16   rounds.  The government exercises one in each round, they

17   go first and you'll have two in each round.  So we'll

18   select 42 jurors and then the numbers will be just jurors

19   one through 30 will be on the first 12.

20          MR. HALEY:  Your Honor, in that process the

21   foreperson of the jury would be left to right?

22          THE COURT:  The first chair on that ground

23   closest to me will be juror number one, we'll go left to

24   right.

25          MR. HALEY:  Thank you.

25

1          THE COURT:  All right.

2          Let's get the panel.

3          MR. LA RUSSO:  Yes, your Honor.

4          (At this point a panel of prospective jurors was

5   called for the commencement of the jury selection.

6          (Continued on next page.)

26

1    (Jury selection commenced at 11:05 a.m.)
2    (Whereupon the jurors enter the courtroom.)
3    THE COURT:  United States versus Philip Kenner and
4  Tommy Constantine, 13-CR-607.
5    Is the government ready?
6    MS. KOMATIREDDY:  We are.
7    THE COURT:  Is the defense ready?
8    MR. HALEY:  Yes, Your Honor.
9    MR. LaRUSSO:  Yes, Your Honor.
10    THE COURT:  Good morning, ladies and gentlemen.  I
11  want to welcome you to the United States District Court for
12  the Eastern District of New York.  My name is Judge Joseph
13  Bianco and I will be presiding over the trial that is about to
14  begin.
15    We are here this morning to select a jury in a
16  criminal case.  The first order of business is for you to take
17  an oath as potential jurors in this case.  So I'm going to ask
18  that you all please rise and raise your right hand.
19    (Whereupon the prospective jurors are sworn to
20  answer truthfully by the clerk.)
21    ALL JURORS:  Yes.
22    THE COURT:  Okay.  You can be seated.
23    We're about to begin the process of selecting the
24  jurors who will hear and decide this case.  The trial is
25  anticipated to take approximately five weeks.  We will be

27

1  sitting Monday through Thursday from 9:30 to 4:30.  Following
2  jury selection this week, the trial will begin Monday, next
3  Monday, May 4th.  So we're going to select the jury.
4  Hopefully we'll finish today.  And then once we finish the
5  jury selection, the actual trial will begin on Monday, May
6  4th.
7    I want to thank you for being here.  Your presence
8  reflects your serious commitment to your civic
9  responsibilities.  I recognize that some of you are
10  significantly inconvenienced by your jury service.  Jury
11  service offers one of the highest and most important duties of
12  citizens.  Our system of justice depends on you.  And I, like
13  all my fellow judges, are grateful to you for your service.
14    In a few minutes, if you have a extraordinary
15  personal hardship that prevents you from serving in this case
16  for the amount of time that I've indicated, which is
17  approximately five weeks, you will have an opportunity to
18  bring that to my attention.  I emphasize extraordinary because
19  I said I know many of you have jobs or other places you'd
20  rather be.  But the hardship must be extraordinary for you to
21  be excused.  So I appreciate your full cooperation.
22    I just want to emphasize that point to you.  I live
23  in the real world.  I have five children.  So I know asking
24  people to serve for five weeks, take five weeks out of their
25  life is a big commitment.  I understand that.  My goal is not

28

1  to make anyone miserable here today.  If you have a hardship
2  I'm not going to force you to serve.  So for those of you who
3  are sitting there and are able to serve and are thinking to
4  yourself, I'd rather just not serve.  I just want to emphasize
5  that our system of justice depends on citizens coming forward
6  and serving their civic obligation to serve on juries.  This
7  may sound corny to you, but this is what makes this country
8  great.
9    Tomorrow morning, this courtroom, we have a
10  naturalization ceremony.  Over a hundred people have come from
11  all corners of the world to become citizens in this great
12  country.  And many of them are coming from countries that have
13  no right to a jury trial.  It's one of the cornerstones of our
14  democracy and one of the things that makes our country great.
15  But it doesn't work if people are unwilling to serve.
16    So today, each of you will be called upon as
17  citizens to step up to the plate and perform your duty as a
18  citizen.  And I'm hoping that you will take that into
19  consideration as you sit here.
20    I was called a few years ago, myself, to go to
21  Mineola to serve on a jury.  In fact, I sat there just like
22  you are today.  Nobody wanted me, but that is how strong I
23  feel about this.  I feel that deep in my heart.  And I hope
24  those of you who are able to serve will step up to the plate
25  to perform your civic duty.  I think I've said enough on that.

29

1    The purpose of this procedure is to select a panel
2  of 12 fair and impartial jurors and six fair and impartial
3  alternate jurors to try this case.  I will ask you questions
4  with respect to your background.  I apologize in advance for
5  asking you these questions, which I must, for the purpose of
6  selecting a fair and impartial jury panel.
7    My questions and your responses to my questions
8  enable me to determine if any prospective juror should be
9  excused for cause.  The questioning, ultimately, allow the
10  parties to exercise their judgment with respect to their what
11  are called peremptory challenges under the law.  These,
12  challenges for no which reason need be given.  Each side has
13  been provided a certain number of these peremptory challenges
14  that they are free to exercise.
15    If any time you feel uncomfortable, for any reason,
16  in answering a question in front of the other jurors, just ask
17  to come up here at sidebar and I will discuss it with you in
18  the presence of the attorneys and the court reporter only.
19    If I decide you should not sit as a juror here,
20  please understand that it does not in any way reflect badly on
21  you.  Our system simply requires jurors who are not only
22  totally impartial, but also lack even the appearance of being
23  impartial or bias.  Such an appearance may arise from a
24  perspective juror's relationship to the case, the parties, or
25  the subject matter of the case.

30

1      If for any reason I decide to excuse you, you may
2  still be able to serve as a juror in a different case.  So if
3  I excuse you from this case I will ask you to return to the
4  central jury room downstairs where you began this morning.
5  They will give you further instructions.  So if I say you're
6  excused, you don't go home.  You go back to the first floor.
7      So you can understand the reason for the questions I
8  will be asking you shortly, I want to tell you briefly about
9  the case.  As I explained, this is a criminal case.  It is
10  entitled, "United States versus Philip Kenny and Tommy
11  Constantine."  In a criminal case, the charges against the
12  defendant are contained in what is called an indictment.  An
13  indictment is not evidence.  It simply contains the charges
14  against each defendant, and no inference may be drawn against
15  the defendants from the existence of the indictment.  You must
16  always keep in mind that the defendants are presumed innocent,
17  that each defendant has entered a plea of not guilty to the
18  charges against him, and that the government must prove beyond
19  a reasonable doubt the charges in the indictment.
20      I also want you to understand that nothing I say
21  today regarding the description of the case is evidence.  The
22  evidence that you will consider, if selected as a juror, will
23  only come from the trial testimony of witnesses and from
24  exhibits that are admitted into evidence.  I will now briefly
25  summarize the charges in the indictment.  My summary is only

31

1  intended to assist you in considering whether you can sit as a
2  fair and impartial juror in this case.
3      The defendants are charged in a nine count
4  indictment in connection with an alleged fraud scheme against
5  investors.  Counts one through six of the indictment, which
6  are alleged against both defendants, relate to an alleged
7  fraud between August of 2002 and April of 2013 arising from
8  the investment of funds in (1) real estate in Hawaii, (2) a
9  company named Eufora, and (3) an entity known as the "Global
10  Defense Fund."   In particular, it is alleged that the
11  defendants defrauded investors, some of whom were former and
12  current professional National Hockey League players by making
13  false representations to investors and diverting funds that
14  were intended for investments.
15      Counts seven and eight, which were asserted against
16  Philip Kenner alone, relate to an alleged fraud between
17  October of 2006 and May of 2012 in connection with an
18  investment in a property located in Sag Harbor, New York,
19  through a company called "Led Better Development Company,
20  LLC."
21      Both defendants are charged in Count Nine in the
22  indictment, which alleges that the defendants engaged in a
23  money laundering conspiracy in connection with the alleged
24  fraud scheme.
25      So that is a basic summary of the allegations

32

1  contained in the indictment.  Now I'm going start asking you a
2  series of questions.  The first question is, do any of you
3  have any physical problems or extraordinary personal hardship
4  that would prevent you from serving in this case for the
5  amount of time that I've indicated, which is approximately
6  five weeks starting from next Monday?
7      Some hands have gone up.  I'll take these at
8  sidebar.  We'll do them by section.  So don't just start
9  walking up.  My law clerk and the deputies will line you up.
10  You don't need to keep your hands up, that's fine.  You can
11  put your hands down.  We're going to do it by section.  We'll
12  start with this section to my right.
13      Okay.  Anyone who has a hardship, speak to my
14  deputy.  She'll give you a number and you'll come up to the
15  sidebar.
16      The lawyers, come up to the sidebar.
17      (Whereupon a sidebar conference was conducted.)
18      (Prospective juror approaches the sidebar.)
19  THE COURT:  Can you state your name for the record.
20  PROSPECTIVE JUROR:  Shari Beyersdorf.
21  THE COURT:  Number 126.
22  Go ahead.  What is the issue?
23  PROSPECTIVE JUROR:  Well, I just got a new job.
24  I've only been there for two months.  So I'm on probation.
25  I'm not sure that I can really leave for five weeks.

33

1  THE COURT:  I will excuse you.  Just stay in the
2  audience for now.
3      (Prospective juror leaves the sidebar.)
4      (Prospective juror approaches sidebar.)
5  THE COURT:  Can you state your name for the record.
6  PROSPECTIVE JUROR:  Hilmar Campos.
7  THE COURT:  Number 120.
8  What is the issue?
9  PROSPECTIVE JUROR:  The issue is I am the only
10  income for the house.  And if this case is more than one day
11  or two, it will really hurt my...
12  THE COURT:  You're self-employed.  Is that what you
13  said?
14  PROSPECTIVE JUROR:  No, no, no.  I am the only
15  income for my family.  I am the only one working.  I am
16  willing to serve a case a day or two at most.
17  THE COURT:  I will excuse you in a minute.  Stay in
18  the audience for now.
19      (Prospective juror leaves the sidebar.)
20      (Prospective juror approaches sidebar.)
21  PROSPECTIVE JUROR:  Number 106.
22  THE COURT:  Mr. R-O-Z-O-K-I-S.
23  PROSPECTIVE JUROR:  Rozokis.  I'm actively going
24  through the NYPD hiring process.  I have a series of
25  obligations and appointments.

34

1       THE COURT:  Over the next couple of weeks.

2       PROSPECTIVE JUROR:  I'm going to be meeting with my

3  investigator shortly.  I just passed the JST and the medical

4  and drug tests.

5       THE COURT:  I'll excuse you.  Stay in the audience

6  for now.  I will excuse you in a minute.

7       (Prospective juror leaves the sidebar.)

8       (Prospective juror approaches sidebar.)

9       THE COURT:  Number 141, Galo Montero.

10      Mr. Montero, go ahead, what's the issue?

11      PROSPECTIVE JUROR:  I start May 22 to my country.

12      THE COURT:  Okay.  I'll excuse you in a minute.

13  Just stay in the audience.

14      PROSPECTIVE JUROR:  Okay.

15      (Prospective juror leaves the sidebar.)

16      (Prospective juror approaches sidebar.)

17      THE COURT:  136 is Cicchillo.

18      PROSPECTIVE JUROR:  Yes.  So my son is scheduled to

19  have a heart procedure on June 5th.  You said five weeks.

20  That's just under six.

21      THE COURT:  I'll excuse you in a minute.  Just stay

22  in the audience, okay.  Good luck with that.

23      (Prospective juror leaves the sidebar.)

24      (Prospective juror approaches sidebar.)

25      THE COURT:  Number 117.  Mr. Sohre.

35

1       PROSPECTIVE JUROR:  I'm self-employed.  Five weeks,

2  I have two young kids.

3       THE COURT:  I will excuse you in a minute.  Just

4  stay in the audience.

5       (Prospective juror leaves the sidebar.)

6       (Prospective juror approaches sidebar.)

7       PROSPECTIVE JUROR:  Number 134.

8       THE COURT:  134, Mr. P-A-K.

9       PROSPECTIVE JUROR:  Well, I have an

10  11-month-year-old baby and my wife is always home.  One week

11  or two weeks is fine.  Five weeks is just too much.

12      THE COURT:  You mean you have to help to take care

13  of the child?

14      PROSPECTIVE JUROR:  Yes.

15      THE COURT:  I will excuse you in a moment.  Just

16  stay in the audience for now.

17      (Prospective juror leaves the sidebar.)

18      (Prospective juror approaches sidebar.)

19      THE COURT:  Number 93, Ms. Abrahante.

20      PROSPECTIVE JUROR:  I live with my mother.  I am the

21  head of the household.  So for to not be able to work, I won't

22  be able to pay the rent.  She doesn't work.

23      THE COURT:  I'll excuse you in a moment.  Just stay

24  in the audience for now.

25      PROSPECTIVE JUROR:  Okay.

36

1       (Prospective juror leaves the sidebar.)

2       (Prospective juror approaches sidebar.)

3       THE COURT:  Number 35.

4       PROSPECTIVE JUROR:  35.

5       THE COURT:  Mr. Chang, what's the issue?

6       PROSPECTIVE JUROR:  I have a problem understanding

7  like court terminology, things like that also.  I have a

8  problem with my family issue as well.  So I cannot be here for

9  five weeks.

10      THE COURT:  I'll excuse you in a minute.  Just stay

11  in the audience.

12      (Prospective juror leaves the sidebar.)

13      (Prospective juror approaches sidebar.)

14      THE COURT:  This is Number 20.

15      Ms. Heller, what is the issue?

16      PROSPECTIVE JUROR:  I work for a hospital.  I get

17  two weeks jury time.  After that I take it without pay.

18      THE COURT:  I'll excuse you in a minute.  Just stay

19  in the audience for now.

20      (Prospective juror leaves the sidebar.)

21      (Prospective juror approaches sidebar.)

22      THE COURT:  Number 105?

23      PROSPECTIVE JUROR:  Yes.

24      THE COURT:  Mr. Gunsel.

25      PROSPECTIVE JUROR:  I would like to be here.

37

1  However, I am a military reservist who just returned from two

2  weeks.  And I'm a school teacher, coming up to exams.  I need

3  to be in the classroom.

4       THE COURT:  I'll excuse you.  Just stay in the

5  audience for now.

6       PROSPECTIVE JUROR:  Thank you.

7       (Prospective juror leaves the sidebar.)

8       (Prospective juror approaches sidebar.)

9       THE COURT:  This is Number 52.

10      PROSPECTIVE JUROR:  52.

11      THE COURT:  Ms. Boorum?

12      PROSPECTIVE JUROR:  Yes.

13      THE COURT:  What is the issue?

14      PROSPECTIVE JUROR:  The issue is I run a department

15  for the Suffolk Federal Credit Union, director of lending.  It

16  would be a huge hardship for me to be aware from operations

17  for five weeks.

18      THE COURT:  No one can fill-in for you during that

19  period?

20      PROSPECTIVE JUROR:  Not really.

21      THE COURT:  I'll excuse you.  Just stay in the

22  audience for now.

23      (Prospective juror leaves the sidebar.)

24      (Prospective juror approaches sidebar.)

25      THE COURT:  This is Number 92.

**38**

1         Mr. Bruno, what is the issue?

2         PROSPECTIVE JUROR:  Okay.  Well, I have two issues.

3   First would be financial and the other would be a scheduling

4   issue.  I work as an explosive detection X-ray screener at the

5   New York Stock Exchange.  So five weeks would mean, to me,

6   $4,000 in salary I would not be reimbursed for.

7         THE COURT:  I'll excuse you.  Just stay in the

8   audience for right now.

9         PROSPECTIVE JUROR:  Go downstairs?

10        THE COURT:  I'm going to excuse you in a minute.

11  Just stay here now.

12        (Prospective juror leaves the sidebar.)

13        (Prospective juror approaches sidebar.)

14        THE COURT:  Hello.  Number 67, Ms. Talik.

15        Go ahead.

16        PROSPECTIVE JUROR:  I work for a school.  There's

17  literally eight weeks of school left.  I have two children I

18  have to pick up right after work.  I commute from Riverhead.

19        THE COURT:  I'll excuse you in a moment.  Stay in

20  the audience.

21        PROSPECTIVE JUROR:  Okay.

22        (Prospective juror leaves the sidebar.)

23        (Prospective juror approaches sidebar.)

24        THE COURT:  Number 112, Mr. Seehof.

25        PROSPECTIVE JUROR:  I have a mother that is on

**39**

1   disability right now.  I take care of her physically.  As far

2   as financially, my job includes four people, which would take

3   a quarter percent of the people out of the company, and I

4   can't afford to do that.

5         THE COURT:  I'll excuse you in a moment.  Just stay

6   in the audience for right now.

7         PROSPECTIVE JUROR:  Yes.

8         (Prospective juror leaves the sidebar.)

9         (Prospective juror approaches sidebar.)

10        THE COURT:  103.  Give me one second.

11        Mr. Lynch, go ahead.

12        PROSPECTIVE JUROR:  Yes.  I can barely afford to be

13  here today much less take off five weeks.  The company I

14  worked for the last 20 years closed up shop last September.

15  I've been able to get work again, but I was out without health

16  insurance.  My wife's sick.  They don't know what kind of

17  sickness, soak up my savings.  I'm not going to make my

18  mortgage this month for the first time since '97.

19        THE COURT:  I understand your situation.  I will

20  excuse you in a moment.  Sit back down for a moment.

21        PROSPECTIVE JUROR:  Yes.

22        (Prospective juror leaves the sidebar.)

23        (Prospective juror approaches sidebar.)

24        THE COURT:  Number 87, Ms. Suss.

25        PROSPECTIVE JUROR:  I am a partner in a small CPA

**40**

1   firm, and I just can't be away from my business for five

2   weeks.

3         THE COURT:  I'll excuse you in a moment.  Just stay

4   in the audience for now.

5         PROSPECTIVE JUROR:  Yes.

6         (Prospective juror leaves the sidebar.)

7         (Prospective juror approaches sidebar.)

8         THE COURT:  Number 79, Mr. Mangalindan.

9         PROSPECTIVE JUROR:  I'm going to have a hardship

10  coming here.  I live in Jackson Heights, Queens.  The only

11  transportation is the LIRR and subway.

12        THE COURT:  How long did it take you to get here

13  today?

14        PROSPECTIVE JUROR:  This morning I left 8:00.  I

15  arrived at 9:20.

16        THE COURT:  So what's the total travel time then?

17        PROSPECTIVE JUROR:  Approximately one hour and 30

18  minute, approximately.  That's my guess.  I was on the train.

19        THE COURT:  You know, you get reimbursed for the

20  cost of that.  You don't think that you can do it?

21        PROSPECTIVE JUROR:  If you don't mind I'll be coming

22  late here, I don't mind it.  I'm willing to serve.

23        THE COURT:  We start at 9:30.

24        PROSPECTIVE JUROR:  That's my concern, coming here

25  late.

**41**

1         THE COURT:  Can you get here by 9:30 everyday?

2         PROSPECTIVE JUROR:  Yes.

3         THE COURT:  Great, thank you.

4         PROSPECTIVE JUROR:  Okay.

5         (Prospective juror leaves the sidebar.)

6         (Prospective juror approaches sidebar.)

7         THE COURT:  Next is 24, Mr. Kornobis.

8         What's the issue?

9         PROSPECTIVE JUROR:  I have a family vacation that

10  I've bought and paid for in Charleston.  I'll be out from

11  May 8th to the 12th.

12        THE COURT:  I'll excuse you in a moment.  Just wait

13  in the audience for now.

14        PROSPECTIVE JUROR:  Yes.

15        (Prospective juror leaves the sidebar.)

16        (Prospective juror approaches sidebar.)

17        THE COURT:  Number 31, Mr. Rosenfeld.

18        PROSPECTIVE JUROR:  Yes.  I'm the only source of

19  income in the family.  I work in commercial real estate

20  brokerage.  I'm 100 percent commission.

21        THE COURT:  I'll excuse you in a minute.  Just wait

22  in the audience.

23        PROSPECTIVE JUROR:  Okay.

24        (Prospective juror leaves the sidebar.)

25        (Prospective juror approaches sidebar.)

42

1    THE COURT:  Number 91.  Give me one second.
2    Ms. Hakim, what is the issue?
3    PROSPECTIVE JUROR:  My daughter, she is about to
4    give birth to my first grandchild.
5    THE COURT:  Congratulations.  You going to help her
6    out?
7    PROSPECTIVE JUROR:  Yes.  She might -- yeah.
8    THE COURT:  I'll excuse you in a minute.  Just wait
9    in the audience.
10    PROSPECTIVE JUROR:  Yes.
11    (Prospective juror leaves the sidebar.)
12    (Prospective juror approaches sidebar.)
13    THE COURT:  Number 78, Mr. Polidori.
14    PROSPECTIVE JUROR:  I'm in HR, planning and
15    scheduling 120 employees in operation.  Five weeks is
16    excessive.
17    THE COURT:  I'll excuse you in a moment.  Just wait
18    in the audience.
19    PROSPECTIVE JUROR:  Thank you.
20    (Prospective juror leaves the sidebar.)
21    (Prospective juror approaches sidebar.)
22    THE COURT:  Number 28, Mr. Feeney.
23    PROSPECTIVE JUROR:  The time period of five weeks,
24    I'm a general manager of a McDonald's.  So I'm in charge of
25    operations.  If I'm not there, it's not good for my store.

43

1    And also, my sister's getting married next month.  My mom's
2    very sick so I have to take care of her next month when she
3    goes on her honeymoon.
4    THE COURT:  You can wait in the audience for now.  I
5    will excuse you.
6    PROSPECTIVE JUROR:  Thank you.
7    (Prospective juror leaves the sidebar.)
8    (Prospective juror approaches sidebar.)
9    THE COURT:  Number 27, Mr. Deedy.
10    PROSPECTIVE JUROR:  I'm a high school teacher for
11    BOSS's.  I teach a very specific curriculum, and we're coming
12    up on final exams and assessments.  To miss the next five
13    weeks would put me at the end of school.
14    THE COURT:  I'll excuse you in a moment.  Just wait
15    in the audience for now.
16    PROSPECTIVE JUROR:  Yes.
17    (Prospective juror leaves the sidebar.)
18    (Prospective juror approaches sidebar.)
19    THE COURT:  Number 29, Ms. Perlmutter.
20    PROSPECTIVE JUROR:  Unfortunately, my employer, he's
21    a little crazy and doesn't think the laws apply to him.  He
22    expects me back to work tomorrow.  If I'm gone for five weeks,
23    I will most definitely lose my job.
24    THE COURT:  He can't fire you for serving on a jury.
25    But if you're going to be worried about that, I don't want you

44

1    to serve on a jury and be worried.
2    PROSPECTIVE JUROR:  Unfortunately he's already
3    e-mailing me, You'll be back tomorrow, right?  You'll be back
4    tomorrow, right?  So...
5    THE COURT:  I can speak to him.
6    PROSPECTIVE JUROR:  Unfortunately, he's crazy.
7    THE COURT:  So you'd rather not serve.
8    PROSPECTIVE JUROR:  I would love to do my civic
9    duty, but I'd also like to have a job.
10    THE COURT:  But I'm serious, I wasn't kidding.  I
11    will call him.
12    PROSPECTIVE JUROR:  I cannot afford to work.  They
13    will only cover three days of jury duty.
14    THE COURT:  I'll excuse you.
15    PROSPECTIVE JUROR:  I appreciate it.
16    THE COURT:  Wait in the audience for now.
17    PROSPECTIVE JUROR:  Yes.
18    (Prospective juror leaves the sidebar.)
19    (Prospective juror approaches sidebar.)
20    THE COURT:  Number 44, Ms. Joseph.
21    PROSPECTIVE JUROR:  I'm in school.
22    THE COURT:  You're a student?
23    PROSPECTIVE JUROR:  Yes.
24    THE COURT:  I'll excuse you in a minute.  Just wait
25    in the audience.

45

1    PROSPECTIVE JUROR:  Yes.
2    (Prospective juror leaves the sidebar.)
3    (Prospective juror approaches sidebar.)
4    THE COURT:  Number 73, Mr. Augustin.
5    PROSPECTIVE JUROR:  I'm a medical doctor.  For five
6    weeks, I don't think I would be able to do that.
7    THE COURT:  I will excuse you in a moment.  Just
8    wait in the audience.
9    PROSPECTIVE JUROR:  Okay.
10    (Prospective juror leaves the sidebar.)
11    (Prospective juror approaches sidebar.)
12    THE COURT:  Number 36, Mr. Sands.
13    PROSPECTIVE JUROR:  Yes.  I take classes at Queens
14    College at 5:00.  I just can't afford to miss five weeks.
15    THE COURT:  I'll excuse you in a moment.  Just wait
16    in the audience.
17    PROSPECTIVE JUROR:  Thank you.
18    (Prospective juror leaves the sidebar.)
19    (Prospective juror approaches sidebar.)
20    THE COURT:  Number 61, Ms. Ostroski.
21    PROSPECTIVE JUROR:  Actually, I would be glad to
22    serve.
23    THE COURT:  Good to hear that.
24    PROSPECTIVE JUROR:  I'm excited.  However, I just
25    escaped foreclosure in February by the skin of my teeth.  And

46

1   if I miss several weeks of work, I'm done.
2          THE COURT:  I'll excuse you in a moment.  Just wait
3   in the audience.
4          PROSPECTIVE JUROR:  Thank you, very much.
5          (Prospective juror leaves the sidebar.)
6          (Prospective juror approaches sidebar.)
7          THE COURT:  Number 69, one second.
8          Ms. Merhige.
9          PROSPECTIVE JUROR:  I had a back injury a few weeks
10  ago I was treated for.  I didn't have an opportunity to get a
11  doctor's note.  Prolonged sitting is painful.
12         THE COURT:  I'll excuse you.  Just wait in the
13  audience for a minute.
14         (Prospective juror leaves the sidebar.)
15         (Prospective juror approaches sidebar.)
16         THE COURT:  Hello.  Number 97, Ms. Hessel-Roher.
17         PROSPECTIVE JUROR:  My mother was just discharged
18  from the hospital.  She can't take care of herself.
19         THE COURT:  I'll excuse you in a moment.  Just wait
20  in the audience.
21         PROSPECTIVE JUROR:  Thank you.
22         (Prospective juror leaves the sidebar.)
23         (Prospective juror approaches sidebar.)
24         THE COURT:  Number 5.
25         PROSPECTIVE JUROR:  I'm going to be completely

47

1   honest.
2          THE COURT:  One moment.  Ms. Rodriguez?
3          PROSPECTIVE JUROR:  Yes.  I'm going to be completely
4   honest.  I have family that's going through trial right now.
5          THE COURT:  So you don't think you can sit?
6          PROSPECTIVE JUROR:  No.
7          THE COURT:  I will excuse you in a moment.  Wait in
8   the audience.
9          PROSPECTIVE JUROR:  Yes.
10         (Prospective juror leaves the sidebar.)
11         (Prospective juror approaches sidebar.)
12         THE COURT:  Number 55, Mr. Vlantis.
13         PROSPECTIVE JUROR:  I'm going away the last week of
14  May.
15         THE COURT:  You're on vacation?
16         PROSPECTIVE JUROR:  Yes.
17         THE COURT:  I'll excuse you in a moment.  Just wait
18  in the audience.
19         PROSPECTIVE JUROR:  Thank you very much.
20         (Prospective juror leaves the sidebar.)
21         (Prospective juror approaches sidebar.)
22         THE COURT:  Number 9?
23         PROSPECTIVE JUROR:  Yes.
24         THE COURT:  Ms. Lipset.
25         PROSPECTIVE JUROR:  I don't get paid.  I'm a yoga

48

1   instructor.  So I'm out today, I'm losing about $200.
2          THE COURT:  I'll excuse you in a moment.  Just wait
3   in the audience.
4          (Prospective juror leaves the sidebar.)
5          (Prospective juror approaches sidebar.)
6          THE COURT:  Can I just have your number, thanks.
7          85.
8          PROSPECTIVE JUROR:  Jennifer Capobianco.
9          THE COURT:  Go ahead.
10         PROSPECTIVE JUROR:  I'm a senior aid in a hospital.
11         THE COURT:  You brought proof, huh?
12         PROSPECTIVE JUROR:  I got proof.  I just took my
13  course.  I finished dialysis technician.  I'm taking the state
14  test in four weeks, okay.  I really can't afford to be here.
15         THE COURT:  I'll excuse you in a moment.  Wait in
16  the audience.
17         PROSPECTIVE JUROR:  Thank you.
18         (Prospective juror leaves the sidebar.)
19         (Prospective juror approaches sidebar.)
20         THE COURT:  45?
21         PROSPECTIVE JUROR:  Yes.
22         THE COURT:  Mr. Hultberg.
23         PROSPECTIVE JUROR:  Yes.  I don't know if this would
24  count.  I have elderly parents in Missouri who are selling
25  their home as a financial hardship.  I am the only child.  I

49

1   am supposed to be there the end of May, beginning of June to
2   help them pack and get them out of the house.  It's really the
3   five weeks, it's not the --
4          THE COURT:  I appreciate that.  I'll excuse you.  I
5   don't want you to miss out on that.  Wait in the audience for
6   right now.
7          PROSPECTIVE JUROR:  Thank you.
8          (Prospective juror leaves the sidebar.)
9          (Prospective juror approaches sidebar.)
10         THE COURT:  Number 49.
11         PROSPECTIVE JUROR:  Donna Santoro.  I am the primary
12  caregiver for the 13-year-old.  My husband works full-time.
13  We don't have bus transportation from school.  A week or two
14  weeks, sure.  But five weeks is pushing it.
15         THE COURT:  I will excuse you in a moment.  Wait in
16  the audience.
17         PROSPECTIVE JUROR:  Thank you.
18         (Prospective juror leaves the sidebar.)
19         (Prospective juror approaches sidebar.)
20         THE COURT:  Number 68, Mr. Tomala.
21         PROSPECTIVE JUROR:  I want to say I am the main
22  source of income for my household.  My wife makes minimum wage
23  I can't afford to be over for five weeks.
24         THE COURT:  I'll excuse you in a moment.  Wait in
25  the audience.

50

1    PROSPECTIVE JUROR:  Thank you, Your Honor.
2    (Prospective juror leaves the sidebar.)
3    (Prospective juror approaches sidebar.)
4    THE COURT:  This is Number 98, Mr. Simon.
5    PROSPECTIVE JUROR:  I am a sole practitioner.  I
6    have my own bills.  There is no one else.
7    THE COURT:  I will excuse you in a moment.  Wait in
8    the audience.
9    PROSPECTIVE JUROR:  Okay.
10   (Prospective juror leaves the sidebar.)
11   (Prospective juror approaches sidebar.)
12   THE COURT:  Number 94, Mr. Marrano.
13   PROSPECTIVE JUROR:  I have a paid for vacation to
14   Italy the 23rd of May.
15   THE COURT:  I will excuse you in a moment.  Wait in
16   the audience.
17   PROSPECTIVE JUROR:  Yes.
18   (Prospective juror leaves the sidebar.)
19   (Prospective juror approaches sidebar.)
20   THE COURT:  This is Number 57.
21   Mr. Newman, go ahead.
22   PROSPECTIVE JUROR:  I work overnight at Lowe's.  And
23   to do this trial for five weeks, I'd be getting like two hours
24   of sleep each day.  That would be a little bit of a problem.
25   THE COURT:  I will excuse you.  Wait in the

51

1    audience.
2    PROSPECTIVE JUROR:  Thank you.  Have a good day.
3    (Prospective juror leaves the sidebar.)
4    (Prospective juror approaches sidebar.)
5    THE COURT:  Number 76, Ms. Rostron.
6    PROSPECTIVE JUROR:  My wedding is May 29th.  And I
7    leave for my honeymoon the next day.
8    THE COURT:  That's a good excuse.  I will excuse you
9    in a moment.  Wait in the audience.
10   PROSPECTIVE JUROR:  Thank you.
11   (Prospective juror leaves the sidebar.)
12   (Prospective juror approaches sidebar.)
13   THE COURT:  This is Number 95, Mr. Romano.
14   PROSPECTIVE JUROR:  I don't know if my job will
15   allow me to be out for five weeks.  Plus, my wife has MS.
16   THE COURT:  You have to help her out?
17   PROSPECTIVE JUROR:  That's up to you.
18   THE COURT:  You know better than I do.
19   PROSPECTIVE JUROR:  It's my job.
20   THE COURT:  What type of job?
21   PROSPECTIVE JUROR:  I work for County of Public
22   Works.
23   THE COURT:  The county?
24   PROSPECTIVE JUROR:  Yes.
25   THE COURT:  The county will reimburse you.

52

1    PROSPECTIVE JUROR:  Yes.
2    THE COURT:  What about your wife?
3    PROSPECTIVE JUROR:  She has MS, and sometimes she
4    has episodes.  I don't want to tie myself up.
5    THE COURT:  If it was an emergency I'd let you go.
6    You work everyday?
7    PROSPECTIVE JUROR:  Yes.
8    THE COURT:  If you end up serving on the jury, you
9    can contact your employer.  If they tell you something
10   different, let me know.  But I'm pretty confident the county
11   will pay you for the time.
12   PROSPECTIVE:  I didn't know.  I wasn't sure.
13   (Prospective juror leaves the sidebar.)
14   (Prospective juror approaches sidebar.)
15   THE COURT:  Okay.  This is Number 72.
16   PROSPECTIVE JUROR:  Amy Scott.  I'm going to be away
17   to a required meeting on June 7th in Virginia.  It's right at
18   the end.
19   THE COURT:  I'm going to excuse you.  I don't want
20   to cut it close.  Wait in the audience for now.
21   PROSPECTIVE JUROR:  Thank you.
22   (Prospective juror leaves the sidebar.)
23   (Prospective juror approaches sidebar.)
24   THE COURT:  This is Number 81, Mr. Kashkin.
25   PROSPECTIVE JUROR:  Yes.  I am at a job a little

53

1    over six months.  I am the person in charge.  There's nobody
2    that can take my place.  I'm already down two managers as
3    well.  So it would be a tremendous inconvenience.
4    THE COURT:  I'll excuse you in a minute.  Wait in
5    the audience.
6    PROSPECTIVE JUROR:  Sure.
7    (Prospective juror leaves the sidebar.)
8    (Prospective juror approaches sidebar.)
9    THE COURT:  Number 3, Ms. Lewis.
10   PROSPECTIVE JUROR:  Yes.  I work for PDD, People
11   with Developmental Disabilities.  I am the manager of the
12   program.  It's a hardship to come here.  I would like to be
13   excused.
14   THE COURT:  I will excuse you in a moment.  Wait in
15   the audience for now.
16   PROSPECTIVE JUROR:  Thanks.
17   (Prospective juror leaves the sidebar.)
18   (Prospective juror approaches sidebar.)
19   THE COURT:  This is Number 88, Ms. Huerta.
20   PROSPECTIVE JUROR:  Yes.  This is my second
21   language.  I don't understand what is going on completely.
22   And I have kids also to pick up like every day from the
23   school, different schools.
24   THE COURT:  I will excuse you in a moment.  Wait in
25   your chair for now.

54

1  PROSPECTIVE JUROR:  Thank you.  Yes.
2  (Prospective juror leaves the sidebar.)
3  (Prospective juror approaches sidebar.)
4  THE COURT:  Number 65, Mr. Kolasinski.
5  PROSPECTIVE JUROR:  I want to be excused because of
6  the language.  I don't understand everything.  I cannot speak
7  proper English.
8  THE COURT:  I will excuse you in a minute.  Wait in
9  your chair for now.
10  PROSPECTIVE JUROR:  Okay.
11  (Prospective juror leaves the sidebar.)
12  (Prospective juror approaches sidebar.)
13  THE COURT:  Number 15.
14  PROSPECTIVE JUROR:  Yes.
15  THE COURT:  Ms. Dottin.
16  PROSPECTIVE JUROR:  I work for a nonprofit
17  organization and they don't pay you for coming to jury duty.
18  They pay you vacation time.  So far I only have 76 hours.
19  THE COURT:  I'll excuse you in a moment.  Wait in
20  the audience.
21  PROSPECTIVE JUROR:  Yes.
22  MR. LaRUSSO:  That is 15?
23  THE COURT:  Yes.
24  (Prospective juror leaves the sidebar.)
25  (Prospective juror approaches sidebar.)

55

1  THE COURT:  Number 16, Mr. Arundale.
2  PROSPECTIVE JUROR:  I have medical issues that I
3  won't be able to sit on a jury.  Gastrointestinal.  I had a
4  number of surgeries on my colon.
5  THE COURT:  All right.
6  PROSPECTIVE JUROR:  Also, I was a victim of an
7  investment fraud for over $25,000.
8  THE COURT:  I'll excuse you in a minute.  Just wait
9  in the audience.
10  PROSPECTIVE JUROR:  Where?
11  THE COURT:  Wait in your seat for now.
12  PROSPECTIVE JUROR:  Okay.
13  (Prospective juror leaves the sidebar.)
14  (Prospective juror approaches sidebar.)
15  THE COURT:  Number 26, Mr. Lyons.
16  PROSPECTIVE JUROR:  Yes.  I am the board secretary
17  for the Silverberg (phonetic) Ministries in Sayville, 501 C-3.
18  I can maybe do a week.  But five weeks, there's no one else
19  that can do what I do.
20  THE COURT:  I will excuse you in a moment.  Wait in
21  your chair for now.
22  PROSPECTIVE JUROR:  Yes.
23  (Prospective juror leaves the sidebar.)
24  (Prospective juror approaches sidebar.)
25  THE COURT:  Number 25, Mr. DeLuca.

56

1  PROSPECTIVE JUROR:  I am a business owner.  No way I
2  can be away from work for five consecutive weeks.
3  THE COURT:  What type of business.
4  PROSPECTIVE JUROR:  Laboratory furniture,
5  manufacturing.
6  THE COURT:  I will excuse you in a moment.  Wait in
7  your chair.
8  PROSPECTIVE JUROR:  Okay.
9  (Prospective juror leaves the sidebar.)
10  (Prospective juror approaches sidebar.)
11  PROSPECTIVE JUROR:  Hello.  How are you?
12  THE COURT:  Number 89, Ms. --
13  PROSPECTIVE JUROR:  Mazurkiewicz.
14  It would be a financial hardship because we need
15  both my salary and my husband's.  We have a mortgage and a car
16  note.  I also need to mention that my cousin was tried for the
17  same situation, my first cousin.
18  THE COURT:  I will excuse you in a moment.  Wait in
19  your chair.
20  PROSPECTIVE JUROR:  Thank you.
21  (Prospective juror leaves the sidebar.)
22  (Prospective juror approaches sidebar.)
23  THE COURT:  Number 108, Ms. Schroder.
24  PROSPECTIVE JUROR:  I just got back to work.  I've
25  been out ten weeks with a broken shoulder.  I'm still doing

57

1  physical therapy three times a week.
2  THE COURT:  I'll excuse you in a moment.  Wait in
3  your chair.
4  PROSPECTIVE JUROR:  Thank you.
5  (Prospective juror leaves the sidebar.)
6  (Prospective juror approaches sidebar.)
7  THE COURT:  This is Number 62.
8  PROSPECTIVE JUROR:  Yes.
9  THE COURT:  Mr. Esposito.
10  PROSPECTIVE JUROR:  I don't think that I can do the
11  five weeks for physical reasons.  I have urinary problems with
12  the prostrate.  I have kidney stones.  I can't go for more
13  than a couple of hours, I have to go to the men's room.  I am
14  sorry.
15  THE COURT:  That's all right.  I'll excuse you in a
16  moment.  Stay in the courtroom.
17  PROSPECTIVE JUROR:  Okay.
18  (Prospective juror leaves the sidebar.)
19  (Prospective juror approaches sidebar.)
20  THE COURT:  Number 17, Ms. Zwalsky.
21  PROSPECTIVE JUROR:  My in-laws are celebrating their
22  67th wedding anniversary on Sunday evening in Florida.  Me and
23  my family are scheduled to go.  I'm not sure about getting
24  back here on Monday at 9:30.
25  THE COURT:  I'll excuse you in a moment.  Just wait

58

1   in your chair.

2          PROSPECTIVE JUROR:  Thank you.

3          (Prospective juror leaves the sidebar.)

4          (Prospective juror approaches sidebar.)

5          THE COURT:  Number 18, Mr. Klenja.

6          PROSPECTIVE JUROR:  Yes.

7          THE COURT:  What is the issue?

8          PROSPECTIVE JUROR:  My issue is financial.  I

9   wouldn't be able to afford to make my payments.  My rent,

10  vehicle payments.  I'm on call 24 hours a day for my company,

11  and there's only one of two operators.

12         THE COURT:  I'll excuse you in a minute.  Wait in

13  your chair.

14         PROSPECTIVE JUROR:  I appreciate it.

15         (Prospective juror leaves the sidebar.)

16         (Prospective juror approaches sidebar.)

17         THE COURT:  Number 21, Mr. Taylor.

18         PROSPECTIVE JUROR:  Yes.

19         THE COURT:  Go ahead.

20         PROSPECTIVE JUROR:  I'm unemployed.  I just accepted

21  a job this morning, I start May 11th.  I don't think it will

22  be a good idea if I'm on this case.

23         THE COURT:  I'll excuse you in a moment.  Wait in

24  your chair.

25         PROSPECTIVE JUROR:  Thank you.

59

1          (Prospective juror leaves the sidebar.)

2          (Prospective juror approaches sidebar.)

3          THE COURT:  Number 22, Ms. Vitarelli.

4          PROSPECTIVE JUROR:  I have information I want to

5   disclose.  I'm involved in a class action lawsuit with an

6   investment fraud company.  I invested $10,000 of my money and

7   I'm involved in the suit.  So I just want to disclose that.  I

8   can provide the document if needed.

9          THE COURT:  I'm going to excuse you from this case.

10  Not the best case for you to serve on.  Wait in your chair.

11         PROSPECTIVE JUROR:  Thank you.

12         (Prospective juror leaves the sidebar.)

13         (Prospective juror approaches sidebar.)

14         THE COURT:  Number 34, George Agnello.

15         PROSPECTIVE JUROR:  My son and daughter-in-law are

16  school teachers.  They bring the children over at 6:30

17  everyday, I take them to school at 9:00.

18         THE COURT:  I will excuse you.  Wait in your chair.

19         PROSPECTIVE JUROR:  Thank you.

20         (Prospective juror leaves the sidebar.)

21         (Prospective juror approaches sidebar.)

22         THE COURT:  Number 124.

23         PROSPECTIVE JUROR:  May I state why?

24         THE COURT:  I need to find your name.

25         Ms. Kaiser.

60

1          PROSPECTIVE JUROR:  I'm a single mom with five

2   children.

3          THE COURT:  I have five children.  I know how much

4   trouble that is.

5          PROSPECTIVE JUROR:  I'm a teacher so I get home

6   early with them.

7          THE COURT:  I'll excuse you.  Wait in your chair for

8   a moment.

9          PROSPECTIVE JUROR:  Thank you.

10         (Prospective juror leaves the sidebar.)

11         (Prospective juror approaches sidebar.)

12         THE COURT:  143, Ms. Melendez.

13         PROSPECTIVE JUROR:  I'm a single parent, I have

14  three kids.  Youngest are 10, 11, and my oldest goes to Penn

15  State so she's not around.  Just to give you a scenario, I had

16  to pick up my mom last night on Staten Island to drive here

17  this morning.  It was two hours this morning.

18         THE COURT:  I'll excuse you in a moment.  Wait in

19  your chair.

20         PROSPECTIVE JUROR:  Thank you.

21         (Prospective juror leaves the sidebar.)

22         (Prospective juror approaches sidebar.)

23         THE COURT:  Number 60, Mr. Loffredo.

24         PROSPECTIVE JUROR:  I am a real estate broker.  The

25  five weeks would be a hardship for me and to my homeowners

61

1   depending on me to get the houses sold.  I do foreclosures and

2   short sales.  But the bank's will be closed by the time I got

3   done here.

4          THE COURT:  I'll excuse you in a moment.  Stay in

5   your chair for now.

6          PROSPECTIVE JUROR:  Yes.

7          (Prospective juror leaves the sidebar.)

8          (Prospective juror approaches sidebar.)

9          THE COURT:  Number 147.

10         PROSPECTIVE JUROR:  Hello.

11         THE COURT:  Hello, Ms. Saltys.

12         PROSPECTIVE JUROR:  I am the head secretary for the

13  principal of an elementary school.  This is our busiest time

14  of the year.  I'd rather not.  My principal will be very

15  upset.

16         THE COURT:  They have to let you serve, you know

17  that.

18         PROSPECTIVE JUROR:  Yes, yes.

19         THE COURT:  You can't get a fill-in, or no?

20         PROSPECTIVE JUROR:  We have substitutes, not always.

21  Bit if I get a sub, I get a sub.  If I don't, I don't.

22         THE COURT:  Well...

23         PROSPECTIVE JUROR:  I mean, you know, whatever you

24  say.

25         THE COURT:  I could call them and tell them.

62

1    PROSPECTIVE JUROR:  You don't have to.  You don't
2  have to.
3         THE COURT:  You can tell them you made me aware of
4  it, how's that?
5         PROSPECTIVE JUROR:  That sounds great.
6         THE COURT:  Okay.  Thank you.
7         (Prospective juror leaves the sidebar.)
8         (Prospective juror approaches sidebar.)
9         THE COURT:  Number 152, Ms. Covelli.
10        PROSPECTIVE JUROR:  I don't know if you head of the
11  case, the W. Sims with Joseph Simonelli (phonetic).  They were
12  taking money from his family.  He did business with my
13  company.  When they discovered he did this, they named
14  everybody in the lawsuit, plus a federal investigation.  He
15  has since killed himself.  This case is still pending.
16  Unfortunately, I have involvement that I have to prove
17  otherwise in court.  So I have legal problems of my own right
18  now.
19        THE COURT:  I will excuse you.  Wait in the chair
20  right now.
21     PROSPECTIVE JUROR:  Sure.
22     (Prospective juror leaves the sidebar.)
23     (Prospective juror approaches sidebar.)
24        THE COURT:  158, Mr. Mitzman.
25        PROSPECTIVE JUROR:  I'm supposed to be travelling to

63

1  a conference in Nashville on the 27th.
2         THE COURT:  I will excuse you in a moment.  Stay in
3  your seat for now.
4         PROSPECTIVE JUROR:  Okay.
5         (Prospective juror leaves the sidebar.)
6         (Prospective juror approaches sidebar.)
7         THE COURT:  Number 157, Ms. Veltre.
8         PROSPECTIVE JUROR:  My two sons are graduating
9  college.  They want to go to Disney May 23rd to the 26th.
10        THE COURT:  They would be really mad at you.
11        PROSPECTIVE JUROR:  They would, yeah.
12        THE COURT:  I will excuse you in a minute.  Wait in
13  the chair.
14        PROSPECTIVE JUROR:  Okay.  Thank you.
15        (Prospective juror leaves the sidebar.)
16        (Prospective juror approaches sidebar.)
17        THE COURT:  Number 166.  One second.
18        Ms. Saddler.
19        PROSPECTIVE JUROR:  I have a very personal issue.  I
20  have been a victim of a police brutality about two years ago.
21  Just being here I'm getting a lot of nerves and anxiety.  I
22  recently settled my case.
23        THE COURT:  That's fine.  I can tell your nervous.
24  I'm excusing you to go back downstairs.
25        PROSPECTIVE JUROR:  Yes.

64

1         (Prospective juror leaves the sidebar.)
2         (Prospective juror approaches sidebar.)
3         THE COURT:  Number 109, Mr. Mitchell.
4         PROSPECTIVE JUROR:  My daughter is in day care.  I'm
5  the only one to pick her up at 5:00.  I can't leave her, and I
6  have personal problems.
7         THE COURT:  I will excuse you in a moment.  Stay in
8  your chair.
9         (Prospective juror leaves the sidebar.)
10        (Matter continued on the next page.)

65

1         (Prospective juror approaches sidebar.)
2         THE COURT:  Number 74, Ms. Simmons.
3         PROSPECTIVE JUROR:  I'm a general contractor so
4  I'm in construction, so I can't miss five weeks of work;
5  probably lose my job.
6         THE COURT:  I will excuse you in a minute.  Stay
7  in your chair for now.
8         (Prospective juror leaves sidebar.)
9         (Prospective juror approaches sidebar.)
10        THE COURT:  Number 46, Mr. Liebman.
11        PROSPECTIVE JUROR:  I have flights for vacation
12  booked for the end of May which conflicts.
13        THE COURT:  I will excuse you in a minute.  Stay
14  in your chair for now.
15        (Prospective juror leaves sidebar.)
16        (Prospective juror approaches sidebar.)
17        THE COURT:  Number 168, Mr. Bachhuber.
18        PROSPECTIVE JUROR:  My wife stays at home to
19  watch our son with severe autism.  She has a court date on
20  May 19th.  I have nobody else to watch him.
21        THE COURT:  I will excuse you in a minute.  Stay
22  in your chair for now.
23        (Prospective juror leaves sidebar.)
24        (Prospective juror approaches sidebar.)
25        THE COURT:  Number 151, Ms. Iaboni.

*Official Court Reporter*

66

1      PROSPECTIVE JUROR:  My challenge is mostly the
2  end of the trial.  I don't get vacation or sick time or
3  any time to take off paid.  That's one problem.  The other
4  problem is I teach preschoolers and I'm a dance teacher.
5  We are coming to the end of our season.  If I was not
6  there for the rest of our year --
7      THE COURT:  I will excuse you.  Stay in your
8  chair for now.
9      (Prospective juror leaves sidebar.)
10      (Prospective juror approaches sidebar.)
11      THE COURT:  Number 163, Mr. Salem.
12      PROSPECTIVE JUROR:  Currently with the amount we
13  are being paid as a juror, my debt load and expenses, I
14  won't be able to make five weeks.
15      THE COURT:  I will excuse you in a minute.  Stay
16  in your chair for now.
17      (Prospective juror leaves sidebar.)
18      (Prospective juror approaches sidebar.)
19      THE COURT:  Number 137, Mr. Simmons.
20      PROSPECTIVE JUROR:  I'm a licensed master rigger
21  with the City of New York.  I have to be on the job on a
22  daily basis, making crane lifts and dirt lifts in the
23  City.  I own my own company with 20 employees.
24      THE COURT:  I will excuse you.
25      PROSPECTIVE JUROR:  No way I can do the five

67

1  weeks.
2      THE COURT:  I will excuse you.  Stay in your
3  chair for now.
4      PROSPECTIVE JUROR:  Thank you.
5      (Prospective juror leaves sidebar.)
6      (Prospective juror approaches sidebar.)
7      THE COURT:  Number 154, Mr. Brosnan.
8      PROSPECTIVE JUROR:  I got health issues lately.
9  I have been to the doctor two weeks ago.  I have a
10  procedure on May 12th.
11      THE COURT:  I will excuse you in a minute.  Stay
12  in your chair for now.
13      (Prospective juror leaves sidebar.)
14      (Prospective juror approaches sidebar.)
15      THE COURT:  Number 156, Mr. Shaw.
16      PROSPECTIVE JUROR:  I have two things.  I have
17  to get my daughter back from college next Wednesday; only
18  day I can do it.  I'm part of a two-person start-up
19  company and --
20      THE COURT:  I will excuse you in a minute.  Stay
21  in your chair for now.
22      (Prospective juror leaves sidebar.)
23      (Prospective juror approaches sidebar.)
24      THE COURT:  Number 142, Mr. Persico.
25      PROSPECTIVE JUROR:  My only concern with the

68

1  third week is my son is graduating from college.  I have
2  to be there for his graduation, University of Buffalo, May
3  18th.  It's a Monday.
4      THE COURT:  That wouldn't work.  I will excuse
5  you.  Stay in your chair for a minute.
6      (Prospective juror leaves sidebar.)
7      (Prospective juror approaches sidebar.)
8      THE COURT:  Number 149, Mr. Chavez-Torres.
9      PROSPECTIVE JUROR:  I'm going to travel to
10  Ecuador, May 10th, for one week.
11      THE COURT:  I will excuse you.  Stay in your
12  chair for now.
13      PROSPECTIVE JUROR:  Thank you.
14      (Prospective juror leaves sidebar.)
15      (Prospective juror approaches sidebar.)
16      THE COURT:  155, Mr. Cadmus.
17      PROSPECTIVE JUROR:  I'm presenting in training
18  for a promotion, one of seven operating general
19  supervisors.  We manage all the emergency response work
20  for Con Ed done in Brooklyn and Queens.  Training period
21  ends June 1st, a position that involves a lot of hub
22  safety.  I don't want to miss.
23      THE COURT:  I will excuse you.  Stay in your
24  chair for a minute.
25      (Prospective juror leaves sidebar.)

69

1      (Prospective juror approaches sidebar.)
2      THE COURT:  140, Mr. Turro.
3      PROSPECTIVE JUROR:  I work with a small fire
4  suppression company.  I have clients running upstate right
5  now last, like three or four months.  I'm looking to get
6  something smaller, like five to eight weeks, something
7  less, if I can pick.
8      THE COURT:  I will excuse you.  Stay in your
9  chair for now.
10      (Prospective juror leaves sidebar.)
11      (Prospective juror approaches sidebar.)
12      THE COURT:  171, Ms. Neydriker.
13      PROSPECTIVE JUROR:  Two issues.  I come here
14  from Sheepshead Bay.  Takes two and a half hours to get
15  here.  I don't have a car.
16      THE COURT:  I don't need to hear the second
17  issue.  I will excuse you.  Stay in your chair for a
18  moment.
19      (Prospective juror leaves sidebar.)
20      (Prospective juror approaches sidebar.)
21      THE COURT:  173.
22      PROSPECTIVE JUROR:  Dennis White.
23      THE COURT:  Go ahead.
24      PROSPECTIVE JUROR:  I have been recently
25  accepted as a New York City teaching fellow.  My program

70

1  starts June 1st, mandatory ten-week intensive program, 12
2  hours a day.
3          THE COURT:  I will excuse you.  Stay in your
4  chair for a minute.
5          PROSPECTIVE JUROR:  Thank you so much.
6          (Prospective juror leaves sidebar.)
7          (Prospective juror approaches sidebar.)
8          THE COURT:  167, Mr. Carter.
9          PROSPECTIVE JUROR:  My job doesn't pay me to
10 serve on jury duty, so five weeks is unreasonable.  I have
11 a mortgage.
12         THE COURT:  I will excuse you in a minute.  Stay
13 in your chair for now.
14         (Prospective juror leaves sidebar.)
15         (Prospective juror approaches sidebar.)
16         THE COURT:  177, Mr. Appanna.
17         PROSPECTIVE JUROR:  I'm on probation.  I started
18 a new job.  I cannot take five weeks off.
19         THE COURT:  What type of job?
20         PROSPECTIVE JUROR:  Automotive repair.
21         THE COURT:  I will excuse you in a minute.  Stay
22 in your chair for now.
23         (Prospective juror leaves sidebar.)
24         (Prospective juror approaches sidebar.)
25         THE COURT:  165, Gary Saddler.

71

1          PROSPECTIVE JUROR:  Travel hardship, due to
2  distance to Brooklyn.  Plus, within the five-week period
3  -- if it was one week, I can understand, would take the
4  chance.  Five-week period, since my mother is disabled,
5  any issues that happen with her, I'm the only one she can
6  call up.
7          THE COURT:  I will excuse you in a minute.  Stay
8  in your chair for now.
9          (Prospective juror leaves sidebar.)
10         (Prospective juror approaches sidebar.)
11         THE COURT:  Number 170, Ms. Marchese.
12         PROSPECTIVE JUROR:  I'm the only provider in my
13 household.  I'm a widow.  I have my elderly mother and
14 daughter at home.  Five weeks.  My company won't pay for
15 the whole thing.  I don't have enough vacation time.
16         THE COURT:  I will excuse you in a minute.  Stay
17 in your chair for now.
18         (Prospective juror leaves sidebar.)
19         (Prospective juror approaches sidebar.)
20         THE COURT:  175, Ms. Perotti.
21         PROSPECTIVE JUROR:  I just got a new position at
22 work, first full day Thursday.  I know they cannot give me
23 the position over jury duty.  I work with autistic kids.
24 I have a bunch of re-cert classes next week.  On top of
25 that, I have baby showers, wedding and bachelorette party

72

1  and wedding.  I have overtime, too, I will not get.
2          THE COURT:  I will excuse you in a minute.  Stay
3  in your chair for now.
4          (Prospective juror leaves sidebar.)
5          (Prospective juror approaches sidebar.)
6          THE COURT:  172, Mr. Heaton.
7          PROSPECTIVE JUROR:  On May 28th, I'm scheduled
8  to participate with a family wedding.
9          THE COURT:  What day of the week?
10         PROSPECTIVE JUROR:  That's actually a Thursday.
11 Planned for years.  I didn't want to miss it.  Other than
12 that, I didn't think --
13         THE COURT:  I will excuse you.  I don't want to
14 you miss that day.  Wait in your chair for now.
15         (Prospective juror leaves sidebar.)
16         (Prospective juror approaches sidebar.)
17         THE COURT:  148, Ms. Fredericks.
18         PROSPECTIVE JUROR:  Good afternoon.  I have two
19 reasons I don't feel like I'm fit for this case.  The
20 first one is that I'm a guidance counselor.  I return to
21 school once summer begins and school is out.  Right now
22 I'm working with seniors.  I feel I'm jeopardizing the
23 future of my students helping make sure they know what to
24 provide to colleges and for students who haven't had
25 secondary plans.  I'm jeopardizing the 250 students I

73

1  have.
2          THE COURT:  Okay.  It's fine.  I will excuse
3  you.  Stay in your chair for now.
4          PROSPECTIVE JUROR:  Thank you so much.
5          (Prospective juror leaves sidebar.)
6          (Prospective juror approaches sidebar.)
7          THE COURT:  129, Ms. Abatemarco.
8          PROSPECTIVE JUROR:  That would be me.  I thought
9  I would be fine, but I sat on the Garafaolo trial and
10 there were threats against the jurors' lives.  They had to
11 detain us after the guilty verdicts.  The families were
12 after us.  I really looked over my shoulder.  I still
13 check to see if he is in; he still is.  I just get this
14 whole -- it's not a good feeling.  I'm not sure -- that's
15 my question.
16         THE COURT:  Given that experience, I don't think
17 it's a good case for you.  I will excuse you in a minute.
18 Wait in the chair.
19         (Prospective juror leaves sidebar.)
20         (Prospective juror approaches sidebar.)
21         THE COURT:  195, Ms. Bruno.
22         PROSPECTIVE JUROR:  I don't know if this is
23 hardship, I started a new job.  I'm still on two months'
24 probation.  I don't know if they are going to let me
25 leave.

**74**

1  THE COURT:  Where do you work?

2  PROSPECTIVE JUROR:  It's a county job.  It's

3  two-month probation.  I didn't make it to full-time yet.

4  THE COURT:  I will excuse you.  Stay in your

5  chair for now.

6  PROSPECTIVE JUROR:  Thank you.

7  (Prospective juror leaves sidebar.)

8  (Prospective juror approaches sidebar.)

9  THE COURT:  192, Ms. Coughlan.

10  PROSPECTIVE JUROR:  My job only covers me for

11  two weeks for jury duty, so to be out for -- I'm the only

12  person in my household.  I wouldn't cover my mortgage and

13  bills.

14  THE COURT:  I will excuse you.  Stay in your

15  chair for now.

16  (Prospective juror leaves sidebar.)

17  (Prospective juror approaches sidebar.)

18  THE COURT:  138.  Give me one second.  Mr. Leo.

19  PROSPECTIVE JUROR:  I'm responsible for two

20  businesses and I was hoping to serve for a week or two.  I

21  didn't realize it would be a five-week case.  The other

22  issue is my wife's family was wiped out by Madoff.

23  THE COURT:  I will excuse you.  Stay in your

24  chair for now.

25  (Prospective juror leaves sidebar.)

**75**

1  (Prospective juror approaches sidebar.)

2  THE COURT:  191, Mr. Meisenzahl.

3  PROSPECTIVE JUROR:  Almost three years, I lost

4  my daughter-in-law to pancreatic cancer.  We try to help

5  my son out, trying to take care of the kids, get them on

6  the bus, whatever.  He is an EMT, going for paramedic,

7  which is requiring him to put in his schooling and

8  whatever, so he is going to school.  He is going into

9  Brooklyn, Manhattan, Queens, doing all his rotations for

10  his schooling, and he is really not home.  Plus he has his

11  job.

12  THE COURT:  You are taking care of his kids?

13  PROSPECTIVE JUROR:  Basically, yes.

14  THE COURT:  I will excuse you in a minute.  Stay

15  in your chair for now.

16  PROSPECTIVE JUROR:  Thank you very much.

17  THE COURT:  You are welcome.

18  (Prospective juror leaves sidebar.)

19  (Prospective juror approaches sidebar.)

20  THE COURT:  180, Ms. Mielenhausen.

21  PROSPECTIVE JUROR:  I have an elderly mother who

22  I'm responsible for taking to all her medical

23  appointments, and due to the duration of the trial, I feel

24  that that could be a hardship.

25  THE COURT:  Does she have anything scheduled

**76**

1  over the next five weeks?

2  PROSPECTIVE JUROR:  I take her every once or

3  twice a week.

4  THE COURT:  I will excuse you.  Stay in your

5  chair for now.

6  (Prospective juror leaves sidebar.)

7  (Prospective juror approaches sidebar.)

8  THE COURT:  Number 189, Mr. Sher.

9  PROSPECTIVE JUROR:  Between May 19th and the end

10  of Memorial Day, I will be -- need to be primary care for

11  my mother-in-law in Buffalo.  My brother-in-law and

12  sister-in-law are leaving.

13  THE COURT:  I will excuse you.  Stay in your

14  seat for now.

15  (Prospective juror leaves sidebar.)

16  (Prospective juror approaches sidebar.)

17  THE COURT:  Number 181, Ms. Lewis-Davis.

18  PROSPECTIVE JUROR:  Considering I travel from

19  Queens, I have to rely on the railroad and two buses to

20  get here.  I wouldn't be able to cover my expenses for the

21  five weeks to get here.

22  THE COURT:  You would get reimbursed for the

23  travel.

24  PROSPECTIVE JUROR:  Putting out the funds up

25  front to get here, I wouldn't be able to do that.  I'm a

**77**

1  single mother, one income in the house.

2  THE COURT:  I will excuse you in a minute.  Stay

3  in your chair for now.

4  (Prospective juror leaves sidebar.)

5  (Prospective juror approaches sidebar.)

6  THE COURT:  187, Mr. Rogers.

7  PROSPECTIVE JUROR:  I'm on call 24/7 for a

8  hospital for patient care.  I have to have my beeper on me

9  all times, and I am the only one in charge of the system.

10  THE COURT:  I will excuse you.  Stay in your

11  seat for now.

12  (Prospective juror leaves sidebar.)

13  (Prospective juror approaches sidebar.)

14  THE COURT:  184, Ms. Gusman.

15  PROSPECTIVE JUROR:  How are you?  Not happy to

16  say I have breast cancer, about a year and a half ago, on

17  my sixth round of testing.  Monday I have a colonoscopy I

18  have been scheduled for.

19  THE COURT:  You don't have to tell me anymore.

20  I'm going to excuse you.  Stay in your chair for a minute.

21  (Prospective juror leaves sidebar.)

22  (Prospective juror approaches sidebar.)

23  THE COURT:  Number 185, Mr. Glassman.

24  PROSPECTIVE JUROR:  I have served before and I

25  would be honored to do so again.  I have a family vacation

**78**

1  the end of the month that we have been planning for a
2  year.  30th anniversary, May 22nd.
3      THE COURT:  I will excuse you in a minute.  Stay
4  in your seat for now.
5      (Prospective juror leaves sidebar.)
6      (Prospective juror approaches sidebar.)
7      THE COURT:  198, Ms. Mezzatesta.
8      PROSPECTIVE JUROR:  I have an immediate family
9  member diagnosed with advanced cancer last week.  I'm
10  managing their care.
11      THE COURT:  I will excuse you in a minute.  Stay
12  in your chair for now.  Good luck.
13      (Prospective juror leaves sidebar.)
14      (Prospective juror approaches sidebar.)
15      THE COURT:  194, Mr. Marro.
16      PROSPECTIVE JUROR:  I have two things.  I have a
17  project at work that is due mid June.  I can't possibly
18  spend five weeks here.  And I have one car at home.  My
19  wife shuttles my three kids back and forth.
20      THE COURT:  I will excuse you in a minute.
21      (Prospective juror leaves sidebar.)
22      (Prospective juror approaches sidebar.)
23      THE COURT:  Number 196, Mr. Siclare.
24      PROSPECTIVE JUROR:  I have tickets to fly out to
25  Europe on the 26th.

**79**

1      THE COURT:  I will excuse you in a minute.  Stay
2  in your seat for now.
3      (Prospective juror leaves sidebar.)
4      (Prospective juror approaches sidebar.)
5      THE COURT:  200, Mrs. Forbell.
6      PROSPECTIVE JUROR:  My husband has cancer
7  surgery on the 17th of the month.  I was hoping I could
8  not miss that.
9      THE COURT:  You shouldn't miss that.  I will
10  excuse you in a minute.  Wait in your chair.  Good luck.
11      (Prospective juror leaves sidebar.)
12      (Prospective juror approaches sidebar.)
13      THE COURT:  Number 181.
14      Last name?
15      THE WITNESS:  Louis.  They might --
16      THE COURT:  It's 128, Saddler.
17      PROSPECTIVE JUROR:  Two-thirds of my income is
18  commission based, so when I'm not at work, it has a huge
19  financial factor.
20      THE COURT:  I will excuse you.  Stay in your
21  seat for now.
22      (Prospective juror leaves sidebar.)
23      (Prospective juror approaches sidebar.)
24      THE COURT:  197, Mr. Yu.
25      PROSPECTIVE JUROR:  Sometimes not really

**80**

1  understanding the whole --
2      THE COURT:  English?
3      THE WITNESS:  Something like that.  Some of them
4  mostly I understand.  Sometimes pass over, not really.
5  And I'm too far, too, 60 miles away.  I have to take care
6  of my house and kids.
7      THE COURT:  I will excuse you in a minute.  Stay
8  in your chair for now.
9      PROSPECTIVE JUROR:  Only one working in the
10  house.
11      THE COURT:  Wait in your seat for now.
12      (Prospective juror leaves sidebar.)
13      (Prospective juror approaches sidebar.)
14      THE COURT:  Austin, Jr., 201.
15      PROSPECTIVE JUROR:  I'm in the middle of
16  watching something very important at a construction site.
17  That, plus my attention, I can't take the chance, because
18  they're doing something with natural gas.
19      THE COURT:  I will excuse you in a second.  Stay
20  in your seat for now.
21      (Prospective juror leaves sidebar.)
22      (Prospective juror approaches sidebar.)
23      THE COURT:  Number 66, Ms. Kaur.
24      PROSPECTIVE JUROR:  Me and my husband have a kid
25  in school.  3:00, nobody home.

**81**

1      THE COURT:  I will excuse you in a minute.  Stay
2  in your seat for now.
3      (Prospective juror leaves sidebar.)
4      (Prospective juror approaches sidebar.)
5      THE COURT:  Diana Polvere, 19.
6      PROSPECTIVE JUROR:  I run a department at work,
7  so five weeks is a long time.  I could serve -- I didn't
8  know if there was another option for a case shorter.
9      THE COURT:  I will excuse you in a minute.  Stay
10  in your chair for now.
11      (Prospective juror leaves sidebar.)
12      (Prospective juror approaches sidebar.)
13      THE COURT: 23, Mr. Wu.
14      PROSPECTIVE JUROR:  I have a two-hour commute
15  each way.  I started a new job as a project manager.
16      THE COURT:  I will excuse you in a minute.  Stay
17  in your seat for now.
18      (Prospective juror leaves sidebar.)
19      (Prospective juror approaches sidebar.)
20      THE COURT:  118, Mr. Elvezio.
21      PROSPECTIVE JUROR:  So I have a business trip
22  coming up as, well as family vacation.
23      THE COURT:  When is that?
24      PROSPECTIVE JUROR:  At the -- one is the end of
25  May.  That's the family trip.  And the week after that is

82

1  my business trip.
2      THE COURT:  I will excuse you in a minute.  Stay
3  in your chair for now.
4      PROSPECTIVE JUROR:  Thank you, sir.
5      (Prospective juror leaves sidebar.)
6      THE COURT:  Give me one second.
7      (Pause)
8      THE COURT:  I think we have 90 jurors left.  I
9  think we are in good shape.  I will excuse those jurors,
10  tell them to come back at 1:30.
11      (In open court.)
12      THE COURT:  I appreciate everyone's patience.
13  If I call your name, your last name, you are excused from
14  service in this case and need to go back down to the
15  central jury room for further instructions:
16      Ms. Lewis.  Rodriguez.  Lipset.  Dottin.
17  Arundale.  Zwalsky.  Klenja.  Polvere.  Hill.  Taylor.
18  Vitarelli.  Wu.  Kornobis.  Deluca.  Lyons.  Deedy.
19  Feeney.  Rosenfeld.  Agnello.  Chang.  Sands.  Joseph,
20  that's Kerline Joseph.  Hultberg.  Liebman.  Santoro.
21  Boorum.  Vlantis.  Newman.  Loffredo.  Ostroski.
22  Esposito.  Kolasinski.  Kaur.  Talik.  Tomala.  Merhige.
23  Scott.  Augustin.  Simmons.  Rostron.  Polidori.  Kashkin.
24  Capobianco.  Suss.  Huerta, last name Mazurkiewicz.
25  Hakim.  Bruno.  Abrahante.  Marrano.  Hessel Roher.

83

1  Sheinman.  Lynch.  Gunsel.  Rozakis.  Schroder.  Mitchell.
2  Seehof.  Sohre, S-O-H-R-E.  Elvezio.  Campos.  Kaiser.
3  Beyersdorf.  Abatemarco.  Mr. Pak, P-A-K.  Cicchillo.
4  Simmons.  Mr. Leo.  Turro.  Montero.  Persico.  Melendez.
5  Fredericks.  Chavez-Torres.  Iaboni.  Covelli.  Brosnan.
6  Cadmus.  Shaw.  Veltre.  Mitzman.  Salem.  Saddler.  Guzi.
7  Carter.  Bachhuber.  Marchese.  Neydriker.  Heaton.
8  Whyte.  Perotti.  Appanna.  Mielenhausen.  Ms.
9  Lewis-Davis.  Mr. Louis.  Gusman.  Glassman.  Rogers.  Mr.
10  Sher, S-H-E-R.  Meisenzahl.  Coughlan.  Marro.  Bruno.
11  Siclare.  Mr. Yu, Y-U.  Mezzatesta.  Forbell.  Mr. Austin
12  Jr.
13      MR. LaRUSSO:  Before we conclude this part, may
14  we have a brief sidebar?
15      THE COURT:  Yes.
16      (Sidebar.)
17      MR. LaRUSSO:  I have 29, and I may have missed
18  something, but did we do 67 and 69?
19      THE COURT:  I think I called their names.
20      MR. LaRUSSO:  I missed it.
21      THE CLERK:  58.
22      THE COURT:  Blatchley.
23      MR. LaRUSSO:  That's open.
24      THE COURT:  Just 29.
25      (Sidebar concluded.)

84

1      (In open court.)
2      THE COURT:  Perlmutter is excused.
3      Okay.  Anyone else who I said I would excuse at
4  sidebar and didn't call your name?  Anyone else?
5      Did you speak to me?
6      PROSPECTIVE JUROR:  Dottin.
7      THE COURT:  You are excused.
8      For the rest of you here?
9      PROSPECTIVE JUROR:  Campos.
10      THE COURT:  Did you speak to me already?
11      PROSPECTIVE JUROR:  Yes.
12      THE COURT:  Do you remember what your number
13  was?
14      PROSPECTIVE JUROR:  No, I don't remember.
15      THE COURT:  You are excused.
16      MR. HALEY:  Your Honor --
17      PROSPECTIVE JUROR:  Your Honor, my number was
18  number 172.  Was that just for that specific day?
19      THE COURT:  Mr. Heaton, you are excused.
20      So, for everyone else, I appreciate your
21  patience and willingness to serve.  We will continue with
22  the selection process right after lunch.  We will take the
23  lunch break until 1:45.
24      There is a cafeteria downstairs on the first
25  floor, if you would like to use the cafeteria.

85

1  Unfortunately, there is not really anything in walking
2  distance, other than the cafeteria.
3      Make sure you are back at 1:45.
4      At 1:45, you are going to go back down to the
5  first floor, to the Central Jury Room, and then they are
6  going to bring you up here when we are ready.  At 1:45, be
7  back downstairs where you started in the Central Jury
8  Room.
9      I need to give you a few instructions before I
10  send you off to lunch.  First instruction -- these are
11  very important instructions.  Please listen to them.
12      The first instruction, you are not permitted to
13  discuss this case with anyone.  You are a potential juror
14  in this case.  You are not permitted to discuss the case.
15  If you call back to work or call home and they start
16  asking you what is the case about, tell them the judge
17  instructed me not to discuss the case.  Don't discuss the
18  case with each other or anyone else.
19      The second thing, you are not allowed to do any,
20  I will tell you this if you sit in the jury on this case,
21  but I will tell you, advise you now, as a potential juror,
22  you are not allowed to do any outside research about the
23  case whatsoever on the internet or anything else like
24  that.  That would be a violation of your oath as a
25  potential juror for you to do that.  A juror is only

**86**

1  allowed to base their information on the evidence in the
2  courtroom, so you cannot do any outside research about
3  this case whatsoever.
4      The final thing is that the lawyers and the
5  parties are not permitted to have any discussions with
6  you, or even to say hello or anything like that.  If you
7  see the lawyers or the parties or witnesses or anybody in
8  the court house, they are going to walk away from you,
9  turn away, because my instruction to them is they are not
10  allowed to say anything to you or even acknowledge your
11  existence.  They are not being rude.  They are following
12  my instruction.  You should do the same with those
13  instructions.
14      Please report back down to the first floor at
15  1:45.  Have a good lunch.
16      (Prospective jurors leave the courtroom.)
17      THE COURT:  Are you a potential juror?
18      PROSPECTIVE JUROR:  I just recognized a personal
19  friend on the defense.
20      THE COURT:  You have a personal friend on the
21  defense team?
22      MR. HALEY:  Yes, your Honor; yours truly.
23      THE COURT:  You are excused from service in this
24  case.
25      That's Kenneth, number 70 is excused.

**87**

1      Any other jurors in the audience?
2      PROSPECTIVE JUROR:  Sir, I didn't --
3      THE COURT:  Tell me your name.
4      PROSPECTIVE JUROR:  Nayman, N-A-Y-M-A-N, Judy,
5  in the last third.
6      THE COURT:  Number 113.
7      What's the issue.
8      PROSPECTIVE JUROR:  I didn't consider it as
9  extraordinary.  You emphasized extraordinary.
10      THE COURT:  The lawyers can approach.
11      PROSPECTIVE JUROR:  I baby-sit for a special
12  needs grandchild after school.  If I don't leave here,
13  even specifically today, by 3:00, it's going to be an
14  issue.
15      THE COURT:  I will excuse you.  Go back down to
16  the first floor.
17      PROSPECTIVE JUROR:  Thank you very much.
18      THE COURT:  Number 113.
19      I want to start at 1:45 sharp.  I think we can
20  get this done today if we are efficient this afternoon.
21      I will see you at 1:45.
22      Thank you.
23      (Luncheon recess taken at this point.)
24      (Continued on the next page.)
25

**88**

1      A F T E R N O O N   S E S S I O N
2      THE COURT:  Are we ready to bring up the panel?
3      MR. HALEY:  Yes, sir, thank you.
4      Judge, while we're waiting for the jury, it's
5  the Court's intention to read off the prospective
6  witnesses?
7      THE COURT:  Yes.  You have additional names.
8      MR. HALEY:  Judge, there is some overlap and if
9  I might your Honor, just mention seven names.
10      THE COURT:  Why don't you come up to sidebar.
11      (Continued on next page.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**89**

1      (Whereupon, the following occurred at sidebar.)
2      MR. HALEY:  Your Honor, if I may this may only
3  take a moment.  There may be some overlap.  Prospective
4  Kenner witnesses will be Vincent Tesoiero,
5  T-E-S-O-I-E-R-O.  Michael Stolper, he's an
6  attorney S-T-O-L-P-E-R, Jason Wooley, W-O-O-L-E-Y.
7  Mattias M-A-T-I-A-S Frostrom, F-R-O-S-T-R-O-M.  William
8  Metlin, Greg DeVries D- small e V-R-I-E-S.  Rem Murray.
9      THE COURT:  Mr. La Russo, do you have names,
10  too.
11      MR. LA RUSSO:  Yes.  When he came out I had my
12  client write down the witnesses we talked about the last
13  week or so.  He's doing it and we'll have in about two
14  minutes.  I want.
15      THE COURT:  Okay.
16      MR. LA RUSSO:  Sample.
17      THE COURT:  That's fine, I'm going to mark this
18  as a court exhibit so I'll use the second reading.
19      MR. LA RUSSO:  D'Ambrosio, Dorchester, Gonchar,
20  Rozenboom, Larsen, Bailey, Devine and Barkedull, Raymond
21  Murray, Jason Murray.
22      THE COURT:  Okay.  Thanks.
23      (Continued on next page.)
24
25

90

1              (Whereupon, the following occurred in open
2 court.)
3              THE CLERK:  Mr. McCooey.
4              THE COURT:  The lawyers come up to the sidebar.
5              (Continued on next page.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

91

1              (Whereupon, the following occurred at sidebar.)
2              (Prospective juror approaches sidebar.)
3              THE COURT:  Tell me your last name.
4              A PROSPECTIVE JUROR:  McCooey.
5              THE CLERK: 116.
6              THE COURT:  Okay.
7              A PROSPECTIVE JUROR:  It's my son's confirmation
8 next week and I really can't miss that.
9              THE COURT:  What day of the week is that?
10              A PROSPECTIVE JUROR:  Tuesday.
11              THE COURT:  Okay.  I'll excuse you.  Go back to
12 one.
13              A PROSPECTIVE JUROR:  I appreciate it.
14              (Juror excused.)
15              THE COURT:  Okay, ladies and gentlemen, I want
16 to thank you again for your patience and we are now going
17 to ask you some additional questions.  If you have a yes
18 answer to any of my questions just raise your hand and if
19 necessarily we'll come up and we'll discuss it at sidebar.
20              Next question is, do any of you have any
21 difficulty with your sight or your hearing that could
22 affect your perception of the proceeding?  Anyone have any
23 difficulty with sight or hearing that could affect their
24 perception of the proceeding?  Why don't we take those at
25 sidebar.

92

1              (Whereupon, the following occurred at sidebar.)
2              THE CLERK:  96.
3              (Prospective juror approaches sidebar.)
4              THE COURT:  Mr. Culfan, what's the problem?
5              A PROSPECTIVE JUROR:  In this particular
6 courtroom I'm having difficulty hearing so I mean that was
7 the question, if it's visual or hearing.  And downstairs I
8 had no problem hearing.  But in this particular courtroom,
9 I don't know if it's because of the air conditioning or
10 the volume is down a little low on the microphone, I'm not
11 sure.
12              THE COURT:  If I speak up do you think that
13 you'll be able to be okay?
14              A PROSPECTIVE JUROR:  I think so.  I do want to
15 make you aware of it.  This morning I noticed I was
16 cringing and trying to hear you, I was having difficulty.
17 I just recently -- I wasn't aware of it, but I've recently
18 been diagnosed with a little bit of a hearing problem.
19              THE COURT:  Were you able to hear the summary of
20 the case this morning?
21              A PROSPECTIVE JUROR:  Yes.
22              THE COURT:  I'll keep my voice up.  If you are
23 having any trouble hearing at any point, just raise your
24 hand.
25              A PROSPECTIVE JUROR:  Okay, I'll raise my hand.

93

1              (Prospective juror leaves the sidebar.)
2              (Prospective juror approaches sidebar.)
3              THE COURT:  Hi, number 54.  What's the issue?
4              A PROSPECTIVE JUROR:  I have some hearing loss
5 in my left ear, about 30 percent, so it is difficult for
6 me to hear.
7              THE COURT:  Were you able to hear me so far?
8              A PROSPECTIVE JUROR:  Yes.
9              THE COURT:  I'm going to use the mike upstairs,
10 you should be fine.
11              A PROSPECTIVE JUROR:  If you speak a little bit
12 louder.
13              THE COURT:  I will.
14              (Prospective juror leaves the sidebar.)
15              (Prospective juror approaches sidebar.)
16              THE COURT:  Can I have your number?
17              A PROSPECTIVE JUROR:  John Gildein.
18              THE COURT: 83.  Mr. Gildein?
19              A PROSPECTIVE JUROR:  Yes.  I have severe
20 tinnitus and I have trouble understanding what you're
21 saying if I'm in the back in the courtroom.  If I'm in the
22 front I'm all right.
23              THE COURT:  You can sit closer.  Were you able
24 to hear my summary of the case?
25              A PROSPECTIVE JUROR:  Bits and pieces, not whole

94

1    thing.  I have --
2         THE COURT:  I'm going to excuse you then if you
3    didn't hear the summary.
4         A PROSPECTIVE JUROR:  That's okay.  I'd like to
5    serve, but thank you, sir.  That's good.
6         THE COURT:  Just go down.
7         (Prospective juror leaves the sidebar.)
8         (Prospective juror approaches sidebar.)
9         THE COURT:  Number 2, Ms. Douglas?
10        A PROSPECTIVE JUROR:  Yes.
11        THE COURT:  What's the issue?
12        A PROSPECTIVE JUROR:  I don't know that it would
13   interfere with my being able to serve, but I do have a
14   hearing loss, I do wear a hearing aid.  I have been
15   straining a little bit to hear you today.
16        THE COURT:  I'll keep my voice up, if you can't
17   hear me, let me know.  Were you able to hear the summary
18   of the case?
19        A PROSPECTIVE JUROR:  So far, just a little bit
20   of a strain to do.
21        THE COURT:  All right.
22        (Prospective juror leaves the sidebar.)
23        (Prospective juror approaches sidebar.)
24        THE COURT:  Number 39.  One second.  Koenig.
25        Anything.

95

1         A PROSPECTIVE JUROR:  I had had optic nerve
2    neuritis and my eyesight is currently is corrected to
3    20/40.  When I called my husband he told me his job was
4    folding and he said I would have to look for a full-time
5    job because we have two kids going to college.
6         THE COURT:  I'll excuse you.  Go back to one,
7    okay.  Thanks.
8         (Continued on next page.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

96

1         (Whereupon, the following occurred in open
2    court.)
3         THE COURT:  Next question is do any of you have
4    any difficulty understanding or reading English?  Any
5    problem with English language?
6         Next question, do any of you have any religious,
7    moral or ethical beliefs that would prevent you from
8    passing judgment on another person?
9         Next question:  Do any of you know anything
10   about the facts of this case or have you heard or read
11   anything about the facts of this case?
12        At this time I want to take the opportunity to
13   introduce the parties to you.  Mr. Phillip Kenner and
14   Mr. Tommy Constantine are the defendants in this case.
15   Mr. Kenner, would you please stand and face the audience.
16   Thank you.  Mr. Kenner is represented by Mr. Richard Haley
17   of the law firm of Haley Weinblatt and Calcagni LLP.
18   Mr. Haley, can you please stand and face the audience.
19        MR. HALEY:  Good afternoon.
20        THE COURT:  And Mr. Constantine, would you
21   please stand and face the audience.  Thank you.
22   Mr. Constantine is represented by Robert La Russo and
23   Andrew Oliveras of La Russo and Conway LLP.  Thank you.
24        Prosecutions in this district are brought on
25   behalf of the United States by the United States Attorney

97

1    for the Eastern District of New York.  In this case the
2    government will be represented by Assistant United States
3    Attorneys Saritha Komatireddy and James Miskiewicz.
4         MR. MISKIEWICZ:  Good afternoon.
5         THE COURT:  They are being assisted at counsel
6    table by Special Agent from the IRS Joshua Wayne and
7    special agent from the FBI Matthew Galioto.  Do any of you
8    know or have you any personal or business dealings with
9    any of these parties or their counsel?  Do any of you know
10   or have any of you have had personal business directly or
11   indirectly with any of the associates, their parties or
12   their attorneys.  Why don't you come up, sir.
13        (Continued on next page.)
14
15
16
17
18
19
20
21
22
23
24
25

98

1    THE COURT:  You can come up what's your name.

2    A PROSPECTIVE JUROR:  Vastian Joseph.

3    THE COURT:  What's the last name?

4    A PROSPECTIVE JUROR:  Joseph.

5    THE CLERK:  Number 40.

6    THE COURT:  Yes.  Go ahead.

7    A PROSPECTIVE JUROR:  My cousin is a lawyer, he

8  knows the case and everything.

9    THE COURT:  Your cousin is a lawyer and he knows

10  this case?

11    A PROSPECTIVE JUROR:  No.  No.  He's a lawyer.

12    THE COURT:  Your cousin is a lawyer?

13    A PROSPECTIVE JUROR:  Yes.

14    THE COURT:  Does he have anything to do with

15  this particular case?

16    A PROSPECTIVE JUROR:  No.

17    THE COURT:  Is there anything about that fact

18  that your cousin is a lawyer that would affect your

19  ability to be fair and impartial.

20    A PROSPECTIVE JUROR:  No.

21    THE COURT:  You don't know?  What are you

22  worried about?

23    A PROSPECTIVE JUROR:  I don't worry about

24  nothing.

25    THE COURT:  Why don't you step back for a moment

99

1  so I can speak to the lawyers.

2    (Prospective juror leaves the sidebar.)

3    MR. LA RUSSO:  No problem.

4    MR. HALEY:  No problem, I agree.

5    (Prospective juror approaches sidebar.)

6    THE COURT:  Mr. Joseph, I'm going to excuse you

7  go back to one, okay.  First floor.

8    A PROSPECTIVE JUROR:  Right now?

9    THE COURT:  Right now.

10    A PROSPECTIVE JUROR:  Thank you.

11    (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

100

1    (Whereupon, the following occurred in open

2  court.)

3    THE COURT:  Have any of you, a relative or close

4  friend, ever been employed by or had any dealings with any

5  of the parties?

6    Next question:  Is there any member of the panel

7  who is familiar with any else in the courtroom, including

8  all court personnel or myself?

9    The next thing that I'm going to do is I'm going

10  to read a fairly long list of names to.  You, these are

11  individuals who may and I stress the word may be called to

12  testify as witnesses at trial or their names may be

13  mentioned during the course of the trial.  So these are

14  just names that may come up during trial or people who may

15  testify during the trial.  So I'm going to ask you to

16  listen to the names.  I know it's hard when you don't have

17  a face to associate to the name, but do the best you can

18  to see if you recognize any of these names or at the end

19  going to read off some entities to you as well.

20    Special Agent Christopher Petrellese of the FBI,

21  Special Agent Robert Crisalli of the FBI, Special Agent

22  Suzanne Allen of the FBI, Special Agent Robert Meshinsky

23  of the FBI, Special Agent Jeremy Capello of the FBI, Bryan

24  Berard, Michael Peca, Kristin Peca, Darryl Sydor, Steven

25  Rucchin, Owen Nolan, Joe Juneau, Jay McKee, William

101

1  Ranford, Tyson Nash, Glenn Murray, Sergei Gonchar, Mattias

2  Norstrom, Greg DeVries, Rem Murray, Ethan Moreau, Dan

3  Boyle, John Kaiser, Eric Kaiser, Ethyl Kaiser, Nicholas

4  Privitello, Timothy Gaarn, Ronald Richards, Esq., Jeff

5  Bailey, Ricardo Banciella, Shimon Betesh, Will Castro,

6  Mark D'Ambrosio, Lani Donlan, Jeff Dorchester, Eric

7  Edenhohn, Mia Edrozo, Linda Elliott, Sue Ellen Ferguson,

8  Robert Gaudet, Chris Giglio, C.R. Gentry, Patrick Gonya,

9  James Grahame, James Grdina, Kenneth Jowdy, Chris

10  Manfredi, Aaron Mascarella, Peter Melley, Kristie Myrick,

11  Brent Nerguzian, Steven Ross, Black Rosser, Richard

12  Rozenboom, Derek Sanderson, Jackson Stuart, Alan Worden,

13  Tommy Hormovitis, Vincent Tesoriero, T-E-S-O-R-I-E-R-O,

14  Michael Stoffer, James Wholley, W-H-O-L-L-E-Y, I said this

15  name already Matias Frostrom, William Metlin, Greg

16  DeVries, Rem Murray, Bob Sample, Mark d'Ambrosio, Jeff

17  Dorchester, I think some of these I've said already, Serge

18  Gonchar, Rick Rozenboom, Jack Larsen, Jeff Bailey, Greg

19  DeVries, Mark Barstow, Rem Murray, Jason Wooley, Donny

20  Ray, Mia Edroso, Craig Johnson.

21    Now I'm going to read off the name of the

22  entities or companies Eufora LLC, Constantine Management

23  Group, Ltd., Urban Expansion LLC, Palms Place, AZ Eufora

24  Partners, AZ Avalon Partners LLC, AZ Falcon Partners LLC,

25  Little Isle -- 4 Isle IV LLC, Big Isle IV Ventures LLC,

102

1  Big Isle V Ventures, LLC, Big Isle VI Ventures LLC. Kau,
2  K-A-U Holding Companies LLC, Ula, U-L-A Makika,
3  M-A-K-I-K-A LLC, the next I'll spell Na'alehu
4  N-A-'-A-L-E-H-U Ventures LLC. Led Better Development
5  Company, and then JB AZ Consulting. Windwalker Real
6  Estate, Neptune Company, and then the last one is an
7  address, 10705 East Cactus Road, Scottsdale Arizona.
8        Having heard those names and entities and that
9  address, do any of you believe that you know or know about
10 or have had any dealings with these individuals or
11 entities or the location?
12       Why don't you come up.
13       (Continued on next page.)
14
15
16
17
18
19
20
21
22
23
24
25

103

1        (Whereupon, the following occurred at sidebar.)
2        (Prospective juror approaches sidebar.)
3        THE COURT: Number 11. Let me get your last
4  name.
5        THE COURT: Mr. Connelly.
6        A PROSPECTIVE JUROR: When you mentioned before
7  that the NHL hockey players, and when you mentioned Bryan
8  Berard, I heard from the newspapers there was a fraud and
9  they lost a lot of money.
10       THE COURT: You heard from the new?
11       A PROSPECTIVE JUROR: Heard from the newspapers.
12       THE COURT: I'm going to excuse you. Go back
13 down to one, okay. Thank you.
14       (Prospective juror leaves the sidebar.)
15       (Prospective juror approaches sidebar.)
16       A PROSPECTIVE JUROR: Hello.
17       THE COURT: Number 121. Mr. Tormey.
18       A PROSPECTIVE JUROR: Tormey.
19       THE COURT: Yes, sir.
20       A PROSPECTIVE JUROR: I know they're players,
21 that's all.
22       THE COURT: Do you know anything about the case?
23       A PROSPECTIVE JUROR: No.
24       THE COURT: So you're a hockey fan then?
25       A PROSPECTIVE JUROR: Right.

104

1        THE COURT: Is there anything about that, the
2  fact that hockey players may be witness in this case is
3  something -- alleged to be victims in case -- lead you to
4  believe that you couldn't be fair and impartial in this
5  case?
6        A PROSPECTIVE JUROR: No.
7        THE COURT: Okay.
8        (Prospective juror leaves the sidebar.)
9        (Prospective juror approaches sidebar.)
10       THE COURT: Number 127, Mr. Shauer.
11       A PROSPECTIVE JUROR: I just recognize a bunch
12 of the people who are players in the National Hockey
13 League.
14       THE COURT: Are you a hockey fan?
15       A PROSPECTIVE JUROR: Big hockey fan.
16       THE COURT: As you heard my summary, some hockey
17 players are alleged to be victims in this case and may be
18 witnesses in the case. Is there anything about that that
19 would affect your ability to be fair and impartial?
20       A PROSPECTIVE JUROR: I mean I know some of
21 them, one of them is on the Rangers, and I'm kind of a big
22 Ranger fan.
23       THE COURT: I'm going to excuse you. Go back
24 down.
25       A PROSPECTIVE JUROR: Thank you.

105

1        (Prospective juror leaves the sidebar.)
2        (Prospective juror approaches sidebar.)
3        THE COURT: Number 119, Ms. Kurkowski?
4        A PROSPECTIVE JUROR: Yes. I've heard Mike Peca
5  and Gonchar. I'm a season ticket holder, I know the
6  names. I don't know anything other than that.
7        THE COURT: As you heard in my summary of the
8  case, it's alleged that some of the hockey players were
9  victims in the case.
10       A PROSPECTIVE JUROR: Right.
11       THE COURT: And some of them may be witnesses in
12 the case.
13       A PROSPECTIVE JUROR: Right.
14       THE COURT: Is there anything about that that
15 would affect your ability to be fair and impartial?
16       A PROSPECTIVE JUROR: No. I don't think so.
17       THE COURT: Okay.
18       (Prospective juror approaches sidebar.)
19       THE COURT: Number 176. Mr. McCarthy.
20       A PROSPECTIVE JUROR: Yes. Your Honor, just Led
21 Better Golf, that's a very well-known name, I've never had
22 any dealings with them.
23       THE COURT: I don't think it's Led Better, I
24 think it's something else.
25       A PROSPECTIVE JUROR: Okay. Thank you.

106

1     (Continued on next page.)

2     (Whereupon, the following occurred in open

3   court.)

4     THE COURT:  Anyone else?

5     (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

107

1     (Whereupon, the following occurred in open

2   court.)

3     THE COURT:  All right.  Ladies and gentlemen,

4   the next step is we're going to call 42 names and when

5   your name is called I'm going could ask you come up here

6   and sit in one of these chairs and then we're going to ask

7   some additional questions.  Okay.  So juror number one is

8   Wanda Boone-Banks.  Ms. Boone-Banks, if you can sit in the

9   first chair on the floor here closest to me.  Juror number

10  two, James Gleeson.  Juror number three, George Imperiale.

11  Juror number 4, Ronald Palandrani.  Juror number five,

12  Mohamed Bacchus.  Juror number six, Victoria Motherway.

13  Juror number seven, Brian Connelly.  Juror number eight,

14  Mr. Matthew Rueger.  Juror number nine, Gary Tighe,

15  T-I-G-H-E.  Juror number 10, Joanne Perkins.  Juror number

16  11, Stephanie Pace, juror number 12, Michael Cardarelli.

17  Mr. Cardarelli, you're going to take the first seat in the

18  second row closest to me.  Juror number 13, Daniel Walsh.

19  Juror number 14, Jaime Vitalicio, Jr. Juror number 15,

20  Ellen McGuire.  You can actually go that way so you don't

21  have to walk over everybody.  Juror number 16, Andrea

22  Vetter.  Juror 17, Christopher Dere, D-E-R-E.  Juror 18,

23  Steven Markowitz, juror 19, John Stoddard.  Juror 20,

24  Bonnie Garelick.  Juror 21, Marci Mainzer.  Juror 22, Yan

25  Mou Li, L-I.  What's your name, ma'am, the one sitting

108

1   down right now, what the your name?

2     A PROSPECTIVE JUROR:  Donna Garelick.

3     THE COURT:  About 23, Grace Bernstein.  24,

4   Melissa Angelone.  Juror 25, Cindy Simon.  Juror 26,

5   Robert Tesseo.  Mr. Tesseo, you'll be in the last row

6   closest to me in the first seat.

7     Juror 27, Nicole Hanisch-Doepp, D-E-O-P-P.

8   Juror 28, Patricia O'Mallon.  Juror 29, Sap Sam Lao,

9   L-A-O, last name.  Juror 30, Donald J. Sparks.  Juror 31,

10  Matthew Hoffman.  Juror 32, Rossennel Mangalindan.  33

11  Joseph Macias, M-A-C-I-A-S.  Juror 34, Christine Douglas.

12  Juror 35, Joseph Vitiello.  Juror 36, Harold Kislik,

13  K-I-S-L-I-K.  37, Brigid Kinney.  38, Thomas Romano.

14  Thomas Romano?  No answer.

15    38, Albert Kolfan, K-O-L-F-A-N.  39 Hillary

16  Wilson.  Juror 40, Kenneth Wiesmann.  41, Marie McCarthy.

17  42, Patricia Speckin, S-P-E-C-K-I-N.  Ms. Speckin, you can

18  go around the other way.  I'm sorry, you can't get

19  through.  I'm sorry, I don't think that you can get

20  through there.  Usually there's a space there.  Okay.  So

21  those of you whose names I called I'm going to ask you

22  some more questions.  If you have a yes answer for any of

23  my questions raise your hand and if you want to speak at

24  sidebar to answer the question just let know and you'll

25  come up to sidebar to do it.  This is very important,

109

1   those of you who are in the audience as potential jurors

2   you need to listen to the questions that I'm asking the

3   group of 42, because if I excuse one of them in a moment,

4   we're going to call another name and your name might be

5   called, and if you haven't listened to the questions and I

6   have to repeat every single question for every person that

7   comes up, that will take a long time.  Those in the

8   audience, make note of the questions and if you have any

9   yes answers to the questions, when I call your name you're

10  going to have to let me know about that.  Okay?  And

11  things will go much quicker today.

12    So, under the law, the facts are for the jury to

13  determine and the law is for the Court.  The two areas are

14  separate and distinct.  At the end of the case I will

15  instruct you on the law, and you are required to accept

16  the law as I explain it to you.

17    It will be your job to determine the facts under

18  my instructions or explanation of the law.  Do any of you

19  believe that you would be unable to apply the law as I

20  explain it even if you disagree with it?

21    Okay.  Why don't you approach?

22    (Continued on next page.)

23

24

25

110

1          (Whereupon, the following occurred at sidebar.)

2          (Prospective juror approaches sidebar.)

3          THE COURT:  What's the concern, Mr. Tesseo?

4          A PROSPECTIVE JUROR:  Yes.  About 20 years ago I

5    lost about $10,000 to an investment company similar to

6    this, I know I would be biased in the case.

7          THE COURT:  Okay.  Go back to one.  Thank you.

8          A PROSPECTIVE JUROR:  Thank you.

9          MR. LA RUSSO:  Which number is that?

10         THE COURT:  This is number 26, Tesseo.

11         (Prospective juror leaves the sidebar.)

12         (Prospective juror approaches sidebar.)

13         THE COURT:  What's your name?

14         A PROSPECTIVE JUROR:  Jaime Vitalicio.

15         THE COURT:  Let make sure that I can get your

16   number here.  Number 14.  Okay.  Go ahead.

17         A PROSPECTIVE JUROR:  I have a problem with the

18   language.

19         THE COURT:  You have a problem with the

20   language?

21         A PROSPECTIVE JUROR:  Yes.

22         THE COURT:  I'll send you back down.

23         (Prospective juror leaves the sidebar.)

24         (Continued on next page.)

25         THE COURT:  Anyone else?

111

1          MR. LA RUSSO:  In light of the excused, there

2    are victims of the investor fraud.  I know you turned down

3    my request.  I'm going to request, but not in the exact

4    same wording.

5          MR. LA RUSSO:  Okay, thank you, Judge.

6          (Continued on next page.)

112

1          (Whereupon, the following occurred in open

2    court.)

3          THE COURT:  We'll fill see the number 14.  Juror

4    number 14 will now be Pearl Olsen.

5          And juror number 26 will be Christina Petrino.

6    Ms. Olsen and Ms. Petrino, did you hear my question, do

7    you have a yes answer to that question?

8          A PROSPECTIVE JUROR:  No.

9          A PROSPECTIVE JUROR:  No.

10         THE COURT:  Next, a criminal defendant has the

11   right not to testify.  If the defendant does not testify,

12   the jury may not draw any inference against him based on

13   that decision.  The fact that a defendant chooses not to

14   testify may not enter into the jury's deliberation.

15         Do any of you believe that you would be unable

16   to accept and apply this rule of law?  Okay.

17         Next question:  Under the law, a defendant is

18   presumed to be innocent and cannot be found guilty of the

19   crimes charged in the indictment unless a jury, after

20   having heard all of the evidence in the case, unanimously

21   decides that the evidence proves his guilt beyond a

22   reasonable doubt.

23         Do any of you believe that you would be unable

24   to accept and apply this rule of law?

25         Okay, next question:  I will further instruct

113

1    the jury that in a criminal case the burden of proof

2    remains with the prosecution at all times.  In order for

3    the jury to return a verdict of guilty, the prosecution

4    must prove beyond a reasonable doubt that a defendant is

5    guilty.  A person charged with a crime has absolutely no

6    burden to prove that he is not guilty.

7          Do any of you believe that you would be unable

8    to accept and apply this rule of law?  Okay.  Next. I will

9    instruct the jury that it is required by law to make its

10   decision solely on the basis of evidence or lack of

11   evidence presented in court and not on the basis of

12   speculation, suspicion, sympathy or prejudice a juror may

13   have.

14         Do any of you believe that you would be unable

15   to accept and apply this rule of law?

16         Next question, do any of you have any

17   prejudice -- bias or prejudice concerning the police, the

18   Department of Justice or any law enforcement agency that

19   would lead you to be prejudiced either in favor of or

20   against the government in a criminal prosecution?

21         Okay.  Why don't we take those at sidebar.

22   We'll do it by row.  First row first.

23         (Continued on next page.)

114

1    (Whereupon, the following occurred at sidebar.)

2    (Prospective juror approaches sidebar.)

3    THE COURT:  Mr. Connelly.

4    A PROSPECTIVE JUROR:  I'm a retired police

5  officer, a retired lieutenant from the police department.

6    THE COURT:  Given it's going to be law

7  enforcement officers testifying in this case, do you think

8  that you can be fair and impartial in this case?

9    A PROSPECTIVE JUROR:  I think that I can.  It's

10  up to you.

11    THE COURT:  I can't read your mind.

12    A PROSPECTIVE JUROR:  No.  I can.  Yes.

13    THE COURT:  Okay.  Anyone else in the first row?

14  Second row.

15    MR. LA RUSSO:  He was number what?

16    THE COURT:  Seven.

17    (Prospective juror approaches sidebar.)

18    THE COURT:  What's your last name.

19    A PROSPECTIVE JUROR:  Cardarelli, Michael.

20    THE COURT:  Number 12, Cardarelli, right?

21    A PROSPECTIVE JUROR:  Yes, sir.

22    THE COURT:  Go ahead.

23    A PROSPECTIVE JUROR:  I'm not biased but I'm a

24  probation officer, a peace officer.

25    THE COURT:  Peace officer or probation?

115

1    A PROSPECTIVE JUROR:  Probation officer.

2    THE COURT:  For what entity.

3    A PROSPECTIVE JUROR:  For Nassau County.

4    THE COURT:  Let me ask you, there's going to be

5  law enforcement officers who are going to testify in the

6  case.  Do you think given your line of work that you can

7  be fair and impartial to both sides in the case?

8    A PROSPECTIVE JUROR:  I believe that I can, yes.

9    THE COURT:  All right.  Thank you.

10    A PROSPECTIVE JUROR:  Go sit down?

11    THE COURT:  Yes.

12    (Prospective juror leaves the sidebar.)

13    (Prospective juror approaches sidebar.)

14    THE COURT:  Anyone else in the second row?

15  What's your name?

16    A PROSPECTIVE JUROR:  Mangalindan.

17    THE COURT:  One second you're in the third row,

18  32.  Go ahead.  What's the issue?

19    A PROSPECTIVE JUROR:  I might be biased with the

20  defense.

21    THE COURT:  With the defense?

22    A PROSPECTIVE JUROR:  Yes.

23    THE COURT:  So you're against the defense you

24  mean?

25    A PROSPECTIVE JUROR:  Always.

116

1    THE COURT:  I'm going to excuse you.  Go back to

2  one.  All right.

3    (Prospective juror leaves the sidebar.)

4    (Prospective juror approaches sidebar.).

5    THE COURT:  Can you state your name?

6    A PROSPECTIVE JUROR:  My name is Sap Sam Lao.  I

7  don't understand you.

8    THE COURT:  Number 29, what's the issue?

9    A PROSPECTIVE JUROR:  I don't understand too

10  much English.

11    THE COURT:  Okay.  Go back to one.

12    A PROSPECTIVE JUROR:  Thank you.

13    (Prospective juror leaves the sidebar.)

14    (Prospective juror approaches sidebar.)

15    THE COURT:  Can you state your name for the

16  record.

17    A PROSPECTIVE JUROR:  Nicole Hanish,

18  H-A-N-I-S-H.

19    THE COURT:  Number 27, go ahead.

20    A PROSPECTIVE JUROR:  My husband is a New York

21  State police officer, so anything against the police I

22  probably wouldn't be in favor of.

23    THE COURT:  I'm going to send you back to one,

24  okay.

25    (Prospective juror leaves the sidebar.)

117

1    (Prospective juror approaches sidebar.)

2    THE COURT:  Hi.  Marie McCarthy.

3    THE COURT:  Number 41, okay.

4    A PROSPECTIVE JUROR:  I don't have any bias, but

5  my husband was a police officer, my father was a police

6  officer, my grandfather was a police officer, and I worked

7  as a dispatcher for ten years with the police department.

8    THE COURT:  Which entity?  What police

9  department did you work for?

10    A PROSPECTIVE JUROR:  Floral Park.

11    THE COURT:  Okay.  There are going to be law

12  enforcement officers various agencies that are going to

13  testify in this case, and given your work and your

14  family's work, do you think that you can be fair and

15  impartial to both sides in the case?

16    A PROSPECTIVE JUROR:  Yes, I do.

17    THE COURT:  Thank you.

18    A PROSPECTIVE JUROR:  Go back?

19    THE COURT:  Yes.

20    (Continued on next page.)

21

22

23

24

25

118

1       (Whereupon, the following occurred in open
2   court.)
3       THE COURT:  Anyone else?
4       THE COURT:  I'm going to fill those empty seats.
5   Seat number 27 will be Jenise Muktadir, M-U-K-T-A-D-I-R.
6       Sir, did you hear my questions?  Do you have any
7   yes answers.
8       A PROSPECTIVE JUROR:  No.
9       THE COURT:  You can sit down.
10      THE COURT:  Juror 29, will be Mariama L.
11  Barrie-Diamond.  Did you hear my questions?  Do you have
12  any yes answers?
13      A PROSPECTIVE JUROR:  No.
14      THE COURT:  Why don't you come up.  I can't hear
15  you.
16      (Continued on next page.)
17
18
19
20
21
22
23
24
25

119

1       (Whereupon, the following occurred at sidebar.)
2       (Prospective juror approaches sidebar.)
3       THE COURT:  Hi.  What's the issue?
4       A PROSPECTIVE JUROR:  I'm dyslexic, I don't
5   write like that, I can't write that because of my
6   dyslexia.
7       THE COURT:  You can't write?
8       A PROSPECTIVE JUROR:  I write but -- I
9   understand.
10      THE COURT:  Do you read documents?
11      A PROSPECTIVE JUROR:  I'm a writer, but I'm
12  dyslexic.
13      THE COURT:  I think that should be fine.
14      A PROSPECTIVE JUROR:  Thank you, sir.
15      (Continued on next page.)
16
17
18
19
20
21
22
23
24
25

120

1       (Whereupon, the following occurred in open
2   court.)
3       THE COURT:  Juror number 32, Jennifer Leone.
4   Good afternoon, Ms. Leone, did you hear my questions?
5       A PROSPECTIVE JUROR:  I did.
6       THE COURT:  Do you have any yes answers?
7       A PROSPECTIVE JUROR:  I don't.
8       THE COURT:  You can be seated.
9       The next question to each of you is the
10  following:  You heard my summary of the charges and the
11  allegations in this case, a summary of it.  Having heard
12  that, is there anything about the meaning of the charges
13  in this case that would prevent you from rendering a fair
14  and impartial verdict on the charges based solely on the
15  evidence presented in court?
16      Next question, have you ever had any negative
17  experience with an investment advisor or a real estate
18  development firm?  Why don't you come up one by one.
19      (Continued on next page.)
20
21
22
23
24
25

121

1       (Whereupon, the following occurred at sidebar.)
2       (Prospective juror approaches sidebar.)
3       A PROSPECTIVE JUROR:  Ms. Bonnie Garelick.
4       THE COURT:  20, okay, go ahead.
5       A PROSPECTIVE JUROR:  My son-in-law used to work
6   in a boiler room in an investment company that wasn't
7   completely legitimate.  I don't know if that has any
8   bearing on this case or not, but it kind of influences the
9   way that I see certain people.
10      THE COURT:  I'm going send you back down.  Thank
11  you.
12      A PROSPECTIVE JUROR:  Go back downstairs?
13      THE COURT:  Yes.
14      (Prospective juror leaves the sidebar.)
15      (Prospective juror approaches sidebar.)
16      THE COURT:  What's your name, please.
17      A PROSPECTIVE JUROR:  Brigid Kinney.
18      THE COURT:  Number 37.  Go ahead.
19      A PROSPECTIVE JUROR:  About I guess 30 years ago
20  I was a young, young girl I invested for tax purposes, tax
21  shelters with a real estate firm in Wichita, Kansas, I got
22  tax benefits from it but I didn't make any money.
23      THE COURT:  Do you believe that you were the
24  victim of any fraud?
25      A PROSPECTIVE JUROR:  No.

122

1        THE COURT:  The investment didn't work out?
2        A PROSPECTIVE JUROR:  Yes, it was a farm
3   building that didn't work out.
4        THE COURT:  Is there anything about that
5   experience that would affect your ability to be fair and
6   impartial?
7        A PROSPECTIVE JUROR:  No.  It was a defense
8   plant and they took the contract away.
9        THE COURT:  Okay.  Thank you.
10       (Prospective juror leaves the sidebar.)
11       THE COURT:  Anyone else?  Mr. La Russo, if you
12   want to ask a direct question?
13       MR. LA RUSSO:  I'd like to just confront it
14   given a victim of an investment fraud, period.  Thank you.
15       THE COURT:  Okay.  Stay here.
16       (Continued on next page.)
17
18
19
20
21
22
23
24
25

123

1        (Whereupon, the following occurred in open
2   court.)
3        THE COURT:  Next question:  Have any of you, a
4   member of your family or close friend ever been the victim
5   of an investment fraud?  You, a member of your family or
6   close friend ever been the victim of an investment fraud?
7   Why don't you come up.
8        (Continued on next page.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

124

1        (Whereupon, the following occurred at sidebar.)
2        (Prospective juror approaches sidebar.)
3        THE COURT:  Hi, can you state your name.
4        A PROSPECTIVE JUROR:  Gary Tighe number nine.
5        THE COURT:  Go ahead, Mr. Tighe.
6        A PROSPECTIVE JUROR:  I was an investor in a
7   public company where the principal absconded with most of
8   the funds.  I don't know if --
9        THE COURT:  How long ago was that.
10       A PROSPECTIVE JUROR:  10 years.
11       THE COURT:  What was the company?
12       A PROSPECTIVE JUROR:  Actrade, I was appointed
13   on the equity holders committee by the SEC when they
14   liquidated it.
15       THE COURT:  Okay.  I'm going to excuse you from
16   this case given that experience, okay.  Just go back down
17   to one.  Thanks.
18       A PROSPECTIVE JUROR:  Okay.
19       (Prospective juror leaves the sidebar.)
20       (Prospective juror approaches sidebar.)
21       THE COURT:  Hi, can you state your name.
22       A PROSPECTIVE JUROR:  Jennifer Leone.
23       THE COURT:  Number 32, okay, go ahead.
24       A PROSPECTIVE JUROR:  Yes, I have a close friend
25   who lost self hundred thousand dollars in Agape Ponzi

125

1   scheme.
2        THE COURT:  Given your close friend's
3   experience, do you think that you can be fair and
4   impartial to both sides in this type of case?
5        A PROSPECTIVE JUROR:  I think that I could.
6        THE COURT:  Okay.  Thank you.  You can sit back
7   down.
8        (Prospective juror leaves the sidebar.)
9        (Prospective juror approaches sidebar.)
10       THE COURT:  Can you state your name for the
11   record.
12       A PROSPECTIVE JUROR:  Melissa Angelone.
13       THE COURT:  Do you remember what your number
14   was?  Do you remember what seat that you were in?  24.  Go
15   ahead.
16       A PROSPECTIVE JUROR:  A close friend of mine is
17   a daughter of Saul Katz.
18       THE COURT:  I don't know him.
19       A PROSPECTIVE JUROR:  There was speculation in
20   the newspaper that he was connected with Bernie Madoff.
21       THE COURT:  And she's his daughter?
22       A PROSPECTIVE JUROR:  Yes.
23       THE COURT:  Okay.  Is there anything about your
24   relationship with her family that would affect your
25   ability to be fair and impartial in this case in this type

126

1 of case?

2      A PROSPECTIVE JUROR:  No.

3      THE COURT:  You can be seated.

4      (Continued on next page.)

---

127

1      (Whereupon, the following occurred in open

2 court.)

3      THE COURT:  Anyone else?  We'll take a break at

4 3:15.  Okay, we're going to fill those seats.  Seat number

5 nine is now James Kosloff.  Good afternoon, Mr. Kosloff,

6 did you hear my questions?

7      A PROSPECTIVE JUROR:  Yes.

8      THE COURT:  Do you have any yes answers.

9      A PROSPECTIVE JUROR:  No.

10      THE COURT:  You can be seated.  Juror number 20

11 will Christine Kurkowski.  Ms. Kurkowski, did hear my

12 questions?

13      A PROSPECTIVE JUROR:  I did.

14      THE COURT:  Do you have any yes answers?

15      A PROSPECTIVE JUROR:  I don't.

16      THE COURT:  You can be seated in seat 20.  Okay.

17 Next question is:  Have you, a close friend or member of

18 your family ever been employed by an investment advisor or

19 a stockbroker, you, a close friend or member of your

20 family ever been employed by an investment advisor or

21 stockbroker?  Is that a yes?

---

128

1      THE COURT:  Juror Number 10, Ms. Perkins.  Just

2 tell me who it is?

3      PROSPECTIVE JUROR:  I work for stockbrokers at

4 Merrill Lynch.

5      THE COURT:  You do?

6      PROSPECTIVE JUROR:  Yes.  And I'm licensed.

7      THE COURT:  Is there anything about the work that

8 you do that would affect your ability to be fair and impartial

9 to both sides in this case?

10      PROSPECTIVE JUROR:  No.

11      THE COURT:  Thank you.

12      Anyone else in the first row?  Hold on.  Please keep

13 your voice up.

14      Number 6, Ms. Motherway.

15      PROSPECTIVE JUROR:  Yes.  I have two brother-in-laws

16 that are brokers.

17      THE COURT:  Anything about your brother-in-laws'

18 work that would affect your ability to be fairly and impartial

19 in this case?

20      PROSPECTIVE JUROR:  No.

21      THE COURT:  Juror Number 8, Mr. Rueger.

22      PROSPECTIVE JUROR:  My father work's for Barclay's.

23 He is an investor.

24      THE COURT:  Is there anything about your father's

25 work that would affect your ability to be fair and impartial

RONALD E. TOLKIN, RPR, RMR, CRR

---

129

1 in this case?

2      PROSPECTIVE JUROR:  No, Your Honor.

3      THE COURT:  In the first row.  Juror Number 11,

4 Ms. Pace.

5      PROSPECTIVE JUROR:  My aunt and uncle are both

6 brokers.

7      THE COURT:  Anything about this work that would

8 affect your ability to be fair and impartial in the case?

9      PROSPECTIVE JUROR:  No.

10      THE COURT:  Second row.  Ms. McGuire, Juror Number

11 15.

12      PROSPECTIVE JUROR:  My husband's best friend is a

13 broker.

14      THE COURT:  Is there anything about your husband's

15 best friend's work that would affect your ability to be fair

16 and impartial in this case?

17      PROSPECTIVE JUROR:  No.

18      THE COURT:  Anyone else in the second row?

19 Ms. Angelone, Juror 24?

20      PROSPECTIVE JUROR:  My husband is a trader at a

21 firm.

22      THE COURT:  Is there anything about your husband's

23 work that would affect your ability to be fair and impartial

24 in this case?

25      PROSPECTIVE JUROR:  No.

RONALD E. TOLKIN, RPR, RMR, CRR

JURY SELECTION

130

1    THE COURT:  Can you repeat the name of the company?

2    PROSPECTIVE JUROR:  Hostetler.

3    THE REPORTER:  I didn't get that.

4    THE COURT:  Anyone else in the back row?

5    Yes, sir?

6    PROSPECTIVE JUROR:  My sister is a banker at Goldman

7    Sachs.

8    THE COURT:  Anything about your sister's work as a

9    banker at Goldman Sachs that would effect your ability to be

10   fair and impartial in this case?

11   PROSPECTIVE JUROR:  No, Your Honor.

12   THE COURT:  Anyone else in the back row.  We have

13   here Mr. Sparks.

14   PROSPECTIVE JUROR:  I work for a company doing

15   security and IT.

16   THE COURT:  So you work in those entities in the IT

17   department.

18   PROSPECTIVE JUROR:  Yes.  UPS and Paine Webber.

19   THE COURT:  Is there anything about your work at

20   those companies that would affect your ability to be fair and

21   impartial in this case?

22   PROSPECTIVE JUROR:  No.

23   THE COURT:  Anyone else in the back row?

24   PROSPECTIVE JUROR:  Your Honor --

25   THE COURT:  One second.  Are you Mr. Vitiello.

JURY SELECTION

131

1    PROSPECTIVE JUROR:  Yes, I am.

2    THE COURT:  Go ahead.

3    PROSPECTIVE JUROR:  I worked for JP Morgan as a

4    securities investor.

5    THE COURT:  You do now or used to?

6    PROSPECTIVE JUROR:  Not now.  I am retired.

7    THE COURT:  On the investment side?

8    PROSPECTIVE JUROR:  Yes.

9    THE COURT:  Is there anything about your work at

10   JP Morgan that would affect your ability to be fair and

11   impartial in this case?

12   PROSPECTIVE JUROR:  No.

13   THE COURT:  Okay.  Mr. Kislik.

14   PROSPECTIVE JUROR:  I have a good friend who works

15   in the financial services industry.  I don't know the name of

16   the firm.

17   THE COURT:  Is there anything about his work that

18   would affect your ability to be fair and impartial in this

19   case?

20   PROSPECTIVE JUROR:  No.

21   THE COURT:  Anyone else?

22   Okay.  The next question is, have you or a close

23   friend or family member ever brought a legal action or lawsuit

24   or arbitration against a financial advisor, stockbroker, or an

25   investment advisor?

JURY SELECTION

132

1    Okay.  Next question.  One of the defendants in this

2    case was a financial advisor.  Do any of you have any feelings

3    or views about financial advisors that would prevent you from

4    being fair and impartial to both sides in this case?

5    Okay.  There will be a number of banks and other

6    financial institutions that will be mentioned during this

7    trial.  I'm going to read off the banks and financial

8    institutions that will be mentioned or maybe a witness from

9    one of these banks.  Northern Trust Bank, First Century Bank,

10   Lehman Brothers, Charles Schwab, Wells Fargo, Citibank,

11   Centrum Bank, JP Morgan Chase, Washington Mutual, Wachovia,

12   Bank of America, Johnson Bank, Alliance Bank of Arizona,

13   International Bank, and TD Bank.

14   My question is, have you or a family member ever

15   worked for any of those institutions.  If you already told us,

16   you don't have to repeat it.  Have you or a family member ever

17   worked for any of those institutions.

18   Okay.  Juror 10, Ms. Perkins.

19   PROSPECTIVE JUROR:  I work for Bank of America.

20   THE COURT:  You work for Bank of America right now?

21   PROSPECTIVE JUROR:  Yes.

22   THE COURT:  What type of work do you do?

23   PROSPECTIVE JUROR:  I work for Merrill Lynch.  I'm

24   employed by Bank of America as a registered teller.

25   THE COURT:  You already told me that.  Thank you.

JURY SELECTION

133

1    The second row.  Ms. Simon.

2    PROSPECTIVE JUROR:  My father is retired from

3    Wachovia Bank.

4    THE COURT:  What type of work did he did for the

5    back?

6    PROSPECTIVE JUROR:  Security and IT.

7    THE COURT:  Security and IT, okay.  Thank you.

8    Last row.  Ms. Petrino.

9    PROSPECTIVE JUROR:  My father works now for JP

10   Morgan Chase.

11   THE COURT:  What type of work does he do?

12   PROSPECTIVE JUROR:  Securities investing.

13   THE COURT:  Thank you.

14   Yes, sir.

15   PROSPECTIVE JUROR:  I used to work at JP Morgan

16   Chase.

17   THE COURT:  What type of work?

18   PROSPECTIVE JUROR:  Commercial work.

19   THE COURT:  All right, thank you.

20   Ms. O'Mallon.

21   PROSPECTIVE JUROR:  My sisters were brokers at JP

22   Morgan.  One is retired and one is not working there anymore.

23   THE COURT:  Two sisters.  One is retired and one is

24   not working anymore at JP Morgan Chase.  Do you know what type

25   of work she did there?

134

1    PROSPECTIVE JUROR:  She's a manager.  The other work
2 also did like administration.
3    THE COURT:  Administrative work?
4    PROSPECTIVE JUROR:  Yes.
5    THE COURT:  Anyone else in the back row?
6    Ms. Koenig.
7    PROSPECTIVE JUROR:  My nephew works for TD Bank.  He
8 does the mortgages.
9    THE COURT:  Anyone else?  Ms. McGuire.
10   PROSPECTIVE JUROR:  My cousin works at Citibank in
11 New York City.
12   THE COURT:  Okay.  Anyone else?
13   The next question is, have you or a family member
14 ever been involved in any dispute or litigation with any of
15 are these financial institutions?
16   Okay.  Do any of you have experiences, feelings, or
17 views about the institutions that would prevent you from being
18 fair and impartial in this case?
19   Okay.  Next question.  During the course of this
20 trial you will hear testimony from witnesses with all sorts of
21 backgrounds.  They all equal before the law.  You must judge
22 the credibility of each on the basis of his or her own
23 testimony, not on any assumptions about them based upon who
24 they are or what they do.  Anyone who would have any
25 difficulty applying that rule?

135

1    Okay.  Next question.  Some witnesses will be law
2 enforcement officers anyone.  Is there who feels they will
3 automatically believe or disbelieve the testimony of such a
4 witness rather than judge the testimony on its own merits?
5    Okay.  Next question.  For the duration of this
6 trial you must refrain from reading or watching media accounts
7 of the trial.  You may not use the Internet or social media to
8 comment or inquire about or attempt to supplement the
9 testimony and evidence that may be admitted at trial.  Is
10 there anyone who has any difficulty applying that rule?
11   Why don't you approach.
12   (Prospective juror approaches sidebar.)
13   THE COURT:  Okay.
14   PROSPECTIVE JUROR:  I forgot my husband and I are in
15 the middle of I believe a litigation at Wells Fargo and Bank
16 of America.
17   THE COURT:  What's the nature of the litigation?
18   PROSPECTIVE JUROR:  Our mortgage.  We have a lawyer.
19   THE COURT:  So you're about to sue them or they're
20 about to sue you?  Or you don't know?
21   PROSPECTIVE JUROR:  They didn't come through with
22 things that they said they were going to.  So we obtained a
23 lawyer and we're in the middle.  I don't know what's
24 happening.
25   THE COURT:  You said Wells Fargo?

136

1    PROSPECTIVE JUROR:  Wells Fargo and Bank of America?
2    THE COURT:  Why don't you step back and let me
3 confer with the lawyers.
4    PROSPECTIVE JURORS:  Okay.
5    (Prospective juror leaves the sidebar.)
6    THE COURT:  I don't know how that would impact the
7 case.
8    MR. HALEY:  I'm less concerned about the fact that
9 she knows about the banks as opposed to being involved in
10 litigation.  In other words, she claims they told her things
11 and didn't come through with things.
12   THE COURT:  Is there any objection to that?
13   MR. MISKIEWICZ:  No objection.
14   MR. LaRUSSO:  No objection.
15   THE COURT:  Please come forward.
16   (Prospective juror returns to the sidebar.)
17   I'm going to excuse you, given that fact.  Go back
18 to the jury room.
19   PROSPECTIVE JUROR:  Okay.
20   (Prospective juror leaves the sidebar.)
21   MR. LaRUSSO:  What juror was that?
22   THE COURT:  She was 24.
23   Stay here while I see if there are any others.
24   Fill seat Number 24 with James Kosloff.  Oh, you're
25 here.  Sorry about that.

137

1    24 is now John Gorney, G-O-R-N-E-Y.
2    Good afternoon, Mr. Gorney.  Did you hear my
3 questions?
4    PROSPECTIVE JUROR:  Yes.
5    THE COURT:  Do you have any yes responses?
6    PROSPECTIVE JUROR:  No.
7    THE COURT:  You may sit down.
8    (Whereupon the sidebar conference was concluded.)
9    THE COURT:  Next question.  Some of the evidence in
10 this case was obtained through the use of recording devices in
11 which one party to the conversation consented to the use of
12 the recording, but the other party to the conversation was not
13 aware that he or she was being recorded.  This evidence was
14 obtained legally.  Do any of you have feelings about the use
15 of recording devices in that manner that would prevent you
16 from being fair and impartial in this case?
17   Next question.  Have you or any member of your
18 family or a close friend been the victim of a crime?
19   Come up to the sidebar.
20   (Prospective juror approaches sidebar.)
21   THE COURT:  Your name?
22   PROSPECTIVE JUROR:  Wanda Banks-Spoon.  They have it
23 backwards.
24   THE COURT:  I will correct that.  What is the issue?
25   PROSPECTIVE JUROR:  My mom was mugged several times

138

1   and my father was murdered.

2          THE COURT:  How long ago was that?

3          PROSPECTIVE JUROR:  40-something years ago.

4          THE COURT:  Did they ever charge someone with that?

5          PROSPECTIVE JUROR:  Not with my dad.  They never

6   caught the person with my mom.

7          THE COURT:  Anything about those9 experiences that

8   would affect your ability to be fair and impartial in this

9   case?

10         PROSPECTIVE JUROR:  No.

11         (Prospective juror leaves the sidebar.)

12         (Prospective juror approaches sidebar.)

13         THE COURT:  Tell me the name again.

14         PROSPECTIVE JUROR:  Daniel Walsh.

15         THE COURT:  13.

16         PROSPECTIVE JUROR:  My house was robbed.

17         THE COURT:  Were you there?  Was it a burglary with

18  you home?

19         PROSPECTIVE JUROR:  No.

20         THE COURT:  Did they catch anybody for that?

21         PROSPECTIVE JUROR:  No.

22         THE COURT:  How long ago was that?

23         PROSPECTIVE JUROR:  About two years ago.

24         THE COURT:  Is there anything about that that would

25  affect your ability to be fair and impartial in this case?

139

1          PROSPECTIVE JUROR:  No.

2          THE COURT:  You can sit down.

3          (Prospective juror leaves the sidebar.)

4          (Prospective juror approaches sidebar.)

5          PROSPECTIVE JUROR:  Gloria Imperiale-George.  Juror

6   Number 3.

7          THE COURT:  They have the name reversed.

8          PROSPECTIVE JUROR:  It wasn't a financial crime,

9   that's why I didn't think it was an issue.

10         THE COURT:  That's okay.  What was it?

11         PROSPECTIVE JUROR:  My husband had a gun put to his

12  head and he was car jacked.

13         THE COURT:  How long ago was that.

14         PROSPECTIVE JUROR:  Many years ago.  About 25 years

15  ago.

16         THE COURT:  Did they arrest anybody in connection

17  with that?

18         PROSPECTIVE JUROR:  No.

19         THE COURT:  Is there anything about your husband's

20  experience that would affect your ability to be fair and

21  impartial?

22         PROSPECTIVE JUROR:  No.

23         (Prospective juror leaves the sidebar.)

24         (Prospective juror approaches sidebar.)

25         THE COURT:  Next.

140

1          PROSPECTIVE JUROR:  Hoffman, first name is Matthew.

2          THE COURT:  Number 31.

3          PROSPECTIVE JUROR:  Burglary.

4          THE COURT:  Of your home?

5          PROSPECTIVE JUROR:  My girlfriend's rented apartment

6   and my own apartment 15 years ago.

7          THE COURT:  Did they ever charge anybody in

8   connection with those?

9          PROSPECTIVE JUROR:  No.

10         THE COURT:  Is there anything about those

11  experiences that would affect your ability to be fair and

12  impartial?

13         PROSPECTIVE JUROR:  No, sir.

14         (Prospective juror leaves the sidebar.)

15         (Prospective juror approaches sidebar.)

16         PROSPECTIVE JUROR:  Christine Douglas.

17         THE COURT:  Juror 34.  Go ahead.

18         PROSPECTIVE JUROR:  Garden variety mugging and a

19  purse snatch.

20         THE COURT:  How long ago was that?

21         PROSPECTIVE JUROR:  A long time ago.  Almost 30

22  years, I imagine.

23         THE COURT:  Did they charge anyone in connection

24  with that?

25         PROSPECTIVE JUROR:  No.  And then about, I don't

141

1   know, eight or nine years ago somebody broke into the garage

2   and stole a snowblower and stuff like that.

3          THE COURT:  Did they arrest anybody on that?

4          PROSPECTIVE JUROR:  Yes, they got that one.

5          THE COURT:  Did you have to testify in connection?

6          PROSPECTIVE JUROR:  No.  We never went to court.  I

7   think they confessed.

8          THE COURT:  Is there anything about those

9   experiences that would affect your ability to be fair and

10  impartial?

11         PROSPECTIVE JUROR:  No.

12         THE COURT:  Okay.  Thank you.

13         (Prospective juror leaves the sidebar.)

14         (Prospective juror approaches sidebar.)

15         THE COURT:  State your name again, and what number

16  are you?

17         PROSPECTIVE JUROR:  Donald Sparks, 30.

18         THE COURT:  30.

19         PROSPECTIVE JUROR:  In 2008 my house was broken

20  into.  I lost 10,000 in cash and jewelry.  They never caught

21  anybody.

22         THE COURT:  Was anyone home at the time?

23         PROSPECTIVE JUROR:  No one home.

24         THE COURT:  Anything about the experience that would

25  affect your ability to be fair and impartial in this case?

142

1    PROSPECTIVE JUROR:  No.

2    THE COURT:  Next.  What is your name?

3    PROSPECTIVE JUROR:  Hillary Wilson.

4    THE COURT:  Do you know what juror number you are?

5    PROSPECTIVE JUROR:  I don't remember.

6    THE COURT:  Juror 39.  I got it.

7    PROSPECTIVE JUROR:  My friend was a victim of a home

8    invasion.

9    THE COURT:  Your friend, was he or she home at the

10   time?

11   PROSPECTIVE JUROR:  She was home.

12   THE COURT:  Was she injured.

13   PROSPECTIVE JUROR:  She was injured; cuts and

14   bruises.

15   THE COURT:  Cuts and bruises.

16   PROSPECTIVE JUROR:  Yes.

17   THE COURT:  How long ago was that?

18   PROSPECTIVE JUROR:  Five years ago.

19   THE COURT:  Did they charge anyone in connection

20   with that?

21   PROSPECTIVE JUROR:  They didn't catch them.

22   THE COURT:  Is there anything about that that would

23   affect your ability to be fair and impartial in this case?

24   PROSPECTIVE JUROR:  No.

25   THE COURT:  Okay.  Thank you.

143

1    (Prospective juror leaves the sidebar.)

2    (Prospective juror approaches sidebar.)

3    THE COURT:  Can you state your name?

4    PROSPECTIVE JUROR:  Albert Kulsan.

5    THE COURT:  Number 38, go ahead.

6    PROSPECTIVE JUROR:  I had a vehicle stolen twice, I

7    had a business broken into, and an adjacent rental property

8    was broken into.

9    THE COURT:  Did they charge anybody in connection

10   with those?

11   PROSPECTIVE JUROR:  The last one.

12   THE COURT:  Did you have to testify in connection

13   with that?

14   PROSPECTIVE JUROR:  No.

15   THE COURT:  Anything about any of those experiences

16   that would affect your ability to be fair and impartial in

17   this case?

18   PROSPECTIVE JUROR:  No.

19   (Prospective juror leaves the sidebar.)

20   (Whereupon the sidebar conference was concluded.)

21   THE COURT:  Okay.  The last question was whether you

22   were a victim of a crime.  This question is, have you ever

23   been a witness to a crime?  Have you ever been a witness to a

24   crime?

25   Please approach.

144

1    (Prospective juror approaches sidebar.)

2    THE COURT:  You are Number 7.

3    PROSPECTIVE JUROR:  I was a cop and arrested people,

4    so I was a witness.  That will not change how I will view the

5    trial.

6    THE COURT:  Okay, thank you.

7    Anyone else.

8    (Whereupon the sidebar conference was concluded.)

9    THE COURT:  As you heard before, this case is being

10   prosecuted by the United States Attorney's Office for the

11   Eastern District New York.  This question is, have any of

12   you or any member of close friend have any association either

13   personal or business with any member of the staff of the U.S.

14   Attorney's Office for the Eastern District of New York?

15   Okay.  The next question, we'll do this as we go

16   down the line.  Anyone has a yes answer, I'd ask you to keep

17   your voice up.  And then we'll take a break after this

18   question.  We're making good progress.  The next question is,

19   have you or a member of your family or any close friend ever

20   been employed by any law enforcement agency?

21   That would include city or state police, any federal

22   law enforcement agency such as the FBI, the DEA, ATF,

23   Immigration Customs Enforcement, IRS, U.S. Postal Inspection

24   Service, Security and Exchange Commission, any department of

25   investigation, any state or federal prison system, or any

145

1    state or federal prosecutors office, including the U.S.

2    Attorney's Office, a district attorney's office, or any

3    regulatory agency.  So as you can see, when I use the term

4    "law enforcement agency," I will be using it in the broadest

5    sense of the word.  So if you have any association, you, a

6    family member, or a close friend.  We'll go down the line.

7    Keep your voice up.

8    First row.  Juror 2, Mr. Gleeson.

9    PROSPECTIVE JUROR:  Yes.  I have an uncle that used

10   to be a detective.

11   THE COURT:  For what police department?

12   PROSPECTIVE JUROR:  NYPD.

13   THE COURT:  Is there anything about his work that

14   would affect your ability to be fair and impartial?

15   PROSPECTIVE JUROR:  No, sir.

16   THE COURT:  Ms. Imperiale-George.

17   PROSPECTIVE JUROR:  I have a cousin that was a

18   retired police officer for New Jersey.  I think he was part of

19   the Lake Peck Police Department.

20   THE COURT:  Is there anything about your cousin's

21   work that would affect your ability to be fair and impartial?

22   PROSPECTIVE JUROR:  No.

23   THE COURT:  Anyone else in the first row?  Juror

24   Number 5, Ms. -- I'm sorry, Ms. Motherway.

25   PROSPECTIVE JUROR:  My father-in-law was NYPD.

146

1      THE COURT: Anything about your father-in-law's
2  prior work that would affect your ability to be fair and
3  impartial?
4      PROSPECTIVE JUROR: No.
5      THE COURT: Mr. Conway.
6      PROSPECTIVE JUROR: I worked for the NYPD. I was a
7  police officer.
8      THE COURT: For how many years?
9      PROSPECTIVE JUROR: Four years.
10     THE COURT: Anything about that work that would
11  affect your ability to be fair and impartial?
12     PROSPECTIVE JUROR: No.
13     THE COURT: Ms. Perkins.
14     PROSPECTIVE JUROR: My husband's uncles is a
15  detective in Nassau.
16     THE COURT: Your husband's uncle is a detective?
17     PROSPECTIVE JUROR: Yes.
18     THE COURT: Anything about his work that would
19  affect your ability to be fair and impartial?
20     PROSPECTIVE JUROR: No.
21     THE COURT: Ms. Pace.
22     PROSPECTIVE JUROR: Both of my grandfathers are
23  retired police officers of NYPD. And I have a close friend
24  who is a detective with the NYPD.
25     THE COURT: Anything about this work that would

147

1  affect your ability to be fair and impartial in this case?
2      PROSPECTIVE JUROR: No.
3      THE COURT: The second row. Okay. Mr. Turro.
4      PROSPECTIVE JUROR: Yes. I am currently a probation
5  officer in Nassau.
6      THE COURT: Any family members?
7      PROSPECTIVE JUROR: My uncle was also in Nassau, a
8  police officer.
9      THE COURT: Anything about your work or your uncle's
10  work that would affect your ability to be fair and impartial?
11     PROSPECTIVE JUROR: No.
12     THE COURT: Mr. Walsh.
13     PROSPECTIVE JUROR: Two NYPD. One nephew's FBI and
14  one brother-in-law is in internal revenue.
15     THE COURT: A brother-in-law?
16     PROSPECTIVE JUROR: Brother-in-law in internal
17  revenue.
18     THE COURT: Anything about their work that would
19  affect your ability to be fair and impartial in this case?
20     PROSPECTIVE JUROR: No.
21     THE COURT: Ms. Olsen.
22     PROSPECTIVE JUROR: I work for the Internal Revenue
23  Service.
24     THE COURT: As a?
25     PROSPECTIVE JUROR: Office examiner. That's if

148

1  someone owes the government, they submit financial
2  information. We exam that financial information. Let's say
3  they owe a thousand dollars, they're offering $20, we
4  determine, financially, if that is acceptable.
5      THE COURT: Given your work and your employment at
6  the IRS, do you believe that you can be fair and impartial to
7  both sides in the case?
8      PROSPECTIVE JUROR: Yes.
9      THE COURT: Down at the end. Is that Ms. Bernstein?
10     PROSPECTIVE JUROR: Yes. My brother-in-law is a
11  retired probation officer from Nassau County. My nephew is
12  NYPD.
13     THE COURT: Your brother-in-law is retired probation
14  in Nassau County and your nephew is NYPD. Is there anything
15  about that that would affect your ability to be fair and
16  impartial?
17     PROSPECTIVE JUROR: No.
18     THE COURT: Mr. Tormey.
19     PROSPECTIVE JUROR: My uncle is with NYPD.
20     THE COURT: Is there anything about your uncle's
21  work with NYPD that would affect your ability to be fair and
22  impartial?
23     PROSPECTIVE JUROR: No.
24     THE COURT: Anyone else in the second row?
25     Okay. Back row. Ms. Petrino?

149

1      PROSPECTIVE JUROR: My father, grandfather and uncle
2  are all retired NYPD and my uncle is a judge.
3      THE COURT: Your uncle is a judge.
4      PROSPECTIVE JUROR: Yes.
5      THE COURT: Anything about their work that would
6  affect your ability to be fair and impartial?
7      PROSPECTIVE JUROR: No.
8      THE COURT: Anyone in the back row? Mr. Hoffman.
9      PROSPECTIVE JUROR: Two of my uncles are retired
10  from the police department. I have a friend in NYPD and
11  another friend who's a police officer in Westchester.
12     THE COURT: Is there anything about their work that
13  would your affect your ability to be fair and impartial?
14     PROSPECTIVE JUROR: No.
15     THE COURT: Mr. Vitiello?
16     PROSPECTIVE JUROR: My son is a Nassau County police
17  officer and my nephew is a Nassau County corrections officer.
18     THE COURT: Anything about this work that would
19  affect your ability to be fair and impartial?
20     PROSPECTIVE JUROR: No.
21     THE COURT: Mr. Kislik.
22     PROSPECTIVE JUROR: My brother-in-law is retired
23  NYPD. And a friend who's an ADA in Brooklyn. And a friend
24  who is a retired Nassau County detective.
25     THE COURT: Is there anything about their work that

150

1 would affect your ability to be fair and impartial?

2 PROSPECTIVE JUROR: No.

3 THE COURT: Ms. Koenig.

4 PROSPECTIVE JUROR: My brother-in-law is a retired

5 detective for Suffolk County. And my friend is a retired

6 Suffolk County probation officer.

7 THE COURT: Retired Suffolk county Marine?

8 PROSPECTIVE JUROR: Yes.

9 THE COURT: Is there anything about their work that

10 would affect your ability to be fair and impartial?

11 PROSPECTIVE JUROR: No.

12 THE COURT: Ms. McCarthy.

13 PROSPECTIVE JUROR: I forgot my brother-in-law is a

14 retired police and my nephew is Nassau police.

15 THE COURT: Is there anything about their work that

16 would affect your ability to be a fair and impartial juror?

17 PROSPECTIVE JUROR: No.

18 THE COURT: Anyone else?

19 So why don't we take the afternoon break. It's 3:20

20 now. At 3:35. Take a 15-minute break. Again, you're going

21 to go back down to the first floor and wait there. They'll

22 bring you up. Don't discuss the case. I'll see you at 3:35.

23 (Whereupon the prospective jurors leave the

24 courtroom at 3:20 p.m..)

25 (Prospective juror approaches sidebar.)

151

1 THE COURT: What is your name?

2 PROSPECTIVE JUROR: McGuire, 15. I'm not sure if

3 this is technically a hardship or not. I only get five days

4 jury duty. The rest has to come out of my personal time. My

5 husband is currently not working right now. If I do five

6 weeks, it's a final hardship.

7 THE COURT: I will excuse you. Just go down to one.

8 PROSPECTIVE JUROR: I didn't really think it was

9 before.

10 THE COURT: That's a bad situation.

11 PROSPECTIVE JUROR: I wanted to do my duty. But

12 five weeks is a hardship.

13 THE COURT: All right. We'll fill that seat.

14 (Prospective juror leaves the sidebar.)

15 (Whereupon the sidebar conference was concluded.)

16 THE COURT: Let's start on time. I prefer going to

17 5:00 and see if we can finish today.

18 MR. HALEY: Judge, I'd guess we'd have to do it

19 tomorrow, but there are matters to put on the record.

20 THE COURT: We have plenty of time the rest of the

21 week.

22 MR. LaRUSSO: I want to put a comment on the record

23 about a subpoena we served. We made it returnable tomorrow

24 because originally we were selecting the jury on the 28th.

25 THE COURT: For documents, you mean?

152

1 MR. LaRUSSO: Yeah. My partner is calling the

2 attorney now to see if he's coming in with his client. We're

3 going to try to head him off at the pass and see if he'll just

4 provide us with the documents so we don't have to disturb you.

5 THE COURT: That's fine. I'm here tomorrow. If

6 they come in tomorrow, make sure they come down to the clerk's

7 office. Let's start promptly.

8 (Recess taken.)

9 (Matter continued on the next page.)

153

JURY SELECTION

1 THE COURT: You can be seated.

2 Are we ready?

3 MR. MISKIEWICZ: Yes.

4 MR. HALEY: Yes, Your Honor.

5 THE COURT: I will tell them at the end of the day,

6 once we get the jury, I hope we can do it by 5:00. I don't

7 want to come back for this tomorrow. I will just tell them

8 not to read the Daily News during the trial or not to read

9 Newsday or watch News 12 about the trial. I imagine there

10 will be media coverage through the Optimum Channels, at a

11 minimum, based upon from what I've seen already. I feel that

12 would be prudent.

13 Is there any objection to that?

14 MR. HALEY: No, sir.

15 MR. MISKIEWICZ: No, Your Honor.

16 MR. LaRUSSO: Did you mention the Post?

17 THE COURT: Did you see something in the Post?

18 MR. LaRUSSO: Yes.

19 THE COURT: We have to give them something to read.

20 Let's bring in the jury.

21 (Whereupon the jurors reenter the courtroom.)

22 THE COURT: Come back to where you were sitting

23 before.

24 Okay. I appreciate everyone being on time. And you

25 remembered what seat you were in too, that is a bonus.

154

1  Usually I have to remind jurors to remember where you are
2  sitting.  I forgot to do that.  We are in good shape.
3       I did excuse Juror Number 15 prior to the break.  So
4  we're going to call a name to replace Juror Number 15.  Juror
5  Number 15 is Anthony Dominick who was Juror 122.
6       THE COURT:  Mr. Dominick, did you hear my questions?
7       PROSPECTIVE JUROR:  I have two issues.
8       THE COURT:  Come on up.
9       (Whereupon a sidebar conference was conducted.)
10      (Prospective Juror approaches the sidebar.)
11      THE COURT:  Yes?
12      PROSPECTIVE JUROR:  One of the issues was anybody in
13  your family was the victim of a violent crime.  I had an aunt
14  and an uncle that were murdered.
15      THE COURT:  How long ago was that?
16      PROSPECTIVE JUROR:  30 years ago.
17      THE COURT:  Did they charge anybody in connection
18  with that?
19      PROSPECTIVE JUROR:  Yes.
20      THE COURT:  Yes?
21      PROSPECTIVE JUROR:  That was one thing.  The second
22  thing was --
23      THE COURT:  Before you get to the second thing, was
24  there anything about that that would affect your ability to be
25  fair and impartial in this case?

155

1       PROSPECTIVE JUROR:  No.
2       THE COURT:  The second thing is what?
3       PROSPECTIVE JUROR:  The financial advisor.
4       THE COURT:  The financial advisor?
5       PROSPECTIVE JUROR:  Yes.  It wasn't financial, it
6  was on a real estate holding that we were going to buy.  I was
7  going to buy a house.
8       THE COURT:  Okay.
9       PROSPECTIVE JUROR:  And the real estate said, yeah,
10  here is the X amount of price.  I produced documents to say,
11  yes, it's worth it, but this is what's wrong with it, and we
12  lost the house by $10,000 to the lawyer of the real estate.
13  So...
14      THE COURT:  But you didn't lose any money?
15      PROSPECTIVE JUROR:  No.  I lost a good deal.  I mean
16  a real good deal.
17      THE COURT:  How long ago was that?
18      PROSPECTIVE JUROR:  Five years ago.
19      THE COURT:  Is there anything about that experience
20  that would affect your ability to be fair and impartial in
21  this case?
22      PROSPECTIVE JUROR:  Truthfully, it's in the back of
23  my mind.
24      THE COURT:  Okay.  I'll excuse you.  Go back
25  downstairs.

156

1       MR. HALEY:  I'm sorry for you, sir.
2       (Prospective Juror leaves the sidebar.)
3       THE COURT:  Juror 15 is now Christopher Bahadur.
4       (Prospective Juror approaches the sidebar.)
5       THE COURT:  Mr. Bahadur, did you hear my questions?
6       PROSPECTIVE JUROR:  Yes.
7       THE COURT:  Do you have any yes answers?
8       PROSPECTIVE JUROR:  Yes.  I was a victim of identity
9  theft.
10      THE COURT:  How long ago was that?
11      PROSPECTIVE JUROR:  Eight years ago.
12      THE COURT:  Did they charge anybody in connection
13  with that?
14      PROSPECTIVE JUROR:  No.
15      THE COURT:  Is there anything about that experience
16  that would affect your ability to be fair and impartial in
17  this case?
18      PROSPECTIVE JUROR:  No.
19      THE COURT:  Okay.  Sit down in seat Number 15.
20  Thank you.
21      (Prospective Juror leaves the sidebar.)
22      THE COURT:  Sit down.
23      (Sidebar concluded and matter in open court.)
24      THE COURT:  The next question.
25      Any of you currently or have you or any family

157

1  member or a close friend ever worked with any lawyer who
2  defended persons accused of a crime?  In other words, a
3  defense lawyer.
4       Next question.  Do you currently or have you or a
5  family member or a close friend ever worked with any lawyers
6  or defense attorneys for persons accused of a crime?
7       THE COURT:  Ms. Mazur?
8       PROSPECTIVE JUROR:  About 30 years ago I worked for
9  a law firm in New Jersey as a receptionist.
10      THE COURT:  As a receptionist.  And they did
11  criminal defense work?
12      PROSPECTIVE JUROR:  Yes, a little bit.
13      THE COURT:  Is there anything about that experience
14  that would affect your ability to be fair and impartial?
15      PROSPECTIVE JUROR:  (Shaking head.)
16      THE COURT:  You shake your head, he can't get it
17  down.
18      PROSPECTIVE JUROR:  Okay.  No.
19      THE COURT:  Juror Number 3, Ms. Imperiale-George.
20      PROSPECTIVE JUROR:  My daughter worked as a
21  paralegal at Kaye Scholar.
22      THE COURT:  Does she work in the criminal defense
23  part of the firm?
24      PROSPECTIVE JUROR:  I am not sure.  I wanted to
25  mention that.

158

1    THE COURT:  Is there anything about that work that
2  would affect your ability to be fair and impartial?
3    PROSPECTIVE JUROR:  No.
4    THE COURT:  Ms. Sam Lao.
5    PROSPECTIVE JUROR:  My niece is an Assistant DA in
6  Manhattan -- in Federal Court?
7    THE COURT:  Assistant DA is state court.  Or is it
8  the U.S. Attorney's Office?
9    PROSPECTIVE JUROR:  She is going to be ADA in the
10 Bronx.
11    THE COURT:  What is the relationship to you?
12    PROSPECTIVE JUROR:  She is my niece.
13    THE COURT:  Is there anything about your niece's
14 work that would affect your ability to be fair and impartial?
15    PROSPECTIVE JUROR:  No.
16    THE COURT:  Anyone else?
17    Your name again?
18    PROSPECTIVE JUROR:  Vitiello.
19    THE COURT:  Mr. Vitiello.
20    PROSPECTIVE JUROR:  My best friend is a retired
21 lawyer.
22    THE COURT:  Does he do criminal work, criminal
23 defense work?
24    PROSPECTIVE JUROR:  Yes.
25    THE COURT:  Is there anything about your best

159

1  friend's work that would affect your ability to be fair and
2  impartial?
3    PROSPECTIVE JUROR:  No.
4    THE COURT:  Anyone else?
5    Next question.  Do any of you personally or in
6  connection with your business ever been involved in or expect
7  to become involved in any legal action or dispute with the
8  United States Government or any of its officers, agents or
9  employees of the United States, or have an interest in such
10 legal actions or disputes or its outcome?
11    All right.  The next question, and we will do these
12 at sidebar.  Have you or a relative or a close friend ever
13 been charged with a crime?  Have you or a relative or a close
14 friend ever been charged with a crime?
15    Okay.  There are hands up for that.  Do you want to
16 come up?
17    (Whereupon a sidebar conference was conducted.)
18    THE COURT:  Come up.
19    (Prospective Juror approaches the sidebar.)
20    THE COURT:  What is your name again?
21    PROSPECTIVE JUROR:  Juror 1.
22    THE COURT:  Juror Number 1.
23    PROSPECTIVE JUROR:  My son was charged with a crime
24 in federal court.  He got probation.  Then I have several
25 family members that have been charged with crimes.

160

1    THE COURT:  Your son, what was the nature of the
2  charge?
3    PROSPECTIVE JUROR:  Okay.  It had to do with
4  Internet piracy or Internet fraud or something like that.
5    THE COURT:  What state was he charged in?
6    PROSPECTIVE JUROR:  Georgia.
7    THE COURT:  You said he got probation?
8    PROSPECTIVE JUROR:  Yes.
9    THE COURT:  Did he go to trial or you don't know?
10    PROSPECTIVE JUROR:  He wouldn't let me come to find
11 out.
12    THE COURT:  Then you said your cousin.
13    PROSPECTIVE JUROR:  I have several cousins who have
14 been charged with misdemeanors but never served time.  One is
15 up in Albany, and that was maybe about 10 or 15 years ago.  I
16 have another one who is since before that and lives in Far
17 Rockaway.
18    THE COURT:  Is there anything about those
19 experiences that would affect your ability to be fair and
20 impartial?
21    PROSPECTIVE JUROR:  No.
22    THE COURT:  Thank you.
23    (Prospective Juror leaves the sidebar.)
24    THE COURT:  Come up next juror.
25    (Prospective Juror approaches the sidebar.)

161

1    Your name again?
2    PROSPECTIVE JUROR:  Matthew Hoffman, H-O-F-F-M-A-N.
3  Juror Number 31.
4    THE COURT:  Thank you.  Go ahead.
5    PROSPECTIVE JUROR:  About 20 years ago I was in
6  possession of marijuana and a DWI for drugs.
7    THE COURT:  What was the outcome, was there a trial?
8    PROSPECTIVE JUROR:  It went to court, yeah, but it
9  was a fine and the suspension of my license for six months.
10    THE COURT:  Is there anything about that experience
11 that you had that would affect your ability to be fair and
12 impartial?
13    PROSPECTIVE JUROR:  No.  I was 20 years old.
14    THE COURT:  Thank you.
15    (Prospective Juror leaves the sidebar.)
16    THE COURT:  Next.
17    (Prospective Juror approaches the sidebar.)
18    Say your name again.  I'm sorry.
19    PROSPECTIVE JUROR:  Number 13.  Walsh, Daniel.
20    THE COURT:  Okay, Mr. Walsh.
21    PROSPECTIVE JUROR:  My son got 18 months probation
22 for graffiti.
23    THE COURT:  Is there anything about that that would
24 affect your ability to be fair and impartial?
25    PROSPECTIVE JUROR:  No.

162

1      THE COURT:  Okay.

2      (Prospective Juror leaves the sidebar.)

3      THE COURT:  Next.

4      (Prospective Juror approaches the sidebar.)

5      THE COURT:  Your name again?

6      PROSPECTIVE JUROR:  Brigid Kinney.

7      THE COURT:  Number 37.  Okay.

8      PROSPECTIVE JUROR:  My brother in Florida stole

9 metal from his job and he had to pay retribution.  He didn't

10 go to jail or anything like that.

11     THE COURT:  Is there anything about that that would

12 affect your ability to be fair and impartial?

13     PROSPECTIVE JUROR:  No, there's nothing about that.

14     THE COURT:  Anyone else?

15     (Matter continued on the next page.)

16

17

18

19

20

21

22

23

24

25

163

1      THE COURT:  Next question, have you or a family

2 member or close friend participated in a State or Federal

3 case, whether criminal or civil, as a witness?

4      MR. MISKIEWICZ:  There was one person.

5      THE COURT:  Sorry, I didn't see your hand.

6      Mr. Cardarelli.

7      PROSPECTIVE JUROR:  During, of course, my duties

8 as a probation officer, I'm often called to be a witness.

9      THE COURT:  Thank you.

10     Next question, have you, a family member, close

11 friend or relative ever been a plaintiff or defendant,

12 State or Federal case, whether criminal or civil?  You, a

13 family member or close friend ever been a plaintiff or

14 defendant in a State or Federal Court case, whether civil

15 or federal?

16     Unless you told me about it, you don't have to

17 repeat it.

18     Next question, have you, a relative or close

19 friend ever been the subject of any investigation or

20 accusation by any Grand Jury or any other investigation,

21 or been subpoenaed for any inquiry or investigation?  You,

22 relative or close friend ever been the subject of any

23 investigation or accusation by any Grand Jury or any other

24 investigation or been subpoenaed for any inquiry or

25 investigation?

164

1      Next question, one of the companies that may be

2 mentioned or referenced during the course of the trial is

3 Playboy Enterprises.  Do any of you find Playboy

4 Enterprises or Playboy magazine offensive or feel a

5 person's association with that company or brand would

6 influence your ability to be fair and objective towards

7 that person?

8      Next question, do any of you read The Daily News

9 on a regular basis?  Do any of you read The New York Daily

10 News on a regular basis?

11     Juror number 7, Mr. Conway.  Anyone else?

12     I will ask Mr. Conway, or the rest of the group,

13 have any of you read any articles about this case in The

14 Daily News?  Have any of you read any articles about this

15 case in The Daily News?

16     Again, anybody read any articles about this case

17 anywhere else?

18     Now, as you can see, I have asked you a series

19 of questions on various topics.  Let me just ask you a

20 very general question.  Having heard the questions put to

21 you by the Court, is there any -- having heard the

22 questions put to you by the Court, any other reason why

23 you could not sit on this jury and render a fair and

24 impartial verdict based on the evidence presented to you

25 and in the context of the Court's instructions to you on

165

1 the law?

2      At this point, you got a sheet of paper when you

3 walked in.  It's basically some questions that are

4 designed to get some basic biographical information from

5 you.  I will go down the line, you don't have to repeat

6 the questions.  You see examples beneath the question how

7 you can phrase your answer, but you can phrase it any way

8 you wish.  I ask you to keep your voice up.  To help do

9 that, I will ask you to stand up to help hear us better.

10     Number 1, Ms. Boone-Banks.  Stand up.

11     PROSPECTIVE JUROR:  I live in Suffolk County and

12 I have been there for seven years.  I'm a teacher.  I am

13 married.  My husband works for residential housing.  I

14 have one adult child and he is a civil engineer.  I have

15 my master's degree.  I have sat on a jury before.  I don't

16 remember -- I think it was a criminal case.  And I have

17 never been a grand juror.

18     THE COURT:  I will ask you a couple of follow-up

19 questions.

20     You said you are a teacher.  What grade do you

21 teach?

22     PROSPECTIVE JUROR:  Elementary school.

23     THE COURT:  You mentioned you were on a jury

24 before.  Can you approximate how many years ago that was?

25     PROSPECTIVE JUROR:  I lived in Nassau County at

**166**

1 the time, so it has to be more than ten years.

2 THE COURT: You said it was a criminal case?

3 PROSPECTIVE JUROR: Yes.

4 THE COURT: Do you remember what the charge was

5 in the case?

6 PROSPECTIVE JUROR: I think it was burglary, I

7 believe.

8 THE COURT: Without telling me what the verdict

9 was, was the jury able to reach a verdict?

10 PROSPECTIVE JUROR: Yes.

11 THE COURT: I will ask of each juror, not on the

12 questionnaire, given the summary of this case, I will ask

13 you, are you a hockey fan?

14 PROSPECTIVE JUROR: No.

15 THE COURT: Juror number, 2, Mr. Gleeson.

16 PROSPECTIVE JUROR: I live in Suffolk County. I

17 have lived there about 15 years. I'm a driver. I am

18 married. I have no adult children. I have two years of

19 college. I haven't served on a case before.

20 THE COURT: Have you been a juror or grand

21 juror?

22 PROSPECTIVE JUROR: No.

23 THE COURT: What does your wife do for a living?

24 PROSPECTIVE JUROR: She works part time as a

25 teacher's aide.

**167**

1 THE COURT: Are you a hockey fan?

2 PROSPECTIVE JUROR: Yes, I am.

3 THE COURT: Tell me, generally, regular hockey

4 fan? What level of interest?

5 PROSPECTIVE JUROR: I'm a diehard fan. I know a

6 couple of things about hockey.

7 THE COURT: You think you could be fair and

8 impartial in this case?

9 PROSPECTIVE JUROR: Yeah, I do.

10 THE COURT: Ms. Imperiale George.

11 PROSPECTIVE JUROR: I live in Nassau County. I

12 have lived there for 30 years. I'm a stay-at-home mom. I

13 was employed by KPMG Peat Marwick as an auditor. I'm a

14 CPA by profession. I am married. My husband is a retired

15 officer of the New York City Department of Sanitation,

16 superintendent. I have two adult children. My daughter

17 will be attending law school in September. My son is

18 studying air traffic control. I have an MBA. I have

19 never sat on a jury.

20 THE COURT: Ever been on a Grand Jury?

21 PROSPECTIVE JUROR: No.

22 THE COURT: Are you a hockey fan?

23 PROSPECTIVE JUROR: No.

24 THE COURT: You can be seated.

25 Juror number 4, Mr. Palandrani.

**168**

1 PROSPECTIVE JUROR: I live in Nassau County for

2 about 23 years. I'm a retired railroad signal supervisor.

3 Married. My wife is a library administrative assistant.

4 I have one adult child, a full-time student. I have an

5 associate's degree. I was an alternate juror on a

6 criminal case here. I don't know what the verdict was.

7 And I have never been on Grand Jury.

8 THE COURT: When you say "here," you mean this

9 courthouse?

10 PROSPECTIVE JUROR: Yes.

11 THE COURT: Do you remember what the charge was?

12 PROSPECTIVE JUROR: It was a drug trafficking.

13 THE COURT: Are you a hockey fan?

14 PROSPECTIVE JUROR: I'm a hockey fan, not a

15 rabid fan.

16 THE COURT: Thank you.

17 Juror number 5, Mr. Bacchus.

18 PROSPECTIVE JUROR: I live in Valley Stream.

19 I'm a father of five kids. I work for Catholic Charities,

20 I'm truck driver. That's it.

21 THE COURT: Are you married?

22 PROSPECTIVE JUROR: Yeah, five kids.

23 THE COURT: I heard the five kids part. What

24 does your spouse do for a living?

25 PROSPECTIVE JUROR: She don't work. She home.

**169**

1 THE COURT: Are any of those five kids adult

2 children?

3 PROSPECTIVE JUROR: I have one in college. One

4 in college and part-time work, and one working for full

5 time, working SUNY.

6 THE COURT: What level of schooling did you

7 have? What level of schooling did you go to?

8 PROSPECTIVE JUROR: I didn't go to school. I go

9 to school in my country.

10 THE COURT: What level did you get to in that

11 country?

12 PROSPECTIVE JUROR: From Guyana.

13 THE COURT: High school level?

14 PROSPECTIVE JUROR: No; third grade.

15 THE COURT: 12th?

16 PROSPECTIVE JUROR: My eldest brother died in an

17 accident, so I had to work on the farm.

18 THE COURT: Ever been on a jury before?

19 PROSPECTIVE JUROR: Never.

20 THE COURT: Grand Jury?

21 PROSPECTIVE JUROR: No.

22 THE COURT: Are you a hockey fan?

23 PROSPECTIVE JUROR: Mets fan.

24 THE COURT: You can be seated.

25 Juror number 6.

170

1        PROSPECTIVE JUROR: I've lived in Suffolk County
2  for 22 years. My occupation is customer order specialist.
3  I have four adult children. My oldest works for some
4  commercial real estate. Next one unemployed. My son
5  works for an insurance firm. And my youngest daughter is
6  a student at college. I have never served on a jury. I
7  am divorced.
8        THE COURT: What did your spouse do for a living
9  when you were married?
10       PROSPECTIVE JUROR: He was a vice president for
11 a real estate, like in the city.
12       THE COURT: What type of work in real estate?
13       PROSPECTIVE JUROR: They built skyscrapers.
14       THE COURT: Have you ever been on a jury before?
15       PROSPECTIVE JUROR: No.
16       THE COURT: Ever on a Grand Jury before?
17       PROSPECTIVE JUROR: No.
18       THE COURT: What level of schooling did you
19 have?
20       PROSPECTIVE JUROR: One year of college.
21       THE COURT: Are you a hockey fan?
22       PROSPECTIVE JUROR: I have a very close friend
23 who was a professional hockey player.
24       THE COURT: Do you follow hockey?
25       PROSPECTIVE JUROR: No.

171

1        THE COURT: Will the relationship with that
2  friend affect your ability to be fair and impartial in
3  this case?
4        PROSPECTIVE JUROR: No.
5        THE COURT: Mr. Connelly.
6        PROSPECTIVE JUROR: Live in Nassau County for 11
7  years. Damage prevention liaison. I was a former
8  firefighter. Married. I have two adult children. I have
9  a bachelor degree. Never sat on any juries.
10       THE COURT: What does your spouse do for a
11 living?
12       PROSPECTIVE JUROR: Secretary.
13       THE COURT: What type of company?
14       PROSPECTIVE JUROR: ACLD.
15       THE COURT: What do your children do?
16       PROSPECTIVE JUROR: One working full time, one
17 in college.
18       THE COURT: Have you ever been on a Grand Jury?
19       PROSPECTIVE JUROR: No.
20       THE COURT: Are you a hockey fan?
21       PROSPECTIVE JUROR: Yes.
22       THE COURT: What level of interest?
23       PROSPECTIVE JUROR: Just watch it.
24       THE COURT: Thank you.
25       Jury number 8, Mr. Rueger.

172

1        PROSPECTIVE JUROR: Lived in Suffolk County for
2  about a year. I work in freelance graphic design and
3  media planning. I'm unmarried. I have no children. Four
4  years of college.
5        THE COURT: Ever been on a jury?
6        PROSPECTIVE JUROR: No.
7        THE COURT: Ever been on a Grand Jury?
8        PROSPECTIVE JUROR: No.
9        THE COURT: Are you a hockey fan?
10       PROSPECTIVE JUROR: Very much so.
11       THE COURT: Thank you.
12       Juror number 9, Mr. Kosloff.
13       PROSPECTIVE JUROR: Resident of Suffolk County
14 for about three years now. Vice president of
15 international finance. My wife is a photographer. I have
16 two grown children, both are social workers. I have got a
17 bachelor's degree. I have some graduate schooling as
18 well. I have been on a jury once, a criminal case, and we
19 did reach a verdict.
20       THE COURT: How long ago was that?
21       PROSPECTIVE JUROR: About two years ago.
22       THE COURT: Was it State or Federal?
23       PROSPECTIVE JUROR: I thought it was Suffolk
24 County.
25       THE COURT: Where was it?

173

1        PROSPECTIVE JUROR: Down the road a little bit.
2        THE COURT: That would be state. What was the
3  nature of the case?
4        PROSPECTIVE JUROR: DUI.
5        THE COURT: Thank you. Have you ever been on a
6  Grand Jury?
7        PROSPECTIVE JUROR: No, sir.
8        THE COURT: Hockey fan?
9        PROSPECTIVE JUROR: Not really.
10       THE COURT: Thanks.
11       Juror number 10, Ms. Perkins.
12       PROSPECTIVE JUROR: I live in Suffolk County.
13 Been here for six years. I'm a licensed sales assistant.
14 I am married. Do not have any adult children. I skipped
15 one. My husband is a financial analyst. High school. I
16 never sat on a jury.
17       THE COURT: Have you been on a Grand Jury?
18       PROSPECTIVE JUROR: Never.
19       THE COURT: Are you a hockey fan?
20       PROSPECTIVE JUROR: Lifelong hockey fan.
21       THE COURT: Jury number 12, excuse me, juror
22 number 11, Ms. Pace.
23       PROSPECTIVE JUROR: Live in Suffolk County.
24 Been there for 23 years, I'm a GM at a restaurant. Not
25 married. No kids. I have had three years of college.

174

1 Never been part of a jury. Never been part of a Grand
2 Jury.
3     THE COURT: Are you a hockey fan?
4     PROSPECTIVE JUROR: Yes.
5     THE COURT: What level of interest?
6     PROSPECTIVE JUROR: Pretty much like high.
7     THE COURT: High. Okay. Thank you.
8     Juror number 12, Mr. Cardarelli.
9     PROSPECTIVE JUROR: Live in Suffolk County.
10 Been there over four years. My occupation is probation
11 officer. I am married. My wife is a teacher. I have no
12 adult children, younger ones. I have a bachelor's degree.
13 Never sat on a jury or a Grand Jury.
14     THE COURT: Are you a hockey fan?
15     PROSPECTIVE JUROR: Not really.
16     THE COURT: Thank you.
17     Juror number 13, Mr. Walsh.
18     PROSPECTIVE JUROR: I live in Suffolk County for
19 39 years. I'm a retired meat cutter. I'm married. My
20 wife works for CPS, Child Protective Services, Suffolk
21 County. I have three children. One works in New York as
22 a voiceover, one works for the Town of Islip as a
23 lifeguard and the other one works as technical support. I
24 have been on juries. I have been on a criminal case and
25 personal case.

175

1     THE COURT: One of them was --
2     PROSPECTIVE JUROR: Didn't make a decision on
3 the personal case.
4     THE COURT: Let me cover those. First, what
5 level of school did you have?
6     PROSPECTIVE JUROR: High school.
7     THE COURT: You said one was a criminal case?
8     PROSPECTIVE JUROR: Yes.
9     THE COURT: What was the charge in the criminal
10 case?
11     PROSPECTIVE JUROR: Embezzlement.
12     THE COURT: State or Federal?
13     PROSPECTIVE JUROR: It was state.
14     THE COURT: How long ago was that?
15     PROSPECTIVE JUROR: About 30 years ago.
16     THE COURT: Without telling me what the verdict
17 was, did the jury reach a verdict in that case?
18     PROSPECTIVE JUROR: Yes, we did reach a verdict.
19     THE COURT: You said personal case. Personal
20 injury case or personal case to you?
21     PROSPECTIVE JUROR: Not a personal case to me.
22     THE COURT: Personal injury case? What do you
23 mean, a personal case?
24     PROSPECTIVE JUROR: The other one, no, a medical
25 case, the one they settled out of court.

176

1     THE COURT: How long ago that was?
2     PROSPECTIVE JUROR: That was probably about 29
3 years ago.
4     THE COURT: Okay. Have you ever been on a Grand
5 Jury before?
6     PROSPECTIVE JUROR: No, I haven't.
7     THE COURT: Are you a hockey fan?
8     PROSPECTIVE JUROR: No, I'm not.
9     THE COURT: Thank you.
10     Ms. Olsen, juror 14.
11     PROSPECTIVE JUROR: I have lived in Suffolk
12 County for 44 years. Like I said, work for the Internal
13 Revenue Service for the last 18. Divorced. My ex-husband
14 was a glazier.
15     THE COURT: Glazier?
16     PROSPECTIVE JUROR: Auto glass installer. Two
17 daughters. One, 21, American Sign Language interpreter.
18 My second daughter is 28, and she is a manager for the Pro
19 Desk in Home Depot. My schooling, I have an associate's
20 degree in accounting. I have never sat on a jury, grand
21 or otherwise.
22     THE COURT: Are you a hockey fan?
23     PROSPECTIVE JUROR: No, I'm not.
24     THE COURT: Juror number 15, Mr. McGuire.
25     PROSPECTIVE JUROR: Bahadur.

177

1     MR. LaRUSSO: 123, your Honor.
2     THE COURT: Mr. Bahadur, number 15.
3     PROSPECTIVE JUROR: I live in Nassau County for
4 several years. I'm a mechanic.
5     THE COURT: Auto mechanic?
6     PROSPECTIVE JUROR: Diesel mechanic. I am
7 married. My wife is an administrator. No adult children.
8 I did high school and trade school. I have been on a jury
9 before, it was criminal, hung jury.
10     THE COURT: How long ago was that?
11     PROSPECTIVE JUROR: 15 years.
12     THE COURT: What was the nature of the charge?
13     PROSPECTIVE JUROR: Gun possession.
14     THE COURT: Okay. Never been on a Grand Jury?
15     PROSPECTIVE JUROR: No.
16     THE COURT: Hockey fan?
17     PROSPECTIVE JUROR: No.
18     THE COURT: Juror number 16, Ms. Vetter?
19     PROSPECTIVE JUROR: I live in Suffolk County for
20 48 years. I work for a school district as a security
21 guard/central operator. I'm married. My husband is a
22 custodian at a school district. I have one adult child,
23 that's a teacher's assistant, and my son is graduating in
24 June. I graduated. And I also have some adult education
25 classes.

**178**

1    THE COURT: You graduated college?

2    PROSPECTIVE JUROR: No college, just adult

3 education. I have never served on any kind of jury.

4    THE COURT: Are you a hockey fan?

5    PROSPECTIVE JUROR: No.

6    THE COURT: Thank you.

7    Juror number 17, how do you pronounce the last

8 name?

9    PROSPECTIVE JUROR: Bere. Live in Suffolk

10 County since 1986. Geologist. My wife is in career

11 services, class teacher at Stony Brook. I have two adult

12 children. One is a marine -- one of -- the son is a

13 marine. The daughter will be going to Marine OCS in

14 September. I have a BA master's and didn't finish my

15 Ph.D. Never been on a jury, Grand Jury. Not a hockey

16 fan.

17    THE COURT: Thank you.

18    Juror 18, Mr. Markowitz.

19    PROSPECTIVE JUROR: Nassau County, 14 years.

20 Occupation software engineer. Nassau County, 14 years,

21 software engineer. Not married. No adult children.

22 Schooling is Bachelor of Science, four years. I was

23 picked once for a civil as an alternate. It settled

24 before trial.

25    THE COURT: Ever been on a Grand Jury?

**179**

1    PROSPECTIVE JUROR: No.

2    THE COURT: Hockey fan?

3    PROSPECTIVE JUROR: No.

4    THE COURT: Thank you.

5    Juror number 19, Mr. Stoddard.

6    PROSPECTIVE JUROR: Suffolk County, 53 years.

7 Maintenance mechanic. Used to drive for UPS, 25 years. I

8 retired from that. Married. My wife is an accountant. I

9 have two adult children. My son is an electrician. My

10 daughter, a massage therapist. High school and never been

11 on a jury.

12    THE COURT: Grand Jury?

13    PROSPECTIVE JUROR: No.

14    THE COURT: Hockey fan?

15    PROSPECTIVE JUROR: No.

16    THE COURT: Thank you.

17    Juror number 20, Ms. Krakowski.

18    PROSPECTIVE JUROR: Live in Nassau County for 63

19 years. I'm a middle school guidance secretary. My former

20 -- my husband is an architect. I have three adult

21 children. One is a teacher. One works for Fannie Mae in

22 Washington D.C. One works in Seattle for Microsoft. I

23 have an associate's degree. And I have never been on a

24 jury. I'm a hockey fan, season ticket holder.

25    THE COURT: Have you been on a Grand Jury?

**180**

1    PROSPECTIVE JUROR: No.

2    THE COURT: Season ticket holder for?

3    PROSPECTIVE JUROR: I'm a hockey fan.

4    THE COURT: Season ticket holder for who?

5    PROSPECTIVE JUROR: New York Islanders.

6    THE COURT: Jury number 21, Ms. Macer.

7    PROSPECTIVE JUROR: I live in Nassau County for

8 25 years. I work in a middle school as a testing

9 coordinator, and I teach swimming over the summer. I am

10 married. My two children are both in college. My husband

11 is a green card manufacturer. I have two years of

12 college. Never have sat on jury or a Grand Jury, and I do

13 not like hockey.

14    THE COURT: Thank you.

15    Jury number 22, Mr. Lee.

16    PROSPECTIVE JUROR: I live in Kings County for

17 18 years. City bus driver. Single. No children.

18    THE COURT: What level of schooling did you

19 have?

20    PROSPECTIVE JUROR: I have GED.

21    THE COURT: Ever been on a jury?

22    PROSPECTIVE JUROR: A couple of times.

23    THE COURT: Can you tell me each time?

24    PROSPECTIVE JUROR: Just one day.

25    THE COURT: I don't mean like coming in,

**181**

1 actually sat through a trial?

2    PROSPECTIVE JUROR: One time.

3    THE COURT: How long ago was it?

4    PROSPECTIVE JUROR: Just for the day and I go

5 home.

6    THE COURT: Did you sit through the trial?

7    PROSPECTIVE JUROR: Just like this.

8    THE COURT: You weren't selected to be on the

9 trial?

10    PROSPECTIVE JUROR: No.

11    THE COURT: Ever been on a Grand Jury?

12    PROSPECTIVE JUROR: No.

13    THE COURT: Are you a hockey fan?

14    PROSPECTIVE JUROR: No.

15    THE COURT: Thank you.

16    Juror number 23, Ms. Bernstein.

17    PROSPECTIVE JUROR: I live in Nassau County,

18 lived there for 57 years. I work in IT support. I do

19 help desk. I am married. My husband works for the Post

20 Office and he does repair of the mail sorting machines. I

21 don't have any children. I have a bachelor's degree.

22 Never sat on a jury before. I have never been on a Grand

23 Jury. And I'm not a hockey fan.

24    THE COURT: Thank you.

25    Juror 24, Mr. Tormey.

**182**

1    PROSPECTIVE JUROR:  I live in Nassau County for
2  44 years.  Occupation is sales.  Not married, I have no
3  children.  Four years of college.  I have not been on a
4  jury or Grand Jury.  I'm a huge hockey fan.
5    THE COURT:  You said you were in sales.  What
6  type of sales?
7    PROSPECTIVE JUROR:  Retail.
8    THE COURT:  Thank you.
9    Juror 25, Ms. Simon.
10    PROSPECTIVE JUROR:  I live in Suffolk County for
11  nine years.  I work as a graphic designer for a
12  pharmaceutical company.  My husband owns a sign shop.  I
13  have no adult children.  I have a Bachelor of Arts degree.
14  I have never sat on a jury or Grand Jury.  I'm not a
15  hockey fan.
16    THE COURT:  Thank you.
17    Juror 26, Ms. Petrino.
18    PROSPECTIVE JUROR:  I live in Richmond County,
19  been there 25 years.  I'm a media marketing manager.  Not
20  married.  I have a bachelor's degree in marketing.  I have
21  not sat on a jury before.
22    THE COURT:  Or Grand Jury?
23    PROSPECTIVE JUROR:  No jury.
24    THE COURT:  Are you a hockey fan?
25    PROSPECTIVE JUROR:  Huge hockey fan.  I do a

**183**

1  little bit of work with the NHL.
2    THE COURT:  What type of work?
3    PROSPECTIVE JUROR:  Events and with the players.
4    THE COURT:  Why don't you approach?
5    (Continued on the next page.)

**184**

1    (Sidebar.)
2    THE COURT:  Explain that to me little more.  Who
3  hires you, the NHL?
4    PROSPECTIVE JUROR:  We work with them.  They
5  don't pay us.  We do events in different cities with
6  different NHL players.  I work for tourism companies.  We
7  go to cities and do events with them.
8    THE COURT:  Meet The Player?
9    PROSPECTIVE JUROR:  Meet The Player.  We give
10  them double-decker buses.  That's the kind of company I
11  work for.  In exchange, they do some publicity for us.
12    THE COURT:  "They" being the NHL?
13    PROSPECTIVE JUROR:  Yes.
14    THE COURT:  The particular players whose names
15  you have heard me read off, ever have interactions with
16  them or the subject of anything?
17    PROSPECTIVE JUROR:  Not them specifically.
18    THE COURT:  You heard what the case is about.
19  It's about some hockey players who allegedly are victims
20  of a fraud.  Maybe some of them will be witnesses in this
21  case.  Given your work, do you think you could be fair and
22  impartial to both sides?
23    PROSPECTIVE JUROR:  Yes.
24    THE COURT:  Thank you.
25    MR. HALEY:  If I may, for purposes of the record

**185**

1  at least, it's been in the media the league is following
2  this case, the NHL league.  Should she acquire that
3  information, I'm sure she was honest in her answers, I
4  don't know if that would have an impact on her
5  impartiality.
6    THE COURT:  I asked if she read anything about
7  the case.  I don't think she's seen the case.
8    MR. HALEY:  I'm concerned on a prospective
9  basis.  Thank you.  I made my record.
10    (Sidebar concluded.)
11    (Continued on the next page.)

**186**

1    (In open court.)

2    THE COURT: Juror 27, Mr. Muktadir.

3    PROSPECTIVE JUROR: I live in Queens County for

4    27 years. Occupation is project manager. Not married.

5    Do not have any kids. I have a bachelor's degree. Never

6    sat on a jury or Grand Jury, and I'm a casual hockey fan.

7    THE COURT: Thank you.

8    Juror 28.

9    PROSPECTIVE JUROR: I live in Suffolk County for

10   28 years. I work at a medical record department for a

11   psychiatric hospital. I'm not married. I have two

12   children. My son is in college and my daughter works in a

13   mental health facility. I had high school. I have never

14   been on a jury. Never on Grand Jury. I'm a hockey mom.

15   THE COURT: You're a hockey mom?

16   PROSPECTIVE JUROR: Yes.

17   THE COURT: Thank you.

18   Ms. Barrie-Diamond.

19   PROSPECTIVE JUROR: I live in Suffolk County.

20   Went to Suffolk Community College. Lived there three

21   years. I write whenever I can. Call myself a poet.

22   THE COURT: Are you married?

23   PROSPECTIVE JUROR: I was married for 28 years.

24   My husband just died several months ago.

25   THE COURT: What did your husband do for a

**187**

1    living?

2    PROSPECTIVE JUROR: I was married 28 years but

3    he just died several months ago.

4    THE COURT: What did he do for a living before

5    he passed away?

6    PROSPECTIVE JUROR: He was a businessman. He

7    owned a swimming pool company.

8    THE COURT: Do you have any adult children?

9    PROSPECTIVE JUROR: No, sir; I don't have

10   children. But I call my poetry -- all my books are my

11   children.

12   THE COURT: What level of schooling did you

13   have?

14   PROSPECTIVE JUROR: I have a bachelor's from Old

15   Westbury.

16   THE COURT: Ever been on a jury before?

17   PROSPECTIVE JUROR: No, sir.

18   THE COURT: Ever been on a Grand Jury?

19   PROSPECTIVE JUROR: No, sir.

20   THE COURT: Are you a hockey fan?

21   PROSPECTIVE JUROR: No sir.

22   THE COURT: Jury number 30, Mr. Sparks.

23   PROSPECTIVE JUROR: Suffolk County over 40

24   years. My occupation is Section 8 Housing inspector. I'm

25   married. I have one adult child. My wife is a retail

**188**

1    manager. I have a bachelor's degree. Never sat on jury

2    or Grand Jury or regular jury. I'm a casual hockey fan at

3    best.

4    THE COURT: Thank you.

5    Jury number 31, Mr. Hoffman.

6    PROSPECTIVE JUROR: Live in Kings County for the

7    last eight years. I'm a teacher. I'm not married. I

8    have no children. I have a master's degree in education.

9    I have not sat on a jury. I have not sat on Grand Jury.

10   I don't watch hockey.

11   THE COURT: What level do you teach at?

12   PROSPECTIVE JUROR: High school.

13   THE COURT: Okay. Thank you.

14   Juror number 32, Ms. Leone.

15   PROSPECTIVE JUROR: Leone.

16   I live in Nassau County; have been there for 46

17   years. My occupation is I sell temporary staffing

18   services to accounting and finance. I am married. My

19   husband is a director of claims. I have my bachelor's

20   degree. I have sat on a jury before. I believe it was a

21   civil case. I was in Brooklyn. I have never sat on a

22   Grand Jury. I frequently attend hockey games.

23   THE COURT: Let me ask you about your prior jury

24   service, what type of case was it? If you remember.

25   PROSPECTIVE JUROR: I believe it was a case

**189**

1    between home reconstruction kind of a company, general

2    contractor.

3    THE COURT: Without telling me the verdict, did

4    the jury reach a verdict?

5    PROSPECTIVE JUROR: No verdict.

6    THE COURT: The case got settled?

7    PROSPECTIVE JUROR: That's right.

8    THE COURT: Thank you.

9    Juror 33, how do you pronounce --

10   PROSPECTIVE JUROR: Macias. I live in Kings

11   County; been there for 29 years. Occupation is officer

12   manager. Actually, sorry, program manager for Catholic

13   Charities. My wife is an office manager. No children. I

14   have a bachelor's degree. I sat on a jury, civil. Never

15   reached a verdict, it settled. I'm not an active hockey

16   fan.

17   THE COURT: Ever been on a grand jury?

18   PROSPECTIVE JUROR: No.

19   THE COURT: What was the nature of the case that

20   settled? What was it about? Did you hear any part of it?

21   PROSPECTIVE JUROR: I did hear about it. It was

22   some street injury. It settled.

23   THE COURT: Thank you.

24   Juror number 34, Ms. Douglas.

25   PROSPECTIVE JUROR: I live in Queens. I have

190

1  been there for 65 years.  I am retired.  Registered nurse.
2  I'm not married.  I have no children.  Two years of
3  college and three years of a traditional hospital-based
4  nursing course.  I have never been on a jury or Grand
5  Jury.
6          THE COURT:  Are you a hockey fan?
7          PROSPECTIVE JUROR:  No.
8          THE COURT:  Thank you.
9          Juror 35, Mr. Vitiello.
10         PROSPECTIVE JUROR:  I live in Suffolk County for
11 45 years.  I'm a retired J.P. Morgan employee.  I am
12 married.  My wife is a retired teacher's aide.  I have two
13 children.  I have two years of schooling.  I have been on
14 a civil case that went to verdict.  I have never been on a
15 Grand Jury and I'm a huge hockey fan.
16         THE COURT:  Can you tell me what your adult
17 children do?  You said two children?
18         PROSPECTIVE JUROR:  Yes.  One is a housewife,
19 the other is a recruiter.
20         THE COURT:  You said you have been on two cases,
21 one was a civil case?
22         PROSPECTIVE JUROR:  One case.
23         THE COURT:  What was it about?
24         PROSPECTIVE JUROR:  Sorry?
25         THE COURT:  What was it about?

191

1          PROSPECTIVE JUROR:  Lawsuit against mechanic.
2          THE COURT:  Without telling me the verdict, did
3  the jury reach a verdict?
4          PROSPECTIVE JUROR:  Yes, it did.
5          THE COURT:  Jury 36, Mr. Kislik.
6          PROSPECTIVE JUROR:  Hi.  Resident of Nassau
7  County.  Lived there for 54 years.  My former occupation
8  was retail management.  Currently stay-at-home dad.
9  Married.  My wife is a business consultant.  I have one
10 adult son who is a store manager, retail store manager.  I
11 have a bachelor's degree.  I was on a civil case, it was
12 settled before coming to court.  And I have never been on
13 a Grand Jury.  I consider myself somewhat of a hockey man
14 but not after the move to Brooklyn.
15         THE COURT:  Thank you.
16         Juror 37, Ms. Kinney.
17         PROSPECTIVE JUROR:  Resident of Suffolk County
18 for 50 years.  I was an elementary school teacher for 35
19 years.  I have a master's of education.  My husband works
20 for NBC, The Today Show, as videotape supervising editor.
21 Married 45 years.  I have two grown children.  My son is
22 an independent mover and works for Allied Lines.  My
23 daughter is a mother and stays at home now.  She was a
24 child life specialist at Winthrop Hospital.  I have been
25 called for jury a few times, and one time I did get to be

192

1  foreman on a negligence lawsuit against the doctor.  Went
2  to court for about three or four days, but it was settled.
3  I'm not a hockey fan.
4          THE COURT:  Have you been on a Grand Jury?
5          PROSPECTIVE JUROR:  No.
6          THE COURT:  Thank you.
7          Juror number 38, Mr. Kulfan.
8          PROSPECTIVE JUROR:  I live in Suffolk County.  I
9  have been here about 25 years.  My occupation is sales.  I
10 have a significant other who is the owner-operator of her
11 own beauty salon.  I do not have any adult children.  I
12 have had three years of college.  I have never sat on one
13 jury or a Grand Jury.
14         THE COURT:  Are you a hockey fan?
15         PROSPECTIVE JUROR:  No.
16         THE COURT:  Jury number 39, Ms. Wilson.
17         PROSPECTIVE JUROR:  I live in Nassau County for
18 20 years.  I work as a nursing assistant at a hospital.  I
19 am single.  No children.  I have some high school and some
20 college.  I was on a jury about six years ago.
21         THE COURT:  You were on a jury six years ago?
22         PROSPECTIVE JUROR:  Yes.
23         THE COURT:  What type of case was it?
24         PROSPECTIVE JUROR:  It was a car theft.
25         THE COURT:  Criminal or civil?

193

1          PROSPECTIVE JUROR:  Criminal.
2          THE COURT:  Without telling me the verdict, did
3  the jury reach a verdict?
4          PROSPECTIVE JUROR:  Yes.
5          THE COURT:  Ever been on a Grand Jury?
6          PROSPECTIVE JUROR:  No.
7          THE COURT:  Are you a hockey fan?
8          PROSPECTIVE JUROR:  No.
9          THE COURT:  Jury number 40, Mr. Wiesmann.
10         PROSPECTIVE JUROR:  I live in Suffolk County 35
11 years.  Highway maintenance supervisor.  I am married.  I
12 have two adult children.  My wife is a housekeeper.  I
13 have two adult kids, one works in a mailroom, the other is
14 employed.  I have an associate's degree.  Never been in a
15 jury.  Have been a grand juror.  Yes, I follow hockey.
16         THE COURT:  When you were a grand juror, was
17 that State or Federal?
18         PROSPECTIVE JUROR:  County.
19         THE COURT:  Did you hear all different types of
20 cases?
21         PROSPECTIVE JUROR:  About two days for a month.
22         THE COURT:  Thank you.
23         41, Ms. McCarthy.
24         PROSPECTIVE JUROR:  Resident of Nassau County
25 for over 35 years.  My occupation is a teacher's aide in

**194**

1  an elementary school in pre-K class.  I am married.  My
2  husband is a police sergeant.  Two grown children, one is
3  a pre-K teacher.  She is going for her master's.  My
4  second child is in college for psychology.  School, I have
5  high school and a few college credits.  I have been called
6  for jury duty but never selected for grand jury either.  I
7  know what a hat trick is, but I'm not a hockey fan.
8       THE COURT:  Thank you.
9       Ms. Speckin.
10      PROSPECTIVE JUROR:  I live in Nassau County;
11  been there over 35 years.  I am retired now, but I was a
12  bank manager.  My husband, he works in the computer area.
13      THE COURT:  Sorry?
14      PROSPECTIVE JUROR:  My husband works in
15  computers.  He is a systems analyst.  I have three grown
16  children.  One sells cars, Chevys, in Huntington.  The
17  other is in marketing in Manhattan.  And one is upstate;
18  she is in Human Resources.  I have a master's degree in
19  finance.  And yes, I sat on -- twice I was on cases until
20  the end.  I was called for grand jury, but they didn't
21  take me.
22      THE COURT:  On the two cases that reached a
23  verdict, what were they about?
24      PROSPECTIVE JUROR:  One was drunk driving, one
25  was just an insurance thing.

**195**

1       THE COURT:  Civil case?
2       PROSPECTIVE JUROR:  Yes.  One was civil.
3       THE COURT:  Thank you.
4       Before I speak to the lawyers, let me ask you
5  this question, and I will go down the line, ask you to
6  respond.
7       Bottom-line question:  If you are selected to be
8  a juror in this case, will you be able to keep an open
9  mind until all the evidence and arguments have been
10  presented, and then decide the case fairly and
11  impartially, based only on the evidence presented at trial
12  and the law as I explain it to you?
13      Will you be able to do that, juror number 1?
14  PROSPECTIVE JUROR:  Yes.
15      THE COURT:  Juror number 2?
16  PROSPECTIVE JUROR:  Yes.
17      THE COURT:  Juror number 3?
18  PROSPECTIVE JUROR:  Yes.
19      THE COURT:  Juror number 4?
20  PROSPECTIVE JUROR:  Yes.
21      THE COURT:  Juror number 5?
22  PROSPECTIVE JUROR:  Yes.
23      THE COURT:  Juror number 6?
24  PROSPECTIVE JUROR:  Yes.
25      THE COURT:  Juror number 7?

**196**

1  PROSPECTIVE JUROR:  Yes.
2  THE COURT:  Juror number 8?
3  PROSPECTIVE JUROR:  Yes.
4  THE COURT:  Juror number 9?
5  PROSPECTIVE JUROR:  Yes.
6  THE COURT:  Juror number 10?
7  PROSPECTIVE JUROR:  Yes.
8  THE COURT:  Juror number 11?
9  PROSPECTIVE JUROR:  Yes.
10  THE COURT:  Juror number 12?
11  PROSPECTIVE JUROR:  Yes.
12  THE COURT:  Juror number 13?
13  PROSPECTIVE JUROR:  Yes.
14  THE COURT:  Juror number 14?
15  PROSPECTIVE JUROR:  Yes.
16  THE COURT:  Juror number 15?
17  PROSPECTIVE JUROR:  Yes.
18  THE COURT:  Juror number 16?
19  PROSPECTIVE JUROR:  Yes.
20  THE COURT:  Juror number 17?
21  PROSPECTIVE JUROR:  Yes.
22  THE COURT:  Juror number 18?
23  PROSPECTIVE JUROR:  Yes.
24  THE COURT:  Juror number 19?
25  PROSPECTIVE JUROR:  Yes.

**197**

1  THE COURT:  Juror number 20?
2  PROSPECTIVE JUROR:  Yes.
3  THE COURT:  Juror number 21?
4  PROSPECTIVE JUROR:  Yes.
5  THE COURT:  Juror number 22?
6  PROSPECTIVE JUROR:  Yes.
7  THE COURT:  Juror number 23?
8  PROSPECTIVE JUROR:  Yes.
9  THE COURT:  Juror number 24?
10  PROSPECTIVE JUROR:  Yes.
11  THE COURT:  Juror number 25?
12  PROSPECTIVE JUROR:  Yes.
13  THE COURT:  Juror number 26?
14  PROSPECTIVE JUROR:  Yes.
15  THE COURT:  Juror number 27?
16  PROSPECTIVE JUROR:  Yes.
17  THE COURT:  Juror number 28?
18  PROSPECTIVE JUROR:  Yes.
19  THE COURT:  Juror number 29?
20  PROSPECTIVE JUROR:  Yes.
21  THE COURT:  Juror number 30?
22  PROSPECTIVE JUROR:  Yes.
23  THE COURT:  Juror number 31?
24  PROSPECTIVE JUROR:  Yes.
25  THE COURT:  Juror number 32?

**198**

1    PROSPECTIVE JUROR:  Yes.

2    THE COURT:  Juror number 33?

3    PROSPECTIVE JUROR:  Yes.

4    THE COURT:  Juror number 34?

5    PROSPECTIVE JUROR:  Yes.

6    THE COURT:  Juror number 35?

7    PROSPECTIVE JUROR:  Yes.

8    THE COURT:  Juror number 36?

9    PROSPECTIVE JUROR:  Yes.

10   THE COURT:  Juror number 37?

11   PROSPECTIVE JUROR:  Yes.

12   THE COURT:  Juror number 38?

13   PROSPECTIVE JUROR:  Yes.

14   THE COURT:  Juror number 39?

15   PROSPECTIVE JUROR:  Yes.

16   THE COURT:  Juror number 40?

17   PROSPECTIVE JUROR:  Yes.

18   THE COURT:  Juror number 41?

19   PROSPECTIVE JUROR:  Yes.

20   THE COURT:  Juror number 42?

21   PROSPECTIVE JUROR:  Yes.

22   THE COURT:  Let me speak to the lawyers at

23   sidebar.

24   MR. LaRUSSO:  I thought juror number 29 raised a

25   hand while you were reading some remarks.

**199**

1    THE COURT:  Why don't you come up?

2    (Continued on the next page.)

**200**

1    (Sidebar.)

2    (Prospective juror approaches sidebar.)

3    PROSPECTIVE JUROR:  I forgot something.  I sat

4    on a jury in Riverhead, but they settled the case.  But it

5    was so long ago I couldn't remember what it was all about.

6    And then I sat in Florida also.  I came, I think it was

7    twice, and then the judge sent us home.

8    THE COURT:  That's fine.  Thank you.

9    (Prospective juror leaves sidebar.)

10   THE COURT:  Any follow-up questions you would

11   like me to ask any of the jurors?

12   Government?

13   MS. KOMATIREDDY:  No, your Honor.

14   MR. LaRUSSO:  No, your Honor.

15   MR. HALEY:  No, your Honor.

16   THE COURT:  Any challenges for cause by the

17   government?

18   MR. MISKIEWICZ:  No, your Honor.

19   THE COURT:  Defense?

20   MR. LaRUSSO:  No.

21   MR. HALEY:  No.

22   THE COURT:  So I will give you a few minutes to

23   review your notes, then come back to the robing room to

24   exercise the challenges.  I will keep them all seated so

25   you can see them while you are looking at your notes.

**201**

1    MR. HALEY:  What is the Court's protocol?  I

2    haven't selected a jury before you.  If number 2 is

3    eliminated, do you immediately fill that seat?

4    THE COURT:  Again, the first -- again, the first

5    30 --

6    MR. MISKIEWICZ:  I think you said --

7    THE COURT:  1 through 30 will be for the 12.

8    They will move down the seats, but they will be part of

9    the 12.  Whoever is left will be part of the 12.

10   MR. HALEY:  Okay.

11   THE COURT:  Review your notes.

12   What time is it?

13   MR. MISKIEWICZ:  It's 25 to 5:00.

14   THE COURT:  Take ten minutes or so to do that.

15   Get back to the robing room.  Maybe we can get everybody

16   out of here by 5:00.

17   (In open court.)

18   THE COURT:  Ladies and gentlemen, as I said to

19   you today, both sides get a certain number of peremptory

20   challenges.  They can exercise to excuse certain jurors.

21   That's why we have 42 people here.  So I'm giving them

22   five or ten minutes to review their notes.  They will go

23   back into the robing room with me and they will exercise

24   those challenges.  Once they have exercised those

25   challenges, we will have the 12 jurors and six alternates

**202**

1  who will hear the case.

2       I know it's 4:35, but if we don't complete it

3  today, then everybody has to come back tomorrow.  I don't

4  want to do that.  I think we should be out of here by

5  5:00.

6       I ask you -- I don't want to give everyone

7  another break; that will add up more time.  If you can sit

8  patiently and read, do whatever you want.  Don't talk.  We

9  will be done shortly.

10       I again want to thank you for your patience.  I

11  need everyone in the audience to stay as well.  Nobody can

12  leave yet.  My deputy will let me know when the lawyers

13  are ready.

14       (Continued on the next page.)

15

16

17

18

19

20

21

22

23

24

25

**203**

1       THE COURT:  Okay.  So we have six rounds.  The

2  government has one challenge in each round, defense has

3  two.  Can you just state the number and the names so

4  there's no confusion.  Right.  So the first round

5  government has one challenge.

6       MS. KOMATIREDDY:  The government strikes five.

7       THE COURT:  What's the name.

8       MS. KOMATIREDDY:  The name Bacchus.

9       THE COURT:  Two challenges for the defense.

10       MR. LA RUSSO:  Two and seven, two is Gleeson and

11  seven is Connelly.

12       THE COURT:  Round 2, the government.

13       MS. KOMATIREDDY:  The government strikes 15.

14       THE COURT:  That would be Bahadur, right?

15       MS. KOMATIREDDY:  Yes, judge.

16       THE COURT:  Two for the defense.

17       MR. LA RUSSO:  And the defense will strike

18  number 10 which is Perkins and number 12 Mr. Cardarelli.

19       THE COURT:  Okay.  Round 3 for the government.

20       MS. KOMATIREDDY:  The government strikes 19,

21  which is Stoddard.

22       THE COURT:  Okay.

23       MR. LA RUSSO:  And the defense will strike 13,

24  Mr. Walsh and number 14, I believe it's Olsen.

25       THE COURT:  Yes.  Okay, fourth round.

**204**

1       MS. KOMATIREDDY:  Government strikes 29 which

2  is.

3       THE COURT:  Barrie-Diamond.  Right?

4       MR. MISKIEWICZ:  Yes, Judge.

5       MR. LA RUSSO:  And the defense will strike

6  number 18, Markowitz.

7       THE COURT:  Okay.

8       MR. LA RUSSO:  And number 20, Mr. Li.

9       THE COURT:

10       MR. LA RUSSO:  I'm sorry, 22, Judge, Mr. Li.

11       THE COURT:  All right.  This is round five.  The

12  government.

13       MS. KOMATIREDDY:  The government strikes 16.

14       THE COURT:  That's Vetter.

15       MR. MISKIEWICZ:  Yes, Judge.

16       MR. LA RUSSO:  And the defense will strike 24,

17  that's Tormey.

18       THE COURT:  Right.

19       MR. LA RUSSO:  And number 26, Patrino.

20       THE COURT:  Last round from the government.

21       MS. KOMATIREDDY:  Government strikes 21.

22       THE COURT:  Mainzer.

23       MS. KOMATIREDDY:  Correct, Judge.

24       MR. LA RUSSO:  And we waive our next two.

25       THE COURT:  Okay.  If you waive your next two,

**205**

1  that means 42 and 41 will come out and --

2       MR. LA RUSSO:  Or you can leave them in and we

3  have three challenges off the alternates.

4       THE COURT:  Yes.  But you'll have -- let me do

5  the math here.  So what's going to happen, if you don't

6  exercise your two challenges then the 12th juror is juror

7  27, Mr. Muktadir.  He becomes the 12th and starting at

8  juror 28, Ms. O'Mallon becomes the first potential

9  alternate, and we won't get to 41 and 42, they drop out.

10  Do you understand?

11       MR. LA RUSSO:  I do.  Rick, do you understand

12  that?

13       MR. HALEY:  Yes.

14       THE COURT:  41 and 42 are out.

15       Now you're exercising your challenges for the

16  alternates, starting from Mr. Sparks, number -- for

17  Ms. O'Mallon down.

18       MR. HALEY:  She's 28.

19       THE COURT:  So it will be from Ms. O'Mallon down

20  to Mr. Wiesmann.

21       MR. LA RUSSO:  You want to it 1, 1, 1?

22       THE COURT:  Yes.  Government first.

23       MS. KOMATIREDDY:  The government takes 39.

24       THE COURT:  Wilson.

25       MR. LA RUSSO:  The defense will take 32,

206

1    Ms. Leone, I believe.
2           THE COURT:  Yes.
3           MS. KOMATIREDDY:  The government strikes 35.
4    Vitiello.
5           MR. LA RUSSO:  And we strike number 40,
6    Mr. Wiesman, I believe it is.
7           THE COURT:  Yes.  Last round for the government.
8           MS. KOMATIREDDY:  The government strikes 37.
9           MR. LA RUSSO:  We'll waive.
10          THE COURT:  What that means, Mr. Kulfan will
11   drop out.
12          MR. LA RUSSO:  Yes.
13          THE COURT:  All right.  So I'm going to go out
14   there.  I'm going to excuse the jurors that are struck.
15   Then once we do that, I'll ask is the jury acceptable to
16   the government, to the defense.  If I made a mistake that
17   will be when you let know, I'm not going to give them the
18   preliminary instruction.  I'll give them those next
19   Monday.  I'll basically repeat what I repeated at
20   lunchtime.
21          MR. LA RUSSO:  All right.  Thank you,
22   your Honor.
23          (Continued on next page.)
24
25

207

1           (Whereupon, the following occurred in open
2    court.)
3           THE COURT:  Okay.  I appreciate everyone's
4    patience.  I'm going to announce the names of the jurors
5    who are excused from the case.  If I pronounce your
6    name -- if I call your name, pick up your stuff and go sit
7    in the audience or in one of these black chairs over there
8    until I make sure that I haven't made any mistakes.
9           The following jurors are excused from service in
10   this case:  Juror number 2, Mr. Gleeson, juror number
11   five, Mr. Bacchus, juror number seven, Mr. Connelly, juror
12   number 10, Ms. Perkins, juror number 12, Mr. Cardarelli,
13   juror number 13, Mr. Walsh, juror number 14, Mr. Saltzman,
14   juror 15, Mr. Muktadir, juror 16, Vetter, juror 18,
15   Mr. Markowitz, juror 19, Mr. Stoddard, juror 21,
16   Ms. Mainzer, juror 22, Mr. Li, juror number 24 Mr. Tormey,
17   juror 26, Ms. Patrino, juror 29, Ms. Barrie-Diamond, juror
18   32, Ms. Leone, juror 35 Mr. Vitiello, juror 37,
19   Ms. Kinney, juror 38 Mr. Kulfan, juror 39, Ms. Wilson,
20   juror 40, Mr. Wiesman, juror 41, Mr. McCarthy and juror
21   42, Ms. Specman.
22          Okay.  Is the jury acceptable to the government.
23          MR. MISKIEWICZ:  It is, your Honor.
24          THE COURT:  The defense?
25          MR. HALEY:  Yes, sir.

208

1           MR. LA RUSSO:  Yes, your Honor.
2           THE COURT:  So for those of you in the audience
3    I want to thank you for your willingness to serve as
4    jurors in this case.  You can just go back down to the
5    first floor.  I appreciate it.  Thank you.  Have a good
6    day.
7           (At this point the remaining prospective jurors
8    were excused from the courtroom.)
9           THE COURT:  Okay.  I'm going to give you a new
10   number now.  I want you to remember this number, this is
11   your new juror number.
12          Juror one is Ms. Boone-Banks, juror number 2 is
13   Ms. Imperiale, juror number 3, Mr. Palandrani, juror
14   number 4, Ms. Motherway, juror number 5, Mr. Rueger, juror
15   number 6 will be Mr. Kosloff, juror 7, Ms. Pace, juror
16   number 8, Mr. Dere, juror 9, Ms. Kurkowski, juror 10,
17   Mr. Bernstein, juror 11, Ms. Simon, and juror 12
18   Mr. Muktadir.
19          Alternate number one Ms. O'Mallon, alternate
20   number 2, Mr. Sparks, alternate number 3, Mr. Hoffman,
21   alternate number 4, Mr. Macias, alternate number 5,
22   Ms. Douglas, and alternate number 6 Mr. Kislik.
23          I just have to give you a few very brief
24   instructions and then Cathy is going to take you upstairs
25   so you know where to go on Monday.  As I said we're not

209

1    sitting the rest of the week.  The trial will start Monday
2    at 9:30.  I will give you some brief preliminary
3    instructions for about 10 minutes and then you'll hear the
4    openings.
5           You'll go right to the jury room.  You'll have a
6    badge that will allow you to go right to the jury room,
7    and she'll have some basic contact information that she'll
8    get from you so we can reach you if we need to.
9           I want to give you some important instructions
10   that I gave you lunchtime but I want to repeat to you
11   because they're important.  This applies for the whole
12   case.  You can't read or listen to anything in the media
13   about the case.  And in order to avoid you inadvertently
14   coming across something, I'm going to ask you not to read
15   certain newspapers during the course of the trial.
16          So during the course of this trial for the next
17   five weeks, I don't want you to read Newsday, I don't want
18   you to read the New York Post or the Daily News or listen
19   to News 12, because I do expect there will be some media
20   coverage at a minimum in those periodicals and News 12.
21   But that instruction applies more generally, I'm asking
22   you not to read those newspapers or watch that show, but
23   if you should hear on the radio or see on TV a report
24   that's about to come on with respect to this case, you
25   should immediately turn off or change the channel.  The

210

1  same is true if you're reading, you should not listen to
2  it.  The same is true if you are reading some other
3  newspaper, and you see a headline regarding this case, you
4  should not look at it.
5         You are not to discuss this case among
6  yourselves when you're back in the jury room during
7  breaks.  The jurors are only allowed to discuss this case
8  at the end of the case when I tell you to begin your
9  deliberations.  So in the jury room can't talk about the
10  case at all and you can't talk about the case with anyone
11  else.
12        If your family starts asking you what this case
13  about, you have to tell them I instructed you not to talk
14  about the case during the trial.  When it's over you can
15  discuss it all you like.  But during the trial you can't
16  discuss the case with anyone, that includes family members
17  or anyone at work or anyone else; that also includes
18  social media, Facebook, texting, no communications of any
19  type regarding the case.
20        And finally, I want to emphasize that no outside
21  research of any type is permitted, you can't Google
22  anything about the subject matter in the case, the
23  participants in the case, the lawyers in the case, you
24  shouldn't be doing any outside research of any type
25  whatsoever.  Very important.  So before I send the jurors

211

1  home for the week, is there anything that the lawyers need
2  to address with me?
3         MR. LA RUSSO:  No thank you.  Your Honor.
4         MR. HALEY:  No, sir.
5         MR. MISKIEWICZ:  No, sir.
6         THE COURT:  Don't leave now.  Cathy will take
7  you up to the tenth floor.  This is not my regular
8  courtroom.  She'll show you where my jury room is when you
9  come on Monday morning.  Have a good week.  I'll see you
10  all at 9:30 on Monday.
11        (Whereupon, the jury retired from the
12  courtroom.)
13        THE COURT:  All right.  Everyone can be seated.
14  So Mr. Haley, I know you have some issues to place on the
15  record.  I don't have time to it today.  Why don't you
16  pick a time during this week for everyone it come back in
17  and -- do you want to do it tomorrow?
18        MR. HALEY:  Your Honor, if I could.  If I could
19  have an opportunity to meet about my client before I
20  address it?
21        THE COURT:  Do you want to meet at 11 o'clock
22  tomorrow morning?  1:15, does that work for everybody
23  else?
24        MR. HALEY:  Yes.
25        MR. LA RUSSO:  My client was planning on going

212

1  home, his wife is pregnant with their second child.  If
2  you can do it by telephone conference?
3         THE COURT:  That's fine.  Are you okay with just
4  appearing by telephone, Mr. Constantine?
5         DEFENDANT CONSTANTINE:  Yes, I am not sure I'll
6  be able to get my flight anymore.  I might be stuck here.
7         THE COURT:  If not, I'll let you appear by
8  phone.
9         DEFENDANT CONSTANTINE:  Thank you very much.
10        THE COURT:  We're good?
11        MR. MISKIEWICZ:  Yes.
12        THE COURT:  I'll see you tomorrow at 1:15.
13  Thank you.  I appreciate everybody working efficiently
14  today.  That was very good.
15        MR. LA RUSSO:  Thank you, your Honor.
16        (Whereupon, court recessed for the day until
17  Tuesday, April 28, 2015 at 1:15 p.m.)
18
19
20
21
22
23
24
25

**$**

**$10,000** [3] - 59:6, 110:5, 155:12

**$20** [1] - 148:3

**$200** [1] - 48:1

**$25,000** [1] - 55:7

**$4,000** [1] - 38:6

**'**

**'97** [1] - 39:18

**1**

**10,000** [1] - 141:20

**100** [3] - 1:14, 1:23, 41:20

**103** [1] - 39:10

**105** [1] - 36:22

**106** [1] - 33:21

**10705** [1] - 102:7

**108** [1] - 56:23

**109** [1] - 64:3

**10th** [1] - 68:10

**11-month-year -old** [1] - 35:10

**112** [1] - 38:24

**113** [2] - 87:6, 87:18

**11572** [1] - 1:21

**116** [1] - 91:5

**117** [1] - 34:25

**11722** [2] - 1:15, 1:23

**11749** [1] - 1:18

**118** [1] - 81:20

**119** [1] - 105:3

**11:05** [1] - 26:1

**11th** [2] - 20:10, 58:21

**120** [2] - 33:7, 42:15

**121** [1] - 103:17

**122** [1] - 154:5

**123** [1] - 177:1

**124** [1] - 59:22

**126** [1] - 32:21

**127** [1] - 104:10

**128** [1] - 79:16

**129** [1] - 73:7

**12th** [5] - 41:11, 67:10, 169:15, 205:6, 205:7

**13-CR-607** [3] - 1:4, 2:1, 26:4

**13-year-old** [1] - 49:12

**134** [2] - 35:7, 35:8

**136** [1] - 34:17

**137** [1] - 66:19

**138** [1] - 74:18

**140** [1] - 69:2

**141** [1] - 34:9

**142** [1] - 67:24

**143** [1] - 60:12

**147** [1] - 61:9

**148** [1] - 72:17

**149** [1] - 68:8

**15-minute** [1] - 150:20

**151** [1] - 65:25

**152** [1] - 62:9

**154** [1] - 67:7

**155** [1] - 68:16

**156** [1] - 67:15

**157** [1] - 63:7

**158** [1] - 62:24

**1601** [1] - 1:18

**163** [1] - 66:11

**165** [1] - 70:25

**166** [1] - 63:17

**167** [1] - 70:8

**168** [1] - 65:17

**170** [1] - 71:11

**171** [1] - 69:12

**172** [2] - 72:6, 84:18

**173** [1] - 69:21

**175** [1] - 71:20

**176** [1] - 105:19

**177** [1] - 70:16

**17th** [1] - 79:7

**18** [9] - 58:5, 107:22, 161:21, 176:13, 178:18, 180:17, 196:22, 204:6, 207:14

**180** [1] - 75:20

**181** [2] - 76:17, 79:13

**184** [1] - 77:14

**185** [1] - 77:23

**187** [1] - 77:6

**189** [1] - 76:8

**18th** [1] - 68:3

**19** [6] - 81:5, 107:23, 179:5, 196:24, 203:20, 207:15

**191** [1] - 75:2

**192** [1] - 74:9

**194** [1] - 78:15

**195** [1] - 73:21

**196** [1] - 78:23

**197** [1] - 79:24

**198** [1] - 78:7

**1986** [1] - 178:10

**19th** [2] - 65:20, 76:9

**1:15** [3] - 211:22, 212:12, 212:17

**1:30** [1] - 82:10

**1:45** [7] -

**84**:23, 85:3, 85:4, 85:6, 86:15, 87:19, 87:21

**1st** [2] - 68:21, 70:1

**2**

**20** [14] - 36:14, 39:14, 66:23, 107:23, 110:4, 121:4, 127:10, 127:16, 161:5, 161:13, 179:17, 192:18, 197:1, 204:8

**20/40** [1] - 95:3

**200** [2] - 16:12, 79:5

**201** [1] - 80:14

**2013** [1] - 31:7

**2015** [1] - 212:17

**21** [7] - 58:17, 107:24, 176:17, 180:6, 197:3, 204:21, 207:15

**22** [8] - 34:11, 59:3, 107:24, 170:2, 180:15, 197:5, 204:10, 207:16

**22nd** [1] - 78:2

**23** [6] -

81:13, 108:3,
168:2,
173:24,
181:16, 197:7
**23rd** [2] -
50:14, 63:9
**24** [12] -
41:7, 58:10,
108:3,
125:14,
129:19,
136:22,
136:24,
137:1,
181:25,
197:9,
204:16,
207:16
**24/7** [1] -
77:7
**25** [10] -
55:25, 108:4,
139:14,
179:7, 180:8,
182:9,
182:19,
192:9,
197:11,
201:13
**250** [1] -
72:25
**26** [8] -
55:15, 108:4,
110:10,
112:5,
182:17,
197:13,
204:19,
207:17
**26th** [2] -
63:9, 78:25
**27** [8] - 43:9,
108:7,
116:19,
118:5, 186:2,
186:4,
197:15, 205:7
**27th** [1] -

63:1
**28** [13] -
23:23, 23:24,
42:22, 108:8,
176:18,
186:8,
186:10,
186:23,
187:2,
197:17,
205:8,
205:18,
212:17
**28th** [2] -
72:7, 151:24
**29** [13] -
24:2, 43:19,
83:17, 83:24,
108:8, 116:8,
118:10,
176:2,
189:11,
197:19,
198:24,
204:1, 207:17
**29th** [1] -
51:6
**2j7,2015** [1] -
1:10

---

**3**

**30** [16] -
24:19, 40:17,
93:5, 108:9,
121:19,
140:21,
141:17,
141:18,
154:16,
157:8,
167:12,
175:15,
187:22,
197:21,
201:5, 201:7
**300** [1] - 1:21
**30th** [1] -
78:2

**31** [6] -
41:17, 108:9,
140:2, 161:3,
188:5, 197:23
**32** [8] -
108:10,
115:18,
120:3,
124:23,
188:14,
197:25,
205:25,
207:18
**33** [3] -
108:10,
189:9, 198:2
**34** [5] -
59:14,
108:11,
140:17,
189:24, 198:4
**35** [11] -
36:3, 36:4,
108:12,
190:9,
191:18,
193:10,
193:25,
194:11,
198:6, 206:3,
207:18
**36** [4] -
45:12,
108:12,
191:5, 198:8
**37** [7] -
108:13,
121:18,
162:7,
191:16,
198:10,
206:8, 207:18
**38** [6] -
108:13,
108:15,
143:5, 192:7,
198:12,
207:19

**39** [8] -
94:24,
108:15,
142:6,
174:19,
192:16,
198:14,
205:23,
207:19
**3:00** [2] -
80:25, 87:13
**3:15** [1] -
127:4
**3:20** [2] -
150:19,
150:24
**3:35** [2] -
150:20,
150:22

---

**4**

**40** [10] -
23:15, 23:19,
24:2, 98:5,
108:16,
187:23,
193:9,
198:16,
206:5, 207:20
**40-something**
[1] - 138:3
**404(b** [3] -
14:8, 14:23,
15:3
**41** [8] -
108:16,
117:3,
193:23,
198:18,
205:1, 205:9,
205:14,
207:20
**42** [10] -
24:18, 107:4,
108:17,
109:3,
198:20,
201:21,

205:1, 205:9,
205:14,
207:21
**425** [1] - 1:18
**44** [3] -
44:20,
176:12, 182:2
**45** [3] -
48:20,
190:11,
191:21
**46** [2] -
65:10, 188:16
**48** [1] -
177:20
**49** [1] - 49:10
**4:30** [1] -
27:1
**4:35** [1] -
202:2
**4th** [2] -
27:3, 27:6

---

**5**

**50** [1] -
191:18
**501** [1] -
55:17
**52** [2] - 37:9,
37:10
**53** [1] - 179:6
**54** [2] - 93:3,
191:7
**55** [1] - 47:12
**57** [2] -
50:20, 181:18
**58** [1] - 83:21
**5:00** [7] -
45:14, 64:5,
151:17,
153:6,
201:13,
201:16, 202:5
**5th** [1] -
34:19

---

**6**

**60** [2] -

60:23, 80:5
**61** [1] - 45:20
**62** [1] - 57:7
**63** [1] - 179:18
**631** [1] - 1:24
**65** [2] - 54:4, 190:1
**66** [1] - 80:23
**67** [3] - 13:1, 38:14, 83:18
**67th** [1] - 57:22
**68** [1] - 49:20
**69** [2] - 46:7, 83:18
**6:30** [1] - 59:16

## 7

**70** [1] - 86:25
**712-6103** [1] - 1:24
**72** [1] - 52:15
**73** [1] - 45:4
**74** [1] - 65:2
**76** [2] - 51:5, 54:18
**78** [1] - 42:13
**79** [1] - 40:8
**7th** [1] - 52:17

## 8

**81** [1] - 52:24
**83** [1] - 93:18
**85** [1] - 48:7
**87** [1] - 39:24
**88** [1] - 53:19
**89** [1] - 56:12
**8:00** [1] - 40:14
**8th** [1] - 41:11

## 9

**90** [1] - 82:8
**91** [1] - 42:1

**92** [1] - 37:25
**93** [1] - 35:19
**94** [1] - 50:12
**95** [1] - 51:13
**96** [1] - 92:2
**97** [1] - 46:16
**98** [1] - 50:4
**9:00** [1] - 59:17
**9:20** [1] - 40:15
**9:30** [7] - 1:10, 27:1, 40:23, 41:1, 57:24, 209:2, 211:10

## A

**a.m** [2] - 1:10, 26:1
**a/k/a** [2] - 1:7, 1:9
**Aaron** [1] - 101:10
**Abatemarco** [2] - 73:7, 83:3
**ability** [53] - 10:7, 98:19, 104:19, 105:15, 122:5, 125:25, 128:8, 128:18, 128:25, 129:8, 129:15, 129:23, 130:9, 130:20, 131:10, 131:18, 138:8, 138:25, 139:20, 140:11, 141:9,

141:25, 142:23, 143:16, 145:14, 145:21, 146:2, 146:11, 146:19, 147:1, 147:10, 147:19, 148:15, 148:21, 149:6, 149:13, 149:19, 150:1, 150:10, 150:16, 154:24, 155:20, 156:16, 157:14, 158:2, 158:14, 159:1, 160:19, 161:11, 161:24, 162:12, 164:6, 171:2
**able** [22] - 28:3, 28:24, 30:2, 35:21, 35:22, 39:15, 45:6, 55:3, 58:9, 66:14, 76:20, 76:25, 92:13, 92:19, 93:7, 93:23, 94:13, 94:17, 166:9, 195:8, 195:13, 212:6
**Abrahante** [2] - 35:19, 82:25
**absconded** [1] - 124:7

**absolutely** [1] - 113:5
**accept** [5] - 109:15, 112:16, 112:24, 113:8, 113:15
**acceptable** [3] - 148:4, 206:15, 207:22
**accepted** [2] - 58:20, 69:25
**accident** [1] - 169:17
**accountant** [1] - 179:8
**accounting** [2] - 176:20, 188:18
**accounts** [1] - 135:6
**accuracy** [1] - 8:14
**accurate** [2] - 13:13, 13:15
**accusation** [2] - 163:20, 163:23
**accused** [2] - 157:2, 157:6
**accuses** [1] - 5:9
**acknowledge** [1] - 86:10
**ACLD** [1] - 171:14
**acquire** [1] - 185:2
**action** [3] - 59:5, 131:23, 159:7
**actions** [1] - 159:10
**active** [1] - 189:15
**actively** [1] - 33:23

**Actrade** [1] - 124:12
**actual** [2] - 6:23, 27:5
**ADA** [2] - 149:23, 158:9
**add** [5] - 10:8, 11:18, 12:25, 18:24, 202:7
**addition** [1] - 18:23
**additional** [4] - 3:3, 88:7, 91:17, 107:7
**address** [7] - 13:22, 16:15, 16:20, 102:7, 102:9, 211:2, 211:20
**adduced** [1] - 14:21
**adjacent** [1] - 143:7
**administration** [1] - 134:2
**administrative** [2] - 134:3, 168:3
**administrator** [1] - 177:7
**admitted** [2] - 30:24, 135:9
**adult** [25] - 165:14, 166:18, 167:16, 168:4, 169:1, 170:3, 171:8, 173:14, 174:12, 177:7, 177:22, 177:24, 178:2, 178:11, 178:21, 179:9,

179:20,
182:13,
187:8,
187:25,
190:16,
191:10,
192:11,
193:12,
193:13
**advance** [1] -
29:4
**advanced** [1]
- 78:9
**advise** [1] -
85:21
**advisor** [8] -
120:17,
127:18,
127:20,
131:24,
131:25,
132:2, 155:3,
155:4
**advisors** [1] -
132:3
**affect** [53] -
10:7, 91:22,
91:23, 98:18,
104:19,
105:15,
122:5,
125:24,
128:8,
128:18,
128:25,
129:8,
129:15,
129:23,
130:20,
131:10,
131:18,
138:8,
138:25,
139:20,
140:11,
141:9,
141:25,
142:23,

143:16,
145:14,
145:21,
146:2,
146:11,
146:19,
147:1,
147:10,
147:19,
148:15,
148:21,
149:6,
149:13,
149:19,
150:1,
150:10,
150:16,
154:24,
155:20,
156:16,
157:14,
158:2,
158:14,
159:1,
160:19,
161:11,
161:24,
162:12, 171:2
**affiliation** [1]
- 5:15
**afford** [7] -
39:4, 39:12,
44:12, 45:14,
48:14, 49:23,
58:9
**afternoon** [9]
- 20:10,
72:18, 87:20,
96:19, 97:4,
120:4, 127:5,
137:2, 150:19
**Agape** [1] -
124:25
**agencies** [2] -
5:15, 117:12
**agency** [5] -
113:18,
144:20,

144:22,
145:3, 145:4
**agent** [1] -
97:7
**Agent** [8] -
22:25, 97:6,
100:20,
100:21,
100:22,
100:23
**agents** [2] -
22:23, 159:8
**Agnello** [2] -
59:14, 82:19
**ago** [46] -
7:10, 10:16,
28:20, 46:10,
63:20, 67:9,
77:16, 110:4,
121:19,
124:9, 138:2,
138:3,
138:22,
138:23,
139:13,
139:14,
139:15,
140:6,
140:20,
140:21,
141:1,
142:17,
142:18,
154:15,
154:16,
155:17,
155:18,
156:10,
156:11,
157:8,
160:15,
161:5,
165:24,
172:20,
172:21,
175:14,
175:15,
176:1, 176:3,

177:10,
181:3,
186:24,
187:3,
192:20,
192:21, 200:5
**agree** [6] -
11:8, 11:13,
14:5, 14:15,
16:18, 99:4
**agreement** [1]
- 18:13
**agreements**
[1] - 17:2
**agrees** [1] -
15:17
**ahead** [22] -
32:22, 34:10,
38:15, 39:11,
48:9, 50:21,
58:19, 69:23,
98:6, 110:16,
114:22,
115:18,
116:19,
121:4,
121:18,
124:5,
124:23,
125:15,
131:2,
140:17,
143:5, 161:4
**aid** [2] -
48:10, 94:14
**aide** [3] -
166:25,
190:12,
193:25
**air** [2] - 92:9,
167:18
**Alan** [1] -
101:12
**Albany** [1] -
160:15
**Albert** [2] -
108:15, 143:4
**alias** [1] -

12:16
**ALL** [1] -
26:21
**allegations** [2]
- 31:25,
120:11
**allege** [1] -
15:6
**alleged** [11] -
4:4, 14:4,
31:4, 31:6,
31:10, 31:16,
31:23, 104:3,
104:17, 105:8
**allegedly** [1] -
184:19
**alleges** [2] -
13:25, 31:22
**Allen** [1] -
100:22
**Alliance** [1] -
132:12
**allied** [1] -
191:22
**allow** [3] -
29:9, 51:15,
209:6
**allowed** [5] -
85:19, 85:22,
86:1, 86:10,
210:7
**alluded** [1] -
17:2
**almost** [2] -
75:3, 140:21
**alone** [1] -
31:16
**alternate** [10]
- 29:3,
168:5,
178:23,
205:9,
208:19,
208:20,
208:21,
208:22
**alternates** [5]
- 23:25,

24:1, 201:25, 205:3, 205:16
**AMERICA** [1] - 1:3
**America** [6] - 132:12, 132:19, 132:20, 132:24, 135:16, 136:1
**American** [1] - 176:17
**amount** [4] - 27:16, 32:5, 66:12, 155:10
**Amy** [1] - 52:16
**analyses** [1] - 17:1
**analysis** [2] - 7:18, 17:10
**analyst** [3] - 7:18, 173:15, 194:15
**analyzed** [1] - 17:23
**Andrea** [1] - 107:21
**ANDREW** [1] - 1:20
**Andrew** [2] - 2:12, 96:23
**Angelone** [3] - 108:4, 125:12, 129:19
**anniversary** [2] - 57:22, 78:2
**announce** [1] - 207:4
**answering** [1] - 29:16
**answers** [8] - 109:9, 118:7, 118:12, 120:6, 127:8, 127:14,

156:7, 185:3
**Anthony** [1] - 154:5
**anticipate** [2] - 9:5, 14:20
**anticipated** [1] - 26:25
**anticipating** [2] - 13:16, 17:22
**anxiety** [1] - 63:21
**apartment** [2] - 140:5, 140:6
**apologize** [2] - 5:4, 29:4
**Appanna** [2] - 70:16, 83:8
**appear** [1] - 212:7
**appearance** [3] - 15:13, 29:22, 29:23
**APPEARANCES** [1] - 1:13
**appearances** [1] - 2:2
**appeared** [1] - 4:24
**appearing** [1] - 212:4
**application** [4] - 9:2, 9:13, 13:23, 24:11
**applies** [2] - 209:11, 209:21
**apply** [6] - 43:21, 109:19, 112:16, 112:24, 113:8, 113:15
**applying** [2] - 134:25, 135:10
**appointed** [1]

- 124:12
**appointments** [2] - 33:25, 75:23
**appreciate** [12] - 17:15, 27:21, 44:15, 49:4, 58:14, 82:12, 84:20, 91:13, 153:24, 207:3, 208:5, 212:13
**apprised** [1] - 9:6
**approach** [6] - 6:11, 87:10, 109:21, 135:11, 143:25, 183:4
**approaches** [155] - 32:18, 33:4, 33:20, 34:8, 34:16, 34:24, 35:6, 35:18, 36:2, 36:13, 36:21, 37:8, 37:24, 38:13, 38:23, 39:9, 39:23, 40:7, 41:6, 41:16, 41:25, 42:12, 42:21, 43:8, 43:18, 44:19, 45:3, 45:11, 45:19, 46:6, 46:15, 46:23, 47:11, 47:21, 48:5, 48:19, 49:9, 49:19, 50:3, 50:11, 50:19, 51:4, 51:12, 52:14, 52:23, 53:8, 53:18, 54:3, 54:12, 54:25,

55:14, 55:24, 56:10, 56:22, 57:6, 57:19, 58:4, 58:16, 59:2, 59:13, 59:21, 60:11, 60:22, 61:8, 62:8, 62:23, 63:6, 63:16, 64:2, 65:1, 65:9, 65:16, 65:24, 66:10, 66:18, 67:6, 67:14, 67:23, 68:7, 68:15, 69:1, 69:11, 69:20, 70:7, 70:15, 70:24, 71:10, 71:19, 72:5, 72:16, 73:6, 73:20, 74:8, 74:17, 75:1, 75:19, 76:7, 76:16, 77:5, 77:13, 77:22, 78:6, 78:14, 78:22, 79:4, 79:12, 79:23, 80:13, 80:22, 81:4, 81:12, 81:19, 91:2, 92:3, 93:2, 93:15, 94:8, 94:23, 99:5, 103:2, 103:15, 104:9, 105:2, 105:18, 110:2, 110:12, 114:2, 114:17, 115:13, 116:4, 116:14, 117:1, 119:2, 121:2, 121:15,

124:2, 124:20, 125:9, 135:12, 137:20, 138:12, 139:4, 139:24, 140:15, 141:14, 143:2, 144:1, 150:25, 154:10, 156:4, 159:19, 160:25, 161:17, 162:4, 200:2
**approximate** [1] - 165:24
**April** [3] - 1:10, 31:7, 212:17
**arbitration** [1] - 131:24
**architect** [1] - 179:20
**area** [1] - 194:12
**areas** [1] - 109:13
**arguing** [1] - 4:17
**argument** [4] - 3:18, 5:25, 6:2, 10:25
**arguments** [1] - 195:9
**arise** [1] - 29:23
**arises** [1] - 5:18
**arising** [1] - 31:7
**Arizona** [2] - 102:7, 132:12
**arraigned** [2] - 18:9, 21:8

**arraignment** [2] - 16:13, 21:8

**arrest** [2] - 139:16, 141:3

**arrested** [1] - 144:3

**arrived** [1] - 40:15

**article** [20] - 4:24, 5:8, 6:3, 6:6, 6:17, 6:19, 6:21, 6:24, 7:11, 7:16, 8:3, 8:5, 8:11, 8:12, 8:16, 8:22, 8:23, 9:17, 10:12, 10:13

**articles** [5] - 8:18, 12:12, 164:13, 164:14, 164:16

**Arts** [1] - 182:13

**Arundale** [2] - 55:1, 82:17

**aside** [1] - 7:14

**aspects** [2] - 4:4, 4:10

**asserted** [1] - 31:15

**assessments** [1] - 43:12

**assist** [1] - 31:1

**assistance** [1] - 18:4

**assistant** [5] - 158:7, 168:3, 173:13, 177:23, 192:18

**Assistant** [3] - 1:16, 97:2,

158:5

**assisted** [1] - 97:5

**associate** [2] - 13:3, 100:17

**associate's** [4] - 168:5, 176:19, 179:23, 193:14

**associates** [2] - 5:23, 97:11

**association** [5] - 10:1, 10:6, 144:12, 145:5, 164:5

**assume** [1] - 11:22

**assumptions** [1] - 134:23

**ATF** [1] - 144:22

**Atrmosa** [1] - 14:10

**ATRMOSA** [1] - 14:11

**attempt** [2] - 14:25, 135:8

**attend** [2] - 15:22, 188:22

**attending** [1] - 167:17

**attention** [6] - 3:16, 4:23, 5:5, 19:2, 27:18, 80:17

**attorney** [7] - 7:9, 7:17, 15:22, 21:16, 22:4, 89:6, 152:2

**Attorney** [2] - 1:14, 96:25

**Attorney's** [4] - 144:10, 144:14, 145:2, 158:8

**attorney's** [1] - 145:2

**attorneys** [3] - 29:18, 97:12, 157:6

**Attorneys** [2] - 1:16, 97:3

**audience** [54] - 33:2, 33:18, 34:5, 34:13, 34:22, 35:4, 35:16, 35:24, 36:11, 36:19, 37:5, 37:22, 38:8, 38:20, 39:6, 40:4, 41:13, 41:22, 42:9, 42:18, 43:4, 43:15, 44:16, 44:25, 45:8, 45:16, 46:3, 46:13, 46:20, 47:8, 47:18, 48:3, 48:16, 49:5, 49:16, 49:25, 50:8, 50:16, 51:1, 51:9, 52:20, 53:5, 53:15, 54:20, 55:9, 87:1, 96:15, 96:18, 96:21, 109:1, 109:8, 202:11, 207:7, 208:2

**auditor** [1] - 167:13

**Auerbach** [1] - 1:22

**August** [1] - 31:7

**Augustin** [2] - 45:4, 82:23

**aunt** [2] - 129:5, 154:13

**Austin** [2] - 80:14, 83:11

**authorized** [1] - 15:22

**autism** [1] - 65:19

**autistic** [1] - 71:23

**auto** [2] - 176:16, 177:5

**automatically** [2] - 4:20, 135:3

**automotive** [1] - 70:20

**Avalon** [1] - 101:24

**avoid** [2] - 9:16, 209:13

**aware** [8] - 7:22, 10:25, 15:18, 37:16, 62:3, 92:15, 92:17, 137:13

**AZ** [4] - 101:23, 101:24, 102:5

## B

**BA** [1] - 178:14

**baby** [3] - 35:10, 71:25, 87:11

**baby-sit** [1] - 87:11

**Bacchus** [4] - 107:12, 168:17, 203:8, 207:11

**Bachelor** [2] - 178:22, 182:13

**bachelor** [1] - 171:9

**bachelor's** [10] - 172:17, 174:12, 181:21,

182:20, 186:5, 187:14, 188:1, 188:19, 189:14, 191:11

**bachelorette** [1] - 71:25

**Bachhuber** [2] - 65:17, 83:7

**background** [1] - 29:4

**backgrounds** [1] - 134:21

**backwards** [1] - 137:23

**bad** [1] - 151:10

**badge** [1] - 209:6

**badly** [1] - 29:20

**Bahadur** [5] - 156:3, 156:5, 176:25, 177:2, 203:14

**Bailey** [3] - 89:20, 101:5, 101:18

**Banciella** [1] - 101:5

**Bank** [15] - 132:9, 132:11, 132:12, 132:13, 132:19, 132:20, 132:24, 133:3, 134:7, 135:15, 136:1

**bank** [1] - 194:12

**bank's** [1] - 61:2

**banker** [2] - 130:6, 130:9

**banks** [7] - 12:8, 12:9, 12:11, 132:5, 132:7, 132:9, 136:9

**Banks** [5] - 107:8, 137:22, 165:10, 208:12

**Banks-Spoon** [1] - 137:22

**Barclay's** [1] - 128:22

**barely** [1] - 39:12

**Barkedull** [1] - 89:20

**Barrie** [4] - 118:11, 186:18, 204:3, 207:17

**Barrie-Diamond** [4] - 118:11, 186:18, 204:3, 207:17

**Barstow** [1] - 101:19

**base** [1] - 86:1

**based** [10] - 3:11, 4:8, 79:18, 112:12, 120:14, 134:23, 153:11, 164:24, 190:3, 195:11

**basic** [3] - 31:25, 165:4, 209:7

**basis** [13] - 3:23, 4:6, 4:7, 4:22, 10:2, 10:11, 66:22,

113:10, 113:11, 134:22, 164:9, 164:10, 185:9

**battling** [1] - 20:3

**bay** [1] - 69:14

**Beach** [1] - 14:11

**bearing** [1] - 121:8

**beauty** [1] - 192:11

**become** [2] - 28:11, 159:7

**becomes** [2] - 205:7, 205:8

**beeper** [1] - 77:8

**BEFORE** [1] - 1:11

**began** [1] - 30:4

**begin** [6] - 17:18, 26:14, 26:23, 27:2, 27:5, 210:8

**beginning** [1] - 49:1

**begins** [1] - 72:21

**behalf** [3] - 13:18, 21:24, 96:25

**behind** [1] - 7:5

**beliefs** [1] - 96:7

**beneath** [1] - 165:6

**benefits** [1] - 121:22

**Berard** [2] - 100:24, 103:8

**Bere** [1] - 178:9

**Bernie** [1] - 125:20

**Bernstein** [4] - 108:3, 148:9, 181:16, 208:17

**best** [10] - 8:11, 8:15, 9:1, 59:10, 100:17, 129:12, 129:15, 158:20, 158:25, 188:3

**Betesh** [1] - 101:5

**better** [2] - 51:18, 165:9

**Better** [5] - 14:2, 31:19, 102:4, 105:21, 105:23

**between** [11] - 2:20, 2:23, 4:3, 4:6, 7:8, 17:24, 31:7, 31:16, 76:9, 189:1

**Beyersdorf** [2] - 32:20, 83:3

**beyond** [4] - 14:16, 30:18, 112:21, 113:4

**BIANCO** [1] - 1:11

**Bianco** [1] - 26:13

**bias** [3] - 29:23, 113:17, 117:4

**biased** [3] - 110:6, 114:23, 115:19

**Big** [3] - 101:25, 102:1

**big** [5] - 18:3, 23:11, 27:25, 104:15, 104:21

**bills** [2] - 50:6, 74:13

**biographical** [1] - 165:4

**birth** [1] - 42:4

**bit** [11] - 2:18, 23:5, 50:24, 61:21, 92:18, 93:11, 94:15, 94:19, 157:12, 173:1, 183:1

**bits** [1] - 93:25

**black** [1] - 207:7

**Black** [1] - 101:11

**Blatchley** [1] - 83:22

**board** [1] - 55:16

**Bob** [1] - 101:16

**body** [1] - 14:3

**boiler** [1] - 121:6

**Bonnie** [2] - 107:24, 121:3

**bonus** [1] - 153:25

**booked** [1] - 65:12

**books** [1] - 187:10

**Boone** [4] - 107:8, 165:10, 208:12

**Boone-Banks** [4] - 107:8,

165:10, 208:12

**Boorum** [2] - 37:11, 82:21

**BOSS's** [1] - 43:11

**bottom** [2] - 7:17, 195:7

**bottom-line** [1] - 195:7

**bought** [1] - 41:10

**box** [3] - 11:20, 23:14, 23:17

**Boyle** [1] - 101:3

**brand** [1] - 164:5

**break** [8] - 2:25, 84:23, 127:3, 144:17, 150:19, 150:20, 154:3, 202:7

**breaks** [1] - 210:7

**breast** [1] - 77:16

**Brent** [1] - 101:11

**Brian** [1] - 107:13

**brief** [3] - 83:14, 208:23, 209:2

**briefly** [2] - 30:8, 30:24

**Brigid** [3] - 108:13, 121:17, 162:6

**bring** [8] - 5:5, 19:1, 27:18, 59:16, 85:6, 88:2, 150:22, 153:20

**bringing** [1] - 6:1

**broadest** [1] - 145:4

**broke** [1] - 141:1

**broken** [4] - 56:25, 141:19, 143:7, 143:8

**broker** [2] - 60:24, 129:13

**brokerage** [1] - 41:20

**brokers** [3] - 128:16, 129:6, 133:21

**Bronx** [1] - 158:10

**Brook** [1] - 178:11

**Brooklyn** [15] - 5:1, 5:20, 9:18, 9:20, 9:21, 10:3, 10:12, 10:13, 10:18, 68:20, 71:2, 75:9, 149:23, 188:21, 191:14

**Brosnan** [2] - 67:7, 83:5

**brother** [13] - 76:11, 128:15, 128:17, 147:14, 147:15, 147:16, 148:10, 148:13, 149:22, 150:4, 150:13, 162:8, 169:16

**brother-in-law** [9] - 76:11,

147:14, 147:15, 147:16, 148:10, 148:13, 149:22, 150:4, 150:13

**brother-in-laws** [1] - 128:15

**brother-in-laws'** [1] - 128:17

**Brothers** [1] - 132:10

**brought** [5] - 3:15, 4:23, 48:11, 96:24, 131:23

**bruises** [2] - 142:14, 142:15

**Bruno** [4] - 38:1, 73:21, 82:25, 83:10

**brutality** [1] - 63:20

**Bryan** [2] - 100:23, 103:7

**buddies** [1] - 5:23

**budding** [1] - 5:11

**Buffalo** [2] - 68:2, 76:11

**bug** [1] - 20:3

**building** [1] - 122:3

**buildings** [1] - 15:5

**built** [1] - 170:13

**bunch** [3] - 15:11, 71:24, 104:11

**burden** [2] - 113:1, 113:6

**burdensome**

[1] - 17:18

**burglary** [3] - 138:17, 140:3, 166:6

**bus** [3] - 49:13, 75:6, 180:17

**buses** [2] - 76:19, 184:10

**busiest** [1] - 61:13

**business** [14] - 15:2, 26:16, 40:1, 56:1, 56:3, 62:12, 81:21, 82:1, 97:8, 97:10, 143:7, 144:13, 159:6, 191:9

**businesses** [1] - 74:20

**businessman** [1] - 187:6

**buy** [2] - 155:6, 155:7

**BY** [3] - 1:15, 1:17, 1:20

**C**

**C-3** [1] - 55:17

**C.R** [1] - 101:8

**Cactus** [1] - 102:7

**Cadmus** [2] - 68:16, 83:6

**cafeteria** [3] - 84:24, 84:25, 85:2

**Calcagni** [1] - 96:17

**Campos** [3] - 33:6, 83:2, 84:9

**cancer** [4] - 75:4, 77:16,

78:9, 79:6

**candid** [1] - 7:13

**cannot** [7] - 36:8, 44:12, 54:6, 70:18, 71:22, 86:2, 112:18

**Capello** [1] - 100:23

**Capobianco** [2] - 48:8, 82:24

**car** [5] - 56:15, 69:15, 78:18, 139:12, 192:24

**card** [1] - 180:11

**Cardarelli** [8] - 107:16, 107:17, 114:19, 114:20, 163:6, 174:8, 203:18, 207:12

**care** [11] - 35:12, 39:1, 43:2, 46:18, 64:4, 75:5, 75:12, 76:10, 77:8, 78:10, 80:5

**career** [1] - 178:10

**caregiver** [1] - 49:12

**cars** [1] - 194:16

**Carter** [1] - 83:7

**carter** [1] - 70:8

**case** [184] - 3:14, 4:5, 4:8, 4:25,

7:21, 8:18, 9:9, 10:2, 10:11, 12:13, 17:12, 18:14, 23:9, 26:16, 26:17, 26:24, 27:15, 29:3, 29:24, 29:25, 30:2, 30:3, 30:9, 30:11, 30:21, 31:2, 32:4, 33:10, 33:16, 58:22, 59:9, 59:10, 62:11, 62:15, 63:22, 72:19, 73:17, 74:21, 81:8, 82:14, 85:13, 85:14, 85:16, 85:17, 85:18, 85:20, 85:23, 86:3, 86:24, 92:20, 93:24, 94:18, 96:10, 96:11, 96:14, 97:1, 98:8, 98:10, 98:15, 103:22, 104:2, 104:3, 104:5, 104:17, 104:18, 105:8, 105:9, 105:12, 109:14, 110:6, 112:20, 113:1, 114:7, 114:8, 115:6, 115:7, 117:13, 117:15, 120:11, 120:13, 121:8, 124:16, 125:4,

125:25,
126:1, 128:9,
128:19,
129:1, 129:8,
129:16,
129:24,
130:10,
130:21,
131:11,
131:19,
132:2, 132:4,
134:18,
136:7,
137:10,
137:16,
138:9,
138:25,
141:25,
142:23,
143:17,
144:9, 147:1,
147:19,
148:7,
150:22,
154:25,
155:21,
156:17,
163:3,
163:12,
163:14,
164:13,
164:15,
164:16,
165:16,
166:2, 166:5,
166:12,
166:19,
167:8, 168:6,
171:3,
172:18,
173:3,
174:24,
174:25,
175:3, 175:7,
175:10,
175:17,
175:19,
175:20,

175:21,
175:22,
175:23,
175:25,
184:18,
184:21,
185:2, 185:7,
188:21,
188:24,
188:25,
189:6,
189:19,
190:14,
190:21,
190:22,
191:11,
192:23,
195:1, 195:8,
195:10,
200:4, 202:1,
207:5,
207:10,
208:4,
209:12,
209:13,
209:24,
210:3, 210:5,
210:7, 210:8,
210:10,
210:12,
210:14,
210:16,
210:19,
210:22,
210:23
**cases** [5] -
10:22,
190:20,
193:20,
194:19,
194:22
**cash** [1] -
141:20
**Castro** [1] -
101:5
**casual** [2] -
186:6, 188:2
**catch** [2] -

138:20,
142:21
**Catholic** [2] -
168:19,
189:12
**Cathy** [2] -
208:24, 211:6
**caught** [2] -
138:6, 141:20
**cautious** [1] -
9:10
**celebrating** [1]
- 57:21
**Central** [5] -
1:6, 1:15,
1:23, 85:5,
85:7
**central** [2] -
30:4, 82:15
**Centrum** [1] -
132:11
**Century** [1] -
132:9
**ceremony** [1]
- 28:10
**cert** [1] -
71:24
**certain** [6] -
3:20, 29:13,
121:9,
201:19,
201:20,
209:15
**certainly** [2] -
3:20, 17:21
**chair** [53] -
24:22, 53:25,
54:9, 55:21,
56:7, 56:19,
57:3, 58:1,
58:13, 58:24,
59:10, 59:18,
60:7, 60:19,
61:5, 62:19,
63:13, 64:8,
65:7, 65:14,
65:22, 66:8,
66:16, 67:3,

67:12, 67:21,
68:5, 68:12,
68:24, 69:9,
69:17, 70:4,
70:13, 70:22,
71:8, 71:17,
72:3, 72:14,
73:3, 73:18,
74:5, 74:15,
74:24, 75:15,
76:5, 77:3,
77:20, 78:12,
79:10, 80:8,
81:10, 82:3,
107:9
**chairs** [3] -
23:14, 107:6,
207:7
**challenge** [3]
- 66:1,
203:2, 203:5
**challenges**
[16] - 23:20,
23:24, 24:3,
24:7, 29:11,
29:12, 29:13,
200:16,
200:24,
201:20,
201:24,
201:25,
203:9, 205:3,
205:6, 205:15
**chance** [4] -
6:10, 18:19,
71:4, 80:17
**Chang** [2] -
36:5, 82:19
**change** [2] -
144:4, 209:25
**changed** [1] -
10:16
**channel** [1] -
209:25
**Channels** [1] -
153:10
**characterize**
[1] - 13:25

**charge** [15] -
42:24, 53:1,
77:9, 138:4,
140:7,
140:23,
142:19,
143:9,
154:17,
156:12,
160:2, 166:4,
168:11,
175:9, 177:12
**charged** [10] -
31:3, 31:21,
112:19,
113:5,
159:13,
159:14,
159:23,
159:25,
160:5, 160:14
**charges** [9] -
17:15, 30:11,
30:13, 30:18,
30:19, 30:25,
120:10,
120:12,
120:14
**charities** [2] -
168:19,
189:13
**Charles** [1] -
132:10
**Charleston** [1]
- 41:10
**Chase** [4] -
132:11,
133:10,
133:16,
133:24
**Chavez** [2] -
68:8, 83:5
**Chavez-Torres**
[2] - 68:8,
83:5
**check** [1] -
73:13
**Chevys** [1] -

194:16
**child** [10] -
35:13, 48:25,
165:14,
168:4,
174:20,
177:22,
187:25,
191:24, 212:1
**children** [42]
- 27:23,
38:17, 59:16,
60:2, 60:3,
166:18,
167:16,
169:2, 170:3,
171:8,
171:15,
172:3,
172:16,
173:14,
174:12,
174:21,
177:7,
178:12,
178:21,
179:9,
179:21,
180:10,
180:17,
181:21,
182:3,
182:13,
186:12,
187:8,
187:10,
187:11,
188:8,
189:13,
190:2,
190:13,
190:17,
191:21,
192:11,
192:19,
193:12,
194:2, 194:16

**chooses** [1] -
112:13
**chosen** [1] -
10:20
**Chris** [2] -
101:8, 101:9
**Christina** [1] -
112:5
**Christine** [3] -
108:11,
127:11,
140:16
**Christopher**
[3] - 100:20,
107:22, 156:3
**Cicchillo** [2] -
34:17, 83:3
**Cindy** [1] -
108:4
**Citibank** [3] -
12:10,
132:10,
134:10
**cities** [2] -
184:5, 184:7
**citizen** [1] -
28:18
**citizens** [4] -
27:12, 28:5,
28:11, 28:17
**City** [4] -
66:21, 69:25,
134:11,
167:15
**city** [4] -
66:23,
144:21,
170:11,
180:17
**civic** [4] -
27:8, 28:6,
28:25, 44:8
**civil** [13] -
163:3,
163:12,
163:14,
165:14,
178:23,

188:21,
189:14,
190:14,
190:21,
191:11,
192:25,
195:1, 195:2
**claims** [2] -
136:10,
188:19
**class** [3] -
59:5, 178:11,
194:1
**classes** [3] -
45:13, 71:24,
177:25
**classroom** [1]
- 37:3
**clause** [1] -
3:22
**clear** [3] -
3:13, 3:19,
4:5
**clerk** [2] -
26:20, 32:9
**CLERK** [6] -
2:1, 83:21,
90:3, 91:5,
92:2, 98:5
**clerk's** [1] -
152:6
**client** [7] -
5:9, 15:21,
21:8, 89:12,
152:2,
211:19,
211:25
**clients** [3] -
15:11, 16:14,
69:4
**clipping** [1] -
8:5
**close** [25] -
52:20, 100:3,
123:4, 123:6,
124:24,
125:2,
125:16,

127:17,
127:19,
131:22,
137:18,
144:12,
144:19,
145:6,
146:23,
157:1, 157:5,
159:12,
159:13,
163:2,
163:10,
163:13,
163:18,
163:22,
170:22
**closed** [2] -
39:14, 61:2
**closer** [1] -
93:23
**closest** [4] -
24:23, 107:9,
107:18, 108:6
**co** [1] - 7:19
**co-counsel** [1]
- 7:19
**College** [1] -
45:14
**college** [24] -
63:9, 67:17,
68:1, 95:5,
166:19,
169:3, 169:4,
170:6,
170:20,
171:17,
172:4,
173:25,
178:1, 178:2,
180:10,
180:12,
182:3,
186:12,
186:20,
190:3,
192:12,
192:20,

194:4, 194:5
**colleges** [1] -
72:24
**colon** [1] -
55:4
**colonoscopy**
[1] - 77:10
**coming** [16] -
10:21, 15:17,
28:5, 28:12,
37:2, 40:10,
40:21, 40:24,
43:11, 54:17,
66:5, 81:22,
152:2,
180:25,
191:12,
209:14
**commence** [1]
- 16:21
**commenced**
[1] - 26:1
**commencemen
t** [1] - 25:5
**comment** [3]
- 13:21,
135:8, 151:22
**commercial**
[3] - 41:19,
133:18, 170:4
**Commission**
[1] - 144:24
**commission**
[2] - 41:20,
79:18
**commitment**
[2] - 27:8,
27:25
**committee** [1]
- 124:13
**committing**
[1] - 5:10
**communication
s** [1] -
210:18
**Community**
[1] - 186:20
**community** [2]

- 5:14, 9:9
**commute** [2]
- 38:18,
81:14
**companies** [4]
- 101:22,
130:20,
164:1, 184:6
**Companies** [1]
- 102:2
**company** [23]
- 31:9,
31:19, 39:3,
39:13, 58:10,
59:6, 62:13,
66:23, 67:19,
69:4, 71:14,
110:5, 121:6,
124:7,
124:11,
130:1,
130:14,
164:5,
171:13,
182:12,
184:10,
187:7, 189:1
**Company** [3]
- 31:19,
102:5, 102:6
**complete** [2]
- 23:21,
202:2
**completely** [4]
- 46:25,
47:3, 53:21,
121:7
**computer** [3]
- 1:25,
16:19, 194:12
**computers** [1]
- 194:15
**Con** [1] -
68:20
**concern** [6] -
9:2, 9:15,
10:23, 40:24,
67:25, 110:3

**concerned** [4]
- 5:15, 9:13,
136:8, 185:8
**concerning** [1]
- 113:17
**conclude** [1] -
83:13
**concluded** [7]
- 83:25,
137:8,
143:20,
144:8,
151:15,
156:23,
185:10
**conditioning**
[1] - 92:9
**conducted** [3]
- 32:17,
154:9, 159:17
**confer** [1] -
136:3
**conference**
[10] - 2:19,
32:17, 63:1,
137:8,
143:20,
144:8,
151:15,
154:9,
159:17, 212:2
**confessed** [1]
- 141:7
**confident** [1]
- 52:10
**confirm** [1] -
15:24
**confirmation**
[1] - 91:7
**conflicts** [1] -
65:12
**confront** [1] -
122:13
**confrontation**
[1] - 3:22
**confusion** [1]
- 203:4
**congratulation**

**s** [1] - 42:5
**connected** [1]
- 125:20
**connection**
[14] - 18:14,
31:4, 31:17,
31:23,
139:16,
140:8,
140:23,
141:5,
142:19,
143:9,
143:12,
154:17,
156:12, 159:6
**Connelly** [6] -
103:5,
107:13,
114:3, 171:5,
203:11,
207:11
**consecutive**
[1] - 56:2
**consented** [1]
- 137:11
**conservative**
[1] - 13:9
**consider** [5] -
17:8, 24:6,
30:22, 87:8,
191:13
**consideration**
[1] - 28:19
**considering**
[2] - 31:1,
76:18
**consistent** [2]
- 3:21, 4:1
**conspiracy** [1]
- 31:23
**CONSTANTINE**
[11] - 1:8,
12:22, 12:24,
16:4, 16:9,
22:2, 22:5,
22:8, 22:10,
212:5, 212:9

**Constantine**
[14] - 1:20,
2:12, 4:4,
4:10, 15:25,
16:2, 21:25,
26:4, 30:11,
96:14, 96:20,
96:22,
101:22, 212:4
**Constantine's**
[2] - 3:21,
13:17
**construction**
[2] - 65:4,
80:16
**consultant** [1]
- 191:9
**Consulting** [1]
- 102:5
**consulting** [1]
- 17:2
**contact** [3] -
17:6, 52:9,
209:7
**contained** [2]
- 30:12, 32:1
**contains** [1] -
30:13
**context** [2] -
14:23, 164:25
**continuance**
[1] - 9:17
**continue** [3] -
14:12, 23:17,
84:21
**continued** [6]
- 25:6,
64:10, 97:13,
106:5, 152:9,
162:15
**Continued** [26]
- 19:4,
20:11, 87:24,
88:11, 89:23,
90:5, 95:8,
99:11,
102:13,
106:1,

109:22,
110:24,
111:6,
113:23,
117:20,
118:16,
119:15,
120:19,
122:16,
123:8, 126:4,
183:5,
185:11,
199:2,
202:14,
206:23
**continues** [1]
- 3:11
**contract** [1] -
122:8
**contractor** [2]
- 65:3, 189:2
**control** [1] -
167:18
**conversation**
[2] - 137:11,
137:12
**Conway** [4] -
96:23, 146:5,
164:11,
164:12
**cooperation**
[1] - 27:21
**coordinator**
[1] - 180:9
**cop** [1] -
144:3
**copy** [3] -
6:14, 21:12,
21:25
**corners** [2] -
14:17, 28:11
**cornerstones**
[1] - 28:13
**corny** [1] -
28:7
**correct** [5] -
3:17, 16:3,
22:14,

137:24,
204:23
**corrected** [2]
- 22:21, 95:2
**correction** [1]
- 22:17
**corrections** [2]
- 22:14,
149:17
**corrects** [1] -
2:23
**cost** [1] -
40:20
**Coughlan** [2]
- 74:9, 83:10
**counsel** [6] -
2:2, 2:24,
7:19, 23:12,
97:5, 97:9
**counselor** [1]
- 72:20
**count** [2] -
31:3, 48:24
**Count** [1] -
31:21
**counties** [3] -
5:16, 5:21,
10:16
**countries** [1]
- 28:12
**country** [6] -
28:7, 28:12,
28:14, 34:11,
169:9, 169:11
**Country** [1] -
1:21
**counts** [3] -
14:3, 31:5,
31:15
**County** [56] -
5:8, 10:1,
10:2, 10:7,
10:21, 51:21,
115:3,
148:11,
148:14,
149:16,
149:17,

149:24,
150:5, 150:6,
165:11,
165:25,
166:16,
167:11,
168:1, 170:1,
171:6, 172:1,
172:13,
172:24,
173:12,
173:23,
174:9,
174:18,
174:21,
176:12,
177:3,
177:19,
178:10,
178:19,
178:20,
179:6,
179:18,
180:7,
180:16,
181:17,
182:1,
182:10,
186:3, 186:9,
186:19,
188:6,
188:16,
189:11,
190:10,
191:7,
191:17,
192:8,
192:17,
193:10,
193:24,
194:10
**county** [8] -
51:23, 51:25,
52:10, 74:2,
150:7,
182:18,
187:23,
193:18

**couple** [5] -
34:1, 57:13,
165:18,
167:6, 180:22
**course** [9] -
14:2, 48:13,
100:13,
134:19,
163:7, 164:2,
190:4,
209:15,
209:16
**Court** [29] -
1:22, 3:19,
3:20, 6:5,
6:7, 6:13,
7:7, 7:13,
7:14, 8:1,
8:4, 8:9,
9:2, 9:3,
9:12, 10:24,
13:22, 15:18,
16:18, 17:14,
17:17, 20:6,
20:7, 26:11,
109:13,
158:6,
163:14,
164:21,
164:22
**court** [36] -
2:12, 5:9,
21:2, 29:18,
36:7, 62:17,
65:19, 82:11,
84:1, 86:8,
89:18, 90:2,
96:2, 100:2,
100:8, 106:3,
107:2, 112:2,
113:11,
118:2, 120:2,
120:15,
123:2, 127:2,
141:6,
156:23,
158:7,
159:24,

161:8,
175:25,
186:1,
191:12,
192:2,
201:17,
207:2, 212:16
**Court's** [10] -
3:5, 3:15,
4:23, 5:5,
5:19, 18:4,
19:1, 23:2,
88:5, 164:25
**court's** [1] -
201:1
**courthouse** [1]
- 168:9
**Courthouse**
[1] - 1:6
**courtroom**
[16] - 20:5,
23:12, 26:2,
28:9, 57:16,
86:2, 86:16,
92:6, 92:8,
93:21, 100:7,
150:24,
153:21,
208:8, 211:8,
211:12
**cousin** [9] -
56:16, 56:17,
98:7, 98:9,
98:12, 98:18,
134:10,
145:17,
160:12
**cousin's** [1] -
145:20
**cousins** [1] -
160:13
**Covelli** [2] -
62:9, 83:5
**cover** [4] -
44:13, 74:12,
76:20, 175:4
**coverage** [2] -
153:10,

209:20
**covers** [1] -
74:10
**CPA** [2] -
39:25, 167:14
**CPS** [1] -
174:20
**Craig** [1] -
101:20
**crane** [1] -
66:22
**crazy** [2] -
43:21, 44:6
**credibility** [1]
- 134:22
**Credit** [1] -
37:15
**credits** [1] -
194:5
**crime** [12] -
113:5,
137:18,
139:8,
143:22,
143:23,
143:24,
154:13,
157:2, 157:6,
159:13,
159:14,
159:23
**crimes** [3] -
5:10, 112:19,
159:25
**criminal** [22]
- 26:16,
30:9, 30:11,
112:10,
113:1,
113:20,
157:11,
157:22,
158:22,
163:3,
163:12,
165:16,
166:2, 168:6,
172:18,

174:24, 175:7, 175:9, 177:9, 192:25, 193:1

**cringing** [1] - 92:16

**Crisalli** [1] - 100:21

**critical** [1] - 12:17

**Culfan** [1] - 92:4

**current** [1] - 31:12

**curriculum** [1] - 43:11

**custodian** [1] - 177:22

**customer** [1] - 170:2

**Customs** [1] - 144:23

**cut** [1] - 52:20

**cuts** [2] - 142:13, 142:15

**cutter** [1] - 174:19

**D**

**d'Ambrosio** [1] - 101:16

**D'Ambrosio** [2] - 89:19, 101:6

**D-E-O-P-P** [1] - 108:7

**D-E-R-E** [1] - 107:22

**D.C** [1] - 179:22

**DA** [2] - 158:5, 158:7

**dad** [2] - 138:5, 191:8

**Daily** [10] - 4:24, 7:18,

8:14, 8:17, 8:18, 12:12, 12:13, 153:8, 164:15, 209:18

**daily** [4] - 66:22, 164:8, 164:9, 164:14

**damage** [1] - 171:7

**Dan** [1] - 101:2

**dance** [1] - 66:4

**Daniel** [3] - 107:18, 138:14, 161:19

**Darryl** [1] - 100:24

**date** [1] - 65:19

**daughter** [16] - 42:3, 59:15, 64:4, 67:17, 71:14, 75:4, 125:17, 125:21, 157:20, 167:16, 170:5, 176:18, 178:13, 179:10, 186:12, 191:23

**daughter-in-law** [2] - 59:15, 75:4

**daughters** [1] - 176:17

**Davis** [2] - 76:17, 83:9

**days** [4] - 44:13, 151:3, 192:2, 193:21

**DEA** [1] - 144:22

**deal** [4] - 8:11, 21:7, 155:15, 155:16

**dealings** [4] - 97:8, 100:4, 102:10, 105:22

**deals** [2] - 14:23, 15:1

**debt** [1] - 66:13

**decide** [4] - 26:24, 29:19, 30:1, 195:10

**decided** [1] - 13:24

**decides** [1] - 112:21

**decision** [3] - 112:13, 113:10, 175:2

**decker** [1] - 184:10

**Deedy** [2] - 43:9, 82:18

**deep** [1] - 28:23

**Defendant** [2] - 1:17, 1:19

**defendant** [14] - 2:8, 4:20, 4:21, 22:20, 30:12, 30:14, 30:17, 112:10, 112:11, 112:13, 112:17, 113:4, 163:11, 163:14

**DEFENDANT** [17] - 12:20, 12:22, 12:24, 16:4, 16:6, 16:9, 16:10, 21:14, 21:17,

21:20, 21:22, 22:2, 22:5, 22:8, 22:10, 212:5, 212:9

**defendant's** [1] - 14:7

**Defendants** [1] - 1:10

**defendants** [12] - 4:6, 4:17, 18:8, 30:15, 30:16, 31:3, 31:6, 31:11, 31:21, 31:22, 96:14, 132:1

**defended** [1] - 157:2

**Defense** [1] - 31:10

**defense** [28] - 13:14, 14:25, 15:9, 23:1, 23:22, 26:7, 86:19, 86:21, 115:20, 115:21, 115:23, 122:7, 157:3, 157:6, 157:11, 157:22, 158:23, 200:19, 203:2, 203:9, 203:16, 203:17, 203:23, 204:5, 204:16, 205:25, 206:16, 207:24

**define** [1] - 8:14

**definitely** [1] - 43:23

**defrauded** [1]

- 31:11

**degree** [18] - 165:15, 168:5, 171:9, 172:17, 174:12, 176:20, 179:23, 181:21, 182:13, 182:20, 186:5, 188:1, 188:8, 188:20, 189:14, 191:11, 193:14, 194:18

**Del** [1] - 14:12

**delay** [1] - 17:9

**deliberation** [1] - 112:14

**deliberations** [1] - 210:9

**Deluca** [2] - 55:25, 82:18

**democracy** [1] - 28:14

**denied** [2] - 3:10, 4:22

**Dennis** [1] - 69:22

**deny** [2] - 17:20, 18:3

**Department** [3] - 113:18, 145:19, 167:15

**department** [10] - 37:14, 81:6, 114:5, 117:7, 117:9, 130:17, 144:24, 145:11, 149:10,

186:10

**Depot** [2] - 3:14, 176:19

**deputies** [1] - 32:9

**deputy** [2] - 32:14, 202:12

**Dere** [2] - 107:22, 208:16

**Derek** [1] - 101:12

**description** [1] - 30:21

**design** [1] - 172:2

**designed** [1] - 165:4

**designer** [1] - 182:11

**Desk** [1] - 176:19

**desk** [1] - 181:19

**detailed** [1] - 3:7

**detain** [1] - 73:11

**detection** [1] - 38:4

**detective** [6] - 145:10, 146:15, 146:16, 146:24, 149:24, 150:5

**determination** [1] - 8:2

**determine** [4] - 29:8, 109:13, 109:17, 148:4

**Development** [3] - 14:2, 31:19, 102:4

**development** [1] - 120:18

**Developmental**

[1] - 53:11

**devices** [2] - 137:10, 137:15

**Devine** [1] - 89:20

**DeVries** [4] - 89:8, 101:2, 101:16, 101:19

**diagnosed** [2] - 78:9, 92:18

**dialysis** [1] - 48:13

**Diamond** [4] - 118:11, 186:18, 204:3, 207:17

**Diamonte** [1] - 14:12

**Diana** [1] - 81:5

**die** [1] - 9:17

**died** [3] - 169:16, 186:24, 187:3

**diehard** [1] - 167:5

**diesel** [1] - 177:6

**difference** [1] - 2:20

**different** [8] - 4:12, 9:25, 30:2, 52:10, 53:23, 184:5, 184:6, 193:19

**difficult** [1] - 93:5

**difficulty** [7] - 91:21, 91:23, 92:6, 92:16, 96:4, 134:25, 135:10

**dire** [7] - 8:13, 10:4, 12:16, 18:11, 18:15, 20:6

**direct** [1] - 122:12

**direction** [1] - 17:16

**directly** [1] - 97:10

**director** [3] - 7:20, 37:15, 188:19

**dirt** [1] - 66:22

**Disabilities** [1] - 53:11

**disability** [1] - 39:1

**disabled** [1] - 71:4

**disagree** [1] - 109:20

**disbelieve** [2] - 4:21, 135:3

**discharged** [1] - 46:17

**disclaimer** [2] - 7:16, 7:22

**disclose** [2] - 59:5, 59:7

**discovered** [1] - 62:13

**discovery** [1] - 14:4

**discretion** [2] - 4:8, 8:1

**discuss** [18] - 3:3, 15:10, 15:14, 16:14, 21:16, 22:4, 22:12, 29:17, 85:13, 85:14, 85:17, 91:19, 150:22, 210:5, 210:7, 210:15, 210:16

**discussions** [1] - 86:5

**Disney** [1] - 63:9

**dispatcher** [1] - 117:7

**dispute** [2] - 134:14, 159:7

**disputes** [1] - 159:10

**disrespect** [1] - 20:7

**distance** [2] - 71:2, 85:2

**distinct** [1] - 109:14

**distinction** [1] - 9:23

**District** [5] - 26:11, 26:12, 97:1, 144:11, 144:14

**DISTRICT** [3] - 1:1, 1:1, 1:12

**district** [5] - 9:21, 96:24, 145:2, 177:20, 177:22

**disturb** [1] - 152:4

**diversions** [1] - 4:18

**diverting** [1] - 31:13

**divorced** [2] - 170:7, 176:13

**doctor** [3] - 45:5, 67:9, 192:1

**doctor's** [1] - 46:11

**document** [1] - 59:8

**documents** [5] - 17:1, 119:10, 151:25, 152:4, 155:10

**Doepp** [1] - 108:7

**dollars** [2] - 124:25, 148:3

**Dominick** [2] - 154:5, 154:6

**Donald** [2] - 108:9, 141:17

**done** [11] - 3:21, 7:5, 9:14, 17:4, 17:7, 17:24, 46:1, 61:3, 68:20, 87:20, 202:9

**Donlan** [1] - 101:6

**Donna** [2] - 49:11, 108:2

**Donny** [1] - 101:19

**Dorchester** [3] - 89:19, 101:6, 101:17

**Dottin** [3] - 54:15, 82:16, 84:6

**double** [1] - 184:10

**double-decker** [1] - 184:10

**doubt** [3] - 30:19, 112:22, 113:4

**Douglas** [5] - 94:9, 108:11, 140:16, 189:24, 208:22

**downstairs** [10] - 2:15, 16:12, 30:4, 38:9, 63:24, 84:24, 85:7, 92:7, 121:12, 155:25

**draw** [2] - 9:20, 112:12

**drawing** [1] -

5:17

**drawn** [1] - 30:14

**drive** [2] - 60:16, 179:7

**driver** [3] - 166:17, 168:20, 180:17

**driving** [1] - 194:24

**drop** [2] - 205:9, 206:11

**drug** [2] - 34:4, 168:12

**drugs** [1] - 161:6

**drunk** [1] - 194:24

**due** [3] - 71:1, 75:23, 78:17

**DUI** [1] - 173:4

**duration** [2] - 75:23, 135:5

**during** [20] - 2:25, 5:18, 12:4, 15:11, 15:14, 37:18, 100:13, 100:14, 100:15, 132:6, 134:19, 153:8, 163:7, 164:2, 209:15, 209:16, 210:6, 210:14, 210:15, 211:16

**duties** [2] - 27:11, 163:7

**duty** [11] - 28:17, 28:25, 44:9, 44:13,

54:17, 70:10, 71:23, 74:11, 151:4, 151:11, 194:6

**DWI** [1] - 161:6

**dyslexia** [1] - 119:6

**dyslexic** [2] - 119:4, 119:12

## E

**e-mail** [2] - 3:16, 7:10

**e-mailing** [1] - 44:3

**ear** [1] - 93:5

**early** [1] - 60:6

**East** [1] - 102:7

**EASTERN** [1] - 1:1

**Eastern** [4] - 26:12, 97:1, 144:11, 144:14

**Ecuador** [1] - 68:10

**Ed** [1] - 68:20

**Edenhohn** [1] - 101:7

**edited** [1] - 11:17

**editing** [1] - 17:4

**editor** [1] - 191:20

**Edroso** [1] - 101:20

**Edrozo** [1] - 101:7

**education** [4] - 177:24, 178:3, 188:8, 191:19

**effect** [1] - 130:9

**efficient** [1] - 87:20

**efficiently** [1] - 212:13

**effort** [2] - 7:5, 17:3

**efforts** [1] - 17:16

**either** [4] - 3:8, 113:19, 144:12, 194:6

**elaborate** [1] - 11:21

**elderly** [3] - 48:24, 71:13, 75:21

**eldest** [1] - 169:16

**electrician** [1] - 179:9

**elementary** [4] - 61:13, 165:22, 191:18, 194:1

**eleventh** [1] - 7:6

**elicit** [1] - 14:25

**eliminated** [2] - 5:20, 201:3

**eliminating** [1] - 24:3

**Ellen** [2] - 101:7, 107:20

**Elliott** [1] - 101:7

**Elvezio** [2] - 81:20, 83:2

**embezzlement** [1] - 175:11

**emergency** [2] - 52:5, 68:19

**emphasize** [4] - 27:18, 27:22, 28:4, 210:20

**emphasized** [1] - 87:9

**employed** [9] - 33:12, 35:1, 100:4, 127:18, 127:20, 132:24, 144:20, 167:13, 193:14

**employee** [1] - 190:11

**employees** [3] - 42:15, 66:23, 159:9

**employer** [2] - 43:20, 52:9

**employment** [1] - 148:5

**empty** [1] - 118:4

**EMT** [1] - 75:6

**enable** [1] - 29:8

**end** [20] - 6:25, 10:17, 10:20, 24:4, 43:13, 49:1, 52:8, 52:18, 65:12, 66:2, 66:5, 76:9, 78:1, 81:24, 100:18, 109:14, 148:9, 153:5, 194:20, 210:8

**ends** [1] - 68:21

**Enforcement** [1] - 144:23

**enforcement** [9] - 10:4, 113:18, 114:7, 115:5, 117:12, 135:2, 144:20, 144:22, 145:4

**engaged** [1] - 31:22

**engineer** [3] - 165:14, 178:20, 178:21

**English** [5] - 54:7, 80:2, 96:4, 96:5, 116:10

**enter** [2] - 26:2, 112:14

**entered** [3] - 21:23, 22:11, 30:17

**enterprise** [1] - 12:4

**Enterprises** [2] - 164:3, 164:4

**entire** [1] - 21:19

**entirely** [1] - 3:13

**entities** [7] - 12:5, 14:20, 100:19, 101:22, 102:8, 102:11, 130:16

**entitled** [1] - 30:10

**entity** [3] - 31:9, 115:2, 117:8

**entry** [2] - 12:8, 13:1

**episodes** [1] - 52:4

**equal** [2] - 23:15, 134:21

**equity** [1] - 124:13

**Eric** [2] - 101:3, 101:6

**escaped** [1] - 45:25

**Esposito** [2] - 57:9, 82:22

**ESQ** [3] - 1:17, 1:20, 1:20

**Esq** [1] - 101:4

**essentially** [1] - 4:1

**estate** [13] - 14:10, 14:23, 31:8, 41:19, 60:24, 120:17, 121:21, 155:6, 155:9, 155:12, 170:4, 170:11, 170:12

**Estate** [1] - 102:6

**estimate** [3] - 13:4, 13:11, 14:15

**estimating** [1] - 13:9

**Ethan** [1] - 101:2

**ethical** [1] - 96:7

**Ethyl** [1] - 101:3

**Eufora** [4] - 14:2, 31:9, 101:22, 101:23

**Europe** [1] - 78:25

**evening** [1] - 57:22

**events** [3] - 183:3, 184:5, 184:7

**everyday** [3] - 41:1, 52:6, 59:17

**evidence** [26]

- 3:12, 3:18, 3:23, 7:7, 7:15, 12:3, 14:21, 14:22, 15:4, 17:11, 30:13, 30:21, 30:22, 30:24, 86:1, 112:20, 112:21, 113:10, 113:11, 120:15, 135:9, 137:9, 137:13, 164:24, 195:9, 195:11

**ex** [1] - 176:13

**ex-husband** [1] - 176:13

**exact** [1] - 111:3

**exam** [1] - 148:2

**examine** [1] - 17:3

**examiner** [1] - 147:25

**examples** [2] - 14:13, 165:6

**exams** [2] - 37:2, 43:12

**excessive** [1] - 42:16

**exchange** [1] - 184:11

**Exchange** [2] - 38:5, 144:24

**excited** [1] - 45:24

**excuse** [133] - 30:1, 30:3, 33:1, 33:17, 34:5, 34:6, 34:12, 34:21, 35:3, 35:15,

35:23, 36:10, 36:18, 37:4, 37:21, 38:7, 38:10, 38:19, 39:5, 39:20, 40:3, 41:12, 41:21, 42:8, 42:17, 43:5, 43:14, 44:14, 44:24, 45:7, 45:15, 46:2, 46:12, 46:19, 47:7, 47:17, 48:2, 48:15, 49:4, 49:15, 49:24, 50:7, 50:15, 50:25, 51:8, 52:19, 53:4, 53:14, 53:24, 54:8, 54:19, 55:8, 55:20, 56:6, 56:18, 57:2, 57:15, 57:25, 58:12, 58:23, 59:9, 59:18, 60:7, 60:18, 61:4, 62:19, 63:2, 63:12, 64:7, 65:6, 65:13, 65:21, 66:7, 66:15, 66:24, 67:2, 67:11, 67:20, 68:4, 68:11, 68:23, 69:8, 69:17, 70:3, 70:12, 70:21, 71:7, 71:16, 72:2, 72:13, 73:2, 73:17, 74:4, 74:14, 74:23, 75:14, 76:4, 76:13, 77:2, 77:10, 77:20, 78:3, 78:11, 78:20, 79:1, 79:10,

79:20, 80:7, 80:19, 81:1, 81:9, 81:16, 82:2, 82:9, 84:3, 87:15, 91:11, 94:2, 95:6, 99:6, 103:12, 104:23, 109:3, 116:1, 124:15, 136:17, 151:7, 154:3, 155:24, 173:21, 201:20, 206:14

**excused** [18] - 23:18, 27:21, 29:9, 30:6, 53:13, 54:5, 82:13, 84:2, 84:7, 84:15, 84:19, 86:23, 86:25, 91:14, 111:1, 207:5, 207:9, 208:8

**excuses** [1] - 10:19

**excusing** [1] - 63:24

**exercise** [6] - 29:10, 29:14, 200:24, 201:20, 201:23, 205:6

**exercised** [1] - 201:24

**exercises** [1] - 24:16

**exercising** [3] - 23:24, 24:12, 205:15

**exhibit** [1] - 89:18

**exhibits** [1] - 30:24

**existence** [2] - 30:15, 86:11

**Expansion** [1] - 101:23

**expect** [2] - 159:6, 209:19

**expects** [1] - 43:22

**expedite** [1] - 18:5

**expenses** [2] - 66:13, 76:20

**experience** [13] - 9:3, 9:11, 73:16, 120:17, 122:5, 124:16, 125:3, 139:20, 141:24, 155:19, 156:15, 157:13, 161:10

**experiences** [6] - 134:16, 138:7, 140:11, 141:9, 143:15, 160:19

**expert** [2] - 17:5, 17:7

**explain** [5] - 24:4, 109:16, 109:20, 184:2, 195:12

**explained** [1] - 30:9

**explanation** [1] - 109:18

**explosive** [1] - 38:4

**extensive** [1] - 5:14

**extent** [1] - 4:2

**extra** [1] - 24:7

**extraordinary** [6] - 27:14, 27:18, 27:20, 32:3, 87:9

**eyesight** [1] - 95:2

## F

**F-R-O-S-T-R-O-M** [1] - 89:7

**face** [4] - 96:15, 96:18, 96:21, 100:17

**Facebook** [1] - 210:18

**facility** [1] - 186:13

**fact** [8] - 4:15, 9:25, 28:21, 98:17, 104:2, 112:13, 136:8, 136:17

**factor** [1] - 79:19

**facts** [4] - 96:10, 96:11, 109:12, 109:17

**factually** [1] - 17:16

**fair** [68] - 29:2, 29:6, 31:2, 98:19, 104:4, 104:19, 105:15, 114:8, 115:7, 117:14, 120:13, 122:5, 125:3, 125:25, 128:8, 128:25,

129:8, 129:15, 129:23, 130:10, 130:20, 131:10, 131:18, 132:4, 134:18, 137:16, 138:8, 138:25, 139:20, 140:11, 141:9, 141:25, 142:23, 143:16, 145:14, 145:21, 146:2, 146:11, 146:19, 147:1, 147:10, 147:19, 148:6, 148:15, 148:21, 149:6, 149:13, 149:19, 150:1, 150:10, 150:16, 154:25, 155:20, 156:16, 157:14, 158:2, 158:14, 159:1, 160:19, 161:11, 161:24, 162:12, 164:6, 164:23,

167:7, 171:2, 184:21

**fairly** [3] - 100:10, 128:18, 195:10

**Falcon** [1] - 101:24

**false** [1] - 31:13

**familiar** [1] - 100:7

**families** [1] - 73:11

**family** [36] - 9:6, 33:15, 36:8, 41:9, 41:19, 47:4, 57:23, 62:12, 72:8, 74:22, 77:25, 78:8, 81:22, 81:25, 123:4, 123:5, 125:24, 127:18, 127:20, 131:23, 132:14, 132:16, 134:13, 137:18, 144:19, 145:6, 147:6, 154:13, 156:25, 157:5, 159:25, 163:1, 163:10, 163:13, 210:12, 210:16

**family's** [1] - 117:14

**fan** [49] - 11:19, 11:20, 103:24, 104:14,

104:15, 104:22, 166:13, 167:1, 167:4, 167:5, 167:22, 168:13, 168:14, 168:15, 169:22, 169:23, 170:21, 171:20, 172:9, 173:8, 173:19, 173:20, 174:3, 174:14, 176:7, 176:22, 177:16, 178:4, 178:16, 179:2, 179:14, 179:24, 180:3, 181:13, 181:23, 182:4, 182:15, 182:24, 182:25, 186:6, 187:20, 188:2, 189:16, 190:6, 190:15, 192:3, 192:14, 193:7, 194:7

**Fannie** [1] - 179:21

**Far** [1] - 160:16

**far** [5] - 39:1, 54:18,

80:5, 93:7, 94:19

**Fargo** [4] - 132:10, 135:15, 135:25, 136:1

**farm** [2] - 122:2, 169:17

**father** [9] - 117:5, 128:22, 133:2, 133:9, 138:1, 145:25, 146:1, 149:1, 168:19

**father's** [1] - 128:24

**father-in-law** [1] - 145:25

**father-in-law's** [1] - 146:1

**favor** [2] - 113:19, 116:22

**FBI** [9] - 7:20, 97:7, 100:20, 100:21, 100:22, 100:23, 144:22, 147:13

**February** [1] - 45:25

**federal** [6] - 62:14, 144:21, 144:25, 145:1, 159:24, 163:15

**Federal** [10] - 1:14, 1:23, 37:15, 158:6, 163:2, 163:12, 163:14,

172:22, 175:12, 193:17

**feelings** [3] - 132:2, 134:16, 137:14

**Feeney** [2] - 42:22, 82:19

**fellow** [2] - 27:13, 69:25

**Ferguson** [1] - 101:7

**few** [11] - 2:23, 15:19, 16:14, 27:14, 28:20, 46:9, 85:9, 191:25, 194:5, 200:22, 208:23

**fill** [8] - 37:18, 61:19, 112:3, 118:4, 127:4, 136:24, 151:13, 201:3

**fill-in** [2] - 37:18, 61:19

**final** [4] - 8:1, 43:12, 86:4, 151:6

**finally** [3] - 10:17, 10:20, 210:20

**finance** [3] - 172:15, 188:18, 194:19

**financial** [19] - 38:3, 48:25, 56:14, 58:8, 79:19, 131:15, 131:24, 132:2, 132:3, 132:6, 132:7, 134:15,

139:8, 148:1, 148:2, 155:3, 155:4, 155:5, 173:15

**financially** [2] - 39:2, 148:4

**fine** [15] - 15:20, 20:8, 24:14, 32:10, 35:11, 63:23, 73:2, 73:9, 89:17, 93:10, 119:13, 152:5, 161:9, 200:8, 212:3

**finger** [3] - 4:3, 4:5, 4:11

**finish** [4] - 27:4, 151:17, 178:14

**finished** [2] - 11:7, 48:13

**fire** [2] - 43:24, 69:3

**firefighter** [1] - 171:8

**firm** [9] - 40:1, 96:17, 120:18, 121:21, 129:21, 131:16, 157:9, 157:23, 170:5

**First** [1] - 132:9

**first** [48] - 3:5, 4:1, 7:1, 7:2, 9:19, 9:20, 21:7, 23:9, 23:23, 23:24, 24:17, 24:19, 24:22, 26:16, 30:6, 32:2, 38:3, 39:18, 42:4, 56:17,

71:22, 72:20, 84:24, 85:5, 85:10, 85:12, 86:14, 87:16, 99:7, 107:9, 107:17, 108:6, 113:22, 114:13, 128:12, 129:3, 140:1, 145:8, 145:23, 150:21, 175:4, 201:4, 203:4, 205:8, 205:22, 208:5

**fit** [1] - 72:19

**five-week** [3] - 71:2, 71:4, 74:21

**flight** [1] - 212:6

**flights** [1] - 65:11

**floor** [10] - 30:6, 84:25, 85:5, 86:14, 87:16, 99:7, 107:9, 150:21, 208:5, 211:7

**Floral** [1] - 117:10

**Florida** [3] - 57:22, 162:8, 200:6

**fly** [1] - 78:24

**focus** [1] - 11:12

**focused** [1] - 16:11

**folding** [1] - 95:4

**follow** [4] - 165:18, 170:24, 193:15,

200:10

**follow-up** [2] - 165:18, 200:10

**following** [27] - 20:1, 21:1, 27:1, 86:11, 89:1, 90:1, 91:1, 92:1, 96:1, 100:1, 103:1, 106:2, 107:1, 110:1, 112:1, 114:1, 118:1, 119:1, 120:1, 120:10, 121:1, 123:1, 124:1, 127:1, 185:1, 207:1, 207:9

**Forbell** [2] - 79:5, 83:11

**force** [1] - 28:2

**foreclosure** [1] - 45:25

**foreclosures** [1] - 61:1

**foreman** [1] - 192:1

**forensic** [1] - 17:1

**foreperson** [1] - 24:21

**forgot** [5] - 18:17, 135:14, 150:13, 154:2, 200:3

**former** [5] - 7:20, 31:11, 171:7, 179:19, 191:7

**forth** [1] - 78:19

**forward** [3] - 20:5, 28:5, 136:15

**fourth** [1] - 203:25

**frames** [1] - 13:24

**fraud** [19] - 4:5, 4:11, 4:12, 14:1, 15:6, 31:4, 31:7, 31:16, 31:24, 55:7, 59:6, 103:8, 111:2, 121:24, 122:14, 123:5, 123:6, 160:4, 184:20

**Fredericks** [2] - 72:17, 83:5

**Free** [1] - 7:20

**free** [1] - 29:14

**freelance** [1] - 172:2

**frequently** [1] - 188:22

**friend** [36] - 86:19, 86:20, 100:4, 123:4, 123:6, 124:24, 125:16, 127:17, 127:19, 129:12, 131:14, 131:23, 137:18, 142:7, 142:9, 144:12, 144:19, 145:6, 146:23, 149:10, 149:11, 149:23, 150:5, 157:1, 157:5,

158:20,
159:12,
159:14,
163:2,
163:11,
163:13,
163:19,
163:22,
170:22, 171:2
**friend's** [3] -
125:2,
129:15, 159:1
**friends** [1] -
9:8
**front** [4] -
23:15, 29:16,
76:25, 93:22
**Frostrom** [2] -
89:7, 101:15
**full** [8] -
27:21, 49:12,
71:22, 74:3,
95:4, 168:4,
169:4, 171:16
**full-time** [4] -
49:12, 74:3,
95:4, 168:4
**Fund** [1] -
31:10
**funds** [5] -
22:20, 31:8,
31:13, 76:24,
124:8
**Funds** [1] -
22:21
**furniture** [1] -
56:4
**future** [1] -
72:23

## G

**G-O-R-N-E-Y**
[1] - 137:1
**Gaarn** [1] -
101:4
**Galioto** [2] -
22:25, 97:7
**Galo** [1] -

34:9
**games** [1] -
188:22
**Garafaolo** [1]
- 73:9
**garage** [1] -
141:1
**garden** [1] -
140:18
**Garelick** [3] -
107:24,
108:2, 121:3
**Gary** [3] -
70:25,
107:14, 124:4
**gas** [1] -
80:18
**gastrointestina
l** [1] - 55:3
**Gaudet** [1] -
101:8
**GED** [1] -
180:20
**general** [7] -
2:20, 24:5,
42:24, 65:3,
68:18,
164:20, 189:1
**generally** [2]
- 167:3,
209:21
**gentlemen** [4]
- 26:10,
91:15, 107:3,
201:18
**Gentry** [1] -
101:8
**geologist** [1]
- 178:10
**George** [6] -
59:14,
107:10,
139:5,
145:16,
157:19,
167:10
**Georgia** [1] -
160:6

**Giglio** [1] -
101:8
**Gildein** [2] -
93:17, 93:18
**girl** [1] -
121:20
**girlfriend's** [1]
- 140:5
**given** [14] -
8:22, 12:2,
29:12, 73:16,
114:6, 115:6,
117:13,
122:14,
124:16,
125:2,
136:17,
148:5,
166:12,
184:21
**glad** [1] -
45:21
**glass** [1] -
176:16
**Glassman** [2]
- 77:23, 83:9
**glazier** [1] -
176:14
**Glazier** [1] -
176:15
**Gleeson** [5] -
107:10,
145:8,
166:15,
203:10,
207:10
**Glenn** [1] -
101:1
**global** [1] -
22:20
**Global** [2] -
22:21, 31:9
**Gloria** [1] -
139:5
**GM** [1] -
173:24
**goal** [1] -
27:25

**God** [1] -
7:12
**Goldman** [2] -
130:6, 130:9
**Golf** [1] -
105:21
**Gonchar** [4] -
89:19, 101:1,
101:18, 105:5
**Gonya** [1] -
101:8
**Google** [1] -
210:21
**Gorney** [1] -
137:1
**gorney** [1] -
137:2
**government**
[39] - 3:11,
3:16, 6:10,
11:10, 14:19,
17:2, 17:13,
17:21, 18:11,
18:16, 23:23,
24:15, 24:16,
26:5, 30:18,
97:2, 113:20,
148:1,
200:12,
200:17,
203:2, 203:5,
203:6,
203:12,
203:13,
203:19,
203:20,
204:1,
204:12,
204:13,
204:20,
204:21,
205:22,
205:23,
206:3, 206:7,
206:8,
206:16,
207:22
**Government**

[2] - 1:13,
159:8
**government's**
[4] - 5:7,
11:10, 14:6,
18:22
**Grace** [1] -
108:3
**grade** [2] -
165:20,
169:14
**graduate** [1] -
172:17
**graduated** [2]
- 177:24,
178:1
**graduating** [3]
- 63:8, 68:1,
177:23
**graduation** [1]
- 68:2
**graffiti** [1] -
161:22
**Grahame** [1] -
101:9
**Grand** [36] -
163:20,
163:23,
167:20,
168:7,
169:20,
170:16,
171:18,
172:7, 173:6,
173:17,
174:1,
174:13,
176:4,
177:14,
178:15,
178:25,
179:12,
179:25,
180:12,
181:11,
181:22,
182:4,
182:14,

182:22,
186:6,
186:14,
187:18,
188:2, 188:9,
188:22,
190:4,
190:15,
191:13,
192:4,
192:13, 193:5
**grand** [9] -
2:17, 165:17,
166:20,
176:20,
189:17,
193:15,
193:16,
194:6, 194:20
**grandchild** [2]
- 42:4, 87:12
**grandfather**
[2] - 117:6,
149:1
**grandfathers**
[1] - 146:22
**graphic** [2] -
172:2, 182:11
**grateful** [1] -
27:13
**Grdina** [1] -
101:9
**great** [5] -
28:8, 28:11,
28:14, 41:3,
62:5
**green** [1] -
180:11
**Greg** [4] -
89:8, 101:2,
101:15,
101:18
**ground** [1] -
24:22
**Group** [1] -
101:23
**group** [2] -
109:3, 164:12

**grown** [4] -
172:16,
191:21,
194:2, 194:15
**GSF** [1] -
14:1
**guard/central**
[1] - 177:21
**guess** [5] -
5:3, 10:24,
40:18,
121:19,
151:18
**guidance** [2] -
72:20, 179:19
**guilt** [1] -
112:21
**guilty** [10] -
21:22, 21:23,
22:10, 22:11,
30:17, 73:11,
112:18,
113:3, 113:5,
113:6
**gun** [2] -
139:11,
177:13
**Gunsel** [1] -
83:1
**gunsel** [1] -
36:24
**Gusman** [2] -
77:14, 83:9
**Guyana** [1] -
169:12
**Guzi** [1] -
83:6

# H

**H-A-N-I-S-H**
[1] - 116:18
**H-O-F-F-M-A-N**
[1] - 161:2
**Hakim** [1] -
82:25
**hakim** [1] -
42:2
**HALEY** [43] -

1:17, 2:8,
11:7, 11:9,
11:14, 13:21,
14:16, 15:8,
15:15, 15:21,
16:17, 18:10,
18:19, 21:11,
23:3, 24:10,
24:20, 24:25,
26:8, 84:16,
86:22, 88:3,
88:8, 89:2,
96:19, 99:4,
136:8,
151:18,
153:4,
153:14,
156:1,
184:25,
185:8,
200:15,
200:21,
201:1,
201:10,
205:13,
205:18,
207:25,
211:4,
211:18,
211:24
**Haley** [9] -
2:8, 2:18,
13:20, 14:14,
21:10, 96:16,
96:17, 96:18,
211:14
**half** [2] -
69:14, 77:16
**hand** [7] -
26:18, 91:18,
92:24, 92:25,
108:23,
163:5, 198:25
**handle** [3] -
8:15, 8:22,
9:1
**handling** [1] -
15:19

**hands** [5] -
8:20, 32:7,
32:10, 32:11,
159:15
**handwriting**
[1] - 17:6
**Hanisch** [1] -
108:7
**Hanisch-Doepp**
[1] - 108:7
**Hanish** [1] -
116:17
**happy** [3] -
2:24, 17:25,
77:15
**Harbor** [1] -
31:18
**hard** [1] -
100:16
**hardship** [18]
- 10:19,
27:15, 27:20,
28:1, 32:3,
32:13, 37:16,
40:9, 48:25,
53:12, 56:14,
60:25, 71:1,
73:23, 75:24,
151:3, 151:6,
151:12
**hardships** [4]
- 15:12,
23:11, 23:12
**hardy** [2] -
7:9, 7:20
**Hardy** [1] -
7:17
**Harold** [1] -
108:12
**hat** [1] -
194:7
**Hawaii** [1] -
31:8
**head** [7] -
35:21, 61:12,
62:10,
139:12,
152:3,

157:15,
157:16
**heading** [1] -
17:17
**headline** [1] -
210:3
**health** [3] -
39:15, 67:8,
186:13
**hear** [32] -
9:14, 13:2,
26:24, 45:23,
69:16, 92:16,
92:19, 93:6,
93:7, 93:24,
94:3, 94:15,
94:17, 112:6,
118:6,
118:11,
118:14,
120:4, 127:6,
127:11,
134:20,
137:2, 154:6,
156:5, 165:9,
189:20,
189:21,
193:19,
202:1, 209:3,
209:23
**heard** [19] -
12:6, 12:10,
96:10, 102:8,
103:8,
103:10,
103:11,
104:16,
105:4, 105:7,
112:20,
120:10,
120:11,
144:9,
164:20,
164:21,
168:23,
184:15,
184:18
**hearing** [10] -

91:21, 91:23,
92:6, 92:7,
92:8, 92:18,
92:23, 93:4,
94:14

**hearsay** [1] -
3:17

**heart** [2] -
28:23, 34:19

**Heaton** [2] -
72:6, 83:7

**heaton** [1] -
84:19

**Heights** [1] -
40:10

**Heller** [1] -
36:15

**hello** [7] -
38:14, 46:16,
56:11, 61:10,
61:11, 86:6,
103:16

**help** [8] -
35:12, 42:5,
49:2, 51:16,
75:4, 165:8,
165:9, 181:19

**helping** [1] -
72:23

**helps** [1] -
15:8

**herself** [1] -
46:18

**Hessel** [2] -
46:16, 82:25

**Hessel-Roher**
[1] - 46:16

**hi** [6] - 93:3,
117:2, 119:3,
124:3,
124:21, 191:6

**high** [12] -
43:10,
169:13,
173:15,
174:6, 174:7,
175:6, 177:8,
179:10,

186:13,
188:12,
192:19, 194:5

**highest** [1] -
27:11

**Highway** [1] -
1:18

**highway** [1] -
193:11

**Hill** [1] -
82:17

**Hillary** [2] -
108:15, 142:3

**Hilmar** [1] -
33:6

**himself** [1] -
62:15

**hires** [1] -
184:3

**hiring** [1] -
33:24

**hockey** [61] -
11:19, 11:20,
103:7,
103:24,
104:2,
104:14,
104:15,
104:16,
105:8,
166:13,
167:1, 167:3,
167:6,
167:22,
168:13,
168:14,
169:22,
170:21,
170:23,
170:24,
171:20,
172:9, 173:8,
173:19,
173:20,
174:3,
174:14,
176:7,
176:22,

177:16,
178:4,
178:15,
179:2,
179:14,
179:24,
180:3,
180:13,
181:13,
181:23,
182:4,
182:15,
182:24,
182:25,
184:19,
186:6,
186:14,
186:15,
187:20,
188:2,
188:10,
188:22,
189:15,
190:6,
190:15,
191:13,
192:3,
192:14,
193:7,
193:15, 194:7

**Hockey** [2] -
31:12, 104:12

**Hoffman** [6] -
108:10,
140:1, 149:8,
161:2, 188:5,
208:20

**hold** [1] -
128:12

**holder** [4] -
105:5,
179:24,
180:2, 180:4

**holders** [1] -
124:13

**holding** [1] -
155:6

**Holding** [1] -

102:2

**home** [28] -
9:6, 30:6,
35:10, 48:25,
60:5, 65:18,
71:14, 75:10,
78:18, 80:25,
85:15,
138:18,
140:4,
141:22,
141:23,
142:7, 142:9,
142:11,
167:12,
168:25,
176:19,
181:5, 189:1,
191:8,
191:23,
200:7, 211:1,
212:1

**Home** [1] -
3:14

**homeowners**
[1] - 60:25

**honest** [4] -
7:7, 47:1,
47:4, 185:3

**honeymoon**
[2] - 43:3,
51:7

**Honor** [51] -
2:9, 11:9,
12:14, 13:21,
15:8, 15:21,
16:17, 16:24,
18:10, 18:25,
20:2, 21:4,
21:14, 21:17,
21:20, 22:2,
22:5, 22:8,
22:16, 22:19,
22:24, 23:3,
23:4, 24:10,
24:20, 25:3,
26:8, 26:9,
50:1, 84:16,

84:17, 86:22,
88:9, 89:2,
105:20,
129:2,
130:11,
130:24,
153:4,
153:15,
177:1,
200:13,
200:14,
200:15,
200:18,
206:22,
207:23,
208:1, 211:3,
211:18,
212:15

**honored** [1] -
77:25

**hope** [4] -
16:25, 17:6,
28:23, 153:6

**hopefully** [2]
- 17:6, 27:4

**hoping** [3] -
28:18, 74:20,
79:7

**Hormovitis** [5]
- 1:9, 12:19,
12:24, 13:2,
101:13

**hospital** [7] -
36:16, 46:18,
48:10, 77:8,
186:11,
190:3, 192:18

**Hospital** [1] -
191:24

**hospital-based**
[1] - 190:3

**Hostetler** [1]
- 130:2

**hour** [3] -
7:6, 40:17,
81:14

**hours** [7] -
50:23, 54:18,

57:13, 58:10,
60:17, 69:14,
70:2

**house** [10] -
33:10, 49:2,
77:1, 80:6,
80:10, 86:8,
138:16,
141:19,
155:7, 155:12

**household** [4]
- 35:21,
49:22, 71:13,
74:12

**housekeeper**
[1] - 193:12

**houses** [1] -
61:1

**housewife** [1]
- 190:18

**housing** [2] -
165:13,
187:24

**HR** [1] -
42:14

**hub** [1] -
68:21

**Huerta** [2] -
53:19, 82:24

**huge** [5] -
37:16, 79:18,
182:4,
182:25,
190:15

**Hultberg** [2] -
48:22, 82:20

**human** [1] -
194:18

**hundred** [2] -
28:10, 124:25

**hung** [1] -
177:9

**Huntington** [1]
- 194:16

**hurt** [1] -
33:11

**husband** [26]
- 49:12,

79:6, 80:24,
95:3, 116:20,
117:5,
129:20,
135:14,
139:11,
151:5,
165:13,
167:14,
173:15,
176:13,
177:21,
179:20,
180:10,
181:19,
182:12,
186:24,
186:25,
188:19,
191:19,
194:2,
194:12,
194:14

**husband's** [7]
- 56:15,
129:12,
129:14,
129:22,
139:19,
146:14,
146:16

**I**

**Iaboni** [2] -
65:25, 83:5

**idea** [1] -
58:22

**identity** [1] -
156:8

**imagine** [3] -
14:24,
140:22, 153:9

**immediate** [2]
- 7:4, 78:8

**immediately**
[2] - 201:3,
209:25

**Immigration**

[1] - 144:23

**impact** [2] -
136:6, 185:4

**impartial** [70]
- 29:2, 29:6,
29:22, 29:23,
31:2, 98:19,
104:4,
104:19,
105:15,
114:8, 115:7,
117:15,
120:14,
122:6, 125:4,
125:25,
128:8,
128:18,
128:25,
129:8,
129:16,
129:23,
130:10,
130:21,
131:11,
131:18,
132:4,
134:18,
137:16,
138:8,
138:25,
139:21,
140:12,
141:10,
141:25,
142:23,
143:16,
145:14,
145:21,
146:3,
146:11,
146:19,
147:1,
147:10,
147:19,
148:6,
148:16,
148:22,
149:6,

149:13,
149:19,
150:1,
150:10,
150:16,
154:25,
155:20,
156:16,
157:14,
158:2,
158:14,
159:2,
160:20,
161:12,
161:24,
162:12,
164:24,
167:8, 171:2,
184:22

**impartiality**
[1] - 185:5

**impartially** [1]
- 195:11

**Imperiale** [6]
- 107:10,
139:5,
145:16,
157:19,
167:10,
208:13

**Imperiale-
George** [3] -
139:5,
145:16,
157:19

**importance**
[1] - 23:6

**important** [7]
- 27:11,
80:16, 85:11,
108:25,
209:9,
209:11,
210:25

**in-laws** [1] -
57:21

**inadvertently**
[1] - 209:13

**include** [1] -
144:21

**included** [1] -
22:20

**includes** [3] -
39:2, 210:16,
210:17

**including** [3] -
3:14, 100:7,
145:1

**income** [6] -
33:10, 33:15,
41:19, 49:22,
77:1, 79:17

**inconsistent**
[1] - 4:13

**inconvenience**
[1] - 53:3

**inconvenienced**
[1] - 27:10

**incorporates**
[1] - 18:21

**indeed** [1] -
18:16

**independent**
[1] - 191:22

**indicated** [3]
- 16:1,
27:16, 32:5

**indictment**
[17] - 2:24,
13:24, 13:25,
14:17, 21:19,
22:1, 22:7,
30:12, 30:13,
30:15, 30:19,
30:25, 31:4,
31:5, 31:22,
32:1, 112:19

**Indictment** [2]
- 2:17, 21:13

**indirectly** [1]
- 97:11

**individuals** [3]
- 5:22,
100:11,
102:10

**industry** [1] -

131:15
**inference** [2] - 30:14, 112:12
**influence** [3] - 5:24, 9:9, 164:6
**influences** [1] - 121:8
**information** [9] - 14:3, 17:15, 59:4, 86:1, 148:2, 165:4, 185:3, 209:7
**injured** [2] - 142:12, 142:13
**injury** [4] - 46:9, 175:20, 175:22, 189:22
**innocent** [2] - 30:16, 112:18
**inquire** [1] - 135:8
**inquiry** [2] - 163:21, 163:24
**Inspection** [1] - 144:23
**inspector** [1] - 187:24
**installer** [1] - 176:16
**institutions** [6] - 132:6, 132:8, 132:15, 132:17, 134:15, 134:17
**instruct** [3] - 109:15, 112:25, 113:9
**instructed** [2] - 85:17, 210:13

**instruction** [6] - 85:10, 85:12, 86:9, 86:12, 206:18, 209:21
**instructions** [10] - 30:5, 82:15, 85:9, 85:11, 86:13, 109:18, 164:25, 208:24, 209:3, 209:9
**instructor** [1] - 48:1
**insurance** [3] - 39:16, 170:5, 194:25
**intended** [2] - 31:1, 31:14
**intensive** [1] - 70:1
**intention** [1] - 88:5
**interactions** [1] - 184:15
**interest** [4] - 159:9, 167:4, 171:22, 174:5
**interesting** [1] - 6:9
**interfere** [1] - 94:13
**internal** [2] - 147:14, 147:16
**Internal** [2] - 147:22, 176:12
**international** [1] - 172:15
**International** [1] - 132:13
**Internet** [3] - 135:7, 160:4
**internet** [4] - 6:14, 6:21,

8:8, 85:23
**interpreter** [1] - 176:17
**introduce** [3] - 22:22, 23:12, 96:13
**introduced** [1] - 3:13
**invasion** [1] - 142:8
**invested** [2] - 59:6, 121:20
**investigate** [1] - 18:5
**investigation** [8] - 62:14, 144:25, 163:19, 163:20, 163:21, 163:23, 163:24, 163:25
**investigator** [1] - 34:3
**investigator's** [1] - 18:6
**investing** [1] - 133:12
**investment** [16] - 14:1, 31:8, 31:18, 55:7, 59:6, 110:5, 120:17, 121:6, 122:1, 122:14, 123:5, 123:6, 127:18, 127:20, 131:7, 131:25
**investments** [3] - 14:10, 14:20, 31:14
**investor** [4] - 111:2, 124:6, 128:23, 131:4
**investors** [3]

- 31:5, 31:11, 31:13
**involved** [7] - 7:21, 59:5, 59:7, 134:14, 136:9, 159:6, 159:7
**involvement** [1] - 62:16
**involves** [1] - 68:21
**IRS** [3] - 97:6, 144:23, 148:6
**Island** [3] - 10:14, 10:18, 60:16
**Islanders** [1] - 180:5
**Islandia** [1] - 1:18
**Isle** [5] - 101:25, 102:1
**Islip** [4] - 1:6, 1:15, 1:23, 174:22
**issue** [30] - 3:14, 7:24, 8:12, 32:22, 33:8, 33:9, 34:10, 36:5, 36:8, 36:15, 37:13, 37:14, 38:1, 38:4, 41:8, 42:2, 58:7, 58:8, 63:19, 69:17, 74:22, 87:7, 87:14, 93:3, 94:11, 115:18, 116:8, 119:3, 137:24, 139:9
**issues** [12] - 3:2, 3:3, 5:6, 13:24, 38:2, 55:2, 67:8, 69:13,

71:5, 154:7, 154:12, 211:14
**IT** [5] - 130:15, 130:16, 133:6, 133:7, 181:18
**Italy** [1] - 50:14
**itself** [2] - 6:7, 8:8
**IV** [2] - 101:25

**J**

**J.P** [1] - 190:11
**Jack** [1] - 101:18
**jacked** [1] - 139:12
**Jackson** [2] - 40:10, 101:12
**jail** [1] - 162:10
**Jaime** [2] - 107:19, 110:14
**JAMES** [1] - 1:15
**James** [8] - 2:4, 97:3, 101:9, 101:14, 107:10, 127:5, 136:24
**Jason** [3] - 89:6, 89:21, 101:19
**Jay** [1] - 100:25
**JB** [1] - 102:5
**Jeff** [4] - 101:4, 101:6, 101:16, 101:18
**Jenise** [1] -

118:5

**Jennifer** [3] - 48:8, 120:3, 124:22

**jeopardizing** [2] - 72:22, 72:25

**Jeremy** [1] - 100:23

**Jersey** [2] - 145:18, 157:9

**jewelry** [1] - 141:20

**JFB** [1] - 1:4

**Joanne** [1] - 107:15

**job** [23] - 32:23, 39:2, 43:23, 44:9, 51:14, 51:19, 51:20, 52:25, 58:21, 65:5, 66:21, 70:9, 70:18, 70:19, 73:23, 74:2, 74:10, 75:11, 81:15, 95:3, 95:5, 109:17, 162:9

**jobs** [1] - 27:19

**Joe** [1] - 100:25

**John** [5] - 5:7, 93:17, 101:3, 107:23, 137:1

**Johnson** [2] - 101:20, 132:12

**joint** [1] - 24:10

**jointly** [1] - 24:13

**JOSEPH** [1] - 1:11

**Joseph** [10] - 26:12, 44:20,

62:11, 82:19, 82:20, 98:2, 98:4, 99:6, 108:11, 108:12

**Josh** [1] - 22:25

**Joshua** [1] - 97:6

**Jowdy** [4] - 4:18, 7:8, 7:19, 101:9

**JP** [7] - 131:3, 131:10, 132:11, 133:9, 133:15, 133:21, 133:24

**Jr** [3] - 80:14, 83:12, 107:19

**JST** [1] - 34:3

**judge** [15] - 2:22, 5:3, 6:2, 10:15, 14:3, 24:6, 85:16, 88:4, 134:21, 135:4, 149:2, 149:3, 151:18, 200:7, 203:15

**JUDGE** [1] - 1:12

**Judge** [14] - 5:13, 7:1, 7:25, 8:25, 9:11, 13:16, 14:12, 26:12, 88:8, 111:5, 204:4, 204:10, 204:15, 204:23

**judges** [1] - 27:13

**judgment** [2] - 29:10, 96:8

**Judy** [1] - 87:4

**June** [8] - 18:2, 34:19, 49:1, 52:17, 68:21, 70:1, 78:17, 177:24

**Juneau** [1] - 100:25

**juries** [3] - 28:6, 171:9, 174:24

**jurisdiction** [1] - 9:18

**Juror** [42] - 107:19, 107:24, 128:1, 129:10, 129:19, 145:8, 154:3, 154:4, 154:5, 154:10, 156:2, 156:4, 156:21, 159:19, 159:21, 159:22, 160:23, 160:25, 161:15, 161:17, 162:2, 162:4, 176:24, 190:9, 196:2, 196:8, 197:3, 197:17, 197:19, 197:21, 197:23, 197:25, 198:2, 198:4, 198:6, 198:8, 198:10, 198:12, 198:14,

198:16, 198:18, 198:20

**JUROR** [774] - 32:20, 32:23, 33:6, 33:9, 33:14, 33:21, 33:23, 34:2, 34:11, 34:14, 34:18, 35:1, 35:7, 35:9, 35:14, 35:20, 35:25, 36:4, 36:6, 36:16, 36:23, 36:25, 37:6, 37:10, 37:12, 37:14, 37:20, 38:2, 38:9, 38:16, 38:21, 38:25, 39:7, 39:12, 39:21, 39:25, 40:5, 40:9, 40:14, 40:17, 40:21, 40:24, 41:2, 41:4, 41:9, 41:14, 41:18, 41:23, 42:3, 42:7, 42:10, 42:14, 42:19, 42:23, 43:6, 43:10, 43:16, 43:20, 44:2, 44:6, 44:8, 44:12, 44:15, 44:17, 44:21, 44:23, 45:1, 45:5, 45:9, 45:13, 45:17, 45:21, 45:24, 46:4, 46:9, 46:17, 46:21, 46:25, 47:3, 47:6, 47:9, 47:13, 47:16, 47:19, 47:23, 47:25, 48:8, 48:10,

48:12, 48:17, 48:21, 48:23, 49:7, 49:11, 49:17, 49:21, 50:1, 50:5, 50:9, 50:13, 50:17, 50:22, 51:2, 51:6, 51:10, 51:14, 51:17, 51:19, 51:21, 51:24, 52:1, 52:3, 52:7, 52:16, 52:21, 52:25, 53:6, 53:10, 53:16, 53:20, 54:1, 54:5, 54:10, 54:14, 54:16, 54:21, 55:2, 55:6, 55:10, 55:12, 55:16, 55:22, 56:1, 56:4, 56:8, 56:11, 56:13, 56:20, 56:24, 57:4, 57:8, 57:10, 57:17, 57:21, 58:2, 58:6, 58:8, 58:14, 58:18, 58:20, 58:25, 59:4, 59:11, 59:15, 59:19, 59:23, 60:1, 60:5, 60:9, 60:13, 60:20, 60:24, 61:6, 61:10, 61:12, 61:18, 61:20, 61:23, 62:1, 62:5, 62:10, 62:21, 62:25, 63:4, 63:8, 63:11, 63:14, 63:19, 63:25, 64:4, 65:3, 65:11, 65:18, 66:1,

| | | | | |
|---|---|---|---|---|
| 66:12, 66:20, | 103:6, | 119:14, | 133:2, 133:6, | 142:21, |
| 66:25, 67:4, | 103:11, | 120:5, 120:7, | 133:9, | 142:24, |
| 67:8, 67:16, | 103:16, | 121:3, 121:5, | 133:12, | 143:4, 143:6, |
| 67:25, 68:9, | 103:18, | 121:12, | 133:15, | 143:11, |
| 68:13, 68:17, | 103:20, | 121:17, | 133:18, | 143:14, |
| 69:3, 69:13, | 103:23, | 121:19, | 133:21, | 143:18, |
| 69:22, 69:24, | 103:25, | 121:25, | 134:1, 134:4, | 144:3, 145:9, |
| 70:5, 70:9, | 104:6, | 122:2, 122:7, | 134:7, | 145:12, |
| 70:17, 70:20, | 104:11, | 124:4, 124:6, | 134:10, | 145:15, |
| 71:1, 71:12, | 104:15, | 124:10, | 135:14, | 145:17, |
| 71:21, 72:7, | 104:20, | 124:12, | 135:18, | 145:22, |
| 72:10, 72:18, | 104:25, | 124:18, | 135:21, | 145:25, |
| 73:4, 73:8, | 105:4, | 124:22, | 136:1, | 146:4, 146:6, |
| 73:22, 74:2, | 105:10, | 124:24, | 136:19, | 146:9, |
| 74:6, 74:10, | 105:13, | 125:5, | 137:4, 137:6, | 146:12, |
| 74:19, 75:3, | 105:16, | 125:12, | 137:22, | 146:14, |
| 75:13, 75:16, | 105:20, | 125:16, | 137:25, | 146:17, |
| 75:21, 76:2, | 105:25, | 125:19, | 138:3, 138:5, | 146:20, |
| 76:9, 76:18, | 108:2, 110:4, | 125:22, | 138:10, | 146:22, |
| 76:24, 77:7, | 110:8, | 126:2, 127:7, | 138:14, | 147:2, 147:4, |
| 77:15, 77:24, | 110:14, | 127:9, | 138:16, | 147:7, |
| 78:8, 78:16, | 110:17, | 127:13, | 138:19, | 147:11, |
| 78:24, 79:6, | 110:21, | 127:15, | 138:21, | 147:13, |
| 79:17, 79:25, | 112:8, 112:9, | 128:3, 128:6, | 138:23, | 147:16, |
| 80:9, 80:15, | 114:4, 114:9, | 128:10, | 139:1, 139:5, | 147:20, |
| 80:24, 81:6, | 114:12, | 128:15, | 139:8, | 147:22, |
| 81:14, 81:21, | 114:19, | 128:20, | 139:11, | 147:25, |
| 81:24, 82:4, | 114:21, | 128:22, | 139:14, | 148:8, |
| 84:6, 84:9, | 114:23, | 129:2, 129:5, | 139:18, | 148:10, |
| 84:11, 84:14, | 115:1, 115:3, | 129:9, | 139:22, | 148:17, |
| 84:17, 86:18, | 115:8, | 129:12, | 140:1, 140:3, | 148:19, |
| 87:2, 87:4, | 115:10, | 129:17, | 140:5, 140:9, | 148:23, |
| 87:8, 87:11, | 115:16, | 129:20, | 140:13, | 149:1, 149:4, |
| 87:17, 91:4, | 115:19, | 129:25, | 140:16, | 149:7, 149:9, |
| 91:7, 91:10, | 115:22, | 130:2, 130:6, | 140:18, | 149:14, |
| 91:13, 92:5, | 115:25, | 130:11, | 140:21, | 149:16, |
| 92:14, 92:21, | 116:6, 116:9, | 130:14, | 140:25, | 149:20, |
| 92:25, 93:4, | 116:12, | 130:18, | 141:4, 141:6, | 149:22, |
| 93:8, 93:11, | 116:17, | 130:22, | 141:11, | 150:2, 150:4, |
| 93:17, 93:19, | 116:20, | 130:24, | 141:17, | 150:8, |
| 93:25, 94:4, | 117:4, | 131:1, 131:3, | 141:19, | 150:11, |
| 94:10, 94:12, | 117:10, | 131:6, 131:8, | 141:23, | 150:13, |
| 94:19, 95:1, | 117:16, | 131:12, | 142:1, 142:3, | 150:17, |
| 98:2, 98:4, | 117:18, | 131:14, | 142:5, 142:7, | 151:2, 151:8, |
| 98:7, 98:11, | 118:8, | 131:20, | 142:11, | 151:11, |
| 98:13, 98:16, | 118:13, | 132:19, | 142:13, | 154:7, |
| 98:20, 98:23, | 119:4, 119:8, | 132:21, | 142:16, | 154:12, |
| 99:8, 99:10, | 119:11, | 132:23, | 142:18, | 154:16, |

| | | | | |
|---|---|---|---|---|
| 154:19, | 166:22, | 174:4, 174:6, | 182:25, | 195:2, |
| 154:21, | 166:24, | 174:9, | 183:3, 184:4, | 195:14, |
| 155:1, 155:3, | 167:2, 167:5, | 174:15, | 184:9, | 195:16, |
| 155:5, 155:9, | 167:9, | 174:18, | 184:13, | 195:18, |
| 155:15, | 167:11, | 175:2, 175:6, | 184:17, | 195:20, |
| 155:18, | 167:21, | 175:8, | 184:23, | 195:22, |
| 155:22, | 167:23, | 175:11, | 186:3, 186:9, | 195:24, |
| 156:6, 156:8, | 168:1, | 175:13, | 186:16, | 196:1, 196:3, |
| 156:11, | 168:10, | 175:15, | 186:19, | 196:5, 196:7, |
| 156:14, | 168:12, | 175:18, | 186:23, | 196:9, |
| 156:18, | 168:14, | 175:21, | 187:2, 187:6, | 196:11, |
| 157:8, | 168:18, | 175:24, | 187:9, | 196:13, |
| 157:12, | 168:22, | 176:2, 176:6, | 187:14, | 196:15, |
| 157:15, | 168:25, | 176:8, | 187:17, | 196:17, |
| 157:18, | 169:3, 169:8, | 176:11, | 187:19, | 196:19, |
| 157:20, | 169:12, | 176:16, | 187:21, | 196:21, |
| 157:24, | 169:14, | 176:23, | 187:23, | 196:23, |
| 158:3, 158:5, | 169:16, | 176:25, | 188:6, | 196:25, |
| 158:9, | 169:19, | 177:3, 177:6, | 188:12, | 197:2, 197:4, |
| 158:12, | 169:21, | 177:11, | 188:15, | 197:6, 197:8, |
| 158:15, | 169:23, | 177:13, | 188:25, | 197:10, |
| 158:18, | 170:1, | 177:15, | 189:5, 189:7, | 197:12, |
| 158:20, | 170:10, | 177:17, | 189:10, | 197:14, |
| 158:24, | 170:13, | 177:19, | 189:18, | 197:16, |
| 159:3, | 170:15, | 178:2, 178:5, | 189:21, | 197:18, |
| 159:21, | 170:17, | 178:9, | 189:25, | 197:20, |
| 159:23, | 170:20, | 178:19, | 190:7, | 197:22, |
| 160:3, 160:6, | 170:22, | 179:1, 179:3, | 190:10, | 197:24, |
| 160:8, | 170:25, | 179:6, | 190:18, | 198:1, 198:3, |
| 160:10, | 171:4, 171:6, | 179:13, | 190:22, | 198:5, 198:7, |
| 160:13, | 171:12, | 179:15, | 190:24, | 198:9, |
| 160:21, | 171:14, | 179:18, | 191:1, 191:4, | 198:11, |
| 161:2, 161:5, | 171:16, | 180:1, 180:3, | 191:6, | 198:13, |
| 161:8, | 171:19, | 180:5, 180:7, | 191:17, | 198:15, |
| 161:13, | 171:21, | 180:16, | 192:5, 192:8, | 198:17, |
| 161:19, | 171:23, | 180:20, | 192:15, | 198:19, |
| 161:21, | 172:1, 172:6, | 180:22, | 192:17, | 198:21, 200:3 |
| 161:25, | 172:8, | 180:24, | 192:22, | **juror** [457] - |
| 162:6, 162:8, | 172:10, | 181:2, 181:4, | 192:24, | 24:23, 29:8, |
| 162:13, | 172:13, | 181:7, | 193:1, 193:4, | 29:19, 30:2, |
| 163:7, | 172:21, | 181:10, | 193:6, 193:8, | 30:22, 31:2, |
| 165:11, | 172:23, | 181:12, | 193:10, | 32:18, 33:3, |
| 165:22, | 173:1, 173:4, | 181:14, | 193:18, | 33:4, 33:19, |
| 165:25, | 173:7, 173:9, | 181:17, | 193:21, | 33:20, 34:7, |
| 166:3, 166:6, | 173:12, | 182:1, 182:7, | 193:24, | 34:8, 34:15, |
| 166:10, | 173:18, | 182:10, | 194:10, | 34:16, 34:23, |
| 166:14, | 173:20, | 182:18, | 194:14, | 34:24, 35:5, |
| 166:16, | 173:23, | 182:23, | 194:24, | 35:6, 35:17, |

| | | | | |
|---|---|---|---|---|
| 35:18, 36:1, | 57:19, 58:3, | 78:21, 78:22, | 112:3, 112:5, | 150:25, |
| 36:2, 36:12, | 58:4, 58:15, | 79:3, 79:4, | 113:12, | 151:14, |
| 36:13, 36:20, | 58:16, 59:1, | 79:11, 79:12, | 114:2, | 154:4, 156:3, |
| 36:21, 37:7, | 59:2, 59:12, | 79:22, 79:23, | 114:17, | 157:19, |
| 37:8, 37:23, | 59:13, 59:20, | 80:12, 80:13, | 115:12, | 160:24, |
| 37:24, 38:12, | 59:21, 60:10, | 80:21, 80:22, | 115:13, | 161:3, |
| 38:13, 38:22, | 60:11, 60:21, | 81:3, 81:4, | 116:3, 116:4, | 164:11, |
| 38:23, 39:8, | 60:22, 61:7, | 81:11, 81:12, | 116:13, | 165:17, |
| 39:9, 39:22, | 61:8, 62:7, | 81:18, 81:19, | 116:14, | 166:11, |
| 39:23, 40:6, | 62:8, 62:22, | 82:5, 85:13, | 116:25, | 166:15, |
| 40:7, 41:5, | 62:23, 63:5, | 85:21, 85:25, | 117:1, | 166:20, |
| 41:6, 41:15, | 63:6, 63:15, | 86:17, 91:2, | 118:10, | 166:21, |
| 41:16, 41:24, | 63:16, 64:1, | 91:14, 92:3, | 119:2, 120:3, | 167:25, |
| 41:25, 42:11, | 64:2, 64:9, | 93:1, 93:2, | 121:2, | 168:5, |
| 42:12, 42:20, | 65:1, 65:8, | 93:14, 93:15, | 121:14, | 168:17, |
| 42:21, 43:7, | 65:9, 65:15, | 94:7, 94:8, | 121:15, | 169:25, |
| 43:8, 43:17, | 65:16, 65:23, | 94:22, 94:23, | 122:10, | 172:12, |
| 43:18, 44:18, | 65:24, 66:9, | 99:2, 99:5, | 124:2, | 173:11, |
| 44:19, 45:2, | 66:10, 66:13, | 103:2, | 124:19, | 173:21, |
| 45:3, 45:10, | 66:17, 66:18, | 103:14, | 124:20, | 174:8, |
| 45:11, 45:18, | 67:5, 67:6, | 103:15, | 125:8, 125:9, | 174:17, |
| 45:19, 46:5, | 67:13, 67:14, | 104:8, 104:9, | 127:10, | 176:10, |
| 46:6, 46:14, | 67:22, 67:23, | 105:1, 105:2, | 128:21, | 177:18, |
| 46:15, 46:22, | 68:6, 68:7, | 105:18, | 129:3, | 178:7, |
| 46:23, 47:10, | 68:14, 68:15, | 107:7, 107:9, | 132:18, | 178:18, |
| 47:11, 47:20, | 68:25, 69:1, | 107:10, | 135:12, | 179:5, |
| 47:21, 48:4, | 69:10, 69:11, | 107:11, | 136:5, | 179:17, |
| 48:5, 48:18, | 69:19, 69:20, | 107:12, | 136:16, | 181:16, |
| 48:19, 49:8, | 70:6, 70:7, | 107:13, | 136:20, | 181:25, |
| 49:9, 49:18, | 70:14, 70:15, | 107:14, | 136:21, | 182:9, |
| 49:19, 50:2, | 70:23, 70:24, | 107:15, | 137:20, | 182:17, |
| 50:3, 50:10, | 71:9, 71:10, | 107:16, | 138:11, | 186:2, 186:8, |
| 50:11, 50:18, | 71:18, 71:19, | 107:18, | 138:12, | 188:14, |
| 50:19, 51:3, | 72:4, 72:5, | 107:19, | 139:3, 139:4, | 189:9, |
| 51:4, 51:11, | 72:15, 72:16, | 107:21, | 139:5, | 189:24, |
| 51:12, 52:13, | 73:5, 73:6, | 107:22, | 139:23, | 191:16, |
| 52:14, 52:22, | 73:19, 73:20, | 107:23, | 139:24, | 192:7, |
| 52:23, 53:7, | 74:7, 74:8, | 107:24, | 140:14, | 193:15, |
| 53:8, 53:17, | 74:16, 74:17, | 108:4, 108:7, | 140:15, | 193:16, |
| 53:18, 54:2, | 74:25, 75:1, | 108:8, 108:9, | 140:17, | 195:8, |
| 54:3, 54:11, | 75:18, 75:19, | 108:10, | 141:13, | 195:13, |
| 54:12, 54:24, | 76:6, 76:7, | 108:11, | 141:14, | 195:15, |
| 54:25, 55:13, | 76:15, 76:16, | 108:12, | 142:4, 142:6, | 195:17, |
| 55:14, 55:23, | 77:4, 77:5, | 108:16, | 143:1, 143:2, | 195:19, |
| 55:24, 56:9, | 77:12, 77:13, | 110:2, | 143:19, | 195:21, |
| 56:10, 56:21, | 77:21, 77:22, | 110:11, | 144:1, | 195:23, |
| 56:22, 57:5, | 78:5, 78:6, | 110:12, | 145:23, | 195:25, |
| 57:6, 57:18, | 78:13, 78:14, | 110:23, | 150:16, | 196:4, 196:6, |

196:10,
196:12,
196:14,
196:16,
196:18,
196:20,
196:22,
196:24,
197:1, 197:5,
197:7, 197:9,
197:11,
197:13,
197:15,
198:24,
200:2, 200:9,
205:6, 205:8,
207:10,
207:11,
207:12,
207:13,
207:14,
207:15,
207:16,
207:17,
207:18,
207:19,
207:20,
208:11,
208:12,
208:13,
208:14,
208:15,
208:16,
208:17
**juror's** [1] -
29:24
**JURORS** [2] -
26:21, 136:4
**jurors** [51] -
2:15, 3:9,
5:16, 5:24,
8:19, 8:21,
9:4, 9:6,
9:8, 9:10,
10:14, 11:20,
13:5, 18:1,
23:14, 23:16,
23:20, 23:23,

23:24, 24:2,
24:3, 24:18,
25:4, 26:2,
26:17, 26:19,
26:24, 29:2,
29:3, 29:16,
29:21, 82:8,
82:9, 86:16,
87:1, 109:1,
150:23,
153:21,
154:1,
200:11,
201:20,
201:25,
206:14,
207:4, 207:9,
208:4, 208:7,
210:7, 210:25
**jurors'** [1] -
73:10
**JURY** [1] -
1:9
**jury** [134] -
2:17, 4:9,
4:14, 4:19,
5:18, 7:6,
7:13, 8:2,
8:16, 8:23,
9:15, 9:20,
9:22, 10:10,
10:17, 10:20,
11:1, 12:17,
13:25, 15:11,
16:16, 16:19,
17:8, 17:10,
17:18, 23:2,
23:6, 23:17,
24:21, 25:5,
26:1, 26:15,
27:2, 27:3,
27:5, 27:10,
28:13, 28:21,
29:6, 30:4,
36:17, 43:24,
44:1, 44:13,
52:8, 54:17,
55:3, 70:10,

71:23, 74:11,
82:15, 85:20,
88:4, 109:12,
112:12,
112:19,
113:1, 113:3,
113:9,
136:18,
151:4,
151:24,
153:6,
153:20,
164:23,
165:15,
165:23,
166:9,
167:19,
169:18,
170:6,
170:14,
171:25,
172:5,
172:18,
173:16,
173:21,
174:1,
174:13,
175:17,
176:20,
177:8, 177:9,
178:3,
178:15,
179:11,
179:24,
180:6,
180:12,
180:15,
180:21,
181:22,
182:4,
182:14,
182:21,
182:23,
186:6,
186:14,
187:16,
187:22,
188:1, 188:2,

188:5, 188:9,
188:20,
188:23,
189:4,
189:14,
189:17,
190:4, 191:3,
191:5,
191:25,
192:13,
192:16,
192:20,
192:21,
193:3, 193:9,
193:15,
194:6,
194:20,
200:4, 201:2,
206:15,
207:22,
209:5, 209:6,
210:6, 210:9,
211:8, 211:11
**Jury** [38] -
85:5, 85:7,
163:20,
163:23,
167:20,
168:7,
169:20,
170:16,
171:18,
172:7, 173:6,
173:17,
174:2,
174:13,
176:5,
177:14,
178:15,
178:25,
179:12,
179:25,
180:12,
181:11,
181:23,
182:4,
182:14,
182:22,

186:6,
186:14,
187:18,
188:2, 188:9,
188:22,
190:5,
190:15,
191:13,
192:4,
192:13, 193:5
**jury's** [1] -
112:14
**justice** [3] -
3:15, 27:12,
28:5
**Justice** [1] -
113:18

### K

**K-I-S-L-I-K**
[1] - 108:13
**K-O-L-F-A-N**
[1] - 108:15
**Kaiser** [14] -
5:7, 5:22,
9:9, 10:1,
10:5, 11:5,
11:11, 14:24,
15:16, 59:25,
83:2, 101:3
**Kansas** [1] -
121:21
**kashkin** [1] -
82:23
**Kashkin** [1] -
52:24
**Katz** [1] -
125:17
**Kau** [1] -
102:1
**KAU** [1] -
102:2
**Kaur** [2] -
80:23, 82:22
**Kaye** [1] -
157:21
**keep** [12] -
10:25, 23:18,

30:16, 32:10, 92:22, 94:16, 128:12, 144:16, 145:7, 165:8, 195:8, 200:24

**KENNER** [7] - 1:7, 16:6, 16:10, 21:14, 21:17, 21:20, 21:22

**Kenner** [16] - 1:7, 1:18, 2:2, 4:3, 4:9, 5:10, 15:1, 15:25, 16:5, 21:12, 26:3, 31:16, 89:4, 96:13, 96:15, 96:16

**Kenneth** [4] - 7:19, 86:25, 101:9, 108:16

**Kenny** [1] - 30:10

**Kerline** [1] - 82:20

**kid** [1] - 80:24

**kidding** [1] - 44:10

**kidney** [1] - 57:12

**kids** [17] - 20:2, 35:2, 53:22, 60:14, 71:23, 75:5, 75:12, 78:19, 80:6, 95:5, 168:19, 168:22, 168:23, 169:1, 173:25, 186:5, 193:13

**killed** [1] - 62:15

**kind** [9] -

5:3, 5:17, 17:16, 39:16, 104:21, 121:8, 178:3, 184:10, 189:1

**Kings** [2] - 188:6, 189:10

**kings** [1] - 180:16

**Kinney** [5] - 108:13, 121:17, 162:6, 191:16, 207:19

**Kislik** [5] - 108:12, 131:13, 149:21, 191:5, 208:22

**Klenja** [2] - 58:5, 82:17

**known** [2] - 31:9, 105:21

**knows** [3] - 98:8, 98:9, 136:9

**Koenig** [3] - 94:24, 134:6, 150:3

**Kolasinski** [2] - 54:4, 82:22

**Kolfan** [1] - 108:15

**KOMATIREDDY** [20] - 1:16, 2:6, 2:22, 22:16, 22:19, 22:24, 26:6, 200:13, 203:6, 203:8, 203:13, 203:15, 203:20, 204:1, 204:13, 204:21, 204:23,

205:23, 206:3, 206:8

**Komatireddy** [2] - 2:6, 97:3

**Komatiriddy** [1] - 20:5

**Kornobis** [2] - 41:7, 82:18

**Kosloff** [5] - 127:5, 136:24, 172:12, 208:15

**KPMG** [1] - 167:13

**Krakowski** [1] - 179:17

**Kristie** [1] - 101:10

**Kristin** [1] - 100:24

**Kulfan** [3] - 192:7, 206:10, 207:19

**Kulsan** [1] - 143:4

**kurkowski** [2] - 105:3, 127:11

**Kurkowski** [2] - 127:11, 208:16

## L

**L-I** [1] - 107:25

**LA** [53] - 2:11, 5:3, 6:5, 6:9, 6:13, 6:18, 6:23, 8:25, 10:9, 10:15, 11:6, 11:25, 12:14, 12:21, 13:16, 15:16, 16:24, 21:4,

21:9, 23:4, 24:6, 24:12, 25:3, 89:11, 89:16, 89:19, 99:3, 110:9, 111:1, 111:5, 114:15, 122:13, 203:10, 203:17, 203:23, 204:5, 204:8, 204:10, 204:16, 204:19, 204:24, 205:2, 205:11, 205:21, 205:25, 206:5, 206:9, 206:12, 206:21, 208:1, 211:3, 211:25, 212:15

**laboratory** [1] - 56:4

**lack** [2] - 29:22, 113:10

**ladies** [4] - 26:10, 91:15, 107:3, 201:18

**Lake** [1] - 145:19

**land** [1] - 14:1

**Land** [1] - 14:1

**language** [6] - 53:21, 54:6, 96:5, 110:18, 110:20, 176:17

**Lani** [1] - 101:6

**Lao** [3] -

108:8, 116:6, 158:4

**LAO** [1] - 108:9

**large** [1] - 5:14

**Larsen** [2] - 89:20, 101:18

**LaRUSSO** [16] - 26:9, 54:22, 83:13, 83:17, 83:20, 83:23, 136:14, 136:21, 151:22, 152:1, 153:16, 153:18, 177:1, 198:24, 200:14, 200:20

**LARUSSO** [1] - 1:20

**Las** [1] - 14:11

**last** [27] - 20:3, 39:14, 47:13, 60:16, 69:5, 78:9, 79:14, 82:13, 82:24, 87:5, 89:12, 91:3, 98:3, 102:6, 103:3, 108:5, 108:9, 114:18, 133:8, 143:11, 143:21, 176:13, 178:7, 188:7, 204:20, 206:7

**late** [2] - 40:22, 40:25

**lately** [1] - 67:8

**laundering** [1] - 31:23

**law** [45] - 4:5, 10:4, 29:11, 32:9, 59:15, 75:4, 76:11, 76:12, 96:17, 109:12, 109:13, 109:15, 109:16, 109:18, 109:19, 112:16, 112:17, 112:24, 113:8, 113:9, 113:15, 113:18, 114:6, 115:5, 117:11, 121:5, 134:21, 135:1, 144:20, 144:22, 145:4, 145:25, 147:14, 147:15, 147:16, 148:10, 148:13, 149:22, 150:4, 150:13, 157:9, 165:1, 167:17, 195:12

**law's** [1] - 146:1

**laws** [3] - 43:21, 57:21, 128:15

**laws'** [1] - 128:17

**lawsuit** [5] -

59:5, 62:14, 131:23, 191:1, 192:1

**lawyer** [11] - 98:7, 98:9, 98:11, 98:12, 98:18, 135:18, 135:23, 155:12, 157:1, 157:3, 158:21

**lawyers** [14] - 16:1, 32:16, 86:4, 86:7, 87:10, 90:4, 99:1, 136:3, 157:5, 195:4, 198:22, 202:12, 210:23, 211:1

**lead** [2] - 104:3, 113:19

**League** [2] - 31:12, 104:13

**league** [2] - 185:1, 185:2

**least** [1] - 185:1

**leave** [11] - 20:4, 32:25, 51:7, 64:5, 73:25, 86:16, 87:12, 150:23, 202:12, 205:2, 211:6

**leaves** [146] - 33:3, 33:19, 34:7, 34:15, 34:23, 35:5, 35:17, 36:1, 36:12, 36:20, 37:7, 37:23, 38:12, 38:22, 39:8, 39:22, 40:6, 41:5, 41:15, 41:24,

42:11, 42:20, 43:7, 43:17, 44:18, 45:2, 45:10, 45:18, 46:5, 46:14, 46:22, 47:10, 47:20, 48:4, 48:18, 49:8, 49:18, 50:2, 50:10, 50:18, 51:3, 51:11, 52:13, 52:22, 53:7, 53:17, 54:2, 54:11, 54:24, 55:13, 55:23, 56:9, 56:21, 57:5, 57:18, 58:3, 58:15, 59:1, 59:12, 59:20, 60:10, 60:21, 61:7, 62:7, 62:22, 63:5, 63:15, 64:1, 64:9, 65:8, 65:15, 65:23, 66:9, 66:17, 67:5, 67:13, 67:22, 68:6, 68:14, 68:25, 69:10, 69:19, 70:6, 70:14, 70:23, 71:9, 71:18, 72:4, 72:15, 73:5, 73:19, 74:7, 74:16, 74:25, 75:18, 76:6, 76:15, 77:4, 77:12, 77:21, 78:5, 78:13, 78:21, 79:3, 79:11, 79:22, 80:12, 80:21, 81:3, 81:11, 81:18, 82:5, 93:1, 93:14, 94:7, 94:22,

99:2, 103:14, 104:8, 105:1, 110:11, 110:23, 115:12, 116:3, 116:13, 116:25, 121:14, 122:10, 124:19, 125:8, 136:5, 136:20, 138:11, 139:3, 139:23, 140:14, 141:13, 143:1, 143:19, 151:14, 156:2, 156:21, 160:23, 161:15, 162:2, 200:9

**leaving** [1] - 76:12

**Led** [5] - 14:2, 31:19, 102:4, 105:20, 105:23

**Lee** [1] - 180:15

**left** [7] - 24:21, 24:23, 38:17, 40:14, 82:8, 93:5, 201:9

**legal** [5] - 7:18, 62:17, 131:23, 159:7, 159:10

**legally** [1] - 137:14

**legitimate** [1] - 121:7

**Lehman** [1] - 132:10

**lending** [1] - 37:15

**Leo** [2] - 74:18, 83:4

**Leone** [7] - 120:3, 120:4, 124:22, 188:14, 188:15, 206:1, 207:18

**less** [3] - 39:13, 69:7, 136:8

**letter** [1] - 3:12

**level** [12] - 167:4, 169:6, 169:7, 169:10, 169:13, 170:18, 171:22, 174:5, 175:5, 180:18, 187:12, 188:11

**Lewis** [4] - 53:9, 76:17, 82:16, 83:9

**Lewis-Davis** [2] - 76:17, 83:9

**Li** [4] - 107:25, 204:8, 204:10, 207:16

**liaison** [1] - 171:7

**library** [1] - 168:3

**license** [1] - 161:9

**licensed** [3] - 66:20, 128:6, 173:13

**Liebman** [2] - 65:10, 82:20

**lieutenant** [1] - 114:5

**life** [2] - 27:25, 191:24

**lifeguard** [1] - 174:23

**lifelong** [1] - 173:20

**lifts** [2] - 66:22

**light** [1] - 111:1

**Linda** [1] - 101:7

**line** [8] - 8:21, 32:9, 115:6, 144:16, 145:6, 165:5, 195:5, 195:7

**lines** [1] - 191:22

**Lipset** [2] - 47:24, 82:16

**liquidated** [1] - 124:14

**LIRR** [1] - 40:11

**list** [4] - 11:23, 12:4, 12:18, 100:10

**listen** [6] - 85:11, 100:16, 109:2, 209:12, 209:18, 210:1

**listened** [1] - 109:5

**literally** [1] - 38:17

**litigation** [4] - 134:14, 135:15, 135:17, 136:10

**live** [35] - 27:22, 35:20, 40:10, 165:11, 166:16, 167:11, 168:1, 168:18, 171:6, 173:12, 173:23, 174:9, 174:18, 177:3, 177:19, 178:9, 179:18, 180:7, 180:16, 181:17, 182:1, 182:10, 182:18, 186:3, 186:9, 186:19, 188:6, 188:16, 189:10, 189:25, 190:10, 192:8, 192:17, 193:10, 194:10

**lived** [9] - 165:25, 166:17, 167:12, 170:1, 172:1, 176:11, 181:18, 186:20, 191:7

**lives** [2] - 73:10, 160:16

**living** [6] - 166:23, 168:24, 170:8,

171:11, 187:1, 187:4

**LLC** [12] - 31:20, 101:22, 101:23, 101:24, 101:25, 102:1, 102:2, 102:3, 102:4

**LLP** [2] - 96:17, 96:23

**load** [1] - 66:13

**located** [1] - 31:18

**location** [1] - 102:11

**Loffredo** [2] - 60:23, 82:21

**look** [6] - 6:23, 7:14, 8:7, 18:19, 95:4, 210:4

**looked** [1] - 73:12

**looking** [2] - 69:5, 200:25

**LORETTA** [1] - 1:13

**lose** [6] - 8:21, 13:5, 17:25, 43:23, 65:5, 155:14

**losing** [1] - 48:1

**loss** [2] - 93:4, 94:14

**lost** [7] - 75:3, 103:9, 110:5, 124:25, 141:20, 155:12, 155:15

**louder** [1] - 93:12

**Louis** [3] -

7:19, 79:15, 83:9

**love** [1] - 44:8

**low** [1] - 92:10

**Lowe's** [1] - 50:22

**Ltd** [1] - 101:23

**luck** [3] - 34:22, 78:12, 79:10

**lunch** [4] - 84:22, 84:23, 85:10, 86:15

**Luncheon** [1] - 87:23

**lunchtime** [2] - 206:20, 209:10

**LYNCH** [1] - 1:13

**Lynch** [4] - 39:11, 83:1, 128:4, 132:23

**Lyons** [2] - 55:15, 82:18

# M

**M-A-C-I-A-S** [1] - 108:11

**M-U-K-T-A-D-I-R** [1] - 118:5

**ma'am** [1] - 107:25

**macer** [1] - 180:6

**machines** [1] - 181:20

**Macias** [3] - 108:11, 189:10, 208:21

**mad** [1] - 63:10

**Madoff** [2] - 74:22, 125:20

**Mae** [1] - 179:21

**magazine** [1] - 164:4

**mail** [3] - 3:16, 7:10, 181:20

**mailing** [1] - 44:3

**mailroom** [1] - 193:13

**main** [1] - 49:21

**maintenance** [2] - 179:7, 193:11

**Mainzer** [2] - 107:24, 207:16

**mainzer** [1] - 204:22

**majority** [2] - 10:21, 10:22

**Makika** [1] - 102:2

**MAKIKA** [1] - 102:3

**man** [1] - 191:13

**manage** [1] - 68:19

**Management** [1] - 101:22

**management** [1] - 191:8

**manager** [14] - 42:24, 53:11, 81:15, 134:1, 176:18, 182:19, 186:4, 188:1, 189:12, 189:13, 191:10, 194:12

**managers** [1] - 53:2

**managing** [1] - 78:10

**mandatory** [1] - 70:1

**Manfredi** [1] - 101:10

**Mangalindan** [3] - 40:8, 108:10, 115:16

**Manhattan** [3] - 75:9, 158:6, 194:17

**manner** [2] - 16:19, 137:15

**manufacturer** [1] - 180:11

**manufacturing** [1] - 56:5

**Mar** [1] - 14:12

**Marchese** [2] - 71:11, 83:7

**Marci** [1] - 107:24

**Mariama** [1] - 118:10

**Marie** [2] - 108:16, 117:2

**marijuana** [1] - 161:6

**Marine** [1] - 150:7

**marine** [3] - 178:12, 178:13

**Mark** [3] - 101:6, 101:16, 101:19

**mark** [1] - 89:17

**marketing** [3] - 182:19, 182:20, 194:17

**Markowitz** [4] - 107:23,

178:18, 204:6, 207:15

**Marrano** [2] - 50:12, 82:25

**married** [34] - 43:1, 165:13, 166:18, 167:14, 168:3, 168:21, 170:9, 171:8, 173:14, 173:25, 174:11, 174:19, 177:7, 177:21, 178:21, 179:8, 180:10, 181:19, 182:2, 182:20, 186:4, 186:11, 186:22, 186:23, 187:2, 187:25, 188:7, 188:18, 190:2, 190:12, 191:9, 191:21, 193:11, 194:1

**Marro** [2] - 78:15, 83:10

**Marwick** [1] - 167:13

**Mascarella** [1] - 101:10

**massage** [1] - 179:10

**master** [1] - 66:20

**master's** [6] - 165:15,

178:14, 188:8, 191:19, 194:3, 194:18

**material** [2] - 6:6, 14:25

**materials** [1] - 14:8

**math** [1] - 205:5

**MATIAS** [1] - 89:7

**Matias** [1] - 101:15

**Matt** [1] - 22:25

**Matter** [2] - 64:10, 152:9

**matter** [6] - 5:20, 19:1, 29:25, 156:23, 162:15, 210:22

**matters** [4] - 14:16, 16:17, 16:20, 151:19

**Matthew** [5] - 97:7, 107:14, 108:10, 140:1, 161:2

**Mattias** [2] - 89:7, 101:1

**Mazur** [1] - 157:7

**Mazurkiewicz** [2] - 56:13, 82:24

**MBA** [1] - 167:18

**McCarthy** [6] - 105:19, 108:16, 117:2, 150:12, 193:23, 207:20

**McCooey** [2] -

90:3, 91:4

**McDonald's** [1] - 42:24

**McGuire** [5] - 107:20, 129:10, 134:9, 151:2, 176:24

**McKee** [1] - 100:25

**mean** [13] - 5:22, 20:7, 35:12, 38:5, 61:23, 92:6, 104:20, 115:24, 151:25, 155:15, 168:8, 175:23, 180:25

**meaning** [1] - 120:12

**meaningless** [1] - 12:5

**means** [3] - 23:16, 205:1, 206:10

**meat** [1] - 174:19

**mechanic** [5] - 177:4, 177:5, 177:6, 179:7, 191:1

**mechanical** [1] - 1:25

**media** [9] - 135:6, 135:7, 153:10, 172:3, 182:19, 185:1, 209:12, 209:19, 210:18

**medical** [6] - 34:3, 45:5, 55:2, 75:22,

175:24, 186:10

**meet** [4] - 184:8, 184:9, 211:19, 211:21

**meeting** [2] - 34:2, 52:17

**Meisenzahl** [2] - 75:2, 83:10

**Melendez** [2] - 60:12, 83:4

**Melissa** [2] - 108:4, 125:12

**Melley** [1] - 101:10

**member** [20] - 78:9, 100:6, 123:4, 123:5, 127:17, 127:19, 131:23, 132:14, 132:16, 134:13, 137:17, 144:12, 144:13, 144:19, 145:6, 157:1, 157:5, 163:2, 163:10, 163:13

**members** [4] - 9:7, 147:6, 159:25, 210:16

**Memorial** [1] - 76:10

**men's** [1] - 57:13

**mental** [1] - 186:13

**mention** [6] - 11:6, 12:9, 56:16, 88:9, 153:16,

157:25

**mentioned** [7] - 100:13, 103:6, 103:7, 132:6, 132:8, 164:2, 165:23

**mentioning** [1] - 11:10

**Merhige** [2] - 46:8, 82:22

**merits** [1] - 135:4

**Merrill** [2] - 128:4, 132:23

**Meshinsky** [1] - 100:22

**metal** [1] - 162:9

**method** [1] - 23:15

**Metlin** [2] - 89:8, 101:15

**Mets** [1] - 169:23

**Mezzatesta** [2] - 78:7, 83:11

**Mia** [2] - 101:7, 101:20

**Michael** [5] - 89:5, 100:24, 101:14, 107:16, 114:19

**microphone** [1] - 92:10

**Microsoft** [1] - 179:22

**mid** [1] - 78:17

**middle** [5] - 80:15, 135:15, 135:23, 179:19, 180:8

**Mielenhausen** [2] - 75:20, 83:8

**might** [8] -

9:24, 18:13, 42:7, 79:15, 88:9, 109:4, 115:19, 212:6

**mike** [1] - 93:9

**Mike** [1] - 105:4

**miles** [1] - 80:5

**military** [1] - 37:1

**mind** [8] - 5:19, 21:6, 30:16, 40:21, 40:22, 114:11, 155:23, 195:9

**mine** [1] - 125:16

**Mineola** [2] - 1:21, 28:21

**minimum** [3] - 49:22, 153:11, 209:20

**Ministries** [1] - 55:17

**minor** [1] - 22:17

**minute** [46] - 33:17, 34:6, 34:12, 34:21, 35:3, 36:10, 36:18, 38:10, 40:18, 41:21, 42:8, 44:24, 46:13, 53:4, 54:8, 55:8, 58:12, 63:12, 65:6, 65:13, 65:21, 66:15, 67:11, 67:20, 68:5, 68:24, 70:4, 70:12, 70:21, 71:7, 71:16, 72:2, 73:17, 75:14,

77:2, 77:20, 78:3, 78:11, 78:20, 79:1, 79:10, 80:7, 81:1, 81:9, 81:16, 82:2

**minutes** [7] - 16:14, 27:14, 89:14, 200:22, 201:14, 201:22, 209:3

**misdemeanors** [1] - 160:14

**miserable** [1] - 28:1

**MISKIEWICZ** [21] - 1:15, 2:4, 13:8, 13:12, 14:22, 18:25, 20:2, 22:15, 97:4, 136:13, 153:3, 153:15, 163:4, 200:18, 201:6, 201:13, 204:4, 204:15, 207:23, 211:5, 212:11

**Miskiewicz** [3] - 2:4, 18:13, 97:3

**misrepresentat ions** [1] - 4:18

**miss** [11] - 43:12, 45:14, 46:1, 49:5, 65:4, 68:22, 72:11, 72:14, 79:8, 79:9, 91:8

**missed** [2] - 83:17, 83:20

**Missouri** [1] - 48:24

**mistake** [1] - 206:16

**mistakes** [1] - 207:8

**Mitchell** [2] - 64:3, 83:1

**Mitzman** [2] - 62:24, 83:6

**Mohamed** [1] - 107:12

**mom** [7] - 60:1, 60:16, 137:25, 138:6, 167:12, 186:14, 186:15

**mom's** [1] - 43:1

**moment** [43] - 35:15, 35:23, 38:19, 39:5, 39:20, 40:3, 41:12, 42:17, 43:14, 45:7, 45:15, 46:2, 46:19, 47:2, 47:7, 47:17, 48:2, 48:15, 49:15, 49:24, 50:7, 50:15, 51:9, 53:14, 53:24, 54:19, 55:20, 56:6, 56:18, 57:2, 57:16, 57:25, 58:23, 60:8, 60:18, 61:4, 63:2, 64:7, 69:18, 89:3, 98:25, 109:3

**Monday** [14] - 20:9, 27:1, 27:2, 27:3, 27:5, 32:6,

57:24, 68:3, 77:17, 206:19, 208:25, 209:1, 211:9, 211:10

**money** [6] - 31:23, 59:6, 62:12, 103:9, 121:22, 155:14

**Montero** [3] - 34:9, 34:10, 83:4

**month** [7] - 39:18, 43:1, 43:2, 74:3, 78:1, 79:7, 193:21

**months** [8] - 17:13, 32:24, 53:1, 69:5, 161:9, 161:21, 186:24, 187:3

**months'** [1] - 73:23

**moral** [1] - 96:7

**Moreau** [1] - 101:2

**Morgan** [8] - 131:3, 131:10, 132:11, 133:10, 133:15, 133:22, 133:24, 190:11

**morning** [16] - 2:9, 2:10, 2:14, 16:21, 26:10, 26:15, 28:9, 30:4, 40:14, 58:21, 60:17, 92:15, 92:20, 211:9,

211:22

**mortgage** [5] - 39:18, 56:15, 70:11, 74:12, 135:18

**mortgages** [1] - 134:8

**most** [5] - 14:10, 27:11, 33:16, 43:23, 124:7

**mostly** [2] - 66:1, 80:4

**mother** [9] - 35:20, 38:25, 46:17, 71:4, 71:13, 75:21, 76:11, 77:1, 191:23

**mother-in-law** [1] - 76:11

**Motherway** [4] - 107:12, 128:14, 145:24, 208:14

**motion** [5] - 3:6, 3:10, 4:2, 4:22, 5:4

**MOTIONS** [1] - 1:8

**Mou** [1] - 107:25

**move** [5] - 10:2, 10:11, 12:19, 191:14, 201:8

**mover** [1] - 191:22

**moving** [1] - 5:1

**MR** [131] - 2:4, 2:8, 2:11, 5:3, 6:5, 6:9, 6:13, 6:18, 6:23, 8:25,

10:9, 10:15, 11:6, 11:7, 11:9, 11:14, 11:25, 12:14, 12:21, 13:8, 13:12, 13:16, 13:21, 14:16, 14:22, 15:8, 15:15, 15:16, 15:21, 16:17, 16:24, 18:10, 18:19, 18:25, 20:2, 21:4, 21:9, 21:11, 22:15, 23:3, 23:4, 24:6, 24:10, 24:12, 24:20, 24:25, 25:3, 26:8, 26:9, 54:22, 83:13, 83:17, 83:20, 83:23, 84:16, 86:22, 88:3, 88:8, 89:2, 89:11, 89:16, 89:19, 96:19, 97:4, 99:3, 99:4, 110:9, 111:1, 111:5, 114:15, 122:13, 136:8, 136:13, 136:14, 136:21, 151:18, 151:22, 152:1, 153:3, 153:4, 153:14, 153:15, 153:16, 153:18, 156:1, 163:4, 177:1, 184:25, 185:8,

198:24, 200:14, 200:15, 200:18, 200:20, 200:21, 201:1, 201:6, 201:10, 201:13, 203:10, 203:17, 203:23, 204:4, 204:5, 204:8, 204:10, 204:15, 204:16, 204:19, 204:24, 205:2, 205:11, 205:13, 205:18, 205:21, 205:25, 206:5, 206:9, 206:12, 206:21, 207:23, 207:25, 208:1, 211:3, 211:4, 211:5, 211:18, 211:24, 211:25, 212:11, 212:15

**MS** [21] - 2:6, 2:22, 22:16, 22:19, 22:24, 26:6, 51:15, 52:3, 200:13, 203:6, 203:8, 203:13, 203:15, 203:20, 204:1,

204:13, 204:21, 204:23, 205:23, 206:3, 206:8

**mugged** [1] - 137:25

**mugging** [1] - 140:18

**Muktadir** [5] - 118:5, 186:2, 205:7, 207:14, 208:18

**murdered** [2] - 138:1, 154:14

**Murray** [7] - 89:8, 89:21, 101:1, 101:2, 101:16, 101:19

**musings** [1] - 14:9

**must** [7] - 27:20, 29:5, 30:15, 30:18, 113:4, 134:21, 135:6

**Mutual** [1] - 132:11

**my..** [1] - 33:11

**Myrick** [1] - 101:10

# N

**N-A-'-A-L-E-H-U** [1] - 102:4

**Na'alehu** [1] - 102:3

**name** [60] - 11:6, 13:1, 13:2, 13:3, 26:12, 32:19, 33:5, 59:24, 79:14, 82:13, 82:24, 84:4,

87:3, 91:3, 98:1, 98:3, 100:17, 101:15, 101:21, 103:4, 105:21, 107:5, 107:25, 108:1, 108:9, 109:4, 109:9, 110:13, 114:18, 115:15, 116:5, 116:6, 116:15, 121:16, 124:3, 124:21, 125:10, 130:1, 131:15, 137:21, 138:13, 139:7, 140:1, 141:15, 142:2, 143:3, 151:1, 154:4, 158:17, 159:20, 161:1, 161:18, 162:5, 178:8, 203:7, 203:8, 207:6

**named** [2] - 31:9, 62:13

**names** [21] - 11:10, 12:1, 12:5, 12:9, 12:19, 83:19, 88:7, 88:9, 89:9, 100:10, 100:12, 100:14, 100:16, 100:18, 102:8, 105:6,

107:4,
108:21,
184:14,
203:3, 207:4
**Nash** [1] -
101:1
**Nashville** [1] -
63:1
**Nassau** [28] -
9:22, 10:21,
115:3,
146:15,
147:5, 147:7,
148:11,
148:14,
149:16,
149:17,
149:24,
150:14,
165:25,
167:11,
168:1, 171:6,
177:3,
178:19,
178:20,
179:18,
180:7,
181:17,
182:1,
188:16,
191:6,
192:17,
193:24,
194:10
**nasty** [1] -
20:4
**national** [1] -
7:3
**National** [2] -
31:12, 104:12
**natural** [1] -
80:18
**naturalization**
[1] - 28:10
**nature** [6] -
8:22, 135:17,
160:1, 173:3,
177:12,

189:19
**Nayman** [1] -
87:4
**NAYMAN** [1] -
87:4
**NBC** [1] -
191:20
**necessarily** [2]
- 4:13, 91:19
**necessary** [1]
- 11:25
**need** [16] -
16:15, 17:23,
29:12, 32:10,
37:2, 56:14,
56:16, 59:24,
69:16, 76:10,
82:14, 85:9,
109:2,
202:11,
209:8, 211:1
**needed** [1] -
59:8
**needs** [1] -
87:12
**negative** [1] -
120:16
**negligence** [1]
- 192:1
**nephew** [5] -
134:7,
148:11,
148:14,
149:17,
150:14
**nephew's** [1]
- 147:13
**Neptune** [1] -
102:6
**Nerguzian** [1]
- 101:11
**nerve** [1] -
95:1
**nerves** [1] -
63:21
**nervous** [1] -
63:23
**neuritis** [1] -

95:2
**never** [38] -
105:21,
138:5, 141:6,
141:20,
160:14,
165:17,
167:19,
168:7,
169:19,
170:6, 171:9,
173:16,
173:18,
174:1,
174:13,
176:20,
177:14,
178:3,
178:15,
179:10,
179:23,
180:12,
181:22,
182:14,
186:5,
186:13,
186:14,
188:1,
188:21,
189:14,
190:4,
190:14,
191:12,
192:12,
193:14, 194:6
**new** [9] -
18:23, 32:23,
70:18, 71:21,
73:23, 81:15,
103:10,
208:9, 208:11
**NEW** [1] - 1:1
**New** [24] -
1:6, 1:15,
1:18, 1:21,
1:23, 7:17,
10:14, 26:12,
31:18, 38:5,

66:21, 69:25,
97:1, 116:20,
134:11,
144:11,
144:14,
145:18,
157:9, 164:9,
167:15,
174:21,
180:5, 209:18
**Newman** [2] -
50:21, 82:21
**News** [14] -
4:24, 7:18,
8:14, 8:17,
8:18, 10:12,
12:12, 12:13,
153:8, 153:9,
164:15,
209:18,
209:19,
209:20
**news** [4] -
7:3, 164:8,
164:10,
164:14
**Newsday** [2] -
153:9, 209:17
**newspaper** [9]
- 6:3, 6:7,
6:24, 6:25,
7:2, 8:5,
12:13,
125:20, 210:3
**newspapers**
[5] - 7:9,
103:8,
103:11,
209:15,
209:22
**next** [91] -
19:4, 20:11,
25:6, 27:2,
32:6, 34:1,
41:7, 43:1,
43:2, 43:12,
51:7, 64:10,
67:17, 71:24,

76:1, 87:24,
88:11, 89:23,
90:5, 91:8,
91:20, 95:8,
96:3, 96:6,
96:9, 97:13,
99:11, 100:6,
100:9, 102:3,
102:13,
106:1, 106:5,
107:4,
109:22,
110:24,
111:6,
112:10,
112:17,
112:25,
113:8,
113:16,
113:23,
117:20,
118:16,
119:15,
120:9,
120:16,
120:19,
122:16,
123:3, 123:8,
126:4,
127:17,
131:22,
132:1,
134:13,
134:19,
135:1, 135:5,
137:9,
137:17,
139:25,
142:2,
144:11,
144:15,
144:18,
152:9,
156:24,
157:4, 159:5,
159:11,
160:24,
161:16,

162:3,
162:15,
163:1,
163:10,
163:18,
164:1, 164:8,
170:4, 183:5,
185:11,
199:2,
202:14,
204:24,
204:25,
206:18,
206:23,
209:16
**Neydriker** [2]
- 69:12, 83:7
**NHL** [6] -
103:7, 183:1,
184:3, 184:6,
184:12, 185:2
**Nicholas** [1] -
101:3
**Nicole** [2] -
108:7, 116:17
**niece** [2] -
158:5, 158:12
**niece's** [1] -
158:13
**night** [2] -
20:3, 60:16
**nobody** [5] -
28:22, 53:1,
65:20, 80:25,
202:11
**Nolan** [1] -
100:25
**nonprofit** [1]
- 54:16
**Norstrom** [1]
- 101:2
**Northern** [1] -
132:9
**note** [3] -
46:11, 56:16,
109:8
**notes** [4] -
200:23,

200:25,
201:11,
201:22
**nothing** [3] -
30:20, 98:24,
162:13
**noticed** [1] -
92:15
**number** [237]
- 8:20,
13:17, 24:23,
29:13, 32:14,
32:21, 33:7,
33:21, 34:9,
34:25, 36:3,
36:22, 38:24,
39:24, 40:8,
41:17, 42:1,
42:13, 42:22,
43:9, 43:19,
44:20, 45:4,
45:12, 45:20,
46:7, 46:16,
46:24, 47:12,
47:22, 48:6,
49:10, 49:20,
50:12, 51:5,
53:9, 54:4,
54:13, 55:1,
55:4, 55:15,
55:25, 56:12,
56:23, 57:20,
58:5, 58:17,
59:3, 59:14,
59:22, 60:23,
61:9, 62:9,
63:7, 63:17,
64:3, 65:2,
65:10, 65:17,
65:25, 66:11,
67:7, 67:15,
67:24, 68:8,
71:11, 76:8,
76:17, 77:23,
79:13, 80:23,
84:12, 84:17,
84:18, 86:25,
87:6, 87:18,

93:3, 93:16,
94:9, 94:24,
98:5, 103:3,
103:17,
104:10,
105:3,
105:19,
107:7, 107:9,
107:10,
107:11,
107:12,
107:13,
107:14,
107:15,
107:16,
107:18,
107:19,
107:21,
110:9,
110:10,
110:16,
112:3, 112:4,
112:5,
114:15,
114:20,
116:8,
116:19,
117:3, 118:5,
120:3,
121:18,
124:4,
124:23,
125:13,
127:4,
127:10,
128:14,
132:5, 140:2,
141:15,
142:4, 143:5,
161:19,
162:7,
164:11,
165:10,
166:15,
167:25,
168:17,
169:25,
171:25,

172:12,
173:11,
173:21,
173:22,
174:8,
174:17,
176:24,
177:2,
177:18,
178:7, 179:5,
179:17,
180:6,
180:15,
181:16,
187:22,
188:5,
188:14,
189:24,
192:7,
192:16,
193:9,
195:13,
195:15,
195:17,
195:19,
195:21,
195:23,
195:25,
196:2, 196:4,
196:6, 196:8,
196:10,
196:12,
196:14,
196:16,
196:18,
196:20,
196:22,
196:24,
197:1, 197:3,
197:5, 197:7,
197:9,
197:11,
197:13,
197:15,
197:17,
197:19,
197:21,
197:23,

197:25,
198:2, 198:4,
198:6, 198:8,
198:10,
198:12,
198:14,
198:16,
198:18,
198:20,
198:24,
201:2,
201:19,
203:3,
203:18,
203:24,
204:6, 204:8,
204:19,
205:16,
206:5,
207:10,
207:11,
207:12,
207:13,
207:16,
208:10,
208:11,
208:12,
208:13,
208:14,
208:15,
208:16,
208:19,
208:20,
208:21,
208:22
**Number** [30] -
35:7, 35:19,
36:14, 37:9,
37:25, 38:14,
50:4, 50:20,
51:13, 52:15,
52:24, 53:19,
57:7, 66:19,
78:23, 128:1,
128:21,
129:3,
129:10,
136:24,

139:6, 144:2, 145:24, 154:3, 154:4, 154:5, 156:19, 157:19, 159:22, 161:3

**numbers** [1] - 24:18

**nurse** [1] - 190:1

**nursing** [2] - 190:4, 192:18

**NYPD** [14] - 33:24, 145:12, 145:25, 146:6, 146:23, 146:24, 147:13, 148:12, 148:14, 148:19, 148:21, 149:2, 149:10, 149:23

**O**

**o'clock** [1] - 211:21

**O'Mallon** [5] - 108:8, 205:8, 205:17, 205:19, 208:19

**o'Mallon** [1] - 133:20

**oath** [2] - 26:17, 85:24

**objections** [2] - 22:13, 23:1

**objective** [1] - 164:6

**obligation** [1] - 28:6

**obligations** [1]

- 33:25

**obstruction** [1] - 3:15

**obtained** [3] - 135:22, 137:10, 137:14

**obviously** [5] - 2:15, 3:3, 9:1, 10:3, 11:16

**occupation** [11] - 170:2, 174:10, 178:20, 182:2, 186:4, 187:24, 188:17, 189:11, 191:7, 192:9, 193:25

**occurred** [22] - 20:1, 21:1, 89:1, 90:1, 91:1, 92:1, 96:1, 100:1, 103:1, 106:2, 107:1, 110:1, 112:1, 114:1, 118:1, 119:1, 120:1, 121:1, 123:1, 124:1, 127:1, 207:1

**OCS** [1] - 178:13

**October** [1] - 31:17

**OF** [3] - 1:1, 1:3, 1:8

**offensive** [1] - 164:4

**offering** [3] - 14:22, 15:3, 148:3

**offers** [1] - 27:11

**Office** [5] - 144:10,

144:14, 145:2, 158:8, 181:20

**office** [5] - 145:1, 145:2, 147:25, 152:7, 189:13

**officer** [23] - 5:8, 114:5, 114:24, 114:25, 115:1, 116:21, 117:5, 117:6, 145:18, 146:7, 147:5, 147:8, 148:11, 149:11, 149:17, 150:6, 163:8, 167:15, 174:11, 189:11

**officers** [8] - 5:11, 5:13, 114:7, 115:5, 117:12, 135:2, 146:23, 159:8

**often** [1] - 163:8

**Old** [2] - 1:21, 187:14

**old** [1] - 161:13

**oldest** [2] - 60:14, 170:3

**OLIVERAS** [1] - 1:20

**Oliveras** [3] - 2:13, 15:18, 96:23

**Olsen** [5] - 112:4, 112:6, 147:21, 176:10, 203:24

**once** [10] - 23:13, 23:21, 27:4, 72:21, 76:2, 153:6, 172:18, 178:23, 201:24, 206:15

**ones** [2] - 11:18, 174:12

**open** [21] - 17:7, 17:10, 21:1, 82:11, 83:23, 84:1, 90:1, 96:1, 100:1, 106:2, 107:1, 112:1, 118:1, 120:1, 123:1, 127:1, 156:23, 186:1, 195:8, 201:17, 207:1

**opening** [3] - 17:23, 17:24, 18:7

**openings** [2] - 17:18, 209:4

**operating** [1] - 68:18

**operation** [1] - 42:15

**operations** [2] - 37:16, 42:25

**operator** [2] - 177:21, 192:10

**operators** [1] - 58:11

**opportunity** [5] - 13:22, 27:17, 46:10, 96:12, 211:19

**opposed** [1] - 136:9

**optic** [1] - 95:1

**Optimum** [1]

- 153:10

**option** [1] - 81:8

**orally** [1] - 3:8

**order** [5] - 3:19, 26:16, 113:2, 170:2, 209:13

**organization** [1] - 54:17

**originally** [1] - 151:24

**Ostroski** [2] - 45:20, 82:21

**otherwise** [2] - 62:17, 176:21

**outcome** [2] - 159:10, 161:7

**outline** [1] - 21:5

**outside** [6] - 5:21, 15:23, 85:22, 86:2, 210:20, 210:24

**overall** [1] - 3:25

**overlap** [2] - 88:8, 89:3

**overly** [1] - 9:10

**overnight** [1] - 50:22

**overtime** [1] - 72:1

**owe** [1] - 148:3

**Owen** [1] - 100:25

**owes** [1] - 148:1

**own** [8] - 50:6, 62:17, 66:23, 134:22, 135:4, 140:6,

192:11
**owned** [1] - 187:7
**owner** [2] - 56:1, 192:10
**owner-operator** [1] - 192:10
**owns** [1] - 182:12

**P**

**P-A-K** [2] - 35:8, 83:3
**p.m** [1] - 212:17
**p.m.** [1] - 150:24
**pace** [4] - 129:4, 146:21, 173:22, 208:15
**Pace** [1] - 107:16
**pack** [1] - 49:2
**page** [33] - 19:4, 20:11, 22:19, 25:6, 64:10, 87:24, 88:11, 89:23, 90:5, 95:8, 97:13, 99:11, 102:13, 106:1, 106:5, 109:22, 110:24, 111:6, 113:23, 117:20, 118:16, 119:15, 120:19, 122:16, 123:8, 126:4, 152:9, 162:15,

183:5, 185:11, 199:2, 202:14, 206:23
**pages** [1] - 6:24
**paid** [5] - 41:10, 47:25, 50:13, 66:3, 66:13
**Paine** [1] - 130:18
**painful** [1] - 46:11
**Pak** [1] - 83:3
**Palandrani** [3] - 107:11, 167:25, 208:13
**Palms** [2] - 14:11, 101:23
**pancreatic** [1] - 75:4
**panel** [7] - 24:5, 25:2, 25:4, 29:1, 29:6, 88:2, 100:6
**paper** [1] - 165:2
**Paradise** [1] - 14:11
**paralegal** [1] - 157:21
**paramedic** [1] - 75:6
**parent** [1] - 60:13
**parents** [1] - 48:24
**Park** [1] - 117:10
**part** [14] - 3:17, 15:6, 67:18, 83:13, 145:18, 157:23,

166:24, 168:23, 169:4, 174:1, 189:20, 201:8, 201:9
**part-time** [1] - 169:4
**participants** [1] - 210:23
**participate** [1] - 72:8
**participated** [1] - 163:2
**particular** [14] - 5:22, 6:3, 7:5, 7:23, 8:2, 8:3, 9:8, 11:4, 11:23, 31:10, 92:5, 92:8, 98:15, 184:14
**parties** [9] - 4:16, 29:10, 29:24, 86:5, 86:7, 96:13, 97:9, 97:11, 100:5
**partner** [2] - 39:25, 152:1
**Partners** [3] - 101:24
**parts** [1] - 4:12
**party** [3] - 71:25, 137:11, 137:12
**pass** [2] - 80:4, 152:3
**passed** [2] - 34:3, 187:5
**passing** [1] - 96:8
**patience** [5] - 82:12, 84:21, 91:16, 202:10, 207:4
**patient** [1] -

77:8
**patiently** [1] - 202:8
**Patricia** [2] - 108:8, 108:17
**Patrick** [1] - 101:8
**Patrino** [2] - 204:19, 207:17
**Pause** [1] - 82:7
**pay** [9] - 35:22, 36:17, 52:11, 54:17, 54:18, 70:9, 71:14, 162:9, 184:5
**payments** [2] - 58:9, 58:10
**PDD** [1] - 53:10
**peace** [2] - 114:24, 114:25
**Pearl** [1] - 112:4
**Pearlman** [1] - 22:21
**Peat** [1] - 167:13
**Peca** [3] - 100:24, 105:4
**Peck** [1] - 145:19
**pending** [1] - 62:15
**Penn** [1] - 60:14
**People** [1] - 53:10
**people** [19] - 5:21, 8:6, 9:21, 9:23, 10:12, 10:18, 12:6, 12:9, 16:12, 27:24, 28:10, 28:15,

39:2, 39:3, 100:14, 104:12, 121:9, 144:3, 201:21
**percent** [3] - 39:3, 41:20, 93:5
**perception** [2] - 91:22, 91:24
**peremptory** [4] - 24:7, 29:11, 29:13, 201:19
**perform** [2] - 28:17, 28:25
**performing** [1] - 16:25
**perhaps** [1] - 14:12
**period** [7] - 5:12, 37:19, 42:23, 68:20, 71:2, 71:4, 122:14
**periodicals** [1] - 209:20
**Perkins** [7] - 107:15, 128:1, 132:18, 146:13, 173:11, 203:18, 207:12
**Perlmutter** [2] - 43:19, 84:2
**permitted** [4] - 85:12, 85:14, 86:5, 210:21
**Perotti** [2] - 71:20, 83:8
**Perry** [1] - 1:22
**Persico** [2] - 67:24, 83:4

**person** [9] - 53:1, 67:18, 74:12, 96:8, 109:6, 113:5, 138:6, 163:4, 164:7

**person's** [1] - 164:5

**personal** [19] - 18:25, 27:15, 32:3, 63:19, 64:6, 86:18, 86:20, 97:8, 97:10, 144:13, 151:4, 174:25, 175:3, 175:19, 175:20, 175:21, 175:22, 175:23

**personally** [1] - 159:5

**personnel** [1] - 100:8

**persons** [2] - 157:2, 157:6

**perspective** [1] - 29:24

**Peter** [1] - 101:10

**Petrellese** [1] - 100:20

**Petrino** [4] - 112:5, 112:6, 133:8, 182:17

**petrino** [1] - 148:25

**Ph.D** [1] - 178:15

**pharmaceutical** [1] - 182:12

**Philip** [4] - 1:7, 26:3, 30:10, 31:16

**Phillip** [1] -

96:13

**PHILLIP** [1] - 1:7

**phone** [1] - 212:8

**phonetic** [1] - 55:17

**phonetic)** [1] - 62:11

**photographer** [1] - 172:15

**photos** [1] - 6:22

**phrase** [2] - 165:7

**physical** [3] - 32:3, 57:1, 57:11

**physically** [1] - 39:1

**pick** [7] - 38:18, 53:22, 60:16, 64:5, 69:7, 207:6, 211:16

**picked** [1] - 178:23

**picking** [1] - 11:1

**piece** [1] - 3:18

**pieces** [3] - 3:12, 3:23, 93:25

**piracy** [1] - 160:4

**Place** [1] - 101:23

**place** [3] - 3:5, 53:2, 211:14

**places** [1] - 27:19

**plaintiff** [2] - 163:11, 163:13

**planned** [1] - 72:11

**planning** [4] - 42:14, 78:1, 172:3, 211:25

**plans** [1] - 72:25

**plant** [1] - 122:8

**plate** [2] - 28:17, 28:24

**playboy** [1] - 164:4

**Playboy** [4] - 12:2, 12:4, 164:3

**player** [3] - 170:23, 184:8, 184:9

**players** [13] - 11:23, 31:12, 103:7, 103:20, 104:2, 104:12, 104:17, 105:8, 183:3, 184:6, 184:14, 184:19

**Plaza** [2] - 1:14, 1:23

**plea** [3] - 21:23, 22:11, 30:17

**plead** [2] - 21:21, 22:9

**plenty** [1] - 151:20

**plus** [5] - 51:15, 62:14, 71:2, 75:10, 80:17

**poet** [1] - 186:21

**poetry** [1] - 187:10

**point** [10] - 2:24, 12:7, 13:23, 21:3,

25:4, 27:22, 87:23, 92:23, 165:2, 208:7

**pointing** [3] - 4:3, 4:5, 4:11

**points** [1] - 3:11

**police** [28] - 5:8, 5:11, 5:13, 10:2, 10:7, 63:20, 113:17, 114:4, 114:5, 116:21, 117:5, 117:6, 117:7, 117:8, 144:21, 145:11, 145:18, 146:7, 146:23, 147:8, 149:10, 149:11, 149:16, 150:14, 194:2

**Police** [1] - 145:19

**Polidori** [2] - 42:13, 82:23

**Polvere** [2] - 81:5, 82:17

**Ponzi** [1] - 124:25

**pool** [11] - 5:17, 5:21, 7:13, 8:2, 9:15, 9:20, 9:23, 9:25, 10:10, 10:15, 187:7

**portion** [2] - 5:8, 23:11

**position** [3] - 68:21, 71:21, 71:23

**possession** [2]

- 161:6, 177:13

**possibility** [1] - 7:23

**possibly** [1] - 78:17

**Post** [4] - 153:16, 153:17, 181:19, 209:18

**Postal** [1] - 144:23

**postponement** [1] - 4:25

**potential** [8] - 2:14, 26:17, 85:13, 85:21, 85:25, 86:17, 109:1, 205:8

**potentially** [3] - 4:25, 18:2, 23:16

**practitioner** [1] - 50:5

**pre** [2] - 194:1, 194:3

**pre-K** [2] - 194:1, 194:3

**precise** [1] - 13:6

**predominantly** [1] - 5:16

**prefer** [2] - 11:6, 151:16

**pregnant** [1] - 212:1

**prejudice** [3] - 113:12, 113:17

**prejudiced** [1] - 113:19

**preliminary** [3] - 23:13, 206:18, 209:2

**prepared** [3] - 11:15, 20:5, 21:8

preschoolers [1] - 66:4

presence [3] - 15:23, 27:7, 29:18

present [1] - 2:12

presentation [3] - 9:12, 14:7

presented [5] - 113:11, 120:15, 164:24, 195:10, 195:11

presenting [1] - 68:17

president [2] - 170:10, 172:14

presiding [1] - 26:13

presumed [2] - 30:16, 112:18

pretty [3] - 20:4, 52:10, 174:6

prevent [6] - 32:4, 96:7, 120:13, 132:3, 134:17, 137:15

prevention [1] - 171:7

prevents [1] - 27:15

previous [1] - 2:23

previously [1] - 4:16

price [1] - 155:10

primary [2] - 49:11, 76:10

principal [3] -

61:13, 61:14, 124:7

prison [1] - 144:25

Privitello [1] - 101:4

Pro [1] - 176:18

probation [16] - 32:24, 70:17, 73:24, 74:3, 114:24, 114:25, 115:1, 147:4, 148:11, 148:13, 150:6, 159:24, 160:7, 161:21, 163:8, 174:10

problem [17] - 5:19, 9:15, 9:16, 18:3, 36:6, 36:8, 50:24, 66:3, 66:4, 92:4, 92:8, 92:18, 96:5, 99:3, 99:4, 110:17, 110:19

problems [4] - 32:3, 57:11, 62:17, 64:6

procedure [6] - 15:17, 22:12, 23:8, 29:1, 34:19, 67:10

proceed [1] - 21:6

proceeding [2] - 91:22, 91:24

Proceedings [1] - 1:25

process [5] -

23:21, 24:20, 26:23, 33:24, 84:22

produced [2] - 1:25, 155:10

profession [1] - 167:14

professional [2] - 31:12, 170:23

program [4] - 53:12, 69:25, 70:1, 189:12

progress [1] - 144:18

project [3] - 78:17, 81:15, 186:4

prolonged [1] - 46:11

promotion [1] - 68:18

promptly [1] - 152:7

pronounce [4] - 12:23, 178:7, 189:9, 207:5

proof [3] - 48:11, 48:12, 113:1

proper [1] - 54:7

property [2] - 31:18, 143:7

proposed [5] - 8:13, 11:16, 18:11, 18:15, 18:18

prosecuted [1] - 144:10

prosecution [3] - 113:2, 113:3, 113:20

prosecutions [1] - 96:24

prosecutors

[1] - 145:1

Prospective [299] - 32:18, 33:3, 33:4, 33:19, 33:20, 34:7, 34:8, 34:15, 34:16, 34:23, 34:24, 35:5, 35:6, 35:17, 35:18, 36:1, 36:2, 36:12, 36:13, 36:20, 36:21, 37:7, 37:8, 37:23, 37:24, 38:12, 38:13, 38:22, 38:23, 39:8, 39:9, 39:22, 39:23, 40:6, 40:7, 41:5, 41:6, 41:15, 41:16, 41:24, 41:25, 42:11, 42:12, 42:20, 42:21, 43:7, 43:8, 43:17, 43:18, 44:18, 44:19, 45:2, 45:3, 45:10, 45:11, 45:18, 45:19, 46:5, 46:6, 46:14, 46:15, 46:22, 46:23, 47:10, 47:11, 47:20, 47:21, 48:4, 48:5, 48:18, 48:19, 49:8, 49:9, 49:18, 49:19, 50:2, 50:3, 50:10, 50:11, 50:18, 50:19, 51:3, 51:4, 51:11, 51:12, 52:13, 52:14, 52:22, 52:23, 53:7,

53:8, 53:17, 53:18, 54:2, 54:3, 54:11, 54:12, 54:24, 54:25, 55:13, 55:14, 55:23, 55:24, 56:9, 56:10, 56:21, 56:22, 57:5, 57:6, 57:18, 57:19, 58:3, 58:4, 58:15, 58:16, 59:1, 59:2, 59:12, 59:13, 59:20, 59:21, 60:10, 60:11, 60:21, 60:22, 61:7, 61:8, 62:7, 62:8, 62:22, 62:23, 63:5, 63:6, 63:15, 63:16, 64:1, 64:2, 64:9, 65:1, 65:8, 65:9, 65:15, 65:16, 65:23, 65:24, 66:9, 66:10, 66:17, 66:18, 67:5, 67:6, 67:13, 67:14, 67:22, 67:23, 68:6, 68:7, 68:14, 68:15, 68:25, 69:1, 69:10, 69:11, 69:19, 69:20, 70:6, 70:7, 70:14, 70:15, 70:23, 70:24, 71:9, 71:10, 71:18, 71:19, 72:4, 72:5, 72:15, 72:16, 73:5, 73:6, 73:19, 73:20, 74:7, 74:8, 74:16,

74:17, 74:25,
75:1, 75:18,
75:19, 76:6,
76:7, 76:15,
76:16, 77:4,
77:5, 77:12,
77:13, 77:21,
77:22, 78:5,
78:6, 78:13,
78:14, 78:21,
78:22, 79:3,
79:4, 79:11,
79:12, 79:22,
79:23, 80:12,
80:13, 80:21,
80:22, 81:3,
81:4, 81:11,
81:12, 81:18,
81:19, 82:5,
86:16, 91:2,
92:3, 93:1,
93:2, 93:14,
93:15, 94:7,
94:8, 94:22,
94:23, 99:2,
99:5, 103:2,
103:14,
103:15,
104:8, 104:9,
105:1, 105:2,
105:18,
110:2,
110:11,
110:12,
110:23,
114:2,
114:17,
115:12,
115:13,
116:3, 116:4,
116:13,
116:14,
116:25,
117:1, 119:2,
121:2,
121:14,
121:15,
122:10,

124:2,
124:19,
124:20,
125:8, 125:9,
135:12,
136:20,
137:20,
138:11,
138:12,
139:3, 139:4,
139:23,
139:24,
140:14,
140:15,
141:13,
141:14,
143:1, 143:2,
143:19,
144:1,
150:25,
151:14,
154:10,
156:2, 156:4,
156:21,
159:19,
160:23,
160:25,
161:15,
162:4, 200:2,
200:9
**prospective**
[12] - 25:4,
26:19, 29:8,
88:5, 89:3,
136:5,
136:16,
150:23,
161:17,
162:2, 185:8,
208:7
**PROSPECTIVE**
[776] -
32:20, 32:23,
33:6, 33:9,
33:14, 33:21,
33:23, 34:2,
34:11, 34:14,
34:18, 35:1,

35:7, 35:9,
35:14, 35:20,
35:25, 36:4,
36:6, 36:16,
36:23, 36:25,
37:6, 37:10,
37:12, 37:14,
37:20, 38:2,
38:9, 38:16,
38:21, 38:25,
39:7, 39:12,
39:21, 39:25,
40:5, 40:9,
40:14, 40:17,
40:21, 40:24,
41:2, 41:4,
41:9, 41:14,
41:18, 41:23,
42:3, 42:7,
42:10, 42:14,
42:19, 42:23,
43:6, 43:10,
43:16, 43:20,
44:2, 44:6,
44:8, 44:12,
44:15, 44:17,
44:21, 44:23,
45:1, 45:5,
45:9, 45:13,
45:17, 45:21,
45:24, 46:4,
46:9, 46:17,
46:21, 46:25,
47:3, 47:6,
47:9, 47:13,
47:16, 47:19,
47:23, 47:25,
48:8, 48:10,
48:12, 48:17,
48:21, 48:23,
49:7, 49:11,
49:17, 49:21,
50:1, 50:5,
50:9, 50:13,
50:17, 50:22,
51:2, 51:6,
51:10, 51:14,
51:17, 51:19,

51:21, 51:24,
52:1, 52:3,
52:7, 52:12,
52:16, 52:21,
52:25, 53:6,
53:10, 53:16,
53:20, 54:1,
54:5, 54:10,
54:14, 54:16,
54:21, 55:2,
55:6, 55:10,
55:12, 55:16,
55:22, 56:1,
56:4, 56:8,
56:11, 56:13,
56:20, 56:24,
57:4, 57:8,
57:10, 57:17,
57:21, 58:2,
58:6, 58:8,
58:14, 58:18,
58:20, 58:25,
59:4, 59:11,
59:15, 59:19,
59:23, 60:1,
60:5, 60:9,
60:13, 60:20,
60:24, 61:6,
61:10, 61:12,
61:18, 61:20,
61:23, 62:1,
62:5, 62:10,
62:21, 62:25,
63:4, 63:8,
63:11, 63:14,
63:19, 63:25,
64:4, 65:3,
65:11, 65:18,
66:1, 66:12,
66:20, 66:25,
67:4, 67:8,
67:16, 67:25,
68:9, 68:13,
68:17, 69:3,
69:13, 69:22,
69:24, 70:5,
70:9, 70:17,
70:20, 71:1,

71:12, 71:21,
72:7, 72:10,
72:18, 73:4,
73:8, 73:22,
74:2, 74:6,
74:10, 74:19,
75:3, 75:13,
75:16, 75:21,
76:2, 76:9,
76:18, 76:24,
77:7, 77:15,
77:24, 78:8,
78:16, 78:24,
79:6, 79:17,
79:25, 80:9,
80:15, 80:24,
81:6, 81:14,
81:21, 81:24,
82:4, 84:6,
84:9, 84:11,
84:14, 84:17,
86:18, 87:2,
87:4, 87:8,
87:11, 87:17,
91:4, 91:7,
91:10, 91:13,
92:5, 92:14,
92:21, 92:25,
93:4, 93:8,
93:11, 93:17,
93:19, 93:25,
94:4, 94:10,
94:12, 94:19,
95:1, 98:2,
98:4, 98:7,
98:11, 98:13,
98:16, 98:20,
98:23, 99:8,
99:10, 103:6,
103:11,
103:16,
103:18,
103:20,
103:23,
103:25,
104:6,
104:11,
104:15,

104:20,
104:25,
105:4,
105:10,
105:13,
105:16,
105:20,
105:25,
108:2, 110:4,
110:8,
110:14,
110:17,
110:21,
112:8, 112:9,
114:4, 114:9,
114:12,
114:19,
114:21,
114:23,
115:1, 115:3,
115:8,
115:10,
115:16,
115:19,
115:22,
115:25,
116:6, 116:9,
116:12,
116:17,
116:20,
117:4,
117:10,
117:16,
117:18,
118:8,
118:13,
119:4, 119:8,
119:11,
119:14,
120:5, 120:7,
121:3, 121:5,
121:12,
121:17,
121:19,
121:25,
122:2, 122:7,
124:4, 124:6,
124:10,

124:12,
124:18,
124:22,
124:24,
125:5,
125:12,
125:16,
125:19,
125:22,
126:2, 127:7,
127:9,
127:13,
127:15,
128:3, 128:6,
128:10,
128:15,
128:20,
128:22,
129:2, 129:5,
129:9,
129:12,
129:17,
129:20,
129:25,
130:2, 130:6,
130:11,
130:14,
130:18,
130:22,
130:24,
131:1, 131:3,
131:6, 131:8,
131:12,
131:14,
131:20,
132:19,
132:21,
132:23,
133:2, 133:6,
133:9,
133:12,
133:15,
133:18,
133:21,
134:1, 134:4,
134:7,
134:10,
135:14,

135:18,
135:21,
136:1, 136:4,
136:19,
137:4, 137:6,
137:22,
137:25,
138:3, 138:5,
138:10,
138:14,
138:16,
138:19,
138:21,
138:23,
139:1, 139:5,
139:8,
139:11,
139:14,
139:18,
139:22,
140:1, 140:3,
140:5, 140:9,
140:13,
140:16,
140:18,
140:21,
140:25,
141:4, 141:6,
141:11,
141:17,
141:19,
141:23,
142:1, 142:3,
142:5, 142:7,
142:11,
142:13,
142:16,
142:18,
142:21,
142:24,
143:4, 143:6,
143:11,
143:14,
143:18,
144:3, 145:9,
145:12,
145:15,
145:17,

145:22,
145:25,
146:4, 146:6,
146:9,
146:12,
146:14,
146:17,
146:20,
146:22,
147:2, 147:4,
147:7,
147:11,
147:13,
147:16,
147:20,
147:22,
147:25,
148:8,
148:10,
148:17,
148:19,
148:23,
149:1, 149:4,
149:7, 149:9,
149:14,
149:16,
149:20,
149:22,
150:2, 150:4,
150:8,
150:11,
150:13,
150:17,
151:2, 151:8,
151:11,
154:7,
154:12,
154:16,
154:19,
154:21,
155:1, 155:3,
155:5, 155:9,
155:15,
155:18,
155:22,
156:6, 156:8,
156:11,
156:14,

156:18,
157:8,
157:12,
157:15,
157:18,
157:20,
157:24,
158:3, 158:5,
158:9,
158:12,
158:15,
158:18,
158:20,
158:24,
159:3,
159:21,
159:23,
160:3, 160:6,
160:8,
160:10,
160:13,
160:21,
161:2, 161:5,
161:8,
161:13,
161:19,
161:21,
161:25,
162:6, 162:8,
162:13,
163:7,
165:11,
165:22,
165:25,
166:3, 166:6,
166:10,
166:14,
166:16,
166:22,
166:24,
167:2, 167:5,
167:9,
167:11,
167:21,
167:23,
168:1,
168:10,
168:12,

168:14,
168:18,
168:22,
168:25,
169:3, 169:8,
169:12,
169:14,
169:16,
169:19,
169:21,
169:23,
170:1,
170:10,
170:13,
170:15,
170:17,
170:20,
170:22,
170:25,
171:4, 171:6,
171:12,
171:14,
171:16,
171:19,
171:21,
171:23,
172:1, 172:6,
172:8,
172:10,
172:13,
172:21,
172:23,
173:1, 173:4,
173:7, 173:9,
173:12,
173:18,
173:20,
173:23,
174:4, 174:6,
174:9,
174:15,
174:18,
175:2, 175:6,
175:8,
175:11,
175:13,
175:15,
175:18,

175:21,
175:24,
176:2, 176:6,
176:8,
176:11,
176:16,
176:23,
176:25,
177:3, 177:6,
177:11,
177:13,
177:15,
177:17,
177:19,
178:2, 178:5,
178:9,
178:19,
179:1, 179:3,
179:6,
179:13,
179:15,
179:18,
180:1, 180:3,
180:5, 180:7,
180:16,
180:20,
180:22,
180:24,
181:2, 181:4,
181:7,
181:10,
181:12,
181:14,
181:17,
182:1, 182:7,
182:10,
182:18,
182:23,
182:25,
183:3, 184:4,
184:9,
184:13,
184:17,
184:23,
186:3, 186:9,
186:16,
186:19,
186:23,

187:2, 187:6,
187:9,
187:14,
187:17,
187:19,
187:21,
187:23,
188:6,
188:12,
188:15,
188:25,
189:5, 189:7,
189:10,
189:18,
189:21,
189:25,
190:7,
190:10,
190:18,
190:22,
190:24,
191:1, 191:4,
191:6,
191:17,
192:5, 192:8,
192:15,
192:17,
192:22,
192:24,
193:1, 193:4,
193:6, 193:8,
193:10,
193:18,
193:21,
193:24,
194:10,
194:14,
194:24,
195:2,
195:14,
195:16,
195:18,
195:20,
195:22,
195:24,
196:1, 196:3,
196:5, 196:7,
196:9,

196:11,
196:13,
196:15,
196:17,
196:19,
196:21,
196:23,
196:25,
197:2, 197:4,
197:6, 197:8,
197:10,
197:12,
197:14,
197:16,
197:18,
197:20,
197:22,
197:24,
198:1, 198:3,
198:5, 198:7,
198:9,
198:11,
198:13,
198:15,
198:17,
198:19,
198:21, 200:3
**prostrate** [1]
- 57:12
**protective** [1]
- 174:20
**protocol** [1] -
201:1
**prove** [4] -
30:18, 62:16,
113:4, 113:6
**proves** [1] -
112:21
**provide** [3] -
59:8, 72:24,
152:4
**provided** [3] -
6:13, 14:4,
29:13
**provider** [1] -
71:12
**providing** [1]
- 8:4

**prudent** [1] -
153:12
**psychiatric** [1]
- 186:11
**psychology** [1]
- 194:4
**Public** [1] -
51:21
**public** [3] -
21:18, 22:6,
124:7
**publicity** [2] -
5:24, 184:11
**purpose** [3] -
6:1, 29:1,
29:5
**purposes** [2] -
121:20,
184:25
**purse** [1] -
140:19
**pushed** [1] -
7:14
**pushing** [1] -
49:14
**put** [15] -
3:7, 7:16,
13:1, 13:4,
19:2, 22:18,
23:14, 32:11,
43:13, 75:7,
139:11,
151:19,
151:22,
164:20,
164:22
**putting** [1] -
76:24

## Q

**quarter** [1] -
39:3
**Queens** [8] -
9:22, 40:10,
45:13, 68:20,
75:9, 76:19,
186:3, 189:25
**questionnaire**

[1] - 166:12
**quicker** [1] - 109:11
**quite** [1] - 5:14

# R

**R-O-Z-O-K-I-S** [1] - 33:22
**rabid** [1] - 168:15
**radio** [1] - 209:23
**railroad** [2] - 76:19, 168:2
**raise** [5] - 26:18, 91:18, 92:23, 92:25, 108:23
**raised** [1] - 198:24
**raising** [1] - 7:23
**Ranford** [1] - 101:1
**Ranger** [1] - 104:22
**Rangers** [1] - 104:21
**rather** [7] - 10:14, 17:19, 27:20, 28:4, 44:7, 61:14, 135:4
**Ray** [1] - 101:20
**ray** [1] - 38:4
**Raymond** [1] - 89:20
**re** [1] - 71:24
**re-cert** [1] - 71:24
**reach** [9] - 18:13, 166:9, 172:19, 175:17, 175:18, 189:4, 191:3,

193:3, 209:8
**reached** [2] - 189:15, 194:22
**reaction** [1] - 7:4
**ready** [8] - 18:9, 24:5, 26:5, 26:7, 85:6, 88:2, 153:2, 202:13
**real** [15] - 14:10, 14:23, 27:23, 31:8, 41:19, 60:24, 120:17, 121:21, 155:6, 155:9, 155:12, 155:16, 170:4, 170:11, 170:12
**Real** [1] - 102:5
**realize** [1] - 74:21
**reason** [7] - 8:9, 18:16, 29:12, 29:15, 30:1, 30:7, 164:22
**reasonable** [3] - 30:19, 112:22, 113:4
**reasons** [2] - 57:11, 72:19
**receive** [2] - 2:15, 21:25
**received** [2] - 14:8, 21:12
**recently** [6] - 3:15, 17:13, 63:22, 69:24, 92:17
**receptionist** [2] - 157:9, 157:10

**Recess** [2] - 21:3, 152:8
**recess** [1] - 87:23
**recessed** [1] - 212:16
**recognize** [3] - 27:9, 100:18, 104:11
**recognized** [1] - 86:18
**reconsider** [1] - 11:2
**reconstruction** [1] - 189:1
**recorded** [2] - 1:25, 137:13
**recording** [3] - 137:10, 137:12, 137:15
**recruiter** [1] - 190:19
**reenter** [1] - 153:21
**reference** [1] - 16:24
**referenced** [1] - 164:2
**references** [1] - 14:9
**referred** [1] - 5:10
**referring** [1] - 5:20
**reflect** [1] - 29:20
**reflects** [1] - 27:8
**refrain** [1] - 135:6
**regard** [2] - 5:24, 6:3
**regarding** [9] - 3:14, 4:4, 4:24, 8:18, 15:12, 17:5,

30:21, 210:3, 210:19
**registered** [2] - 132:24, 190:1
**regular** [5] - 164:9, 164:10, 167:3, 188:2, 211:7
**regulatory** [1] - 145:3
**reimburse** [1] - 51:25
**reimbursed** [3] - 38:6, 40:19, 76:22
**relate** [2] - 31:6, 31:16
**relates** [3] - 5:6, 12:11, 18:10
**relationship** [4] - 29:24, 125:24, 158:11, 171:1
**relationships** [2] - 5:13, 7:8
**relative** [7] - 17:15, 100:3, 159:12, 159:13, 163:11, 163:18, 163:22
**relatives** [1] - 9:8
**religious** [1] - 96:6
**rely** [1] - 76:19
**Rem** [4] - 89:8, 101:2, 101:16, 101:19
**remaining** [1] - 208:7

**remains** [1] - 113:2
**remarks** [1] - 198:25
**remember** [12] - 84:12, 84:14, 125:13, 125:14, 142:5, 154:1, 165:16, 166:4, 168:11, 188:24, 200:5, 208:10
**remembered** [1] - 153:25
**remind** [1] - 154:1
**render** [1] - 164:23
**rendering** [1] - 120:13
**renew** [1] - 11:3
**renovation** [1] - 15:1
**rent** [2] - 35:22, 58:9
**rental** [1] - 143:7
**rented** [1] - 140:5
**repair** [2] - 70:20, 181:20
**repeat** [7] - 109:6, 130:1, 132:16, 163:17, 165:5, 206:19, 209:10
**repeated** [1] - 206:19
**replace** [1] - 154:4
**report** [2] - 86:14, 209:23

**Reporter** [1] - 1:22

**reporter** [1] - 29:18

**REPORTER** [1] - 130:3

**reporters** [1] - 7:11

**representations** [1] - 31:13

**represented** [5] - 7:19, 17:14, 96:16, 96:22, 97:2

**request** [5] - 17:19, 17:20, 18:3, 111:3

**requests** [1] - 4:25

**required** [3] - 52:17, 109:15, 113:9

**requires** [1] - 29:21

**requiring** [1] - 75:7

**research** [4] - 85:22, 86:2, 210:21, 210:24

**reserve** [2] - 12:16, 13:21

**reservist** [1] - 37:1

**resident** [4] - 172:13, 191:6, 191:17, 193:24

**residential** [1] - 165:13

**resolve** [1] - 12:18

**resources** [1] - 194:18

**respect** [6] - 3:6, 3:25, 4:10, 29:4,

29:10, 209:24

**respond** [1] - 195:6

**response** [2] - 3:12, 68:19

**responses** [2] - 29:7, 137:5

**responsibilities** [1] - 27:9

**responsible** [3] - 4:17, 74:19, 75:22

**rest** [6] - 66:6, 84:8, 151:4, 151:20, 164:12, 209:1

**restaurant** [1] - 173:24

**result** [1] - 10:17

**results** [1] - 17:9

**retail** [4] - 182:7, 187:25, 191:8, 191:10

**retired** [28] - 114:4, 114:5, 131:6, 133:2, 133:22, 133:23, 145:18, 146:23, 148:11, 148:13, 149:2, 149:9, 149:22, 149:24, 150:4, 150:5, 150:7, 150:14, 158:20, 167:14, 168:2, 174:19, 179:8, 190:1, 190:11,

190:12, 194:11, 211:11

**retribution** [1] - 162:9

**return** [4] - 2:17, 30:3, 72:20, 113:3

**returnable** [1] - 151:23

**returned** [1] - 37:1

**returns** [1] - 136:16

**revenue** [2] - 147:14, 147:17

**Revenue** [2] - 147:22, 176:13

**reversed** [1] - 139:7

**review** [3] - 200:23, 201:11, 201:22

**reviewed** [2] - 6:5, 6:6

**Ricardo** [1] - 101:5

**Richard** [3] - 2:8, 96:16, 101:11

**RICHARD** [1] - 1:17

**Richards** [1] - 101:4

**Richmond** [1] - 182:18

**Rick** [2] - 101:18, 205:11

**rigger** [1] - 66:20

**rights** [2] - 3:22

**rise** [1] - 26:18

**Riverhead** [2] - 38:18, 200:4

**Road** [2] - 1:21, 102:7

**road** [1] - 173:1

**robbed** [1] - 138:16

**ROBERT** [1] - 1:20

**Robert** [6] - 2:11, 96:22, 100:21, 100:22, 101:8, 108:5

**robing** [3] - 200:23, 201:15, 201:23

**Rockaway** [1] - 160:17

**Rodriguez** [2] - 47:2, 82:16

**Rogers** [2] - 77:6, 83:9

**Roher** [2] - 46:16, 82:25

**Romano** [3] - 51:13, 108:13, 108:14

**Ronald** [2] - 101:4, 107:11

**room** [13] - 30:4, 57:13, 82:15, 121:6, 136:18, 200:23, 201:15, 201:23, 209:5, 209:6, 210:6, 210:9, 211:8

**Room** [2] - 85:5, 85:8

**Rosenfeld** [2] - 41:17,

82:19

**Ross** [1] - 101:11

**Rossennel** [1] - 108:10

**Rosser** [1] - 101:11

**Rostron** [2] - 51:13, 82:23

**rotations** [1] - 75:9

**round** [11] - 24:16, 24:17, 77:17, 203:2, 203:4, 203:12, 203:19, 203:25, 204:11, 204:20, 206:7

**rounds** [2] - 24:16, 203:1

**row** [24] - 107:18, 108:5, 113:22, 114:13, 114:14, 115:14, 115:17, 128:12, 129:3, 129:10, 129:18, 130:4, 130:12, 130:23, 133:1, 133:8, 134:5, 145:8, 145:23, 147:3, 148:24, 148:25, 149:8

**Rozakis** [1] - 83:1

**Rozenboom** [3] - 89:20, 101:12,

101:18
**Rozokis** [1] - 33:23
**Rucchin** [1] - 100:25
**rude** [1] - 86:11
**Rueger** [4] - 107:14, 128:21, 171:25, 208:14
**Rule** [1] - 14:4
**rule** [7] - 15:7, 112:16, 112:24, 113:8, 113:15, 134:25, 135:10
**ruling** [2] - 3:5, 3:7
**run** [2] - 37:14, 81:6
**running** [1] - 69:4
**rushed** [1] - 5:4
**Russo** [7] - 2:11, 4:23, 18:24, 89:9, 96:22, 96:23, 122:11
**Russo's** [2] - 3:6, 11:16

**S**

**s)(2** [1] - 21:13
**S-H-E-R** [1] - 83:10
**S-O-H-R-E** [1] - 83:2
**S-P-E-C-K-I-N** [1] - 108:17
**S1** [1] - 22:20
**Sachs** [2] -

130:7, 130:9
**Saddler** [4] - 63:18, 70:25, 79:16, 83:6
**safety** [1] - 68:22
**Sag** [1] - 31:18
**salary** [2] - 38:6, 56:15
**Salem** [2] - 66:11, 83:6
**sales** [6] - 61:2, 173:13, 182:2, 182:5, 182:6, 192:9
**salon** [1] - 192:11
**saltys** [1] - 61:11
**Saltzman** [1] - 207:13
**Sam** [3] - 108:8, 116:6, 158:4
**Sample** [1] - 101:16
**sample** [1] - 89:16
**Sanderson** [1] - 101:12
**Sands** [2] - 45:12, 82:19
**Sanitation** [1] - 167:15
**Santoro** [2] - 49:11, 82:20
**Sap** [2] - 108:8, 116:6
**Saritha** [1] - 97:3
**SARITHA** [1] - 1:16
**saritha** [1] - 2:6
**sat** [24] - 28:21, 73:9, 165:15,

167:19, 171:9, 173:16, 174:13, 176:20, 180:12, 181:1, 181:22, 182:14, 182:21, 186:6, 188:1, 188:9, 188:20, 188:21, 189:14, 192:12, 194:19, 200:3, 200:6
**Saul** [1] - 125:17
**savings** [1] - 39:17
**Sayville** [1] - 55:17
**scenario** [1] - 60:15
**scheduled** [5] - 34:18, 57:23, 72:7, 75:25, 77:18
**scheduling** [2] - 38:3, 42:15
**scheme** [3] - 31:4, 31:24, 125:1
**schemes** [2] - 14:1, 14:5
**Scholar** [1] - 157:21
**school** [38] - 37:2, 38:16, 38:17, 43:10, 43:13, 44:21, 49:13, 53:23, 59:16, 59:17, 61:13, 72:21, 75:8, 80:25, 87:12,

165:22, 167:17, 169:8, 169:9, 169:13, 173:15, 175:5, 175:6, 177:8, 177:20, 177:22, 179:10, 179:19, 180:8, 186:13, 188:12, 191:18, 192:19, 194:1, 194:4, 194:5
**schooling** [11] - 75:7, 75:10, 169:6, 169:7, 170:18, 172:17, 176:19, 178:22, 180:18, 187:12, 190:13
**schools** [1] - 53:23
**Schroder** [2] - 56:23, 83:1
**Schwab** [1] - 132:10
**Science** [1] - 178:22
**Scott** [2] - 52:16, 82:23
**Scottsdale** [1] - 102:7
**screener** [1] - 38:4
**script** [4] - 22:13, 22:14, 23:2, 23:8
**season** [5] - 66:5, 105:5,

179:24, 180:2, 180:4
**seat** [22] - 55:11, 63:3, 76:14, 77:11, 78:4, 79:2, 79:21, 80:11, 80:20, 81:2, 81:17, 107:17, 108:6, 118:5, 125:14, 127:4, 127:16, 136:24, 151:13, 153:25, 156:19, 201:3
**seated** [10] - 26:22, 120:8, 126:3, 127:10, 127:16, 153:1, 167:24, 169:24, 200:24, 211:13
**seats** [3] - 118:4, 127:4, 201:8
**Seattle** [1] - 179:22
**SEC** [1] - 124:13
**second** [29] - 12:21, 39:10, 42:1, 46:7, 53:20, 63:17, 69:16, 74:18, 80:19, 82:6, 85:19, 89:18, 94:24, 107:18, 114:14, 115:14, 115:17, 129:10,

129:18, 130:25, 133:1, 147:3, 148:24, 154:21, 154:23, 155:2, 176:18, 194:4, 212:1

**secondary** [1] - 72:25

**secretary** [4] - 55:16, 61:12, 171:12, 179:19

**section** [4] - 32:8, 32:11, 32:12, 187:24

**securities** [2] - 131:4, 133:12

**Security** [1] - 144:24

**security** [4] - 130:15, 133:6, 133:7, 177:20

**seehof** [1] - 38:24

**Seehof** [1] - 83:2

**select** [4] - 24:18, 26:15, 27:3, 29:1

**selected** [6] - 10:17, 30:22, 181:8, 194:6, 195:7, 201:2

**selecting** [3] - 26:23, 29:6, 151:24

**selection** [13] - 5:18, 7:6, 12:17, 15:11, 16:16, 16:19, 23:2, 23:6, 25:5, 26:1,

27:2, 27:5, 84:22

**SELECTION** [1] - 1:9

**self** [3] - 33:12, 35:1, 124:25

**self-employed** [2] - 33:12, 35:1

**sell** [1] - 188:17

**selling** [1] - 48:24

**sells** [1] - 194:16

**send** [5] - 85:10, 110:22, 116:23, 121:10, 210:25

**senior** [1] - 48:10

**seniors** [1] - 72:22

**sense** [5] - 6:15, 6:16, 6:20, 8:7, 145:5

**sent** [1] - 200:7

**separate** [1] - 109:14

**September** [3] - 39:14, 167:17, 178:14

**Serge** [1] - 101:17

**sergeant** [1] - 194:2

**Sergei** [1] - 101:1

**series** [3] - 32:2, 33:24, 164:18

**serious** [2] -

27:8, 44:10

**serve** [23] - 27:24, 28:2, 28:3, 28:4, 28:6, 28:15, 28:21, 28:24, 30:2, 33:16, 40:22, 44:1, 44:7, 45:22, 59:10, 61:16, 70:10, 74:20, 81:7, 84:21, 94:5, 94:13, 208:3

**served** [6] - 77:24, 151:23, 160:14, 166:19, 170:6, 178:3

**Service** [3] - 144:24, 147:23, 176:13

**service** [7] - 27:10, 27:11, 27:13, 82:14, 86:23, 188:24, 207:9

**services** [4] - 131:15, 174:20, 178:11, 188:18

**serving** [5] - 27:15, 28:6, 32:4, 43:24, 52:8

**settled** [10] - 63:22, 175:25, 178:23, 189:6, 189:15, 189:20, 189:22, 191:12, 192:2, 200:4

**several** [9] - 12:8, 17:1, 46:1, 137:25, 159:24, 160:13, 177:4, 186:24, 187:3

**severally** [1] - 24:13

**severance** [8] - 3:6, 3:10, 3:24, 3:25, 4:2, 4:7, 4:8, 4:22

**severe** [2] - 65:19, 93:19

**shake** [1] - 157:16

**shaking** [1] - 157:15

**shape** [2] - 82:9, 154:2

**Shari** [1] - 32:20

**sharp** [1] - 87:19

**Shauer** [1] - 104:10

**Shaw** [2] - 67:15, 83:6

**sheepshead** [1] - 69:14

**sheet** [1] - 165:2

**Sheinman** [1] - 83:1

**shelters** [1] - 121:21

**Sher** [2] - 76:8, 83:10

**Shimon** [1] - 101:5

**shop** [2] - 39:14, 182:12

**short** [4] - 3:10, 7:25, 16:25, 61:2

**shorter** [2] -

13:8, 81:8

**shortly** [3] - 30:8, 34:3, 202:9

**shoulder** [2] - 56:25, 73:12

**showers** [1] - 71:25

**shows** [1] - 7:22

**shuttles** [1] - 78:19

**sick** [3] - 39:16, 43:2, 66:2

**sickness** [1] - 39:17

**Siclare** [2] - 78:23, 83:11

**side** [2] - 29:12, 131:7

**sidebar.)** [1] - 116:4

**sidebars** [4] - 15:12, 15:14, 15:22, 16:1

**sides** [8] - 115:7, 117:15, 125:4, 128:9, 132:4, 148:7, 184:22, 201:19

**sight** [2] - 91:21, 91:23

**sign** [2] - 176:17, 182:12

**signal** [1] - 168:2

**significance** [3] - 8:5, 8:10, 12:10

**significant** [2] - 5:6, 192:10

**significantly** [1] - 27:10

**Silverberg** [1]

- 55:17
**similar** [1] - 110:5
**Simmons** [4] - 65:2, 66:19, 82:23, 83:4
**Simon** [5] - 50:4, 108:4, 133:1, 182:9, 208:17
**Simonelli** [1] - 62:11
**simplest** [1] - 24:4
**simply** [3] - 11:9, 29:21, 30:13
**Sims** [1] - 62:11
**single** [6] - 60:1, 60:13, 77:1, 109:6, 180:17, 192:19
**sister** [2] - 76:12, 130:6
**sister's** [2] - 43:1, 130:8
**sister-in-law** [1] - 76:12
**sisters** [2] - 133:21, 133:23
**site** [1] - 80:16
**situation** [4] - 4:19, 39:19, 56:17, 151:10
**sixth** [1] - 77:17
**skin** [1] - 45:25
**skipped** [1] - 173:14
**skyscrapers** [1] - 170:13
**sleep** [1] -

50:24
**slightly** [1] - 9:24
**small** [4] - 2:23, 39:25, 69:3, 89:8
**smaller** [1] - 69:6
**snatch** [1] - 140:19
**snowblower** [1] - 141:2
**so..** [2] - 44:4, 155:13
**soak** [1] - 39:17
**social** [3] - 135:7, 172:16, 210:18
**software** [2] - 178:20, 178:21
**Sohre** [2] - 34:25, 83:2
**sold** [1] - 61:1
**sole** [1] - 50:5
**solely** [2] - 113:10, 120:14
**someone** [3] - 24:2, 138:4, 148:1
**sometimes** [4] - 10:19, 52:3, 79:25, 80:4
**somewhat** [1] - 191:13
**son** [18] - 34:18, 59:15, 65:19, 68:1, 75:5, 121:5, 149:16, 159:23, 160:1,

161:21, 167:17, 170:4, 177:23, 178:12, 179:9, 186:12, 191:10, 191:21
**son's** [1] - 91:7
**son-in-law** [1] - 121:5
**sons** [1] - 63:8
**sort** [1] - 18:7
**sorting** [1] - 181:20
**sorts** [1] - 134:20
**sound** [2] - 13:6, 28:7
**sounds** [1] - 62:5
**source** [2] - 41:18, 49:22
**space** [1] - 108:20
**Sparks** [2] - 130:13, 141:17
**sparks** [4] - 108:9, 187:22, 205:16, 208:20
**Special** [7] - 22:24, 22:25, 97:6, 100:21, 100:22, 100:23
**special** [3] - 87:11, 97:7, 100:20
**specialist** [2] - 170:2, 191:24

**specific** [3] - 17:14, 43:11, 84:18
**specifically** [2] - 87:13, 184:17
**Speckin** [3] - 108:17, 194:9
**Specman** [1] - 207:21
**speculation** [2] - 113:12, 125:19
**speculative** [1] - 3:18
**speech** [1] - 23:7
**spell** [1] - 102:3
**spend** [2] - 3:8, 78:18
**spoken** [1] - 15:16
**Spoon** [1] - 137:22
**sports** [1] - 7:2
**spouse** [3] - 168:24, 170:8, 171:10
**staff** [1] - 144:13
**staffing** [1] - 188:17
**stand** [6] - 20:4, 96:15, 96:18, 96:21, 165:9, 165:10
**standard** [1] - 18:21
**standpoint** [1] - 18:6
**start** [13] - 24:3, 32:1, 32:8, 32:12, 34:11, 40:23, 58:21, 67:18, 85:15, 87:19,

151:16, 152:7, 209:1
**start-up** [1] - 67:18
**started** [5] - 17:14, 70:17, 73:23, 81:15, 85:7
**starting** [4] - 16:15, 32:6, 205:7, 205:16
**starts** [2] - 70:1, 210:12
**Staten** [2] - 10:18, 60:16
**STATES** [3] - 1:1, 1:3, 1:12
**States** [15] - 1:6, 1:14, 1:16, 2:1, 2:5, 2:7, 26:3, 26:11, 30:10, 96:25, 97:2, 144:10, 159:8, 159:9
**Stay** [1] - 76:13
**stay** [65] - 16:11, 33:1, 33:17, 34:5, 34:13, 34:21, 35:4, 35:16, 35:23, 36:10, 36:18, 37:4, 37:21, 38:7, 38:11, 38:19, 39:5, 40:3, 57:16, 61:4, 63:2, 64:7, 65:6, 65:13, 65:21, 66:7, 66:15, 67:2, 67:11, 67:20, 68:5, 68:11, 68:23, 69:8, 69:17, 70:3, 70:12, 70:21,

71:7, 71:16, 72:2, 73:3, 74:4, 74:14, 74:23, 75:14, 76:4, 77:2, 77:10, 77:20, 78:3, 78:11, 79:1, 79:20, 80:7, 80:19, 81:1, 81:9, 81:16, 82:2, 122:15, 136:23, 167:12, 191:8, 202:11

**stay-at-home** [2] - 167:12, 191:8

**stays** [2] - 65:18, 191:23

**Ste** [1] - 1:18

**stenography** [1] - 1:25

**step** [5] - 28:17, 28:24, 98:25, 107:4, 136:2

**Stephanie** [1] - 107:16

**Steven** [3] - 100:24, 101:11, 107:23

**sticking** [1] - 12:15

**Stock** [1] - 38:5

**stockbroker** [3] - 127:19, 127:21, 131:24

**stockbrokers** [1] - 128:3

**Stoddard** [4] - 107:23, 179:5, 203:21, 207:15

**Stoffer** [1] - 101:14

**stole** [2] - 141:2, 162:8

**stolen** [1] - 143:6

**Stolper** [1] - 89:5

**STOLPER** [1] - 89:6

**stones** [1] - 57:12

**Stony** [1] - 178:11

**store** [3] - 42:25, 191:10

**strain** [1] - 94:20

**straining** [1] - 94:15

**Stream** [1] - 168:18

**street** [1] - 189:22

**stress** [1] - 100:11

**strike** [5] - 203:17, 203:23, 204:5, 204:16, 206:5

**strikes** [11] - 23:22, 24:1, 203:6, 203:13, 203:20, 204:1, 204:13, 204:21, 206:3, 206:8

**strong** [1] - 28:22

**struck** [2] - 23:15, 206:14

**Stuart** [1] - 101:12

**stuck** [1] - 212:6

**student** [3] - 44:22, 168:4, 170:6

**students** [3] - 72:23, 72:24, 72:25

**studying** [1] - 167:18

**stuff** [2] - 141:2, 207:6

**sub** [2] - 61:21

**subject** [6] - 14:21, 29:25, 163:19, 163:22, 184:16, 210:22

**submissions** [1] - 2:16

**submit** [3] - 18:11, 18:16, 148:1

**submitted** [2] - 5:9, 18:15

**submitting** [1] - 8:9

**subpoena** [1] - 151:23

**subpoenaed** [2] - 163:21, 163:24

**substantial** [1] - 6:21

**substitute** [1] - 12:7

**substitutes** [1] - 61:20

**subway** [1] - 40:11

**sue** [2] - 135:19, 135:20

**Sue** [1] - 101:7

**sufficient** [8] - 4:6, 4:7, 4:22, 8:19,

10:2, 11:11, 21:15, 22:3

**Suffolk** [34] - 5:8, 9:22, 10:1, 10:7, 10:21, 37:15, 150:5, 150:6, 150:7, 165:11, 166:16, 170:1, 172:1, 172:13, 172:23, 173:12, 173:23, 174:9, 174:18, 174:20, 176:11, 177:19, 178:9, 179:6, 182:10, 186:9, 186:19, 186:20, 187:23, 190:10, 191:17, 192:8, 193:10

**suggest** [1] - 16:18

**suggestion** [2] - 5:18, 11:2

**suit** [1] - 59:7

**summarize** [1] - 30:25

**summary** [12] - 23:9, 30:25, 31:25, 92:19, 93:24, 94:3, 94:17, 104:16, 105:7, 120:10, 120:11, 166:12

**summer** [3] - 18:2, 72:21,

180:9

**Sunday** [1] - 57:22

**SUNY** [1] - 169:5

**superintendent** [1] - 167:16

**superseder** [3] - 2:21, 2:22, 18:9

**Superseding** [2] - 2:17, 21:13

**supervising** [1] - 191:20

**supervisor** [2] - 168:2, 193:11

**supervisors** [1] - 68:19

**supplement** [1] - 135:8

**support** [2] - 174:23, 181:18

**suppression** [1] - 69:4

**surgeries** [1] - 55:4

**surgery** [1] - 79:7

**suspension** [1] - 161:9

**suspicion** [1] - 113:12

**Suss** [2] - 39:24, 82:24

**Suzanne** [1] - 100:22

**sway** [1] - 5:23

**swimming** [2] - 180:9, 187:7

**sworn** [1] - 26:19

**Sydor** [1] - 100:24

sympathy [1] - 113:12

system [5] - 27:12, 28:5, 29:21, 77:9, 144:25

systems [1] - 194:15

**T**

T-E-S-O-I-E-R-O [1] - 89:5

T-I-G-H-E [1] - 107:15

table [1] - 97:6

tainted [2] - 5:17, 8:3

Talik [2] - 38:14, 82:22

tamper [1] - 7:13

tampering [2] - 5:25, 17:3

tape [3] - 17:3, 17:5, 17:21

tax [3] - 121:20, 121:22

Taylor [2] - 58:17, 82:17

TD [2] - 132:13, 134:7

teach [5] - 43:11, 66:4, 165:21, 180:9, 188:11

teacher [12] - 37:2, 43:10, 60:5, 66:4, 165:12, 165:20, 174:11, 178:11, 179:21, 188:7, 191:18, 194:3

teacher's [4] - 166:25, 177:23, 190:12, 193:25

teachers [1] - 59:16

teaching [1] - 69:25

team [1] - 86:21

technical [1] - 174:23

technically [1] - 151:3

technician [1] - 48:13

teeth [1] - 45:25

telephone [2] - 212:2, 212:4

teller [1] - 132:24

tempered [1] - 9:11

temporary [1] - 188:17

ten [6] - 56:25, 70:1, 117:7, 166:1, 201:14, 201:22

ten-week [1] - 70:1

tenth [1] - 211:7

term [1] - 145:3

terminology [1] - 36:7

terms [6] - 8:6, 8:12, 10:10, 12:17, 14:6, 23:7

Tesoiero [1] - 89:4

Tesoriero [1]

- 101:13

TESORIERO [1] - 101:13

Tesseo [3] - 108:5, 110:3, 110:10

tesseo [1] - 108:5

test [1] - 48:14

testify [9] - 100:12, 100:15, 112:11, 112:14, 115:5, 117:13, 141:5, 143:12

testifying [1] - 114:7

testing [2] - 77:17, 180:8

tests [1] - 34:4

texting [1] - 210:18

theft [2] - 156:9, 192:24

themselves [1] - 14:5

theory [1] - 3:25

therapist [1] - 179:10

therapy [1] - 57:1

thinking [1] - 28:3

third [5] - 4:16, 68:1, 87:5, 115:17, 169:14

thirds [1] - 79:17

Thomas [2] - 108:13, 108:14

those9 [1] -

138:7

thousand [2] - 124:25, 148:3

threats [1] - 73:10

Thursday [3] - 27:1, 71:22, 72:10

ticket [4] - 105:5, 179:24, 180:2, 180:4

tickets [1] - 78:24

tie [1] - 52:4

Tighe [3] - 107:14, 124:4, 124:5

Timothy [1] - 101:4

tinnitus [1] - 93:20

today [20] - 16:20, 17:6, 27:4, 28:1, 28:16, 28:22, 30:21, 39:13, 40:13, 48:1, 87:13, 87:20, 94:15, 109:11, 151:17, 191:20, 201:19, 202:3, 211:15, 212:14

Tom [1] - 7:17

tomala [1] - 49:20

Tomala [1] - 82:22

TOMMY [1] - 1:8

Tommy [7] - 1:9, 12:19,

13:2, 26:4, 30:10, 96:14, 101:13

tomorrow [14] - 16:21, 28:9, 43:22, 44:3, 44:4, 151:19, 151:23, 152:5, 152:6, 153:7, 202:3, 211:17, 211:22, 212:12

top [1] - 71:24

topics [1] - 164:19

Tormey [6] - 103:17, 103:18, 148:18, 181:25, 204:17, 207:16

Torres [2] - 68:8, 83:5

total [1] - 40:16

totally [1] - 29:22

touch [1] - 17:5

tourism [1] - 184:6

towards [1] - 164:6

Town [1] - 174:22

trade [1] - 177:8

trader [1] - 129:20

traditional [1] - 190:3

traffic [1] - 167:18

trafficking [1]

- 168:12
**train** [1] - 40:18
**training** [2] - 68:17, 68:20
**TRANSCRIPT** [1] - 1:8
**transcript** [1] - 1:25
**transportation** [2] - 40:11, 49:13
**travel** [5] - 40:16, 68:9, 71:1, 76:18, 76:23
**travelling** [1] - 62:25
**treated** [1] - 46:10
**tremendous** [1] - 53:3
**tremendously** [1] - 15:9
**trial** [43] - 3:13, 4:25, 5:1, 13:4, 16:22, 17:25, 21:5, 26:13, 26:24, 27:2, 27:5, 28:13, 30:23, 47:4, 50:23, 66:2, 73:9, 75:23, 100:12, 100:13, 100:14, 100:15, 132:7, 134:20, 135:6, 135:7, 135:9, 144:5, 153:8, 153:9, 160:9, 161:7, 164:2, 178:24, 181:1, 181:6, 181:9,

195:11, 209:1, 209:15, 209:16, 210:14, 210:15
**trick** [1] - 194:7
**tried** [1] - 56:16
**trip** [3] - 81:21, 81:25, 82:1
**trouble** [3] - 60:4, 92:23, 93:20
**truck** [1] - 168:20
**true** [2] - 210:1, 210:2
**truly** [1] - 86:22
**Trust** [1] - 132:9
**truthfully** [2] - 26:20, 155:22
**try** [4] - 7:12, 29:3, 75:4, 152:3
**trying** [4] - 8:25, 18:4, 75:5, 92:16
**Tuesday** [2] - 91:10, 212:17
**turn** [2] - 86:9, 209:25
**turned** [1] - 111:2
**Turro** [3] - 69:2, 83:4, 147:3
**TV** [1] - 209:23
**twice** [4] - 76:3, 143:6, 194:19, 200:7
**two-hour** [1]

- 81:14
**two-month** [1] - 74:3
**two-person** [1] - 67:18
**two-thirds** [1] - 79:17
**type** [19] - 51:20, 56:3, 70:19, 125:4, 125:25, 132:22, 133:4, 133:11, 133:17, 133:24, 170:12, 171:13, 182:6, 183:2, 188:24, 192:23, 210:19, 210:21, 210:24
**types** [1] - 193:19
**typos** [1] - 2:23
**Tyson** [1] - 101:1

**U**

**U.S** [4] - 144:13, 144:23, 145:1, 158:8
**Ula** [1] - 102:2
**ULA** [1] - 102:2
**ultimately** [1] - 29:9
**unable** [5] - 109:19, 112:15, 112:23, 113:7, 113:14
**unanimously**

[1] - 112:20
**uncle** [9] - 129:5, 145:9, 146:16, 147:7, 148:19, 149:1, 149:2, 149:3, 154:14
**uncle's** [2] - 147:9, 148:20
**uncles** [2] - 146:14, 149:9
**uncomfortable** [1] - 29:15
**under** [5] - 29:11, 34:20, 109:12, 109:17, 112:17
**unemployed** [2] - 58:20, 170:4
**unfortunately** [5] - 43:20, 44:2, 44:6, 62:16, 85:1
**Union** [1] - 37:15
**UNITED** [3] - 1:1, 1:3, 1:12
**university** [1] - 68:2
**unless** [2] - 112:19, 163:16
**unmarried** [1] - 172:3
**unreasonable** [1] - 70:10
**untoward** [1] - 7:8
**unusual** [1] - 7:21
**unwilling** [1] - 28:15
**UPS** [2] - 130:18, 179:7

**upset** [1] - 61:15
**upstairs** [2] - 93:9, 208:24
**upstate** [2] - 69:4, 194:17
**Urban** [1] - 101:23
**urinary** [1] - 57:11

**V**

**V-R-I-E-S** [1] - 89:8
**vacation** [9] - 41:9, 47:15, 50:13, 54:18, 65:11, 66:2, 71:15, 77:25, 81:22
**Valley** [2] - 14:11, 168:18
**variety** [1] - 140:18
**various** [7] - 2:16, 3:2, 4:4, 4:10, 13:25, 117:12, 164:19
**Vastian** [1] - 98:2
**Vegas** [1] - 14:12
**vehicle** [2] - 58:10, 143:6
**Veltre** [2] - 63:7, 83:6
**Ventures** [4] - 101:25, 102:1, 102:4
**verdict** [20] - 113:3, 120:14, 164:24, 166:8, 166:9, 168:6, 172:19,

175:16, 175:17, 175:18, 189:3, 189:4, 189:5, 189:15, 190:14, 191:2, 191:3, 193:2, 193:3, 194:23

**verdicts** [1] - 73:11

**version** [1] - 6:21

**versus** [2] - 26:3, 30:10

**Veterans** [1] - 1:18

**Vetter** [4] - 107:22, 177:18, 204:14, 207:14

**VI** [1] - 102:1

**vice** [2] - 170:10, 172:14

**victim** [11] - 55:6, 63:20, 121:24, 122:14, 123:4, 123:6, 137:18, 142:7, 143:22, 154:13, 156:8

**victims** [5] - 104:3, 104:17, 105:9, 111:2, 184:19

**Victoria** [1] - 107:12

**videotape** [1] - 191:20

**view** [1] - 144:4

**views** [2] -

132:3, 134:17

**Vincent** [2] - 89:4, 101:13

**violation** [1] - 85:24

**violent** [1] - 154:13

**Virginia** [1] - 52:17

**visual** [1] - 92:7

**Vitalicio** [2] - 107:19, 110:14

**Vitarelli** [2] - 59:3, 82:18

**Vitiello** [8] - 108:12, 130:25, 149:15, 158:18, 158:19, 190:9, 206:4, 207:18

**Vlantis** [2] - 47:12, 82:21

**voice** [6] - 92:22, 94:16, 128:13, 144:17, 145:7, 165:8

**voiceover** [1] - 174:22

**voir** [7] - 8:13, 10:4, 12:15, 18:10, 18:11, 18:15, 20:6

**volume** [1] - 92:10

## W

**W-O-O-L-E-Y** [1] - 89:6

**Wachovia** [2] - 132:11, 133:3

**wage** [1] -

49:22

**wait** [53] - 8:1, 11:7, 18:8, 41:12, 41:21, 42:8, 42:17, 43:4, 43:14, 44:16, 44:24, 45:8, 45:15, 46:2, 46:12, 46:19, 47:7, 47:17, 48:2, 48:15, 49:5, 49:15, 49:24, 50:7, 50:15, 50:25, 51:9, 52:20, 53:4, 53:14, 53:24, 54:8, 54:19, 55:8, 55:11, 55:20, 56:6, 56:18, 57:2, 57:25, 58:12, 58:23, 59:10, 59:18, 60:7, 60:18, 62:19, 63:12, 72:14, 73:18, 79:10, 80:11, 150:21

**waiting** [3] - 3:9, 16:12, 88:4

**waive** [6] - 15:13, 21:18, 22:6, 204:24, 204:25, 206:9

**walk** [2] - 86:8, 107:21

**walked** [1] - 165:3

**walking** [2] - 32:9, 85:1

**Walsh** [8] - 107:18, 138:14, 147:12, 161:19, 161:20,

174:17, 203:24, 207:13

**Wanda** [2] - 107:8, 137:22

**wants** [1] - 2:18

**Washington** [2] - 132:11, 179:22

**watch** [6] - 65:19, 65:20, 153:9, 171:23, 188:10, 209:22

**watching** [2] - 80:16, 135:6

**Wayne** [2] - 22:25, 97:6

**ways** [1] - 9:16

**wear** [1] - 94:14

**Webber** [1] - 130:18

**wedding** [5] - 51:6, 57:22, 71:25, 72:1, 72:8

**Wednesday** [1] - 67:17

**week** [30] - 13:5, 16:21, 17:8, 27:2, 35:10, 47:13, 49:13, 55:18, 57:1, 68:1, 68:10, 70:1, 71:2, 71:3, 71:4, 71:24, 72:9, 74:20, 74:21, 76:3, 78:9, 81:25, 89:13, 91:8, 91:9, 151:21, 209:1, 211:1, 211:9, 211:16

**week's** [1] - 17:9

**weekend** [1] - 2:16

**weeks** [65] - 13:4, 13:9, 13:10, 13:11, 13:18, 13:19, 14:6, 14:15, 14:18, 17:18, 26:25, 27:17, 27:24, 32:6, 32:25, 34:1, 34:19, 35:1, 35:11, 36:9, 36:17, 37:2, 37:17, 38:5, 38:17, 39:13, 40:2, 42:15, 42:23, 43:13, 43:22, 45:6, 45:14, 46:1, 46:9, 48:14, 49:3, 49:14, 49:23, 50:23, 51:15, 55:18, 56:2, 56:25, 57:11, 60:25, 65:4, 66:14, 67:1, 67:9, 69:6, 70:10, 70:18, 71:14, 74:11, 76:1, 76:21, 78:18, 81:7, 151:6, 151:12, 209:17

**Weinblatt** [1] - 96:17

**welcome** [2] - 26:11, 75:17

**well-known** [1] - 105:21

**well..** [1] - 61:22

**Wells** [4] - 132:10, 135:15,

135:25, 136:1
**Westbury** [1] - 187:15
**Westchester** [1] - 149:11
**whatsoever** [3] - 85:23, 86:3, 210:25
**white** [1] - 69:22
**whole** [6] - 9:21, 71:15, 73:14, 80:1, 93:25, 209:11
**wholeheartedly** [1] - 16:18
**Wholley** [1] - 101:14
**WHOLLEY** [1] - 101:14
**Whyte** [1] - 83:8
**Wichita** [1] - 121:21
**Wide** [1] - 14:1
**widow** [1] - 71:13
**Wiesmann** [5] - 108:16, 193:9, 205:20, 206:6, 207:20
**wife** [21] - 20:2, 35:10, 49:22, 51:15, 52:2, 65:18, 78:19, 166:23, 168:3, 172:15, 174:11, 174:20, 177:7, 178:10, 179:8, 187:25, 189:13,

190:12, 191:9, 193:12, 212:1
**wife's** [2] - 39:16, 74:22
**William** [3] - 89:7, 100:25, 101:15
**willing** [3] - 12:2, 33:16, 40:22
**willingness** [2] - 84:21, 208:3
**Wilson** [5] - 108:16, 142:3, 192:16, 205:24, 207:19
**Windwalker** [1] - 102:5
**Winthrop** [1] - 191:24
**wiped** [1] - 74:22
**wish** [2] - 16:1, 165:8
**Wooley** [2] - 89:6, 101:19
**word** [2] - 100:11, 145:5
**Worden** [1] - 101:12
**wording** [2] - 8:13, 111:4
**words** [3] - 8:8, 136:10, 157:2
**work's** [1] - 128:22
**workers** [1] - 172:16
**Works** [1] - 51:22
**works** [22] - 49:12, 131:14,

133:9, 134:7, 134:10, 165:13, 166:24, 170:3, 170:5, 174:20, 174:21, 174:22, 174:23, 179:21, 179:22, 181:19, 186:12, 191:19, 191:22, 193:13, 194:12, 194:14
**world** [2] - 27:23, 28:11
**worried** [3] - 43:25, 44:1, 98:22
**worry** [1] - 98:23
**worth** [1] - 155:11
**write** [6] - 89:12, 119:5, 119:7, 119:8, 186:21
**writer** [1] - 119:11
**writing** [2] - 3:8, 8:8
**written** [1] - 7:11
**Wu** [2] - 81:13, 82:18

## X

**X-ray** [1] - 38:4

## Y

**Y-U** [1] - 83:11
**Yan** [1] -

107:24
**yesterday** [1] - 4:24
**yoga** [1] - 47:25
**YORK** [1] - 1:1
**York** [22] - 1:6, 1:15, 1:18, 1:21, 1:23, 7:17, 10:14, 26:12, 31:18, 38:5, 66:21, 69:25, 97:1, 116:20, 134:11, 144:11, 144:14, 164:9, 167:15, 174:21, 180:5, 209:18
**young** [3] - 35:2, 121:20
**younger** [1] - 174:12
**youngest** [2] - 60:14, 170:5
**yourself** [1] - 28:4
**yourselves** [1] - 210:6
**Yu** [2] - 79:24, 83:11

## Z

**Zwalsky** [2] - 57:20, 82:17