**CRIMINAL CAUSE FOR  JURY TRIAL**

BEFORE JUDGE BIANCO          July 2, 2015                    TIME:   9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner          DEFT. # 1     ATTY:  Richard Haley**
  X pres.        not pres.        X  cust.        bail          X  CJA        RET.              LAS

DEFT: **Tommy Constantine       DEFT. # 2     ATTY:  Robert LaRusso and Andrew Oliveras**
  X pres.        not pres.        cust.          X  bail        CJA      X  RET.        LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**

REPORTERS: Dominick Tursi, Owen Wicker, and Ellen Combs       OTHER:
INT:   (LANG.-      )


  X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH
        COUNSEL.
  _    JURY SELECTION ADJ'D TO _____.
  _    JURY SELECTION HELD  (BEFORE _____).
  _    VOIR DIRE BEGINS.        ___JURY TRIAL SET FOR _____.
  _    JURORS SWORN AND TRIAL BEGINS.__GOVT OPENS        __DEFT OPENS.
  X    JURY TRIAL HELD. _        JURY TRIAL RESUMES.
  X    WITNESSES SWORN
  X    JURY TRIAL CONT'D TO 7/6/15 at 9:30 a.m. _____.
  _    GOVT RESTS.      _ DEFT RESTS.
  _    CHARGED CONFERENCE.
  X    GOVT SUMMATION.       X  DEFT SUMMATION.    _ GOVT REBUTTAL.
  _    JURY TRIAL ENDS.
  __   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
  __   DELIBERATIONS RESUME.
  __   **GUILTY VERDICT** ON COUNTS _____.
  __   **NOT GUILTY VERDICT** ON COUNTS _____.
  __   JURORS POLLED AND EXCUSED.
  __   DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/
        INFORMATION.
  __   SENTENCING SET FOR_____.
  _    DEFT REMANDED.        _      DEFT CONT'D ON BAIL.

**OTHER:** _____