**CRIMINAL CAUSE FOR  JURY TRIAL**
BEFORE JUDGE BIANCO          July 6, 2015                TIME:   9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner        DEFT. # 1     ATTY:  Richard Haley**
  X pres.     not pres.     X  cust.     bail     X  CJA     RET.     LAS

DEFT: **Tommy Constantine     DEFT. # 2     ATTY:  Robert LaRusso and Andrew Oliveras**
 X pres.     not pres.     cust.     X  bail     CJA     X  RET.     LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**

REPORTERS: Dominick Tursi, Owen Wicker, and Ellen Combs        OTHER:
INT:   (LANG.-        )


 X    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH
      COUNSEL.
 _    JURY SELECTION ADJ'D TO _____.
 __   JURY SELECTION HELD  (BEFORE _____).
 __   VOIR DIRE BEGINS.        ___JURY TRIAL SET FOR _____.
 _    JURORS SWORN AND TRIAL BEGINS._GOVT OPENS      _DEFT OPENS.
 X    JURY TRIAL HELD. _      JURY TRIAL RESUMES.
 X    WITNESSES SWORN
 X    JURY TRIAL CONT'D TO 7/7/15 at 9:30 a.m.                          .
 _    GOVT RESTS.      _ DEFT RESTS.
 _    CHARGED CONFERENCE.
 X    GOVT SUMMATION.     X  DEFT SUMMATION CONTINUED..  X   G O V T
      REBUTTAL.
 _    JURY TRIAL ENDS.
 ___  JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
 __   DELIBERATIONS RESUME.
 _    **GUILTY VERDICT** ON COUNTS _____.
 _    **NOT GUILTY VERDICT** ON COUNTS _____.
 _    JURORS POLLED AND EXCUSED.
 _    DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/
      INFORMATION.
 __   SENTENCING SET FOR_____.
 _    DEFT REMANDED.      _      DEFT CONT'D ON BAIL.

**OTHER:**