UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

- against-

PHILIP KENNER AND
TOMMY CONSTANTINE

                Defendant(s).
-------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUL 06 2015    ★

LONG ISLAND OFFICE

**SUSTENANCE ORDER**

CR 13-0607

**ORDERED** that the Clerk of the Court supply proper sustenance (lunch) to the fourteen (14) jurors empanelled, for the duration of the trial.

Dated: Central Islip, New York 11722
       July 6, 2015

                                                    JOSEPH F. BIANCO, U.S.D.J.