UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

- against-

PHILIP KENNER AND TOMMY CONSTANTINE

Defendant(s).
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 07 2015   ★

LONG ISLAND OFFICE

**SUSTENANCE ORDER**

CR 13-0607

**ORDERED** that the Clerk of the Court supply proper sustenance (lunch) to the fourteen (14) jurors empanelled, for the duration of the trial.

Dated: Central Islip, New York 11722
       July 7, 2015

JOSEPH F. BIANCO, U.S.D.J.