**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO          July 7, 2015               TIME:   9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**     **DEFT. # 1**     ATTY:  Richard Haley
  X pres.     not pres.    X  cust.      bail       X  CJA       RET.          LAS

DEFT: **Tommy Constantine**     **DEFT. # 2**     ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.     not pres.     cust.      X  bail      CJA     X  RET.         LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**

REPORTERS: Dominick Tursi, Owen Wicker, and Ellen Combs      OTHER:
INT:  (LANG.-      )

- **X**   CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
- ___   JURY SELECTION ADJ'D TO _____.
- ___   JURY SELECTION HELD  (BEFORE _____).
- ___   VOIR DIRE BEGINS.         ___JURY TRIAL SET FOR _____.
- ___   JURORS SWORN AND TRIAL BEGINS.  GOVT OPENS        DEFT OPENS.
- **X**   JURY TRIAL HELD.  ___   JURY TRIAL RESUMES.
- ___   WITNESSES SWORN
- **X**   JURY TRIAL CONT'D TO 7/8/15 at 9:30 a.m. _____.
- ___   GOVT RESTS.       ___ DEFT RESTS.
- ___   CHARGED CONFERENCE.
- ___   GOVT SUMMATION.       ___ DEFT SUMMATION CONTINUED..     ___ G O V T REBUTTAL.
- **X**   JURY TRIAL ENDS.
- **X**   JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
- ___   DELIBERATIONS RESUME.
- ___   **GUILTY VERDICT** ON COUNTS _____.
- ___   **NOT GUILTY VERDICT** ON COUNTS _____.
- ___   JURORS POLLED AND EXCUSED.
- ___   DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/ INFORMATION.
- ___   SENTENCING SET FOR _____.
- ___   DEFT REMANDED.         ___   DEFT CONT'D ON BAIL.

**OTHER:** _____