5677

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X
UNITED STATES OF AMERICA    :  13-CR-607

       -against-                    US District Court
                                   Central Islip, NY

PHILLIP A. KENNER a/k/a
PHILIP A. KENNER, and
TOMMY C. CONSTANTINE a/k/a
TOMMY C. HORMOVITIS,

                    Defendants.:  July 2, 2015
- - - - - - - - - - - - - - X   9:30 am

          TRANSCRIPT OF TRIAL
          BEFORE THE HONORABLE JOSEPH F. BIANCO
          UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

For the Government:
                         KELLY T. CURRIE
                         United States Attorney
                         One Pierrepont Plaza
                         Brooklyn, New York 11201
                         By:  JAMES MISKIEWICZ, ESQ.
                              SARITA KOMATIREDDY, ESQ.
                         United States Attorneys

For the Defense:         RICHARD D. HALEY  ESQ.
                         For Defendant Kenner

                         ROBERT LaRUSSO, ESQ.
                         ANDREW L. OLIVERAS, ESQ.
                         For Defendant Constantine

Court Reporter:          Dominick M. Tursi, CM, CSR
                         US District Courthouse
                         1180 Federal Plaza
                         Central Islip, New York 11722
                         (631) 712-6108  Fax:  712-6124
                         DomTursi@email.com

          Proceedings recorded by mechanical stenography.
          Transcript produced by CAT.

5678

1           (Call to Order of the Court.  Appearances noted

2     as indicated above.)

3           THE COURT:  Before we proceed, there were three

4     outstanding issues from yesterday.  One was the issue of

5     the special verdict on the conspiracy objectives.  Also,

6     we didn't go back to this yesterday but, Mr. LaRusso, you

7     want to have additional time to think about whether you

8     wanted either a multiple conspiracy instruction or a venue

9     instruction to the jury.

10          Do you want either or both of those or not?

11          MR. LaRUSSO:  Judge.  On the first one, I am

12    going to withdraw our request for a special verdict so

13    that need not be addressed.

14          THE COURT:  Okay.  You made me do all the

15    research for nothing?

16          MR. LaRUSSO:  I did research also.  I actually

17    did the same, judge.  Last night, rather than going home,

18    after looking at it and speaking to my client, we decided

19    to withdraw that.

20          On the venue and on the multiple conspiracies, I

21    haven't made a decision on it.  I know the court wants to

22    do it today so for purposes of the argument I'm going to

23    rest on what I said before.

24          THE COURT:  So you are resting on those for

25    purposes of Rule 29.  You don't want an instruction to the

5679

1    jury?

2              MR. LaRUSSO:  Not at this time.  No.

3              THE COURT:  What do you mean not at this time?

4              MR. LaRUSSO:  I'm not going to ask for it.

5              THE COURT:  Mr. Haley, you don't want any of

6    those instructions?

7              MR. HALEY:  No, your Honor.  I indicated my

8    inclination was to not request a special verdict.

9              THE COURT:  I'm talking now about the venue and

10   multiple conspiracy.

11             MR. HALEY:  No, sir.

12             THE COURT:  Let me confirm that with your

13   clients on the venue.

14             Mr. Kenner and Mr. Constantine, under the law

15   you have the right to have the jury decide whether or not

16   there is venue with respect to each of the counts that

17   they are considering.  That is one of the elements of the

18   crime, whether or not some aspect of the crime took place

19   in the Eastern District of New York, and your lawyers have

20   advised me they don't want me to give an instruction to

21   the jury where they decide that issue.

22             I just want to confirm that you are in agreement

23   with that.

24             Mr. Constantine?

25             MR. LaRUSSO:  I apologize, your Honor.  Just one

5680

1   moment.

2           (Counsel and client confer.)

3           MR. LaRUSSO:  Your Honor, I apologize to the

4   court.  This has been a very difficult topic.  We have

5   been discussing it since actually before the trial.  And

6   my client and I feel that this may come an issue later on,

7   after there is a verdict adverse to us, that venue may be

8   important.  So I'm going to reverse myself and ask the

9   court to put in venue at this time.

10          THE COURT:  I don't have the charge available.

11  You don't need to see the actual language.

12          MR. LaRUSSO:  I don't.  We had it in the last

13  trial so I know what it is.

14          THE COURT:  Okay.

15          Mr. Haley?

16          MR. HALEY:  Our portion is then academic, your

17  Honor.

18          THE COURT:  You are okay with it being in,

19  obviously.

20          MR. HALEY:  Yes.

21          THE COURT:  Okay.  So I will put it in.

22          And the only thing, I just want to go back to

23  yesterday, Mr. LaRusso, with respect to the special

24  verdict because as a result of the research, I just want

25  to make sure it is clear that I didn't suggest something

5681

1    that could be misunderstood.  I said if there is a general

2    verdict, it is possible that the government could be

3    risking; if there were a favorable verdict for the

4    government, that they could be risking having that verdict

5    potentially validated on appeal if one of the three

6    objectives turned out to be legally insufficient.

7            After researching it last night there actually

8    is a case called *Griffin v United States*, 5012 US 46, a

9    1991 case, where the Supreme Court held that the due

10   process clause does not require that in federal

11   prosecutions, general guilty verdict in multiple object

12   conspiracy be set aside if the evidence is inadequate to

13   support conviction as to one object.

14           So it appears that there is no risk to

15   particular on that issue; that in fact if the jury came

16   back with a general verdict, if there was a fact that

17   there was an evidentiary insufficiency that were

18   determined by me on a Rule 29 or by Second Circuit later,

19   the law, based upon the Supreme Court, is that the verdict

20   still stands for reasons they articulate in that case.

21           I just wanted that to be clear because I

22   suggested that there was a risk that the government might

23   be taking but I don't think it is a risk.

24           But in any event I will put on the record even

25   though the request was withdrawn, in my discretion I was

5682

1   not going to do it in any event I just want to place it.

2   I won't wasting time now doing that, but I believe that to

3   be the case so the record is clear.

4          All right.  Are we ready for the summations?

5          MR. MISKIEWICZ:  We are.

6          MR. HALEY:  Your Honor, one request.  I'm not

7   sure how long summation of Miskiewicz will be but I assume

8   when it concludes we will take a break.

9          THE COURT:  Yes.  He said about two hours so I

10  was going to go for, it is 9:55, about an hour or so and

11  then take a break.

12         Mr. Miskiewicz, do you still think your

13  summation is about two hours?

14         MR. MISKIEWICZ:  Based on going through it last

15  night, I might have to revise it.  It might be a little

16  bit over two hours but is not by much.

17         THE COURT:  That is okay.  Since we are only

18  doing two today, we have a little bit of leeway.

19         MR. MISKIEWICZ:  I would definitely be shooting

20  to be done by the usual lunch break.

21         THE COURT:  Whenever he is done, we will break

22  for lunch.

23         MR. HALEY:  Thank you, sir.

24         THE COURT:  Let's bring in the jury.

25         You have received the revised charge.  And there

5683

1    are no issues with the revised charge?

2            MR. MISKIEWICZ:  No, your Honor.  I looked at it

3    last night.

4            THE COURT:  Mr. Haley, any issues with the

5    revised charge?

6            MR. HALEY:  No, your Honor.

7            (The following ensued in the presence of the

8    jury at 10 am.)

9            THE COURT:  Please be seated.

10           Good morning, members of the jury.  Good to see

11   all this morning.

12           I see a red-white-and-blue theme.  That could

13   not have been an accident.

14           As you know, we are entering the next phase of

15   the trial, the closing arguments, or the summations, as

16   they are called.  Before the lawyers proceed, I just want

17   the give you a few instructions.

18           First, I just want to point out that Mr. Semple

19   did check with his office regarding that exhibit and they

20   verified that the copy of the worksheet that they have in

21   their file is identical to the one that was put in

22   evidence.  There was a blocked out portion on a page, so

23   there is no additional exhibit to put into evidence.  That

24   is the way it was in their file as well.

25           With respect to the instructions that relate to

5684

1    the summations, let me give you several instructions.

2              First, I mentioned this to you in the beginning

3    of the case, which is a long time ago but I will emphasize

4    it to you.  The statements by the attorneys in the opening

5    statements and in the closing statements are not evidence.

6    Statements by attorneys are not evidence.  They are their

7    arguments about what they think the evidence showed or did

8    not show in the case.  And you are free to accept or

9    reject those arguments, as you see fit.

10             I just want to emphasize that they are not,

11   their arguments and statements are not evidence.  To the

12   extent that they say during their summation that the

13   evidence was, the testimony was, and this is what the

14   government's testimony or evidence during the trial was,

15   and your recollection of the testimony or evidence differs

16   from what the attorneys say, it is what your recollection

17   is of the evidence that controls; not what an attorney

18   said the evidence was.

19             And if there is any doubt during your

20   deliberations, if you are not sure or you don't remember,

21   as I have told you, you can request a readback of any

22   portion of testimony from the court reporter.  You can

23   also ask for any physical exhibit, any recording to be

24   played back to you.  Any piece of evidence in the case

25   that you want to hear or see again is available to you

5685

1  during your deliberations.

2        The next thing is, I do let the attorneys in

3  their summations comment on what they expect I'm going to

4  tell you on the law.  So you may hear an attorney during

5  the summation say I expect Judge Bianco to tell you that

6  the law is X.  They are allowed to do that, with the

7  understanding that obviously if they say something about

8  the law during their summation and then when you hear my

9  instructions on the law it differs, it is what I say about

10  the law that controls, not what an attorney says during

11  his or her summation.

12        I've gone over my instructions with them so they

13  have some idea of what I'm going to instruct you on.

14        Finally, you may remember that during the course

15  of the trial I instructed you that it was not proper for

16  an attorney during questioning of a witness to comment on

17  demeanor during the questioning.  However, I just want to

18  emphasize that attorneys are permitted during their

19  closing statements to make arguments about the

20  credibility, including the demeanor, of the witnesses.

21  They are free to do that in their summations.  So it is

22  not improper for them to make reference or arguments to a

23  witness' demeanor in their summation.

24        Again, like all their arguments, it is up to you

25  to decide whether to accept or reject any argument that

Summation - Miskiewicz

5686

1    they may or may not make in that regard.

2         With those instructions we will proceed.  As I

3    told you the government, it is their burden of proof at

4    all times so they go first.  And they also go last.  They

5    will have a rebuttal summation on Monday because they have

6    the burden of proof.

7         So we will proceed with the government's

8    summation by Mr. Miskiewicz.

9                   SUMMATION FOR GOVERNMENT

10        MR. MISKIEWICZ:  Thank you, your Honor.

11        May it please the court, ladies and gentlemen of

12   the jury, counsel.

13        Before I really begin, you will see over the

14   next several hours and into Monday our adversarial system

15   at work.  And I will use this line only one more time.  I

16   do not think we will agree on many things but I'm sure I

17   can speak for all the attorneys in this case, and

18   certainly in behalf of the government, that your

19   attention, your dedication, your willingness to give up

20   many, many days and weeks has both honored you and honored

21   those of us who serve the Constitution through this place.

22   And I thank you.

23        Enough buttering you up.  Let's go.

24        It took nine week to gets here.  I'm going to

25   submit to you that over that nine weeks you experienced a

5687

1   microcosm of what Michael Peca, Kristin Peca, Darryl

2   Sydor, Steve Rucchin, Glenn Murray, all the other hockey

3   players experienced over more than a decade.

4           And I'm also going to submit to you that there

5   were two facets, who aspects, of what you experienced.  A

6   quick-and-simple and a long, drawn-out, and complex story.

7           Those two, I'm going to suggest to you, will be

8   valuable as you go through the evidence and begin to

9   deliberate impartially and objectively, because, on the

10  one hand, the frauds probably took the least amount of

11  time over the last nine weeks to show you.

12          They were done at the speed of light, at the

13  speed of wire transactions.  The deception, the

14  misinformation, the material omissions that prompted all

15  the those victims do part with their money and give it to

16  the defendants in this case and I'm going to go through

17  it, happened.  And I submit to you happened with

18  overwhelming evidence.  And the telling of that story was

19  fairly simple.

20          What took a long time in this case over the last

21  nine weeks was the deceptions, the coverup, the lies, the

22  diversionary tactic of:  *It's this guy's fault; it's that*

23  *guy's fault; it's that guy's fault.*

24          And I believe that when you go back there, you

25  should look at both of those facets of the evidence that

5688

1   was presented to you, not only because on the one hand you

2   must, as the Judge will charge you, line up that evidence

3   with the elements of the offenses that have been charged

4   in this indictment, but also because in that coverup,

5   which took us weeks to burn through, to shed a light on,

6   you will see evidence of intent to defraud.

7          You will see that from the get-go, from the very

8   beginning, these two men intended nothing but to steal the

9   money of those victims.

10          I say this, too.  While that evidence is

11   important, while the evidence of the coverup is important,

12   I submit, because you can use it to infer the criminal

13   intent of these individuals, I would also warn you, don't

14   follow that hall of mirrors, that rabbit hole, because in

15   the end it is not just the coverup; it is the elements of

16   the offense that you will be charged.  And that which we

17   will now go through you will see was proven, we believe,

18   with overwhelming evidence.

19          First, let me go through with you what the

20   indictment is and what is charged in the indictment.

21   Count One.

22          Count One charges Tommy Constantine and Philip

23   Kenner with a conspiracy to commit wire fraud.  And there

24   were three objects to that conspiracy, and it lasted a

25   number of years.

5689

1        First, there was the Hawaii land venture, which

2    you heard about early on and throughout, really, through

3    John Kaiser and Chris Manfredi, all the records pertaining

4    to the Lehman closing.  The Urban Expansion loan that you

5    heard about.  The Centrum loan, which we will talk about.

6        The second object of that conspiracy, the second

7    manner, I suppose you can say, in which that conspiracy

8    was achieved, was through Eufora, Mr. Constantine's

9    prepaid credit card company, through which millions of

10   dollars went and also, I submit, disappeared into the

11   hands, solely for the personal benefit of the defendants.

12       Finally, there is the Global Settlement Fund

13   objective of this conspiracy.  And, as you will recall,

14   and I'm sure you do, they are pertaining to the fact that

15   the defendants, by mid-2009, as the lines of credit

16   belonging to the hockey players were all defaulting, as

17   the hockey players are suddenly realizing they were

18   indebted, in some cases over a million dollars, and

19   started complaining and start sending desperate emails and

20   phone calls to their financial advisor Mr. Kenner, the

21   response was:  We got a plan for you.  We're going to go

22   sue Ken Jowdy.

23       And the evidence was, as you saw and we will

24   discuss in brief -- and, believe me, I'm not going to go

25   over every last piece of evidences.  Don't worry, we are

5690

1    not going to be here for another nine weeks.  But you will

2    see that the evidence was that much of that money just

3    disappeared and had nothing to do with Ken Jowdy's

4    litigation.

5              Judge Bianco will instruct you on the elements

6    of all the crimes and how the government must prove to you

7    unanimously beyond a reasonable doubt all of those

8    elements of all of the crimes.

9              As to wire fraud conspiracy, let me just can

10   touch on one minor thing -- not minor, I'm sorry, but one

11   of the portions of the instructions that he will give you,

12   and that is that essentially a criminal conspiracy is

13   different than the actual crime.

14             It is a criminal partnership.  It is a separate

15   crime from the underlying wire frauds.  And he is going to

16   tell you that there are a number of elements and that they

17   include that two or more persons, you must be convinced

18   beyond a reasonable doubt that two or more persons entered

19   into a particular unlawful agreement that's charged in the

20   indictment.

21             That the objective of the conspiracy was to

22   commit at lest one of those unlawful acts.  And in this

23   case at least Hawaii or Eufora or the GSF objective.

24             And, third, that the defendant that you are also

25   considering -- and you must consider them separately --

5691

1   knowingly and intentionally and willfully became a member

2   of that conspiracy.

3          That is Count One.

4          Count Two.  Actually Count Two through Six.  I'm

5   grouping this for a particular reason.

6          Count Two through Six pertains to the

7   substantive crime, to the actual defrauding of individual

8   victims in the taking of their money through fraudulent or

9   deceptive means, and in using the interstate and foreign

10  wires to effectuate that fraud.  And both defendants are

11  charged in Counts Two through Six.

12         Counts Seven and Eight have to do with the Sag

13  Harbor property that you heard of, sometimes referred to

14  as the Led Better property, here in Suffolk County.  This

15  pertains to, among other things, the wire transfers of

16  $395,000 from Michael Peca's line of credit which he had

17  opened and which he testified he did so believing that it

18  was there to use essentially for startup or development

19  purposes and expenses repeated to Hawaii.  Hawaii, not

20  Suffolk County.

21         In those two counts, Seven and Eight only, only,

22  Mr. Kenner is charged.  Mr. Constantine is not charged in

23  those two counts.

24         And Judge Bianco will, again, instruct you on

25  the elements of those substantive offenses, the wire

5692

1   frauds, and he will explain to you what a scheme and

2   artifice to defraud is and how you must, again, find the

3   defendants that you are considering knowingly and

4   willfully participated in those schemes.  And also that

5   the schemes used the interstate wires.  He will charge you

6   on that.

7           I expect that, among other things, in defining

8   what fraud is, Judge Bianco will tell you that fraud is a

9   general term and, among other things, it means that it is

10  there to gain an advantage over another by false

11  representations, suggestions, or the suppression of the

12  truth or with deliberate disregard of the truth.

13          It is not stealing or pick-pocketing.  It is

14  convincing somebody to part with their money willingly,

15  knowingly but without knowing all the material facts.

16          That is what fraud is.  And that is what you

17  will have to decide whether or not the government proved

18  beyond a reasonable doubt.

19          Finally, Count Nine.  Count Nine is the money

20  laundering count, actually money laundering conspiracy.

21  And again, both Mr. Kenner and Mr. Constantine are charged

22  in that final count.

23          Very briefly, I'm going to be talking about

24  money laundering because in many ways the evidence of the

25  money laundering dovetails with the evidence of the

5693

1    broader conspiracy to commit wire fraud as well as the

2    substantive wire fraud counts.  And Judge Bianco will

3    charge you as to the individual elements that you must

4    find beyond a reasonable doubt.

5         But in sum and substance I will submit to you

6    that I anticipate you will hear that, again, there must be

7    a meeting of the minds, a criminal partnership between

8    Mr. Constantine and Mr. Kenner to commit this separate

9    conspiracy.

10         There must have been financial transactions with

11   the proceeds of the wire fraud.  Not just any wire but

12   proceeds of the wire fraud.  And Judge Bianco will explain

13   to you what *proceeds* means.  And that the purpose of those

14   transactions wasn't just to take money out of an ATM

15   machine but was to conceal, to conceal ultimately the

16   disposition and the origin and the nature of the money

17   that was taken from these victims.

18         Let's talk about Count One.  And I'm going to do

19   my level best to track the indictment and also keep this

20   as chronological, meaning, from Hawaii to the very end.

21         So as to Count One, let's talk about what that

22   evidence was and what the evidence is that the government

23   submits to you that we believe proved that these two men,

24   Kenner and Constantine, intentionally defrauded victims of

25   the money that they had intended for the Hawaii land

5694

1    venture.

2            And central to that is the fact that you heard

3    and saw exhibits and testimony that much of that money

4    that was raised to develop the Hawaii land was simply

5    diverted, diverted to the personal use of the defendants,

6    either in the form of cash to pay off personal bills or,

7    in the case of Mr. Kenner we submit the evidence is

8    overwhelming that it got him a partnership in a resort

9    down in Cabo San Lucas, Mexico, something that none of the

10   witnesses, I believe the evidence was, told you that they

11   intended their money, their lines of credit, to be used

12   for.

13           Remember what the Hawaii land venture was.

14   Chris Manfredi, John Kaiser months after 9-11 go to

15   Hawaii.  They find in that paradise 200 some-odd acres of

16   undeveloped land for $750,000.  You can't even find a

17   parking space in parts of New York for that money.  And

18   maybe it was too good to be true, but they put their money

19   down on it and think sought to follow the American dream

20   and develop it into something.

21           Mr. Kaiser told you that the goal was either to

22   use his own and Manfredi's own money to build, or at the

23   very least subdivide and therefore add value to, the

24   property and make it more likely or more possible for some

25   other developer to come and do what we have heard now is

5695

1   vertical construction.

2           I never heard of vertical construction before

3   this case.  I always thought it was just building.  But

4   you know what that means now.  Vertical construction.

5           Along comes Mr. Kenner, about a year after that,

6   and tells the two of them -- and again I'm paraphrasing,

7   your recollections controls, the transcript controls what

8   the testimony was -- but in sum and substance Mr. Kaiser I

9   believe told you that Mr. Kenner represented himself to be

10  somebody who could provide the financing to do this.

11          He said that his recollection was he recalled

12  Mr. Kenner saying he was worth half a billion dollars,

13  $500,000.  And I know you heard in cross-examination

14  something about Michael Jordan only being worth a billion

15  dollars.

16          Again, this is one of those mirrors down which

17  you can follow and get lost in.  It really, I submit to

18  you, doesn't matter, for purposes of what Mr. Kaiser said

19  overall, whether he said he was worth half a million or

20  half a billion.  What mattered is, both he and Manfredi

21  were convinced that this was a man who could help them;

22  that Mr. Kenner was a man who could can help them finance

23  this project because of his access to hockey players and

24  others.

25          Only that is not what happened.  Now we have to

Summation - Miskiewicz

5696

1    go to the other side of the story, the other people who

2    were also dealing with Mr. Kenner at this moment, his

3    hockey players; the people who, by the way, and I cannot

4    ask you enough to recall this aspect of every one of their

5    testimonies.

6            They were not customers of Mr. Kenner.  They

7    were not there to sort of there to sort of trade and

8    bargain.  They were not businessmen trying to get one up

9    on Mr. Kenner.

10            Mr. Kenner was their financial advisor.  One of

11   the players called him my Jerry McGuire, if you remember

12   that movie, that they got so close.  And you heard that

13   from many people including Mr. Kaiser, who you saw a

14   photograph of Kenner at a church function for Mr. Kaiser's

15   family.  They trusted him.  That was the relationship.

16   They entrusted him with their money.

17            And you heard that that money, yes they make a

18   lot of money for a short period of time as hockey players,

19   but that money was, for the most part, like their

20   retirement funds; what would be there for them after

21   hockey was over.  And player after player after player

22   told you what the deal was as represented to them by

23   Mr. Kenner with respect to investing in Hawaii.

24            Michael Peca.  And again, you will have the

25   entire transcripts, any portion that you wish to have read

Summation - Miskiewicz

5697

1    back during your deliberation.

2            But among other things, and I'm not going to

3    read the entire thing, at page 31 he says the investment

4    was in two pieces.  There was $100,000 cash portion that

5    was invested, and then there was going to be a line of

6    credit for $1.775 million that I had the ability to do.

7    That was also going to be invested, which was going to be

8    used, I was told, to expedite some of the vertical

9    construction, building some ramps, infrastructure, things

10   like that.  And that was to give me roughly 12 to 13

11   percent of Little Isle IV.

12           And let's not forget what Little Isle IV is.

13   Little Isle IV was essentially the parent of all the

14   Hawaii LLCs, controlled by none other than Philip Kenner.

15   The operating agreements.  The bank accounts.  Everything.

16           Tyson Nash.  And again, it is there for you to

17   read, but at page 1908 he says so in general -- well:

18           Question:  So in general terms what was your

19   understanding of how the money would be used?

20           Answer:  To buy land.

21           Question:  Did he ever tell you that the money

22   would go to other investors?

23           Answer:  No.

24           Did you authorize money to go to other

25   investors?

Summation - Miskiewicz

5698

1          No.

2          Did he ever tell you to the money would go to

3     Mexico?

4          No.

5          Did you authorize money to go to Mexico from

6     your Hawaii investments?

7          No.

8          Joe Juneau.  Remember Joe Juneau?  First witness

9     on the stand.  Went to school with Mr. Kenner at RPI.

10    They were teammates playing college hockey.

11         Page 327, long ago.  Nine weeks ago.

12         Question:  What does Hawaii have to do with

13    Mexico?  Does it?

14         Answer:  I don't -- I don't -- I mean, the only

15    relation to me is that it's the same financial advisor,

16    Mr. Kenner, who advised me to go into both.

17         Were they separate deals?

18         I think so.  Yeah.

19         You know, when somebody says:  I think so, yeah,

20    you should say well, wait a second.  Is that an answer?

21    Is that, obviously it is an equivocation.

22         He didn't just, though, answer.  There was more.

23    Or I should say, the government didn't just produce the

24    answer that the witness gave.  There was more to this.

25         Government Exhibit 733.  This was an email June

5699

1   17, 2006, between Joe Juneau and Phil Kenner.

2           And remember, many of these emails you have got

3   to read the bottom and then work your way up.  They are in

4   kind or reverse chronology.

5           So you look at the bottom, at what Joe Juneau

6   says.  He says:  Phil.  I realize it's hard to read so let

7   me read it here.

8           Phil, can you tell me, it says 750,000 on the

9   contract?  Didn't I initially sign for 100,000?  3 percent

10  of the investment from Little Isle.  Also 3 percent in the

11  whole Hawaii deal?  Joe.  And Mr. Kenner's explanation is

12  there.

13          But he extent say anything about, you know, some

14  of your money went to Mexico.  Basically, all he says is,

15  he explains what the line of credit was and how much he

16  now has invested in Little Isle IV, Hawaii, and also gives

17  him an estimate of what the, quote, whole Hawaii deal is

18  worth, parentheses appraised land approximately 90 million

19  right now.

20          He doesn't say the land is worth approximately

21  90 million.  You heard that appraisal.  And there is no

22  issue.  Take again.  You can get lost in the sort of what

23  is important and what is not.  But the fact is, the land

24  was appraised at.  Fine.  Great.  That's why Manfredi and

25  Kaiser invested in it in the first place.

5700

1    But he doesn't say, as he could here:  *The*

2  *Hawaii land is worth 90 million.  By the way, remember Ken*

3  *Jowdy?  I told you about Ken Jowdy?  That land is worth.*

4    No.  It is not there.  It would have been a

5  perfect time to say it, but it is not there.

6    So when Mr. Juneau says:

7    Question:  Were they separate deals?  I think

8  so, yeah.  It is because of answers like that he got from

9  Phil Kenner.  Talking only about Hawaii.  Talking only

10  about his money going to Hawaii.

11    Back to Michael Peca, who was asked on

12  cross-examination about the loan agreement, the pledge

13  agreement.  All of those are in front of you.

14    There is no question here that these men signed

15  pledge agreements.  They, to a greater or lesser extent,

16  got better or lesser information.  This case is not about,

17  you know, you didn't tell them everything.  There is no

18  question they signed a loan agreement with Northern Trust,

19  the lines of credit.  That is not what the fraud and the

20  misrepresentation alleged in this aspect of the conspiracy

21  is about.

22    But what it is about is what that money was to

23  be used for.  And when he was asked on redirect, and we

24  are jumping ahead now, questions about yes invested in the

25  Global Settlement Fund.

Summation - Miskiewicz

5701

1        Question:  By the way, what if anything did that

2   litigation regarding Mexico have to do with the 1.775

3   million in your line of credit that you authorized for the

4   Hawaii investment?  What if anything?

5        Answer:  Nothing.

6        To this day, as you saw him on the stand, he had

7   no idea until this trial and what came out and what he was

8   confronted with and shown in exhibits where his money

9   went.

10       Brian Berard, another victim.  What about

11   investing portions of your line of credit to places let's

12   say in Mexico?

13       Answer:  No.

14       And listen to what else he says, because this is

15   characteristic of a number of the victims, these hockey

16   player victims, because they had both invested in Ken

17   Jowdy, Phil Kenner, properties in Mexico.  El Rosario, you

18   hushed about.  Cabo San Lucas.  They knew that they had

19   money down there.

20       But the Hawaii money?  The Hawaii line of

21   credit?  Look at what Brian Berard says.  At that time I

22   was already invested.  One was in the El Rosario property

23   in Mexico.  And then the other was in Cabo San Lucas.  And

24   my investments were 500,000 on El Rosario property and

25   200,000 on the Cabo San Lucas property.

5702

1       And I submit to you that if you read the rest of

2  his testimony, and we will come back to this later, he had

3  no idea nor was he advised by the defendant Kenner that

4  his money would be spent, his line of credit would be

5  spent, down in Hawaii.

6       By the way, John Kaiser is not only involved in

7  finding the property and beginning the process of

8  attempting to develop it.  He is also a victim.

9       He testified, and this is at page 975, I will

10  just point out to you or paraphrase very briefly, that in

11  or about July of 2005 he is asked by Phil Kenner, this is

12  after Kenner suggests to him that he has the money to help

13  develop the property on his own, Kenner asks him for a

14  million dollar loan.

15       Remember what Kaiser does?  He pulls together

16  money from his mother, you saw his mother testify, and

17  others, and they pull together a million, and basically

18  that is the last he ever sees of it.

19       He also, by the way, was told, and remember, the

20  reason we are here in Long Island is because the

21  allegation is that portions of the conspiracy affected and

22  wires touched upon the Eastern District of New York.

23       He says, at 975, that he got a phone call from

24  Kenner asking him for that wire.  And where was he?  He

25  says, I was home in Suffolk County when he got that.  And

1    he pulled together the money.

2            And what does he find out about where it goes?

3    He is told it is going to be a short-term loan.  15

4    percent, 30 days, 60 days, 90 days, years go by.  When

5    does he finally find out what happens to the money?  Just

6    before the Lehman closing, when he testified that Mr.

7    Manfredi accused Kenner of basically lying to them.  His

8    partners in the Hawaii deal.  And that is when he

9    realizes, or he is told by Mr. Kenner, your money didn't

10   go to Hawaii.  It went to Mexico.

11           And in sum and substance like of like:  *Does it

12   really matter?*  I mean, it is a million.  What's a million

13   dollars among friends?  Does it really matter?

14           Even Sergei Gonchar, the man who was so happy

15   with Mr. Semple's, whatever that was.  Remember

16   Mr. Semple, the accountant hired to look at the Global

17   Settlement funds?  And you know basically didn't do an

18   audit.  Didn't really do an examination.  Just based his

19   work on whatever he was told by Mr. Constantine.  And if

20   he wasn't told anything by Mr. Constantine, then really

21   that was it, and he even says he couldn't even reach a

22   conclusion.

23           There is an old computer expression for that:

24   Garbage in, garbage out.  That was what Mr. Semple's

25   testimony amounted to.  But even Sergei Gonchar, the man

Summation - Miskiewicz

5704

1    who.  According to Mr. Semple was like:  Oh, I'm fine.

2    I'm fine.  Yes, Global Settlement.  Yes, I'm fine.  Just

3    don't tell my wife about playboy, some joke like that.

4    Very funny.

5             When he was asked about his money with respect

6    to Hawaii, he says:

7             Answer:  Not when the deals were introduced to

8    us.

9             And there is a question above that.  You can

10   read it at page 4848.

11            Question:  The money from Mexico was not

12   supposed to go as to Hawaii?  They were separate?

13            Answer:  I mean nobody told me that money was

14   going to go back and forth when the deals were presented

15   to me.

16            No.  Even Sergei Gonchar.

17            Did they all forget that Mr. Kenner said to them

18   back in 2003, 2004, when their lines of credit were

19   indebted to the tune of $13 million?  Did all of those men

20   forget?  Forget they had been told:  Oh, well.  You know,

21   it's Hawaii, it's Mexico.  It's this.  It's that.

22            Judge Bianco will instruct you that it is the

23   government's burden to prove all the elements of the

24   offense beyond a reasonable doubt.  And he will charge you

25   on what reasonable doubt means.  But I anticipate what he

Summation - Miskiewicz

5705

1    is going to say is, the words almost define themselves.

2    It is a doubt based upon reason and common sense.

3    Reasonable doubt is not a speculation or suspicion.  It is

4    not an excuse to avoid an unpleasant duty.  It is not

5    sympathy.

6              So what does, I submit, your common sense tell

7    you about the fact that all these men, these hockey

8    players, John Kaiser, said they were told their money was

9    going to be used for X, and the evidence has shown through

10   documentation, through bank records, that it went to Y.  Y

11   in this in this case being Hawaii.

12             Listen to what Michael Peca and the defendant

13   Mr. Constantine say in their recorded conversation on July

14   12, 2012.

15             (Audio playing.)

16             *"I really appreciate your commentary."*

17             Now, why -- and I'm not trying to be sarcastic

18   or facetious about it -- the *"commentary?"*

19             But ask yourself, what does common sense dictate

20   at that moment?  As elicited through cross-examination,

21   and direct I suspect, Mr. Peca was recording that

22   conversation unbeknownst to the defendant Kenner.

23             Wouldn't it have been, at that late date, 2012,

24   a great moment for somebody in Mr. Kenner's shoes to say:

25   Look, Mike.  Like I told you a million times before,

5706

1   here's the documentation?  Here's the email.  Here's the

2   text.  I told you a million times before.  You agreed we

3   were going to send some of the money from Hawaii down to

4   Ken Jowdy in Mexico.

5           No.  That is not what he said.  *I appreciate

6   your commentary.*

7           Does common sense, does reason, does logic

8   suggest to you that that creates a doubt that:  Well,

9   maybe, maybe, maybe they just all forgot?  Maybe Peca and Sydor

10  and Rucchin and Murray and all these guys just forgot that

11  they had agreed, when they were thinking of Hawaii, they

12  also thought:  Well, money can go down to Mexico, too?

13          No, I submit to you there is no reasonable doubt

14  that they were told their money was going to Hawaii and

15  that it was diverted, stolen, defraud through omission,

16  deceit, lies.

17          There is a number of documents that you will

18  have to read and look at and study which also, we submit,

19  proves beyond a reasonable doubt, when you look at the

20  totality of the circumstances, proves there is no question

21  these men were lied to by Mr. Kenner about what the money

22  was for and where it was going.

23          You heard testimony that there was a loan in

24  December of '04, that Mr. Kenner flew down to Cabo San

25  Lucas and he signed or got Ken Jowdy to sign a promissory

5707

1    note and it was witnessed by some other guy.  You heard

2    that.  All right?

3            So now, does that cause you doubt?  It should

4    cause you a moment to consider.  It is evidence you must

5    consider.  But does it create, through common sense and

6    reason, reasonable doubt that that ever really happened?

7            Think about it.  That loan, agreement, is one of

8    the most important documents that any financial advisor

9    could have been handling hat that moment.  Mr. Kenner or

10   anyone.  It is not his money that he is loaning to this

11   guy Ken Jowdy.  It is his players' money.

12           And again, I say it again, these players are not

13   customers.  They are, you know, they are the men who are,

14   they are entrusting him:  Take care of my money, manage my

15   money.  Some of these guys didn't get through high school.

16           Joe Juneau's brilliant, bottom line is he is an

17   aeronautical engineer and he still said I didn't know

18   anything about money.  He needed a guy like Kenner --

19   well, he thought he did -- to manage my money.  So it is

20   their money.

21           Does he bring back an original?  No.

22           Does he have two copies:  Leaves one with

23   Mr. Jowdy and brings back the other one?  No.

24           Does he, in all the texts all the emails, ever,

25   ever contemporaneous with the signing of that supposed

Summation - Miskiewicz

5708

1  document?  And yes, I just used airports, because an I'm

2  telling right now, the evidence, I submit to you, is that

3  loan agreement is bogus.  Never happened.  Didn't exist.

4  Created as part of the hall of mirrors as part of the

5  deception and lies to divert attention away from these two

6  men.

7           And use your common sense and logic.  Wouldn't

8  you, as a financial advisor, particularly in America,

9  where we sue everybody at the drop of a hat and if by some

10  chance a financial advisor loses his client's money, what

11  do you think is going to happen?  Whether true or not,

12  fair or not, what is going to happen?  Clients sue.

13           Being a financial advisor at that point, don't

14  you think that Mr. Kenner would say:  You know what?  This

15  is important.  Let me bring my lawyer.  Let me get a

16  notary.  You keep a copy.  I keep a copy.  Like a closing

17  or something.

18           No.  No.  Goes down, Ken Jowdy's house that he

19  is renting.  Doesn't keep an original.  Apparently, Ken

20  Jowdy is renting a house that has a copier machine.  Does

21  that sound plausible to you?  Reasonable?  Logical?  No.

22  Bogus.

23           And that's all we got, th document, this piece

24  of paper saying:  Oh, I hereby loan my clients' money to

25  Ken Jowdy down in Mexico.

5709

1    But it is more than just that.  The bogus nature

2    of the loan agreement.

3    Just before the closing in Lehman in July of

4    2006 there was a letter to all the members of Little Isle

5    IV.  The one I have that I'm showing you is marked Kenner

6    Exhibit 70.  It came in under many other numbers, I think,

7    because various people signed the response form at the

8    end.  This one happens to be I think Darryl Sydor.

9    And again, don't get confused about the:  Oh,

10    that is his signature.  It may very well be.  It is not

11    the government's contention that every signature is phony.

12    There is one particular piece of evidence you heard about,

13    we will get to it, the fund raising agreement.

14    So they signed this agreement.  Okay.  Terrific.

15    Where does it say in this document that some of your money

16    is going to Mexico?  It is not there.  This would be a

17    good time.  We are doing the stuff.  This is the either

18    the state of the union letter or not the state of the

19    union letter, I forget how it was characterized by Mr.

20    Kenner in his testimony.

21    This would be a good time to say:  Oh, and by

22    the way.  It is not there.  You know why it would be a

23    good time?  Because Ken Jowdy is all over the letter.

24    In the second page of this letter, Ken Jowdy and

25    Bill Najam, under J&E, that is their holding company or

5710

1   LLC, are referred to as principals in the Cabo San Lucas

2   project.  And they are referred to here as instrumental in

3   obtaining Lehman's loan commitment.  And we look forward

4   basically to working with them in the future.

5              Perfect timing, contemporaneously, and everybody

6   would have had it and everybody would have seen it in July

7   of 2006 to say:  Oh, and you know Ken Jowdy.  He's part of

8   this family.  This Mexico Hawaii investment family.  He is

9   the guy we have loaned money to down in Mexico.  And he is

10  doing a great job or doing a so-so job.  We don't know.

11             Apparently, he was doing a good job, enough to

12  get 5 percent, 5 percent of the Little Isle IV venture.

13             So Mr. Kenner talks about Jowdy, talks about

14  Cabo San Lucas, gives him 5 percent essentially of, you

15  know, the hockey players' money, investment.  Doesn't say

16  a word about any promissory note or loan or the use of the

17  lines of credit to go down to Hawaii.  Not there.  You

18  know why?  Because he didn't need to come up with that

19  excuse.  He just needed to hide it.

20             And you know how he hid it?  In that same letter

21  where he is talking about how much money was raised, he

22  leaves out, pure math, he leaves out $5 million, which we

23  now know, through the testimony and through the exhibits,

24  went to Ken Jowdy.  He left it out.

25             He says we've raised 8 million.  He didn't raise

Summation - Miskiewicz

5711

1   8 million from the players.  He raised 13 million.  He

2   just leaves out the 5 million.  He lied to the players in

3   that letter.  At the most critical moment.

4        That's how you know beyond a reasonable doubt

5   that there was no Ken Jowdy loan.  There are was no

6   reference, no telling of the players:  Oh, by the way,

7   your money is going to go elsewhere.  Didn't exist.

8        And what else do we know?  Look at Government

9   Exhibits 4502 and 4503, both of them in evidence.  Also

10  signed, sealed, delivered just at about the same time the

11  Lehman loan is coming through, just about the same time

12  that letter is going out saying nothing about the loan.

13       And what do you find out?  You find out, what

14  did that 5 million or however much more or less that

15  netted out to be, what did it buy Mr. Kenner?  It bought

16  him a 39 percent interest in Ken Jowdy's Cabo San Lucas.

17  Didn't buy the players a 39 percent interest.  Him.

18       And if you read it, you will see that Ken Jowdy,

19  himself, is only a 40 percent shareholder in the parent

20  company.  Can't get too much closer to being equal

21  partners.  To this day, right now, he is a partner in that

22  resort.  That's where the money went.  That's what it

23  bought him.  And on the backs, on the portfolios, of the

24  hockey players.

25       Now, so far I haven't said much about

5712

1    Mr. Constantine.  But again, looking at the evidence in

2    its totality I'm going to submit to you that even at this

3    juncture, even in the early days of the Hawaii objective

4    of the conspiracy, there is evidence in front of you that

5    both Mr. Constantine and Mr. Kenner are deeply, deeply

6    intertwined financially and, I submit to you the evidence

7    proved, as coconspirators, as criminal partners, not just

8    business partners.

9            Remember FBI forensic analyst Chris Petrellese?

10   I know those charts, some of them are so dense.  They were

11   hard to even see up on the screen.  But they are in front

12   of you now.  Take all the time you want to pour over them.

13           Ultimately, what you are going to see, among

14   other things, and I have portions of one exhibit in front

15   of you, Government Exhibit 41.  It shows that between

16   December of '04, right around the time the Hawaii venture

17   is getting off the ground, to March of '06, just before

18   the Lehman loan comes through, there is already plenty of

19   financial evidence that Kenner and Constantine are

20   financially intertwined.

21           Ula Makika and Little Isle IV are sending

22   millions to Mr. Constantine's CMG or Constantine

23   Management Group and, to a lesser extent but it is still

24   there, Constantine sends money back to Kenner in the form

25   of almost 200, a quarter of a million dollars, almost, to

Summation - Miskiewicz

5713

1    GDM33.

2            And remember, GDM33 is Guide Dog, Mr. Kenner's

3    company.  One of Mr. Kenner's LLCs.

4            (Continued on the following page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Mr. Miskiewicz

5714

1          MR. MISKIEWICZ:  (Continuing)

2          So it's there.  They're intertwined.

3          You also know it through the testimony, through

4   the testimony of some of the same hockey players.

5          I don't have this up on the screen, but let me

6   make reference to it just so you have it.

7          Government Exhibit 723, December 23, 2003.  Very

8   early in the Hawaii venture Brian Berard is sending

9   $100,000 to Eufora on the recommendation of Phil Kenner.

10          Michael Peca, at page 413 says that in around

11   2004 is when he submitted or invested in Eufora.  Again,

12   at the recommendation of Mr. Kenner.

13          Owen Nolan, 2003, put in $100,000 investment.

14   Remember Owen Nolan?  He says at some point he wanted to

15   buy a stock in Eufora on the recommendation of Phil

16   Kenner.  And he's doing it around the holidays.  And he is

17   going to have some of that money from -- and some of that

18   investment he is going to give to his family, his brothers

19   at Christmastime.

20          And he calls Phil Kenner and he says, Do you

21   think I could get a certificate, a stock, something, you

22   know, some nice thing that I can hand to my family at

23   Christmastime other than the tree to show I'm giving them

24   this gift, this $100,000 gift of Eufora.

25          And what does Mr. Kenner tell him?  It's not a

Summation - Mr. Miskiewicz

5715

1    good time to do that now, not a good time.  You can just

2    write him a note.

3          Imagine a family, Hey uncle Nolan, thanks,

4    thanks for the empty envelope.  2003 he invests.

5          Steve Rucchin same thing.  2003 he invest in

6    Eufora at the recommendation of Kenner.

7          Darryl Sydor, January of '04 about $200,000 he

8    believed he had invested, again at the direction or at the

9    recommendation of Mr. Kenner.

10         So there is this financial connection between

11   the two.  And then something very, very significant

12   happens for your consideration regarding Mr. Constantine's

13   involvement, knowing and intentional involvement in the

14   Hawaii object of the fraud.  And it begins with what is

15   referred to as the Urban Expansion Loan.

16         And if you remember, James Grdina -- that's the

17   guy who said he needed a vowel in his last name -- puts up

18   money to help purchase one of those lots, the Waika Puna

19   parcel of land.  And they do it through the creation of a

20   company that Regina (ph) creates with Constantine called

21   Urban Expansion.  It's Government Exhibit 3801, it's in

22   evidence.  You can read the whole thing.

23         And it lays out there who the capital

24   contributors are, what the relative contributions are

25   supposed to be from Mr. Grdina and Mr. Constantine.

Summation - Mr. Miskiewicz

5716

1  Grdina is supposed to put up three and-a-half million

2  dollars, and he does.  Constantine is supposed to put up

3  one and-a-half million dollars, and he doesn't.  Nothing.

4          Grdina is told that they need a total of $5

5  million to close on Waika Puna.  They don't.  Mr. Kenner

6  in his examination admitted that's not what they need.

7  They needed far less than that.

8          But looking at Government Exhibit 3802.  In

9  that, in the note, in the promissory note that Mr. Kenner

10  signs to get that money from Jim Grdina, they build into

11  it a prepayment penalty.  It says, and this is in

12  paragraph 3, Borrower may not repay all the principal of

13  $3,500,000 US dollars prior to October 15, 2010.  This is

14  October 2005.

15          So any prepayment penalty over the next -- I

16  mean any payment of the three and-a-half million between

17  '05 and '010 would automatically result in a $2 million

18  penalty.  So they have to not only may off the loan, but

19  they also have to pay Grdina and Mr. Constantine $2

20  million.  For what?  I asked Mr. Grdina when he was on the

21  stand.  And this is at 2374 and 75.

22          Have you ever seen a prepayment penalty that big

23  on that amount of a principal loan?

24          Answer:  No, I have not.

25          Question:  Did you insist on the creation of

5717

1   such a prepayment penalty?

2            Answer:  No.

3            Question:  Other than Mr. Constantine saying

4   that to his lawyer in that e-mail -- and the e-mail will

5   be for you to consider, but he is making reference to an

6   e-mail about the terms of the agreement here and the

7   prepayment penalty -- other than Mr. Constantine saying

8   that to his lawyer in that e-mail which he concedes to you

9   -- did you have any conversations with Mr. Constantine

10  about, Hey, we should get, you know, a 66 percent,

11  thereabouts, prepayment penalty?

12           Answer:  No, I did not.

13           So in other words, there is only two people

14  coming up with the Urban Expansion Loan, actually only one

15  person coming up with case, and that's Jim Grdina, he is

16  not asking for an essentially 66 percent prepayment

17  penalty, it's all Tommy Constantine.

18           And where is that money going to come from?

19  Right.  This is Kenner agreeing to pay not only back the

20  three and-a-half million, but Kenner agreeing, oh, if it

21  gets paid off in the next five years I'm going to pay you

22  two million.  Where is that money going to come from?  He

23  doesn't have it.  It is going to come from the hockey

24  players.  Or it's going to come from Lehman Brothers or

25  whatever it was that they were looking at at the moment to

5718

1    develop Hawaii.  It's diluting the equity that the hockey

2    players did intend to put in for Hawaii.  It's baking into

3    this fraud a way of basically stealing $2 million for

4    nothing.  Nothing, which is exactly what Mr. Constantine

5    puts into it.

6         And you know Mr. Kenner knew that the Lehman

7    loan was pretty much imminent.  It would not get closed

8    for another, a lit less than a year.

9         But as he testified at page 4307 to 09, at the

10   time of the proposed Lehman closing in the summer of '05,

11   that's before the Urban Expansion Loan, before this $2

12   million crooked prepayment penalty is cooked into the

13   books, he knew.  In fact, he felt that he was going to

14   close in the summer of '05.  And yet he goes ahead and he

15   cooks this with his partner Tommy Constantine into the

16   Urban Expansion Loan.  And he goes on.  And he says, there

17   were problems, and things happened.  And in the eleventh

18   hour I told Lehman, you know, I'm not going through it.

19        But he knew in '05 before he signed the Urban

20   Expansion promissory note that the money would be coming?

21   What did he think?  That Lehman -- he's going to back off

22   of Lehman and just wait for another five, six years and

23   not invoke the prepayment penalty?  Of course he knew.

24   Common sense dictates he knew.  Beyond a reasonable doubt

25   he knew, and of course Tommy Constantine knew because he

5719

1   was getting the big chunk of money.  And again, for what?

2   Zero dollars that he put in.

3        Phil Kenner signed that promissory note,

4   Government Exhibit 3802, October 14, 2005.  In other

5   words, months after he was this close to closing with

6   Lehman.  And you heard that, you know, he continued to

7   look for other investors to replace Lehman.

8        And then look at the settlement agreement.  I'm

9   not going to bore you with all of the financial records.

10  But there it is in black and white.  This is the

11  settlement statement when Lehman Brothers does come along.

12  And there is the payment for Urban Expansion, $6,935,000

13  and change to Urban Expansion.

14        Out of that $2 million goes right to Tommy

15  Constantine for no reason at all.  $2 million that could

16  have been used for Hawaii.  $2 million that didn't have to

17  be wasted, diverted, wasted for the players, diverted away

18  from the players, diverted to Kenner and Constantine.

19        And look at, I believe there is a Chart 7.  Look

20  at the flow of the money.  Special Agent Josh Wayne, you

21  remember Josh Wayne's charts and carts.  And these are

22  representations of a lot of documentation,, all of the

23  documentation that backs up these charts will be there for

24  your consideration.

25        But look at how this money flows.  The $6.9

5720

1   million goes to Urban Expansion.  The $2 million goes to

2   Constantine, over $2 million.  And then from there,

3   Constantine spends it on things like Playboy and his car

4   racing business.  And then look at where the rest of the

5   money goes.  Some of it goes to pay for Mr. Kenner's

6   ex-wife's house.  And some of it, just $419,000 just goes

7   to pay off personal loans that Mr. Kenner has.

8           So he benefits even from this crooked deal, is

9   the only way I can describe it.  Crooked, $2 million

10  dollar prepayment penalty in Urban Expansion.  Why?  There

11  was absolutely no reason for it.  Certainly the players

12  knew nothing about it.

13          There is another loan related to the Hawaii land

14  venture.  And it has to do with, again, the fact that

15  money has already been diverted.  And now more money is

16  needed.

17          What happens?  At about the time of the Centrum

18  loan in December of '04, actually before the Centrum loan

19  the players put up 3.4, almost $3.5 million to buy a

20  parcel of land called Honu'apo.  And again, Honu'apo is in

21  the middle of those three parcels in Government 945.

22          Now this is what they thought all of their money

23  would be used for.  Their lines of credit would be drawn

24  down, and it would be used maybe to purchase some land, or

25  maybe used to build infrastructure, or whatever.  Look at

5721

1   what happened.

2           Kenner admits at page 4637 that that Centrum

3   loan money was part of the 5 million he sent down to Ken

4   Jowdy.  That is not what any of those men agreed to.  And

5   what did they have to do, or what was going on at this

6   time?  They were already highly indebted to Northern

7   Trust.  Every single one of those men are.

8           Owen Nolan has over $2 million in the ring.  And

9   the deal makes no sense.  They have to take a 12 percent

10  loan from Centrum.  The players are already paying six

11  percent on their lines of credit.  That's 18 percent.

12  There is no other way to characterize it on the same

13  money.  They should just own Honu'apo.  Instead they have

14  this debt.  Why?  So that Mr. Kenner can shovel more money

15  to his partner Ken Jowdy in Mexico.

16          And again, Special Agent Wayne showed you

17  through one of the charts, I believe it's kind of small to

18  read.  I think this is Chart 4.

19          They end up mortgaging Honu'apo.  And look where

20  the money goes.  It goes to Mexico, obviously.  And it

21  doesn't just go through Mexico, it goes through a series

22  of companies all controlled by Kenner, which you will see

23  time and time again that money, which I submit to you is

24  not only important for the overall wire fraud conspiracy,

25  but also important because it's part and parcel of how the

Summation - Mr. Miskiewicz

5722

1    money was, or financial transactions were designed to

2    conceal where the money went.  It's part of the money

3    laundering.  And of that there is Tommy Constantine again

4    getting $650,000 out of the Centrum loan.  For that?  For

5    what?  For nothing.  Pure fraud.

6              And what does he get out of it?  The Palms.

7    We'll talk about the Palms later, because you heard a lot

8    about the Palms units, the condos.  He gets money to buy

9    this unit.  It's night nice if you like that kind of

10   stuff.  He gets that.

11             What do the players get?  Red ink, debt,

12   nothing, stolen money.  That is what they get.  He gets

13   that, they get that.

14             I believe that Judge Bianco in instructing you

15   on how to evaluate if the evidence is sufficient to show

16   that there is a conspiracy among two people alleged to be

17   co-conspirators, we'll say, will charge you that among

18   other things that actions often do speak louder than

19   words.

20             And if you look at the Centrum loan, I can not

21   think of a more perfect example of proof beyond a

22   reasonable doubt -- actions speak louder than words -- no

23   reason to mortgage Honu'apo parcel.  No reason other than

24   for Kenner to get his 39 percent.  Because remember, this

25   is happening at the same time as, you know, some of the

Summation - Mr. Miskiewicz

5723

1   other transactions we have already talked about.  To get

2   his piece of the pie, that resort in Cabo.  No reason.

3   Actions speak louder than words.  And in this case the

4   action is pure fraud.

5          Your Honor, may we take a brief break?

6          THE COURT:  Yes, we'll take a recess.

7          Don't discuss the case.

8          (A recess was taken.)

9          (After recess.)

10         MR. LaRUSSO:  Your Honor, while we're waiting,

11  the Internet is down.  If someone can restart it?  I was

12  just wondering.

13         THE COURT:  We'll check.  Did this just happen

14  this morning?

15         MR. LaRUSSO:  This morning.  Thank you, your

16  Honor.

17         (The jury entered the courtroom.)

18         THE COURT:  Okay, Mr. Miskiewicz.

19         MR. MISKIEWICZ:  Thank you, your Honor.

20         Very briefly to pick up where I left off.

21         Actions speak louder than words.

22         In the indictment it is alleged that among the

23  other manner or means by which Phil Kenner achieved the

24  objectives of the conspiracy, at least insofar as the

25  Hawaii portion of the fraud, is by concealing the amount

Summation - Mr. Miskiewicz

5724

1   of debt that had been wracked up by him on the backs of

2   the hockey players.

3           Look at those numbers.  But for Urban Expansion,

4   a substantial portion of that debt could have been paid

5   off.  But for Centrum, again, a substantial portion of the

6   debt could have been paid off.

7           You heard testimony that, yes, after the Lehman

8   loan everybody got back a little butt.  But immediately

9   their lines of credit went back up.

10          And remember Aaron Mascarella, the former

11  executive at Northern Trust?  At page 8 he is asked.

12          Question:  What if anything did Mr. Kenner

13  instruct you about where the monthly statements for the

14  lines of credit would go?

15          Answer:  He wanted us to send them to his

16  personal residence.

17          And you know then the FBI and IRS executed an as

18  warrant, search warrant at Mr. Kenner's house, they found

19  it, many of those records.

20          And why is that significant?  Well, some

21  statements, some records did slip through the cracks.  I

22  think you heard testimony that some records were mailed to

23  Mr. Peca and Mrs. Peca's former or temporary residence

24  when he was moving from one team to another.  I believe

25  Mr. Ranford admitted that some of the lines of credit

Summation - Mr. Miskiewicz

5725

1    statements that came in evidence here had been mailed to

2    his summer address in Vancouver.  So some, there were

3    cracks, this was not perfect, this concealment.  But look

4    at, again, what Mr. Kenner does to conceal the debt that

5    he is loading onto his players.

6              This is an e-mail, difficult to read maybe.  I'm

7    not going to go over it line by line, what it says.  But

8    it came in as a Kenner Exhibit in cross-examination of Joe

9    Juneau.  He was the first person to confront his former

10   team mate and RPI classmate and now financial advisor in

11   this e-mail in 2007.

12             And he says, Phil, what is this Northern Trust

13   letter we just received?  It says that my line of credit

14   -- he goes on -- secured by N T I M A S, is now 53 days

15   late.  It says, advance of default.  What is this?  Please

16   explain.

17             What does Kenner say?  Again, you can kind of

18   look at the bottom, and work your way up in reverse

19   chronology.  He says, I paid off the LOC, meaning line of

20   credit.  It's all good.

21             How did he pay it off?  He just shifted money

22   from Owen Nolan's account to pay it off.  That's all.  He

23   didn't pay it off, Owen paid it off because Joe Juneau,

24   probably the longest person he had a relationship with,

25   Kenner had a relationship with, started asking questions.

Summation - Mr. Miskiewicz

5726

1    And from that moment on, what else do we know?

2              Well, look at the -- he was asked, Mr. Juneau,

3    about the extension of credit in the first place.  Because

4    in that email and others he said that he was unaware that

5    he had a $500,000, $750,000 line of credit.

6              Government's 2155.  This is the statement of

7    purpose for an extension of credit secured by margin

8    stock.  This is secured by Mr. Juneau's  portfolio.  And

9    he said he signed it at the bottom there.

10             But then he was asked a series of other

11   questions about the center portion, part 1.  He was asked.

12             Regarding the $500,000, what is the amount of

13   credit being extended?  In handwriting it says, $500,000.

14   He was asked, Is that your handwriting?

15             And at page 170 he said, No.

16             Do you see there is two lines, still on

17   government's 2155.

18             Do you see there is, two lines down, it says, If

19   the answer is no, describe the specific purpose of the

20   credit.

21             Do you see that?

22             Answer:  Yes.

23             What does it say?

24             Real estate investment.

25             Question:  Is that your handwriting?

Summation - Mr. Miskiewicz

5727

1        Answer:  No.

2        Question:  Mr. Juneau, did Mr. Kenner ever tell

3    you that you were putting in $500,000 dollars into the

4    Hawaiian deal.

5        No, never.  Page 170.

6        And just remember, Little Isle IV for a period

7    of time had  its own line of credit secured by Owen Nolan

8    and Juneau.  And here he is saying, I have no idea.

9        And you know he had no idea because in 2007 when

10   he is e-mailing his financial advisor, his friend.  He

11   says, What's this about?

12       And his friend says, It's all good.  I paid it

13   off.

14       I?  He paid nothing, Owen Nolan paid it off.

15       Although frankly Owen Nolan didn't even know he

16   paid it off.  And how do we know that?  I'm not going to

17   go through every one of these charts.  This happens to be

18   Government 33 in evidence.  But what I would submit to you

19   is essentially the Ponzi scheme portion of the Hawaiian

20   fraud.

21       And we charge in the indictment, the government

22   alleges in the indictment that there was a period of time

23   in which Mr. Kenner engages in these series of

24   transactions again and again and again.  They are again, I

25   submit to you, relevant for purposes of the money

5728

1    laundering conspiracy, but also how he conceals what's

2    going on.

3          Because look at the utter ridiculousness of

4    these transactions.  Glenn Murray's line of credit.  Owen

5    Nolan, Sergei Gonchar.  Hey, I like GSS, there is no

6    problem.  My wife's got Playboy, everything's cool.  Even

7    he gets ripped off here.  Steve Rucchin.

8          And in some cases remember the testimony was

9    that the yellow in the box to the right represents people

10   whose lines of credit is both being paid off and borrowed

11   against at once.  It's ridiculous.  It's like taking your

12   American Express and borrowing against it to pay off your

13   MasterCard interest payment, just interest.

14         And this goes on, and on, and on, until there is

15   no more money.  And now Mr. Kenner has to start drawing

16   down whatever he can because there is no more money to

17   pay.  And that is what really causes the house of cards to

18   begin to fall in 2009, in 2009 when the letters of default

19   start coming out to the hockey players.  And they

20   certainly got all of those for the first time.

21         And you heard player after player saying, you

22   know, I came home from this trip or that trip and/or it

23   came in the mail and we were astounded.  We had no idea.

24         Did they just forget?  No.  They were lied to.

25         They were concealed, or I should say the amounts

Summation - Mr. Miskiewicz

5729

1    to which they were placed in debt was concealed from them.

2            And again, let me say this.  If there is any

3    suggestion in your part during your deliberations that

4    this is just, you know, the government wants a conviction

5    or something like that because people lost money in a real

6    estate deal, read the indictment again.  Go back to Judge

7    Bianco's chart.  That is not an issue.

8            Capitalism sometimes results in losses,

9    sometimes big losses.  Certainly Lehman, we know has lost.

10   The difference here is, operative or material thefts were

11   concealed from these people.  And that is why, and that is

12   why they didn't do anything for years, 2003, four, five,

13   sic, seven, eight, nine, nothing.  Why?  Because they had

14   no idea.  And that's what makes it a fraud.  They were

15   lied to.

16           Now there is evidence regarding a forgery.  And

17   it relates to Government Exhibit 5104.  If you will recall

18   the testimony that refers to John Kaiser about this

19   document.  He did say funding consulting agreement.

20           It purports to give Little Isle IV, who remember

21   is controlled by Phil Kenner, basically agreeing to pay

22   Constantine Management Group, one of the co-conspirator's

23   various companies, CMG, a consulting fee for fundraising,

24   fundraising regarding -- for what?  And there are two

25   agreements here, one was purportedly signed in December of

5730

1    '04.  And the other one was signed in June of '05.

2            So you must -- first of all I think you can

3    consider does that somehow explain and give reasonable

4    doubt to the allegations of fraud?  Because after all

5    there is this agreement.  This is one of those areas where

6    I want to suggest to you there was a lot of time spent

7    talking about basically a deception.

8            This document, through the expert testimony,

9    through John Kaiser's testimony and through the

10   circumstances under which it was purportedly signed, I

11   submit to you prove beyond a reasonable doubt it's nothing

12   but a forgery, a fraud.

13           When it was created, who knows.  But consider a

14   number of important relevant facts regarding this

15   agreement.  It is signed by, among others, John Kaiser.

16           John Kaiser didn't control the money for any of

17   either the Constantine corporations or the

18   Kenner-controlled corporations.  Why would he care?  And

19   for that matter, what authority would he have to commit

20   player money to pay Mr. Constantine supposedly for raising

21   money?  None.

22           And it's not just Mr. Kaiser who said it.

23   Government 103, an e-mail from Phil Kenner to Michael

24   Stolper.  This is back, this is years later.  And I'm

25   going to talk about the Stolper investigation or whatever

Summation - Mr. Miskiewicz

5731

1   that was later -- but he says in the excerpted part of

2   this e-mail.

3          I'm not sure that Kaiser ever signed an

4   agreement with Constantine on behalf of Little Isle IV,

5   LLC.  Kenner was the managing partner, a managing member

6   of Little Isle IV, LLC not Kaiser.  Kaiser has never been

7   a member of Little Isle IV, LLC.

8          So he had his own e-mail.  John Kaiser has no

9   control to contract Little Isle IV with Constantine.  He

10  is a third witness.  You know what he is?  He's a New York

11  City cop.  And he's a good -- hey, let's get the cop who

12  is also our builder now that the FBI and others are

13  snooping around about what we're doing, let's put his name

14  on it.  That is what that is.

15         You heard from an expert, a handwriting expert

16  John Osborne.  It's at page 3627 he gives you his opinion.

17         With respect to each of the two signatures it is

18  my opinion that it is highly probable that the signatures

19  are attempted simulations not genuine signatures of John

20  Kaiser.

21         And Judge Bianco will instruct you as to how to

22  evaluate an expert's opinion.

23         Remember, this was what he was looking at.  And

24  he gave you his reason.  It's in the record.  I'm not

25  going to repeat it.  But the jitteriness of the

5732

1  handwriting, among other things, which frankly you know

2  you'll have the exhibit and you can look at it.  You can

3  make your own assessment.

4          Judge Bianco will tell you that you're to

5  evaluate that witness like anybody else.  And among the

6  things to look at are what are his qualifications.  Well

7  you heard what his qualifications are and it's in the

8  record.

9          Does he have an interest in this case?  And he

10  testified that he has been in the business for years.

11  It's a family run business.  He has testified for

12  plaintiffs, for civil defendants, for criminal defendants,

13  and for the government.  He has no interest in the outcome

14  of this.  That was his opinion.

15          Something very also very, very important to

16  remember about that consulting agreement which I submit to

17  you proves beyond a reasonable doubt that it is a fraud.

18  It is a fraud to further the goals of the Hawaiian

19  objective of the conspiracy.  And it's this.

20          Kenner testified that as with both the December

21  '04 and the June '05 agreements, he and Mr. Constantine

22  signed them in Scottsdale, Arizona on or about the dates

23  set forth therein.  And then as to both he said, John

24  Kaiser wasn't around so I had him sign and essentially

25  backdate it the next time I went to Hawaii on a

5733

1   quote-unquote, due diligence trip to Hawaii.

2          And among other things he was asked at page

3   4306, Are you able, Mr. Kenner, to recollect the day that

4   occurred?

5          And specifically in this portion he is talking

6   about the June 1st of 2005 agreement in which he claims

7   that he had John Kaiser sign it.  And he says, No, I am

8   not.  I am not able.  In other words, to recollect.

9          John Kaiser could.  And I submit to you it

10  defies logic, the story about he went to Hawaii on among

11  other dates the June '05 agreement.  You know why?

12  Because John Kaiser lost, his wife had just lost a baby in

13  June of that year.  He testified he was still out of

14  commission at home June and July of that year.

15         In fact July is when he said he got that call

16  about the Hawaii $1 million loan I mentioned earlier this

17  morning.  He was still at home in Suffolk County when he

18  got that phone call.  He remembered where he was.

19         And he was asked, Were you anywhere in Hawaii at

20  that time?

21         No.

22         Or Scottsdale Arizona?

23         No.

24         Kenner lied, pure and simple.  He forged, or

25  somebody forged that signature to give it some patina of

Summation - Mr. Miskiewicz

5734

1   legitimacy, because they needed a third a person to sort

2   of say, Oh, we're all one big happy family, right, John?

3            It's a forgery.  Actions speak louder than

4   words.

5            Why do that?  Other than you need now, whenever

6   this was created, and I submit to you it certainly wasn't

7   created on the dates set forth in these agreements.  The

8   only reason you do is this is, again to create a hall of

9   mirrors, you know, get the FBI and the IRS off your tail.

10           Hey, one of your own, a cop, he signed the

11  agreement.  Must be okay, right?  A forgery.  And there

12  is only one reason to do it.  There are only two people

13  who benefitted from it.  The reason was to continue the

14  concealment, to continue the conspiracy.  The only two

15  people would benefitted from it was Phil Kenner and Tommy

16  Constantine.  And you saw in black and white the numbers

17  through Urban Expansion and the Centrum loan as to how

18  they benefitted.

19           I'll talk just very briefly about one shorter

20  aspect of the Hawaiian fraud, and then we're going to move

21  on.

22           Discovery Harbor Lots.  That is, you recall, a

23  small portion of land within the area of Waika Puna and

24  Honu'apo.  Pure theft.

25           The money for Discovery Harbor Lots comes out

Summation - Mr. Miskiewicz

5735

1   March 24, '05 from Brian Berard's line of credit.  Goes

2   through Big Isle IV, and it goes to the Fidelity National

3   Title Company.

4           And years later, now in 2013 the real estate

5   market has crashed.  Whatever Discovery Harbor Lots was

6   worth, it's certainly not worth the money that was stolen

7   from Brian Berard's line of credit.  But it sold.

8           And where does the money go?  It goes back to

9   Mr. Kenner.  Actually goes through Mr. Kenner's son's bank

10  account, out of which he then makes a series of

11  withdrawals.  Which he says, he admitted he did on the

12  advice of Chase Bank employees to avoid the filing of a

13  currency transaction report.

14          Remember he testified about that.  You know, if

15  he withdraw $10,000 or more he would have to file a

16  currency transaction report.  And the bank teller

17  suggested, maybe you don't want to do that.  You know, I

18  could be here for nine weeks talking about the lies

19  Mr. Kenner testified to.  Let me just give you one.

20          See where it says $9,500 and $9,000 both on

21  April 9, 2013?

22          You know, you remember what he said?  He said, I

23  went to the bank teller and I wanted to withdraw more than

24  $10,000.  And the bank teller asked me, Do you really need

25  all of that money in one day?

5736

1      And I said, No.  No, I'm good.  I don't need --

2   whatever it was that he wanted to withdraw.

3      So that is yes told you it was the bank teller

4   who told him how to avoid the currency transaction report.

5   Black and white, it's a lie.  Oh, one day, the very day,

6   the first day when he says, I went there and you know I'm

7   asked do I really need all of the money and no, I don't.

8   Yes, he did.

9      Because he either went around the block, or went

10  to a different branch.  Because the same day he withdraws

11  another $9,000, on the same day.  How do you square those

12  two statements?  She told me, whoever this teller is, she

13  told me how I could avoid a currency transaction, and

14  since I didn't need the money -- Yeah, sure I'll take the

15  money.

16      And on the same day he is back and withdrawing

17  the same amount of money.  A lie.  A bald-faced lie

18  about, granted a small portion of the overall fraud.  But

19  this is something that you rightly can take into account

20  in assessing his testimony.

21      By the way, it's not just Brian Berard whose

22  money is stolen for the Discovery Harbor Lots.  There were

23  several of them.  Another one is, comes simply right out

24  of Darryl Sydor's line of credit.  And again, it's the

25  same pattern.  The money comes in, the money comes out of

5737

1    the line of credit for $200,000.

2            I suppose if it stopped right there, one could

3    say, well, this is what Hawaii was intended for.  This is

4    what the lines of credit were intended for.  Brian Berard

5    and Darryl Sydor are helping Little Isle IV to purchase

6    land out of their lines of credit.  Fine.

7            But it doesn't continue.  It goes from Little

8    Isle IV to another company, which again I think we should

9    take into account and consider with respect to the money

10   laundering charge.  And then a portion, actually $86,000

11   of that $200,000 goes again to the title company.  And

12   then the same pattern, years later, real estate crash, he

13   sells it, he keeps the money.  And then pulls it out in

14   two cash withdrawals.

15           And again, back to the, the state of the union

16   or not state of the union letter in July 2006.  This is

17   the letter to all of his members -- this one I'm holding

18   up is Kenner Exhibit 93 -- you know, page 1 lists all of

19   the properties that are part of the Hawaii venture.

20           Little Honu'apo, Honu'apo, Waika Puna, Moaula --

21   sorry -- church, and the various percentages.  There is no

22   Discovery Harbor, no Discovery Harbor.  No way Brian

23   Berard or Darrel Sydor, even if they knew about what was

24   happening to their line of credit, could trace this

25   portion of the fraud.

Summation - Miskiewicz

5738

1        (Continued from the previous page.)

2        Totally concealed.  Totally concealed.

3        Let's talk about Eufora.  And again it may very

4   well be a good idea.  No question patents were obtained.

5   The issue here is what did any of these people get for the

6   money that they were induced to part with?  I submit to

7   you this object of the fraud which really takes hold in

8   late '08 through '09 and also dovetails with the

9   substantive wire fraud counts really shows how these two

10  men Kenner and Constantine are working hand in hand, not

11  as business partners but partners in crime.

12        We know from prior testimony in the deposition

13  that Mr. Constantine gave, you'll have the entire

14  deposition to read, those portions that were admitted, but

15  Government's Exhibit 8021-R, a portion of it, you can read

16  it for yourself, but he says in sum and substance when

17  he's asked what Eufora is, one of his answers is, really,

18  I mean, I was going to say it's not worth mentioning but I

19  mean in the sense that it's not a profitable endeavor.

20        Was it at some time?

21        No, it never has been to date.

22        When does he say that?  April 23, 2009.

23        Jumping ahead you can talk about the Global

24  Settlement Fund in a little while, it's right at the same

25  time he's both getting other people involved in Eufora and

5739

1    pitching some of the same victims to get involved in the

2    Global Settlement Fund.  You know, in his own words, it's

3    not much to talk about.

4            This came in relatively late in the trial.

5    Government 4717, Mia Edrozo you heard from I believe Mark

6    D'Ambrosio, who she was.  This is March of '08, the

7    subject line.  Please respond.  Negative operating

8    balance.  We have no float, no cash, no operating money.

9    The operating balance later in the e-mail is negative

10   18,000.

11           Kenner knows what is going on.  At about the

12   same time, there's an entire book of text messages that

13   were admitted.  You can look at them.  I'll not go over

14   every one.  These themselves told an incredible story

15   about a close relationship with the most intimate details.

16           During the testimony you heard, you know,

17   Mr. Constantine is telling Kenner about his girlfriend or

18   wife's credit card bills and the need to come up with

19   money and Kenner responds and helps him out, and there is

20   text after text like this.

21           April 8, 2008, about the same time, a little

22   after, that Mia Edrozo, says we have no cash, nothing.  In

23   green, there is Constantine saying -- I'm sorry, PK, Phil

24   Kenner in green and that is the color throughout all of

25   those texts, Mr. Kenner is communicating in the green

Summation - Miskiewicz

5740

1   "bubbles" telling him about moneys he just sent to his

2   account.

3           On that day, April 8, 2008, $100 it says is in

4   your account.  Please call me about the Palms, PK.

5           Look at what happens to Michael Peca's line of

6   credit right about that same time.  Actually one day

7   early, not $100; 100,000 is invested but not in Eufora.

8   CMG, which again in those depositions you are going to

9   hear, you'll read Mr. Constantine made all kinds of

10  references to it essentially just a personal, you know,

11  bank account essentially, not something that is related to

12  Eufora, not what you heard in the last couple days somehow

13  the repository of a private stash of stock in Eufora.

14  It's something to separate his business accounting firm.

15          And, I mean, look at that.  The 100 is in your

16  account.  Look at what happens to Michael Peca.  You know,

17  thanks, Mike.

18          Another series of texts in April of 2008, and

19  there are several of them here, I'll not read them.  Going

20  on about -- it says $17 for Hilton and you heard who

21  Hilton was, the guy that Mr. Constantine owed money to for

22  one of the properties.  And a Florida lawyer that he needs

23  44, and it goes on like this, back and forth with ABA

24  numbers transmitted, 25 to 40k, you know.  He's even asked

25  on April 24, 2008, Constantine asks:  Is that Eufora

5741

1  money?  And Kenner says yes.  And look at what happens to

2  Tyson Nash's money, same period of time, April of '08,

3  100,000 goes in, goes into CMG, not Eufora, and then where

4  does the money get blasted out to?  Compare this text with

5  the money trail and you'll see that 17,000 went to Kenner.

6       The 40,000 went to Wampler Buchanan Walker, a

7  law firm for one of Kenner's many lawsuits unrelated to

8  Eufora.

9       It goes on:  I need 30k tomorrow.  Dude, I

10  really have to spend the next week, I'm paying all of my

11  bills, there's racing, Cabo, Eufora.  It goes on.  There

12  are transactions, you will see, Mr. Ranford, Mr. Sydor,

13  his money going out to Playboy.  It has nothing to do with

14  Eufora.

15       Again, Eufora was just an excuse, a deception,

16  an object, a way of stealing more money at a point in

17  which they desperately need money.

18       Dude, that's just half of the story.  I have so

19  many people up my ass right now.  And then enter Tim

20  Gaarn, a guy from New Jersey who testified here under the

21  terms of an immunity or given immunity against prosecution

22  and Judge Bianco will instruct you how to evaluate such

23  agreements and such testimony.

24       But in sum and substance, Tim Gaarn testified

25  that as a favor to Phil Kenner who had loaned him a lot of

5742

1   money over the years at a point in his life when he was

2   unable to pay his own bills, about to be foreclosed on on

3   his property in New Jersey, he agrees to become the person

4   who runs one of these subcompanies, Standard Advisors,

5   will take the stock owned by Standard Advisors in Eufora.

6   Why does he do it?

7         Kenner asked him to do it and he had done him

8   many favors in the past.  Does he think on the stand that

9   he had committed a crime?  That's for you to evaluate.

10         Certainly he testified here under the terms that

11   nothing he said could be used against him, but the bottom

12   line is what does he do?

13         Through Tim Gaarn, and remember he testified

14   that document that was dated 2005 when he has supposedly

15   inherited all the shares of Eufora was false.  He actually

16   signed it just days before he opened the bank account in

17   Wachovia through which all this money flowed, and you saw

18   the bank records, that account opens late December of '08,

19   and that's when the money starts flowing.

20         First, right about this time, December 30, 2008,

21   the same date Gaarn is opening up his Wachovia account,

22   give or take, he may have opened it up December 31st, I

23   don't recall, but it is in evidence.

24         Constantine:  Can you wire CMG a little dough?

25   It is negative 220 -- I think it is a fair inference from

Summation - Miskiewicz

5743

1    the way these men talked to each other and the financial

2    records when they say negative 220, they are not talking

3    $220, they are talking $220,000.

4           Now we know here that Mr. Kenner having been

5    very generous to Mr. Constantine is suddenly also running

6    into financial difficulties.  Wells Fargo has pulled the

7    plug on me.  And they go on.

8           What happens?  100,000 comes into Eufora from

9    Glen Murray and goes out, almost within -- well, within

10   two days through Gaarn.  And from there look at the

11   nature -- and this is typical of so many of these

12   transactions -- some money goes directly to Kenner but

13   then some of it gets shifted back to CMG and it is all

14   used to pay Kenner expenses.

15          January 2009, Mr. Gaarn is two weeks on the job

16   of basically being the guy through which all the money

17   will get funneled.

18          Government's 7446, look at what -- this is a

19   fascinating text among many.  Remember the shopping lists

20   that John Kaiser said Kenner had given him about where all

21   of his money was?  Couldn't really give him a document,

22   couldn't give him a stock certificate, all he could give

23   him was a shopping list, basically handwritten notes.

24   Here's, you know, here's a text version of that.  You can

25   see Kenner, you can almost read Kenner's frustration.  850

5744

1  for CMG, 17,000 for Avalon, 3350 for Hunter.  These are

2  all debts that Constantine had and debts that Kenner

3  helped him get out of.

4          You can see, by the way, I submit to you, the

5  beginnings of the strain of this conspiracy, and there is

6  strain, never ends, and I'll get to that at the end,

7  doesn't end, but there is strain because now they are both

8  in trouble.  This is January of 2009, the lines of credit

9  are about to be called in on default.  He knows it, he has

10  all the records in his house (indicating).  His back is up

11  against the wall.

12          Call me about Gonchar.  Can you spot me some

13  travel food money?

14          They are dying for cash, they are running out of

15  cash, and that's why Mr. Gaarn is so helpful to these

16  co-conspirators, whether he thinks he's a co-conspirator

17  or not is for you to decide.

18          Count 2 which is a wire transfer that occurs,

19  this is a substantive charge, not part of the conspiracy,

20  but both Kenner and Constantine are charged with this on

21  February 12, 2009.

22          This is Count 2, and more specifically, if I can

23  use this, that is really Count 2.  Money goes to Eufora to

24  Gaarn and then money goes to Kaiser.  What did Kaiser tell

25  you about this?  This is the point at which he's working

5745

1   on another project.  Remember he talked about Hermosa

2   Beach, talked about a million dollars that supposedly went

3   to Hawaii, comes to find out it went somewhere else to

4   Mexico, doesn't get that money back.  He works on the

5   Hermosa Beach, California.  At the closing he doesn't see

6   anything but about $300,000 from the profit of that.

7           Then there's another project in Scottsdale,

8   Arizona, and this is the point where he's running out of

9   his own cash and says I need money to complete this job,

10  Phil.  And look at the way the money flows?  It goes from

11  Gaarn to Kaiser and then Kaiser says I need -- Kaiser told

12  you that he was then, after he was given the money, he

13  immediately has to transfer it back to Kenner because

14  Kenner said, oh, something along the lines he needed it

15  back for whatever reason.  That is Count 2.

16          The fact that Kaiser is in essence a victim here

17  and is sending the wire transfer back to Kenner, I submit

18  to you -- well, Judge Bianco will charge you on the law on

19  this, but in essence that is the wire transfer and it goes

20  from Gaarn to Kaiser's account here in the Eastern

21  District of New York which here you also have to find

22  venue and Judge Bianco will instruct you on that and what

23  the relative elements of that are.  But that money, that

24  wire transfer comes back here, touches at least the

25  Eastern District of New York through John Kaiser's bank

Summation - Miskiewicz

5746

1   account here.  It is part of a flow of money that

2   essentially is just ripping off Greg DeVries and Bill

3   Ranford, and follow the money further on because it is

4   relevant to the money laundering.

5           Kenner's expenses are paid but, you know, if you

6   were to track the various things that he spends money

7   there, you would go back and see it comes from Tim Gaarn,

8   doesn't look like it is related to Eufora.  It's a

9   concealment.  The same is true using a portion of it from

10  Kaiser, another concealment.

11          Count 3, a few days later, February 26, 2009.

12  Now it is Steve Rucchin's turn to get ripped off.  First

13  the money goes to Eufora, then to Gaarn, it gets blasted

14  out in all directions but again I will submit to you that

15  this is where Count 2 comes in because the money then,

16  here it is in the Eastern District of New York, it is

17  Kaiser's account and then he's told, hey, John, told by

18  Kenner, I need that money back, and he does it.  Kaiser is

19  not involved in ripping anybody off.  The guy is a builder

20  and he's building a home that he's doing as part of

21  another deal, a legitimate house flip with Mr. Kenner.

22          Look at the overall picture.  The only reason to

23  do this is to hide where the money is coming from and

24  where it is going.

25          Count 4, May 22, 2009, Bill Ranford's turn

5747

1  again, another $100,000.  By the way, do you remember

2  Ranford, it's 2009, he's a coach now.  In his words in sum

3  and substance he said I'm not making NHL money at this

4  stage.  Two wire transfers within a matter of weeks at a

5  point at which he's essentially retired now, he has to be

6  careful how he spends money and putting money in a company

7  that says Mr. Constantine says is not really worth much.

8  Of course Bill Ranford doesn't know that.

9        Who controlled Ranford's bank account?  Kenner

10  did.  Now, that line from Kenner down to that box on the

11  lower right-hand corner shows now this time Kenner is

12  sending money to Kaiser and it is his expenses.  Again

13  Kaiser is building something, he's not involved in this,

14  but again the causing of that wire which again touches the

15  Eastern District of New York, that is Count 4.

16        Then we get to Nick Privitello, December 7,

17  2009, the day that Mr. Privitello has to go down in

18  history as a day that will live in infamy, his sense of

19  infamy, because as you recall he got nothing, and the

20  indictment charges as to Mr. Privitello's Eufora losses.

21  It's not just that the money was diverted but that he was

22  simply just disavowed.  It's like they took his money and

23  they said what money?

24        The defendant knows about, both defendants know

25  about Privitello.  Here they are again going back and

Summation - Miskiewicz

5748

1   forth.  This is November 13, 2009, just before the

2   Privitello wire, right about the time that Eufora

3   allegedly got some sort of terrific deal with MetaBank and

4   it was going to be great.  And what does Kenner say in

5   response?  I'll yell MetaBank as I kick Nick in the balls.

6   Constantine says perfect.  They knew about the discussion

7   how to sell Nick Privitello.  Hey, MetaBank, and you heard

8   Privitello say about MetaBank, that was a big selling

9   point.  Hey, Eufora will suddenly, you know, have this

10  access to all this capital now, except he gets nothing.

11          The Government's Exhibit 503.1, one of the

12  excerpts shows you how basically he's getting nothing but

13  lies.

14          (Audio clip played.)

15          MR. MISKIEWICZ:  Mr. Constantine knows, he says

16  it right there, he knows how much money is coming in.  So

17  in other words, he's saying, and you'll hear this later

18  about the Home Depot tape where he makes reference to the

19  $700,000 that came through Tim Gaarn.  Mr. Constantine is

20  saying right here to Privitello, he knows where all that

21  money came.  He's using it as an excuse now yes can't give

22  Nick Privitello anything for his $200,000, so he's using

23  it for his benefit in a completely different way, but he's

24  admitting I know where all that money was coming in.

25          The players, they sent their money to Eufora, I

5749

1    knew all about that.  You, Nick, well, you know, you're

2    money went to Ron Richards.  Listen to what he says here,

3    and by "here" I'm referring to Government's Exhibit 503.2.

4              (Audio clip played.)

5              MR. MISKIEWICZ:  That's a nice entrepreneurial

6    way of saying what he just said:  Fuck you, Nick, you're

7    never getting your money back, and he didn't.

8              Oh, you heard on cross-examination weren't you

9    part of a conference call where maybe somebody overheard

10   that somebody offered you your money back?  And, oh, yes,

11   you heard testimony and cross-examination about, you know,

12   Nick Privitello didn't take his money back because it was

13   part and parcel of the Stolper, you know, it had some

14   ulterior motive, you heard stuff like that.  Ask yourself,

15   common sense, does that make any sense when you hear the

16   man himself say fuck you, Nick, and your $200,000.

17             He stole it and he has the audacity to tell this

18   man you're never getting it back.

19             (Audio clip played.)

20             MR. MISKIEWICZ:  Total double-talk.  Total

21   double-talk.  We got your money but it went somewhere, but

22   somebody else was controlling it -- double-talk.  And by

23   the way it is not simply Mr. Privitello's say so about

24   this e-mail on that tape.  It is in evidence, Government's

25   Exhibit 208.1.  He was told, and there are several e-mails

1    but I'll show you one, just days before.  You'll see other

2    e-mails where he is told where to send the money.  And

3    through John Kaiser, Constantine says:  John, per our

4    conversation please accept this e-mail as a confirmation

5    that upon our receipt of $200,000 Eufora's members will

6    formally execute a membership transfer consent form and

7    amend the company's operating agreement to reflect a 1.5

8    percent interest in Eufora LLC which shall be held by Nick

9    Privitello.

10          That's exactly what Privitello is saying to him

11   on that recording and exactly in response to which you

12   heard what Mr. Constantine said and I'll not repeat it.

13   I've said it out loud and I apologize for saying it but it

14   is in evidence.  You know, I'll not sugar coat it,

15   consider the words used by this man to an investor.  I

16   didn't say it; he says it to him.

17          There it is.  Count 5 and 6, Privitello,

18   December 7, '09, $200,000, it is listed as $200,000, if

19   you recall there were two wires of 150,000, and then

20   50,000 because Mr. Privitello had to do it that way to get

21   out of two different accounts or whatever he said.  That's

22   why it is split up into both Counts 5 and 6.  Goes to the

23   law offices of Ron Richards, goes to AZ Avalon, it's

24   spent, you know, with essentially that $150,000 is spent

25   immediately for Eufora purposes.

Summation - Miskiewicz

5751

1    It is also some of it is spent again for the

2    race car lawsuit for Tommy Constantine, that's Patrick

3    Gonyajr of Carey Rodriguez Greenberg and Paul, $15,000 you

4    heard was about, had nothing to do with Eufora.  So both a

5    diversion for benefitting for Mr. Constantine's personal

6    debts but also for Eufora.

7    And what does Mr. Privitello get out of it?

8    Nothing.  Nothing.  To this day nothing.

9    Let's move to the Global Settlement Fund.

10   Again, recall the testimony that you heard from a number

11   of the hockey players who said the purpose of the Global

12   Settlement Fund was mainly to find Ken Jowdy, he's going

13   to be the fall guy for Kenner and Constantine.  Jowdy got

14   all your money, so we'll sue him, and therein begins the

15   creation, you can imagine the wheels working at this

16   point.  It's all Jowdy's fault.  Of course the players

17   have no idea at this stage that Phil Kenner is partners

18   with Ken Jowdy and got to be a partner after sending Ken

19   Jowdy millions, nor do they know anything about the

20   millions that Tommy Constantine got out of the Hawaii

21   diversion through Urban Expansion and other transactions,

22   but we'll go after Ken Jowdy.

23   In sum and substance, the money goes to Ron

24   Richards's escrow account, among other documents that

25   you'll have to look at as Government's Exhibit 1101.

Summation - Miskiewicz

5752

1     Let's skip that.

2             Approximately 2.9 million is raised through the

3     various hockey players.  There's an additional sum of

4     money from Sergei Gonchar.  I don't know what to tell you

5     about Sergei Gonchar other than he's happy about what ever

6     Mr. Semple said, just don't tell his wife about it with

7     Playboy.  The 2.9 million from other hockey players of

8     which $225,000 goes to the Jowdy legal expenses, that's

9     it.  Everything else, including Sergei Gonchar, 4 million,

10    go basically to Kenner and Constantine expenses,

11    including, you know, getting an interest in the Mosquito

12    Rojo Tequila Company (indicating), and they find the

13    agents testify they find a business card, Phil Kenner is

14    the chairperson of this company, but no, no, no, I never

15    possessed, it was never any manufacturing, there was never

16    anything.  Show him the e-mails that he sent to John

17    Kaiser.  Hey, here are the new Russian bottles, whatever

18    that is.  I don't know what to make of that testimony,

19    photo shop?

20            Finally, after I produced the bottle

21    (indicating) and I don't know, I guess it's not a real

22    bottle.  You can have it.  You can touch it.  It's a real

23    bottle.

24            Again including Sergei Gonchar, oh, I'm okay,

25    don't worry about it.  That's what went to Jowdy,

Summation - Miskiewicz

5753

1    litigation expenses.

2          Remember of those litigation expenses, one case

3    was dismissed and John Kaiser testified that he was told

4    by the defendant himself, Mr. Kenner, that it was

5    dismissed because of a forgery.  You have to evaluate

6    Mr. Kaiser's credibility on that.  He did tell you that,

7    you know, he was best friends, he was a close friend and

8    then after time hit the very end, he ruined my life.

9    That's legitimate, you must evaluate his bias and his

10   anger, his anger.  I submit there is a difference between

11   biased and lying and being biased because you are angry

12   because you've been defrauded for years by one man.

13         And what about, you know, there are many

14   versions of this.  This is Government's Exhibit 757, and

15   you heard about, you heard during cross-examination this

16   e-mail from Phil Kenner to various hockey player investors

17   in GSF.  This 1757 happened to go to Mike and Kristin Peca

18   basically getting their acknowledgment.  What Peca said to

19   a greater or lesser degree, all the hockey players said

20   when they were pitched face-to-face by Kenner and

21   Constantine (indicating) in their homes, the principal,

22   you know, with all of these hockey player victims came

23   away with, the principal goal here was to go get Ken

24   Jowdy, and the money goes.  They send their money.  It is

25   only after the money is gone that this hall of mirrors

5754

1    erupts (indicating).

2            Oh, by the way, per our conversation please

3    acknowledge -- you know, through cross-examination you

4    must have heard this e-mail a dozen times again and again

5    and again.  I'll come back to this in a minute, but you

6    know from the texts or you will see from the texts that

7    all those special or those additional interests, those

8    valuable considerations that you are now getting, now that

9    we got your money to go fight Ken Jowdy, you will get

10   other things.  You know from the texts that both Kenner

11   and Constantine are discussing the problems with these

12   significant, so-called, significant assets.

13           I'll not read every single one again but go

14   through them, 7427, talking about the problems with

15   Avalon.  7403, talking about what are we going to do with

16   the Falcon monthly payments, this is '08, almost a year

17   before GSF.  It goes on and on, significant assets, there

18   basically is no significant assets as you came to find out

19   and it took a long time to get there.  There were no

20   significant assets.

21           The Palms condos, gone.  The planes, they were

22   resold to other people.  Hockey player money used

23   basically to get Kenner out of his personal guarantee on

24   the planes.  Time and time again, this please acknowledge

25   letter, you came to find out over the subsequent months or

5755

1   weeks, none of it really added up to anything.  So again I

2   would submit to you you can consider whatever they put in

3   there was again pure theft.  Those transfers that went

4   into GSF represented pure profit for the players, minus

5   225,000 that was spent in litigation costs for Ken Jowdy,

6   pure profit for purposes of the money laundering

7   conspiracy.

8           I mean even the plane.  Do you remember the

9   plane that Joe Juneau gets, the Cessna, that Joe Juneau,

10  he's one of the bad apples according to one of the

11  e-mails, Joe Juneau, Ethan Moreau, Owen Nolan.  He didn't

12  want it.  Page 195, he didn't want the plane, and when

13  asked what he got out of his investment in the Airpark, he

14  says at 195.

15          Question:  And then the only money you got out

16  of it was an airplane?

17          Answer:  Well, yeah, the airplane is what I got

18  out of, the Airpark deal.

19          And then you have to go to Eric Edenholm, Tommy

20  Constantine's friend.

21          Constantine is about to lose his house because

22  he's so broke.  No shame in that, but what does he do?  He

23  engineers this deal whereby basically they -- Eric

24  Edenholm has a plane, and the testimony is in evidence,

25  I'll not summarize it for you, you can go back and read it

Summation - Miskiewicz

5756

1    or ask for a read-back.  But basically what it comes down

2    to is to save Constantine from being evicted, shovel his

3    plane to Joe Juneau, and Constantine takes 400 -- over

4    $450,000 from the Global Settlement Fund so that Edenholm

5    can buy Tommy's house out of foreclosure and keep Tommy

6    from getting convicted -- evicted.

7            Government's Exhibit 3053 is what I'm showing

8    you now, that is the wire transfers that show that crooked

9    deal that had nothing to do with anything any of the

10   players were told about the Global Settlement Fund.

11           I'll come back to the Global Settlement Fund and

12   particularly this, but before it gets much later, let me

13   wrap up here.  I've talked to you about the wire transfers

14   and their significance with respect to the money

15   laundering and also the wire fraud and the Hawaii GSF and

16   Eufora aspects of the conspiracy and that both defendants

17   are charged with that.

18           Count 7 and 8, though, just remember is a

19   stand-alone sort of set of counts.  It only charges the

20   defendant Kenner.  But recall what this is.  We're now

21   going back in time a bit here to 2006 when the Hawaii

22   fraud is still, it's going strong, lines of credits are

23   being indebted like crazy, and John Kaiser and other

24   partners of his have a house in Sag Harbor, they've bought

25   it, they've bought it months or years earlier, it is under

5757

1    a different name of an LLC, North Point Properties, and

2    Kenner finds out about it.  He finds out that one of the

3    John Kaiser's partners wants out, and so he engineers a

4    deal.

5            Like so much of everything else that you've seen

6    in this trial, he engineers a deal whereby he gets

7    property, this Sag Harbor property for putting no money

8    down, but basically stealing it from Michael Peca.

9            He creates the Led Better Development Company,

10   and again not to use the phrase too many times, but common

11   sense would say well, if three out of the four people will

12   continue owning this property and all we'll do is bring in

13   one person, why create a new owner, Led Better?  Kaiser

14   said it made no sense.  We'll have to pay transfer taxes.

15   Kenner didn't care.  It's not his money any way.  So he

16   creates the Led Better Development Company into which the

17   property is now going to be sold, more taxes to Suffolk

18   County, and contrary to what Brian Berard is told, he's

19   told I'll be 50 percent owner with Kaiser and whoever else

20   is the remaining partner, there's the operating agreement.

21   Phil Kenner is suddenly a 25 percent owner.

22           And where did he get the money?  He got the

23   money by drawing down $395,000 out of Michael Peca's line

24   of credit, just pure theft, and a wire transfer and a wire

25   transfer that touched and affected the Eastern District of

Summation - Miskiewicz

5758

1   New York because this is where the closing was, and it is

2   just pure theft.

3           You know, if you look at among other things

4   Government's Exhibit 2001, the loan transaction history

5   for Michael Peca's line of credit, you will see the money

6   go out and you saw the closing documents and you heard

7   Mr. Betesh testify.  And by the way those loan transaction

8   reports, do you remember Kristin Peca's recorded

9   conversation with the defendant early on in the trial?

10  She is trying to find out what happened to our money?

11  Where did it go?  How can I trace the records?  And Kenner

12  says to her, I don't have them, trace it all, go to

13  Northern Trust, trace it all.  He said, follow it all.

14          Government's Exhibit 5103-L, the loan

15  transaction histories.  Where were they?  In his house.

16  He lied to her.  I don't have any records.  Well, he lied

17  to Bill Ranford.

18          Why would Ranford who is just trying to get a

19  handle on where his money is, why would he come up with a

20  story like I asked him where the records are and he told

21  me his laptop or his hard drive had crashed, just weeks

22  before his as?  And you know that was false, but Kenner

23  had a different version of that event, but I'll leave it

24  to you.  You have to make the determination who to

25  believe.

5759

1          So Led Better, very simple, $395,000 comes out

2     of Peca's account and I will submit to you this.  Look at

3     that.  It goes from one holding company to another holding

4     company and then to a third holding company, all of which

5     Phil Kenner controlled.  What is that about other than a

6     series of financial transactions to launder stolen money

7     and conceal where it came from?

8          And Mr. Berard similarly is also another victim

9     of this because he's also putting up $375,000 to buy his

10    half of the interest.  And as the money flows, again, it

11    all is to the benefit of Mr. Kenner.  Nobody else

12    benefited from this.  And when Michael Peca was asked on

13    the stand at the beginning of the trial, do you remember

14    there was a cross-examination and testimony that, you

15    know, Michael Peca in his grand jury appearance suggested

16    maybe he had heard about the Jowdy loan?  He also

17    testified he was very upset or concerned about it because

18    he wasn't -- read his testimony about what he said about

19    what he really specifically recalled and when he learned

20    about, you know, money going to Jowdy.

21          Remember he's testifying in 2011.  Jowdy is out

22    there.  Jowdy is the bad guy in 2011, so it's not

23    particularly surprising, and I submit you can go down that

24    rabbit hole if you want but it will not get you very far

25    because by 2011 Jowdy is the bad guy and Michael Peca has

Summation - Miskiewicz

5760

1   been told he's the bad guy, okay, but on the stand, in

2   this courtroom, he was shown that line of credit

3   transaction and asked, and on or about this date, July of

4   2012, this is when he's recording Kenner and saying I

5   never would have put my money in Hawaii -- I mean in

6   Mexico.  I never would have done that.  He's now a year

7   after the grand jury appearance confronting Kenner.  I

8   never would have done that.  He's asked:  On or about that

9   day when you were making this recording, had you seen that

10  $395,000 wire that we talked about earlier this morning to

11  something called Led Better?

12          Answer:  I had not.

13          Question:  Did you have any knowledge of it?

14          Answer:  I do not. "

15          I can't end with any sort of soaring rhetoric

16  because you've guys have been very serious and attentive

17  to the facts here, but there are certain things I want to

18  just leave with you with respect to the fact that this is

19  not only a conspiracy that began in '03 or '04 with

20  Hawaii, but it is one that continued right up through the

21  2013 date set forth in the indictment.

22          Do you remember Tyson Nash who e-mailed Kenner,

23  and the e-mail came in relatively late, about the same

24  time as the Stolper lawsuit?  The Stolper lawsuit which is

25  one of those things that go nowhere, this time it is about

Summation - Miskiewicz

5761

1   Eufora, hostile takeover, whatever.  And, again, Mr. Nash

2   at about that same time is asking, can you give me

3   records, Phil?  And what does he respond?  He says in sum

4   and substance, find me the rat.  And you know Sergei

5   Gonchar is feeding information back to the person, the

6   co-conspirator Tommy Constantine, so he knows information

7   about what is going on.

8          You heard from Mr. Gonchar, he wore his iPhone

9   and kept his iPhone on during a meeting in New York.  Find

10  me the rat.  Mr. Nash wants records, he wants an

11  explanation where his money is and Mr. Kenner, all he can

12  think of is saying find me the rat.

13         Now we know, you know, who the rat was in that

14  Stolper meeting.  Maybe now Mr. Nash will get his records.

15         You heard through the defendant the testimony

16  that that whole Sag Harbor Led Better thing, that was

17  Manfredi, Kaiser, extorting.  They didn't want to close on

18  the Lehman deal so Kaiser wanted some kind of a short term

19  $400,000 loan.  It goes on and on and on.  You know, try

20  to read the testimony and see if it makes any sense to

21  you.

22         Again you can follow the rabbit hole and it will

23  lead you nowhere or you can stick to the facts of the

24  misrepresentations and the elements of the fraud charge

25  and it will, I think, bring you to what really happened.

Summation - Miskiewicz

5762

1          He says he did this $400,000 transaction back

2     and forth because of this extorted $400,000 short term

3     loan because, you know, Kaiser didn't have any money and

4     he wanted money and that's yes had to borrow or whatever.

5     I don't know even if he said borrow from Michael Peca that

6     395.  I submit to you whether that is true or not is

7     immaterial.

8          Peca is the victim in Sag Harbor.  He's the guy

9     who is, you know, got his line of credit stolen from and

10    got nothing for it.  He's not even on the operating

11    agreement, even if you want to believe that rabbit hole of

12    lies regarding the short term loan.  But again in terms of

13    evaluating the truthfulness of that contention, remember

14    on cross-examination Mr. Kenner said, you know, in sum and

15    substance, that he was giving money to Mr. Kaiser at that

16    same time, but then he was confronted with testimony that

17    covered that same period of time in another piece of

18    litigation and he was asked about a prior inconsistent

19    statement, and Judge Bianco will also charge you how to

20    consider prior inconsistent statements and the credibility

21    of witnesses.

22         In that prior deposition, Kenner said it wasn't

23    Kaiser who owed him money, it was Kenner who owed Kaiser

24    money.  In fact so much money that he lost one of his

25    companies to Kaiser, Baja Development Company.  And then

5763

1   on recross and whatever, he said, no, I didn't say Baja, I

2   meant something else.

3          Again you can follow that rabbit hole, whether

4   it was Baja Ventures or Hawaii Ventures, the bottom line

5   is he said two different things at two different times

6   about the same event.  One day Kaiser owes him money,

7   400,000, the next day or his prior statement was, no, I

8   was so indebted I went into default, I had to give him one

9   of my companies.  It makes no sense.  It's a total lie.

10         And by the way, whose fault is it?  The mirror

11  of lies here is it Ken Jowdy's fault, Kaiser's fault, it's

12  the bad apples, it's the FBI.

13         What did he say when confronted with his prior

14  inconsistent statement?  Oh, I didn't say it, it's the

15  poor court reporter's fault.  Really, is that how far

16  we'll go to find reasonable doubt that this man is just a

17  fraudster?

18         You don't need too much more than that Home

19  Depot tape which came in again late in the trial.  I'll

20  not play it for you.  There's so much there and you all

21  want to go to lunch, I know, but listen to what he says

22  about, you know, Constantine saying, you think they're

23  only a pinch, the getaway car driver not the guy who stuck

24  up the bank or words to that effect?  You know, you will

25  burn the house down.  The FBI is all over the place.

Summation - Miskiewicz

5764

1    It goes on.  It's Government's Exhibit 4500.  He
2  makes reference to that Tim Gaarn, those substantive
3  counts, how will it look when that $700,000 goes back and
4  forth?  And Constantine, what does he say?  I have
5  explanations, I got paper, whatever he says.  You have to
6  rely on the actual exhibit.  Basically I got a story for
7  everything.  And what happens?  The whole purpose of that
8  is, the whole purpose of Mr. Constantine's plea in that
9  conversation is to send word to the people in New York,
10  Stolper, lay off, stop, stop, stop.  The word "stop" must
11  have been 100 times in Government's Exhibit 4500.  And you
12  saw the e-mail and Mr. Kenner saying your message has been
13  conveyed.
14    Did anything come out of that Stolper lawsuit?
15  Mr. Privitello have his stock certificate?  No.  He got,
16  you know, an "FU," that's all he got.  And all those other
17  players whose money just flowed through the Wachovia
18  account, they got nothing.  That conversation, and granted
19  it is mostly Constantine talking, you know, I submit to
20  you couldn't be stronger evidence of the fact that on that
21  day of that August of 2010, the conspiracy was alive and
22  well again.  Just continue.
23    Your message has been conveyed, Stolper goes
24  nowhere, it is all, you know, don't worry about it.
25    A personal story:  I in law school was addicted

5765

1    to watching infomercials late at night when I couldn't

2    fall asleep.  My favorite was the late great Billy Mazer,

3    who back in the day sold mostly OxiClean which I never

4    heard of and now you can find it all over the place but

5    back then you couldn't find it.  I was enthralled by this

6    pitchman's ability to, in an entertaining fashion, get you

7    to believe you should buy this product.  And you know for

8    awhile I had plenty of that junk in my house.  I got a

9    Pocket Fisherman.  I don't have a Veg-O-Matic -- I wish I

10   did.

11          You heard the cross-examination of this, please

12   acknowledge the Global Settlement Fund money again and

13   again.  You know what went on in my mind every time when I

14   heard the reading of this.  But if you were to order and

15   you order right now within the next 15 minutes, and not

16   only that but we'll not send you not one, we'll send you

17   two.  That's what this is (crumbling document).  The only

18   difference is when Billy Mazer said he will send you the

19   two buckets of OxiClean, you got the two buckets.  These

20   guys, hockey players, John Kaiser, Ethel Kaiser, everyone,

21   they got nothing, and I submit to you that proves beyond a

22   reasonable doubt that they are guilty of each and every

23   count of this indictment and I ask you to find them

24   guilty.

25          Thank you for your attention.

Summation - Miskiewicz

5766

1    THE COURT:  Okay.  Members of the jury, it's

2    105.  We'll restart at 2 o'clock with the summations.

3    Do not discuss the case.  Have a good lunch.

4    (Whereupon, at this time the jury exits the

5    courtroom.)

6    THE COURT:  Please be seated.  I just want to

7    put something on the record.  My intern mentioned during

8    the break this morning she rode up in the elevator with

9    one of the jurors and said how is it going?  They said

10   they are getting along fine, celebrated a baby shower, and

11   they are getting along fine, so it was an innocuous

12   conversation.  The intern sits the back of courtroom every

13   day so I guess she works for me in some capacity.  But I

14   instruct the interns they should follow the rules you

15   should follow, no conversation, no matter how innocuous.

16   Any objection to that?

17   MR. MISKIEWICZ:  No, your Honor.

18   MR. LARUSSO:  No, your Honor.

19   MR. HALEY:  No, sir.

20   THE COURT:  Mr. Haley, 2 o'clock.

21   MR. HALEY:  Yes, sir.

22   THE COURT:  Have a good lunch.

23   (Whereupon, an afternoon recess was taken.)

24

25

5767

1              A F T E R N O O N   S E S S I O N

2                            2 pm

3

4              THE COURT:  Ready to go, Mr. Haley?

5              MR. HALEY:  Yes, your Honor.

6              (The following ensued in the presence of the

7    jury.)

8              THE COURT:  Everyone, please be seated.

9              Members of the jury, you will now hear from

10   counsel for Mr. Kenner, Mr. Haley's summation.

11             Mr. Haley.

12                   SUMMATION FOR DEFENSE

13             MR. HALEY:  After eight and a half weeks of

14   trial and the conclusion of the government's summation,

15   Phil Kenner as he stands next to me is presumed innocent.

16             And that principle, ladies and gentlemen, is the

17   life blood of our Constitution.  And that principle, along

18   with your presence here and your role in this trial, was

19   designed by the framers of our Constitution to ensure that

20   the awesome power possessed by our government is equalized

21   when our government prosecutes one of us.

22             It is fitting, if not prophetic, that this case,

23   this particular case, is coming to a conclusion on the eve

24   of the Fourth of July and you will be deliberating in this

25   case following the Fourth of July.

noneSummation - Haley

5768

1       Well, where do we begin?

2       Conceptually, we begin where we started.  And as

3   I told you in the opening statement and as Judge Bianco

4   told you in his initial instructions, Phil Kenner is the

5   accused.  It is the government's case that is on trial

6   because the government bears the burden to prove its case

7   beyond a reasonable doubt on each and every element of the

8   offense charged for each and every charge in that

9   indictment.  Nine counts.

10      Now, with reference to the burden of proof, one

11  of those fundamental elements is whether or not the

12  government has proven beyond a reasonable doubt that Phil

13  Kenner's actions were part of an artifice or scheme to

14  defraud or were they part of an effort to further the

15  investment objectives of his clients in what everyone has

16  acknowledged were risky investments, particularly in the

17  Hawaii land development, but with the great potential for

18  profit should those very are real estate investments come

19  to fruition.

20      Now, in the opening statement, where I had the

21  privilege to address you on May 4 for the first time, I

22  said this to you.

23      *I make you this promise in conclusion.  I will*

24  *do all that I can to elicit all the information through*

25  *the questioning of witnesses, as well as present evidence*

Summation - Haley

5769

1   *to you through my own client and others, so that you will*

2   *have the opportunity to make a determination on a full set*

3   *of facts as relates to whether or not the government has*

4   *proven its case beyond a reasonable doubt in terms of the*

5   *alleged crimes set forth in the indictment.*

6           That was my promise to you.  The government made

7   you no such promise in their opening statement, for if

8   they did, they broke that promise.

9           I will also say, for purposes of my remarks to

10  you during the course of this summation, I will not raise

11  my voice.  I will not use emotive terms like ripping off,

12  blasted out, rappole.  I will not crunch papers in front

13  of you.  I will do everything I can to appeal to your

14  collective judgment, intellect, without using highly

15  emotive terms.

16          But I will say this, ladies and gentlemen.  That

17  dripping sarcasm by an attorney employed by the United

18  States Department of Justice in his summation to you is

19  not proof beyond a reasonable doubt.

20          Now, you may recall in my opening statement to

21  you I said as this case unfolds, longer than the five

22  weeks we anticipated, that some of the issues that will

23  arise in this case as part of the defense will include:

24          How did the FBI come to target Phil Kenner for a

25  criminal investigation in the first instance?

Summation - Haley

5770

1          What was their motive?

2          Did the FBI, during the course of this

3    in-excess-of-six-year investigation, deliberately ignore

4    evidence in their possession, favorable evidence that may

5    or would demonstrate this Phil Kenner committed no crimes

6    or that Phil Kenner was not a coconspirator with anyone?

7          Did the FBI coach and control witnesses to help

8    orchestrate these criminal charges?

9          Did the government giver sweetheart deals, as

10   alluded to in the opening statement of the government?

11   And we will be talking about the deal that was given to

12   Tim Gaarn before I finish this summation.

13          And did the government ignore the crimes and

14   misdeeds of others in order to orchestrate the charge

15   against Phil Kenner?

16          Those are some of the issues.  But what is now

17   more disturbing since the trial commenced and up to this

18   very moment:  In its quest to convict Phil Kenner, did the

19   government allow and even encourage perjured testimony

20   from some of its witnesses?

21          There is, ladies and gentlemen, a document known

22   as Phil Kenner 43.  It is this document.  And this may be

23   the most singularly important defense document in this

24   case.

25          And it is the only time I will use that device

5771

1    over there.  If I can use it efficiently, you will be able

2    to view what is on this document.

3          John Kaiser was a central government witness.

4    As a matter of fact, by my count he was mentioned during

5    the government's summation no less than 19 times.  At some

6    point I lost count.  Maybe it was more.  Maybe it was

7    less.  The government will have an opportunity in its

8    rebuttal to look at my arithmetic.

9          Listening to the government's summation, one

10   would think that John Kaiser was the sole victim of what

11   the government alleges to be the multiple frauds.  They

12   did have occasion to mention, let's say, the Ranford,

13   Steve Rucchin, I don't even recall if Darryl Sydor was

14   mentioned, but John Kaiser was mentioned.

15         Now, we know who John Kaiser is.  John Kaiser is

16   currently employed by Ken Jowdy as his director of

17   construction.  We know, as the government elicited from

18   John Kaiser, that though he has no degree in architecture,

19   though he has no civil engineering degree, he does have

20   experience in construction.

21         We know from his testimony that he did at one

22   point in time build a White Castle restaurant.  As a

23   matter of fact the government mentioned in summation that

24   he is a builder.  He built that White Castle restaurant

25   from ground to roof.

5772

1          We do know from Brian Berard there is no plan to

2    build any White Castle restaurant at Diamanté San Lucas.

3          We know that John Kaiser, as brought out by the

4    government in its direct case, is a retired New York City

5    police officer, Suffolk County Police officer, retired

6    from the job on a disability pension as a result of neck

7    and back injury.  And indeed, any of our public servants

8    are entitled to disability pensions should they injured in

9    the line of duty.  No question about that, ladies and

10   gentlemen.

11         And we know that John Kaiser, by all appearances

12   his injuries have pretty much resolved themselves because

13   we heard testimony that when he visiting Hawaii they would

14   cover the land, look at the land they were purchasing,

15   step over cattle fences, things of that nature.

16         We know that now as a builder he is involved in

17   vertical construction.  That means going up and down.  Why

18   is that relevant?  I do not mean to be sarcastic, ladies

19   and gentlemen, but when the government puts in front you a

20   witness to suggest that that witness has believability

21   because of his public service, and when the government

22   puts in front of you a witness and says the public service

23   included injury on the job by which he is now disabled,

24   well, let's talk about Kenner Exhibit 43.

25         During the course of his testimony, John Kaiser

Summation - Haley

5773

1   was asked by me on cross-examination.

2       *Question:  Mr. Kaiser, isn't it true that when*

3   *you were interviewed by Special Agent Scott Romanowski and*

4   *Special Agent Matt Galioto with the FBI on October 19,*

5   *2010, at 11 am, you told the agents that you met Jowdy*

6   *twice in New York City, and at a second meeting at a bar*

7   *in New York City you discussed with him Hawaii and the*

8   *lending of money in Hawaii to Mexico.  Isn't that true?*

9       *Answer:  No.*

10      *You did not tell the FBI agents what I just*

11  *related?*

12      *Answer:  That's correct.*

13      *Question:  Isn't it true, Mr. Kaiser, during an*

14  *interview with the FBI on October 19, 2010, 11 am,*

15  *specifically Scott Romanowski and Matt Galioto, that you*

16  *told them that you saw Ken Jowdy in Mexico a couple of*

17  *times and discussed with Ken Jowdy you wanted to borrow*

18  *money from Hawaii to Mexico and would pay it back after*

19  *the closing?*

20      *Answer:  No.*

21      *Isn't true, sir, that on October 19, 11 am,*

22  *interview conducted by Scott Romanowski and Matt Galioto*

23  *of the Federal Bureau of Investigation you told them that*

24  *Ken Jowdy brought up money .. Ken Jowdy brought up*

25  *borrowing money from Hawaii projects, borrowed millions,*

Summation - Haley

5774

1   *five to six million from the Hawaii project, there was*

2   *first going to be hundreds of thousands, not millions, and*

3   *that Ken Jowdy was not happy that the money amount started*

4   *to grow to millions after money to Mexico?*

5           *Answer:  No.*

6           Let's take a look at Kenner Exhibit 43.  This is

7   in evidence.

8           Kenner Exhibit 43, October 19, 2010, 11 am.

9   Scott R, I suggest to you that that is Scott Romanowski,

10  Matt G, I suggest to you that that's Matt Galioto of the

11  FBI, and John Kaiser.

12          These are as admitted into evidence, ladies and

13  gentlemen, the notes of that telephonic interview.

14          JK, I'm going to suggest you to you that's John

15  Kaiser, met Jowdy -- twice in New York City in New York

16  City -- trust 2003 -- Jowdy restaurant discussed,

17  discussed project in Hawaii, funding in Mexico.

18          There at, it says PK, KJ with girl.  I'm going

19  to suggest to you that a fair interpretation of the those

20  notes is that when that meeting takes place, Phil Kenner

21  was present and Ken Jowdy was with a girl.

22          Second time.  Another time at a bar in New York

23  City.  R discussed Hawaii.  Lending, looks to me like a

24  dollar sign, from Hawaii to Mexico.

25          We have KJ, Ken Jowdy, JK, John Kaiser.

5775

1    JK:  Not sure how Ken Jowdy and circle,

2    uncertain who those initials are, met.

3    Next line.  JK, John Kaiser, saw KJ, Ken Jowdy,

4    in Mexico a couple of times.  Again discussed KJ continued

5    to borrow, looks like a dollar sign to me, from Hawaii to

6    Mexico with payback after closing.

7    Do you remember Phil Kenner testified that there

8    was a deal that Ken Jowdy would pay back the money that

9    was loaned from the Hawaii land develop to his Mexican

10   project after the closing of Lehman and it didn't happen?

11   They were hoping that this relationship with Ken

12   Jowdy would come to fruition after the Lehman closing and

13   they would get paid back.  There was no reason in all

14   those documents that the government points to, saying:

15   Ah, Ken Jowdy is there.  They are not advising anyone that

16   there is an unpaid loan.  At this point in time there was

17   still the hope that Ken Jowdy would make good on the loan

18   that came out of Hawaii to Mexico.

19   Next page.  KJ, Ken Jowdy.  I suggest KJ is Ken

20   Jowdy, ladies and gentlemen, but it is your

21   interpretation, brought up borrowing dollar sign from

22   Hawaii project.  Borrowed millions, point five to six

23   million, from Hawaii project.

24   First going to be hundreds, Ks, not millions.

25   JK:  Not happy dollar amount started to grow to

5776

1    millions of dollars to Mexico.

2            Discussed Brian Berard, PK, was agreement to

3    borrow money from Hawaii.

4            Again, Ken Jowdy to JK.

5            Ken Jowdy:  Don't worry.  It will all come back.

6    Get repaid in New York City.  Discussed money from Hawaii

7    to Mexico just to be used for Mexico.

8            Now, this document, Kenner Exhibit 43, was in

9    the possession of the government.  It is their document.

10   They created the document.  It was in the possession of

11   the government when John Kaiser answered those questions

12   under oath.  And everyone at that table, the prosecution

13   table, remained silent.

14           Well, it was addressed by the government when

15   they conducted the redirect of Ken Jowdy.

16           *Question:  Now, were you asked last week a*

17   *series -- withdrawn.  Very quickly.*

18           *Were you asked, really by both Mr. Haley and*

19   *Mr. LaRusso, a series of questions about some notes of an*

20   *interview?  I'm going to show you the notes that were*

21   *shown to you, 3500JK1.*

22           This is 3500JK1.  Ladies and gentlemen, you will

23   have the opportunity to look at this when you deliberate.

24   You will have the opportunity to look at each and every

25   document by both defense as well as the government.  But

5777

1    the defense documents will be available for review as

2    well.  I am not going to spend all the time going over the

3    defense documents here but you will have that opportunity.

4              But this JK1 is central because it sets the tone

5    to what the government and how the government presented

6    its case to you.  So let's continue.

7              Now, you were also asked last week a series,

8    withdrawn, very quickly, you were asked really by both Mr.

9    Haley and Mr. LaRusso a series of questions about some

10   notes of an interview.

11             I'm going to show you the notes that were shown,

12   3500JK1.

13             *Question:  In that time frame, roughly October*

14   *2010, you were asked by Mr. Haley and also Mr. LaRusso, a*

15   *series of questions, did you tell the FBI X, Y and Z?*

16             *Do you remember those questions?*

17             *Answer:  Yes, I do.  Mr. Haley wanted to know*

18   *did you have a conversation or did you tell the FBI that*

19   *you had a conversation with Ken Jowdy about Ken Jowdy*

20   *bringing money from Hawaii?*

21             *Do you remember that question?*

22             *Yes.*

23             *Now, you said you don't recall, you didn't --*

24   *you never saw those notes.*

25             *Answer:  I never saw those notes.*

Summation - Haley

5778

1          Question:  In or about the time frame that you

2     were talking to the FBI, did you tell them about what

3     Mr. Jowdy told you or what other people were telling you

4     about Ken Jowdy?

5          Answer:  What Mr. Kenner was telling me about

6     Ken Jowdy.

7          Is that consistent with what you saw in these

8     notes?

9          Did Phil Kenner say:  Look, when you get

10    interviewed by the FBI, you have to give then all this

11    kind of detail.  You have to tell them that Ken Jowdy was

12    with a girl in the first meeting.  You have to tell them

13    that at the second meetings you discussed Hawaii.  You

14    have to tell them ....

15         Ladies and gentlemen, I think the document, in

16    terms of its detail, suggests to you these are notes of an

17    interview conducted by agents of the Federal Bureau of

18    Investigation of John Kaiser where he described at that

19    point in time, before he became an employee of Ken Jowdy

20    and Diamanté Cabo San Lucas, wherein he and Ken Jowdy are

21    having a discussion about the Hawaii loan, which is

22    central to this case, and to feed up the question:  Well,

23    whatever I told the FBI on that day I did not know of my

24    own personal knowledge but was told to me by Phil Kenner.

25         How often during the course of the trial did you

Summation - Haley

5779

1    hear a government witness say the that?  *Well, I didn't*

2    *know of my own personal knowledge.  It was told to me by*

3    *Phil Kenner?*

4            And I really don't mean to be facetious, ladies

5    and gentlemen, but at times it was if you could ask the

6    government witness what day of the week it is, and they

7    would say well, it is Thursday, and I know it's Thursday

8    because Phil Kenner told me it's Thursday, and Phil Kenner

9    is my trusted financial advisor.

10           It was a theme that they played time and time

11   again to you, to suggest that their witnesses had no

12   ability to have any understanding of any of their finances

13   unless Phil Kenner told them what it was or advised them

14   as to the nature and extent of that investment.

15           You know, from my perspective, I'm not going to

16   tell you a personal story about a hockey player or

17   anything of that nature, but from my perspective I should

18   be able to sit down right now.  I should be able to say:

19   The way the government presented this case to you, to

20   allow testimony of that type and nature to be put before

21   you when they know it was wholly inconsistent with an

22   interview of John Kaiser that was conducted on October 19,

23   2010, ought to say to you we cannot in good conscience

24   base a verdict of guilty against a fellow citizen.  It

25   happened here in an American courtroom in front of you.

5780

1          Now, there is one, ladies and gentlemen, and as

2    an obligation to my client and, from my perspective, my

3    obligation to you, let's talk about other instances where

4    the government, at a bare minimum, ignored documents in

5    their possession and put a witness on the stand without,

6    by all appearances, before they put that witness on the

7    stand having any interview by which the witness may say

8    something to them and say:  Well, wait a minute, you tell

9    us that but there is a document that suggests otherwise.

10   They didn't do that.  And actually, it happened with Bill

11   Ranford.

12          Now, we know that Bill Ranford testified quite

13   directly that he was unaware of his money coming out of

14   his Schwab account, $100,000, on February 6, 2009, being

15   moved from account, pursuant to the power of attorney that

16   Phil Kenner possessed, from his Schwab account to Eufora,

17   where indeed it was then, after it went to Eufora, placed

18   into the account of Tim Gaarn, and then Tim Gaarn made

19   payments out of that account to Phil Kenner.  We don't

20   dispute that those bank records exist.

21          So he said no, I was unaware of that on February

22   9, 2009.  He also said he was unaware of the transfer from

23   his account in the amount of $100,000 on May 4, 2009.  And

24   the testimony speaks for itself.

25          *I knew nothing about this money.*

Summation - Haley

5781

1        *When was the first time you saw this document?*
2    Referring to the Schwab documents whereby Phil Kenner,
3    utilizing the power of attorney, transferred those monies
4    to Eufora which then went to Mr. Gaarn's account.
5        *When you guys showed it to me.*
6        But what did he say when questioned on
7    cross-examination?  I reminded him in his direct
8    examination that he said he is a bit of a paper rat.
9        *Mr. Haley:  I'm a bit of a paper rat.  That's*
10   *what you just said a short moment ago.  Is that correct,*
11   *Mr. Rucchin?*
12       *No, I'm Mr. Ranford.*
13       *Yes.*
14       *And by that term, by the way, all you hockey*
15   *players, you all have the same physique, and to your*
16   *credit that's quite all right.  Okay.  But he goes on to*
17   *say.*
18       *Question:  I'm a bit of a paper rat.  What do*
19   *you mean by that?*
20       *Answer:  Well, I try and keep as much paperwork*
21   *as possible on, as far as my bank records and that sort of*
22   *thing.  When I pay my bills, I guess when -- the biggest*
23   *issue a professional athlete is, you have to worry about*
24   *being audited so I try to hold on to whatever I can.*
25       *So if you get a letter, let's say, from a bank,*

Dominick M. Tursi, CM, CSR
Official US District Court Reporter

Summation - Haley

5782

1    *you will retain it, correct?*

2              *Answer:  Most times.  I do have emails.*

3              He goes on.

4              What then occurred, ladies and gentlemen, is, he

5    was shown in cross-examination two documents.  Charles

6    Schwab February 6, 2009, reflecting that $100,000

7    transfer.

8              *Next step.  If you do not recognize this*

9    *transaction or if you have any questions regarding this*

10   *transaction, please contact us immediately at the*

11   *telephone number above.*

12             And that correlates with the February 6, 2009,

13   transfer that he claims he knew nothing about.  This paper

14   rat apparently did not comprehend that document.

15             We know, Kenner Exhibit 88, May 4.  Amount of

16   transfer, $100,000.

17             *Again, if you do not recognize this transaction*

18   *or if you have any other questions regarding the*

19   *transaction, please contact us immediately at the*

20   *telephone number above.*

21             If the government was eliciting that testimony

22   from Mr. Ranford, as they did, and you heard repeatedly

23   that all these documents were acquired by the defense

24   through the discovery process where we received them, they

25   were then passed along to my client and now they become

5783

1   defense exhibits as well, these government witnesses were

2   interviewed by the government before they testify, and if

3   he said no, I knew nothing about it, well wait a minute,

4   Bill.  Could you explain this to us?  They apparently

5   elected not to do it.

6          And that's what I meant, ladies and gentlemen.

7   When I said I would do everything in my power to see to it

8   that you wold have all the information available to you to

9   make an informed decision as to whether or not the

10  government has proven its case beyond a reasonable doubt,

11  the defense had to make sure throughout this entire trial

12  that documents in the possession of the government that

13  would suggest that a witness is not necessarily telling

14  you the truth, the whole truth, and nothing but the truth

15  had to be brought to your attention.

16          As far as Bill Ranford is concerned, much like

17  the interview with John Kaiser, we have government

18  telephonic exhibit 3500WR2.  And there is information

19  contained on that.  There is information regarding Eufora

20  investment.

21          And on the next page what do we see?  These are

22  notes of an interview of Bill Ranford as conducted by

23  Scott R, Matt G, Scott Romanowski, mat Galioto, wherein,

24  during the course of that interview, someone said total,

25  it says 300, there was another number there, in Eufora,

5784

1    several times Eufora 2009, 100K February, 100K May.

2            Well, the idea of an interview, ladies and

3    gentlemen, is that the agents call the individual and ask

4    them questions and he responds to the questions.  So when

5    the government elicits, as we heard in this testimony, his

6    denial of having any knowledge of those $100,000 transfers

7    on those two occasions, it was inconsistent with the notes

8    taken by the government of him during this telephonic

9    interview on July 25, 2012, and it was inconsistent with

10   the Schwab records that I have just shown to you.

11           And the government remained silent as they sat

12   at that table.  No redirect of Bill Ranford to suggest as

13   to how that testimony had to be, how that testimony

14   evolved when documentary evidence suggested something

15   else.

16           I told you that one of the issues that you would

17   consider when you examine the government's case -- and as

18   I said, it is the government's case that is on trial

19   here -- was whether or not the government was coaching its

20   witnesses.  How many times do you recall -- how often did

21   you hear the phrase *I don't recall* from a government

22   witness when they were pressed on cross-examination on an

23   issue that might be inconsistent with their direct

24   testimony?  Maybe as many times as you heard me say *no*

25   *objection*.

5785

1          By the way, you will have an opportunity to have

2     read back to you any person's testimony you so choose.

3     And I would suggest as relates to that, have the testimony

4     of Steve Rucchin read back, if that is your desire,

5     during, cross-examination and count the number of

6     instances where he says *I don't recall, I don't recall, I*

7     *don't recall.*

8          But what would occur is, after the witness on

9     cross-examination would say *I don't recall*, the government

10    would then in redirect fire -- fire -- a number of leading

11    questions to the witness.

12         Now, they testified they didn't recall the

13    conversation until the government gets up and on redirect

14    says in substance:

15         *Well, isn't it true that you weren't told this?*

16    *Oh, I recall I wasn't told that.*

17         *Isn't it true that you weren't told this?*

18         *Well, I recall I wasn't told that.*

19         They teed up the questions for them, ladies and

20    gentlemen.

21         You know, it is all right when you are playing

22    hockey to have that team spirit, that collective mentality

23    that we are all here to pull for the team.  And those

24    hockey player clients in this case, they are playing for a

25    pretty powerful team.  They are playing for the United

5786

1   States of America.  They know a winning team when they see

2   it.

3           And I hate to use this analogy.  I'm not

4   necessarily a hockey fan.  So the government fired the

5   puck to them, and they instinctively turn and fire that

6   puck into an open net.  And it is an open net because the

7   only one that can hold them accountable for any false

8   testimony that they may give on the stand in terms of

9   presenting a charge to a grand jury regarding that perjury

10  is the United States Attorneys office.

11          It is the only time I will use this phrase

12  because it is your determination as to whether or not

13  witnesses lied to you.  So in the 19 instances where Mr.

14  Miskiewicz said:  Phil Kenner lied to you on this and Phil

15  Kenner lied to you on that, Phil Kenner lied to you on

16  this, Mr. Miskiewicz is not testifying, ladies and

17  gentlemen.

18          So when he asks that first question of Phil

19  Kenner:

20          *Isn't it true that your entire testimony is*

21  *nothing but an elaborate lie,* and Phil said *no,* you know

22  what the testimony is?  The testimony is, *no, it is not a*

23  *lie*, because Phil Kenner is under oath, not Jim

24  Miskiewicz.

25          Well, I will say, as relates to any of the other

5787

1    witness.  You make the determination as to their

2    credibility subject to cross-examination.

3            Phil Kenner was on the stand for three and a

4    half days.  And let me comment upon this, ladies and

5    gentlemen.  Who were the witnesses that, from your

6    perspective, after they took the witness stand you had a

7    sense that they were credible witnesses?  Mr. Rozenbloom,

8    perhaps remember him?  Mr. Foster, perhaps.  The witnesses

9    that give you detailed answers to detailed questions I

10   submit to you are being truthful.

11           And if nothing else perhaps to a fault, Phil

12   Kenner gave you detailed answers to questions, did he not?

13   Is that the hallmark of someone who is lying?  He had a

14   remarkable capacity to recall these events because he was

15   intimately involved in these events.  And I suggest to you

16   that complicated financial transactions over an extended

17   period of time do not equate to criminal activity.

18           I told you when we opened, or when I opened on

19   May 4, that we don't dispute any of the bank records that

20   are submitted or admitted into evidence.  It is not a

21   question of what the bank records say.

22           And indeed that is why I lost count.  I dream

23   about it *no objection* in my sleep.  Those records should

24   go in.  I did say to you in my opening statement it is the

25   interpretation and meaning of those bank records as to

5788

1    whether or not they constitute a crime.

2            Now, the government, and frankly I think it is

3    consistent with its opening statement where you were

4    reminded about hockey players and how they grew up and how

5    they aspired to be hockey players, their struggle to

6    become a hockey player.  That is perfectly legitimate.

7    These men worked hard.  They became professional athletes,

8    and to their credit they made a great deal of money.

9            But the government has a playbook.  And it's

10   like if this is a fraud case, we have to have an elderly

11   victim, we have to have someone who talks about their

12   nestegg being shattered, we have to have a blue-collar

13   worker and contrast him against the spend-thrift playboy.

14           And you got all that.  You got all of it,

15   beginning with Ethel Kaiser.  What a lovely woman.

16   Remember Ethel?  Eight children in 10 years.  14

17   grandchildren.

18           She was on the stand for perhaps 15 minutes, and

19   what we learned is that on the recommendation of her son

20   John she made various investments, loans, and by her

21   testimony she was paid back.  There was some question

22   about whether or not there was still a $70,000 investment

23   in Eufora out there, but John Kaiser testified that my mom

24   was completely paid back for all of her monies as relates

25   the her investments.

5789

1    I'm sure she was.  I'm sure if the investment

2    that John Kaiser recommended his mom make were not paid

3    back, I think his nine other siblings would have had

4    something to say about that.

5    But there was also an instance which is kind of

6    a defining moment because she testified that, when asked

7    by me, do you recall your son John after 9-11 traveling to

8    Hawaii to look at property there?  And she said I don't

9    recall that.

10    It was probably the only instance where, when a

11    witness said I don't recall that, it was truthful

12    testimony.  You would think well, how could she not recall

13    that?  Why?  Because for a woman at that age deceit is not

14    part of her makeup.

15    They just put Ethel Kaiser on the stand to

16    appeal to your emotion.  That is why they did that.  She

17    suffered no financial loss ultimately as a result of

18    recommended investments by John Kaiser, certainly not at

19    the hands of Phil Kenner.

20    You recall of course the testimony of Kristin

21    Peca.  That is where they got in the nestegg testimony.

22    To their credit, when Michael Peca retired from hockey, by

23    their own testimony, he had a $20 million contract.  Your

24    recollection will control.  I think over the career he

25    made $28 million.

5790

1            By the way, that is not to say that the wealthy

2    or the very wealthy are less deserving of the protection

3    of our criminal statutes than anyone else.  But their

4    nestegg was not shattered by Phil Kenner.

5            We had the blue collar worker, and that was Nick

6    Privitello.  Nick Privitello, electrician, hard-working

7    guy, no question about it.  But they had to elicit that

8    statement from him that Phil Kenner once told him about

9    the $25,000 cabana party.

10           As a matter of fact, if you check the

11   transcript, he almost forgot to say it.  They kind of had

12   to lead him into that:  What about the cabana party

13   comment?  Oh, yes.  Phil Kenner told me there was a

14   $25,000 cabana party.

15           That didn't take place, ladies and gentlemen.

16   That was part of this playbook where there are trying to

17   appeal to, not your intellect, not your collective

18   judgment, but trying to appeal to your emotional side, to

19   paint the picture of the fraudster who is shattering

20   nesteggs, stealing from the elderly, and contrast that

21   against a hard-working guy like Nick Privitello.

22           Now, we do have, as I characterize it, the chart

23   and the heart.  And again, I don't mean to be facetious,

24   but do you recall when there was an instance actually

25   involving $17,000 paid out to Phil Kenner and that chart

5791

1   was introduced into evidence, it showed that there had

2   been a deposit, frankly I forget the hockey player at that

3   point in time, $100,000, then later $17,000 was paid out

4   following the $100,000 deposit.  I will find that and it

5   will be in the defendant's exhibits.

6           But what was testified to was:  Well, we only

7   started with $100,000 came in.  And then we saw that

8   $17,000 dollars going out to Phil Kenner shortly after

9   that.

10          They didn't go further up the bank records to

11  show the $25,000 deposit from Phil Kenner.  They didn't go

12  up the bank records to show the $65,000 deposit from Tommy

13  Constantine.  And the answer is well, we just started

14  there.

15          You know, it occurred to me.  You see smoke

16  billowing out of the window of the room of our neighbor's

17  child.  You run over, push open the door, run up, grab the

18  child, and run out the front door, the same door you

19  pushed open.  And you get charged with kidnaping.

20          And all the government does is, they show the

21  video of you going in the house and the video of you going

22  out of the house.  They kind of ignore what happened in

23  between.

24          The testimony of John Osborn, the government's

25  expert witness.  John Osborn was, without question,

5792

1   qualified to render an expert opinion.  I don't dispute

2   that.  But what did we hear?

3          We saw and heard him walk to you and present

4   this chart so that you might review it within, let's say,

5   15 feet of you.  You were also given individual sheets, as

6   I recall, to hold in your hand so that you could then

7   apparently, should you not be able to see this chart, be

8   able to look at the individual charts you had in your

9   hand.

10          And he told you as a result of his analysis we

11  can conclude that these signatures are nongenuine.

12          Well, he did say that.  But when questioned on

13  redirect about a report, let me just read to you the

14  testimony so you have a full understanding.

15          *Question:  Mr. Osborne, my name is Rick Haley.*

16  *I represent Phil Kenner.*

17          *Not less than five minutes ago you stood in*

18  *front of the jury with these charts and testified, perhaps*

19  *within 15 feet of this jury, that we can conclude that*

20  *these signatures are nongenuine.*

21          *That was your direct testimony.  Correct?*

22          *Answer:  Yes.  Correct.*

23          *And you said that on more than one occasion, did*

24  *you not, in front the jury about five minutes ago?*

25          *Answer:  Yes.*

Summation - Haley

5793

1        *You didn't qualify that statement, did you, sir?*

2   *We can conclude that these signatures are nongenuine.*

3        *You didn't qualify that statement.*

4        *Answer:  Correct.*

5        *Now, you rendered a report, did you not, in*

6   *advance of your testimony today, which was provided to the*

7   *government?  Is that correct?*

8        *Yes.*

9        *And you have an understanding, acknowledged,*

10  *that the report would be provided to the attorneys for the*

11  *defendants accused in this matter.*

12       *Answer:  Yes.*

13       *Just take a look at Kenner Exhibit 105.  Do you*

14  *recognize that document, sir?*

15       *Yes.*

16       *What is it?*

17       *This is a copy of the report which I issued on*

18  *May 4, 2015.  However, it does lack the signatures page of*

19  *that report.*

20       *Question:  But this is the report of your*

21  *findings and report that reflects your expert opinion as*

22  *relates to those two signatures in question.*

23       *Answer:  Yes.*

24       *And, sir, would we agree that in the written*

25  *portion of the report under the bold-faced heading you*

5794

1    *write --*

2              *Would you like me to read it?*

3              *Question:  I will read it, sir.  I'm just asking*

4    *you the following, if I read it correctly.*

5              *Finding.  It is highly probable in the opinion*

6    *of the undersigned that each of the two convicted*

7    *signatures are nongenuine and the product of an attempted*

8    *simulation of John Kaiser's signature.*

9              *This finding is intended by the undersigned to*

10   *express an opinion which meets and exceeds the threshold*

11   *commonly described within the phrase "within a reasonable*

12   *degree of certainty."*

13             Why didn't he qualify that answer when he told

14   you:  *"We can conclude these signatures are nongenuine?"*

15             Now earlier in his testimony he did make

16   reference to that, ladies and gentlemen.  But it is

17   important that an expert witness be very precise in his

18   expert opinion to you.  And that didn't happen.

19             It continued, because I asked him a question:

20             *Sir, isn't it true that in your field of*

21   *expertise it is more of an art than a science?*

22             And in substance he said:  No, I would disagree

23   with that.  It is more of a science than an art.  Fair

24   enough.  I then asked him question:  Well, as a science --

25   and I'm paraphrasing, ladies and gentlemen, but you may

Summation - Haley

5795

1   recall this.  And it is in the testimony.

2          As a science is it susceptible to computer

3   analysis?  In other words, do you use computers and

4   software programs to take images of the writings and then

5   compare it to a computer analysis?  He said yes.

6          As a matter of fact, there is a software program

7   that he is aware of that has been in existence for some

8   period of time that is designed by, I forget the

9   gentleman's name, but a person highly regarded in his

10  field of study.  And the question was asked:

11         *Well, did you utilize that program to assist you*

12  *in your analysis of the handwriting for purposes of this*

13  *criminal prosecution?*

14         *No.*

15         *No?  It wasn't that important?*

16         Does high degree of probability, ladies and

17  gentlemen, in terms of the opinion of an expert equate to

18  proof beyond a reasonable doubt?  Well, listen to his

19  Honor's instructions in connection with proof beyond a

20  reasonable doubt.  Hear whether you see something like

21  *high degree of probability.*

22         (Continued on the following page.)

23

24

25

Summation - Mr. Haley

5796

1          MR. HALEY:  (Continuing).

2          Darryl Sydor testified.  And other witnesses

3    testified regarding forgeries or what they allege to be

4    forgeries.  And other than this singular document, and I'm

5    referring to the consulting agreement, there is no other

6    expert opinion as relates to any other alleged forgery by

7    the government witnesses.  Why not?  If any of those

8    witnesses had, prior to the testimony before you, told the

9    government, my signature is forged on a significant

10   document, bank document or something of that nature, rest

11   assured that expert opinion would have been on the stand

12   to verify that for you.  But we do have the expert opinion

13   to bolster the testimony of --

14          You know there was testimony as well, Lainey

15   Donlon testified as to her relationship with Brian Berard,

16   being close friends over the years with Brian Berard.  She

17   testified that, she says there was a time she saw Phil

18   Kenner copying a signature, multiple signatures on some

19   document.  No expert testimony regarding that, ladies and

20   gentlemen, because no such document exists.  You will not

21   see this document as part of the government's proof.  It's

22   not in any of the thousands of exhibits that the

23   government has acquired through this extensive search over

24   many years, because it doesn't exist.

25          You know there was something that Lainey Donlon

Summation - Mr. Haley

5797

1   said that did have a kernel of truth.  And that was when

2   she said to you, It's all so sad.  You know, what is also

3   sad because as you saw in the photograph of Phil Kenner

4   and Sergei Gonchar, there was and did exist over a long

5   period of time a close relationship between Phil Kenner,

6   the hockey player clients, a relationship of friendship

7   and trust.  And that's what she meant.  It's all so sad.

8   And that occurred when the FBI targeted Phil Kenner for an

9   investigation, and now the current prosecution.

10          Okay.  Let's address each crime as alleged in

11  the indictment.  And I will begin with the lines of

12  credit.

13          Your recollection, your collective recollections

14  will control.  But as I recall, during the direct

15  testimony and cross virtually to a person they were

16  disclaiming knowledge about what was happening with the

17  Northern Trust accounts, the bond accounts, the lines of

18  credit -- they were kept in the dark.  And they were

19  unaware of the default notices coming out, default letters

20  coming out.

21          Kenner Exhibit 207.  And these exhibits were

22  introduced during the testimony of Phil Kenner, who

23  authenticated the documents as part of our defense.  And

24  you may recall there were a number of those e-mails that

25  were up on the large screen there that suggested that,

Summation - Mr. Haley

5798

1   contrary to what many of these witnesses had told you on

2   direct about keeping, being held in the dark about what

3   was happening with the lines of credit and the default

4   letters, that there were e-mail communications.

5         Steve Rucchin, Exhibit 207.  To Phil.  Give me a

6   call today.  Want to talk about N Trust.  Told I was in

7   default, interest and late fees, and recently received a

8   bill for over ten grand.

9         That occurred on April 16, 2009.  That was up on

10  the screen.  Some of them were.  And all of these, ladies

11  and gentlemen, all of these you can review as you

12  deliberate for purposes of this case, so I'm not going to

13  go through each and every one of them.  But that was Steve

14  Rucchin.

15        Brian Berard, 4609.  No rush it's about NT line

16  of credit.  And sign Schwab F X from Stef.

17        Owen Nolan.  Where's the packet that needs to be

18  signed.  VP needs $200,000.  Well that talks about the

19  Toronto settlement.  And then as he goes on, Phil Kenner

20  testified that the conversation, that included

21  conversations that relate to Northern Trust as reflected

22  in the e-mail.

23        Owen Nolan received Northern Trust papers, asked

24  what are the papers for.  And the FedEx's.

25        Mr. McKee testified he was unaware that his line

Summation - Mr. Haley

5799

1    of credit and his bonds were taken by Schwab.  We have

2    actually Government Exhibit 1526, Jay McKee, 20 Governors

3    Lane, -- New York.  It's a complete history of his line of

4    credit indicating the existence and status of the line of

5    credit on May 31 of 2009.

6              You may recall that when presented with

7    documents of this nature by the defense, on occasion there

8    would be testimony from government witnesses, I don't

9    recall this.

10             They would verify, however, that that's their

11   address.  Yes, I was living there at this point in time.

12   Some of the documents were return-receipt requested.  But

13   there was no evidence that Phil Kenner had the ability to,

14   the power or the authority to interfere with the delivery

15   of mail where it is specifically addressed to an

16   individual by the United States Postal Service or Federal

17   Express.

18             All of the testimony that you received through

19   the government in it's direct case regarding lack of

20   knowledge as to what was happening with the lines of

21   credit, ladies and gentlemen, I suggest to you is placed

22   in question by documentary evidence.

23             This is the Northern Trust Bank records as

24   obtained in this case pursuant to a defendant's subpoena.

25   Time and time again hockey player clients are signing

5800

1   these documents to authorize the transfers, to keep the

2   line of credit in place with knowledge there are pledge

3   agreements, that should there be a default, that their

4   bonds would then be lost because of being pledged pursuant

5   to that line of credit.

6           No evidence that these are forged signatures.

7   Again, if there were forged signatures rest assured that

8   the government would have introduced expert testimony as

9   relates to those documents.

10          So we have a statement from Owen Nolan --

11  something different, but I'll get to that in a moment.

12  No, I'll get to that now.

13          Owen Nolan testified that he was one of those

14  victims where Phil Kenner had accessed his line of credit

15  without his knowledge.  Yet Owen Nolan had filed an

16  arbitration.  You heard about that pursuant to the

17  standard advisors agreement with Phil Kenner.  And within

18  that arbitration he never made a claim that Phil Kenner

19  had accessed his line of credit without Phil Kenner's

20  (sic) authorization.

21          He did make a claim that he was unaware of the

22  Hawaii investment -- excuse me -- the Hawaii money going

23  from Hawaii to Mexico.  That was his claim at the time.

24          But when asked, Now, when you filed the paper to

25  commence the arbitration before the arbitration panel,

Summation - Mr. Haley

5801

1    isn't it true, sir, that at that point in time you made no

2    claim in your papers before the arbitration panel that

3    Phil Kenner had access to your line of credit for purpose

4    of Little Isle IV investment without your authorization?

5           Could you repeat that, I didn't understand that?

6           Question:  Sure.  Isn't it a fact, sir, that

7    when you filed the claim with the American Arbitration

8    Association with reference with your dispute with Phil

9    Kenner, you did not at that point, in 2009, make any claim

10   that Phil Kenner had access to your line of credit without

11   your authorization?

12          Answer:  I don't recall.

13          That's another, I don't recall.  You remember

14   that -- the answer would be, Yes, I did. Or, No, I know he

15   accessed my line of credit would my authorization.  So the

16   answer is, Yes.  I don't recall?

17          Kenner Exhibit 11 is a master note signed by

18   Michael Peca on March 31, 2005.

19          Kenner Exhibit 12 is a master note signed by

20   Michael Peca, July 1, 2005.

21          Kenner Exhibit 17 is the application made by the

22   Pecas with reference to the their line of credit.

23          Kenner Exhibit 14 is the promissory note that

24   they, Michael Peca signed, that pledged his bond as

25   collateral to the line of credit.

5802

1    Kenner Exhibit 14 is a change in firm agreement

2    signed by Michael Peca.

3    Let me also speak, ladies and gentlemen, about

4    the government's allegation concerning, with all of their

5    charts, the use of the lines of credit to pay off another

6    line of credit.  We did give you a chart.  And our chart

7    didn't have the colors and the pictures or anything of

8    that nature.  But it did indicate the uses for which the

9    lines of credit were committed as relates to the

10   development of the Hawaiian land project, and the list is

11   in evidence.  You'll have an opportunity to you view it.

12   But it did involve paying off other lines of

13   credit.  That was, these were pooled funds, meaning that

14   once the money came into the Little Isle IV account, it

15   was used for any number of purposes.  And once it became

16   part of the pool, if there was an interest payment due on

17   someone else's line of credit, it got paid.  Why?  So that

18   the collateral did not get lost.

19   As a matter of fact, you heard there was a

20   legitimate business reason for doing it that way, because

21   you could place a bond and the bond is going to continue

22   to earn interest, and you don't want any lines of credit

23   to go into default.  So you would utilize part of that

24   pool once it goes into the pool to pay off someone else's

25   line of credit.

5803

1          That is not a scheme to defraud.  That's not

2   outright theft, as you would hear with an elevated voice

3   by the prosecutor in this case.  That was part and parcel

4   of the investment modality that Phil Kenner was utilizing

5   as the managing member of Little Isle IV.

6          All of those times when the government would

7   then isolate on a master note -- you read that towards the

8   end with Sergei Gonchar.

9          And they said, Well, were you aware at this

10  point in time, $375,000 was being taken out of your line

11  of credit?  And indeed that would increase the requisite

12  bond pledge.

13          No, I wasn't aware of that.

14          You can't tell me that is fraud.  That was the

15  business protocol by which the lines of credit were being

16  used to keep the investment vehicle in Little Isle IV

17  alive.

18          And you heard that it wasn't a situation where

19  Phil would -- the business model wouldn't work if every

20  time Phil had to access someone's line of credit for the

21  purpose of a particular expense, he would call them up

22  half a world away and say, Oh, by the way this is what I'm

23  doing.

24          They knew by way of each one of those pledges --

25  and you saw them in evidence -- that Phil Kenner was

5804

1   authorized to access my line of credit.  And that is what

2   happened here, ladies and gentlemen.  Full authorization,

3   no theft or fraud.  This was not a scheme to defraud as

4   relates to any aspect of it.  But certainly in no respect

5   is there proof beyond a reasonable doubt that the manner

6   in which the lines of credit were utilized by Phil Kenner

7   constituted a crime.

8          You know, Joe Juneau, it was brought up on the

9   government's summation -- Yes, they did use a line of

10  credit to, access to a line of credit from Owen Nolan to

11  pay off Joe Juneau's line of credit, so that his line of

12  credit was satisfied and there was no loss of his bond as

13  pledged.  And that is what that e-mail meant.

14         And you may recall that that happened because

15  Joe Juneau though an original investor in Little Isle IV,

16  decided, I committed to the investment but I want out.

17         And Phil said, You know that's a little unusual.

18  You're now leaving us in the lurch.  We're trying to get

19  this project started.  You say, I'm in.  And then you

20  change your mind.  Well, okay.

21         So they brought other investors in.  Those

22  investors then obtained their percentage interest in the

23  Hawaiian land development as represented by Little Isle

24  IV, and Joe Juneau was paid out, got out of it.  Joe

25  Juneau lost no money in the final analysis, either by way

Summation - Mr. Haley

5805

1   of his commitment to Little Isle IV, or whatever

2   investments he made in Eufora.  He is not a victim.

3          And for the government to say, Well, the persons

4   do not have to lose money to be victims.  That is

5   absolutely true.  Of course that is true.  But what

6   happened here was not designed or intended to defraud

7   anyone.

8          THE COURT:  Do you want take a break?

9          MR. HALEY:  Yes, your Honor.  May we take a

10  break?

11         THE COURT:  Don't discuss the case.

12         (A recess was taken.)

13         (After recess the following occurred outside the

14  presence of the jury.)

15         MR. HALEY:  Your Honor, I know I'm not going to

16  be finished at 4:30.

17         THE COURT:  Okay, we'll stop at 4:30.

18         MR. HALEY:  Thank you, sir.

19         I do recall the Court saying to Mr. LaRusso, if

20  you need five hours you can have five hours.

21         THE COURT:  Did I?

22         MR. HALEY:  It is not my intention.  I was

23  raising my hand.

24         (The jury entered the courtroom.)

25         THE COURT:  Mr. Haley.

Summation - Mr. Haley

5806

1           MR. HALEY:  Thank you.

2           It is certainly not my intent or desire to test

3    your patience, ladies and gentlemen.  I hope that at least

4    the summations of both the government as well as the

5    defense will result in at least your deliberations being

6    focused on the issues, at least as relates to how the

7    litigants or the attorneys view those issues.  And perhaps

8    it will assist in moving those deliberations along in a

9    meaningful fashion.  Which is not to say you should not

10   give full and complete consideration during your

11   deliberations to both the government's case and our cases

12   and what the defense says.  So please, bear with me.

13   Thank you.

14           I did mention, ladies and gentlemen, we don't

15   have many charges, but we got a couple.  And this relates

16   to the Hawaiian land development.  This is the chart you

17   may recall, indicating the various contributions of the

18   hockey player investor clients in Little Isle IV and any

19   expenses.  We did reference that earlier, and I wanted to

20   locate it for you.

21           So rather, at least this is a rather detailed

22   representation of the expenditures.  And I might add,

23   ladies and gentlemen, as Judge Bianco will tell you, the

24   burden of proof never shifts when a defendant puts a case

25   on.  The burden of proof always remains upon the

Summation - Mr. Haley

5807

1    government to prove their case beyond a reasonable doubt.

2            Mr. Kenner testified that these expenses, as

3    well as the contributions as set forth on that document

4    were supported and are supported by bank records.  And

5    those bank records, as indicated by Mr. Kenner during the

6    course of his testimony, have been and are in the

7    possession of the government.

8            So if you -- if it were an instance, let's say

9    where there was not an expense related to land plans,

10   there was not an expense related to archeology, there was

11   not an expense related to salary and payroll; rest assured

12   that the government would have cross-examined Phil Kenner

13   on the absence of such expenses.

14           Consulting fees.  Well we know there were

15   consulting fees.  As a matter of fact, the Urban Expansion

16   Loan and indeed the -- well, specifically the funding

17   consultant agreement was just that, a funding consultant

18   agreement.  So all of those expenditures, ladies and

19   gentlemen, were part and parcel of the Hawaiian land

20   development project.

21           That doesn't suggest some sort of deceitful

22   conduct on part of Phil Kenner.  We learned that

23   throughout this process Phil Kenner was actually texting

24   people, you're to going see some of those texts at one

25   a.m. to keep this project going.  The idea that somehow

Summation - Mr. Haley

5808

1   this, the Hawaiian land project was part and parcel again

2   of a massive scheme to defraud.

3          You saw the photographs.  This project, the

4   Hawaiian land project had real potential; beautiful,

5   beautiful scenery, beautiful property, architects hired,

6   Chris Manfredi testified as to what they were trying to

7   accomplish.

8          We know -- and this is a point I'll discuss a

9   little later on -- we know that it didn't come to fruition

10  through no fault of Phil Kenner.  It didn't come to

11  fruition because what ultimately happened was land values

12  tanked, and Lehman Brothers went bankrupt.  That is what

13  happened here.

14         We will be speaking, rest assured before I

15  finish my summation, about the Jowdy loan.  Because that

16  is critical in connection with what transpired here.

17         But it was the real deal.  You know, this is

18  not, this is not a Bernie Madoff type of Ponzi scheme as

19  Mr. Miskiewicz would suggest to you, where he was taking

20  investor money and not investing it at all, but simply

21  paying back other investors with investors' money.

22         They had, they had titles of land.  You saw the

23  title documents.  They had consulted for purposes of

24  obtaining vertical construction loans.  And the ideas in

25  connection with those loans from -- to hard money loans,

Summation - Mr. Haley

5809

1    was that though the hockey player investors had

2    contributed and committed significant amounts of money to

3    the Hawaii land development project, in order to make this

4    project work you needed additional funding.  Wasn't that

5    crystal clear?

6              Unless you were going to take an instance where,

7    where you collapsed the project and didn't look to make

8    its potential, there is going to be the risk and you're

9    looking to ultimately see that project as successful.

10             The Lehman loan was huge.  Lehman had committed

11   to, I believe it was $105 million.  That was part and

12   parcel of keeping the project going.  We'll speak later,

13   because I just want to go back to my perspective about

14   whether when Lehman, when the Lehman loan came through,

15   the money that went to Tommy Constantine by way of the

16   Urban Expansion Loan was fraudulent.  I'll talk about that

17   at an appropriate time.

18             But let me also give you an example.  Phil

19   Kenner would track, and this is just one example -- here

20   is an example of what happened to Sergei Gonchar's line of

21   credit.  It shows where the contribution was made on a

22   given day.  It shows where the money went.  It's

23   consistent with the charges you saw a moment ago --

24   direct, employee payroll, expenses reimbursed through

25   Kenner -- Phil was entitled to reimbursement of expenses

5810

1   associated with the Hawaiian land project.  He was

2   entitled to take a draw.  As a matter of fact, John Kaiser

3   told you that.  No salaries, sure, salaries were part and

4   parcel of normal approved business expenses, expenditures.

5   And to suggest that the hockey player clients were somehow

6   misled when Phil Kenner took an expense reimbursement

7   without calling up ahead of time, or again as indicated

8   here utilized Sergei's line of credit in connection with

9   an attorney payment here, in connection with these

10  expenses, is simply untrue.

11         And as I said a moment ago, as relates to the

12  bank records that would support that, the government is in

13  possession of those bank records.  So if that direct

14  11/9/05, $2,166 -- payment for -- 4000 employee payroll

15  was not supported by bank records, you would have been

16  hearing Mr. Miskiewicz.  I don't know if he talked about

17  rabbit holes.  But you would be hearing Mr. Miskiewicz

18  talking about how the bank records did not support what

19  the defendant is putting in front of you.  Believe me.

20         Well, actually it's kind of a shame because we

21  know what is happening with real estate.  Can you imagine

22  Lehman Brothers going bankrupt?  What would that property

23  -- no expert testified in that respect.  But there was

24  some evidence that the potential for the investment in the

25  Hawaiian land development project ultimately explode.

Summation - Mr. Haley

5811

1      By the way, you know, we did talk about evidence

2  in connection with ownership interest.  It was an issue to

3  be decided by you.  The reality is that those ownership

4  interests are and were recorded on the books and records

5  of Little Isle IV.  And once it is recorded on the books

6  and records of Little Isle IV, any one of those hockey

7  player investors, should there come a point in time where

8  the property was sold and they weren't getting a return on

9  their investment, they could certainly consult an

10  attorney.  And we have a record that says, there's your

11  ownership interest.  You have a fairly compelling case in

12  court to get your money back.  Because it is reflected on

13  the books and records.

14      So as an example, Kenner said that on the K-1,

15  Kenner Exhibit 62.  Withdrawn.

16      (Continued on the following page.)

17

18

19

20

21

22

23

24

25

Summation - Haley

5812

1          (Continued from the previous page.)

2          BY MR. HALEY:  Let me just also give you an

3    example of what transpired at least in connection with

4    Peca LLC distributions, the chart matches up with the bank

5    records once again, and I will not go through all of this

6    document.  You'll have an opportunity to review it.  But

7    we do have, and we'll talk about it at the appropriate

8    time.  We do have a $395,000 to Kaiser, Led Better loan.

9    And let me address that now because the operating

10   agreements for Little Isle IV, the original operating

11   agreement and it is in evidence, the little original

12   operating agreement without question focused solely and

13   exclusively on the Hawaii land development, no question

14   about it.  It existed consistent with the discussion that

15   Phil Kenner had with his hockey player investors that this

16   is all about Hawaii and let's invest in Hawaii.  That

17   document you will see crystal clear.  There is a special

18   projects provision in that document but that talks about

19   the expenditure of money to do research.  I wouldn't

20   suggest to you the special projects provision in the

21   original Little Aisle IV authorized lending, it didn't.

22   But there did come a point in time there was a

23   modification to the operating agreement and that is also

24   in evidence, and that modification specifically permitted

25   in writing lending in the discretion of the managing

5813

1    member which was, still it is, Kenner, and that document

2    which was signed by Phil Kenner, John Kaiser, interesting

3    enough, no allegation that John Kaiser's signature at

4    least by way of any expert testimony on this document was

5    a forgery, but it is John Kaiser.  I don't know what to

6    say other than there is no proof that this signature on

7    the document is a forgery, and that is the document of

8    which reads as follows:  At the sole discretion as the

9    managing member Little Isle IV may participate as a lender

10   if deemed by the managing member to be in the best

11   interest of the LLC.

12        Well, let's get right to the point with

13   reference to the lending that clearly occurred out of

14   Little Isle IV to Ken Jowdy for purposes of Ken Jowdy

15   utilizing that money as relates to the Mexico and the

16   development of the property.  That loan was indeed a loan

17   that initially did not have a document in support of.

18   Initially there were loan payments, money coming out of

19   Little Isle IV going into down Mr. Jowdy's way by various

20   maybe circuitous routes, but heading down there.

21        Indeed Phil testified, and the bank records

22   support it, and if there wasn't the Government wouldn't

23   have cross-examined him on it, when it went out Jowdy was

24   paying it out, with interest.  There came a time as

25   testified to by Phil Kenner it is a decision that is made

5814

1    actually involving John Kaiser who we say, look, we have

2    money going out of Little Isle IV, the money is going to

3    Ken Jowdy.  Our project right now is in a state of flux or

4    at least because of the time it took, remember all the

5    time it would take to get the necessary permits and

6    projects in place, develop land, we have access to money,

7    through the line of credit, and they loan this out as they

8    did at 15 percent interest, as I recall, so that we're

9    making some money on the loan.  That was a decision that

10   was arrived at by both Phil Kenner and John Kaiser.

11         There comes a point in time where with John

12   Kaiser's knowledge, if not insistence, let's memorialize

13   this loan by way of a written document, and indeed that is

14   in evidence and that's the revolving line of credit as

15   signed by Ken Jowdy.

16         This provision here at the sole discretion of

17   the managing members Little Isle IV may participate as a

18   lender if deemed by the members of the LLC if the

19   operating agreement that authorized that, and again it is

20   in evidence, ladies and gentlemen, that authorized that

21   lending to Ken Jowdy.

22         Now, Phil testified that he did speak with his

23   hockey player clients as relates to the loan coming out of

24   Little Isle IV to Jowdy.  There's a question, admittedly,

25   as to whether Phil actually spoke with each one of them

5815

1  before the lending had to take place, but each one of them

2  did become aware of that loan.  As a matter of fact,

3  Michael Peca testified, it's in the record before the

4  grand jury, yes, I learned of the loan, not immediately,

5  but I learned of the loan sometimes after the money had

6  started to come out of Little Isle IV to Jowdy and I had

7  no objection to it.  Why would he have an objection to it?

8  It will make him some money, and that's a business

9  decision by the way, where otherwise money is remaining

10  dormant.

11         When the Government is arguing in its summation

12  that the circumstances under which the revolving line of

13  credit document itself suggests fraud or suspicion, in

14  what sense, ladies and gentlemen?

15         Phil Kenner testified that there was a point in

16  time I'm with Ken Jowdy in Mexico and they did have a

17  business relationship, no question about it, Phil Kenner

18  and Ken Jowdy.  And the document, specifically the

19  revolving line of credit, was created for purposes of

20  having a written document in place in order to memorialize

21  and verify the loan that existed.

22         What did he testify to?  He said the document

23  was created, it was copied by Ken Jowdy and he kept the

24  original.  That is not suspicion.  To say that can Ken

25  Jowdy have a copy machine in his hotel room?  I don't know

Summation - Haley

5816

1    if there is any testimony that it happened in a hotel room

2    or not, that is sheer speculation.  We know Kenner Jowdy

3    has offices, he's running Diamonte Cabo San Lucas so to

4    suggest by way of that speculation by Mr. Miskiewicz

5    outside the record that under those circumstances it must

6    be fraudulent, I don't know how to answer that, ladies and

7    gentlemen.  All I can say is this:  The document itself is

8    witnessed by Robert Gaudet.  You may say by way of the

9    loan document, Kenner says it is accurate, Jowdy, who

10   knows whether that is his signature, but Robert Gaudet

11   signed the document and if there is any issue -- if you

12   are creating a fraudulent document, I guess the claim the

13   Government would be, well, I forged Jowdy's signature, I

14   forged Robert Gaudet's signature.  I don't now how to

15   answer that, ladies and gentlemen.

16           You know what the theory of the Government is.

17   Our theory is let's start out that Phil Kenner is a

18   fraudster and let's just make the evidence fit, so

19   everything he does must necessarily be fraudulent.

20           I don't know how to respond to that.

21           Okay.  So we have of course the Little Isle IV

22   operating agreement.  And by the way when it comes to the

23   operating agreements, the hockey player clients did

24   testify, I think on more than one occasion, and again

25   ladies and gentlemen it is your recollection that

5817

1  controls.  We would get a lot of documents.  One of them

2  said, remember that, I would pronounce is ASH -- it was

3  actually a shitload of Hawaiian documents.  That's what he

4  was saying in the e-mail.  So they would get those

5  documents from Phil Kenner and those documents would

6  include revised operating agreements, existing documents,

7  documents related to the Hawaii land development.  It

8  wasn't a matter of Phil Kenner hiding anything like the

9  bylaws of Little Isle IV that authorized the lending as

10  relates to Mr. Jowdy.

11          So we'll get to that, but this loan, this Peca

12  that comes out as set forth that the money that went out

13  of Peca's LLC to Kaiser in the amount of $395,000, at that

14  the point there had been an operating agreement that

15  authorized loans to go out and indeed what was happening

16  here there was a loan coming out of the Little Isle IV

17  account, no question about it, traceable to Peca's line of

18  credit, a loan to Kaiser which was permitted under the

19  operating agreement, with the expectation that Kaiser

20  would be paying it back and it would go back into the

21  Little Isle IV account and it happened in that way.  That

22  of course involved the Led Better and rather than digress

23  at this point in time let's stay focused on at least the

24  Hawaiian land project because the Government tells you

25  this is a massive fraud on the part of Phil Kenner.

5818

1    By the way this is the document that I'm

2  referring to from Michael Peca, Kenner Exhibit 21:  Oh,

3  yeah, thanks, cleaning up my files today.  We never did

4  get the documents on the Mexico stuff.  I have a shitload

5  of Hawaiian docs in Mexico.  We got them.  Thanks.

6    When we speak in terms of the members interests,

7  the Government made a great deal of the fact that

8  ostensibly nondisclosure of the loan in documents such as

9  the limited liability company agreement of Little Isle IV

10  dated April 26, 2006, failed to mention the Jowdy loan in

11  that document was part of deceitful conduct on the part of

12  Phil Kenner, that's the argument they make.

13    Phil Kenner, as relates to that document and

14  other documents said, these were not state of the union

15  documents.  They had a specific purpose from a business

16  standpoint.  This wasn't a function of looking to hide the

17  Jowdy loans from anyone.  Here are the members' interest,

18  ladies and gentlemen.  Members and percentages on schedule

19  (a).  Again you'll have this.  This is Kenner Exhibit 1,

20  the very first exhibit we wanted you to see was this.

21    You don't go through all this trouble if you are

22  creating this artificial scheme to defraud somebody and

23  this is the one, Kenner Exhibit 1, is where you see each

24  member in witness whereof, each member has executed this

25  agreement as of the date first set above.  And we have

5819

1    Berard -- you know what I'll do, I'll just close my eyes

2    and pick a page.

3            We have Glen Murray, we got Mattias Norstrom, we

4    have Turner Stevenson.  We got -- actually there is Phil

5    Kenner's signature.  We have Greg DeVries.

6            So here is the limited liability company

7    agreement that is relevant for having proper documentation

8    in effect with reference to Little Isle IV.

9            The Government tells you that the July 21, 2006,

10   agreement which was the agreement whereby Phil Kenner

11   writes to all the members of the LLC.  I'm writing to tell

12   you about a very positive development concerning your

13   Hawaiian real estate developments to Little Isle IV LLC.

14   As managing member of the company, I have the authority to

15   commit the company to the transactions described in the

16   letter.  Nevertheless, I'm asking your acknowledgment and

17   consent to these transactions as they will change your

18   investment, albeit, for the better, in my opinion.

19           That sets forth the information, this was

20   actually as relates to the Lehman loan.  It was required

21   by the Lehman lenders and their attorneys.  As a matter of

22   fact, Phil was not trying to be deceptive or deceitful but

23   my memory of his testimony, I didn't create this, this was

24   created by the lawyers that were involved in the Lehman

25   transaction and they wanted to make sure this document or

Summation - Haley

5820

1    they needed this document in place so each one of the

2    members had an understanding as to what the loan would

3    cover.

4            Indeed we have a response form:  I acknowledge

5    receipt of the letter of July 21, 2006, of Philip A.

6    Kenner, (the letter) to each of the members of Little Isle

7    IV LLC, (the Company).

8            You might remember this response form, because

9    when John Osborn testified, he testified that he relied

10   upon various documents presented to him as known signature

11   documents in determining whether or not the signature of

12   John Kaiser was non genuine.  And indeed I have to remind

13   you that that report is highly probable, not that we can

14   conclude as if there is no doubt.  He did that for your

15   benefit.  Who do you think he meant we can conclude?  He

16   said you should conclude that this signature is non

17   genuine.  Well, that's your decision, ladies and

18   gentlemen, not his decision.

19           One of the known documents presented to him was

20   indeed a document signed by John Kaiser.  So at least as

21   relates to the response form with reference to Kenner

22   Exhibit 93, we know that John Kaiser signed his name to

23   that document because it was given to their expert as a

24   known -- as a document wherein John Kaiser says that is my

25   signature.

5821

1    I don't know if you recall, but when John Kaiser

2  was cross-examined, it was that document -- I think it was

3  that document -- it was this document -- I apologize.  I

4  don't know if you recall but when John Kaiser testified, I

5  showed him a document and he acknowledged it was his

6  signature, perhaps it was this document, I don't know, and

7  then I wanted to question him in connection with the

8  content of that document.  He said that's my signature but

9  I didn't read it.

10    There was some cross-examination about, well, do

11  you read architectural plans, things of that nature?  That

12  became part of the theme in connection with many of the

13  Government witnesses when presented with a document that

14  they knew existed or a document that may be contradictory

15  to their testimony, their effort to avoid questioning on

16  that.  Well, yeah, that's my signature but I didn't read

17  the darn thing.  Okay.

18    The Little Isle IV, July 21, 2006, document,

19  became really a big part of this litigation because it is

20  Kenner 2, it's Kenner 93, Kenner Exhibit 16, Kenner 70,

21  although that wasn't admitted in evidence, ladies and

22  gentlemen.  Okay.

23    I talked about the original operating agreement,

24  Little Isle IV.  I just want you to have this.  It's the

25  last time I will say it.  Each one of these documents you

Summation - Haley

5822

1    have a right to request be delivered to you for your

2    review in your deliberation, but it is Kenner 25, it

3    speaks for itself.  That was the original operating

4    agreement that did not contain the ability to lend.

5            The ability to lend did come -- looks like

6    Kenner Exhibit 217.  Some of these exhibits, ladies and

7    gentlemen, designation numbers may change because sometime

8    they are remarked by a different number but that's at

9    least what my record reflects.

10           Let me get to the Semple point from the defense

11   perspective and it relates to the Hawaiian land

12   development.  We know it didn't work out, but had Ken

13   Jowdy honored the loan commitment he made to allow for and

14   pay back at 15 percent interest, the moneys loaned to him

15   that are reflected in bank records, Phil Kenner testified

16   that as of the day he testified, that money loaned at

17   15 percent interest would concern $18 million to the

18   Little Isle IV entity.  And it would have, by his

19   calculation, made each and every one of his hockey player

20   clients whole for their investments.  The hockey player

21   clients did lose money, no question about it.  When the

22   Lehman loan was closed, money was then transferred, and we

23   have that in Kenner Exhibit 19, Government 2103, was then

24   transferred out of Northern Trust to various hockey

25   players.  Those who had invested $100,000, their return

5823

1    was $42,553.  So they took a loss, but it wasn't a

2    complete loss.

3              You know when it comes to that, you may recall

4    that there was at least questioning by many of the

5    witnesses wherein the Government would say, well, sir,

6    isn't it a fact that you didn't get a penny back from your

7    investment?  Well, they didn't get a profit back from

8    their investment, ladies and gentlemen, but they did get

9    money back.  And it translated into about 42 percent of

10   their investment, whether it was the 100,000 or whether

11   the math works out, a percentage, it may have been

12   essentially the percentage as the line of credit.  We do

13   know that many of them also to their credit ended up

14   obtaining some settlement with Northern Trust, so the loss

15   they suffered was indeed compensated in part by Northern

16   Trust.  Why Northern Trust did that, the reason for it,

17   it's not part of this case.  God bless them.  They got

18   some of the money back from Northern Trust.

19             The Government made the point, it's a legitimate

20   point, that no fraud exists if people get money back, I'm

21   not trying to say that but I am saying this:  Would we be

22   here today, would we really be here today if the Jowdy

23   loan was paid back and those hockey players were made

24   whole as a result of that money coming back?  And perhaps

25   as significantly, would we be here today had John Kaiser

5824

1   pursued the $4 million in milestone payments that were due

2   Ula Makika which was then the LLC, wherein that money

3   would have gone to Ula Makika and then be available for

4   distribution to the hockey player investor clients?

5           You know, I think one of the witnesses testified

6   to this.  I didn't authorize the Hawaiian loan money to go

7   to Mexico, but had it happened that Jowdy had honored the

8   loan, had it happened that John Kaiser pursued the

9   milestone payments and they all came back into the pot, so

10  to speak, would there anyone being here and saying I got

11  all my money back but I want you to prosecute Phil Kenner

12  for fraud?  The Government wouldn't be taking the case.

13  That just wouldn't make sense, ladies and gentlemen.

14          No one will say, whoa, whoa, whoa, don't give me

15  the money that I invested through the LLC, don't return

16  that to me, because you never told me about the loan so I

17  don't want it.

18          They take it willingly, and I kind of suspect

19  that if that happened, you might have heard every one of

20  the hockey players investor clients saying I knew about

21  the loan, knew about it from day one.

22          The Government is orchestrating a crime here,

23  ladies and gentlemen, and they have a motive for doing it

24  and we'll be talking about that.

25          Okay.  Look, I know it gets complicated, but as

Summation - Haley

5825

1    I said before, complicated financial transactions are not

2    proof beyond a reasonable doubt of criminal activity.

3           We have talked about during the course of the

4    trial and the Government in its summation talked about the

5    Urban Expansion loan.  Well, the Urban Expansion loan

6    resulted in the need to preserve Waikapuna, as one of the

7    properties that was the part of Little Isle IV, and you

8    may recall that the loan was needed because they had to

9    make good in terms of making payments to, I forget the

10   senator's name, that was going to charge them significant

11   interest over a period of time had they not come up with

12   the cash to close on the purchase, and it was through

13   Tommy Constantine that the funding occurred, so that

14   Waikapuna was not lost for the Hawaiian investors.

15          As a matter of fact, Chris Manfredi confirmed

16   all of what Phil Kenner had to say about Waikapuna, in

17   terms of the need to come up with the funding to purchase

18   the property, to stop the interest payments and to do that

19   quickly.  As a matter of fact, he characterized the need

20   for that loan as being urgent.

21          Who was the person who came up with the funding

22   for that critical infusion of cash at that point in time?

23   It was Tommy Constantine.  And that's what the Urban

24   Expansion loan was all about.

25          Now, the Government made a big deal about the

5826

1    prepayment penalty on that loan, and Phil Kenner told you

2    that prepayment penalties of that type were not unusual at

3    all in this hard money lending market.  So that was not a

4    scheme to defraud, ladies and gentlemen, it was a business

5    decision that occurred because they were in at least from

6    Phil Kenner's perspective, financial straits or a

7    financial squeeze where they needed to come up with that

8    money.  Who ultimately came up with that money?  Tommy

9    Constantine and actually Tommy Constantine or I should say

10   Jim Grdina, money flowed back to them, there is no

11   question about that.  But that particular transaction as

12   reflected on the Government's Chart 17, is the background

13   by which the Urban Expansion money came from for the

14   purpose of the Waikapuna closing and the payments that

15   were later made out to Urban Expansion that went to

16   Constantine, as relates to Lehman's disbursement of moneys

17   following the Lehman closing.  As a matter of fact, in

18   Cabo, as relates to a Lehman loan that was actually

19   obtained in Cabo, I believe Phil Kenner testified that the

20   Lehman loan there had a $125 million prepaid penalty.  So

21   the exorbitant prepayment penalties you will see in these

22   hard money loans was not unusual, and I know it gets

23   complicated, ladies and gentlemen, but it's not fraud.

24            So there's no confusion as relates to the

25   knowledge of Mr. Peca in connection with the ultimate

5827

1    knowledge that the loan was flowing out of Little Isle IV

2    with the Hawaiian land project to Mexico, we have this

3    testimony.

4          Question:  I'm just going to ask you to just

5    read to yourself and specifically for the record, drawing

6    your attention to the question and answer beginning at

7    line 7 and read through approximately 20.

8          I'm sorry.

9          The witness:  30.

10         Mr. Haley:  Thank you.

11         Question:  Now, does that refresh your

12   recollection as to what you said in 2011 about where the

13   money was going, meaning the money from your line of

14   credit?

15         Answer:  Yes.

16         That referred to his prior grand jury tell.

17         Question:  What did you tell them?

18         Answer:  I asked, basically told them that the

19   Hawaii investment started with the cash investment of

20   100,000 and a line of credit for 1.775 used for Hawaii.

21         Question:  And did you indicate or did you say

22   that you knew something about Ken Jowdy getting some of

23   that money at some point in the form of a loan?

24         Answer:  It was never in the outset.  I never

25   knew when the loan was made to Ken Jowdy or notified when

Summation - Haley

5828

1    the loan was made to Ken Jowdy.  We were told well after

2    the fact that the loan was made to Ken Jowdy.  There were

3    so many parts in moving investments that just became part

4    of the conversation.

5         Question:  In 2011 you will agree with me, you

6    did say that some of that money was a loan to Ken Jowdy?

7         Answer:  Correct.  At that point I learned that

8    some of the money was to be used to loan to Ken Jowdy.

9         Question:  Who told you that the money in your

10   line credit went to Ken Jowdy?

11        Answer:  Phil Ken did, but it didn't start out

12   the money from Little Isle IV which belonged to Ken Jowdy.

13   It started out that we made a loan to Ken Jowdy.

14        Question:  When did he tell you that?

15        Answer:  I couldn't tell you exactly, starting

16   in 2010.

17        So again, ladies and gentlemen, there may have

18   been instances where when the loan was first made to Ken

19   Jowdy, Phil Kenner did not tell, certainly Mr. Peca, at

20   least by his testimony, that it happened, when it

21   happened, he told him immediately but he didn't hide it

22   from his clients and they became aware as indicated by

23   that particular testimony.

24        Your Honor, I'm about ready to move into a new

25   area.  Is this an appropriate time to stop?

Summation - Haley

5829

1    THE COURT:  We'll break for the day and

2    reconvene on Monday at 9:30.  We'll provide you with lunch

3    on Monday.  I want to use as much of the day as possible

4    so we'll take a shorter lunch break.

5        So Michelle will use the local deli, and you can

6    check off the menu as you want so we can maximize the time

7    on Monday.  I want to remind you don't read or listen to

8    anything regarding the case.  Don't discuss the case.

9        Have a great fourth of July weekend.  I'll see

10   you all on Monday morning.

11       Thank you.

12       (Whereupon, at this time the jury exits the

13   courtroom.)

14       THE COURT:  If everyone will be seated.  So how

15   much more do you think you have, Mr. Haley?

16       MR. HALEY:  Sorry, your Honor?

17       THE COURT:  How much more do you think you will

18   have on Monday?

19       MR. HALEY:  May I just reflect for a moment,

20   Judge?

21       THE COURT:  Sure.

22       I cannot envision, Judge, going beyond an

23   hour-and-a-half.  I hope your Honor appreciates only

24   because of the level of allegations and the quantity of

25   allegations.

5830

1    THE COURT:  An hour-and-a-half is okay.  If you

2  would say more than that, I would question you, but that

3  is reasonable.

4    MR. HALEY:  And I'm confident and I will keep in

5  mind your Honor's suggestion and absolute direction.

6    THE COURT:  So I may not instruct them until

7  Tuesday morning.  I'm concerned.

8    Based upon that, do you think you'll be two, two

9  and a half hours?

10    MR. LARUSSO:  It will be longer to be honest.

11    THE COURT:  Longer than two and a half?

12    MR. LARUSSO:  I haven't really finished it.

13  Knowing me I'm usually longer than my estimate.  I'll try

14  to keep it at that but it may be a little longer.

15    THE COURT:  I'll see you Monday morning at 9:30.

16  Have a good weekend.

17    (Proceedings adjourned until Monday, July 6,

18  2015, at 9:30 a.m.)

19

20

21

22

23

24

25

5831

1

2                         I N D E X

3

4      SUMMATION FOR GOVERNMENT                    5686

5      SUMMATION FOR DEFENSE                        5767

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25