**CRIMINAL CAUSE FOR JURY TRIAL**
<u>BEFORE JUDGE BIANCO</u>       <u>July 8, 2015</u>            TIME:  9:30 am (6 HRS.)
<u>CR- 13-0607</u>

<u>DEFT</u>:  **Phillip Kenner**       **DEFT. # 1**     **ATTY:  Richard Haley**
  <u>X</u> pres.     <u>   </u> not pres.    <u>X</u>  cust.    <u>   </u> bail       <u>X  CJA</u>        RET.           LAS

<u>DEFT</u>: **Tommy Constantine**      **DEFT. # 2**    **ATTY:  Robert LaRusso and Andrew Oliveras**
  <u>X</u> pres.     <u>   </u> not pres.    <u>   </u> cust.    <u>X</u>  bail       CJA      <u>X</u>  RET.        LAS


**A.U.S.A.:  <u>James Miskiewicz and Saritha Komatireddy</u>**

<u>REPORTERS</u>: Stephanie Picozzi      OTHER:
<u>INT</u>:   (LANG.-      )

 <u>X</u>    CASE CALLED. DEFT(S) <u>Phillip Kenner and Tommy Constantine</u> APPEAR WITH COUNSEL.
      JURY SELECTION ADJ'D TO _____.
      JURY SELECTION HELD  (BEFORE _____).
      VOIR DIRE BEGINS.       ___JURY TRIAL SET FOR _____.
      JURORS SWORN AND TRIAL BEGINS._GOVT OPENS _____ _DEFT OPENS.
<u>X</u>    JURY TRIAL HELD.  _     JURY TRIAL RESUMES.
      WITNESSES SWORN
<u>X</u>    JURY TRIAL CONT'D TO <u>7/9/15 at 9:30 a.m.</u>                    .
      GOVT RESTS.         _ DEFT RESTS.
      CHARGED CONFERENCE.
      GOVT SUMMATION.       _ DEFT SUMMATION CONTINUED..   ____  G O V T REBUTTAL.
      JURY TRIAL ENDS.
      JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
<u>X</u>    DELIBERATIONS RESUME.
      **GUILTY VERDICT** ON COUNTS _____.
      **NOT GUILTY VERDICT** ON COUNTS _____.
      JURORS POLLED AND EXCUSED.
      DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/ INFORMATION.
      SENTENCING SET FOR_____.
      DEFT REMANDED.       _     DEFT CONT'D ON BAIL.

**OTHER:**