UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

- against-

PHILIP KENNER AND TOMMY CONSTANTINE

                      Defendant(s).
----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 08 2015 ★
LONG ISLAND OFFICE

SUSTENANCE ORDER

CR 13-0607

**ORDERED** that the Clerk of the Court supply proper sustenance (lunch) to the twelve (12) jurors empanelled, for the duration of the trial.

Dated: Central Islip, New York 11722
       July 8, 2015

                                            JOSEPH F. BIANCO, U.S.D.J.