6175

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA

                                        CR-13-607


            -against-          :

                                        United States Courthouse
                                        Central Islip, New York

PHILLIP A. KENNER and
TOMMY C. CONSTANTINE,

      Defendants.          :
                                        July 9, 2015
- - - - - - - - - - - - - - X   9:30 a.m.

                TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JOSEPH F. BIANCO
        UNITED STATES DISTRICT JUDGE, and a jury


APPEARANCES:

For the Government:        KELLY T. CURRIE
                           Acting United States Attorney
                           100 Federal Plaza
                           Central Islip, New York 11722
                           BY:  JAMES MISKIEWICZ, ESQ.
                                SARITHA KOMATIREDDY, ESQ.
                           Assistant United States Attorney




For the Defendants:        HALEY, WEINBLATT & CALCAGNI
                           One Suffolk Square
                           1601 Veterans Memorial Highway
                           Islandia, NY  11749
                           BY: RICHARD HALEY, ESQ.
                           For Mr. Kenner

6176

For the Defendants:

                                        LARUSSO & CONWAY
                                        300 Old Country Road
                                        Mineola, NY  11501
                                        BY: ROBERT LARUSSO, ESQ.
                                        For Mr. Constantine


                                        ANDREW L. OLIVERAS, ESQ.
                                        26 Strangford Court
                                        Oceanside, NY  11572
                                        For Mr. Constantine

Court Reporter:               Mary Ann Steiger
                                          100 Federal Plaza
                                          Central Islip, New York 11722
                                          (631) 712-6101


                      Proceedings recorded by mechanical stenography.
                          Transcript produced by computer.

6177

1          THE CLERK:  All rise

2          THE COURT:  Please be seated.

3          (Case called, appearances noted.)

4          (Time noted:  11:40 a.m.)

5          THE COURT:  It's 11:40.  We did receive a note

6     this morning saying; can we have credit card statements

7     from November '08 through January '09 for P. Kenner, if

8     available.

9          MS. KOMATIREDDY:  We have isolated those and

10    they were made available for inspection by the defense and

11    I don't believe there's an objection.

12          MR. LARUSSO:  No objection.

13          MR. HALEY:  No objection.

14          THE COURT:  Would you read out the numbers.

15          MS. KOMATIREDDY:  Those numbers are Government's

16    Exhibits 3002, 3003, 3004, 3253, 3102, 3103, which are

17    statements for Citicard, Chase and American Express.

18          THE COURT:  Okay.  My law clerk will bring those

19    back.

20          MR. HALEY:  Your Honor, before the clerk does

21    that, may I simply make one statement on the record?

22          THE COURT:  Sure.

23          MR. HALEY:  Yesterday there was a request for

24    documents as related to Led Better, as your Honor may

25    recall, and the government introduced the binder that

6178

1   contained the Led Better exhibits and there were a number

2   of other exhibits.

3          Your Honor may recall that one of the Led Better

4   charts showed the flow of money that came out, went into

5   Led Better and came back from Kaiser and then Ula Makika,

6   and then within that line of distribution it showed a

7   $200,000 payment six weeks thereafter going to Phil

8   Kenner.

9          The reason I bring that to the Court's attention

10  is from our perspective what should be made part of that

11  submission would be Kenner Exhibit 30, the environmental

12  indemnity agreement, wherein that $200,000 payment would

13  be authorized.

14         As a matter of fact, your Honor may recall

15  during the course of my summation I made specific mention

16  of that disbursement of $200,000 as being authorized by

17  the environmental indemnity agreement.

18         So my position is simply that as we submit these

19  exhibits, that the environmental indemnity agreement be

20  also submitted to the jury.

21         MR. MISKIEWICZ:  We object.  It's essentially an

22  argument.

23         On the face of it the document has nothing to do

24  with Led Better.  It's entirely related to the Hawaii land

25  venture and one could, if we were to adopt that sort of

6179

1    interpretation of the note, we would have to also include

2    a great many bank records which also show how ultimately

3    the money stolen in the Led Better fraud, or aspect of the

4    fraud, was also then subsequently diverted.

5         So we object to sending that particular document

6    back to the jury in response to that very specific,

7    narrowly tailored, note.

8         MR. HALEY:  Your Honor, if I may, if the

9    government's chart included monies other than that

10   $200,000, I would think that argument would have some

11   merit.

12        But, indeed, that $200,000 payment at least it

13   specifically -- as relates to the environmental indemnity

14   agreement mentioned in paragraph 1.2, is a fee due Phil

15   Kenner as relates to his obligation when he undertook the

16   environmental indemnity exposure in liability.

17        Again, I think it matches up with the

18   government's chart so that's why I submit it's relevant

19   material.

20        And again, judge, I think for purposes of simply

21   the jury having enough information as they deliberate they

22   may accept or reject that as having meaning, but that's up

23   to the jury.  So I have made my record.

24        THE COURT:  Let me --

25        MR. HALEY:  Do you want to see it, judge?

6180

1        THE COURT:  Yes.

2        MR. HALEY:  It's paragraph -- the Court can look

3    at the entire document, but it's paragraph 1.2 on the

4    second page in particular.

5        (Pause in proceedings.)

6        THE COURT:  As I said, as you know, my practice

7    is obviously to be as complete in responding to the notes

8    as we can without giving them things they're not asking

9    for.

10        One of the problems I have with getting them --

11    this is attenuated and sending this back there now, if you

12    look at the document, it doesn't have anything to do with

13    Sag Harbor or Led Better.  So if we send this document

14    back there, I don't think they'll know why we're giving

15    them this.  It won't jump out that it relates to Sag

16    Harbor.

17        MR. HALEY:  I would agree it does not

18    specifically reference Sag Harbor.

19        My memory of my summation though is I was

20    covering Sag Harbor, in particular in the disbursements of

21    Sag Harbor, in particular I addressed the $200,000 payment

22    that flowed to Phil Kenner following the return of the Sag

23    Harbor monies to Ula Makika.

24        And I'm pretty certain I argued to the jury that

25    the monies that were then paid out by way of that $200,000

6181

1    were specifically authorized by the environmental

2    indemnity agreement.

3           To the extent they have a memory of that

4    argument being made, that document is supportive of that

5    argument.  I don't know what the thought process is that's

6    going on, judge, as relates to those issues, but that's my

7    offer of proof.

8           THE COURT:  Again, because it wasn't sent back

9    with the group, they think they have all the documents

10   responsive to all their notes except for obviously this

11   one, so it's not even going back with the stack of stuff

12   related to Sag Harbor.  They wouldn't even know what note

13   we're responding to.  Do you understand what I'm saying?

14          MR. HALEY:  I do.  And I think the solution

15   would be simply a note saying supplementary Led Better

16   document.  It's that simple, a yellow sticker that says

17   supplementary Led Better document for their consideration

18   or not.

19          MR. MISKIEWICZ:  Your Honor, that's precisely my

20   concern that, in essence, that note would be a

21   supplemental defense argument at this stage.

22          THE COURT:  Well, it would actually be worse

23   than that.  It might be an endorsement of the Court that

24   this relates to Sag Harbor, which is worse than the

25   supplemental defense argument.  It would make it appear

6182

1    this is a determination.

2            MR. HALEY: I'll handwrite the note, judge.

3            THE COURT:  This is what I'll do.  I'm

4    emphasizing this as a very generous interpretation.

5            What I will do is I will bring them out and say

6    that I'm going to specifically reference you -- so it

7    doesn't look like it's an enforcement by me -- Mr. Haley

8    mentioned in connection with in his summation with respect

9    to Sag Harbor, he mentioned the environmental indemnity

10   agreement so I will provide you with that document as

11   well.  Okay?

12           MR. HALEY:  Thank you, judge.

13           THE COURT:  I think Michelle advised you in

14   terms of the scheduling issues that some -- at least one

15   juror has an issue staying late tonight, and more than one

16   juror has issues with tomorrow.  I think Michelle said

17   something to them like don't rush.  She conveyed that to

18   me so my thinking on that is to leave it alone for now.

19           Ultimately I think, if they haven't reached a

20   verdict by the end of the day, I will offer to see if

21   they're available to come in Saturday or Sunday, whichever

22   day all of them can come in.

23           It creates -- I have to make that decision so

24   that the marshals and the various people that have to get

25   situated for that would have time to get the personnel in

6183

1    place, unless anyone thinks otherwise.

2          I don't think I should throw out Saturday or

3    Sunday at this point because it's only 11:50.  We don't

4    know whether that will become an issue.

5          Ultimately, they're probably thinking, based on

6    what I told the alternates, if they can't work Saturday

7    and Sunday, then I'll call in one of the alternates.

8    That's probably what they're thinking given what I said,

9    but that's not what I'm thinking.  I think I'll go with

10   11.  I'll hear everybody's view on that at the end of the

11   day if we get into that situation.

12         And if, for whatever reason, they can't serve

13   Saturday and Sunday, I'll push very hard to see when there

14   is a time this weekend where they will be available.  And

15   assuming there was some irreconcilable issue, I think it

16   would be better to go with 11 rather than have another

17   juror come in after two-and-a-half days of deliberations

18   and tell them to start over again.

19         We also have this other juror with July 16

20   vacation plans.  And if they started over again on Monday,

21   we would run into a problem with that juror.

22         I was trying to figure out what happened and

23   why.  I didn't recall that the juror had said to Michelle,

24   I told you this a month ago, or someone a month ago, and I

25   couldn't figure out how come we didn't have that.

6184

1    What happened was, I don't know if you remember

2    this, in late May, early June, it might have been around

3    the time Mr. LaRusso's mom passed away, but I had my law

4    clerk go back there at the end of the day one day and get

5    everybody's schedule for June.

6        And she can back in and showed me some airline

7    tickets or something for mid-July which was for juror one.

8    I laughed.  I said, I didn't ask for July, I asked for

9    June.

10       I paid no attention to it because at that point,

11   in late May and early June, the idea we would still be

12   going in July, we were all laughing about that, so I

13   didn't make any note of the fact that she made me aware of

14   that because at that time mid-July wasn't something I was

15   worried about at all.

16       I apologize for that.  That's what happened.  It

17   wasn't her fault.  I think we can deal with the situation

18   within the rules.

19       MR. LARUSSO:  Your Honor, if I may, just to

20   comment with regards to it, what I'm concerned about is

21   the possibility that because of what is clear to all, that

22   there is some scheduling problems and difficulties in

23   getting all of the jurors together, that there may be an

24   inclination on the part of the jurors to rush

25   deliberations.

6185

1      I'm wondering if there's any way we can assure

2   the jurors that we understand there have been scheduling

3   conflicts, but I would like to remind you that that should

4   not interfere with your deliberative process, that you

5   should take whatever time is necessary and we will work

6   out the scheduling, and not basically tell them that we're

7   going to work Saturday or Sunday, but say it will be

8   worked out, but it is your duty to deliberate as

9   thoroughly as possible.

10      That's the only suggestion I would ask the Court

11   to consider.

12      THE COURT:  I think that's a good suggestion.

13   I'll say something like I know juror number one has

14   vacation starting on Monday, another juror has vacation

15   later in the week, but I want to emphasize that don't

16   rush, you can't rush, and we will work out -- whatever

17   scheduling issues we have, we will work out if we need to.

18      MR. LARUSSO:  That's fine, judge.

19      MR. MISKIEWICZ:  Yes, agreed.

20      Two observations though.  One is since it may be

21   completely unfamiliar to them that they could

22   theoretically sit on a Saturday or Sunday, advising them

23   that's an option might not cause them to rush, but

24   actually may enable them to make appropriate arrangements

25   so that they could do that if they wish.

6186

1    For that reason I guess what I'm suggesting is

2    it might not have the effect of rushing them.

3         Going back to the indemnity agreement, we would

4    ask that the Court in its instructions or in whatever it

5    says to the jury, highlight the fact it's not an

6    endorsement by the Court one way or another to what this

7    evidence is.

8         THE COURT:  I'm just going to say Mr. Haley

9    mentioned the environmental indemnity agreement in

10   connection with his discussion of Sag Harbor, and he asked

11   me to give that document to you and I am.  It's not an

12   endorsement.

13        I could offer them the possibility of the

14   weekend now.  I think Mr. LaRusso's suggestion we will

15   work it out is better. I don't want them to think that's

16   how I intend to work it out.  I think it's better to say

17   we will work it out.

18        MR. HALEY:  Yes.

19        MR. MISKIEWICZ:  I understand the concern and I

20   agree with it.

21        My only suggestion is that when you're dealing

22   with 12 people or 11 people, the more information they're

23   given earlier, the easier it may be for them to work out

24   whatever scheduling they have.

25        THE COURT:  We're only talking about --

6187

1    obviously they would have a day tomorrow to work out

2    whatever issues they have for Saturday or Sunday.  They

3    may think this is what the Judge intends and anyone who

4    doesn't want to come on Saturday or Sunday, they might

5    rush.  I think they know from my history, and I excused

6    other jurors, that I'm very accommodating and I'll say I

7    will work out the schedule and that will make them

8    comfortable.

9            MR. HALEY:  I concur with the court's thought

10   process.

11           MR. LARUSSO:  I do too.

12           THE COURT:  Let's bring them in.

13           (The jury is present.)

14           THE COURT:  Please be seated.

15           Good morning, members of the jury.

16           ALL JURORS:  Good morning.

17           THE COURT:  It's good to see everyone.  I

18   brought you out just to go over a couple of things with

19   you; three things.

20           The first is yesterday, as you know, we

21   responded to all the notes other than the one that you

22   provided me this morning.

23           But in connection with one request you made

24   which were the documents related to Sag Harbor/Led Better,

25   in Mr. Haley's summation, in his discussion of Sag

6188

1   Harbor/Led Better, he mentioned an exhibit called the

2   environmental indemnity agreement which was Kenner Exhibit

3   30 and he's requested, because he mentioned that in his

4   argument in connection with Sag Harbor, that I provide you

5   with that document too, so I am going to do that and give

6   you that document.

7            The second thing is we did get the note that you

8   would like the credit card statements from November '08

9   through January '09 for P. Kenner, and so we will give you

10  those.

11           The final thing is I want to discuss scheduling

12  with you, and I know juror number one has a vacation

13  scheduled for Monday.  I know another juror has vacation

14  scheduled at some point next week as well.

15           I did offer that you can stay later tonight

16  and/or come in tomorrow if you wanted to do that, and I

17  understand that various jurors have issues with that and

18  that's fine.  I'm not going to force anybody to come in if

19  it's not convenient for everybody.

20           I also want to emphasize it's very important

21  that you not rush, you can't rush, you need to take as

22  much time as you need to complete your deliberations and

23  don't worry about these various scheduling issues.  I will

24  work them out.  I will accommodate everybody's schedule

25  and nobody will lose a vacation.  I can work all these

6189

1   issues out.  Don't rush, take your time to complete your

2   deliberations and whatever scheduling issues that arise we

3   will accommodate everybody, okay?

4           With that, please return to your deliberations.

5           Thank you.

6           (The jury continues deliberations.)

7           THE COURT:  Be seated.

8           Is everybody happy with that?

9           MR. LARUSSO:  Thank you, your Honor.

10          MR. HALEY:  Thank you, judge.

11          THE COURT:  Okay.

12          (Recess taken.)

13

14

15

16

17

18

19

20

21

22

23

24

25

6190

1      A F T E R N O O N   S E S S I O N

2

3           THE COURT:  We received another note which has

4      been shown to both sides marked Court's Exhibit 15.

5           Is there evidence of the location of P. Kenner

6      on or about December 1 through December 8, 2009, and/or is

7      there an Amex statement for P. Kenner with a closing date

8      earlier than the date on 3102, and then they sent back out

9      the exhibit 3102, which is the Amex bill.  So we can

10     discuss what the answers to those two things are.

11          MR. MISKIEWICZ:  We haven't had a chance to show

12     Mr. Kenner or Mr. Constantine the exhibits, but we do have

13     a number of them identified.  We can do that now, your

14     Honor.

15          THE COURT:  Is there any evidence of the

16     location of Kenner on or about December 1 through December

17     8, 2009?

18          MR. MISKIEWICZ:  There is a document.  It's his

19     mortgage history record of payment.  It shows on December

20     1, 2009, he made a cash payment at the Wells Fargo branch

21     of Scottsdale, Arizona.  That's Government's Exhibit 1453.

22          THE COURT:  Do you want to show that to them.

23          MR. HALEY:  Your Honor, if there's a number of

24     exhibits, perhaps we can walk over and look at them

25     collectively.

6191

1       THE COURT:  If you want your client to see it,

2   it's better to do it there.

3       MR. MISKIEWICZ:  Your Honor, I think you have

4   3102.  We're looking for what the earlier closing date is.

5       (Exhibit handed.)

6       MR. HALEY:  Your Honor, we're just focused on

7   the bank statements, I take it?

8       THE COURT:  There's two parts.  One is the

9   location between December 1 and 8, 2009, and the

10  government says there's one document that's responsive to

11  that.

12      MR. HALEY:  Correct.  We have no objection to

13  that.

14      MR. MISKIEWICZ:  That's government 1453.

15      MR. HALEY:  No objection.

16      MR. LARUSSO:  No objection.

17      THE COURT:  Why don't we put that aside for now.

18      And on the bank statements, any bank statement

19  prior to the closing date of Exhibit 3102?

20      MR. HALEY:  3102, judge, has a closing date of

21  1/29/09, and technically there's seven years of statements

22  that precede 1/29/09 bank statements.

23      THE COURT:  In evidence?

24      MR. MISKIEWICZ:  We only focused on American

25  Express.  It says is there an Amex statement.

6192

1          MR. HALEY:  Good point.

2          MR. MISKIEWICZ:  That's what we focused on and

3    we found a few.  I don't know if it's really what they're

4    looking for.  We can tell you what it says.

5          Government's Exhibit 3110 is an American Express

6    statement with a closing date of 7/30/06; 3111 has a

7    closing date of 8/29/06; 3112 has a closing date of

8    9/29/06, and 3113 has a closing date of 1/30/05.

9          THE COURT:  Those are the only ones that were

10   introduced?

11         MR. MISKIEWICZ:  Those are the only American

12   Express statements that precede that particular closing

13   date that's listed in Government's Exhibit 3102 which they

14   have referenced in their note.  So technically this would

15   fall within what they're asking for.

16         THE COURT:  Okay.  It looks like they're looking

17   for the one immediately preceding that one.

18         MR. MISKIEWICZ:  It doesn't exist or it's not in

19   evidence.

20         THE COURT:  So you're in agreement those are the

21   ones that should go back?

22         MR. HALEY:  Yes, your Honor.

23         However, before we finish that issue, there is

24   evidence as to Phil Kenner's location at that period of

25   time, and it was evidence that was presented by way of his

6193

1  direct testimony.

2          THE COURT:  What would that be?

3          MR. HALEY:  That would be --

4          MR. LARUSSO:  I have it here, judge.  Page

5  4514-4515.  I have highlighted some portion of it.  I just

6  did that, judge.

7          THE COURT:  It seems responsive.

8          Does the government agree?

9          MR. MISKIEWICZ:  We certainly agree as to page

10  4514.  I haven't had a chance to continue.  It seems like

11  there's a lot of other testimony here that's beyond the

12  question.  I've been handed page 4515.  I don't know if

13  that's what counsel also means.

14          THE COURT:  Mr. LaRusso me 4915 down to line 4.

15          MR. LARUSSO:  That's what I highlighted, judge.

16  I didn't confer with counsel on it.

17          MR. MISKIEWICZ:  I'm sorry.  I don't have the

18  highlighted version.

19          THE COURT:  Here you go.  To line 4 on the next

20  page.

21          MR. MISKIEWICZ:  The government agrees that's

22  responsive up to line 4.

23          We have not had an opportunity though to yet

24  look for testimony.  I believe Mr. Privitello may have

25  also testified along these lines and we're looking for

6194

1    that.

2              THE COURT:  To an exact date?

3              MR. MISKIEWICZ:  We think so.

4              MR. HALEY:  As to where Mr. Kenner is located?

5              MR. MISKIEWICZ:  We think he may have.

6              THE COURT:  I'll give you a couple of minutes to

7    do that.

8              MR. MISKIEWICZ:  Thank you.

9              THE COURT:  I'll come back out in 10 minutes.  I

10   would suggest you search the word December in Privitello's

11   testimony.

12             MR. MISKIEWICZ:  Yes.  We've got a computer

13   program that allows us to do word searches.

14             (Recess taken.)

15             (After recess.)

16             THE COURT:  The jury buzzed and asked if their

17   note was in progress.  Are we ready to go?

18             MR. MISKIEWICZ:  We have the documents.

19             THE COURT:  What about Mr. Privitello's

20   testimony?

21             MR. MISKIEWICZ:  We have located -- we're still

22   working on it, your Honor.  We've located one reference of

23   a phone call between Mr. Privitello and Mr. Kenner in

24   December, but we're trying to locate and see if there's

25   any references where Mr. Kenner was in this particular bit

6195

1    of testimony.

2             THE COURT:  The recording was admitted?

3             MR. MISKIEWICZ:  It was a telephone call.  He

4    testified as to a telephone call he had with Mr. Kenner.

5    Mr. Privitello was in New York.  Mr. Kenner, we're trying

6    to ascertain whether it says anything in the transcript

7    about where he was.  It would have been in or about

8    December '09.

9             (Pause in proceedings.)

10            THE COURT:  Do you think there's testimony of

11   Mr. Privitello saying where he was at the time he called

12   him?  I don't know why that would have come up in

13   Mr. Privitello's testimony.  Does anybody remember that?

14            MR. HALEY:  Your Honor, admittedly I'm bias.  We

15   looked at the Privitello testimony as the government has.

16   We're not seeing that specific testimony being offered by

17   Mr. Privitello.

18            THE COURT:  That wouldn't have been relevant to

19   Mr. Privitello's testimony, right?

20            MR. MISKIEWICZ:  The reference to the phone

21   call, I agree, does not make reference to where Mr. Kenner

22   was at the time, but it's not only Mr. Privitello.  There

23   were -- and I guess we're still looking for that.

24            THE COURT:  Why don't I bring them out.  I don't

25   want to keep them waiting too long.  I'll give them the

6196

1   documents, we will read Mr. Kenner's testimony, and if you

2   should find something else I'll bring them back out; is

3   everybody agreeable to that?

4           MR. MISKIEWICZ:  We have no objection.

5           MR. LARUSSO:  No objection, judge.

6           MR. HALEY:  No objection.

7           THE COURT:  Do we have all of the exhibits?

8           MR. MISKIEWICZ:  We have the Amex bills and we

9   have the mortgage history which is government's 1453.

10          THE COURT:  Put the Amex bills on the record.

11   We will give them back 3102.

12          MR. MISKIEWICZ:  The Amex bills would be 3110,

13   3111, 3112, 3113.

14          THE COURT:  Okay.  Does everybody agree on that?

15          MR. HALEY:  Yes.

16          THE COURT:  Mr. LaRusso?

17          MR. LARUSSO:  Yes.

18          THE COURT:  We will bring them out.  Does the

19   Court Reporter have the highlighted portion?

20          MR. HALEY:  Yes, she has it.

21          THE COURT:  Okay.  Let's bring them out.

22          (The jury is present.)

23          THE COURT:  Please be seated.

24          Members of the jury, I received the latest note

25   which asked for two things.

6197

1       First, is there evidence of the location of P.

2   Kenner on or about December 1 through 8 of 2009 and/or is

3   there an Amex statement for P. Kenner with the closing

4   date earlier than the date on 3102.

5       With respect to your first question, there is

6   one document that relates to that that is responsive to

7   that which we will send back.  What's the Government's

8   exhibit number on that?

9       MR. MISKIEWICZ:  Government's Exhibit 1453.

10      THE COURT:  There's one piece of testimony by

11  Mr. Kenner that's relevant to that, so I'll ask the Court

12  Reporter to read that back to you.

13      (Record read.)

14      THE COURT:  That completes the readback.

15      In connection with your second question, is

16  there an Amex statement for P. Kenner with the closing

17  date earlier than the date on 3102, I'm giving you back

18  the copy of 3102 that you gave me, and there are Amex

19  statements for Mr. Kenner that is prior to the closing

20  date on that statement that was introduced into evidence

21  and we provided to you.  We will give those to juror

22  number one now and you can return to the jury room to

23  deliberate.

24      A JUROR:  That was the exhibit number?

25      THE COURT:  3102, when you gave me the note, you

6198

1   gave me an Amex statement with the exhibit number 3102, so

2   I'm returning that exhibit to you along with any Amex

3   statements of P. Kenner that are in the record that

4   predates that.

5               A JUROR:  Thank you.

6               (The jury continues deliberations at 2:05 p.m.)

7               MR. LA RUSSO:  Your Honor, there's a stipulation

8   that was being circulated by Mr Miskiewicz.  I just got a

9   copy of it.  I noticed that the caption has Mr. Tommy C.

10  Hormovitis.  If there's -- I don't know -- none of these

11  stipulations have gone to the jury room, but I just want

12  to highlight that there may have to be a redaction in the

13  caption.

14              THE COURT:  If any stipulation needs to be

15  redacted, we will do it.

16              (Recess taken.)

17              (After recess.)

18              (Time noted: 2:45 p.m.)

19              THE CLERK:  All rise.

20              THE COURT:  Please be seated.

21              So we have another note marked Court Exhibit 16.

22  We're looking for information about P. Kenner's

23  whereabouts in December 2008.  Date specific, 12/1 through

24  12/7/2008.

25              It looks like the other note was 2009.  Do we

6199

1    have something responsive to that range?

2            MR. LARUSSO:  No.

3            MR. HALEY:  No.

4            MR. MISKIEWICZ:  There's no document or

5    testimony particular to that range.

6            THE COURT:  The testimony did relate to December

7    2009 though, right?

8            MR. HALEY:  Yes.

9            THE COURT:  Is there some other event in 2008?

10           MR. MISKIEWICZ:  Later in that month the Timothy

11   Gaarn account is open at Wachovia and the indictment

12   alleges that certain investments are run through that

13   account.

14           I'm not suggesting that would be responsive, but

15   I would suggest or request that first I think we all agree

16   there is no testimony or exhibit that's responsive to the

17   particular dates December 1 through December 7, 2008, and

18   then perhaps just suggest that if they wish to modify or

19   explain or elaborate or request some other or rephrase

20   their question, we will try to be -- we will try to

21   provide whatever they're asking for.

22           MR. HALEY:  My position, judge, is we should

23   simply answer the question that the jury asked.

24           THE COURT:  Yes.  I ask for clarification when

25   the question is not clear.  This is a clear question.

6200

1   We're not sure why they're asking it.  The question is not

2   unclear.  My intention is to say there is no evidence in

3   the record regarding Phil Kenner's whereabouts between

4   December 1st and December 7, 2008.

5              MR. MISKIEWICZ:  Okay.

6              MR. LARUSSO:  Yes.

7              MR. HALEY:  Thank you.

8              THE COURT:  Okay.

9              THE CLERK:  All rise.

10             (The jury is present.)

11             THE COURT:  Please be seated.

12             Members of the jury in response to your last

13  note, which is we are looking for information about P.

14  Kenner's whereabouts in December '08, date specific,

15  December 1 through December 7, '08.

16             The answer to that question is that there is no

17  information in the record regarding Mr. Kenner's

18  whereabouts between December 1st and December 7 of 2008.

19             Thank you.

20             (The jury continues deliberations at 2:50 p.m.)

21             (Recess taken.)

22             (After recess.)

23             (Time noted:  3:05 p.m.)

24             THE CLERK:  All rise.

25             THE COURT:  Please be seated.

6201

1      We have a note which has been shown to both

2    sides marked as Court Exhibit 17 which says we have

3    reached a verdict.

4      We will bring in the jury for the verdict.

5      THE CLERK:  All rise.

6      (The jury is present.)

7      THE COURT:  Please be seated.

8      Members of the jury, I received your note saying

9    we have reached a verdict which has been marked as Court

10   Exhibit 17.

11      Madam foreperson, has the jury reached a

12   unanimous verdict as to each count?

13      THE FOREPERSON: Yes, we have.

14      THE COURT: If you could hand up the verdict

15   sheet so I can inspect it.

16      (Pause in proceedings.)

17      THE COURT:  I'm handing it back to the

18   foreperson for the reading of the verdict.

19      Please stand, madam foreperson.

20      As to count one, conspiracy to commit wire

21   fraud.

22      On the charge of conspiracy to commit wire fraud

23   in count one, how do you find the defendant Phillip A.

24   Kenner?

25      Is the jury's unanimous verdict not guilty or

6202

1    guilty?

2             THE FOREPERSON: Guilty.

3             THE COURT: On the charge of conspiracy to commit

4    wire fraud in count one, how do you find the defendant

5    Tommy C. Constantine?

6             Is the jury's unanimous verdict not guilty or

7    guilty?

8             THE FOREPERSON: Guilty.

9             THE COURT: As to count two, wire fraud, February

10   12, 2009.

11            On the charge of wire fraud in count two, how do

12   you find the defendant Phillip A. Kenner?

13            Is the jury's unanimous verdict not guilty or

14   guilty?

15            THE FOREPERSON: Guilty.

16            THE COURT: On the charge of wire fraud in count

17   two, how do you find the defendant Tommy C. Constantine?

18            Is the jury's unanimous verdict not guilty or

19   guilty?

20            THE FOREPERSON: Guilty.

21            THE COURT: As to count three, wire fraud,

22   February 26, 2009.

23            On the charge of wire fraud in count three, how

24   do you find the defendant Phillip A. Kenner?

25            Is the jury's unanimous verdict not guilty or

6203

1    guilty?

2              THE FOREPERSON: Guilty.

3              THE COURT: On the charge of wire fraud in count

4    three, how do you find the defendant Tommy C. Constantine?

5              Is the jurors unanimous verdict not guilty or

6    guilty?

7              THE FOREPERSON:  Guilty.

8              THE COURT: As to count four, wire fraud, May 22,

9    2009.

10             On the charge of wire fraud in count four, how

11   do you find the defendant Phillip A. Kenner?

12             Is the jury's unanimous verdict not guilty or

13   guilty?

14             THE FOREPERSON: Guilty.

15             THE COURT: On the charge of wire fraud in count

16   four, how do you find the defendant Tommy C. Constantine?

17             Is the jury's unanimous verdict not guilty or

18   guilty?

19             THE FOREPERSON: Guilty.

20             THE COURT: As to count five, wire fraud,

21   December 7, 2009.

22             On the charge of wire fraud in count five, how

23   do you find the defendant Phillip A. Kenner?

24             Is the jury's unanimous verdict not guilty or

25   guilty?

6204

1          THE FOREPERSON: Not guilty.

2          THE COURT: On the charge of wire fraud in count

3    five, how do you find the defendant Tommy C. Constantine?

4              Is the jury's unanimous verdict not guilty or

5    guilty?

6              THE FOREPERSON: Guilty.

7          THE COURT: As to count six, wire fraud, December

8    7, 2009.

9              On the charge of wire fraud in count six, how do

10   you find the defendant Phillip A. Kenner?

11             Is the jury's unanimous verdict not guilty or

12   guilty?

13             THE FOREPERSON: Not guilty.

14         THE COURT: On the charge of wire fraud in count

15   six, how do you find the defendant Tommy C. Constantine?

16             Is the jury's unanimous verdict not guilty or

17   guilty?

18             THE FOREPERSON: Guilty.

19         THE COURT: As to count seven, wire fraud,

20   November 20, 2008.

21             On the charge of wire fraud in count seven, how

22   do you find the defendant Phillip A. Kenner?

23             Is the jury's unanimous verdict not guilty or

24   guilty?

25             THE FOREPERSON: Guilty.

6205

1    THE COURT: As to count eight, wire fraud,

2  December 31st, 2008.

3    On the charge of wire fraud in count eight, how

4  do you find the defendant Phillip A. Kenner?

5    Is the jury's unanimous verdict not guilty or

6  guilty?

7    THE FOREPERSON: Not guilty.

8    THE COURT: As to count nine, money laundering

9  conspiracy.

10    On the charge of conspiracy to commit money

11  laundering in count nine, how do you find the defendant

12  Phillip A. Kenner?

13    Is the jury's unanimous verdict not guilty or

14  guilty?

15    THE FOREPERSON: Guilty.

16    THE COURT: On the charge of conspiracy to commit

17  money laundering in count nine, how do you find the

18  defendant Tommy C. Constantine?

19    Is the jury's unanimous verdict not guilty or

20  guilty?

21    THE FOREPERSON: Guilty.

22    THE COURT: You can be seated.

23    Members of the jury, please listen to your

24  verdict as has been recorded by the Court.

25    As to count one, conspiracy to commit wire

6206

1   fraud.

2           On the charge of conspiracy to commit wire fraud

3   in count one, how do you find the defendant Phillip A.

4   Kenner?

5           The jury's unanimous verdict guilty.

6           On the charge to conspiracy to commit wire fraud

7   on count one, how do you find the defendant Tommy C.

8   Constantine.

9           The jury's unanimous verdict guilty.

10          As to count two, wire fraud, February 12, 2009.

11          On the charge of wire fraud in count two, how do

12  you find the defendant Phillip A. Kenner?

13          The jury's unanimous verdict guilty.

14          On the charge of wire fraud in count two, how do

15  you find the defendant Tommy C. Constantine?

16          The jury's unanimous verdict guilty.

17          As to count three, wire fraud, February 26,

18  2009.

19          On the charge of wire fraud in count three, how

20  do you find the defendant Phillip A. Kenner?

21          The jury's unanimous verdict guilty.

22          On the charge of wire fraud in count three, how

23  do you find the defendant Tommy C. Constantine?

24          The jury's unanimous verdict guilty.

25          As to count four, wire fraud, May 22, 2009.

6207

1          On the charge of wire fraud in count four, how

2     do you find the defendant Phillip A. Kenner?

3          The jury's unanimous verdict guilty.

4          On the charge of wire fraud in count four, how

5     do you find the defendant Tommy C. Constantine?

6          The jury's unanimous verdict guilty.

7          As to count five, wire fraud, December 7, 2009.

8          On the charge of wire fraud in count five, how

9     do you find the defendant Phillip A. Kenner?

10         The jury's unanimous verdict not guilty.

11         On the charge of wire fraud in count five, how

12    do find the defendant Tommy C. Constantine?

13         The jury's unanimous verdict guilty.

14         As to count six, wire fraud, December 7, 2009.

15         On the charge of wire fraud in count six, how do

16    you find the defendant Phillip A. Kenner?

17         The jury's unanimous verdict not guilty.

18         On the charge of wire fraud in count six, how do

19    you find the defendant Tommy C. Constantine?

20         The jury's unanimous verdict guilty.

21         As to count seven, on the charge of wire fraud,

22    November 20, 2008.

23         On the charge of wire fraud in count seven, how

24    do you find the defendant Phillip A. Kenner?

25         The jury's unanimous verdict guilty.

6208

1          As to count eight, wire fraud, December 31,

2     2008.

3          On the charge of wire fraud in count eight, how

4     do you find the defendant Phillip A. Kenner?

5          The jury's unanimous verdict not guilty.

6          As to count nine, money laundering conspiracy.

7          On the charge of conspiracy to commit money

8     laundering in count nine, how do you find the defendant

9     Phillip A. Kenner?

10          The jury's unanimous verdict guilty.

11          On the charge of conspiracy to commit money

12     laundering in count nine, how do you find the defendant

13     Tommy C. Constantine?

14          The jury's unanimous verdict guilty.

15          Members of the jury, is that your unanimous

16     verdict?  So say you all?

17          ALL JURORS:  Yes.

18          THE COURT: I'll poll the jury now.

19          Is that your verdict, juror number 1?

20          JUROR NO. 1: Yes.

21          THE COURT: Is that your verdict, juror number 2?

22          JUROR NO. 2: Yes.

23          THE COURT: Is that your verdict, juror number 3?

24          JUROR NO. 3: Yes.

25          THE COURT: Is that your verdict, juror number 4?

```
                                                           6209
1              JUROR NO. 4: Yes.

2              THE COURT: Is that your verdict, juror number 5?

3              JUROR NO. 5: Yes.

4              THE COURT: Is that your verdict, juror number 6?

5              JUROR NO. 6: Yes.

6              THE COURT: Is that your verdict, juror number 7?

7              JUROR NO. 7: Yes.

8              THE COURT: Is that your verdict, juror number 8?

9              JUROR NO. 8: Yes.

10             THE COURT: Is that your verdict, juror number 9?

11             JUROR NO. 9: Yes.

12             THE COURT: Is that your verdict, juror number

13     10?

14             JUROR NO. 10: Yes.

15             THE COURT: Is that your verdict, juror number

16     11?

17             JUROR NO. 11: Yes.

18             THE COURT: Is that your verdict, juror number

19     12?

20             JUROR NO. 12: Yes.

21             THE COURT:  The jury has been polled.

22             The verdict is unanimous.  I'll let the lawyers

23     inspect the verdict sheet at sidebar before I dismiss the

24     injury.

25             (Continued on next page.)
```

6210

1          (The following takes place at sidebar.)

2          MR. LARUSSO:  I have inspected it.

3          MR. HALEY:  I have as well.

4          Thank you.

5          THE COURT:  Anything then before I dismiss the

6    jury?

7          MR. LARUSSO:  No.

8          MR. HALEY:  No, sir.

9          MS. KOMATIREDDY:  No, your Honor.

10          Thank you.

11          (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6211

1          (The following takes place in open court.)

2          THE COURT:  Members of the jury, your jury

3   service is complete.

4          Before I send you home, and I'm sure you felt

5   this day might never come, I thank you for your service in

6   this case.

7          I have never said this before, but I'll say it.

8   I've been a judge nine-and-a-half years.  This is the most

9   extraordinary jury I ever had as a judge for several

10  reasons.

11         The first is over two months ago when you had

12  jury selection, I had hundreds of people in the ceremonial

13  courtroom.  As you saw, when I said five weeks, there was

14  a long line of people who complained.  It took hours.

15  Some people have very good reasons for not serving, but a

16  lot of people just don't want to be bothered.

17         But each of you heard it was going to be five

18  weeks and despite your busy lives you were willing to step

19  up to the plate to perform your duty as a citizen and you

20  should be proud of that fact.

21         That is an extraordinary thing in and of itself.

22  While it was particularly extraordinary, as you know, it

23  took 10 weeks rather than 5 weeks.  It was double.

24         And even when it became clear that this was

25  going to be much longer than I estimated, each of you were

6212

1    willing to serve.  I didn't get any complaints from

2    Michelle that you were complaining despite the fact that

3    the estimate turned out to be way off.

4           And I know I wrote letters for some employers.

5    I know some of you have had vacations scheduled.  I was

6    telling the judges at lunch that this is an amazing thing,

7    that people are not only willing to serve as jurors, but

8    to alter their lives so they can continue to serve, and

9    you should be very proud of that.

10          You should also be proud in not only did you

11   serve, but the manner that you served. You were

12   conscientious, you were here on time, you were paying

13   attention, and even though it was a very long trial you

14   continued to pay attention throughout.  You took your job

15   seriously and did a conscientious job so you should be

16   proud of that fact too.

17          You have my deepest thanks.  I can't say it any

18   stronger than that and it's very sincere.  It's not my

19   practice to speak to the jurors afterward and shake your

20   hand and tell you thanks personally.  I think it's better

21   to do it in open court and respect your privacy.  I don't

22   want you to thinking it's for lack of appreciation.  You

23   have my deepest gratitude.

24          The other thing I'll say is that the instruction

25   I've been giving you so often that you're sick of it, that

6213

1  you can't discuss the case with anyone, doesn't apply

2  anymore.  You can discuss the case with anyone you wish or

3  nobody at all.  It's a completely personal decision.  It's

4  up to you, but you can discuss the case with anyone that

5  you would like.

6          So with those thoughts I want to again thank you

7  and I wish you and your family good luck.

8          Thank you.  You're excused.

9          (The jury is excused.)

10          THE COURT:  Be seated.

11          The defendants are renewing their Rule 29

12  motions at this time?

13          MR. LARUSSO:  On behalf of Mr. Constantine; yes,

14  your Honor.

15          MR. HALEY:  Yes, sir.

16          THE COURT:  Let's set a schedule for the motion.

17  I will deem the motions to be orally made consistent with

18  the rule and we will set a schedule for that.  I'll leave

19  it up to you within reason.

20          MR. HALEY:  Given the complexity of the case, I

21  request 30 days.

22          THE COURT:  That's reasonable.

23          MR. LARUSSO:  Your Honor, I join in that

24  request.

25          THE COURT:  So August 10th for the Rule 29

6214

1    motions.

2              The government, 30 days to respond?

3              MR. MISKIEWICZ:  Yes, your Honor thank.

4              THE COURT:  September 10th, reply, September

5    21st, and we will set it down for argument on October 13th

6    at 1:15.

7              So the sentencing process, the presentence

8    report can be prepared even though the motion will be

9    pending.

10             I'll set a sentencing date of November 20th at

11   10:30 for Mr. Kenner and 11:30 for Mr. Constantine.

12             MR. LARUSSO:  Your Honor, if there's a conflict,

13   I may be on trial then, I'm sure the Court's open to an

14   adjournment?

15             THE COURT: Yes.

16             Is that okay for you, Mr. Haley, for now?

17             MR. HALEY:  Yes, sir.

18             THE COURT:  Is there anything else today from

19   the government?

20             MR. MISKIEWICZ:  Yes, your Honor.

21             MS. KOMATIREDDY:  Your Honor, at this time, we

22   ask that Mr. Constantine be remanded under the Bail Reform

23   Act, 18 U.S.C. 3143(b)(2) a defendant who has been

24   convicted and is waiting sentence must be detained unless

25   the Court finds by clear and convincing evidence that the

6215

1   defendant is unlikely to flee or pose a danger.

2           Over the course of the trial the government

3   presented evidence that Mr. Constantine, even after the

4   charged conduct in this case and in the time leading up to

5   his arrest in this case and afterwards, posed a danger to

6   the community in that he continued to propagate his

7   frauds, specifically the fraud with respect to the Falcon

8   airplane that the government seized in this case.

9           Over the course of the trial the government

10  presented evidence that there were multiple operating

11  agreements issued by Mr. Constantine to various investors,

12  and through those operating agreements Mr. Constantine

13  sold and resold that plane, taking money for shares in the

14  plane, and not providing an interest in return.

15          Specifically Mr. Constantine sold 10 percent

16  interest in the Falcon 10, in addition to another plane,

17  the Falcon 20, to individuals in Arizona who are victims

18  of this separate fraud; David Jacofski, Anthony Powell,

19  Ken Whaling, the owners of Vemma Nutritional Company and

20  AGT Venture Holdings.

21          Bank records from AZ Falcon Partners introduced

22  at trial showed that those individuals contributed in

23  excess of $400,000 in order to buy the Falcon 10 airplane,

24  the very Falcon 10 airplane that this defendant also told

25  the hockey players that they owned through AZ Falcon

6216

1   Partners as a result of the hockey players' money,

2   specifically $415,000 from the Global Settlement Fund,

3   going to buy that airplane out of repossession from 1st

4   Source Bank.

5           At the same time as these two different sets of

6   representations, Mr. Constantine also signed an AZ Falcon

7   operating agreement allocating the Falcon 10 airplane to

8   Eric Edenholm, Sue Ellen Fergusson and himself.  That was

9   Government's Exhibit 4218.

10          And yet again in a fourth version of that story

11  Mr. Constantine told his accountant, Mr. Semple, that

12  actually it was himself and Sergei Gonchar who owned the

13  Falcon 10 airplane 50/50.  That came out in Mr. Semple's

14  testimony.  It's also represented as such in

15  Mr. Constantine's bankruptcy petition which is admitted as

16  Government's Exhibit 8012-C.

17          In light of this continued fraudulent activity,

18  we would submit Mr. Constantine presents a danger to the

19  community and asks he be remanded at this time.

20          THE COURT:  Mr. LaRusso.

21          MR. LARUSSO:  Thank you, your Honor.

22          As the Court is well aware, 3143 directs that

23  the Court shall remand if there is the possibility of

24  flight or danger to the community.

25          It also says that the Court shall release if

6217

1    there is no danger or flight or if there is no danger to

2    the community.

3            The government is alleging, Judge, is a

4    continued fraud which never happened.

5            If the Court may remember, during the

6    government's summation they brought this up and they

7    actually represented to the jury that this airplane was

8    sold over and over again.  I believe they said it was sold

9    four times.

10           It never was sold four times.  The airplane was

11   put into an entity and then, even though there was an

12   agreement to transfer, it was left in escrow.  There was

13   never any completed sale and that was left there because

14   of the uncertainty of the investments that were made by

15   the hockey players.  That was Mr. Constantine's conscious

16   decision not to go forward with that transaction.

17           Now the government is taking it and flipping it

18   and they are trying to say he's a danger to the community

19   because of the financial situation.

20           I beg to differ, Judge.  I don't believe the

21   evidence supported that.  As a matter of fact, I believe

22   there was a misrepresentation made to the jury regarding

23   this constant selling of the airplane which didn't occur.

24           Your Honor, in regards to risk of flight, I

25   think it's pretty clear Mr. Constantine poses no risk of

6218

1    flight here.

2         The Court entertained a bail application and

3    over the government's objection over 16 months ago you

4    released him on a $4 million bond.  That was over 16

5    months ago.

6         His record since the day he was released is

7    impeccable.  I would ask the Court, if it feels that there

8    is the necessity, to contact his pretrial service officer.

9    His name is Gilbero Lara in Arizona.

10        And, Judge, he will confirm that Mr. Constantine

11   has been 100 percent compliant at all times regardless of

12   any of the conditions imposed, including scheduling calls,

13   schedules, reschedule meetings, movement restrictions,

14   even to the point where he insured that his bracelet that

15   he had on, which was insuring house arrest, was charged

16   and he even indicated to my client that he had never seen

17   that occurring.

18        In addition, Judge, I remember several months

19   ago, actually probably before trial, that this pretrial

20   service officer felt it was in the best interest of my

21   client to leave the house, that he even recommended that

22   he be given additional freedom to at least leave the house

23   and go to the park.  That's unheard of from a pretrial

24   service officer.

25        It seems to me, Judge, that Mr. Constantine not

6219

1    only has demonstrated to the pretrial service officer in

2    Arizona his complete compliance, but he's done so with the

3    Court as well.

4           Any time there's been a court appearance he has

5    made it and made sure he was here on time, if not early.

6    I even remember the one time when he had a problem making

7    a flight to get here, he panically called us and

8    Mr. Oliveras wrote a letter to the Court on Sunday night

9    indicating to the Court that the security at the airport

10   detained him because of the bracelet that he was wearing,

11   and was concerned he may not get here on Monday morning in

12   time for the court proceeding.  However, he did.  He was

13   able to catch a flight the next morning and arrived early

14   enough to be able to come here.

15          So in terms of that, not only his demonstration,

16   the fact that he's not a flight risk, Judge, he's

17   demonstrate to the Court and to you that he has at all

18   times complied with the Court's requirements.

19          THE COURT:  The Falcon 10 aircraft is in escrow?

20          MR. LARUSSO:  Has been, Judge, for approximately

21   two years.  Mr. Semple testified to that as well.

22          THE COURT:  Let me ask who, since

23   Mr. Constantine has been on bail, whose money has

24   Mr. Constantine taken with respect to the Falcon 10

25   aircraft?  Who has he defrauded since he's been on bail,

6220

1    according to the government?

2            MS. KOMATIREDDY:  The money of the following

3    investors in Arizona who subsequently filed a lawsuit

4    against Mr. Constantine.

5            Your Honor will recall Sergei Gonchar was also

6    part of that lawsuit and was deposed in that lawsuit last

7    September in the lawsuit.

8            The investors are named as Anthony Powell, David

9    Jacofski, Ken Whaling, Vemma Nutritional Company, and AGT

10   Ventures Holdings.

11           And I will briefly respond to Mr. LaRusso that

12   in a sense it is true that the physical plane is currently

13   in the custody of the Marshals.

14           And according to e-mail traffic, Mr. Constantine

15   and Christine Hancock, the individual at Aerospace

16   Reports, which is the escrow company for the plane, there

17   is e-mail traffic back and forth as to whether to actually

18   transfer the plane from AZ Falcon Partners to Falcon 10

19   Partners or another version of AZ Falcon Partners.

20           Perhaps it's correct that the actual transfer

21   has not occurred, but Mr. Constantine has taken the money

22   from those investors who intended to take possession,

23   although possession of the plane has not changed hands,

24   the money has already changed hands, and that's our

25   concern.

6221

1        MR. LARUSSO:  Your Honor, the facts are in

2   dispute.

3        The money was not taken since he was released.

4        My client, as you know, has more familiarity

5   with the facts.

6        And it was in 2011-2012 and it was disclosed to

7   all the partners that this investment was being held as a

8   deposit until it was resolved, until a loan had been paid

9   off.

10       This idea this was an ongoing when he was on

11  bail is not factually correct, your Honor.

12       THE COURT:  The Court is denying the

13  government's application to remand Mr. Constantine with

14  respect to danger to the community.

15       The grounds is that these transactions with the

16  Falcon 10 amount to a fraud and that if he's continued on

17  bail, presumably from his home he could continue to engage

18  in fraud.

19       I don't believe, based upon what I heard,

20  that -- obviously there have been some dealings, some

21  transaction, but the plane itself is in escrow.  None of

22  these other individuals, although there was testimony

23  obviously and some documentation with respect to the more

24  recent event with the Falcon 10, it was by no means

25  sufficient by my view for this Court to conclude that some

6222

1    type of fraud has been committed.

2            Some of these individuals that Ms. Komatireddy

3    has mentioned, weren't even witnesses at the trial.  I

4    don't know what their discussions were with

5    Mr. Constantine, what representations he made to them.

6            So for me to conclude that they have been the

7    victims of the fraud, based upon the limited testimony I

8    heard at the trial with respect to the more recent events

9    of that aircraft, would not be proper.

10           It is an insufficient record for me to conclude

11   that he engaged in a fraud with respect to the recent

12   events.

13           If the government wants to submit more details

14   on that, perhaps I would reconsider, but I believe

15   Mr. Constantine has demonstrated by clear and convincing

16   evidence that pursuant to the bail conditions that I

17   previously set, including home detention, that he does not

18   pose an ongoing danger to the community.

19           In terms of an economic danger, there's no other

20   argument that he poses any other type of danger to the

21   community.

22           Although the government didn't argue this, I

23   also find by clear and convincing evidence that given the

24   bail conditions I previously set, and the home detention

25   with monitoring, that he's not a risk of flight.

6223

1       He could have fled a long time ago if he wanted

2   to try and escape the consequences of this case.  He's

3   been compliant, and as Mr. LaRusso noted, for several

4   years in every respect while on bail and I refuse to

5   believe he's going to leave and go overseas and become a

6   fugitive and leave his family.

7       I know people posted their homes and co-signed

8   the bond and I don't believe that he's going to leave them

9   in the United States with that obligation.  I find that

10  not a plausible scenario based upon what I have seen, so

11  I'll let him remain on bail.

12      Mr. Constantine, obviously you understand all

13  your current bail conditions are continuing; do you

14  understand that?

15      MR. CONSTANTINE:  I do, your Honor.

16      THE COURT:  Mr. LaRusso, I'll make this request.

17  If Mr. Constantine has any ongoing transactions with

18  respect to that aircraft, he has to advise the Court if

19  he's engaged in any negotiations.  I don't expect that

20  that will happen at this point given where we're at in the

21  case and the fact the plane is in escrow.

22      I'm placing an additional limitation that before

23  he engages in any additional negotiations with respect to

24  that aircraft, he has to get approval from the Court.

25      Do you understand that?

6224

1          MR. LARUSSO:  Yes, I do.

2          THE COURT:  Do you understand, Mr. Constantine?

3          MR. CONSTANTINE:  I do, your Honor.

4          THE COURT:  Is there anything else from the

5     government?

6          MS. KOMATIREDDY:  No.

7          MR. MISKIEWICZ:  No, your Honor.

8          THE COURT:  Anything else from the defense?

9          MR. LARUSSO:  No, your Honor.

10         MR. HALEY:  No, sir.

11         THE COURT:  Thank you.

12         (Proceedings in this matter are concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## $

**$200,000** [7] - 6178:7, 6178:12, 6178:16, 6179:10, 6179:12, 6180:21, 6180:25
**$400,000** [1] - 6215:23
**$415,000** [1] - 6216:2

## '

**'08** [3] - 6177:7, 6188:8, 6200:15
**'O8** [1] - 6200:14
**'O9** [3] - 6177:7, 6188:9, 6195:8

## 1

**1** [9] - 6190:6, 6190:16, 6190:20, 6191:9, 6197:2, 6199:17, 6200:15, 6208:19, 6208:20
**1.2** [2] - 6179:14, 6180:3
**1/29/09** [2] - 6191:21, 6191:22
**1/30/05** [1] - 6192:8
**10** [15] - 6194:9, 6209:13, 6209:14, 6211:23, 6215:15, 6215:16, 6215:23, 6215:24, 6216:7, 6216:13, 6219:19, 6219:24, 6220:18, 6221:16, 6221:24
**100** [3] - 6175:15, 6176:20, 6218:11
**10:30** [1] - 6214:11
**10th** [2] - 6213:25, 6214:4
**11** [5] - 6183:10, 6183:16, 6186:22, 6209:16, 6209:17
**11501** [1] - 6176:3
**11572** [1] - 6176:7
**11722** [1] - 6175:15, 6176:21
**11749** [1] - 6175:22
**11:30** [1] - 6214:11
**11:40** [2] - 6177:4, 6177:5
**11:50** [1] - 6183:3
**12** [5] - 6186:22, 6202:10, 6206:10, 6209:19, 6209:20
**12/1** [1] - 6198:23
**12/7/2008** [1] - 6198:24
**13th** [1] - 6214:5
**1453** [4] - 6190:21, 6191:14, 6196:9, 6197:9
**15** [1] - 6190:4
**16** [4] - 6183:19, 6198:21, 6218:3, 6218:4

**1601** [1] - 6175:21
**17** [2] - 6201:2, 6201:10
**18** [1] - 6214:23
**1:15** [1] - 6214:6
**1st** [3] - 6200:4, 6200:18, 6216:3

## 2

**2** [2] - 6208:21, 6208:22
**20** [3] - 6204:20, 6207:22, 6215:17
**2008** [9] - 6198:23, 6199:9, 6199:17, 6200:4, 6200:18, 6204:20, 6205:2, 6207:22, 6208:2
**2009** [17] - 6190:6, 6190:17, 6190:20, 6191:9, 6197:2, 6198:25, 6199:7, 6202:10, 6202:22, 6203:9, 6203:21, 6204:8, 6206:10, 6206:18, 6206:25, 6207:7, 6207:14
**2011-2012** [1] - 6221:6
**2015** [1] - 6175:9
**20th** [1] - 6214:10
**21st** [1] - 6214:5
**22** [2] - 6203:8, 6206:25
**26** [3] - 6176:7, 6202:22, 6206:17
**29** [2] - 6213:11, 6213:25
**2:05** [1] - 6198:6
**2:45** [1] - 6198:18
**2:50** [1] - 6200:20

## 3

**3** [2] - 6208:23, 6208:24
**30** [4] - 6178:11, 6188:3, 6213:21, 6214:2
**300** [1] - 6176:3
**3002** [1] - 6177:16
**3003** [1] - 6177:16
**3004** [1] - 6177:16
**31** [1] - 6208:1
**3102** [12] - 6177:16, 6190:8, 6190:9, 6191:4, 6191:19, 6191:20, 6196:11, 6197:4, 6197:17, 6197:18, 6197:25, 6198:1
**3103** [1] - 6177:16
**3110** [2] - 6192:5, 6196:12
**3111** [2] - 6192:6, 6196:13
**3112** [2] - 6192:7, 6196:13
**3113** [2] - 6192:8, 6196:13
**3143** [1] - 6216:22
**3143(b)(2** [1] - 6214:23
**31O2** [1] - 6192:13

## 31st

**31st** [1] - 6205:2
**3253** [1] - 6177:16
**3:05** [1] - 6200:23

## 4

**4** [6] - 6193:14, 6193:19, 6193:22, 6208:25, 6209:1, 6218:4
**4218** [1] - 6216:9
**4514** [1] - 6193:10
**4514-4515** [1] - 6193:5
**4515** [1] - 6193:12
**4915** [1] - 6193:14

## 5

**5** [3] - 6209:2, 6209:3, 6211:23
**50/50** [1] - 6216:13

## 6

**6** [2] - 6209:4, 6209:5
**631** [1] - 6176:21

## 7

**7** [10] - 6199:17, 6200:4, 6200:15, 6200:18, 6203:21, 6204:8, 6207:7, 6207:14, 6209:6, 6209:7
**7/30/06** [1] - 6192:6
**712-6101** [1] - 6176:21

## 8

**8** [6] - 6190:6, 6190:17, 6191:9, 6197:2, 6209:8, 6209:9
**8/29/06** [1] - 6192:7
**8012-C** [1] - 6216:16

## 9

**9** [3] - 6175:9, 6209:10, 6209:11
**9/29/06** [1] - 6192:8
**9:30** [1] - 6175:9

## A

**a.m** [2] - 6175:9, 6177:4
**able** [2] - 6219:13, 6219:14
**accept** [1] - 6179:22

**accommodate** [2] - 6188:24, 6189:3
**accommodating** [1] - 6187:6
**according** [2] - 6220:1, 6220:14
**account** [2] - 6199:11, 6199:13
**accountant** [1] - 6216:11
**Act** [1] - 6214:23
**Acting** [1] - 6175:14
**activity** [1] - 6216:17
**actual** [1] - 6220:20
**addition** [2] - 6215:16, 6218:18
**additional** [3] - 6218:22, 6223:22, 6223:23
**addressed** [1] - 6180:21
**adjournment** [1] - 6214:14
**admitted** [2] - 6195:2, 6216:15
**admittedly** [1] - 6195:14
**adopt** [1] - 6178:25
**advise** [1] - 6223:18
**advised** [1] - 6182:13
**advising** [1] - 6185:22
**Aerospace** [1] - 6220:15
**afterwards** [1] - 6215:5
**ago** [7] - 6183:24, 6211:11, 6218:3, 6218:5, 6218:19, 6223:1
**agree** [7] - 6180:17, 6186:20, 6193:8, 6193:9, 6195:21, 6196:14, 6199:15
**agreeable** [1] - 6196:3
**agreed** [1] - 6185:19
**agreement** [12] - 6178:12, 6178:17, 6178:19, 6179:14, 6181:2, 6182:10, 6186:3, 6186:9, 6188:2, 6192:20, 6216:7, 6217:12
**agreements** [2] - 6215:11, 6215:12
**agrees** [1] - 6193:21
**AGT** [2] - 6215:20, 6220:9
**aircraft** [5] - 6219:19, 6219:25, 6222:9, 6223:18, 6223:24
**airline** [1] - 6184:6
**airplane** [9] - 6215:8, 6215:23, 6215:24, 6216:3, 6216:7, 6216:13, 6217:7, 6217:10, 6217:23
**airport** [1] - 6219:9
**ALL** [2] - 6187:16, 6208:17
**alleges** [1] - 6199:12
**alleging** [1] - 6217:3
**allocating** [1] - 6216:7
**allows** [1] - 6194:13
**alone** [1] - 6182:18

alter [1] - 6212:8
alternates [2] - 6183:6, 6183:7
amazing [1] - 6212:6
AMERICA [1] - 6175:3
American [4] - 6177:17, 6191:24, 6192:5, 6192:11
Amex [11] - 6190:7, 6190:9, 6191:25, 6196:8, 6196:10, 6196:12, 6197:3, 6197:16, 6197:18, 6198:1, 6198:2
amount [1] - 6221:16
ANDREW [1] - 6176:6
Ann [1] - 6176:20
answer [2] - 6199:23, 6200:16
answers [1] - 6190:10
Anthony [2] - 6215:18, 6220:8
apologize [1] - 6184:16
appear [1] - 6181:25
appearance [1] - 6219:4
APPEARANCES [1] - 6175:13
appearances [1] - 6177:3
application [2] - 6218:2, 6221:13
apply [1] - 6213:1
appreciation [1] - 6212:22
appropriate [1] - 6185:24
approval [1] - 6223:24
argue [1] - 6222:22
argued [1] - 6180:24
argument [9] - 6178:22, 6179:10, 6181:4, 6181:5, 6181:21, 6181:25, 6188:4, 6214:5, 6222:20
arise [1] - 6189:2
Arizona [5] - 6190:21, 6215:17, 6218:9, 6219:2, 6220:3
arrangements [1] - 6185:24
arrest [2] - 6215:5, 6218:15
arrived [1] - 6219:13
ascertain [1] - 6195:6
aside [1] - 6191:17
aspect [1] - 6179:3
Assistant [1] - 6175:17
assuming [1] - 6183:15
assure [1] - 6185:1
attention [4] - 6178:9, 6184:10, 6212:13, 6212:14
attenuated [1] - 6180:11
Attorney [2] - 6175:14, 6175:17
August [1] - 6213:25
authorized [3] - 6178:13, 6178:16, 6181:1

available [4] - 6177:8, 6177:10, 6182:21, 6183:14
aware [2] - 6184:13, 6216:22
AZ [5] - 6215:21, 6215:25, 6216:6, 6220:18, 6220:19

## B

bail [10] - 6218:2, 6219:23, 6219:25, 6221:11, 6221:17, 6222:16, 6222:24, 6223:4, 6223:11, 6223:13
Bail [1] - 6214:22
bank [6] - 6179:2, 6191:7, 6191:18, 6191:22, 6215:21
Bank [1] - 6216:4
bankruptcy [1] - 6216:15
based [4] - 6183:5, 6221:19, 6222:7, 6223:10
became [1] - 6211:24
become [2] - 6183:4, 6223:5
BEFORE [1] - 6175:11
beg [1] - 6217:20
behalf [1] - 6213:13
best [1] - 6218:20
better [5] - 6183:16, 6186:15, 6186:16, 6191:2, 6212:20
Better [11] - 6177:24, 6178:1, 6178:3, 6178:5, 6178:24, 6179:3, 6180:13, 6181:15, 6181:17, 6187:24, 6188:1
between [4] - 6191:9, 6194:23, 6200:3, 6200:18
beyond [1] - 6193:11
BIANCO [1] - 6175:11
bias [1] - 6195:14
bill [1] - 6190:9
bills [3] - 6196:8, 6196:10, 6196:12
binder [1] - 6177:25
bit [1] - 6194:25
bond [2] - 6218:4, 6223:8
bothered [1] - 6211:16
bracelet [2] - 6218:14, 6219:10
branch [1] - 6190:20
briefly [1] - 6220:11
bring [9] - 6177:18, 6178:9, 6182:5, 6187:12, 6195:24, 6196:2, 6196:18, 6196:21, 6201:4
brought [2] - 6187:18, 6217:6
busy [1] - 6211:18

buy [2] - 6215:23, 6216:3
buzzed [1] - 6194:16
BY [3] - 6175:16, 6175:22, 6176:4

## C

CALCAGNI [1] - 6175:20
caption [2] - 6198:9, 6198:13
card [1] - 6177:6, 6188:8
case [11] - 6177:3, 6211:6, 6213:1, 6213:2, 6213:4, 6213:20, 6215:4, 6215:5, 6215:8, 6223:2, 6223:21
cash [1] - 6190:20
catch [1] - 6219:13
Central [3] - 6175:6, 6175:15, 6176:21
ceremonial [1] - 6211:12
certain [2] - 6180:24, 6199:12
certainly [1] - 6193:9
chance [3] - 6190:11, 6193:10
changed [2] - 6220:23, 6220:24
charge [33] - 6201:22, 6202:3, 6202:11, 6202:16, 6202:23, 6203:3, 6203:10, 6203:15, 6203:22, 6204:2, 6204:9, 6204:14, 6204:21, 6205:3, 6205:10, 6205:16, 6206:2, 6206:6, 6206:11, 6206:14, 6206:19, 6206:22, 6207:1, 6207:4, 6207:8, 6207:11, 6207:15, 6207:18, 6207:21, 6207:23, 6208:3, 6208:7, 6208:11
charged [2] - 6215:4, 6218:15
chart [2] - 6179:9, 6179:18
charts [1] - 6178:4
Chase [1] - 6177:17
Christine [1] - 6220:15
circulated [1] - 6198:8
Citicard [1] - 6177:17
citizen [1] - 6211:19
clarification [1] - 6199:24
clear [8] - 6184:21, 6199:25, 6211:24, 6214:25, 6217:25, 6222:15, 6222:23
CLERK [5] - 6177:1, 6198:19, 6200:9, 6200:24, 6201:5
clerk [1] - 6177:18, 6177:20, 6184:4

client [4] - 6191:1, 6218:16, 6218:21, 6221:4
closing [2] - 6190:7, 6191:4, 6191:19, 6191:20, 6192:6, 6192:7, 6192:8, 6192:12, 6197:3, 6197:16, 6197:19
co [1] - 6223:7
co-signed [1] - 6223:7
collectively [1] - 6190:25
comfortable [1] - 6187:8
comment [1] - 6184:20
commit [10] - 6201:20, 6201:22, 6202:3, 6205:10, 6205:16, 6205:25, 6206:2, 6206:6, 6208:7, 6208:11
committed [1] - 6222:1
community [8] - 6215:6, 6216:19, 6216:24, 6217:2, 6217:18, 6221:14, 6222:18, 6222:21
company [1] - 6220:16
Company [2] - 6215:19, 6220:9
complained [1] - 6211:14
complaining [1] - 6212:2
complaints [1] - 6212:1
complete [5] - 6180:7, 6188:22, 6189:1, 6211:3, 6219:2
completed [1] - 6217:13
completely [2] - 6185:21, 6213:3
completes [1] - 6197:14
complexity [1] - 6213:20
compliance [1] - 6219:2
compliant [2] - 6218:11, 6223:3
complied [1] - 6219:18
computer [2] - 6176:25, 6194:12
concern [3] - 6181:20, 6186:19, 6220:25
concerned [2] - 6184:20, 6219:11
conclude [3] - 6221:25, 6222:6, 6222:10
concluded [2] - 6224:12
concur [1] - 6187:9
conditions [4] - 6218:12, 6222:16, 6222:24, 6223:13
conduct [1] - 6215:4
confer [1] - 6193:16
confirm [1] - 6218:10
conflict [1] - 6214:12
conflicts [1] - 6185:3
connection [5] - 6182:8, 6186:10, 6187:23, 6188:4, 6197:15
conscientious [2] -

3

6212:12, 6212:15
**conscious** [1] - 6217:15
**consequences** [1] - 6223:2
**consider** [1] - 6185:11
**consideration** [1] - 6181:17
**consistent** [1] - 6213:17
**conspiracy** [12] - 6201:20, 6201:22, 6202:3, 6205:9, 6205:10, 6205:16, 6205:25, 6206:2, 6206:6, 6208:6, 6208:7, 6208:11
**constant** [1] - 6217:23
**CONSTANTINE** [3] - 6175:7, 6223:15, 6224:3
**Constantine** [41] - 6176:4, 6176:8, 6190:12, 6202:5, 6202:17, 6203:4, 6203:16, 6204:3, 6204:15, 6205:18, 6206:8, 6206:15, 6206:23, 6207:5, 6207:12, 6207:19, 6208:13, 6213:13, 6214:11, 6214:22, 6215:3, 6215:11, 6215:12, 6215:15, 6216:6, 6216:11, 6216:18, 6217:25, 6218:10, 6218:25, 6219:23, 6219:24, 6220:4, 6220:14, 6220:21, 6221:13, 6222:5, 6222:15, 6223:12, 6223:17, 6224:2
**Constantine's** [2] - 6216:15, 6217:15
**contact** [1] - 6218:8
**contained** [1] - 6178:1
**continue** [3] - 6193:10, 6212:8, 6221:17
**Continued** [2] - 6209:25, 6210:11
**continued** [5] - 6212:14, 6215:6, 6216:17, 6217:4, 6221:16
**continues** [3] - 6189:6, 6198:6, 6200:20
**continuing** [1] - 6223:13
**contributed** [1] - 6215:22
**convenient** [1] - 6188:19
**conveyed** [1] - 6182:17
**convicted** [1] - 6214:24
**convincing** [3] - 6214:25, 6222:15, 6222:23
**CONWAY** [1] - 6176:2
**copy** [2] - 6197:18, 6198:9
**correct** [3] - 6191:12, 6220:20, 6221:11
**counsel** [2] - 6193:13, 6193:16
**count** [51] - 6201:12, 6201:20, 6201:23, 6202:4, 6202:9, 6202:11, 6202:16,

6202:21, 6202:23, 6203:3, 6203:8, 6203:10, 6203:15, 6203:20, 6203:22, 6204:2, 6204:7, 6204:9, 6204:14, 6204:19, 6204:21, 6205:1, 6205:3, 6205:8, 6205:11, 6205:17, 6205:25, 6206:3, 6206:7, 6206:10, 6206:11, 6206:14, 6206:17, 6206:19, 6206:22, 6206:25, 6207:1, 6207:4, 6207:7, 6207:8, 6207:11, 6207:14, 6207:15, 6207:18, 6207:21, 6207:23, 6208:1, 6208:3, 6208:6, 6208:8, 6208:12
**Country** [1] - 6176:3
**couple** [2] - 6187:18, 6194:6
**course** [3] - 6178:15, 6215:2, 6215:9
**COURT** [112] - 6175:1, 6177:2, 6177:5, 6177:14, 6177:18, 6177:22, 6179:24, 6180:1, 6180:6, 6181:8, 6181:22, 6182:3, 6182:13, 6185:12, 6186:8, 6186:25, 6187:12, 6187:14, 6187:17, 6189:7, 6189:11, 6190:3, 6190:15, 6190:22, 6191:1, 6191:8, 6191:17, 6191:23, 6192:9, 6192:16, 6192:20, 6193:2, 6193:7, 6193:14, 6193:19, 6194:2, 6194:6, 6194:9, 6194:16, 6194:19, 6195:2, 6195:10, 6195:18, 6195:24, 6196:7, 6196:10, 6196:14, 6196:16, 6196:18, 6196:21, 6196:23, 6197:10, 6197:14, 6197:25, 6198:14, 6198:20, 6199:6, 6199:9, 6199:24, 6200:8, 6200:11, 6200:25, 6201:7, 6201:14, 6201:17, 6202:3, 6202:9, 6202:16, 6202:21, 6203:3, 6203:8, 6203:15, 6203:20, 6204:2, 6204:7, 6204:14, 6204:19, 6205:1, 6205:8, 6205:16, 6205:22, 6208:18, 6208:21, 6208:23, 6208:25, 6209:2, 6209:4, 6209:6, 6209:8, 6209:10, 6209:12, 6209:15, 6209:18, 6209:21, 6210:5, 6211:2, 6213:10, 6213:16, 6213:22, 6213:25, 6214:4, 6214:15, 6214:18, 6216:20, 6219:19,

6219:22, 6221:12, 6223:16, 6224:2, 6224:4, 6224:8, 6224:11
**Court** [28] - 6176:7, 6176:20, 6180:2, 6181:23, 6185:10, 6186:4, 6186:6, 6196:19, 6197:11, 6198:21, 6201:2, 6201:9, 6205:24, 6214:25, 6216:22, 6216:23, 6216:25, 6217:5, 6218:2, 6218:7, 6219:3, 6219:8, 6219:9, 6219:17, 6221:12, 6221:25, 6223:18, 6223:24
**court** [4] - 6211:1, 6212:21, 6219:4, 6219:12
**Court's** [4] - 6178:9, 6190:4, 6214:13, 6219:18
**court's** [1] - 6187:9
**Courthouse** [1] - 6175:6
**courtroom** [1] - 6211:13
**covering** [1] - 6180:20
**CR-13-607** [1] - 6175:4
**creates** [1] - 6182:23
**credit** [2] - 6177:6, 6188:8
**current** [1] - 6223:13
**CURRIE** [1] - 6175:14
**custody** [1] - 6220:13

# D

**danger** [11] - 6215:1, 6215:5, 6216:18, 6216:24, 6217:1, 6217:18, 6221:14, 6222:18, 6222:19, 6222:20
**date** [19] - 6190:7, 6190:8, 6191:4, 6191:19, 6191:20, 6192:6, 6192:7, 6192:8, 6192:13, 6194:2, 6197:4, 6197:17, 6197:20, 6198:23, 6200:14, 6214:10
**dates** [1] - 6199:17
**David** [2] - 6215:18, 6220:8
**days** [3] - 6183:17, 6213:21, 6214:2
**deal** [1] - 6184:17
**dealing** [1] - 6186:21
**dealings** [1] - 6221:20
**December** [27] - 6190:6, 6190:16, 6190:19, 6191:9, 6194:10, 6194:24, 6195:8, 6197:2, 6198:23, 6199:6, 6199:17, 6200:4, 6200:14, 6200:15, 6200:18, 6203:21, 6204:7, 6205:2, 6207:7, 6207:14, 6208:1
**decision** [3] - 6182:23, 6213:3, 6217:16
**deem** [1] - 6213:17

**deepest** [2] - 6212:17, 6212:23
**defendant** [35] - 6201:23, 6202:4, 6202:12, 6202:17, 6202:24, 6203:4, 6203:11, 6203:16, 6203:23, 6204:3, 6204:10, 6204:15, 6204:22, 6205:4, 6205:11, 6205:18, 6206:3, 6206:7, 6206:12, 6206:15, 6206:20, 6206:23, 6207:2, 6207:5, 6207:9, 6207:12, 6207:16, 6207:19, 6207:24, 6208:4, 6208:8, 6208:12, 6214:23, 6215:1, 6215:24
**Defendants** [3] - 6175:8, 6175:20, 6176:1
**defendants** [1] - 6213:11
**defense** [4] - 6177:10, 6181:21, 6181:25, 6224:8
**defrauded** [1] - 6219:25
**deliberate** [3] - 6179:21, 6185:8, 6197:23
**deliberations** [8] - 6183:17, 6184:25, 6188:22, 6189:2, 6189:4, 6189:6, 6198:6, 6200:20
**deliberative** [1] - 6185:4
**demonstrate** [1] - 6219:17
**demonstrated** [2] - 6219:1, 6222:15
**demonstration** [1] - 6219:15
**denying** [1] - 6221:12
**deposed** [1] - 6220:6
**deposit** [1] - 6221:8
**despite** [2] - 6211:18, 6212:2
**details** [1] - 6222:13
**detained** [2] - 6214:24, 6219:10
**detention** [2] - 6222:17, 6222:24
**determination** [1] - 6182:1
**differ** [1] - 6217:20
**different** [1] - 6216:5
**difficulties** [1] - 6184:22
**direct** [1] - 6193:1
**directs** [1] - 6216:22
**disbursement** [1] - 6178:16
**disbursements** [1] - 6180:20
**disclosed** [1] - 6221:6
**discuss** [5] - 6188:11, 6190:10, 6213:1, 6213:2, 6213:4
**discussion** [2] - 6186:10, 6187:25

4

**discussions** [1] - 6222:4
**dismiss** [2] - 6209:23, 6210:5
**dispute** [1] - 6221:2
**distribution** [1] - 6178:6
**DISTRICT** [3] - 6175:1, 6175:1, 6175:11
**diverted** [1] - 6179:4
**document** [16] - 6178:23, 6179:5, 6180:3, 6180:12, 6180:13, 6181:4, 6181:16, 6181:17, 6182:10, 6186:11, 6188:5, 6188:6, 6190:18, 6191:10, 6197:6, 6199:4
**documentation** [1] - 6221:23
**documents** [5] - 6177:24, 6181:9, 6187:24, 6194:18, 6196:1
**done** [1] - 6219:2
**double** [1] - 6211:23
**down** [2] - 6193:14, 6214:5
**due** [1] - 6179:14
**during** [2] - 6178:15, 6217:5
**duty** [2] - 6185:8, 6211:19

## E

**e-mail** [2] - 6220:14, 6220:17
**early** [4] - 6184:2, 6184:11, 6219:5, 6219:13
**easier** [1] - 6186:23
**EASTERN** [1] - 6175:1
**economic** [1] - 6222:19
**Edenholm** [1] - 6216:8
**effect** [1] - 6186:2
**eight** [4] - 6205:1, 6205:3, 6208:1, 6208:3
**elaborate** [1] - 6199:19
**Ellen** [1] - 6216:8
**emphasize** [2] - 6185:15, 6188:20
**emphasizing** [1] - 6182:4
**employers** [1] - 6212:4
**enable** [1] - 6185:24
**end** [3] - 6182:20, 6183:10, 6184:4
**endorsement** [3] - 6181:23, 6186:6, 6186:12
**enforcement** [1] - 6182:7
**engage** [1] - 6221:17
**engaged** [2] - 6222:11, 6223:19
**engages** [1] - 6223:23
**entertained** [1] - 6218:2
**entire** [1] - 6180:3

**entirely** [1] - 6178:24
**entity** [1] - 6217:11
**environmental** [9] - 6178:11, 6178:17, 6178:19, 6179:13, 6179:16, 6181:1, 6182:9, 6186:9, 6188:2
**Eric** [1] - 6216:8
**escape** [1] - 6223:2
**escrow** [5] - 6217:12, 6219:19, 6220:16, 6221:21, 6223:21
**ESQ** [5] - 6175:16, 6175:16, 6175:22, 6176:4, 6176:6
**essence** [1] - 6181:20
**essentially** [1] - 6178:21
**estimate** [1] - 6212:3
**estimated** [1] - 6211:25
**event** [2] - 6199:9, 6221:24
**events** [2] - 6222:8, 6222:12
**evidence** [16] - 6186:7, 6190:5, 6190:15, 6191:23, 6192:19, 6192:24, 6192:25, 6197:1, 6197:20, 6200:2, 6214:25, 6215:3, 6215:10, 6217:21, 6222:16, 6222:23
**exact** [1] - 6194:2
**except** [1] - 6181:10
**excess** [1] - 6215:23
**excused** [3] - 6187:5, 6213:8, 6213:9
**Exhibit** [14] - 6178:11, 6188:2, 6190:4, 6190:21, 6191:5, 6191:19, 6192:5, 6192:13, 6197:9, 6198:21, 6201:2, 6201:10, 6216:9, 6216:16
**exhibit** [7] - 6188:1, 6190:9, 6197:8, 6197:24, 6198:1, 6198:2, 6199:16, 6190:24, 6196:7
**Exhibits** [1] - 6177:16
**exhibits** [6] - 6178:1, 6178:2, 6178:19, 6190:12, 6190:24, 6196:7
**exist** [1] - 6192:18
**expect** [1] - 6223:19
**explain** [1] - 6199:19
**exposure** [1] - 6179:16
**Express** [4] - 6177:17, 6191:25, 6192:5, 6192:12
**extent** [1] - 6181:3
**extraordinary** [3] - 6211:9, 6211:21, 6211:22

## F

**face** [1] - 6178:23
**fact** [9] - 6178:14, 6184:13, 6186:5, 6211:20, 6212:2, 6212:16, 6217:21, 6219:16, 6223:21
**facts** [2] - 6221:1, 6221:5
**factually** [1] - 6221:11
**Falcon** [7] - 6215:7, 6215:16, 6215:17, 6215:21, 6215:23, 6215:24, 6215:25, 6216:6, 6216:7, 6216:13, 6219:19, 6219:24, 6220:18, 6220:19, 6221:16, 6221:24
**fall** [1] - 6192:15
**familiarity** [1] - 6221:4
**family** [2] - 6213:7, 6223:6
**Fargo** [1] - 6190:20
**fault** [1] - 6184:17
**February** [4] - 6202:9, 6202:22, 6206:10, 6206:17
**Federal** [2] - 6175:15, 6176:20
**fee** [1] - 6179:14
**felt** [2] - 6211:4, 6218:20
**Fergusson** [1] - 6216:8
**few** [1] - 6192:3
**figure** [2] - 6183:22, 6183:25
**filed** [1] - 6220:3
**final** [1] - 6188:11
**financial** [1] - 6217:19
**fine** [2] - 6185:18, 6188:18
**finish** [1] - 6192:23
**first** [5] - 6187:20, 6197:1, 6197:5, 6199:15, 6211:11
**five** [8] - 6203:20, 6203:22, 6204:3, 6207:7, 6207:8, 6207:11, 6211:13, 6211:17
**fled** [1] - 6223:1
**flee** [1] - 6215:1
**flight** [8] - 6216:24, 6217:1, 6217:24, 6218:1, 6219:7, 6219:13, 6219:16, 6222:25
**flipping** [1] - 6217:17
**flow** [1] - 6178:4
**flowed** [1] - 6180:22
**focused** [3] - 6191:6, 6191:24, 6192:2
**following** [4] - 6180:22, 6210:1, 6211:1, 6220:2
**force** [1] - 6188:18
**foreperson** [3] - 6201:11, 6201:18, 6201:19
**FOREPERSON** [17] - 6201:13, 6202:2, 6202:8, 6202:15, 6202:20, 6203:2,

6203:7, 6203:14, 6203:19, 6204:1, 6204:6, 6204:13, 6204:18, 6204:25, 6205:7, 6205:15, 6205:21
**forth** [1] - 6220:17
**forward** [1] - 6217:16
**four** [8] - 6203:8, 6203:10, 6203:16, 6206:25, 6207:1, 6207:4, 6217:9, 6217:10
**fourth** [1] - 6216:10
**fraud** [54] - 6179:3, 6179:4, 6201:21, 6201:22, 6202:4, 6202:9, 6202:11, 6202:16, 6202:21, 6202:23, 6203:3, 6203:8, 6203:10, 6203:15, 6203:20, 6203:22, 6204:2, 6204:7, 6204:9, 6204:14, 6204:19, 6204:21, 6205:1, 6205:3, 6206:1, 6206:2, 6206:6, 6206:10, 6206:11, 6206:14, 6206:17, 6206:19, 6206:22, 6206:25, 6207:1, 6207:4, 6207:7, 6207:8, 6207:11, 6207:14, 6207:15, 6207:18, 6207:21, 6207:23, 6208:1, 6208:3, 6215:7, 6215:18, 6217:4, 6221:16, 6221:18, 6222:1, 6222:7, 6222:11
**frauds** [1] - 6215:7
**fraudulent** [1] - 6216:17
**freedom** [1] - 6218:22
**fugitive** [1] - 6223:6
**Fund** [1] - 6216:2

## G

**Gaarn** [1] - 6199:11
**generous** [1] - 6182:4
**Gilbero** [1] - 6218:9
**given** [6] - 6183:8, 6186:23, 6213:20, 6218:22, 6222:23, 6223:20
**Global** [1] - 6216:2
**Gonchar** [2] - 6216:12, 6220:5
**government** [17] - 6177:25, 6191:10, 6191:14, 6193:8, 6193:21, 6195:15, 6214:2, 6214:19, 6215:2, 6215:8, 6215:9, 6217:3, 6217:17, 6220:1, 6222:13, 6222:2, 6224:5
**Government** [1] - 6175:14
**Government's** [8] - 6177:15, 6190:21, 6192:5, 6192:13, 6197:7, 6197:9, 6216:9, 6216:16

5

**government's** [6] - 6179:9,
6179:18, 6196:9, 6217:6,
6218:3, 6221:13
**gratitude** [1] - 6212:23
**great** [1] - 6179:2
**grounds** [1] - 6221:15
**group** [1] - 6181:9
**guess** [2] - 6186:1,
6195:23
**guilty** [64] - 6201:25,
6202:1, 6202:2, 6202:6,
6202:7, 6202:8, 6202:13,
6202:14, 6202:15,
6202:18, 6202:19,
6202:20, 6202:25, 6203:1,
6203:2, 6203:5, 6203:6,
6203:7, 6203:12, 6203:13,
6203:14, 6203:17,
6203:18, 6203:19,
6203:24, 6203:25, 6204:1,
6204:4, 6204:5, 6204:6,
6204:11, 6204:12,
6204:13, 6204:16,
6204:17, 6204:18,
6204:23, 6204:24,
6204:25, 6205:5, 6205:6,
6205:7, 6205:13, 6205:14,
6205:15, 6205:19,
6205:20, 6205:21, 6206:5,
6206:9, 6206:13, 6206:16,
6206:21, 6206:24, 6207:3,
6207:6, 6207:10, 6207:13,
6207:17, 6207:20,
6207:25, 6208:5, 6208:10,
6208:14

## H

**HALEY** [38] - 6175:20,
6175:22, 6177:13,
6177:20, 6177:23, 6179:8,
6179:25, 6180:2, 6180:17,
6181:14, 6182:2, 6182:12,
6186:18, 6187:9, 6189:10,
6190:23, 6191:6, 6191:12,
6191:15, 6191:20, 6192:1,
6192:22, 6193:3, 6194:4,
6195:14, 6196:6, 6196:15,
6196:20, 6199:3, 6199:8,
6199:22, 6200:7, 6210:3,
6210:8, 6213:15, 6213:20,
6214:17, 6224:10
**Haley** [3] - 6182:7, 6186:8,
6214:16
**Haley's** [1] - 6187:25
**half** [2] - 6183:17, 6211:8
**Hancock** [1] - 6220:15
**hand** [2] - 6201:14,
6212:20
**handed** [2] - 6191:5,

6193:12
**handing** [1] - 6201:17
**hands** [2] - 6220:23,
6220:24
**handwrite** [1] - 6182:2
**happy** [1] - 6189:8
**Harbor** [11] - 6180:13,
6180:16, 6180:18,
6180:20, 6180:21,
6180:23, 6181:12,
6181:24, 6182:9, 6186:10,
6188:4
**Harbor/Led** [2] - 6187:24,
6188:1
**hard** [1] - 6183:13
**Hawaii** [1] - 6178:24
**hear** [1] - 6183:10
**heard** [3] - 6211:17,
6221:19, 6222:8
**held** [1] - 6221:7
**highlight** [2] - 6186:5,
6198:12
**highlighted** [4] - 6193:5,
6193:15, 6193:18, 6196:19
**Highway** [1] - 6175:21
**himself** [2] - 6216:8,
6216:12
**history** [3] - 6187:5,
6190:19, 6196:9
**hockey** [3] - 6215:25,
6216:1, 6217:15
**Holdings** [2] - 6215:20,
6220:10
**home** [4] - 6211:4,
6221:17, 6222:17, 6222:24
**homes** [1] - 6223:7
**Honor** [32] - 6177:20,
6177:24, 6178:3, 6178:14,
6179:8, 6181:19, 6184:19,
6189:9, 6190:14, 6190:23,
6191:3, 6191:6, 6192:22,
6194:22, 6195:14, 6198:7,
6210:9, 6213:14, 6213:23,
6214:3, 6214:12, 6214:20,
6214:21, 6216:21,
6217:24, 6220:5, 6221:1,
6221:11, 6223:15, 6224:3,
6224:7, 6224:9
**HONORABLE** [1] - 6175:11
**Hormovitis** [1] - 6198:10
**hours** [1] - 6211:14
**house** [3] - 6218:15,
6218:21, 6218:22
**hundreds** [1] - 6211:12

## I

**idea** [2] - 6184:11, 6221:10
**identified** [1] - 6190:13

**immediately** [1] - 6192:17
**impeccable** [1] - 6218:7
**important** [1] - 6188:20
**imposed** [1] - 6218:12
**inclination** [1] - 6184:24
**include** [1] - 6179:1
**included** [1] - 6179:9
**including** [2] - 6218:12,
6222:17
**indeed** [1] - 6179:12
**indemnity** [10] - 6178:12,
6178:17, 6178:19,
6179:13, 6179:16, 6181:2,
6182:9, 6186:3, 6186:9,
6188:2
**indicated** [1] - 6218:16
**indicating** [1] - 6219:9
**indictment** [1] - 6199:11
**individual** [1] - 6220:15
**individuals** [4] - 6215:17,
6215:22, 6221:22, 6222:9
**information** [5] - 6179:21,
6186:22, 6198:22,
6200:13, 6200:17
**injury** [1] - 6209:24
**inspect** [2] - 6201:15,
6209:23
**inspected** [1] - 6210:2
**inspection** [1] - 6177:10
**instruction** [1] - 6212:24
**instructions** [1] - 6186:4
**insufficient** [1] - 6222:10
**insured** [1] - 6218:14
**insuring** [1] - 6218:15
**intend** [1] - 6186:16
**intended** [1] - 6220:22
**intends** [1] - 6187:3
**intention** [1] - 6200:2
**interest** [3] - 6215:14,
6215:16, 6218:20
**interfere** [1] - 6185:4
**interpretation** [2] - 6179:1,
6182:4
**introduced** [4] - 6177:25,
6192:10, 6197:20, 6215:21
**investment** [1] - 6221:7
**investments** [2] - 6199:12,
6217:14
**investors** [4] - 6215:11,
6220:3, 6220:8, 6220:22
**irreconcilable** [1] -
6183:15
**Islandia** [1] - 6175:22
**Islip** [3] - 6175:6, 6175:15,
6176:21
**isolated** [1] - 6177:9
**issue** [4] - 6182:15,
6183:4, 6183:15, 6192:23
**issued** [1] - 6215:11

**issues** [9] - 6181:6,
6182:14, 6182:16,
6185:17, 6187:2, 6188:17,
6188:23, 6189:1, 6189:2
**itself** [2] - 6211:21,
6221:21

## J

**Jacofski** [2] - 6215:18,
6220:9
**JAMES** [1] - 6175:16
**January** [2] - 6177:7,
6188:9
**job** [2] - 6212:14, 6212:15
**join** [1] - 6213:23
**JOSEPH** [1] - 6175:11
**judge** [15] - 6179:20,
6179:25, 6181:6, 6182:2,
6182:12, 6185:18,
6189:10, 6191:20, 6193:4,
6193:6, 6193:15, 6196:5,
6199:22, 6211:8, 6211:9
**Judge** [8] - 6187:3, 6217:3,
6217:20, 6218:10,
6218:18, 6218:25,
6219:16, 6219:20
**JUDGE** [1] - 6175:11
**judges** [1] - 6212:6
**July** [6] - 6175:9, 6183:19,
6184:7, 6184:8, 6184:12,
6184:14
**jump** [1] - 6180:15
**June** [4] - 6184:2, 6184:5,
6184:9, 6184:11
**juror** [24] - 6182:15,
6182:16, 6183:17,
6183:19, 6183:21,
6183:23, 6184:7, 6185:13,
6185:14, 6188:12,
6188:13, 6197:21,
6208:19, 6208:21,
6208:23, 6208:25, 6209:2,
6209:4, 6209:6, 6209:8,
6209:10, 6209:12,
6209:15, 6209:18
**JUROR** [14] - 6197:24,
6198:5, 6208:20, 6208:22,
6208:24, 6209:1, 6209:3,
6209:5, 6209:7, 6209:9,
6209:11, 6209:14,
6209:17, 6209:20
**jurors** [8] - 6184:23,
6184:24, 6185:2, 6187:6,
6188:17, 6203:5, 6212:7,
6212:19
**JURORS** [2] - 6187:16,
6208:17
**jury** [36] - 6175:11,

6178:20, 6179:6, 6179:21, 6179:23, 6180:24, 6186:5, 6187:13, 6187:15, 6189:6, 6194:16, 6196:22, 6196:24, 6197:22, 6198:6, 6198:11, 6199:23, 6200:10, 6200:12, 6200:20, 6201:4, 6201:6, 6201:8, 6201:11, 6205:23, 6208:15, 6208:18, 6209:21, 6210:6, 6211:2, 6211:9, 6211:12, 6213:9, 6217:7, 6217:22

**jury's** [31] - 6201:25, 6202:6, 6202:13, 6202:18, 6202:25, 6203:12, 6203:17, 6203:24, 6204:4, 6204:11, 6204:16, 6204:23, 6205:5, 6205:13, 6205:19, 6206:5, 6206:9, 6206:13, 6206:16, 6206:21, 6206:24, 6207:3, 6207:6, 6207:10, 6207:13, 6207:17, 6207:20, 6207:25, 6208:5, 6208:10, 6208:14

## K

**Kaiser** [1] - 6178:5
**keep** [1] - 6195:25
**KELLY** [1] - 6175:14
**Ken** [2] - 6215:19, 6220:9
**Kenner** [43] - 6175:23, 6177:7, 6178:8, 6178:11, 6179:15, 6180:22, 6188:2, 6188:9, 6190:5, 6190:7, 6190:12, 6190:16, 6194:4, 6194:23, 6194:25, 6195:4, 6195:5, 6195:21, 6197:2, 6197:3, 6197:11, 6197:16, 6197:19, 6198:3, 6201:24, 6202:12, 6202:24, 6203:11, 6203:23, 6204:10, 6204:22, 6205:4, 6205:12, 6206:4, 6206:12, 6206:20, 6207:2, 6207:9, 6207:16, 6207:24, 6208:4, 6208:9, 6214:11
**KENNER** [1] - 6175:7
**Kenner's** [6] - 6192:24, 6196:1, 6198:22, 6200:3, 6200:14, 6200:17
**Komatireddy** [1] - 6222:2
**KOMATIREDDY** [7] - 6175:16, 6177:9, 6177:15, 6210:9, 6214:21, 6220:2, 6224:6

## L

**LA** [1] - 6198:7
**lack** [1] - 6212:22
**land** [1] - 6178:24
**Lara** [1] - 6218:9
**LARUSSO** [24] - 6176:2, 6176:4, 6177:12, 6184:19, 6185:18, 6187:11, 6189:9, 6191:16, 6193:4, 6193:15, 6196:5, 6196:17, 6199:2, 6200:6, 6210:2, 6210:7, 6213:13, 6213:23, 6214:12, 6216:21, 6219:20, 6221:1, 6224:1, 6224:9
**laRusso** [2] - 6193:14, 6216:20
**LaRusso** [4] - 6196:16, 6220:11, 6223:3, 6223:16
**LaRusso's** [2] - 6184:3, 6186:14
**last** [2] - 6200:12, 6220:6
**late** [3] - 6182:15, 6184:2, 6184:11
**latest** [1] - 6196:24
**laughed** [1] - 6184:8
**laughing** [1] - 6184:12
**laundering** [6] - 6205:8, 6205:11, 6205:17, 6208:6, 6208:8, 6208:12
**law** [2] - 6177:18, 6184:3
**lawsuit** [4] - 6220:3, 6220:6, 6220:7
**lawyers** [1] - 6209:22
**leading** [1] - 6215:4
**least** [3] - 6179:12, 6182:14, 6218:22
**leave** [7] - 6182:18, 6213:18, 6218:21, 6218:22, 6223:5, 6223:6, 6223:8
**Led** [9] - 6177:24, 6178:1, 6178:3, 6178:5, 6178:24, 6179:3, 6180:13, 6181:15, 6181:17
**left** [2] - 6217:12, 6217:13
**letter** [1] - 6219:8
**letters** [1] - 6212:4
**liability** [1] - 6179:16
**light** [1] - 6216:17
**limitation** [1] - 6223:22
**limited** [1] - 6222:7
**line** [5] - 6178:6, 6193:14, 6193:19, 6193:22, 6211:14
**lines** [1] - 6193:25
**listed** [1] - 6192:13
**listen** [1] - 6205:23
**lives** [1] - 6211:18, 6212:8

**loan** [1] - 6221:8
**locate** [1] - 6194:24
**located** [3] - 6194:4, 6194:21, 6194:22
**location** [2] - 6190:5, 6190:16, 6191:9, 6192:24, 6197:1
**look** [5] - 6180:2, 6180:12, 6182:7, 6190:24, 6193:24
**looked** [1] - 6195:15
**looking** [7] - 6191:4, 6192:4, 6192:16, 6193:25, 6195:23, 6198:22, 6200:13
**looks** [2] - 6192:16, 6198:25
**lose** [1] - 6188:25
**luck** [1] - 6213:7
**lunch** [1] - 6212:6

## M

**madam** [2] - 6201:11, 6201:19
**mail** [2] - 6220:14, 6220:17
**Makika** [2] - 6178:5, 6180:23
**manner** [1] - 6212:11
**marked** [4] - 6190:4, 6198:21, 6201:2, 6201:9
**marshals** [1] - 6182:24
**Marshals** [1] - 6220:13
**Mary** [1] - 6176:20
**matches** [1] - 6179:17
**material** [1] - 6179:19
**matter** [3] - 6178:14, 6217:21, 6224:12
**meaning** [1] - 6179:22
**means** [2] - 6193:13, 6221:24
**mechanical** [1] - 6176:25
**meetings** [1] - 6218:13
**members** [7] - 6187:15, 6196:24, 6200:12, 6201:8, 6205:23, 6208:15, 6211:2
**Memorial** [1] - 6175:21
**memory** [2] - 6180:19, 6181:3
**mention** [1] - 6178:15
**mentioned** [7] - 6179:14, 6182:8, 6182:9, 6186:9, 6188:1, 6188:3, 6222:3
**merit** [1] - 6179:11
**Michelle** [4] - 6182:13, 6182:16, 6183:23, 6212:2
**mid** [2] - 6184:7, 6184:14
**mid-July** [2] - 6184:7, 6184:14
**might** [6] - 6181:23, 6184:2, 6185:23, 6186:2,

**loan** (cont.)
6187:4, 6211:5
**million** [1] - 6218:4
**Mineola** [1] - 6176:3
**minutes** [2] - 6194:6, 6194:9
**MISKIEWICZ** [34] - 6175:16, 6178:21, 6181:19, 6185:19, 6186:19, 6190:11, 6190:18, 6191:3, 6191:14, 6191:24, 6192:2, 6192:11, 6192:18, 6193:9, 6193:17, 6193:21, 6194:3, 6194:5, 6194:8, 6194:12, 6194:18, 6194:21, 6195:3, 6195:20, 6196:4, 6196:8, 6196:12, 6197:9, 6199:4, 6199:10, 6200:5, 6214:3, 6214:20, 6224:7
**Miskiewicz** [1] - 6198:8
**misrepresentation** [1] - 6217:22
**modify** [1] - 6199:18
**mom** [1] - 6184:3
**Monday** [4] - 6183:20, 6185:14, 6188:13, 6219:11
**money** [15] - 6178:4, 6179:3, 6205:8, 6205:10, 6205:17, 6208:6, 6208:7, 6208:11, 6215:13, 6216:1, 6219:23, 6220:2, 6220:21, 6220:24, 6221:3
**monies** [3] - 6179:9, 6180:23, 6180:25
**monitoring** [1] - 6222:25
**month** [3] - 6183:24, 6199:10
**months** [4] - 6211:11, 6218:3, 6218:5, 6218:18
**morning** [6] - 6177:6, 6187:15, 6187:16, 6187:22, 6219:11, 6219:13
**mortgage** [2] - 6190:19, 6196:9
**most** [1] - 6211:8
**motion** [2] - 6213:16, 6214:8
**motions** [3] - 6213:12, 6213:17, 6214:1
**movement** [1] - 6218:13
**MR** [94] - 6177:12, 6177:13, 6177:20, 6177:23, 6178:21, 6179:8, 6179:25, 6180:2, 6180:17, 6181:14, 6181:19, 6182:2, 6182:12, 6184:19, 6185:18, 6185:19, 6186:18, 6186:19, 6187:9, 6187:11, 6189:9, 6189:10, 6190:11, 6190:18, 6190:23, 6191:3,

7

6191:6, 6191:12, 6191:14,
6191:15, 6191:16,
6191:20, 6191:24, 6192:1,
6192:2, 6192:11, 6192:18,
6192:22, 6193:3, 6193:4,
6193:9, 6193:15, 6193:17,
6193:21, 6194:3, 6194:4,
6194:5, 6194:8, 6194:12,
6194:18, 6194:21, 6195:3,
6195:14, 6195:20, 6196:4,
6196:5, 6196:6, 6196:8,
6196:12, 6196:15,
6196:17, 6196:20, 6197:9,
6198:7, 6199:2, 6199:3,
6199:4, 6199:8, 6199:10,
6199:22, 6200:5, 6200:6,
6200:7, 6210:2, 6210:3,
6210:7, 6210:8, 6213:13,
6213:15, 6213:20,
6213:23, 6214:3, 6214:12,
6214:17, 6214:20,
6216:21, 6219:20, 6221:1,
6223:15, 6224:1, 6224:3,
6224:7, 6224:9, 6224:10
**MS** [6] - 6177:9, 6177:15,
6210:9, 6214:21, 6220:2,
6224:6
**multiple** [1] - 6215:10
**must** [1] - 6214:24

## N

**name** [1] - 6218:9
**named** [1] - 6220:8
**narrowly** [1] - 6179:7
**necessary** [1] - 6185:5
**necessity** [1] - 6218:8
**need** [3] - 6185:17,
6188:21, 6188:22
**needs** [1] - 6198:14
**negotiations** [2] - 6223:19,
6223:23
**never** [6] - 6211:5, 6211:7,
6217:4, 6217:10, 6217:13,
6218:16
**NEW** [1] - 6175:1
**New** [4] - 6175:6, 6175:15,
6176:21, 6195:5
**next** [5] - 6188:14,
6193:19, 6209:25,
6210:11, 6219:13
**night** [1] - 6219:8
**nine** [7] - 6205:8, 6205:11,
6205:17, 6208:6, 6208:8,
6208:12, 6211:8
**nine-and-a-half** [1] -
6211:8
**NO** [12] - 6208:20, 6208:22,
6208:24, 6209:1, 6209:3,

6209:5, 6209:7, 6209:9,
6209:11, 6209:14,
6209:17, 6209:20
**nobody** [2] - 6188:25,
6213:3
**none** [2] - 6198:10,
6221:21
**note** [19] - 6177:5, 6179:1,
6179:7, 6181:12, 6181:15,
6181:20, 6182:2, 6184:13,
6188:7, 6190:3, 6192:14,
6194:17, 6196:24,
6197:25, 6198:21,
6198:25, 6200:13, 6201:1,
6201:8
**noted** [6] - 6177:3, 6177:4,
6198:18, 6200:23, 6223:3
**notes** [3] - 6180:7,
6181:10, 6187:21
**nothing** [1] - 6178:23
**noticed** [1] - 6198:9
**November** [5] - 6177:7,
6188:8, 6204:20, 6207:22,
6214:10
**number** [21] - 6178:1,
6185:13, 6188:12,
6190:13, 6190:23, 6197:8,
6197:22, 6197:24, 6198:1,
6208:19, 6208:21,
6208:23, 6208:25, 6209:2,
6209:4, 6209:6, 6209:8,
6209:10, 6209:12,
6209:15, 6209:18
**numbers** [2] - 6177:14,
6177:15
**Nutritional** [2] - 6215:19,
6220:9
**NY** [3] - 6175:22, 6176:3,
6176:7

## O

**object** [2] - 6178:21,
6179:5
**objection** [10] - 6177:11,
6177:12, 6177:13,
6191:12, 6191:15,
6191:16, 6196:4, 6196:5,
6196:6, 6218:3
**obligation** [2] - 6179:15,
6223:9
**observations** [1] - 6185:20
**obviously** [6] - 6180:7,
6181:10, 6187:1, 6221:20,
6221:23, 6223:12
**occur** [1] - 6217:23
**occurred** [1] - 6220:21
**occurring** [1] - 6218:17
**Oceanside** [1] - 6176:7

**October** [1] - 6214:5
**OF** [3] - 6175:1, 6175:3,
6175:10
**offer** [4] - 6181:7, 6182:20,
6186:13, 6188:15
**offered** [1] - 6195:16
**officer** [4] - 6218:8,
6218:20, 6218:24, 6219:1
**often** [1] - 6212:25
**Old** [1] - 6176:3
**Oliveras** [1] - 6219:8
**OLIVERAS** [1] - 6176:6
**One** [1] - 6175:21
**one** [31] - 6177:21, 6178:3,
6178:25, 6180:10,
6181:11, 6182:14,
6182:15, 6183:7, 6184:4,
6184:7, 6185:13, 6185:20,
6186:6, 6187:21, 6187:23,
6188:12, 6191:8, 6191:10,
6192:17, 6194:22, 6197:6,
6197:10, 6197:22,
6201:20, 6201:23, 6202:4,
6205:25, 6206:3, 6206:7,
6219:6
**ones** [2] - 6192:9, 6192:21
**ongoing** [3] - 6221:10,
6222:18, 6223:17
**open** [4] - 6199:11, 6211:1,
6212:21, 6214:13
**operating** [3] - 6215:10,
6215:12, 6216:7
**opportunity** [1] - 6193:23
**option** [1] - 6185:23
**orally** [1] - 6213:17
**order** [1] - 6215:23
**otherwise** [1] - 6183:1
**overseas** [1] - 6223:5
**owned** [2] - 6215:25,
6216:12
**owners** [1] - 6215:19

## P

**p.m** [4] - 6198:6, 6198:18,
6200:20, 6200:23
**page** [7] - 6180:4, 6193:4,
6193:9, 6193:12, 6193:20,
6209:25, 6210:11
**paid** [3] - 6180:25,
6184:10, 6221:8
**panically** [1] - 6219:7
**paragraph** [3] - 6179:14,
6180:2, 6180:3
**park** [1] - 6218:23
**part** [3] - 6178:10, 6184:24,
6220:6
**particular** [8] - 6179:5,
6180:4, 6180:20, 6180:21,

6192:12, 6194:25, 6199:5,
6199:17
**particularly** [1] - 6211:22
**partners** [1] - 6221:7
**Partners** [5] - 6215:21,
6216:1, 6220:18, 6220:19
**parts** [1] - 6191:8
**passed** [1] - 6184:3
**Pause** [3] - 6180:5, 6195:9,
6201:16
**pay** [1] - 6212:14
**paying** [1] - 6212:12
**payment** [6] - 6178:7,
6178:12, 6179:12,
6180:21, 6190:19, 6190:20
**pending** [1] - 6214:9
**people** [9] - 6182:24,
6186:22, 6211:12,
6211:14, 6211:15,
6211:16, 6212:7, 6223:7
**percent** [2] - 6215:15,
6218:11
**perform** [1] - 6211:19
**perhaps** [4] - 6190:24,
6199:18, 6220:20, 6222:14
**period** [1] - 6192:24
**personal** [1] - 6213:3
**personally** [1] - 6212:20
**personnel** [1] - 6182:25
**perspective** [1] - 6178:10
**petition** [1] - 6216:15
**Phil** [5] - 6178:7, 6179:14,
6180:22, 6192:24, 6200:3
**PHILLIP** [1] - 6175:7
**Phillip** [18] - 6201:23,
6202:12, 6202:24,
6203:11, 6203:23,
6204:10, 6204:22, 6205:4,
6205:12, 6206:3, 6206:12,
6206:20, 6207:2, 6207:9,
6207:16, 6207:24, 6208:4,
6208:9
**phone** [2] - 6194:23,
6195:20
**physical** [1] - 6220:12
**piece** [1] - 6197:10
**place** [3] - 6183:1, 6210:1,
6211:1
**placing** [1] - 6223:22
**plane** [9] - 6215:13,
6215:14, 6215:16,
6220:12, 6220:16,
6220:18, 6220:23,
6221:21, 6223:21
**plans** [1] - 6183:20
**plate** [1] - 6211:19
**plausible** [1] - 6223:10
**players** [2] - 6215:25,
6217:15
**players'** [1] - 6216:1

**Plaza** [2] - 6175:15, 6176:20
**point** [6] - 6183:3, 6184:10, 6188:14, 6192:1, 6218:14, 6223:20
**poll** [1] - 6208:18
**polled** [1] - 6209:21
**portion** [2] - 6193:5, 6196:19
**pose** [2] - 6215:1, 6222:18
**posed** [1] - 6215:5
**poses** [2] - 6217:25, 6222:20
**position** [2] - 6178:18, 6199:22
**possession** [2] - 6220:22, 6220:23
**possibility** [3] - 6184:21, 6186:13, 6216:23
**possible** [1] - 6185:9
**posted** [1] - 6223:7
**Powell** [2] - 6215:18, 6220:8
**practice** [2] - 6180:6, 6212:19
**precede** [2] - 6191:22, 6192:12
**preceding** [1] - 6192:17
**precisely** [1] - 6181:19
**predates** [1] - 6198:4
**prepared** [1] - 6214:8
**present** [4] - 6187:13, 6196:22, 6200:10, 6200:14
**presented** [3] - 6192:25, 6215:3, 6215:10
**presentence** [1] - 6214:7
**presents** [1] - 6216:18
**presumably** [1] - 6221:17
**pretrial** [4] - 6218:8, 6218:19, 6218:23, 6219:1
**pretty** [2] - 6180:24, 6217:25
**previously** [2] - 6222:17, 6222:24
**privacy** [1] - 6212:21
**Privitello** [7] - 6193:24, 6194:23, 6195:5, 6195:11, 6195:15, 6195:17, 6195:22
**Privitello's** [4] - 6194:10, 6194:19, 6195:13, 6195:19
**problem** [2] - 6183:21, 6219:6
**problems** [2] - 6180:10, 6184:22
**proceeding** [1] - 6219:12
**Proceedings** [1] - 6176:25
**PROCEEDINGS** [1] - 6175:10
**proceedings** [4] - 6180:5, 6195:9, 6201:16, 6224:12

**process** [4] - 6181:5, 6185:4, 6187:10, 6214:7
**produced** [1] - 6176:25
**program** [1] - 6194:13
**progress** [1] - 6194:17
**proof** [1] - 6181:7
**propagate** [1] - 6215:6
**proper** [1] - 6222:9
**proud** [4] - 6211:20, 6212:9, 6212:10, 6212:16
**provide** [3] - 6182:10, 6188:4, 6199:21
**provided** [2] - 6187:22, 6197:21
**providing** [1] - 6215:14
**purposes** [1] - 6179:20
**pursuant** [1] - 6222:16
**push** [1] - 6183:13
**put** [3] - 6191:17, 6196:10, 6217:11

## R

**range** [2] - 6199:1, 6199:5
**rather** [2] - 6183:16, 6211:23
**reached** [4] - 6182:19, 6201:3, 6201:9, 6201:11
**read** [4] - 6177:14, 6196:1, 6197:12, 6197:13
**readback** [1] - 6197:14
**reading** [1] - 6201:18
**ready** [1] - 6194:17
**really** [1] - 6192:3
**reason** [4] - 6178:9, 6183:12, 6186:1, 6213:19
**reasonable** [1] - 6223:22
**reasons** [2] - 6211:10, 6211:15
**receive** [1] - 6177:5
**received** [3] - 6190:3, 6196:24, 6201:8
**recent** [3] - 6221:24, 6222:8, 6222:11
**recess** [7] - 6189:12, 6194:14, 6194:15, 6198:16, 6198:17, 6200:21, 6200:22
**recommended** [1] - 6218:21
**reconsider** [1] - 6222:14
**record** [10] - 6177:21, 6179:23, 6190:19, 6196:10, 6197:13, 6198:3, 6200:3, 6200:17, 6218:6, 6222:10
**recorded** [2] - 6176:25, 6205:24
**recording** [1] - 6195:2

**records** [2] - 6179:2, 6215:21
**redacted** [1] - 6198:15
**redaction** [1] - 6198:12
**reference** [5] - 6180:18, 6182:6, 6194:22, 6195:20, 6195:21
**referenced** [1] - 6192:14
**references** [1] - 6194:25
**Reform** [1] - 6214:22
**refuse** [1] - 6223:4
**regarding** [5] - 6200:3, 6200:17, 6217:22
**regardless** [1] - 6218:11
**regards** [2] - 6184:20, 6217:24
**reject** [1] - 6179:22
**relate** [1] - 6199:6
**related** [4] - 6177:24, 6178:24, 6181:12, 6187:24
**relates** [6] - 6179:13, 6179:15, 6180:15, 6181:6, 6181:24, 6197:6
**release** [1] - 6216:25
**released** [3] - 6218:4, 6218:6, 6221:3
**relevant** [2] - 6179:18, 6195:18, 6197:11
**remain** [1] - 6223:11
**remand** [2] - 6216:23, 6221:13
**remanded** [2] - 6214:22, 6216:19
**remember** [5] - 6184:1, 6195:13, 6217:5, 6218:18, 6219:6
**remind** [1] - 6185:3
**renewing** [1] - 6213:11
**rephrase** [1] - 6199:19
**reply** [1] - 6214:4
**report** [1] - 6214:8
**Reporter** [3] - 6176:20, 6196:19, 6197:12
**Reports** [1] - 6220:16
**repossession** [1] - 6216:3
**representations** [2] - 6216:6, 6222:5
**represented** [2] - 6216:14, 6217:7
**request** [7] - 6177:23, 6187:23, 6199:15, 6199:19, 6213:21, 6213:24, 6223:16
**requested** [1] - 6188:3
**requirements** [1] - 6219:18
**reschedule** [1] - 6218:13
**resold** [1] - 6215:13
**resolved** [1] - 6221:8
**respect** [12] - 6182:8, 6197:5, 6212:21, 6215:7,

**6219:24, 6221:14, 6221:23, 6222:8, 6222:11, 6223:4, 6223:18, 6223:23
**respond** [2] - 6214:2, 6220:11
**responded** [1] - 6187:21
**responding** [2] - 6180:7, 6181:13
**response** [2] - 6179:6, 6200:12
**responsive** [8] - 6181:10, 6191:10, 6193:7, 6193:22, 6197:6, 6199:1, 6199:14, 6199:16
**restrictions** [1] - 6218:13
**result** [1] - 6216:1
**return** [4] - 6180:22, 6189:4, 6197:22, 6215:14
**returning** [1] - 6198:2
**RICHARD** [1] - 6175:22
**rise** [5] - 6177:1, 6198:19, 6200:9, 6200:24, 6201:5
**risk** [4] - 6217:24, 6217:25, 6219:16, 6222:25
**Road** [1] - 6176:3
**ROBERT** [1] - 6176:4
**room** [2] - 6197:22, 6198:11
**Rule** [2] - 6213:11, 6213:25
**rule** [1] - 6213:18
**rules** [1] - 6184:18
**run** [2] - 6183:21, 6199:12
**rush** [9] - 6182:17, 6184:24, 6185:16, 6185:23, 6187:5, 6188:21, 6189:1
**rushing** [1] - 6186:2
**RUSSO** [1] - 6198:7

## S

**Sag** [13] - 6180:13, 6180:15, 6180:18, 6180:20, 6180:21, 6180:22, 6181:12, 6181:24, 6182:9, 6186:10, 6187:24, 6187:25, 6188:4
**sale** [1] - 6217:13
**SARITHA** [1] - 6175:16
**Saturday** [8] - 6182:21, 6183:2, 6183:6, 6183:13, 6185:7, 6185:22, 6187:2, 6187:4
**saw** [1] - 6211:13
**scenario** [1] - 6223:10
**schedule** [5] - 6184:5, 6187:7, 6188:24, 6213:16, 6213:18
**scheduled** [3] - 6188:13,

6188:14, 6212:5
**schedules** [1] - 6218:13
**scheduling** [10] - 6182:14, 6184:22, 6185:2, 6185:6, 6185:17, 6186:24, 6188:11, 6188:23, 6189:2, 6218:12
**Scottsdale** [1] - 6190:21
**search** [1] - 6194:10
**searches** [1] - 6194:13
**seated** [10] - 6177:2, 6187:14, 6189:7, 6196:23, 6198:20, 6200:11, 6200:25, 6201:7, 6205:22, 6213:10
**second** [3] - 6180:4, 6188:7, 6197:15
**security** [1] - 6219:9
**see** [6] - 6179:25, 6182:20, 6183:13, 6187:17, 6191:1, 6194:24
**seeing** [1] - 6195:16
**seized** [1] - 6215:8
**selection** [1] - 6211:12
**selling** [1] - 6217:23
**Semple** [2] - 6216:11, 6219:21
**Semple's** [1] - 6216:13
**send** [3] - 6180:13, 6197:7, 6211:4
**sending** [2] - 6179:5, 6180:11
**sense** [1] - 6220:12
**sent** [2] - 6181:8, 6190:8
**sentence** [1] - 6214:24
**sentencing** [2] - 6214:7, 6214:10
**separate** [1] - 6215:18
**September** [3] - 6214:4, 6220:7
**Sergei** [2] - 6216:12, 6220:5
**seriously** [1] - 6212:15
**serve** [5] - 6183:12, 6212:1, 6212:7, 6212:8, 6212:11
**served** [1] - 6212:11
**service** [6] - 6211:3, 6211:5, 6218:8, 6218:20, 6218:24, 6219:1
**serving** [1] - 6211:15
**set** [6] - 6213:16, 6213:18, 6214:5, 6214:10, 6222:17, 6222:24
**sets** [1] - 6216:5
**Settlement** [1] - 6216:2
**seven** [5] - 6191:21, 6204:19, 6204:21, 6207:21, 6207:23
**several** [3] - 6211:9,

6218:18, 6223:3
**shake** [1] - 6212:19
**shall** [2] - 6216:23, 6216:25
**shares** [1] - 6215:13
**sheet** [2] - 6201:15, 6209:23
**show** [3] - 6179:2, 6190:11, 6190:22
**showed** [4] - 6178:4, 6178:6, 6184:6, 6215:22
**shown** [2] - 6190:4, 6201:1
**shows** [1] - 6190:19
**sick** [1] - 6212:25
**sidebar** [2] - 6209:23, 6210:1
**sides** [2] - 6190:4, 6201:2
**signed** [2] - 6216:6, 6223:7
**simple** [1] - 6181:16
**simply** [5] - 6177:21, 6178:18, 6179:20, 6181:15, 6199:23
**sincere** [1] - 6212:18
**sit** [1] - 6185:22
**situated** [1] - 6182:25
**situation** [3] - 6183:11, 6184:17, 6217:19
**six** [7] - 6178:7, 6204:7, 6204:9, 6204:15, 6207:14, 6207:15, 6207:18
**sold** [3] - 6215:13, 6215:15, 6217:8, 6217:10
**solution** [1] - 6181:14
**someone** [1] - 6183:24
**sorry** [1] - 6193:17
**sort** [1] - 6178:25
**Source** [1] - 6216:4
**specific** [5] - 6178:15, 6179:6, 6195:16, 6198:23, 6200:14
**specifically** [7] - 6179:13, 6180:18, 6181:1, 6182:6, 6215:7, 6215:15, 6216:2
**Square** [1] - 6175:21
**stack** [1] - 6181:11
**stage** [1] - 6181:21
**stand** [1] - 6201:19
**start** [1] - 6183:18
**started** [1] - 6183:20
**starting** [1] - 6185:14
**statement** [9] - 6177:21, 6190:7, 6191:18, 6191:25, 6192:6, 6197:3, 6197:16, 6197:20, 6198:1
**statements** [10] - 6177:6, 6177:17, 6188:8, 6191:7, 6191:18, 6191:21, 6191:22, 6192:12, 6197:19, 6198:3
**STATES** [3] - 6175:1,

6175:3, 6175:11
**States** [4] - 6175:6, 6175:14, 6175:17, 6223:9
**stay** [1] - 6188:15
**staying** [1] - 6182:15
**Steiger** [1] - 6176:20
**stenography** [1] - 6176:25
**step** [1] - 6211:18
**sticker** [1] - 6181:16
**still** [3] - 6184:11, 6194:21, 6195:23
**stipulation** [2] - 6198:7, 6198:14
**stipulations** [1] - 6198:11
**stolen** [1] - 6179:3
**story** [1] - 6216:10
**Strangford** [1] - 6176:7
**stronger** [1] - 6212:18
**stuff** [1] - 6181:11
**submission** [1] - 6178:11
**submit** [4] - 6178:18, 6179:18, 6216:18, 6222:13
**submitted** [1] - 6178:20
**subsequently** [2] - 6179:4, 6220:3
**Sue** [1] - 6216:8
**sufficient** [1] - 6221:25
**Suffolk** [1] - 6175:21
**suggest** [3] - 6194:10, 6199:15, 6199:18
**suggesting** [2] - 6186:1, 6199:14
**suggestion** [4] - 6185:10, 6185:12, 6186:14, 6186:21
**summation** [5] - 6178:15, 6180:19, 6182:8, 6187:25, 6217:6
**Sunday** [9] - 6182:21, 6183:3, 6183:7, 6183:13, 6185:7, 6185:22, 6187:2, 6187:4, 6219:8
**supplemental** [2] - 6181:21, 6181:25
**supplementary** [2] - 6181:15, 6181:17
**supported** [1] - 6217:21
**supportive** [1] - 6181:4

**T**

**tailored** [1] - 6179:7
**technically** [2] - 6191:21, 6192:14
**telephone** [2] - 6195:3, 6195:4
**terms** [2] - 6182:14, 6219:15, 6222:19
**testified** [3] - 6193:25, 6195:4, 6219:21

**testimony** [19] - 6193:1, 6193:11, 6193:24, 6194:11, 6194:20, 6195:1, 6195:10, 6195:13, 6195:15, 6195:16, 6195:19, 6196:1, 6197:10, 6199:5, 6199:6, 6199:16, 6216:14, 6221:22, 6222:7
**THE** [134] - 6175:11, 6177:1, 6177:2, 6177:5, 6177:14, 6177:18, 6177:22, 6179:24, 6180:1, 6180:6, 6181:8, 6181:22, 6182:3, 6182:13, 6185:12, 6186:8, 6186:25, 6187:12, 6187:14, 6187:17, 6189:7, 6189:11, 6190:3, 6190:15, 6190:22, 6191:1, 6191:8, 6191:17, 6191:23, 6192:9, 6192:16, 6192:20, 6193:2, 6193:7, 6193:14, 6193:19, 6194:2, 6194:6, 6194:9, 6194:16, 6194:19, 6195:2, 6195:10, 6195:18, 6195:24, 6196:7, 6196:10, 6196:14, 6196:16, 6196:18, 6196:21, 6196:23, 6197:10, 6197:14, 6197:25, 6198:14, 6198:19, 6198:20, 6199:6, 6199:9, 6199:24, 6200:8, 6200:9, 6200:11, 6200:24, 6200:25, 6201:5, 6201:7, 6201:13, 6201:14, 6201:17, 6202:2, 6202:3, 6202:8, 6202:9, 6202:15, 6202:16, 6202:20, 6202:21, 6203:2, 6203:3, 6203:7, 6203:8, 6203:14, 6203:15, 6203:19, 6203:20, 6204:1, 6204:2, 6204:6, 6204:7, 6204:13, 6204:14, 6204:18, 6204:19, 6204:25, 6205:1, 6205:7, 6205:8, 6205:15, 6205:16, 6205:21, 6205:22, 6208:18, 6208:21, 6208:23, 6208:25, 6209:2, 6209:4, 6209:6, 6209:8, 6209:10, 6209:12, 6209:15, 6209:18, 6209:21, 6210:5, 6211:2, 6213:10, 6213:16, 6213:22, 6213:25, 6214:4, 6214:15, 6214:18, 6216:20, 6219:19, 6219:22, 6221:12, 6223:16, 6224:2, 6224:4, 6224:8, 6224:11
**theoretically** [1] - 6185:22

**thereafter** [1] - 6178:7
**thinking** [5] - 6182:18, 6183:5, 6183:8, 6183:9, 6212:22
**thinks** [1] - 6183:1
**thoroughly** [1] - 6185:9
**thoughts** [1] - 6213:6
**three** [7] - 6187:19, 6202:21, 6202:23, 6203:4, 6206:17, 6206:19, 6206:22
**throughout** [1] - 6212:14
**throw** [1] - 6183:2
**tickets** [1] - 6184:7
**Timothy** [1] - 6199:10
**today** [1] - 6214:18
**together** [1] - 6184:23
**Tommy** [15] - 6198:9, 6202:5, 6202:17, 6203:4, 6203:16, 6204:3, 6204:15, 6205:18, 6206:7, 6206:15, 6206:23, 6207:5, 6207:12, 6207:19, 6208:13
**TOMMY** [1] - 6175:7
**tomorrow** [3] - 6182:16, 6187:1, 6188:16
**tonight** [2] - 6182:15, 6188:15
**took** [3] - 6211:14, 6211:23, 6212:14
**traffic** [2] - 6220:14, 6220:17
**transaction** [2] - 6217:16, 6221:21
**transactions** [2] - 6221:15, 6223:17
**transcript** [2] - 6176:25, 6195:6
**TRANSCRIPT** [1] - 6175:10
**transfer** [3] - 6217:12, 6220:18, 6220:20
**trial** [8] - 6212:13, 6214:13, 6215:2, 6215:9, 6215:22, 6218:19, 6222:3, 6222:8
**true** [1] - 6220:12
**try** [3] - 6199:20, 6223:2
**trying** [4] - 6183:22, 6194:24, 6195:5, 6217:18
**turned** [1] - 6212:3
**two** [14] - 6183:17, 6185:20, 6190:10, 6191:8, 6196:25, 6202:9, 6202:11, 6202:17, 6206:10, 6206:11, 6206:14, 6211:11, 6216:5, 6219:21
**two-and-a-half** [1] - 6183:17
**type** [2] - 6222:1, 6222:20

# U

**U.S.C** [1] - 6214:23
**Ula** [2] - 6178:5, 6180:23
**ultimately** [2] - 6179:2, 6182:19, 6183:5
**unanimous** [35] - 6201:12, 6201:25, 6202:6, 6202:13, 6202:18, 6202:25, 6203:5, 6203:12, 6203:17, 6203:24, 6204:4, 6204:11, 6204:16, 6204:23, 6205:5, 6205:13, 6205:19, 6206:5, 6206:9, 6206:13, 6206:16, 6206:21, 6206:24, 6207:3, 6207:6, 6207:10, 6207:13, 6207:17, 6207:20, 6207:25, 6208:5, 6208:10, 6208:14, 6208:15, 6209:22
**uncertainty** [1] - 6217:14
**unclear** [1] - 6200:2
**under** [1] - 6214:22
**undertook** [1] - 6179:15
**unfamiliar** [1] - 6185:21
**unheard** [1] - 6218:23
**UNITED** [3] - 6175:1, 6175:3, 6175:11
**United** [4] - 6175:6, 6175:14, 6175:17, 6223:9
**unless** [2] - 6183:1, 6214:24
**unlikely** [1] - 6215:1
**up** [10] - 6179:17, 6179:22, 6193:22, 6195:12, 6201:14, 6211:19, 6213:4, 6213:19, 6215:4, 6217:6

# V

**vacation** [6] - 6183:20, 6185:14, 6188:12, 6188:13, 6188:25
**vacations** [1] - 6212:5
**various** [4] - 6182:24, 6188:17, 6188:23, 6215:11
**Vemma** [2] - 6215:19, 6220:9
**venture** [1] - 6178:25
**Venture** [1] - 6215:20
**Ventures** [1] - 6220:10
**verdict** [55] - 6182:20, 6201:3, 6201:4, 6201:9, 6201:12, 6201:14, 6201:18, 6201:25, 6202:6, 6202:13, 6202:18, 6202:25, 6203:5, 6203:12, 6203:17, 6203:24, 6204:4, 6204:11, 6204:16,

6204:23, 6205:5, 6205:13, 6205:19, 6205:24, 6206:5, 6206:9, 6206:13, 6206:16, 6206:21, 6206:24, 6207:3, 6207:6, 6207:10, 6207:13, 6207:17, 6207:20, 6207:25, 6208:5, 6208:10, 6208:14, 6208:16, 6208:19, 6208:21, 6208:23, 6208:25, 6209:2, 6209:4, 6209:6, 6209:8, 6209:10, 6209:12, 6209:15, 6209:18, 6209:22, 6209:23
**version** [3] - 6193:18, 6216:10, 6220:19
**Veterans** [1] - 6175:21
**victims** [2] - 6215:17, 6222:7
**view** [2] - 6183:10, 6221:25

# W

**Wachovia** [1] - 6199:11
**waiting** [2] - 6195:25, 6214:24
**walk** [1] - 6190:24
**wants** [1] - 6222:13
**wearing** [1] - 6219:10
**week** [2] - 6185:15, 6188:14
**weekend** [2] - 6183:14, 6186:14
**weeks** [5] - 6178:7, 6211:13, 6211:18, 6211:23
**WEINBLATT** [1] - 6175:20
**Wells** [1] - 6190:20
**Whaling** [2] - 6215:19, 6220:9
**whereabouts** [4] - 6198:23, 6200:3, 6200:14, 6200:18
**wherein** [1] - 6178:12
**whichever** [1] - 6182:21
**willing** [3] - 6211:18, 6212:1, 6212:7
**wire** [44] - 6201:20, 6201:22, 6202:4, 6202:9, 6202:11, 6202:16, 6202:21, 6202:23, 6203:3, 6203:8, 6203:10, 6203:15, 6203:20, 6203:22, 6204:2, 6204:7, 6204:9, 6204:14, 6204:19, 6204:21, 6205:1, 6205:3, 6205:25, 6206:2, 6206:6, 6206:10, 6206:11, 6206:14, 6206:17, 6206:19, 6206:22, 6206:25, 6207:1, 6207:4,

6207:7, 6207:8, 6207:11, 6207:14, 6207:15, 6207:18, 6207:21, 6207:23, 6208:1, 6208:3
**wish** [4] - 6185:25, 6199:18, 6213:2, 6213:7
**witnesses** [1] - 6222:3
**wondering** [1] - 6185:1
**word** [2] - 6194:10, 6194:13
**worried** [1] - 6184:15
**worry** [1] - 6188:23
**worse** [2] - 6181:22, 6181:24
**wrote** [2] - 6212:4, 6219:8

# Y

**years** [4] - 6191:21, 6211:8, 6219:21, 6223:4
**yellow** [1] - 6181:16
**yesterday** [2] - 6177:23, 6187:20
**YORK** [1] - 6175:1
**York** [4] - 6175:6, 6175:15, 6176:21, 6195:5