**CRIMINAL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO         July 9, 2015              TIME:  9:30 am (6 HRS.)
CR- 13-0607

DEFT:  **Phillip Kenner**      DEFT. # 1    ATTY:  Richard Haley
  X pres.      not pres.     X cust.      bail       X CJA        RET.        LAS

DEFT: **Tommy Constantine**     DEFT. # 2    ATTY:  Robert LaRusso and Andrew Oliveras
  X pres.      not pres.       cust.      X bail       CJA       X RET.        LAS


**A.U.S.A.:   James Miskiewicz and Saritha Komatireddy**

REPORTERS: Stephanie Picozzi       OTHER:
INT:  (LANG.-       )

_X_    CASE CALLED. DEFT(S) Phillip Kenner and Tommy Constantine APPEAR WITH COUNSEL.
___    JURY SELECTION ADJ'D TO _____.
___    JURY SELECTION HELD (BEFORE _____).
___    VOIR DIRE BEGINS.       JURY TRIAL SET FOR _____.
___    JURORS SWORN AND TRIAL BEGINS. GOVT OPENS    DEFT OPENS.
_X_    JURY TRIAL HELD.      JURY TRIAL RESUMES.
___    WITNESSES SWORN
___    JURY TRIAL CONT'D TO _____.
___    GOVT RESTS.      DEFT RESTS.
___    CHARGED CONFERENCE.
___    GOVT SUMMATION.     DEFT SUMMATION CONTINUED..    G O V T REBUTTAL.
_X_    JURY TRIAL ENDS.
_X_    JURY REACHES VERDICT, Court Exhibit 17.
___    JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
___    DELIBERATIONS RESUME.
_X_    **GUILTY VERDICT** ON COUNTS  The Jury finds Defendant Kenner guilty as to Counts: 1, 2, 3, 4, 7, and 9.  The Jury finds Defendant Constantine guilty as to Counts: 1, 2, 3, 4, 5, 6, and 9.
_X_    **NOT GUILTY VERDICT** ON COUNTS  The Jury finds Defendant Kenner not guilty as to Counts: 5, 6, and 8.
_X_    JURORS POLLED AND EXCUSED.
___    DEFENDANT ACQUITTED ON COUNTS ____ OF THE INDICTMENT/INFORMATION.
_X_    SENTENCING SET FOR   11/20/15 at 10:30 a.m. (Kenner); 11/20/15 at 11:30 a.m. (Constantine)
___    DEFT REMANDED.       _X_   DEFT Constantine CONT'D ON BAIL with condition that any additional negotiations with respect to the aircraft must get prior approval from the Court.

**OTHER:**           Rule 29 Motion shall be filed by 8/10/15, opposition by 9/10/15, reply by 9/21/15.  Oral argument shall be held on 11/13/15 at 1:15 p.m.