COURT EXHIBIT

G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 09 2015 ★

LONG ISLAND OFFICE

------------------X

UNITED STATES OF AMERICA

   - against -

PHILLIP A. KENNER, and
TOMMY C. CONSTANTINE

   Defendant.

------------------X

VERDICT SHEET
13 CR 607 (S-2)(JFB)

### AS TO COUNT ONE
(Conspiracy to Commit Wire Fraud)

On the charge of conspiracy to commit wire fraud in Count One, how do you find the defendant PHILLIP A. KENNER?

   Not Guilty \_\_\_\_\_   Guilty __X__

On the charge of conspiracy to commit wire fraud in Count One, how do you find the defendant TOMMY C. CONSTANTINE?

   Not Guilty \_\_\_\_\_   Guilty __X__

### AS TO COUNT TWO
(Wire Fraud - February 12, 2009)

On the charge of wire fraud in Count Two, how do you find the defendant PHILLIP A. KENNER?

   Not Guilty \_\_\_\_\_   Guilty __X__

On the charge of wire fraud in Count Two, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty \_\_\_\_\_      Guilty _X_

### AS TO COUNT THREE
(Wire Fraud - February 26, 2009)

On the charge of wire fraud in Count Three, how do you find the defendant PHILLIP A. KENNER?

Not Guilty \_\_\_\_\_      Guilty _X_

On the charge of wire fraud in Count Three, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty \_\_\_\_\_      Guilty _X_

### AS TO COUNT FOUR
(Wire Fraud - May 22, 2009)

On the charge of wire fraud in Count Four, how do you find the defendant PHILLIP A. KENNER?

Not Guilty \_\_\_\_\_      Guilty _X_

On the charge of wire fraud in Count Four, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty \_\_\_\_\_      Guilty _X_

### AS TO COUNT FIVE
(Wire Fraud - December 7, 2009)

On the charge of wire fraud in Count Five, how do you

find the defendant PHILLIP A. KENNER?

    Not Guilty  **X**      Guilty _____

On the charge of wire fraud in Count Five, how do you find the defendant TOMMY C. CONSTANTINE?

    Not Guilty _____     Guilty  **X**

### AS TO COUNT SIX
(Wire Fraud - December 7, 2009)

On the charge of wire fraud in Count Six, how do you find the defendant PHILLIP A. KENNER?

    Not Guilty  **X**      Guilty _____

On the charge of wire fraud in Count Six, how do you find the defendant TOMMY C. CONSTANTINE?

    Not Guilty _____     Guilty  **X**

### AS TO COUNT SEVEN
(Wire Fraud - November 20, 2008)

On the charge of wire fraud in Count Seven, how do you find the defendant PHILLIP A. KENNER?

    Not Guilty _____     Guilty  **X**

### AS TO COUNT EIGHT
(Wire Fraud - December 31, 2008)

On the charge of wire fraud in Count Eight, how do you

find the defendant PHILLIP A. KENNER?

Not Guilty __X__     Guilty _____

### AS TO COUNT NINE
(Money Laundering Conspiracy)

On the charge of conspiracy to commit money laundering in Count Nine, how do you find the defendant PHILLIP A. KENNER?

Not Guilty _____     Guilty __X__

On the charge of conspiracy to commit money laundering in Count Nine, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____     Guilty __X__

Dated:   Central Islip, New York
         July 9, 2015

_____
Jury Foreperson

4