

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

JHK:DCL

September 14, 2015

Honorable Joseph F. Bianco
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re: <u>United States v. Kenner and Constantine</u>
          CR-13-607 (S-2)

Dear Judge Bianco:

      The undersigned writes to respectfully request that Your Honor schedule a hearing date for forfeiture purposes at a time convenient to the Court and prior to sentencing.

      Prior to trial on the criminal allegations, the parties waived a jury finding with regard to the forfeiture allegations in the indictment.  As You Honor is aware, pursuant to Rule 32.2 of the Criminal Rules of Procedure, the Court must determine the property that is subject to forfeiture and whether the government has proven the requisite nexus between specific property and the offenses of conviction.   In addition to relying on testimony during the course of the trial, the government anticipates that it may be necessary for additional testimony at a hearing.

      Thank you for your courtesies in this matter.

                              Respectfully submitted,

                              KELLY T. CURRIE
                              Acting United States Attorney

            By:    <u>/s/ Diane C. Leonardo</u>
                     Diane C. Leonardo
                     Assistant U.S. Attorney
                     (631) 715-7854

cc: Defense counsel by ECF