CRIMINAL CAUSE FOR CURCIO HEARING

BEFORE: Bianco,J.

DATE: 9/21/2015         TIME:12:00 p.m.     Time in court:1 hr.

DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine       DEFT: # 2
 X  PRESENT___NOT PRESENT___IN CUSTODY  X   ON BAIL

ATTY FOR DEFT:  Robert LaRusso and Andrew Oliveras
 X PRESENT        NOT PRESENT      X  RETAINED        C.J.A.
                                      ____ FED. DEF. OF NY, INC.

DEFT NAME: Phillip Kenner      DEFT: # 1
 X  PRESENT___NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Richard Haley
 X PRESENT        NOT PRESENT       RETAINED      X  C.J.A.
                                      ____ FED. DEF. OF NY, INC.


A.U.S.A.:Diane Leonardo

DEPUTY CLERK: Michele Savona

PROBATION:_____


COURT REPORTER: ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
__H. RAPAPORT X  M. STEIGER___D. TURSI ___O. WICKER ___S. PICOZZI

INTERPRETER:_____

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE SUPERSEDING INDICTMENT.

___ CASE ADJOURNED TO_____FOR_____

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
_____

___ ARGUMENT HEARD    ___ MOTION GRANTED.   ___ MOTION DENIED.
                       ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-_____  START DATE: //15 XSTRT
                             STOP DATE:  //15 XSTOP

___NEXT STATUS CONFERENCE IS  SET FOR //15 at 1:15 p.m.

```
___  DEFT CONTINUED IN CUSTODY.

___  JURY SELECTION SET FOR & _____

___  TRIAL SCHEDULED FOR_____

___  MOTIONS TO BE MADE BY_____

___  RESPONSE BY GOVERNMENT BY_____

___  REPLY IF ANY BY_____

 X   HEARING SET FOR: 11/6/15 at 10:00 a.m._____

___  OTHER:_____
```