

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

JHK:DCL

October 7, 2015

Honorable Joseph F. Bianco
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re: <u>United States v. Kenner and Constantine</u>
          CR-13-607 (S-2)

Dear Judge Bianco:

    The undersigned writes to respectfully request, on consent, a one week extension, from October 9, 2015 to October 16, 2015 for the government to provide defendants with copies of any new charts to be used at the forfeiture hearing beginning on November 6, 2015.

    Thank you for your courtesies in this matter.

                                     Respectfully submitted,

                                     KELLY T. CURRIE
                                   Acting United States Attorney

                By:    /s/ Diane C. Leonardo
                        Diane C. Leonardo
                        Assistant U.S. Attorney
                        (631) 715-7854

cc: Defense counsel by ECF