

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

JHK:DCL

October 26, 2015

Honorable Joseph F. Bianco
United States District Court
100 Federal Plaza
Central Islip, New York 11722

    Re: <u>United States v. Kenner and Constantine</u>
       CR-13-607 (S-2)

Dear Judge Bianco:

    The undersigned writes, with the consent of defense counsel, to respectfully request that the forfeiture hearing in the above referenced matter be adjourned from November 6, 2015 to December 4, 2015 at a time convenient to the Court.

    In accordance with Your Honor's order, the government provided summary charts and back-up documentation regarding the forfeiture charts to defense counsel on October 16, 2015. In further preparing for the hearing, the government identified additional documentation that may be admitted during the forfeiture hearing. The documentation was previously provided to defense counsel during the course of discovery in the criminal phase of the trial. However, in order to expedite the hearing the government will provide additional copies of documents related to the forfeiture to defense counsel no later than two weeks prior to the hearing date.

    Thank you for your courtesies in this matter.

                            Respectfully submitted,

                            ROBERT L. CAPERS
                            United States Attorney

              By:    <u>/s/ Diane C. Leonardo</u>
                            Diane C. Leonardo
                            Assistant U.S. Attorney
                            (631) 715-7854

cc: Defense counsel by ECF