JMM:SK
F.#2013R00948

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                 No. 13-CR-607 (S-2) (JFB)

PHILLIP A. KENNER,
    also known as
    "Philip A. Kenner," and
TOMMY C. CONSTANTINE,
    also known as
    "Tommy C. Hormovitis,"

        Defendants.

– – – – – – – – – – – – – – – – X

## THE GOVERNMENT'S LIST OF ADMITTED GOVERNMENT EXHIBITS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| STIP-1 | Northern Trust Bank records |
| STIP-2 | 1st Century Bank records |
| STIP-3 | Alliance Bank of Arizona records |
| STIP-4 | Bank of Arizona records |
| STIP-5 | Wells Fargo Bank records |
| STIP-6 | Commerce Bank and TD Bank records |
| STIP-7 | Bank of America records |
| STIP-8 | Johnson Bank records |
| STIP-9 | Wachovia Bank records |
| STIP-10 | Citibank records |
| STIP-11 | American Express records |
| STIP-12 | Chase Bank records |
| STIP-13 | Chase Bank records |
| STIP-14 | Chase Bank records |
| STIP-15 | Fidelity Investments and Citizens Bank records |
| STIP-16 | Northern Trust Bank records |
| STIP-17 | Citibank records |
| STIP-18 | First American Title Insurance Company records |
| STIP-19 | Security Title Agency records |
| STIP-20 | First American Title Insurance Company and Empire West Title Agency of Arizona records |
| STIP-21 | Charles Schwab records |
| STIP-22 | Waterstone Bank records |
| STIP-23 | First American Title Company records |
| STIP-24 | Mexican Institute of Industrial Property records |
| STIP-25 | Inter National Bank records |
| STIP-26 | Wells Fargo Bank records |
| STIP-27 | Chase Bank records |
| STIP-28 | Chase Bank records |
| STIP-29 | Testimony of Mark Gold, Federal Reserve Bank of New York |
| STIP-30 | Stewart Title of Nevada records |
| STIP-31 | Translations |
| STIP-32 | Translations |
| STIP-33 | Title Guaranty Escrow Services and Fidelity National Title records |
| STIP-34 | Testimony of Darryl Sydor re Package |
| STIP-35 | Gilmartin, Magence & Ross / Palms Condos Loan |
| STIP-36 | Files Found on Devices |
| STIP-40 | Bank of Arizona records |
| STIP-41 | Epstein Becker & Green records |
| STIP-42 | Stephen Wade Nebgen records |
| STIP-43 | Hermosa Escrow Co. records |
| STIP-44 | Southwest Aviation Insurance records |
| STIP-45 | Nussbaum & Gillis payments |
| STIP-46 | Tamalpais Bank records |
| STIP-47 | Documents Seized from Kenner's Home |
| DEVICE-1 | Kenner MacBook |
| DEVICE-2 | Kenner MacBook Air |
| DEVICE-3 | Kenner External Hard Drive |
| BINDER-1 | Hawaii: Discovery Harbor (Berard) |
| BINDER-2 | Hawaii: Discovery Harbor (Sydor) |
| BINDER-3 | Hawaii: Escrow (Peca) |

| BINDER-4 | Hawaii: Centrum Loan (Murray, Sydor, Rucchin, Nolan) |
| BINDER-5 | Hawaii: Balances at Time of Centrum Loan |
| BINDER-6 | Hawaii: Urban Expansion Loan |
| BINDER-7 | Sag Harbor (Peca, Berard) |
| BINDER-8 | Eufora: via CMG (Peca, Nash, Sydor, Ranford) |
| BINDER-9 | Eufora: via Gaarn (Murray, Ranford, Rucchin) |
| BINDER-10 | Eufora: via Richards (Privitello) |
| BINDER-11 | Global Settlement Fund: Expenditures |
| CHART-1 | Hawaii: Discovery Harbor (Berard) |
| CHART-2 | Hawaii: Discovery Harbor (Sydor) |
| CHART-3 | Hawaii: Escrow (Peca) |
| CHART-4 | Hawaii: Centrum Loan (Purchase of Honuapo) |
| CHART-5 | Hawaii: Centrum Loan (Mortgaging of Honuapo) |
| CHART-6 | Hawaii: Balances at Time of Centrum Loan |
| CHART-7 | Hawaii: Urban Expansion Loan |
| CHART-8 | Sag Harbor |
| CHART-9 | Sag Harbor |
| CHART-10 | Eufora: via CMG (Peca) |
| CHART-11 | Eufora: via CMG (Nash) |
| CHART-12 | Eufora: via CMG (Sydor) |
| CHART-13 | Eufora: via CMG (Ranford) |
| CHART-14 | Eufora: via Gaarn (Murray) |
| CHART-15 | Eufora: via Gaarn (Ranford, DeVries) |
| CHART-16 | Eufora: via Gaarn (Rucchin) |
| CHART-17 | Eufora: via Gaarn (Murray) |
| CHART-18 | Eufora: via Gaarn (Rucchin, Murray) |
| CHART-19 | Eufora: via Gaarn (Ranford) |
| CHART-20 | Eufora: via Richards (Privitello) |
| 1 | Payments to Standard Advisors/Guidedog: Bryan Berard |
| 2 | Payments to Standard Advisors/Guidedog: Michael Peca |
| 3 | Payments to Standard Advisors/Guidedog: Darryl Sydor |
| 4 | Payments to Standard Advisors/Guidedog: Steven Rucchin |
| 5 | Payments to Standard Advisors/Guidedog: Owen Nolan |
| 6 | Payments to Standard Advisors/Guidedog: Joe Juneau |
| 7 | Payments to Standard Advisors/Guidedog: Jay McKee |
| 8 | Payments to Standard Advisors/Guidedog: William Ranford |
| 9 | Payments to Standard Advisors/Guidedog: Tyson Nash |
| 10 | Payments to Standard Advisors/Guidedog: Glen Murray |
| 14 | Payments to Standard Advisors/Guidedog: Greg DeVries |
| 15 | Payments to Standard Advisors/Guidedog: Mattias Norstrom |
| 16 | Payments to Standard Advisors/Guidedog: Sergei Gonchar |
| 20 | Line of Credit Interest Payments: March 2009 |
| 21 | Line of Credit Interest Payments: 08/09/2006 - 03/16/2007 |
| 22 | Line of Credit Interest Payments: 04/23/2007 |
| 23 | Line of Credit Interest Payments: 05/18/2007 |
| 24 | Line of Credit Interest Payments: 06/19/2007 |
| 25 | Line of Credit Interest Payments: 07/12/2007 |
| 26 | Line of Credit Interest Payments: 08/16/2007 |
| 27 | Line of Credit Interest Payments: 10/02/2007 |
| 28 | Line of Credit Interest Payments: 11/07/2007 |
| 29 | Line of Credit Interest Payments: 11/30/2007 |

| 30 | Line of Credit Interest Payments: 12/31/2007 - 01/04/2008 |
|----|----|
| 31 | Line of Credit Interest Payments: 02/07/2008 |
| 32 | Line of Credit Interest Payments: 03/07/2008 |
| 33 | Line of Credit Interest Payments: 04/07/2008 |
| 34 | Line of Credit Interest Payments: 05/09/2008 |
| 35 | Line of Credit Interest Payments: 06/06/2008 - 06/09/2008 |
| 36 | Line of Credit Interest Payments: 07/14/2008 |
| 37 | Line of Credit Interest Payments: 09/08/2008 - 09/11/2008 |
| 38 | Line of Credit Interest Payments: 10/16/2008 |
| 39 | Line of Credit Interest Payments: 11/20/2008 - 11/21/2008 |
| 40 | Line of Credit Interest Payments: 12/31/2008 - 01/01/2009 |
| 41 | Spreadsheet: CMG 12/01/2004 - 03/31/2006 (Alphabetical) |
| 41A | Spreadsheet: CMG 12/01/2004 - 03/31/2006 (Chronological) |
| 41B | Spreadsheet: Transactions Between Little Isle IV / Ula Makika and CMG - December 2004 to September 2005 |
| 43 | Spreadsheet: Eufora 09/01/2009 - 12/31/2009 (Alphabetical) |
| 43A | Spreadsheet: Eufora 09/01/2009 - 12/31/2009 (Chronological) |
| 44B | Spreadsheet: Richards Acct - 12/01/2009 - 12/31/2009 (Chronological with Highlights) |
| 45B | Spreadsheet: Eufora 12/01/2009 - 12/31/2009 (Chronological with Highlights) |
| 46 | Spreadsheet: Eufora 12/01/2008 - 05/31/2009 (Alphabetical) |
| 46B | Spreadsheet: Eufora 12/01/2008 - 05/31/2009 (Chronological with Highlights) |
| 47 | Spreadsheet: Kenner WF 12/30/2008 - 01/31/2009 (Alphabetical) |
| 47B | Spreadsheet: Kenner WF 12/30/2008 - 01/31/2009 (Chronological with Highlights) |
| 48 | Spreadsheet: Kenner BOA 12/30/2008 - 01/31/2009 (Alphabetical) |
| 48B | Spreadsheet: Kenner BOA 12/30/2008 - 01/31/2009 (Chronological with Highlights) |
| 49 | Spreadsheet: Gaarn 12/30/2008 - 06/11/2009 (Alphabetical) |
| 49B | Spreadsheet: Gaarn 12/30/2008 - 06/11/2009 (Chronological with Highlights) |
| 50 | Timeline: The Hawaii Project |
| 60 | Spreadsheet: Urban Expansion 08/01/2006 - 08/31/2006 (Alphabetical) |
| 60B | Spreadsheet: Urban Expansion 08/01/2006 - 08/31/2006 (Chronological with Highlights) |
| 61 | Spreadsheet: CMG 08/01/2006 - 11/30/2006 (Alphabetical) |
| 61B | Spreadsheet: CMG 08/01/2006 - 11/30/2006 (Chronological with Highlights) |
| 62 | Spreadsheet: CMG 04/01/2008 - 07/31/2008 (Alphabetical) |
| 62B | Spreadsheet: CMG 04/01/2008 - 07/31/2008 (Chronological with Highlights) |
| 63A | Spreadsheet: Little Isle IV (Chronological) |
| 64A | Spreadsheet: Ula Makika (Chronological) |
| 65A | Spreadsheet: Kau Holding Company (Chronological) |
| 66A | Spreadsheet: Big Isle Ventures (Chronological) |
| 67A | Spreadsheet: Big Isle IV Ventures (Chronological) |
| 68A | Spreadsheet: Big Isle V Ventures (Chronological) |
| 69A | Spreadsheet: Big Isle VI Ventures (Chronological) |
| 70A | Spreadsheet: Na'alehu Ventures 2006 (Chronological) |
| 71 | Spreadsheet: Bryan Berard Line of Credit (Chronological) |
| 72 | Spreadsheet: Michael Peca Line of Credit (Chronological) |
| 73 | Spreadsheet: Darryl Sydor Line of Credit (Chronological) |
| 74 | Spreadsheet: Steven Rucchin Line of Credit (Chronological) |
| 75 | Spreadsheet: Owen Nolan Line of Credit (Chronological) |
| 76 | Spreadsheet: Glen Murray Line of Credit (Chronological) |
| 77 | Spreadsheet: Mattias Norstrom Line of Credit (Chronological) |
| 78 | Spreadsheet: Sergei Gonchar Line of Credit (Chronological) |
| 79 | Spreadsheet: Joe Juneau (Little Isle IV) Line of Credit (Chronological) |

| | |
|---|---|
| 80 | Global Settlement Fund: Expenditures |
| 101 | Apr. 8, 2013 Kenner email re Proceeds |
| 103 | Nov. 27, 2010 Kenner email re counter complaint (para 8) |
| 104 | July 7, 2010 Kenner email re Nash (redacted) |
| 203A | Kenner/Constantine text messages, 04/24/08 |
| 204A | Kenner/Constantine text messages, 04/24/08 |
| 208.1 | Privitello/Constantine email |
| 208.2 | Privitello/Constantine email |
| 208.3 | Privitello/Constantine email |
| 208.4 | Privitello/Constantine email |
| 208.5 | Privitello/Constantine email |
| 208.6 | Privitello/Constantine email |
| 208.7 | Privitello/Constantine email |
| 208.8 | Privitello/Constantine email |
| 208.9 | Privitello/Constantine email |
| 208.10 | Privitello/Constantine email |
| 208.11 | Privitello/Constantine email |
| 210 | Amended and Restated Operating Agreement of Eufora, LLC |
| 304 | Aug. 6, 2008 Kenner email re Mosquito Rojo Tequila |
| 304T.1 | Translation of page 1 of attachment (from Spanish) |
| 304T.2 | Translation of pages 2-5 of attachment (from Russian) |
| 305 | Mexico government document re Mosquito Rojo Tequila |
| 305T | Translation of 305 from Spanish to English |
| 306 | Mexico government document re Mosquito Rojo Tequila |
| 306T | Translation of 306 from Spanish to English |
| 503 | CD of Privitello Clips |
| 503.1 | Clip 1 of Privitello/Constantine Conversation |
| 503.1T | Transcript of 503.1 (as an aid) |
| 503.2 | Clip 2 of Privitello/Constantine Conversation |
| 503.2T | Transcript of 503.2 (as an aid) |
| 503.3 | Clip 3 of Privitello/Constantine Conversation |
| 503.3T | Transcript of 503.3 (as an aid) |
| 503.4 | Clip 4 of Privitello/Constantine Conversation |
| 503.4T | Transcript of  503.4 (as an aid) |
| 503.5 | Clip 5 of Privitello/Constantine Conversation |
| 503.5T | Transcript of 503.5 (as an aid) |
| 503.6 | Clip 6 of Privitello/Constantine Conversation |
| 503.6T | Transcript of 503.6 (as an aid) |
| 503.7 | Clip 7 of Privitello/Constantine Conversation |
| 503.7T | Transcript of 503.7 (as an aid) |
| 503.8 | Clip 8 of Privitello/Constantine Conversation |
| 503.8T | Transcript of 503.8 (as an aid) |
| 504T | Transcript of Unique Whips video excerpts |
| 505 | CD of Michael Peca Clips |
| 505.1 | Clip 1 of Michael Peca/Kenner Conversation |
| 505.1T | Transcript of 505.1 (as an aid) |
| 505.2 | Clip 2 of Michael Peca/Kenner Conversation |
| 505.2T | Transcript of 505.2 (as an aid) |
| 505.3 | Clip 3 of Michael Peca/Kenner Conversation |
| 505.3T | Transcript of 505.3 (as an aid) |
| 505.4 | Clip 4 of Michael Peca/Kenner Conversation |

| | |
|---|---|
| 505.4T | Transcript of 505.4 (as an aid) |
| 506 | CD of Kristin Peca Clips |
| 506.1 | Clip 1 of Kristen Peca/Kenner Conversation |
| 506.1T | Transcript of 506.1 (as an aid) |
| 506.2 | Clip 2 of Kristen Peca/Kenner Conversation |
| 506.2T | Transcript of 506.2 (as an aid) |
| 506.3 | Clip 3 of Kristen Peca/Kenner Conversation |
| 506.3T | Transcript of 506.3 (as an aid) |
| 506.4 | Clip 4 of Kristen Peca/Kenner Conversation |
| 506.4T | Transcript of 506.4 (as an aid) |
| 506A | Additional Clip of Kristin Peca/Kenner Conversation |
| 506A.T | Transcript of 506A (as an aid) |
| 506B | Additional Clip of Kristin Peca/Kenner Conversation |
| 506B.T | Transcript of 506B (as an aid) |
| 507 | CD of Tim Gaarn Clips |
| 507.1 | Clip 1 of Tim Gaarn/Kenner Conversation |
| 507.1T | Transcript of 507.1 (as an aid) |
| 507.2 | Clip 2 of Tim Gaarn/Kenner Conversation |
| 507.2T | Transcript of 507.2 (as an aid) |
| 507.3 | Clip 3 of Tim Gaarn/Kenner Conversation |
| 507.3T | Transcript of 507.3 (as an aid) |
| 508 | CD of Eufora Board of Managers Mtg Clips |
| 508.1 | Clip 1 of Eufora Board of Managers Mtg |
| 508.2 | Clip 2 of Eufora Board of Managers Mtg |
| 508.3 | Clip 3 of Eufora Board of Managers Mtg |
| 508.4 | Clip 4 of Eufora Board of Managers Mtg |
| 508.5 | Clip 5 of Eufora Board of Managers Mtg |
| 508.6 | Clip 6 of Eufora Board of Managers Mtg |
| 508.7 | Clip 7 of Eufora Board of Managers Mtg |
| 508.8 | Clip 8 of Eufora Board of Managers Mtg |
| 508.9 | Clip 9 of Eufora Board of Managers Mtg |
| 701C, 701C-A | Led Better:  Recorded deed of Sag Harbor purchase (Certified) |
| 702 | Led Better: Certificate of Formation |
| 703 | Led Better: Operating Agreement |
| 704 | Led Better: Written Consent (signed by Kenner) |
| 705 | Led Better: Written Consent (signed by L. Gilmore) |
| 709L | Oct. 2006 Ula Makika account statement with Kenner handwritten note |
| 715 | Hermosa Beach settlement statement |
| 716 | Feb. 9, 2009 Letter from A. Mascarella to M. Peca re default |
| 717 | Mar. 19, 2009 Letter from A. Mascarella to M. Peca re default |
| 718 | Mar. 19, 2009 Letter from A. Mascarella to M. Peca re control |
| 719 | Aug. 10, 2009 Letter from M. Peca to Northern Trust |
| 723 | Berard wire authorization (Dec. 2003) |
| 726L | Aug. 2001 Money Magazine article (original) |
| 728 | Juneau/Kenner email |
| 729 | Juneau/Kenner email |
| 730 | Juneau/Kenner email |
| 732 | Juneau/Kenner email |
| 733 | Juneau/Kenner email |
| 748 | Juneau/Constantine settlement agreement (paragraph I) |
| 751 | Peca wire authorization |

| 752 | Peca wire authorization |
| 753 | Peca wire authorization |
| 754 | Peca wire authorization |
| 755 | Peca power of attorney revocation |
| 757 | Peca/Constantine email |
| 760 | Nash wire authorization ($100k) |
| 761 | Kenner Letter to Little Isle IV members (Nash) |
| 762 | Nash Eufora subscription documents |
| 764 | Nash Eufora transfer document |
| 767 | Kenner/Constantine Global Settlement Fund spreadsheet |
| 769 | Patent Security Agreement |
| 770 | Package from Daryl Sydor |
| 905 | Mosquito Rojo Tequila (website) |
| 911 | Constantine Nissan 350Z Playboy Race Car (picture) |
| 915 | Hawaii: Honuapo (picture) |
| 916 | Hawaii: Waikapuna (picture) |
| 917 | Hawaii: Little Honuapo (picture) |
| 918 | Hawaii: Discovery Harbor Lots (picture) |
| 919 | Hawaii: Discovery Harbor Lots (picture) |
| 920 | Hawaii: Mark Twain Estates (picture) |
| 921 | Hawaii: Moaula (picture) |
| 922 | Kenner home, 10705 East Cactus Road, Scottsdale, Arizona (picture) |
| 924 | Kenner home office, 10705 East Cactus Road, Scottsdale, Arizona (picture) |
| 925 | Kenner home office, 10705 East Cactus Road, Scottsdale, Arizona (picture) |
| 940 | Sag Harbor property (map) |
| 941 | Sag Harbor property (satellite map) |
| 942 | Photo of Kaiser, Kaiser's daughter and Kenner |
| 943 | Constantine/Kaiser Text Messages |
| 944 | Kenner Pedregal house, Mexico (picture) |
| 945 | The Hawaii Project (map) |
| 946 | The Hawaii Project plus Discovery Harbor Lots (map) |
| 947 | Falcon 10 airplane (picture) |
| 948 | Fairchild Metro airplane (picture) |
| 950 | Kenner home office, 10705 East Cactus Road, Scottsdale, Arizona (picture) |
| 1101 | Ron Richards Dec. 31, 2009 7561 account statement |
| 1102 | Ron Richards account statements: May 2009 to Mar. 2010 |
| 1103 | Ron Richards checks |
| 1104 | Ron Richards wires |
| 1105 | Ron Richards wire transfer requests |
| 1106 | Ron Richards account statement: March 2009 |
| 1107 | Ron Richards account statement: April 2009 |
| 1200 | Alliance Bank signature card |
| 1201 | Dec. 8, 2009 5246 wire (to Eufora) |
| 1202 | Dec. 15, 2009 5246 wire (to Carey Rodriguez) |
| 1203 | Dec. 15, 2009 5246 wire (to Gonchar) |
| 1209 | May 29, 2009 Eufora Wire account statement |
| 1210 | June 30, 2009 Eufora Wire account statement |
| 1211 | June 30, 2009 Eufora Value Load account statement |
| 1212 | July 31, 2009 Eufora Value Load account statement |
| 1213 | Aug. 31, 2009 Eufora Value Load account statement |
| 1214 | Sept. 30, 2009 Eufora Operating account statement |

| | |
|---|---|
| 1215 | November 30, 2009 Eufora Operating account statement |
| 1216 | March 31, 2010 Eufora Operating account statement |
| 1217 | May 29, 2009 Eufora Value Load account statement |
| 1218 | Dec. 31, 2009 Eufora Operating account statement |
| 1219 | Sept. 25, 2009 Eufora wire to Dishzero |
| 1220 | Dec. 2, 2009 Eufora wire to Dishzero |
| 1221 | Dec. 4, 2009 Eufora wire to Carey Rodriguez Greenberg |
| 1222 | Eufora Wire wires: May 2009 to June 2009 |
| 1223 | Eufora Value Load wires: June 2009 to August 2009 |
| 1224 | Eufora Value Load checks: May 2009 to August 2009 |
| 1225 | Eufora Value Load deposits: May 2009 to August 2009 |
| 1226 | Eufora Operating wires: Sept. 2009 to Dec. 2009 |
| 1227 | Eufora Operating wires: March 2010 |
| 1228 | Eufora Operating checks: Sept. 2009 to Dec. 2009 |
| 1229 | Eufora Operating checks: March 2010 |
| 1230 | Eufora Operating deposits: Sept. 2009 to Dec. 2009 |
| 1231 | Eufora Operating deposits: March 2010 |
| 1232 | Internal/Phone Transfers/Paperless Items |
| 1233 | Internal/Phone Transfers/Paperless Items |
| 1234 | Internal/Phone Transfers/Paperless Items |
| 1301 | AZ Avalon signature card |
| 1302 | AZ Avalon bank authorization resolution |
| 1303 | AZ Falcon signature card |
| 1304 | AZ Falcon bank authorization resolution |
| 1305 | AZ Avalon request for commercial account |
| 1306 | AZ Falcon request for commercial account |
| 1307 | Aug. 31, 2009 AZ Avalon account statement |
| 1308 | Sept. 30, 2009 AZ Avalon account statement |
| 1309 | Oct. 31, 2009 AZ Avalon account statement |
| 1310 | Dec. 31, 2009 AZ Avalon account statement |
| 1311 | Aug. 31, 2009 AZ Falcon account statement |
| 1312 | Sept. 30, 2009 AZ Falcon account statement |
| 1313 | Oct. 31, 2009 AZ Falcon account statement |
| 1314 | Nov. 30, 2009 AZ Falcon account statement |
| 1315 | Dec. 31, 2009 AZ Falcon account statement |
| 1316 | Aug. 31, 2012 AZ Falcon account statement |
| 1317 | Sept. 30, 2012 AZ Falcon account statement with checks |
| 1318 | Sept. 30, 2012 AZ Falcon account statement with wire |
| 1401 | Oct. 31, 2006 Led Better account statement |
| 1402 | Dec. 31, 2006 Kenner account statement |
| 1403 | Dec. 31, 2006 Hermosa Ventures 2006 account statement |
| 1404 | Nov. 30, 2008 Kenner account statement |
| 1405 | Dec. 31, 2008 Kenner account statement |
| 1406 | Jan. 31, 2009 Kenner account statement |
| 1407 | Dec. 31, 2007 Kenner account statement |
| 1408 | Dec. 31, 2007 Standard Advisors account statement |
| 1409 | June 30, 2007 Kenner account statement |
| 1410 | July 31, 2007 Kenner account statement |
| 1411 | Jan. 31, 2008 Kenner account statement |
| 1412 | Aug. 31, 2006 Kenner account statement |
| 1413 | Sept. 30, 2006 Kenner account statement |

| 1414 | Oct. 31, 2006 Kenner account statement |
|---|---|
| 1415 | Nov. 30, 2006 Kenner account statement |
| 1416 | Apr. 30, 2008 Kenner account statement |
| 1417 | May 31, 2008 Kenner account statement |
| 1418 | June 30, 2008 Kenner account statement |
| 1419 | Aug. 31, 2008 Guidedog account statement |
| 1420 | Kenner account statements: Feb. 2008 to Oct. 2008 |
| 1421 | Standard Advisors account statements |
| 1422 | Standard Advisors account statements |
| 1423 | Ula Makika account statements |
| 1424 | June 30, 2008 Guidedog account statement |
| 1427 | Aug. 26, 2009 Kenner account statement |
| 1428 | Aug. 26, 2009 Kenner account statement |
| 1430 | Aug. 26, 2009 Kenner account statement |
| 1432 | Feb. 8, 2006 GDM 33 account statement |
| 1433 | Aug. 4, 2006 T. Kenner account statement |
| 1451 | Kenner 1622 mortgage summary |
| 1452 | Kenner 1622 mortgage transaction history |
| 1453 | Kenner 1622 mortgage transaction history (alternative version) |
| 1454 | Kenner 1622 mortgage application |
| 1455 | Kenner 3225 mortgage summary |
| 1456 | Kenner 3225 mortgage transaction history |
| 1457 | Kenner - Uniform Residential Loan Application |
| 1490A | T. Kenner account opening document |
| 1490B | Kenner and T. Kenner account opening document |
| 1490C | Kenner account opening document |
| 1490D | Kenner account opening document |
| 1490E | Standard Advisors account opening document |
| 1490F | Hermosa Ventures 2006 account opening document |
| 1490G | Led Better Development account opening document |
| 1490H | GDM 33 account opening document |
| 1490I | Ula Makika account opening document |
| 1490J | Standard Advisors account opening document |
| 1490K | GDM 33 account opening document |
| 1490L | Guidedog account opening document |
| 1490M | Standard Advisors account opening document |
| 1490N | GDM 33 account opening document |
| 1490O | Standard Advisors account opening document |
| 1501 | Oct. 31, 2006 B. Berard account statement |
| 1502 | Peca wire authorization ($250k) |
| 1503 | Sydor wire authorization ($250k) |
| 1504 | Murray wire authorization ($250k) |
| 1505 | Ranford wire authorization ($300k) |
| 1506 | Ranford wire authorization ($100k) |
| 1507 | Ranford wire authorization ($300k) |
| 1508 | Rucchin wire authorization ($50k) |
| 1509 | McKee wire authorization ($250k) |
| 1510 | Nash wire authorization ($100k) |
| 1511 | Norstrom wire authorization ($250k) |
| 1512 | Ranford wire authorization ($200k) |
| 1513 | Ranford wire authorization ($100k) |

| 1514 | Ranford wire authorization ($100k) |
| 1515 | Berard wire authorization ($100k) |
| 1516 | Rucchin wire authorization ($600k) |
| 1517 | Rucchin wire authorization ($250k) |
| 1518 | Rucchin wire authorization ($100k) |
| 1519 | Murray wire authorization ($60k) |
| 1520 | Murray wire authorization ($100k) |
| 1521 | Murray wire authorization ($72k) |
| 1522 | Murray wire authorization ($166k) |
| 1523 | Murray wire authorization ($1M) |
| 1524 | Nash account statement |
| 1525 | Ranford wire authorization ($250k) |
| 1526 | McKee Schwab account statement, May 2009 |
| 1602 | Nov. 29, 2006 J. Kaiser account statement |
| 1603 | Feb. 12, 2009 J. Kaiser wire transfer confirmation |
| 1604 | Feb. 26, 2009 J. Kaiser wire transfer confirmation |
| 1701 | Dec. 31, 2006 CMG account statement |
| 1702 | Jan. 31, 2007 CMG account statement |
| 1703 | Feb. 28, 2007 CMG account statement |
| 1704 | Feb. 29, 2008 CMG account statement |
| 1705 | Mar. 31, 2008 CMG account statement |
| 1706 | Apr. 30, 2008 CMG account statement |
| 1707 | May 31, 2008 CMG account statement |
| 1708 | June 30, 2008 CMG account statement |
| 1709 | July 30, 2008 CMG account statement |
| 1710 | Aug. 31, 2008 CMG account statement |
| 1711 | Sept. 30, 2008 CMG account statement |
| 1712 | Oct. 31, 2008 CMG account statement |
| 1713 | Nov. 30, 2008 CMG account statement |
| 1714 | Dec. 31, 2008 CMG account statement |
| 1715 | Jan. 31, 2009 CMG account statement |
| 1716 | Feb. 28, 2009 CMG account statement |
| 1717 | Mar. 31, 2009 CMG account statement |
| 1718 | Apr. 30, 2009 CMG account statement |
| 1719 | May 31, 2009 CMG account statement |
| 1720 | Jan. 31, 2009 Standard Advisors account statement |
| 1721 | Feb. 28, 2009 Standard Advisors account statement |
| 1722 | Jan. 22, 2009 Kenner account statement |
| 1723 | Feb. 19, 2009 Kenner account statement |
| 1724 | Mar. 23, 2009 Kenner account statement |
| 1725 | Apr. 22, 2009 Kenner account statement |
| 1726 | May 20, 2009 Kenner account statement |
| 1727 | June 22, 2009 Kenner account statement |
| 1728 | July 23, 2009 Kenner account statement |
| 1729 | Aug. 21, 2009 Kenner account statement |
| 1730 | May 31, 2010 Guidedog account statement |
| 1731 | July 31, 2007 CMG account statement |
| 1732 | June 30, 2009 CMG account statement |
| 1733 | Aug. 31, 2006 CMG account statement |
| 1734 | Sept. 30, 2006 CMG account statement |
| 1735 | Oct. 31, 2006 CMG account statement |

10

| 1736 | Nov. 30, 2006 CMG account statement |
|---|---|
| 1737 | Oct. 14, 2008 Sarah Bowers account statement |
| 1751 | CMG account statements: Dec. 2004 to Mar. 2006 |
| 1752 | CMG wires |
| 1753 | CMG checks |
| 1754 | Guidedog account statements: Mar. 2009 to Dec. 2011 |
| 1755 | Guidedog checks and deposits: Mar. 2009 to Dec. 2011 |
| 1756 | Standard Advisors account statements |
| 1757 | Standard Advisors checks and deposits |
| 1758 | Kenner checks |
| 1759 | Bowers checks |
| 1771 | Signature card - CMG |
| 1772 | Signature card - Standard Advisors |
| 1773 | Signature card - Kenner |
| 1774 | Signature card - Guidedog |
| 1775 | Signature card - Bowers/Constantine |
| 1801 | International Bank loan document |
| 1802 | International Bank loan document |
| 1803 | International Bank loan document |
| 1804 | International Bank payment schedule |
| 1805 | International Bank wire transfer |
| 1806 | International Bank payment schedule |
| 1807 | International Bank payment schedule |
| 1808 | International Bank wire transfer |
| 1809 | International Bank wire transfer |
| 1903 | Nov. 20, 2008 Fed wire (solo) |
| 1904 | Dec. 31, 2008 Fed wire (solo) |
| 1907 | M. Peca Waterstone Bank 2009 mortgage history |
| 2001 | Peca: Line of credit transaction history |
| 2002 | Oct. 31, 2006 Little Isle IV account statement |
| 2003 | Oct. 31, 2006 Ula Makika account statement |
| 2004 | Oct. 31, 2006 B. Berard account statement |
| 2005 | Nov. 30, 2006 Ula Makika account statement |
| 2006 | Dec. 31, 2006 Ula Makika account statement |
| 2007 | Jan. 31, 2007 Ula Makika account statement |
| 2008 | Feb. 28, 2007 Ula Makika account statement |
| 2009 | Nov. 30, 2008 Ula Makika account statement |
| 2010 | Nov. 30, 2008 Little Isle IV account statement |
| 2011 | Dec. 31, 2008 Little Isle IV account statement |
| 2012 | Jan. 31, 2009 Little Isle IV account statement |
| 2013 | July 30, 2005 Little Isle IV account statement |
| 2014 | Jan. 31, 2005 Big Isle VI Ventures account statement |
| 2015 | Feb. 28, 2005 Little Isle IV account statement |
| 2016 | Feb. 28, 2005 Big Isle VI Ventures account statement |
| 2017 | Mar. 31, 2005 Big Isle VI Ventures account statement |
| 2018 | July 31, 2005 Ula Makika LLC account statement |
| 2019 | IOL Archive report |
| 2020 | IOL Archive report |
| 2021 | Northern Trust wire transfer to Title Guaranty |
| 2081A | Little Isle IV Ventures signature card |
| 2081B | Little Isle IV signature card |

| | |
|---|---|
| 2081C | Little Isle IV authorizations |
| 2082A | Ula Makika signature card |
| 2082B | Ula Makika authorizations |
| 2083A | Na'Alehu Ventures signature card |
| 2083B | Na'Alehu Ventures authorizations |
| 2084A | Big Isle Venture signature card |
| 2086A | Big Isle IV Ventures signature card |
| 2086B | Big Isle IV Ventures authorizations |
| 2087A | Big Isle V Ventures signature card |
| 2087B | Big Isle V Ventures authorizations |
| 2088A | Big Isle VI Ventures signature card |
| 2088B | Big Isle VI Ventures authorizations |
| 2089A | Kau Holding signature card |
| 2089B | Kau Holding authorizations |
| 2090A | Honuapo Historical Society signature card |
| 2090B | Honuapo Historical Society signature card |
| 2090C | Honuapo Historical authorizations |
| 2091A | Glen Murray 2003 Life Insurance Trust signature card |
| 2091B | Glen Murray 2003 Life Insurance Trust signature card |
| 2101 | Little Isle IV account statements: Dec. 2003 to Mar. 2011 |
| 2102 | Ula Makika account statements: Apr. 2005 to Dec. 2009 |
| 2103 | Na'Alehu Ventures account statements: Aug. 2006 to Mar. 2011 |
| 2104 | Big Isle Ventures account statements: June 2004 to Nov. 2008 |
| 2105 | Big Isle Ventures Payroll account statements: Sept. 2004 to Sept. 2006 |
| 2106 | Big Isle IV Ventures account statements: Dec. 2003 to Oct. 2006 |
| 2107 | Big Isle V Ventures account statements: May 2004 to Sept. 2006 |
| 2108 | Big Isle VI Ventures account statements: May 2004 to Dec. 2008 |
| 2109 | Kau Holding account statements: Aug. 2005 to Sept. 2006 |
| 2110 | Honuapo Historical Society account statements: Oct. 2005 to Dec. 2008 |
| 2111 | Glen Murray 2003 Life Insurance Trust account statements: Aug. 2004 to Aug. 2009 |
| 2112 | Berard: Event of Default Letter |
| 2113 | Berard: Notice of Default Letter |
| 2114 | Berard: Notice of Exclusive Control Letter |
| 2115 | Peca: Event of Default Letter |
| 2116 | Peca: Notice of Default Letter |
| 2117 | Peca: Notice of Exclusive Control Letter |
| 2118 | Sydor: Event of Default Letter |
| 2119 | Sydor: Notice of Default Letter |
| 2120 | Sydor: Notice of Exclusive Control Letter |
| 2121 | Rucchin: Event of Default Letter |
| 2122 | Rucchin: Notice of Default Letter |
| 2123 | Rucchin: Notice of Exclusive Control Letter |
| 2124 | Murray: Event of Default Letter |
| 2125 | Murray: Notice of Default Letter |
| 2126 | Murray: Notice of Exclusive Control Letter |
| 2127 | Norstrom: Event of Default Letter |
| 2128 | Norstrom: Notice of Default Letter |
| 2129 | Norstrom: Notice of Exclusive Control Letter |
| 2130 | Gonchar: Event of Default Letter |
| 2131 | Gonchar: Notice of Default Letter |
| 2132 | Gonchar: Notice of Exclusive Control Letter |

| 2133 | Nolan: Line of credit transaction history |
| 2134 | Berard: Line of credit transaction history |
| 2135 | Sydor: Line of credit transaction history |
| 2136 | Rucchin: Line of credit transaction history |
| 2137 | Murray: Line of credit transaction history |
| 2138 | Norstrom: Line of credit transaction history |
| 2139 | Gonchar: Line of credit transaction history |
| 2140 | Nolan: Line of credit to Little Isle IV authorization |
| 2141 | Berard: Line of credit to Little Isle IV authorization |
| 2142 | Peca: Line of credit to Little Isle IV authorization |
| 2143 | Sydor: Line of credit to Little Isle IV authorization |
| 2144 | Rucchin: Line of credit to Little Isle IV authorization |
| 2145 | Gonchar: Line of credit to Little Isle IV authorization |
| 2152 | Pledge agreement (LI4 Juneau) |
| 2154 | Extension of credit (LI4 Nolan) |
| 2155 | Extension of credit (LI4 Juneau) |
| 2157 | Loan statements (LI4) |
| 2158 | Loan transaction history (LI4) |
| 2162 | Peca IMA account statement - March 2009 |
| 2163 | Peca IMA account statement - April 2009 |
| 2164 | Peca IMA account statement - May 2009 |
| 2165 | Berard IMA account statement - March 2009 |
| 2166 | Berard IMA account statement - April 2009 |
| 2167 | Berard IMA account statement - May 2009 |
| 2168 | Berard IMA account statement - June 2009 |
| 2169 | Sydor IMA account statement - March 2009 |
| 2170 | Sydor IMA account statement - April 2009 |
| 2171 | Sydor IMA account statement -May 2009 |
| 2172 | Sydor IMA account statement - June 2009 |
| 2173 | Rucchin IMA account statement - March 2009 |
| 2174 | Rucchin IMA account statement - April 2009 |
| 2175 | Rucchin IMA account statement - May 2009 |
| 2176 | Murray IMA account statement - March 2009 |
| 2177 | Murray IMA account statement - April 2009 |
| 2178 | Murray IMA account statement - May 2009 |
| 2179 | Gonchar IMA account statement - March 2009 |
| 2180 | Gonchar IMA account statement - April 2009 |
| 2181 | Gonchar IMA account statement - May 2009 |
| 2182 | Norstrom IMA account statement - March 2009 |
| 2183 | Norstrom IMA account statement - April 2009 |
| 2184 | Norstrom IMA account statement - May 2009 |
| 21045 | Nolan IMA account statement - Feb 2012 |
| 2200 | Johnson Bank signature card |
| 2201 | Feb. 29, 2008 Eufora Operating account statement |
| 2202 | Mar. 31, 2008 Eufora Operating account statement |
| 2203 | Apr. 30, 2008 Eufora Operating account statement |
| 2204 | May 31, 2008 Eufora Operating account statement |
| 2205 | June 30, 2008 Eufora Operating account statement |
| 2206 | July 31, 2008 Eufora Operating account statement |
| 2207 | Aug. 31, 2008 Eufora Operating account statement |
| 2208 | Sept. 30, 2008 Eufora Operating account statement |

| 2209 | Oct. 31, 2008 Eufora Operating account statement |
| 2210 | Nov. 30, 2008 Eufora Operating account statement |
| 2211 | Dec. 31, 2008 Eufora Operating account statement |
| 2212 | Jan. 31, 2009 Eufora Operating account statement |
| 2213 | Feb. 28, 2009 Eufora Operating account statement |
| 2214 | Mar. 31, 2009 Eufora Operating account statement |
| 2215 | Apr. 30, 2009 Eufora Operating account statement |
| 2216 | May 31, 2009 Eufora Operating account statement |
| 2300 | Gaarn: account signature card |
| 2301 | Jan. 13, 2009 Gaarn account statement |
| 2302 | Feb. 11, 2009 Gaarn account statement |
| 2303 | Mar. 12, 2009 Gaarn account statement |
| 2304 | Apr. 14, 2009 Gaarn account statement |
| 2305 | May 12, 2009 Gaarn account statement |
| 2306 | June 11, 2009 Gaarn account statement |
| 2404 | Title Guaranty: Escrow ledger for 9/5/022/001 - closing run |
| 2405 | Title Guaranty: Receipt No. 074130 for Escrow |
| 2407 | Title Guaranty: Incoming wire |
| 2408 | Title Guaranty: Funds transfer request |
| 2409 | Title Guaranty: Outgoing wire |
| 2410 | Title Guaranty: Escrow ledger for 9/4/011/006 - closing run |
| 2411 | Title Guaranty: Settlement statement for 9/4/011/006 |
| 2412 | Title Guaranty: Funds transfer request |
| 2413 | Title Guaranty: Outgoing wire |
| 2415 | Title Guaranty: Escrow ledger for 9/6/003/002 |
| 2417 | Title Guaranty: Settlement statement  for 9/6/003/002 |
| 2419 | Title Guaranty: Outgoing wire to Naalehu Ventures 2006 |
| 2420 | Title Guaranty: Outgoing wire to Naalehu Ventures 2006 |
| 2421 | Title Guaranty: Outgoing wire to Centrum Financial Services |
| 2422 | Title Guaranty: Final Buyer Statement |
| 2423 | Title Guaranty: Steps Receipt Disbursement Ledger |
| 2424 | Title Guaranty: Credit Confirmation |
| 2425 | Title Guaranty: Credit Confirmation |
| 2426 | Title Guaranty: Incoming wire |
| 2427 | Title Guaranty: Final Buyer Statement |
| 2428 | Title Guaranty: Incoming wire |
| 2429 | Title Guaranty: Incoming wire |
| 2430 | Title Guaranty: Incoming wire |
| 2431 | Title Guaranty: Incoming wire |
| 2432 | Title Guaranty: Receipt |
| 2433 | Title Guaranty: Receipt |
| 2434 | Title Guaranty: Receipt |
| 2435 | Title Guaranty: Receipt |
| 2436 | Title Guaranty: Steps Receipt Disbursement Ledger |
| 2437 | Title Guaranty: Computed worksheets |
| 2438 | Title Guaranty: Receipt |
| 2439 | Title Guaranty: Incoming wire |
| 2501A | Fidelity National Title: Transfer document |
| 2501B | Fidelity National Title: Open order sheet |
| 2502A | Fidelity National Title: Buyer Final Closing Statement |
| 2502B | Fidelity National Title: Open order sheet |

| | |
|---|---|
| 2503A | Fidelity National Title: Buyer Final Closing Statement |
| 2503B | Fidelity National Title: Open order sheet |
| 2701 | PEII event invoice - 05/09/07 |
| 2702 | PEII event invoice - 07/31/07 |
| 2703 | PEII event invoice - 09/12/07 (1) |
| 2704 | PEII event invoice - 09/12/07 (2) |
| 2705 | PEII event invoice - 10/25/07 |
| 2706 | PEII event invoice - 12/18/07 |
| 2707 | PEII event invoice - 03/25/08 |
| 2708 | PEII event invoice - 04/18/08 |
| 2709 | PEII event invoice - 07/09/08 |
| 2710 | PEII advertising invoice - 06/01/07 (1) |
| 2711 | PEII advertising invoice - 06/01/07 (2) |
| 2712 | PEII advertising invoice - 09/01/07 |
| 2713 | PEII advertising invoice - 10/01/07 |
| 2714 | PEII advertising invoice - 11/01/07 (1) |
| 2715 | PEII advertising invoice - 11/01/07 (2) |
| 2716 | PEII advertising invoice - 12/01/07 |
| 2717 | PEII advertising invoice - 07/01/08 |
| 2719 | PEII visitor log |
| 2720 | PEII advertising invoice |
| 2721 | PEII event invoice |
| 2722 | PEII event invoice |
| 2724 | Playboy Enterprises invoice, 07/31/07 |
| 2726 | Playboy Enterprises Cash Receipts Register, 08/01/07-09/30/08 |
| 2802R | FINRA Report on Kenner |
| 3001 | Kenner Citibank card invitation form |
| 3002 | Dec. 16, 2008 Kenner account statement |
| 3003 | Jan. 16, 2009 Kenner account statement |
| 3004 | Feb. 16, 2009 Kenner account statement |
| 3005 | Mar. 17, 2009 Kenner account statement |
| 3006 | Apr. 15, 2009 Kenner account statement |
| 3007 | May 15, 2009 Kenner account statement |
| 3008 | June 16, 2009 Kenner account statement |
| 3009 | July 16, 2009 Kenner account statement |
| 3010 | Aug. 17, 2009 Kenner account statement |
| 3011 | Sept. 13, 2010 Kenner account statement |
| 3051 | Edenholm Motorsports signature card |
| 3053 | June 30, 2009 Edenholm Motorsports account statement |
| 3054 | Sept. 30, 2009 Edenholm Motorsports account statement |
| 3055 | June-Sept. 2009 Edenholm Motorsports wires received |
| 3056 | June 4, 2009 wire sent |
| 3057 | June 15, 2009 wire sent |
| 3058 | Eric Edenholm signature card |
| 3059 | Dec. 2, 2009 Edenholm account statement |
| 3060 | Feb. 2, 2010 Edenholm account statement |
| 3061 | Nov. 6, 2009 wire sent |
| 3062 | Jan. 22, 2010 wire sent |
| 3101 | Kenner American Express payment history |
| 3102 | Jan. 29, 2009 Kenner account statement |
| 3103 | Feb. 27, 2009 Kenner account statement |

| 3104 | Mar. 31, 2009 Kenner account statement |
|------|----------------------------------------|
| 3105 | Apr. 30, 2009 Kenner account statement |
| 3106 | May 31, 2009 Kenner account statement |
| 3107 | June 30, 2009 Kenner account statement |
| 3108 | July 30, 2009 Kenner account statement |
| 3109 | Aug. 30, 2009 Kenner account statement |
| 3110 | July 30, 2006 Kenner account statement |
| 3111 | Aug. 29, 2006 Kenner account statement |
| 3112 | Sept. 29, 2006 Kenner account statement |
| 3113 | Jan. 30, 2005 Kenner account statement |
| 3201 | Chase B. Kenner signature card |
| 3202 | Apr. 22, 2013 B. Kenner account statement |
| 3203 | Aug. 31, 2006 Urban Expansion account statement |
| 3204 | Urban Expansion account statements: July 2006 to Mar. 2011 |
| 3205 | Urban Expansion wire |
| 3206 | Urban Expansion wire |
| 3207 | May 22, 2013 B. Kenner account statement |
| 3208 | June 22, 2013 B. Kenner account statement |
| 3209 | Chase auto document |
| 3210 | Chase auto document |
| 3211 | Chase auto document |
| 3212 | Chase auto document |
| 3213 | Chase auto document |
| 3214 | Chase auto document |
| 3215 | Urban Expansion signature card |
| 3251 | January 27, 2004 Kenner First USA Visa Card application |
| 3252 | December, 2008 Kenner Visa Statement |
| 3253 | January, 2009 Kenner Visa Statement |
| 3254 | February, 2009 Kenner Visa Statement |
| 3255 | March, 2009 Kenner Visa Statement |
| 3256 | April, 2009 Kenner Visa Statement |
| 3257 | May, 2009 Kenner Visa Statement |
| 3258 | June, 2009 Kenner Visa Statement |
| 3259 | July, 2009 Kenner Visa Statement |
| 3260 | August, 2009 Kenner Visa Statement |
| 3261 | February 2, 2009 $500 check, Kenner Visa Payment |
| 3262 | March 4, 2009 $1000 check, Kenner Visa Payment |
| 3263 | March 20, 2009 $725 Kenner Visa Payment |
| 3301 | Dec. 7, 2009 Privitello wire transfer record |
| 3302 | Dec. 7, 2009 Privitello wire transfer request and confirmation |
| 3304 | Dec. 31, 2009 Privitello account statement |
| 3305 | Dec. 7, 2009 Privitello wire transfer record |
| 3306 | Dec. 7, 2009 Privitello wire transfer request |
| 3311 | Constantine/Wampler Buchanan engagement letter |
| 3312 | Wampler Buchanan invoice, 03/31/08 |
| 3321R | Carey Rodriguez ledger (redacted) |
| 3326R | Wampler Buchanan ledger (redacted) |
| 3331 | Kinetic Speed Shop payment receipt |
| 3332 | Dec. 13, 2007 KSS invoice |
| 3333 | Mar. 25, 2008 KSS invoice |
| 3334 | Michael Shank Racing invoice, 07/07/06 |

| 3335 | Racers Edge Motorsports invoice |
| 3336 | Racers Edge Motorsports invoice |
| 3339 | Fall-Line Motorsports payment receipt |
| 3340 | I Got To Go Racing payment receipt |
| 3341R | Fall-Line Motorsports payment receipt |
| 3342 | June 25, 2008 Fall-Line invoice |
| 3343 | Oct. 20, 2008 Fall-Line invoice |
| 3344 | Feb. 4, 2009 Fall-Line invoice |
| 3345 | Mar. 10, 2009 Fall-Line invoice |
| 3346 | Mar. 11, 2009 Fall-Line invoice |
| 3347 | Apr. 9, 2009 Fall-Line invoice |
| 3348 | May 1, 2009 Fall-Line invoice |
| 3349 | May 19, 2009 Fall-Line invoice |
| 3351 | Unitech Racing - TCR Deposits, May 2006-Sept. 2007 |
| 3358 | Unitech Racing - Daytona Race invoice, Jan. 27-28, 2007 |
| 3381 | Invoice from Vegas Marketing Promotions LLC, May 17, 2006 |
| 3382 | Invoice from Vegas Marketing Promotions LLC, May 17, 2006 |
| 3383 | Invoice from Vegas Marketing Promotions LLC, June 1, 2006 |
| 3384 | Invoice from Vegas Marketing Promotions LLC, June 1, 2006 |
| 3385 | Invoice from Vegas Marketing Promotions LLC, July 21, 2006 |
| 3386 | Invoice from Vegas Marketing Promotions LLC, July 21, 2006 |
| 3387 | Invoice from Vegas Marketing Promotions LLC, July 21, 2006 |
| 3388 | Constantine/Rosser email re wire transfer |
| 3389 | Constantine/Rosser email re bill of sale |
| 3390 | Vegas Marketing Promotions bill of sale |
| 3392 | Constantine/Rosser email re wire transfer |
| 3395 | Sullivan & Cromwell invoice |
| 3396R | Citibank wire transfer records (Sullivan & Cromwell) |
| 3397 | Constantine/Carey Rodriguez engagement letter |
| 3401 | Mar. 1, 2010 Email from Constantine to J. Bailey re Palms Penthouse Photos |
| 3401A | pent_b.jpg |
| 3401B | pent_balcony.jpg |
| 3401C | pent_bath.jpg |
| 3401D | pent_closet.jpg |
| 3401E | pent_dining.jpg |
| 3401F | pent_open_bath.jpg |
| 3401G | pent_open_room.jpg |
| 3401H | pent_pool_room.jpg |
| 3401I | pent_white_room.jpg |
| 3402 | Constantine/Bailey email, 06/11/09 |
| 3402A | Hangar 1 (schematic) |
| 3402B | Avalon Airpark / Hangars (picture) |
| 3402C | Satellite map 16033 N. 82nd St., Scottsdale, AZ |
| 3404 | Constantine/Bailey email, 06/11/09 |
| 3404A | Hangar 4 (schematic) |
| 3405 | Constantine/Bailey email, 06/11/09 |
| 3405A | Avalon Airpark / Hangars (picture) |
| 3405B | Avalon Airpark / Hangars (picture) |
| 3405C | Avalon Airpark / Hangars (picture) |
| 3407 | Constantine/Bailey email, 06/17/09 |
| 3410 | Constantine/Bailey email, 07/13/09 |

| 3411 | Constantine/Bailey email, 07/21/09 |
|------|-----------------------------------|
| 3411A | Agreement |
| 3417 | Constantine/Bailey email, 07/29/09 |
| 3417A | Indemnification |
| 3420 | Constantine/Bailey email, 05/14/11 |
| 3420A | Term Sheet |
| 3426 | Warranty Deed, Hangars |
| 3428 | Land Installment Contract, Hangars |
| 3432 | Sale of First Hangar - settlement statement |
| 3433 | Sale of Second Hangar - settlement statement |
| 3434 | Sale of Second Hangar - deed |
| 3437 | Sale of First Hangar - deed |
| 3502 | Gilmartin Magence Ross / Palms Loan: Constantine Accounting Information |
| 3503 | Sale of First Palms Condo - deed |
| 3504 | Sale of Second Palms Condo -- deed |
| 3505 | Stewart Title: Title Company Records |
| 3506 | Stewart Title: Title Company Records |
| 3507 | Palms Loan documents |
| 3508 | Palms Loan documents |
| 3509 | Palms Deeds of trust |
| 3510 | Palms Deeds of trust |
| 3511 | Palms Loan documents |
| 3512 | Palms Loan documents |
| 3513 | Palms Loan documents |
| 3606 | Purchase agreement - plane (2009) |
| 3608 | Security Title Agency: Settlement statement - Constantine's home (2009) |
| 3609 | Security Title Agency: Wires - Constantine's home |
| 3611 | Scottsdale Lotus agreement |
| 3614 | Vehicle inventory and sale |
| 3615 | Scottsdale Lotus - Maserati |
| 3616 | Scottsdale Lotus - Ford |
| 3703 | Centrum: Statement of Use of Loan Proceeds |
| 3709 | Executive Summary |
| 3710 | Centrum: Loan application |
| 3711 | Kenner assets and liabilities, May 2005 (submitted to Centrum) |
| 3712 | Centrum: Promissory note |
| 3713 | Centrum: Continuing Guaranty |
| 3714 | Centrum: Amendment of promissory note |
| 3715 | Centrum: Estimated closing statement, 07/14/05 |
| 3716 | Centrum: Final Closing Statement |
| 3717 | Centrum: Estimated closing statement, 05/31/06 |
| 3718 | Centrum: Interest Reserve |
| 3719R | Centrum: Weekly Cash Report, 7/05 |
| 3720R | Centrum: Weekly Cash Report, 7/05 |
| 3801 | Urban Expansion operating agreement |
| 3802 | Urban Expansion Promissory note |
| 3807 | Avalon CMG operating agreement (amended and restated) |
| 3811 | Email, 10/11/2005 |
| 3819A | Northern Trust statement, October, 2005 |
| 3820 | Membership Interest Purchase Agreement |
| 3821 | Email, 05/12/09 |

| | |
|---|---|
| 3822 | Arizona Corporation Commission Record for Avalon CMG, LLC |
| 3823 | Membership Interest Purchase Agreement |
| 3824 | Settlement agreement - Urban Expansion/Kau Holding |
| 3902 | Fall-Line Motorsports Invoice, 06/20/08 |
| 3903 | I Got To Go Racing invoice, 09/01/08 |
| 3904 | I Got To Go Racing invoice, 04/01/08 |
| 3905 | I Got To Go Racing invoice, 06/03/08 |
| 3906 | I Got To Go Racing invoice, 01/01/08 |
| 3907 | Southwest Aviation Insurance Group invoice |
| 3908 | Southwest Aviation Insurance Aircraft Binder |
| 3909 | Southwest Aviation Insurance bank statement |
| 3919 | Earl Curley Lagarde invoice June 2009 |
| 3920 | Earl Curley Lagarde invoice June 2006 |
| 3921 | Earl Curley Lagarde invoice July 2006 |
| 3922 | Earl Curley Lagarde invoice August 2006 |
| 3923 | Earl Curley Lagarde invoice September 2006 |
| 3924 | Earl Curley Lagarde invoice October 1, 2006 |
| 3925 | Earl Curley Lagarde invoice October 31, 2006 |
| 3926 | Earl Curley Lagarde invoice November 30, 2006 |
| 3927 | Earl Curley Lagarde invoice January 12, 2007 |
| 3928 | Earl Curley Lagarde invoice January 31, 2007 |
| 3929 | Earl Curley Lagarde invoice February 28, 2007 |
| 3930 | Earl Curley Lagarde invoice April 1, 2007 |
| 3931 | Earl Curley Lagarde invoice May 1, 2007 |
| 3932 | Earl Curley Lagarde invoice June 1, 2007 |
| 3940 | Business records of Cabin Crafters, Inc. |
| 3941 | Business records of Cabin Crafters, Inc. |
| 3942 | Business records of Cabin Crafters, Inc. |
| 3943 | Business records of Cabin Crafters, Inc. |
| 3944 | Business records of Cabin Crafters, Inc. |
| 3945 | Business records of Cabin Crafters, Inc. |
| 3946 | Business records of Cabin Crafters, Inc. |
| 3947 | Business records of Cabin Crafters, Inc. |
| 4001 | First American Title transaction document: Wire Transfer |
| 4003 | First American Title transaction document: Seller's Final Settlement Statement |
| 4004 | First American Title transaction document: Disbursement Settlement Report |
| 4005 | First American Title transaction document: Wire Transfer |
| 4007 | First American Title transaction document: Seller's Final Settlement Statement |
| 4008 | First American Title transaction document: Disbursement Settlement Report |
| 4010 | First American Title transaction document: Final Settlement Statement |
| 4011R | Title Company Record: Receipt for Earnest Deposit |
| 4012R | Title Company Record: Deposit in Escrow |
| 4013R | Title Company Record: Deposit in Escrow |
| 4014C | Certified copy of deed for T. Kenner's Home |
| 4035 | First American Title transaction document: Settlement Statement |
| 4036 | First American Title transaction document: File Balance Sheet |
| 4038 | First American Title transaction document: CMG Board of Directors Resolution |
| 4203 | Aerospace Reports wire transfer record |
| 4204 | Constantine/Rozenboom email |
| 4206 | Constantine/Rozenboom email |
| 4207 | Aircraft purchase agreement |

| | |
|---|---|
| 4208 | Airplane Loan history |
| 4209 | Airplane Loan history |
| 4210 | Airplane Loan history |
| 4211 | Airplane settlement agreement |
| 4212 | Airplane forbearance agreement |
| 4214 | Assignment of security interest |
| 4218 | Operating Agreement of AZ Falcon Partners (May 29, 2009) |
| 4221 | Promissory note |
| 4222 | Aerospace Reports Closing statement |
| 4227 | Constantine/Rozenboom email |
| 4231 | Financial statement |
| 4233 | Purchase agreement |
| 4234 | Closing statement |
| 4235 | Closing statement |
| 4238 | Constantine/Rozenboom email |
| 4239 | Constantine/Rozenboom email |
| 4240 | Constantine/Rozenboom email |
| 4241 | Constantine/Rozenboom email |
| 4244 | Constantine/Rozenboom email |
| 4245 | Constantine/Rozenboom email |
| 4246 | Amended and Restated Operating Agreement Falcon 10 Partners |
| 4301 | Portion of monthly account statements, Nussbaum & Gillis P.C. bank account |
| 4303 | Dismissal Order for Avalon CMG bankruptcy case |
| 4304 | Copy of Nussbaum & Gillis P.C. check and confirmation of receipt of check |
| 4306 | Portion of monthly account statements, Nussbaum & Gillis P.C. bank account |
| 4401 | Tamalpais Bank Constantine promissory note |
| 4402 | Tamalpais Bank Constantine Residental Loan Application |
| 4403 | Invoice for legal work, Stephen Wade Nebgen |
| 4404 | Retention agreement for Epstein Becker & Green, P.C. |
| 4405 | Billing records for Epstein Becker & Green, P.C. |
| 4406 | Billing records for Epstein Becker & Green, P.C. |
| 4407 | Billing records for Epstein Becker & Green, P.C. |
| 4408 | Palms Payment ledger |
| 4409 | Escrow receipts |
| 4410 | Escrow receipts |
| 4500 | Home Depot Recording from iPhone |
| 4500T | Transcript of Home Depot Recording (as an aid) |
| 4501 | Kenner email to Stolper and text messages, 04/01/11 |
| 4502 | LLC Agreement of Baja Ventures 2006 LLC |
| 4503 | Pledge and Security Agreement - Baja/Diamante/CSL/KAJ |
| 4506 | Kenner email re Mosquito Rojo Tequila 07/08/08 |
| 4507 | Kenner email re Mosquito Rojo Tequila, 01/20/09 |
| 4508 | Kenner email re Mosquito Rojo Tequila, 07/04/08 |
| 4509 | Mosquito Rojo Bottle |
| 4510 | Kenner/Kaiser text messages |
| 4511 | Kenner/McKee text messages |
| 4601 | Constantine email re Falcon 10, 10/15/2012 |
| 4602 | Constantine email with Operating Agreement of AZ Falcon Partners (June 1, 2009) |
| 4608 | Constantine email re Gonchar investment in Eufora, 08/29/2009 |
| 4710 | Email re Eufora Operating Balance |
| 4715 | Email re Eufora Operating Balance |

| | |
|---|---|
| 4716 | Email re Eufora Operating Balance |
| 4717 | Email re Eufora Operating Balance |
| 4718 | Email re Eufora Operating Balance |
| 4719 | Email re Eufora Operating Balance |
| 4720 | Email re Eufora Operating Balance |
| 4721 | Email re Eufora Operating Balance |
| 4722 | Email re Eufora Operating Balance |
| 4725 | Eufora 2002 tax return |
| 4726 | Eufora 2003 tax return |
| 4727 | Eufora 2004 tax return |
| 4728 | Eufora 2005 tax return |
| 4729 | Eufora 2006 tax return |
| 4730 | Eufora 2007 tax return |
| 4738 | 2002 Trust Agreement, 04/15/03 |
| 4743 | Transfer of Membership Interest of Eufora from Constantine to 2002 Trust, 04/15/03 |
| 4745 | Check from Eufora to D'Ambrosio, $5,500.00 |
| 4746 | Check from Eufora to D'Ambrosio, $2,750.00 |
| 4747 | Check from Eufora to D'Ambrosio, $13,213.00 |
| 4748 | Check from Eufora to D'Ambrosio, $5,500.00 |
| 4749 | Check from Eufora to D'Ambrosio, $17,000.00 |
| 4750 | Check from Eufora to D'Ambrosio, $12,500.00 |
| 4751 | Check from Eufora to D'Ambrosio, $12,500.00 |
| 4752 | Check from Eufora to D'Ambrosio, $13,000.00 |
| 4753 | Check from Eufora to D'Ambrosio, $5,500.00 |
| 4754 | Check from Eufora to D'Ambrosio, $5,500.00 |
| 4758 | Check from Eufora to D'Ambrosio, $2,750.00 |
| 4759 | Check from Eufora to D'Ambrosio, $1,375.00 |
| 4760 | Check from Eufora to D'Ambrosio, $4,125.00 |
| 4768 | D'Ambrosio/Gentry email |
| 4769 | Gentry email re Eufora Shareholder Registry |
| 4778 | Gentry email re Neptune Loan |
| 4778A | Final Term Sheet for Proposed Joint Venture & Related Financing |
| 4779 | D'Ambrosio/Gentry email re Neptune term sheet |
| 4779A | Preliminary Term Sheet for Proposed Joint Venture & Related Financing |
| 4780 | Action by Written Consent of the Members of Eufora, LLC (redacted) |
| 4808 / C-283A | Emails reviewed by Semple |
| 4809 / C-283A | Kenner/Constantine email re wire to Richards for personal engagement |
| 4810 | Kenner/Constantine email re requested payment from GSF |
| 4811 | Kenner list of requested payment from GSF |
| 4814 | Check from Eufora to Semple |
| 4815 | Check from Eufora to Semple |
| 4816 | Check from Eufora to Semple |
| 5001 | Wire transfer instructions (signed by Kenner) |
| 5002 | Wire transfer instructions (signed by Kenner) |
| 5003 | Wire transfer instructions (signed by Kenner) |
| 5004 | Wire transfer instructions (signed by Kenner) |
| 5005 | Wire transfer instructions (signed by Kenner) |
| 5006 | Wire transfer instructions (signed by Kenner) |
| 5007 | Wire transfer instructions (signed by Kenner) |
| 5008 | Wire transfer instructions (signed by Kenner) |
| 5009 | Wire transfer instructions (signed by Kenner) |

| 5010 | Wire transfer instructions (signed by Kenner) |
|------|-----------------------------------------------|
| 5011 | Wire transfer instructions (signed by Kenner) |
| 5012 | Wire transfer instructions (signed by Kenner) |
| 5013 | Wire transfer instructions (signed by Kenner) |
| 5014 | Wire transfer instructions (signed by Kenner) |
| 5015 | Wire transfer instructions (signed by Kenner) |
| 5016 | Wire transfer instructions (signed by Kenner) |
| 5017 | Wire transfer instructions (signed by Kenner) |
| 5018 | Wire transfer instructions (signed by Kenner) |
| 5019 | Wire transfer instructions (signed by Kenner) |
| 5103L | Line of credit transaction history printouts (with Kenner notes) |
| 5103L-A | LOC transaction history printouts - Peca |
| 5104 / 5104L | Funding Consulting Agreements |
| 5105L | Kenner Escrow cancellation |
| 5106L | Mosquito Rojo business card |
| 5107 | Little Honuapo Settlement Statement |
| 6001 | Wire transfer instructions (signed by Kenner) |
| 6002 | Wire transfer instructions (signed by Kenner) |
| 6003 | Wire transfer instructions (signed by Kenner) |
| 6004 | Wire transfer instructions (signed by Kenner) |
| 6005 | Wire transfer instructions (signed by Kenner) |
| 6006 | Wire transfer instructions (signed by Kenner) |
| 6007 | Wire transfer instructions (signed by Kenner) |
| 6008 | Wire transfer instructions (signed by Kenner) |
| 6009 | Wire transfer instructions (signed by Kenner) |
| 6010 | Wire transfer instructions (signed by Kenner) |
| 6011 | Wire transfer instructions (signed by Kenner) |
| 6012 | Wire transfer instructions (signed by Kenner) |
| 6013 | Wire transfer instructions (signed by Kenner) |
| 6014 | Wire transfer instructions (signed by Kenner) |
| 6015 | Led Better operating agreement |
| 6016 | Standard Advisors agreement (Juneau) |
| 6017 | Big Isle VI Operating agreement |
| 6500 | Kenner email |
| 6501 | Kenner email |
| 6502 | Kenner email |
| 6503 | Kenner email |
| 6504 | Kenner/Mascarella email |
| 6514 | Kenner/Mascarella email |
| 6529 | Kenner email |
| 6601 | Kenner email |
| 6602 | Kenner email |
| 6603 | Kenner email |
| 6700 | Computer files - Line of credit transaction history |
| 6701 | Computer files - Line of credit transaction history |
| 6702 | Computer files - Line of credit transaction history |
| 6703 | Computer files - Line of credit transaction history |
| 6704 | Computer files - Line of credit transaction history |
| 6705 | Computer files - Line of credit transaction history |
| 6706 | Computer files - Line of credit transaction history |
| 6707 | Computer files - Line of credit transaction history |

| | |
|---|---|
| 6708 | Computer files - Line of credit transaction history |
| 6709 | Computer files - Little Isle IV account statement |
| 6710 | Computer files - Big Isle IV Ventures account statements |
| 6711 | Computer files - Big Isle V Ventures account statements |
| 6712 | Computer files - Ula Makika account statements (with Kenner notes) |
| 7202 | Falcon 10 airplane (before initials changed) (picture) |
| 7304 | Picture from Stanley Cup Finals |
| 7401 thru 7456 | Kenner/Constantine text messages |
| 8001C | Avalon CMG bankruptcy document |
| 8002C | Avalon CMG bankruptcy document |
| 8003C | Avalon CMG bankruptcy document |
| 8004C | Avalon CMG bankruptcy document |
| 8005C | Avalon CMG bankruptcy document |
| 8011C | Tommy Constantine bankruptcy document |
| 8012C | Tommy Constantine bankruptcy document |
| 8013C | Tommy Constantine bankruptcy document |
| 8021R | Constantine April 2009 Deposition Transcript (redacted) |
| 9000C | Certified deed (Hawaii) |
| 9001C | Certified deed (Hawaii) |
| 9002C | Certified deed (Hawaii) |
| 9003C | Certified deed (Hawaii) |
| 9011C | Certified deed (Hawaii) |
| 9012C | Certified deed (Hawaii) |
| 9021C | Certified deed (Hawaii) |
| 9022C | Certified deed (Hawaii) |
| 9031C | Certified deed (Hawaii) |
| 9032C | Certified deed (Hawaii) |
| 9037C | Certified deed (Hawaii) |
| 9038C | Certified deed (Hawaii) |
| 9039C | Certified deed (Hawaii) |
| 9041C | Certified deed (Hawaii) |
| 9071C | Certified deed (Hawaii) |
| 9072C | Certified deed (Hawaii) |
| 9073C | Certified deed (Hawaii) |
| 9074C | Certified deed (Hawaii) |
| 9075C | Certified deed (Hawaii) |
| 9076C | Certified deed (Hawaii) |
| 9077C | Certified deed (Hawaii) |
| 9078C | Certified deed (Hawaii) |
| EE-1 | Copy of C-107 without signature page |
| JK-1 | Constantine email with wiring instructions for Richards account |
| TG-1 | Handwritten Notes |
| TG-2 | AZ Eufora Document |
| Lagarde-1 | Earl Curley Lagarde invoice |
| GM-1 | Email |
| MD-2A | Previous Eufora office building (picture) |
| MD-2B | Previous Draft of Defense Chart of Investors in Eufora |
| Osborn-1 | Handwriting samples |
| RR-1 | Ronald Richards schedule of legal fees |