# MEMORANDUM
## TO THE HONORABLE JOSEPH F. BIANCO
### United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 16 2015 ★

LONG ISLAND OFFICE

RE: Phillip A. Kenner
DOCKET NO.: 13-CR-607
SENTENCE DATE: November 20, 2015

On July 9, 2015, the defendant was convicted via jury trial before Your Honor on Counts One through Four, and Counts Seven and Nine, of a nine-count, second superseding indictment involving a wire fraud and money laundering scheme, and the case was assigned to United States Probation Officer Shayna Bryant.

Given the complex nature of the fraud scheme, wherein the victims investors were defrauded several millions of dollars, the *Offense Conduct* Section of presentence report has not been completed. This has caused a delay in the presentence investigation, and additional time is needed in order to prepare the presentence report. In view of the impending sentence date, we respectfully request a one-month adjournment. We apologize for the inconvenience.

Please indicate below if an adjournment of sentence is acceptable to the Court.

*****************

An adjournment of sentence is acceptable. The new date will be __Feb. 12, 2016, @ 1:30 p.m.__

An adjournment of sentence is not acceptable.

Respectfully Submitted,

Eileen Kelly
Chief U.S. Probation Officer

Prepared by:					Approved by:

						Joseph F. Bianco
						USDJ

						Date: Nov. 16, 2015
						Central Islip, N.Y

Shayna Bryant					Frank Marcigliano
U.S. Probation Officer				Supervising U.S. Probation Officer
(347) 534-3696					(347) 534-3734


Date: November 5, 2015

cc:	Richard Haley, Esq.
	Demetri M. Jones, Esq.
	Diane C. Leonardo-Beckmann, Esq.
	James M. Miskiewicz, Esq.
	Saritha Komatireddy, Esq.