

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

SK  
F.#2013R00948

*610 Federal Plaza
Central Islip, New York 11722*

January 6, 2016

By ECF

The Honorable Joseph F. Bianco  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

      Re:   United States v. Philip Kenner and Tommy Constantine  
            Criminal Docket No. 13-607 (S-2) (JFB)

Dear Judge Bianco:

      The government respectfully requests a February 12, 2016 due date for the government's response to the defendants' post-trial motions. The government has conferred with defense counsel for both parties and counsel consent in this request.

      Respectfully submitted,

      ROBERT L. CAPERS  
      United States Attorney

By:   _/s/_____  
      James Miskiewicz  
      Saritha Komatireddy  
      Assistant U.S. Attorneys  
      (631) 715-7841/7085

cc:   All counsel of record (by ECF)