<u>CRIMINAL CAUSE FOR EVIDENTIARY HEARING</u>

<u>BEFORE</u>: Judge Bianco, U.S.D.J.

<u>DATE</u>: 2/12/2016    <u>TIME</u>: 1:30 p.m.    <u>TIME IN COURT</u>: 4 hrs   min.

<u>DOCKET NUMBER</u>: CR-13-0607         <u>TITLE</u>: USA v. Kenner et al

<u>DEFT NAME</u>: Phillip Kenner    <u>DEFT</u>: # 1
 X  PRESENT ___ NOT PRESENT    X  IN CUSTODY __ ON BAIL

<u>ATTY FOR DEFT</u>: Richard Haley
 X  PRESENT ___ NOT PRESENT    ___ RETAINED    X  C.J.A.
                                               ___ FED. DEF. OF NY, INC.

<u>DEFT NAME</u>: Tommy Constantine    <u>DEFT</u>: # 2
 X  PRESENT ___ NOT PRESENT    ___ IN CUSTODY  X  ON BAIL

<u>ATTY FOR DEFT</u>: Joseph Conway and Andrew Oliveras
 X  PRESENT ___ NOT PRESENT    X  RETAINED    ___ C.J.A.
                                              ___ FED. DEF. OF NY, INC.


<u>A.U.S.A.</u>: Diane Beckmann and Saritha Komatireddy

<u>CLERK</u>: Michele Savona

<u>COURT REPORTER</u>:   X  P. AUERBACH    ___ E. COMBS    ___ P. LOMBARDI
                       ___ H. RAPAPORT    ___ M.STEIGER   ___ D. TURSI    ___ O.WICKER
                       ___ S. PICOZZI

INTERPRETER: _____  (LANGUAGE - _____)

 X   CASE CALLED.

 X   DEFENDANT APPEARS WITH COUNSEL.

___  COUNSEL PRESENT WITHOUT DEFENDANT.

___  HEARING FOR DEFENDANT  ADJOURNED TO _____.

 X   HEARING FOR DEFENDANT HELD.

 X   WITNESSES SWORN Joshua Wayne

 X   HEARING CONTINUED TO 3/9/16 at 10:00 a.m.

 X   MOTION TO BE FILED BY //2011 ;
            RESPONSE BY 2/26/2016 ;
            REPLY BY 3/11/2016 .

 X   ORAL ARGUMENT SET FOR 3/30/2016 at 2:00 p.m.

__X__   **DEFENDANT CONTINUED IN CUSTODY.**

**OTHER:** _____

_____