

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F.#2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

February 26, 2016

<u>By ECF</u>

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>United States v. Philip Kenner and Tommy Constantine</u>
              <u>Criminal Docket No. 13-607 (S-2) (JFB)</u>

Dear Judge Bianco:

      The government respectfully submits this letter to request a second brief extension of time -- from today until Monday, February 29, 2016, to respond to the defendant's post-trial motions.  Defense counsel consent in this request.

                          Respectfully submitted,

                          ROBERT L. CAPERS
                          United States Attorney

            By:    _/s/_____
                    Saritha Komatireddy
                    Assistant U.S. Attorney
                    (718) 254-6054

cc:    All counsel of record (by ECF)