

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F.#2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

February 26, 2016

By ECF

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 26 2016 ★

LONG ISLAND OFFICE

Re: United States v. Philip Kenner and Tommy Constantine
Criminal Docket No. 13-607 (S-2) (JFB)

Dear Judge Bianco:

The government respectfully submits this letter to request a second brief extension of time -- from today until Monday, February 29, 2016, to respond to the defendant's post-trial motions. Defense counsel consent in this request.

*Request granted.*

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By: /s/_____
Saritha Komatireddy
Assistant U.S. Attorney
(718) 254-6054

cc: All counsel of record (by ECF)

/s/ Joseph F. Bianco
Feb 26 2016