Case 2:13-cr-00607-JFB-AYS   Document 365   Filed 02/29/16   Page 1 of 2 PageID #: 9321



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F.#2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

February 29, 2016

<u>By ECF</u>

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Philip Kenner and Tommy Constantine
                Criminal Docket No. 13-607 (S-2) (JFB)

Dear Judge Bianco:

        The parties respectfully submit this letter to request a modification of the briefing and oral argument schedule in connection with the defendant's post-trial motions. Due to unexpected case developments on the part of government counsel, the government requests a final brief extension of the due date for the government's post-trial motion response. In addition, due to scheduling issues related to out-of-state travel for counsel for Constantine, the parties request a modified date for oral argument. Accordingly, the parties respectfully request the following modified schedule: March 4, 2016 as the due date for the government's response; March 25, 2016 as the due date for the defendants' reply; and April 8, 2016 as the date for any oral argument on the motion. This schedule would still permit resolution of the motion well before sentencing, which is currently scheduled for May 18-19,

2016. The parties appreciate the Court's consideration of this and prior requests. Defense counsel consent in this request.

                                              Respectfully submitted,

                                              ROBERT L. CAPERS
                                              United States Attorney

                               By:    _/s/_____
                                              Saritha Komatireddy
                                              Assistant U.S. Attorney
                                              (718) 254-6054

cc:     All counsel of record (by ECF)