CRIMINAL CAUSE FOR HEARING

BEFORE: Bianco,J.

DATE:4/4/2016          TIME:10:00 a.m.     Time in court:6 hrS.

DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine         DEFT: # 2
 X   PRESENT___NOT PRESENT__IN CUSTODY   X    ON BAIL

ATTY FOR DEFT: Joseph Conway and Andrew Oliveras
 X PRESENT         NOT PRESENT     X   RETAINED      ___C.J.A.
                                        ____FED. DEF. OF NY, INC.

DEFT NAME: Phillip Kenner         DEFT: # 1
 X   PRESENT___NOT PRESENT X IN CUSTODY    ___ ON BAIL

ATTY FOR DEFT: Richard Haley
 X PRESENT         NOT PRESENT      RETAINED     X   C.J.A.
                                        ____FED. DEF. OF NY, INC.


A.U.S.A.:Diane Leonardo

DEPUTY CLERK: Michele Savona

PROBATION:


COURT REPORTER: ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
__H. RAPAPORT X  M. STEIGER___D. TURSI ___O. WICKER ___S. PICOZZI

INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___   DEFT(S)  ARRAIGNED,  WAIVE(S)  READING OF THE SUPERSEDING
      INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE
      SUPERSEDING INDICTMENT.

___  CASE ADJOURNED TO                                    FOR

___  MOTION CONFERENCE HELD ON                  'S MOTION TO


___  ARGUMENT HEARD       ___ MOTION GRANTED.     ___ MOTION DENIED.
                          ___ DECISION RESERVED.

___  DECISION ENTERED INTO THE RECORD.

__ SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-            START DATE: //15 XSTRT
                              STOP DATE:  //15 XSTOP

___ NEXT STATUS CONFERENCE IS  SET FOR //15 at 1:15 p.m.

__X__ DEFT CONTINUED IN CUSTODY.

____ JURY SELECTION SET FOR & _____

____ TRIAL SCHEDULED FOR _____

____ MOTIONS TO BE MADE BY _____

____ RESPONSE BY GOVERNMENT BY _____

____ REPLY IF ANY BY _____

__X__ HEARING CONTINUED TO: 4/6/16 at 10:00 a.m.

____ OTHER: _____