CRIMINAL CAUSE FOR HEARING

BEFORE: Bianco,J.

DATE:4/6/2016          TIME:10:00 a.m.     Time in court:6 hrS.

DOCKET NUMBER:  CR 13-0607         TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine        DEFT: # 2
 X   PRESENT    NOT PRESENT   IN CUSTODY   X    ON BAIL

ATTY FOR DEFT: Joseph Conway and Andrew Oliveras
 X  PRESENT         NOT PRESENT      X   RETAINED       C.J.A.
                                        FED. DEF. OF NY, INC.

DEFT NAME: Phillip Kenner        DEFT: # 1
 X   PRESENT    NOT PRESENT  X IN CUSTODY     ON BAIL

ATTY FOR DEFT: Richard Haley
 X  PRESENT         NOT PRESENT        RETAINED      X   C.J.A.
                                        FED. DEF. OF NY, INC.


A.U.S.A.:Diane Leonardo

DEPUTY CLERK: Michele Savona

PROBATION:


COURT REPORTER:    P. AUERBACH      E. COMBS       P. LOMBARDI
  H. RAPAPORT X  M. STEIGER    D. TURSI    O. WICKER     S. PICOZZI

INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

     DEFT(S)  ARRAIGNED, WAIVE(S)  READING OF THE SUPERSEDING
     INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE
     SUPERSEDING INDICTMENT.

     CASE ADJOURNED TO                                    FOR

     MOTION CONFERENCE HELD ON                 'S MOTION TO


  X  ARGUMENT HEARD       MOTION GRANTED.       MOTION DENIED.
                          DECISION RESERVED.

     DECISION ENTERED INTO THE RECORD.

     SPEEDY TRIAL INFORMATION:
        CODE TYPE:  X-           START DATE:  //15 XSTRT
                                 STOP DATE:   //15 XSTOP

     NEXT STATUS CONFERENCE IS  SET FOR //15 at 1:15 p.m.

__X__ Witnesses sworn.

__X__ DEFT CONTINUED IN CUSTODY.

____ JURY SELECTION SET FOR & _____

____ TRIAL SCHEDULED FOR_____

__X__ MOTIONS TO BE MADE BY 5/20/16 _____

____ RESPONSE BY GOVERNMENT BY_____

____ REPLY IF ANY BY_____

____ HEARING CONTINUED TO:_____

____ OTHER:_____