

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F.#2013R00948

610 Federal Plaza
Central Islip, New York 11722

April 16, 2016

By ECF

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Philip Kenner and Tommy Constantine
              Criminal Docket No. 13-607 (S-2) (JFB)

Dear Judge Bianco:

        The parties respectfully submit this letter to request a modification of the briefing and oral argument schedule in connection with the defendant's post-trial motions, due to the length of the trial record and the post-trial briefing in this case. On April 4, 2016, the government, with the defendant's consent, filed its response in opposition to the defendant's post-trial motions. The defense requests, with the government's consent, a due date of May 12, 2016 for its reply. In addition, the parties are available on May 26 and May 27, 2016 for any oral argument on the motion. The defense requests oral argument. The parties appreciate the Court's consideration of this and prior requests.

                                  Respectfully submitted,

                                  ROBERT L. CAPERS
                                United States Attorney

             By:    _/s/_____
                      Saritha Komatireddy
                      Assistant U.S. Attorney
                      (718) 254-6054

cc:    All counsel of record (by ECF)