Case 2:13-cr-00607-JFB   Document 374   Filed 04/16/16   Page 1 of 1 PageID #: 9483



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK
F.#2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

April 16, 2016

By ECF

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★   **MAY 02 2016**   ★

LONG ISLAND OFFICE

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Philip Kenner and Tommy Constantine
      Criminal Docket No. 13-607 (S-2) (JFB)

Dear Judge Bianco:

The parties respectfully submit this letter to request a modification of the briefing and oral argument schedule in connection with the defendant's post-trial motions, due to the length of the trial record and the post-trial briefing in this case. On April 4, 2016, the government, with the defendant's consent, filed its response in opposition to the defendant's post-trial motions. The defense requests, with the government's consent, a due date of May 12, 2016 for its reply. In addition, the parties are available on May 26 and May 27, 2016 for any oral argument on the motion. The defense requests oral argument. The parties appreciate the Court's consideration of this and prior requests.

*Request granted. Oral argument is adjourned to June 20, 2016, at 1:15 p.m.*

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:   /s/
      Saritha Komatireddy
      Assistant U.S. Attorney
      (718) 254-6054

cc:   All counsel of record (by ECF)

SO ORDERED

_____
         Bianco

Date: May 2, 2016
Central Islip, N.Y.