

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

JHK:DCL

May 18, 2016

Honorable Joseph F. Bianco
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re: <u>United States v. Kenner and Constantine</u>
           CR-13-607 (S-2)

Dear Judge Bianco:

      The undersigned respectfully submits this letter, with the consent of defense counsel, to request an extension for the submission of the government's forfeiture brief, from May 20, 2016 to July 20, 2016.

      This request is due to the undersigned's schedule in other matters, as well as an unexpected absence from the office last week due to a family emergency.

      Thank you for your courtesies in this matter.

                              Respectfully submitted,

                              ROBERT L. CAPERS
                              United States Attorney

                By:    <u>/s/ Diane C. Leonardo</u>
                              Diane C. Leonardo
                              Assistant U.S. Attorney
                              (631) 715-7854

cc: Defense counsel by ECF