*HALEY WEINBLATT & CALCAGNI, LLP*
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

June 21, 2016

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        RE: <u>United States v. Phillip A Kenner and Tommy C. Constantine</u>
            Docket Number: 13-607 (JFB)

Dear Judge Bianco:

    Having conferred with your courtroom deputy regarding the Court's calendar, as well as all counsel concerning their availability, it is respectfully requested that oral argument on the post-trial motion, currently scheduled for July 13, 2016 at 1:30 p.m., be adjourned to **July 18, 2016 at 1:30 p.m.** I am requesting the adjournment due to a previously scheduled trial in Suffolk County Supreme Court for the week encompassing July 13th.

    Thank you for the Court's consideration of this request.

                                                            Very truly yours,

                                                           ***Richard D. Haley***

                                                           RICHARD D. HALEY

cc: AUSA Saritha Komatireddy via ECF filing
    Michael Morrissey, Esq. via ECF filing
    Andrew Oliveras, Esq. via ECF filing