## CRIMINAL CAUSE FOR HEARING

**BEFORE:** Bianco,J.

**DATE:** 8/1/2016     **TIME:** 2:30 p.m.    **Time in court:** 20 min.

**DOCKET NUMBER:** CR 13-0607     **TITLE:** USA v. Phillip Kenner

**DEFT NAME:** Phillip Kenner     **DEFT:** # 1
 X  PRESENT ___ NOT PRESENT  X  IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Jeffrey Pittell
 X PRESENT ___ NOT PRESENT ___ RETAINED  X  C.J.A.
                                        ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Tommy Constantine (by telephone)    **DEFT:** # 2
 X  PRESENT ___ NOT PRESENT ___ IN CUSTODY  X  ON BAIL

**ATTY FOR DEFT:** Andrew Oliveras (by telephone)
 X PRESENT ___ NOT PRESENT  X  RETAINED ___ C.J.A.
                                        ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Saritha Komatireddy & Madeline O'Connor

**DEPUTY CLERK:** Jim Toritto

**PROBATION:**

**COURT REPORTER:** ___ P. AUERBACH ___ E. COMBS ___ P. LOMBARDI
___ H. RAPAPORT  X  M. STEIGER ___ D. TURSI ___ O. WICKER  X  S. PICOZZI

**INTERPRETER:**

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO <u>ALL COUNTS</u> OF THE SUPERSEDING INDICTMENT.

___ CASE ADJOURNED TO _____ FOR _____

___ MOTION CONFERENCE HELD ON _____ 'S MOTION TO
_____

___ ARGUMENT HEARD    ___ MOTION GRANTED.    ___ MOTION DENIED.
                      ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-_____    START DATE: //15 XSTRT
                           STOP DATE:  //15 XSTOP

 X  NEXT STATUS CONFERENCE IS SET FOR 9/13/16 at 1:45 p.m.

___ JURY SELECTION SET FOR & _____

___  TRIAL SCHEDULED FOR_____

___  MOTIONS TO BE MADE BY_____

___  RESPONSE BY GOVERNMENT BY_____

___  REPLY IF ANY BY_____

___  HEARING CONTINUED TO:_____

 X   OTHER: The defendant Kenner's [386] motion for new counsel is granted. Court appoints Jeffrey Pittell CJA counsel for defendant Kenner. The Government's post-hearing brief and the defendant Constantine's objections to the PSR are due by 9/9/16.