CRIMINAL CAUSE FOR HEARING

BEFORE: Bianco,J.

DATE: 9/13/2016          TIME: 2:30 p.m.     Time in court: 20 min.

DOCKET NUMBER:  CR 13-0607          TITLE: USA v. Phillip Kenner

DEFT NAME: Phillip Kenner          DEFT: # 1
___ PRESENT  X  NOT PRESENT  X  IN CUSTODY  ___ ON BAIL

ATTY FOR DEFT: Jeffrey Pittell
 X  PRESENT      ___ NOT PRESENT       ___ RETAINED    X  C.J.A.
                                       ___ FED. DEF. OF NY, INC.

DEFT NAME: Tommy Constantine (by telephone)     DEFT: # 2
 X  PRESENT  ___ NOT PRESENT ___ IN CUSTODY   X  ON BAIL

ATTY FOR DEFT: Andrew Oliveras and Michael Morrissey (telephone)
 X  PRESENT      ___ NOT PRESENT    X  RETAINED    ___ C.J.A.
                                       ___ FED. DEF. OF NY, INC.


A.U.S.A.: Saritha Komatireddy

DEPUTY CLERK: Michele Savona

PROBATION: _____

COURT REPORTER:  ___ P. AUERBACH    ___ E. COMBS    ___ P. LOMBARDI
 __ H. RAPAPORT ___ M. STEIGER ___ D. TURSI ___ O. WICKER ___ S. PICOZZI

INTERPRETER: _____

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING
    INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO <u>ALL COUNTS</u> OF THE
    SUPERSEDING INDICTMENT.

___ CASE ADJOURNED TO_____FOR_____

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
    _____

___ ARGUMENT HEARD     ___ MOTION GRANTED.    ___ MOTION DENIED.
                       ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

__ SPEEDY TRIAL INFORMATION:
   CODE TYPE: X-_____   START DATE: //15 XSTRT
                           STOP DATE:  //15 XSTOP

 X  NEXT STATUS CONFERENCE IS SET FOR 9/22/16 at 1:00 p.m.

__ JURY SELECTION SET FOR & _____

___   **TRIAL SCHEDULED FOR** _____

_X_   **MOTIONS TO BE MADE BY** 10/7/16 _____

_X_   **RESPONSE BY GOVERNMENT BY** 11/4/16 _____

___   **REPLY IF ANY BY** _____

___   **HEARING CONTINUED TO:** _____

___   **OTHER:** _____