# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**14 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

September 13, 2016

Hon. Joseph F. Bianco  
US District Court Judge  
US District Court  
920 Federal Plaza  
Central Islip, NY 11722

Re:   *U.S. v. Kenner* 13-607 (JFB)

Dear Judge Bianco:

    Following today's court appearance, I conferred with Ms. Savona, and, with consent of the Government, the status conference as to Mr. Kenner will be advanced from September 22, 2016 to September 15, 2016 at 12:00.

    Respectfully submitted,  
    /s/  
    Jeffrey G. Pittell

cc: All counsel of record via ECF