**CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE: Bianco,J.**

**DATE:** 9/15/2016          **TIME:** 2:30 p.m.     **Time in court:** 20 min.

**DOCKET NUMBER:**  CR 13-0607          **TITLE:** USA v. Phillip Kenner

**DEFT NAME:** Phillip Kenner      **DEFT:** # 1
 X  PRESENT___NOT PRESENT X IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Jeffrey Pittell
 X PRESENT      ___NOT PRESENT    ___RETAINED    X  C.J.A.
                                   ___FED. DEF. OF NY, INC.

**DEFT NAME:** Tommy Constantine (by telephone)    **DEFT:** # 2
 X  PRESENT___NOT PRESENT__IN CUSTODY  X  ON BAIL

**ATTY FOR DEFT:** Andrew Oliveras
 X PRESENT       ___NOT PRESENT   X  RETAINED    ___C.J.A.
                                   ___FED. DEF. OF NY, INC.


**A.U.S.A.:** Diane Leonardo        **DEPUTY CLERK:** Michele Savona

**PROBATION:**

**COURT REPORTER:**  ___P. AUERBACH   ___E. COMBS   ___P. LOMBARDI
 X F. Guerino ___M. STEIGER___D. TURSI ___O. WICKER___S. PICOZZI

**INTERPRETER:**

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE SUPERSEDING INDICTMENT.

___ CASE ADJOURNED TO_____FOR_____

___ MOTION CONFERENCE HELD ON_____'S MOTION TO

___ ARGUMENT HEARD    ___ MOTION GRANTED.   ___ MOTION DENIED.
                       ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-          START DATE: //15 XSTRT
                            STOP DATE:  //15 XSTOP

 X ORAL ARGUMENT CONFERENCE IS SET FOR 12/16/16 at 11:00 a.m.

___ JURY SELECTION SET FOR & _____

___ TRIAL SCHEDULED FOR_____

    **MOTIONS TO BE MADE BY**  //16

**X**   **RESPONSE BY GOVERNMENT BY**  11/7/16

**X**   **REPLY IF ANY BY**  12/1/16

    **HEARING CONTINUED TO:**

    **OTHER:**