

**Banknorth, N.A.**
Connecticut

Statement Period
August 01, 2006 to August 31, 2006

STATEMENT OF ACCOUNT

T

BAJA DEVELOPMENT CORPORATION
C O TAFFY JOWDY
REDACT

Page   1 of 00

Enclosures  ***
               711

Reference Number: REDACT

NO ATMS FEES. ANY BANK. ANYWHERE.
GREAT NEWS! AS OF JUNE 1, 2006 WE REIMBURSE ALL ATM FEES, EVEN OTHER
BANKS'. IT'S ONE OF THE WAYS WE'RE BUILDING A BETTER BANK. FEES THAT
POST AFTER JUNE 1 WILL BE REBATED AT THE END OF YOUR STATEMENT CYCLE.
REFER TO THE "FREE ATM REBATE" SECTION ON YOUR STATEMENT TO VIEW YOUR
FEE REBATES. QUESTIONS? CALL 888-5-FREELY OR VISIT BANKFREELY.COM

---

Free Business Checking      BAJA DEVELOPMENT CORPORATION
REDACT      (Checking)

Deposit Account Recap

Beginning Balance as of    August 01, 2006              3,143.63
   4 Deposits                                         791,000.00
  18 Withdrawals                                      273,072.00
Ending Balance as of       August 31, 2006            521,071.63

Average Collected Balance This Cycle                   47,111.24

Deposits and Other Credits

| Date   | Amount     | Description |
|--------|------------|-------------|
| Aug 09 | 21,000.00  | DEPOSIT |
| Aug 28 | 20,000.00  | DEPOSIT |
| Aug 10 | 100,000.00 | WIRE TRANSFER INCOMING OWEN NOLAN |
| Aug 30 | 650,000.00 | WIRE TRANSFER INCOMING LB HOLDINGS/LCD |

Withdrawals and Other Debits

| Date   | Amount    | Description |
|--------|-----------|-------------|
| Aug 01 | 2,000.00  | ELECTRONIC PMT-WEB ADVANTA           CARD PAYMT    114509683 |
| Aug 09 | 21,000.00 | DEBIT |
| Aug 10 | 16.00     | WIRE TRANSFER FEE |
| Aug 11 | 60,000.00 | DEBIT |
| Aug 11 | 10,000.00 | WIRE TRANSFER OUTGOING BRIAN MCNAMEE |
| Aug 11 | 20.00     | WIRE TRANSFER FEE |
| Aug 15 | 10,000.00 | DEBIT |
| Aug 15 | 5,000.00  | DEBIT |
| Aug 15 | 5,000.00  | DEBIT |
| Aug 15 | 5,000.00  | DEBIT |
| Aug 21 | 2,000.00  | DEBIT |
| Aug 22 | 2,000.00  | WIRE TRANSFER OUTGOING BRIAN MCNAMEE |
| Aug 22 | 20.00     | WIRE TRANSFER FEE |
| Aug 25 | 1,000.00  | DEBIT |
| Aug 28 | 20,000.00 | DEBIT |
| Aug 30 | 16.00     | WIRE TRANSFER FEE |
| Aug 31 | 100,000.00| DEBIT |
| Aug 31 | 30,000.00 | DEBIT |

**Call 1-800-428-7000 for 24-hour Direct Banking service**

BANK DEPOSITS FDIC INSURED            WWW.TDBANKNORTH.COM


Government Exhibit
FORF-107


**Banknorth, N.A.**
Connecticut

```
                    Statement Period
            August 01, 2006 to    August 31, 2006

    STATEMENT OF ACCOUNT

                                        T
    BAJA DEVELOPMENT CORPORATION
    C O TAFFY JOWDY                                     Page    2 of  00

         REDACT                                       Enclosures    ***
                                                                    711

                                             Reference Number:   REDACT

    Daily Balance Summary
      Date              Balance       Date              Balance
      Jul 31           3,143.63       Aug 21           4,107.63
      Aug 01           1,143.63       Aug 22           2,087.63
      Aug 10         101,127.63       Aug 25           1,087.63
      Aug 11          31,107.63       Aug 30         651,071.63
      Aug 15           6,107.63       Aug 31         521,071.63
```

**Call 1-800-428-7000 for 24-hour Direct Banking service**

BANK DEPOSITS FDIC INSURED          WWW.TDBANKNORTH.COM