| Check | 08/21/2006 | 1556 | CAPITAL ONE VISA | DDM - CC | | 2,029.82 |
| Check | 08/21/2006 | 1555 | Baker and Hostetler | Inv# 54204, 05993 OU Acct | | 3,000.00 |
| Check | 08/21/2006 | 1554 | VISION INTERNET PROVIDERS | Inv#11487, 11559, 11662 | | 577.50 |
| Check | 08/22/2006 | DM | AMERICAN EXPRESS | DDM - CC | | 10,000.00 |
| Check | 08/24/2006 | DM | INTUIT PAYROLL | DDM | | 30.00 |
| Check | 08/28/2006 | Transfer | Baja Development | BD - Transfer from DDM | | 20,000.00 |
| Check | 08/31/2006 | FEE | TD Bank North | Service Charge | | 2.54 |
| Check | 08/31/2006 | WIRE | LOR MANAGEMENT, SA | LOR - Transfer from DDM | | 3,000.00 |
| Check | 08/31/2006 | FEE | TD Bank North | Wire Transfer Fee | | 30.00 |
| Deposit | 09/05/2006 | Transfer | Baja Development | BD - Transfer to DDM | -100,000.00 | |
| Check | 09/05/2006 | FEE | TD Bank North | Merchant Service Fee | | 27.00 |
| Check | 09/06/2006 | WIRE | Avadanian & Adler, Inc | DDM - Legal | | 12,351.03 |
| Check | 09/06/2006 | FEE | TD Bank North | Wire Transfer Fee | | 20.00 |
| Deposit | 09/08/2006 | Transfer | Baja Development | BD - Transfer to DDM | 25,000.00 | |
| Check | 09/11/2006 | DM | AMERICAN EXPRESS | DDM - CC | | 22,659.21 |
| Check | 09/11/2006 | DM | INTUIT PAYROLL | DDM | | 5,347.54 |
| Check | 09/11/2006 | DM | INTUIT PAYROLL | DDM | | 2,726.18 |
| Check | 09/11/2006 | DM | INTUIT PAYROLL | DDM | | 89.20 |
| Check | 09/15/2006 | WIRE | LOR MANAGEMENT, SA | LOR - Transfer from DDM | | 5,000.00 |
| Check | 09/15/2006 | FEE | TD Bank North | Wire Transfer Fee | | 30.00 |
| Check | 09/19/2006 | 1559 | KSI Capital | DDM - Interest Payment Due | | 14,950.00 |
| Deposit | 09/22/2006 | Transfer | Baja Development | BD - Transfer to DDM | 10,000.00 | |
| Check | 09/22/2006 | WIRE | LOR MANAGEMENT, SA | LOR - Transfer from DDM | | 10,000.00 |
| Check | 09/22/2006 | FEE | TD Bank North | Wire Transfer Fee | | 30.00 |
| Check | 10/03/2006 | FEE | TD Bank North | Merchant Service Fee | | 27.00 |
| Check | 10/04/2006 | WIRE | LOR MANAGEMENT, SA | LOR - Transfer from DDM | | 1,800.00 |
| Check | 10/04/2006 | FEE | TD Bank North | Wire Transfer Fee | | 30.00 |
| Check | 10/05/2006 | DM | INTUIT PAYROLL | DDM | | 5,347.54 |
| Check | 10/05/2006 | DM | INTUIT PAYROLL | DDM | | 2,726.22 |
| Check | 10/05/2006 | DM | AMERICAN EXPRESS | DDM - CC | | 2,000.00 |
| Check | 10/05/2006 | DM | INTUIT PAYROLL | DDM | | 89.20 |
| Check | 10/11/2006 | 1560 | CAPITAL ONE VISA | DDM - CC | | 1,459.27 |
| Check | 10/11/2006 | 1561 | JOEY MASTERS | Alabama House RE Taxes | | 1,304.25 |
| Check | 10/12/2006 | DM | AMERICAN EXPRESS | DDM - CC | | 3,000.00 |
| Deposit | 10/17/2006 | Deposit | Refunds | Refunds - Vita 3187.36 + Hill Glazier 15000 | 18,187.36 | |
| Check | 10/18/2006 | WIRE | LOR MANAGEMENT, SA | LOR - Transfer from DDM | | 3,500.00 |
| Check | 10/18/2006 | FEE | TD Bank North | Wire Transfer Fee | | 30.00 |
| Check | 10/24/2006 | WIRE | KSI Capital | KSI - Interest Payment | | 27,850.00 |
| Check | 10/24/2006 | FEE | TD Bank North | Wire Transfer Fee | | 20.00 |
| Check | 10/25/2006 | 1563 | CAPITAL ONE VISA | DDM - CC | | 50.39 |
| Check | 11/01/2006 | WIRE | LOR MANAGEMENT, SA | LOR - Transfer from DDM | | 3,200.00 |
| Check | 11/01/2006 | FEE | TD Bank North | Wire Transfer Fee | | 30.00 |
| Check | 11/02/2006 | FEE | TD Bank North | Merchant Service Fee | | 27.00 |
| Check | 11/06/2006 | Transfer | Baja Development | BD - Transfer from DDM | | 15,000.00 |
| Check | 11/07/2006 | DM | INTUIT PAYROLL | DDM | | 2,673.77 |
| Check | 11/07/2006 | DM | INTUIT PAYROLL | DDM | | 1,363.08 |
| Check | 11/07/2006 | DM | INTUIT PAYROLL | DDM | | 76.85 |
| Check | 11/17/2006 | WIRE | LOR MANAGEMENT, SA | LOR - Transfer from DDM | | 3,500.00 |
| Check | 11/17/2006 | FEE | TD Bank North | Wire Transfer Fee | | 30.00 |
| Check | 11/20/2006 | DM | AMERICAN EXPRESS | DDM - CC | | 618.00 |
| Check | 11/28/2006 | WIRE | LOR MANAGEMENT, SA | LOR - Transfer from DDM | | 3,000.00 |
| Check | 11/28/2006 | FEE | TD Bank North | Wire Transfer Fee | | 30.00 |
| Transfer | 11/29/2006 | | Diamante Del Mar | Transfer DDMx3653 (Wicks) to DDM Checking | 17,000.00 | |
| Deposit | 11/29/2006 | Deposit | Diamante Management | DM - Transfer to DDM | 2,500.00 | |
| Deposit | 11/30/2006 | Transfer | Baja Development | BD - Transfer to DDM | 8,000.00 | |
| Check | 11/30/2006 | FEE | TD Bank North | Misc Fee's | | 2.45 |
| Check | 12/01/2006 | WIRE | KSI Capital | KSI - Interest Payment | | 27,850.00 |
| Check | 12/01/2006 | WIRE | LOR MANAGEMENT, SA | LOR - Transfer from DDM | | 1,000.00 |
| Check | 12/01/2006 | FEE | TD Bank North | Wire Transfer Fee | | 30.00 |
| Check | 12/01/2006 | FEE | TD Bank North | Wire Transfer Fee | | 20.00 |


Government Exhibit

FORF-108

exhibitstickers.com #489

27567

Bankworth, M.A.

DIAMANTE DEL MAR LLC

STATEMENT OF ACCOUNT

Page:                                          5 of 5
Statement Period: Aug 01 2006-Aug 31 2006
Cust Ref #:
Primary Account #:





8/24    $2,029.82

#1550    8/07    $202.10

#1553    8/22    $371.00

#1555    8/29    $3,000.00

Bankworth, N.A.

DIAMANTE DEL MAR LLC



8/24   $2,029.82



#1553   8/22   $371.00



#1550   8/07   $202.10

#1555   8/29   $3,000.00



STATEMENT OF ACCOUNT

DIAMANTE DEL MAR LLC

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Sep 01 2006-Sep 30 2006 |
| Cust Ref #: | |
| Primary Account #: | |



#1554   9/18   $577.50



#1559   9/21   $14,950.00

27571

**DIAMANTE DEL MAR LLC**

1554

55-150/212

PAY TO THE ORDER OF  Visine Industrial Providers                    $ 572.50

DATE  9/21/06

———— Five hundred seventy seven and 50/100 ———— DOLLARS

**HUDSON UNITED BANK** HUB
www.hudsonunitedbank.com

Jersey Cities
245 Van Vleyn St.
Bankers, NJ 07646

FOR  # 11882,  # 11569  # 11662

William Wizzard
Vice President

# Invoice

**Vision Internet Providers, Inc.**

Los Angeles, CA  90025
Questions: (310)

| DATE | INVOICE NO. |
|---|---|
| 8/1/2006 | 11662 |

| CLIENT | SHIP TO |
|---|---|
| Bill Najam<br>Diamante Del Mar | |

| REF. NO. | TERMS |
|---|---|
| | Due on receipt |

| ITEM | DESCRIPTION | PERIOD | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Corp. | Corporate Account: Web Hosting Monthly Fee: diamantedelmar.com | 8/1/06-8/31/06 | 1 | 80.00 | 80.00 |
| Monthly fee | Mailbox Monthly Fee - 15 total up to10 MB (3 included for free) | 8/1/06-8/31/06 | 12 | 5.00 | 60.00 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com ($5 per 20 MB) | 8/1/06-8/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 8/1/06-8/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 8/1/06-8/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 8/1/06-8/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 8/1/06-8/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 8/1/06-8/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 8/1/06-8/31/06 | 1 | 7.50 | 7.50 |

| This amount to be used as trade for your Services | **Total** | **$192.50** |
|---|---|---|

27572

# Invoice

**Vision Internet Providers, Inc.**

Los Angeles, CA  90025
Questions: (310)

| DATE | INVOICE NO. |
|------|-------------|
| 7/1/2006 | 11569 |

| CLIENT | SHIP TO |
|--------|---------|
| Bill Najam | |

| REF. NO. | TERMS |
|----------|-------|
| | Due on receipt |

| ITEM | DESCRIPTION | PERIOD | QTY | RATE | AMOUNT |
|------|-------------|--------|-----|------|--------|
| Corp. | Corporate Account: Web Hosting Monthly Fee: diamantedelmar.com | 7/1/06-7/31/06 | 1 | 80.00 | 80.00 |
| Monthly fee | Mailbox Monthly Fee - 15 total up to 10 MB (3 included for free) | 7/1/06-7/31/06 | 12 | 5.00 | 60.00 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com ($5 per 20 MB) | 7/1/06-7/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 7/1/06-7/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 7/1/06-7/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 7/1/06-7/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 7/1/06-7/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 7/1/06-7/31/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB @ddmgolf.com | 7/1/06-7/31/06 | 1 | 7.50 | 7.50 |

This amount to be used as trade for your Services

**Total**  $192.50

# Invoice

**Vision Internet Providers, Inc.**

Los Angeles, CA  90025
Questions: (310)

| DATE | INVOICE NO. |
|------|-------------|
| 6/1/2006 | 11487 |

| CLIENT | SHIP TO |
|--------|---------|
| Bill Najam<br>Diamante Del Mar | |

| REF. NO. | TERMS |
|----------|-------|
| | Due on receipt |

| ITEM | DESCRIPTION | PERIOD | QTY | RATE | AMOUNT |
|------|-------------|--------|-----|------|--------|
| Corp. | Corporate Account: Web Hosting Monthly Fee: diamantedelmar.com | 6/1/06-6/30/06 | 1 | 80.00 | 80.00 |
| Monthly fee | Mailbox Monthly Fee - 15 total up to10 MB (3 included for free) | 6/1/06-6/30/06 | 12 | 5.00 | 60.00 |
| Mail Services | Mailbox Size Increase of 30 MB ____@ddmgolf.com ($5 per 20 MB) | 6/1/06-6/30/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB ____@ddmgolf.com | 6/1/06-6/30/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB ____@ddmgolf.com | 6/1/06-6/30/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB ____@ddmgolf.com | 6/1/06-6/30/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB ____@ddmgolf.com | 6/1/06-6/30/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB ____@ddmgolf.com | 6/1/06-6/30/06 | 1 | 7.50 | 7.50 |
| Mail Services | Mailbox Size Increase of 30 MB ____@ddmgolf.com | 6/1/06-6/30/06 | 1 | 7.50 | 7.50 |

| This amount to be used as trade for your Services | **Total** | $192.50 |
|---|---|---|

27574

**Banknorth, N.A.**

STATEMENT OF ACCOUNT

DIAMANTE DEL MAR LLC

Page: 3 of 5
Statement Period: Aug 01 2006-Aug 31 2006
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 8/2 | ACH DEBIT | | 27.00 |
| | MERCHANT SERVICE MERCH FEE | | |
| 8/15 | ACH DEBIT | | 5,000.00 |
| | AMERICAN EXPRESS ELEC REMIT | | |
| 8/16 | ACH DEBIT | | 2,766.02 |
| | CRI PAYROLL     PR TAX/FEE | | |
| 8/16 | ACH DEBIT | | 2,726.22 |
| | CRI PAYROLL     PR TAX/FEE | | |
| 8/16 | ACH DEBIT | | 2,673.77 |
| | CBS PAYROLL - DE P/R CCD | | |
| 8/22 | ACH DEBIT | | 10,000.00 |
| | AMERICAN EXPRESS ELEC REMIT | | |
| 8/24 | ACH DEBIT | | 30.00 |
| | CRI PAYROLL     PR TAX/FEE | | |
| | | Subtotal: | 28,223.01 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 8/11 | WIRE TRANSFER OUTGOING | | 37,500.00 |
| | CAPITAL CORP MERGERS AND ACQUISI | | |
| 8/11 | WIRE TRANSFER OUTGOING | | 10,000.00 |
| | AVADANIAN AND ADLER INC | | |
| 8/11 | WIRE TRANSFER FEE | | 20.00 |
| 8/11 | WIRE TRANSFER FEE | | 20.00 |
| 8/14 | WIRE TRANSFER FEE | | 16.00 |
| 8/15 | WIRE TRANSFER OUTGOING | | 7,000.00 |
| | LOR MANAGEMENT SA DE CV | | |
| 8/15 | WIRE TRANSFER FEE | | 30.00 |
| 8/28 | DEBIT | | 20,000.00 |
| 8/31 | WIRE TRANSFER OUTGOING | | 3,000.00 |
| | LOR MANAGEMENT SA DE CV | | |
| 8/31 | WIRE TRANSFER FEE | | 30.00 |
| | | Subtotal: | 77,616.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/31 | EARNINGS CREDIT RATE | 1.25% |
| 8/31 | ITEM PAID CHARGE | 0.80 |
| 8/31 | DEPOSIT TICKET CHARGE | 1.00 |
| 8/31 | ITEM DEPOSITED CHARGE | 0.40 |
| 8/31 | ACH DEBIT CHARGE | 1.60 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANKNORTH.COM

*FUNDS TRANSFER NOTIFICATION*

08-31-2006

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: **********5506 for $3000.00.

A wire transfer fee in the amount of $30.00 has been deducted from your account.

Sender Reference:

\* \* \*

Beneficiary:      LOR MANAGEMENT SA DE CV

Beneficiary Bank: HSBC MEXICO, S.A. INSTITUCION

\* \* \*

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}HSBC BRANCH BAHLA 138
ENSENADA BAJA* CALIFORNIA MEXICO*

If you have any questions, please contact your local branch.

*FUNDS TRANSFER NOTIFICATION*                                    *09-06-2006*

### DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: **********5506 for $12351.03.

A wire transfer fee in the amount of $20.00 has been deducted from your account.

Sender ABA:                Sender Name: TD BANKNORTH, N.A.

Sender Reference:

Receiver ABA:              Receiver Name: HSBC USA

* * *

B    iciary: AVADANIAN AND ADLER INC

Beneficiary Bank:

* * *

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields:

If you have any questions, please contact your local branch.

**TD Banknorth, N.A.**

STATEMENT OF ACCOUNT

DIAMANTE DEL MAR LLC

Page: 1 of 4
Statement Period: Sep 01 2006-Sep 30 2006
Cust Ref #:
Primary Account #:

## APPLY FOR A HOME EQUITY LOAN OR LINE OF CREDIT TODAY!

GET THE MOST OUT OF THE EQUITY IN YOUR HOME. GREAT RATES NOW AVAILABLE ON HOME
EQUITY LOANS AND LINES OF CREDIT. APPLY TODAY AT YOUR LOCAL BRANCH, ONLINE AT
TDBANKNORTH.COM OR BY CALLING 800-211-1979, X305.

## Commercial Checking

DIAMANTE DEL MAR LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,437.03 | Average Collected Balance | 73,464.43 |
| Deposits | 135,000.00 | | |
| Checks Paid | 15,527.50 | | |
| Electronic Payments | 30,849.13 | | |
| Other Withdrawals | 27,431.03 | | |
| Service Charges | 0.00 | | |
| Ending Balance | 67,629.37 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/5 | DEPOSIT | | 100,000.00 |
| 9/8 | DEPOSIT | | 25,000.00 |
| 9/22 | DEPOSIT | | 10,000.00 |
| | | Subtotal: | 135,000.00 |

**Checks Paid**   No. Checks: 2     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 9/18 | 1554 | 577.50 |
| 9/21 | 1559* | 14,950.00 |
| | Subtotal: | 15,527.50 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/5 | ACH DEBIT<br>MERCHANT SERVICE MERCH FEE | | 27.00 |
| 9/11 | ACH DEBIT<br>AMERICAN EXPRESS ELEC REMIT | | 22,659.21 |
| 9/11 | ACH DEBIT<br>CBS PAYROLL - DE P/R CCD | | 5,347.54 |
| 9/11 | ACH DEBIT<br>CRI PAYROLL   PR TAX/FEE | | 2,726.18 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANKNORTH.COM

27578



**Banknorth, N.A.**

STATEMENT OF ACCOUNT

**DIAMANTE DEL MAR LLC**

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Sep 01 2006-Sep 30 2006 |
| Cust Ref #: | |
| Primary Account #: | |

APPLY FOR A HOME EQUITY LOAN OR LINE OF CREDIT TODAY!
GET THE MOST OUT OF THE EQUITY IN YOUR HOME. GREAT RATES NOW AVAILABLE ON HOME
EQUITY LOANS AND LINES OF CREDIT. APPLY TODAY AT YOUR LOCAL BRANCH, ONLINE AT
TDBANKNORTH.COM OR BY CALLING 800-211-1979, X305.

## Commercial Checking

DIAMANTE DEL MAR LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,437.03 | Average Collected Balance | 73,464.43 |
| Deposits | 135,000.00 | | |
| Checks Paid | 15,527.50 | | |
| Electronic Payments | 30,849.13 | | |
| Other Withdrawals | 27,431.03 | | |
| Service Charges | 0.00 | | |
| Ending Balance | 67,629.37 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/5 | DEPOSIT | | 100,000.00 |
| 9/8 | DEPOSIT | | 25,000.00 |
| 9/22 | DEPOSIT | | 10,000.00 |
| | | Subtotal: | 135,000.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 9/18 | 1554 | 577.50 |
| 9/21 | 1559* | 14,950.00 |
| | Subtotal: | 15,527.50 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/5 | ACH DEBIT | | 27.00 |
| | MERCHANT SERVICE MERCH FEE | | |
| 9/11 | ACH DEBIT | | 22,659.21 |
| | AMERICAN EXPRESS ELEC REMIT | | |
| 9/11 | ACH DEBIT | | 5,347.54 |
| | CBS PAYROLL - DE P/R CCD | | |
| 9/11 | ACH DEBIT | | 2,726.18 |
| | CRI PAYROLL   PR TAX/FEE | | |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED   ©   WWW.TDBANKNORTH.COM




27579

**TD Banknorth, N.A.**

STATEMENT OF ACCOUNT

I

DIAMANTE DEL MAR LLC

Page: 1 of 4
Statement Period: Sep 01 2006-Sep 30 2006
Cust Ref #:
Primary Account #:

**APPLY FOR A HOME EQUITY LOAN OR LINE OF CREDIT TODAY!**
GET THE MOST OUT OF THE EQUITY IN YOUR HOME. GREAT RATES NOW AVAILABLE ON HOME
EQUITY LOANS AND LINES OF CREDIT. APPLY TODAY AT YOUR LOCAL BRANCH, ONLINE AT
TDBANKNORTH.COM OR BY CALLING 800-211-1979, X305.

## Commercial Checking

DIAMANTE DEL MAR LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,437.03 | Average Collected Balance | 73,464.43 |
| Deposits | 135,000.00 | | |
| | | | |
| Checks Paid | 15,527.50 | | |
| Electronic Payments | 30,849.13 | | |
| Other Withdrawals | 27,431.03 | | |
| Service Charges | 0.00 | | |
| Ending Balance | 67,629.37 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/5 | DEPOSIT | | 100,000.00 |
| 9/8 | DEPOSIT | | 25,000.00 |
| 9/22 | DEPOSIT | | 10,000.00 |
| | | Subtotal: | 135,000.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 9/18 | 1554 | 577.50 |
| 9/21 | 1559* | 14,950.00 |
| | Subtotal: | 15,527.50 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/5 | ACH DEBIT | | 27.00 |
| | MERCHANT SERVICE MERCH FEE | | |
| 9/11 | ACH DEBIT | | 22,659.21 |
| | AMERICAN EXPRESS ELEC REMIT | | |
| 9/11 | ACH DEBIT | | 5,347.54 |
| | CBS PAYROLL - DE P/R CCD | | |
| 9/11 | ACH DEBIT | | 2,726.18 |
| | CRI PAYROLL   PR TAX/FEE | | |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED   ©   WWW.TDBANKNORTH.COM   

27580

*FUNDS TRANSFER NOTIFICATION*                                                    09-15-2006

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: ***********5506 for $5000.00.

A wire transfer fee in the amount of $30.00 has been deducted from your account.

Sender Reference:

\* \* \*

Beneficiary:     LOR MANAGEMENT SA DE CV

B      iciary Bank: HSBC MEXICO, S.A. INSTITUCION

\* \* \*

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}HSBC BRANCH BAHIA 138
ENSENADA BAJA* CALIFORNIA MEXICO*

If you have any questions, please contact your local branch.

27581



DIAMANTE DEL MAR LLC

Page:                            4 of  4
Statement Period: Sep 01 2006-Sep 30 2006
Cust Ref #:
Primary Account #:



#1554     9/18     $577.50



#1559     9/21     $14,950.00

**KSI CAPITAL**

17 Arcadian Avenue, Suite 106 – Paramus, New Jersey 07652          Office: +1 (201) 712-0042 Facsimile: +1(201) 712-0062

September 5, 2006

Diamante del Mar, LLC
Mr. Kenneth A. Jowdy
Chief Executive Officer

Re:     Loan and Security Agreement between KSI Capital Corp. as Lender ("KSI") and Diamante Del Mar, LLC as Borrower ("Diamante") dated February 21, 2005 (the "Loan and Security Agreement").

Dear Mr. Jowdy:

Pursuant to the Loan and Security Agreement, One Hundred and Eighty Thousand Dollars ($180,000) was disbursed to KSI at closing representing approximately six and one half months of prepaid interest, presently calculated at the first year monthly rate of Twenty Seven Thousand Eight Hundred and Fifty Dollars ($27,850). The first year monthly interest payment is calculated on the Two Million Seven Hundred and Eighty Five Thousand Dollar ($2,785,000) gross first draw against the Three Million Dollar ($3,000,000) gross loan from KSI to Diamante.

Given that the loan closed on February 21, 2006, Diamante has, as of August 31, 2006, only Twelve Thousand Nine Hundred Thousand Dollars ($12,900) of prepaid interest available. Accordingly, Diamante will be required to wire an additional Fourteen Thousand Nine Hundred and Fifty Dollars ($14,950) on or before October 1, 2006 for its interest payment due on same date. Thereafter, and until further notice, Diamante should arrange to make future interest payments by a monthly Electronic Funds Transfer in the total amount of Twenty Seven Thousand Eight Hundred and Fifty Dollars ($27,850), on or before the first of each subsequent month.

I have attached KSI's wiring instructions for these purposes. If you should have any questions, please feel free to call.

Best regards,



Hanan Haskell
President

**Tuesday, September 05, 2006**            **KSI** CONFIDENTIAL            - 1 -

27583



17 Arcadian Avenue, Suite 106 – Paramus, New Jersey 07652          Office: +1 (201) 712-0042 Facsimile: +1(201) 712-0062

## KSI CAPITAL WIRING INSTRUCTIONS

**Valley National Bank**
1455 Valley Road
Wayne, NJ 07407
ABA Number:

**KSI Capital Corp.**
17 Arcadian Ave
Suite 106
Paramus, NJ 07652
Account Number:

Please reference your deal in the purpose


CONFIDENTIAL

27584



*file copy*

DIAMANTE
DEL MAR

September 19, 2006

Mr. Hanan Haskell, President
KSI Capital

Paramus, New Jersey 07652

Re:  Loan and Security Agreement between KSI Capital Corp. as Lender and
     Diamante del Mar, LLC as Borrower dated February 21, 2005 (the "Loan and
     Security Agreement").

Dear Hanan:

On behalf of Kenneth A. Jowdy, I am responding to your letter dated September 5, 2006.
Enclosed please find a check in the sum of $14,950 to cover the balance of the funds due
on our October 1, 2006 interest payment.  Please forward your wire transfer information
for electronic payments commencing November 1st and monthly thereafter until we are
able to pay the balance of the loan in full.

As we discussed, we have recently closed on a major loan with a Lender regarding a
project that we have under way in Cabo San Lucas.  I apologize for taking so long to get
you an update on our El Rosario project, but much of my time has been spent on getting
the other loan to closing and reviewing initial construction contracts.

The following is the update you requested with regard to the Diamante del Mar project in
El Rosario that was funded by KSI:

1.  We continue to respond to requests for information from a major lending source
    that has offered to fund $75 million in acquisition and debt financing for our
    project.  The process has been slow and tedious, but we are still moving forward
    with them.  If we close on this loan, we will have sufficient funds available to
    repay your loan and to complete all of Phase 1 of the project.

2.  Our Lending Source on the Diamante Cabo San Lucas project has indicated an
    interest in providing a loan to us for the Diamante del Mar project in the $15-25
    million range to get us started.  However, the lender wants an opportunity to see
    progress on the Cabo project before submitting a funding package to the loan
    committee. The Lender whom we are dealing with has advised us that he will

Diamante del Mar, LLC
3355 East Spring Street · Suite 6 · Long Beach, CA 90806
866-playddm (752-9336) · fax 310-545-0598 · www.diamantedelmar.com

27585

review the Company's position and interest within six months. The good news is that this particular Lender can move to closing fairly quickly if they decide to fund, and so far seem pleased with our progress to date on our project to the south.

3.  We are actively pursuing three separate potential joint venture and/or equity partners or parties interested in purchasing some acreage north of the Diamante del Mar project (KSI has a mortgage on this acreage and would be paid in full as part of any sale or joint venture).

Hanan, I expect that we will carry the loan and pay the interest to you on a monthly basis for approximately six additional months. We greatly appreciate your confidence in us, and we expect that we will have our loan with you paid in full in the very near future.

Warmest regards,

*Bill Najam*

William J. Najam, Jr.
Chief Operating Officer

DB/WJN
Enclosure (Check in the sum of $14,950)



DIAMANTE DEL MAR LLC

1559

55-150/212

DATE _9/19/06_

PAY
TO THE
ORDER OF _K S I  CAPITAL_                                        $ *149.00*

_Fourteen Thousand Dixie Hundred Fifty and ⁰⁰/₁₀₀_ ————— DOLLARS

HUDSON UNITED BANK HUB
www.hudsonunitedbank.com

Raritan Office
345 Cedar Mills Dr.
Raritan, NJ 0461

FOR _Second payment due 10/1/06_

William Wigand
Vice President

27587

FUNDS TRANSFER NOTIFICATION

09-22-2006

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: **********5506 for $10000.00.

A wire transfer fee in the amount of $30.00 has been deducted from your account.

Sender Reference:

* * *

Beneficiary:      LOR MANAGEMENT SA DE CV

B      iciary Bank: HSBC MEXICO, S.A. INSTITUCION

* * *

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}HSBC BRANCH BAHIA 138
ENSENADA BAJA* CALIFORNIA MEXICO*

f you have any questions, please contact your local branch.

27588

*FUNDS TRANSFER NOTIFICATION*                                                                10-04-2006

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: **********5506 for $1800.00.

A wire transfer fee in the amount of $30.00 has been deducted from your account.

Sender Reference:

\* \* \*

Beneficiary:        LOR MANAGEMENT SA DE CV

Beneficiary Bank: HSBC MEXICO, S.A. INSTITUCION

\* \* \*

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}HSBC BRANCH BAHIA 138
ENSENADA BAJA* CALIFORNIA MEXICO*

If you have any questions, please contact your local branch.

27589

Banknorth, N.A.

STATEMENT OF ACCOUNT

DIAMANTE DEL MAR LLC

Page: 1 of 4
Statement Period: Oct 01 2006-Oct 31 2006
Cust Ref #:
Primary Account #:

**THE TD BANKNORTH VISA GIFT CARD**
THIS HOLIDAY SEASON, GIVE THE GIFT THAT'S TRULY HASSLE FREE. THE TD BANKNORTH VISA GIFT CARD IS THE PERFECT CHOICE FOR YOUR CUSTOMER & EMPLOYEE GIFTS. IT'S RECOGNIZED ANYWHERE VISA DEBIT IS ACCEPTED & IS GREAT FOR EMPLOYEE RECOGNITION, SALES INCENTIVES & GIFTS FOR VALUED CLIENTS. CALL 800-428-7000, STOP BY A BRANCH OR CONTACT YOUR TD BANKNORTH SALES REPRESENTATIVE FOR GIFT CARDS TODAY.

## Commercial Checking
DIAMANTE DEL MAR LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 67,629.37 | Average Collected Balance | 52,704.48 |
| Deposits | 18,187.36 | | |
| Checks Paid | 2,813.91 | | |
| Electronic Payments | 13,189.96 | | |
| Other Withdrawals | 33,230.00 | | |
| Service Charges | 0.00 | | |
| Ending Balance | 36,582.86 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/17 | DEPOSIT | | 18,187.36 |
| | | Subtotal: | 18,187.36 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/16 | 0 | 1,459.27 | 10/30 | 1563* | 50.39 |
| 10/19 | 1561* | 1,304.25 | | | |
| | | | | Subtotal: | 2,813.91 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/3 | ACH DEBIT | | 27.00 |
| | MERCHANT SERVICE MERCH FEE | | |
| 10/5 | ACH DEBIT | | 5,347.54 |
| | CBS PAYROLL - DE P/R CCD | | |
| 10/5 | ACH DEBIT | | 2,726.22 |
| | CRI PAYROLL    PR TAX/FEE | | |
| 10/5 | ACH DEBIT | | 2,000.00 |
| | AMERICAN EXPRESS ELEC REMIT | | |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          WWW.TDBANKNORTH.COM

27590

 Banknorth, N.A.

STATEMENT OF ACCOUNT

DIAMANTE DEL MAR LLC

Page:                                1 of  4
Statement Period:  Oct 01 2006-Oct 31 2006
Cust Ref #:
Primary Account #:

## THE TD BANKNORTH VISA GIFT CARD

THIS HOLIDAY SEASON, GIVE THE GIFT THAT'S TRULY HASSLE FREE. THE TD BANKNORTH VISA GIFT CARD IS THE PERFECT CHOICE FOR YOUR CUSTOMER & EMPLOYEE GIFTS. IT'S RECOGNIZED ANYWHERE VISA DEBIT IS ACCEPTED & IS GREAT FOR EMPLOYEE RECOGNITION, SALES INCENTIVES & GIFTS FOR VALUED CLIENTS. CALL 800-428-7000, STOP BY A BRANCH OR CONTACT YOUR TD BANKNORTH SALES REPRESENTATIVE FOR GIFT CARDS TODAY.

## Commercial Checking

DIAMANTE DEL MAR LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 67,629.37 | Average Collected Balance | 52,704.48 |
| Deposits | 18,187.36 | | |
| Checks Paid | 2,813.91 | | |
| Electronic Payments | 13,189.96 | | |
| Other Withdrawals | 33,230.00 | | |
| Service Charges | 0.00 | | |
| Ending Balance | 36,582.86 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/17 | DEPOSIT | | 18,187.36 |
| | | Subtotal: | 18,187.36 |

**Checks Paid**   No. Checks: 3            *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/16 | 0 | 1,459.27 | 10/30 | 1563* | 50.39 |
| 10/19 | 1561* | 1,304.25 | | | |
| | | | | Subtotal: | 2,813.91 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/3 | ACH DEBIT | | 27.00 |
| | MERCHANT SERVICE MERCH FEE | | |
| 10/5 | ACH DEBIT | | 5,347.54 |
| | CBS PAYROLL - DE P/R CCD | | |
| 10/5 | ACH DEBIT | | 2,726.22 |
| | CBS PAYROLL - PR TAX FEE | | |
| 10/5 | ACH DEBIT | | 2,000.00 |
| | AMERICAN EXPRESS ELEC REMIT | | |

Call 1-800-428-7000 for 24-hour Direct Banking service

 BANK DEPOSITS FDIC INSURED       WWW.TDBANKNORTH.COM

27591

 Banknorth, N.A.

STATEMENT OF ACCOUNT

**DIAMANTE DEL MAR LLC**

Page:                                        4 of  4
Statement Period:  Oct 01 2006-Oct 31 2006
Cust Ref #:
Primary Account #





#1561    10/19   $1,304.25

10/16   $1,459.27

#1563    10/30   $50.39

 Banknorth, N.A.

DIAMANTE DEL MAR LLC

Page:                              4 of  4
Statement Period:  Oct 01 2006-Oct 31 2006
Cust Ref #:
Primary Account #



#           10/16     $1,459.27

#1561       10/19     $1,304.25



#1563       10/30     $50.39

27593

1561

**DIAMANTE DEL MAR LLC**

55-150/212

DATE *10/11/06*

PAY TO THE ORDER OF *Joey Masters, Marshall County Revenue Commissioner*   $ *1304.25*

*Thirteen Hundred Four and 25/100* ──────── DOLLARS

**HUDSON UNITED BANK** HUB
Bayonne Office
245 East Main St.
Bayonne, NJ 07642
www.hudsonunitedbank.com

*Wicks Life Estate*

FOR *18-09-30-0-000-002.005*   PPIN *31457*

*William Wogan*
*Vice President*

---

**JOEY MASTERS**
MARSHALL COUNTY REVENUE COMMISSIONER

COURTESY NOTICE                 2006
**RETURN THIS STUB WITH PAYMENT**
DESCRIPTION:
BEG SE COR SW1/4 NE1/4
SEC 30, T 9, R 5 CONT
5 ACRES D
9-21-92 1151/38
LIFE ESTATE

PARCEL: 18-09-30-0-000-002.005
PPIN: 31457

TOTAL TAXES DUE BY DECEMBER 31

1304.25

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
GUNTERSVILLE, AL
PERMIT NO. 136

PRESORTED

WICKS, MOYE J & BARBARA ANN
C/O DIAMANTE DEL MAR LLC

DANBURY        CT 06811

PPIN: 31457

1304.25

DDM

27594

 Banknorth, N.A.

STATEMENT OF ACCOUNT

**DIAMANTE DEL MAR LLC**

Page:                          3 of 4
Statement Period:  Oct 01 2006-Oct 31 2006
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/5 | ACH DEBIT | | 89.20 |
| | CRI PAYROLL    PR TAX/FEE | | |
| 10/12 | ACH DEBIT | | 3,000.00 |
| | AMERICAN EXPRESS ELEC REMIT | | |
| | | Subtotal: | 13,189.96 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/4 | WIRE TRANSFER OUTGOING | | 1,800.00 |
| | LOR MANAGEMENT SA DE CV | | |
| 10/4 | WIRE TRANSFER FEE | | 30.00 |
| 10/18 | WIRE TRANSFER OUTGOING | | 3,500.00 |
| | LOR MANAGEMENT SA DE CV | | |
| 10/18 | WIRE TRANSFER FEE | | 30.00 |
| 10/24 | WIRE TRANSFER OUTGOING | | 27,850.00 |
| | KSI CAPITAL CORP | | |
| 10/24 | WIRE TRANSFER FEE | | 20.00 |
| | | Subtotal: | 33,230.00 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | EARNINGS CREDIT RATE | 1.25% |
| 10/31 | ITEM PAID CHARGE | 0.60 |
| 10/31 | DEPOSIT TICKET CHARGE | 0.50 |
| 10/31 | ITEM DEPOSITED CHARGE | 0.40 |
| 10/31 | ACH DEBIT CHARGE | 1.20 |
| 10/31 | MAINTENANCE FEE | 15.00 |
| 10/31 | EARNINGS CREDIT | 17.70 |
| | Subtotal: | 0.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 9/30 | 67,629.37 | 10/17 | 69,337.50 |
| 10/3 | 67,602.37 | 10/18 | 65,807.50 |
| 10/4 | 65,772.37 | 10/19 | 64,503.25 |
| 10/5 | 55,609.41 | 10/24 | 36,633.25 |
| 10/12 | 52,609.41 | 10/30 | 36,582.86 |
| 10/16 | 51,150.14 | | |

Call 1-800-428-7000 for 24-hour Direct Banking service

  



02/05/2008 12:47 FAX          TO BANKNORTH NA RESEARCH          ☑ 003/004

27596

Page - 2





27597

*FUNDS TRANSFER NOTIFICATION*                                                      *10-18-2006*

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: **********5506 for $3500.00.

A wire transfer fee in the amount of $30.00 has been deducted from your account.

Sender Reference:

\* \* \*

Beneficiary:      LOR MANAGEMENT SA DE CV

L   .ficiary Bank: HSBC MEXICO, S.A. INSTITUCION

\* \* \*

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}HSBC MEXICO, S.A. BRANCH BAHA
138 E*NSENADA BAJA CALIFORNIA MEXICO*

If you have any questions, please contact your local branch.

*FUNDS TRANSFER NOTIFICATION*        *10-24-2006*

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: **********5506 for $27850.00.

A wire transfer fee in the amount of $20.00 has been deducted from your account.

Sender ABA: ▭       Sender Name: TD BANKNORTH, N.A.

Sender Reference: ▭

Receiver ABA: ▭      Receiver Name: VALLEY PASSAIC

       * * *

ficiary: KSI CAPITAL CORP

Beneficiary Bank:

       * * *

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields:

If you have any questions, please contact your local branch.



STATEMENT OF ACCOUNT

**DIAMANTE DEL MAR LLC**

Page: 4 of 4
Statement Period: Oct 01 2006-Oct 31 2006
Cust Ref #:
Primary Account #:





#1561    10/19    $1,304.25



#1563    10/30    $50.39

*FUNDS TRANSFER NOTIFICATION*                                                          11-01-200

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: ***********5506 for $3200.00.

A wire transfer fee in the amount of $30.00 has been deducted from your account.

Sender Reference:

\* \* \*

Beneficiary:      LOR MANAGEMENT SA DE CV

eficiary Bank: HSBC MEXICO, S.A. INSTITUCION

\* \* \*

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}HSBC BRANCH 138 ENSENADA BAJA
CALIF*ORNIA MEXICO*

If you have any questions, please contact your local branch.

Banknorth, N.A.

STATEMENT OF ACCOUNT

DIAMANTE DEL MAR LLC

Page: 1 of 3
Statement Period: Nov 01 2006-Nov 30 2006
Cust Ref #:
Primary Account #:

## THE TD BANKNORTH VISA GIFT CARD

THIS HOLIDAY SEASON, GIVE THE GIFT THAT'S TRULY HASSLE FREE. THE TD BANKNORTH VISA GIFT CARD IS THE PERFECT CHOICE FOR YOUR CUSTOMER & EMPLOYEE GIFTS. IT'S RECOGNIZED ANYWHERE VISA DEBIT IS ACCEPTED & IS GREAT FOR EMPLOYEE RECOGNITION, SALES INCENTIVES & GIFTS FOR VALUED CLIENTS. CALL 800-428-7000, STOP BY A BRANCH OR CONTACT YOUR TD BANKNORTH SALES REPRESENTATIVE FOR GIFT CARDS TODAY.

## Commercial Checking

DIAMANTE DEL MAR LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 36,582.86 | Average Collected Balance | 16,925.53 |
| Deposits | 27,500.00 | | |
| Electronic Payments | 4,758.70 | | |
| Other Withdrawals | 24,790.00 | | |
| Service Charges | 2.45 | | |
| Ending Balance | 34,531.71 | | |

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/29 | DEPOSIT *TRANS FROM FREE CK* | | 17,000.00 |
| 11/29 | DEPOSIT | | 2,500.00 |
| 11/30 | DEPOSIT | | 8,000.00 |
| | | Subtotal: | 27,500.00 |

#### Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/2 | CCD DEBIT MERCHANT SERVICE MERCH FEE | | 27.00 |
| 11/7 | CCD DEBIT CBS PAYROLL - DE P/R CCD | | 2,673.77 |
| 11/7 | CCD DEBIT CRI PAYROLL PR TAX/FEE | | 1,363.08 |
| 11/7 | CCD DEBIT CRI PAYROLL PR TAX/FEE | | 76.85 |
| 11/20 | ACH DEBIT AMERICAN EXPRESS ELEC REMIT | | 618.00 |
| | | Subtotal: | 4,758.70 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED © WWW.TDBANKNORTH.COM 

*FUNDS TRANSFER NOTIFICATION*                                                11-17-2006

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: *********5506 for $3500.00.

A wire transfer fee in the amount of $30.00 has been deducted from your account.

Sender Reference:

* * *

Beneficiary:    LOR MANAGEMENT SA DE CV

eficiary Bank: HSBC MEXICO, S.A. INSTITUCION

* * *

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}HSBC  BRANCH BAJA 138
ENSENADA BAJA* CALIFORNIA MEXICO*

If you have any questions, please contact your local branch.

27603

**Banknorth, N.A.**

DIAMANTE DEL MAR LLC

Page:                                        1 of 3
Statement Period: Nov 01 2006-Nov 30 2006
Cust Ref #:
Primary Account #:

## THE TD BANKNORTH VISA GIFT CARD

THIS HOLIDAY SEASON, GIVE THE GIFT THAT'S TRULY HASSLE FREE. THE TD BANKNORTH VISA GIFT CARD IS THE PERFECT CHOICE FOR YOUR CUSTOMER & EMPLOYEE GIFTS. IT'S RECOGNIZED ANYWHERE VISA DEBIT IS ACCEPTED & IS GREAT FOR EMPLOYEE RECOGNITION, SALES INCENTIVES & GIFTS FOR VALUED CLIENTS. CALL 800-428-7000, STOP BY A BRANCH OR CONTACT YOUR TD BANKNORTH SALES REPRESENTATIVE FOR GIFT CARDS TODAY.

## Commercial Checking

DIAMANTE DEL MAR LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 36,582.86 | Average Collected Balance | 16,925.53 |
| Deposits | 27,500.00 | | |
| Electronic Payments | 4,758.70 | | |
| Other Withdrawals | 24,790.00 | | |
| Service Charges | 2.45 | | |
| Ending Balance | 34,531.71 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/29 | DEPOSIT   *TRANS FROM FREE CK* | | 17,000.00 |
| 11/29 | DEPOSIT | | 2,500.00 |
| 11/30 | DEPOSIT | | 8,000.00 |
| | | Subtotal: | 27,500.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/2 | CCD DEBIT | | 27.00 |
| | MERCHANT SERVICE MERCH FEE | | |
| 11/7 | CCD DEBIT | | 2,673.77 |
| | CBS PAYROLL - DE P/R CCD | | |
| 11/7 | CCD DEBIT | | 1,363.08 |
| | CRI PAYROLL    PR TAX/FEE | | |
| 11/7 | CCD DEBIT | | 76.85 |
| | CRI PAYROLL    PR TAX/FEE | | |
| 11/20 | ACH DEBIT | | 618.00 |
| | AMERICAN EXPRESS ELEC REMIT | | |
| | | Subtotal: | 4,758.70 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED    ©    WWW.TDBANKNORTH.COM



27604

DIAMANTE DEL MAR LLC



To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your
account #: **********5506 for $3000.00.

A wire transfer fee in the amount of $30.00 has been deducted from your account.

Sender Reference:

\* \* \*

Beneficiary:      LOR MANAGEMENT SA DE CV

eficiary Bank: HSBC MEXICO, S.A. INSTITUCION

\* \* \*

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}HSBC BRANCH BAJA 138 ESENADA
BAJA C\*ALIFORNIA MEXICO\*

If you have any questions, please contact your local branch.

*FUNDS TRANSFER NOTIFICATION*

12-01-200(

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your account #: **********5506 for $27850.00.

A wire transfer fee in the amount of $20.00 has been deducted from your account.

Sender ABA:             Sender Name: TD BANKNORTH, N.A.

Sender Reference:

Receiver ABA:            Receiver Name: VALLEY PASSAIC

&ast; &ast; &ast;

Beneficiary: KSI CAPITAL CORP

Beneficiary Bank:

&ast; &ast; &ast;

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields:

If you have any questions, please contact your local branch.

27606

*FUNDS TRANSFER NOTIFICATION*

12-01-2006

DIAMANTE DEL MAR LLC

To: DIAMANTE DEL MAR LLC

In accordance with your instructions, today we DEBITED your account #: **********5506 for $1000.00.

A wire transfer fee in the amount of $30.00 has been deducted from your account.

Sender Reference:

\* \* \*

Beneficiary:     LOR MANAGEMENT SA DE CV

Beneficiary Bank: HSBC MEXICO, S.A. INSTITUCION

\* \* \*

Originator Info: DIAMANTE DEL MAR LLC

Originator Bank:

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}HSBC BRANCH BAJA 138 ESENADA BAJA C*ALIFORNIA MEXICO*

If you have any questions, please contact your local branch.

27607