UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                AMENDED
-against-               NOTICE OF MOTION

                Ind. No.
PHILLIP A. KENNER,         13 cr 607 (JFB)

        Defendant.
-----------------------------------------------------------X

SIR/MADAM:

    PLEASE TAKE NOTICE, that upon the Accompanying Memorandum of Law, the Exhibits annexed thereto, the Indictment and all prior pleadings and proceedings, Defendant PHILLIP A. KENNER will move the United States District Court for the Eastern District of New York, Federal Plaza, Central Islip, New York, on a date and time to be set by the Court or as soon thereafter as counsel can be heard for an Order which directs:

    1)    A new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure; and

    2)    Any other relief the Court deems just and proper.

Dated:     Bayside, New York
           November 28, 2016

                                            Respectfully submitted,
                                            /s/
                                            Jeffrey G. Pittell, Esq.
                                            Maher & Pittell, LLP
                                            *Attorneys for Defendant*
                                            42-40 Bell Blvd, Suite 302
                                            Bayside, New York  11361
                                            (516) 829-2299

TO:    Diane Leonardo, AUSA
          Saritha Komatireddy, AUSA
          Phillip Kenner
          All counsel of record via ECF