**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: Bianco,J.

DATE:11/29/2016            TIME: 2:30 p.m.     Time in court:1 hr.

DOCKET NUMBER:  CR 13-0607         TITLE: USA v. Phillip Kenner

DEFT NAME: Phillip Kenner        DEFT: # 1
 X   PRESENT    NOT PRESENT X IN CUSTODY      ON BAIL

ATTY FOR DEFT: Jeffrey Pittell
 X PRESENT        NOT PRESENT      RETAINED     X  C.J.A.
                                        FED. DEF. OF NY, INC.

DEFT NAME: Tommy Constantine (by telephone)    DEFT: # 2
 X   PRESENT    NOT PRESENT   IN CUSTODY   X    ON BAIL

ATTY FOR DEFT: Andrew Oliveras
 X PRESENT         NOT PRESENT     X   RETAINED       C.J.A.
                                        FED. DEF. OF NY, INC.


A.U.S.A.:Saritha Komatireddy, Diane Leonardo, and Madeline O'Connor

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:    P. AUERBACH     E. COMBS    X  P. LOMBARDI
 X F. Guerino    M. STEIGER    D. TURSI     O. WICKER    S. PICOZZI

INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___  DEFT(S)  ARRAIGNED, WAIVE(S)  READING OF THE SUPERSEDING INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO <u>ALL COUNTS</u> OF THE SUPERSEDING INDICTMENT.

___ CASE ADJOURNED TO                              FOR

___ MOTION CONFERENCE HELD ON                'S MOTION TO

___ ARGUMENT HEARD    ___ MOTION GRANTED.   ___ MOTION DENIED.
                      ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-         START DATE: //16 XSTRT
                           STOP DATE:  //16 XSTOP

__ ORAL ARGUMENT CONFERENCE IS SET FOR //16 at

__ JURY SELECTION SET FOR &

___   TRIAL SCHEDULED FOR_____

___   MOTIONS TO BE MADE BY __/__/16_____

_X_   RESPONSE BY DEFENDANTS BY 1/13/17_____

_X_   REPLY IF ANY BY 2/3/17_____

_X_   ORAL ARGUMENT SET FOR: 2/17/17 at 1:00 p.m_____

_X_   OTHER: Written submission to be submitted to the court by 12/13/16. Government response by 12/23/16. Oral Argument 1/11/17 at 1:15 p.m.

Case 2:13-cr-00607-JFB-AYS   Document 418   Filed 11/29/16   Page 2 of 2 PageID #: 11892