2:08 PM
02/06/13
Accrual Basis

**DIAMANTE CABO SAN LUCAS**
**BE Sales**

| Date | Num | Name | Amount |
|---|---|---|---|
| 01/25/2011 | BE-05 | Harry Lange | 978,474.00 |
| 02/13/2011 | BE-06 | Jeffrey & Sharon Paster:BE-06 | 900,000.00 |
| 03/08/2012 | BE-08 | Erik P. Sorensen:BE-08 | 1,100,000.00 |
| 06/23/2011 | BE-09 | Oliver Bock:BE-09 | 750,000.00 |
| 06/23/2011 | BE-10 | Oliver Bock:BE-10 | 750,000.00 |
| 07/24/2012 | BE-11 | German Daniel Argueso Mendoza:BE-11 | 380,860.00 |
| 03/08/2011 | BE-29 | Steven Hochberg | 750,000.00 |
| 08/01/2011 | BE-33 | Emilio Icaza Chavez & Laura Paredes Ruiz | 600,000.00 |
| 01/14/2012 | BE-34 | Robert Muddiman:BE-34 | 350,000.00 |
| 07/06/2012 | BE-35 | Clifford Bruce Greene | 770,000.00 |
| 04/04/2012 | BE-36 | Robert Muddiman:BE-36 | 550,000.00 |
| 07/07/2012 | BE-37 | Charles Freund | 550,000.00 |
| 02/03/2012 | BE-38 | Charles A. Rau Jr.:BE-38 | 600,000.00 |
| 07/24/2012 | BE-44 | German Daniel Argueso Mendoza:BE-44 | 51,561.00 |
| 11/04/2011 | BE-45 | Spencer W. Young:BE-45 | 500,000.00 |
| 11/15/2010 | BE-46 | David L Stephens:BE-46 | 426,000.00 |
| 10/27/2010 | BE-47 | David C Bell:BE-47 | 500,000.00 |
| 05/30/2011 | BE-48 | Mason Jones | 500,000.00 |
| 03/07/2011 | BE-49 | Jeffrey & Leonor Rosenblum:BE-49 | 450,000.00 |
| 06/17/2011 | BE-50 | Jeffrey & Leonor Rosenblum | 350,000.00 |
| **Total** | | | **11,806,895.00** |

CONFIDENTIAL TREATMENT REQUESTED

DCSL001289

Page 1 of 1



Government Exhibit
GX 4
13 CR 607 (JFB)