12:39 PM
02/17/16
Accrual Basis

# NEW DIAMANTE CABO SAN LUCAS
## Weekly BE Sales Report
### All Transactions

| Date | Num | Name | Qty | Item | Amount | Open Balance |
|---|---|---|---|---|---|---|
| 10/27/2010 | BE-47 | David C Bell:BE-47 | 1.00 | Beach Estates:BE-47 (Beach Estates Lot 47) | 500,000.00 | |
| 11/15/2010 | BE-46 | David L Stephens:BE-46 | 1.00 | Beach Estates:BE-46 (Beach Estate #46) | 426,000.00 | |
| 01/25/2011 | BE-30-31 | Vicente Aguilar Sosa | 1.00 | Beach Estates:BE-30 (Beach Estate Lot 30) | 500,000.00 | |
| 01/25/2011 | BE-30-31 | Vicente Aguilar Sosa | 1.00 | Beach Estates:BE-31 (Beach Estate Lot 31) | 500,000.00 | |
| 01/25/2011 | BE-05 | Harry Lange | 1.00 | Beach Estates:BE-05 (Beach Estate #5) | 978,474.00 | 100,000.00 |
| 02/13/2011 | BE-06 | Jeffrey & Sharon Paster:BE-06 | 1.00 | Beach Estates:BE-06 | 900,000.00 | |
| 03/07/2011 | BE-49 | Jeffrey & Leonor Rosenblum:BE-49 | 1.00 | Beach Estates:BE-49 (Beach Estate 49) | 450,000.00 | |
| 03/08/2011 | BE-29 | Steven Hochberg | 1.00 | Beach Estates:BE-29 (Beach Estate Lot #29) | 750,000.00 | |
| 05/30/2011 | BE-48 | Mason Jones | 1.00 | Beach Estates:BE-48 (Beach Estate Lot #48) | 500,000.00 | 50,000.00 |
| 06/17/2011 | BE-50 | Jeffrey & Leonor Rosenblum | 1.00 | Beach Estates:BE-50 (Beach Estate Lot #50) | 350,000.00 | |
| 06/23/2011 | BE-09 | Oliver Bock:BE-09 | 1.00 | Beach Estates:BE-09 (Beach Estate Lot #9) | 750,000.00 | |
| 06/23/2011 | BE-10 | Oliver Bock:BE-10 | 1.00 | Beach Estates:BE-10 (Beach Estate Lot #10) | 750,000.00 | |
| 08/01/2011 | BE-33 | Emilio Icaza Chavez & Laura Paredes Ruiz | 1.00 | Beach Estates:BE-33 (Beach Estate Lot #33) | 600,000.00 | |
| 11/04/2011 | BE-45 | Spencer W. Young:BE-45 | 1.00 | Beach Estates:BE-45 (Beach Estate Lot #45) | 500,000.00 | |
| 01/14/2012 | BE-34 | Robert Muddiman:Robert Muddiman | 1.00 | Beach Estates:BE-34 (Beach Estate #34) | 350,000.00 | |
| 02/03/2012 | BE-38 | Charles A. Rau Jr.:BE-38 | 1.00 | Beach Estates:BE-38 (Beach Estate Lot #38) | 600,000.00 | |
| 02/12/2012 | BE-35(VOID) | Ben C. Scharpf:BE-35 | 1.00 | Beach Estates:BE-35 (Beach Estate #35) | 600,000.00 | |
| 03/08/2012 | BE-08 | Erik P. Sorensen:BE-08 | 1.00 | Beach Estates:BE-08 | 1,100,000.00 | |
| 04/04/2012 | BE-36 | Robert Muddiman:BE-36 | 1.00 | Beach Estates:BE-36 (Beach Estate Lot #36) | 550,000.00 | |
| 04/27/2012 | BE-31(VOID) | Daniel Q. Callister:BE-31 | 1.00 | Beach Estates:BE-31 (Beach Estate Lot 31) | 750,000.00 | |
| 07/01/2012 | BE-35CR | Ben C. Scharpf:BE-35 | -1.00 | Beach Estates:BE-35 (Beach Estate #35) | -600,000.00 | |
| 07/06/2012 | BE-35 | Clifford Bruce Greene | 1.00 | Beach Estates:BE-35 (Beach Estate #35) | 770,000.00 | |
| 07/07/2012 | BE-37 | Charles Freund | 1.00 | Beach Estates:BE-37 (Beach Estate Lot #37) | 550,000.00 | |
| 07/23/2012 | BE-31(VOID) | David J. Morales | 1.00 | Beach Estates:BE-31 (Beach Estate Lot 31) | 750,000.00 | |
| 07/24/2012 | BE-11 | German Daniel Argueso Mendoza:BE-11 | 1.00 | Beach Estates:BE-11 | 380,860.00 | |
| 07/24/2012 | BE-44 | German Daniel Argueso Mendoza:BE-44 | 1.00 | Beach Estates:BE-44 (Beach Estate Lot #44) | 551,561.00 | |
| 08/03/2012 | BE-31CR | Daniel Q. Callister:BE-31 | -1.00 | Beach Estates:BE-31 (Beach Estate Lot 31) | -750,000.00 | |
| 08/24/2012 | BE-31CR | David J. Morales | -1.00 | Beach Estates:BE-31 (Beach Estate Lot 31) | -750,000.00 | |
| 08/24/2012 | BE-31CXL | David J. Morales | 1.00 | Beach Estates:BE-CXL (NON Refundable depos | 10,000.00 | |
| 01/21/2013 | BE-31CB | David J. Morales | -1.00 | Beach Estates:BE-CXL (NON Refundable depos | -10,000.00 | |
| 02/01/2013 | BE-31-32 | Edward Muszynski | 2.00 | Beach Estates:BE-31 (Beach Estate Lot 31) | 850,000.00 | |
| 02/01/2013 | BE-30-31CR | Vicente Aguilar Sosa | -1.00 | Beach Estates:BE-30 (Beach Estate Lot 30) | -500,000.00 | |

exhibitindexes.com #489
Government Exhibit
GX 5
13 CR 607 (JFB)

12:39 PM
02/17/16
Accrual Basis

# NEW DIAMANTE CABO SAN LUCAS
## Weekly BE Sales Report
### All Transactions

| Date | Num | Name | Qty | Item | Amount | Open Balance |
|---|---|---|---|---|---|---|
| 02/01/2013 | BE-30-31CR | Vicente Aguilar Sosa | -1.00 | Beach Estates:BE-31 (Beach Estate Lot 31) | -500,000.00 | |
| 07/11/2013 | BE-30(VOID) | Elizabeth Druin:Job 1 | 1.00 | Beach Estates:BE-30 (Beach Estate Lot 30) | 800,000.00 | |
| 08/03/2013 | BE-30CR | Elizabeth Druin:Job 1 | -1.00 | Beach Estates:BE-30 (Beach Estate Lot 30) | -800,000.00 | |
| 08/15/2013 | BE-39 | The R Company SA de CV | 1.00 | Beach Estates:BE-39 | 700,000.00 | |
| 09/05/2013 | BE-31-32CR | Edward Muszynski | -2.00 | Beach Estates:BE-31 (Beach Estate Lot 31) | -850,000.00 | |
| 10/17/2013 | BE-30(VOID) | Mark Duke | 1.00 | Beach Estates:BE-30 (Beach Estate Lot 30) | 770,000.00 | |
| 10/22/2013 | BE-31 | Bonim Inmobiliaria S de RL de CV | 1.00 | Beach Estates:BE-31 (Beach Estate Lot 31) | 600,000.00 | |
| 11/04/2013 | BE-20212223 | CABO TEJAS HOLDING, LLC | 1.00 | Beach Estates:BE-20 | 450,000.00 | |
| 11/04/2013 | BE-20212223 | CABO TEJAS HOLDING, LLC | 1.00 | Beach Estates:BE-21 (Beach Estate Lot #21) | 450,000.00 | |
| 11/04/2013 | BE-20212223 | CABO TEJAS HOLDING, LLC | 1.00 | Beach Estates:BE-22 (Beach Estate Lot #22) | 450,000.00 | |
| 11/04/2013 | BE-20212223 | CABO TEJAS HOLDING, LLC | 1.00 | Beach Estates:BE-23 (Beach Estate Lot #23) | 450,000.00 | |
| 12/10/2013 | BE-18 | Inmobiliaria Cabo Sur SAdeCV | 1.00 | Beach Estates:BE-18 | 800,000.00 | 599,394.25 |
| 01/03/2014 | BE-32 | Bonim Inmobiliaria S de RL de CV | 1.00 | Beach Estates:BE-32 (Beach Estate #32) | 600,000.00 | |
| 01/21/2014 | BE-12 | Barry Skovgaard | 1.00 | Beach Estates:BE-12 (Beach Estate #12) | 1,700,000.00 | |
| 12/05/2014 | BE-14 | Ian R. Lennox | 1.00 | Beach Estates:BE-14. | 1,000,000.00 | |
| 01/02/2015 | BE-13 | Todd Matthew Foreman | 1.00 | Beach Estates:BE-13 | 1,500,000.00 | |
| 03/03/2015 | BE-28(VOID) | William George Fredrick | 1.00 | Beach Estates:BE-28 (Beach Estate Lot #28) | 900,000.00 | |
| 03/04/2015 | BE-28CR | William George Fredrick | -1.00 | Beach Estates:BE-28 (Beach Estate Lot #28) | -900,000.00 | |
| 03/26/2015 | BE-28 | David Smothermon:Beach Estate28 | 1.00 | Beach Estates:BE-28 (Beach Estate Lot #28) | 850,000.00 | |
| 05/07/2015 | BE-30 | Signa Capital, LLC | 1.00 | Beach Estates:BE-30 (Beach Estate Lot 30) | 770,000.00 | |
| 06/16/2015 | BE-30CR | Mark Duke | -1.00 | Beach Estates:BE-30 (Beach Estate Lot 30) | -770,000.00 | |
| 07/08/2015 | BE-16 | William J Bellah | 1.00 | Beach Estates:BE-16 | 800,000.00 | |
| 07/14/2015 | BE-17 | William J Bellah | 1.00 | Beach Estates:BE-17 | 800,000.00 | |
| 12/15/2015 | BE15-1 | William Tyson | 1.00 | CUSTOMER DEPOSITS:Customer Deposit - Be | 500,000.00 | |
| **Total** | | | **36.00** | | **24,726,895.00** | **749,394.25** |