Sign Up

Email or Phone
Password
Log In

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

**Diamante Cabo San Lucas** at **Diamante Cabo San Lucas**.
December 9 at 6:34pm ·

Getting ready for cocktails, great food, and a Q&A session with Tiger and Ken Jowdy with hundreds of members and guests in attendance. What a great celebration for the Diamante family.
#TheOasisShortCourse

109 Likes   1 Comment   2 Shares

Privacy · Terms · Advertising · Ad Choices · Cookies · More

Facebook © 2016

To see more from Diamante Cabo San Lucas on Facebook, log in or create an account.

Sign Up     Log In

Government Exhibit
GX 6
13 CR 607 (JFB)

file:///C:/Users/DBeckmann/Desktop/1210300342350732.htm          12/21/2016