ULI CONFERENCE
**Hotel and Resort Development:**
Next Wave of Innovation

June 20–22, 2016
Omni La Costa Resort and Spa
Carlsbad, California

BACK TO SPEAKERS

# Kenneth A. Jowdy

**Founder & Chief Executive Officer**
**Diamante Cabo San Lucas**

Ken Jowdy is the Founder & Chief Executive Officer of Diamante Cabo San Lucas, a luxury resort and real estate development located on the Pacific Coast of Cabo San Lucas, Mexico. Mr. Jowdy has been in the resort and real estate development industry for over 15 years and currently oversees all aspects of the Diamante project including the master planning, design, permitting, construction, finance, sales, and operation of the resort. Diamante is now home to over 150 real estate and shared ownership villas, 2 championship golf courses, a 10-acre man-made Crystal Lagoon, and 5 bar / restaurants among other facilities. Under Mr. Jowdy's direction, the project has generated over $300 million in sales and has attracted more than 5,000 members, establishing it as one of the fastest growing resort development projects in Cabo San Lucas.

# Speaking at the Following:

JUN

Government Exhibit
GX 7
13 CR 607 (JFB)
exhibitindexes.com #489

Kenneth A. Jowdy | ULI Hotel and Resort Development Page 2 of 2

Schedule Speakers Sponsor About

21

TUESDAY, JUNE 21,

ULI CONFERENCE

# Hotel and Resort Development: Next Wave of Innovation

June 20–22, 2016
Omni La Costa Resort and Spa
Carlsbad, California

of Cabo

03:00 PM – 4:00 PM

Join a panel of developers as they discuss the recovery and rebirth of Los Cabos.

HOME SCHEDULE SPEAKERS 2016 SPONSORS ABOUT #ULIHotelResort

ULI

Privacy Policy | Terms of Use
© 2016 Urban Land Institute

http://hotelandresortconference.uli.org/people/kenneth-a-jowdy/ 12/20/2016