## SCHEDULE A

## CAPITAL CONTRIBUTIONS

| Name of Member | Capital Contribution | Percentage Interest |
|---|---|---|
| Bryan Berard | | 10.0% |
| Brian Campbell | | 5.0% |
| Greg deVries | | 5.0% |
| Sergei Gonchar | | 5.0% |
| Dimitri Khristich | | 12.5% |
| Ethan Moreau | | 5.0% |
| Tyson Nash | | 5.0% |
| Owen Nolan | | 5.0% |
| Mattias Nordstrom | | 5.0% |
| Michael Peca | | 10.0% |
| Steve Rucchin | | 5.0% |
| Turner Stevenson | | 10.0% |
| Darryl Sydor | | 5.0% |
| Vladmir Tsyplakov | | 12.5% |
| Philip Kenner | | 0% |

7



KJ7400

CONFIDENTIAL TREATMENT REQUESTED

PK_SEC_015892