# CRIMINAL CAUSE FOR HEARING

<u>BEFORE: Bianco,J.</u>

<u>DATE:</u>1/11/2017             <u>TIME:</u> 1:00 p.m.     Time in court:1 hour

<u>DOCKET NUMBER:</u>  CR 13-0607         <u>TITLE:</u> USA v. Phillip Kenner

<u>DEFT NAME: Phillip Kenner         DEFT: # 1</u>
 X   PRESENT    NOT PRESENT X IN CUSTODY      ON BAIL

<u>ATTY FOR DEFT: Jeffrey Pittell</u>
 X PRESENT          NOT PRESENT       RETAINED       X   C.J.A.
                                      FED. DEF. OF NY, INC.

<u>DEFT NAME: Tommy Constantine (by telephone)     DEFT: # 2</u>
 X   PRESENT    NOT PRESENT   IN CUSTODY   X    ON BAIL

<u>ATTY FOR DEFT: Kevin Kearon</u>
 X PRESENT          NOT PRESENT       RETAINED       X   C.J.A.
                                      FED. DEF. OF NY, INC.

<u>ATTY: Kevin Mulry</u>
 X PRESENT         NOT PRESENT

<u>ATTY: Thomas Souther</u>
 X PRESENT          NOT PRESENT


<u>A.U.S.A.:Diane Leonardo and Madeline O'Conner</u>

<u>DEPUTY CLERK: Michele Savona</u>

<u>PROBATION:</u>

<u>COURT REPORTER:</u>     P. AUERBACH      E. COMBS      P. LOMBARDI
  H. RAPAPORT    M. STEIGER    D. TURSI  X O. WICKER    S. PICOZZI

<u>INTERPRETER:</u>

 X   CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING
      INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO <u>ALL COUNTS</u> OF THE
      SUPERSEDING INDICTMENT.

___  CASE ADJOURNED TO                                      FOR

___  MOTION CONFERENCE HELD ON                   'S MOTION TO

___  ARGUMENT HEARD     ___ MOTION GRANTED.    ___ MOTION DENIED.
                            ___ DECISION RESERVED.

___  DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-           START DATE: //1 XSTRT

                **STOP DATE:**   __//15__ **XSTOP**

____ **NEXT STATUS CONFERENCE IS SET FOR**__//16 at 1:00 p.m.___

____ **JURY SELECTION SET FOR &** _____

____ **TRIAL SCHEDULED FOR**_____

____ **MOTIONS TO BE MADE BY**_____

____ **RESPONSE BY GOVERNMENT BY**_____

____ **REPLY IF ANY BY**_____

____ **HEARING CONTINUED TO:**_____

____ **OTHER:**_____