

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JHK:DCL

*610 Federal Plaza*
*Central Islip, New York 11722*

January 26, 2017

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: <u>United States v. Kenner and Constantine</u>
     No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

  By order dated January 20, 2017, Your Honor directed that the government respond to a letter (Docket Entry 439) from a non-party on or before January 27, 2017.

  The undersigned respectfully requests from January 27, 2017 to February 1, 2017 to submit a response to Docket Entry 439.

            Respectfully submitted,

            ROBERT L. CAPERS
            United States Attorney

     By: /s/ Diane C. Leonardo
        Diane C. Leonardo
        Assistant U.S. Attorney
        (631) 715-7854