**Diamante Doce, LLC**
**252 Seventh Avenue – PH O**
**New York, NY  10001**

January 27, 2017

**VIA ECF and FedEx**

Honorable Joseph F. Bianco
U.S. District Court for the
  Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

**Re:  United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco:

In accordance with the discussion at the January 11, 2017, hearing in the above-reference matter, I am providing a proposed form of Order effectuating the government's acknowledgement that the Court's August 21, 2015 Protective Order does not prevent the transfer of time shares or individual lots at the Diamante Resort Property.  I provided the proposed form of Order to Assistant U.S. Attorney Leonardo, who had no comment on the language.

Respectfully submitted,

Marc Wolinsky