## CRIMINAL CAUSE FOR ORAL ARGUMENT

BEFORE: Bianco,J.

DATE:2/17/2017          TIME:1:28 p.m.     Time in court: 1 hr.

DOCKET NUMBER: CR 13-0607     TITLE: USA v. Phillip Kenner et al.

DEFT NAME: Tommy Constantine         DEFT: # 2
 X   PRESENT___NOT PRESENT__IN CUSTODY  X   ON BAIL

ATTY FOR DEFT: Sanford Talkin and Michael Morrissey
 X PRESENT        NOT PRESENT      X  RETAINED       C.J.A.
                                          FED. DEF. OF NY, INC.

DEFT NAME: Phillip Kenner         DEFT: # 1
 X   PRESENT___NOT PRESENT X IN CUSTODY     ON BAIL

ATTY FOR DEFT: Jeffery Pittell and Jesse Seigel
 X PRESENT         NOT PRESENT       RETAINED     X  C.J.A.
                                          FED. DEF. OF NY, INC.

A.U.S.A.:Saritha Komatireddy

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER: ___P. AUERBACH    ___E. COMBS   X  P. LOMBARDI
 __H. RAPAPORT___M. STEIGER___D. TURSI ___O. WICKER ___S. PICOZZI

INTERPRETER:

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE SUPERSEDING INDICTMENT.

___  CASE ADJOURNED TO                                FOR

___  MOTION CONFERENCE HELD ON                  'S MOTION TO

 X  ARGUMENT HEARD     ___ MOTION GRANTED.    ___ MOTION DENIED.
             X   DECISION RESERVED.

___  DECISION ENTERED INTO THE RECORD.

__ SPEEDY TRIAL INFORMATION:
   CODE TYPE: X-           START DATE: //15 XSTRT
                           STOP DATE:  //15 XSTOP

 X  NEXT STATUS CONFERENCE IS SET FOR 4/24/17 at 1:15 p.m.

___ **WITNESSES SWORN.**

_X_ **DEFT CONTINUED IN CUSTODY.**

___ **JURY SELECTION SET FOR &** _____

___ **TRIAL SCHEDULED FOR** _____

___ **MOTIONS TO BE MADE BY** _____

___ **RESPONSE BY GOVERNMENT BY** _____

___ **REPLY IF ANY BY** _____

___ **HEARING CONTINUED TO:** _____

___ **OTHER:** _____