UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                        13-CR-607 (JFB)

PHILLIP A. KENNER and
TOMMY C. CONSTANTINE,

                Defendants.

- - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney J. Matthew Haggans from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney J. Matthew Haggans
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 4th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6127
    Fax:  (718) 254-6076
    Email: matthew.haggans@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney J. Matthew Haggans at the email address set forth above.

Dated: Brooklyn, New York
February 17, 2017

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By: /s/ J. Matthew Haggans
J. Matthew Haggans
Assistant U.S. Attorney

cc: Clerk of the Court (JFB)