LAW OFFICE OF
# JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

February 21, 2017

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 22 2017 ★

LONG ISLAND OFFICE

**BY ECF**

Hon. Joseph F. Bianco, District Judge
United States District Court for the
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: *United States v. Kenner*, Dkt. No. S1 13-607 (JFB).

Dear Judge Bianco:

I am writing to inform the Court that Phillip A. Kenner, defendant herein, has elected to proceed with the change of counsel. Therefore, I request that I be substituted as counsel for him and prior counsel, Jeffrey G. Pittell, Esq., relieved.

Thank you for your attention.

Very truly yours,

/s/
Jesse M. Siegel

*Request granted.*

SO ORDERED

Joseph F. Bianco
USDJ
Date: Feb 22 20 17
Central Islip, N.Y.