

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK:whc
F.#2013R00948

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 6, 2017

**By FedEx and ECF**

Sam Talkin, Esq.
Talkin, Muccigrosso & Roberts LLP
40 Exchange Place
18th Floor
New York, NY 10005

Jesse M. Siegel, Esq.
Law Offices of Jesse M. Siegel
233 Broadway
Suite 707
New York, NY 10279

    Re: United States v. Phillip Kenner & Tommy Constantine
      Criminal Docket No. 13-607 (JFB)

Dear Counsel:

  As a courtesy and for your convenience, the government is providing herewith a DVD containing additional copies of government exhibits admitted at trial and available in electronic format. The password is "13cr607JFB!".

          Very truly yours,

          ROBERT L. CAPERS
          United States Attorney

    By: /s/
       Saritha Komatireddy
       J. Matthew Haggans
       Assistant U.S. Attorneys
       (718) 254-6054
       (631) 715-7862

cc: Clerk of the Court (JFB)