## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 4/24/2017          TIME: 1:25 p.m.     Time in court: 20 min.

DOCKET NUMBER:  CR 13-0607          TITLE: USA v. Phillip Kenner

DEFT NAME: Tommy Constantine
 X  PRESENT    NOT PRESENT    IN CUSTODY   X   ON BAIL

ATTY FOR DEFT: Sanford Tolkin
 X PRESENT        NOT PRESENT       RETAINED      X  C.J.A.
                                                 FED. DEF. OF NY, INC.

DEFT NAME: Philip Kenner
 X  PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL

ATTY FOR DEFT: Jess Seigel
 X PRESENT        NOT PRESENT       RETAINED      X  C.J.A.
                                                 FED. DEF. OF NY, INC.

A.U.S.A.: Diane Leonardo, Matthew Haggans, Madeline O'Connor

DEPUTY CLERK: Michele Savona

PROBATION: _____

COURT REPORTER: ___P. AUERBACH   ___E. COMBS   ___P. LOMBARDI
 __F. Guerino X  M. STEIGER___D. TURSI      ___O. WICKER___S. PICOZZI

FTR: 2:10-2:19

INTERPRETER: _____

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING
    INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE
    SUPERSEDING INDICTMENT.

___ CASE ADJOURNED TO_____ FOR_____

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
    _____

___ ARGUMENT HEARD   ___ MOTION GRANTED.   ___ MOTION DENIED.
                     ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-_____   START DATE: //17 XSTRT
                             STOP DATE:  //17 XSTOP

___ ORAL ARGUMENT CONFERENCE IS SET FOR //17 at 1:00 p.m.

___ JURY SELECTION SET FOR & _____

```
___  TRIAL SCHEDULED FOR_____

 X   SUPPLEMENTAL RULE 33 BY 6/6/17 Kenner

 X   RESPONSE BY 6/19/17 (Kenner)

 X   ORAL ARGUMENT SET FOR: 6/20/17 at 1:00 p.m Kenner

 X   Supplemental Rule 33 BY 6/2/17 (Constantine)

 X   RESPONSE BY 6/28/17

 X   REPLY IF ANY BY 7/12/17

 X   ORAL ARGUMENT SET FOR: 7/18/17 at 1:00 p.m

 X  PSR objections 5/15/17

 X   Any supplemental objection by 7/17/17

 X  OTHER: Gov. motion to remand is denied.
```