

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JMH
F. #2013R00948

*610 Federal Plaza*
*Brooklyn, New York 11201*

June 22, 2017

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Philip A. Kenner
     <u>Criminal Docket No. 13-607 (JFB</u>)

Dear Judge Bianco:

   The government respectfully writes to request that a proposed stipulation resolving the government's motion for a protective order (<u>see</u> Docket Entry No. 461) be so ordered by the Court. The proposed stipulation and order, which has been signed by all parties, is respectfully enclosed for the Court's consideration.

           Respectfully submitted,

           BRIDGET M. ROHDE
           Acting United States Attorney

       By:   /s/
           J. Matthew Haggans
           Assistant U.S. Attorney
           (718) 254-6127

cc: Clerk of Court (By ECF)
   Jesse M. Siegel, Esq. (By ECF)

SK/JMH
F. #2013R00948

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PHILIP A. KENNER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

STIPULATION AND ORDER

Cr. No. 13-607 (JFB)

        WHEREAS, the government has filed a motion under Docket Entry No. 461 ("the Motion"), seeking an order enjoining defendant PHILIP A. KENNER from further harassment of or otherwise proceeding further against any victim witness ("the Protected Person(s)") in the above-captioned matter; and

        WHEREAS, the Motion also seeks an order requiring defendant PHILIP A. KENNER to remove any references to any Protected Person's "restricted personal information," as that term is defined by 18 U.S.C. § 119(b)(1), from any Internet website under his direct or indirect control,

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the defendant PHILIP A. KENNER will remove, or have removed, any and all references to any Protected Person's "restricted personal information," as that term is defined by 18 U.S.C. § 119(b)(1), from any Internet website under his direct or indirect control; and

IT IS FURTHER ORDERED that defendant PHILIP A. KENNER is enjoined from communicating with or contacting, directly or indirectly by any means including by computer, any Protected Person;

IT IS FURTHER ORDERED that the above paragraph shall not be construed to apply to any communications or contacts initiated by KENNER's counsel, or by persons acting at the direction of KENNER's counsel, nor shall the above paragraph be construed to apply to any communications or contacts made by KENNER in response to any communications or contacts received by KENNER on or after the date of this Stipulation and Order, nor to any communications or contacts with persons who expressly and affirmatively consent to receipt of such communications or contacts; and

IT IS FURTHER ORDERED that the duration of this Stipulation and Order shall be either three years from the date of this Stipulation and Order, or the conclusion of this criminal case (including the resolution of direct appellate proceedings, if any), whichever date is sooner.

[continued on next page]

Any violation of this Stipulation and Order may result in contempt of Court.

Dated: Central Islip, New York
       JUNE 22, 2017

                                                BRIDGET M. ROHDE
                                                Acting United States Attorney
                                                Eastern District of New York

                                        By:    _____
                                                J. Matthew Haggans
                                                Saritha Komatireddy
                                                Assistant U.S. Attorneys

Agreed to by:


_____         _____
Philip A. Kenner                        Jesse M. Siegel, Esq.
Defendant                               Attorney for Defendant Philip A. Kenner


SO ORDERED:


_____
THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

3