FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 22 2017 ★

LONG ISLAND OFFICE

CRIMINAL CAUSE FOR ORAL ARGUMENT

BEFORE: Bianco, J.

DATE: 6/22/2017     TIME: 2:10 p.m.     Time in court: 55 min.

DOCKET NUMBER: CR 13-0607     TITLE: USA v. Phillip Kenner

DEFT NAME: Philip Kenner
X PRESENT ___ NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Jesse Seigel
X PRESENT ___ NOT PRESENT ___ RETAINED X C.J.A.
___ FED. DEF. OF NY, INC.

A.U.S.A.: Saritha Komatireddy & Matthew Haggans

DEPUTY CLERK: Jim Toritto

PROBATION: _____

COURT REPORTER: X P. AUERBACH  ___ E. COMBS  ___ P. LOMBARDI
___ F. Guerino X M. STEIGER ___ D. TURSI  ___ O. WICKER ___ S. PICOZZI

FTR:

INTERPRETER: _____

X CASE CALLED. ALL COUNSEL PRESENT.

___ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE SUPERSEDING INDICTMENT.

___ CASE ADJOURNED TO _____ FOR _____

___ MOTION CONFERENCE HELD ON _____ 'S MOTION TO
_____

X ARGUMENT HEARD  ___ MOTION GRANTED.  ___ MOTION DENIED.
             X DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-_____   START DATE: //17 XSTRT
                           STOP DATE:  //17 XSTOP

___ ORAL ARGUMENT CONFERENCE IS SET FOR //17 at 1:00 p.m.