SK/JMH
F. #2013R00948

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 23 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

PHILIP A. KENNER,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

STIPULATION AND ORDER

Cr. No. 13-607 (JFB)

      WHEREAS, the government has filed a motion under Docket Entry No. 461 ("the Motion"), seeking an order enjoining defendant PHILIP A. KENNER from further harassment of or otherwise proceeding further against any victim witness ("the Protected Person(s)") in the above-captioned matter; and

      WHEREAS, the Motion also seeks an order requiring defendant PHILIP A. KENNER to remove any references to any Protected Person's "restricted personal information," as that term is defined by 18 U.S.C. § 119(b)(1), from any Internet website under his direct or indirect control,

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the defendant PHILIP A. KENNER will remove, or have removed, any and all references to any Protected Person's "restricted personal information," as that term is defined by 18 U.S.C. § 119(b)(1), from any Internet website under his direct or indirect control; and

IT IS FURTHER ORDERED that defendant PHILIP A. KENNER is enjoined from communicating with or contacting, directly or indirectly by any means including by computer, any Protected Person;

IT IS FURTHER ORDERED that the above paragraph shall not be construed to apply to any communications or contacts initiated by KENNER's counsel, or by persons acting at the direction of KENNER's counsel, nor shall the above paragraph be construed to apply to any communications or contacts made by KENNER in response to any communications or contacts received by KENNER on or after the date of this Stipulation and Order, nor to any communications or contacts with persons who expressly and affirmatively consent to receipt of such communications or contacts; and

IT IS FURTHER ORDERED that the duration of this Stipulation and Order shall be either three years from the date of this Stipulation and Order, or the conclusion of this criminal case (including the resolution of direct appellate proceedings, if any), whichever date is sooner.

*[continued on next page]*

Any violation of this Stipulation and Order may result in contempt of Court.

Dated: Central Islip, New York
JUNE 22, 2017

By:

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

J. Matthew Haggans
Saritha Komatireddy
Assistant U.S. Attorneys

Agreed to by:

Philip A. Kenner
Defendant

Jesse M. Siegel, Esq.
Attorney for Defendant Philip A. Kenner

SO ORDERED: 6/23/17

THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

3