TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 23 2017 ★

LONG ISLAND OFFICE

********************************

USA

-v.-

Kenner

********************************

CR-13-607
Docket Number

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ____
Name:_____
Firm Name:_____
Address:_____
_____
Phone Number:_____
E-Mail Address:_____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO____
If yes, state description of document to be entered on docket sheet:

_____
_____
_____
_____

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

_____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

_____
_____
_____

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED:_____, NEW YORK

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE_____
                                DATE

**MANDATORY CERTIFICATION OF SERVICE**:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____          _____
       DATE                     SIGNATURE