

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JMH  
F. #2013R00948

*610 Federal Plaza
Central Islip, New York 11722*

November 3, 2017

By Hand and ECF

The Honorable Joseph F. Bianco  
United States District Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

        Re: United States v. Philip A. Kenner and Tommy C. Constantine  
             Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

      The government respectfully writes to request that the Court set a forfeiture briefing schedule as to both defendants in the above-referenced matter, as discussed at the status conference held before Your Honor on October 25, 2017. See ECF No. 505. The government proposes the following schedule as to forfeiture:

- February 28, 2018 – Defendants to file briefs in opposition to government's forfeiture motion (see ECF No. 401)

- March 30, 2018 – Government to file reply (if any)

- Date convenient for the Court on or after April 9, 2018 – Oral Argument

2

       The government has consulted with counsel for both defendants, who consent to the proposed schedule as to forfeiture.

                                                Respectfully submitted,

                                                BRIDGET M. ROHDE
                                                Acting United States Attorney

                                 By:   /s/ J. Matthew Haggans
                                                J. Matthew Haggans
                                                Assistant U.S. Attorney
                                                (718) 254-6127

cc:    Clerk of Court (JFB) (By ECF)
        Counsel of Record (By ECF)