

U.S. Department of Justice

United States Attorney
Eastern District of New York

610 Federal Plaza
Central Islip, New York 11722

JMH
F. #2013R00948

November 3, 2017

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 10 2017 ★
LONG ISLAND OFFICE

By Hand and ECF

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Philip A. Kenner and Tommy C. Constantine
      Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

The government respectfully writes to request that the Court set a forfeiture briefing schedule as to both defendants in the above-referenced matter, as discussed at the status conference held before Your Honor on October 25, 2017. See ECF No. 505. The government proposes the following schedule as to forfeiture:

- February 28, 2018 – Defendants to file briefs in opposition to government's forfeiture motion (see ECF No. 401)

- March 30, 2018 – Government to file reply (if any)

- Date convenient for the Court on or after April 9, 2018 – Oral Argument

The government has consulted with counsel for both defendants, who consent to the proposed schedule as to forfeiture.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By: /s/ J. Matthew Haggans
J. Matthew Haggans
Assistant U.S. Attorney
(718) 254-6127

cc: Clerk of Court (JFB) (By ECF)
Counsel of Record (By ECF)

Request granted. Oral argument on the forfeiture motion is scheduled for April 25, 2018, at 10:30 a.m.

SO ORDERED

Joseph F. Bianco
USDJ
Date: Nov. 10, 2017
Central Islip, N.Y.

2