TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

--------------------------------------------------------------------------------

FROM: 07480408
TO:
SUBJECT: 13-CR-607 (JFB) --- Termination of Counsel
DATE: 02/19/2018 08:30:24 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2018 ★
LONG ISLAND OFFICE

February 19, 2018

Dear Judge Bianco:

This letter is to inform the Court that I wish to terminate my relationship with Attorney Jesse Siegel. I find Mr. Siegel to be a very kind and friendly person, however my experience with him has become clear that he is too busy to handle the open issues in my case.

Over three (3) months ago, I requested that he speak with the AUSA's Office about scheduling a Fatico hearing and/or agree to submit Fatico briefs regarding the alleged schemes related to loss amounts. He agreed with me and confirmed he would arrange it. After a month, I was informed that only forfeiture Reply and Rebuttal briefs were scheduled, followed by April 2018 oral arguments. I was told Fatico would not be addressed at all until after oral arguments in April. On that day, I handed Mr. Siegel a disk with a fully annotated reply to the Government's 69-page Forfeiture summary, including all necessary exhibits. With 90-days to complete the reply, I asked for his draft in a timely manner, so we could review it and handle any and all necessary changes. A similar issue occurred with his PSR Objection submission, without a draft to review (leaving inaccuracies in the final submission). I am submitting this letter to the Court 80-days after that communication/meeting. Not one single discussion regarding the pending submission has occurred. Thus, I have already completed my Reply for the Court and will submit in ProSe next week.

An identical disconnect occurred related to a 2255 Motion I independently prepared and delivered to Mr. Siegel prior to Constantine's submission. As the Court is aware, this Motion was not submitted on my behalf.

Similarly to my previous counsel's desire to NOT include me in my own defense, I submitted an outstanding to-do list to Mr. Siegel for issues related to my current defense submissions months ago. None of them were ever addressed, consistent with Mr. Haley and Mr. Pittel's lack of action.

In consideration, can Your Honor please assign stand-by counsel with a paralegal and investigator? The attorneys have been too busy to meet regularly to discuss the open issues properly. The necessary preparation work has been routinely ignored, and I need someone who can regularly visit AND spend the necessary time to discuss the pending issues and handle issues properly with me, leaving appropriate time to respond.

I do not need to come to Court, unless Your Honor desires for me to further address the issues. Stand-by counsel, a paralegal and/or an investigator can visit me at MDC after they are assigned to me in ProSe.

Thank you for your immediate attention. G-d bless.   Phil Kenner

*[signature]*

RECEIVED
FEB 23 2018
EDNY PRO SE OFFICE

PHIL KENNEY 07480408
METROPOLITAN DETENTION CENTER
PO BOX 329002
BROOKLYN NY 11232

NEW YORK NY 100
20 FEB 2018 PM 11 L

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ FEB 23 2018 ☆

LONG ISLAND OFFICE

The Honorable Judge Bianco
US District Courthouse - Central Islip
610 Federal Plaza
Central Islip, NY 11722

Legal Mail    11722-445410