LAW OFFICE OF
# JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

March 8, 2018

**BY ECF**

Hon. Joseph F. Bianco, District Judge
United States District Court for the
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

               Re: *United States v. Kenner,* Ind. No. 13-CR-607 (JFB).

Dear Judge Bianco:

     As counsel to Philip A. Kenner, defendant herein, we request that the conference currently scheduled for March 16th at 1:30 p.m. be advanced and scheduled for March 12th at 1:00. We have another case scheduled in the Court at that time and this will allow us to use our time most efficiently. In addition, we believe it would be good to address the issues raised by Mr. Kenner in his letters to the Court as quickly as possible.

     We have spoken with A.U.S.A. J. Matthew Haggans, who consents to this request on behalf of the government.

     Thank you for your attention to this application.

                                                    Respectfully submitted,

                                                    /s/
                                                    Jesse M. Siegel