## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE:3/12/2018       TIME:1:58 p.m.     Time in court:14 min.

DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Kenner et al

DEFT NAME: Phillip Kenner       DEFT: # 1
 X   PRESENT     NOT PRESENT  X  IN CUSTODY      ON BAIL

ATTY FOR DEFT: Jesse Siegel
 X  PRESENT         NOT PRESENT       RETAINED      X   C.J.A.
                                      FED. DEF. OF NY, INC.

A.U.S.A.:Matthew Haggans and Diane Leonardo

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:    P. AUERBACH     E. COMBS     P. LOMBARDI
  H. RAPAPORT   M. FOLEY    D. TURSI    O. WICKER     S. PICOZZI

FTR:1:58-

 INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO                                    FOR

___ MOTION CONFERENCE HELD ON                   'S MOTION TO

___ ARGUMENT HEARD     ___ MOTION GRANTED.    ___ MOTION DENIED.
                       ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-          START DATE:  //18 XSTRT
                            STOP DATE:  //18 XSTOP

 X  HEARING IS  SET FOR 3/26/18 at 1:30 p.m.

 X  DEFTS. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR

___ MOTIONS TO BE MADE BY

___ RESPONSE BY GOVERNMENT BY

___ REPLY IF ANY BY

___ HEARING SET FOR:

__X__   OTHER: <u>Defendant's letter to be submitted to the court by March 19, 2018. Government's letter to be submitted by 3/21/18.</u>