## CRIMINAL CAUSE FOR HEARING

BEFORE: Bianco,J.

DATE: 3/26/2018       TIME: 2:00 p.m.     Time in court: 1 hr.

DOCKET NUMBER:  CR 13-0607         TITLE: USA v. Phillip Kenner

DEFT NAME: Phillip Kenner        DEFT: # 1
 X  PRESENT    NOT PRESENT X IN CUSTODY     ON BAIL

ATTY FOR DEFT: Jesse Siegel
 X PRESENT          NOT PRESENT       RETAINED     X  C.J.A.
                                                 FED. DEF. OF NY, INC.

A.U.S.A.: Matthew Haggans and Diane Leonardo

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:    P. AUERBACH     E. COMBS   X  P. LOMBARDI
  H. RAPAPORT   M. STEIGER   D. TURSI    O. WICKER    S. PICOZZI

INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

    DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING
    INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE
    SUPERSEDING INDICTMENT.

    CASE ADJOURNED TO                                      FOR

    MOTION CONFERENCE HELD ON                   'S MOTION TO

 X  ARGUMENT HEARD      MOTION GRANTED.     MOTION DENIED.
                         DECISION RESERVED.

    DECISION ENTERED INTO THE RECORD.

    SPEEDY TRIAL INFORMATION:
       CODE TYPE: X-           START DATE: //18 XSTRT
                               STOP DATE: //18 XSTOP

    NEXT STATUS CONFERENCE IS  SET FOR //18 at 1:15 p.m.

    Witnesses sworn.

 X  DEFT CONTINUED IN CUSTODY.

    JURY SELECTION SET FOR &

    TRIAL SCHEDULED FOR

 X  MOTIONS TO BE MADE BY 5/2/18

__X__  RESPONSE BY GOVERNMENT BY __6/4/18__

_____  REPLY IF ANY BY_____

__X__  HEARING CONTINUED TO: __7/18/18 at 10:00 a.m.__

__X__  OTHER: __Jesse Siegel appointed as stand by council.__

Case 2:13-cr-00607-JFB-AYS   Document 539   Filed 03/26/18   Page 2 of 2 PageID #: 14086