TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: EX PARTE submission (13-cr-607)(JFB)
DATE: 04/15/2018 06:06:55 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2018 ★
LONG ISLAND OFFICE

RECEIVED
APR 20 2018
EDNY PRO SE OFFICE

April 15, 2018

Dear Judge Bianco:

It has been three (3) weeks since you granted ProSe status to me. You granted Court permission for a paralegal. You represented I could receive an Investigator after I informed you of the appropriate reasons. You asked Attorney Siegel to pass along his forfeiture research to me, which he referenced to the Court the day of the hearing. He told the Court he had been working on much research during the 120-days since the forfeiture submissions were scheduled (by him). If you recall, a 30-day extension for my submission was granted, so I could incorporate his efforts already completed on my behalf.

Well, I thought you deserved an update. I received a paralegal visit two (2) weeks ago. I was immediately informed she would be on vacation most of the next three (3) months, starting May 1. I am not sure why that meeting was set up, as she clearly would not be helpful, nor appropriately available. Perhaps, a different attorney from a larger firm would have a paralegal on staff. No other meetings have been set up or communicated to me.

For the Investigator, I require assistance in preparation for the Fatico hearing and some forfeiture oral argument issues. I do not want to wait until the last minute to tackle the following items needed. 1) Witness location and interviews, 2) Case research, 3) Record tracking (new evidence), and 4) Other items that have been promised and not finished during Haley, Pittell, and Siegel's representation periods.

Lastly, Attorney Siegel told me via email that he would visit by the end of last week (3 full weeks after the hearing). There has been no visit, while I waited seven (7) hours, both Thursday and Friday, in the visiting room to no avail. I requested the previously mentioned research materials 1-1/2 weeks ago, but I have received nothing to date. As I previously mentioned, Mr. Siegel is a very nice man, yet he is too busy to handle my case items. I do not fault him for this, as the system overburdens all of the CJA attorneys (as I have learned). Perhaps, a new stand-by attorney can be assigned from a large NY firm, so they will have a paralegal on staff already. I believe that this will alleviate the current communication and administrative burdens on the Court. Then, we can move more expeditiously towards the completion of the pre-trial process.

Sorry for being a burden on the Court. As I have previously mentioned, the new assignment can occur and Mr. Siegel can notify me of the new stand-by counsel's email via CORRLINK email. There is no need for my all-day transportation to Central Islip and burden on the Court's time to satisfy this simple administrative remedy.

Sincerely,

Philip A. Kenner

Paul Kenner 07480408
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232

LEGAL MAIL

The Honorable Judge Bianco
US District Court — EDNY
100 Federal Plaza
Central Islip, NY
11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2018 ★
LONG ISLAND OFFICE