

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH/SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

April 24, 2018

By Regular Mail

Phillip A. Kenner (pro se)
No. 07480-408
MDC Brooklyn – Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

      Re:    United States v. Phillip A. Kenner
                  Criminal Docket No. 13-607 (JFB)

Dear Mr. Kenner:

      The government has received your letter dated April 9, 2018, in which you request to meet with the undersigned with no other personnel present on behalf of the government. A copy of that letter is enclosed for your reference.

      Please note that any meeting with the government in connection with the above-referenced matter will be conducted in the presence of one or more representatives of the investigating agencies. Any such meeting will also be conducted subject to any other requirements imposed by the Bureau of Prisons and/or the United States Marshals' Service in connection with your detention status.

                            Very truly yours,

                            RICHARD P. DONOGHUE
                            United States Attorney

          By:    /s/ J. Matthew Haggans
                     J. Matthew Haggans
                     Assistant U.S. Attorney
                     (718) 254-6127

Enclosure (1) (Letter from Phillip Kenner dated April 9, 2018)
cc:    Clerk of Court (JFB) (By ECF)

TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: Kenner/Haggans Meeting
DATE: 04/09/2018 01:55:06 PM

FILED
CLERK

2018 APR 16  PM 4: 23

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

April 9, 2018

Dear Matt:

I would like to meet with you face-to-face to discuss the remaining open items of this case, in order to make it easier on both of us. Although I would never attempt to dictate how you should handle your business, I would prefer that our meeting is just you and I the first time. After the meeting, if you agree to meet alone with me, you certainly would be 100% free to discuss the meeting contents and topics at your discretion and with whom you desire, afterwards. Many of the items I would like to share and discuss reside on my computer. I would recommend that we meet in the Old Building Visitor's Room at your convenience.

Please let me know if and when we can meet.

Sincerely,

Phil Kenner

Paul Kenner 07486-408
Metropolitan Detention Center
c/o Box 329002
Brooklyn NY 11232

LEGAL MAIL

Privileged & Confidential

AUSA Matthew Haggans
Eastern District of NY, US District Court
225 Cadman Plaza East
Brooklyn, NY 11201

BROOKLYN NY 110
12 APR 2018 PM 1 3 L