TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 04 2018 ★

LONG ISLAND OFFICE

May 2, 2018

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York

BY ECF

Re:   United States v. Kenner & Constantine
      13 Cr. 607 (JFB)

Dear Judge Bianco:

  Defendant Tommy Constantine ("Constantine") and *Pro* Se co-defendant Philip Kenner ("Kenner") respectfully submit this joint letter for an extension of the due date of their oppositions to the government's Forfeiture Motion to approximately forty-five days from today. Last week, the Court granted Constantine's Motion for Appointment of a Forensic Accountant. During the pendency of that motion, I met with Kenner for the purpose of coordinating our Oppositions and he expressed a desire to also move for appointment of forensic accountant. We discussed the matter and agreed that one forensic accountant would suffice for both defendants, streamline the process and save resources. I have been in contact with the Circuit CJA Coordinator regarding the credentials and costs of a forensic accountant and expect authorization to retain that individual in the next few days. Once the approval is received, an application for appointment will be file on the E-Voucher system forthwith.

  The filing deadline extension will provide the forensic expert with time to conduct his examination and for the defendants to use that information in their Oppositions. The government, by Assistant United States Attorney Madeline O'Conner, consents to this application

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc: AUSA Diane Leonardo (by ECF)
AUSA Madeline O'Connor (by ECF)
AUSA Saritha Komatireddy (by ECF)
AUSA Matthew Haggans (by ECF)
Philip Kenner (by mail)

Request granted.

SO ORDERED
S/Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: May 4, 2018
Central Islip, N.Y.