## CRIMINAL CAUSE FOR STATUS CONFERENCE

**FILED CLERK**
5/7/2018 2:20 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**BEFORE:** Bianco,J.

**DATE:** 5/7/2018        **TIME:** 1:58 p.m.    **Time in court:** 14 min.

**DOCKET NUMBER:** CR 13-0607        **TITLE:** USA v. Kenner et al

**DEFT NAME:** Phillip Kenner    **DEFT:** # 1
 X  PRESENT ___ NOT PRESENT  X  IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Jesse Siegel
 X PRESENT    ___ NOT PRESENT    ___ RETAINED    X  C.J.A.
                                ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Saritha Komatireddy and Madeline O'Conner

**DEPUTY CLERK:** Michele Savona

**PROBATION:**

**COURT REPORTER:** ___ P. AUERBACH    ___ E. COMBS    ___ P. LOMBARDI
___ H. RAPAPORT ___ M. FOLEY ___ D. TURSI ___ O. WICKER ___ S. PICOZZI

**FTR:** 1:33-1:42

 **INTERPRETER:**

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO _____ FOR _____

___ MOTION CONFERENCE HELD ON _____'S MOTION TO
_____

___ ARGUMENT HEARD    ___ MOTION GRANTED.    ___ MOTION DENIED.
                      ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE: __X-_____    START DATE: __/18 XSTRT
                             STOP DATE: __/18 XSTOP

____ HEARING IS  SET FOR_____

___ DEFTS. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___ RESPONSE BY GOVERNMENT BY _____

___ REPLY IF ANY BY _____

___ HEARING SET FOR: _____

____ **OTHER:** _____