

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JHK:DCL

*610 Federal Plaza
Central Islip, New York 11722*

May 11, 2018

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       Re:    <u>United States v. Kenner and Constantine</u>
                No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      This letter is respectfully submitted to advise the Court that the parties have agreed upon the following revised forfeiture briefing schedule:

      July 13, 2018         Defendants will file their forfeiture opposition briefs; and

      August 10, 2018      The government will file its reply brief.

                             Respectfully submitted,

                             RICHARD P. DONOGHUE
                             United States Attorney

          By:    <u>/s/ Diane C. Leonardo</u>
                Diane C. Leonardo
                Assistant U.S. Attorney
                (631) 715-7854