TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: 13-CR-607 (JFB)
DATE: 06/04/2018 06:45:14 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   JUN 11 2018   ★
LONG ISLAND OFFICE

Your Honor:

Please accept this letter as a copy of the correspondence shared with AUSA Hagans via regular mail this week. I have been trying to have this meeting since 2014, but have been unable due to former counsel's resistance.

Sincerely,   Phil Kenner

*[signature]*

RECEIVED
JUN 11 2018
EDNY PRO SE OFFICE

TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: Status meeting et. al. -- 13-CR-607 (JFB)
DATE: 06/03/2018 08:16:40 PM

RECEIVED
JUN 11 2018
EDNY PRO SE OFFICE

June 3, 2018

Attorney Hagans:

I submitted a letter request to you at your office about a month ago. I have been notified that you responded only that you must be accompanied by other DOJ members, etc for the meeting. I have no problem with whomever needs to be present. In light of your response letter, I am still interested in the meeting, set forth under your requirements and/or restrictions. In the context of the meeting related to scheduling through sentencing and related to the current forfeiture filings, I would like to discuss the actual losses that have been sustained for over a decade as a result of the funds that were established as part of the loans (in the case) to Ken Jowdy in Mexico, as well as the other overt acts of Jowdy that defrauded my investors and partners from 2002 thru present.

All of the evidence that I would like to discuss in order to assist in the collection of the the loans and other fraudulently managed assets (including embezzlement, racketeering, bribery, extortion, etc.) were originally outlined in my June 2009 meeting when I disclosed the stolen funds and the supporting evidence. The evidence is in the government's possession and has been since my initial and full-disclosure discussions on behalf of the investor base. The Court has acknowledged the possession of the funds by Ken Jowdy exclusively in that matter, as has the government in their Rule 33 reply. In Jowdy's February and March 2010 FBI proffer (to our current case agent), Jowdy affirmed all of the money he received and fraudulently chose to NOT PAY BACK and his LACK OF PLANS to do so. Jowdy confirmed the loans to the FBI despite his previous, contrarian denials in the 2008-09 Arizona lawsuit (perhaps only due to faulty memory, confusion, and mistakes). The 2010 FBI proffer echoed Jowdy's identical confessions to his January 2010 deposition in the various California fraud cases against him. There is no equivocation that Jowdy received, possessed, and administered 100% of the funds pursuant to the 2004 loan agreement (and his other controlled entities), yet my investors and I are still bewildered as to why we are unable to pursue Jowdy with the assistance of the government since my 2009 disclosure of the same items.

Ultimately, I would assume that we are of the same mindset that the real investors/lenders should be entitled to reacquire their investments and loans, and that it is a priority (since my efforts began in 2007). In that light, I am requesting again to meet with you (and your required team) to discuss the whereabouts of the funds, how Jowdy defrauded 100% of the investors thru the multitude of criminal acts (with evidence), and how the funds can be obtained and returned to those who have been denied by Jowdy and his cabal since I exposed the criminal acts in 2007.

I look forward to your reply and/or immediate follow-up meeting to discuss the conduct which deprived the investor-base of their properly bargained and evidenced deals with Jowdy and his cabal. Hopefully, this meeting will reduce the final workload in front of the Court, which are needed in the instant case. I am at MDC Brooklyn, which would be most convenient to review all of the materials related to each and every aforementioned criminal activity.

Sincerely,  Phil Kenner

*Phil Kenner* (signature)

Ali Kenney - 07455
Metropolitan
PO Box
Brooklyn NY 11232

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 11 2018 ★

LONG ISLAND OFFICE

The Honorable Judge Bianco
US District Court - EDNY
100 Federal Plaza
Central Islip NY 11722

Privileged & Confidential