

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMH/SK
F. #2013R00948

610 Federal Plaza
Central Islip, New York 11722

June 15, 2018

By Regular Mail

Phillip A. Kenner (pro se)
No. 07480-408
MDC Brooklyn – Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

        Re:    United States v. Phillip A. Kenner
                  Criminal Docket No. 13-607 (JFB)

Dear Mr. Kenner:

       The government has received your letter dated June 3, 2018, in which you renew your request for a meeting regarding sentencing and forfeiture.  See also ECF No. 553.  The government notes that it has already stated its position on both subjects on the record in various filings.  See, e.g., ECF Nos. 401 (government's forfeiture motion), 471 (government's responses to PSR objections).  The government further notes that your opposition to the government's forfeiture motion is due on July 13, 2018, and the government will reply on August 10, 2018.  See ECF No. 552.  In light of the foregoing, the government declines your request for a meeting.

                                              Very truly yours,

                                              RICHARD P. DONOGHUE
                                              United States Attorney

                           By:    /s/ J. Matthew Haggans
                                     J. Matthew Haggans
                                     Assistant U.S. Attorney
                                     (718) 254-6127

cc:    Clerk of Court (JFB) (By ECF)
       Jesse Siegel, Esq. (By ECF and By Email)