CRIMINAL CAUSE FOR HEARING

**BEFORE: Bianco,J.**

**DATE: 7/3/2018          TIME:11:00 a.m.     Time in court: 1 hr.**

**DOCKET NUMBER: CR 13-0607        TITLE: USA v. Phillip Kenner**

**DEFT NAME: Phillip Kenner       DEFT: # 1**
 X  PRESENT    NOT PRESENT X IN CUSTODY      ON BAIL

**ATTY FOR DEFT: Jesse Siegel**
 X PRESENT         NOT PRESENT         RETAINED       X  C.J.A.
                                           FED. DEF. OF NY, INC.

**A.U.S.A.: Samitha Komatireddy, Diane Leonardo, and Madeline O'Conner**

**DEPUTY CLERK: Michele Savona**

**PROBATION:** _____

**COURT REPORTER:** __P. AUERBACH    __P. LOMBARDI __ M. STEIGER
___D. TURSI ___O. WICKER

**FTR: 11:23-11:54**

**INTERPRETER:** _____

 X   CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE SUPERSEDING INDICTMENT.

___  CASE ADJOURNED TO _____ FOR _____
___  MOTION CONFERENCE HELD ON _____'S MOTION TO _____
_____

___  ARGUMENT HEARD    ___ MOTION GRANTED.    ___ MOTION DENIED. DECISION RESERVED.

___  DECISION ENTERED INTO THE RECORD.

___  SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-_____   START DATE: //18 XSTRT
                              STOP DATE:  //18 XSTOP

___ NEXT STATUS CONFERENCE IS SET FOR //18 at 1:15 p.m.

___ Witnesses sworn.

**X**  DEFT CONTINUED IN CUSTODY.

___  JURY SELECTION SET FOR & _____

___  TRIAL SCHEDULED FOR _____

___  MOTIONS TO BE FILED BY __/__/18 _____

___  RESPONSE BY GOVERNMENT BY __/__/18 _____

___  REPLY IF ANY BY _____

___  HEARING CONTINUED TO: __/__/18 at _____

**X** OTHER: Jesse Siegel appointed as stand by council.