TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607 (JFB)
DATE: 07/01/2018 06:11:25 PM

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 05 2018   ★

LONG ISLAND OFFICE

July 1, 2018

Your Honor:

Enclosed is a Rule 6 motion for Grand Jury minutes. I have included the related exhibits on the disc.

Thank you for posting this on ECF for me and distributing it to the necessary parties.

I remain, respectfully yours,

Phil Kenner *(signature)*

RECEIVED
JUL 05 2018
EDNY PRO SE OFFICE