**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

July 12, 2018

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York

BY ECF

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 12 2018   ★

LONG ISLAND OFFICE

Re:   United States v. Kenner & Constantine
      13 Cr. 607 (JFB)

Dear Judge Bianco:

Defendant Tommy Constantine ("Constantine") and *Pro Se* co-defendant Philip Kenner ("Kenner") respectfully submit this joint letter for another extension of the due date of their oppositions to the government's Forfeiture Motion to approximately forty-five days from today. The forensic account assigned to both defendants is currently conducting his examination of the data. He anticipates completion in about 30 days. Additionally, he has been unavailable to go the MDC to meet with Kenner until next week. The government, by Assistant United States Attorney Diane Leonardo, consents to this application so long as the government's reply deadline is proportionately extended.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Diane Leonardo (by ECF)
      AUSA Madeline O'Connor (by ECF)
      AUSA Saritha Komatireddy (by ECF)
      AUSA Matthew Haggans (by ECF)
      Philip Kenner (by hand)

SO ORDERED
/s/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: July 12, 20 18
Central Islip, N.Y.

*[Handwritten]:* Request granted. Opposition papers are due August 29, 2018. Reply papers are due September 29, 2018. Oral argument is scheduled for October 19, 2018, at 1:30 pm.