

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

July 20, 2018

**BY ECF**

Doreen Martin
T 212.983.1179
F 212.307.5598
DSMartin@Venable.com

The Honorable Joseph F. Bianco
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   United States of America v. Kenner, Cr. No. 13-607 (JFB)

Dear Judge Bianco:

As you know, this firm represents Danske Bank A/S, London Branch ("Danske") in connection with the forfeiture proceeding in this case. Danske writes to join Diamante Cabo San Lucas, LLC, Diamante Cabo San Lucas S. de R.L. de C.V., KAJ Holdings, LLC, Diamante Properties, LLC, and Kenneth A. Jowdy's (together, "DCSL") requests regarding the Appraisal Report, as outlined in DCSL's July 20, 2018 letter to this Court. [Dkt. No. 565] Specifically, Danske requests that when the Appraisal Report is produced to defendants, that it be produced subject to the confidentiality requirements described in DCSL's letter. *See id.* at 2.

Danske, as a third party with an interest in the underlying Subject Property [Dkt. No. 330], looks forward to a determination being made in this forfeiture proceeding.

We thank the Court for considering this matter.

Respectfully,

*/s/ DS Martin*

Doreen S. Martin

cc:   All parties of record via ECF
      Thomas McC. Souther, Esq. and Kevin P. Mulry, Esq. (by email)