

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

July 18, 2018

```
        F I L E D
   IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

  ★   JUL 25 2018   ★

    LONG ISLAND OFFICE
```

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Kenner and Constantine
      No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

The United States respectfully requests a brief adjournment of the oral argument on the United States' motion for forfeiture that is currently scheduled for October 19, 2018. Docket Entry 562. Counsel for defendant Constantine has consented to the adjournment. In the event that the Court is amenable to granting an adjournment, the United States and counsel for Constantine have consulted with one another and are available on October 12 or November 2, 2018. The parties are, of course, prepared to find additional dates that may better suit the Court's convenience, at the Court's direction.

Thank you for Your Honor's consideration of this application for a brief adjournment.

*[Handwritten: Request granted. Oral argument is adjourned to November 2, 2018, at 1:30 p.m.]*

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Madeline O'Connor
      Madeline O'Connor
      Assistant U.S. Attorney
      (631) 715-7870

cc:   Sam Talkin, Esq. (by ECF)
      Philip Kenner (by mail)

SO ORDERED
*[Signature: Joseph Bianco]*
Joseph F. Bianco
USDJ
Date: July 25, 20 18
Central Islip, N.Y.