SLR:LDM:MMO
F. #2013R00948

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    - against -

PHILLIP A. KENNER,
    also known as
        "Philip A. Kenner," and
TOMMY C. CONSTANTINE,
    also known as
        "Tommy C. Hormovitis",

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

Cr. No. 13-CR-607 (S-2)(JFB)

    **PLEASE TAKE NOTICE** that Assistant United States Attorney MADELINE O'CONNOR from this point forward will be added as counsel for the government in the above-captioned case.

    All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Madeline O'Connor
        United States Attorney's Office
        610 Federal Plaza, 5th floor
        Central Islip, New York 11722
        Tel: (631) 715-7870
        Email: madeline.oconnor@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF

notifications are sent to Assistant United States Attorney Madeline O'Connor at the email address set forth above.

Dated: Central Islip, New York
       August 1, 2018

              RICHARD P. DONOGHUE
              United States Attorney
              Eastern District of New York
              Attorney for Plaintiff
              610 Federal Plaza, 5th Fl.
              Central Islip, New York 11722

          By:  /s/ Madeline O'Connor
              Madeline O'Connor
              Assistant U.S. Attorney
              (631)715-7870

cc: counsel of record (by ECF)
*Pro Se* Defendant Phillip A. Kenner (by regular mail)