# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE: Bianco,J.**

**DATE: 8/1/2018        TIME: 12:20 p.m.    Time in court: 30 min.**

**DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Kenner et al**

**DEFT NAME: Phillip Kenner       DEFT: # 1**
 **X   PRESENT    NOT PRESENT X  IN CUSTODY     ON BAIL**

**ATTY FOR DEFT: Jesse Siegel (stand by counsel)**
 **X PRESENT        NOT PRESENT         RETAINED        X   C.J.A.**
                                            **FED. DEF. OF NY, INC.**

**A.U.S.A.: Saritha Komatireddy, Diane Leonardo, and Madeline O'Conner**

**DEPUTY CLERK: Michele Savona**

**PROBATION:**

**COURT REPORTER:    P. AUERBACH     E. COMBS     P. LOMBARDI**
 **H. RAPAPORT   M. FOLEY   D. TURSI   O. WICKER    X    M. Stieger**

   **INTERPRETER:**

 **X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.**

     **CASE ADJOURNED TO                                          FOR**

     **MOTION CONFERENCE HELD ON                    'S MOTION TO**


     **ARGUMENT HEARD       MOTION GRANTED.      MOTION DENIED. DECISION RESERVED.**

     **DECISION ENTERED INTO THE RECORD.**

     **SPEEDY TRIAL INFORMATION:**
      **CODE TYPE:  X-         START DATE:  //18 XSTRT**
                       **STOP DATE:  //18 XSTOP**

     **HEARING IS SET FOR**

     **DEFTS. CONTINUED IN CUSTODY.**

     **JURY SELECTION & TRIAL SCHEDULED FOR**

     **MOTIONS TO BE MADE BY**

___ **RESPONSE BY GOVERNMENT BY**_____

___ **REPLY IF ANY BY**_____

___ **HEARING SET FOR:**_____

___ **OTHER:**_____