TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

--------------------------------------------------------------------------------

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607(JFB)
DATE: 08/09/2018 05:40:11 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 13 2018   ★

LONG ISLAND OFFICE

August 9, 2018

Your Honor:

Please find two (2) letter on the enclosed disc, and accompanying exhibits.   One letter is regarding the Government's requested stipulation and the other is an EX PARTE submission related to the subpoenas we discussed August 1, 2018 in Court.

Sincerely,

Phil Kenner

Phil Kenner - 07418408
Metropolitan Detention Center
P.o Box 329002
Brooklyn NY 11232

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 13 2018 ★
LONG ISLAND OFFICE

The Honorable Judge Bianco
US District Court - EDNY
100 Federal Plaza
Central Islip NY 11722