** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| --- | --- | --- | --- | --- |
| August 27, 2018 at 12:37:47 PM EDT | 2127958146 | 31 | 1 | Received |

08/27/2018   12:53   2127958146   HILLTOP PHARMACY   PAGE. 01/01

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 29 2018 ★

LONG ISLAND OFFICE

District Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722
Fax number: 631-712-5677

August 27, 2018

**United States versus Phillip A. Kenner**
Docket number 13 Cr 00607 (JFB)

Dear Judge Bianco,

My name is Richard Fiske and I was appointed as a paralegal by the Court to assist Mr. Kenner who is now representing himself pro se.

Mr. Kenner represented to me that on July 3, 2018 the Court Ordered that he is authorized to have access to a 1 terabyte hard drive in order to assist his pro se representation. It was understood that the hard drive would have to be purchased and then brought into the Metropolitan Correctional Center (MDC) in Brooklyn, NY where Mr. Kenner is detained.

In order to accomplish this I would need documentation of this Order from Your Honor. On Wednesday August 22, 2018 I spoke with a representative from your staff and was advised to fax my request to the Court. Thank you for your consideration.

Respectfully,

*Richard Fiske*

Richard Fiske

**SO ORDERED**
*Joseph Bianco*
Joseph F. Bianco
USDJ
Date: August 28, 20 18
Central Islip, N.Y.

Request granted. The hard drive can be purchased under the Criminal Justice Act and used at the MDC consistent with the jail's security procedures.