The Honorable Judge Bianco:

Enclosed is my forfeiture reply brief, exhibits, and a cover letter for ECF.

Sincerely,

Phil Kenner

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 04 2018 ★
LONG ISLAND OFFICE

RECEIVED
SEP 04 2018
EDNY PRO SE OFFICE

RECEIVED
IN CLERK'S O
U.S. DISTRICT COU
SEP 04 2
LONG ISL

The Honorable Judge Bianco
US District Court, Brooklyn
Eastern District of NY
100 Federal Plaza
Central Islip, NY 11722

Phil Kenner 07486703
Metropolitan Detention Center
PO Box 329002
Brooklyn NY 11232