TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607 (JFB)
DATE: 09/17/2018 06:02:49 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 24 2018 ★

LONG ISLAND OFFICE

September 17, 2018

RE: Kenner rebuttal to Government Rule 6(e) Reply

To: The Honorable Judge Bianco:

Your Honor, enclosed is the Rebuttal brief and exhibits for my Rule 6(e) submission. I apologize for its delay, but I have been unable to work (via Court order) on my case for the majority of the last two (2) weeks; due to lockdown of the entire building and the re-start of blatant mistreatment by certain staff who previously were reported for targeting and denigrating me through various civil rights abuses.

These issues will be addressed in a follow-up submission (requested to be sealed to protect the helpful people from the abusive at the facility). I will be requesting a modification to the original Court Order for work that specifically details typical human rights like drinking water and using the bathroom; since that seems to be optional depending on the officers personal determination and not a general human right.

Lastly, there was a letter submission by me to the Court following our August 1, 2018 hearing to discuss the government stipulation (never received from the Government and standing of a non-party) and an additional EX PARTE explanation for subpoenas. Neither has been addressed by the Court, nor can I find out if it has even been docketed. Please advise.

Sincerely,
Philip A. Kenner

RECEIVED
SEP 20 2018
EDNY PRO SE OFFICE

Phil Kenner 07480408
Metropolitan Detention Center
PO Box 329002
Brooklyn NY 11232

LEGAL MAIL

The Honorable Judge Bianco
US District Courthouse - EDNY
100 Federal Plaza
Central Islip NY
11722

Privileged - Confidential