# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE: Bianco,J.**

**DATE:** 10/1/2018   **TIME:** 2:57 p.m.   Time in court: 16 min.

**DOCKET NUMBER:** CR 13-0607   **TITLE:** USA v. Kenner et al

**DEFT NAME:** Phillip Kenner
 **X** PRESENT ___ NOT PRESENT **X** IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:**
 **X** PRESENT    ___ NOT PRESENT    ___ RETAINED    **X** C.J.A.
                                                     ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Matthew Haggans, Diane Leonardo, and Madeline O"Connor

**DEPUTY CLERK:** Michele Savona

**PROBATION:** _____

**COURT REPORTER:** ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
 ___ H. RAPAPORT  ___ M. FOLEY  ___ D. TURSI  ___ O. WICKER  ___ S. PICOZZI

**FTR:** Sealed

 **INTERPRETER:** _____

 **X** CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 ___ CASE ADJOURNED TO _____ FOR _____

 ___ MOTION CONFERENCE HELD ON _____ 'S MOTION TO


 ___ ARGUMENT HEARD    ___ MOTION GRANTED.    ___ MOTION DENIED.
DECISION RESERVED.

 ___ DECISION ENTERED INTO THE RECORD.

 ___ SPEEDY TRIAL INFORMATION:
     CODE TYPE: __X-_____   START DATE: //18 XSTRT
                             STOP DATE:  //18 XSTOP

 ___ HEARING IS SET FOR _____

 ___ DEFTS. CONTINUED IN CUSTODY.

 ___ JURY SELECTION & TRIAL SCHEDULED FOR _____

 ___ MOTIONS TO BE MADE BY _____

___ **RESPONSE BY GOVERNMENT BY** _____

___ **REPLY IF ANY BY** _____

___ **HEARING SET FOR:** _____

___ **OTHER:** _____