CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 10/1/2018        TIME: 2:05 p.m.     Time in court: 20 min.

DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Kenner et al

DEFT NAME: Phillip Kenner
 X  PRESENT   NOT PRESENT X IN CUSTODY ___  ON BAIL

ATTY FOR DEFT:
 X PRESENT          NOT PRESENT        RETAINED       X C.J.A.
                                            FED. DEF. OF NY, INC.
DEFT NAME: Tommy Constantine
 X  PRESENT   NOT PRESENT X IN CUSTODY ___  ON BAIL

ATTY FOR DEFT: Sandford Talkin
 X PRESENT          NOT PRESENT        RETAINED       X C.J.A.
                                            FED. DEF. OF NY, INC.


A.U.S.A.: Matthew Haggans, Diane Leonardo, and Madeline O"Connor

DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER: ___ P. AUERBACH     ___ E. COMBS    ___ P. LOMBARDI
 __ H. RAPAPORT  __ M. FOLEY ___ D. TURSI __ O. WICKER ___ S. PICOZZI

FTR: 2:05-2:26

 INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___  CASE ADJOURNED TO_____FOR_____

___  MOTION CONFERENCE HELD ON_____'S MOTION TO


___  ARGUMENT HEARD    ___  MOTION GRANTED.   ___  MOTION DENIED.
DECISION RESERVED.

___  DECISION ENTERED INTO THE RECORD.

___  SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-_____    START DATE: //18 XSTRT
                              STOP DATE: //18 XSTOP

_____  **HEARING IS SET FOR**_____

___  **DEFTS. CONTINUED IN CUSTODY.**

___  **JURY SELECTION & TRIAL SCHEDULED FOR**_____

___  **MOTIONS TO BE MADE BY**_____

 **X**   **RESPONSE BY GOVERNMENT BY** 12/11/18_____

 **X**  **REPLY IF ANY BY** 1/11/18_____

 **X**   **ORAL ARUGMENT SET FOR:** 2/1/19 AT 1:30 PM_____

___  **OTHER:**_____