

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

October 8, 2018

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    <u>United States v. Philip A. Kenner</u>
            <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      The government respectfully writes in connection with matters raised by the above-referenced defendant at the October 1, 2018, status conference, specifically concerning his detention at the Metropolitan Detention Center ("the MDC"). The enclosed letter dated October 3, 2018, from a representative of the Bureau of Prisons ("BOP") ("the BOP Letter"), addresses the defendant's motion concerning a hard drive (<u>see</u> ECF No. 576), as well as his request to hand-carry certain other items from his cell at MDC.

      Based on discussions with representatives of the BOP, the government respectfully requests an additional week to permit the BOP to address the remaining issues raised by the defendant at the October 1 status conference.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

                By:    /s/ J. Matthew Haggans
                              J. Matthew Haggans
                              Assistant U.S. Attorney
                              (718) 254-6127

Enclosure (BOP Letter)
cc:    Clerk of Court (JFB) (By ECF)
        Phillip A. Kenner, <u>pro se</u> (By First-Class Mail)
        BOP Counsel (By Email)