

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

October 18, 2018

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Philip A. Kenner
              <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      The government respectfully writes in connection with matters raised by the above-referenced defendant at the October 1, 2018, status conference, specifically concerning his detention at the Metropolitan Detention Center ("the MDC"). The Bureau of Prisons ("BOP") has provided a letter dated October 18, 2018 ("the BOP October 18 Letter"), following up on the BOP letter dated October 3, 2018 (ECF No 590).

      Based on discussions with representatives of the BOP, the government respectfully requests permission to file the BOP October 18 Letter under seal due to the sensitivity of some of the information set forth therein. The government will file the BOP October 18 Letter on the next docket entry.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/ J. Matthew Haggans
      J. Matthew Haggans
      Assistant U.S. Attorney
      (718) 254-6127

Enclosure (BOP Letter)
cc:    Clerk of Court (JFB) (By ECF)
      Phillip A. Kenner, <u>pro se</u> (By First-Class Mail)
      BOP Counsel (By Email)