CRIMINAL CAUSE FOR HEARING

**BEFORE: Bianco,J.**

**DATE:** 2/1/2019       **TIME:** 2:00 p.m.    Time in court: 1 hr.

**DOCKET NUMBER:** CR 13-0607       **TITLE:** USA v. Phillip Kenner

**DEFT NAME:** Phillip Kenner    **DEFT:** # 1
 X  PRESENT  ___ NOT PRESENT  X  IN CUSTODY  ___ ON BAIL

**ATTY FOR DEFT:** Jesse Siegel
 X PRESENT    ___ NOT PRESENT    ___ RETAINED    X  C.J.A.
                                                 ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Thomas Constantine **DEFT:** # 1
 X  PRESENT  ___ NOT PRESENT  X  IN CUSTODY  ___ ON BAIL

**ATTY FOR DEFT:** Sam Talkin
 X PRESENT    ___ NOT PRESENT    ___ RETAINED    X  C.J.A.
                                                 ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Matthew Haggans and Diane Leonardo

**DEPUTY CLERK:** Michele Savona

**PROBATION:** _____

**COURT REPORTER:** ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
  ___ H. RAPAPORT  ___ M. STEIGER  ___ D. TURSI  ___ O. WICKER  ___ S. PICOZZI

FTR:2:07-2:47

**INTERPRETER:** _____

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE SUPERSEDING INDICTMENT.

___  CASE ADJOURNED TO _____ FOR _____
___  MOTION CONFERENCE HELD ON _____'S MOTION TO _____

___  ARGUMENT HEARD    ___ MOTION GRANTED.    ___ MOTION DENIED. DECISION RESERVED.

___  DECISION ENTERED INTO THE RECORD.

- [ ] **SPEEDY TRIAL INFORMATION:**
  CODE TYPE: __X-__    START DATE: __//18__ XSTRT
                       STOP DATE: __//18__ XSTOP

- [ ] **NEXT STATUS CONFERENCE IS SET FOR** __//18 at 1:15 p.m.__

- [ ] **Witnesses sworn.**

- [X] **DEFT CONTINUED IN CUSTODY.**

- [ ] **JURY SELECTION SET FOR &** _____

- [ ] **TRIAL SCHEDULED FOR** _____

- [ ] **MOTIONS TO BE MADE BY** __//19__

- [ ] **RESPONSE BY GOVERNMENT BY** __//19__

- [ ] **REPLY IF ANY BY** _____

- [X] **ORAL ARUGMENT SET FOR:** __3/1/19 at 1:00 pm__

- [X] **OTHER:** __Government's letter to be submitted by 2/22/19.__

Case 2:13-cr-00607-JFB-AYS   Document 615   Filed 02/01/19   Page 2 of 2 PageID #: 14802