TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607 [JFB]
DATE: 02/13/2019 02:14:59 PM

February 13, 2019

The Honorable Judge Bianco:

RE -- FORFEITURE

Your Honor:

Enclosed on the attached disc are three (3) submissions, as discussed during the February 1, 2019 status conference.

1) Letter motion to re-open forfeiture for "limited" purposes,

2) Letter response to Souther-Jowdy forfeiture letter, and

3) Letter response to Constantine forfeiture submission.

I appreciate your time and submission to ECF for the enclosed letters and associated exhibit folders.   Copies have not been forwarded to Constantine's attorney or the US Attorney's office, solely based on limited resources.

I remain, respectfully yours,

Philip A. Kenner

*[handwritten note:]* 1 Disc attached to the back of this document