
| DATE | FROM | TO | AMOUNT | PURPOSE | NOTES | SUBSEQUENT USE OF FUNDS |
|---|---|---|---|---|---|---|
| 08/05/02 | Jason Woolley | Baja Development | $150,000.00 | Baja Management Equity | 1 Percent | |
| 08/09/02 | Jason Woolley | Baja Development | $100,000.00 | Baja Management Equity | 1 Percent | |
| 08/13/02 | Dimitri Khristich | Baja Development | $250,000.00 | Baja Management Equity | 1 Percent | |
| 08/15/02 | Joe Juneau | Baja Development | $250,000.00 | Baja Management Equity | 1 Percent | |
| 08/24/02 | Dimitri Khristich | Baja Development | $250,000.00 | Baja Management Equity | 1 Percent | |
| 09/27/02 | Joe Juneau | Baja Development | $250,000.00 | Baja Management Equity | 1 Percent | |
| 10/01/02 | Owen Nolan | Baja Development | $500,000.00 | Baja Management Equity | 1 Percent | |
| 12/08/02 | GDM33 | DDM | ($10,000.00) | | | |
| 12/09/02 | Jason Allison | Baja Development | $500,000.00 | Baja Management Equity | 1 Percent | |
| 12/10/02 | GDM33 | DDM | ($4,000.00) | | | |
| 12/17/02 | Jason Woolley | Baja Development | ($100,000.00) | Baja Management Equity | 1 Percent | |
| 12/19/02 | Byron Dafoe | Baja Development | $500,000.00 | Baja Management Equity | 1 Percent | |
| 12/31/02 | Glen Murray | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 12/31/02 | Michael Peca | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 01/02/03 | Bryan Berard | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 01/02/03 | Christopher Simon | DDM | $325,000.00 | DDM Equity | 0.5 Percent | |
| 01/08/03 | Christopher Simon | DDM | $175,000.00 | DDM Equity | 0.5 Percent | |
| 01/09/03 | Mattais Norstrom | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 01/31/03 | GDM33 | DDM | ($14,000.00) | | | |
| 02/07/03 | Jay McKee | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 02/19/03 | Jay McKee | DDM | $350,000.00 | DDM Equity | 0.5 Percent | |
| 02/20/03 | Jozef Stumpel | DDM | $250,000.00 | DDM Equity | 0.5 Percent | |
| 02/21/03 | Jay McKee | DDM | $50,000.00 | DDM Equity | 0.5 Percent | |
| 03/03/03 | Ethan Moreau | DDM | $450,000.00 | DDM Equity | 0.5 Percent | |
| 03/21/03 | Jozef Stumpel | DDM | $250,000.00 | DDM Equity | 0.5 Percent | |
| 04/15/03 | Ethan Moreau | DDM | $50,000.00 | DDM Equity | 0.5 Percent | |
| 05/02/03 | GDM33 | DDM | ($20,000.00) | | | |
| 05/12/03 | Darryl Sydor | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 06/05/03 | GDM33 | DDM | ($20,000.00) | | | |
| 07/03/03 | Vladimir Tsyplakov | DDM | $250,000.00 | DDM Equity | 0.5 Percent | |
| 07/11/03 | Vladimir Tsyplakov | DDM | $250,000.00 | DDM Equity | 0.5 Percent | |
| 07/16/03 | GDM33 | DDM | ($10,000.00) | | | |
| 07/16/03 | GDM33 | DDM | ($5,000.00) | | | |
| 08/07/03 | Sergei Gonchar | DDM | $250,000.00 | DDM Equity | 0.5 Percent | |
| 09/05/03 | Sergei Gonchar | DDM | $60,000.00 | DDM Equity | 0.5 Percent | |
| 09/19/03 | Sergei Gonchar | DDM | $90,000.00 | DDM Equity | 0.5 Percent | |
| 09/28/03 | Darryl Sydor | Baja Development | ($28,000.00) | Loan to Baja Development | Flights | |
| 09/29/03 | Darryl Sydor | Baja Development | $500,000.00 | Loan to Baja Development | Loan | |
| 09/30/03 | Sergei Gonchar | DDM | $50,000.00 | DDM Equity | 0.5 Percent | |
| 12/05/03 | Greg de Vries | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 01/09/04 | Greg de Vries | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 02/17/04 | Greg de Vries | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 03/10/04 | Greg de Vries | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 03/16/04 | Sergei Gonchar | Diamante Air | $100,000.00 | DAIR Equity | 10 Percent | |
| 03/22/04 | GDM33 | DDM | ($2,500.00) | | | |
| 04/02/04 | Sergei Gonchar | Diamante Air | $50,000.00 | DAIR Equity | 10 Percent | |
| 04/06/04 | Jozef Stumpel | Diamante Air | $250,000.00 | DAIR Equity | 10 Percent | |
| 04/14/04 | Darryl Sydor | Diamante Air | $250,000.00 | DAIR Equity | 10 Percent | |
| 04/15/04 | Greg de Vries | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 04/27/04 | Mattais Norstrom | Diamante Air | $250,000.00 | DAIR Equity | 10 Percent | |
| 06/01/04 | Darryl Sydor | Baja Development | ($28,603.00) | Loan to Baja Development | Flights | |
| 06/11/04 | Darryl Sydor | Baja Development | ($36,913.00) | Loan to Baja Development | Flights | |
| 07/02/04 | Mattais Norstrom | Baja Development | $500,000.00 | Loan to Baja Development | Loan | |
| 10/29/04 | Little Isle IV | Baja Development | $15,000.00 | Loan to Baja Development | | |
| 11/01/04 | Little Isle IV | Bruce Greenberg | $11,000.00 | | | |
| 11/01/04 | Little Isle IV | LB Hangar Rent | $26,468.95 | | | |
| 11/02/04 | Little Isle IV | Baja Development | $250,000.00 | Loan to Baja Development | | |
| 11/03/04 | Little Isle IV | Baja Development | ($52,468.95) | | | |
| 11/24/04 | Little Isle IV | Casa de Caza | $14,500.00 | | | |
| 11/30/04 | Little Isle IV | Baja Development | $100,000.00 | Loan to Baja Development | | |
| 12/22/04 | Little Isle IV | Casa de Caza | $15,500.00 | | | |

Government Exhibit
FORF-44
14 CR 264 (JS)

| Date | Name | Entity | Amount | Description | Notes |
|---|---|---|---|---|---|
| 01/07/05 | Little Isle IV | Startime | $30,000.00 | | |
| 01/10/05 | Little Isle IV | Startime | $20,000.00 | | |
| 01/12/05 | Little Isle IV | Baja Development | $100,000.00 | Loan to Baja Development | |
| 01/18/05 | Little Isle IV | Baja Development | $250,000.00 | Loan to Baja Development | |
| 01/19/05 | Phil Kenner | DDM | ($100,000.00) | Loan to DDM | |
| 02/01/05 | Little Isle IV | DDM | $20,000.00 | Transfer to PK Amex 4012 | |
| 02/08/05 | Little Isle IV | DDM | $300,000.00 | Loan to DDM | |
| 02/09/05 | Phil Kenner | DDM | ($25,000.00) | Loan to DDM | |
| 03/14/05 | Little Isle IV | DDM | $100,000.00 | Transfer to PK Amex 4012 | |
| 03/15/05 | Little Isle IV | DDM | $75,000.00 | Loan to DDM | |
| 03/28/05 | Little Isle IV | DDM | $50,000.00 | Loan to DDM | |
| 03/29/05 | Raymond Murray | DDM | $500,000.00 | DDM Equity | |
| 03/29/05 | Glen Murray | Baja Development | ($150,000.00) | Palms Place Deposit | |
| 04/12/05 | Glen Murray | Baja Development | $240,000.00 | Loan to Baja Development | |
| 04/13/05 | Little Isle IV | Baja Development | $75,000.00 | Loan to Baja Development | |
| 05/04/05 | Little Isle IV | El Cardonal | $350,000.00 | | |
| 05/04/05 | Little Isle IV | Wiles and Wiles | $80,000.00 | | |
| 05/09/05 | Little Isle IV | El Cardonal | $350,000.00 | | |
| 05/11/05 | Little Isle IV | El Cardonal | $325,000.00 | | |
| 05/17/05 | Ula Makika | El Cardonal | $45,000.00 | | |
| 05/18/05 | Little Isle IV | Baja Development | $75,000.00 | Loan to Baja Development | |
| 05/18/05 | Ula Makika | El Cardonal | $225,000.00 | | |
| 05/25/05 | Phil Kenner | Baja Development | ($535,000.00) | Baja Development payment to PK | 0.5 Percent |
| 05/29/05 | Jozef Stumpel | LOR Management | $1,599,973.00 | | |
| 06/02/05 | Little Isle IV | MetroJet LLC | $30,000.00 | Starfime | |
| 06/02/05 | Ula Makika | Prop DDM (Banamex) | ($400,000.00) | | |
| 06/03/05 | Darryl Sydor | Baja Development | ($12,609.00) | Loan to Baja Development | |
| 06/06/05 | Ula Makika | Insured Aircraft | $390,000.00 | | |
| 06/06/05 | Jere Lehtinen | Prop DDM (Banamex) | $1,499,950.00 | | |
| 06/27/05 | Little Isle IV | LOR Management | $39,988.00 | Loan to Prop DDM | |
| 07/14/05 | Mattais Norstrom | LOR Management | $309,988.00 | | |
| 07/19/05 | Little Isle IV | Baja Development | $15,000.00 | Loan to Baja Development | Loan |
| 07/19/05 | Little Isle IV | Prop DDM (Banamex) | $1,499,970.00 | Loan to LOR | El Cardonal: part of 2.1m |
| 07/20/05 | Little Isle IV | Baja Development | $50,000.00 | Loan to Baja Development | Flights |
| 07/20/05 | Ula Makika | DDM | $50,000.00 | Loan to DDM | |
| 07/25/05 | Little Isle IV | Metro Funding | $10,000.00 | Loan to Baja Development | Loan |
| 07/27/05 | Ula Makika | Baja Development | $95,000.00 | Loan from Baja Development | CSL Airport $300,000 |
| 08/08/05 | Ula Makika | Baja Development | ($100,000.00) | Loan from Baja Development | LOR Expenses $9,988 |
| 08/18/05 | Ula Makika | Prop DDM (Serfin) | $40,000.00 | | |
| 08/22/05 | Ula Makika | Northwood Realty Svcs | $25,000.00 | Loan to LOR | |
| 08/29/05 | Glen Murray | Baja Development | $667,400.00 | Loan to Baja Development | |
| 08/29/05 | Glen Murray | Baja Development | $168,260.00 | Palms Place Refund | |
| 08/29/05 | Glen Murray | Baja Development | $105,750.00 | Palms Place Refund | |
| 08/29/05 | Phil Kenner | Baja Development | ($365,000.00) | Baja Development payment to PK | PK Amex x4102 |
| 08/29/05 | Ula Makika | Baja Development | $110,200.00 | Loan to Baja Development | |
| 08/29/05 | Unknown | Prop DDM (Serfin) | $25,000.00 | | |
| 09/08/05 | Tyson Nash | Baja Development | $100,000.00 | DCSL Equity | 0.4 Percent |
| 09/08/05 | Dimitri Khristich | Prop DDM (Serfin) | $249,985.00 | DCSL Equity | 1 Percent |
| 09/08/05 | Steve Rucchin | Prop DDM (Serfin) | $100,000.00 | DCSL Equity | 0.4 Percent |
| 09/08/05 | Turner Stevenson | Prop DDM (Serfin) | $100,000.00 | DCSL Equity | 0.4 Percent |
| 09/08/05 | Vladimir Tsyplakov | Prop DDM (Serfin) | $249,985.00 | DCSL Equity | 1 percent |
| 09/13/05 | Bryan Berard | Baja Development | $200,000.00 | DCSL Equity | 0.8 Percent |
| 09/14/05 | Ethan Moreau | Prop DDM (Serfin) | $100,000.00 | DCSL Equity | 0.4 Percent |
| 09/15/05 | Michael Peca | Baja Development | $200,000.00 | DCSL Equity | 0.8 Percent |
| 09/15/05 | Ula Makika | Baja Development | ($25,000.00) | Loan from Baja Development | |
| 09/23/05 | Ula Makika | LOR Management | $39,988.00 | | |
| 09/23/05 | Ula Makika | Baja Development | $50,000.00 | Loan to Baja Development | PK Amex $42,000 |

$1,299,970.00
$100,000.00
$90,000.00
$200,000.00
$659,990.00
$2,389,960.00

| Date | Name | Entity | Amount | Description | Note |
|---|---|---|---|---|---|
| 09/27/05 | Brian Campbell | Baja Development | $100,000.00 | DCSL Equity | 0.4 Percent |
| 09/27/05 | Phil Kenner | Baja Development | ($42,000.00) | Baja Development payment to PK | PK Amex x41102 |
| 10/18/05 | Mattais Norstrom | Baja Development | $90,000.00 | Loan to Baja Development | Loan |
| 10/18/05 | Jozef Stumpel | LOR Management | ($50,000.00) | Loan to LOR | Repayment (BD) |
| 11/09/05 | | Baja Development | $15,000.00 | Loan to Baja Development | |
| 11/09/05 | Ula Makika | DDM | $40,000.00 | | |
| 11/15/05 | Ula Makika | DDM | ($40,000.00) | | |
| 11/21/05 | Ula Makika | Diamante Air | $10,000.00 | | |
| 12/09/05 | Ula Makika | Synthesis Group | $22,168.00 | | |
| 12/13/05 | Ula Makika | Capital Corp | $37,500.00 | Loan to Dair | |
| 12/20/05 | GuideDog | Baja Development | $100,000.00 | DCSL Equity | 0.4 Percent |
| 12/22/05 | Greg de Vries | Baja Development | $100,000.00 | DCSL Equity | 0.4 Percent |
| 01/10/05 | Sergei Gonchar | Baja Development | $100,000.00 | | |
| 01/24/03 | Phil Kenner | Baja Development | $79,985.00 | | |
| 01/24/06 | Phil Kenner | Diamante Properties | ($80,000.00) | | |
| 02/03/03 | Ula Makika | Baja Development | $20,000.00 | | |
| 02/13/03 | Mattais Norstrom | Baja Development | $100,000.00 | Loan to Baja Development | 0.4 Percent |
| 02/14/06 | Ula Makika | Baja Development | ($50,000.00) | | |
| 02/17/06 | Darryl Sydor | Baja Development | $50,000.00 | DCSL Equity | 0.4 Percent |
| 02/24/06 | Turner Stevenson | Baja Development | $100,000.00 | DCSL Equity | 0.8 Percent |
| 02/24/06 | Ula Makika | Baja Development | ($50,000.00) | Loan from Baja Development | |
| 02/24/06 | GDM33 | DDM | ($50,000.00) | | |
| 02/24/06 | Phil Kenner | DDM | ($60,000.00) | | |
| 03/01/06 | Greg de Vries | Baja Development | $100,000.00 | DCSL Equity | 0.4 Percent |
| 03/02/06 | Ula Makika | Baja Development | ($70,000.00) | Loan from Baja Development | |
| 03/02/06 | GDM33 | DDM | ($50,000.00) | | |
| 03/02/06 | | DDM | $50,000.00 | | |
| 03/06/06 | Michael Peca | Baja Development | $50,000.00 | DCSL Equity | 0.8 Percent |
| 03/08/05 | Darryl Sydor | Baja Development | $50,000.00 | DCSL Equity | 0.4 Percent |
| 03/10/06 | Ethan Moreau | Baja Development | $99,990.00 | DCSL Equity | 0.4 Percent |
| 03/10/06 | Ula Makika | Baja Development | ($50,000.00) | Loan from Baja Development | |
| 03/13/06 | Michael Peca | Baja Development | ($20,000.00) | Loan from Baja Development | |
| 03/14/06 | Ula Makika | Baja Development | $50,000.00 | DCSL Equity | 0.8 Percent |
| 03/14/06 | Ula Makika | Baja Development | ($30,000.00) | Loan from Baja Development | |
| 03/24/06 | Bob Gaudet | Diamante Air | $125,000.00 | Loan to Dair | |
| 05/18/06 | Owen Nolan | Baja Development | ($90,000.00) | DCSL Equity | 0.4 Percent |
| 08/10/06 | Phil Kenner | Baja Development | $100,000.00 | Loan | |
| 12/30/06 | Darryl Sydor | Diamante Air | ($35,034.38) | Loan to Baja Development | Flights |
| 01/05/07 | Phil Kenner | Baja Development | ($27,903.00) | Flights | |
| 03/09/07 | Phil Kenner | Diamante Air | ($1,544.17) | Flights | |
| 03/15/07 | Phil Kenner | Diamante Air | ($16,987.60) | DAIR Equity | 10 Percent |
| ?????? | Sergei Gonchar | Diamante Air | $100,000.00 | | |

$21,840,825.85

$1,351,161.85

BD to DP $80,000
DP Wire to PK Amex $80,000

PK Transfer to Baja Development
Transfer to PK Amex 4012

| DATE | FROM | TO | AMOUNT |
|---|---|---|---|
| 10/29/2004 | Little Isle IV | Baja Development | $15,000.00 |
| 11/2/2004 | Little Isle IV | Baja Development | $250,000.00 |
| 11/30/2004 | Little Isle IV | Baja Development | $100,000.00 |
| 1/7/2005 | Little Isle IV | Startime | $30,000.00 |
| 1/10/2005 | Little Isle IV | Startime | $30,000.00 |
| 1/12/2005 | Little Isle IV | Baja Development | $20,000.00 |
| 1/18/2005 | Little Isle IV | Baja Development | $100,000.00 |
| 1/18/2005 | Little Isle IV | Diamante del Mar | $250,000.00 |
| 2/1/2005 | Little Isle IV | Diamante del Mar | $20,000.00 |
| 2/8/2005 | Little Isle IV | Diamante del Mar | $300,000.00 |
| 3/14/2005 | Little Isle IV | Diamante del Mar | $100,000.00 |
| 3/15/2005 | Little Isle IV | Diamante del Mar | $75,000.00 |
| 3/28/2005 | Little Isle IV | Diamante del Mar | $50,000.00 |
| 4/13/2005 | Little Isle IV | Baja Development | $240,000.00 |
| 5/4/2005 | Little Isle IV | Baja Development | $75,000.00 |
| 5/18/2005 | Little Isle IV | Baja Development | $45,000.00 |
| 6/23/2005 | Little Isle IV | Startime | $40,000.00 |
| 6/27/2005 | Little Isle IV | LOR Management | $40,000.00 |
| 7/19/2005 | Little Isle IV | Baja Development | $15,000.00 |
| 7/20/2005 | Little Isle IV | Propiedades DDM | $1,500,000.00 |
| 7/20/2005 | Ula Makika | Baja Development | $50,000.00 |
| 7/20/2005 | Ula Makika | Diamante del Mar | $50,000.00 |
| 7/27/2005 | Ula Makika | Baja Development | $95,000.00 |
| 8/18/2005 | Ula Makika | Propiedades DDM | $40,000.00 |
| 8/26/2005 | Ula Makika | Propiedades DDM | $25,000.00 |
| 8/29/2005 | Ula Makika | Baja Development | $110,000.00 |
| 9/23/2005 | Ula Makika | LOR Management | $40,000.00 |
| 9/26/2005 | Ula Makika | Baja Development | $50,000.00 |
| 11/9/2005 | Ula Makika | Baja Development | $15,000.00 |
| 11/15/2005 | Ula Makika | Diamante del Mar | $40,000.00 |
| 12/9/2005 | Ula Makika | Diamante Air | $10,000.00 |
| 2/3/2006 | Ula Makika | Baja Development | $20,000.00 |

KJ7210

CONFIDENTIAL TREATMENT REQUESTED

PK_SEC_015209

| Date | Beneficiary | Sender | Amount | Project | Bank Account | Account # |
|---|---|---|---|---|---|---|
| **Diamante Air** | | | | | | |
| 01-Apr-04 | Diamante Air | Mattias Norstrom | $ 250,000 | DAIR | Diamante Del Mar | 3981345506 |
| | | | | | Baja Development Corp. | 3981345276 |
| **Cabo San Lucas Airport** | | | | | Diamante Air | 3982295150 |
| 14-Jul-05 | LOR Management (Mex) | Mattias Norstrom | $ 310,000 | CSL Airport | TLJ Management | |
| 17-Oct-05 | Baja Development Corp. | Mattias Norstrom | $ 90,000 | CSL Airport | | |
| | | | | | Propiedades DDM (Mex) | 82-500300807 |
| **Diamante Cabo San Lucas** | | | | | Diamante Cabo San Lucas (Mex) | 82500325457 |
| 07-Sep-05 | Baja Development Corp. | Bryan Berard | $ 200,000 | DCSL | | |
| 21-Dec-05 | Baja Development Corp. | Greg deVries | $ 100,000 | DCSL | LOR Management (Mex) | 7001869239 |
| 28-Feb-06 | Baja Development Corp. | Greg deVries | $ 100,000 | DCSL | | |
| 26-Sep-05 | Baja Development Corp. | Brian Campbell | $ 100,000 | DCSL | | |
| 06-Jun-05 | Propiedades DDM (Mex) | Jere Lehtinen | $ 1,500,000 | DCSL | | |
| 06-Sep-05 | Baja Development Corp. | Tyson Nash | $ 100,000 | DCSL | | |
| 13-Feb-06 | Baja Development Corp. | Mattias Norstrom | $ 100,000 | DCSL | | |
| 13-Sep-05 | Baja Development Corp. | Michael Peca | $ 200,000 | DCSL | | |
| 07-Sep-05 | Propiedades DDM (Mex) | Steven Rucchin | $ 100,000 | DCSL | | |
| 22-Feb-06 | Baja Development Corp. | Turner Stevenson | $ 100,000 | DCSL | | |
| 08-Sep-05 | Propiedades DDM (Mex) | Turner Stevenson | $ 100,000 | DCSL | | |
| 23-May-05 | LOR Management (Mex) | Jozef Stumpel | $ 1,600,000 | DCSL | | |
| 08-Sep-05 | Propiedades DDM (Mex) | Dimitri Khristich | $ 250,000 | DCSL | | |
| 08-Sep-05 | Propiedades DDM (Mex) | Vladimir Tsyplakov | $ 250,000 | DCSL | | |
| **Diamante Del Mar** | | | | | | |
| 08-Jan-04 | DDM | Greg deVries | $ 100,000 | DDM | | |
| 13-Feb-04 | DDM | Greg deVries | $ 100,000 | DDM | | |
| 15-Apr-04 | DDM | Greg deVries | $ 100,000 | DDM | | |
| 05-Dec-03 | DDM | Greg deVries | $ 100,000 | DDM | | |
| 10-Mar-04 | DDM | Greg deVries | $ 100,000 | DDM | | |
| 06-Aug-03 | DDM | Sergei Gonchar | $ 250,000 | DDM | | |
| 01-Jul-04 | Baja Development Corp. | Mattias Norstrom | $ 500,000 | DDM | | |
| 26-Sep-03 | Baja Development Corp. | Darryl Sydor | $ 500,000 | DDM | | |
| 09-Jul-03 | DDM | Vladimir Tsyplakov | $ 250,000 | DDM | | |

CONFIDENTIAL TREATMENT REQUESTED

```
2:43 PM                          DDM
12/03/09                    Balance Sheet
Accrual Basis                All Transactions
```

|  |  | Sep 30, 09 |
|---|---|---:|
| **Loan & Exchanges** | | |
| BajaDevelopmentCorp | | |
| | Baja Development Payable- 2002 | 1,161,723.04 |
| | Baja Development Payable- 2003 | 157,719.31 |
| | Baja Development Payable- 2004 | 527,081.27 |
| | Baja Development Payable- 2005 | 240,908.42 |
| | Baja Development Payable- 2006 | -41,366.51 |
| | Baja Development Payable- 2007 | 267,200.28 |
| | Baja Development Payable- 2008 | -123,942.82 |
| Total BajaDevelopmentCorp | | 2,189,322.99 |
| Diamante Management, LLC | | 2,500.00 |
| Due to Payroll or Employee | | 4,095.53 |
| Guidedog, LLC | | 37,500.00 |
| Legacy Properties - Payable | | |
| | Legacy Properties Payable- 2007 | 180,964.40 |
| | Legacy Properties Payable- 2008 | 629,908.13 |
| | Legacy Properties Payable- 2009 | 369,500.00 |
| Total Legacy Properties - Payable | | 1,180,372.53 |
| Little Isle | | 795,000.00 |
| TLJ Mgmt | | 17,234.94 |
| Ula Makika | | 50,000.00 |
| **Total Loan & Exchanges** | | 4,276,025.99 |
| **Total Other Current Liabilities** | | 8,400,129.18 |
| **Total Current Liabilities** | | 8,400,129.18 |
| Long Term Liabilities | | |
| Mortgage Proceeds | | 3,000,000.00 |
| **Total Long Term Liabilities** | | 3,000,000.00 |
| **Total Liabilities** | | 11,400,129.18 |
| **Equity** | | |
| Capital | | |
| | Baja Management, LLC | 150,000.00 |
| | Berard | 500,000.00 |
| | De Vries | 500,000.00 |
| | Erikson | 500,000.00 |
| | Gonchar | 500,000.00 |
| | McKee | 500,000.00 |
| | Moreau | 500,000.00 |
| | Murray | 500,000.00 |
| | Murray, Raymond | 500,000.00 |
| | Norstrom | 500,000.00 |
| | Peca | 500,000.00 |
| | Simon | 500,000.00 |
| | Stumpel | 500,000.00 |
| | Sydor | 500,000.00 |
| | Tsyplakov | 500,000.00 |
| **Total Capital** | | 7,150,000.00 |
| Subcapital | | |
| | Brennan | 30,000.00 |
| | Cynthia Ann Essa | 30,000.00 |
| | Desmond | 30,000.00 |
| | Joe Essa | 30,000.00 |
| | John Graham | 30,000.00 |
| | Matt Franco | 50,000.00 |
| | McDonald | 30,000.00 |
| | Tomkinson | 30,000.00 |
| **Total Subcapital** | | 260,000.00 |

Page 3

KJ4898

CONFIDENTIAL TREATMENT REQUESTED                      PK_SEC_021195