FROM THE DESK OF

# MICHAEL PECA

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 25 2019   ★

LONG ISLAND OFFICE

February 13, 2019

Judge Joseph Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Bianco,

I have recently read the letter submitted to the court representing CSL Properties LLC by Greg DeVries, Mattias Nordstrom and Sergei Gonchar. To say it represents all CSL members which is what it clearly intendeds to do is disingenuous to say the least. Many CSL members, including myself were not even notified of any position CSL would take on the matter of forfeiture let alone the submission of a letter with a descending position on it. Those I have spoke with (other CSL members) are very upset at not being notified themselves about the submitted letter.

The decision of this forfeiture is crucial to every victim. It may be the only opportunity to recover their our stolen money and have some form of restitution.

Thank you for taking the time to read this letter and for considering the profound impact your decision will have for all victims in this matter.

Sincerely yours,

Michael Peca

1234 MAIN STREET   ANYTOWN, STATE ZIP   (123) 456-7890