## CRIMINAL CAUSE FOR ORAL ARGUMENT

BEFORE: Bianco,J.

DATE: 3/1/2019          TIME: 1:00 p.m.    Time in court: 1 hr.

DOCKET NUMBER:  CR 13-0607    TITLE: USA v. Phillip Kenner, et al

DEFT NAME: Phillip Kenner (Pro-Se)      DEFT: # 1
 X  PRESENT   NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT:
 ___ PRESENT   NOT PRESENT   RETAINED   C.J.A.   FED. DEF. OF NY, INC.

DEFT NAME: Thomas Constantine DEFT: # 1
 X  PRESENT   NOT PRESENT   IN CUSTODY   X   ON BAIL

ATTY FOR DEFT: Sam Talkin
 ___ PRESENT   NOT PRESENT   RETAINED   C.J.A.   FED. DEF. OF NY, INC.


A.U.S.A.: Matthew Haggans and Diane Leonardo

DEPUTY CLERK: Michele Savona

PROBATION: _____

COURT REPORTER: ___P. AUERBACH ___E. COMBS ___P. LOMBARDI
__H. RAPAPORT__M. STEIGER___D. TURSI ___O. WICKER ___S. PICOZZI

FTR: 1:42-2:55

INTERPRETER: _____

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT
      AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE SUPERSEDING
      INDICTMENT.

___   CASE ADJOURNED TO_____FOR_____
___   MOTION CONFERENCE HELD ON_____'S MOTION TO
      _____

___   ARGUMENT HEARD  ___ MOTION GRANTED.  ___ MOTION DENIED.
DECISION RESERVED.

___   DECISION ENTERED INTO THE RECORD.

___   SPEEDY TRIAL INFORMATION:
      CODE TYPE: X-_____   START DATE: //18 XSTRT

STOP DATE:  //18 XSTOP

____NEXT STATUS CONFERENCE IS SET FOR //18 at 1:15 p.m._____

_____Witnesses sworn.

 X   DEFT CONTINUED IN CUSTODY.

__ JURY SELECTION SET FOR & _____

__ TRIAL SCHEDULED FOR_____

___ MOTIONS TO BE MADE BY //19_____

___ RESPONSE BY GOVERNMENT BY //19_____

_____ REPLY IF ANY BY_____

 X       ORAL ARUGMENT SET FOR:  4/22/2019 at 1:30 pm_____

 X   OTHER: Government's letter to be submitted by 3/15/19, defendant
Constantine's response by 3/29/19, Government's reply if any by 4/9/19.
Kenner is to file a letter by 3/29/19.