TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 11 2019 ★
LONG ISLAND OFFICE

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607(JFB)
DATE: 03/06/2019 02:49:16 PM

March 6, 2019

The Honorable Judge Bianco:

I have included a disc with three (3) submissions. One (1) is EX PARTE. It is labeled as such on every page. The other two (2) are ready to be uploaded to ECF regarding the Kaiser letter submission and the Ken Jowdy forfeiture issues discussed during Oral Arguments on March 1, 2019. I addressed the revisionary statements of several trial witnesses and "interested" third (3rd) parties.

In addition, I am still struggling to make contact with the Forensic Accountant and get him to MDC. Is there another process available to me to meet with a forensic accountant? I have not heard from the original person since September 2018; six months ago. He produced no work product after that meeting.

Sincerely,

Phil Kenner

RECEIVED
MAR 11 2019
EDNY PRO SE OFFICE

Electronically Filed
12/22/2016 12:24:28 PM

CLERK OF THE COURT

AFFT

Ross C. Goodman, Esq.
Nevada Bar No. 7722
**GOODMAN LAW GROUP, P.C.**
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@goodmanlawgroup.com

Ronald Richards, Esq.
California State Bar No. 176246
**LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, P.C.**
P. O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 27-3325
Email: ron@ronaldrichards.com
*Attorneys for Glen Murray*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| GLEN MURRAY, Plaintiff, vs. KENNETH JOWDY, et al., Defendant | **Case No.: 08A571984** **Dept. No.: 22** **AFFIDAVIT OF RENEWAL OF JUDGMENT** |

STATE OF NEVADA )
) ss
COUNTY OF CLARK )

I, ROSS C. GOODMAN, ESQ., being first duly sworn, deposes and says:

1. I am an attorney licensed to practice law in the State of Nevada and I represent Plaintiff Glen Murray in this instant matter.

2. I have personal knowledge of the facts set forth below, except for those factual

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl
Las Vegas, Nevada 89101
(702) 383-5088

statements expressly made upon information and belief, and as to those facts, I believe them to be true, and I am competent to testify.

3. On January 18, 2011 Findings of Fact, Conclusions of Law and Judgment ("Judgment") was filed herein, followed by Notice of Entry of Order filed on January 24, 2011.

3. The parties involved in this action are Plaintiff Glen Murray, Defendants Kenneth Jowdy and Mark Thalmann. Judgment against Defendant Kenneth Jowdy was entered on the 18th day of January 2011. The judgment creditor is Plaintiff Glen Murray and there is no creditor successor in interest.

4. The Judgment is recorded in the Clark County Nevada Recorder's Office under the following instrument numbers: 201101200001735 dated January 20, 2011 and 20110608003583 dated June 8, 2011.

5. The Judgment represents the principal amount of $791,410.00 plus 10% interest, $79,141.00. Plaintiff was also awarded pre-judgment interest accrued at the legal rate of 5.25%, per annum, from the date of service of process (September 29, 2008 through January 14, 2011); which calculates to $104,805.99. The total Judgment on January 14, 2011 was $975,356.99, with post-judgment interest accruing at 5.25% until such time as the judgment is satisfied or paid in full.[1]

6. There is not an outstanding writ of execution for the enforcement of the judgment.

7. There have been no payments made towards the Judgment.

8. There are not setoffs or counterclaims in favor of the judgment debtor.

9. The exact amount due on the Judgment as of December 21, 2016 is $1,278,946.86.[2]

---

[1] Findings of Fact, Conclusions of Law and Judgment, file-stamped 01-18-2011, pg. 25 of 27.

[2] $975,356.99 x 5.25% = $51,206.24 (divided by 365 days = $140.29 daily interest). $140.29 x 2164 (number of days between 01/14/2011 and 12/21/2016) = $303,589.87 accrued interest + $975,356.99 (judgment) = $1,278,946.86.

GOLDMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 381-5858

Further your affiant sayeth naught.



ROSS C. GOODMAN, ESQ.

Subscribed and sworn to before me, a Notary Public on December 21, 2016.



NOTARY PUBLIC

TIFFANIE JOHANNES
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 09-9029-1
My Appt. Expires March 5, 2017



GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

MC-012

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Ronald Richards, Esq. SBN 176246
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, CA 90213
310-556-1001 Office
TELEPHONE NO.: 310-556-1001 FAX NO.: 310-277-3325
ATTORNEY FOR (Name): Glenn Murray

FOR COURT USE ONLY

FILED
Superior Court of California
County of Los Angeles
JUL 23 2014
Sherri R. Carter, Executive Officer/Clerk
By Jenny Chea, Deputy

NAME OF COURT: Los Angeles Superior Court
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Glenn Murray

DEFENDANT: Kenneth Jowdy

Received JUL 23 2014 Default Section

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

CASE NUMBER: BS131648

1. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category)*:

| | | Dates Incurred | Amount |
|---|---|---|---|
| a | Preparing and issuing abstract of judgment | 5-11-2011 | $ 25.00 |
| b | Recording and indexing abstract of judgment | 5-13-2011 | $ 30.00 |
| c | Filing notice of judgment lien on personal property | 5-13-2011 | $ 16.00 |
| d | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county)*: | | $ |
| e | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | $ |
| f | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ |
| g | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ |
| h | Other: *(Statute authorizing cost)*: | | $ |
| i | Total of claimed costs for current memorandum of costs *(add items a-h)* | | $ 71.00 |

2. All previously allowed postjudgment costs: $

3. **Total** of all postjudgment costs (add items 1 and 2): **TOTAL** $ 71.00

4. **Acknowledgment of Credit.** I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $

5. **Declaration of Accrued Interest.** Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $ 321,358.77

6. I am the ☐ judgment creditor ☐ agent for the judgment creditor ☑ attorney for the judgment creditor.
I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/22/2014

Ronald Richards
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**

If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, *not exceeding $100 in aggregate* and not already allowed by the court, may be included in the writ of execution. *The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution.* (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2011]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure § 685.070
www.courts.ca.gov

FILED
Superior Court of California
County of Los Angeles
MAY 04 2011
John A. Clarke, Executive Officer/Clerk
By ____________, Deputy
JENNY CHEA

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
111 NORTH HILL STREET, LOS ANGELES, CA 90012

PLAINTIFF/PETITIONER:
GLENN MURRAY

DEFENDANT/RESPONDENT:
KENNETH JOWDY

CASE NUMBER:
BS131648

**JUDGMENT BASED ON SISTER-STATE JUDGMENT**
**(Code Civ. Proc., § 1710.25)**

An application has been filed for entry of judgment based upon judgment entered in the State of:
NEVADA

Pursuant to Code of Civil Procedure section 1710.25, judgment is hereby entered in favor of plaintiff/judgment creditor
GLENN MURRAY

and against defendant/judgment debtor
KENNETH JOWDY

For the amount shown in the application remaining unpaid under said Judgment in the sum of $ 990,963.72, together with interest on said Judgment in the sum of $ 13,748.42, Los Angeles Superior Court filing fees in the sum of $ 395.00, costs in the sum of $ ________, and interest on said judgment accruing from the time of entry of Judgment at the rate provided by law.

JOHN A. CLARKE, Executive Officer/Clerk

Dated: 05/04/11

By: JENNY CHEA
Deputy Clerk

**CERTIFICATE OF MAILING**

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the **Judgment Based on Sister-State Judgment (Code Civ. Proc., § 1710.25)** upon each party or counsel named below by depositing in the United States mail at the courthouse in LOS ANGELES, California, one copy of the original filed herein in a separate sealed envelope for each address as shown below with the postage thereon fully prepaid.

RONALD RICHARDS
LAW OFFICES OF RONALD RICHARDS, A.P.C.
P.O. BOX 11480
BEVERLY HILLS, CA 90213

JOHN A. CLARKE, Executive Officer/Clerk

Dated: MAY 04 2011

By: JENNY CHEA
Deputy Clerk



Inst #: 20161227-0003343
Fees: $20.00
N/C Fee: $0.00
12/27/2016 04:22:54 PM
Receipt #: 2967495
Requestor:
JUNES LEGAL SERVICES
Recorded By: SAO Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

APN# 163-28-213-003
(11 digit Assessor's Parcel Number may be obtained at: http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

**TITLE OF DOCUMENT**
**(DO NOT Abbreviate)**

Affidavit of Renewal of Judgment

**Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.**

**RECORDING REQUESTED BY:**
Ross C. Goodman, Esq.

**RETURN TO: Name** Goodman Law Group, P.C.
**Address** 520 South Fourth Street, 2nd Fl.
**City/State/Zip** Las Vegas, Nevada 89101

**MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)**
**Name** ____________
**Address** ____________
**City/State/Zip** ____________

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

(5) Attorney List Representing over 300 CTE Litigants

**In re: National Hockey League Players' Concussion Injury Litigation. This Document Relates to All Actions**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**
**2018 U.S. Dist. LEXIS 117305**
**MDL No. 14-2551 (SRN/BRT)**
**July 13, 2018, Decided**
**July 13, 2018, Filed**

**Editorial Information: Prior History**

In re NHL Players' Concussion Injury Litig., 2015 U.S. Dist. LEXIS 33230 (D. Minn., Mar. 16, 2015)

**Counsel**

For Plaintiffs: Charles S. Zimmerman, Brian Gudmundson, David Cialkowski, and Wm Dane DeKrey, Zimmerman Reed, PLLP, Minneapolis, Minnesota; Bradley C. Buhrow and Hart L. Robinovitch, Zimmerman Reed, PLLP, Scottsdale, Arizona.

For Plaintiffs: Stephen G. Grygiel, Steven D. Silverman, and William Sinclair, Silverman, Thompson, Slutkin & White, LLC, Baltimore, Maryland.

For Plaintiffs: Jeffrey D. Bores, Bryan L. Bleichner, and Christopher P. Renz, Chestnut Cambronne PA, Minneapolis, Minnesota.

For Plaintiffs: Janine D. Arno, Kathleen L. Douglas, Stuart A. Davidson, and Mark J. Dearman, Robbins, Geller, Rudman & Dowd, LLP, Boca Raton, Florida, and Leonard B. Simon, Robbins, Geller, Rudman & Dowd, LLP, San Diego, California.

For Plaintiffs: Lewis A. Remele, Jr., Jeffrey D. Klobucar, and J. Scott Andresen, Bassford Remele, Minneapolis, Minnesota.

For Plaintiffs: Thomas Demetrio, William T. Gibbs, and Katelyn I. Geoffrion, Corboy & Demetrio, Chicago, Illinois.

For Plaintiffs: Brian D. Penny, Goldman, Scarlato & Karon PC, Wayne, Pennsylvania, and Mark S. Goldman, Goldman, Scarlato & Karon, PC, Conshohocken, Pennsylvania.

For Plaintiffs: Vincent J. Esades and James W. Anderson, Heins Mills & Olson, PLC, Minneapolis, Minnesota.

For Plaintiffs: David I. Levine, The Levine Law Firm P.C., Fort Lauderdale, Florida.

For Plaintiffs: Daniel E. Gustafson, David A. Goodwin, and Joshua J. Rissman, Gustafson Gluek, PLLC, Minneapolis, Minnesota.

For Plaintiffs Thomas J. Byrne, Namanny, Byrne, & Owens, APC, Lake Forest, California.

For Plaintiffs: Michael R. Cashman and Richard M. Hagstrom, Hellmuth & Johnson, PLLC, Edina, Minnesota.

For Plaintiffs: Robert K. Shelquist, Lockridge, Grindal, Nauen, PLLP, Minneapolis, Minnesota.

For Plaintiffs: Shawn M. Raiter, Larson King, LLP, St. Paul, Minnesota.

For Plaintiffs: Charles J. LaDuca, Cuneo, Gilbert & LaDuca, LLP, Bethesda, Maryland.

For Defendant: Daniel J. Connolly, Joseph M. Price, Linda S. Svitak, and Aaron D. Van Oort, Faegre Baker Daniels, LLP, Minneapolis, MN; John H.

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Beisner, Jessica D. Miller, and Geoffrey M. Wyatt, Skadden, Arps, Slate, Meagher & Flom LLP, Washington, D.C.; Shepard Goldfein, James A. Keyte, Matthew M. Martino, and Michael H. Menitove, Skadden, Arps, Slate, Meagher & Flom LLP, New York, New York; Matthew Stein, Skadden, Arps, Slate, Meagher & Flom, LLP, Boston, Massachusetts; Joseph Baumgarten and Adam M. Lupion, Proskauer Rose LLP, New York, New York.

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.