

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JHK:DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

March 14, 2019

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Kenner and Constantine
                  No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      This letter is submitted to advise the Court that, pursuant to the Court's directive on March 1, 2019, the government met with counsel for the third parties on March 13, 2019 to address their concerns regarding certain language in the proposed preliminary order of forfeiture.

      At the conclusion of the meeting, the government and counsel agreed that additional time is necessary to continue the discussion. Accordingly, the government respectfully requests permission to file a letter on or before April 5, 2019, to advise the Court of the progress of its discussions with third party counsel.

Thank you for Your Honor's consideration of this submission.

                                          Respectfully submitted,

                                          RICHARD P. DONOGHUE
                                          United States Attorney

By:    /s/ Madeline O'Connor
        Madeline O'Connor
        Diane C. Leonardo
        Assistant U.S. Attorneys
        (631) 715-7870
        (631) 715-7854

cc:    Sam Talkin, Esq. (by ECF)
       Jesse Siegel, Esq. (by ECF)
       Philip Kenner (by mail)
       Thomas McC. Souther, Esq. (by email)
       Kevin P. Mulry, Esq. (by email)
       Marc Wolinsky, Esq. (by email)
       Doreen Martin, Esq. (by email)
       Kelly Weiner, Esq. (by email)
       George Kostolampros, Esq. (by email)