

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JHK:DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

April 2, 2019

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Kenner and Constantine
      No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

  This letter is respectfully submitted to request the appointment of a Magistrate Judge to assist the government and third party counsel with resolving issues regarding the language contained in the proposed preliminary order of forfeiture.

  Thank you for Your Honor's consideration of this submission.

              Respectfully submitted,

              RICHARD P. DONOGHUE
              United States Attorney

        By: /s/ Madeline O'Connor
           Madeline O'Connor
           Diane C. Leonardo
           Assistant U.S. Attorneys
           (631) 715-7870
           (631) 715-7854

cc: Sam Talkin, Esq. (by ECF)
   Jesse Siegel, Esq. (by ECF)
   Philip Kenner (by mail)
   Thomas McC. Souther, Esq. (by email)
   Kevin P. Mulry, Esq. (by email)
   Marc Wolinsky, Esq. (by email)
   Doreen Martin, Esq. (by email)
   Kelly Weiner, Esq. (by email)
   George Kostolampros, Esq. (by email)