

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JHK:DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

April 2, 2019

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 03 2019 ★
LONG ISLAND OFFICE

Re: United States v. Kenner and Constantine
No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

This letter is respectfully submitted to request the appointment of a Magistrate Judge to assist the government and third party counsel with resolving issues regarding the language contained in the proposed preliminary order of forfeiture.

Thank you for Your Honor's consideration of this submission.

Request granted. Magistrate Judge Brown will conduct a conference to assist the parties. Counsel shall consult and submit several proposed dates in April for the conference to Magistrate Judge Brown.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Madeline O'Connor
Madeline O'Connor
Diane C. Leonardo
Assistant U.S. Attorneys
(631) 715-7870
(631) 715-7854

cc: Sam Talkin, Esq. (by ECF)
Jesse Siegel, Esq. (by ECF)
Philip Kenner (by mail)
Thomas McC. Souther, Esq. (by email)
Kevin P. Mulry, Esq. (by email)
Marc Wolinsky, Esq. (by email)
Doreen Martin, Esq. (by email)
Kelly Weiner, Esq. (by email)
George Kostolampros, Esq. (by email)

SO ORDERED
s/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: April 3, 2019
Central Islip, N.Y.