

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

George Kostolampros
T 202-344-4426
F 202.344.8300
gkostolampros@venable.com

April 5, 2019

**BY ECF AND COURTESY COPY VIA OVERNIGHT MAIL**
The Honorable Magistrate Judge Gary R. Brown
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   United States of America v. Kenner, Cr. No. 13-607 (JFB)

Dear Judge Brown:

We write on behalf of third party Danske Bank A/S, London Branch in regards to Judge Bianco's April 3, 2019 Order in the above-referenced matter, granting the government's and third party counsels' request to appoint a Magistrate Judge. We have conferred with the government regarding proposed dates for a mediation conference and have advised the government that we are available on April 18, April 29 and/or April 30. We understand that the government is also available on those dates. We also believe that in advance of such conference, interested parties should be allowed to submit a confidential *ex parte* statement regarding their position. We have conferred with the government and the government does not believe such confidential statements are required. It is our position that because of the complexity of the issues, submission of such statements will undoubtedly help in presenting the issues so that the mediation could proceed efficiently and effectively. Thus, we respectfully request that the Court order a schedule whereby interested parties may submit confidential *ex parte* statements up to five pages prior to the mediation conference.

Respectfully,

George Kostolampros
Doreen S. Martin

cc:   All parties of record via ECF
      Thomas McC. Souther, Esq. and Kevin P. Mulry, Esq. (by email)
      Marc Wolinsky, Esq. (Diamonte Doce, LLC) (by email)