**Marc Wolinsky**
**Diamante Doce, LLC**
**252 Seventh Avenue – PH O**
**New York, NY  10001**

**(212) 403-1226**

April 5, 2019

**Via ECF and FedEx**

The Honorable Magistrate Judge Gary R. Brown
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

        **Re:    United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Brown:

I am the co-owner, through Diamante Doce LLC, of a home at the Diamante

Resort.  I am writing both on behalf of myself and on behalf of an ad hoc group of Diamante

homeowners who, collectively, own approximately $50 million of real estate at the resort in

connection with Judge Bianco's April 3, 2019 Order appointing Your Honor as mediator.

I believe that all parties believe that a speedy resolution of this dispute should be

achieved.  While I of course will be guided by your wishes, I join in Danske Bank's suggestion

that the mediation would be advanced if interested parties are permitted to file a confidential ex

parte statement regarding their position in advance of mediation.  I also believe that it would

assist Your Honor in making the most effective use of the mediation session itself if Your Honor

conducted introductory, ex parte calls with each party in advance of the session.

Hon. Gary R. Brown
April 5, 2019
Page 2

        I am available to participate in a mediation on the dates proposed by counsel for

Danske Bank in his April 5, 2019, letter, and look forward to working with you to achieve a

resolution that protects and advances the interests of all interested parties.

                Respectfully submitted,

                Marc Wolinsky

cc:    All parties of record via ECF
       Thomas Souther, Esq. and Kevin Mulry, Esq. (By Email)
       Doreen Martin, Esq. (By Email)