TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

----

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607 (JFB)
DATE: 03/28/2019 06:03:57 PM

~~EX PARTE~~   JFB

March 28, 2019

The Honorable Judge Bianco:

I have enclosed my ProSe submission to the government's PSR objections.

Second, I am not sure why the ProSe desk will not upload my two (2) letters from the March 6 disc to ECF.  I have no capacity to print in here (lacking electricity at times), as they instructed my paralegal for me to do.

I hope there is a reasonable solution that can allow the uploads to happen soon.

Sincerely,

Phil Kenner

#07480-408
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 22 2019 ★

LONG ISLAND OFFICE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 08 2019
LONG ISLAND OFFICE

Michelle Savo[?]
c/o The Honorable Judge Brian[?]
US District Courthouse - EDNY
100 Federal Plaza
Central Islip NY 11722

Ex Parte Submission

Phil Kenner 07480468
Metropolitan Detention Center
PO Box 329002
Brooklyn NY 11232

11722-443800