UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
USA,

                Plaintiff(s),

    -against-

KENNER, et al.,

                Defendant(s).
--------------------------------------------------X

**RECUSAL ORDER**

CR-13-607(JFB) (GRB)

The undersigned hereby recuses himself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to a Magistrate Judge from the Long Island wheel.

SO ORDERED

Dated: Central Islip, New York
      May 7, 2019

                                    /s/ Gary R. Brown
                                    GARY R. BROWN
                                    United States Magistrate Judge