April 30, 2019

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 03 2019 ★

LONG ISLAND OFFICE

Dear Judge Bianco:

To date, I have sent approximately 10 letters in the last 2 years to the US Attorney's Office to get a copy of the stipulation you ordered for the Mexico Diamante appraisal. I received six of them back as "Return to Sender." I have not received a response to any of [them].

During [illegible] ... I reported my former attorney Carol [illegible] ... [illegible] ... permanent. [illegible] ... of excuses and "I forgot" but [illegible] ...

[illegible paragraph]

Can you please arrange for the stipulation to be sent to me so I can receive this 3-year-old court-ordered document?

I remain, respectfully yours,

[signature]

RECEIVED
MAY 03 2019
EDNY PRO SE OFFICE