Please docket this letter in

United States versus Phil Kenner [13-cr-607 (JFB)]

Thanks

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 10 2019   ★

LONG ISLAND OFFICE

March 14, 2019

The Judge Bianco:

I am writing to you about the Phil Kenner case. I am Phils friend and partner in Baja ventures in Cabo. I read the letter that Jon Kaiser sent to you. It shocked me totally that he finally said the truth like Phil always says to us. Kaiser worked for years with Bryan Berard to convince all of us investors with the FBI agent that Phil stole our money and Jowdy didn't. We all know Phil did not get our money. Phil gave us the bank records that prove it right when they said the lies. They kept telling us the wrong stuff to help Ken jowdy. Jowdy has our money. we all know it.

I have more problems with Jowdy and what he done to us for over 15 years. i am glad Jon Kaiser says Jowdy is a crook after firing him. But why not before? Jowdy stole our money from 2002. Jowdy stole our first del mar project money and loan. Jowdy's attorneys helped hide the project del mar from us. Jowdy stole our airplane money. Jowdy stole money from the second project of Cabo. Jowdy stole our Hawaii money. Jowdy stole money from my loan and Phil's loan and my friends loans and more. Jowdy's lawyers lie to us about all of it. What Kaiser forget to say for you is that only Phil told us about all of it over ten years ago. All the investors know. Phil told us together on calls so we decide together. We are all mad from when Jowdy did not pay us back when he got cabo Lehman money. no money paid to us for hawaaii and me and the guys other money from loans. We had to sue him everywhere.

I am Phils partner in Baja Ventures company in Cabo. When Jowdy tried to steal that money from me and our other partner Phil protected me and him in our company. Why wont someone talk to Phil so we can get our money back? Kaiser lied to the Mexico court for Jowdy help to say he did not help me in my case for 1,600,000 against Jowdy. He lied about a forgery of his name to help Jowdy and ruin my case in Mexico. I sue Jowdy for the 1,600,000 of my money Jowdy never put in my Cabo investment with Phil. I sue Jowdy with a new Mexico lawyer because he would not talk to us after he got the money of Lehman.

I put 2,600,000 into the Cabo deal with Phil and another friend put 1,500,000. We are supposed to have 4,100,000 in Baja Ventures but Jowdy stole my extra 1,600,000 and then got Jon Kaiser to lie and screw up my lawsuit just because he got a job like Berard. Right a way. Now I know Jowdy only says we have 2,500,000 in Baja venture. He is a robber and Kaiser and Berard know it before they took the job and helped screw Phil with the FBI. And help Jowdy.

Phil and another guy Jowdy stole from Gaudet helped me sue Jowdy in Mexico to get back over 1 million more of my money from 2005. Jon Kaiser lied to a court in Mexico to help Jowdy and hurt me. Kaiser told the Mexico court he never signed a testimony affidavit for me against Jowdy. Kaiser lied for Jowdy his boss. Jon Kaiser

told me himself that he signed it to help me. then he got the job from Jowdy like Berard and said it was fake.

The only peoples Jowdy is conspirator with is Kaiser and Berard and Galioto and Jowdy lawyers. But not Kaiser now because hes fired? They have stopped Phil from helping us get our money back. That is why they made up storys to get people mad at Phil and stop him helping by arresting him. Phils report to all of us explain it always. Phil never lied to us. Phil never hid stuff about our investments from us. Why cant the FBI people or the court people see it? Why cant you have someone talk to Phil for us? phil already showed when all the money went to Jowdy from Hawaii money and other money. we always know from group calls to decide together. These are the same people who got Phil arrested in 2010 in Mexico to hurt him and to scare him bad to stop fighting for us. I am glad for my family Phil never stop.

All of us know from more than 10 years that we gave money to Jowdy from our Hawaii company as a group. We all talked about it with conference calls before we agreed together. Mike Peca an Jon Kaiser an Bryan Berard was talking on all the same calls that I was talking on. All of us got mad after 2006 when Jowdy did not pay us back. All the rest of our money that Jowdy got for Mexico we sent our self not by Phil. Phil cant send our money. we have to tell the bank after Phil did send the papers for us. Phil cannot take money without us telling the bank people to authorize ok it. Before Phils trial we tried with Phils help to get our money again in Mexico. But some FBI people arrested the person helping us. I don't know why the FBI is helping Jowdy an Kaiser an Berard keep all of our money so hard.

How can Jon Kaiser tell you now that Jowdy is bad? All of us knew it and thats why we were helping Phil with the Mexico lawyers and cases to get it back so long. Jowdy paid Kaiser to help get rid of me and all of us because only Phil was fighting for us. the FBI guy does not want to hear anything about Jowdy just Phil.

Please dont take our Baja ventures company from me and Phil and jere. All of our money is from our hockey and investment earnings. Jowdy stole all of our Hawaii money and other money from Glen Murray and Phil and Bob Gaudet and Mattias Norstrom. Because the FBI wont help us and lies about Phil we are scared that no one wants to help us. why is the government trying to take our company? Phil told us everything always. And me an jere are with Phil's company. Only Jowdy people and FBI guy lie to us. Lie is what Kaiser did to us after his new job only. I guess that is gone and he need us again.

The FBI even arrested a person from 2015 who was helping us file new cases against Jowdy in Mexico City. FBI people was happy to tell us that he stopped us again. I am so confused because Phil sent us the info we needed to get the cases filed. Why doesnt the money Jowdy stole matter to the FBI? Phil did not take any of our money. we just want the money back our Hawaii group gave Jowdy after we decided with phil. Anyone who says they dont know are lying. We all did it

together because we were all with Jowdy in del mar Mexico and then waiting to do Cabo.  It was the big plan.  We all chose it together.

Phil told us right after the deal from Jowdy to settle came two years ago that it was never going to be paid.  He is right after 15 years of Jowdy lies like Kaiser now says in his letter.  But the FBI people told us to sign the new Jowdy deal.  The FBI said it is good to our lawyer.  I know it is not good but only Phil was trying to help fix it and tell us and no one else.  I see Peca is not with the new deal in his letter.  Because the deal is not good. But only Phil try to help us still today.

Since there were over 10 big problems to fix of Jowdy after the Lehman money came to Mexico.  We decide we should do them all to fix at one time.  Our group agreed to sue Jowdy and do it Phils way all on calls together.  This includes Peca an Kaiser an Berard an alot more of our invetor guys.

Everyone wants some money back.  I do to.  I hear some guys is broke is from their spending to much and not just from one or two investments. But not from phil.  We all made a lot of money.  We made the Mexico investments to help us after hockey but Jowdy stole them.  No one else did it to us.

Since they arrest Phil the FBI people and Berard and Kaiser have called me to lie to me about phil.  We all know the truth of jowdy has our money and how he got it. And Jowdy who robbed our projects all of them I said in this letter. And Berard an Kaiser are helping to protect Jowdy after they got jobs from him.   it is crazy now Kaiser has no job and is on Phils side to help like Phil always told us.

Please help us get someone good to talk to Phil so they can get the truth and evidence I saw.  Thank You for helping us. Thank You for reading.

Thank You,

Jozef Stumpel