Judge Bianco,

My name is Marlene Grissom and I am Phillip Kenner's fiancé.
I received a call from him Thursday the 9th of May after 10 days of not hearing from him, he told me he was in the shu and that I needed to contact someone to inform them of the reason he is in there. He told me it was because of a jump drive the government gave him with case info when he was in GEO Queens in 2015 and the guards said he was not supposed to have.

There was a letter talking about this jump drive and that he needs the letter to get him out of the shu or he can be held for up to 3 months.
I looked threw all dockets in 2015 before April as he told me it could not have been after then.
I FOUND Docket number 191 Filed on 3/30/2015 and that seems to be what he is referring to.
He said the guards need that paper for proof.

I enclosed a print out from Pacer.gov of that docket # 191

I'm sending it to you to see if you can get it to whoever needs it to return him back to population and hope he can still continue to work on his case and get closer to getting home to us. This has been a really long road and we are anxiously awaiting him home and get on with our lives.

Thank you,
Marlene Grissom

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 14 2019   ★

LONG ISLAND OFFICE