

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

May 14, 2019

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: <u>United States v. Kenner and Constantine</u>
     No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

  Enclosed are revised Preliminary Orders of Forfeiture incorporating the recommendations made by the Honorable Anne Y. Shields at the conclusion of the mediation.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

    By: /s/ Madeline O'Connor
       Madeline O'Connor
       Diane C. Leonardo
       Assistant U.S. Attorneys
       (631) 715-7870
       (631) 715-7854

cc: Philip Kenner