

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
**T** 202.344.4000   **F** 202.344.8300   www.Venable.com

May 15, 2019

George Kostolampros

**T 202-344-4426**
**F 202.344.8300**
gkostolampros@venable.com

**VIA ECF**
The Honorable Joseph F. Bianco
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     United States of America v. Kenner, Cr. No. 13-607 (JFB)

Dear Judge Bianco:

        We write on behalf of Danske Bank A/S, London Branch ("Danske") to object to the Revised Preliminary Orders of Forfeiture that the government submitted on May 14, 2019.  Dkt. No. 655.  We believe that the government's submission misrepresents what occurred before the Honorable Anne Y. Shields during yesterday's mediation.  Judge Shields did not make an official recommendation on the proposed orders, as that was not what she was asked to do. Importantly, the parties did not come to an agreement on the language for the proposed orders.

        Danske will be making an additional submission to this Court to address the substantive points raised in the government's Revised Preliminary Orders of Forfeiture.

                                                        Respectfully,

                                                        George Kostolampros
                                                        Doreen S. Martin

cc: All parties of record via ECF
Thomas McC. Souther, Esq. and Kevin P. Mulry, Esq. (by email)
Marc Wolinsky, Esq. (Diamante Doce, LLC) (by email)