# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Bianco, J.

**DATE:** 5/15/2019      **TIME:** 1:22 p.m.      **Time in court:** 18 mins.

**DOCKET NUMBER:** CR 13-0607      **TITLE:** USA v. Kenner et al

**DEFT NAME:** Phillip Kenner (Pro-Se)
__X__ PRESENT ___ NOT PRESENT __X__ IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:**
__X__ PRESENT ___ NOT PRESENT ___ RETAINED __X__ C.J.A.
                                  ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Nicole Boeckmann

**DEPUTY CLERK:** Michele Savona

**PROBATION:**

**COURT REPORTER:** ___ P. AUERBACH ___ E. COMBS ___ P. LOMBARDI
___ H. RAPAPORT ___ M. FOLEY ___ D. TURSI ___ O. WICKER ___ S. PICOZZI

**FTR:** 1:22-1:42

**INTERPRETER:**

__X__ CASE CALLED. CONFERENCE HELD.

___ CASE ADJOURNED TO _____ FOR _____

___ MOTION CONFERENCE HELD ON _____'S MOTION TO

___ ARGUMENT HEARD   ___ MOTION GRANTED.   ___ MOTION DENIED. DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
   CODE TYPE: __X-__     START DATE: _//18_ XSTRT
                         STOP DATE:  _//18_ XSTOP

___ HEARING IS SET FOR _____

___ DEFTS. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___ **RESPONSE BY GOVERNMENT BY** _____

___ **REPLY IF ANY BY** _____

___ **HEARING SET FOR:** _____

___ **OTHER:** _____