

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

May 17, 2019

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Kenner and Constantine
       No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

This letter is respectfully submitted in response to letters filed on May 15, 2019.  *See* Docket Entries ("DE") 657, 659.  Enclosed for Your Honor's review is the transcript of the proceedings held by the Honorable Anne Y. Shields on May 14, 2019.  The government respectfully submits that the revised Preliminary Orders of Forfeiture filed on May 14, 2019 (DE 655), are in accordance with the recommendation of the Honorable Anne Y. Shields.  *See, e.g.*, Transcript dated May 14, 2019 at pages 43-45, 47-49, 51-52, 55-56; *see also* Minute Entry for Proceedings, DE 656.

Thank for your consideration of this submission.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:     /s/ Madeline O'Connor
        Madeline O'Connor
        Diane C. Leonardo
        Assistant U.S. Attorneys
        (631) 715-7870
        (631) 715-7854

cc:  Philip Kenner