

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

George Kostolampros
T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

July 1, 2019

**VIA ECF**
The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

**Re:   United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco:

We represent Danske Bank A/S, London Branch ("Danske") and write regarding the Court's planned hearing in the above-reference matter scheduled for tomorrow July 2, 2019. As you know, Danske has raised objections and concerns with the government's proposed Preliminary Order of Forfeiture. To the extent the Court plans on addressing the government's proposed Preliminary Order of Forfeiture, we write to respectfully request to be heard. If the Court does not plan on addressing this issue tomorrow, we respectfully request to be heard at a later date.

Respectfully,

George Kostolampros
Doreen S. Martin

cc:   All parties of record via ECF
Thomas McC. Souther, Esq. and Kevin P. Mulry, Esq. (by email)
Marc Wolinsky, Esq. (Diamante Doce, LLC) (by email)