# CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Joseph F. Bianco, USCJ (Sitting by designation.)

DATE: 7/2/2019 TIME: 1:16 p.m. Time in court: 1 hr. 6 mins.

DOCKET NUMBER: CR 13-0607 TITLE: USA v. Kenner et al

DEFT NAME: Phillip Kenner (deft 1 - PRO-SE)
_X_ PRESENT ___ NOT PRESENT _X_ IN CUSTODY ___ ON BAIL

DEFT NAME: Thomas Constantine (deft 2)
_X_ PRESENT ___ NOT PRESENT ___ IN CUSTODY _X_ ON BAIL

ATTY FOR DEFT: Sanford Talkin
_X_ PRESENT ___ NOT PRESENT _X_ RETAINED __ C.J.A. __ FED. DEF.

A.U.S.A.: Saritha Komatireddy, Matthew Haggans, Diane Leonardo, and Madeline O'Connor

Interested Parties: George Kostolampros, Esq.
Thomas McC. Souther, Esq.

DEPUTY CLERK: ELR

PROBATION: ____________

FTR: 1:16 - 2:22

INTERPRETER: ____________

_X_ CASE CALLED. CONFERENCE HELD.

___ CASE ADJOURNED TO ____________ FOR ______

___ MOTION CONFERENCE HELD ON ____________'S MOTION TO

___ ARGUMENT HEARD. ___ MOTION GRANTED.
___ MOTION DENIED.
___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
CODE TYPE: X- START DATE: //19 XSTRT
STOP DATE: //19 XSTOP

\_\_\_ HEARING IS SET FOR_____

\_\_\_ DEFTS. CONTINUED IN CUSTODY.

\_\_\_ JURY SELECTION & TRIAL SCHEDULED FOR_____

\_\_\_ MOTIONS TO BE MADE BY_____

\_\_\_ RESPONSE BY GOVERNMENT BY_____

\_\_\_ REPLY IF ANY BY_____

\_\_\_ HEARING SET FOR:_____

_X_ OTHER: The following deadlines and dates have been set:

7/23/2019 = Letter to the Court from the Government with a list of documents exchanged, and those that may still be needed, regarding the issue of forfeiture.

7/23/2019 = Government to file their opposition to defendant Kenner's Motion for Reconsideration and Motion for Property (DE 668 and 670, respectively).

8/13/2019 = Defendant Kenner to file his reply to the above opposition(s).

8/26/2019 = Defendants' supplemental sentencing submissions due.

9/9/2019 = Government's response to the defendants' supplemental sentencing submissions due.

9/25/2019 at 11:00 AM = Sentencing set for both defendants.

9/5/2019 at 1:30 PM = Status conference set for both defendants. Defendant Constantine may appear by telephone for this conference.