





SW-PHOTO-00000017


SW-PHOTO-00000018