TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

----

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607 [JFB]
DATE: 07/18/2019 07:59:46 AM

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★  JUL 24 2019  ☆

LONG ISLAND OFFICE

July 18, 2019

The Honorable Judge Bianco
US District Courthouse -- EDNY
100 Federal Plaza
Central Islip New York 11722

The Honorable Judge Bianco:

I submitted my 28 USC 2255 on July 2, 2019 and was made aware that it was docketed on July 3, 2019. I had attempted to submit it a long time ago, but was met with resistance from my former attorney. Then, the complete final draft and contents disappeared with many of the work-product and discovery items when my external hard drive was "taken" by someone at MDC and never returned.

Nevertheless, I am inquiring as to when motion schedule will begin for the 2255 with the government? I do not need to be present in court for a hearing to determine the dates for the government response and my ultimate rebuttal. I can have my paralegal notify of the pending dates once Your Honor sets them.

Thank you for your attention. I am sure it was merely overlooked, and as such, I wanted to bring it to the Court's attention after a few weeks.

I remain, respectfully yours,

Phil Kenner  *[signature: Phil Ken]*

**RECEIVED**
**JUL 24 2019**
**EDNY PRO SE OFFICE**

Phil Kenner - 07480408
Metropolitan Detention Center
Po Box 329002
Brooklyn NY 11232

NEW YORK NY 110
22 JUL 2019 PM 12 L

The Honorable Joseph Bianco
US District Court Judge (EDNY)
100 Federal Plaza
Central Islip NY 11722
Attn: Michelle Savastano

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 24 2019 ★
LONG ISLAND OFFICE

11722-443800

= Pro Se Desk =