TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607 [JFB]
DATE: 08/06/2019 08:07:53 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 09 2019 ★
LONG ISLAND OFFICE

August 6, 2019

The Honorable Judge Bianco
US District Courthouse -- EDNY
100 Federal Plaza
Central Islip, NY 11722

Your Honor:

I know the government recently complained about "untimely" submissions, despite their inherent knowledge of my more-normal-than-not inability to even work on my case, the "missing" hard drive full of work product, etcetera; per daily MDC issues out of my control. As I have alerted the Court in the past, MDC does not consider your "court order" to provide me with work time a priority, which is a major concern "especially with Kenner representing himself", as Your Honor said in Court upon addressing this repeated issue on a previous occasion.

This issue has again been brought to my attention by staff alerting me to the pending changes, further minimizing my work access. I am writing to the Court to put on the record the fact that I will be writing -- again -- to the various people in MDC administration that do have the ability to provide or deny my daily access. Several officers who have gone out of their way recently to help are no longer available to do so for different reasons. I have been told that the "work" will be heavily curtailed (if not stopped altogether), because they are grossly understaffed. I am not the person who chooses where to work each day, as you know.

This issue has raised my anxiety and stress levels to their maximum again, while simply trying to prepare documents and respond to court deadlines. I am doing as much as possible to alleviate the situation and complete my pre-sentence materials by these deadlines. Logistically, this does not appear to be possible at the current rate of access. I have not received the government responses that were due July 23, 2019. I have only heard the basic reply arguments thru disinterested third parties. I trust the government will provide me their oppositions soon, so I can reply (when time allots from MDC).

Thanks for your attention to this matter.

I remain, respectfully yours,

Phil Kenner  *[signature: Phil Kenner]*

RECEIVED
AUG 09 2019
EDNY PRO SE OFFICE

NEW YORK NY 1XX 7 AUG 2019 PM 9 L

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 09 2019
LONG ISLAND OFFICE

The Honorable Judge Brine
US District Court E.D.N.Y
100 Federal Plaza
Central Islip NY 11722
Attn: Michelle Savona

11722-443800

Phil Kenner CPH94408
Metropolitan Detention Center
P.O. Box 329002
Brooklyn NY 11232

(Pro Se Desk)