

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

August 14, 2019

Honorable Joseph F. Bianco
United States Circuit Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

      Re:    United States v. Kenner and Constantine
               No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

     Enclosed for your consideration are revised Preliminary Orders of Forfeiture, which address the issues that were discussed during the conference that was held before Your Honor on July 2, 2019.

                                       Respectfully submitted,

                                       RICHARD P. DONOGHUE
                                       United States Attorney

          By:    /s/ Madeline O'Connor
                  Madeline O'Connor
                  Diane C. Leonardo
                  Assistant U.S. Attorneys
                  (631) 715-7870
                  (631) 715-7854

cc:  Philip Kenner