# MATTHEW W. BRISSENDEN, P.C.
## ATTORNEY AT LAW

666 Old Country Road, Suite 501  516-683-8500, Fax: 516-683-8410
Garden City, New York 11530  matthew.w.brissenden@gmail.com

---

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

August 14, 2019   ★ AUG 14 2019 ★

LONG ISLAND OFFICE

**Via ECF**

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza, Room 1040
Central Islip, New York 11722

Re:   *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

     This office was recently appointed as standby counsel, to assist Phillip Kenner in preparation for sentencing. I had an opportunity to meet with Mr. Kenner yesterday, and spent several hours with him discussing the case. During that meeting, Mr. Kenner indicated that he is currently working on his *pro-se* sentencing submission, and asked that I review said submission with him prior to filing.

     Mr. Kenner's sentencing submission is currently due on August 26th. Unfortunately, I am scheduled to be out of state on a long-planned family vacation from August 21st through the 28th. Accordingly, I am respectfully asking for a one-week extension of time for Mr. Kenner to file his sentencing submission, with a corresponding one-week extension for the Government's response. Specifically, I am proposing that Mr. Kenner's submission be filed on or before September 2nd, and that the Government's submission be filed on or before September 16th. Such an extension would provide my office with time to assist Mr. Kenner, without affecting the sentencing date, which is currently scheduled for September 25th.

     I have conferred with AUSA J. Matthew Haggans, who informs me that the Government does not object to the above proposal, provided that it does not require an adjournment of the currently-scheduled sentencing date.

Thank you for considering this request.

Respectfully submitted,

/S

Matthew W. Brissenden

cc: AUSA Saritha Komatireddy (via email and ECF)
AUSA J. Matthew Haggans (via email and ECF)
Phillip Kenner

*Request granted.*

SO ORDERED
S/ JOSEPH F BIANCO

Joseph F. Bianco
USCJ
Date: Aug. 14, 2019
Central Islip, N.Y.