TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

FROM: 07480408
TO:
SUBJECT: EX PARTE -- Kenner 13-cr-607 (JFB)
DATE: 08/15/2019 03:28:14 PM

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 19 2019 ★

LONG ISLAND OFFICE

August 15, 2019

The Honorable Judge Bianco
US District Courthouse -- EDNY
100 Federal Plaza
Central Islip NY 11722

The Honorable Judge Bianco:

After meeting with my investigator who has been assisting in the completion of my sentencing information for the Court, he informed me that he will need approximately 20 hours to complete his tasks for me.

Can you please approve him for the completion of his work?

Thank you for your immediate attention in this matter.

I remain, respectfully yours,

Phil Kenner  *[signature]*

RECEIVED
AUG 19 2019
EDNY PRO SE OFFICE

Pro Se Kanon - 07489408
Metropolitan Detention Center
PO Box 329002
Brooklyn NY 11232

Pro Se Desk

= EX PARTE =

The Honorable Judge Bianco
US District Courthouse - EDNY
100 Federal Plaza
Central Islip NY 11722

NEW YORK NY 100
15 AUG 2019 PM 1 L
LONG ISLAND OFFICE
AUG [ ] 2019
USMS