TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 19 2019 ★
LONG ISLAND OFFICE
```

FROM: 07480408
TO:
SUBJECT: EX PARTE -- Kenner 13-cr-607 (JFB)
DATE: 08/15/2019 03:28:14 PM

August 15, 2019

The Honorable Judge Bianco
US District Courthouse -- EDNY
100 Federal Plaza
Central Islip NY 11722

The Honorable Judge Bianco:

After meeting with my investigator who has been assisting in the completion of my sentencing information for the Court, he informed me that he will need approximately 20 hours to complete his tasks for me.

Can you please approve him for the completion of his work?

Thank you for your immediate attention in this matter.

I remain, respectfully yours,

Phil Kenner  *[signature]*

---

*[Handwritten note:]* Request granted for an additional 20 hours of work by the investigator under the CJA.

(Because the letter contains no defense strategy, it need not be filed under seal or ex parte.)

**SO ORDERED**
S/ JOSEPH F BIANCO
// Joseph F. Bianco
   USCJ (sitting by designation)
Date: August 23, 2019
Central Islip, N.Y.

```
RECEIVED
AUG 19 2019
EDNY PRO SE OFFICE
```

