## BUSINESS RECORDS AFFIDAVIT

In Re: **BAJA DEVELOPMENT CORP**

BEFORE ME, the undersigned authority, personally appeared **Wendy Gagne** who being duly sworn, deposed as follows:

My name is **Wendy Gagne** I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a Custodian of Records of TD Bank, N.A., and as such am familiar with the original records, books and accounts of TD Bank, N.A. Attached hereto are records of TD Bank, N.A. kept by TD Bank, N.A. in the regular course of business, and it is the regular course of business of TD Bank, N.A. for an employee or representative of TD Bank, N.A. with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are true and accurate copies of the originals and are full, to the best of my knowledge, so far as they relate to the subject matter thereof, with the exception of any redaction necessary to maintain the scope.

*Immediately prior to the commencement of the EDNY trial -- THUS Jowdy's thefts were CLEARLY known to the government...*

Affiant's Signature

Date: April 20, 2015

SWORN TO AND SUBSCRIBED before me under the pains and penalties of perjury on the 20th day of April, 2015.

Notary Public
My Commission expires: _____

*Only the August 2002 statement was subpoenaed by the government as a result of Kenner's REAL proffer notes from June 24, 2009 representing the first THEFTS by Jowdy to Agent Galioto -- and IGNORED since that date to support the misleading prosecution theory of "pointing the finger" at Jowdy by Constantine and Kenner...*



NAVANA P. ROUTHIER
Notary Public
Maine
My Commission Expires Dec 1, 2018

Opened 4 days before the first Jowdy thefts...

```
Last statement: August 02, 2002            Page 1 of 4
This statement: August 31, 2002            3981345276
Total days in statement period: 30         (10)

                                  5046     Direct inquiries to:
                                           Customer Service,
BAJA DEVELOPMENT CORPORATION               1-800-482-5465
400 E 90TH ST 23C
NEW YORK NY 10128                          Hudson United Bank
                                           1000 MacArthur Blvd
                                           Mahwah, NJ  07430
```

VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.

Hub'S Small Business Checking

| | | | |
|---|---|---|---|
| Account number | 3981345276 | Beginning bal | $0.00 |
| Enclosures | 10 | Total additions | 3,304,080.00 |
| Low balance | $-2,018,176.18 | Total subtractions | 3,175,323.10 |
| Avg collect bal | $-103,822.00 | Ending balance | $128,756.90 |

| Number | Date | Amount | Control |
|---|---|---|---|
| | 08-15 | 6,506.50 | 00001434000260 |
| | 08-20 | 40,313.24 | 00001541502490 |
| | 08-20 | 2,000.00 | 00001528002250 |
| | 08-22 | 3,308.13 | 00001660702590 |
| | 08-22 | 2,139.00 | 00001660702580 |
| | 08-26 | 9,999.00 | 00001602900990 |
| | 08-26 | 3,258.55 | 00001635602900 |
| | 08-30 | 15,000.00 | 00001813000710 |
| 1081 | 08-29 | 3,000.00 | 00001779701680 |

```
                                                                    Page 2 of 4
        BAJA DEVELOPMENT CORPORATION                                3981345276
        August 31, 2002


        DEBITS
            Date    Description                                     Subtractions
            08-06  'Wire Transfer Debit                                40,000.00
                    20020806B1B7202F000086
            08-06  'Wire Transfer Debit                                26,000.00
                    20020806B1B7202F000085
            08-06  'Wire Transfer Debit                                 2,000.00
                    20020806B1B7202F000084
            08-06   Debit Memo                                         79,020.00
            08-09  'Transfer Debit                                      5,000.00
                    TRANSFER TO DEPOSIT ACCOUNT 3980294726
            08-09  'Transfer Debit                                      1,000.00
                    TRANSFER TO DEPOSIT ACCOUNT 3980294726
            08-12  'Wire Transfer Debit                                35,000.00
                    20020812B1B7202F000003
            08-12  'Wire Transfer Debit                                 5,000.00
                    20020812B1B7202F000094
            08-12  'Wire Transfer Debit                                 2,000.00
                    20020812B1B7202F000088
            08-12  'Transfer Debit                                      5,000.00
                    TRANSFER TO DEPOSIT ACCOUNT 3980294726
            08-13  'Wire Transfer Debit                                 4,000.00
                    20020813B1B7202F000063
            08-13  'Transfer Debit                                     22,000.00
                    TRANSFER TO DEPOSIT ACCOUNT 3980294726
            08-13  'Transfer Debit                                      1,000.00
                    TRANSFER TO DEPOSIT ACCOUNT 3981345289
            08-14  'Transfer Debit                                      1,000.00
                    TRANSFER TO DEPOSIT ACCOUNT 3980294726
            08-15  'Transfer Debit                                     14,669.68
                    TRANSFER TO DEPOSIT ACCOUNT 3980294726
            08-15  'Transfer Debit                                      4,000.00
                    TRANSFER TO DEPOSIT ACCOUNT 3980294726
            08-16  'Transfer Debit                                  2,500,030.00
                    TRANSFER TO DEPOSIT ACCOUNT 3981345292
            08-16  'Transfer Debit                                     15,000.00
                    TRANSFER TO DEPOSIT ACCOUNT 3980294726
```

Annotations:
- All confirmed as diversions by Jowdy in his February 2010 FBI proffer -- without consequence.
- STOLEN by Jowdy immediately -- accounts not related to DDM investment.



```
BAJA DEVELOPMENT CORPORATION                            Page 4 of 4
August 31, 2002                                         3981345276

Date           Amount   Date           Amount   Date           Amount
08-28      146,756.90   08-29      143,756.90   08-30      128,756.90
```

```
Last statement: August 16, 2002           Page 1 of 2
This statement: August 31, 2002           3981345292
Total days in statement period: 16        (0)

                                          Direct inquiries to:
                                   5046   Customer Service,
LMJ MANAGEMENT LLC                        1-800-482-5465
400 E 90TH ST APT 23C
NEW YORK NY 10128                         Hudson United Bank
                                          1000 MacArthur Blvd
                                          Mahwah, NJ  07430
```

VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.

Hub'S Small Business Checking

```
Account number       3981345292   Beginning bal              $0.00
Low balance              $30.00   Total additions     2,750,060.00
Avg collect bal      $421,905.00  Total subtractions  2,750,030.00
                                  Ending balance            $30.00
```

DEBITS
```
Date    Description                                    Subtractions
08-16   'Wire Transfer Debit                             250,000.00
          20020816B1B7202F000142
08-19   'Transfer Debit                                2,500,030.00
          TRANSFER TO DEPOSIT ACCOUNT 3981345276
```

CREDITS
```
Date    Description                                       Additions
08-16   'Transfer Credit                               2,500,030.00
          TRANSFER FROM DEPOSIT ACCOUNT 3981345276
```

```
LMJ MANAGEMENT LLC                                          Page 2 of 2
August 31, 2002                                             3981345292

Date    Description                                          Additions
08-19   'Transfer Credit                                    250,030.00
         TRANSFER FROM DEPOSIT ACCOUNT 3981345276


DAILY BALANCES
   Date          Amount    Date          Amount    Date          Amount
   08-16   2,250,030.00    08-19          30.00
```