*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*

### CABO SAN LUCAS Golf Villa deposit THEFTS by Jowdy (2007):

Please note that even after one year of Jowdy's unabated access to the 2006, $125 million Lehman Brothers loan (*January 2007*) and monthly travel and entertainment thefts (*approved by Bhatti at Lehman Brothers*) many of which had NO RELEVANCE to the DCSL project itself (*and even included Bhatti's joint travel to find other resorts to fund together*) – **Jowdy decided to loot the DCSL Villa deposit accounts**…

- ❖ Jowdy's thefts did not end after he gained access to the Lehman loan funds in March 2006 – ***they only continued in conjunction with Bhatti from Lehman Brothers at a defter pace***…

- ❖ Jowdy diverted $130,000 from Cabo villa deposits from the first two (2) golf villa investors – Gonchar & Nash – immediately.

- ❖ Then -- Jowdy DIVERTED another the balance of the deposit funds until only $10,000 remained – until he was forced to repay the deposits in December 2007 by Kenner –

- ❖ ***Ultimately – Jowdy's crowning accomplishment in this series of thefts was that the final $225,000 of DCSL Villa deposits enabled Jowdy to fulfill his $225,000 cash deposit requirement when funding the 2007, Lehman Brothers funded, Laurel Cove development in Tennessee – while acquiring 50% equity thru another Bhatti-Jowdy racketeering scheme (just like the Boot Ranch Texas project which funded within months).***

1

*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*



*All of the funds were deposited into Jowdy's Baja Development Corp "money-laundering" account –*

2

*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*



Diverted to the Baja Development Corp account…

30K, 50K and 20K all from STOLEN DCSL villa deposits

*From the DCSL Villa deposit account (#4487) --*





Thefts

*All of the funds were deposited into Jowdy's Baja Development Corp "money-laundering" account –*

3

*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*



Diverted to the Baja Development Corp account…

30K, 20K and 20K all from STOLEN DCSL villa deposits

*From the DCSL Villa deposit account (#4487) --*

DEBIT Thefts

*All of the funds were deposited into Jowdy's Baja Development Corp "money-laundering" account –*

4

*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*



Diverted to the Baja Development Corp account…

60K, 40K and 20K all from STOLEN DCSL villa deposits

*From the DCSL Villa deposit account (#4487) --*



DEBIT Thefts

*All of the funds were deposited into Jowdy's Baja Development Corp "money-laundering" account –*

5

***DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with***



Diverted to the Baja Development Corp account…

40K, 20K and 20K all from STOLEN DCSL villa deposits

*From the DCSL Villa deposit account (#4487) --*

6

*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*



*All of the funds were deposited into Jowdy's Baja Development Corp "money-laundering" account –*

7

**DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with**



- Please note that Mark Thalmann (*receiving joint funds with Jowdy – above*) was Jowdy's co-conspirator on the Diamante Air thefts as well as the Murray NV loan diversions to México (*500k for Jowdy*) and 412k for their joint NV home purchase.

8

- Jowdy's father, (*also the co-owner of the TLJ Management account – used for additional money laundering from 2002 thru present*) was a co-signor on this account. He was the complicit benefactor of several auto loan payoffs and cash deposits in 2002 and 2003 (*within months of the first Kenner deposits for the DDM project*).

    o In fact – it was Jowdy's father who signed and mailed the $500,000 repayment check for the 2004 Mattias Norstrom loan and confirmed with Ken Jowdy that no funds were available YET – but they would be SOON. No funds were ever made good on the $500,000 loan for repayment (*still outstanding today*).

    ▪ Jowdy confessed to this UNPAID loan (*5 years old at that time – and 12 years old now*) in his January 2010 deposition. The government has the fraudulent check inside envelope (***PKHOME-17314***), which was ***unopened*** at the time of the FBI search and seizure of Kenner's home office, November 2013.

Once the funds were transferred to Jowdy's Baja Development Corp account – Jowdy immediately (*one day later*) sent the funds to the Tennessee closing account as his deposit for the Tennessee project (***all stolen funds***).

***From the Tennessee escrow documents –***

Fidelity National Title Insurance Company
One Park Avenue
Suite 1402
New York, New York 10016
Attn.: Thomas Glatthaar, Esq.

Re: Lehman Brothers Holdings Inc. ("Lender")/Mortgage Loan in the original principal amount of $121,500,000 to Laurel Cove Development, LLC ("Borrower"), to be secured by approximately 1120 acre to be developed as 820 single family residential lots and an 18 hole golf course development to be known as "Laurel Cove", in Williamson County, Tennessee (the "Property") - First American Title Insurance Company ("FATIC") Commitment No. NCS-277135-NAS, dated 4/27/07 (the "FATIC Commitment") - Fidelity National Title Insurance Company ("Fidelity") Commitment No. 20070504TN, dated 5/1/07 (the "Fidelity Commitment"; the FATIC Commitment and the Fidelity Commitment are collectively referred to as the "Commitments") - (MLA 04406.0214) - **ESCROW INSTRUCTION LETTER**

[Annotation: Borrower LLC owned by Jowdy]

9

*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*



10

### DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with

*Laurel Cove bank statements (set up only for the money laundering)…*

*The following were the bank records confirming the Jowdy theft (of $225,000 from the DCSL Villa deposit account – laundered thru Baja Development Corp) and forwarded to First American Title Co for the Laurel Cover closing and the acquisition of Jowdy's 50% equity thru this capital contribution…*



**Kenneth Jowdy et al (Laurel CV Management LLC)**

All of the bank records confirming the Jowdy money laundering from stolen DCSL deposit funds have been in the SDNY and government possession since the Jowdy 2009 investigation began -- **AND IGNORED**!

BNK-TD-00002465
BX19-SD-00001305

**Banknorth**

**LIMITED LIABILITY COMPANY BANKING RESOLUTION**
(For Deposit Accounts)

**Account Holder:**
Laurel CV Management, LLC

74 Innisbrook Ave.
Las Vega, NV 89113      ← Jowdy home address

Account No. 4241064916

**Financial Institution:**
TD Banknorth, N.A. ("Financial Institution")

245 E. Main Street
Ramsey, NJ 07446

State/Commonwealth of: New Jersey

In consideration of the existing or proposed banking relationship between Laurel CV Management, LLC a Limited Liability Company (the "Company") and TD Banknorth, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

Laurel CV Management, LLC      is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers: We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company. We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| President | Kenneth Jowdy | *[signature]* |

11

*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*



*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*



13

***DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with***



THEN…After Kenner requests (*during the failed negotiations with Jowdy in December 2007*) to have the initial deposits returned to Nash & Gonchar -- Jowdy transferred $605,000 from Jowdy's Baja Development Corporate account back into the DCSL account and returned the funds to Nash & Gonchar (*after his diversions -- including a deposit from two unknown México persons and Jowdy's co-conspiring General Manager, Ken Ayers*).



14

*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*

```
Beginning Balance as of   December 04, 2007         10,068.00
    1 Deposits                                     605,000.00
    5 Withdrawals                                  615,068.00
Ending Balance as of      December 24, 2007              .00

Average Collected Balance This Cycle                7,781.81

Deposits and Other Credits
    Date              Amount    Description
    Dec 20         605,000.00   DEPOSIT

Withdrawals and Other Debits
    Date              Amount    Description
    Dec 20         397,500.00   WIRE TRANSFER OUTGOING
                                SERGEI GONCHAR
    Dec 20         215,000.00   WIRE TRANSFER OUTGOING
                                P KENNER AND K NASH TRUSTEES
    Dec 20              20.00   WIRE TRANSFER FEE
    Dec 20              20.00   WIRE TRANSFER FEE
    Dec 24           2,528.00   ACCOUNT CLOSED
```

BNK-TD-00002600
BX19-SD-00001440

> By December 2007 – The escrow account was DRAINED before the $605k repayment funds from Jowdy insiders…

The STOLEN deposits were partially reimbursed by Jowdy's budget theft-complicit General Manager, Ken Ayers, who produced the false monthly budget reports to Lehman Brothers for payment by Trimont Real Estate Advisors (*3rd party auditors*) – and two other unknown parties – thru Jowdy's Baja Development Corp bank account...

15

*DCSL Golf Villa deposit THEFTS by Jowdy (2006) -- and FUNDS Laurel Cove with*

