

**Harvey spoke with Manfredi today. Threatened jail time for everyone against Jowdy, including Kaiser.**

Kenner sent this text to Constantine to document the threats Harvey told Manfredi -- as represented by Kaiser (*texts below to Kenner*)

8613 -- +16312350308 -- John Kaiser*
7/23/2009 6:51:27 PM(UTC+0)
(Read)
**Good , I spoke w/SF (Manfredi) . Jk ...**

8614 -- +16312350308 -- John Kaiser*
7/23/2009 6:56:18 PM(UTC+0)
(Read)
**He spoke with that attorney again**

Jul 24, 2009 9:21 AM

I requested the Jowdy transcript for you and Ron in the Murray v. Jowdy case

Saw that thanks

Jul 24, 2009 8:53 PM

Call me.

Jul 25, 2009 2:15 PM

Remind me to discuss




Thanks, Phil
Cell: (480) 235-4193

Thursday, December 29, 2011 AOL: TAHarvey28

DS-00000510

HARV P-00000020