## Galioto, Matthew

**From:** john kaiser [johnrkaiser@gmail.com]
**Sent:** Tuesday, March 06, 2012 3:19 PM
**To:** Galioto, Matthew
**Subject:** Fwd: Ranford
**Attachments:** PROMISSORY NOTE Ranford 8224 loan.doc.zip

[Annotation pointing to To: Galioto, Matthew — "FBI agent Galioto aware of the Kaiser forgery fraud (1 of many in the Arizona case) -- but stayed silent in front of the EDNY court..."]

[Annotation pointing to Attachments — "Promissory Note attached!!"]

---------- Forwarded message ----------
From: **PHIL KENNER** <kenner33@gmail.com>
Date: Wed, May 26, 2010 at 4:10 PM
Subject: Ranford
To: John Kaiser <johnrkaiser@gmail.com>

[Annotation pointing to To: John Kaiser — "Kaiser cc'd on an email he allegedly did not receive..."]

Please call Billy at 310-210-2713 to say thank you.   Bill is a great guy. I will fill you in when I see you.   Start to look at flights to Cabo next Thursday.

pk

[Annotation pointing to "Start to look at flights to Cabo next Thursday" — "Ironically, this is the flight Kaiser took from NYC to Cabo san Lucas to sign the affidavit for Jozef Stumpel v. Jowdy in the $1.6 million lawsuit
...
-- BUT
...
claimed as a forgery in the EDNY and Mexico Courts to help Galioto and Jowdy..."]

1

BINDER 0000045