

6:18 PM

02354193

 

home and he has ZERO! I cannot wait to drag him through that one in court. He will pay for the Long Island theft as well.  It is COMING SOON!  How does Vinny feel about being fucked by him!  Remember, John took all your mom's $$ and Keith's $$, not me! That's fucked up!!  Now he is Jowdy's right hand guy! KARMA...IT'S A BITCH WHEN SHE BITES BACK.   pk