TRULINCS  07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

------------------------------------------------------------------------------------------------------

FROM: 07480408
TO: AW Custody
SUBJECT: ***Request to Staff*** KENNER, PHILLIP, Reg# 07480408, BRO-J-A
DATE: 04/09/2018 05:38:00 PM

To: Court order (for case work)
Inmate Work Assignment: none

Thank you for your reply.  I appreciate it.  Phil Kenner
-----AW Custody on 4/9/2018 3:09 PM wrote:

>
I will have the Captain look into this issue.

>>> ~^!"KENNER, ~^!PHILLIP A" <07480408@inmatemessage.com> 3/30/2018 9:21 AM >>>
To: Court order (for case work)
Inmate Work Assignment: none

Thank you for your prompt reply.   I appreciate it.  Phil Kenner
-----AW Custody on 3/30/2018 8:02 AM wrote:

>
I will have the Captain and Legal look into this issue, to resolve this.

>>> ~^!"KENNER, ~^!PHILLIP A" <07480408@inmatemessage.com> 3/23/2018 7:20 PM >>>
To: Court order (for case work)
Inmate Work Assignment: none

To whom it may concern:   I have tried for the last 3-4 months to address the complete ignorance by different members of the staff (thru the proper chain of command -- unit team) of my need to follow the court order and be transported daily (upon request -- in the morning) to the East VR from my unit to work on the remaining discovery items in my case.  I understand there are times that security issues in the building will take precedents, thus, I am patient with those representations when they arise. Yet, in the last 3-4 months, after I was FORCED to write up CO Medina for her part in the repeated denigration of me as a human being and disdain for my presence (in the VR) to fight for my freedom (especially considering the fact I represent myself in my case), I have been systematically REFUSED access to the East VR and my case work.   As a recent example, I have been REFUSED transportation to the East VR on approximately 16 of the last 20 days. This has become more the norm in the last 9 months.  I am told typically at 8:30am, once notifying the unit CO of my "READY STATUS" (as I have been told protocol requires), that I am on "stand-by".   Then, repeatedly for the remainder of the day thru 3:30pm lockdown, I am forced to be ready at a moments notice for the West Internal officer (which I remain).   Nevertheless, they never arrive.   The unit COs will "tell me" they are calling and calling and calling, but no one is responding to their calls from the first morning call onwards. Then, another day passes, and I have not been able to work on pending motions and reply(s) due in my case.   I am notifying you of this issue, because I have a multitude of deliverables due to the Court over the next 6 months.   They require work in the East VR 4-5 days per week, interspersed with work I can complete in the unit on different days.   Trust me that I am trying to complete this process with the Court, so I can depart MDC and free up my bed for another inmate who simply does not care about their personal FREEDOM and will take advantage of the free TV all day (and other meaningless items for their entertainment).   I am sorry that I have to write you about this issue, but even the report I was FORCED to write about CO Medina's abuse (which 10% would have landed me in the SHU, even for responding to her crass and terse assaults), nothing occurred to rectify the improper situation.  The solution was that I was told I could no longer work on my casework while she was in the VR from 8am until noon.   I was told that I had to wait for another CO (a "witness", as it was referred to me) to also be present after they started their shift.   I continue to receive other regular and targeted abuses from certain staff when working in the East VR.   Without specific proof, the ongoing tortuous behaviors appears to be a form of retribution for my previous filing about CO Medina (recommended by multiple officers after witnessing her inexcusable behavior towards me).   Thank you for looking into this, so I can finish my next few months of work without incident or obstruction.   I promise I will get out of your proverbial hair as soon as possible.   Thank you.   Phil Kenner