TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO: Psychology
SUBJECT: ***Request to Staff*** KENNER, PHILLIP, Reg# 07480408, BRO-J-A
DATE: 09/15/2018 02:03:00 PM

To: McCabe
Inmate Work Assignment: none

McCabe -- I have not heard from you for the last quarter or so.  In the last 2 weeks -- since the implementation of the new quarter's staff positions -- I have been AGAIN systematically denigrated by older, black, female staff in the East VR.  I was told by one of the ladies that her morning was "good"..."until she saw my face".  I stopped in my tracks and told her that "I am a human being and she needs to address me as such".  She told me -- "Kenner -- you are not a human -- you are an inmate and should not be allowed to do this f****** work whenever you want".  This was reminiscent of previous denigration by other female officers directed at me.

Later that same day -- i was accosted in front of the group of people in the East VR by another officer who told me that drinking tap water out of a facility cup was "illegal" for me and "it was going to come to an end".   I informed that woman -- just like the 5-6 previous incidences by the same racially instigated minion that medical (specifically Lt. Bradwich) initiated me having a cup to drink out of because of my severe vertigo, nausea and ongoing neurological testing -- as a result of my collapse in the East VR a while ago (as you know).  The retort was "I don't f***** work for medical -- and you are going to stop drinking water so you don't have to go to the bathroom".  This also eerily echoed the prior incidences.

After i reported the incidents to several other officers that day (out of the East VR) -- they all told me that there are "people" in at MDC who are "miserable" and "want to take out their sad lives on people like me (aka, white Jews)".  I found this to be the case after i submitted a well-detailed BP-8 about Officer Medina (after she called me a "mother fucker repeatedly -- amongst other horrible things -- like denying my ability to go to the bathroom until i pissed myself and then refusing to have someone take me back to my unit to use the bathroom like a human).

On Friday (9-14-2018) -- i was told upon entry to the East VR to work again that my "cups are illegal to drink out of".  I reiterated the "medical" issues. I was told again that they do not work for medical.  I was told by the person (same racial identity as the previous people in the incidents) that they spoke to a Lieutenant (that they refused to identify or bring to the East VR for a face-to-face discussion) that the Lieutenant concurred and the drinking of tap water from a cup throughout my 6-8 hour work day is "over".  I reminded the person that they had no problem a full quarter ago with me drinking out of the cup -- and was met with a scoff...

Since the incident -- i have been awake for 36 hours -- my stress has spiked again -- my nerves are shot -- and i am feeling very low physically and mentally.

As i told you before -- i represent myself in my criminal case -- and interruptions -- denigration -- intimidation tactics and the like are taking a serious mental and emotional toll on me.

Although you told me that you would have someone from the Custody (AW preferably) visit me to discuss this staff abuse months ago -- no one ever did.  I am blessed that some of the officers in the building act with dignity and common courtesies for other human beings -- but as we discussed -- one bad apple spoils the bunch (and their is a basket of bad apples is specifically identifiable -- and based on clearly present retaliation).

Please let me know what can be done -- because NONE OF THIS IS RIGHT...Thanks -- pk