TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO: Psychology
SUBJECT: ***Request to Staff*** KENNER, PHILLIP, Reg# 07480408, BRO-J-A
DATE: 04/05/2018 07:53:14 PM

To: McCabe
Inmate Work Assignment: none

I am following up with our conversation from Unit 71 last week (end of March). There has still been NO follow-up from the SIA or SIS staff (whichever you mentioned) about the denigration issues I have continued to experience in the East VR (continuing after my BP-8 report related to CO Medina). It has continued this week, completely stressing me out, and raising my blood pressure and heart rate. I have a heart condition and can feel myself getting anxious and stressed beyond my sustainable limits. Thank you for following up with me, as this is a critical time for me (the next 6 months) to finish my casework before I leave MDC (after too many years, as we have discussed). I represent myself, so I cannot handle the acrimony during the times I need to be on my A-game, preparing critical and very complex submissions for the Court. Thanks again. Phil Kenner