*10-10-17*

BRO-1330.13E

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME: _PHILIP KENNER_     REG. NO. _07480408_   UNIT: _71_

Specific Issue Needing Resolution: _ABUSIVE BEHAVIOR BY C.O. MEDINA_

Explain, in detail the issue: _SEE ATTACHED PAGES (2)_

Inmate Signature _[signature]_     Date _10/12/2017_

### TO BE COMPLETED BY COUNSELOR

Date Received: _10/16/17_

Action taken: _Allegations of this nature are taken seriously. These allegations have been forwarded to the appropriate department. However, you will not be notified of the outcome of any investigation involving staff_

COUNSELOR SIGNATURE _[signature]_     DATE _10/23/2017_

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received: _____

Unit Manager Signature: _____ Date: _____

Extension Granted: _____ Date Due: _____

Reason for Extension: _____

UNIT MANAGER APPROVAL: _[signature]_     DATE _10/25/17_

TRULINCS  07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

------------------------------------------------------------------------------------------------

FROM: 07480408
TO:
SUBJECT: Kenner 07480408 BP-8 (continued)
DATE: 10/12/2017 12:04:19 PM

With regret, I am addressing a continuation of unacceptable behavior, including but not limited to complete disrespect and inhumane actions from one human being to another, culminating in being called a "Mother Fucker" by CO Medina in front of CO Fields on October 10th, 2017.  As a result, I am feeling completely stressed out, while worried about the escalation of her adverse behavior towards me.  I have had difficulty in preparing my necessary documents for my case.  I have difficulty sleeping at night before I go to work the next day and now suffer from anxiety.

Beginning (again) after the change of this current work quarter, CO Medina assumed the morning post in the East VR, where I am transported each morning between 8:30 and 9:30am to work on the discovery in my case, working in self-representation. The days I am denied access (for various reasons) leaves me without an ability to represent myself and continue the necessary motion practice in my case; most of which is time sensitive with the courts.

On September 11 -- The first day that I arrived in the East VR to work after the start of the new quarter, CO Medina greeted me by stating -- "What the fuck are you still doing working on your case?".  After I entered the VR and proceeded to gather my discovery materials, I returned to ask about using the bathroom and get some water (which was approved by medical (Lt. Bradwich) after I passed out in the VR after another CO repeatedly denied my access to water).  Medina told me that she checked with "legal" and was told that I am not entitled to water and screamed -- "How the fuck did you get a brown cup over here?"  She told me -- "You do not need water or to go to the bathroom.  According to Legal, you are ONLY allowed to do discovery, so get the fuck back to your cage and work or I am sending you back!".  I tried to explain about the medical issue, but she spoke over me stating -- "I don't fucking work for medical.  They can kiss my ass.  Now, get back to work or you are going to the SHU if you keep looking at me."  Later that day, CO Shaw came to work in the VR about 12 noon.  When Medina left on a break, Shaw approach me in my work "cage" and said Medina told him she had a problem with me and my brown cup. He told me to do my best to ignore her, as she is rude to everyone.  I said that is not right, and he agreed.  Later that day, CO Burner walked me back from the East VR to the West Building and told me to try and avoid all communication with Medina and try to do my best.  Burner told me she has always been like that.  I agreed to remain quiet and try to take the abuse.

On September 19th -- I arrived at the East VR with the West Internal CO Brewer.  Upon arrival, Medina refused to come out of the East Control Room and open the VR for me to access the room.  She told Brewer that she was busy in the East Control room and Brewer should take me back to the West Building.  Brewer told her to "do her job", to which Medina yelled, "*&% *$*&$*$&*$" at her thru the key slot opening into the Control Room.  Brewer told Medina that she was leaving me at the back door to the East VR and waiting there with me for Medina to come out.  Medina waited for 2-3 minutes before coming out of the VR.  She immediately told Brewer that she is "going to put an end to Kenner's discovery.  He should just rot in hell", while I was standing directly in front of her.  Brewer looked astonished and suggested to me to write her up with a Lieutenant or Captain.  Brewer said she would verify the incident.  As soon as Medina opened the door, she turned to me and screamed in my face -- "Where is your fucking ID?...And you better not think you are using the bathroom or drinking water with me today!". I tried to approach Medina about 2 hours later to request the use of the bathroom again, but she responded aggressively -- "You are going to get smoked by the judge for time, so why do you waste their time fighting?"  I packed up my work that moment and requested to be taken back to my unit.  I remained stressed out for the remainder of the day and could not sleep that night.

On September 20th -- After I entered the East VR and received my typical nasty greeting of profanity, Medina began yelling out loud with no one else in the VR except me in one work room and inmate Roland in another work room.  After 10-15 seconds of indecipherable screeching, I stood up, opened the door and asked if she was OK.   She screamed something at me. PLEASE NOTE: I am medically diagnosed as more than 50% deaf in both ears (which is a genetic condition I also passed on to my daughter).  I walked over to her desk and told her I could not hear her because of my hearing problems.  She said -- "Bullshit. I am deaf too!  You need to smarten the fuck up".  Then she stared at me and yelled -- "You know what, get your shit together. You are going back NOW!".  I asked if I could wait until Roland went back at 3pm (3 hours later).  Medina screamed more profanity at me and asked if i wanted to go to the SHU or back to my unit.

After about 20 days of no access to the East VR from Medina's refusals to accept me in the VR (ignoring CO calls to her on the radio) and the 11 days of lock down in unit 71, I returned to the VR on September 20th.  As CO Fields walked me to the back door, Medina came out of the Control Room yelling something at Fields and then turned to me and screamed -- "Why is this Mother Fucker over here again?  This discovery shit is coming to an end.  Ahhhhhh."  I entered the East VR when she opened the door and stated -- "Get the fuck in there or you are going back".  Fields was dumbfounded by the interaction and looked shell-shocked.  When we entered, I informed her that I represent myself with my court motions and have a court order

TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---------------------------------------------------------------------------------------------------------

to work on my case. Medina stated -- "I do not give a fuck about a court order. I don't work for the court. Tell the judge to try and drag my ass into court. He will see what happens to him." I went to my work room and returned with a cup for water (that Medina gave me to drink with). Medina yelled -- "We ain't playin' this game of drink water and go to the bathroom again" I asked when I could get water and go to the bathroom. She informed me that if I requested it again, I would be sent to the SHU.

The environment is completely unreasonable and unsafe with Medina in the East VR, while acting like that. I have witnessed similar abusive behavior when outside attorneys come to see their clients and the inmates who have to interact with her.