TRULINCS  07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO: Sick Call
SUBJECT: ***Request to Staff*** KENNER, PHILLIP, Reg# 07480408, BRO-J-A
DATE: 05/08/2018 01:42:48 PM

To: stomach discomfort...
Inmate Work Assignment: none

Thank you for the message.  I made the request to the officer on duty multiple times that day (& immediately) and could not get them to bring in medical or a lieutenant.  They told me repeatedly that it was not their fault that there was no water.  They also lied to me and said that they could not drink water or go to the bathroom either.  I had already overheard two officers outside my locked in door discuss walking to the Old Building to go to the bathroom -- and what an inconvenience it was for them. The lies were insulting while i was in desperate need for attention.  Thanks -- pk
-----Sick Call on 5/8/2018 10:57 AM wrote:

>
You are added to sick call.  In the future, should you have medical concerns which required immediate attention, please inform the officer you need to speak with me.   Please do not drink from the toilet as it is unsanitary. Instead, lye down in bed. LCDR Gerson

>>> ~^!"KENNER, ~^!PHILLIP A" <07480408@inmatemessage.com> 5/7/2018 7:06 PM >>>
To: stomach discomfort...
Inmate Work Assignment: none

A week ago -- we were locked down for the day without water.  I informed the CO immediately that i have sever vertigo and dehydration issues that lead to migraine-like headaches.  I was told for hours that they were making arrangements to get water for me.  After 4-5 hours of no water and the onset of the migraine-vertigo issues -- i was forced to drink water from the toilet bowl to clear my head (which didn't work so good).   Now -- i have been suffering from diarrhea for the last week.  Can i be seen to discuss this problem...?  It does not seem to go away...Thanks -- pk