TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO: AW Operations
SUBJECT: ***Request to Staff*** KENNER, PHILLIP, Reg# 07480408, BRO-J-A
DATE: 04/30/2018 10:17:39 AM

To: HAZMAT issues
Inmate Work Assignment: none

To whom it may concern -- This morning a human "terd" was found in one of the showers on the upper level of unit 71. The staff instructed the head orderly to clean it. It appeared that the head orderly used dial dish soap and some spray cleaner with a scrub brush on the end of a stick (as i watched). This is the same stick and brush that has been circulating in the unit for months (and maybe more than a year). It was not discarded after the "terd" cleaning efforts. There is no possibility that cleaning human feces from a public area with dish soap and spray cleaner is acceptable for the sanitation of the facility -- and to avoid further contamination and disease spread. This is not the first time someone has arbitrarily decided that it would be acceptable behavior to SHIT in the shower in unit 71. In the prior instances -- there has been no investigation or punishment. It is more than a safety issue for me and others. That shower also backs up (floods) to and from other neighboring showers -- further spreading the diseases and making the showers unusable.

PLEASE address this appropriately and immediately. I should not have to bring this to the attention of the facility. I remain, fully concerned -- Phil Kenner