TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

= COPY =

---

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607(JFB)
DATE: 01/02/2019 03:24:53 PM

January 1, 2019

The Honorable Judge Bianco:

Your Honor, I am writing to relay a status issue and an update on some of the previous EX PARTE issues in your courtroom over the last six (6) months.

First, since the September 30th (2018) restriction placed on my work at MDC as instant retaliation for my reporting the repeated abusive behaviors towards me, I have not been able to go to the designated work area for more than fifteen (15) days of the last 90 of the 2018 calendar year. The time restrictions are a further effort to retaliate against me. My movement denial is attributed to daily representations of "security issues" in the building -- although, 100s of people move throughout the rest of the two (2) building complex for food, medical, education, recreation, etc. For some "other" reason, I am not permitted to move the ten (10) minute walk while escorted to the work space. See the attached BP-10 document that had to be reported to the Regional Office to address the issues. Multiple officers have warned me that I am under heavy "scrutiny" by those who originally abused me, while reiterating their apologies for the never-ending abuses.

Second, I have attached the follow-up list of requested items I shared with you months ago that I have not received from my stand-by attorney. I know you told me to let you know if it continues -- after you reviewed the identical list I had sent to him in 2017. Well, I have received next to nothing on the list. See the December 2018 request list. Again, I am trying to complete my legal work since beginning my ProSe status, but the interference ramped up beyond variables I could can reasonably address at MDC.

Third, I am still waiting almost four (4) months for the return of the forensic accountant to visit me. I have no direct contact with him. My stand-by counsel has "repeatedly" suggested that he was not aware I was trying to meet with him and unable; REPEATEDLY. I am still waiting, as MDC has additional restrictions on his visitation because I am in ProSe.

Fourth, I was notified today that I am not allowed (per the legal department) under your Court order to work until 7pm. They have a new weekday policy to reduce staffing and your ORDER is therefore not valid. Because they do not want to staff the area that "they" have chosen for me to work -- per their own budget -- I can no longer work (once I finally manage to get there, as addressed, supra). They told me that you would have to send them another COURT ORDER to reinforce the previous COURT ORDER if I still want to work until 7pm any day. It is more retaliation for the abuse I reported in the BP-8, BP-9 and egregious BP-10 follow-up report (attached).

I remain, sincerely,   Phil Kenner