TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

------------------------------------------------------------------------------------------------

FROM: 07480408
TO:
SUBJECT: Kenner -- Court order -- 13-cr-607 (JFB)
DATE: 09/20/2018 03:19:56 PM

September 20, 2018

The Honorable Judge Bianco:

Your Honor, I ask that this request is placed under SEAL to protect the names of the MDC officers who have supported me thru multiple denigrating events (in opposition to abusive officers' actions); including being forced to piss in my jumpsuit during the day multiple times while working.   I was told I should not drink water before I come to work all day, so I do not have to go to the bathroom.

Attached are a few BP-8 supplements that have been submitted lately as a result of your Court order not specifically allowing me to 1) drink water (room temperature water needed due to my stomach problems), 2) use a cup from the facility originally given to me by the medical department after I previously collapsed on the floor while working, or 3) be provided food during the 8 hours I work on my case away from my unit.

I am now relegated to slurping water out of the sink faucet like a dog.

Can you please augment the Court order to include the current 7-day per week work access, the ability to drink water from a cup (room temperature water), allow me to go to the bathroom, and for the facility to provide food for me while working during regular meal times?

More often than not, after each work day, my food from the lunch service (4 hours earlier) has been taken by another inmate, leaving me with no food to eat and no resolution by the unit officer.

I send my most sincere apologies to the Court for even having to address this infantile issue, based on specific racist officers' behaviors.   Several other senior officers have expressed their complete disdain for the retaliatory and race-driven actions towards me, but they have said repeatedly that MDC does not care when inmates are mistreated by other officers and will not correct the behaviors.

Thank you for augmenting the Court order, if you would so allow.

Sincerely,

Phil Kenner