TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: Another Murder-conspiracy threat
DATE: 11/27/2017 12:08:44 PM

November 21, 2017

Jesse --

I am writing this letter to you and copying an outside attorney familiar with the years of abuse of power by Ken Jowdy and people associated with Jowdy; including but not limited to the current FBI Agent on my case, who has been protecting him since his first contact with Jowdy's attorney and former FBI Director Louis Freeh in July 2009.

As I explained to former attorneys, Rick Haley and Jeff Pittell, there have been a number of attempts to set me up on murder conspiracies since FBI Agent Galioto was involved with me and my representations of the $25 million-plus in Jowdy thefts since 2002.

After Jowdy, with Agent Galioto and their partners murdered my Mexican attorney after he got me out of the Mexican jail for false Gun Trafficking charges in 2010, filed by FBI Agent Galioto and people working directly with and for Jowdy's attorneys (and the associated 3+ days of physical abuse, starvation, beatings, and attempted extortion), they changed strategy.

After Jowdy and his Mexican attorneys "got" to my next Mexican attorney, they phoned me in mid-2013 (after he had been terminated by me), and presented an English speaking "partner" on the phone. The "partner", who I did not know, offered to have Jowdy killed to resolve the investor's problems with him in Mexico. I told them both immediately to NEVER CALL ME AGAIN and hung up the phone.

In 2015, just 2-3 months before my EDNY trial began, I was repeatedly accosted by another inmate at GEO (Leroux) who tried to seduce me into a murder deal, again to kill Jowdy. I told Leroux over 12 times to STOP talking to me about the murder issues. He repeated his efforts until I was forced to STOP speaking with him in a 31 person dorm, which is nearly impossible due to proximity 24 hours a day. Ironically, the government, again thru Agent Galioto, presented Leroux' wired recordings to the Court which proved nothing but insinuated another attempt by me to interfere with Galioto's mission to protect Jowdy "at all costs" and "turn my lights out", as Leroux confessed to another inmate (Akay) after my departure. I was introduced to Akay about 1 year after trial at MDC. The night I first met Akay, he produced pages of notes he had taken at GEO which represented everything he was told about me by Leroux, his deal with the FBI, and my case. Akay confirmed to me that the FBI Agents had offered to have Leroux released, IF HE COULD GET ME TO COMMIT TO A MURDER CONSPIRACY ON TAPE. I was sick when I learned of their 2nd desperate deceit just before trial.

Now, in the last week (November 2017), I was approached by an inmate I did not know who told me that another inmate in my current unit (who I no longer speak with) was bragging to him that he had been approached by the FBI to set me up on another attempted MURDER CONSPIRACY in exchange for being released from his current charges, pending sentencing in Central Islip.

These repeated attempts cannot be the norm in the BOP, nor in America. I am not sure who is supervising the FBI Agent's ongoing efforts to set me up, but it cannot be constitutional. At a minimum, this needs to be brought to the attention of my judge immediately.

Please confirm that you have notified the Court of these outrageous conditions I continue to be placed under, solely from the maniacal behavior of Agent Galioto and his desire to end all attention I continue to raise (with 100% proof) of the Jowdy thefts from the funds my investors and I acknowledged, approved and granted Jowdy as far back as 2002 (including the entire Hawaii 2004-06 loans).

I appreciate your immediate and serious attention to this matter.   Phil Kenner