TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

-----------------------------------------------------------------------------------------------

FROM: 07480408
TO: Psychology
SUBJECT: ***Request to Staff*** KENNER, PHILLIP, Reg# 07480408, BRO-J-A
DATE: 04/08/2018 07:58:31 AM

To: McCabe
Inmate Work Assignment: none

McCabe -- After the last incident on Thursday -- April 5th, 2018 -- in the East VR with CO Moore -- I have been unable to sleep thru the nights again and have had too much anxiety (just like after the documented incidents with Medina and others over the last 9 months).   At the time (on the 5th) there were 3 COs in the East VR; Moore, another female CO (who she was speaking with) and CO Burner.   Moore walked by my workspace.   I asked her to go to the bathroom for the fist time in 3+ hours in the East VR.   She told me I had to wait and brashly told me to SIT DOWN.   I waited and waited and she did not come back.   I waved multiple times as I had to relieve myself worse and worse, now in a panic.   No response.   30 minutes later -- after I had pissed myself with everything in me I could not physically pinch off -- Burner came to me and said Moore just told him I needed something from him (not even a bathroom break).   That was the first she told him I requested to go the bathroom -- despite the fact he was there on the computer in the East VR the entire time.   No one else was moving around in the VR that was distracting Moore from assisting me.   I am an old man -- who tries to work on my case daily (in the VR or in my unit -- as determined by me).   The days I need to be on my computer to work thru the evidence are critical days.   Now -- I am stressed out and unable to sleep again due to this acrimony.   Please have this addressed -- as I represent myself (Pro Se) and do not have outside assistance to help when I am in this extended state of mind.   Thanks .   pk
-----KENNER, PHILLIP A on 4/5/2018 7:53 PM wrote:

>

I am following up with our conversation from Unit 71 last week (end of March).   There has still been NO follow-up from the SIA or SIS staff (whichever you mentioned) about the denigration issues I have continued to experience in the East VR (continuing after my BP-8 report related to CO Medina).   It has continued this week, completely stressing me out, and raising my blood pressure and heart rate. I have a heart condition and can feel myself getting anxious and stressed beyond my sustainable limits.   Thank you for following up with me, as this is a critical time for me (the next 6 months) to finish my casework before I leave MDC (after too many years, as we have discussed).   I represent myself, so I cannot handle the acrimony during the times I need to be on my A-game, preparing critical and very complex submissions for the Court.   Thanks again.   Phil Kenner