*Kristen Peca contradictory email to Kenner after alleged SHOCK incident*

**From:** PHIL KENNER <kenner33@gmail.com>
**Sent:** Wednesday, September 16, 2009 11:43 AM
**To:** Mike & Kristen Peca <KMPGP@aol.com>
**Subject:** Re: PHX dates?

*5 months after SHOCKING LOC news from Northern Trust*

I will have m=chael check this email when he gets home from golf. if he doesn't sign soon= anytime really would work. a long weekend would be best though. we really =ant to use that golf course/dining at least once!! We can take, you, your g=rlfriend and kiddos out for a nice night there while we are there.

*Kristen Peca wants to take Kenner and his family out to a "nice night" when they come to AZ for vacation -- while staying at Kenner's home...*

PK_SEC_005477

1