| | |
|---|---|
| **From:** | PHIL KENNER <kenner33@gmail.com> |
| **Sent:** | Wednesday, September 16, 2009 1:41 PM |
| **To:** | Mike & Kristen Peca <KMPGP@aol.com> |
| **Cc:** | Stephanie Nichols <Stephanie@standardadvisors.com> |
| **Subject:** | K1s |

*(Annotation: Michael and Kristen Peca's shared email address...)*

<SPAN STYLE='font-size:10pt=>Kristen:

Can you please look into your files and send me a copy of any Diamante K1s =hat you have from 2003 to present?  We need them to show "=onspiracy" and that Jowdy perjured himself in the Nolan trial when he=claimed that our "loans" to him from the Hawaii group were R=0;investments".

*(Annotation: No response came from Peca re -- "WTF -- What loans from Hawai'i to Jowdy?")*

This is very important.

Thanks.  Phil
Fax: (646) 827-0832