**Northern Trust Banker, Aaron Mascarella March 9, 2009 deposition…**
- *Weeks before the <u>Nolan v. Kenner</u> arbitration when Owen Nolan testified that he did not remember anything to do with Northern Trust Bank – inapposite of his banker's deposition testimony…*

*Page 23:*
> *Q.   Okay.  Now, with regard to the line of credit account, who was authorized to make transfers out of that line of credit?*
>
> *A.    Owen and Phil.*
>
> *Q.    Was there any limitation on Mr. Kenner's ability to transfer money out of the account?*
>
> *A.    No.  It was -- Yes.  I'm sorry.  It was --  The proceeds were only to go to Little Isle Ventures,  Little Isle IV, I think, if I remember correctly.  He signed -- **Owen Nolan signed a bank authorization or an authorization letter to the bank authorizing Phil Kenner to transfer money from the line of credit into the Little Isle IV account**.*

<u>*Mascarella confirms that he dealt with Owen Nolan between 2003 and 2006 related to the LOC payments being late and DEFAULT letters on the LOC…*</u>
*Page 24:*
> *Q.    During the time period from -- From the time you opened the Nolan account until the end of 2006, did you have conversations with Mr. Nolan concerning the line of credit?*
>
> *A.    Conversations -- **I spoke to Owen infrequently**. I've only had brief conversations with him.  And my guess is that **it was only relating to the payments, that the payments were being made or not being made**.  There was a few times when the payments were slow, that **we sent out default letters**, which probably -- You know, I can't remember every conversation I had with him but I assume he might have responded to one of those default letters.*

*Page 26:*
> *Q.    And on those accounts, was it Mr. Kenner who was authorized to sign on the lines of credit?*
>
> *A.    **Yes.  Each one of the players in the lending file had a letter, an authorization letter very similar to the one I spoke about earlier with Owen that said that Phil Kenner was authorized to transfer money out of the line of credit into the Little Isle account.***

1

***Mascarella confirms that he was NOT involved in the initial set up of the Northern Trust LOC for Little Isle 4 – PLEDGED by Nolan & Juneau…***

- THUS – Mascarella CANNOT be the Person Most Knowledgeable (PMK) at the bank for the initial Northern Trust LOC for Little Isle 4…

***Page 34:***

*Q.   At some point, was a -- And I'm talking about the **2004 to 2005 time frame.  Was a line of credit opened up for Little Isle IV?***

*A.   I believe so.  That would -- It's my understanding the answer is yes.*

*Q.   And do you recall who were signatories on that line of credit?*

*A.   **I wasn't involved at that time on the lending side, so I don't know.  I know that if it was set up in the business name -- I would only be speculating.  So I don't know.***

***Continue – Page 35:***

*A.   We have a separate commercial lending department and a lender there would have established the relationship on the lending side.*

*Q.   And **during this time period, can you remember who would have been in that position?***

*A.   **I don't.**  It changed a couple of times during when their relationship was initially started.*

2