

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMH/SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

June 15, 2018

By Regular Mail

Phillip A. Kenner (pro se)
No. 07480-408
MDC Brooklyn – Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

        Re:    United States v. Phillip A. Kenner
                 Criminal Docket No. 13-607 (JFB)

Dear Mr. Kenner:

        The government has received your letter dated June 3, 2018, in which you renew your request for a meeting regarding sentencing and forfeiture. See also ECF No. 553. The government notes that it has already stated its position on both subjects on the record in various filings. See, e.g., ECF Nos. 401 (government's forfeiture motion), 471 (government's responses to PSR objections). The government further notes that your opposition to the government's forfeiture motion is due on July 13, 2018, and the government will reply on August 10, 2018. See ECF No. 552. In light of the foregoing, the government declines your request for a meeting.

                              Very truly yours,

                              RICHARD P. DONOGHUE
                              United States Attorney

                By:    /s/ J. Matthew Haggans
                        J. Matthew Haggans
                        Assistant U.S. Attorney
                        (718) 254-6127

cc:    Clerk of Court (JFB) (By ECF)
        Jesse Siegel, Esq. (By ECF and By Email)