Case 2:13-cr-00607-JFB-AYS Document 708-6 Filed 09/04/19 Page 1 of 1 PageID #: 19505
Case 2:13-cr-00607-JFB-AYS Document 738-1 *SEALED* Filed 10/09/19 Page 1 of 1





GOVERNMENT EXHIBIT 942 13-CR-607(JFB)