UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

PHILIP A. KENNER and TOMMY C.
CONSTANTINE,

              Defendants.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 05 2019 ★
LONG ISLAND OFFICE

ORDER
13-CR-00607 (JFB) (AYS)

JOSEPH F. BIANCO, Circuit Judge (sitting by designation):

During the Forfeiture Hearing held on March 9, 2016 (ECF No. 369), the government directed the Court to specific text messages, admitted into evidence, that discussed payments made by Jay McKee to the Palms Casino (ECF No. 369 at 30). IT IS HEREBY ORDERED that the government provide the Court with a copy of the Exhibit (admitted into evidence) containing these text messages by September 12, 2019.

SO ORDERED.
S/ JOSEPH F BIANCO

Joseph F. Bianco
United States Circuit Judge
(sitting by designation)

Dated: September 5, 2019
       Central Islip, New York