

**Me:** I'll call you later. Is Constantine using the 55 Penthouse this weekend? That's what I heard!

Jun 11, 2011 3:16 PM

**McKee Jay:** I've heard nothing of it.. Where did you hear this?

**Me:** Someone I know ran into him getting on the plane (that he stole from us) headed to Vegas for the weekend with his girl PLUS several other people.

**McKee Jay:** I'll look into it

GOVERNMENT EXHIBIT 4511

**McKee Jay**

> He has had a friends name in 55 several times in the past when I had corporate renters looking. They were always huge fight weekends, so he fucked you/us...AGAIN!

> If u know of a huge fight weekend, or any special event where it could potentially be used, let me know.. Without question, it will be kept open..

*Jun 11, 2011 3:47 PM*

> Those calls come in and all I can do is check the availability. What

**Me:** availability. What "additional" fight do I need? Not that interested. I'll wait until he's in jail & sort out the balance. Did you get the rental info for us for 2010 & 2011?

**McKee Jay:** As long as he continues to bring some paying renters in to put money towards the mortgage, I'm not going to complain if he stays in the unit a couple times.. That being said, I told Sandra to inform me anytime someone is staying in the unit and I've

**McKee Jay**

> anytime someone is staying in the unit and I've heard nothing of this weekend, so I'll get to the bottom of it.. Also, I don't have the rental info now no.. I'll ask Sandra for it Monday..

> Just so you know, he has no $$ in the unit, owes Mike Andretti ~500k that mike thinks he has in it & skims $$ off every rental. Oh btw, he misused over 1/2 of the GSF and tried to steal Eufora from us as soon as money was ready to be made.

📶 AT&T  3G          5:27 PM              🕐 🔋

**Messages**    **McKee Jay**    **Edit**

Jun 11, 2011 4:30 PM

Why does Mike Andretti believe he has 500k in the unit? I don't understand why no one will show me proof of their interest in the property.. Not Tommy, nor yourself.. This should really be cut and dry and this is another reason I have a lack of trust in everything with everyone.. .. Who's getting fucked on this!? I am Phil.. I am forced into a position that was not our agreement.. Im being forced into paying 30k

📷 ⬭  **Send**

AT&T 3G  5:27 PM

Messages  **McKee Jay**  Edit

our agreement.. Im being forced into paying 30k every 3 months.. Whats your plan moving forward?  I pay 250-400k over a few years raise hell, get nowhere and foreclose!?  Great deal, who's really getting fucked here?  If Tommy has zero money in this, then great, show me documentation that you have money invested and there is no issue.. I've got no more documentation from Tommy then I have from you..  You have no idea how happy I would

**AT&T 3G   5:27 PM**

Messages   **McKee Jay**   Edit

> from Tommy then I have from you.. You have no idea how happy I would be for someone to show me what should be simple proof of their interest..

> You know. Constantine fucked us all. That's a fact. The rest will sort itself out over time. I can tell you that you're not seeing the big picture each time you interact with him... You are helping him!!

Jun 11, 2011 4:51 PM

> I don't remember the last time I spoke with Tommy.

Send