## CRIMINAL CAUSE FOR ORAL ARGUMENT

**BEFORE:** Bianco, J.

**DATE:** 9/5/2019        **TIME:** 12:00 p.m.    **Time in court:** 1 hr.

**DOCKET NUMBER:** CR 13-0607    **TITLE:** USA v. Tommy Constantine

**DEFT NAME:** Tommy Constantine
 **X** PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   **X** ON BAIL

**ATTY FOR DEFT:** Sanford Talkin
 **X** PRESENT   ___ NOT PRESENT   ___ RETAINED   **X** C.J.A.
                                                   ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Phillip Kenner
 **X** PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   **X** ON BAIL

**ATTY FOR DEFT:** Matthew Brissenden
 **X** PRESENT   ___ NOT PRESENT   ___ RETAINED   **X** C.J.A.
                                                   ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Saritha Komatireddy, Madeline O'Conner, Diane Leonardo
Matthew Haggans

**DEPUTY CLERK:** Michele Savona

**PROBATION:**

**COURT REPORTER:** ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
   ___ F. GUERINO   ___ M. STEIGER   **X** D. TURSI   ___ O. WICKER   ___ S. PICOZZI

**INTERPRETER:**

 **X** CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

 ___ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT AND ENTER(S) A NOT GUILTY PLEA TO **ALL COUNTS** OF THE SUPERSEDING INDICTMENT.

 ___ CASE ADJOURNED TO _____ FOR _____

 ___ MOTION CONFERENCE HELD ON _____ 'S MOTION TO

 ___ ARGUMENT HEARD   ___ MOTION GRANTED.   ___ MOTION DENIED.
                       ___ DECISION RESERVED.

 ___ DECISION ENTERED INTO THE RECORD.

```
___  SPEEDY TRIAL INFORMATION:
     CODE TYPE:   X-            START DATE:  //19 XSTRT
                                 STOP DATE:  //19 XSTOP

 X  Sentencing IS SET FOR 10/23/19 at 10:30 a.m. (Kenner) 10/23/19 at
12:00 pm (Constantine)

___  JURY SELECTION SET FOR & _____

___  TRIAL SCHEDULED FOR _____

___  MOTIONS TO BE MADE BY _____

 X   RESPONSE BY 9/9/19

 X   REPLY IF ANY BY 9/19/19

___  HEARING CONTINUED TO: _____

___  OTHER: _____
```