**Subject:** FW: Global Settlement
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 6/5/2009 3:54 PM
**To:** Tommy Constantine <tommy@eufora.com>

FYI.   Phil

------ Forwarded Message
From: Mike & Kristen Peca <KMPGP@aol.com>
Date: Fri, 22 May 2009 20:33:11 -0400
To: PHIL KENNER <kenner33@gmail.com>
Subject: Re: Global Settlement

I understand and accept the terms of this settlement plan. Thanks

------ End of Forwarded Message

[Annotation: Email response from Kristen Peca -- independent of Michael Peca signing and returning a scanned version himself...]