

**Banknorth, N.A.**
Connecticut

Statement Period
August 01, 2006 to August 31, 2006

STATEMENT OF ACCOUNT

BAJA DEVELOPMENT CORPORATION
C O TAFFY JOWDY
PO BOX 802
DANBURY CT  06810

Page    1 of 00

Enclosures  ***
                711

Reference Number:   3981345276

NO ATMS FEES.  ANY BANK.  ANYWHERE.
GREAT NEWS!  AS OF JUNE 1, 2006 WE REIMBURSE ALL ATM FEES, EVEN OTHER
BANKS'.  IT'S ONE OF THE WAYS WE'RE BUILDING A BETTER BANK.  FEES THAT
POST AFTER JUNE 1 WILL BE REBATED AT THE END OF YOUR STATEMENT CYCLE.
REFER TO THE "FREE ATM REBATE" SECTION ON YOUR STATEMENT TO VIEW YOUR
FEE REBATES.  QUESTIONS?  CALL 888-5-FREELY OR VISIT BANKFREELY.COM

Free Business Checking     BAJA DEVELOPMENT CORPORATION
398-1345276     (Checking)

Deposit Account Recap

Beginning Balance as of    August 01, 2006           3,143.63
    4 Deposits                                     791,000.00
   18 Withdrawals                                  273,072.00
Ending Balance as of       August 31, 2006         521,071.63

Average Collected Balance This Cycle                47,111.24

Deposits and Other Credits
Date        Amount      Description
Aug 09     21,000.00    DEPOSIT
Aug 28     20,000.00    DEPOSIT
Aug 10    100,000.00    WIRE TRANSFER INCOMING
                        OWEN NOLAN
Aug 30    650,000.00    WIRE TRANSFER INCOMING
                        LB HOLDINGS/LCD

Withdrawals and Other Debits
Date        Amount      Description
Aug 01      2,000.00    ELECTRONIC PMT-WEB
                        ADVANTA          CARD PAYMT    114509683
Aug 09     21,000.00    DEBIT
Aug 10         16.00    WIRE TRANSFER FEE
Aug 11     60,000.00    DEBIT
Aug 11     10,000.00    WIRE TRANSFER OUTGOING
                        BRIAN MCNAMEE
Aug 11         20.00    WIRE TRANSFER FEE
Aug 15     10,000.00    DEBIT
Aug 15      5,000.00    DEBIT
Aug 15      5,000.00    DEBIT
Aug 15      5,000.00    DEBIT
Aug 21      2,000.00    DEBIT
Aug 22      2,000.00    WIRE TRANSFER OUTGOING
                        BRIAN MCNAMEE
Aug 22         20.00    WIRE TRANSFER FEE
Aug 25      1,000.00    DEBIT
Aug 28     20,000.00    DEBIT
Aug 30         16.00    WIRE TRANSFER FEE
Aug 31    100,000.00    DEBIT
Aug 31     30,000.00    DEBIT

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          WWW.TDBANKNORTH.COM

TDI97

**Annotations (handwritten/red):**

- **$650,000 unannounced referral fee** paid to Jowdy -- after Jowdy canceled 2nd Kenner-Jowdy deal in Cabo -- Jowdy kept Kenner's $72,000 deposit (confirmed in Jan 2010 depo)
- Nolan's $100,000 DCSL capital contribution STOLEN by **Jowdy...and used as payoffs to Clemens whistle blower, Brian MacNamee**
- $60,000 immediately transfered to Diamante del Mar and used by Jowdy...
- $12,000 paid as HUSH $$ to Roger Clemens' accuser during the Senator Mitchell Hearings -- **with McNamee represented by Tom Harvey.**