**From:** philip a kenner
**To:** john kaiser
**Subject:** MosquitoRojoTequila info
**Date:** Wednesday, August 06, 2008 9:40:06 AM
**Attachments:** fax_1245255.tif

JK:   Call me if you have any questions regarding this.   Pk



GOVERNMENT
EXHIBIT
**304**
13-CR-607 (JFB)

## CERTIFICADO No.

## CONSEJO REGULADOR DEL TEQUILA, A.C.

Acreditado por la EMA como Organismo de Certificación de Producto 05/06 con vigencia de Acreditación a partir del 09 de mayo del 2006 y con vencimiento al 09 de mayo del 2010 y como Unidad de Verificación UVNOM 002 con vigencia de acreditación a partir del 25 de junio del 2007 y con vencimiento al 25 de junio del 2011

Con fundamento en la Ley Federal sobre Metrología y Normalización, y en las Políticas de Certificación aplicables al Tequila, el CRT otorga:

## Certificado de Cumplimiento con la Norma

## TEQUILA 100% DE AGAVE

Elaborado por la empresa:

**TEQUILA LAS AMERICAS, S.A. DE C.V.**

MARIA GUADALUPE DE HERNANDEZ LOZA NO.45, COL.OBRERA C.P.45380, AMATITAN, JALISCO

por cumplir con las disposiciones establecidas en la Norma Oficial Mexicana NOM-006-SCFI-2005, Bebidas Alcoholicas-Tequila-Especificaciones, en vigor.

La vigencia de este certificado será al 31 de diciembre del 2008

Zapopan Jalisco, a uno de enero de dos mil ocho

Presidente del CRT

_____
Lic. Miguel Angel Dominguez Morales

MO-RC 01

## ГЕНЕРАЛЬНАЯ ДОВЕРЕННОСТЬ
## LETTER OF AUTHORIZATION

Настоящей доверенностью/
Issued by: Mosquito Rojo Tequila SA de CV

Юридический адрес/
Address: Emilio Carranza Numero 78 Amatitan, Jalisco Mexico

В лице
In the person of: Phil Kenner
(ФИО руководителя, name of CEO of the company)

действующего на основании устава предприятия поручает
authorised Rostest-USA: РОСТЕСТ

в лице директора
in the person of Mr. Granik: Граник Фрэда Борисовича

| | |
|---|---|
| Представлять интересы предприятия по вопросам сертификации продукции в российской системе сертификации ГОСТ Р во всех организациях, совершать все необходимые действия в интересах предприятия и в соответствии с этим подписывать заявки на сертификацию, заключать контракты (договора), производить расчеты по контрактам (договорам), подписывать акты приемки-сдачи работ и иные документы, необходимые для выполнения обязательств по контрактам (договорам), получать и передавать факсимильную, почтовую, телеграфную корреспонденцию. Полномочия по данной доверенности не могут быть переданы другим лицам. | To present the interests of the company for the purposes of product certification in the Russian certification system GOST R in all organizations to perform all necessary actions in the interests of the company and accordingly sign applications for certification, conclude agreements (contracts) carry out payments for agreements (contracts), sign acceptance reports and other documents necessary for execution of obligations under agreements (contracts), send and receive faxes, mails, telegraph and other correspondence. The Letter of authorization is not transferable. |

Доверенность действительна по
The Letter is valid till

Руководитель организации       */signature/*              PHILIP A. KENNER
CEO                                    подпись / signature          ФИО / name

*Company letterhead/ Фирменный бланк Компании*

# DECLARATION OF CONFORMITY
Декларация Соответствия

We declare that the product(s) here mentioned/ Мы объявляем, что продукт (ы) здесь упоминал:

Mosquito Rojo Tequila, Blanco, Reposado, Anejo and Ultra Anejo
(model(s))/(модель (и))

conform(s) with the following standard(s) and directive(s)/ соответствуйте со следующим стандартом (ами) и директивой (ами):

100% Agave Tequila
(title of standard(s))/(название стандарта (ов))

C.R.T Consejo Regulador Del Tequila, A.C
(title of directive(s))/(название директивы)

We keep on file the required documentation/ Мы сохраняем файл необходимая документация.
Zapopan, Jalisco Mexico Jan 1, 2008

(place and date of issue)/(место и дата выпуска)
President of the CRT, Lic. Miguel Angel Dominguez Morales

(name and signature of authorized person)/(имя и подпись доверенного лица)

## APPLICATION – DECLARATION / ЗАЯВКА-ДЕКЛАРАЦИЯ

Tel/: __480.235.4193__ Fax/: __646.827.0832__ E-MAIL: __PK@ Mosquito Rojo Tequila.com__

In the person of / в лице __PHILIP A. KENNER__ declared / заявляет

that the products /     Mosquito Rojo Tequila, Blanco, Reposado, Anejo and Ultra Anejo
что продукция

to comply with requirements of /
соответствует требованиям     __ГОСТ Р__

request to issue certificate of conformity in accordance with scheme /
просит выдать сертификат соответствия согласно схеме
                                    __3А__

on the base of the following documents /   CRT cettificate
на основании следующих документов

Executive, authorized credit manager or CEO of company / Phil Kenner    _[signature]_
Руководитель организации

Stamp / М.П.                    Date: / Дата __6 - Aug - 2008__

| РОСТЕСТ – США | Mr. F. Granik, |
|---|---|
| Орган по сертификации промышленной продукции ("РОСТЕСТ – США") | Head of Certification Body ("Rostest – USA"), |
| Россия, 117418, Москва, Нахимовский пр-т, д. 31 | 244 Fifth Avenue., Suite F-221 |
| Руководителю ОСПП Г-ну Герману Н.Н. | Brooklyn, NY, 11229 |

### APPLICATION / ЗАЯВКА
for product certification under GOST-R Certification System /
на проведение сертификации продукции в системе сертификации ГОСТ Р

Tequila Las Americas SA de CV, Mosquito Rojo SA de CV

*of manufacturer, seller (hereinafter referred to as "applicant")/ наименование организации-изготовителя, продавца (далее - заявитель)*

Emilio Carranza numero.78 Amatitan Jalisco, Mexico

*Legal address, telephone & fax numbers, E-MAIL / юридический адрес, телефон, факс, E-MAIL*

Tel/Тел: 52 624 1515995  +us    Fax/Факс: 646.827.0832 PK    E-MAIL: pk@mosquitorojotequila.com

In the person of / в лице: Phil Kenner
*name of executive, authorised credit manager, CEO of company/ фамилия, имя, отчество руководителя*

hereby applies for / просит провести

certification of the products / сертификацию продукции: Mosquito Rojo Tequila; Mosquito Rojo Tequila Blanco, Reposado, Anejo and Ultra Anejo
*Product name, type, Model, HS code, serial production/batch/ наименование продукции, ТНВЭД код, серийный вып. или партия*

manufactured by/ выпускаемой *

in accordance with/ по    ГОСТ Р
*manufacturer's standards, specifications / документация изготовителя*

to comply with requirements of / на соответствие требованиям    ГОСТ Р
*Russian National standards and other documents / наименование и обозначение норм. документов*

in accordance with certification scheme/ по схеме    **3A**
*certification scheme number / номер схемы сертификации*

The applicant agrees to fulfill all necessary procedures and regulations of certification /
Заявитель обязуется выполнять все правила и процедуры сертификации

Additional information / дополнительные сведения: _____

Signature of executive, authorized credit manager or CEO of company /
подпись руководителя организации    *[signature]*

Date/ число: 6-August-2008

Stamp / м.п.:

(*) If the applicant is a seller, name & address of the manufacturer should be given in this position /
указывается наименование изготовителя и его адрес, если заявителем является продавец.