

GOVERNMENT EXHIBIT
905
13-CR-607 (JFB)