Northern Trust, NA
2398 East Camelback Road
Suite 400
Phoenix, AZ 85016
(602) 468-1650

 **Northern Trust**

Mr. Michael Peca
46 Golden Pheasant Dr Suite # 5500
Getzville NY 14068

February 9, 2009

Re: Loan #289369 Note

Mr. Peca,

This letter shall serve as written notification regarding your line of credit with Northern Trust. The line of credit referenced above, which is secured by your personal Northern Trust IMAS, is 36 days late and constitutes an "Event of Default" as indicated by the Master Note;

> (a) (i) failure to pay, when and as due, any principal payable hereunder or under any Related Document; (ii) failure to comply with or perform any agreement or covenant of Borrower contained herein…

**Setoff**
Per the Master Note; if an event of default has occurred and is continuing, then, to the maximum extent permitted by law, any account, deposit or other indebtedness owing by Lender to Borrower, and any securities or other property of Borrower delivered to or left in the possession of Lender or any affiliate or subsidiary of Lender, or its or their nominee or bailee, may (**at any time and without notice of any kind**) be set off against and applied in payment of any obligation hereunder or under any Related Document.

Please contact me at 602 468-2537 immediately regarding your intentions to make payment on the subject line of credit. If the minimum payment needed of $4,991.71 is not received within a 10 day period from the date of this letter, Northern Trust will pursue appropriate action(s) to secure payment.

Respectfully,

Aaron Mascarella,
2nd Vice President
Northern Trust, N.A.

cc: Phil Kenner

Northern Trust, NA is a wholly owned subsidiary of Northern Trust Corporation, Chicago. Member FDIC. Equal Housing Lender

GOVERNMENT EXHIBIT 2115 13-CR-607 (JFB)

CONFIDENTIAL                NTC012828