# Fwd: Russian Certification

John Kaiser [jk@legacyproperties.com]

**Sent:** Thursday, June 18, 2015 10:02 AM
**To:** Galioto, Matthew (NY) (FBI)

**GOVERNMENT EXHIBIT 4507 13-CR-607(JFB)**

Sent from my iPhone

Begin forwarded message:

> **From:** philip a kenner <pak33@mac.com>
> **Date:** January 20, 2009 at 1:32:26 PM EST
> **To:** John Kaiser <johnrkaiser@gmail.com>
> **Subject: FW: Russian Certification**
>
> ------ Forwarded Message
> **From:** Bob Gaudet <pacprop@gmail.com>
> **Date:** Tue, 20 Jan 2009 10:10:57 -0700
> **To:** philip a kenner <pak33@mac.com>
> **Subject:** Re: Russian Certification
>
> PK,
>
> It has been requested for us to provide the name and a copy of id for the person who will be picking up the tequila.
> Following is what I have:
>
> > Rostest-Moscow
> > Attn: Evgenia E. Nersesian/Fred Granik
> > 31, Nakhimovsky Prospect
> > Moscow, Russia
> > 117418
>
> [annotation: Russian shipping address as referenced in the Gaudet texts to Kenner...]
>
> Bob
>
> On Jan 20, 2009, at 9:43 AM, philip a kenner wrote:
>
> > FYI...pk
> >
> > ------ Forwarded Message
> > **From:** John Kaiser <johnrkaiser@gmail.com>
> > **Date:** Tue, 20 Jan 2009 11:25:32 -0500
> > **To:** philip kenner <pak33@mac.com>
> > **Subject:** Fwd: Russian Certification
> >
> > [annotation: Kaiser sent Kenner the docs from GX-304 that had to be completed by the Mexico authorities to send alcohol to Russia.]
> >
> > Sent from my iPhone
> >
> > Begin forwarded message:

https://www.324mail.com/owa/?ae=Item&t=IPM.Note&id=RgAAAADQaPgAKjWtQ6F6...   6/18/2015

From: Fred Granik <fgranik@gmail.com>
Date: January 20, 2009 10:03:38 AM EST
To: john kaiser <johnrkaiser@gmail.com>
Subject: Re: Russian Certification

John,

Everyone in russia was on vacation. I'll be there on thursday and I'll let you know what's going on.

On 1/20/09, john kaiser <johnrkaiser@gmail.com> wrote:

> Hey Fred , Anyword ????? Thanks John
>
> On Mon, Jul 14, 2008 at 5:09 PM, Fred Granik <fgranik@gmail.com> wrote:
>
>> John,
>>
>> Look this over and call me with any questions.
>>
>> Fred

------ End of Forwarded Message

This email has been scanned by the Boundary Defense for Email Security System. For more information please visit http://www.apptix.com/email-security/antispam-virus