## Fwd: Russian bottle!!

John Kaiser [jk@legacyproperties.com]

**Sent:** Thursday, June 18, 2015 9:57 AM
**To:** Galioto, Matthew (NY) (FBI)



GOVERNMENT EXHIBIT
**4508**
13-CR-607(JFB)

Sent from my iPhone

Begin forwarded message:

> **From:** Phil Kenner <Phil@standardadvisors.com>
> **Date:** July 4, 2008 at 6:03:30 PM EDT
> **To:** Kaiser John <johnrkaiser@gmail.com>
> **Subject: Russian bottle!!**



Thanks, Phil
Cell: (480) 235-4193

---

This email has been scanned by the Boundary Defense for Email Security System. For more information please visit http://www.apptix.com/email-security/antispam-virus

---