

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

September 26, 2019

<u>By FedEx and ECF</u>
Matthew W. Brissenden, P.C.
666 Old Country Road, Suite 501
Garden City, New York 11530

    Re: <u>United States v. Phillip A. Kenner, et al.</u>
      <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Mr. Brissenden:

   Enclosed please find a thumb drive that was provided to this Office by MDC, which is purported to contain information previously produced to the defendant as part of the privilege review in the above-referenced matter. We have transferred the files from the thumb drive to the Hard Drive. We are forwarding both the thumb drive and Hard Drive to you.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

      By:  /s/ Catherine M. Mirabile
          Catherine M. Mirabile
          Assistant U.S. Attorney
          (631) 715-7850

Enclosure
cc: Clerk of the Court (JFB) (by ECF) (without enclosures)