# MATTHEW W. BRISSENDEN, P.C.
## ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

October 8, 2019

**Via ECF**

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza, Room 1040
Central Islip, New York 11722

    Re:    *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

    This office has been appointed as standby counsel, to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner has asked me to reach out to the Court, in order to see if his appearance could be waived at the October 11, 2019 status conference. It is my understanding that the purpose of such conference is to address third party concerns relating to forfeiture. Mr. Kenner is currently working to prepare for his upcoming sentencing hearing, and has asked if he may be excused from that conference, so that he may continue to focus on such preparation.

    I have conferred with AUSA Saritha Komatireddy, who has indicated that the Government would prefer to have Mr. Kenner present at the October 11th conference.

    Thank you for considering this request.

                                Respectfully submitted,

                                /S

                              Matthew W. Brissenden

cc:    AUSA Saritha Komatireddy (via email and ECF)
        AUSA J. Matthew Haggans (via email and ECF)
        Phillip Kenner