**JOWDY HAWAII LOAN SCHEDULE AS PREPARED BY KENNER**

| Hawai'i-Jowdy loans: | | 3/26/2006 | Totals: | $4,674,668.60 | | | |
|---|---|---|---|---|---|---|---|

| | Little Isle 4 account transactions (*Bates stamp: NAAZ000111-270*): | | | | | | Rolling balance |
|---|---|---|---|---|---|---|---|
| Date | Payee | Loan (out) | Repayment (in) | Bank record page | Rolling balance | Verified | Calculated |
| 10/29/2004 | Baja Development Corp | $ 15,000.00 | | 33 | $ 15,000.00 | X | X |
| 11/1/2004 | Bruce Greenberg | 11,000.00 | | 38 | 26,000.00 | X | X |
| 11/1/2004 | Aero Lease of Long Beach | 26,468.95 | | 38 | 52,468.95 | X | X |
| 11/2/2004 | Baja Development Corp | 250,000.00 | | 38 | 302,468.95 | X | X |
| 11/3/2004 | Baja Development Corp | | 52,468.95 | 38 | 250,000.00 | X | X |
| 11/24/2004 | Casa de Caza | 14,500.00 | | 38 | 264,500.00 | X | X |
| 11/30/2004 | Baja Development Corp | 100,000.00 | | 38 | 364,500.00 | X | X |
| 12/7/2004 | Ula Makika (Dalton fee | 250,000.00 | | 42 | 614,500.00 | X | X |
| 12/22/2004 | Casa de Caza | 15,500.00 | | 42 | 630,000.00 | X | X |
| 1/7/2005 | Startime Management Group | 30,000.00 | | 46 | 660,000.00 | X | X |
| 1/7/2005 | Rodney Dalton (fee) | 750,000.00 | | 46 | 1,410,000.00 | X | X |
| 1/10/2005 | Startime Management Group | 30,000.00 | | 46 | 1,440,000.00 | X | X |
| 1/12/2005 | Baja Development Corp | 20,000.00 | | 46 | 1,460,000.00 | X | X |
| 1/18/2005 | Baja Development Corp | 100,000.00 | | 46 | 1,560,000.00 | X | X |
| 1/18/2005 | Diamante del Mar | 250,000.00 | | 46 | 1,810,000.00 | X | X |
| 2/1/2005 | Diamante del Mar | 20,000.00 | | 50 | 1,830,000.00 | X | X |
| 2/7/2005 | Diamante del Mar | 300,000.00 | | 50 | 2,130,000.00 | X | X |
| 2/25/2005 | Rodney Dalton (fee) | 100,000.00 | | 51 | 2,230,000.00 | X | X |
| 3/3/2005 | Ula Makika (Dalton fee repay) | | 125,000.00 | 54 | 2,105,000.00 | X | X |
| 3/14/2005 | Diamante del Mar | 100,000.00 | | 53 | 2,205,000.00 | X | X |
| 3/15/2005 | Diamante del Mar | 75,000.00 | | 53 | 2,280,000.00 | X | X |
| 3/28/2005 | Diamante del Mar | 50,000.00 | | 54 | 2,330,000.00 | X | X |
| 4/12/2005 | Baja Development Corp | 240,000.00 | | 57 | 2,570,000.00 | X | X |
| 4/18/2005 | Insured Aircraft | 200,000.00 | | 57 | 2,770,000.00 | X | X |
| 4/21/2005 | Insured Aircraft | 800,000.00 | | 57 | 3,570,000.00 | X | X |
| 4/26/2005 | Mt. Zion (fee) | 175,000.00 | | 57 | 3,745,000.00 | X | X |
| 4/26/2005 | Insured Aircraft | | 200,000.00 | 57 | 3,545,000.00 | X | X |
| 4/26/2005 | Insured Aircraft | | 800,000.00 | 57 | 2,745,000.00 | X | X |
| 4/27/2005 | Mt. Zion (fee) | 87,500.00 | | 57 | 2,832,500.00 | X | X |
| 5/4/2005 | Baja Development Corp | 75,000.00 | | 60 | 2,907,500.00 | X | X |
| 5/9/2005 | Wiles & Wiles IOLTA | 80,000.00 | | 60 | 2,987,500.00 | X | X |
| 5/18/2005 | Baja Development Corp | 45,000.00 | | 61 | 3,032,500.00 | X | X |
| 6/2/2005 | MetroJet | 30,000.00 | | 64 | 3,062,500.00 | X | X |
| 6/23/2005 | Startime Management Group | 40,000.00 | | 65 | 3,102,500.00 | X | X |
| 6/27/2005 | LOR Management SA de CV | 40,000.00 | | 65 | 3,142,500.00 | X | X |
| 7/19/2005 | Baja Development Corp | 15,000.00 | | 68 | 3,157,500.00 | X | X |
| 7/19/2005 | Propiedades DDM S de RL de CV | 1,500,000.00 | | 69 | 4,657,500.00 | X | X |
| 7/25/2005 | MetroJet | 10,000.00 | | 69 | 4,667,500.00 | X | X |
| | Totals: | $ 5,844,968.95 | $ 1,177,468.95 | | $ 4,667,500.00 | | |

| Ula Makika account transactions (*Bates stamp: NAAZ000526-612*): | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/3/2005 | Insured Aircraft | $ 390,000.00 | | 4 | $ 390,000.00 | X | X |
| 6/3/2005 | Propiedades DDM S de RL de CV | | 400,000.00 | 4 | (10,000.00) | X | X |
| 7/19/2005 | Baja Development Corp | 50,000.00 | | 6 | 40,000.00 | X | X |
| 7/19/2005 | Diamante del Mar | 50,000.00 | | 6 | 90,000.00 | X | X |
| 7/26/2005 | Baja Development Corp | 95,000.00 | | 6 | 185,000.00 | X | X |
| 8/8/2005 | Baja Development Corp | | 100,000.00 | 9 | 85,000.00 | X | X |
| 8/18/2005 | Propiedades DDM S de RL de CV | 40,000.00 | | 9 | 125,000.00 | X | X |
| 8/26/2005 | Propiedades DDM S de RL de CV | 25,000.00 | | 9 | 150,000.00 | X | X |
| 8/26/2005 | Baja Development Corp | 110,000.00 | | 9 | 260,000.00 | X | X |
| 9/12/2005 | Mark Thalman (for Jowdy) | | 25,000.00 | 12 | 235,000.00 | X | X |
| 9/15/2005 | Baja Development Corp | | 25,000.00 | 12 | 210,000.00 | X | X |
| 9/23/2005 | LOR Management SA de CV | 40,000.00 | | 11 | 250,000.00 | X | X |
| 9/23/2005 | Baja Development Corp | 50,000.00 | | 11 | 300,000.00 | X | X |
| 11/8/2005 | Baja Development Corp | 15,000.00 | | 16 | 315,000.00 | X | X |
| 11/15/2005 | Diamante del Mar | 40,000.00 | | 16 | 355,000.00 | X | X |
| 11/21/2005 | Diamante del Mar | | 40,000.00 | 17 | 315,000.00 | X | X |
| 12/9/2005 | Diamante Air | 10,000.00 | | 19 | 325,000.00 | X | X |
| 12/13/2005 | Synthesis Realty | 22,168.60 | | 19 | 347,168.60 | X | X |
| 2/3/2006 | Baja Development Corp | 20,000.00 | | 24 | 367,168.60 | X | X |
| 2/14/2006 | Baja Development Corp | | 50,000.00 | 25 | 317,168.60 | X | X |
| 2/24/2006 | Baja Development Corp | | 50,000.00 | 25 | 267,168.60 | X | X |
| 3/2/2006 | Baja Development Corp | | 70,000.00 | 28 | 197,168.60 | X | X |
| 3/10/2006 | Baja Development Corp | | 50,000.00 | 28 | 147,168.60 | X | X |
| 3/13/2006 | Baja Development Corp | | 20,000.00 | 28 | 127,168.60 | X | X |
| 3/14/2006 | Baja Development Corp | | 30,000.00 | 28 | 97,168.60 | X | X |
| 3/24/2006 | Baja Development Corp | | 90,000.00 | 28 | 7,168.60 | X | X |
| | Totals: | $ 957,168.60 | $ 950,000.00 | | $ 7,168.60 | | |