## Hawaii - Jowdy Loans Verified

Compound Period ......... : Annual

Nominal Annual Rate .... : 15.000 %

CASH FLOW DATA

| # | Event | Date | Amount | Number | Period | End Date |
|---|-------|------|--------|--------|--------|----------|
| 1 | Loan | 10/29/2004 | 15,000.00 | 1 | | |
| 2 | Loan | 11/01/2004 | 11,000.00 | 1 | | |
| 3 | Loan | 11/01/2004 | 26,468.95 | 1 | | |
| 4 | Loan | 11/02/2004 | 250,000.00 | 1 | | |
| 5 | Payment | 11/24/2004 | 52,468.95 | 1 | | |
| 6 | Loan | 11/24/2004 | 14,500.00 | 1 | | |
| 7 | Loan | 11/30/2004 | 100,000.00 | 1 | | |
| 8 | Loan | 12/07/2004 | 250,000.00 | 1 | | |
| 9 | Loan | 12/22/2004 | 15,500.00 | 1 | | |
| 10 | Loan | 01/07/2005 | 30,000.00 | 1 | | |
| 11 | Loan | 01/07/2005 | 750,000.00 | 1 | | |
| 12 | Loan | 01/10/2005 | 30,000.00 | 1 | | |
| 13 | Loan | 01/12/2005 | 20,000.00 | 1 | | |
| 14 | Loan | 01/18/2005 | 100,000.00 | 1 | | |
| 15 | Loan | 01/18/2005 | 250,000.00 | 1 | | |
| 16 | Loan | 02/01/2005 | 20,000.00 | 1 | | |
| 17 | Loan | 02/07/2005 | 300,000.00 | 1 | | |
| 18 | Loan | 02/25/2005 | 100,000.00 | 1 | | |
| 19 | Payment | 03/03/2005 | 125,000.00 | 1 | | |
| 20 | Loan | 03/14/2005 | 100,000.00 | 1 | | |
| 21 | Loan | 03/15/2005 | 75,000.00 | 1 | | |
| 22 | Loan | 03/28/2005 | 50,000.00 | 1 | | |
| 23 | Loan | 04/12/2005 | 240,000.00 | 1 | | |
| 24 | Loan | 04/18/2005 | 200,000.00 | 1 | | |
| 25 | Loan | 04/21/2005 | 800,000.00 | 1 | | |
| 26 | Loan | 04/26/2005 | 175,000.00 | 1 | | |
| 27 | Payment | 04/26/2005 | 200,000.00 | 1 | | |
| 28 | Payment | 04/26/2005 | 800,000.00 | 1 | | |
| 29 | Loan | 04/27/2005 | 87,500.00 | 1 | | |
| 30 | Loan | 05/04/2005 | 75,000.00 | 1 | | |
| 31 | Loan | 05/09/2005 | 80,000.00 | 1 | | |
| 32 | Loan | 05/18/2005 | 45,000.00 | 1 | | |
| 33 | Loan | 06/02/2005 | 30,000.00 | 1 | | |
| 34 | Loan | 06/03/2005 | 390,000.00 | 1 | | |
| 35 | Payment | 06/03/2005 | 400,000.00 | 1 | | |
| 36 | Loan | 06/23/2005 | 40,000.00 | 1 | | |
| 37 | Loan | 06/27/2005 | 40,000.00 | 1 | | |
| 38 | Loan | 07/19/2005 | 15,000.00 | 1 | | |
| 39 | Loan | 07/19/2005 | 1,500,000.00 | 1 | | |
| 40 | Loan | 07/19/2005 | 50,000.00 | 1 | | |
| 41 | Loan | 07/19/2005 | 50,000.00 | 1 | | |
| 42 | Loan | 07/25/2005 | 10,000.00 | 1 | | |
| 43 | Loan | 07/26/2005 | 95,000.00 | 1 | | |

## Hawaii - Jowdy Loans Verified

### CASH FLOW DATA

|    | Event   | Date       | Amount        | Number | Period | End Date |
|----|---------|------------|---------------|--------|--------|----------|
| 44 | Payment | 08/08/2005 | 100,000.00    | 1      |        |          |
| 45 | Loan    | 08/18/2005 | 40,000.00     | 1      |        |          |
| 46 | Loan    | 08/26/2005 | 25,000.00     | 1      |        |          |
| 47 | Loan    | 08/26/2005 | 110,000.00    | 1      |        |          |
| 48 | Payment | 09/12/2005 | 25,000.00     | 1      |        |          |
| 49 | Payment | 09/15/2005 | 25,000.00     | 1      |        |          |
| 50 | Loan    | 09/23/2005 | 40,000.00     | 1      |        |          |
| 51 | Loan    | 09/23/2005 | 50,000.00     | 1      |        |          |
| 52 | Loan    | 11/08/2005 | 15,000.00     | 1      |        |          |
| 53 | Loan    | 11/15/2005 | 40,000.00     | 1      |        |          |
| 54 | Payment | 11/21/2005 | 40,000.00     | 1      |        |          |
| 55 | Loan    | 12/09/2005 | 10,000.00     | 1      |        |          |
| 56 | Loan    | 12/13/2005 | 22,168.60     | 1      |        |          |
| 57 | Loan    | 02/03/2006 | 20,000.00     | 1      |        |          |
| 58 | Payment | 02/14/2006 | 50,000.00     | 1      |        |          |
| 59 | Payment | 02/24/2006 | 50,000.00     | 1      |        |          |
| 60 | Payment | 03/02/2006 | 70,000.00     | 1      |        |          |
| 61 | Payment | 03/10/2006 | 50,000.00     | 1      |        |          |
| 62 | Payment | 03/13/2006 | 20,000.00     | 1      |        |          |
| 63 | Payment | 03/14/2006 | 30,000.00     | 1      |        |          |
| 64 | Payment | 03/24/2006 | 90,000.00     | 1      |        |          |
| 65 | Payment | 09/30/2019 | 36,128,539.75 | 1      |        |          |

### AMORTIZATION SCHEDULE - Normal Amortization

|             | Date       | Loan       | Payment   | Interest  | Principal   | Balance      |
|-------------|------------|------------|-----------|-----------|-------------|--------------|
| Loan        | 10/29/2004 | 15,000.00  |           |           |             | 15,000.00    |
| Loan        | 11/01/2004 | 11,000.00  |           | 18.49     | 18.49-      | 26,018.49    |
| Loan        | 11/01/2004 | 26,468.95  |           | 0.00      | 0.00        | 52,487.44    |
| Loan        | 11/02/2004 | 250,000.00 |           | 21.57     | 21.57-      | 302,509.01   |
| 1           | 11/24/2004 |            | 52,468.95 | 2,735.01  | 49,733.94   | 252,775.07   |
| Loan        | 11/24/2004 | 14,500.00  |           | 0.00      | 0.00        | 267,275.07   |
| Loan        | 11/30/2004 | 100,000.00 |           | 659.03    | 659.03-     | 367,934.10   |
| Loan        | 12/07/2004 | 250,000.00 |           | 1,058.44  | 1,058.44-   | 618,992.54   |
| Loan        | 12/22/2004 | 15,500.00  |           | 3,815.71  | 3,815.71-   | 638,308.25   |
| 2004 Totals |            | 682,468.95 | 52,468.95 | 8,308.25  | 44,160.70   |              |
| Loan        | 01/07/2005 | 30,000.00  |           | 4,197.10  | 4,197.10-   | 672,505.35   |
| Loan        | 01/07/2005 | 750,000.00 |           | 0.00      | 0.00        | 1,422,505.35 |
| Loan        | 01/10/2005 | 30,000.00  |           | 1,753.77  | 1,753.77-   | 1,454,259.12 |
| Loan        | 01/12/2005 | 20,000.00  |           | 1,195.28  | 1,195.28-   | 1,475,454.40 |
| Loan        | 01/18/2005 | 100,000.00 |           | 3,638.11  | 3,638.11-   | 1,579,092.51 |
| Loan        | 01/18/2005 | 250,000.00 |           | 0.00      | 0.00        | 1,829,092.51 |
| Loan        | 02/01/2005 | 20,000.00  |           | 10,523.55 | 10,523.55-  | 1,859,616.06 |
| Loan        | 02/07/2005 | 300,000.00 |           | 4,585.35  | 4,585.35-   | 2,164,201.41 |
| Loan        | 02/25/2005 | 100,000.00 |           | 16,009.16 | 16,009.16-  | 2,280,210.57 |

## Hawaii - Jowdy Loans Verified

|  | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 2 | 03/03/2005 |  | 125,000.00 | 5,622.44 | 119,377.56 | 2,160,833.01 |
| Loan | 03/14/2005 | 100,000.00 |  | 9,768.15 | 9,768.15- | 2,270,601.16 |
| Loan | 03/15/2005 | 75,000.00 |  | 933.12 | 933.12- | 2,346,534.28 |
| Loan | 03/28/2005 | 50,000.00 |  | 12,536.28 | 12,536.28- | 2,409,070.56 |
| Loan | 04/12/2005 | 240,000.00 |  | 14,850.43 | 14,850.43- | 2,663,920.99 |
| Loan | 04/18/2005 | 200,000.00 |  | 6,568.57 | 6,568.57- | 2,870,489.56 |
| Loan | 04/21/2005 | 800,000.00 |  | 3,538.96 | 3,538.96- | 3,674,028.52 |
| Loan | 04/26/2005 | 175,000.00 |  | 7,549.37 | 7,549.37- | 3,856,577.89 |
| 3 | 04/26/2005 |  | 200,000.00 | 0.00 | 200,000.00 | 3,656,577.89 |
| 4 | 04/26/2005 |  | 800,000.00 | 0.00 | 800,000.00 | 2,856,577.89 |
| Loan | 04/27/2005 | 87,500.00 |  | 1,173.94 | 1,173.94- | 2,945,251.83 |
| Loan | 05/04/2005 | 75,000.00 |  | 8,472.64 | 8,472.64- | 3,028,724.47 |
| Loan | 05/09/2005 | 80,000.00 |  | 6,223.41 | 6,223.41- | 3,114,947.88 |
| Loan | 05/18/2005 | 45,000.00 |  | 11,521.04 | 11,521.04- | 3,171,468.92 |
| Loan | 06/02/2005 | 30,000.00 |  | 19,550.15 | 19,550.15- | 3,221,019.07 |
| Loan | 06/03/2005 | 390,000.00 |  | 1,323.71 | 1,323.71- | 3,612,342.78 |
| 5 | 06/03/2005 |  | 400,000.00 | 0.00 | 400,000.00 | 3,212,342.78 |
| Loan | 06/23/2005 | 40,000.00 |  | 26,402.82 | 26,402.82- | 3,278,745.60 |
| Loan | 06/27/2005 | 40,000.00 |  | 5,389.72 | 5,389.72- | 3,324,135.32 |
| Loan | 07/19/2005 | 15,000.00 |  | 30,053.83 | 30,053.83- | 3,369,189.15 |
| Loan | 07/19/2005 | 1,500,000.00 |  | 0.00 | 0.00 | 4,869,189.15 |
| Loan | 07/19/2005 | 50,000.00 |  | 0.00 | 0.00 | 4,919,189.15 |
| Loan | 07/19/2005 | 50,000.00 |  | 0.00 | 0.00 | 4,969,189.15 |
| Loan | 07/25/2005 | 10,000.00 |  | 12,252.80 | 12,252.80- | 4,991,441.95 |
| Loan | 07/26/2005 | 95,000.00 |  | 2,051.28 | 2,051.28- | 5,088,493.23 |
| 6 | 08/08/2005 |  | 100,000.00 | 27,185.10 | 72,814.90 | 5,015,678.33 |
| Loan | 08/18/2005 | 40,000.00 |  | 20,612.38 | 20,612.38- | 5,076,290.71 |
| Loan | 08/26/2005 | 25,000.00 |  | 16,689.17 | 16,689.17- | 5,117,979.88 |
| Loan | 08/26/2005 | 110,000.00 |  | 0.00 | 0.00 | 5,227,979.88 |
| 7 | 09/12/2005 |  | 25,000.00 | 36,524.24 | 11,524.24- | 5,239,504.12 |
| 8 | 09/15/2005 |  | 25,000.00 | 6,459.66 | 18,540.34 | 5,220,963.78 |
| Loan | 09/23/2005 | 40,000.00 |  | 17,164.81 | 17,164.81- | 5,278,128.59 |
| Loan | 09/23/2005 | 50,000.00 |  | 0.00 | 0.00 | 5,328,128.59 |
| Loan | 11/08/2005 | 15,000.00 |  | 100,723.53 | 100,723.53- | 5,443,852.12 |
| Loan | 11/15/2005 | 40,000.00 |  | 15,660.40 | 15,660.40- | 5,499,512.52 |
| 9 | 11/21/2005 |  | 40,000.00 | 13,560.44 | 26,439.56 | 5,473,072.96 |
| Loan | 12/09/2005 | 10,000.00 |  | 40,485.75 | 40,485.75- | 5,523,558.71 |
| Loan | 12/13/2005 | 22,168.60 |  | 9,079.82 | 9,079.82- | 5,554,807.13 |
| 2005 Totals |  | 6,099,668.60 | 1,715,000.00 | 531,830.28 | 1,183,169.72 |  |
| Loan | 02/03/2006 | 20,000.00 |  | 118,705.47 | 118,705.47- | 5,693,512.60 |
| 10 | 02/14/2006 |  | 50,000.00 | 25,737.80 | 24,262.20 | 5,669,250.40 |
| 11 | 02/24/2006 |  | 50,000.00 | 23,298.29 | 26,701.71 | 5,642,548.69 |
| 12 | 03/02/2006 |  | 70,000.00 | 13,913.13 | 56,086.87 | 5,586,461.82 |
| 13 | 03/10/2006 |  | 50,000.00 | 18,366.45 | 31,633.55 | 5,554,828.27 |
| 14 | 03/13/2006 |  | 20,000.00 | 6,848.42 | 13,151.58 | 5,541,676.69 |
| 15 | 03/14/2006 |  | 30,000.00 | 2,277.40 | 27,722.60 | 5,513,954.09 |
| 16 | 03/24/2006 |  | 90,000.00 | 22,660.09 | 67,339.91 | 5,446,614.18 |
| 2006 Totals |  | 20,000.00 | 360,000.00 | 231,807.05 | 128,192.95 |  |

Hawaii - Jowdy Loans Verified

| Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 17   09/30/2019 |  | 36,128,539.75 | 30,681,925.57 | 5,446,614.18 | 0.00 |
| 2019 Totals | 0.00 | 36,128,539.75 | 30,681,925.57 | 5,446,614.18 | |
| Grand Totals | 6,802,137.55 | 38,256,008.70 | 31,453,871.15 | 6,802,137.55 | |

Hawaii - Jowdy Loans Verified

Last interest amount decreased by 0.06 due to rounding.

## Hawaii - Jowdy Loans Verified

Compound Period ......... : Annual

Nominal Annual Rate .... : 15.000 %

CASH FLOW DATA

|    | Event   | Date       | Amount       | Number | Period | End Date |
|----|---------|------------|--------------|--------|--------|----------|
| 1  | Loan    | 10/29/2004 | 15,000.00    | 1      |        |          |
| 2  | Loan    | 11/01/2004 | 11,000.00    | 1      |        |          |
| 3  | Loan    | 11/01/2004 | 26,468.95    | 1      |        |          |
| 4  | Loan    | 11/02/2004 | 250,000.00   | 1      |        |          |
| 5  | Payment | 11/24/2004 | 52,468.95    | 1      |        |          |
| 6  | Loan    | 11/24/2004 | 14,500.00    | 1      |        |          |
| 7  | Loan    | 11/30/2004 | 100,000.00   | 1      |        |          |
| 8  | Loan    | 12/07/2004 | 250,000.00   | 1      |        |          |
| 9  | Loan    | 12/22/2004 | 15,500.00    | 1      |        |          |
| 10 | Loan    | 01/07/2005 | 30,000.00    | 1      |        |          |
| 11 | Loan    | 01/07/2005 | 750,000.00   | 1      |        |          |
| 12 | Loan    | 01/10/2005 | 30,000.00    | 1      |        |          |
| 13 | Loan    | 01/12/2005 | 20,000.00    | 1      |        |          |
| 14 | Loan    | 01/18/2005 | 100,000.00   | 1      |        |          |
| 15 | Loan    | 01/18/2005 | 250,000.00   | 1      |        |          |
| 16 | Loan    | 02/01/2005 | 20,000.00    | 1      |        |          |
| 17 | Loan    | 02/07/2005 | 300,000.00   | 1      |        |          |
| 18 | Loan    | 02/25/2005 | 100,000.00   | 1      |        |          |
| 19 | Payment | 03/03/2005 | 125,000.00   | 1      |        |          |
| 20 | Loan    | 03/14/2005 | 100,000.00   | 1      |        |          |
| 21 | Loan    | 03/15/2005 | 75,000.00    | 1      |        |          |
| 22 | Loan    | 03/28/2005 | 50,000.00    | 1      |        |          |
| 23 | Loan    | 04/12/2005 | 240,000.00   | 1      |        |          |
| 24 | Loan    | 04/18/2005 | 200,000.00   | 1      |        |          |
| 25 | Loan    | 04/21/2005 | 800,000.00   | 1      |        |          |
| 26 | Loan    | 04/26/2005 | 175,000.00   | 1      |        |          |
| 27 | Payment | 04/26/2005 | 200,000.00   | 1      |        |          |
| 28 | Payment | 04/26/2005 | 800,000.00   | 1      |        |          |
| 29 | Loan    | 04/27/2005 | 87,500.00    | 1      |        |          |
| 30 | Loan    | 05/04/2005 | 75,000.00    | 1      |        |          |
| 31 | Loan    | 05/09/2005 | 80,000.00    | 1      |        |          |
| 32 | Loan    | 05/18/2005 | 45,000.00    | 1      |        |          |
| 33 | Loan    | 06/02/2005 | 30,000.00    | 1      |        |          |
| 34 | Loan    | 06/03/2005 | 390,000.00   | 1      |        |          |
| 35 | Payment | 06/03/2005 | 400,000.00   | 1      |        |          |
| 36 | Loan    | 06/23/2005 | 40,000.00    | 1      |        |          |
| 37 | Loan    | 06/27/2005 | 40,000.00    | 1      |        |          |
| 38 | Loan    | 07/19/2005 | 15,000.00    | 1      |        |          |
| 39 | Loan    | 07/19/2005 | 1,500,000.00 | 1      |        |          |
| 40 | Loan    | 07/19/2005 | 50,000.00    | 1      |        |          |
| 41 | Loan    | 07/19/2005 | 50,000.00    | 1      |        |          |
| 42 | Loan    | 07/25/2005 | 10,000.00    | 1      |        |          |
| 43 | Loan    | 07/26/2005 | 95,000.00    | 1      |        |          |

Hawaii - Jowdy Loans Verified

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 44 | Payment | 08/08/2005 | 100,000.00 | 1 | | |
| 45 | Loan | 08/18/2005 | 40,000.00 | 1 | | |
| 46 | Loan | 08/26/2005 | 25,000.00 | 1 | | |
| 47 | Loan | 08/26/2005 | 110,000.00 | 1 | | |
| 48 | Payment | 09/12/2005 | 25,000.00 | 1 | | |
| 49 | Payment | 09/15/2005 | 25,000.00 | 1 | | |
| 50 | Loan | 09/23/2005 | 40,000.00 | 1 | | |
| 51 | Loan | 09/23/2005 | 50,000.00 | 1 | | |
| 52 | Loan | 11/08/2005 | 15,000.00 | 1 | | |
| 53 | Loan | 11/15/2005 | 40,000.00 | 1 | | |
| 54 | Payment | 11/21/2005 | 40,000.00 | 1 | | |
| 55 | Loan | 12/09/2005 | 10,000.00 | 1 | | |
| 56 | Loan | 12/13/2005 | 22,168.60 | 1 | | |
| 57 | Loan | 02/03/2006 | 20,000.00 | 1 | | |
| 58 | Payment | 02/14/2006 | 50,000.00 | 1 | | |
| 59 | Payment | 02/24/2006 | 50,000.00 | 1 | | |
| 60 | Payment | 03/02/2006 | 70,000.00 | 1 | | |
| 61 | Payment | 03/10/2006 | 50,000.00 | 1 | | |
| 62 | Payment | 03/13/2006 | 20,000.00 | 1 | | |
| 63 | Payment | 03/14/2006 | 30,000.00 | 1 | | |
| 64 | Payment | 03/24/2006 | 90,000.00 | 1 | | |
| 65 | Payment | 09/30/2019 | 36,128,539.75 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| Loan | 10/29/2004 | 15,000.00 | | | | 15,000.00 |
| Loan | 11/01/2004 | 11,000.00 | | 18.49 | 18.49- | 26,018.49 |
| Loan | 11/01/2004 | 26,468.95 | | 0.00 | 0.00 | 52,487.44 |
| Loan | 11/02/2004 | 250,000.00 | | 21.57 | 21.57- | 302,509.01 |
| 1 | 11/24/2004 | | 52,468.95 | 2,735.01 | 49,733.94 | 252,775.07 |
| Loan | 11/24/2004 | 14,500.00 | | 0.00 | 0.00 | 267,275.07 |
| Loan | 11/30/2004 | 100,000.00 | | 659.03 | 659.03- | 367,934.10 |
| Loan | 12/07/2004 | 250,000.00 | | 1,058.44 | 1,058.44- | 618,992.54 |
| Loan | 12/22/2004 | 15,500.00 | | 3,815.71 | 3,815.71- | 638,308.25 |
| 2004 Totals | | 682,468.95 | 52,468.95 | 8,308.25 | 44,160.70 | |
| Loan | 01/07/2005 | 30,000.00 | | 4,197.10 | 4,197.10- | 672,505.35 |
| Loan | 01/07/2005 | 750,000.00 | | 0.00 | 0.00 | 1,422,505.35 |
| Loan | 01/10/2005 | 30,000.00 | | 1,753.77 | 1,753.77- | 1,454,259.12 |
| Loan | 01/12/2005 | 20,000.00 | | 1,195.28 | 1,195.28- | 1,475,454.40 |
| Loan | 01/18/2005 | 100,000.00 | | 3,638.11 | 3,638.11- | 1,579,092.51 |
| Loan | 01/18/2005 | 250,000.00 | | 0.00 | 0.00 | 1,829,092.51 |
| Loan | 02/01/2005 | 20,000.00 | | 10,523.55 | 10,523.55- | 1,859,616.06 |
| Loan | 02/07/2005 | 300,000.00 | | 4,585.35 | 4,585.35- | 2,164,201.41 |
| Loan | 02/25/2005 | 100,000.00 | | 16,009.16 | 16,009.16- | 2,280,210.57 |

## Hawaii - Jowdy Loans Verified

|  | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 2 | 03/03/2005 |  | 125,000.00 | 5,622.44 | 119,377.56 | 2,160,833.01 |
| Loan | 03/14/2005 | 100,000.00 |  | 9,768.15 | 9,768.15- | 2,270,601.16 |
| Loan | 03/15/2005 | 75,000.00 |  | 933.12 | 933.12- | 2,346,534.28 |
| Loan | 03/28/2005 | 50,000.00 |  | 12,536.28 | 12,536.28- | 2,409,070.56 |
| Loan | 04/12/2005 | 240,000.00 |  | 14,850.43 | 14,850.43- | 2,663,920.99 |
| Loan | 04/18/2005 | 200,000.00 |  | 6,568.57 | 6,568.57- | 2,870,489.56 |
| Loan | 04/21/2005 | 800,000.00 |  | 3,538.96 | 3,538.96- | 3,674,028.52 |
| Loan | 04/26/2005 | 175,000.00 |  | 7,549.37 | 7,549.37- | 3,856,577.89 |
| 3 | 04/26/2005 |  | 200,000.00 | 0.00 | 200,000.00 | 3,656,577.89 |
| 4 | 04/26/2005 |  | 800,000.00 | 0.00 | 800,000.00 | 2,856,577.89 |
| Loan | 04/27/2005 | 87,500.00 |  | 1,173.94 | 1,173.94- | 2,945,251.83 |
| Loan | 05/04/2005 | 75,000.00 |  | 8,472.64 | 8,472.64- | 3,028,724.47 |
| Loan | 05/09/2005 | 80,000.00 |  | 6,223.41 | 6,223.41- | 3,114,947.88 |
| Loan | 05/18/2005 | 45,000.00 |  | 11,521.04 | 11,521.04- | 3,171,468.92 |
| Loan | 06/02/2005 | 30,000.00 |  | 19,550.15 | 19,550.15- | 3,221,019.07 |
| Loan | 06/03/2005 | 390,000.00 |  | 1,323.71 | 1,323.71- | 3,612,342.78 |
| 5 | 06/03/2005 |  | 400,000.00 | 0.00 | 400,000.00 | 3,212,342.78 |
| Loan | 06/23/2005 | 40,000.00 |  | 26,402.82 | 26,402.82- | 3,278,745.60 |
| Loan | 06/27/2005 | 40,000.00 |  | 5,389.72 | 5,389.72- | 3,324,135.32 |
| Loan | 07/19/2005 | 15,000.00 |  | 30,053.83 | 30,053.83- | 3,369,189.15 |
| Loan | 07/19/2005 | 1,500,000.00 |  | 0.00 | 0.00 | 4,869,189.15 |
| Loan | 07/19/2005 | 50,000.00 |  | 0.00 | 0.00 | 4,919,189.15 |
| Loan | 07/19/2005 | 50,000.00 |  | 0.00 | 0.00 | 4,969,189.15 |
| Loan | 07/25/2005 | 10,000.00 |  | 12,252.80 | 12,252.80- | 4,991,441.95 |
| Loan | 07/26/2005 | 95,000.00 |  | 2,051.28 | 2,051.28- | 5,088,493.23 |
| 6 | 08/08/2005 |  | 100,000.00 | 27,185.10 | 72,814.90 | 5,015,678.33 |
| Loan | 08/18/2005 | 40,000.00 |  | 20,612.38 | 20,612.38- | 5,076,290.71 |
| Loan | 08/26/2005 | 25,000.00 |  | 16,689.17 | 16,689.17- | 5,117,979.88 |
| Loan | 08/26/2005 | 110,000.00 |  | 0.00 | 0.00 | 5,227,979.88 |
| 7 | 09/12/2005 |  | 25,000.00 | 36,524.24 | 11,524.24- | 5,239,504.12 |
| 8 | 09/15/2005 |  | 25,000.00 | 6,459.66 | 18,540.34 | 5,220,963.78 |
| Loan | 09/23/2005 | 40,000.00 |  | 17,164.81 | 17,164.81- | 5,278,128.59 |
| Loan | 09/23/2005 | 50,000.00 |  | 0.00 | 0.00 | 5,328,128.59 |
| Loan | 11/08/2005 | 15,000.00 |  | 100,723.53 | 100,723.53- | 5,443,852.12 |
| Loan | 11/15/2005 | 40,000.00 |  | 15,660.40 | 15,660.40- | 5,499,512.52 |
| 9 | 11/21/2005 |  | 40,000.00 | 13,560.44 | 26,439.56 | 5,473,072.96 |
| Loan | 12/09/2005 | 10,000.00 |  | 40,485.75 | 40,485.75- | 5,523,558.71 |
| Loan | 12/13/2005 | 22,168.60 |  | 9,079.82 | 9,079.82- | 5,554,807.13 |
| 2005 Totals |  | 6,099,668.60 | 1,715,000.00 | 531,830.28 | 1,183,169.72 |  |
| Loan | 02/03/2006 | 20,000.00 |  | 118,705.47 | 118,705.47- | 5,693,512.60 |
| 10 | 02/14/2006 |  | 50,000.00 | 25,737.80 | 24,262.20 | 5,669,250.40 |
| 11 | 02/24/2006 |  | 50,000.00 | 23,298.29 | 26,701.71 | 5,642,548.69 |
| 12 | 03/02/2006 |  | 70,000.00 | 13,913.13 | 56,086.87 | 5,586,461.82 |
| 13 | 03/10/2006 |  | 50,000.00 | 18,366.45 | 31,633.55 | 5,554,828.27 |
| 14 | 03/13/2006 |  | 20,000.00 | 6,848.42 | 13,151.58 | 5,541,676.69 |
| 15 | 03/14/2006 |  | 30,000.00 | 2,277.40 | 27,722.60 | 5,513,954.09 |
| 16 | 03/24/2006 |  | 90,000.00 | 22,660.09 | 67,339.91 | 5,446,614.18 |
| 2006 Totals |  | 20,000.00 | 360,000.00 | 231,807.05 | 128,192.95 |  |

## Hawaii - Jowdy Loans Verified

| Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 17  09/30/2019 | | 36,128,539.75 | 30,681,925.57 | 5,446,614.18 | 0.00 |
| 2019 Totals | 0.00 | 36,128,539.75 | 30,681,925.57 | 5,446,614.18 | |
| Grand Totals | 6,802,137.55 | 38,256,008.70 | 31,453,871.15 | 6,802,137.55 | |

Hawaii - Jowdy Loans Verified

Last interest amount decreased by 0.06 due to rounding.