**JOWDY LOAN CALCULATION BASED ON 15% ANNUAL INTEREST RATE**

Total Jowdy loan outstanding on 3-26-2006 (15%):   $4,674,668.60

| Annual date | With 15% annual interest compounded | Verified |
|---|---|---|
| Mar-07 | $  5,375,868.89 | X |
| Mar-08 | 6,182,249.22 | X |
| Mar-09 | 7,109,586.61 | X |
| Mar-10 | 8,176,024.60 | X |
| Mar-11 | 9,402,428.29 | X |
| Mar-12 | 10,812,792.53 | X |
| Mar-13 | 12,434,711.41 | X |
| Mar-14 | 14,299,918.12 | X |
| Mar-15 | 16,444,905.84 | X |
| Mar-16 | 18,911,641.72 | X |
| Mar-17 | 21,748,387.97 | X |
| Mar-18 | 25,010,646.17 | X |
| Mar-19 | 28,762,243.10 | X |
| Mar-20 | $  33,076,579.56 | X |