

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/JMH
F. #2013R00948

610 Federal Plaza
Central Islip, New York 11722

October 9, 2019

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

        Re:    <u>United States v. Philip A. Kenner and Tommy C. Constantine
                Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      The government respectfully submits this letter to request a brief extension—until October 14—of the deadline to file its sentencing memorandum in the above-captioned matter. The government received, yesterday, a 158-page supplemental sentencing submission from defendant Kenner, and expects to receive, today, a CD containing 349 exhibits related to the submission. The government is requesting this brief extension in order to address these filings in its response. The government has conferred with Kenner's stand-by counsel and Constantine's counsel, and both consent to this motion.

                            Respectfully submitted,

                            RICHARD P. DONOGHUE
                            United States Attorney

              By:    /s/
                            Saritha Komatireddy
                            J. Matthew Haggans
                            Assistant U.S. Attorneys
                            (718) 254-7000

cc:    All counsel of record (via ECF)
       Philip A. Kenner, defendant <u>pro se</u> (via certified mail)