<u>CRIMINAL CAUSE FOR STATUS CONFERENCE and ORAL ARGUMENT</u>

BEFORE: Bianco,J.

DATE: 10/11/2019     TIME: 1:30 p.m.  Time in court: 1 hr. 18 min.

DOCKET NUMBER:  CR 13-0607         TITLE: USA v. Kenner et al

DEFT NAME: Phillip Kenner (1)
<u>X</u> PRESENT      <u>X</u> IN CUSTODY

ATTY FOR DEFT: Matthew W. Brissenden
<u>X</u> PRESENT     <u>X</u> C.J.A.

DEFT NAME: Tommy Constantine (2)
<u>X</u> PRESENT VIA TELEPHONE   <u>X</u> ON BOND

ATTY FOR DEFT: Sanford Talkin
<u>X</u> PRESENT VIA TELEPHONE   <u>X</u> RETAINED

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  OCT 11 2019  ☆

LONG ISLAND OFFICE

A.U.S.A.: Matthew Haggans, Diane Leonardo, and Madeline O'Connor

FTR:  <u>1:55 – 3:13</u>                DEPUTY CLERK: G.O.

<u>X</u>  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

<u>X</u>  HEARING IS SET FOR <u>November 14, 2019 at 10:00 AM.</u>

<u>X</u>  OTHER: <u>Bond as to Defendant Tommy Constantine was executed by Suritor in the Federal District Court in Arizona, as stated on the record.</u>

<u>As to the Venue, the government is to provide a letter to the Court outlining the evidence, as stated on the record.</u>

<u>As to the Discovery records, government is to meet with defense to review the CD-discs, as states on the record.</u>

<u>As to the Preliminary Order of Forfeiture of Property, Trustee has been temporarily appointed until further notice, as stated on the record. Arguments heard regarding the Preliminary Order of Forfeiture and sale of the property in Mexico, decision made as stated on the record. The Government is to submit a Proposed Order of Forfeiture by Friday, October 18, 2019. The Court will render its decision thereafter.</u>

<u>Government is to submit their Sentencing Memorandum Friday, October 18, 2019.</u>