

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

October 17, 2019

Honorable Joseph F. Bianco
United States Circuit Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

      Re:    <u>United States v. Kenner and Constantine</u>
               No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      Enclosed are revised Preliminary Orders of Forfeiture, which address the issues that were discussed during the status conference before Your Honor on October 11, 2019.

                          Respectfully submitted,

                          RICHARD P. DONOGHUE
                          United States Attorney

              By:    <u>/s/ Madeline O'Connor</u>
                          Madeline O'Connor
                          Diane C. Leonardo
                          Assistant U.S. Attorneys
                          (631) 715-7870
                          (631) 715-7854

cc:  Philip Kenner