

U.S. Department of Justice

United States Attorney
*Eastern District of New York*

SK/JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

October 18, 2019

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

      Re:   <u>United States v. Philip A. Kenner and Tommy C. Constantine</u>
             <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      The government respectfully submits this letter to request a further extension—until October 25—of the deadline to file its sentencing memorandum in the above-captioned matter. The government is requesting this extension in order to complete its response and address recent filings from the defendants. The government has conferred with defense counsel: Constantine's counsel consents to this motion and Kenner's stand-by counsel is attempting to reach his client. The government does not expect this request to affect the schedule for oral argument on the PSR objections or sentencing; oral argument is currently scheduled for November 14, 2019, and a sentencing date has not been set.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Saritha Komatireddy
      J. Matthew Haggans
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   All counsel of record (via ECF)
      Philip A. Kenner, defendant <u>pro se</u> (via certified mail)