October 27, 2004

Northern Trust Bank
2398 East Camelback Road
Suite 400
Phoenix, AZ 85016

RE: OWEN NOLAN - LOC

TO: Northern Trust:

<u>Please allow Philip A. Kenner to access this outstanding LOC</u> for direct deposit into the <u>Little Isle IV account at Northern Trust Bank</u>. He is <u>authorized</u> to sign for the release of funds related to my LOC.

Thank you for your assistance in this matter.

*[signature]*

Owen Nolan

TNTC000048