

## Banknorth, N.A.
### Connecticut

```
                    Statement Period
           August 01, 2006  to    August 31, 2006

        STATEMENT OF ACCOUNT
                                        T
   ┌─────────────────────────────────┐
   │ BAJA DEVELOPMENT CORPORATION    │          Page    1 of  00
   │ C O TAFFY JOWDY                 │
   │ PO BOX 802                      │          Enclosures  ***
   │ DANBURY CT   06810              │                      711
   └─────────────────────────────────┘
                                          Reference Number:   3981345276
    NO ATMS FEES.  ANY BANK.  ANYWHERE.
    GREAT NEWS!  AS OF JUNE 1, 2006 WE REIMBURSE ALL ATM FEES, EVEN OTHER
    BANKS'.   IT'S ONE OF THE WAYS WE'RE BUILDING A BETTER BANK.  FEES THAT
    POST AFTER JUNE 1 WILL BE REBATED AT THE END OF YOUR STATEMENT CYCLE.
    REFER TO THE "FREE ATM REBATE" SECTION ON YOUR STATEMENT TO VIEW YOUR
    FEE REBATES.  QUESTIONS?  CALL 888-5-FREELY OR VISIT BANKFREELY.COM
─────────────────────────────────────────────────────────────────────────

 Free Business Checking       BAJA DEVELOPMENT CORPORATION
 398-1345276       (Checking)

   Deposit Account Recap

   Beginning Balance as of    August 01, 2006           3,143.63
       4 Deposits                                     791,000.00
      18 Withdrawals                                  273,072.00
   Ending Balance as of       August 31, 2006         521,071.63

   Average Collected Balance This Cycle                47,111.24

   Deposits and Other Credits
     Date        Amount    Description
     Aug 09   21,000.00    DEPOSIT
     Aug 28   20,000.00    DEPOSIT
     Aug 10  100,000.00    WIRE TRANSFER INCOMING
                           OWEN NOLAN
     Aug 30  650,000.00    WIRE TRANSFER INCOMING
                           LB HOLDINGS/LCD

   Withdrawals and Other Debits
     Date        Amount    Description
     Aug 01    2,000.00    ELECTRONIC PMT-WEB
                           ADVANTA          CARD PAYMT   114509683
     Aug 09   21,000.00    DEBIT
     Aug 10       16.00    WIRE TRANSFER FEE
     Aug 11   60,000.00    DEBIT
     Aug 11   10,000.00    WIRE TRANSFER OUTGOING
                           BRIAN MCNAMEE
     Aug 11       20.00    WIRE TRANSFER FEE
     Aug 15   10,000.00    DEBIT
     Aug 15    5,000.00    DEBIT
     Aug 15    5,000.00    DEBIT
     Aug 15    5,000.00    DEBIT
     Aug 21    2,000.00    DEBIT
     Aug 22    2,000.00    WIRE TRANSFER OUTGOING
                           BRIAN MCNAMEE
     Aug 22       20.00    WIRE TRANSFER FEE
     Aug 25    1,000.00    DEBIT
     Aug 28   20,000.00    DEBIT
     Aug 30       16.00    WIRE TRANSFER FEE
     Aug 31  100,000.00    DEBIT
     Aug 31   30,000.00    DEBIT
```

**Call 1-800-428-7000 for 24-hour Direct Banking service**

BANK DEPOSITS FDIC INSURED        WWW.TDBANKNORTH.COM

TDI97

**Annotations:**

- Nolan's $100,000 DCSL capital contribution STOLEN by Jowdy... *(pointing to Aug 10 $100,000 WIRE TRANSFER INCOMING OWEN NOLAN)*

- **$650,000 unannounced referral fee** paid to Jowdy -- after Jowdy canceled 2nd Kenner-Jowdy deal in Cabo -- Jowdy kept Kenner's $72,000 deposit (confirmed in Jan 2010 depo) *(pointing to Aug 30 $650,000)*

- $60,000 immediately STOLEN and transfered to Diamante del Mar and used by Jowdy... *(pointing to Aug 11 $60,000 DEBIT)*

- $12,000 paid as HUSH $$ to Roger Clemens' accuser during the Senator Mitchell Hearings -- **with McNamee represented by Tom Harvey.** *(pointing to Aug 11 and Aug 22 Brian McNamee wire transfers)*