

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK/JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

October 18, 2019

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 18 2019 ★

LONG ISLAND OFFICE

By Hand and ECF

The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Philip A. Kenner and Tommy C. Constantine
      Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

The government respectfully submits this letter to request a further extension—until October 25—of the deadline to file its sentencing memorandum in the above-captioned matter. The government is requesting this extension in order to complete its response and address recent filings from the defendants. The government has conferred with defense counsel: Constantine's counsel consents to this motion and Kenner's stand-by counsel is attempting to reach his client. The government does not expect this request to affect the schedule for oral argument on the PSR objections or sentencing; oral argument is currently scheduled for November 14, 2019, and a sentencing date has not been set.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

Request granted.

SO ORDERED

S/ JOSEPH F BIANCO

Joseph F. Bianco
USCJ (sitting by designation)

Date: Oct. 18 20 19
Central Islip, N.Y.

By: /s/
Saritha Komatireddy
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

cc:   All counsel of record (via ECF)
      Philip A. Kenner, defendant pro se (via certified mail)