

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK/JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

October 25, 2019

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re:    United States v. Philip A. Kenner and Tommy C. Constantine
       Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

The government respectfully submits this letter to respectfully request one further extension—until November 1—of the deadline to file its sentencing memorandum in the above-captioned matter.  The government is requesting this extension in order to complete its response and address additional recent filings from the defendants.  The government has conferred with defense counsel: Constantine's counsel consents to this motion and Kenner's stand-by counsel is attempting to reach his client.  The government does not expect this request to affect the schedule for oral argument on the PSR objections or sentencing; oral argument is currently scheduled for November 14, 2019, and a sentencing date has not been set.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/
       Saritha Komatireddy
       J. Matthew Haggans
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    All counsel of record (via ECF)
       Philip A. Kenner, defendant <u>pro se</u> (via certified mail)