

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JMH
F. #2013R00948

610 Federal Plaza
Central Islip, New York 11722

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
OCT 25 2019
LONG ISLAND OFFICE

October 25, 2019

By Hand and ECF

The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Philip A. Kenner and Tommy C. Constantine
      Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

The government respectfully submits this letter to respectfully request one further extension—until November 1—of the deadline to file its sentencing memorandum in the above-captioned matter. The government is requesting this extension in order to complete its response and address additional recent filings from the defendants. The government has conferred with defense counsel: Constantine's counsel consents to this motion and Kenner's stand-by counsel is attempting to reach his client. The government does not expect this request to affect the schedule for oral argument on the PSR objections or sentencing; oral argument is currently scheduled for November 14, 2019, and a sentencing date has not been set.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/
Saritha Komatireddy
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

*Request granted.*

**SO ORDERED**
S/JOSEPH F BIANCO
Date: Oct 25 20 19
Central Islip, N.Y.

cc:   All counsel of record (via ECF)
      Philip A. Kenner, defendant pro se (via certified mail)