**Northern Trust Bank contact info IF CONFUSED...**

**CLEARLY a LOAN statement with a monthly payment due in February 2006 -- *less than one year after Peca opened the LOC...***



## Northern Trust
NORTHERN TRUST BANK, N.A.
2398 E CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9008

#BWNHPQD
#D0939999971064B5#

MICHAEL PECA
SUITE 230
52422 RANGE RD 224
SHERWOOD PARK T8A 6N1

000001

## Loan Statement

| | |
|---|---|
| Account Number | 289369 |
| Note Number | 4469 |
| Statement Date | 02/17/2006 |
| Current Amount Due | 7,773.29 |
| Late Charges Due | 0.00 |
| Past Due Amount | 0.00 |
| **TOTAL AMOUNT DUE** | **$7,773.29** |

Payment Due Date   03/05/2006

Member F.D.I.C.     Equal Housing Lender

**CURRENT BILL INFORMATION**        OFFICER:   EDWARD B WILSON

| PAYMENT DUE DATE | PRINCIPAL | INTEREST | ESCROW | PAYMENT AMOUNT |
|---|---|---|---|---|
| 03/05/2006 | 0.00 | 7,773.29 | 0.00 | 7,773.29 |

**ACTIVITY SINCE LAST STATEMENT**

| EFFECTIVE DATE | TRANSACTION DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | UNAPPLIED | LATE CHRGS OTHER FEES |
|---|---|---|---|---|---|---|
| 01/23/2006 | Payment - Thank You | | 7,434.93 | | | |
| 01/27/2006 | Late Charge Waived | | | | | 371.75 |
| 02/06/2006 | Payment - Thank You | | 8,280.82 | | | |

***MAILED to Peca's winter address in EDMONTON** -- so he received it immediately -- without a complaint...confirming a $1,300,000 BALANCE at the time...*

| LOAN BALANCE | $1,300,000.00 | MATURITY DATE | 11/05/2006 |
|---|---|---|---|
| UNAPPLIED FUNDS | $0.00 | YTD INTEREST PAID | $15,715.75 |

If you believe there is an error in your account, or need other information, please call a Loan officer at 1-602-468-2566.

DETACH HERE and retain this notice for your records.   Return lower portion with your check.

MICHAEL PECA
SUITE 230
52422 RANGE RD 224
SHERWOOD PARK T8A 6N1

4513

| | |
|---|---|
| Account Number | 289369 |
| Note Number | 04469 |
| Payment Due Date | 03/05/2006 |
| TOTAL AMOUNT DUE | $7,773.29 |

Please remit and make check payable to:

**Northern Trust**
75 Remittance Dr, Suite 6883
Chicago, IL 60675-6883

Add'l Principal   $ _____

TOTAL AMOUNT PAID   $ _____



96883 0000289369 04469 000000777329 5

LB-AZ  N  Y  1/1  1

TNTC000247