FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
NOV 19 2019
LONG ISLAND OFFICE

Judge Bianco,

I have wrote to you before about Phil Kenner and me. Phil is being my partner in business and manager for twenty years and more. He always took care of good things for my family to protect us. He has not been with me for six years to help and my family needs him again right now.

I heard that the government still wants to take my company in Mexico Cabo from me and Phil and our other partner Jere Lehtinen. I do not understand. Because Phil protected me from bad Jowdy deals when Jowdy stole $1.6 million and John Kaiser lied for him in the Mexico court, only Phil tried to make it safe. I have $2,600,000 million in Baja Ventures 2006. Our partner Jere has $1,500,000 million in the company. That $4,100,000 million is about 65% of the total cash Jowdy sais we needed to buy the Cabo place. Why are they taking our money?

We put the money in a long time before anyone else did and first. Now they want to take it because Jowdy robbed all of our money from the Hawaii group. Why is that the deal? We know Jowdy robbed all Phil's money that he paid for the expenses from him like $500,000 to close the deal. Jowdy robbed us all in Mexico and from Hawaii then Kaiser and Berard and the FBI guy lied to us about it. They said Phil took all of the money and never gave money to Jowdy. we know it was a lie but told from them that we can get it back if we tell the court Phil took it and never told us.

We tried to sue Jowdy in Arizona and California and Mexico and Nevada for my friend Glen to get all of the millions and millions back. Jowdy paid lawyers to keep it from us with our own money. he paid Kaiser and Berard to lie about where the money really is. We all know and if some hockey guys like me lied or said they didn't remember its wrong. When they lie I have to lose my money in Cabo that Jowdy steals now? We all did conference calls to discuss Jowdy loans from all of us. there were no secrets like they try to tell us now. The Florida lawyer also believes Phil stole the money because the FBI guy told him it was true. They are both wrong.

I hear that Kaiser got fired after making Peca and other people lie about Phil for trial. Of course Jowdy fired him after he got rid of Phil telling everyone about all the money Jowdy stole. We have the bank records that Phil gave us. where is the other FBI people who can look with Phil to see all the money Jowdy stole right from us in our land deals and our airplanes and our loans and anything else he could steal and lie about? Judge please send good people to talk with Phil and see the real information please so this can stop and not be the total loss from a few guys lies to save Jowdy or believe the lies from the FBI guy.

I know Phil will talk to them and show all the money. everyone knows Phil did not take our Hawaii or Mexico money and now the government wants to steal my company. It is wrong. I hear that Kaiser now called Jowdy a crook like he called him a crook before he got his job to screw everyone. It is sad because Phil told the FBI ten years ago. Kaiser is our Hawaii manager and is not getting the money from Jowdy. he must be afraid that they will do to him like they did to Phil or worse like the Mexico jail. Only Phil tried to protect us and we got stuck with this bad deal and now going to lose more.

Please let Phil go and don't take my company with Phil and Jere to make us all more victims of the things Jowdy and the FBI guy have lied about for ten years since Phil told them.

Thanks judge, Jozef Stumpel

Passport number BA 141 3161
Country SLOVAKIA
Date 11-10-2019