CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
DATE: 12/6/2019    TIME: 2:30 p.m.    TIME IN COURT: 90 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)    TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
 X  PRESENT  ___ NOT PRESENT    X  IN CUSTODY  ___ ON BAIL

ATTY. FOR DEFT.: Matthew W. Brissenden

 X  PRESENT  ___ NOT PRESENT    ___ RET    X  C.J.A    ___ FED. DEF. OF NY, INC.


DEFT NAME: TOMMY C. CONSTANTINE (2)
 X  PRESENT  ___ NOT PRESENT    ___ IN CUSTODY   X  ON BAIL

ATTY. FOR DEFT.: Sanford Talkin, Noam Greenspan

 X  PRESENT  ___ NOT PRESENT    X  RET    ___ C.J.A    ___ FED. DEF. OF NY, INC.

A.U.S.A. Diane C. Leonardo-Beckmann, Matthew Haggans,
        Madeline M. O'Connor, Saritha Komatireddy

DEPUTY CLERK: DJF

FTR:   2:30-3:48

COURT REPORTER:   ___ M. FOLEY    ___ F. GUERINO    ___ P. LOMBARDI
                  ___ M. STEIGER  ___ D. TURSI      ___ O. WICKER

INTERPRETERS:                       (Spanish)


 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE:

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
     NOT GUILTY PLEA TO THE CHARGES.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

 X   DEFENDANT TOMMY C. CONSTANTINE CONTINUED ON BAIL.

 X   DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

\_\_\_\_    **ORDER OF DETENTION ENTERED.**

\_\_\_\_    **BAIL SET AT**

\_\_\_\_    **SPEEDY TRIAL INFORMATION**

      CODE TYPE: __X-_____     START DATE:_____XSTRT
                                     STOP DATE:_____XSTOP

\_\_\_\_    **ARRAIGNMENT SET FOR**

__X__    __Status conference set for January 22, 2020 at 1:00 P.M.__

__X__    __OTHER:    The Government is directed to file their supplemental submission regarding the Money Judgment and the Text Messages by December 27, 2019.  The Defendants are to respond to the Government's submission by January 10, 2020.  The Court further directs that the Government shall submit the real property appraisal prior to the January 22, 2020 conference.__