# Bryan Berard PERJURY (or CTE)

Berard **admits** on 2018 podcast he suffers from CTE and began suing the NHL for damages in 2014.
- *It was withheld by the government as seriously affecting his 2015 ability to testify based on recollection…*

Bryan Berard **testified** in 2009 that he was **_100% aware_** of his LOC for the Hawai'i partners – and the loans to Ken Jowdy (*Arbitration Day 5 Tr.916-18*) (*Ex. 9 – 3500-BB-3 at 4-7*)…

**Timeline:** 2003 | 2006 | 2007 | 2009 ARBITRATION | 2012 | 2015 | 2018

2003-2009- **Berard signs at least 13 additional LOC documents** between 2003 and 2006 directly with Northern Trust – **after** opening his Hawai'i investment LOC
**\*\*in 2015 Northern Trust Bank trial subpoena.**

Signs first LOC docs in Oct-2003: **_6 years before_** he verified it during the 2009 arbitration **\*\*in 2015 Northern Trust Bank subpoena…**

Exchanged texts with Kenner 5 days *before* his collateral seizure to find out: "*how much money will b freed up*" (*Ex.5*)

**2009 – Berard gave voluntary pro-Kenner testimony 3 months after his Northern Trust LOC collateral was seized…Berard:**
1. Produced the *Authorization Letter* to the FBI for Kenner's use of funds (*3500-BB-4*) (*Ex. 10*);
2. Confirmed he knew about the LOC;
3. Confirmed he knew funds were loaned to Jowdy from the Hawai'i partners;
4. Confirmed he knew the 15% interest rate (*3500-BB-3*) (*Ex. 9 at 4-8*)
5. Confirmed his personal attorneys reviewed all documents before he signed them for Kenner…

Accepts job in Mexico with Ken Jowdy

April 2010 – Tells Kenner via text that Agent Galioto should "*shut the fuck up. Doesn't't have a clue*" after threatening Kenner investor Lehtinen about Jowdy lawsuits…

May 2010 – Tells Kenner via text – "*The douchebag from daily news [called]. Told him he's an idiot for printing these articles and he can quote me that I've been to both properties over a dozen times and Jowdy has not done his job*"….

Claims on 2018 podcast he discovered alleged Kenner thefts in 2008 – despite 4 more years of working together (*Ex.12*)

Steals property titles in Arizona and Sag Harbor NY with John Kaiser…

Perjured himself about his knowledge of his LOC usage (*Tr.3035-36*) despite signing for the Distributions in 2003, 2005, 2006, 2007 and 2008 directly with NT Bank.

Perjures himself about how he learned about the LOC seizure (*Tr.3039-40*) despite his March 26,2009 text conversation with Kenner (*Ex.5*)…

Perjures himself about ongoing relationship with Kenner by end of 2009 (*Tr.3055-56*) despite his desire to get rid of all other investors except Kenner in 2011 texts (*December 2, 2019 submission at 8-11*) (*Ex.6*)

Caught lying with Donlan (*Tr..3456-57*) about FORGED notary document and deed transfer in 2015 Arizona trial – verified in 2009 – (*3500-BB-3*) (*Ex. 9 at 8*)…

Claims Kenner stole $6 million on podcast and threatens to have Kenner physically harmed in jail…