| | |
|---|---|
| **From:** | Kristine Myrick <kristine@standardadvisors.com> |
| **Sent:** | Wednesday, August 9, 2006 5:35 PM |
| **To:** | SweetPea1275@aol.com |
| **Subject:** | Wires |

**Direct to Nolan's wife from Kenner's assistant (Myrick) without Kenner involved -- *thus more full transparency...***

Hi Diana,

I hope I am not bugging you the same way Phil has, but I am getting concerned that the wire requests have not been submitted to Kim. Kim lifted the hold on the check yesterday. I am receiving calls from both the tax guys in Canada and the LOC guys at Northern Trust. Phil has also been asking me every day if you have sent the wire for Standard Advisors. My main concerns are that you are paying interest on 2 of them daily. And the Canadian government is looking to place liens on your assets because the payment due to them is really late. Again, sorry to be a pest, but please let me know when the signed requests have been submitted to Kim.

Thank you!

Kristine Myrick
**Standard Advisors Inc.**
(310) 376-3499 Work
(310) 697-3259 Fax
(310) 699-5790 cell

**Nolan's wife and Myrick CLEARLY aware of the LOC at Northern Trust in 2006...**

**Turned over by Nolan in the 2009 Arbitration -- not in Kenner's possession -- after files stolen by Myrick in 2007...**

**NOLAN0005249**

**CONFIDENTIAL TREATMENT REQUESTED**    **PK_SEC_013882**

**Years later -- sent to the SEC by Kenner**