*Nolan – 2006 Little Isle 4 K-1 produced by Nolan from his personal files for the 2009 arbitration*



**AGAIN -- Please note that Nolan turned this K1 document over in the 2009 arbitration confirming that Nolan was IN POSSESSION of his Little Isle 4 K1 tax document...**

1