# Kristen Peca PERJURY
*(with <u>no</u> knowledge of Michael Peca's LOC)*

**2005**

> Date of alleged Kristen Peca Hawaii LOC meeting with Kenner…

* Testified Kenner promised 6-month transaction…(*Tr. 698-700*)…
* Testified Kenner transferred their bonds – after she begged Kenner not to (*Tr.698-700*)…

**2009**

> Kristen Peca alleged she received default letter and signed for it…

* Testified she was in <u>shock</u> from the default letter (*Tr. 710*)…
* Testified that her and Michael Peca could <u>not</u> reach Kenner for months after LOC default (*Tr.712*)…

## 2012 FBI RECORDING

### Kristen Peca 2012 confessions

*Kristen Peca* – Well, I was referencing the earlier stuff that you said, I don't remember a large amount being distributed back to our account and the timing of the years of the loan, the line of credit, that happened when we were in Ohio [2008 & 2009]. I don't understand how it could have been open for 5 years before that? Because we had a bond account going. Do you mean **the Hawai'i; you had a line of credit, but not for us?**

*Kenner* – No, no, you guys had lines of credit for 5 years at Northern Trust.

*Kristen Peca* – *for 5 years?*

*Kenner* – *for 5 years!*  When you were in OHIO, that's when the thing [LOC] closed.

---

*Kristen Peca* – **Matt [Galioto] told Michael and I that you stole all of the Hawai'i money and never gave it – the loan money -- to…uhhhh…Jowdy.**

*Kenner* – Kristen – I have all of the bank records that prove the money went to Jowdy and his accounts at all times. I told you that already. You told me that you saw the bank records after I sent them to Michael. You know -- the attorneys who sued Jowdy for the money in Mexico and Arizona and California used them to confirm the loans before we sued?

*Kristen Peca* – but – I don't understand why he would say it.

**Kristen Peca confesses to Kenner on the 2012 FBI recording that**:
1. She did <u>not</u> know about her husband's LOC – **ever**, and
2. She was told by FBI agent Galioto that "*Kenner stole the Hawai'i-Jowdy loan money*"…

**2015**

> Kristen Peca EDNY testimony occurs – **with no first hand knowledge of events she testified about** (a.k.a. perjury)…

**Kristen Peca <u>perjured</u> herself – BECAUSE**:

1. She did <u>not</u> know about her husband's LOC – **ever**, and
2. <u>No</u> bonds were transferred – **ever**; and
3. She could <u>not</u> have received the default letter in 2009 (*while living in the wrong state*) – and been oblivious to the LOC's existence 4 years later (in 2012; and
4. Kenner and Michael Peca communicated over 500 times in 2009 via text, dozens by email, met face-to-face 5 times, and planned a winter 2009 Arizona vacation for Peca's family at Kenner's home (all in evidence) – while Kenner was *allegedly* elusive and unreachable…