# John Kaiser PERJURY

**2003**
- Kaiser confirms during 2010 FBI proffer that he discussed Hawai'i loan with Jowdy in-person (*3500-JK-1-r at 2*)...

**2005**
- Kaiser confirms to the FBI in 2010 that he met with Jowdy 5 times in person before the Hawai'i loans were approved and during the Hawai'i loans in 2003-06 (*3500-JK-1-r at 2,3,10*)...
- Kaiser $1 million friends & family loan (August 2005)...

**2006**
- Kaiser keeps 100% of the payments for his friends & family. Claims "back pay" and "expenses" for $1.2 million **without** IRS records or receipts (*Tr.1413-14*)...
- Kaiser **repaid** $1,176,000 during Lehman Brothers closing (August 2006)...

**2008**
- Kaiser borrows $395,000 from Hawai'i and re-purchases Sag Harbor (LedBetter) with different owners (*3500-VT-1-r ¶ 4-11*)...
- In 2010 Kaiser confesses to FBI he stole $550,000 from friends & family (in 2008) – separate from 2005 Hawai'i loans (*3500-JK-1-r at 7*)...
- In 2008 -- Kaiser stole $200,000 from NY doctors – and *Galioto withholds the evidence* from 2014 fax (*ECF No. 770 at 4, #5*)...

**2009**
- Kaiser and Berard voluntarily testified in 2009 *Nolan v. Kenner* arbitration -- and confirm independent **knowledge** of Jowdy loans and **expected use** of their funds for the 15% loans...
- Kaiser steals $50,000 from 2009 Privitello-Eufora purchase – *exposed* on Privitello-FBI recording by Constantine...
- Kaiser solicits $200,000 from NY cops Rizzi, Hughes and mother (*Tr.1338-39*)...

**2010**
- Kaiser & Berard steal $147,000 from Ethel Kaiser (*Tr.1160-61*)...

## 2011 Jowdy-Mexican EMPLOYMENT (with Berard)

**2011**
- Kaiser testified in Mexico his signature was forged to terminate *Stumpel v. Jowdy* $1.6 million criminal case (*ECF No. 771 ¶ 2*)...
- *Kaiser claimed 5 forgeries as his case defense for $750,000 they stole from Kenner-interveners...
- Berard and Donlan also claim forgeries...

**2012**
- Kaiser and Berard stole Arizona property title from Kenner...
- Kaiser & Berard sued by Kenner in 2012 once discovered

**2013**
- Kaiser and Berard stole Sag Harbor property title from LLC – and **forged documents and signatures**...
- Kaiser & Berard sued by Kenner in 2013 once discovered

## November 2013 – Kenner arrested

**2014**
- Jowdy's NY Daily News friend touts Berard and Kaiser as HEROES for Kenner arrest...
- Kaiser, Berard and Donlan LOSE AZ CASE -- and all determined by Arizona judge to have lied about 100% of the alleged forgeries based on email evidence and text communication refuting their defense (July 22, 2015 ruling).

**2015**
- Kaiser and Jowdy create fabricated Baja Ventures 2006 transfer document with photocopied Kenner signature...
- Kaiser and government turn over "*ink originals*" of alleged Kaiser forgeries on the "eve of trial" **from Kaiser's home** – but HIDE them from their signature expert and the Court (*Tr.3622, 3626*)...
- Kaiser & Berard reverse 2009 arbitration testimony and claim "no loan knowledge"...

**2019**
- Kaiser fired by Jowdy in 2017 and delivers "*shocking*" and revisionary letter about Jowdy frauds – **reversing his trial testimony** (*ECF No. 628*)...