**From:**  'PK' <kenner33@gmail.com>   *Mexico lead attorney*
**To:**  Karlos De La Puerta <licdelap@gmail.com>; Paul Donion <pdonion@gmail.com>
**CC:**  p k <pak33@mac.com>; bobg <pacprop@gmail.com>
**Sent:**  11/8/2013 11:13:54 AM   *5 days before the Kenner 2013 arrest...*
**Attachments:**  Sitrick v. Jowdy Complaint CA.pdf
**Subject:**  More Jowdy background flavor

In 2004, owdy had approached Kenner about changing locations on the primary Diamante golf destination. Although Jowdy had received approximately $10 million in North Baja at El Rosario, Jowdy was convinced that a presence in젤o San Lucas was necessary to expose any and all of our potential investos to our product, Diamant鰻o:p>

&nbs;

At that tme in 2004, Jowdy confided in Kenner that he was virtually out of money personally.   e explained that he had a significant real estate holding in Georgia that would be soldin the very near future for several million dollars. It was called Startime entertainment and jointly owned with his brother Taffy Jr.

&nbs;

Jowdy coninue to use the pending sale of that real estate project in Georgia to support his claims to repay all of the short-term loan skid requested from Tanner and care Associates. The sale of StarTime entertainmet never happened, as far as Kenner knows.

&nbs;

In fact, owdy had borrowed approximately US$100,000 from Kenner and Kenner Associates is part of a revolving line of credit that Jowdy secured with Kener and Associates in order to sustain his development desires in Cabo San Luca and maintain other financial obligations that he had in Mexico.<span>

&nbs;

Between te summer of 2004 and the spring of 2006, Jowdy had borrowed approximately 7.5 million USD from Kenner and Associates and have managed t repay approximately 2 million USD.  &nbp;In fact, in the spring of 2006, just prior to the eventual closing of the CaboSan Lucas deal with Lehman Brothers, Jowdy had sent a flurry of repayment to Kener (~$240,000) in order to keep Kenner "believing" Jowdy was on track to return everything he had promised.

&nbs;

The closig of the Diamante – Cabo project was delayed on several occasions for a myriad of reasons, typically blamed on Lehman Brothers by Jowdy.

&nbs;

Kenner an☐is associates had "invested" approximately $5 million into the Cabo San Lucas project and had loaned Jowdy an unpaid balace of approximately 5.5 million USD in the revolving line of credit at that pont. At the closing, all of the closing documents were prepared by Jowdy and hisbrother-in-law, William Najam [a former Massachusetts attorney]. All of the final documents, and details were delivered to Kenner with a standard lne that "this is what Lehman Brothers will accept" from Jowdy.

&nbs;

Jowdy coninced Kenner that three deal changes would have to be made in order for Lehman Brothers to go through with their financing. First, Kener would have to agree to giving up his co-manager status. Second, Kenner woul have to acknowledge that Jowdy needed a larger percentage of the deal than he original 20% agreed-upon portion for managing the project with "no money in". This was based on the alleld Jowdy representation tat Lehman Brothers demanded that the Managing Member needed a 25% or greater ownership to have "skin in the game". –&n Third, prior to the February closing, Jowdy confirmed that he would not be able toeceive a cash out position with Lehman Brothers for collateralizing his eqity due to internal Lehman Brothers restrictions. Kenner found out later 6 monts later that this was a lie based on Kenner's next closing with Lehman thers in Hawaii. Kenner and his associates did receive a cash out premium from that deal. That eroded a lot of Kenner's "trust" in the Jowdy/Bhatti relationhip. Jowdy and his associateand Lehman Brothers, Masood Bhati, convinced Kenner that Jowdy would be able to repay all of theutstanding loans over a one year period of time out of commissions generat from early sales and paid into a "slush fund" which was typical of Lehman Brothers transactions according to Bhatti. Kenner had no choice but to agre o all of the Jowdy/Bhatti representations, otherwise the investors opportunit for equity in Cabo would have vanished and the expectation of repayment of he Jowdy loan would have diminished greatly.

&nbs;

Michael Peca confirmed this to the 2011 SDNY GJ (3500-MP-5 at 30)

The closig at diamant ccurred in March 2006. For the following six months, Jowdy was very vacant in his communication with Kenner. Prior to th losing, Jowdy would communicate with Kenner several times a day, seven day a week. When Kenner would confront Jowdy about the lack of communication and ack of construction activity at diamant Jowdy would refer to the strength of is relationship with Massoud Bhatti and Lehman Brothers. Jowdy would confirm tat Lehman was very happy with the progress so far. &nbs;

In Decemb 2006, diamant eld a week long welcome party for approximately 100+ guests. The intention was to secure many of the initial investors in te 66 golf villas ranging in price from approximately 1.7 million USD two 3 millin USD. Kenner and the director of golf, Robert Gaudet had secured approximatey 30 presales at that time. Despite repeated requests to Jowdy, William Najam and Ken Ayers, Kenner and Gaudet were unable to secure real estate contract to close the purchase and sales of the new golf villas.

&nbs;

Instead, n the spring of 2007, Kenner found out that Jowdy, Masood Bhati from Lehman Brothers and Jowdy's diamant esources [all of thestaff at his disposal], were flying around North America looking for additional proj s to purchase with Lehman Brothers' money. These projects were separate from Jowdy's diaman abo activity. None of these activities included sharing equity with of the investors who had invested or loaned over $25 million cash with Jowd since 2002. In the summer of 2007, Jowdy closed two additional transactions at Larel Cove, Tennessee and Boot Ranch in Texas with Lehman Brothers as the financi . Each of those new deals met their ultimate demise in 2008 with the Lehman bankruptcy and new partners who have been defrauded by Jowdy. In 2008, Jowdy for the first timesince closing 2 1/2 years earlier in Cabo, returned to the Cabo sanLucas site fultime and begin developing with no other options on his plate. Eventually, I beli that in 2009, Jowdy opened the first golf course on the project over 2 1/2 years lae and 9 million USD over budget.

This is like paying $1 million for a Honda Accord!!

&nbs;

In the US Jowdy had negotiated with Kenner and a middleman to relinquish his control, the majority of his ill-gotten equity and all of hi debt to Kenner and Kenner Associates [totaling approximately 8 million USD]ver an 18 month negotiation. After the Lehman bankruptcy, Jowdy and his associates, which included his new friend, former FBI director Louis Freeh,decided to forgo Jowdy's negotiated departure and take a hard stance that Kenner an ssociates would have to sue Jowdy in order to regain any participation in he prior Jowdy investments including diamant abo.

&nbs;

From that time in 2008, Jowdy has spent millions and millions of dollars of Cabo san Lucas budget funds on his personal legal defenses in Mexico, California, Nevada & Arizona in order to stay out of court, and to divert the media from the true frauds at hand.  Jowdy has testified un☐ oath on several occasions that he believes the Cabo project "needs" to pay for is personal defenses in order to protect the integrity of the projects.   ON AN INTERSTING NOTE FOR THE USA, I am nt sure how the IRS in the USA doesn't have interest in Jowdy's pad-for benefits that have gone untaxed.

&nbs;

Jowdy was actually sued in 2013 in California by a PR firm, Sitrick and Company [BC901583] attached, for non-payment of ~$50,000 of PR fees.&nbp; In the case, Tom Harvey is noted in the Complaint as the person who signed for the PR engagement.   Harvey is he mastermind behind protecting Jowdy's thefts from prosecution in the USA.

&nbs;

The only 忝e which went to trial was Glen Murray v. Jowdy in Nevada which ended in a $1 million Judgment for Murray and Kenner being found not responsible for any wrongdoing in Jowdy's third-party counterclaim against im.

&nbs;

Since tha day, Jowdy and his associates have gone on a slander campaign, witness intimidation campaign, and employed racketeering acts in their efforts to maintain their control and access to the diamant額unds in젤o.

&nbs;

&nbs;pk