<u>CRIMINAL CAUSE FOR ORAL ARGUMENT</u>

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

<u>DATE</u>: 1/22/2020        <u>TIME</u>: 1:20 p.m.        <u>TIME IN COURT</u>: 1 hr. 40 Minutes

<u>DOCKET NUMBER</u>: CR 13-00607 (JFB)(AYS)        <u>TITLE</u>: USA v. Kenner et al.

<u>DEFT NAME</u>: PHILLIP A. KENNER (1)

 <u>X</u> PRESENT  <u>___</u> NOT PRESENT  <u>X</u>  IN CUSTODY  <u>____</u> ON BAIL

<u>ATTY. FOR DEFT.</u>: Matthew W. Brissenden

 <u>X</u> PRESENT  <u>___</u> NOT PRESENT  <u>____</u> RET  <u>X</u> C.J.A  <u>___</u> FED. DEF. OF NY, INC.

<u>DEFT NAME</u>: TOMMY C. CONSTANTINE (2)

 <u>X</u> PRESENT  <u>___</u> NOT PRESENT  <u>_____</u> IN CUSTODY  <u>X</u>  ON BAIL

<u>ATTY. FOR DEFT.</u>: Sanford Talkin

 <u>X</u> PRESENT  <u>___</u> NOT PRESENT  <u>X</u> RET  <u>___</u> C.J.A  <u>___</u> FED. DEF. OF NY, INC.

A.U.S.A. Matthew Haggans, Madeline M. O'Connor & Diane C. Leonardo-Beckmann

<u>COUNSEL FOR INTERESTED PARTIES</u>: George Kostolampros (Danske Bank) &
Marc Wolinsky (Property Oweners)

<u>DEPUTY CLERK</u>: Jim Toritto

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 23 2020   ★

LONG ISLAND OFFICE

<u>FTR</u>: 1:20-3:00

<u>COURT REPORTER</u>:  <u>___</u> M. FOLEY  <u>___</u> F. GUERINO  <u>___</u> P. LOMBARDI
                    <u>___</u> M. STEIGER  <u>___</u> D. TURSI  <u>___</u> O. WICKER

<u>INTERPRETERS</u>:  <u>_____</u> (Spanish)

 <u>X</u>  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

<u>__</u>  FIRST APPEARANCE OF DEFENDANT.

<u>____</u>  DEFT(S) STATES TRUE NAME TO BE:

<u>____</u>  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

<u>____</u>  WAIVER OF INDICTMENT EXECUTED.

<u>____</u>  CASE ADJOURNED TO

**X** **The Government is directed to file revised forfeiture charts by January 29, 2020.  The Defendants shall respond to the revised charts by February 5, 2020.**

 **X**    STATUS CONFERENCE/ORAL RULINGS set for February 13, 2020 at 1:30 pm.

 **X**    SENTENCING AS TO PHILLIP KENNER set for March 11, 2020 at 10:30 am.

 **X**    SENTENCING AS TO TOMMY CONSTANTINE set for March 11, 2020 at 11:30 am

 **X**    DEFENDANT TOMMY C. CONSTANTINE CONTINUED ON BAIL.

 **X**    DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

 ___    ORDER OF DETENTION ENTERED.

 ___    BAIL SET AT

 ___    SPEEDY TRIAL INFORMATION

        CODE TYPE:__X-_____    START DATE:_____XSTRT
                                  STOP DATE:_____XSTOP

 ___    ARRAIGNMENT SET FOR