

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F. #2013R00948

610 Federal Plaza
Central Islip, New York 11722

January 27, 2020

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

    Re: <u>United States v. Philip A. Kenner and Tommy C. Constantine</u>
       <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

   The government respectfully submits this letter to request a one-day adjournment of the sentencing in this case—from March 11, 2020 to March 12, 2020. The reason for this request is that one of the undersigned AUSAs has a previously-scheduled oral argument before the Second Circuit Court of Appeals on March 11, 2020. The government has conferred with defense counsel and they consent in this request.

              Respectfully submitted,

              RICHARD P. DONOGHUE
              United States Attorney

          By: /s/
             Saritha Komatireddy
             J. Matthew Haggans
             Assistant U.S. Attorneys
             (718) 254-7000

cc: All counsel of record (via ECF)
   Philip A. Kenner, defendant <u>pro se</u> (via certified mail)