

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F. #2013R00948

610 Federal Plaza
Central Islip, New York 11722

January 27, 2020

By Hand and ECF

The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

FILED
U.S. ...
JAN 29 2020
LONG ISLAND OFFICE

Re:  United States v. Philip A. Kenner and Tommy C. Constantine
     Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

The government respectfully submits this letter to request a one-day adjournment of the sentencing in this case—from March 11, 2020 to March 12, 2020. The reason for this request is that one of the undersigned AUSAs has a previously-scheduled oral argument before the Second Circuit Court of Appeals on March 11, 2020. The government has conferred with defense counsel and they consent in this request.

*Request granted. Sentencing of Mr. Kenner will take place on March 12, 2020, at 10:30 a.m., and sentencing of Mr. Constantine will take place on March 12, 2020, at 11:30 a.m.*

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/
Saritha Komatireddy
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

cc:  All counsel of record (via ECF)
     Philip A. Kenner, defendant pro se (via certified mail)

**SO ORDERED**
S/ JOSEPH F BIANCO

/Joseph F. Bianco
 USCJ (sitting by designation)

Date: Jan 29, 2020
Central Islip, N.Y.