# MATTHEW W. BRISSENDEN, P.C.
## ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

February 5, 2020

**Via ECF**

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza, Room 1040
Central Islip, New York 11722

Re:   *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

This office has been appointed as standby counsel, to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner's response to the Government's most recent forfeiture filings (*see* Docket Entries 795 and 799) is due today.

Mr. Kenner has asked me to request an extension until this Friday, February 7th, to file his response. He informs me that he has been impeded from working on his response due to a flu-related quarantine at the MDC. In addition, I would note that, due to changes requested by the Court, the Government's final calculation was not submitted until January 31st.

I have conferred with AUSA Diane Beckmann, who does not object to this request.

Thank you for considering this request.

Respectfully submitted,

/S

Matthew W. Brissenden