

2:15 meeting that Kaiser claimed NO NOTES were taken -- Komaterdity claimed NOTES may have been taken **BEFORE** the meeting during Rebuttal Summation!?!? -- **Tr.5992:lines 8-10**

Government Exhibit
3500 - JK - 1
13-CR-607(JFB)
exhibitindexes.com #489
Oct. 19, 2010
11AM
Scott R
Matt G - FBI
John Kaiser
2002
on vacation - Hawaii - after 9/11/01 = Main Island
- saw property = cheap w/ Chris Manfredi
$700K purchase price = $10K downpmt
= JK - trying to raise $ JK's pmt $
= had property's in NY to sell
= couple homes -
CM
had friend = James Milana → lives on Long Island
Phil Kenner knew
intro'd to JK
had hockey clients/investors = to start purchasing property in Hawaii
starting closings 2005
closed on some more parcels
= 6,000 acres total = kept adding/buying more adjacent properties
= Lehman - comes in
Scott
Windwalker - developer
Lehman brought in
JK's investment amt
= $1.1M - JK
family members 18
JK
$1.2M = sold house in NY
took $1.1M to pay family off

≡ Masood Bhatti – Lehman Bros.
– got a piece of Hawaii deal
–

260 acres – 1st piece of Hawaii investment
↓
just kept buying / expanding ⟹ 6,000 acres total

≡ Alan Warden ≡ Windwalker ≡ Accountant / contact

(1) times

(JK) met Jowdy = 2x in NYC
in NYC ≡ Trust (2003) = Jowdy restaurant
↓
discuss:
≡ discuss project in Hawaii
≡ funding in Mexico

there @ (PK)
(KJ) – with a girl

(2) time

another time @ a bar ≡ in NYC = bar
– discussed Hawaii (KJ)
– lending $ from Hawaii to Mexico (JK)

– (JK) – not sure how (KJ) + (PK) met

(JK) ≡ saw (KJ) in Mexico couple times

again discussed

(KJ) wanted to borrow $ from Hawaii to Mexico
– would pay back after closing

(2)

(KJ) → brought up borrowing $ from Hawaii project

→ $5M-$6M

borrowed millions from Hawaii project

- 1st was going to be $100sk = not millions

-(JK) - not happy $ amt started to grow to Millions of $ to Mexico

2004 Hawaii loan agreement

discussed = Brian Berard

= (PK)

= was Agreement to borrow $ from Hawaii -

= (KJ) to (JK)

(KJ) = don't worry all $ will come back; get repaid

to (JK)

- in NYC

discussed $ from Hawaii to Mexico

- just to be used for Mexico

no other project

Question to (JK):

2006 = update Letter on Hawaii project -

-(JK) - yes, I recall letter

(PK) - made these; many times

Many update letters from Kenner to the investors per Kaiser proffer...

(JK) - never got $ back from (KJ) / Mexico

(JK) -

Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior -- *if actually TRUE!*

Eufora

2007 = (JK) met Tommy Constantine in AZ @ (PK)'s house

(TC) = intro'd as self made millionaire to (JK)

(JK) = heard about Eufora thru players / guys that Eufora - company will be big one day

in beginning = need couple hundred thousand @ first

(JK) ($2.2M) - over 3yr period invested

(JK) borrowed from family - majority of $
- mother
- brothers - Keith

(JK) = includes (JK)'s friends $ -
- (JK) - got 4 friends to invest

Donny Rae -> ex-hockey player - lives in AZ
- bringing investors in Hawaii

(JK) = met (DR) - 1yr ago = heard of him prior
- when put house for sale in AZ - (JK)'s house
- Brian Berard + (JK) own - 2½yrs ago bought
- (JK) - raised $ from friends to buy house in AZ

- Tim Gaarn - used to work in banking industry
  - 1st intro To Lehman from (TG)
- not invested in Hawaii

= (TC) - trying to ~~raise~~ fund (SFB) $ for Hawaii w/ own funds
- suppose to use own $ to fund Hawaii

ultimately → $ came from friend of (TC)
$ $4M - waikapuna closing

Kaiser confirms consulting deals for Gaudet and Gaarn from Hawaii

Robert Gaudet
(JK) met (RG) - = golf pro
= knows people in Mexico

= tried to get $ for Hawaii

- believe above indiv. getting paid for getting $
= (RG)
= (TG)

RG -- Robert Gaudet and TG -- Tim Gaarn

1st heard 2005 = heard of Eufora from (JK) & players

(TC) = showed (JK) Agreements w/ banks & credit card companies
= wanted increase ownership in Eufora → (TC)'s own shares in
→ appeared to be great company → (JK)

and Mark Ambrosio

= Dish Zero = (TC) running $ from Eufora
Taser accounts to these investments

Sergei Gonchar $ going to

---

all (JK) investment $ to (TC) went from
(JK) = TD Bank accts

---

(JK) - rec'd couple hundred thousand back from (PK)

(JK) from Granted $ for renovation (PK) house in AZ

---

(JK) - gave (PK) $ from his house sale in Smithtown, NY

(PK) needed $ for Myrick lawsuit

- (PK) never repaid



$500,000 of these funds were immediately transfered to Kenner by Kaiser for the documented Kaiser (individual) purchase of land from Kenner in Mexico (los Frailes) -- also unknown to Kenner, Kaiser's friends and family -- **See PK19 and PK50**

= (PK) - living in Vegas - Condo
- house in AZ = is wife's from divorce

(JK) = Palms Condo's

Kaiser took money form his handicapped brother, his DEA friend Bobby Rizzi, and his doctor friend Sconzo (whom he later robbed for another $200,000 admitted by the Gov't in their forfeiture brief)...

2007 or 2008

(TC) - new Maloof in Vegas
invested - (JK) friends / 3
1) Keith Kaiser - brother
2) = Bobby = Police Officer
3) = and doctor friend of (JK)
$150K together for penthouse @ Palms

= Jay Mckee
= Mike Peca
on Note = 2 separate Units
get 15% from $ - promised by (TC)
went into it to buy & sell quickly

= closing went through (TC)

= (PK) - was not involved in Palms R/E
- as far as (JK) remembers

Clearly -- no closing "with Kaiser" EVER occurred...

Global Settlement Fund - set-up by (TC) = w/ (KJ) & (PK)
- pay Ethan Moreau Sack - from Palms
- Eufora - $
- Mexico - players $

used to straighten $ investment mess which happened throughout years.

Eufora = Palms
(TC) instructed Ronald Richard to send $ to Eufora acct so he can distribute to players = GS Fund $
(TC) instructed (JK) friends - investment $ - to go to Ronald Richards - not Eufora

(7)

(JK) involved w/ → renovated – (JK)'s brothers did work
≡ Hermosa Beach – house . (PK) - owned ~~??~~ then sold
- (PK) - owes $ from house construction / renovate

- (JK) - brothers worked on house ; ≡ took 4 months

≡
(JK) - raised funds to buy house from:
≡ (JK) - mother
- brothers
- friends

(JK) - not rec'd $ from (PK) on house yet
→ (PK) - will get $ from Hermosa Beach house when AZ house sells
≡ on market now

---

(JK) - met (NJ) in Hawaii

Nick James -
≡ did stuff for [illegible] racing + (TC)

(NJ) called (TC) → to get married
$70k-80k – asked $ from (TK) = (TK) said no
→ Borrowed from (PK)

(NJ) ≡ did not work or invest in Hermosa Beach house

Los Frailles - investment

- (JK) + has friends invested in ~$1M

~2008

(JK) - included in the $1M

- purchase property + develop
  - ↓ $1M used to purchase property ∴ sell parcels to get $ back from 1st investment

→ Bobby Goudet - told (JK) about investment

(PK) - not involved in Los Frailes
↓ does have clients involved / hockey players

(JK) - went down there w/ friends to see

(JK) - 6 mos. ago in Cabo ∴ Joudy project

∴ golf course - done

∴ suppose to put up condos

∴ never went to North property

DDM



KJ
= $.5M-6M – KJ borrowed / rec'd / loaned
– borrowed from Hawaii project – to Mexico
KJ – borrowed from Glen Murray too for Mexico.
KJ = Might have repaid couple hundred thousand To Hawaii
JK – did see Hawaii bank acct statements
– accountant for Hawaii project
JK not rec'd K-1's ever
JK will get name of accountant before Lehman came in.
JK = never rec'd K-1's from Hawaii.
= took two yrs to get from Allan Warden
will receive K-1's soon
Kaiser confirms seeing all of the Hawaii bank statements -- so there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT -- See PK26
Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during a 2 hour and 15 minute meeting at Kaiser's home during EDNY testimony...Tr.1120-1122
END 1:15 PM
10