1

ORIGINAL

2   UNITED STATES GRAND JURY

3   SOUTHERN DISTRICT OF NEW YORK

Government
Exhibit

4   - - - - - - - - - - - - - - - - - - x

3500 - TS -1
13-CR-607(JFB)

5   UNITED STATES OF AMERICA      :

6   -v-                         :Special

August 2009

7   PHILLIP KENNER           :

8   - - - - - - - - - - - - - - - - - - x

9

10                     UNITED STATES COURTHOUSE
                      500 Pearl Street

11                    New York, New York 10007

12                    March 29, 2011
                    12:33 a.m.

13

14

15   APPEARANCES:

16                ARLO DEVLIN-BROWN, ESQ.

17                 Assistant United States Attorney

18

19

20                 Rivka Teich, R.P.R., C.S.R.
                 Acting Grand Jury Reporter

21

22

23

24

25

26

```
                                                                    2
 1                    T. Stevenson    03/29/11

 2              (Colloquy Precedes.)

 3              (Witness Enters Room.)

 4              (Time Noted: 12:33 p.m.)

 5   TURNER STEVENSON, called as a witness, having been

 6              first duly sworn by the Foreperson of the

 7              Grand Jury, was examined and testified as

 8              follows:

 9   BY MR. DEVLIN-BROWN:

10       Q    Please state your name and spell it for the

11   record?

12       A    Turner Stevenson, T-U-R-N-E-R,

13   S-T-E-V-E-N-S-O-N.

14       Q    Good afternoon.  I'm Arlo Devlin-Brown.  I'm an

15   Assistant United States Attorney.  You've been

16   subpoenaed to testify to this Grand Jury, which is

17   investigating various offenses involving securities

18   fraud, bank fraud, other fraud offenses.  I want to

19   advise you that you're not a target or subject of the

20   Grand Jury's inquiry, just subpoenaed as a witness.

21              Before we get started I make it a practice to

22   advise you of certain rights that you and all witnesses

23   have before the Grand Jury.

24       A    Okay.

25       Q    First of all, you have the right not to

26   incriminate yourself, meaning if a truthful answer to a
```

1              T. Stevenson    03/29/11                17

2          (Colloquy Precedes.)

3          (Witness Enters Room.)

4          (Time Noted: 12:57 p.m.)

5          THE FOREPERSON:  I remind you, you are still

6      under oath.

7   BY MR. DEVLIN-BROWN:

8      Q    The Hawaii project is called Little Isle IV; is

9   that right?

10     A    If that's the name they use, I just call it

11  Hawaii.

12     Q    When you put up the $100,000 for Hawaii, did

13  you have any understanding of whether the money could be

14  used to pay for the Mexico project or was it just

15  supposed to go to the Hawaii project?

16     A    In the beginning it was supposed to go to

17  Hawaii.  Then I saw they needed, the group of us got

18  together, we have this piece of land that's available

19  for purchase in Mexico that we need too wait on or get

20  funds on to transfer as a group like one big blanket to

21  get money into Cabo and pay for that land to hold it

22  until the loan came.

23     Q    So are you saying you agreed to transfer some

24  of the money from the Hawaii project to the Cabo

25  project?

26     A    I would say that, yes.

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018  (212) 869-1500

```
 1                   T. Stevenson    03/29/11              18

 2        Q    Who made that decision?

 3        A    I think all of us as a group.

 4        Q    What do you mean "as a group", who is the

 5   group?

 6        A    All the guys who were invested in it.

 7        Q    All the guys who were invested through

 8   Mr. Kenner, his clients?

 9        A    If all of them, yeah, and other guys that were

10   invested in this; Mr. Jowdy I'm not sure.

11        Q    Let me show you what's been marked 110A.

12   Before I do, do you remember getting reports or anything

13   from Mr. Kenner about the status of Little Isle IV the

14   Hawaii project?

15        A    No.

16        Q    Take a look at this and see if you remember

17   ever getting anything like this.

18             (Witness reviewing document.)

19        A    I think I remember seeing that.

20        Q    How do you remember getting it?

21        A    Through a fax maybe.  Seeing these actual

22   numbers that looks familiar to me.

23        Q    Okay.  Is he still your financial adviser?

24        A    He is.

25        Q    Roughly how much money is he managing for you?

26        A    Probably five, 600,000.
```

(rotated text in margin: After Kenner conference calls in 2004...)