Chris Manfredi — telephonic — 3:30PM — 10/12/10 — Scott R / Matt G. / Chris M

Government Exhibit 3500 - CM - 2 — 13-CR-607(JFB)

Question to (CM):
?? → raising $ in Hawaii
(CM) — tried to get involved in raising $
— send out maps + development plans to potential lenders

(CM) ≡ did get 1 or 2 to lender $
(CM) — one lender — $3M

> The 2 lenders were Centrum and Urban Expansion -- CLEAR...

> Manfredi confirms his involvement in all of the Hawaii fundraising...although he attempted to deny it at the EDNY trial...

Gaarn — (CM) doesn't recall name
Gaudet — (CM) doesn't recall name
Donny Rae — (CM) doesn't recall name - sounds familiar
↳ may have put in touch w/ potential lenders

≡ most lender contacts came through (PK)
— then (CM) send out package
— pro forma
— maps
— plans

> Urban Expansion loan...

≡ Constantine
   ≡ brought in $ to project - Hawaii
   ≡ more than $3M
   ≡ Agreement - between (PK) or LLCs + Constantine
      ↓
      loan w/ pre-payment penalty — may have been w/ Constantine + another person

Lehman came in + paid →
≡ Constantine — (PK) paid (TC) early +
   (TC) made a lot of $ from penalty

> Manfredi confirms that Constantine was paid early by the Hawaii partners for his fundraising -- thus -- Galioto was aware of this confirmation since 2010...

1st Hawaii party '02-'03 = Kaiser + (CM) = w/ went to Hawaii in 2002-2003

$1,000 deposit

> Far less than the $1mm Kaiser claimed Manfredi confronted Kenner about in 2006...

(CM)
(JK)  ● closed w/ (PK)

(CM) – never increased investment
– not sure if (JK) did

> How could Manfredi and Kaiser have confronted Kenner in 2006 about a $1mm investment (*sent to Mexico -- from the Kaiser August 2005 funds*) IF Manfredi told the FBI in 2010 "**not sure if Kaiser did**"...???

(CM) title → COO + Project Mngr = during yrs w/ (PK)
– partner in LLC's

2006 – when Lehman came in w/ new development partner

(JK) – was a partner in LLC's

(JK) – retired w/ back injury from Suffolk Cty Police

END

(2)