

**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

Government Exhibit
3500 - FS - 1
13-CR-607(JFB)

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000259846 | **Location:** | FBI Melville |
| **Investigation Name:** | Phillip Kenner | | |
| **Date:** | March 17, 2014 | | |
| **Time:** | Approx. 2:00 PM | | |
| **Participant(s):** | Frank Sconzo, Witness | | |
| | Joshua Wayne, Special Agent, IRS | | |
| | Matthew Galioto, Special Agent, FBI | | |

On the above date and time Special Agents Wayne and Galioto met with Frank Sconzo (Sconzo). Sconzo provided the following:

1. Sconzo's date of birth is February 15th, 1957. Sconzo lives in Sayville, New York. He is a medical doctor. Sconzo has known John Kaiser (Kaiser) for 15 to 20 years. They met each other through their wives.

2. Sconzo invested in the Frailes property with Willie Krueger and Robert Gargano. Frailes is a property located in Mexico. Sconzo believed Kreuger invested $100,000 and Gargano invested $50,000. Krueger and Gargano sent checks to Sconzo. Sconzo believed he invested $50,000 in Frailes property. Sconzo sent $200,000 to Kaiser for Kruegers, Gargano and his investment in Frailes. The investment was sent to Kaiser by check. Sconzo thinks it was more than one check that was sent for the $200,000. Sconzo was uncertain if a total of $200,000 was sent to Kaiser, he stated he would check his records and get back to the agents.

3. Sconzo never visited the Frailes property.

    [annotation: The only paperwork that exists has Kaiser fabricated as the managing member of some company he has never been management for -- to conceal his thefts...]

4. For the Frailes investment Sconzo received paperwork from Kaiser.

5. Sconzo met PHILLIP KENNER (KENNER) once. Sconzo spoke to KENNER once on the phone. KENNER asked that Sconzo send KENNER his documentation for his investment in Frailes. Sconzo could not recall the specific documentation that KENNER was asking for. KENNER told Sconzo he was going to help Sconzo get back his money. Sconzo never provided the documentation to KENNER. KENNER called Sconzo once more but Sconzo never spoke to KENNER and didn't return his phone call.

    [annotation: After Kenner discovered the Kaiser $200,000 thefts...]

6. Sconzo loaned money to Kaiser for the Palms unit. Within a year Sconzo was supposed to get back 10%. If it took long then a year Sconzo would receive 20%.

    [annotation: Kaiser confessed to the FBI that he took this money at 3500-JK-1-r at 7. The FBI knows Kaiser stole this money and used it -- as his own -- to buy property from Kenner with a signed and notarized document by Kaiser (Ex.Z3)...]

Sconzo invested by check and cash.  <u>The checks were made out to Kaiser.</u>

7. Sconzo only sent money to Kaiser for the Frailes property and the loan for the Palms unit.

I began preparing this memorandum on March 20th 2014, after refreshing my memory from notes made during and immediately after the interview with Frank Sconzo.

Joshua R Wayne
Special Agent