Day5.txt

**Government Exhibit**
3500 - BB - 3
13-CR-607(JFB)

826

AMERICAN ARBITRATION ASSOCIATION

DIANA NOLAN; OWEN NOLAN,          )
                                  )
            Claimant,             ) NO. 76 148 Y 00223 08 DEAR
                                  )
      v.                          )
                                  )
PHILLIP A. KENNER; STANDARD       )
ADVISORS, INC.; STANDARD          )
ADVISORS, LLC,                    )
                                  )
            Respondents.          )
                                  )
   Owner(s) or Reputed Owner(s)   )
_____)

TRANSCRIPT OF PROCEEDINGS

Volume IV

(Pages 826 - 1100)

Phoenix, Arizona
May 30, 2009
8:34 a.m.

Prepared By:   MARY E. MANNING, RPR
               Certified Reporter
               Certificate No. 50444

Prepared for:

827

1                    INDEX TO EXAMINATIONS
2   WITNESS                                              PAGE
3   TOMMY CONSTANTINE

Page 1

```
                              Day5.txt
 4          Direct Examination by Mr. Richards              829
 5          Cross-Examination by Mr. Meeks                  874
 6          Redirect Examination by Mr. Richards            898
 7          Redirect Examination Continued by Mr. Richards  908
 8    BRYAN BERARD
 9          Direct Examination by Mr. Richards              912
10          Cross-Examination by Mr. Meeks                  917
11    JOHN KAISER
12          Direct Examination by Mr. Richards              918
13          Cross-Examination by Mr. Meeks                  927
14          Redirect Examination by Mr. Richards            930
15    JASON WOOLLEY
16          Direct Examination by Mr. Richards              933
17          Cross-Examination by Mr. Meeks                  937
18          Redirect Examination by Mr. Richards            943
19    ROBERT GAUDET
20          Direct Examination by Mr. Richards              945
21    PHILIP A. KENNER
22          Direct Examination by Mr. Richards              956
23          Cross-Examination by Mr. Meeks                 1010
24          Redirect Examination by Mr. Richards           1026
25
                                                                828

 1                          EXHIBITS
 2     NO.    IDENTIFIED    ADMITTED
 3     46                   881
       57                   893
 4     58                   894
       60                   897
 5     64                   886
       66                   888
 6     143                  882
       144                  882
 7     145                  883
       170                  918
 8     180                  884
```

Page 2

```
                              Day5.txt
 9    Respondent Exhibits:

10    1       1018      1019
      8       1017      1018
11    11      1012      1014
      12      1015      1015
12    13      1015      1016
      279      848       849
13    280      871       871

14
15
16
17
18
19
20
21
22
23
24
25
                                                            829

 1    APPEARANCES:

 2        Arbitrator Meyerson
          Arbitrator Gordon
 3        Arbitrator Campbell

 4

 5    For the Respondent:

 6        LAW OFFICES OF RONALD RICHARDS & ASSOCIATES
          By Ronald Richards, Esq.
 7        P.O. Box 11480
          Beverly Hills, California  90213
 8
          LAW OFFICES OF THOMAS M. BAKER
 9        By Thomas M. Baker, Esq.
          5050 North 8th Place
10        Suite 10
          Phoenix, Arizona  85014
11

12
      For the Claimants:
13
          BUCHALTER NEMER
```

Page 3

```
                              Day5.txt
19                          BRYAN BERARD,
20   having been first duly sworn, was examined and testified as
21   follows:
22
23                         DIRECT EXAMINATION
24   BY MR. RICHARDS:
25       Q.   Do you know who the first pick of the 1994 NHL
                                                                    914

 1   draft was?
 2       A.   Yes.
 3       Q.   Who's that?
 4       A.   '94, Jovanovski.
 5       Q.   What about '95?
 6       A.   Myself.
 7       Q.   Now, do you see anybody in the room that you
 8   know?
 9       A.   Yes.
10       Q.   And can you point out to someone that's currently
11   your business manager?
12       A.   Yes, Phil Kenner.
13       Q.   Are you an investor in some real estate deals in
14   Hawaii and Cabo San Lucas?
15       A.   Yes.
16       Q.   And prior to investing in those transactions can
17   you just tell the panel what type of diligence or things
18   you did before you made the investment?
19       A.   Sure.  I knew Phil was involved with a few land
20   deals that to me sounded pretty interesting.  I kind of
21   called Phil.  We had a discussion about the properties.  I
22   got on the plane.  I met Phil.
23            I think it was Mexico -- the North Baja property
                              Page 75
```

```
                              Day5.txt
24    I saw first.  I loved it.  I got involved in that.  I
25    invested $500,000 of my money into that, and I believe Cabo
                                                                    915

 1    was next.  I took a plane and went down and saw Cabo.  It
 2    looked like a great piece of property.  I was interested in
 3    it.  I obviously invested money, $200,000.
 4         Q.   You don't need to tell us the amount.  That's
 5    your personal business.
 6         A.   Again, in Hawaii, I was definitely interested.  I
 7    got on a plane and went and saw Hawaii.  Again, I thought
 8    it was a great deal, and I got involved.
 9         Q.   When you were -- as far as the Hawaii deal, were
10    you made aware of any sort of transaction Mr. Kenner set up
11    where you can give a commitment or pledge a credit line in
12    lieu of putting all your money in initially?
13         A.   Yes.
14         Q.   Can you tell the panel what was your
15    understanding?
16         A.   Basically the company -- it was set up.  The
17    company would pay the payments.  I would pledge the money,
18    obviously to get the loan for the property.  Again, the
19    company would pay the payments, and I wasn't forfeiting all
20    the amount of money for the piece of property.
21         Q.   Were you aware that Mr. Kenner got a credit line
22    against some securities or investments you had?
23         A.   Yes.
24         Q.   And later on were you aware that Mr. Kenner
25    starting lending this money to another principal in the
                                                                    916

 1    Cabo project named Ken Jowdy?
 2         A.   Yes.
                              Page 76
```

```
                         Day5.txt
3        Q.   Were you aware that he had disclosed to you that
4   he was going to lend this money at a rate of interest to
5   benefit the investors?
6        A.   Yes.
7        Q.   And with respect to the --
8             MR. MEEKS:   Objection.   Leading.
9             ARBITRATOR MEYERSON:   I'm sorry?
10            MR. MEEKS:   I just want to point out that we're
11  leading this witness quite a bit.
12            ARBITRATOR MEYERSON:   Sustained.
13       Q.   BY MR. RICHARDS:   Where did you think the money
14  that Mr. Jowdy -- were you told where the money was going
15  to be used that was given Mr. Jowdy as far as the Mexican
16  project?  Was there anything you were told about that?
17       A.   Basically just loan him the money for the
18  property.
19       Q.   What about bank statements; did you have any
20  problem getting any of your bank statements from Mr. Kenner
21  at any time?
22       A.   Not at all.
23       Q.   And prior to signing any of these documents did
24  you have access to your own attorney unconnected to
25  Mr. Kenner to review this?
                                                          917

1        A.   Yes, I did.   We have a family attorney back home
2   where before I sign any documents basically -- I went to
3   his office, sat with him.   We reviewed them, and I signed
4   them and basically FedEx'd them to Phil.
5        Q.   At any time did Phil ever recommend or push these
6   investments on you?
                         Page 77
```

```
                                    Day5.txt
 7      A.   Not at all.  It was something I wanted to be
 8 involved in.
 9      Q.   At any time did Phil pressure you to sign any
10 documents let's say on property or anything?
11      A.   Not at all.
12      Q.   Was everything very transparent and relaxed?
13      A.   Something I wanted to do.  I saw the properties
14 in person, and I was very interested.
15      Q.   At any time did Mr. Kenner or the people that
16 were showing you the properties, like Mr. Jowdy, promise
17 you some sort of return on your investment?
18      A.   Not at all.
19      Q.   At any time did someone tell you that you would
20 be able to get this money back at a specific date?
21      A.   Not at all.
22      Q.   Did you understand that investing in a
23 transaction like this, that your money could be tied up for
24 a while?
25      A.   Yes, I understand how that works.
                                                          918

 1           MR. RICHARDS:  I have no further questions.
 2           ARBITRATOR MEYERSON:  Thank you.
 3
 4                       CROSS-EXAMINATION
 5 BY MR. MEEKS:
 6      Q.   Good morning.  Thank you for coming.  Did you and
 7 Mr. Kenner own a property here in Scottsdale together?
 8      A.   Own a property?
 9      Q.   Yes.
10      A.   I don't think I own --
11      Q.   You did not own a property together?
                              Page 78
```

Day5.txt

12   A.   I think there's a mortgage that was in my name.
13   Q.   Could you flip to Exhibit Number 170? It's in
14 front of you. If you could look in this book down towards
15 the bottom there's a tab on the right that says 170.
16        I'm sorry. I think I've got the wrong number on
17 my notes. I'm sorry. 171.
18        Mr. Berard, did you sign this quitclaim deed
19 along with Mr. Kenner?
20        MR. RICHARDS: What exhibit are you on?
21   Q.   BY MR. MEEKS: Did you sign this quitclaim deed
22 along with Mr. Kenner to this property to John Kaiser?
23   A.   Yes.
24   Q.   You signed this last year after this lawsuit was
25 filed?

919

1    A.   Yes.
2    Q.   But actually did Mr. Kaiser pay anything for that
3 property?
4    A.   Not that I know of.
5         MR. MEEKS: Thank you. No further questions.
6         MR. RICHARDS: No further questions.
7         ARBITRATOR MEYERSON: Questions?
8         ARBITRATOR CAMPBELL: What's the property about?
9         MR. RICHARDS: It's nothing to do with this case.
10        ARBITRATOR CAMPBELL: I was asking him.
11        THE WITNESS: The property is a house in PV
12 basically they are renovating to sell. I think the
13 mortgage is in my name.
14        ARBITRATOR MEYERSON: Anything else?
15        Frank, any questions?
16        Thank you very much. Have a nice day.

Page 79