**Mar 19, 2008 11:57 AM**

Got It! Account name:constantine Management group?

> Kenner confirms the SELLER of the Eufora Private Shares to Norstrom before he verbally confirms the transfer

Yes. That's where the 1% is being transfered from...

Sent the fax to WF.

> Norstrom Wells Fargo payment account, signed independently by him...

I'll confirm  Thx...

**Mar 22, 2008 8:06 PM**

How was the show? Got an offer on the house 1,480' they got 14 days to pull out.