Nolan – 2006 Little Isle 4 K-1 produced by Nolan from his personal files
for the 2009 arbitration

```
                                                                        651106
Schedule K-1                    2006          ☐ Final K-1  ☐ Amended K-1    OMB No. 1545-0099
(Form 1065)                                   Part III  Partner's Share of Current Year Income,
                          For calendar year 2006, or tax           Deductions, Credits, and Other Items
Department of the Treasury    year beginning           1  Ordinary business income (loss)  15  Credits
Internal Revenue Service      ending          , 2006
                                               2  Net rental real estate income (loss)
Partner's Share of Income, Deductions,
Credits, etc.          ▶ See separate instructions.   3  Other net rental income (loss)  16  Foreign transactions

Part I    Information About the Partnership       4  Guaranteed payments
A  Partnership's employer identification number
   76-0747140                                     5  Interest income
B  Partnership's name, address, city, state, and ZIP code
                                                  6a Ordinary dividends                 ┌─────────────────┐
   Little Isle 4, LLC                                                                   │ Nolan home and  │
   10705 E Cactus Road                            6b Qualified dividends                │ tax address...  │
   Scottsdale, AZ 85259                                                                 └─────────────────┘
C  IRS Center where partnership filed return      7  Royalties
   Ogden, UT
D  ☐ Check if this is a publicly traded partnership (PTP)  8  Net short-term capital gain (loss)
E  ☐ Tax shelter registration number, if any
F  ☐ Check if Form 8271 is attached               9a Net long-term capital gain (loss)  17  Alternative minimum tax (AMT) items

Part II   Information About the Partner           9b Collectibles (28%) gain (loss)     ┌─────────────────┐
G  Partner's identifying number                                                         │ Ownership       │
   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                                    9c Unrecaptured section 1250 gain     │ percentage after│
H  Partner's name, address, city, state, and ZIP code                                   │ Juneau buyout   │
                                                  10 Net section 1231 gain (loss)   18  │ Tax-exempt income
   Owen Nolan                                                                           │ Nondeductible expenses
   15471 Francis Oaks Way                         11 Other income (loss)                └─────────────────┘
   Los Gatos, CA 95032
I  ☐ General partner or LLC    ☒ Limited partner or other
     member-manager                LLC member                                        19  Distributions
J  ☒ Domestic partner          ☐ Foreign partner                                     A          761,458.
                                                  12 Section 179 deduction
K  What type of entity is this partner? Individual
L  Partner's share of profit, loss, and capital:  13 Other deductions
                    Beginning          Ending                                        20  Other information
   Profit        %     17.6516  %
   Loss          %     17.6516  %
   Capital       %     18.102209 %                                                      ┌─────────────────┐
                                                                                        │ LOC payoff from │
M  Partner's share of liabilities at year end:    14 Self-employment earnings (loss)    │ Lehman closing  │
   Nonrecourse.......... $                                                              └─────────────────┘
   Qualified nonrecourse financing... $
   Recourse................ $                     *See attached statement for additional information.

N  Partner's capital account analysis:                          ┌─────────────────┐
   Beginning capital account...... $         0                  │ $2.2mm LOC      │
   Capital contributed during the year... $  2,300,000.         │ investment plus │
   Current year increase (decrease)...... $                     │ $100,000 cash   │
   Withdrawals and distributions........... $ (  761,458.)      │ investment      │
   Ending capital account............... $   1,538,542.         └─────────────────┘
   ☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
   ☐ Other (explain)
BAA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.          Schedule K-1 (Form 1065) 2006
Partner 16     ┌──────────────────────┐
               │ Nolan turned this    │
               │ over in the 2009     │
               │ arbitration          │
               │ confirming that      │
               │ Nolan was IN         │
               │ POSSESSION of        │                                              NOLAN0005044
               │ his Little Isle 4 K1 │
CONFIDENTIAL TR│ tax document...      │STED                                          PK_SEC_013677
               └──────────────────────┘
```

*AGAIN -- Please note that Nolan turned this K1 document over in the 2009 arbitration confirming that Nolan was <u>IN POSSESSION</u> of his Little Isle 4 K1 tax document...*

1