**Taffy Jowdy Jr**

From: Phil Kenner [PKenner@tmo.blackberry.net]
Sent: Wednesday, July 13, 2005 7:07 PM
To: Kenny Jowdy
Subject: Hawaii docs

Plz let bill know he should be receiving docs @ any moment. Bruce confirmed they were complete and his atty is sending them off.

I left chris a msg that he needed to call our atty, jon yamamura, and find out the details of the recoding in honolulu for loren.

You might want to follow up with chris. Cell. 15165265010 Leave me a msg on the imvelocita address about what u work out.

Thx for the help!!   pk
Sent wirelessly via BlackBerry from T-Mobile

[Annotation: Chris Manfredi]

[Annotation: Jowdy was negotiating the final $1.5mm lending amount with Manfredi -- transparently and separate from Kenner -- *the day before the closing* -- *and loan advance to Jowdy* -- **thus no concealment...**]

87

CONFIDENTIAL TREATMENT REQUESTED

KJ1854

PK_SEC_018151