**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAG
F.#2009R01218                           *271 Cadman Plaza East*
                                        *Brooklyn, New York  11201*


July 17, 2009


VIA FEDERAL EXPRESS

Ronald Richards, Esq.
9255 Doheny Road
Suite 602
West Hollywood, CA 90069


                Re:     Philip Kenner

Dear Counsel:

        Consistent with our prior discussions, please accept service of the enclosed subpoena for Philip Kenner, who has been scheduled to appear before an Eastern District of New York grand jury on August 13, 2009.

        If you have any questions, please do not hesitate to call.

                                        Very truly yours,

                                        BENTON J. CAMPBELL
                                        United States Attorney

                        By:     _____

                                        Jeffrey A. Goldberg
                                        Assistant U.S. Attorney
                                        (718) 254-7579


Enclosure

JG/pad

# United States District Court

EASTERN _____ DISTRICT OF _____ NEW YORK _____

TO:   PHILIP KENNER

**SUBPOENA TO TESTIFY
BEFORE GRAND JURY**

SUBPOENA FOR:

☒ PERSON   ☐ DOCUMENTS OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK 225 CADMAN PLAZA EAST BROOKLYN, NY 11201 | ROOM | FIRST FLOOR N131 - MAIN ROOM |
|---|---|---|---|
| | | DATE AND TIME | AUGUST 13, 2009 2:00 P.M. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

☐ *Please see additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK ROBERT C. HEINEMANN | DATE   JULY 17, 2009 |
|---|---|
| (BY) DEPUTY CLERK | |

This subpoena is issued upon application of the United States of America

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY
AUSA JEFFREY A. GOLDBERG - 718-254-7579
U.S. ATTORNEY'S OFFICE - EDNY
271 CADMAN PLAZA EAST - 5TH FLOOR
BROOKLYN, NEW YORK  11201
FAX (718) 254-7499

*If not applicable, enter "none"         To be used in lieu of AO110         FORM OBD-227 Revised April 2000