

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAM:JAG
F.#2009R01218

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2009

VIA FACSIMILE

Ronald Richards, Esq.
9255 Doheny Road
Suite 602
West Hollywood, CA 90069

   Re: Philip Kenner

Dear Counsel:

  Please disregard the Philip Kenner grand jury subpoena that was sent to you on July 17, 2009.

  If you have any questions, please do not hesitate to call.

        Very truly yours,

        BENTON J. CAMPBELL
        United States Attorney

By:

        Jeffrey A. Goldberg
        Assistant U.S. Attorney
        (718) 254-7579