```
 1
 2   UNITED STATES GRAND JURY
 3   SOUTHERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - - - x
 5   UNITED STATES OF AMERICA
 6       -v-
 7   PHILLIP KENNER
 8   - - - - - - - - - - - - - - - - - - x
 9
10                       UNITED STATES COURTHOUSE
                         500 Pearl Street
11                       New York, New York 10007
12                       March 29, 2011
                         12:33 a.m.
13
14
15   APPEARANCES:
16           ARLO DEVLIN-BROWN, ESQ.
17              Assistant United States Attorney
18
19
20                          Rivka Teich, R.P.R., C.S.R.
                            Acting Grand Jury Reporter
21
```

ORIGINAL

Government Exhibit
3500 - TS - 1
13-CR-607(JFB)

August 2009
Special

GRAND JURY EXHIBIT

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018  (212) 869-1500

```
 1                T. Stevenson    03/29/11                17
 2           (Colloquy Precedes.)
 3           (Witness Enters Room.)
 4           (Time Noted: 12:57 p.m.)
 5           THE FOREPERSON:  I remind you, you are still
 6      under oath.
 7  BY MR. DEVLIN-BROWN:
 8       Q    The Hawaii project is called Little Isle IV; is
 9  that right?
10       A    If that's the name they use, I just call it
11  Hawaii.
12       Q    When you put up the $100,000 for Hawaii, did
13  you have any understanding of whether the money could be
14  used to pay for the Mexico project or was it just
15  supposed to go to the Hawaii project?
16       A    In the beginning it was supposed to go to
17  Hawaii.  Then I saw they needed, the group of us got
18  together, we have this piece of land that's available
19  for purchase in Mexico that we need too wait on or get
20  funds on to transfer as a group like one big blanket to
21  get money into Cabo and pay for that land to hold it
22  until the loan came.
23       Q    So are you saying you agreed to transfer some
24  of the money from the Hawaii project to the Cabo
25  project?
26       A    I would say that, yes.
```

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018  (212) 869-1500

```
                    T. Stevenson    03/29/11                    18
```

*After Kenner conference calls in 2004....*

1  
2  Q   Who made that decision?  
3  A   <u>I think all of us as a group.</u>  
4  Q   What do you mean "as a group", who is the  
5  group?  
6  A   <u>All the guys who were invested in it.</u>  
7  Q   All the guys who were invested through  
8  Mr. Kenner, his clients?  
9  A   If all of them, yeah, <u>and other guys</u> that were  
10 invested in this; Mr. Jowdy I'm not sure.  
11 Q   Let me show you what's been marked 110A.  
12 Before I do, do you remember getting reports or anything  
13 from Mr. Kenner about the status of Little Isle IV the  
14 Hawaii project?  
15 A   No.  
16 Q   Take a look at this and see if you remember  
17 ever getting anything like this.  
18     (Witness reviewing document.)  
19 A   I think I remember seeing that.  
20 Q   How do you remember getting it?  
21 A   Through a fax maybe. Seeing these actual  
22 numbers that looks familiar to me.  
23 Q   Okay. Is he still your financial adviser?  
24 A   He is.  
25 Q   Roughly how much money is he managing for you?  
26 A   Probably five, 600,000.