## Victim-loss calculation issue with Kaiser for *ECF No. 765 at 30-31*

Kenner sent texts to Kaiser about the $200,000 7-months later when Kenner found out about it:

| 17488 | +16312350308 John Kaiser* | 7/30/2010 10:47:50 AM(UTC+0) | Sent | [Kenner]: Where did the last 200k get wired in December? Remember, the 150k & 50k from nick went to RR first. Check the GSF spreadsheet, but ~150k went right to the Falcon! FF [Constantine] is a total thief for all of this and must pay! **I wonder where the rest of the 200k went and what ia was used for!?!** |
|---|---|---|---|---|

Kaiser response to Kenner about his friends & family transfers:

| 15222 | +16312350308 John Kaiser* | 7/30/2010 12:01:06 PM(UTC+0) | Read | [Kaiser]: **On 12/16 I wired 150k to Ron Richards acc# 2100017561. And 50k on 12/29. All 400k went to Ron , FF [Constantine] was very clear about not sending directly to him** |
|---|---|---|---|---|

Kenner replied to Kaiser – not knowing about the other 200,000 and offering to track it down:

| 17491 | +16312350308 John Kaiser* | 7/30/2010 11:50:34 AM(UTC+0) | Sent | [Kenner]: Who wired the other 200k? |
|---|---|---|---|---|
| 17494 | +16312350308 John Kaiser* | 7/30/2010 11:59:50 AM(UTC+0) | Sent | [Kenner]: Did you ask CR if the 200k you are looking for ever made it to Eufora in December? That's VERY important. There's a fraud in the fact that hop-a-long [Constantine] took the first 200k for some other use and then issued shares of Eufora to cover the funds! You should raise that to Michael [Stolper] asap. We know he stole 150k of the other 200k for the FALCON! |
| 17495 | +16312350308 John Kaiser* | 7/30/2010 12:04:27 PM(UTC+0) | Sent | [Kenner]: Ron [Richards] only shows 150k and 50k hitting his account...not 400k total. Send me the confirms and I'll discuss it with Ron's office today. |

Kenner immediately sent texts to Tim Gaarn and Bryan Berard after finding out about the "other 200,000" that Kaiser independently solicited from Hughes-Rizzi- and Ethel Kaiser and sent to Constantine for Eufora stock:

| 17492 | +14015246929 Bryan Berard* | 7/30/2010 11:51:30 AM(UTC+0) | Sent | **Free?** |
|---|---|---|---|---|

1

| 17493 | +12019708712 Tim Gaarn* | 7/30/2010 11:51:39 AM(UTC+0) | Sent | **Free?** |
|---|---|---|---|---|