12 April 2015

Rick –

I know that we just met to discuss the trial that is supposed to begin in a few weeks, but you have to tell the judge that the FBI agent has made threats to you again, as we discussed in the meeting. It is not right that they told you to back off the casework, because they really want me. In addition, the fact that you told me that your wife is scared for you and her as a result of the Galioto threats is even more worrisome. I know you said that he told you your practice would suffer if I were not found guilty at trial. That is outrageous. As I told you, this is not the former Soviet Union. You cannot stay silent in front of the judge with threats being made by Galioto to you. Galioto made the first threats the day you were assigned to the case. It should have been raised in front of the judge that day, but you told me that they could not intimidate you. You said you were too tough for that, and I should not worry. Well, I am in jail, my investors have been continually threatened since then by Galioto and Harvey, so yes, FBI threats worry me. **Well, now that you told me your wife is scared means that you certainly told her enough of your own concerns to make her that way.** That means I am going to have a ½ effort at trial from you, because you and your wife are scared and you won't tell the judge. That is not right, just because you are afraid for your safety. I am concerned for your safety and that of the rest of the people Jowdy, Harvey and Galioto have threatened since I was the whistleblower on their schemes. Yet, you cannot let this go without telling the Judge. If you are afraid of the repercussions of saying it in the open courtroom, then you NEED to find a way to tell the Judge through whichever EX PARTE channels you have available to you through CJA or otherwise. This is not how justice is supposed to work. Please do not let us go into trial with this bad air hanging over you. A 90% effort is not going to be good enough, nor right Constitutionally. I told you that when I spoke to Sydor, Ranford and others on the phone from jail, they told me that they were going to be thrown out of the USA by Galioto if they did not say what he wanted from them. The investors are scared, but they have no duty to the Court. I hope their lies will be obvious at trial, and we can impeach them. But, you have a duty to the court. You must do something. I know that you told me I am not allowed to say it in front of the judge, but how is that possible? Someone has to. Do not let me down. These threats have been going on for too long under Louis Freeh's direction to protect himself, Harvey, Jowdy and his FBI friend Behnke who runs Jowdy's protection in Mexico. Expose it before it is too late. Please. I have two small kids who need me at home. The way this is turning out, I should have taken the tens of millions in bribes from Jowdy and Harvey in 2007 and the FBI protection from Freeh and Behnke when it was offered. I would be a scumbag like Jowdy, Kaiser and Berard right now, but I would not be in prison. Since the FBI is easily manipulated, just like you agreed with me. I should be living in my Mexico house (that they broke into last year and stole my Tequila collection, why??). I should be there with my kids and without a care in the world, because this system is FOR SALE. I blew the whistle on them and am paying for it. You have a duty to the court like we discussed to expose this. The judge needs to know, now.

Also, please do not forget to tell the judge we need the Northern Trust subpoena documents before we start the trial. They will confirm that everyone signed off on the money every year (*Disbursement Request & Authorization docs*) that was used, the purpose of the money (*Extension of Credit docs*), and the authorization signed by each of them for Little Isle 4 and me to use the funds (*Letter of Authorization*) according to the Little Isle 4 operating agreement. That is critical. We cannot start the trial without that information. Please.

Next, it is not possible that Tom Baker told you on the phone that he does not have the disclosure letters that 15+ guys signed for the Hawaii loan case versus Jowdy.  He has them.  I know it.  Just call him if you really never did.   But, if he really told you he does not have them, then we need to ask the judge for a subpoena.  The documents will show that every Hawaii investor was aware and participated in the loans to Jowdy, and they were suing him once he terminated the negotiations to settle with us in 2008.   Jowdy's "no loans" and "forgery" claims to the Arizona Court were all proven to be lies, by his subsequent confessions to the FBI, the California depositions, and the Nevada Court.  This will confirm the transparency between my investors and me.  PLEASE tell the judge if you are not getting help, as you say, from Tom Baker.

Please come back to discuss the proposed witnesses soon.  You are not prepared for the cross of them.  You have not reviewed even a bare minimum of the exculpatory materials I have prepared for you that will impeach every one of them on previous knowledge or alleged concealment in the Hawaii deal, the GSF disclosures, and the Eufora purchases.  You tell me to say within the four corners of the indictment, but you are not there.

I know that you keep telling me not to worry that you are on top of it, but you and I have not even discussed the other witnesses we need to subpoena from Northern Trust Bank (President Highmark, Brill and Wilson), Nolan's wife, Stolper, Baker, Tom Harvey, Jowdy, Dixon, Hughes, Gaudet, and others.  I will find a way to get the subpoenas served and the expenses paid to the US Marshall's, since you said I have to do it because the government will not pay for me.   Just get them prepared for the court.  It is getting way too late.  Do not let me down, or PLEASE recuse yourself from the case before we start.  This is my life.

I am the whistleblower that Jowdy and his people need to silence to keep their 13-year fraud going, worth millions more per year to all of them.   As we discussed, they tried first by beating me almost to death in the Mexico jail.  It did not work.  They killed my Mexico attorney.  That did not stop me. This indictment is their ultimate plan to stop me and protect Jowdy, despite the fact I never stopped trying to protect my investors from day one, and he has all of the money.

Lastly for now, do not forget to tell whoever is most appropriate about the guy in the jail who keeps asking me about hiring him to kill Jowdy.  Something is not right about that.  I think he is recording me.  I heard about that stuff in here from one of the officers who told me to be safe.  It smells bad, like a set-up.  As I told you, this is what they tried during the summer before I was arrested.   Do the right thing for me.  You swore to your duty as an officer of the court.  Please.
Phil

----------------------------