### *R33 011 – Gaudet testimony in Nevada case Murray v. Jowdy (December 2010)*

Jowdy's Nevada defense attorneys had Robert Gaudet confirm his "***witness***" signature on the 2004 Hawai'i loan agreement and then ***authenticated*** it to support Jowdy's defense theory -- as follows –



Then – they asked Gaudet again about his signature –



Jowdy's attorneys admitted the 2004 Hawai'i RLOC into evidence –

1

*R33 011 – Gaudet testimony in Nevada case Murray v. Jowdy (December 2010)*

198

```
 3      Q    And can you tell the Court what date this document
 4   was entered into?
 5      A    12/7/2004.
 6      MS. LEE:  Your Honor, I'd like to move to admit this
 7   exhibit.  He's authenticated his signature on it.
 8      MR. RICHARDS:  No objection.
 9      THE COURT:  Okay.  It's admitted.
10      [Defendant's Exhibit A-89 Received]
```


Jowdy's attorney… Ms. Lee

198

```
14   BY MS. LEE:
15      Q    So this revolving line of credit -- and I'm not
16   asking you to testify as to its contents.  But that's your
17   signature on this revolving line of credit, as a witness for
18   Phil Kenner; is that right?
19      A    I witnessed two signatures.  And the person that I
20   knew was Ken Jowdy.  I was just asked to witness two
21   signatures.  So --
22      Q    So Mr. Jowdy facilitated your signature on this
23   document; is that what you're saying?
24      A    I'm sorry?
25      Q    Mr. Jowdy facilitated your signature on this
```

2

*R33 011 – Gaudet testimony in Nevada case Murray v. Jowdy (December 2010)*



In fact – Gaudet went on to testify that Jowdy was so secretive about all of his business dealings that Gaudet – *Jowdy's Diamanté Cabo Director of Golf* – was not even aware that Kenner was an owner (*in fact -- the largest individual owner*) in the Cabo project at the time of the March 2006 closing.

```
19      Q    Did you have any understanding that he owned part of
20   the project in Cabo San Lucas?
21      A    Again, specifically at that timeframe in early '06,
22   no, I did not.
```