March 11, 2005

Northern Trust Bank of Arizona
2398 East Camelback Rd.
Suite 300
Phoenix, AZ 85016

Re: Northern Trust Bank Line of Credit #289369 - 1565 in the name of Michael Peca.

Gentlemen:

This letter is your authorization to allow Philip A. Kenner to access my above referenced lien of credit for direct deposit to the Little Isle IV account at Northern Trust. He is authorized to sign for the release of funds related to the line.

Thank you for your assistance in this manner

Michael Peca

TNTC000091