# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,775,000.00 | 07-01-2005 | 03-31-2006 | 1565 | | 289369 | 25725 | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** MICHAEL PECA
46 Golden Pheasant Drive
Getzville, NY 14068

**Lender:** NORTHERN TRUST BANK, N.A.
CAMELBACK OFFICE
2398 EAST CAMELBACK ROAD
SUITE 400
PHOENIX, AZ 85016

[Annotation: Four (4) months after the Letter of Authorization was signed -- confirming the use of LOC funds...]

**LOAN TYPE.** This is a Variable Rate Nondisclosable Revolving Line of Credit Loan to an Individual for $1,775,000.00 due on March 31, 2006. The reference rate (NORTHERN TRUST BANK, N.A. PRIME RATE, currently 6.000%) is added to the margin of -0.250%, resulting in an initial rate of 5.750. This is a secured renewal loan.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Personal, Family, or Household Purposes or Personal Investment.

☒ Business (Including Real Estate Investment).

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Modification to increase line to $1,775,000.00, originally used to Speculative investments.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making have been satisfied. Please disburse the loan proceeds of $1,775,000.00 as follows:

| | |
|---|---|
| Undisbursed Funds: | $175,000.00 |
| Amount paid to others on Borrower's behalf: | $1,600,000.00 |
| $1,600,000.00 to Balance at time of modification | |
| Note Principal: | $1,775,000.00 |

[Annotation: $175,000 "*undisbursed funds*" -- thus the signed INCREASE dated the day before this doc...]

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED JULY 1, 2005.

[Annotation: $1,600,000 "Amount Paid" CLEARLY denoted to Peca before he signed this doc...]

**BORROWER:**

X _[signature]_
MICHAEL PECA

LASER PRO Lending, Ver 8.26.30.001 Copr. Harland Financial Solutions, Inc 1997, 2005 All Rights Reserved. - AZ W:\LP\CFALPL\I20

TNTC000307