**Taffy Jowdy Jr**

| | |
|---|---|
| From: | Phil Kenner [phil@standardadvisors.com] |
| Sent: | Tuesday, August 16, 2005 9:50 PM |
| To: | 'Chris Manfredi' |
| Cc: | 'Ken Jowdy' |
| Subject: | Another lender who knows the property |

*Manfredi and Jowdy working together on additional Hawaii lending thru hard money contacts...*

**Chris: Below is the info from the guy who put the first (Centrum) deal together. See what they are looking for minus the Lehman info. We need to email all of the info to AL GUTIERREZ @:**

**AlbertG16@optonline.com**
**Albert.gutierrez@hudsonuntiedbank.com**

**Please call me to discuss.   pk**

```
To: Ken Jowdy
Subject: Re: FW:

Kenny,
I spoke to Ed tonight ( NO BULL GUY ) and he has a group interested in Hawaii.
They would need the following
1) Executive summary
2) Exit Strategy
3) Copy of closing of new property
4) Amount of money put into this project
5) Improvements made so far
6) How much is owed (total of all lots)
7) What was done with the money from Lehman

If they can get these answers by tomorrow, they will have a decision on Thursday

They can go as high as 20 million
```

80

KJ2329

CONFIDENTIAL TREATMENT REQUESTED                                PK_SEC_018626

**Taffy Jowdy Jr**

| | |
|---|---|
| From: | Phil Kenner [phil@standardadvisors.com] |
| Sent: | Tuesday, August 16, 2005 11:54 PM |
| To: | 'Ken Jowdy' |
| Subject: | FW: Hawaii Projects |
| Attachments: | Big Isle Ventures Executive Summary- Moaula.doc; Moaula_Final Report_08_10_05 KPMG Appraisal.pdf; LSC-PahalaBulkAg_042205f_final.pdf; A43021025-TBSR-KAU HOLDING COMPANY LLC_Ver_4.pdf; Big Isle Ventures Executive Summary-Waikapuna v.2.doc; Copy of Big Isle Ventures 1500-2015-2100 Proforma V.6 revised.1.xls; Waikapuna_Final Report_08_10_05 KPMG Appraisal.pdf |

## KJ:   Please follow up with AL and stay on him to get something done with these guys.   It would be a huge relief to Chris, me & us!!   pk

---

**From:** Chris Manfredi [mailto:cmanfredi@bigisleventures.com]
**Sent:** Tuesday, August 16, 2005 8:38 PM
**To:** Albert.gutierrez@hudsonuntiedbank.com; ALBERTG16@optonline.net   ← Potential hard money lender
**Subject:** Hawaii Projects

Aloha:

Please find documents attached relating to request for information on Big Isle Ventures' Hawaii projects.

The Kau Holding Company property has an additional $300K in escrow in addition to the $420K indicated in the Tentative Buyers Statement for a total of $720K, plus $250K on the Moaula property.

I have attached the Moaula Land Sale Contract in lieu of a closing statement as a closing date is not yet scheduled, though is expected shortly.

The exit strategy is page 2 of the Pro Forma.

The deal with Lehman was cancelled by us as being too egregious.

Can you clarify the meaning of question #6

Please contact me should you have any questions.

Thank you,

Christopher A. Manfredi
COO/ Project Manger
Big Isle Ventures, LLC
516-526-5010


1) Executive summary

2) Exit Strategy

3) Copy of closing of new property

81

KJ2330

CONFIDENTIAL TREATMENT REQUESTED                                                                    PK_SEC_018627