**Taffy Jowdy Jr**

From: Phil Kenner [phil@standardadvisors.com]
Sent: Thursday, October 20, 2005 1:36 PM
To: 'Ken Jowdy'; WJN1434@aol.com
Subject: FW: [Fwd: Revised commitment]
Attachments: untitled-1.2; loan offer commitment.pdf

> Five (5) days after the Urban loan closed from Constantine -- Kenner is expecting another lender to fly to Hawaii and sign for the Waikapuna deal

```
Bill:  Can you please review this for me??   I have the lender and the
broker flying to Hawaii today to sign docs (which I have not seen yet)
tomorrow.    I think they will want this signed by me tonight to facilitate
the deal.     Please let me know your thoughts ASAP.   I have not seen the
final note docs either.   I think they operate as a last minute "type of
group".   They do NOT seem to be worried about this protocol.   They have
asked to discuss our Mexico dealings after the signing.     Thanks in
advance.    pk

-----Original Message-----
From: thom@notebuyersoftexas.com [mailto:thom@notebuyersoftexas.com]
Sent: Thursday, October 20, 2005 9:07 AM
To: phil@standardadvisors.com
Subject: [Fwd: Revised commitment]

-------------------------- Original Message ------------------------
Subject: Revised commitment
From:    "Deon Walker" <deonwalker@pfshomedeals.com>
Date:    Thu, October 20, 2005 8:23 am
To:      thom@notebuyersoftexas.com
--------------------------------------------------------------------
```

> CRITICAL STATE OF MIND -- How could Kenner have been part of a Urban Expansion conspiracy IF Kenner is waiting on another lender to supersede and replace the UE loan?

Thom,

I apologize, but I sent this to you yesterday, I think I'm having problems with an AOL program that I downloaded; it seems to be taking over my other programs.  Anyway I have also faxed this to Phil, so you can forward the email if you like.

Deon Walker

Managing Partner

Premier Financial Solutions, LLC

770.498.9041

678-302-6444 efax

KJ2524