31302+04 · (6@15,000 = 90k)
56,304 monthly payments  (15K × 8 = 120,000)

**Falcon**
4 @ 11,000 ($10,647.05 loan payments)
3500 × 12 (storage fees)
150,000 + (P+I)

**CMG**
100,000  4·2
25,000  4·17
25,000  4·21
11,400  2·11
25,000  2/20/08
100,000  4·24·07
15,000
100,000  9·26·07
80,000  9·10·07 (GDM)
20,000  9·7·07
100,000
100,000
27,000  5/9/08 (SA)
10,000
5,000  1·25·08
5,000  5·30·08
7,180.95  6·18·08
2000  10·21·08
1750  10·21·08
47,000  9·25·08
5,000  7·26·08
10,000  9·17·08
10,000  10·3·08
2000  9·2·08
2000  9·8·08
25,000
$50,330.95

TC  6·3·08  15,000
4·24·07  5000 (SA)
10·31·08  2,000 (SA)
8·13·08  10,000 (GDM)
4·3·09  20,000 (SA)
10·28·08  25,000 (PK)

**Avalon (B2)**
17,000

**Hunter Eng**
10/3/08  3,350.58

**Palms (MN)**
275,000  10/6/08
15,000  10/12/08
20,000 (loan DEP.)
5 @ 11,000 (31 loan)

**Eufora**
10,000 · 9·26·08

**Automatic Racing**
50,000  9/17/08

**Sundance**
52,000

**Greenberg**
35,000  12/17/07

**Sonnenschien**
10,000
17,000  10/28/08

**PEII**
9/12/08  56,919.78
5/23  8,000
6/18  27,819.05
9/17/08  10,543.58
**KD Aviation** /03201
38,997.27  2/6/08

**Unitech**
70,000  2·21·07 (GDM)
10,000  4·24·07 (SA)

**Main St**
25,000  10/28/08

**Get 2 Go Racing**
25,000  9/17/08

**Playboy**
25,000 (PK)
32,000 (Berard)

**BvS**
7,000 – PK
12·1·08  4,250 – PK

**Juneau v. Constantine**
25,000 – R.R

**Playboy Apparel**
$100,000  25,000  11·5·08

**Taser SW / Vemma**
$35,000

Ula + LI4 + NV2006
650K – 1ST K
1.5m – 2ND K
500K – NV2006
2.65 m

**Akoya**
DC · 37,500
Heli · 37,000

PKHOME-00012010