Dec 06 09 10:50a

p. 1

Kaiser transcription of the Kenner loan log to Constantine -- 6 days before Kaiser told Kenner by text that he took the list on Dec 12.

Kaiser faxed this list somewhere 6 days before he told Kenner he took it from Kenner's office...

Payments Tommy

| | |
|---|---|
| 2-11 | 11,400 |
| 42 | 100,000 |
| 411 | 25,000 |
| 4-17 | 25,000 |
| 4-24 | 100,000 |
| | 15,000 |
| 9-26-07 | 100,000 |
| 9-10-07 | 80,000 |
| 9-7-07 | 20,000 |
| | 100,000 |
| | 100,000 |
| 5-9-08 | 27,000 |
| | 10,000 |
| 1-25-08 | 5,000 |
| 5-30-08 | 5,000 |
| 6-8-08 | 7,180 GT |
| 10-21-08 | 2,000 |
| 10-21-08 | 1,750 |
| 9-25-08 | 47,000 |
| | 5,000 |
| 7-26-08 | 10,500 |
| 9-17-08 | 2,000 |
| 9-2-08 | 2,000 |
| 9-8-08 | 25,000 |

# 850,330.91

> Jay Bry
Clothes $100,000
$25,000

Sundance ?
$52,000

MGM ?
$10,000 - 10-28-08
$17,000

● KD Aviation ?
$38,997.27
2-6-08

● Tyson ?
$35,000

● Got Racing ?
$25,000

Greenberg
$37,000

Falcon
$44,000 Haw ?
$50,000 ?
$50,000 Shrine

● Unitech ?
$70,000

● Bus ?
$7,000
$4,000

● Hunter ENG ?
$3,350

● PE II ?
9-12 $56,914.78
5-22 $8,000
6-18 $27,819
9-4 10,543

Main St ?
$25,000

● Avalon ?
$17,000

Auto Racing ?
$50,000 9-12-08

Hawaii  2.65M
650,000
1,500,000
500,000

$500K
From Meet
above Party?

PKHOME-00012009