# Assignment of Contract for Sale and Purchase

This assignment made this 16th of October, 2008 by Philip A. Kenner ("ASSIGNOR") to John Kaiser ("ASSIGNEE").

Whereas, the assignor entered into a Contract for Sale and Purchase of eight and one third (8 1/3) percent interest in 16 Hectares located in Los Frailes, Baja California South, Mexico for $500,000 USD minus any applicable transfer fees, and

Whereas, the Assignee desires to acquire a eight and one third (8 1/3) percent right, title and interest in and to the contract,

Now therefore, for good and valuable consideration, receipt of which is hereby acknowledged, the Assignor assigns to the assignee, his legal representatives, successors and assigns, all right, title and interest in the contract, including any deposit monies held in escrow under the terms of the contract.

In witness whereof, the assignor and Assignee have executed this instrument on the day and year first above written.

> Stolen by Kaiser from Dr. Sconzo and other Kaiser friends and family at 3500-JK-1-r-at 7

Philip A. Kenner ("ASSIGNOR")
By: _[signed] Philip A. Kenner_

John Kaiser ("ASSIGNEE")
By: _[signed] John Kaiser_

State of NY

County of Suffolk

Before me personally appeared John Kaiser the Assignor to me well known and known to me to be the person described in and who executed the forgoing instrument, and acknowledged to and before me that he executed the forgoing instrument for the purpose therein expressed.

WITNESS my hand and official seal, this 17th day of October 2008.

My commission Expires:

_[signed] Melissa D. Russo_
(Signature of Notary Public)

6/18/2011
Print name of Notary Public

MELISSA D. RUSSO
Notary Public, State of New York
No. 01RV6168365
Qualified in Suffolk County
COMMISSION EXPIRES 6/18/2011