# FRANK T. SCONZO, JR., M.D., F.A.C.S., F.A.C.R.S.

286 Sills Road, Suite 5
East Patchogue, N.Y. 11772
(631) 654-3100
Fax (631) 654-0212

## Colon & Rectal Surgery

### FAX TRANSMITTAL SHEET

Date: 3/20/14

To: Matt Galioto

From: Dr Sconzo

Re: Checks

Number of pages (including cover sheet): 3

Comments: _____

This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or coping of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to the above address via the US Postal Service. Thank You.

03/20/2014 1:49 PM FAX 16315510212    FRANK T SCONZO JR    ⌀002/0003



$190,000 stolen by Kaiser and concealed by Galioto...

Posting Date:20080226
Sequence Number: 492
Amount:$190,000.00
Account:
Routing Transit Number: 063
Check/Serial Number: 698
Bank Number:802
IRD Indicator:4
BOFD:000000000
Capture Source:PO
Entry Number:3375
UDK:
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000698
DB/CR:DB
Item Type:P
Processing Date:
#:58

https://oneview.jpmchase.net/OneView/object3Print.instant

3/20/2014



$10,000 stolen by Kaiser and concealed by Galioto...

3/20/2014