

Ensenada, B.C., June 02, 2005

MRS. ALICIA CESENA AGUNDEZ COLLI
MR. ATILIO COLLI VILLARINO.

**PHILIP ANDREW KENNER** acting as CEO of **LITTLE ISLE IV LLC**, with this and under oath I state the following:

That on behalf and instructions of the entity PROPIEDADES DDM S. DE R.L. DE C.V., thru its sole administrator Kenneth Aboud Jowdy, the LLC that I represent made two wire transfers (deposits) in the Checking account in dollars of the United States of America, number 580 9020624 (five eight cero nine cero two cero six two four) with CLABE for bank transfers number 002045058090206243 of the credit institution named Banamex. S.A, San Jose del Cabo B.C.S., Mexico branch, in the name of Mr. ATILIO COLLI VILLARINO.

The deposits en reference and that are described as follows were made due to the private promissory contractual relationship executed between You and PROPIEDADES DDM S. DE R.L. DE C.V., said deposits should be taken as if they were made by the prominent PURCHASERS in other words by PROPIEDADES DDM S. DE R.L. DE C.V., therefore LITTLE ISLE IV LLC, waives the right to take or file action to claim error, payment by mistake, refund of the deposits this for all legal effects that there might be.

TRANSFERS (DEPOSITS)

Date received in
The account of
Mr. Atilio Colli Villar                     Amount

May 4, 2005                                 $350,000.00 dollars
May 17, 2005                                $350,000.00 dollars
            Total     $700,000.00 (SEVEN THOUSAND DOLLARS 00/100 CURRENCY OF THE UNITED STATES OF AMERICA)

> Clearly referencing the REAL 2004 Hawaii loan agreement with Jowdy -- since no other Private Promissory Contractual relationship exists...

This is document is issued upon request of MRS. ALICIA CESENA AGUNDEZ DE COLLI, ATILIO COLLI VILLARINO and also by the Entity PROPIEDADES DDM S. DE R.L. DE C.V., in fulfillment of the obligations agreed in clause Seventh third paragraph of the second amendment to the private Promissory Purchase and Sale Contact executed between the parties afore mentioned.

Truly.

_____
LITTLE ISLE IV LLC.
PHILIP ANDREW KENNER
General Director

REDACTED

_____
Lic. Fernando M. Garcia Campuzano
Translator



Government Exhibit
FORF-61
14 CR 264 (JS)

NOLAN0003206



Ensenada B.C. 02 de Junio de 2005

SRA. ALICIA CESENA AGUNDEZ DE COLLI
SR. ATILIO COLLI VILLARINO.
PRESENTE-

PHILIP ANDREW KENNER, en mi caracter de Director General (CEO) de LITTLE ISLE IV LLC, por medio de la presente y bajo protesta de decir verdad manifiesto lo siguiente.

Que por cuenta y orden de la sociedad mercantil PROPIEDADES DDM S. de R.L. de C.V., a través de su Administrador Unico el Sr. Kenneth Abeud Jowdy, mi representada realizó dos transferencias electrónicas (depósitos) en la Cuenta de Cheques en Dolares Moneda de curso legal en los Estados Unidos de Norteamérica Número 580-9020624 (once ocho cero nueve cero dos cero seis dos cuatro) con CLABE para transferencia bancaria número 002040580902062243 de la institución de Crédito denominada Banamex S.A. sucursal de San José del Cabo B.C.S. Mexico, siendo el titular de dicha cuenta el Sr. ATILIO COLLI VILLARINO.

Los depositos de referencia y que a continuación se anotaran fueron realizados debido a la relación contractual privada de promesa de compraventa celebrada entre Ustedes y PROPIEDADES DDM S. de R.L. de C.V, dichos depositos deberán de tenerse como hechos por cuenta propia de la PROMITENTE COMPRADORA en el contrato de referencia o sea PROPIEDADES DDM S. de R.L. de C.V., por lo cual mi representada LITTLE ISLE IV LLC no se reserva acción o derecho para reclamar error, pago de lo indebido o restitución de los depositos para todos los efectos legales a que haya lugar.

TRANSFERENCIAS (DEPOSITOS)

Fecha recepción en
firme en cuenta del
Sr. Atilio Colli Villarino                                     Importe

04 de Mayo de 2005                              $350,000.00 dolares
17 de Mayo de 2005                              $350,000.00 dolares
                                        Total   $700,000.00 dolares SETECIENTOS MIL DOLARES
MONEDA DE LOS ESTADOS UNIDOS DE AMERICA.

Se extiende el presente documento a petición de los CC. ALICIA CESEÑA AGUNDEZ DE COLLI, ATILIO COLLI VILLARINO asi como de la Sociedad Mercantil PROPIEDADES DDM S. de R.L. de C.V., en cumplimiento a lo pactado en la clausula Septima tercer parrafo del Segundo Convenio Modificatorio relativo al Contrato Privado de Promesa Compraventa celebrado entre las partes anteriormente mencionadas.

ATENTAMENTE.

LITTLE ISLE IV LLC.
PHILIP ANDREW KENNER
Director General

[Attempted forgery of Kenner's name]

Lic. Fernando V. Garcia Campuzano
Perito Traductor

[Prepared by Jowdy and his attorneys for Owen Nolan's attorneys...in 2009.]

NOLAN0003207

CONFIDENTIAL TREATMENT REQUESTED                                PK_SEC_011840