REDACTED

oEnsenada, B.C., June 02, 2005

MRS. ALICIA CESENA AGUNDEZ COLLI
MR. ATILIO COLLI VILLARINO.

**PHILIP ANDREW KENNER** acting as CEO of ULA MAKIKA LLC, with this and under oath I state the following:

That on behalf and instructions of the entity PROPIEDADES DDM S. DE R.L. DE C.V., thru its sole administrator Kenneth Aboud Jowdy, the LLC that I represent made two wire transfers (deposits) in the Checking account in dollars of the United States of America, number 580 9020624 (five eight cero nine cero two cero six two four) with CLABE for bank transfers number 002045058090206243 of the credit institution named Banamex S.A, San Jose del Cabo B.C.S., Mexico branch, in the name of Mr. ATILIO COLLI VILLARINO.

The deposits en reference and that are described as follows were made due to the private promissory contractual relationship executed between You and PROPIEDADES DDM S. DE R.L. DE C.V., said deposits should be taken as if they were made by the prominent PURCHASERS in other words by PROPIEDADES DDM S. DE R.L. DE C.V., therefore ULA MAKIKA LLC, waives the right to take or file action to claim error, payment by mistake, refund of the deposits this for all legal effects that there might be.

Clearly referencing the REAL 2004 Hawaii loan agreement with Jowdy -- since no other Private Promissory Contractual relationship exists...

TRANSFERS (DEPOSITS)

| Date received in the account of Mr. Atilio Colli Villar | Amount |
|---|---|
| May 17, 2005 | $325,000.00 dollars |
| May 18, 2005 | $225,000.00 dollars |

Total $550,000.00 (FIVE HUNDRED AND FIFTY THOUSAND DOLLARS 00/100 CURRENCY OF THE UNITED STATES OF AMERICA)

This is document is issued upon request of MRS. ALICIA CESENA AGUNDEZ DE COLLI, ATILIO COLLI VILLARINO and also by the Entity PROPIEDADES DDM S. DE R.L. DE C.V., in fulfillment of the obligations agreed in clause Seventh third paragraph of the second amendment to the private Promissory Purchase and Sale Contact executed between the parties afore mentioned.

Truly,

ULA MAKIKA LLC.
PHILIP ANDREW KENNER
General Director

REDACTED

Lic. Fernando M. Garcia Campuzano
Translator

Government Exhibit
Pamco Printers NJ #489
FORF-62
14 CR 264 (JS)

NOLAN0003210



[illegible]

SRA. ALICIA CESEÑA AGUNDEZ DE COLLI
SR. ATILIO COLLI VILLARINO
P R E S E N T E.-

PHILIP ANDREW KENNER, [illegible] Director General [illegible] ULA MAKIKA LLC, [illegible] manifiesto [illegible]

Que [illegible] PROPIEDADES DDV S. de R.L. de C.V., [illegible] Sr. Kenner [illegible] Jowdy [illegible] Dólares [illegible] CLABE para transferencias [illegible] Banamex, S.A. [illegible] B.C.S. México [illegible] SR. ATILIO COLLI VILLARINO.

[illegible] PROPIEDADES DDV S. de R.L. de C.V. [illegible] PROMITENTE COMPRADORA en el contrato [illegible] PROPIEDADES DDV S. de R.L. de C.V. [illegible] ULA MAKIKA LLC [illegible]

TRANSFERENCIAS / DEPOSITOS:

[illegible]

[illegible] Mayo de [illegible] — [illegible] Dólares

[illegible] — [illegible] Dólares

Total $600,00[illegible]

[illegible]

[illegible] ALICIA CESEÑA AGUNDEZ DE COLLI [illegible] ATILIO COLLI VILLARINO [illegible] PROPIEDADES DDV S. de R.L. de C.V. [illegible]

A T E N T A M E N T E

ULA MAKIKA LLC.
PHILIP ANDREW KENNER
Director General

[illegible]

Attempted forgery of Kenner's name

Prepared by Jowdy and his attorneys for Owen Nolan's attorneys...in 2009.

NOLAN0003211