**Form 1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

OMB No. 1545-0099

**2006**

For calendar year 2006, or tax year beginning _____ , and ending _____ , _____

**Extension Granted to 10/15/07**

**A** Principal business activity

**Credit Card Marketing**

**B** Principal product or service

**Credit Cards**

**C** Business code number

**522300**

Use the IRS label. Otherwise, print or type.

Name of partnership

**Eufora, L.L.C.**

Number, street, and room or suite no. If a P.O. box, see the instructions.

**P. O. Box 27590**

City or town, state, and ZIP code

**Scottsdale, AZ 85254**

**D** Employer identification number

**86-1039166**

**E** Date business started

**08/28/2001**

**F** Total assets

$ **130,748.**

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year  ▶  **6**

**J** Check if Schedule M-3 required (attach Schedule M-3) ☐

> GOVERNMENT EXHIBIT
> **4729**
> 13-CR-607 (JFB)

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income**

| | | | | | |
|---|---|---|---|---|---|
| 1 a | Gross receipts or sales | 1a | 351,610. | | |
| b | Less returns and allowances | 1b | 20,676. | 1c | 330,934. |
| 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 133,467. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 197,467. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 | |
| 7 | Other income (loss) (attach schedule) | | | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 197,467. |

**Deductions (see instructions for limitations)**

| | | | | | |
|---|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | |
| 10 | Guaranteed payments to partners | | | 10 | |
| 11 | Repairs and maintenance | | | 11 | |
| 12 | Bad debts | | | 12 | |
| 13 | Rent | | | 13 | 77,840. |
| 14 | Taxes and licenses | | | 14 | |
| 15 | Interest | | | 15 | 1,250. |
| 16 a | Depreciation (if required, attach Form 4562) | 16a | 9,129. | | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | 9,129. |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| 18 | Retirement plans, etc. | | | 18 | |
| 19 | Employee benefit programs | | | 19 | |
| 20 | Other deductions (attach schedule)   See Statement 1 | | | 20 | 564,693. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 652,912. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | | 22 | -455,445. |
| 23 | Credit for federal telephone excise tax paid (attach Form 8913) | | | 23 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company member manager

Date **10/6/09**

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature

Date **10-5-200**

Check if self-employed ▶

Preparer's SSN or PTIN **P00398940**

Firm's name (or yours if self-employed), address, and ZIP code

**Cleveland Estes Avellone, PLLC**
**3411 N 5th Avenue, Suite 500**
**Phoenix, AZ 85013**

EIN ▶ **20-5717151**

Phone no. **602-265-4500**

611001 12-28-06   JWA   **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form **1065** (2006)

Form 1065 (2006)   **Eufora, L.L.C.**                                                              86-1039166   Page **2**

| | Schedule A | Cost of Goods Sold (see the instructions) | | |
|---|---|---|---|---|
| 1 | Inventory at beginning of year | | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | | 2 | |
| 3 | Cost of labor | | 3 | |
| 4 | Additional section 263A costs (attach schedule) | | 4 | |
| 5 | Other costs (attach schedule) | See Statement 2 | 5 | 133,467. |
| 6 | **Total.** Add lines 1 through 5 | | 6 | 133,467. |
| 7 | Inventory at end of year | | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | | 8 | 133,467. |

9 a   Check all methods used for valuing closing inventory:

    (i) ☐ Cost as described in Regulations section 1.471-3

    (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

    (iii) ☐ Other (specify method used and attach explanation) ▶

| | | Yes | No |
|---|---|---|---|
| b | Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐ | | |
| c | Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐ | | |
| d | Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? | Yes | X No |
| e | Was there any change in determining quantities, cost, or valuations between opening and closing inventory? | Yes | X No |
| | If "Yes," attach explanation. | | |

| | Schedule B | Other Information | Yes | No |
|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | |
| a | ☐ Domestic general partnership   b ☐ Domestic limited partnership | | | |
| c | ☒ Domestic limited liability company   d ☐ Domestic limited liability partnership | | | |
| e | ☐ Foreign partnership   f ☐ Other ▶ | | | |
| 2 | Are any partners in this partnership also partnerships? | | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | | X |
| 4 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | | X |
| 5 | Does this partnership meet all three of the following requirements? | | | |
| a | The partnership's total receipts for the tax year were less than $250,000; | | | |
| b | The partnership's total assets at the end of the tax year were less than $600,000; and | | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item N on Schedule K-1 | | X | |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See the instructions | | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | | X |
| 8 | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | | X |
| 9 | At any time during calendar year 2006, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See the instructions | | | X |
| 11 | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership in the instructions | | | X |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | | |

**Designation of Tax Matters Partner** (see the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | Tommy Constantine | Identifying number of TMP ▶ 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 |
|---|---|---|
| Address of designated TMP ▶ | P.O. Box 27590 Scottsdale, AZ 85254 | |

JWA
611011
12-28-06

Form **1065** (2006)

Form 1065 (2006)   **Eufora, L.L.C.**                                    86-1039166   Page **3**

| | Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -455,445. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments | 4 | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends:  a  Ordinary dividends | 6a | |
| | | b  Qualified dividends | 6b | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) **Type ▶** | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶               (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | 13d | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | 14a | 0. |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d | Other rental real estate credits (see instructions)        Type ▶ | 15d | |
| | e | Other rental credits (see instructions)        Type ▶ | 15e | |
| | f | Other credits (see instructions)        Type ▶ | 15f | |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Passive ▶        e Listed categories (attach stmt.) ▶        f General limitation ▶ | 16f | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ▶        h Other ▶ | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive ▶        j Listed categories (attach stmt.) ▶        k General limitation ▶ | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | 16m | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | 17a | 208. |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties - gross income | 17d | |
| | e | Oil, gas, and geothermal properties - deductions | 17e | |
| | f | Other AMT items (attach statement)        See Statement 3 | 17f | -208. |
| **Other Information** | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses        See Statement 4 | 18c | -19,767. |
| | 19a | Distributions of cash and marketable securities | 19a | |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |

JWA
611021
12-28-06

Form **1065** (2006)

Form 1065 (2006)  **Eufora, L.L.C.**  86-1039166  Page **4**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | | **1** | **-455,445.** |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| **a** | General partners | | | | | | |
| **b** | Limited partners | | | -309,702. | -145,743. | | |

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 118,468. | | 63,048. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | Statement 5 | 42,506. | | 40,998. |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 115,071. | | 115,071. | |
| b | Less accumulated depreciation | 91,797. | 23,274. | 100,924. | 14,147. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | 84,123. | | 84,123. | |
| b | Less accumulated amortization | 55,482. | 28,641. | 71,568. | 12,555. |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 212,889. | | 130,748. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | Statement 6 | 559,029. | | 41,510. |
| 18 | All nonrecourse loans | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | Statement 7 | 250,000. | | 250,000. |
| 21 | Partners' capital accounts | | -596,140. | | -160,762. |
| 22 | Total liabilities and capital | | 212,889. | | 130,748. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -435,678. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | | | |
| b | Travel and entertainment $ 4,265. | | 8 | Add lines 6 and 7 | |
| | Stmt 9  -24,032. | -19,767. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -455,445. |
| 5 | Add lines 1 through 4 | -455,445. | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -596,140. | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | 871,056. | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | -435,678. | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -160,762. | 9 | Balance at end of year. Subtract line 8 from line 5 | -160,762. |

611041
12-29-06   JWA

Form **1065** (2006)

| Form **4562** | | **Depreciation and Amortization** (Including Information on Listed Property) OTHER 1 | | OMB No. 1545-0172 **2006** |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ See separate instructions. ▶ Attach to your tax return. | | Attachment Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Eufora, L.L.C. | Credit Card Marketing | 86-1039166 |

**Part I** Election To Expense Certain Property Under Section 179 **Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses | **1** | 108,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 Threshold cost of section 179 property before reduction in limitation | **3** | 430,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | **7** | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 Carryover of disallowed deduction from line 13 of your 2005 Form 4562 | **10** | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | |
| 13 Carryover of disallowed deduction to 2007. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) placed in service during the tax year | **14** | |
| 15 Property subject to section 168(f)(1) election | **15** | |
| 16 Other depreciation (including ACRS) | **16** | 16. |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2006 | **17** | 9,113. |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

**Section B - Assets Placed in Service During 2006 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2006 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (see instructions)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | **21** | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 9,129. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

616251 10-17-06   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2006)

Form 4562 (2006)       **Eufora, L.L.C.**                                      86-1039166   Page **2**

| Part V | Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first ) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for qualified New York Liberty or Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2006 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2006 tax year | | | | **43** | 16,086. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | 16,086. |

616252/10-17-06                                                                 Form **4562** (2006)

## Worksheet for Adjusted Current Earnings Adjustments
## for Corporate and Partnership Partners

| Name of partnership | Employer identification number |
|---|---|
| Eufora, L.L.C. | 86-1039166 |

1. Additions to AMTI:

   **a.** Depreciation recomputed for AMT purposes .......... 8,921.

   **b.** Tax-exempt interest income ..........

   **c.** Amortization of organizational expenditures ..........

   **d.** Depletion for post-1989 properties ..........

   **e.** Intangible drilling costs deducted from AMTI ..........

   **f.** Total additions to AMTI .......... 8,921.

2. Deductions:

   **a.** Depreciation recomputed for ACE purposes .......... 9,129.

   **b.** Depletion recomputed for ACE purposes ..........

   **c.** ACE intangible drilling costs ..........

   **d.** Total deductions .......... 9,129.

3. Other adjustments:

   **a.** Basis adjustments from sales or exchanges ..........

   **b.** Other adjustments ..........

   **c.** Total other adjustments ..........

4. Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c .......... -208.

Eufora, L.L.C.                                                          86-1039166

| Form 1065 | Other Deductions | Statement 1 |
|---|---|---|

| Description | Amount |
|---|---|
| Consulting fees | 395,332. |
| Insurance | 1,544. |
| Legal expense | 18,505. |
| Marketing materials | 263. |
| Office supplies | 14,547. |
| Postage | 8,878. |
| Referral expense | 70,130. |
| Telephone | 25,673. |
| Travel expense | 797. |
| Web site | 4,088. |
| Customer satisfaction | 1,571. |
| Development fees | 1,500. |
| Dues and subscriptions | 86. |
| Printing and reproduction | 177. |
| Permits and licenses | 375. |
| Equipment rental | 875. |
| Meals and Entertainment | 4,266. |
| Amortization expense | 16,086. |
| Total to Form 1065, Line 20 | 564,693. |

| Schedule A | Other Costs | Statement 2 |
|---|---|---|

| Description | Amount |
|---|---|
| Bank fees | 3,241. |
| Comerica & ACH Chargebacks | 879. |
| Merchant fees | 24,334. |
| Validation fees | 411. |
| Wildcard fees | 104,602. |
| Total to Form 1065, Page 2, Line 5 | 133,467. |

| Schedule K | Other Adjustments and Tax Preference Items | Statement 3 |
|---|---|---|

| Description | Amount |
|---|---|
| Adjusted current earnings from the partnership | -208. |
| Total to Schedule K, Line 17f | -208. |

Eufora, L.L.C.                                                                86-1039166

| Schedule K | Nondeductible Expense | Statement 4 |
| --- | --- | --- |

| Description | Amount |
| --- | --- |
| Penalties | 450. |
| Accrued interest expense - loan payable members | -24,482. |
| Excluded meals and entertainment expenses | 4,265. |
| Total to Schedule K, Line 18c | -19,767. |

| Schedule L | Other Current Assets | Statement 5 |
| --- | --- | --- |

| Description | Beginning of Tax Year | End of Tax Year |
| --- | --- | --- |
| Due from Eufora Capital LLC | 42,506. | 38,442. |
| BankFirst Refundable Reserve | | 2,556. |
| Total to Schedule L, Line 6 | 42,506. | 40,998. |

| Schedule L | Other Current Liabilities | Statement 6 |
| --- | --- | --- |

| Description | Beginning of Tax Year | End of Tax Year |
| --- | --- | --- |
| Credit Card Payable | 11,465. | 12,150. |
| Due to Members | 24,482. | 0. |
| Loan Payable - M D'Ambrosio | 33,637. | |
| Loan Payable - Phil Kenner | 386,971. | |
| Z Value Load | 42,581. | 29,360. |
| Loan Payable - Tommy Constantine | 59,893. | |
| Total to Schedule L, Line 17 | 559,029. | 41,510. |

Eufora, L.L.C.                                                                    86-1039166

Schedule L                          Other Liabilities                    Statement    7

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| Capital Escrow Deposits | 250,000. | 250,000. |
| Total to Schedule L, Line 20 | 250,000. | 250,000. |

Form 1065                   Partners' Capital Account Summary          Statement    8

| Partner Number | Beginning Capital | Capital Contributed | Schedule M-2 Lns 3, 4 & 7 | With-drawals | Ending Capital |
|---|---|---|---|---|---|
| 1 | -832,364. | 826,148. | -213,483. | | -219,699. |
| 3 | -312,671. | 44,908. | -78,422. | | -346,185. |
| 4 | -160,315. | | -39,210. | | -199,525. |
| 9 | 577,545. | | -75,067. | | 502,478. |
| 12 | 58,247. | | -25,140. | | 33,107. |
| 13 | 73,418. | | -4,356. | | 69,062. |
| Total | -596,140. | 871,056. | -435,678. | | -160,762. |

Eufora, L.L.C.                                                               86-1039166

Schedule M-1   Expenses Recorded on Books Not Deducted in Return   Statement   9

| Description | Amount |
|---|---|
| Penalties | 450. |
| Accrued interest expense - loan payable members | -24,482. |
| Total to Schedule M-1, Line 4 | -24,032. |

651106

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2006**

For calendar year 2006, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

| | Final K-1 | | Amended K-1 | OMB No. 1545-0099 |

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| **Part I** | **Information About the Partnership** |

**A** Partnership's employer identification number
86-1039166

**B** Partnership's name, address, city, state, and ZIP code

Eufora, L.L.C.
P. O. Box 27590
Scottsdale, AZ  85254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

| **Part II** | **Information About the Partner** |

**G** Partner's identifying number
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

**H** Partner's name, address, city, state, and ZIP code

Tommy Constantine
P.O. Box 27590
Scottsdale, AZ 85254

**I** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**J** ☒ Domestic partner  ☐ Foreign partner

**K** What type of entity is this partner?  Individual

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 49.0000000% | 49.0000000% |
| Loss | 49.0000000% | 49.0000000% |
| Capital | 49.0000000% | 49.0000000% |

**M** Partner's share of liabilities at year end:

| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $ 0. |

**N** Partner's capital account analysis:

| Beginning capital account | $ -832,364. |
| Capital contributed during the year | $ 826,148. |
| Current year increase (decrease) | $ -213,483. |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $ -219,699. |

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

| 1 Ordinary business income (loss) | 15 Credits |
| -223,168. | |
| 2 Net rental real estate income (loss) | |
| | 16 Foreign transactions |
| 3 Other net rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | A    102. |
| 7 Royalties | 18 Tax-exempt income and nondeductible expenses |
| 8 Net short-term capital gain (loss) | C*    STMT |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| | 20 Other information |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |
| A    0. | |
| *See attached statement for additional information. | |

For IRS Use Only

611261
01-02-07

1

Eufora, L.L.C.                                                               86-1039166

---

Schedule K-1            Nondeductible Expenses, Box 18, Code C

---

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Excluded meals and entertainment expenses | 2,090. | Nondeductible portion |
| Penalties | 221. | |
| Accrued interest expense - loan payable members | -11,996. | |

---

Schedule K-1            Current Year Increases (Decreases)

---

| Description | Amount | Totals |
|---|---|---|
| Ordinary income (loss) | -223,168. | |
| Schedule K-1 income subtotal | | -223,168. |
| Nondeductible expenses | 9,685. | |
| Other increases or decreases subtotal | | 9,685. |
| Total to Schedule K-1, Item N | | -213,483. |

Partner Number 1

651106

**Schedule K-1**
**(Form 1065)**

**2006**

For calendar year 2006, or tax
year beginning _____
ending _____

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,
Credits, etc.**

▶ **See separate instructions.**

| | Final K-1 | | Amended K-1 | OMB No. 1545-0099 |

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| Part I | Information About the Partnership |

**A**  Partnership's employer identification number
86-1039166

**B**  Partnership's name, address, city, state, and ZIP code

Eufora, L.L.C.
P. O. Box 27590
Scottsdale, AZ  85254

**C**  IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** ☐ Tax shelter registration number, if any
**F** ☐ Check if Form 8271 is attached

| Part II | Information About the Partner |

**G**  Partner's identifying number
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

**H**  Partner's name, address, city, state, and ZIP code

Mark D'Ambrosio
6812 E. Joan de Arc
Scottsdale, AZ 85254

**I** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**J** ☒ Domestic partner  ☐ Foreign partner

**K**  What type of entity is this partner?  Individual

**L**  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 18.0000000% | 18.0000000% |
| Loss | 18.0000000% | 18.0000000% |
| Capital | 18.0000000% | 18.0000000% |

**M**  Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**N**  Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | -312,671. |
| Capital contributed during the year | $ | 44,908. |
| Current year increase (decrease) | $ | -78,422. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | -346,185. |

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

| 1 Ordinary business income (loss) | 15 Credits |
|---|---|
| -81,980. | |
| 2 Net rental real estate income (loss) | |
| | 16 Foreign transactions |
| 3 Other net rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | A  37. |
| 7 Royalties | |
| | 18 Tax-exempt income and |
| 8 Net short-term capital gain (loss) | nondeductible expenses |
| | C*  STMT |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| | 20 Other information |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |
| A  0. | |

*See attached statement for additional information.

For IRS Use Only

JWA  **For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2006

611261
01-02-07

3

Eufora, L.L.C.                                                    86-1039166

---

Schedule K-1              Nondeductible Expenses, Box 18, Code C

---

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Excluded meals and entertainment expenses | 768. | Nondeductible portion |
| Penalties | 81. | |
| Accrued interest expense - loan payable members | -4,407. | |

---

Schedule K-1              Current Year Increases (Decreases)

---

| Description | Amount | Totals |
|---|---|---|
| Ordinary income (loss) | -81,980. | |
| Schedule K-1 income subtotal | | -81,980. |
| Nondeductible expenses | 3,558. | |
| Other increases or decreases subtotal | | 3,558. |
| Total to Schedule K-1, Item N | | -78,422. |

Partner Number 3

651106

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

**2006**

For calendar year 2006, or tax
year beginning _____
ending _____

| | Final K-1 | | Amended K-1 | OMB No. 1545-0099 |

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| **1** Ordinary business income (loss) <br> −40,990. | **15** Credits |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | **16** Foreign transactions |
| **4** Guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **17** Alternative min tax (AMT) items <br> A          19. <br> F *        −19. |
| **7** Royalties | **18** Tax-exempt income and nondeductible expenses <br> C *        STMT |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions |
| **9c** Unrecaptured sec 1250 gain | |
| **10** Net section 1231 gain (loss) | **20** Other information |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss) <br> A          0. | |

**Part I     Information About the Partnership**

**A** Partnership's employer identification number
86−1039166

**B** Partnership's name, address, city, state, and ZIP code

Eufora, L.L.C.
P. O. Box 27590
Scottsdale, AZ   85254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

**Part II     Information About the Partner**

**G** Partner's identifying number
86−1028209

**H** Partner's name, address, city, state, and ZIP code

C 9 Consulting, L.L.C.
5010 E. Shea Blvd., D-200
Scottsdale, AZ 85254

**I** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?   **Partnership**

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 9.0000000% | 9.0000000% |
| Loss | 9.0000000% | 9.0000000% |
| Capital | 9.0000000% | 9.0000000% |

**M** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $          0. |

**N** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $       −160,315. |
| Capital contributed during the year | $ _____ |
| Current year increase (decrease) | $        −39,210. |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $       −199,525. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

For IRS Use Only

611261
01-02-07

4

Eufora, L.L.C.                                                          86-1039166

---

Schedule K-1                   Other Alternative Minimum Tax (AMT)
                                     Items, Box 17, Code F

---

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Adjusted current earnings | -19. | See Form 4626 ACE worksheet instructions |

---

Schedule K-1              Nondeductible Expenses, Box 18, Code C

---

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Excluded meals and entertainment expenses | 383. | Nondeductible portion |
| Penalties | 40. | |
| Accrued interest expense - loan payable members | -2,203. | |

---

Schedule K-1              Current Year Increases (Decreases)

---

| Description | Amount | Totals |
|---|---|---|
| Ordinary income (loss) | -40,990. | |
| Schedule K-1 income subtotal | | -40,990. |
| Nondeductible expenses | 1,780. | |
| Other increases or decreases subtotal | | 1,780. |
| Total to Schedule K-1, Item N | | -39,210. |

Partner Number 4

## Worksheet for Adjusted Current Earnings Adjustments
### for Corporate and Partnership Partners

| Name of partnership | | Employer identification number |
|---|---|---|

**1. Additions to AMTI:**
   a. Depreciation recomputed for AMT purposes ........................................................... 803.
   b. Tax-exempt interest income ..........................................................
   c. Amortization of organizational expenditures .............................................................
   d. Depletion for post-1989 properties .......................................................................
   e. Intangible drilling costs deducted from AMTI .............................................................

   f. Total additions to AMTI ........................................................................................................................ 803.

**2. Deductions:**
   a. Depreciation recomputed for ACE purposes .............................................. 822.
   b. Depletion recomputed for ACE purposes ..............................................................
   c. ACE intangible drilling costs ...........................................................................

   d. Total deductions ...................................................................................................................................... 822.

**3. Other adjustments:**
   a. Basis adjustments from sales or exchanges ........................................................................
   b. Other adjustments ..............................................................................

   c. Total other adjustments ..............................................................................................

**4.** Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c ................................................................. −19.

651106

| Schedule K-1<br>(Form 1065) | **2006** | | Final K-1 | Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|---|---|

For calendar year 2006, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____

ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| **1** Ordinary business income (loss)<br>-78,473. | **15** Credits |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | **16** Foreign transactions |
| **4** Guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **17** Alternative min tax (AMT) items<br>A          36.<br>F*         -36. |
| **7** Royalties | **18** Tax-exempt income and nondeductible expenses |
| **8** Net short-term capital gain (loss) | C*          STMT |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions |
| **9c** Unrecaptured sec 1250 gain | |
| **10** Net section 1231 gain (loss) | **20** Other information |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss)<br>A          0. | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
86-1039166

**B** Partnership's name, address, city, state, and ZIP code

Eufora, L.L.C.
P. O. Box 27590
Scottsdale, AZ  85254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

**Part II  Information About the Partner**

**G** Partner's identifying number
20-1701592

**H** Partner's name, address, city, state, and ZIP code

AZ Eufora Partners I
10705 E. Cactus Road
Scottsdale, AZ 85259

**I** ☐ General partner or LLC    ☒ Limited partner or other LLC
member-manager         member

**J** ☒ Domestic partner    ☐ Foreign partner

**K** What type of entity is this partner?  Partnership

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 17.2300000% | 17.2300000% |
| Loss | 17.2300000% | 17.2300000% |
| Capital | 17.2300000% | 17.2300000% |

**M** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**N** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 577,545. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -75,067. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 502,478. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book

☐ Other (explain)

For IRS Use Only

*See attached statement for additional information.

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2006

611261
01-02-07

9

Eufora, L.L.C.                                                          86-1039166

---

Schedule K-1              Other Alternative Minimum Tax (AMT)
                              Items, Box 17, Code F

---

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Adjusted current earnings | -36. | See Form 4626 ACE worksheet instructions |

---

Schedule K-1          Nondeductible Expenses, Box 18, Code C

---

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Excluded meals and entertainment expenses | 735. | Nondeductible portion |
| Penalties | 78. | |
| Accrued interest expense - loan payable members | -4,219. | |

---

Schedule K-1              Current Year Increases (Decreases)

---

| Description | Amount | Totals |
|---|---|---|
| Ordinary income (loss) | -78,473. | |
| Schedule K-1 income subtotal | | -78,473. |
| Nondeductible expenses | 3,406. | |
| Other increases or decreases subtotal | | 3,406. |
| Total to Schedule K-1, Item N | | -75,067. |

Partner Number 9

## Worksheet for Adjusted Current Earnings Adjustments
## for Corporate and Partnership Partners

| Name of partnership | | Employer identification number |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 1. Additions to AMTI: | | |
| a. Depreciation recomputed for AMT purposes | 1,537. | |
| b. Tax-exempt interest income | | |
| c. Amortization of organizational expenditures | | |
| d. Depletion for post-1989 properties | | |
| e. Intangible drilling costs deducted from AMTI | | |
| f. Total additions to AMTI | | 1,537. |
| 2. Deductions: | | |
| a. Depreciation recomputed for ACE purposes | 1,573. | |
| b. Depletion recomputed for ACE purposes | | |
| c. ACE intangible drilling costs | | |
| d. Total deductions | | 1,573. |
| 3. Other adjustments: | | |
| a. Basis adjustments from sales or exchanges | | |
| b. Other adjustments | | |
| c. Total other adjustments | | |
| 4. Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c | | −36. |

612181
05-01-06

651106

**Schedule K-1**
**(Form 1065)**

**2006**

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

| Part I | Information About the Partnership |

**A** Partnership's employer identification number
86-1039166

**B** Partnership's name, address, city, state, and ZIP code

Eufora, L.L.C.
P. O. Box 27590
Scottsdale, AZ  85254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any

**F** ☐ Check if Form 8271 is attached

| Part II | Information About the Partner |

**G** Partner's identifying number
22-3797964

**H** Partner's name, address, city, state, and ZIP code

Standard Ventures, LLC
63 Garry Road
Coster, NJ 07624

*Tim Gaarn 100% ownership -- verified at trial -- Tr.2570-71...*

**I** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?  **Partnership**

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 5.7700000% | 5.7700000% |
| Loss | 5.7700000% | 5.7700000% |
| Capital | 5.7700000% | 5.7700000% |

**M** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**N** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 58,247. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -25,140. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 33,107. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*For IRS Use Only*

*Reflects the 2005 Eufora tax changes (GX-xxx) with Gaarn acquiring Kenner's full equity position 4 years before Gaarn sold "his stock"; not Kenner's stock...*

---

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0099

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

| | |
|---|---|
| **1** Ordinary business income (loss)  -26,280. | **15** Credits |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | **16** Foreign transactions |
| **4** Guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **17** Alternative min tax (AMT) items  A 12.  F* -12. |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | **18** Tax-exempt income and nondeductible expenses  C* STMT |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions |
| **9c** Unrecaptured sec 1250 gain | **20** Other information |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss)  A 0. | |

\*See attached statement for additional information.

---

JWA   **For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2006

611261
01-02-07

Eufora, L.L.C.                                                                    86-1039166

---

Schedule K-1              Other Alternative Minimum Tax (AMT)
                                Items, Box 17, Code F

---

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Adjusted current earnings | -12. | See Form 4626 ACE worksheet instructions |

---

Schedule K-1              Nondeductible Expenses, Box 18, Code C

---

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Excluded meals and entertainment expenses | 246. | Nondeductible portion |
| Penalties | 26. | |
| Accrued interest expense - loan payable members | -1,412. | |

---

Schedule K-1              Current Year Increases (Decreases)

---

| Description | Amount | Totals |
|---|---|---|
| Ordinary income (loss) | -26,280. | |
| Schedule K-1 income subtotal | | -26,280. |
| Nondeductible expenses | 1,140. | |
| Other increases or decreases subtotal | | 1,140. |
| Total to Schedule K-1, Item N | | -25,140. |

Partner Number 12

## Worksheet for Adjusted Current Earnings Adjustments
### for Corporate and Partnership Partners

| Name of partnership | Employer identification number |
|---|---|

**1.** Additions to AMTI:

   **a.** Depreciation recomputed for AMT purposes ............................................................... | 515.

   **b.** Tax-exempt interest income ..................................................................................

   **c.** Amortization of organizational expenditures ..........................................................

   **d.** Depletion for post-1989 properties ......................................................................

   **e.** Intangible drilling costs deducted from AMTI .........................................................

   **f.** Total additions to AMTI ................................................................................... | 515.

**2.** Deductions:

   **a.** Depreciation recomputed for ACE purposes ........................................................... | 527.

   **b.** Depletion recomputed for ACE purposes ..............................................................

   **c.** ACE intangible drilling costs ..............................................................................

   **d.** Total deductions ............................................................................................ | 527.

**3.** Other adjustments:

   **a.** Basis adjustments from sales or exchanges ...........................................................

   **b.** Other adjustments ..........................................................................................

   **c.** Total other adjustments ...................................................................................

**4.** Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c ................................................... | −12.

651106

| Schedule K-1 **(Form 1065)** | **2006** | | Final K-1 | Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|

For calendar year 2006, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____

ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | −4,554. | 15 Credits | |
| 2 Net rental real estate income (loss) | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4 Guaranteed payments | | | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | A | 2. |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | | C* | STMT |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions | |
| 9c Unrecaptured sec 1250 gain | | 20 Other information | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss)  A | 0. | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
86-1039166

**B** Partnership's name, address, city, state, and ZIP code

Eufora, L.L.C.
P. O. Box 27590
Scottsdale, AZ  85254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

**Part II   Information About the Partner**

**G** Partner's identifying number
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

**H** Partner's name, address, city, state, and ZIP code

Michael Andretti
630 Selvaggio Dr Null
Nazareth, PA 18064

**I** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?  Individual

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0000000% | 1.0000000% |
| Loss | 1.0000000% | 1.0000000% |
| Capital | 1.0000000% | 1.0000000% |

**M** Partner's share of liabilities at year end:

Nonrecourse ............................... $ _____

Qualified nonrecourse financing ........... $ _____

Recourse ................................. $ _____0.

**N** Partner's capital account analysis:

Beginning capital account .................. $ ____73,418.

Capital contributed during the year ......... $ _____

Current year increase (decrease) ........... $ ____−4,356.

Withdrawals & distributions ................ $( _____ )

Ending capital account ..................... $ ____69,062.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book

☐ Other (explain)

*See attached statement for additional information.

For IRS Use Only

JWA  **For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.**

**Schedule K-1 (Form 1065) 2006**

611261
01-02-07

13

Eufora, L.L.C.                                                          86-1039166

---

Schedule K-1          Nondeductible Expenses, Box 18, Code C

---

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Excluded meals and entertainment expenses | 43. | Nondeductible portion |
| Penalties | 4. | |
| Accrued interest expense - loan payable members | -245. | |

---

Schedule K-1          Current Year Increases (Decreases)

---

| Description | Amount | Totals |
|---|---|---|
| Ordinary income (loss) | -4,554. | |
| Schedule K-1 income subtotal | | -4,554. |
| Nondeductible expenses | 198. | |
| Other increases or decreases subtotal | | 198. |
| Total to Schedule K-1, Item N | | -4,356. |

Partner Number 13