## CRIMINAL CAUSE FOR ORAL RULING

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
DATE: 2/13/2020      TIME: 12:45 p.m.      TIME IN COURT: 1hr 21Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)      TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
X PRESENT      X   IN CUSTODY

ATTY. FOR DEFT.: Matthew W. Brissenden
X PRESENT      X C.J.A

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 13 2020 ★
LONG ISLAND OFFICE

DEFT NAME: TOMMY C. CONSTANTINE (2)
X PRESENT VIA TELEPHONE      X   ON BAIL

ATTY. FOR DEFT.: Sanford Talkin
X PRESENT      X RET

A.U.S.A. Saritha Komatireddy, Matthew Haggans, Madeline M. O'Connor & Diane C. Leonardo-Beckmann

COUNSEL FOR INTERESTED PARTIES: Tom Souther(Diamante & Jowdy) Kelly Weiner & Doreen Martin(Danske Bank) & Marc Wolinsky (Property Owners)

FTR: 12:54 - 2:15      DEPUTY CLERK: G.O.

X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

X   SENTENCING AS TO PHILLIP KENNER adjourned to March 12, 2020 at 10:30 am.

X   SENTENCING AS TO TOMMY CONSTANTINE adjourned to March 12, 2020 at 11:30 am

X   DEFENDANT TOMMY C. CONSTANTINE CONTINUED ON BAIL.

X   DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

X   OTHER: Rulings made on the record.