

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

February 20, 2020

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

      Re:   <u>United States v. Philip A. Kenner and Tommy C. Constantine</u>
             <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      In the course of contacting victims in this case to apprise them of the upcoming sentencing, the government has learned that several victims who wish to be present for the sentencing have pre-existing conflicts on March 12, 2020. Therefore, the government respectfully requests that the sentencing in this case be rescheduled for March 18, 2020. The government has conferred with defense counsel and they consent in this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Saritha Komatireddy
      J. Matthew Haggans
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   All counsel of record (via ECF)
      Philip A. Kenner, defendant <u>pro se</u> (via certified mail)