

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK
F. #2013R00948

610 Federal Plaza
Central Islip, New York 11722

February 20, 2020

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 21 2020 ★

LONG ISLAND OFFICE

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Philip A. Kenner and Tommy C. Constantine
      <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

In the course of contacting victims in this case to apprise them of the upcoming sentencing, the government has learned that several victims who wish to be present for the sentencing have pre-existing conflicts on March 12, 2020. Therefore, the government respectfully requests that the sentencing in this case be rescheduled for March 18, 2020. The government has conferred with defense counsel and they consent in this request.

*[Handwritten: Request granted. Sentencing is adjourned to March 18, 2020: Defendant Kenner at 10:30 a.m. Defendant Constantino at 11:30 a.m.]*

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/
Saritha Komatireddy
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

S/ JOSEPH F BIANCO

*[Signature stamp: Joseph F. Bianco, USCJ Sitting by Designation.]*

Date: Feb. 21 2020

Central Islip, N.Y.

cc:   All counsel of record (via ECF)
      Philip A. Kenner, defendant <u>pro se</u> (via certified mail)