# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

March 4, 2020

**Via ECF**

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza, Room 1040
Central Islip, New York 11722

      Re:    *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

    This office has been appointed as standby counsel, to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner has asked me to submit the attached letters from his son and daughter in advance of the upcoming sentencing.

    Thank you for considering the enclosed.

                                                Respectfully submitted,

                                                            /S

                                                  Matthew W. Brissenden

cc:    All Counsel (via ECF)