Blake Kenner
15050 N Thompson Peak Pkwy Unit 1071
Scottsdale, AZ, 85260

February 21, 2020

Your Honor,

When I think of my father I think of someone who put first his family and what he thought was right. He was the head of my family and the emotional backbone of my life. Years of litigation divided his time between us and fighting for his integrity, but his prime focus always remained the well being of his loved ones.

The last six years have been the toughest physical and mental struggle of my life, not being able to see my hero, best friend, and role model since I was 11 years old. 15 minutes a week on the phone when we could afford it has not been enough for my most important developmental years.

As I grew up my sister and I always pleaded for him to step away from everything and start a normal life, but despite threats and a miserable existence dealing with everything, he spent years fighting for his clients, teaching us to do what was right not what's easy.

The man before you has not been portrayed the way I know him. For as long as I can remember he has been the best dad, coach, and friend I could imagine. Every year dedicating his time to coaching my hockey team, where all of my teammates always told me how jealous they were and wanted to trade dads with me. Always taking me to charity events that he was helping fundraise for. Letting his friends falling on hard times stay at our home while they got back on their feet. I never met anyone who didn't enjoy his presence or who he had a negative impact on.

Now at age 17 I couldn't have asked for any more from him or my childhood, but this has dragged on for too long and all I have always hoped for is for him to come home soon. I understand the seriousness of his conviction, but I do not believe it has made him a danger to society, and I think he can return once again to making a very positive impact when released. With me and many others, he has a home and a community of people that love him and would like to see his life move in a positive direction.

I hope you can consider the above and I pray for leniency as you make your decision.

Sincerely,

*Blake Kenner*
Blake Kenner