**MATTHEW W. BRISSENDEN, P.C.**
ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

March 10, 2020

**Via ECF**

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza, Room 1040
Central Islip, New York 11722

   Re: *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

  This office has been appointed as standby counsel, to assist Phillip Kenner in his capacity as a *pro se* litigant. Enclosed please find a character letter from the Defendant's fiancée, Marlene Grissom.

  In light of the large number and size of Mr. Kenner's prior submissions, I also wanted to draw the Court's attention to the character letters which were previously filed by Mr. Kenner, and which can be found at docket entry 708.

  Thank you for considering the enclosed.

                Respectfully submitted,

                /S

                Matthew W. Brissenden

cc: All Counsel (via ECF)