Dear Judge Bianco, my name is Marlene Grissom. I think you know that I am Phil Kenner's fiance. I sent you the court docket 191 to help get Phil out of the SHU at MDC in May when he was in there for too long for nothing and no one wanted to help him. I know that you are aware of the other horrible things they have done to Phil at MDC to intimidate him to stop working like throwing his hard drive away and all his discovery discs because you let him out of the SHU and calling him horrible anti-Semitic names. It is not right if he is just fighting against the people who we know have lied about him since I met him over fifteen years ago. I wrote to you last year about the FBI treatment I received when getting my property that was taken from Phil's home years ago.

I have a terminal disease. I am a little over one year past the date I was told I would die without an organ transplant but I am still here and waiting desperately to be called for surgery with no guarantees. I need to see Phil as a free man and for him to be here when I do it to hold my hand and love me in person through the recovery. I know that Phil's CTE symptoms, migraines and vertigo have become much worse in the last 5 years. I just want what is left of Phil and his amazing brain because it is better than anyone else I have ever known. I am amazed that he can still fight like he does or remember what he is fighting about. One of the things I love about him is that he will never stop fighting. He hates thieves and liars and will work 24/7 to make people aware of that. It almost got him killed in Mexico 10 years ago trying to protect his friends who were robbed.

I can tell you that his stubbornness may be annoying for those who fight against him but that is why they have gone to such intimidation levels to hurt Phil and lie to his people. I have experienced the intimidation first hand in Mexico when they were hunting for Phil during a time he was testifying for his clients. I was also home when Brian Bernard was caught by us on our home video surveillance screaming at our security gate that he was going to kill Phil if he didn't stop fighting Jowdy. It has been nothing short of insanity for Phil and those who love him.

His kids and I had begged him too many times to just leave those thieves alone including Constantine who robbed the different investments and Phil of a lifetime of money. They are all evil people who wrote malicious things about Phil on the Internet to harm him. Phil did not care because I saw the bank records. I saw who stole the money. I was there for meetings with the Mexico attorneys and some investors who all knew what was going on and still do. Can you imagine the FBI telling you Phil stole all their money and never gave it to Jowdy? How could you argue with them even when you have seen the real bank records? They are the FBI. But I know the FBI name that was on the Mexico arrest warrants that put Phil in jail. His Mexico attorney that was killed showed us. Phil was being arrested for gun and drug trafficking. What a joke that was. Phil never touched either or ever. That was the same lies I was told the day they came to my house to take everything. Guns and safes full of drugs. Guns and safes with drugs. That is what the one agent kept telling me they were there to take. There were none and never were.

This is a battle that no one will ever hear the full truths because too many people have been corrupted to think Phil stole their money. The liars have their butts to protect for the money they stole from friends and cops and doctors, like Kaiser and Bernard. If that was true why are there no bank records showing it? Phil always loaned money to every person that needed it and I guess they testified with lies so they do not have to pay him back. I guess Phil got charged with some of them who did pay him back his money but how? I am not surprised that the guys who owe him the most money like Kaiser, Bernard, Peca, Mckee and Sidor all testified. I guess they saved the around four million they owe Phil. What a deal for them. All they had to do was forget everything they knew before trial and all the years Phil risked his life in Mexico for them and scared me and his kids who begged him to stop fighting and walk away just because they were promised that the FBI has frozen all the money in cash from Phil. Some of Phil's clients told me that after Phil was arrested when the FBI called to say they arrested "their guy". I guess that meant anyone against Jowdy or Kaiser or Bernard. Well that was another lie because they froze none of it. One of Owen Nolan's assistants even sent Phil's son a nasty message after the trial demanding that, **they want to know where their fucking money is!** Who writes that to a 12-year-old unless they are told Phil has it all?

I think it is very sad that you will never really get to know the real Phil because of all this. He is the kind of person who never stops fighting for what is right and his friends. I hope you know he sued his old company in 2003 to protect his same clients and almost got destroyed by a billion dollar company. He survived and saved his clients from the frauds. It cost him millions and he never told a sole. He told everyone about Jowdy as soon as they found out he had robbed them fifteen years ago. All his clients I know could not stop thanking Phil. I was there. Phil was almost broken emotionally when he found out from the Giuliani guys that Constantine had been robbing his investors. Phil helped them get to the bottom of it but never got his own million and a half dollars back from Constantine. Then when Kaiser and Berard got their Mexico jobs the chaos got 1000% worse. Kaiser and Bernard stole his properties and money and no one cared. Phil started receiving more threats about FBI jail time like the first ones in 2009 from Jowdy's attorney in NY. That NY guy would call and scream the craziest things at Phil about dying in a jail because he crossed Jowdy and him and refused the FBI protection. You have to be stronger than Superman to deal with all of that and

still care today that the wrong people are being protected as favors. I witnessed it all first hand. I was subject to the intimidation while in the hospital on life support a few years ago when diagnosed and told I would spend up to six years in jail because I was with the wrong person and better leave him. Never!

Please judge. This has gone on for 18 years already and Phil needs peace. We all do. I heard that you said he was a leader in court recently. You are right. He is. He is the best leader ever. If you have a problem then he will fight too much sometimes to fix it for you. He cared too much for people who did not care about themselves. It is time for them to fight for themselves. They all know what they did. They all know what they knew. I was in meetings with them because I travelled with Phil in Mexico with federal protection and America to see lawyers with them who were fighting Jowdy. I talked to many of them on the phone after Phil was arrested. Every investor I spoke with is shocked about how Jowdy and his people have been able to do all of this to Phil because the FBI was lying about stuff they knew was fake. They are scared by the FBI to say the truths because they will end up like Phil. The threats are not right but who would believe it is possible in America. I really do not want to. I love America but not this America. I hope you understand that I am even scared to tell you the truths but I am dying so they cannot do much to me now.

Me, and Phil's kids who have not seen him in almost seven years, and the kids from the brain cancer center where we raised millions of research dollars for pediatric brain cancer research have all lost more than can ever be fixed. You cannot count what we have all lost. Every time I speak to good FBI related people who check into the Phil Kenner files they tell me that Jowdy is too powerful with his connections and they are afraid to get involved because they will f---- up their lives like what they did to Phil and us. It makes me cry that this is the America I grew up in. I hope to be alive the day Phil comes home to those who love him for what he is and not what they lied about to save their own behinds. That day needs to be now. Phil's fight is over because no one cares about the truths. Enough people are hurt, killed, and have suffered from the last eighteen years. You can end this. I prey to God that you use your strength to do it including protect Phil after his release so they do not continue this until he is dead. With eyes full of tears and a soul that has been destroyed by this, I prey for all of them.

Marlene

*[signature: Marlene]*