

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

March 11, 2020

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Philip A. Kenner & Tommy C. Constantine
     <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

  The government respectfully submits this letter to advise the Court that the following victims wish to be heard at the defendants' sentencings: Kristin Peca, John Kaiser, and Bryan Berard. The government also encloses a letter from victim Joe Juneau for the Court's consideration in connection with the sentencings.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

      By: /s/
         Saritha Komatireddy
         J. Matthew Haggans
         Assistant U.S. Attorneys
         (718) 254-7000

cc: All counsel of record (via ECF)
   U.S. Probation Officer Shayna Bryant (by email)