

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

March 13, 2020

Honorable Joseph F. Bianco
United States Circuit Judge
Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

    Re: United States v. Kenner and Constantine
       No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

  The government respectfully submits the enclosed revised Preliminary Orders of Forfeiture in accordance with Your Honor's Orders dated March 10, 2020.

  Thank you for Your Honor's consideration of this submission.

              Respectfully submitted,

              RICHARD P. DONOGHUE
              United States Attorney

          By: /s/ Madeline O'Connor
             Madeline O'Connor
             Diane C. Leonardo
             Assistant U.S. Attorneys
             (631) 715-7870
             (631) 715-7854

Encl.
cc: Philip Kenner, by mail
   All counsel of record by ECF