

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

March 16, 2020

George Kostolampros

**T 202.344.4426**
**F 202.344.8300**
gkostolampros@venable.com

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re: **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

    We represent Danske Bank A/S London Branch ("Danske"), an interested third party as to forfeiture in the above-referenced matter. We write to respectfully request that counsel for interested third parties be allowed to attend the upcoming sentencing hearing scheduled for March 18, 2020 by phone because of the various pronouncements regarding Covid-19 that will make it difficult for counsel to travel to Central Islip and appear in person.

                                                Respectfully,

                                                George Kostolampros
                                                Doreen S. Martin

cc: All parties of record via ECF
       Thomas McC. Souther, Esq. and Kevin P. Mulry, Esq. (by email)
       Marc Wolinsky, Esq. (Diamante Doce, LLC) (by email)