

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

March 16, 2020

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Philip A. Kenner & Tommy C. Constantine
                 Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

      Earlier today, Your Honor requested that the parties provide the Court with a date in April that is convenient for the parties and the victims for sentencing. The government has conferred with counsel for Constantine, standby counsel for Kenner, and the victims, and determined that the parties and victims are available on April 9, 2020. In addition, standby counsel for Kenner wishes to note that defendant Kenner does not consent to the adjournment of the sentencing in this case, which is currently scheduled for March 18, 2020.

[*continued on next page*]

   The government also encloses a letter received yesterday from victim Ethel Kaiser for the Court's consideration in connection with sentencing.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

         By:  /s/
                Saritha Komatireddy
                J. Matthew Haggans
                Assistant U.S. Attorneys
                (718) 254-7000

Enclosure
cc: Clerk of Court (JFB) (By ECF)
   All counsel of record (By ECF)
   U.S. Probation Officer Shayna Bryant (By Email)

March 8 2020

U.S. Department of Justice

I would like to start by telling you a little about myself — so you can understand how I feel about this person!

I came from a family of nine, very poor never having enough food — had to worry about finding cardboard to fill my shoes.

I knew I wanted a big family of my own but never have them without. So I had 8 children worked 3 jobs slept 4 hours a day — and I made it — Only to have it taken away — I am 86 years old and I don't fear this person — what could he do to me — I fear for my son because this person is not done with his evil doings — I feel he's just begone. He hurt alot of people and took alot of hard work from them. He is a very dangerous person — I only Pray he pays for his evil deeds.

Thank You, Your Honor
Ethel Dolous Kaiser