# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

VS.

Philip A. Kenner
and
Tommy C. Constantine

AFFIDAVIT OF LOSS
DOCKET#:0207 1:13CR00607

My loss due to the offense of conviction totals $10,084,137.30*, and was incurred as follows: money stolen or swindled $3,459,987.38**, lost or damaged property $925,148***; medical expenses related to physical or emotional injury $ 0 , costs of physical and occupational therapy and rehabilitation $ 0 , lost income $ 0 , cost of funeral and related services $ 0 , lost income and necessary child care, transportation, and other expenses related to the investigation or prosecution of offense or attendance at proceedings related thereto $ 60,068.83*†*.

I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $ 500,000 . The name and address of my insurance company and the claim number for this loss are as follows:

I do hereby swear that the above information is true and accurate.

_____   OWEN NOCAN          JAN 17/20
Signature                 Print Name           Date

---

[1] You may include additional information about the impact of the offense. Such information may appear in the presentence report, which is disclosed to the defendant. If you wish to provide further information, you may do so in a written statement and attach it to this affidavit.

3 | Page

## **Addendum to the Affidavit of Loss of Owen Nolan**

*This amount also includes the 10% interest assessed on the Arbitration Award below from October 19, 2009 to December 31, 2019, which amounts to **$5,638,933.06**, and continues to accrue.

**The monies stolen or swindled from me by Defendants Philip A. Kenner and Tommy C. Constantine totals **$3,459,987.38** and consists of the following losses:

- The October 19, 2009 American Arbitration Award ("Arbitration Award")- ***$2,709,987.38*** plus interest to be assessed a rate of 10% from the date of the Arbitration Award. A copy of the Arbitration Award is attached to this affidavit and relates to the following losses:
    - The Northern Trust Line of Credit - $2.2 million
    - Attorneys fees and costs- $414,758.51
    - Prejudgment interest – $95,232.87
- Arizona Airpark LLC - ***$550,000***
- Little Isle IV - ***$100,000***
- Euphora - ***$100,000***

***This amount represents losses I incurred on the sale of real property. I was forced to sell my home to repay Northern Trust Bank for the line of credit that Philip A. Kenner had fraudulently opened in my name and drawn down on for his personal benefits.

****These amounts *do not* include any attorneys fees, costs and/or expenses that were awarded in the Arbitration Award.