## CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERNCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 6/10/2020       TIME: 11:13 a.m.       TIME IN COURT: 48 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)       TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
 X  PRESENT       X   IN CUSTODY

ATTY. FOR DEFT.: Matthew W. Brissenden
X PRESENT    X C.J.A

DEFT NAME: TOMMY C. CONSTANTINE (2)
 X  PRESENT VIA TELEPHONE    X   ON BAIL

ATTY. FOR DEFT.: Sanford Talkin
 X PRESENT    X RET

A.U.S.A. Saritha Komatireddy, Matthew Haggans, Madeline M. O'Connor & Diane C. Leonardo-Beckmann

COUNSEL FOR INTERESTED PARTIES:
Tom Souther & Kevin Mulry (Diamante & Jowdy
George Kostolampros, Kelly Weiner, Doreen Martin, & Xochtil Strohbehn(Danske Bank)
Marc Wolinsky (Property Owners)
Seetha Ramachandran (Owen Nolan

FTR: 11:13 – 12:01            DEPUTY CLERK: Jim Toritto

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X   SENTENCING AS TO PHILLIP KENNER adjourned to July 21, 2020 at 10:30 am.

 X   SENTENCING AS TO TOMMY CONSTANTINE adjourned to July 21, 2020 at 11:30 am

 X   DEFENDANT TOMMY C. CONSTANTINE CONTINUED ON BOND.

 X   DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

 X   OTHER: Danske Bank's motion for summary judgment due by 6/19/2020, responses due by 8/10/2020, and any reply due by 8/24/2020. Further rulings and scheduling made on the record.