# EXHIBIT 1

 

(http://www.bankofengla

The Financial Services Register (ShPo_HomePage)

Home (ShPo_HomePage) > Search results > Firm Details > Danske Bank A/S

Search by company, person, product, reference number or postcode

Advanced Search  
(by business type and current status)

Common Searches  
(e.g. exchanges, markets, prohibited individuals and Open Banking services)

Downloads

Tools

# Danske Bank A/S

**Status: EEA Authorised**                                                         **(Reference number: 124655)**

This is a firm that is regulated in another European Economic Area (EEA) country that can offer certain products or services in the UK. The firm must meet minimum standards agreed across all EEA countries.

The Financial Ombudsman Service (http://www.financial-ombudsman.org.uk/) may be able to consider a dispute with this firm. Find out how to complain (https://www.fca.org.uk/consumers/how-complain) .

The compensation scheme in the country this firm is regulated in may be able to compensate customers if this firm fails. Contact the firm for specific details.

The Financial Services Compensation Service may also be able to compensate certain customers if the firm fails. Find out about compensation. (https://www.fca.org.uk/consumers/how-claim-compensation-if-firm-fails)

Read about how this firm may be able to hold or control money from its customers

**Warning / Cloned firms**

Individuals are using the details of this firm to suggest they work for the genuine firm. We call this a 'cloned firm' (https://www.fca.org.uk/consumers) and it is typically part of a scam.

To contact the genuine firm you should call the switchboard number listed on the Register – and <u>contact us (http://www.fca.org.uk/site-info/contact)</u> if this is not provided. Find out more about the clone firm(s):

<u>Danske Capital (clone of EEA Authorised Firm) (/ShPo_UnauthorisedFirmDetailPage?id=001b000000m4JCfAAM)</u>,

## Contact Details

### Principal place of business

| | |
|---|---|
| **Address:** | 75 King William Street<br>London<br>EC4N 7DT<br>UNITED KINGDOM |
| **Phone:** | 44 02074108000 |
| **Fax:** | 44 02074108001 |
| **Email:** | |
| **Website:** | www.danskebank.com |

### Complaints

| | |
|---|---|
| **Contact Name** | Jovan Atkinson |
| **Address:** | 75 King William Street<br>London<br>EC4N 7DT<br>UNITED KINGDOM |
| **Phone:** | 44 02074108312 |
| **Fax:** | +44 |
| **Email:** | joat@uk.danskebank.com |
| **Website:** | |

## Basic Details

### Type

Branch (UK) of a Overseas Firm

**Companies House Number**    This is a unique number given to a UK company or limited liability partnership

## Current status

**EEA Authorised**   A firm regulated in another European Economic Area (EEA) country that can offer certain products or services in the UK. The firm must meet minimum standards agreed across all EEA countries.

**Status Effective Date**   This is the date from which the Current Status has applied.
07/08/2001

## Other information

Where certain contact information is not available to the FCA, you may wish to contact the firm's home state regulator (https://www.fca.org.uk/firms/passporting) (other regulator[s] within the European Economic Area but outside the UK) for more information.
You may also wish to contact the firm's home state regulator for information about any enforcement action that it has taken against the firm. Consumers considering or currently doing business with passported EEA firms ('EEA Authorised'), may wish to ask for further information from the firm or its UK branch about its complaints and compensation arrangements. This is because the position may differ compared to a UK authorised firm.

**Money Laundering**   Certain firms must protect themselves against money laundering and comply with the Money Laundering Regulations 2017

This firm is not registered under the Money Laundering Regulations.

**Insurance Distribution**   A firm that offers or sells insurance products and services
Refer to firm's passports.

- Regulators
- Individuals
- Permission
- Passport In
- Trading/brand names
- Exclusions

[Legal information (ShPo_LegalInformation)](#) / [Freedom of information (https://www.fca.org.uk/freedom-information)](https://www.fca.org.uk/freedom-information) / [Privacy Policy statement (ShPo_PrivacyPolicy)](#) / [Contact us (http://www.fca.org.uk/site-info/contact)](http://www.fca.org.uk/site-info/contact)

Copyright © 2019 Financial Conduct Authority (FCA): 12 Endeavour Square, London, E20 1JN. Company No. 01

