# EXHIBIT 16

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional): Jay Schwartz  212-592-1400

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research Ltd.
523 West Sixth Street
Suite 544
Los Angeles, Ca 90014

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:14 PM 03/10/2006
INITIAL FILING NUM: 6084008 2
AMENDMENT NUMBER: 0000000
SRV: 060238661

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME

1a. ORGANIZATION'S NAME: Diamante Cabo San Lucas LLC

1c. MAILING ADDRESS: 2 Dogwood Drive
CITY: Danbury
STATE: CT
POSTAL CODE: 05811

1e. TYPE OF ORGANIZATION: LLC
1f. JURISDICTION OF ORGANIZATION: Delaware

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME — [blank]

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: Lehman Brothers Holdings Inc.

3c. MAILING ADDRESS: 399 Park Avenue
CITY: New York
STATE: NY
POSTAL CODE: 10022

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 6, 2006, made by Debtor and KENNETH A. JOWDY, an individual, in favor of LEHMAN BROTHERS HOLDINGS INC.

8. OPTIONAL FILER REFERENCE DATA
Filed with: DE - Secretary of State

F#152948
A#243501

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/21/02)  L0263685

CONFIDENTIAL    DANSKE_0016317

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Jay Schwartz         212-592-1400

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

jschwartz@herrick.com

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | Diamante Cabo San Lucas LLC |
| 1c. MAILING ADDRESS | 2 Dogwood Drive |
| CITY | Danbury |
| STATE | CT |
| POSTAL CODE | 06811 |
| 1e. TYPE OF ORGANIZATION | LLC |
| 1f. JURISDICTION OF ORGANIZATION | Delaware |
| 1g. ORGANIZATIONAL ID # | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - (blank)

**3. SECURED PARTY'S NAME**

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | Lehman Brothers Holdings Inc. |
| 3c. MAILING ADDRESS | 399 Park Avenue |
| CITY | New York |
| STATE | NY |
| POSTAL CODE | 10022 |

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March __, 2006, made by Debtor and KENNETH A. JOWDY, an individual, in favor of LEHMAN BROTHERS HOLDINGS INC.

**8. OPTIONAL FILER REFERENCE DATA**
Filed with: DE - Secretary of State

F#152948
A#243501

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

CONFIDENTIAL                                                                              DANSKE_0016318