# EXHIBIT 25

██████████████████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Jay Schwartz                212-592-1400

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

jschwartz@herrick.com

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Jowdy | Kenneth | A. | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 74 Innisbrook Avenue | Las Vegas | NV | 89113 | |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Individual | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any — [X] NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Lehman Brothers Holdings Inc. | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 399 Park Avenue | New York | NY | 10022 | |

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March __, 2006, made by Debtor and DIAMANTE CABO SAN LUCAS LLC, in favor of LEHMAN BROTHERS HOLDINGS INC.

**5. ALTERNATIVE DESIGNATION [if applicable]:** LESSEE/LESSOR · CONSIGNEE/CONSIGNOR · BAILEE/BAILOR · SELLER/BUYER · AG. LIEN · NON-UCC FILING
**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] — All Debtors · Debtor 1 · Debtor 2
**8. OPTIONAL FILER REFERENCE DATA**
Filed with: NV - Clark County
F#152986
A#243539

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

CONFIDENTIAL                                                                                                                    DANSKE_0016446