# EXHIBIT 29

# AMENDMENT TO MASTER REPURCHASE AGREEMENT

This Amendment to the Master Repurchase Agreement, dated as of March 31th 2005, as amended from time to time (the "Amendment") is made by and among Lehman Brothers Bankhaus AG ("LBBAG"), Lehman Brothers Inc. ("LBI"), Lehman Commercial Paper Inc. ("LCPI"), Lehman Brothers International (Europe) ("LBIE"), Lehman Brothers Holdings Inc. ("LBHI"), Danske Bank A/S, Cayman Islands Branch ("Danske Cayman") and Danske Bank A/S, London Branch ("Danske London").

WHEREAS, LBBAG, LBI, LCPI, LBIE, Danske Cayman and Danske London entered into that certain Master Repurchase Agreement dated as of August 17, 1995, as amended from time to time (the "Agreement");

WHEREAS, LBBAG, LBI, LCPI, LBIE, Danske Cayman and Danske London wish to add LBHI as an additional party to the Agreement, subject to all of the rights and responsibilities of Seller as set forth in such Agreement;

WHEREAS, LBHI wishes to become an additional party to, and accepts all of the rights and responsibilities of a Seller specified in, the Agreement;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree that LBHI is named a party to the Agreement.

All capitalized terms used and not defined herein shall have the meaning ascribed to them in the Agreement.

This Amendment may be executed in one or more counterparts, and when each party hereto has executed at least one counterpart, this Amendment shall be deemed to be the one and the same document.

This Amendment shall become effective on the date written below.

1

Amendment to MRA

CONFIDENTIAL                                                                                                                                                  DANSKE_0015784

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed as of March 31th, 2005 by their respective authorized officers.

**LEHMAN BROTHERS INC.**

By: *[signature]*
Name: T. COURTNEY JENKINS
Title: VICE PRESIDENT

**LEHMAN BROTHERS BANKHAUS AG**

By: _____
Name:
Title:

**LEHMAN COMMERCIAL PAPER INC.**

By: *[signature]*
Name: T. COURTNEY JENKINS
Title: VICE PRESIDENT

**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

By: _____
Name:
Title:

**LEHMAN BROTHERS HOLDINGS INC.**

By: _____
Name:
Title:

2

Amendment to MRA

CONFIDENTIAL                                                             DANSKE_0015785

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed as of March 31th, 2005 by their respective authorized officers.

**LEHMAN BROTHERS INC.**

By:_____
Name:
Title:

**LEHMAN BROTHERS BANKHAUS AG**

By: *[signature]*   *[signature]*
Name: VIDALIE    Bormann
Title: Executive Director   Director

**LEHMAN COMMERCIAL PAPER INC.**

By:_____
Name:
Title:

**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

By:_____
Name:
Title:

**LEHMAN BROTHERS HOLDINGS INC.**

By:_____
Name:
Title:

2

Amendment to MRA

CONFIDENTIAL    DANSKE_0015786

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed as of March 31th, 2005 by their respective authorized officers.

**LEHMAN BROTHERS INC.**

By:_____
Name:
Title:

**LEHMAN BROTHERS BANKHAUS AG**

By:_____
Name:
Title:

**LEHMAN COMMERCIAL PAPER INC.**

By:_____
Name:
Title:

**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

By: *[signature]*
Name: Jane Burrows
Title: Authorised Signatory

**LEHMAN BROTHERS HOLDINGS INC.**

By:_____
Name:
Title:

2

CONFIDENTIAL                                                                                      DANSKE_0015787


IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed as of March 31th, 2005 by their respective authorized officers.

**LEHMAN BROTHERS INC.**

By: _____
Name:
Title:

**LEHMAN BROTHERS BANKHAUS AG**

By: _____
Name:
Title:

**LEHMAN COMMERCIAL PAPER INC.**

By: _____
Name:
Title:

**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

By: *[signature]*
Name: *Hrs Grees*
Title: *Authorised Signatory*

**LEHMAN BROTHERS HOLDINGS INC.**

By: _____
Name:
Title:

2

Amendment to MRA

CONFIDENTIAL                                                                 DANSKE_0015788

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed as of March 31th, 2005 by their respective authorized officers.

**LEHMAN BROTHERS INC.**

By:_____
Name:
Title:

**LEHMAN BROTHERS BANKHAUS AG**

By:_____
Name:
Title:

**LEHMAN COMMERCIAL PAPER INC.**

By:_____
Name:
Title:

**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

By:_____
Name:
Title:

**LEHMAN BROTHERS HOLDINGS INC.**

By: *[signature]*
Name: Nahill Younis
Title: Assistant Treasurer

2

Amendment to MRA

CONFIDENTIAL

DANSKE_0015789

**DANSKE BANK A/S, LONDON BRANCH**

By: _____  By: _____

Name: _Ian Rosenthal_  Name: _____

Title: _Manager_  Title: _MANAGER_

3

Amendment to MRA

CONFIDENTIAL                                                                                                        DANSKE_0015790

DANSKE BANK A/S, LONDON BRANCH

By: _____   By: _____

Name: _____   Name: _____

Title: _____   Title: _____

DANSKE BANK A/S, CAYMAN ISLANDS BRANCH

By: _____   By: _____

Name: _____   Name: _____
        ANDERS IVERSEN                      JOHN A. O'NEILL
        VICE PRESIDENT                      ASSISTANT GENERAL MANAGER

Title: _____   Title: _____

3

Amendment to MRA

CONFIDENTIAL                                                                              DANSKE_0015791