# EXHIBIT 33



Lehman Commercial Paper Inc.
c/o Lehman Brothers Inc.
745 Seventh Avenue, Fl. 4
New York City, NY 10019
Attn: Henry C. Lee
Tel: +1 212 526 7110
Fax: +1 212 526 7672
(For MRA notice purposes)

Lehman Commercial Paper Inc.
745 Seventh Avenue, Fl. 4
New York City, NY 10019
Attn: Robert E. Guglielmo, Senior Vice President, Transaction Management
Tel: +1 212 526 7121
Fax: +1 212 526 7672
(For TPCA notice purposes)

The Bank of New York Collateral Management Group
(Triparty Allocation)
The Bank of New York
Collateral Management
101 Barclay Street, 4th Floor
New York, NY 10286
United States of America
Fax: +1 732 667 9324 / +1 732 667 9325

London Branch
75 King William Street
London EC4N 7DT
Telephone  020 7410 8000
Facsimile   020 7410 8001
S.W.I.F.T. DABAGB2L

www.danskebank.com/uk

15 September 2008

Dear Sirs

1.  We Danske Bank A/S, London Branch ("**Danske London**") refer to:

    (a)  the Letter Agreements (as amended from time to time, the "**Facility Agreements**") dated 17 March 2005 between, amongst others, Danske London and Lehman Commercial Paper Inc. ("**LCPI**") and 23 March 2007 between Danske London and LCPI;

    (b)  the Master Repurchase Agreement (as amended from time to time, the "**MRA**") between, amongst others Danske London and LCPI dated as of 30 August 1999;

    (c)  the Tri-Party Custody Agreement (as amended from time to time, the "**TPCA**")

I:\Dat\Legal Documentation\JA\Lehmans repo notice of default.DOC

Authorised by
The Danish Financial Supervisory Authority (Finanstilsynet) and regulated by the Financial Services Authority for UK business
Member of the London Stock Exchange

Registered Branch in England and Wales
Company No. FC011846
Branch No. BR000082

Danske Bank A/S
Incorporated in Denmark
CVR No. 61 12 62 28 Copenhagen

CONFIDENTIAL    DANSKE_0016311



between Danske London, LCPI and JPMorgan Chase Bank, N.A., (as assigned by JPMorgan Chase Bank, N.A. to The Bank of New York) (the "**Master Custodian**").

2. Terms defined in the MRA have the same meaning in this letter. References to "**Paragraphs**" are to paragraphs of the MRA unless the context requires otherwise.

3. This is notice that LCPI has suffered an Event of Default under Paragraph 11 (*Events of Default*) of the MRA (by virtue of Paragraph 2(a)(i) of the MRA).

4. By virtue of Paragraph 11(a) of the MRA, Danske London is deemed to have exercised its option to declare an Event of Default so that the Repurchase Date for all Transactions has therefore occurred.

5. This notice is also a Notice of Default under and as defined in the TPCA and related to all Transactions between Danske London and LCPI. The Master Custodian is therefore required immediately to comply with its obligations under Section 17(b) of the TPCA.

Any questions regarding this notice should be addressed to Jovan Atkinson (tel: +44 20 7410 8312) at Danske London.

Yours faithfully

**Danske Bank A/S, London Branch**

By: *[signature]*

8282112 v v4

2

CONFIDENTIAL                                                                                                                          DANSKE_0016312