# EXHIBIT 34



Lehman Commercial Paper Inc.
c/o Lehman Brothers Inc.
745 Seventh Avenue, Fl. 4
New York City, NY 10019
Attn: Henry C. Lee
Tel: +1 212 526 7110
Attn: Annina Youngblood
Tel: +1 212 526 9690
(For MRA notice purposes)

Lehman Commercial Paper Inc.
745 Seventh Avenue, Fl. 4
New York City, NY 10019
Attn: Robert E. Guglielmo, Senior Vice President, Transaction Management
Tel: +1 212 526 7121
Fax: +1 212 526 7672
(For TPCA notice purposes)

The Bank of New York Collateral Management Group
(Triparty Allocation)
The Bank of New York
Collateral Management
101 Barclay Street, 4th Floor
New York, NY 10286
United States of America
Fax: +1 732 667 9324 / +1 732 667 9325

London Branch
75 King William Street
London EC4N 7DT
Telephone   020 7410 8000
Facsimile   020 7410 8001
S.W.I.F.T. DABAGB2L

www.danskebank.com/uk

23 September 2008

Dear Sirs

1. We, Danske Bank A/S, London Branch ("**Danske London**"), refer to:

   (a) the Letter Agreements (as amended from time to time, the "**Facility Agreements**") dated 17 March 2005 between, amongst others, Danske London and Lehman Commercial Paper Inc. ("**LCPI**") and 23 March 2007 between Danske London and LCPI;

   (b) the Master Repurchase Agreement (as amended from time to time, the "**MRA**") between, amongst others Danske London and LCPI dated as of 30 August 1999;

Authorised by
The Danish Financial Supervisory Authority (Finanstilsynet)
and regulated by the Financial Services Authority for UK business
Member of the London Stock Exchange

Registered Branch in England and Wales
Company No. FC011846
Branch No. BR000080

Danske Bank A/S
Incorporated in Denmark
CVR No. 61 12 62 28 Copenhagen

**Danske Bank**

(c) the Tri-Party Custody Agreement (as amended from time to time, the "**TPCA**") between Danske London, LCPI and JPMorgan Chase Bank, N.A., (as assigned by JPMorgan Chase Bank, N.A. to The Bank of New York) (the "**Master Custodian**").

2. Terms defined in the MRA have the same meaning in this letter. References to "**Paragraphs**" are to paragraphs of the MRA unless the context requires otherwise.

3. This is notice that an Event of Default under Paragraph 10 (*Events of Default*) of the MRA occurred as a result of the failure by LCPI to pay to Danske London the amount due on 19 September 2008 in respect of those Transactions which, on 17 September 2008, we had agreed to roll for 7 days, being an amount equal to the Price Differential as at 19 September 2008.

4. Under Paragraph 11(a), Danske London opts to declare an Event of Default to have occurred so that the Repurchase Date for all Transactions has therefore occurred today, 23 September 2008.

5. This notice is also a Notice of Default under and as defined in the TPCA and related to all Transactions between Danske London and LCPI. The Master Custodian is therefore required immediately to comply with its obligations under Section 17(b) of the TPCA, to the extent that it has not already done so.

Any questions regarding this notice should be addressed to Jovan Atkinson at Danske London.

Yours faithfully

**Danske Bank A/S**

By: *[signatures]*
A. IVERSEN      S. Bashir
AGM.            Credit Manager

CONFIDENTIAL    DANSKE_0015882