# EXHIBIT 43

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mitchell Kolkin, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:49 PM 03/11/2009
INITIAL FILING # 6083997 7
AMENDMENT     # 2009 0781614
SRV: 090259195

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #: 60839977 FILED 3/10/2006

2. ☐ TERMINATION
3. ☐ CONTINUATION
4. ☒ ASSIGNMENT (full or partial)
5. AMENDMENT (PARTY INFORMATION): ☐ Debtor ☐ Secured Party of record

6. CURRENT RECORD INFORMATION:

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME: Danske Bank, A/S London Branch
7c. MAILING ADDRESS: London Branch, 75 King William Street
CITY: London
POSTAL CODE: EC4N 7DT
COUNTRY: England

8. AMENDMENT (COLLATERAL CHANGE):

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:
9a. ORGANIZATION'S NAME: Lehman Brothers Holdings Inc.

10. OPTIONAL FILER REFERENCE DATA
FILE WITH THE DELAWARE SECRETARY OF STATE; DEBTOR - KAJ HOLDINGS, LLC

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)
International Association of Commercial Administrators (IACA)

CONFIDENTIAL                                                              DANSKE_0013220