**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>PHILIP A. KENNER, *et al.*,<br><br>Defendants. | Criminal Docket No. 13-0607 (JFB)<br><br>**EXHIBITS ATTACHED TO DECLARATION OF GEORGE KOSTOLAMPROS IN SUPPORT OF INTERESTED PARTY DANSKE BANK A/S LONDON BRANCH'S MOTION FOR SUMMARY JUDGMENT** |

# EXHIBITS 56-60