# EXHIBIT 57

**Danske Bank**

# FUNDING MEMO

Date: 29 April 2013

| | |
|---|---|
| Property: | Diamante Cabo San Lucas S. De R.L. De C.V. Mexico |
| Customer ID: (Borrower) | 9018493230 |
| Total Funding: | 1. USD 13,860,658.18; <br> 2. USD 428,375.28; <br> 3. USD 72,638.71; <br> 4. USD 1,290,555.84 <br> USD 15,652,228.01 |
| Underlying transactions: | 1. Increase to Facility A representing the payment of 2009-2011 accrued/capitalised interest from March 2009 to December 2011 across Facility A and Facility B; <br> 2. Payment of closing costs on execution of the 2013 Facility Agreement <br> 3. Partial payment of accrued costs on execution of the 2013 Facility Agreement <br> 4. Reversal of internal discount |

| | |
|---|---|
| Funding Request Received: | 18 April 2013 |
| Funding Approved (Credit file no.) | 4890023991 |
| Funding for period: | • #1 - Drawdown of Facility A to fund the capitalisation of accrued interest for the period March 2009 to December 2011. <br> • #2 & #3 - Additional funds utilised to fund closing costs for the modification and the partial payment of accrued costs <br> • #4 – Reversal of internal discount on Facility A |
| Funding Date: | 29 April 2013 |

| | |
|---|---|
| Interest: | 3 month US Libor + 200 bps. |
| Debit account: | 90003664 |
| Payment Details: (Bank and a/c details) | 1. Internal transfer to **Danske Bank London Branch Discount-Cabo** account number 4036990540 <br><br> 2. Wire transfer to JP Morgan Chase – see next page for wire instructions <br><br> 3. Internal transfer to **Danske Bank London Branch professional fees** account number 4036991065 <br><br> 4. Internal transfer to **Danske Bank London Branch Discount-Cabo** account number 4036990540 |

| | |
|---|---|
| Comments: | Transaction #4 is a reversal of an historically posted internal discount on the facility. The claim amount under Facility A (pre extension) was $109,138,327.83 whereas the internal booking is $107,847,771.99. This $1,290,555.84 is being reversed on extension. <br><br> See final page for a breakout of the various transactions |

| Prepared by: | Approved by: |
|---|---|
| *[signature]* <br> David Daniel | *[signature]* <br> Jovan Atkinson |



# FUNDING MEMO



485 Lexington Avenue, 18th Floor
New York, NY 10017
Phone: +(212) 710-5500

## WIRING INSTRUCTIONS

| | |
|---|---|
| BANK: | JP MORGAN CHASE<br>Houston, Texas 77002 |
| ABA No: | 021000021 |
| SWIFT Code: | CHASUS33 |
| Credit To: | Fidelity National Title Insurance Co.<br>FNF Title International Holding Co. |
| Account No: | 447449955 |
| Reference No. | FNTMX13-000085 |
| FNF Contact: | FNF Title International Holding Company<br>(212) 710-5500*E-mail: katrina.scott@fnf.com |

CONFIDENTIAL　　　　　DANSKE_0015737



# FUNDING MEMO

| Facility A approval | | $123,500,000.00 | | Check | |
|---|---|---|---|---|---|
| Current facility A drawn balance | | $109,138,327.83 | | $107,847,771.99 | Balance on book |
| Payment of accrued interest (funds retained by Danske) | | $13,860,658.18 | | $11,314,585.86 | capitalised interest |
| Funds available to pay closing and accrued costs | | $501,013.99 | | $2,546,072.32 | deferred interest |
| | | | | $1,290,555.84 | reverse internal discount |
| Funds available to pay closing and accrued costs | | $501,013.99 | | $122,998,986.01 | Sub |
| | | | | $501,013.99 | Available for closing costs |
| Pay to title company for distribution | $428,375.28 | | | $123,500,000.00 | |
| Venable – March invoice | | $47,439.58 | | | |
| Venable – April invoice | | $41,060.42 | | | |
| Title insurance – Stewart | | $97,614.00 | | | |
| Title insurance – Fidelity | | $133,070.25 | | | |
| Borrower costs | | $39,400.00 | | | |
| NHG costs | | $51,475.88 | | | |
| Lex Advisors | | $3,250.00 | | | |
| Other third party costs | | $15,065.15 | | | |
| Sub total - available to reduce DBL accrued 3rd party costs | | $72,638.71 | | | |
| | | | | | Funding Memo |
| Retained by Danske to reimburse the following expenses | $72,638.71 | | | $107,847,771.99 | Opening Balance |
| Venable - February invoice (partial reimbursement) | | $36,422.69 | | $13,860,658.18 | #1 - interest |
| Venable - January invoice | | $35,521.74 | | $428,375.28 | #2 - wire to title company |
| Cheesewrights - notary public | | $694.28 | | $72,638.71 | #3 - reimburse Danske costs |
| | | | | $1,290,555.84 | #4 - reverse internal discount |
| check | | $0.00 | | $123,500,000.00 | Closing balance |