# EXHIBIT 70

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | | |
|---|---|---|---|---|
| **Matter#** | 088508/00001 | | **Order#** | 991947-1 |
| **Project Id :** | | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016126

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016127

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016128

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016129

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016130

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016131

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016132

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **February 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016133

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016134

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request For:** | **UCC Debtor Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **January 24, 2014** |
| **No. of findings:** | 6 |
| **Original UCC Filings:** | 2 |
| **Amendments:** | 2 |
| **Continuations:** | 1 |
| **Assignments:** | 1 |
| **Releases:** | 0 |
| **Corrections:** | 0 |
| **Terminations:** | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 60840082 |
| **File Date :** | 03/10/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH |
| | |
| **File Type:** | Amendment |
| **File Number:** | 61159771 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 60840082 |
| | |
| **File Type:** | Assignment |
| **File Number:** | 90781531 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 60840082 |
| | |
| **File Type:** | Amendment |
| **File Number:** | 90926698 |
| **File Date :** | 03/24/2009 |
| **Original File Number:** | 60840082 |
| | |
| **File Type:** | Continuation |
| **File Number:** | 04346429 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 60840082 |
| | |
| **File Type:** | Original |
| **File Number:** | 32133552 |
| **File Date :** | 06/05/2013 |
| **Current Secured Party of Record:** | DANSKE BANK A/S, LONDON BRANCH |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

CONFIDENTIAL

DANSKE_0016136

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL



# Delaware

PAGE     1

## The First State

CERTIFICATE

SEARCHED FEBRUARY 5, 2014, AT  9:14 A.M.
FOR DEBTOR "DIAMANTE CABO SAN LUCAS, LLC"

```
 1 OF    2   FINANCING STATEMENT              60840082
             EXPIRATION DATE: MARCH 10, 2016
 DEBTOR: DIAMANTE CABO SAN LUCAS LLC
         2 DOGWOOD DRIVE                            ADDED 03-10-06
         DANBURY                    CT   06811   REMOVED 03-24-09
 DEBTOR: DIAMANTE CABO SAN LUCAS, LLC
         2 DOGWOOD DRIVE                            ADDED 03-24-09
         DANBURY                    CT   06811
SECURED: LEHMAN BROTHERS HOLDINGS INC.
         399 PARK AVENUE                            ADDED 03-10-06
         NEW YORK                   NY   10022   REMOVED 03-11-09
SECURED: DANSKE BANK, A/S LONDON BRANCH
         LONDON BRANCH,                             ADDED 03-11-09
         75 KING WILLIAM STREET
         LONDON, ENGLAND                EC4N 7DT
                 F I L I N G    H I S T O R Y
60840082  FILED 03-10-06    AT  6:14 P.M.  FINANCING STATEMENT
61159771  FILED 04-06-06    AT  2:56 P.M.  AMENDMENT
90781531  FILED 03-11-09    AT  6:41 P.M.  ASSIGNMENT
90926698  FILED 03-24-09    AT 12:08 P.M.  AMENDMENT
04346429  FILED 12-09-10    AT  3:10 P.M.  CONTINUATION

 2 OF    2   FINANCING STATEMENT              32133552
             EXPIRATION DATE: JUNE 5, 2018
 DEBTOR: DIAMANTE CABO SAN LUCAS, LLC
         131 DEER HILL AVENUE, SUITE B             ADDED 06-05-13
         DANBURY                    CT   06811
SECURED: DANSKE BANK A/S, LONDON BRANCH
         75 KING WILLIAM STREET                    ADDED 06-05-13
         LONDON ENGLAND                 EC4N 7DT
                 F I L I N G    H I S T O R Y
32133552  FILED 06-05-13    AT 12:43 P.M.  FINANCING STATEMENT
         E N D   O F   F I L I N G    H I S T O R Y
```

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE

Jeffrey W. Bullock, Secretary of State

20140464362UCXL

AUTHENTICATION: 1111152

140133807

DATE: 02-05-14

CONFIDENTIAL

DANSKE_0016138



*PAGE    2*

*The First State*

*ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS OF JANUARY 24, 2014 AT 11:59 P.M.*

Jeffrey W. Bullock, Secretary of State

*20140464362UCXL*

*140133807*

*AUTHENTICATION: 1111152*

*DATE: 02-05-14*

CONFIDENTIAL

DANSKE_0016139

**DELAWARE DEPARTMENT OF STATE**
**U.C.C. FILING SECTION**
**FILED 06:14 PM 03/10/2006**
**INITIAL FILING NUM: 6084008 2**
**AMENDMENT   NUMBER: 0000000**
**SRV: 060238661**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Jay Schwartz                212-592-1400

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research Ltd.
523 West Sixth Street
Suite 544
Los Angeles, Ca 90014

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Diamante Cabo San Lucas LLC | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2 Dogwood Drive | Danbury | CT | 06811 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | Delaware | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Lehman Brothers Holdings Inc. | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 399 Park Avenue | New York | NY | 10022 | |

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 1C, 2006, made by Debtor and KENNETH A. JOWDY, an individual, in favor of LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |

F#152948
A#243501

8. OPTIONAL FILER REFERENCE DATA
Filed with: DE - Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)      L 0 2 6 3 6 8 - 5

CONFIDENTIAL                                                                    DANSKE_0016140

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 02:56 PM 04/06/2006*
*INITIAL FILING NUM: 6084008 2*
*AMENDMENT   NUMBER: 6115977 1*
*SRV: 060325946*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
60840082   dated 3/10/2006

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR Diamante Cabo San Lucas, LLC | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION

| 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR Lehman Brothers Holdings Inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Filed with: DE-Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

### Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

      (i)    all Pledged Company Interests (as hereinafter defined);

      (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

      (iii)    all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

      (iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

      (v)    all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas S. De R.L. De CV (the "Borrower"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Borrower to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor and KENNETH A. JOWDY, an individual, in favor of LEHMAN BROTHERS HOLDINGS INC.

CONFIDENTIAL

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mitchell Kolkin, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202

**DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:41 PM 03/11/2009
INITIAL FILING # 6084008 2
AMENDMENT # 2009 0781531
SRV: 090259163**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # **60840082 FILED 3/10/2006** | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ **ASSIGNMENT** (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME **Danske Bank, A/S London Branch** | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS **London Branch, 75 King William Street** | CITY **London** | STATE | POSTAL CODE **EC4N 7DT** | COUNTRY **England** |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only _one_ box

Describe collateral ☐ deleted _or_ ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME **Lehman Brothers Holdings Inc.** | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

**FILE WITH THE DELAWARE SECRETARY OF STATE; DEBTOR - DIAMANTE CABO SAN LUCAS LLC**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016143

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:08 PM 03/24/2009
INITIAL FILING # 6084008 2
AMENDMENT      # 2009 0926698
SRV: 090295564

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mitchell Kolkin, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

**60840082 FILED on 3/10/2006**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Diamante Cabo San Lucas LLC | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Diamante Cabo San Lucas, LLC | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2 Dogwood Drive | Danbury | CT | 06811 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | Delaware | 4104689 ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment)   If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Danske Bank, A/S London Branch | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

File with the Delaware Secretary of State; Debtor - Diamante Cabo San Lucas, LLC

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016144

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| | 8008335778 |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019
```

**DELAWARE DEPARTMENT OF STATE**
**U.C.C. FILING SECTION**
**FILED 03:10 PM 12/09/2010**
**INITIAL FILING # 6084008 2**
**AMENDMENT     # 2010 4346429**
**SRV: 101168999**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 6084008 2 | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

DANSKE BANK A/S, LONDON BRANCH

10. OPTIONAL FILER REFERENCE DATA

DE-0-43952308

DANSKE_0016145

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 12:43 PM 06/05/2013*
*INITIAL FILING # 2013 2133552*

*SRV: 130739133*

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Please Return to Susan Jacoby
**CT Lien Solutions**
A WoltersKluwer Company
208 South LaSalle Street, Suite 814
Chicago, IL 60604

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
| --- |
| Diamante Cabo San Lucas, LLC |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 131 Deer Hill Avenue, Suite B | Danbury | CT | 06811 | U.S.A. |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | LLC | Delaware | ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
| --- |
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
| --- |
| Danske Bank A/S, London Branch |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 75 King William Street | London | | EC4N 7DT | England |

4. This FINANCING STATEMENT covers the following collateral:

**See Schedule A Attached.**

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
| --- | --- | --- | --- | --- | --- | --- |
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

**File with the Delaware Secretary of State; Debtor - Diamante Cabo San Lucas, LLC**

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

CONFIDENTIAL

DANSKE_0016146

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "**Pledged Collateral**"):

      (i)     all Pledged Company Interests (as hereinafter defined);

      (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

      (iii)   all right, title and interest of Debtor in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Pledged Collateral described in this Schedule A and all Proceeds thereof;

      (iv)   all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

      (v)    all Proceeds of any of the foregoing property of Debtor (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"**Pledged Company Interests**" shall mean all of Debtor's right, title and interest in Diamante Club, LLC a Delaware limited liability company (the "**Company**"), together with any and all membership certificates evidencing ownership of such interests, and all claims powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by the Company to Debtor while this Agreement (hereinafter defined) is in effect.

"**Code**" shall mean the Uniform Commercial Code in effect in any applicable jurisdiction where any Pledged Collateral described by this Schedule A and all Proceeds thereof are "located" for purposes of the Code.

"**Proceeds**" shall mean all "proceeds" as such term is defined in Section 9-102(a)(64) of the Code, and, in any event, shall include, without limitation, all dividends or other income from the Pledged Company Interests, collections thereon or distributions with respect thereto.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated April 26, 2013, made by DIAMANTE CABO SAN LUCAS, LLC and KENNETH A. JOWDY, an individual, in favor of DANSKE BANK A/S, LONDON BRANCH ( the "**Agreement**").

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **DE - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

**Matter#**    088508/00001                              **Order#**        991947-2
**Project Id :**                                         **Order Date**    02/05/2014
**Additional Reference :**  NOT PROVIDED

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016150

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016151

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016152

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016155

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016156

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request For:** | **UCC Debtor Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **January 24, 2014** |
| **No. of findings:** | 5 |
| **Original UCC Filings:** | 1 |
| **Amendments:** | 2 |
| **Continuations:** | 1 |
| **Assignments:** | 1 |
| **Releases:** | 0 |
| **Corrections:** | 0 |
| **Terminations:** | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 60839803 |
| **File Date :** | 03/10/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH |
| | |
| **File Type:** | Amendment |
| **File Number:** | 61159508 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 60839803 |
| | |
| **File Type:** | Assignment |
| **File Number:** | 90781549 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 60839803 |
| | |
| **File Type:** | Amendment |
| **File Number:** | 90926912 |
| **File Date :** | 03/24/2009 |
| **Original File Number:** | 60839803 |
| | |
| **File Type:** | Continuation |
| **File Number:** | 04346783 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 60839803 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016158



# Delaware

PAGE      1

## The First State

CERTIFICATE

SEARCHED FEBRUARY 5, 2014, AT  9:20 A.M.
FOR DEBTOR "DIAMANTE PROPERTIES, LLC"

```
 1 OF   1   FINANCING STATEMENT                60839803
            EXPIRATION DATE: MARCH 10, 2016
 DEBTOR: DIAMANTE PROPERTIES, LLC
         C/O WILLIAM J. NAJAM, JR.             ADDED 03-10-06
         2 DOGWOOD DRIVE
         DANBURY                CT   06511     REMOVED 03-24-09
 DEBTOR: DIAMANTE PROPERTIES, LLC
         2 DOGWOOD DRIVE                       ADDED 03-24-09
         DANBURY                CT   06811
 SECURED: LEHMAN BROTHERS HOLDINGS INC.
         399 PARK AVENUE                       ADDED 03-10-06
         NEW YORK               NY   10022     REMOVED 03-11-09
 SECURED: DANSKE BANK, A/S LONDON BRANCH
         LONDON BRANCH,                        ADDED 03-11-09
         75 KING WILLIAM STREET
         LONDON, ENGLAND               EC4N 7DT
             F I L I N G   H I S T O R Y
 60839803  FILED 03-10-06   AT  6:02 P.M.  FINANCING STATEMENT
 61159508  FILED 04-06-06   AT  2:47 P.M.  AMENDMENT
 90781549  FILED 03-11-09   AT  6:44 P.M.  ASSIGNMENT
 90926912  FILED 03-24-09   AT 12:08 P.M.  AMENDMENT
 04346783  FILED 12-09-10   AT  3:20 P.M.  CONTINUATION
             E N D   O F   F I L I N G   H I S T O R Y
```

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF JANUARY 24, 2014 AT 11:59 P.M.

Jeffrey W. Bullock, Secretary of State

20140464461UCXL

140133825

AUTHENTICATION: 1111155

DATE: 02-05-14

DANSKE_0016159

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Jay Schwartz                    212-592-1400

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research Ltd.
523 West Sixth Street
Suite 544
Los Angeles, Ca 90014

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:02 PM 03/10/2006
INITIAL FILING NUM: 6083980 3
AMENDMENT    NUMBER: 0000000
SRV: 060238621

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| Diamante Properties, LLC |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o William J. Najam, Jr., 2 Dogwood Drive | Danbury | CT | 06511 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Delaware | 1g. ORGANIZATIONAL ID #, if any  ☒ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  ☐ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Lehman Brothers Holdings Inc. |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 399 Park Avenue | New York | NY | 10022 | |

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 6, 2006, made by Debtor, KENNETH A. JOWDY, an individual, BAJA VENTURES 2006, LLC, CSL PROPERTIES 2006, LLC, and KAJ HOLDINGS, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

| 8. OPTIONAL FILER REFERENCE DATA |
|---|
| Filed with: DE - Secretary of State    F#152950  A#243503 |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)  *L026368-2*

CONFIDENTIAL                                                    DANSKE_0016160

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:47 PM 04/06/2006
INITIAL FILING NUM: 6083980 3
AMENDMENT   NUMBER: 6115950 8
SRV: 060325874

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the |
|---|---|
| 60839803   dated 3/10/2006 | ☐ REAL ESTATE RECORDS |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable)

6. CURRENT RECORD INFORMATION

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Diamante Properties, LLC | | | |
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION.

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted  or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Lehman Brothers Holdings Inc. | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

Filed with: DE-Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

DANSKE_0016161

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

     (i)    all Pledged Company Interests (as hereinafter defined);

     (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

     (iii)    all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

     (iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

     (v)    all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas, LLC (the "Company"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Company to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, KENNETH A. JOWDY, an individual, BAJA VENTURES 2006, LLC, CSL PROPERTIES 2006, LLC, and KAJ HOLDINGS, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

CONFIDENTIAL

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 06:44 PM 03/11/2009*
*INITIAL FILING # 6083980 3*
*AMENDMENT    # 2009 0781549*
*SRV: 090259169*

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mitchell Kolkin, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**60839803 FILED 3/10/2006**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME  **Danske Bank, A/S London Branch** | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS  **London Branch, 75 King William Street** | CITY  **London** | STATE | POSTAL CODE  **EC4N 7DT** | COUNTRY  **England** |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any   ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted  or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME  **Lehman Brothers Holdings Inc.** | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
**FILE WITH THE DELAWARE SECRETARY OF STATE; DEBTOR - DIAMANTE PROPERTIES, LLC**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:08 PM 03/24/2009
INITIAL FILING # 6083980 3
AMENDMENT      # 2009 0926912
SRV: 090295615

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mitchell Kolkin, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**60839803 FILED on 3/10/2006**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] [or recorded] in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name. Give record name to be deleted in item 6a or 6b. | ☐ ADD name. Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Diamante Properties, LLC | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Diamante Properties, LLC | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o William J. Najam, Jr., 2 Dogwood Drive | Danbury | CT | 06811 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID # if any |
|---|---|---|---|---|
| | | LLC | Delaware | 3859308   ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Danske Bank, A/S London Branch | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
**File with the Delaware Secretary of State; Debtor - Diamante Properties, LLC**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

DANSKE_0016164

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| | 8008335778 |

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 03:20 PM 12/09/2010*
*INITIAL FILING # 6083980 3*
*AMENDMENT     # 2010 4346783*
*SRV: 101169094*

---

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 6083980 3 | ☐ |

| 2. | ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|

| 3. | ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
|---|---|

| 4. | ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9. |
|---|---|

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

| 9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT |
|---|
| DANSKE BANK A/S. LONDON BRANCH |

**10. OPTIONAL FILER REFERENCE DATA**

DE-0-43952389

CONFIDENTIAL

DANSKE_0016165

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **DE - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
|---|---|---|---|
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016168

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016169

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016170

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016171

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016172

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016173

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016174

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016175

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016176

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| Subject: | **KAJ HOLDINGS, LLC** |
| Jurisdiction: | **DE - SECRETARY OF STATE** |
| Request For: | **UCC Debtor Search** |
| Result: | **Records found** |
| Thru Date: | **January 24, 2014** |
| No. of findings: | 5 |
| Original UCC Filings: | 1 |
| Amendments: | 2 |
| Continuations: | 1 |
| Assignments: | 1 |
| Releases: | 0 |
| Corrections: | 0 |
| Terminations: | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016177

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 60839977 |
| **File Date :** | 03/10/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH |
| | |
| **File Type:** | Amendment |
| **File Number:** | 61159631 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 60839977 |
| | |
| **File Type:** | Assignment |
| **File Number:** | 90781614 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 60839977 |
| | |
| **File Type:** | Amendment |
| **File Number:** | 90927316 |
| **File Date :** | 03/24/2009 |
| **Original File Number:** | 60839977 |
| | |
| **File Type:** | Continuation |
| **File Number:** | 04346858 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 60839977 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.



# Delaware

PAGE   1

## The First State

CERTIFICATE

SEARCHED FEBRUARY 5, 2014, AT   9:21 A.M.
FOR DEBTOR "KAJ HOLDINGS, LLC"

1 OF    1   FINANCING STATEMENT                   60839977
           EXPIRATION DATE: MARCH 10, 2016
DEBTOR: KAJ HOLDINGS, LLC
        C/O KENNETH A. JOWDY                   ADDED 03-10-06
        74 INNISBROOK AVENUE
        LAS VEGAS                NV   89113    REMOVED 03-24-09
DEBTOR: KAJ HOLDINGS, LLC
        74 INNISBROOK AVE.                     ADDED 03-24-09
        LAS VEGAS                NV   89113
SECURED: LEHMAN BROTHERS HOLDINGS INC.
        399 PARK AVENUE                        ADDED 03-10-06
        NEW YORK                 NY   10022    REMOVED 03-11-09
SECURED: DANSKE BANK, A/S LONDON BRANCH
        LONDON BRANCH,                         ADDED 03-11-09
        75 KING WILLIAM STREET
        LONDON, ENGLAND                EC4N 7DT
             F I L I N G   H I S T O R Y
60839977  FILED 03-10-06   AT  6:12 P.M.  FINANCING STATEMENT
61159631  FILED 04-06-06   AT  2:53 P.M.  AMENDMENT
90781614  FILED 03-11-09   AT  6:49 P.M.  ASSIGNMENT
90927316  FILED 03-24-09   AT 12:09 P.M.  AMENDMENT
04346858  FILED 12-09-10   AT  3:23 P.M.  CONTINUATION
       E N D   O F   F I L I N G   H I S T O R Y

    THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF JANUARY 24, 2014 AT 11:59 P.M.

Jeffrey W. Bullock, Secretary of State

20140464503UCXL

140133828

AUTHENTICATION: 1111159

DATE: 02-05-14

DANSKE_0016179

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Jay Schwartz                                212-592-1400

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

National Corporate Research Ltd.
523 West Sixth Street
Suite 544
Los Angeles, Ca 90014

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:12 PM 03/10/2006
INITIAL FILING NUM: 6083997 7
AMENDMENT    NUMBER: 0000000
SRV: 060238652

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| KAJ Holdings, LLC | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o Kenneth A. Jowdy, 74 Innisbrook Avenue | Las Vegas | NV | 89113 | |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR: LLC | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION  Delaware | 1g. ORGANIZATIONAL ID #, if any   ☒NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any   ☐NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Lehman Brothers Holdings Inc. | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 399 Park Avenue | New York | NY | 10022 | |

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, KENNETH A. JOWDY, an individual, BAJA VENTURES 2006, LLC, DIAMANTE PROPERTIES, LLC, and CSL PROPERTIES 2006, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION [if applicable] | | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | | SELLER/BUYER | | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)  [ADDITIONAL FEE]   [optional] | | | All Debtors | Debtor 1 | Debtor 2 | |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | F#152952 | | | |
| Filed with: DE - Secretary of State | | | | | | A#243505 | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   *L O 26 368 - 4*

CONFIDENTIAL                                                                    DANSKE_0016180

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 02:53 PM 04/06/2006*
*INITIAL FILING NUM: 6083997 7*
*AMENDMENT    NUMBER: 6115963 1*
*SRV: 060325917*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 60839977   dated 3/10/2006 | ☐ to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable)

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  KAJ Holdings, LLC | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  Lehman Brothers Holdings Inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

Filed with: DE-Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

DANSKE_0016181

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

     (i)     all Pledged Company Interests (as hereinafter defined);

     (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

     (iii)    all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

     (iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

     (v)    all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas, LLC (the "Company"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Company to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, KENNETH A. JOWDY, an individual, BAJA VENTURES 2006, LLC, DIAMANTE PROPERTIES, LLC, and CSL PROPERTIES 2006, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

DANSKE_0016182

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 06:49 PM 03/11/2009*
*INITIAL FILING # 6083997 7*
*AMENDMENT     # 2009 0781614*
*SRV: 090259195*

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

> **Mitchell Kolkin, Esquire**
> **Venable LLP**
> **750 East Pratt Street**
> **Suite 900**
> **Baltimore, Maryland 21202**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| **60839977 FILED 3/10/2006** | ☐ |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ **ASSIGNMENT** (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor *or* ☐ Secured Party of record. Check only *one* of these two boxes.
Also check *one* of the following three boxes *and* provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **Danske Bank, A/S London Branch** | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **London Branch, 75 King William Street** | **London** | | **EC4N 7DT** | **England** |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only *one* box

☐ Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **Lehman Brothers Holdings Inc.** | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA

**FILE WITH THE DELAWARE SECRETARY OF STATE; DEBTOR - KAJ HOLDINGS, LLC**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016183

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:09 PM 03/24/2009
INITIAL FILING # 6083997 7
AMENDMENT        # 2009 0927316
SRV: 090295724

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mitchell Kolkin, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
| --- | --- |
| 60839977 FILED on 3/10/2006 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| KAJ Holdings, LLC | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| KAJ Holdings, LLC | | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| c/o Kenneth A. Jowdy, 74 Inniabrook Aven | Las Vegas | NV | 89113 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION LLC | 7f. JURISDICTION OF ORGANIZATION Delaware | 7g. ORGANIZATIONAL ID #, if any 4115122 ☐ NONE |
| --- | --- | --- | --- | --- |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| Danske Bank, A/S London Branch | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
File with the Delaware Secretary of State; Debtor - KAJ Holdings, LLC

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL                                                                                    DANSKE_0016184

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

8008335778

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 03:23 PM 12/09/2010
INITIAL FILING # 6083997 7
AMENDMENT      # 2010 4346858
SRV: 101169120

1a. INITIAL FINANCING STATEMENT FILE #

6083997 7

1b.  This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|

8. **AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

DANSKE BANK A/S. LONDON BRANCH

10. OPTIONAL FILER REFERENCE DATA

DE-0-43952419

DANSKE_0016185

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **DE - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016187

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

**Matter#**   088508/00001                     **Order#**      991947-4
**Project Id :**                                **Order Date**  02/05/2014
**Additional Reference :**  NOT PROVIDED

|  |  |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016189

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016190

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016191

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

**Subject:**            **DIAMANTE CLUB, LLC**

**Jurisdiction:**        **CT - SECRETARY OF STATE**

**Request for:**         **State Tax Lien Search**

**Thru Date:**          **January 28, 2014**

**Result:**              **Clear**

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016192

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016193

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016195



# Delaware

*The First State*

PAGE      1

CERTIFICATE

*SEARCHED FEBRUARY 5, 2014, AT  9:22 A.M.*
*FOR DEBTOR "DIAMANTE CLUB, LLC"*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THERE ARE NO PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS OR UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS OF JANUARY 24, 2014 AT 11:59 P.M.*

Jeffrey W. Bullock, Secretary of State

*20140464537UCXL*                    AUTHENTICATION: 1111164

*140133832*                          DATE: 02-05-14

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016197

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **DE - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016198

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016199

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016200

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016201

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016202

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016203

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

|  | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016204

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016205

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016206

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016207



# Delaware

*The First State*

PAGE     1

CERTIFICATE

SEARCHED FEBRUARY 5, 2014, AT  9:22 A.M.
FOR DEBTOR "DIAMANTE CSL, LLC"

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THERE
ARE NO PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED
FINANCING STATEMENTS, FEDERAL TAX LIENS OR UTILITY SECURITY
INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS
OF JANUARY 24, 2014 AT 11:59 P.M.

Jeffrey W. Bullock, Secretary of State

20140464552UCXL

140133835

AUTHENTICATION: 1111166

DATE: 02-05-14

DANSKE_0016208

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016209

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
|---|---|---|---|
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **DE - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016210

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - CLARK COUNTY** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - CLARK COUNTY** |
| **Request For:** | **Local Judgment Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **February 03, 2014** |
| **No. of findings:** | 1 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016212

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - CLARK COUNTY** |
| **Request for:** | **Local Judgment Search** |
| **Result:** | **Records found** |
| **Case Number:** | 201106080003583 |
| **File Date :** | 06/08/2011 |
| **Amount:** | $154,532.63 |
| **Plaintiff :** | H&S |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at
www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

## Search Results

You searched under: **Instrument Number**, for: **201106080003583**, with the document types of: **N/A**, between: **N/A** and **N/A**

### Records found: 1

| First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|
| JOWDY, KENNETH | MURRAY, GLEN | 201106080003583 | NOTICE | JUDGMENT | 6/8/2011 3:48:04 PM | | | $0.00 |

Refresh |

CONFIDENTIAL

DANSKE_0016214

⑨

Inst #: 201106080003583
Fees: $22.00
N/C Fee: $0.00
06/08/2011 03:48:04 PM
Receipt #: 805100
Requestor:
HUTCHISON & STEFFEN LLC
Recorded By: BRT   Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# _____

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

Notice of Entry of Findings of Fact, Conclusions of Law, and Judgment Awarding

Attorneys' Fees

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

Patricia Lee

**Return to:**

**Name**  Hutchison & Steffen, LLC

**Address**  10080 W. Alta Dr., Suite 200

**City/State/Zip**  Las Vegas, NV 89145

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

CONFIDENTIAL

DANSKE_0016215

Electronically Filed
06/06/2011 04:33:21 PM

CLERK OF THE COURT

1

**NEOJ**
Michael K. Wall (2098)
2   Patricia Lee (8287)
HUTCHISON & STEFFEN, LLC.
3   10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
4   Telephone: 702/385-2500
Facsimile: 702/385-2086
5   mwall@hutchlegal.com
plee@hutchlegal.com
6

*Former Attorneys for defendant/third-party*
7   *plaintiff Kenneth Jowdy*

8

9                          **DISTRICT COURT**

10                     **CLARK COUNTY, NEVADA**

11   GLEN MURRAY,                    ) Case No. A571984
                                    ) Dept No. XXII
12              Plaintiff,           )
                                    ) **NOTICE OF ENTRY OF FINDINGS**
13   v.                             ) **OF FACT, CONCLUSIONS OF LAW,**
                                    ) **AND JUDGMENT AWARDING**
14   KENNETH JOWDY, DOES I through X, ) **ATTORNEYS' FEES**
     inclusive,                     )
15                                  )
              Defendant.            )
16   _____)
                                    )
17   KENNETH JOWDY,                 )
                                    )
18              Third-Party Plaintiff, )
                                    )
19   v.                             )
                                    )
20   PHILLIP KENNER, an individual, DOES I )
     through X, inclusive, and ROE )
21   CORPORATIONS I through X, inclusive, )
                                    )
22              Third-Party Defendant. )
     _____)
23

24          PLEASE TAKE NOTICE that a **FINDINGS OF FACT, CONCLUSIONS OF LAW,**

     **AND JUDGMENT AWARDING ATTORNEYS' FEES** was entered in the above-captioned
25   / / /

26   / / /

27   / / /

28

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

1  matter on June 6, 2011, a copy of which is attached hereto.

2        DATED this ____ day of June, 2011.

3                              HUTCHISON & STEFFEN, LLC.

4

5

6                              Michael K. Wall (2098)
                               Patricia Lee (8287)
7                              Peccole Professional Park
                               10080 West Alta Drive, Suite 200
8                              Las Vegas, NV 89145

9                              *Former Attorneys for defendant/third-party
                               plaintiff Kenneth Jowdy*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CONFIDENTIAL                                    DANSKE_0016217

## CERTIFICATE OF MAILING

Pursuant to NRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC. and that on this 6th day of June, 2011, I caused the above and foregoing document entitled **NOTICE OF ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW, AND JUDGMENT AWARDING ATTORNEYS' FEES** to be served as follows:

☑     by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐     to be sent facsimile; and/or

☐     to be hand-delivered;

to the attorney(s)/party(-ies) listed below at the address and/or facsimile number indicated below:

Kenneth Jowdy
74 Innisbrook Avenue
Las Vegas, Nevada 89113

*Defendant*

Ross Goodman, Esq.
Goodman Law Group
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101

*Attorney for plaintiff*

Phillip Kenner
200 Hoover Avenue #1711
Las Vegas, NV 89101

*Third-Party Defendant in proper person*

An employee of Hutchison & Steffen

- 3 -

CONFIDENTIAL

DANSKE_0016218

Electronically Filed
06/06/2011 10:51:07 AM

CLERK OF THE COURT

1    **FFOCL**
     Michael K. Wall (2098)
2    Patricia Lee (8287)
     HUTCHISON & STEFFEN, LLC.
3    Peccole Professional Park
     10080 West Alta Drive, Suite 200
4    Las Vegas, NV 89145
     Telephone: 702/385-2500
5    Facsimile: 702/385-2086
     mwall@hutchlegal.com
6    plee@hutchlegal.com

7    *Former Attorneys for defendant/third-party*
     *plaintiff Kenneth Jowdy*

8

9                 **DISTRICT COURT**

10            **CLARK COUNTY, NEVADA**

11    GLEN MURRAY,                )   Case No. A571984
                                )   Dept No. XXII
12         Plaintiff,           )
                                )   **FINDINGS OF FACT, CONCLUSIONS**
13    v.                           )   **OF LAW, AND JUDGMENT**
                                )   **AWARDING ATTORNEYS' FEES**
14    KENNETH JOWDY, DOES I through X,   )
     inclusive,                      )
15                                  )
          Defendant.         )
16                                  )

17                                  )

18

19    KENNETH JOWDY,             )
                                 )
20        Third-Party Plaintiff,     )
                                 )
21    v.                           )
                                 )
22    PHILLIP KENNER, an individual, DOES I   )
     through X, inclusive, and ROE        )
23    CORPORATIONS I through X, inclusive,   )
                                 )
24         Third-Party Defendant.    )

25       Hutchison & Steffen, LLC's ("H&S") motion for attorneys' fees and costs against its

26 former client, defendant/third-party plaintiff Kenneth Jowdy ("Jowdy" or "defendant"), came

27 on for hearing before this Court on May 17, 2011. Patricia Lee appeared on behalf of H&S; no

28 other parties or their counsel appeared.

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

CONFIDENTIAL

DANSKE_0016219

Having considered the motion, renewed motion, supplement, non-opposition, memorandum of costs and disbursements and other pleadings and papers on file herein, and having heard the arguments of counsel at the hearing, and being fully advised in the premises, the Court finds as follows:

### FINDINGS OF FACT

1.      On or about September 24, 2008, Jowdy was sued by way of an Amended Complaint in the above-captioned case.

2.      To assist in his defense of this lawsuit, Jowdy obtained the services of H&S, and signed a retainer agreement with the firm on or about October 24, 2008.

3.      As Jowdy's counsel, H&S has diligently defended this lawsuit, including, *inter alia*, filing an initial motion to dismiss, filing a cross-claim, conducting discovery including numerous depositions, issuing subpoenas duces tecum, propounding and responding to written discovery, working with Jowdy's out-of-state counsel, coordinating and attending numerous telephonic and in-person client conferences, conducting research, drafting and filing motions, attending court hearings, preparing for and defending Jowdy at trial, and opposing and arguing numerous post-trial motions.

4.      As a result of the firm's legal services, Jowdy owes H&S $154,532.63, which consists of attorneys' fees of $149,145.81 and costs of $5,386.82.

5.      The costs and fees owed to H&S all arose pursuant to the parties' retainer agreement and were reasonable and necessary charges actually incurred.  Jowdy agreed to "promptly pay [the] firm all previously incurred fees, costs, and expenses" upon termination of the attorney-client relationship by either H&S or defendant, and has failed to do so.

6.      After completion of the bench trial in this matter, this Court issued a lengthy

-2-

HUTCHISON & STEFFEN

A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

CONFIDENTIAL                                                                                              DANSKE_0016220

1   decision that was unfavorable to Jowdy. A Notice of Entry of Judgment was filed January 24,

2   2011.

3

4         7.    Despite H&S's numerous phone calls, e-mails, and letters to Jowdy regarding

5   the time-sensitive nature of pursuing an appeal, and returning his file to him in exchange for

6   payment of the outstanding fees and costs, Jowdy failed to respond and thus elected not to

7   appeal this Court's decision.

8

9         8.    H&S filed a Notice of Withdrawal and Motion for Attorneys' Fees and Costs on

10  or about February 11, 2011. Due to a clerical error, this Motion was not properly served on

11  Jowdy.

12        9.    On or about March 9, 2011, H&S filed an Amended Notice of Withdrawal

13  pursuant to EDCR 7.40, which was mailed to Jowdy's correct, last-known address.

14

15        10.   On or about March 15, 2011, H&S filed a Renewed Motion for Attorneys' Fees

16  and Costs, which was mailed to Jowdy's correct, last-known address.

17        11.   On or about May 4, 2011, H&S filed a Memorandum of Costs and

18  Disbursements and Supplement to its Motion for Attorneys' Fees and Costs (attaching the

19  firm's redacting billing records), both of which were mailed to Jowdy's correct, last-known

20  address.

21

22        12.   Despite proper service, Jowdy did not oppose or otherwise respond to any of

23  H&S's court filings, ultimately consenting to the judgment.

24                    **CONCLUSIONS OF LAW**

25        1.    If any of the foregoing findings of fact would be more appropriately deemed a

26  conclusion of law, it is so designated.

27

28        2.    H&S is entitled to its fees in the amount of $149,145.81 and costs of $5,386.82,

- 3 -

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PEOCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 2100
LAS VEGAS, NV 89145

CONFIDENTIAL

DANSKE_0016221

1  for a total award of $154,532.63, pursuant to the underlying retainer agreement, NRS 18.010(1)

2  and NRCP 54(d)(2)(A).

3       3.      Having considered the factors set forth in *Brunzell v. Golden Gate Nat'l Bank*,

4

5  85 Nev. 345, 349-50, 455 P.2d 31, 33 (1969), H&S's fees were reasonably and necessarily

6  incurred.  In determining the reasonable value of H&S's services, this court considered the

7  following factors: (1) the qualities of the advocates: ability, training, education, experience,

8  professional standing and skill; (2) the character of the work to be done: its difficulty, its

9

10  intricacy, its importance, time and skill required, the responsibility imposed and the prominence

11  and character of the parties where they affect the importance of the litigation; (3) the work

12  actually performed by the attorneys: the skill, time and attention given to the work; and (4) the

13  result: whether the attorneys were successful and what benefits were derived.  *Id.*

14       4.      Pursuant to NRS 18.020(3) and the verified memorandum of costs and

15

16  disbursements on file herein, less $1,871.02 for overtime staffing costs, H&S  is entitled to an

17  award of its costs incurred herein in the amount of $5,386.82.

18       5.      By failing to respond to H&S's motion for attorneys' fees and costs, Jowdy has

19  tacitly consented to this Court's adjudication of the motion.  *Argentena Consolidated Mining*

20  *Company v. Jolley Urga Wirth Woodbury & Standish*, 216 P.3d 779, 785 (2010).

21

22       6.      To date, Jowdy has not asserted negligence or misconduct on the part of their

23  former attorneys, H&S, such that this Court's summary adjudication of a fee dispute in the

24  underlying action is inappropriate.  *Argentena*, 216 P.3d at 787.

25       7.      Pursuant to EDCR 2.20(c), this Court considers Jowdy's failure to serve and file

26  written opposition as an admission that the motion is meritorious and a consent to granting the

27  same.

28

- 4 -

CONFIDENTIAL

DANSKE_0016222

8.      Jowdy does not dispute that he entered into a valid and enforceable retainer agreement with H&S.

9.      H&S complied with its duties and obligations under the agreement by providing the legal services contracted thereto.

## JUDGMENT

Based on the foregoing findings of fact and conclusions of law, H&S's motion for attorneys' fees and costs is granted.  Judgment is entered in favor of H&S and against Jowdy, in the amount of $149,145.81 and costs of $5,386.82, for a total judgment amount of **$154,532.63** plus post-judgment interest to accrue at the contractual rate of 1% per month from the date of entry.

DATED this 3rd day of June 2011.

_____
DISTRICT COURT JUDGE SUSAN JOHNSON

RC

Submitted by:

HUTCHISON & STEFFEN, LLC

_____
Michael K. Wall (2098)
Patricia Lee (8287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Former Attorneys for defendant/third-party
plaintiff Kenneth Jowdy*

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

CLERK OF THE COURT

JUN 0 7 2011

- 5 -

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

CONFIDENTIAL

DANSKE_0016223

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

**Matter#**    088508/00001                   **Order#**      991947-6
**Project Id :**                              **Order Date**   02/05/2014
**Additional Reference :**  NOT PROVIDED

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - CLARK COUNTY** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016224

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 30, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016225

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - SECRETARY OF STATE** |
| **Request For:** | **UCC Debtor Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **January 30, 2014** |
| **No. of findings:** | 8 |
| **Original UCC Filings:** | 2 |
| **Amendments:** | 2 |
| **Continuations:** | 2 |
| **Assignments:** | 2 |
| **Releases:** | 0 |
| **Corrections:** | 0 |
| **Terminations:** | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016226

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 2006007960-5 |
| **File Date :** | 03/13/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH, LEHMAN BROTHERS HOLDINGS INC. |

| | |
|---|---|
| **File Type:** | Amendment |
| **File Number:** | 2006010942-2 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 2006007960-5 |

| | |
|---|---|
| **File Type:** | Assignment |
| **File Number:** | 2009006176-7 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 2006007960-5 |

| | |
|---|---|
| **File Type:** | Continuation |
| **File Number:** | 2010030839-6 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 2006007960-5 |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 2006007961-7 |
| **File Date :** | 03/13/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH, LEHMAN BROTHERS HOLDINGS INC. |

| | |
|---|---|
| **File Type:** | Amendment |
| **File Number:** | 2006010932-1 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 2006007961-7 |

| | |
|---|---|
| **File Type:** | Assignment |
| **File Number:** | 2009006177-9 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 2006007961-7 |

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | |
|---|---|
| **File Type:** | Continuation |
| **File Number:** | 2010030840-9 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 2006007961-7 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016228

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Jay Schwartz                    212-592-1400

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return acknowledgment to:

Capitol Corporate Services, Inc.
P.O. Box 3100    Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
| --- | --- |
| *Dean Heller* | **2006007960-5** |
| Dean Heller | Filing Date and Time |
| Secretary of State | **03/13/2006 1:45 PM** |
| State of Nevada | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |
| OR | Jowdy | Kenneth | A. | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 74 Innisbrook Avenue | Las Vegas | NV | 89113 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Individual | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |
| OR | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
Lehman Brothers Holdings Inc.

| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |
| OR | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 399 Park Avenue | New York | NY | 10022 | |

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, BAJA VENTURES 2006, LLC, DIAMANTE PROPERTIES, LLC, and CSL PROPERTIES 2006, LLC, and KAJ HOLDINGS, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
| --- | --- | --- | --- | --- | --- | --- |
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
Filed with: NV - SOS

F#152956
A#243509

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return acknowledgment to:

★

Capitol Corporate Services, Inc.
P.O. Box 3100   Carson City, NV 89702
800/899-0490

**Filed in the office of**

*Dean Heller*
Dean Heller
Secretary of State
State of Nevada

Document Number
**2006010942-2**

Filing Date and Time
**04/06/2006 5:00 PM**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2006007960-5      dated 3/13/2006 | ☐ |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Jowdy | Kenneth | A. | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR Lehman Brothers Holdings Inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
**Filed with: NV-Secretary of State**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016230

### Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

    (i)    all Pledged Company Interests (as hereinafter defined);

    (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

    (iii)    all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

    (iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

    (v)    all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas, LLC (the "Company"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Company to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, BAJA VENTURES 2006, LLC, DIAMANTE PROPERTIES, LLC, CSL PROPERTIES 2006, LLC, and KAJ HOLDINGS, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

CONFIDENTIAL

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Return acknowledgment to:

Capitol Corporate Services, Inc.
P.O. Box 3100   Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
| --- | --- |
| *[signature]* Ross Miller Secretary of State State of Nevada | **2009006176-7** |
| | Filing Date and Time |
| | **03/11/2009 3:52 PM** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
**2006007960-5 FILED 3/13/2006**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR **Danske Bank, A/S London Branch** | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **London Branch, 75 King William Street** | **London** | X X | **EC4N 7DT** | **England** |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted  or  ☐ added,  or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor,  or if this is a Termination authorized by a Debtor, check here ☐  and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR **Lehman Brothers Holdings Inc.** | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
**FILE WITH THE NEVADA SECRETARY OF STATE; DEBTOR - KENNETH A. JOWDY**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016232

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Donna Klenke                                   713-533-4661

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

| Filed in the office of | Document Number |
|---|---|
| *[signature]* Ross Miller Secretary of State State of Nevada | **2010030839-6** |
| | Filing Date and Time **12/09/2010 12:21 PM** |

[This document was filed electronically.]

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a.** INITIAL FINANCING STATEMENT FILE #
2006007960-5

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ☐

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6.** CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7.** CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | NONE ☐ |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME DANSKE BANK A/S, LONDON BRANCH | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10.** OPTIONAL FILER REFERENCE DATA
NV-0-43952340

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016233

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER [optional]** Jay Schwartz    212-592-1400 | |

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Return acknowledgment to:

★

Capitol Corporate Services, Inc.
P.O. Box 3100    Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
|---|---|
| *Dean Heller* | **2006007961-7** |
| Dean Heller | Filing Date and Time |
| Secretary of State | **03/13/2006 1:45 PM** |
| State of Nevada | 89113 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **1b. INDIVIDUAL'S LAST NAME** Jowdy | **FIRST NAME** Kenneth | **MIDDLE NAME** A. | **SUFFIX** |

| 1c. MAILING ADDRESS 74 Innisbrook Avenue | CITY Las Vegas | STATE NV | POSTAL CODE 89113 | COUNTRY |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Individual | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATION ID #, if any | ☒ NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Lehman Brothers Holdings Inc. | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS 399 Park Avenue | CITY New York | STATE NY | POSTAL CODE 10022 | COUNTRY |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):

(i) all Pledged Company Interests;

(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor and DIAMANTE CABO SAN LUCAS LLC, in favor of LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [if applicable] [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

| 8. OPTIONAL FILER REFERENCE DATA | |
|---|---|
| Filed with: NV - Secretary of State | F#152953  A#243506 |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016234

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return acknowledgment to:

Capitol Corporate Services, Inc.
P.O. Box 3100   Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
|---|---|
| *Dean Heller* | **2006010932-1** |
| Dean Heller | Filing Date and Time |
| Secretary of State | **04/06/2006 4:48 PM** |
| State of Nevada | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 2006007961-7     dated 3/13/2006 | to be filed [for record] (or recorded) in the ☐ REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Jowdy | Kenneth | A. | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR Lehman Brothers Holdings Inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Filed with: NV-Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016235

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

    (i)    all Pledged Company Interests (as hereinafter defined);

    (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

    (iii)    all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral:

    (iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

    (v)    all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas S. De R.L. De CV (the "Borrower"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Borrower to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor and Diamante Cabo San Lucas, LLC in favor of Lehman Brothers Holdings Inc.

DANSKE_0016236

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return acknowledgment to:

★

Capitol Corporate Services, Inc.
P.O. Box 3100   Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
| --- | --- |
| *[signature]* | **2009006177-9** |
| Ross Miller | Filing Date and Time |
| Secretary of State | **03/11/2009 3:53 PM** |
| State of Nevada | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**2006007961-7 FILED 3/13/2006**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | **Danske Bank, A/S London Branch** | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **London Branch, 75 King William Street** | **London** | XX | **EC4N 7DT** | **England** |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | **Lehman Brothers Holdings Inc.** | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
**FILE WITH THE NEVADA SECRETARY OF STATE; DEBTOR - KENNETH A. JOWDY**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Donna Klenke                    713-533-4661

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

| Filed in the office of | Document Number |
|---|---|
| _Ross Miller_ Secretary of State State of Nevada | **2010030840-9** Filing Date and Time **12/09/2010 12:23 PM** |

(This document was filed electronically.)

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # 2005007961-7 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME DANSKE BANK A/S, LONDON BRANCH | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
NV-0-43952351

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)**

CONFIDENTIAL

DANSKE_0016238

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016239

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016241

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

**Subject:** **PF VENTURES, LLC**

**Jurisdiction:** **CT - DANBURY CITY CLERK**

**Request for:** **Local Judgment Search**

**Thru Date:** **February 04, 2014**

**Result:** **Clear**

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

|  |  |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016243

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request For:** | **UCC Debtor Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **January 28, 2014** |
| **No. of findings:** | 2 |
| **Original UCC Filings:** | 1 |
| **Amendments:** | 0 |
| **Continuations:** | 1 |
| **Assignments:** | 0 |
| **Releases:** | 0 |
| **Corrections:** | 0 |
| **Terminations:** | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016244

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 0002683094 |
| **File Date :** | 03/11/2009 |
| **Current Secured Party of Record:** | DANSKE BANK A/S, LONDON BRANCH |
| **File Type:** | Continuation |
| **File Number:** | 0002965916 |
| **File Date :** | 11/11/2013 |
| **Original File Number:** | 0002683094 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016245

310

# STATE OF CONNECTICUT
# UCC-1 FINANCING STATEMENT

**MAILING ADDRESS:**
Commercial Recording Division
Connecticut Secretary of the State
P.O. BOX 150470
Hartford, CT 06115-0470
860-509-6002

**COURIER ADDRESS:**
Commercial Recording Division
Connecticut Secretary of the State
30 Trinity Street
Hartford, CT 06106
860-509-6002

Follow Instructions Carefully

| Requesting Party | Cust ID _____ | Fee $25 | (Space for filing office use only) |
|---|---|---|---|

Name: Mitchell Kolkin, Esquire – V
Address: 750 East Pratt Street, Suite
City: Baltimore
State: Maryland
Zip: 21202

FILING #0002683094 PG 01 OF 02 VOL U-00397
FILED 03/11/2009 03:10 PM PAGE 03323
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

**1.** DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME
**PF VENTURES, LLC**

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 63 Lakeview Terrace | Sandy Hook | CT | 06482 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1d. TYPE OF ORGANIZATION | 1e. JURISDICTION OF ORGANIZATION | 1f. ORGANIZATIONAL ID # OPTIONAL |
|---|---|---|---|
| | limited liability company | Connecticut | 0892204 |

**2.** ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2d. TYPE OF ORGANIZATION | 2e. JURISDICTION OF ORGANIZATION | 2f. ORGANIZATIONAL ID # OPTIONAL |
|---|---|---|---|
| | | | |

**3.** SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
**DANSKE BANK A/S, LONDON BRANCH**

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| London Branch, 75 King William St. | London | | EC4N 7DT | England |

**4.** This FINANCING STATEMENT covers the following collateral:

All collateral described on attached Schedule A

**5.** ALTERNATIVE DESIGNATION (if applicable)
☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR   ☐ SELLER/BUYER

**6.** OPTIONAL FILER REFERENCE DATA.
FILE WITH THE CONNECTICUT SECRETARY OF STATE: DEBTOR PF VENTURES, LLC

FILING OFFICE COPY – CONNECTICUT UCC FINANCING STATEMENT (FORM UCC1)     Revised 11/2007

CONFIDENTIAL

FILING #0002683094 PG  02 OF  02 VOL U-00397
FILED 03/11/2009 03:10 PM PAGE  03324
CONNECTICUT SECRETARY OF THE STATE
SECRETARY OF THE STATE

**DEBTOR: PF VENTURES, LLC**
**SECURED PARTY: DANSKE BANK A/S, LONDON BRANCH**

### Schedule A

All of Debtor's right, title and interest in the following (collectively, the "**Pledged Collateral**"):

    (i)      all Pledged Company Interests (as hereinafter defined);

    (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

    (iii)    all right, title and interest of Debtor in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Pledged Collateral described in this Schedule A and all Proceeds thereof;

    (iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

    (v)    all Proceeds of any of the foregoing property of Debtor (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"**Pledged Company Interests**" shall mean all of Debtor's right, title and interest in Diamante Cabo San Lucas, LLC, a Delaware limited liability company (the "**Company**"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by the Company to Debtor while the Agreement (hereinafter defined) is in effect.

"**Code**" shall mean the Uniform Commercial Code in effect in any applicable jurisdiction where any Pledged Collateral described by this Schedule A and all Proceeds thereof are "located" for purposes of the Code.

"**Proceeds**" shall mean all "proceeds" as such term is defined in Section 9-102(a)(64) of the Code, and, in any event, shall include, without limitation, all dividends or other income from the Pledged Company Interests, collections thereon or distributions with respect thereto.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March __, 2009, made by Debtor and in favor of DANSKE BANK A/S, LONDON BRANCH (the "**Agreement**").

DANSKE_0016247



**SECRETARY OF THE STATE OF CONNECTICUT**
**UCC-3 FINANCING STATEMENT AMENDMENT**

FILING #0002965916  PG 1 OF 1
VOL  00504  PAGE  1388
FILED ON 11/11/2013 07:41 AM
SECRETARY OF THE STATE OF CONNECTICUT

**1. INITIAL FINANCING STATEMENT FILE # :**

0002683094

**2. ☐  TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the secured party authorizing this termination statement.

**3. ■  CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the secured party authorizing this continuation statement is continued for the additional period provided by applicable law.

**4. ☐  ASSIGNMENT(full or partial):** Give name of assignor at point 7.

**5. ☐  AMENDMENT(PARTY INFORMATION) :**

**5.1 This Amendment Affects :**

☐ Debtor    ☐ Secured Party

☐ Added    ☐ Deleted    ☐ Change

**6. ☐  AMENDMENT (COLLATERAL CHANGE):** (Check only one box)

☐ Added    ☐ Deleted    ☐ Restated    ☐ Assigned

**7. NAME OF PARTY OF RECORD AUTHORIZING THIS AMENDMENT :** ((name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor).  ☐

DANSKE BANK A/S, LONDON BRANCH

**8. OPTIONAL FILER REFERENCE DATA :**

CONFIDENTIAL

DANSKE_0016248

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016249

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

**Matter#**   088508/00001
**Project Id :**
**Additional Reference :** NOT PROVIDED

**Order#**   991947-7
**Order Date**   02/05/2014

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016251

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

**Subject:**   **PF VENTURES, LLC**

**Jurisdiction:**   **CT - U.S. DISTRICT COURT**

**Request for:**   **Federal Judgment Search**

**Thru Date:**   **January 03, 2014**

**Result:**   **Clear**

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016252