# EXHIBIT 71

## UCC 9 LOAN INSURANCE POLICY

# ENDORSEMENT



**Endorsement No. 2250**

**Issued by**
**FIDELITY NATIONAL TITLE INSURANCE COMPANY**

**SUBJECT TO THE EXCLUSIONS FROM COVERAGE OF THE UNDERLYING DESCRIBED LOAN POLICY, AS MODIFIED BELOW, THE EXCEPTIONS FROM COVERAGE CONTAINED IN SCHEDULE B OF THE UNDERLYING LOAN POLICY AND THE CONDITIONS AND STIPULATIONS OF THE UNDERLYING LOAN POLICY, AS MODIFIED BELOW, all of which are incorporated into this endorsement by reference, and SUBJECT TO THE MATTERS SET FORTH IN SCHEDULE B - ENDORSEMENT below, Commonwealth Title Insurance Company, a Pennsylvania corporation (hereinafter referred to as the "Company"), insures the named insured, FROM THE DAY AFTER THE UNDERLYING POLICY DATE TO THE ENDORSEMENT DATE against loss or damage, not exceeding the Amount of Insurance as provided in Schedule A herein, sustained or incurred by the insured by reason of:**

1. The failure of the Insured Security Interest to Attach to any portion of the Collateral for any reason;

2. The failure of the Insured Security Interest to be perfected with respect to any portion of the Collateral for any reason;

3. The Priority over the Insured Security Interest of any other Security Interest in any portion of the Collateral.

4. The Priority over the Insured Security Interest of the Lien of any Lien Creditor.

5. Any Purchaser of the Collateral Taking Free of the Insured Security Interest when the Purchaser's rights or interests in the Collateral are acquired after Date of Policy;

6. The failure of the Insured Security Interest to Attach, be Perfected or have Priority as Insured by this policy resulting from the application of either of both of Revised Article 9 and Former Article 9;

UCC Insurance Policy Add-On Endorsement
UCC 9 Loan Insurance Policy

Page 1 of 3

DANSKE_0011928

7.    The failure of the Insured Security Interest to Attach, be Perfected or have Priority as insured by this Policy for any reason, including invalid Authentication or Signing of the Debtor Security Agreement or any Financing Statement described in Schedule A, because of forgery, fraud, undue influence, duress, incompetency, lack of authority, incapacity or impersonation;

8.    The failure of any assignment described in Schedule A to transfer the insured Security Interest to the Insured free of all Security Interests in the Insured Security Interest; and

9.    Any claim covered by Insuring clauses 1 through 8 that arises out of any case filed by or against the Debtor under the Bankruptcy Code in connection with an adversary proceeding to determine the extent, validity or priority of the Insured Security Interest filed against the Insured  under Federal Rule of Bankruptcy Procedure  7001(2).

The Company will also pay the costs, legal fees and expenses incurred in defense of the Insured Security Interest, but only to the extent provided in the Conditions and Stipulations.

The Company shall have no liability under this endorsement for risks insured under the Underlying Loan Policy.

## EXCLUSIONS FROM COVERAGE

For the purposes of the insurance provided by this endorsement, the following Exclusions from Coverage are added:

**THE EXCLUSIONS FROM COVERAGE CONTAINED IN SCHEDULE B OF THE UNDERLYING LOAN POLICY ARE ALL INCORPORATED BY REFERENCE INTO THIS ENDORSEMENT.**

## CONDITIONS AND STIPULATIONS

1.    Definition of Terms

The following terms when used in this endorsement mean:

(a)    "Underlying Loan Policy": The Loan Policy of title insurance which is identified in Schedule A - Endorsement.

(b)    "Underlying Policy Date": Date of Policy of the Underlying Loan Policy.

(c)    "Endorsement Date": The date which is identified in Schedule A-Endorsement.

---

UCC Insurance Policy Add-On Endorsement
UCC 9 Loan Insurance Policy

CONFIDENTIAL

DANSKE_0011929

All the terms contained in this endorsement which are not defined above but which are defined in the Underlying Loan Policy shall have the same meanings as expressed in the Underlying Loan Policy.

2.    Notices, where sent

All notices required to be given the Company and any statement in writing to be furnished the Company shall include a copy of this endorsement and shall be addressed to the Company at the issuing office or to:

Fidelity National Title Insurance Company
Claims Department
171 North Clark Street
Chicago, Illinois 60601

This endorsement is made a part of the policy and is subject to all of the terms and provisions thereof and of any prior endorsements thereto. Except to the extent expressly stated, it neither modifies any of the terms and provisions of the policy and any prior endorsements, if any, nor does it extend the effective date of the policy and any prior endorsements, nor does it increase the face amount thereof.

DATED: June 5, 2013

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**

By: _____
    Authorized Signatory

**ATTACHMENTS HERETO AND MADE A PART HEREOF:**

Schedule A -Endorsement
Schedule B -Endorsement

---

UCC Insurance Policy Add-On Endorsement
UCC 9 Loan Insurance Policy

CONFIDENTIAL                                                  DANSKE_0011930

## SCHEDULE A -ENDORSEMENT
Fidelity National Title Insurance Company

Endorsement No.: 2250

Endorsement Date: June 5, 2013

Underlying Loan Policy: Commonwealth Title Insurance Corporation UCC 9 Loan Insurance Policy Number J03-0001396

Underlying Policy Date: March 10, 2006

Maximum Amount of Insurance:  $125,000,000

Premium: $16,789.25

Amendments to Schedule A

1.      Name and mailing address of  Insured: Danske Bank, A/S London Branch, 75 King William Street, London, EC4N 7DT ENGLAND

2.      Name of Debtor:

      a.   Debtors' current and exact legal name is:
         See Chart A attached hereto and incorporated herein.

      b.   Debtor has no additional exact legal names during the 12 months prior to Date of Policy except as follows:
         None.

3.      Mailing address of Debtor:  See Chart A attached hereto and incorporated herein.

UCC Insurance Policy Add-On Endorsement
UCC 9 Loan Insurance Policy

Page 1 of 5

DANSKE_0011931

4.    Organizational Status of Debtor:

Debtor is a limited liability company organized under the laws of the State of Delaware, with its chief executive office located in the State of New York, with the organization number as identified on Chart A attached hereto and incorporated herein.   Debtor has not been a party to a merger or other reorganization nor has debtor acquired an operating business or significant assets out of the ordinary course of business of the transferor.   The foregoing information is complete for the 12 months immediately preceding Date of Policy except as follows:
None.

5.    The Collateral that is covered by this Policy is described in the Debtor Security Agreement.

For purposes of insuring clauses 2-6, 8 and 9, the Collateral (i) *only includes* Instruments, Tangible Chattel Paper, or Investment Property to the extent of the Perfection of the Insured Security Interest by the Filing of a Financing Statement, and (ii) *does not include* Money, Deposit Accounts, Letter-of-Credit Rights, Timber to be Cut, As-extracted Collateral, or Farm Products (including crops), Commercial Tort Claims, and Consumer Goods.

6.    The Debtor Security Agreements and assignments of the Debtor Security Agreements, if any are described as follows:

| Name of Document | Date | List of Parties |
|---|---|---|
| Pledge and Security Agreement | March 10, 2006 | Kenneth A. Jowdy, Baja Ventures 2006, LLC, Diamante Properties, LLC, CSL Properties 2006, LLC and KAJ Holdings, LLC |
| Pledge and Security Agreement | March 10, 2006 | Diamante Cabo San Lucas, LLC and Kenneth A. Jowdy |
| Omnibus Assignment | January 13, 2009 | Lehman Brothers Holdings Inc. and Danske Bank A/S, London Branch |
| Pledge and Security Agreement | March 6, 2009 | PF Ventures, LLC |
| Pledge and Security Agreement | April 26, 2013 | Diamante Cabo San Lucas, LLC and Kenneth A. Jowdy |
| Pledge and Security Agreement | April 26, 2013 | Diamante Cabo San Lucas, LLC and Kenneth A. Jowdy |

UCC Insurance Policy Add-On Endorsement
UCC 9 Loan Insurance Policy

Page 2 of 5

DANSKE_0011932

7.      Financing Statement Search(es):

The following searches with respect to the Debtor(s) have been conducted in the jurisdiction(s) listed in the following table:

| Jurisdiction | Filing Office | Search Through Date |
|---|---|---|
| Delaware | Secretary of State | April 4, 2013 |
| Nevada | Secretary of State | April 25, 2013 |
| Connecticut | Secretary of State | April 23, 2013 |

8.      Financing Statement Filing(s):

Debtor:  Kenneth A. Jowdy:

| Jurisdiction | Date of Filing | Filing Office | Filing No. |
|---|---|---|---|
| Nevada | March 13, 2006 | Secretary of State | 2006007960-5 |
| Nevada (Amendment) | April 6, 2006 | Secretary of State | 2006010942-2 |
| Nevada (Assignment) | March 11, 2009 | Secretary of State | 2009006176-7 |
| Nevada (Continuation) | December 9, 2010 | Secretary of State | 2010030839-6 |
| Nevada | March 13, 2006 | Secretary of State | 2006007961-7 |
| Nevada (Amendment) | April 6, 2006 | Secretary of State | 2006010932-1 |
| Nevada (Assignment) | March 11, 2009 | Secretary of State | 2009006177-9 |
| Nevada (Continuation) | December 9, 2010 | Secretary of State | 2010030840-9 |
| Connecticut | June 5, 2013 | Secretary of State | 0002941717 |
| Connecticut | June 5, 2013 | Secretary of State | 0002941722 |
| Connecticut | June 5, 2013 | Secretary of State | 0002941730 |
| Connecticut | June 5, 2013 | Secretary of State | 0002941731 |

Debtor:  Baja Ventures 2006, LLC:

| Jurisdiction | Date of Filing | Filing Office | Filing No. |
|---|---|---|---|
| Delaware | March 10, 2006 | Secretary of State | 60839738 |
| Delaware (Amendment) | April 6, 2006 | Secretary of State | 61159466 |
| Delaware (Assignment) | March 11, 2009 | Secretary of State | 90781572 |
| Delaware (Amendment) | March 24, 2009 | Secretary of State | 90927100 |
| Delaware (Continuation) | December 9, 2010 | Secretary of State | 20104346742 |

UCC Insurance Policy Add-On Endorsement
UCC 9 Loan Insurance Policy

CONFIDENTIAL                                                              DANSKE_0011933

Debtor:  Diamante Properties, LLC:

| Jurisdiction | Date of Filing | Filing Office | Filing No. |
|---|---|---|---|
| Delaware | March 10, 2006 | Secretary of State | 60839803 |
| Delaware (Amendment) | April 6, 2006 | Secretary of State | 61159508 |
| Delaware (Assignment) | March 11, 2009 | Secretary of State | 90781549 |
| Delaware (Amendment) | March 24, 2009 | Secretary of State | 9092712 |
| Delaware (Continuation) | December 9, 2010 | Secretary of State | 20104346783 |

Debtor:  CSL Properties 2006, LLC:

| Jurisdiction | Date of Filing | Filing Office | Filing No. |
|---|---|---|---|
| Delaware | March 10, 2006 | Secretary of State | 60839902 |
| Delaware (Amendment) | April 6, 2006 | Secretary of State | 61159565 |
| Delaware (Assignment) | March 11, 2009 | Secretary of State | 90781580 |
| Delaware (Amendment) | March 24, 2009 | Secretary of State | 90927209 |
| Delaware (Continuation) | December 9, 2010 | Secretary of State | 20104346809 |

Debtor:  KAJ Holdings, LLC:

| Jurisdiction | Date of Filing | Filing Office | Filing No. |
|---|---|---|---|
| Delaware | March 10, 2006 | Secretary of State | 60839977 |
| Delaware (Amendment) | April 6, 2006 | Secretary of State | 61159631 |
| Delaware (Assignment) | March 11, 2009 | Secretary of State | 90781614 |
| Delaware (Amendment) | March 24, 2009 | Secretary of State | 90927316 |
| Delaware (Continuation) | December 9, 2010 | Secretary of State | 20104346858 |

Debtor:  Diamante Cabo San Lucas, LLC:

| Jurisdiction | Date of Filing | Filing Office | Filing No. |
|---|---|---|---|
| Delaware | March 10, 2006 | Secretary of State | 60840082 |
| Delaware (Amendment) | April 6, 2006 | Secretary of State | 61159771 |
| Delaware (Assignment) | March 11, 2009 | Secretary of State | 90781531 |
| Delaware (Amendment) | March 24, 2009 | Secretary of State | 90926698 |
| Delaware (Continuation) | December 9, 2010 | Secretary of State | 20104346429 |
| Delaware | June 5, 2013 | Secretary of State | 2013 2133552 |

Debtor:  PF Ventures, LLC:

| Jurisdiction | Date of Filing | Filing Office | Filing No. |
|---|---|---|---|
| Connecticut | March 11, 2009 | Secretary of State | 2683094 |

UCC Insurance Policy Add-On Endorsement
UCC 9 Loan Insurance Policy

Page 4 of 5

DANSKE_0011934

## SCHEDULE B -ENDORSEMENT
Fidelity National Title Insurance Company

Endorsement No.:2250

## EXCEPTIONS FROM COVERAGE

This endorsement does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

None.

In addition to the matters set forth in Part I of this Schedule, the Insured Security Interest described or referenced in Schedule A of the Underlying Loan Policy is subject to the following matters, if any be shown, but the Company insures against loss or damage, if any, which results from any lack of subordination of any of these matters to the lien of the Insured Security Interest:

None.

## FIDELITY NATIONAL TITLE INSURANCE COMPANY

By: _____

UCC Division
171 North Clark Street
Chicago, Illinois 60601

_____
UCC Insurance Policy Add-On Endorsement
UCC 9 Loan Insurance Policy

Page 5 of 5

CONFIDENTIAL

DANSKE_0011935

CHART A

Attached to Fidelity National Title Insurance Endorsement # 2250

| Debtor Exact Legal Name | Mailing Address of Debtor | State of Formation/Principal Place of Residence | Organizational ID |
|---|---|---|---|
| Kenneth A. Jowdy | 74 Innisbrook Avenue Las Vegas, NV 89113 | NV | n/a |
| Baja Ventures 2006, LLC | c/o Philip Kenner 10705 East Cactus Rd Scottsdale, AZ 85259 | DE | 4115125 |
| Diamante Properties, LLC | c/o Mr. William J. Majam, Jr 2 Dogwood Drive Danbury, CT 06511 | DE | 3859308 |
| CSL Properties 2006, LLC | c/o Philip Kenner 10705 East Cactus Rd Scottsdale, AZ 85259 | DE | 4113122 |
| KAJ Holdings, LLC | 74 Innisbrook Avenue Las Vegas, NV 89113 | DE | 4115122 |
| Diamante Cabo San Lucas, LLC | 2 Dogwood Drive Danbury, CT 06511 | DE | 4104689 |
| PF Ventures, LLC | 63 Lakeview Terrrace Sandy Hook, CT 06482 | CT | 0892204 |

CONFIDENTIAL

DANSKE_0011936

SECRETARY OF THE STATE

30 TRINITY STREET

P.O. BOX 150470

HARTFORD, CT 06115-0470

06/07/2013

DATA REPORTING

330 ROBERTS STREET
SUITE 203

EAST HARTFORD, CT 06108 -3654

RE:  Acceptance of UCC Filing   **THIS IS NOT A BILL**

This Letter is to confirm the acceptance of the following filing:

Type of Request:
ORIGINAL FINANCING STATEMENT

Lapse Date:
06/05/2018

| | | | |
|---|---|---|---|
| Work Order Number | : 2013165324-001 | UCC Filing Number | : 0002941717 |
| Date Accepted | : 06/05/2013 | Time Accepted | : 12:27 PM |
| Work Order Payment Total | : $200.00 | Payment Received | : $50.00 |
| Credit on Account | : $ | Customer Id | : 000000 |

Indexing Information has been provided for verification.

BRUNI VALLE
Commercial Recording Division
860-509-6041
www.concord-sots.ct.gov

UCC FILING REPORT

WORK ORDER NUMBER: 2013165324-001
UCC FILING NUMBER: 0002941717

DEBTOR NAMES AND ADDRESSES:

NAME PREFIX:

FIRST/MID NAME:  KENNETH ABOUD
LAST NAME:  JOWDY
NAME SUFFIX:

ADDRESS1:  11 FAIRMOUNT DRIVE
ADDRESS2:

CITY/STATE/ZIP:  DANBURY, CT 06811 4412

SECURED PARTY NAMES AND ADDRESSES:

BUSINESS NAME:  DANSKE BANK A/S, LONDON BRANCH
ADDRESS1:  LONDON BRANCH, 75 KING WILLIAM STREET
ADDRESS2:

CITY/STATE/ZIP:  LONDON, EC4N 7DT ENGLAND

**END**

DANSKE_0011938

# 2941717
6-5-13

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Please Return to Susan Jacoby
**CT Lien Solutions**
A WoltersKluwer Company
208 South LaSalle Street, Suite 814
Chicago, IL  60604

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| **Jowdy** | **Kenneth** | **Aboud** | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **11 Fairmount Drive** | **Danbury** | **CT** | **06811-4412** | **U.S.A.** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME **Danske Bank A/S, London Branch** | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **London Branch, 75 King William Street** | **London** | | **EC4N 7DT** | **England** |

4. This FINANCING STATEMENT covers the following collateral:

**See Schedule A Attached.**

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.     Attach Addendum     [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

**File with the Connecticut Secretary of State; Debtor - Kenneth Aboud Jowdy**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0011939

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

(i)    all Pledged Company Interests (as hereinafter defined);

(ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests. or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

(iii)    all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral:

(iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

(v)    all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas S. De R.L. De CV (the "Borrower"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Borrower to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor and Diamante Cabo San Lucas, LLC in favor of Lehman Brothers Holdings Inc.

DANSKE_0011940

SECRETARY OF THE STATE
30 TRINITY STREET
P.O. BOX 150470
HARTFORD, CT 06115-0470

06/07/2013

DATA REPORTING
330 ROBERTS STREET
SUITE 203
EAST HARTFORD, CT 06108 -3654

RE:  Acceptance of UCC Filing   **THIS IS NOT A BILL**

This Letter is to confirm the acceptance of the following filing:

Type of Request:
ORIGINAL FINANCING STATEMENT
Lapse Date:
06/05/2018

| | | | | |
|---|---|---|---|---|
| Work Order Number | : 2013165324-002 | | UCC Filing Number | : 0002941722 |
| Date Accepted | : 06/05/2013 | | Time Accepted | : 12:27 PM |
| Work Order Payment Total | : $200.00 | | Payment Received | : $50.00 |
| Credit on Account | : $ | | Customer Id | : 00000( |

Indexing Information has been provided for verification.

BRUNI VALLE
Commercial Recording Division
860-509-6041
www.concord-sots.ct.gov

CONFIDENTIAL                                                    DANSKE_0011941

UCC FILING REPORT

WORK ORDER NUMBER: 2013165324-002
UCC FILING NUMBER: 0002941722

DEBTOR NAMES AND ADDRESSES:

NAME PREFIX:
FIRST/MID NAME: KENNETH ABOUD
LAST NAME: JOWDY
NAME SUFFIX:
ADDRESS1: 11 FAIRMOUNT DRIVE
ADDRESS2:
CITY/STATE/ZIP: DANBURY, CT 06811 4412

SECURED PARTY NAMES AND ADDRESSES:

BUSINESS NAME: DANSKE BANK A/S, LONDON BRANCH
ADDRESS1: LONON BRANCH, 75 KING WILLIAM STREET
ADDRESS2:
CITY/STATE/ZIP: LONDON, EC4N 7DT ENGLAND

**END**

CONFIDENTIAL

# 2941722
6-5-13

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Please Return to Susan Jacoby
**CT Lien Solutions**
A WoltersKluwer Company
208 South LaSalle Street, Suite 814
Chicago, IL  60604

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Jowdy | Kenneth | Aboud | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11 Fairmount Drive | Danbury | CT | 06811-4412 | U.S.A. |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any      ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any      ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| Danske Bank A/S, London Branch | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| London Branch, 75 King William Street | London | | EC4N 7DT | England |

**4. This FINANCING STATEMENT covers the following collateral:**

See Schedule A Attached.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**

File with the Connecticut Secretary of State; Debtor - Kenneth Aboud Jowdy

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

CONFIDENTIAL

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "**Pledged Collateral**"):

      (i)     all Pledged Company Interests (as hereinafter defined);

      (ii)     all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

      (iii)     all right, title and interest of Debtor in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Pledged Collateral described in this Schedule A and all Proceeds thereof;

      (iv)     all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

      (v)     all Proceeds of any of the foregoing property of Debtor (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"**Pledged Company Interests**" shall mean all of Debtor's right, title and interest in Diamante Club, LLC a Delaware limited liability company (the "**Company**"), together with any and all membership certificates evidencing ownership of such interests, and all claims powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by the Company to Debtor while this Agreement (hereinafter defined) is in effect.

"**Code**" shall mean the Uniform Commercial Code in effect in any applicable jurisdiction where any Pledged Collateral described by this Schedule A and all Proceeds thereof are "located" for purposes of the Code.

"**Proceeds**" shall mean all "proceeds" as such term is defined in Section 9-102(a)(64) of the Code, and, in any event, shall include, without limitation, all dividends or other income from the Pledged Company Interests, collections thereon or distributions with respect thereto.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated April 26, 2013, made by DIAMANTE CABO SAN LUCAS, LLC and KENNETH A. JOWDY, an individual, in favor of DANSKE BANK A/S, LONDON BRANCH ( the "**Agreement**").

CONFIDENTIAL

SECRETARY OF THE STATE
30 TRINITY STREET
P.O. BOX 150470
HARTFORD, CT 06115-0470

06/07/2013

DATA REPORTING
330 ROBERTS STREET
SUITE 203
EAST HARTFORD, CT 06108 -3654

RE:  Acceptance of UCC Filing    **THIS IS NOT A BILL**

This Letter is to confirm the acceptance of the following filing:

Type of Request:
ORIGINAL FINANCING STATEMENT

Lapse Date:
06/05/2018

| | | | |
|---|---|---|---|
| Work Order Number | : 2013165324-003 | UCC Filing Number | : 0002941730 |
| Date Accepted | : 06/05/2013 | Time Accepted | : 12:27 PM |
| Work Order Payment Total | : $200.00 | Payment Received | : $50.00 |
| Credit on Account | : $ | Customer Id | : 000000 |

Indexing Information has been provided for verification.

BRUNI VALLE
Commercial Recording Division
860-509-6041
www.concord-sots.ct.gov

DANSKE_0011945

UCC FILING REPORT

WORK ORDER NUMBER: 2013165324-003
UCC FILING NUMBER: 0002941730

DEBTOR NAMES AND ADDRESSES:

NAME PREFIX:
FIRST/MID NAME: KENNETH ABOUD
LAST NAME: JOWDY
NAME SUFFIX:
ADDRESS1: 11 FAIRMOUNT DRIVE
ADDRESS2:
CITY/STATE/ZIP: DANBURY, CT 06811 4412

SECURED PARTY NAMES AND ADDRESSES:

BUSINESS NAME: DANSKE BANK A/S, LONDON BRANCH
ADDRESS1: LONE BRANCH, 75 KING WILLIAM STREET
ADDRESS2:
CITY/STATE/ZIP: LONDON, EC4N 7DT ENGLAND

**END**

CONFIDENTIAL

# 2941730
6-5-13

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Please Return to Susan Jacoby
**CT Lien Solutions**
A WoltersKluwer Company
208 South LaSalle Street, Suite 814
Chicago, IL 60604

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME |
|---|---|

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | Jowdy | Kenneth | Aboud | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11 Fairmount Drive | Danbury | CT | 06811-4412 | U.S.A. |

| 1d. SEE INSTRUCTIONS | ADDL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME |
|---|---|

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADDL INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME |
|---|---|
| OR | Danske Bank A/S, London Branch |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| London Branch, 75 King William Street | London | | EC4N 7DT | England |

4. This FINANCING STATEMENT covers the following collateral:

See Schedule A Attached.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

**File with the Connecticut Secretary of State; Debtor - Kenneth Aboud Jowdy**

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)      International Association of Commercial Administrators (IACA)

DANSKE_0011947

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "**Pledged Collateral**"):

(i)      all Pledged Company Interests (as hereinafter defined);

(ii)     all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

(iii)    all right, title and interest of Debtor in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Pledged Collateral described in this Schedule A and all Proceeds thereof;

(iv)     all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

(v)      all Proceeds of any of the foregoing property of Debtor (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"**Pledged Company Interests**" shall mean all of Debtor's right, title and interest in Diamante CSL, LLC a Delaware limited liability company (the "**Company**"), together with any and all membership certificates evidencing ownership of such interests, and all claims powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by the Company to Debtor while this Agreement (hereinafter defined) is in effect.

"**Code**" shall mean the Uniform Commercial Code in effect in any applicable jurisdiction where any Pledged Collateral described by this Schedule A and all Proceeds thereof are "located" for purposes of the Code.

"**Proceeds**" shall mean all "proceeds" as such term is defined in Section 9-102(a)(64) of the Code, and, in any event, shall include, without limitation, all dividends or other income from the Pledged Company Interests, collections thereon or distributions with respect thereto.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated April 26, 2013, made by DIAMANTE CABO SAN LUCAS, LLC and KENNETH A. JOWDY, an individual, in favor of DANSKE BANK A/S, LONDON BRANCH ( the "**Agreement**").

CONFIDENTIAL

SECRETARY OF THE STATE

30 TRINITY STREET

P.O. BOX 150470

HARTFORD, CT 06115-0470

06/07/2013

DATA REPORTING

330 ROBERTS STREET
SUITE 203
EAST HARTFORD, CT 06108 -3654

RE:  Acceptance of UCC Filing   **THIS IS NOT A BILL**

This Letter is to confirm the acceptance of the following filing:

Type of Request:
ORIGINAL FINANCING STATEMENT
Lapse Date:
06/05/2018

| | | | | |
|---|---|---|---|---|
| Work Order Number | : 2013165324-004 | | UCC Filing Number | : 0002941731 |
| Date Accepted | : 06/05/2013 | | Time Accepted | : 12:27 PM |
| Work Order Payment Total | : $200.00 | | Payment Received | : $50.00 |
| Credit on Account | : $ | | Customer Id | : 000000 |

Indexing Information has been provided for verification.

BRUNI VALLE
Commercial Recording Division
860-509-6041
www.concord-sots.ct.gov

DANSKE_0011949

UCC FILING REPORT

WORK ORDER NUMBER: 2013165324-004
UCC FILING NUMBER: 0002941731


DEBTOR NAMES AND ADDRESSES:

NAME PREFIX:
FIRST/MID NAME: KENNETH
LAST NAME: JOWDY
NAME SUFFIX:
ADDRESS1: 11 FAIRMOUNT DRIVE
ADDRESS2:
CITY/STATE/ZIP: DANBURY, CT 06811 4412


SECURED PARTY NAMES AND ADDRESSES:

BUSINESS NAME: DANSKE BANK A/S, LONDON BRANCH
ADDRESS1: LONDON BRANCH, 75 KING WILLIAM STREET
ADDRESS2:
CITY/STATE/ZIP: LONDON, EC4N 7DT


**END**

CONFIDENTIAL

# ▆▆▆

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

# 2941731
6-5-13

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Please Return to Susan Jacoby
**CT Lien Solutions**
A WoltersKluwer Company
208 South LaSalle Street, Suite 814
Chicago, IL 60604

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Jowdy | Kenneth | Aboud | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11 Fairmount Drive | Danbury | CT | 06811-4412 | U.S.A. |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only <u>one</u> secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Danske Bank A/S, London Branch | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| London Branch, 75 King William Street | London | | EC4N 7DT | England |

**4. This FINANCING STATEMENT covers the following collateral:**

See Schedule A Attached.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] [ADDITIONAL FEE] | All Debtors | Debtor 1 | Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**

File with the Connecticut Secretary of State; Debtor - Kenneth Aboud Jowdy

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

      (i)      all Pledged Company Interests (as hereinafter defined);

      (ii)     all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

      (iii)    all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

      (iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

      (v)     all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas, LLC (the "Company"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Company to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, BAJA VENTURES 2006, LLC, DIAMANTE PROPERTIES, LLC. CSL PROPERTIES 2006, LLC, and KAJ HOLDINGS, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

CONFIDENTIAL



**CT Lien Solutions**
a Wolters Kluwer Business

## Filing Results

BETH RAY
CHICAGO TITLE AND TRUST
COMPANY
10 S. LASALLE STREET
SUITE 3100
Chicago, IL 60603

Date:        06/10/2013
Order #:     38401815
Customer #:  502904
Reference 1: 2250/Diamonte
             Club
Reference 2: --

**Target Name:** Jowdy, Kenneth Aboud

**Jurisdiction:** Recorder of Deeds, Dist. of Columbia

| Filing Type: | UCC Financing Statement | Searched Through: -- |
|---|---|---|
| Results: | See attached filing acknowledgement | |

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| 2013065113 | 06/05/2013 | Original Financing Statement |

| Filing Type: | UCC Financing Statement | Searched Through: -- |
|---|---|---|
| Results: | See attached filing acknowledgement | |

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| 2013065114 | 06/05/2013 | Original Financing Statement |

SUSAN JACOBY
Chicago Team 1
208 S. LaSalle Street
Suite 814
Chicago, IL 60604
(888) 829-5817 Ext.3549
susan.jacoby@wolterskluwer.com

This report contains information compiled from sources which CT Lien Solutions considers reliable, but does not control. Information provided is non-certified unless otherwise indicated. CT Lien Solutions in no way undertakes or assumes any part of the customer's business, legal or similar risks, and does not guarantee the accuracy, completion or timeliness of the information provided, and shall not be liable for any losses or injuries whatever resulting from any contingency beyond its control, or from negligence, regardless of the cause. The categorization of filings is provided for the convenience of the customer and is not to be construed as a legal opinion concerning the status of the filings.

1 of 1

CONFIDENTIAL

DANSKE_0011953

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

> Please Return to Susan Jacoby
> **CT Lien Solutions**
> A WoltersKluwer Company
> 208 South LaSalle Street, Suite 814
> Chicago, IL  60604

| Print | Reset |
| --- | --- |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |
| | **Jowdy** | **Kenneth** | **Aboud** | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **11 Fairmount Drive** | **Danbury** | **CT** | **06811-4412** | **U.S.A.** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
**Danske Bank A/S, London Branch**

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **London Branch, 75 King William Street** | **London** | | **EC4N 7DT** | **England** |

4. This FINANCING STATEMENT covers the following collateral:

**See Schedule A Attached.**

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
| --- | --- | --- | --- | --- | --- | --- |

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| --- | --- | --- | --- | --- |

8. OPTIONAL FILER REFERENCE DATA
**File in the District of Columbia; Debtor - Kenneth Aboud Jowdy**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "**Pledged Collateral**"):

(i)     all Pledged Company Interests (as hereinafter defined);

(ii)     all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

(iii)     all right, title and interest of Debtor in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Pledged Collateral described in this Schedule A and all Proceeds thereof;

(iv)     all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

(v)     all Proceeds of any of the foregoing property of Debtor (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"**Pledged Company Interests**" shall mean all of Debtor's right, title and interest in Diamante Club, LLC a Delaware limited liability company (the "**Company**"), together with any and all membership certificates evidencing ownership of such interests, and all claims powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by the Company to Debtor while this Agreement (hereinafter defined) is in effect.

"**Code**" shall mean the Uniform Commercial Code in effect in any applicable jurisdiction where any Pledged Collateral described by this Schedule A and all Proceeds thereof are "located" for purposes of the Code.

"**Proceeds**" shall mean all "proceeds" as such term is defined in Section 9-102(a)(64) of the Code, and, in any event, shall include, without limitation, all dividends or other income from the Pledged Company Interests, collections thereon or distributions with respect thereto.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated April 26, 2013, made by DIAMANTE CABO SAN LUCAS, LLC and KENNETH A. JOWDY, an individual, in favor of DANSKE BANK A/S, LONDON BRANCH ( the "**Agreement**").

DANSKE_0011955

Doc# 2013065113
Filed & Recorded
06/05/2013   16:36:39 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  E-RECORD             $      25.00
  ESURCHARGE        $       6.50
Total:             $      31.50

CONFIDENTIAL

DANSKE_0011956

Doc# 2013065114

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> Please Return to Susan Jacoby
> **CT Lien Solutions**
> A WoltersKluwer Company
> 208 South LaSalle Street, Suite 814
> Chicago, IL 60604

[ Print ]  [ Reset ]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **Jowdy** | **Kenneth** | **Aboud** | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **11 Fairmount Drive** | **Danbury** | **CT** | **06811-4412** | **U.S.A.** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
**Danske Bank A/S, London Branch**

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **London Branch, 75 King William Street** | **London** | | **EC4N 7DT** | **England** |

4. This FINANCING STATEMENT covers the following collateral:

**See Schedule A Attached.**

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.     Attach Addendum [if applicable]   | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   | All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA
**File in the District of Columbia; Debtor - Kenneth Aboud Jowdy**

CONFIDENTIAL                                                                                                    DANSKE_0011957

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "**Pledged Collateral**"):

      (i)       all Pledged Company Interests (as hereinafter defined);

      (ii)     all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

      (iii)    all right, title and interest of Debtor in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Pledged Collateral described in this Schedule A and all Proceeds thereof;

      (iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

      (v)     all Proceeds of any of the foregoing property of Debtor (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"**Pledged Company Interests**" shall mean all of Debtor's right, title and interest in Diamante CSL, LLC a Delaware limited liability company (the "**Company**"), together with any and all membership certificates evidencing ownership of such interests, and all claims powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by the Company to Debtor while this Agreement (hereinafter defined) is in effect.

"**Code**" shall mean the Uniform Commercial Code in effect in any applicable jurisdiction where any Pledged Collateral described by this Schedule A and all Proceeds thereof are "located" for purposes of the Code.

"**Proceeds**" shall mean all "proceeds" as such term is defined in Section 9-102(a)(64) of the Code, and, in any event, shall include, without limitation, all dividends or other income from the Pledged Company Interests, collections thereon or distributions with respect thereto.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated April 26, 2013, made by DIAMANTE CABO SAN LUCAS, LLC and KENNETH A. JOWDY, an individual, in favor of DANSKE BANK A/S, LONDON BRANCH ( the "**Agreement**").

CONFIDENTIAL

Doc# 2013065114
Filed & Recorded
06/05/2013   16:40:29 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  E-RECORD              $       25.00
  ESURCHARGE           $        6.50
Total:                 $       31.50

CONFIDENTIAL

DANSKE_0011959


## CT Lien Solutions
a Wolters Kluwer Business

## Filing Results

**BETH RAY**
**CHICAGO TITLE AND TRUST**
**COMPANY**
**10 S. LASALLE STREET**
**SUITE 3100**
**Chicago, IL 60603**

**Date:** 06/10/2013
**Order #:** 38401815
**Customer #:** 502904
**Reference 1:** 2250/Diamonte Club
**Reference 2:** --

**Target Name:** Diamante Cabo San Lucas, LLC

**Jurisdiction:** Secretary of State, Delaware

**Filing Type:** UCC Financing Statement
**Results:** See attached filing acknowledgement

**Searched Through:** --

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| 2013 2133552 | 06/05/2013 | Original Financing Statement |

SUSAN JACOBY
Chicago Team 1
208 S. LaSalle Street
Suite 814
Chicago, IL 60604
(888) 829-5817 Ext.3549
susan.jacoby@wolterskluwer.com

This report contains information compiled from sources which CT Lien Solutions considers reliable, but does not control. Information provided is non-certified unless otherwise indicated. CT Lien Solutions in no way undertakes or assumes any part of the customer's business, legal or similar risks, and does not guarantee the accuracy, completion or timeliness of the information provided, and shall not be liable for any losses or injuries whatever resulting from any contingency beyond its control, or from negligence, regardless of the cause. The categorization of filings is provided for the convenience of the customer and is not to be construed as a legal opinion concerning the status of the filings.

1 of 1

DANSKE_0011960

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Please Return to Susan Jacoby
**CT Lien Solutions**
A WoltersKluwer Company
208 South LaSalle Street, Suite 814
Chicago, IL  60604

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:43 PM 06/05/2013
INITIAL FILING # 2013 2133552

SRV: 130739133

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
**Diamante Cabo San Lucas, LLC**

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **131 Deer Hill Avenue, Suite B** | **Danbury** | **CT** | **06811** | **U.S.A.** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Delaware | 1g. ORGANIZATIONAL ID #, if any  ☑NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  ☐NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
**Danske Bank A/S, London Branch**

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **75 King William Street** | **London** | | **EC4N 7DT** | **England** |

4. This FINANCING STATEMENT covers the following collateral:

**See Schedule A Attached.**

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]   |  7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional]   | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
**File with the Delaware Secretary of State; Debtor - Diamante Cabo San Lucas, LLC**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "**Pledged Collateral**"):

(i)      all Pledged Company Interests (as hereinafter defined);

(ii)     all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

(iii)    all right, title and interest of Debtor in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Pledged Collateral described in this Schedule A and all Proceeds thereof;

(iv)     all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

(v)      all Proceeds of any of the foregoing property of Debtor (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"**Pledged Company Interests**" shall mean all of Debtor's right, title and interest in Diamante Club, LLC a Delaware limited liability company (the "**Company**"), together with any and all membership certificates evidencing ownership of such interests, and all claims powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by the Company to Debtor while this Agreement (hereinafter defined) is in effect.

"**Code**" shall mean the Uniform Commercial Code in effect in any applicable jurisdiction where any Pledged Collateral described by this Schedule A and all Proceeds thereof are "located" for purposes of the Code.

"**Proceeds**" shall mean all "proceeds" as such term is defined in Section 9-102(a)(64) of the Code, and, in any event, shall include, without limitation, all dividends or other income from the Pledged Company Interests, collections thereon or distributions with respect thereto.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated April 26, 2013, made by DIAMANTE CABO SAN LUCAS, LLC and KENNETH A. JOWDY, an individual, in favor of DANSKE BANK A/S, LONDON BRANCH ( the "**Agreement**").

CONFIDENTIAL