# EXHIBIT 72

| (CARÁTULA) | (COVER PAGE) |
|---|---|
| **PÓLIZA DE SEGURO DE TÍTULO DE PROPIEDAD INMOBILIARIA DE ACREEDOR** | **LOAN POLICY OF TITLE INSURANCE** |
| Emitida por | Issued by |
| **FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.** | **FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.** |
| Póliza Numero: FNTMX14-000135 | Policy Number: FNTMX14-000135 |

| | |
|---|---|
| SUJETO A LAS CONDICIONES GENERALES, A LAS EXCLUSIONES GENERALES Y A LAS EXCLUSIONES PARTICULARES DE COBERTURA CONTENIDAS EN EL ANEXO "B" DE ESTA PÓLIZA, FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V., una Sociedad Mexicana, debidamente autorizada por el Gobierno Federal de México para actuar como Institución de Seguros (en adelante referida como la "Compañía"), a partir de la Fecha de la Póliza asegura sin exceder la Suma Asegurada estipulada en el Anexo "A", contra las pérdidas o daños sufridos o incurridos por el Asegurado a causa de: | SUBJECT TO THE GENERAL CONDITIONS, THE ENDORSEMENTS ATTACHED, IF ANY, THE EXCLUSIONS AND THE EXCEPTIONS FROM COVERAGE CONTAINED IN SCHEDULE "B" OF THIS POLICY, FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V., a Mexican Company, duly authorized by the Federal Government of Mexico to act as an Insurance Company (hereinafter the "Company"), as of the Policy Date insures without exceeding the Insured Amount set forth in Schedule "A" hereto, against loss or damages sustained or incurred by the Insured by reason of: |

| | |
|---|---|
| 1. *Que el derecho de propiedad o cualesquier otros derechos sobre el Inmueble descrito en el Anexo "A" de la presente Póliza, sean distintos a los derechos establecidos en el mismo Anexo "A";* | 1. *Ownership or any other right over the Real Property described in Schedule "A" of this Policy that is different than the rights stated in such Schedule "A";* |
| 2. *Un Defecto o Gravamen que afecte la propiedad del Inmueble;* | 2. *A Defect or Encumbrance affecting the Real Property;* |
| 3. *Un Defecto en el título de propiedad del Inmueble ocasionado por falsificación, fraude, coerción, incompetencia o incapacidad de las personas que hayan celebrado cualquier instrumento que contenga el título de propiedad en el que se base la propiedad del Inmueble;* | 3. *A Defect in the title to the Real Property caused by forgery, fraud, undue influence, duress, incompetency or incapacity or other legal disability of the persons who executed any title document upon which ownership of the Real Property is based;* |
| 4. *Un Defecto en el título de propiedad del Inmueble ocasionado por la falta de la autorización correspondiente por parte de cualquier persona o entidad que haya celebrado el instrumento que contenga el título de propiedad en el que se base la propiedad del Inmueble, requerido para transmitir la propiedad del Inmueble;* | 4. *A Defect in the title to the Real Property caused by the lack of authorization of any person or entity executing any title document upon which ownership of the Real Property is based, required to transfer the ownership of the Real Property;* |
| 5. *El Defecto en el título de propiedad del Inmueble ocasionado por el régimen matrimonial de las personas que hayan celebrado cualquier título de propiedad;* | 5. *A Defect in the title to the Real Property caused by the marital regime of the persons executing any title document;* |
| 6. *La invalidez o nulidad del instrumento que contenga el título de propiedad del Inmueble cuando dicho título haya sido otorgado mediante un poder inválido;* | 6. *The invalidity of the title to the Real Property if the title has been granted by means of an invalid power of attorney;* |
| 7. *La invalidez o nulidad del instrumento público que contenga el título de propiedad del Inmueble, en el que se base la propiedad del Inmueble cuando el mismo carezca propia o debidamente de los elementos formales requeridos por ley, incluyendo por ejemplo, tener el sello o registro por parte de los Registros Públicos, las firmas y autorizaciones correspondientes, o la falta de protocolización del documento notarial necesario para su otorgamiento;* | 7. *The invalidity of the title to the Real Property when any title document, upon which ownership of the Real Property is based does not properly or duly have the formal elements required by law, for example, lacking the seal or registry by the Public Records, the correspondent signatures and authorizations, acknowledgments, or the protocols required for granting the title in the notarized document;* |
| 8. *Un error relacionado con la descripción legal del Inmueble;* | 8. *An error in the legal description of the Real Property;* |

DANSKE_0013430

| | |
|---|---|
| 9. La falta de un derecho de paso legal para acceder y salir del Inmueble; | 9. Lack of a legal right of access to and from the Real Property; |
| 10. Una hipoteca sobre el Inmueble distinta a la Garantía asegurada por esta Póliza; | 10. A mortgage on the Real Property other than the Mortgage insured by this Policy; |
| 11. Un Gravamen derivado de procedimientos judiciales o administrativos; | 11. An Encumbrance derived from a judicial or administrative proceeding; |
| 12. Cualquier anotación preventiva y/o aviso preventivo en los Registros Públicos que afecte el título de propiedad del Inmueble; | 12. Any outstanding marginal notation and/or a preventive notice at the Public Records affecting the title to the Real Property; |
| 13. Contratos de arrendamiento, aparcería o usufructo sobre el Inmueble; | 13. A lease, sharecropping or usufruct agreement on the title to the Real Property; |
| 14. Un procedimiento judicial o administrativo defectuoso en virtud del cual se haya otorgado el título de propiedad del Inmueble; | 14. A defective judicial or administrative proceeding upon which the title to the Real Property was granted; |
| 15. Reclamaciones por parte de ejidos, comunidades o colonias que afecten el título de propiedad del Inmueble; | 15. Ejido, community or colony claims affecting title to the Real Property; |
| 16. El gravamen derivado del impuesto predial determinado por la autoridad municipal, vencido o exigible, pero no pagado; | 16. The lien of real estate property tax (impuesto predial) imposed on the Real Property by the municipal authority due or payable, but unpaid; |
| 17. La invalidez o inexigibilidad de la Garantía asegurada sobre el patrimonio o derecho descrito en el Anexo "A"; | 17. The invalidity or enforceability of the insured Mortgage upon the estate or interest described in Schedule "A"; |
| 18. Cualquier, gravamen, embargo, sentencia o Gravamen sobre el Inmueble; | 18. Any lien, attachment, judgment, or Encumbrance over the Real Property; |
| 19. La invalidez de cualquier cesión o transmisión de la Garantía asegurada descrita en el Anexo "A"; y | 19. The invalidity of an assignment or transfer of the insured Mortgage described in Schedule "A"; and |
| 20. La prioridad o grado de preferencia de cualquier carga o Gravamen sobre la Garantía asegurada. | 20. The priority of any lien or Encumbrance over the insured Mortgage. |

| | |
|---|---|
| La Compañía también cubrirá los gastos, honorarios de abogados correspondientes, justificados y debidamente comprobados, así como costos en que sea necesario incurrir en relación con la defensa del derecho de propiedad del Inmueble, como el mismo esté asegurado. | The Company will also pay costs, the corresponding attorneys' fees and expenses that are necessary to incur in connection with the defense of the right of ownership of the Real Property, as it is insured. |
| En virtud de lo anterior, Fidelity National Title de México, S.A. de C.V. por medio de su representante legal firma la presente Póliza en la Fecha de la Póliza. | In virtue of the foregoing, Fidelity National Title de México, S.A. de C.V., through its legal representative executes this Policy on the Policy Date. |
| La documentación contractual y la nota técnica que integran este producto, están registrados ante la Comisión Nacional de Seguros y Fianzas, de conformidad con lo dispuesto por los artículos 36, 36-A, 36-B y 36-D de la Ley General de Instituciones y Sociedades Mutualistas de Seguros, bajo el registro número CNSF-S0110-0611-2008 de fecha 18 de diciembre de 2008. | The contractual documentation and the technical note that integrate this product, are registered before the National Insurance and Bonding Commission in accordance with Articles 36, 36-A, 36-B and 36-D of the General Law of Insurance Companies and Mutual Insurance Companies under registry number CNSF-S0110-0611-2008 dated December 18, 2008. |

FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.

12 de junio de 2014

Por _____
Representante Legal _____

FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.

JUNE 12, 2014

By _____
Legal Representative _____

C:\Users\cmoran\Documents\Mis Doctos\Fidelity\Formatos FNTMX\March 2009 - Loan Final (FORM).doc

CONFIDENTIAL

DANSKE_0013431

"Diamante"

**FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.**
*Emitida en*
*México, Distrito Federal*

**ANEXO "A" DE LA PÓLIZA DE SEGURO DE TÍTULO DE PROPIEDAD INMOBILIARIA DE ACREEDOR**

**Expediente No.** FNTMX14-000135          **Póliza No.** FNTMX14-000135

**Prima:** $88,200.00 USD
**IVA:** $14,112.00 USD
**Total:** $102,312.00 USD

**Fecha de Póliza:** 13 de mayo de 2014.

1. Nombre del Asegurado: Danske Bank A/S, London Branch, a London Branch, como Fideicomisario en Primer Lugar del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía identificado con el No. F/00321, sus sucesores y/o cesionarios como aparezcan sus intereses.

2. Suma Asegurada: $78,250,000.00 USD

3. El derecho asegurado sobre el Inmueble cubierto que se encuentra gravado por la Garantía Asegurada es:

   Derechos Fideicomisarios

4. El titular del derecho o derecho asegurado es:

   **Danske Bank A/S, London Branch, a London Branch**, como Fideicomisario en Primer Lugar del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía identificado con el No. F/00321 celebrado por Diamante Cabo San Lucas S. de R.L. de C.V., como Fideicomitente y Fideicomisario en Segundo Lugar, Lehman Brothers Holdings Inc., como Fideicomisario en Primer Lugar y Banco J.P. Morgan S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria, como Fiduciario, en virtud de la **Escritura Pública No. 65,041 de fecha 10 de marzo de 2006**, otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaría Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 135, Foja 135, Vol. CCXLV, Sección I, en fecha 8 de mayo de 2006; Modificado, en virtud del Convenio Modificatorio (el **"Convenio Modificatorio"**) del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, celebrado por The Bank of New York Mellon, S.A., Institución de Banca Múltiple (como Causahabiente Universal Final de Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria, contenido en la **Escritura Pública No. 51,521 de fecha 19 de noviembre de 2008**, inscrita bajo Folio Mercantil No. 384235, en fecha 24 de noviembre de 2008, en el Registro Público de la Propiedad y Comercio del Distrito Federal, México ((la "Sustitución Fiduciaria")) adjunto y referido en el Anexo "F" del Convenio Modificatorio y el Convenio de Cesión de Derechos Fideicomisarios en Primer Lugar del Contrato de Fideicomiso Irrevocable Traslativo de Dominio y de Garantía Número F/00321 de fecha 12 de enero de 2009, celebrado por Lehman Brothers Holdings Inc., como Cedente y Danske Bank A/S, London Branch, como Acreedor y Cesionario y Fideicomisario en Primer Lugar, con las instrucciones y consentimiento de Diamante Cabo San Lucas S. de R.L. de C.V., como Deudor y Fideicomisario en Segundo Lugar, ((la **"Cesión Omnibus"**)) adjunta y referida en el Anexo "A" y Anexo "B" del Convenio Modificatorio) como Fiduciario, Diamante Cabo San Lucas, S. de R.L. de C.V. como Fideicomitente y Fideicomisario en Segundo Lugar y Danske Bank A/S, London Branch, como Fideicomisario Cesionario en Primer Lugar, contenido en la **Escritura Pública No. 78,882 de fecha 6 de marzo de 2009**, otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaría Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, como Nota Marginal bajo el No. 135, Foja 135, Vol. CCXLV, Sección I, en fecha 13 de abril de 2009; Modificado, en virtud del Reconocimiento del incremento de Crédito, contenido en la **Acta Pública No. 2,994 de fecha 26 de enero de 2010**, otorgada ante la fe del Lic. Julio Alejandro Duran Gómez, Corredor Público No. 13 de la Ciudad de México, Distrito Federal, México, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur,

CONFIDENTIAL

DANSKE_0013432

"Diamante"

México, como Nota Marginal bajo el No. 135, Foja 135, Vol. CCXLV, Sección I, en fecha 11 de Febrero de 2010; Modificado, en virtud del Convenio Modificatorio (el **"Segundo Convenio Modificatorio"**) del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, celebrado por The Bank of New York Mellon, S. A., Institución de Banca Múltiple como Fiduciario, Diamante Cabo San Lucas, S. de R.L. de C.V. como Fideicomitente y Fideicomisario en Segundo Lugar y Danske Bank A/S, London Branch, como Fideicomisario en Primer Lugar, contenido en la **Escritura Pública No. 91,326 de fecha 26 de abril de 2013**, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 133, 79, 127, 24, 163 y 188, respectivamente, Fojas 133, 79, 127, 24, 163 y 188, respectivamente, Vol. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIIL EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectivamente, Sec. I, en fecha 12 de septiembre de 2013; **La Escritura Pública No. 92,046, de fecha 30 de julio de 2013**, que contiene un Acta Aclaratoria, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 133, 79, 127, 24, 163 y 188, Fojas 133, 79, 127, 24, 163 y 188, respectivamente, Vol. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIIL EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectivamente, Sec. I, en fecha 12 de septiembre de 2013; y la **Escritura Pública No. 91,327, de fecha 26 de abril de 2013**, que contiene la Notificación efectuada a The Bank of New York Mellon, S.A., Institución de Banca Múltiple (Causahabiente Universal Final de Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria) como Fiduciario del Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía No. F/00321, a solicitud de por Diamante Cabo San Lucas, S de R.L. de C.V., en su carácter de Deudor, respecto del Reconocimiento de Adeudo, mediante el cual reconoce que el Adeudo con Danske Bank A/S London Branch se incrementa por la cantidad de $5,500,000.00 USD, lo anterior como consecuencia de la Segunda Modificación al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía No. F/00321, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 133, 79, 127, 24, 163 y 188, Fojas 133, 79, 127, 24, 163 y 188, respectivamente, Vol. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIII EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectivamente, Sec. I, en fecha 5 de diciembre de 2013; Modificado, en virtud del Reconocimiento del cambio de denominación social del Fiduciario a CI Banco, S.A. Institución de Banca Múltiple, contenido en la **Escritura Pública No. 94,016 de fecha 13 de mayo de 2014**, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 24, 79, 127, 133, 162, 163 y 188, Fojas 24, 79, 127, 133, 162, 163 y 188, respectivamente, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX y DXXXII, respectivamente, Sec. I, en fecha 27 de mayo de 2014; Modificado, en virtud del Reconocimiento de Adeudo y Tercer Convenio Modificatorio del Crédito y Re-expresión del Contrato de Crédito, incrementando el Crédito por un monto de $10,000,000.00 USD, y Reconocimiento y Aceptación de los Convenios de los años 2010 y 2013, contenido en la **Escritura Pública No. 94,012 de fecha 13 de mayo de 2014**, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 24, 79, 127, 133, 162, 163 y 188, Fojas 24, 79, 127, 133, 162, 163 y 188, respectivamente, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, DLX, CDLXXX y DXXXII, respectivamente, Sec. I, en fecha 27 de mayo de 2014.

5. El título de propiedad del inmueble descrito en el inciso 7 del Anexo "A" es ostentado por:

CI Banco, S.A. Institución de Banca Múltiple (antes conocida como The Bank of New York Mellon, S.A., Institución de Banca Múltiple (como Causahabiente Universal Final de Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria)), como Fiduciario.

6. El Contrato de Fideicomiso Irrevocable de Garantía Asegurado y sus cesiones, en caso de haberlas, se describe como sigue:

CONFIDENTIAL

DANSKE_0013433

**Danske Bank A/S, London Branch,** como Fideicomisario en Primer Lugar por un monto de $156,500,000.00 USD, en virtud del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, celebrado por Diamante Cabo San Lucas, S. de R.L. de C.V. como Fideicomitente, Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria, como Fiduciario, Lehman Brothers Holdings Inc., como Fideicomisario en Primer Lugar por un monto principal de $125,000,000.00 USD y Diamante Cabo San Lucas, S. de R.L. de C.V. como Deudor y Fideicomisario en Segundo Lugar, en virtud de la **Escritura Pública No. 65,041, de fecha 10 de marzo de 2006,** otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaría Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 135, Vol. CCXLV, Sección I, en fecha 8 de mayo de 2006; Modificado en virtud del Convenio Modificatorio y de Reexpresión del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, celebrado por The Bank of New York Mellon, S.A., Institución de Banca Múltiple (como Causahabiente Universal Final de Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria) como Fiduciario, Diamante Cabo San Lucas, S. de R.L. de C.V. como Fideicomitente y Fideicomisario en Segundo Lugar y Danske Bank A/S, London Branch, como Fideicomisario en Primer Lugar, por un monto principal de $125,000,000.00 USD (el "**Convenio Modificatorio**"), contenido en la **Escritura Pública No. 78,882, de fecha 6 de marzo de 2009** (conforme a la Sustitución Fiduciaria efectuada por Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria a favor de The Bank of New York Mellon, S.A., Institución de Banca Múltiple contenida en **Escritura Pública No. 51,521 de fecha 19 de noviembre de 2008,** inscrita bajo Folio Mercantil No. 384235, de fecha 24 de noviembre de 2008, en el Registro Público de la Propiedad y Comercio del Distrito Federal, México ((la "**Sustitución Fiduciaria**")) adjunto y referido en el Anexo "F" del Convenio Modificatorio, y el Convenio de Cesión de Derechos Fideicomisarios en Primer Lugar del Contrato de Fideicomiso Irrevocable Traslativo de Dominio y de Garantía Número F/00321, en fecha 13 de enero de 2009, celebrado por Lehman Brothers Holdings Inc., como Cedente y Danske Bank A/S, London Branch, como Acreedor y Cesionario y Fideicomisario en Primer Lugar por un monto principal de $125,000,000.00 USD, con las instrucciones y consentimiento de Diamante Cabo San Lucas S. de R.L. de C.V., como Deudor y Fideicomisario en Segundo Lugar, (((la "**Cesión Omnibus**"))), adjunta y referida en el Anexo "A" y Anexo "B" del Convenio Modificatorio), inscrito en el Registro Público de la Propiedad de los Cabos, Baja California Sur, México, bajo Anotación Marginal en el No. 135, Foja 135, Vol. CCXLV, Sección I, en fecha 23 de abril de 2009; **Acta No. 2,994 de fecha 26 de enero de 2010**, la cual contiene Reconocimiento del incremento de Crédito, de conformidad con el convenio modificatorio de préstamo que otorga un crédito adicional de $4,000,000.00 USD, celebrado por Diamante Cabo San Lucas S. de R.L. de C.V., como Deudor y notificado a The Bank of New York Mellon, S.A., Institución de Banca Múltiple como Fiduciario del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en el Número 135, Foja 135, Vol. CCXLV, Sección I, en fecha 11 de febrero de 2010; Modificado, en virtud del Convenio Modificatorio (el "**Segundo Convenio Modificatorio**") del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, celebrado por The Bank of New York Mellon, S.A., Institución de Banca Múltiple como Fiduciario, Diamante Cabo San Lucas, S. de R.L. de C.V. como Fideicomitente y Fideicomisario en Segundo Lugar y Danske Bank A/S, London Branch, como Fideicomisario en Primer Lugar, contenido en la **Escritura Pública No. 91,326 de fecha 26 de abril de 2013**, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaría Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 133, 79, 127, 24, 163 y 188, respectivamente, Fojas 133, 79, 127, 24, 163 y 188, respectivamente, Vol. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIII, EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectivamente, Sec. I, en fecha 12 de septiembre de 2013; **La Escritura Pública No. 92,046, de fecha 30 de julio de 2013**, que contiene un Acta Aclaratoria, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaría Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 133, 79, 127, 24, 163 y 188, Fojas 133, 79, 127, 24, 163 y 188, respectivamente, Vol. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIII EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectivamente, Sec. I, en fecha 12 de septiembre de 2013; y la **Escritura Pública No. 91,327, de fecha 26 de abril de 2013**, que contiene la Notificación efectuada a The Bank of New York Mellon, S.A., Institución de Banca Múltiple (Causahabiente Universal Final de Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo

CONFIDENTIAL

DANSKE_0013434

"Diamante"

Financiero, División Fiduciaria) como Fiduciario del Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía No. F/00321, a solicitud de por Diamante Cabo San Lucas, S de R.L. de C.V., en su carácter de Deudor, respecto del Reconocimiento de Adeudo, mediante el cual reconoce que el Adeudo con Danske Bank A/S London Branch se incrementa por la cantidad de $5,500,000.00 USD, lo anterior como consecuencia de la Segunda Modificación al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía No. F/00321, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 133, 79, 127, 24, 163 y 188, Fojas 133, 79, 127, 24, 163 y 188, respectivamente, Vol. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIII EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectivamente, Sec. I, en fecha 5 de diciembre de 2013; Modificado, en virtud del Reconocimiento del cambio de denominación social del Fiduciario a CI Banco, S.A. Institución de Banca Múltiple, contenido en la **Escritura Pública No. 94,016 de fecha 13 de mayo de 2014**, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 24, 79, 127, 133, 162, 163 y 188, Fojas 24, 79, 127, 133, 162, 163 y 188, respectivamente, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX y DXXXII, respectivamente, Sec. I, en fecha 27 de mayo de 2014; Modificado, en virtud del Reconocimiento de Adeudo y Tercer Convenio Modificatorio del Crédito y Re-expresión del Contrato de Crédito, incrementando el Crédito por un monto de $10,000,000.00 USD, y Reconocimiento y Aceptación de los Convenios de los años 2010 y 2013, contenido en la **Escritura Pública No. 94,012 de fecha 13 de mayo de 2014**, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 24, 79, 127, 133, 162, 163 y 188, Fojas 24, 79, 127, 133, 162, 163 y 188, respectivamente, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX y DXXXII, respectivamente, Sec. I, en fecha 27 de mayo de 2014.

7. El Inmueble asegurado por la presente Póliza se describe como sigue:

**Parcela I**
Toda aquella fracción o parcela de terreno designada y descrita como Polígono 1 Fracción "A", del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 198,641.012 metros cuadrados, con las siguientes Medidas y Colindancias:

Al Noreste, 66.05 metros con FRACCION G, 43.63 metros con FRACCION G, 37.16 metros con FRACCION G, 48.95 metros con FRACCION G,12.65 metros con FRACCION G, 29.51 metros con LOTE SERVIDUMBRE 1, 87.51 metros con LOTE SERVIDUMBRE 1, 70.96 metros con LOTE SERVIDUMBRE 1; Al Noroeste, 536.33 metros con LOTE FRACCION B; Al Sureste, 541.18 metros con EJIDO CABO SAN LUCAS; y Al Suroeste, 22.76 metros con ZONA FEDERAL MARITIMO TERRESTRE, 30.72 metros con ZONA FEDERAL MARITIMO TERRESTRE, 28.66 metros con ZONA FEDERAL MARITIMO TERRESTRE, 30.00 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.99 metros con ZONA FEDERAL MARITIMO TERRESTRE, 33.02 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.49 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.99 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.44 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.21 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.02 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.69 metros con ZONA FEDERAL MARITIMO TERRESTRE, 6.91 metros con ZONA FEDERAL MARITIMO TERRESTRE.

Clave Catastral: 402-013-1121

**Parcela II**
Toda aquella fracción o parcela de terreno designada y descrita como Polígono 1 Fracción "B", del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 202,563.297 metros cuadrados, con las siguientes Medidas y Colindancias:

Al Noreste, 24.43 metros con FRACCION G, 69.49 metros con FRACCION G, 27.28 metros con FRACCION G, 98.16 metros con FRACCION G, 107.54 metros con FRACCION G, 36.10 metros con FRACCION G, 30.91 metros con FRACCION G; Al Noroeste, 327.53

CONFIDENTIAL

DANSKE_0013435



"Diamante"

metros con LOTE FRACCION C, 158.32 metros con LOTE FRACCION C; Al Sureste, 20.68 metros con LOTE SERVIDUMBRE 1, 536.33 metros con LOTE FRACCION A; y Al Suroeste, 125.59 metros con LOTE FRACCION C, 4.79 metros con ZONA FEDERAL MARITIMO TERRESTRE, 34.67 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.49 metros con ZONA FEDERAL MARITIMO TERRESTRE, 34.69 metros con ZONA FEDERAL MARITIMO TERRESTRE, 33.97 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.66 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.31 metros con ZONA FEDERAL MARITIMO TERRESTRE, 29.61 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.66 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.33 metros con ZONA FEDERAL MARITIMO TERRESTRE, 8.16 metros con ZONA FEDERAL MARITIMO TERRESTRE.

Clave Catastral: 402-013-1122

**Parcela III**
Toda aquella fracción o parcela de terreno designada y descrita como Polígono 1 Fracción "C", del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 80,972.312 metros cuadrados, con las siguientes Medidas y Colindancias:

Al Noreste, 125.59 metros con LOTE FRACCION B, 44.17 metros con FRACCION G, 116.54 metros con FRACCION G, 72.66 metros con FRACCION G, 44.72 metros con FRACCION G, 20.19 metros con LOTE SERVIDUMBRE 2, 30.07 metros con LOTE FRACCION D; Al Noroeste, 20.19 metros con LOTE FRACCION D, 21.11 metros con LOTE FRACCION D, 50.11 metros con LOTE FRACCION D, 208.95 metros con LOTE FRACCION D, 188.17 metros con LOTE FRACCION D, 172.57 metros con LOTE FRACCION D; Al Sureste, 327.53 metros con LOTE FRACCION B, 158.32 metros con LOTE FRACCION B; y Al Suroeste, 58.71 metros con LOTE FRACCION D, 236.60 metros con LOTE FRACCION D, 30.07 metros con LOTE FRACCION D, 34.43 metros con ZONA FEDERAL MARITIMO TERRESTRE, 34.32 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.14 metros con ZONA FEDERAL MARITIMO TERRESTRE, 37.61 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.29 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.52 metros con ZONA FEDERAL MARITIMO TERRESTRE y 30.67 metros con ZONA FEDERAL MARITIMO TERRESTRE.

Clave Catastral: 402-013-1123

**Parcela IV**
Toda aquella fracción o parcela de terreno designada y descrita como Polígono 1 Fracción "D", del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 327,489.272 metros cuadrados, con las siguientes Medidas y Colindancias:

Al Noreste, 30.07 metros con LOTE FRACCION C, 236.60 metros con LOTE FRACCION C, 58.71 metros con LOTE FRACCION C, 20.19 metros con LOTE SERVIDUMBRE 2, 40.53 metros con FRACCION G, 80.46 metros con FRACCION G, 90.76 metros con FRACCION G, 31.94 metros con FRACCION G, 159.47 metros con FRACCION G; Al Noroeste, 32.93 metros con FRACCION G, 57.01 metros con FRACCION G, 101.82 metros con FRACCION G, 35.34 metros con FRACCION G, 47.62 metros con FRACCION G, 183.89 metros con FRACCION G, 201.14 metros con POLIGONO 6; Al Sureste, 50.11 metros con LOTE FRACCION C, 21.11 metros con LOTE FRACCION C, 20.19 metros con LOTE FRACCION C, 172.57 metros con LOTE FRACCION C, 188.17 metros con LOTE FRACCION C, 208.95 metros con LOTE FRACCION C; y Al Suroeste, 30.07 metros con LOTE FRACCION C, 14.97 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.65 metros con ZONA FEDERAL MARITIMO TERRESTRE, 28.63 metros con ZONA FEDERAL MARITIMO TERRESTRE, 37.97 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.62 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.92 metros con ZONA FEDERAL MARITIMO TERRESTRE, 25.14 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.91 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.81 metros con ZONA FEDERAL MARITIMO TERRESTRE, 30.66 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.48 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.61 metros con ZONA FEDERAL MARITIMO TERRESTRE, 28.59 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.36 metros con ZONA FEDERAL MARITIMO TERRESTRE, 29.47 metros con ZONA FEDERAL MARITIMO TERRESTRE, 23.53 metros con ZONA FEDERAL MARITIMO TERRESTRE, 33.54 metros con ZONA FEDERAL MARITIMO




CONFIDENTIAL

"Diamante"

TERRESTRE, 25.20 metros con ZONA FEDERAL MARITIMO TERRESTRE, 24.77 metros con ZONA FEDERAL MARITIMO TERRESTRE, 18.49 metros con ZONA FEDERAL MARITIMO TERRESTRE, 18.36 metros con ZONA FEDERAL MARITIMO TERRESTRE, 16.85 metros con ZONA FEDERAL MARITIMO TERRESTRE, 18.06 metros con ZONA FEDERAL MARITIMO TERRESTRE, 17.65 metros con ZONA FEDERAL MARITIMO TERRESTRE,   16.70 metros con ZONA FEDERAL MARITIMO TERRESTRE, 17.27 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.88 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.36 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.72 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.69 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.36 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.16 metros con ZONA FEDERAL MARITIMO TERRESTRE, 34.97 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.07 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.10 metros con ZONA FEDERAL MARITIMO TERRESTRE y 0.08 metros con ZONA FEDERAL MARITIMO TERRESTRE.

Clave Catastral: 402-013-1124

**Parcela V**
Toda aquella fracción o parcela de terreno designada y descrita como Polígono 1 Fracción "E", del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 30,079.841 metros cuadrados, con las siguientes Medidas y Colindancias:

Al Noreste, 101.24 metros con FRACCION G, 87.42 MTS. CON FRACCION G; Al Noroeste, 37.73 metros con FRACCION G, 10.04 metros con FRACCION G, 30.84 metros con FRACCION G, 45.94 metros con FRACCION G, 60.26 metros con FRACCION G, 72.03 metros con FRACCION G; Al Sureste, Lc = 31.39 metros con LOTE SERVIDUMBRE 2, 23.75 metros con FRACCION G, Lc = 38.63 metros con LOTE SERVIDUMBRE 2, 55.68 metros con LOTE SERVIDUMBRE 2; y AL Suroeste, 37.31 metros con FRACCION G, 31.91 metros con FRACCION G y 39.39 metros con FRACCION G.

Clave Catastral: 402-013-1125

**Parcela VI**
Las unidades en Condominio dentro del Desarrollo "Diamante Cabo San Lucas", localizado en el Municipio de Los Cabos, Baja California Sur, México, dichas unidades son descritas como Lote A, Lote B and Área Común Única, como se define en el **Régimen de Propiedad en Condominio Maestro denominado "DRC"**, en virtud de la **Escritura Pública No. 11,180 de fecha 20 de diciembre de 2013**, otorgada ante la fe del Lic. Fernando González Rubio Cerecer, Notario Público No. 14 del Estado de Baja California Sur, México, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, bajo el No. 162, Foja 162, Vol. DLX, Sección I, en fecha 9 de enero de 2014 y bajo el No. 27, Foja 27, Vol. I Regímenes, Sección I, en fecha 9 de enero de 2014.

**Parcela VII**
Toda aquella fracción o parcela de terreno designada y descrita como Polígono 1 Fracción "G", del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 1,075,035.270 metros cuadrados, con las siguientes Medidas y Colindancias:

Al Noreste, 76.06 metros con POLIGONO 3, 119.99 metros con POLIGONO 3, 122.07 metros con POLIGONO 3, 69.11 metros con POLIGONO 3, 73.64 metros con POLIGONO 3, 36.28 metros con POLIGONO 3, 85.77 metros con POLIGONO 3, 30.62 metros con POLIGONO 3, 31.90 metros con POLIGONO 3, 56.53 metros con POLIGONO 3, 187.92 metros con POLIGONO 3, 60.95 metros con POLIGONO 3, 84.31 metros con POLIGONO 3, 66.67 metros con POLIGONO 3, 86.10 metros con POLIGONO 3, 111.08 metros con POLIGONO 3, 151.84 metros con POLIGONO 3, 149.56 metros con POLIGONO 3, 212.36 metros con POLIGONO 5, 31.14 metros con POLIGONO 5, 40.15 metros con POLIGONO 5, 87.33 metros con POLIGONO 5, 46.41 metros con POLIGONO 5, 133.02 metros con POLIGONO 5, 122.96 metros con POLIGONO 6, 100.51 metros con POLIGONO 3, 20.13 metros con POLIGONO 3, 68.75 metros con POLIGONO 3, 82.89 metros con POLIGONO 3, 55.91 metros con POLIGONO 3, 73.61 metros con POLIGONO 3, 63.75 metros con POLIGONO 3, 50.95 metros con POLIGONO 3, 19.62 metros con POLIGONO 3, 45.77 metros con POLIGONO 3, 64.29 metros con POLIGONO 3, 54.48 metros con POLIGONO 3, 42.26 metros con POLIGONO 3; Al Noroeste, 29.76 metros con POLIGONO 3, 62.04 metros con POLIGONO 3, 55.69 metros con POLIGONO 3, 126.69 metros con POLIGONO



CONFIDENTIAL

DANSKE_0013437

"Diamante"

5, 9.03 metros con POLIGONO 5, 19.61 metros con POLIGONO 5, 51.37 metros con POLIGONO II ACCESO A PLANTA DESALADORA, 323.14 metros con POLIGONO II ACCESO A PLANTA DESALADORA, Lc = 84.13 metros con POLIGONO 6, 12.67 metros con POLIGONO 6, Lc = 112.02 metros con POLIGONO 6, Lc = 73.69 metros con POLIGONO 6, 265.36 metros con POLIGONO 6, 20.68 metros con LOTE FRACCION B, 25.64 metros con POLIGONO 3, 24.58 metros con POLIGONO 3, 27.06 metros con POLIGONO 3, 24.07 metros con POLIGONO 3, 79.43 metros con POLIGONO 3, 67.00 metros con POLIGONO 3, 59.01 metros con POLIGONO 3, 20.10 metros con POLIGONO 3, 43.50 metros con POLIGONO 3, 49.48 metros con POLIGONO 3, 51.98 metros con POLIGONO 3; Al Sureste, 53.31 metros con POLIGONO 3, 29.26 metros con POLIGONO 3, 28.00 metros con POLIGONO 3, 27.05 metros con POLIGONO 3, 27.65 metros con POLIGONO 3, 25.84 metros con POLIGONO 3, 15.44 metros con POLIGONO 3, 27.70 metros con POLIGONO 3, 29.61 metros con POLIGONO 3, 27.37 metros con POLIGONO 3, 28.42 metros con POLIGONO 3, 30.53 metros con POLIGONO 3, 43.71 metros con POLIGONO 3, 55.06 metros con POLIGONO 3, 44.36 metros con POLIGONO 6, 55.70 metros con POLIGONO 6, 21.72 metros con POLIGONO 6, 48.72 metros con POLIGONO 6, 38.53 metros con POLIGONO 6, 183.89 metros con FRACCION D, 47.62 metros con FRACCION D, 35.34 metros con FRACCION D, 101.82 metros con FRACCION D, 57.01 metros con FRACCION D, 32.93 metros con FRACCION D, 145.56 metros con EJIDO CABO SAN LUCAS, 94.41 metros con POLIGONO 3, 113.11 metros con POLIGONO 3; y Al Suroeste, 32.49 metros con POLIGONO 3, 36.39 metros con POLIGONO 3, 126.21 metros con POLIGONO 3, 135.67 metros con POLIGONO 3, 44.84 metros con POLIGONO 3, 39.10 metros con POLIGONO 3, 21.97 metros con POLIGONO 3, 34.82 metros con POLIGONO 3, 147.41 metros con POLIGONO 6, 143.56 metros con POLIGONO 6, 197.63 metros con POLIGONO 6, 98.57 metros con POLIGONO 6, 11.31 metros con POLIGONO 6, 108.63 metros con POLIGONO 6, 81.42 metros con  POLIGONO 6, 82.42 metros con POLIGONO 6, 159.47 metros con FRACCION D, 31.94 metros con FRACCION D, 90.76 metros con FRACCION D, 80.46 metros con FRACCION D, 60.72 metros con FRACCION D, 64.91 metros con FRACCION C, 72.66 metros con FRACCION C, 116.54 metros con FRACCION C, 44.17 metros con FRACCION C, 30.91 metros con FRACCION B, 36.10 metros con FRACCION B, 107.54 metros con FRACCION B, 98.16 metros con FRACCION B, 27.28 metros con FRACCION B, 69.49 metros con FRACCION B, 24.43 metros con FRACCION B, 70.96 metros con LOTE FRACCION A, 87.51 metros con LOTE FRACCION A, 29.51 metros con LOTE FRACCION A, 12.65 metros con FRACCION A, 48.95 metros con FRACCION A, 37.16 metros con FRACCION A, 43.63 metros con FRACCION A, 66.05 metros con FRACCION A, 14.90 metros con POLIGONO 3, 25.74 metros con POLIGONO 3 y 14.95 metros con POLIGONO 3.

Clave Catastral: 402-013-0001

**SALVO Y EXCEPTO:** Lote A (superficie 5,519.12 metros cuadrados), Lote B (superficie 4,904.31 metros cuadrados) y Área Común Única (superficie 3,735.60 metros cuadrados), como se define en el **Régimen de Propiedad en Condominio Maestro denominado "DRC"**, en virtud de la **Escritura Pública No. 11,180 de fecha 20 de diciembre de 2013**, otorgada ante la fe del Lic. Fernando González Rubio Cerecer, Notario Público No. 14 del Estado de Baja California Sur, México, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, bajo el No. 162, Foja 162, Vol. DLX, Sección I, en fecha 9 de enero de 2014 y bajo el No. 27, Foja 27, Vol. I Regímenes, Sección I, en fecha 9 de enero de 2014; y Polígono 1 Fracción "E", del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 30,079.841 metros cuadrados.

**Parcela VIII**
Toda aquella fracción o parcela de terreno designada y descrita como Polígono 2, del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 847,279.408 metros cuadrados, con las siguientes Medidas y Colindancias:

Al Norte, 699.100 metros con POLÍGONO 3; Al Sur, 570.040 metros con POLÍGONO 3 EN L/Q; Al Este, 1,392.090 metros con POLÍGONO 3; y Al Oeste, 1,311.130 metros con POLÍGONO II ACCESO PLANTA DESALADORA.

Clave Catastral: 402-013-0082




CONFIDENTIAL

DANSKE_0013438

"Diamante"

**Parcela IX**
Toda aquella fracción o parcela de terreno designada y descrita como Polígono 4, del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 1,154,794.117 metros cuadrados, con las siguientes Medidas y Colindancias:

Al Norte, 2,300.230 metros con LOS CANGREJOS (VICTOR H. CESEÑA DIAZ); Al Sur, 1,236.270 metros con POLÍGONO 3 EN L/Q; Al Este, 936.760 metros con FRACCIÓN "B" NESTOR JOSE HERRERA RICHIE; y Al Oeste, 4,892.200 metros con POLÍGONO 3 EN L/Q y 20.390 metros con POLÍGONO II ACCESO A PLANTA DESALADORA.

Clave Catastral: 402-013-0084

**Parcela X**
Toda aquella fracción o parcela de terreno designada y descrita como Polígono 5, del Predio "El Cardonal" del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Estado de Baja California Sur, México, con una superficie de 58,359.077 metros cuadrados, con las siguientes Medidas y Colindancias:

Al Norte, 396.780 metros con POLÍGONO 3; Al Sur, 366.690 metros con POLÍGONO I EN L/Q; Al Este, 126.690 metros con POLÍGONO I; y Al Oeste, 151.300 metros con POLÍGONO II ACCESO A PLANTA DESALADORA.

Clave Catastral: 402-013-0085

**Parcela XI**

Las unidades en Condominio, localizadas en el Municipio de Los Cabos, Baja California Sur, México, dichas unidades son descritas como **Condominio 3 The Village, Condominio 4 The Estate, Condominio 5 Ocean View y Condominio 6 Ocean View 2**, como se definen en el Régimen de Propiedad en Condominio Maestro denominado "Diamante Cabo San Lucas", en virtud de la **Escritura Pública No. 82,871 de fecha 18 de mayo de 2010**, otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaría Pública No. 7 del Estado de Baja California Sur, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 127, Foja 127, Vol. CDXXXVIII, Sección I, en fecha 21 de mayo de 2010.

**Parcela XII**


Las unidades en Sub-Condominio dentro del Condominio Maestro "Diamante Cabo San Lucas", localizado en el Municipio de Los Cabos, Baja California Sur, México, dichas unidades son descritas como Lote 1, 2, 3, 4 y 69 Manzana 1; Lotes 6, 7, 8, 9, 10, 11, 12, 14, 15, 70 y 71 Manzana 2; Lotes 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32 y 68 Manzana 3; Lotes 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 67, 72 y 73 Manzana 4; Lotes 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64 65, 66 74 y 75 Manzana 5 como se define en el Régimen de Propiedad en **Sub-Condominio denominado Condominio 1 "Golf Villas"**, en virtud de la **Escritura Pública No. 82,876 de fecha 18 de abril de 2010**, otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaría Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 133, Foja 133, Vol. CDXXXVIII, Sección I, en fecha 27 de mayo de 2010.

**Parcela XIII**
Las unidades en Sub-Condominio dentro del Condominio Maestro "Diamante Cabo San Lucas", localizado en el Municipio de Los Cabos, Baja California Sur, México, dichas unidades son descritas como Lote 1, 2, 3, 5, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 23, 26, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 53, 62, 66, 68, 71, 73, 74, 78, 79 de la Manzana 1, como se define en el Régimen de Propiedad en **Sub-Condominio denominado Condominio 2 "Sunset Hill"**, en virtud de la **Escritura Pública No. 83,280 de fecha 29 de junio de 2010**, otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaría Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 24, Foja 24, Vol. CDXLVIII, Sección I, en fecha 7 de julio de 2010.



CONFIDENTIAL

DANSKE_0013439

"Diamante"



**Parcela XIV**

Las unidades en Condominio dentro del Desarrollo "Diamante Cabo San Lucas", localizado en el Municipio de Los Cabos, Baja California Sur, México, dichas unidades son descritas como Lote 1, 4, 7, 9, 10, 12, 13, 14, 16, 17, 18, 19, 27, 28, 30, 36, 43, 48 y 50 de la Manzana 1, como se define en el **Régimen de Propiedad en Condominio denominado "Beach Estates"**, en virtud de la **Escritura Pública No. 3,016 de fecha 22 de junio de 2011**, otorgada ante la fe del Lic. Karim Francisco Martinez Lizarraga, Notario Público No. 22 del Estado de Baja California Sur, México, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, bajo el No. 163, Foja 163, Vol. CDLXXX-EP, Sección I, en fecha 24 de junio de 2011.

**Nota: Esta Póliza substituye y Cancela la Póliza No. FNTMX13-000085 emitida por Fidelity National Title de México, S.A. de C.V.**









CONFIDENTIAL                                    DANSKE_0013440

"Diamante"

**FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.**
*Emitida en*
*México, Distrito Federal*

**PARTE I DEL ANEXO "B" DE LA PÓLIZA DE SEGURO DE TÍTULO DE PROPIEDAD INMOBILIARIA DE AREEDOR**

**EXCEPCIONES DE LA COBERTURA**

**Expediente No.** FNTMX14-000135        **Póliza No.** FNTMX14-000135

La presente Póliza no cubrirá pérdida o daño alguno (y la Compañía no pagará los costos, honorarios de abogados ni gastos) que se originen a causa de:

1. Impuestos, cuotas de mantenimiento u otros cargos o contribuciones de cualquier tipo para el año 2015 y años subsecuentes, así como impuestos, cargos o contribuciones subsecuentes para años anteriores, no vencidos y pagaderos todavía.

2. Derechos de terceros en las áreas comunes y áreas e instalaciones de recreación.

3. Cualquier Déficit en el área.

4. El impuesto predial por el año 2015, no vencidos y pagaderos todavía.

5. Cualquier disminución de la propiedad o déficit en el área o en las colindancias de la propiedad causadas por el aumento, avulsión, erosión o cambio de las colindancias con la Zona Federal Marítimo Terrestre.

6. Derechos públicos para tener acceso a la playa o el mar que sea colindante con el Inmueble.

7. Derechos, términos, condiciones, restricciones y estipulaciones contenidas en Oficio No. 127 de fecha 21 de noviembre de 1991, otorgada por la Dirección General de Obras Públicas, Planificación y Urbanismo.

8. Términos, servidumbres, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el Fideicomiso Traslativo de Dominio con cláusula de reversión, Contrato de Servidumbre y Contrato de Donación de Calle, celebrado por Alicia Ceseña de Colli y Atilio Colli Villarino, Playa Grande de Cabo San Lucas, S.A. de C.V., El Servicio de Agua Potable Municipal, Operador de Aguas Residuales y Sanidad de la Ciudad de Cabo San Lucas, Baja California Sur, y Scotiabank Inverlat, S.A., en favor del Ayuntamiento de la ciudad de Cabo San Lucas, Baja California Sur, México, en virtud de la **Escritura Pública No. 62,902, de fecha 1° de Septiembre de 2005,** otorgada ante la fe de Lic. Héctor Castro Castro, Notario Público No. 7 del Estado de Baja California Sur, México, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 97, Vol. CCXXXI, Sección I y bajo el No. 30, Foja 30, Vol. CCXXIII, Sección I, ambas el 18 de Noviembre de 2005. Modificado por **Escritura Pública No. 65,036 de fecha 10 de marzo de 2006,** inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México.

9. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: la **Afectación bajo el Régimen de Tiempo Compartido** (y su futura constitución), en virtud de la en virtud de la **Escritura Pública No. 84,644 de fecha 16 de diciembre de 2010,** otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, como Anotación Marginal bajo el No. 79, Foja 79, Vol. CDXXXIII, Sección I y como Anotación Marginal bajo el No. 135, Foja 135, Vol. CCLXV, Sección I, ambos en fecha 10 de marzo de 2011. **Parcela VI**

10. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el **Régimen de Propiedad en Condominio Maestro denominado "DRC",** en virtud de la **Escritura Pública No. 11,180 de fecha 20 de diciembre de 2013,** otorgada ante la fe del Lic. Fernando González Rubio Cerecer, Notario Público No. 14 del Estado de Baja California Sur, México, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, bajo el No. 162, Foja 162, Vol. DLX, Sección I, en fecha 9 de enero de 2014 y bajo el No. 27, Foja 27, Vol. I Regímenes, Sección I, en fecha 9 de enero de 2014. **Parcela VI**

CONFIDENTIAL      DANSKE_0013441



"Diamante"

11. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el Régimen de Propiedad en **Condominio Maestro identificado como "Diamante Cabo San Lucas"**, en virtud de la **Escritura Pública No. 82,871 de fecha 18 de mayo de 2010**, otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 127, Foja 127, Vol. CDXXXVIII, Sección I, en fecha 21 de mayo de 2010. **Parcelas XI, XII y XIII**

12. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el Régimen de Propiedad en **Sub-Condominio denominado Condominio 1 "Golf Villas"**, en virtud de la **Escritura Pública No. 82,876 de fecha 18 de abril de 2010**, otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 133, Foja 133, Vol. CDXXXVIII, Sección I, en fecha 27 de mayo de 2010. **Parcela XII**

13. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el Régimen de Propiedad en **Sub-Condominio identificado como Condominio 2 "Sunset Hill"**, en virtud de la en virtud de la **Escritura Pública No. 83,280 de fecha 29 de junio de 2010**, otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 24, Foja 24, Vol. CDXLVIII, Sección I, en fecha 7 de julio de 2010. **Parcela XIII**

14. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el Régimen de Propiedad en **Condominio denominado "Beach Estates"**, en virtud de la **Escritura Pública No. 3,016 de fecha 22 de junio de 2011**, otorgada ante la fe del Lic. Karim Francisco Martínez Lizarraga, Notario Público No. 22 del Estado de Baja California Sur, México, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, bajo el No. 163, Foja 163, Vol. CDLXXX-EP, Sección I, en fecha 24 de junio de 2011. **Parcela XIV**

15. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: la **Afectación bajo el Régimen de Tiempo Compartido** al Sub-Condominio identificado como Condominio 3 "The Village" (pendiente de constitución), en virtud de la en virtud de la **Escritura Pública No. 61,581 de fecha 16 de diciembre de 2011**, otorgada ante la fe del Lic. Armando Antonio Aguilar Mondragón, Notario Público No. 1 del Estado de Baja California Sur, México, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, como Anotación Marginal bajo el No. 127, Foja 127, Vol. CDXXXVIII EP, Sección I, en fecha 22 de diciembre de 2011. **Parcela XI**

16. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el Oficio No. RELOT/029/PU/2010 de fecha 7 de octubre de 2010, otorgado por la Dirección General de Planeación, Desarrollo Urbano y Ecología del Municipio de Los Cabos, Baja California Sur, México, con relación a los Dictámenes Técnicos de Áreas de Donación contenidos en el Oficio No. OV/246/PU/2010 de fecha 1 de marzo de 2010, Oficio No. OV/092/PU/2010 de fecha 9 de abril de 2010 y Acuerdo de Cabildo No. 376-IX-2007 de fecha 10 de julio de 2007.

17. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el Oficio No. SM/276/2012 de fecha 17 de agosto de 2012, otorgado por el Síndico Municipal de Los Cabos, Baja California Sur, México.

18. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el Acuerdo de Cabildo del Municipio de Los Cabos, Estado de Baja California Sur, México, en Sesión Ordinaria Permanente No. 33, celebrada en fecha 20 y 25 de febrero de 2013.

19. Servidumbre Voluntaria de Paso, Peatonal y Vehicular, Continua Perpetúa, Permanente, Aparente e Irrevocable Identificada con el No. (1) Uno; Servidumbre Voluntaria de Paso, Peatonal y Vehicular, Continua Perpetúa, Permanente, Aparente e Irrevocable Identificada con el No. (2) Dos; Servidumbre Voluntaria de Paso, Peatonal y Vehicular, Continua Perpetúa, Permanente, Aparente e Irrevocable Identificada con Vialidad de Acceso,

CONFIDENTIAL

DANSKE_0013442

"Diamante"

constituidas en virtud de la **Escritura Pública No. 14,071 de fecha 21 de diciembre de 2012**, otorgada ante la fe del Lic. Ricardo Cevallos Valdez, Notario Público No. 18 del Estado de Baja California Sur, México, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, Bajo el No. 188, Foja 188, Vol. DXXXII EP, Sección I, y como Anotación Marginal bajo el No. 188, Foja 188, Vol. DXXXII EP, Sección I, ambos en fecha 24 de enero de 2103.

20. Cualquier pérdida, costo o daño ocasionado por la demanda instaurada por Raúl García Martínez en su carácter de albacea de la sucesión de Julio Gómez Ritchie y Enedina Ruibal Costa  en contra de la Sucesión de Vicente Arballo Macklis, Diamante Cabo San Lucas, S. de R.L. de C.V., Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria y otros, juicio ordinario civil No. 922/09, radicada en el Juzgado de Primera Instancia del Ramo Civil y Familiar de los Cabos con Residencia en San José del Cabo, Baja California Sur. **Esta Póliza asegura a los asegurados contra cualquier pérdida o daño, incluyendo el costo de la defensa legal, que provenga del asunto descrito anteriormente.**

21. Cualquier pérdida, daño y/o consecuencia ocasionado por las Demandas Laborales instauradas por Robert Gaudet en contra Diamante Cabo San Lucas S. de R.L. de C.V. y Diamante Management LLC., ante la H. Junta Especial Número Uno de la Local de Conciliación y Arbitraje con Residencia en Ensenada, Estado de Baja California, México, Expediente Número: 172/2008, de fecha 14 de abril de 2008; y por Philip Andrew Kenner contra Diamante Cabo San Lucas S. de R.L. de C.V. y Diamante Management LLC., ante la H. Junta Especial Número Uno de la Local de Conciliación y Arbitraje con Residencia en Ensenada, Estado de Baja California, México, Expediente Número: 454/2008, de fecha 26 de agosto de 2008 y  1) DENISSE NALLELY TIRADO GUTIERREZ en contra de KENNETH JOWDY, JAMES MCCULLOUGH, BRADLEY HENGEL, DIAMANTE DE CABO SAN LUCAS, S. DE R. L. DE C.V., PRESTADORA DE SERVICIOS DIAMANTE S. DE R. L. DE C.V., ante la Junta Especial #6 de la Local de Conciliación y Arbitraje en Cabo San Lucas, B. C. S, de fecha 14 de enero de 2013, bajo el expediente número 026/13; 2) STEFAN PHILIP PEIRSON en contra de DIAMANTE CABO SAN LUCAS, S. DE R. L. DE C.V.,  PACIFICO ASSOCIATES, S.C., y LEGACY PROPERTIES, LLC., ante la Junta Federal Número 58 de La Paz, Baja California, de fecha 10 de febrero de 2010, bajo el expediente 052/2010/I; 3) CYNTHIA JAQUELINE OCHOA MAGAÑA en contra de PRESTADORA DE SERVICIOS DIAMANTE, S. DE R. L. DE C.V. Y/O FUENTE DE TRABAJO UBICADA EN EL DESARROLLO DIAMANTE ante la Junta Local #6 de Cabo San Lucas, B. C .S., de fecha 08 de abril de 2011, bajo los expedientes 203/2011 y 2233/12; 4) HOMERO MARTÍNEZ REGALADO en contra de DIAMANTE CABO SAN LUCAS, S. DE R. L. DE C.V., y PRESTADORA DE SERVICIOS DIAMANTE, S. DE R. L. DE C.V., ante la Junta Local #6 de Cabo San Lucas, B. C. S., de fecha 30 de julio de 2012, bajo los expedientes I-451/12 y I-2598/12, o cualquier sucesor a estos o apelación del mismo, no inscritas en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México.

22. Toma de Agua Potable Municipal ubicada a lo largo de la colindancia Oeste del Inmueble como se muestra en los Levantamientos Topográficos elaborados por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014.

23. Pozos 1, 2, 3, 4, 5 y Pozo Dulce ubicados dentro de la superficie identificados como Polígono 1-D y Polígono 6 del Inmueble, como se muestra en los Levantamientos Topográficos elaborados por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014.

24. Cualquier variación entre el límite de la colindancia este del Inmueble descrito en la descripción legal en la Escritura Pública inscrito en los Registros Públicos, y la línea física descrita y como se muestra en los Levantamientos Topográficos elaborados por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014.

25. La descripción legal inscrita en los Registros Públicos extiende en la colindancia norte por una distancia oculta que crea una posible superposición. No se otorga cobertura del seguro al área superpuesta con el inmueble localizado en la colindancia norte como se muestra en los Levantamientos Topográficos elaborados por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014.

CONFIDENTIAL

DANSKE_0013443

"Diamante"

26. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "P1-FA-01", revela lo siguiente:

**Parcela I**
a. Ninguno.

27. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "P1-FB-01", revela lo siguiente:

**Parcela II**
a. Ninguno.

28. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "P1-FC-01", revela lo siguiente:

**Parcela III**
a. Ninguno.

29. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "P1-FD-01", revela lo siguiente:

**Parcela IV**
a. Afectación por Escurrimiento Pluvial dentro de la propiedad.
b. Afectación por Línea de Electricidad Subterránea y Línea de Conducción de Agua Salada dentro de la propiedad.
c. Línea de Electricidad Subterránea y Línea de Conducción de Agua Salada, Pozo 4 y Pozo 5 dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

30. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "P1-FE-01", revela lo siguiente:

**Parcela V**
a. Afectación por Línea de Alimentación Eléctrica dentro de la propiedad.
b. Línea de Alimentación Eléctrica, Caminos para Carro de Golf, Construcciones, Línea de Agua Potable dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

31. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha de 20 de marzo de 2014, titulado como "P1-FF-01", revela lo siguiente:

**Parcela VI**
a. Afectación por Línea de Instalación Eléctrica, Línea de Drenaje Sanitario, Línea de Fibra Óptica dentro de la propiedad.
b. Línea de Instalación Eléctrica, Línea de Drenaje Sanitario, Línea de Fibra Óptica, Construcciones, Línea de Agua Potable dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

32. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "P1-FG-01", revela lo siguiente:

**Parcela VII**
a. Afectación por Escurrimiento Pluvial dentro de la propiedad.
b. Afectación por Línea de Instalación Eléctrica, Línea de Drenaje Sanitario, Línea de Fibra Óptica dentro de la propiedad.
c. Línea de Instalación Eléctrica, Línea de Drenaje Sanitario, Línea de Fibra Óptica, Caminos para Campo de Golf, Núcleos de Baños, Estación de Bombeo para Riego Principal, Conductos de Agua Tratada, Tuberías para Riego, Construcciones, Línea de Agua Potable

CONFIDENTIAL




DANSKE_0013444

dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

d. Afectación por Servidumbre 1 y Servidumbre 2 dentro de la propiedad.
e. Afectación por Arroyo El Cardonal dentro de la propiedad.
f. Colindancias Defectuosas en el lado Suroeste establecidas en la descripción legal de la propiedad.

33. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "EC-LOT-02", revela lo siguiente:

**Parcela VIII**
a. Afectación por Escurrimiento Pluvial dentro de la propiedad.
b. Afectación por Línea Eléctrica CFE Aérea dentro de la propiedad.
c. Línea Eléctrica CFE Aérea, Línea de Agua Potable dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

34. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "EC-LOT-04", revela lo siguiente:

**Parcela IX**
a. Afectación por Escurrimiento Pluvial Natural dentro de la propiedad.
b. Afectación por Línea Eléctrica CFE Aérea, Fibra Óptica Telmex Aérea dentro de la propiedad.
c. Afectación Blvd. Diamante entre el punto 27 y 28 en la esquina noroeste de la propiedad.
d. Afectación por Arroyo El Cardonal dentro de la propiedad.
e. Línea Eléctrica CFE Aérea, Fibra Óptica Telmex Aérea, Línea de Agua Potable, Cisterna Agua Potable dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

35. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "EC-LOT-05", revela lo siguiente:

**Parcela X**
a. Afectación por Línea Eléctrica CFE Subterránea, Conducción de Agua a la Laguna dentro de la propiedad.
b. Línea Eléctrica CFE Subterránea, Conducción de Agua a la Laguna, Tubería para Conducción de Agua Lagos, Tubería para Agua Salobre, Planta Desaladora, Nave de Mantenimiento, Línea de Agua Potable, Cisterna Agua Potable dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

36. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "CON-03", revela lo siguiente:

**Parcela XI Condominio 3 The Village**
a. Afectación por Escurrimiento Pluvial Natural dentro de la propiedad.
b. Afectación por Tubería de Drenaje Sanitario en el lado este dentro de la propiedad.
c. Tubería de Drenaje Sanitario, Conductos de Agua para la Laguna, Línea Eléctrica, Línea de Fibra Óptica, Construcciones, Caminos Internos dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

37. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "CON-04", revela lo siguiente:

38. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "CON-05", revela lo siguiente:

**Parcela XI Condominio 5 Ocean Vista 1**
a. Afectación por Escurrimiento Pluvial Natural dentro de la propiedad.
b. Afectación por Línea Eléctrica CFE Aérea y Fibra Óptica Telmex Aérea dentro de la propiedad.





CONFIDENTIAL

DANSKE_0013445

"Diamante"

c. Línea Eléctrica CFE Aérea y Fibra Óptica Telmex Aérea, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

39. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "CON-06", revela lo siguiente:

**Parcela XI Condominio 6 Ocean Vista 2**
a. Afectación por Escurrimiento Pluvial Natural dentro de la propiedad.
b. Afectación por Línea Eléctrica CFE Aérea y Fibra Óptica Telmex Aérea dentro de la propiedad.
c. Línea Eléctrica CFE Aérea y Fibra Óptica Telmex Aérea, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

40. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "CON-01", revela lo siguiente:

**Parcela XII**
a. Afectación por Escurrimiento Pluvial Natural dentro de la propiedad.
b. Afectación por Línea de Electricidad Subterránea dentro de la propiedad.
c. Línea de Electricidad Subterránea, Tubería para Conductos Agua Lagos, Tubería de Agua Potable, Tubería para Agua Tratada, Conductos de Energía Eléctrica, Construcciones, Caminos Internos dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

41. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "CON-02", revela lo siguiente:

**Parcela XIII**
a. Afectación por Escurrimiento Pluvial Natural dentro de la propiedad.
b. Afectación por Tubería de Drenaje Sanitario y Línea Eléctrica Subterránea dentro de la propiedad.
c. Tubería de Drenaje Sanitario y Línea Eléctrica Subterránea, Postes para tendido Eléctrico Aéreo, Construcciones, Caminos Internos dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

42. El Levantamiento Topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014, titulado como "EC-LOT-06", revela lo siguiente:

**Parcela XIV**
a. Afectación por Arroyo El Cardonal dentro de la propiedad.
b. Afectación por Línea de Electricidad Subterránea y Línea de Conducción de Agua Salada dentro de la propiedad.
c. Línea de Electricidad Subterránea y Línea de Conducción de Agua Salada, Pozo 1, Pozo 2 y Pozo 3, Construcciones, Caminos Internos, Conductos de Energía Eléctrica, Tubería Para Riego, Tubería para Agua Sobrante, Rechazo Desaladora Absorción dentro de la propiedad, se exceptúan los derechos de terceras partes para acceder, usar y mantener.

43. Términos, acuerdos, obligaciones, condiciones y/o restricciones como se estipulan en: el Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, celebrado por Diamante Cabo San Lucas, S. de R.L. de C.V. como Fideicomitente, Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria, como Fiduciario, Lehman Brothers Holdings Inc., como Fideicomisario en Primer Lugar por un monto principal de $125,000,000.00 USD y Diamante Cabo San Lucas, S. de R.L. de C.V. como Deudor y Fideicomisario en Segundo Lugar, en virtud de la **Escritura Pública No. 65,041, de fecha 10 de marzo de 2006**, otorgada ante la fe del Lic. José Alberto Castro Salazar Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, cuyo titular es el Lic. Héctor Castro Castro, inscrita en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo el No. 135, Vol. CCXLV, Sección I, en fecha 8 de mayo de 2006; Modificado en virtud del Convenio Modificatorio y de Reexpresión del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, celebrado por The Bank of New York Mellon, S.A., Institución de Banca Múltiple (como Causahabiente Universal Final de Banco J.P. Morgan, S.A.,

Page 15 of 42



DANSKE_0013446

"Diamante"

Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria) como Fiduciario, Diamante Cabo San Lucas, S. de R.L. de C.V. como Fideicomitente y Fideicomisario en Segundo Lugar y Danske Bank A/S, London Branch, como Fideicomisario en Primer Lugar, por un monto principal de $125,000,000.00 USD (el "**Convenio Modificatorio**"), contenido en la **Escritura Pública No. 78,882, de fecha 6 de marzo de 2009** (conforme a la Sustitución Fiduciaria efectuada por Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria a favor de The Bank of New York Mellon, S.A., Institución de Banca Múltiple contenida en **Escritura Pública No. 51,521 de fecha 19 de noviembre de 2008**, inscrita bajo Folio Mercantil No. 384235, de fecha 24 de noviembre de 2008, en el Registro Público de la Propiedad y Comercio del Distrito Federal, México ((la "**Sustitución Fiduciaria**")) adjunto es referido en el Anexo "F" del Convenio Modificatorio, y el Convenio de Cesión de Derechos Fideicomisarios en Primer Lugar del Contrato de Fideicomiso Irrevocable Traslativo de Dominio y de Garantía Número F/00321, en fecha 13 de enero de 2009, celebrado por Lehman Brothers Holdings Inc., como Cedente y Danske Bank A/S, London Branch, como Acreedor y Cesionario y Fideicomisario en Primer Lugar por un monto principal de $125,000,000.00 USD, con las instrucciones y consentimiento de Diamante Cabo San Lucas S. de R.L. de C.V., como Deudor y Fideicomisario en Segundo Lugar, (((la "**Cesión Omnibus**")}), adjunta y referida en el Anexo "A" y Anexo "B" del Convenio Modificatorio), inscrito en el Registro Público de la Propiedad de los Cabos, Baja California Sur, México, bajo Anotación Marginal en el No. 135, Foja 135, Vol. CCXLV, Sección I, en fecha 23 de abril de 2009; **Acta No. 2,994 de fecha 26 de enero de 2010**, la cual contiene Reconocimiento de Crédito, de conformidad con el convenio modificatorio del préstamo que otorga un crédito adicional de $4,000,000.00 USD, celebrado por Diamante Cabo San Lucas S. de R.L. de C.V., como Deudor y notificado a The Bank of New York Mellon, S.A., Institución de Banca Múltiple como Fiduciario del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en el Número 135, Foja 135, Vol. CCXLV, Sección I, en fecha 11 de febrero de 2010; Modificado, en virtud del Convenio Modificatorio (el "**Segundo Convenio Modificatorio**") del Fideicomiso Irrevocable Traslativo de Dominio y de Garantía No F/00321, celebrado por The Bank of New York Mellon, S.A., Institución de Banca Múltiple como Fiduciario, Diamante Cabo San Lucas, S. de R.L. de C.V. como Fideicomitente y Fideicomisario en Segundo Lugar y Danske Bank A/S, London Branch, la Sucursal de Londres de una Sociedad constituida en el Reino de Dinamarca, como Fideicomisario en Primer Lugar, contenido en la **Escritura Pública No. 91,326 de fecha 26 de abril de 2013**, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 133, 79, 127, 24, 163 y 188, respectivamente, Fojas 133, 79, 127, 24, 163 y 188, respectivamente, Vol. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIII EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectivamente, Sec. I, en fecha 12 de septiembre de 2013; **La Escritura Pública No. 92,046, de fecha 30 de julio de 2013**, que contiene un Acta Aclaratoria, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 133, 79, 127, 24, 163 y 188, Fojas 133, 79, 127, 24, 163 y 188, respectivamente, Vol. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIII EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectivamente, Sec. I, en fecha 12 de septiembre de 2013; y la **Escritura Pública No. 91,327, de fecha 26 de abril de 2013**, que contiene la Notificación efectuada a The Bank of New York Mellon, S.A., Institución de Banca Múltiple (Causahabiente Universal Final de Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria) como Fiduciario del Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía No. F/00321, a solicitud de por Diamante Cabo San Lucas, S de R.L. de C.V., en su carácter de Deudor, respecto del Reconocimiento de Adeudo, mediante el cual reconoce que el Adeudo con Danske Bank A/S London Branch se incrementa por la cantidad de $5,500,000.00 USD, lo anterior como consecuencia de la Segunda Modificación al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía No. F/00321, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 133, 79, 127, 24, 163 y 188, Fojas 133, 79, 127, 24, 163 y 188, respectivamente, Vol. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIII EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectivamente, Sec. I, en fecha 5 de diciembre de 2013; Modificado, en virtud del Reconocimiento del cambio de denominación social del Fiduciario a CI Banco, S.A. Institución de Banca Múltiple, contenido en la






CONFIDENTIAL

DANSKE_0013447

"Diamante"

**Escritura Pública No. 94,016 de fecha 13 de mayo de 2014**, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 24, 79, 127, 133, 162, 163 y 188, Fojas 24, 79, 127, 133, 162, 163 y 188, respectivamente, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX y DXXXII, respectivamente, Sec. I, en fecha 27 de mayo de 2014; Modificado, en virtud del Reconocimiento de Adeudo y Tercer Convenio Modificatorio del Crédito y Re-expresión del Contrato de Crédito, incrementando el Crédito por un monto de $10,000,000.00 USD, y Reconocimiento y Aceptación de los Convenios de los años 2010 y 2013, contenido en la **Escritura Pública No. 94,012 de fecha 13 de mayo de 2014**, otorgada ante la fe del Lic. José Alberto Castro Salazar, Notario Público adscrito a la Notaria Pública No. 7 del Estado de Baja California Sur, México, inscrito en el Registro Público de la Propiedad de San José del Cabo, Baja California Sur, México, bajo Anotación Marginal en los No. 24, 79, 127, 133, 162, 163 y 188, Fojas 24, 79, 127, 133, 162, 163 y 188, respectivamente, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX y DXXXII, respectivamente, Sec. I, en fecha 27 de mayo de 2014.

**Nota 1:** La Póliza es emitida simultáneamente con la póliza Número M-7742-0763 emitida por Stewart Title Guaranty de México, S.A. de C.V., por el monto de $78,250,000.00 USD. En el caso de que la obligación por cualquier pérdida haya sido declarada de conformidad a los términos y condiciones de la Póliza, la Compañía no estará obligada con el Asegurado por un monto superior a la perdida que al monto establecido en esta póliza a ser emitida por la Compañía.

Fidelity National Title de México, S.A. de C.V., o cualquier filial, subsidiaria o Compañía matriz de la misma, (FNT México) no asume ninguna responsabilidad por, cualquier pérdida que el Asegurado pueda sufrir, si la hubiera, como resultado de cualquier inexactitud, error u omisión en cualquier traducción proporcionada por FNT México. Asimismo el Asegurado acuerda relevar a FNT México de dicha responsabilidad. Por favor téngase por advertido que los términos legales o cualquier otro término técnico, pueden no tener una traducción en ingles literal y por lo tanto la traducción no se debe confiar de la misma. En caso de cualquier conflicto entre la versión en idioma español y la versión en idioma inglés, la versión en idioma español prevalecerá.

No obstante a cualquier término establecido en esta Póliza, FNT México y Stewart Title Guaranty de México, S.A. de C.V. ("Las Aseguradoras"), podrán estar obligadas respectiva y proporcionalmente de cualquier perdida en que las Aseguradoras puedan tener responsabilidad bajo los términos de las Pólizas, así como la parte proporcional de todos los costos en los cuales Las Aseguradoras puedan estar obligadas a pagar bajo las condiciones de las Pólizas de acuerdo a los montos estipulados a continuación y establecidos en el Anexo A de esta Póliza:

Fidelity National Title de México, S.A. de C.V.-------------------------------------- $78,250,000.00 USD

Stewart Title Guaranty de México, S.A. de C.V. -------------------------------------- $78,250,000.00 USD

Cuando el término "Compañía" sea empleado en esta Póliza, dicho término será interpretado y significará Las Aseguradoras; y en cualquier sentido el singular deberá incluir el plural.

**Nota 2:** La Póliza a ser emitida substituye y Cancela la Póliza No. FNTMX13-000085 emitida por Fidelity National Title de México, S.A. de C.V.






CONFIDENTIAL

DANSKE_0013448

"Diamante"



**FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.**
*Emitida en*
*México, Distrito Federal*

**PARTE II DEL ANEXO "B" DE LA PÓLIZA DE SEGURO DE TÍTULO DE PROPIEDAD
INMOBILIARIA DE ACREEDOR**

**Expediente No.** FNTMX14-000135                    **Póliza No.** FNTMX14-000135

En adición a lo establecido en la Parte I del presente Anexo, el título de propiedad estará sujeto a lo señalado a continuación, y la Compañía cubrirá la pérdida o daño sufrido en caso de que lo siguiente no se encuentre subordinado al gravamen de la Garantía Asegurada:

Ninguno

**Nota: Esta Póliza substituye y Cancela la Póliza No. FNTMX13-000085 emitida por Fidelity National Title de México, S.A. de C.V.**













Page 18 of 42

CONFIDENTIAL                                                                                      DANSKE_0013449



"Diamante"

### FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.
*Issued at*
*Mexico, Federal District*

### SCHEDULE "A" OF THE LOAN POLICY OF TITLE INSURANCE

**File No.** FNTMX14-000135                          **Policy No.** FNTMX14-000135

**Premium:** $88,200.00 USD
**VAT:** $14,112.00 USD
**Total:** $102,312.00 USD

**Policy Date:** May 13, 2014

1. Name of Insured: Danske Bank A/S, London Branch, as Beneficiary in First Place of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, and its successors and/or assigns.

2. Amount of Insurance: $78,250,000.00 USD

3. The estate or interest in the Real Property that is subject to the Insured Guaranty Trust is:

   Beneficial Interest

4. The estate or interest is vested in:

   **Danske Bank A/S, London Branch, a London Branch**, as Beneficiary in First Place of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, executed by Diamante Cabo San Lucas S. de R.L. de C.V., as Settlor and Beneficiary in Second Place, Lehman Brothers Holdings Inc., as Beneficiary in First Place and Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division, as Trustee, by virtue of the **Public Instrument No. 65,041 dated March 10, 2006** granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under No. 135, Page 135, Vol. CCXLV, First Section on May 8, 2006; Amended by virtue of the Trust Modification Agreement (the **"Trust Modification Agreement"**) of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, executed by The Bank of New York Mellon, S.A., Institucion de Banca Multiple (as Final Successor of Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division, contained in the **Public Instrument No. 51,521 dated November 19, 2008)**, recorded under Commerce Folio No. 384235 dated November 24, 2008, at the Public Registry of Property for Mexico City, Mexico ((the "Trustee Substitution")) attached and referred to in Exhibit "F" of the Trust Modification Agreement, and as set forth in the Assignment of the First Beneficial Trust Rights of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321 dated January 13, 2009, executed by Lehman Brothers Holdings Inc., as Assignor, and Danske Bank A/S, London Branch, as Lender, Assignee and Beneficiary in First Place, with instructions and agreement by Diamante Cabo San Lucas S. de R.L. de C.V., as Borrower and Beneficiary in Second Place (the **"Omnibus Assignment"**), attached and referred to in Exhibits "A" and "B", of the Trust Modification Agreement) as Trustee, Diamante Cabo San Lucas S. de R.L. de C.V., as Settlor and Beneficiary in Second Place and Danske Bank A/S, London Branch, as Lender, Assignee and Beneficiary in First Place, contained in the **Public Instrument No. 78,882 dated** March 6, 2009, granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under Marginal Note No. 135, Page 135, Vol. CCXLV, First Section on April 13, 2009; Amended by virtue of the Acknowledgment of an increase of Debt, contained in the **Public Instrument (Acta) No. 2,994 dated January 26, 2010**, granted before Julio Alejandro Duran Gomez, Corredor Publico No. 13 for Mexico City, Federal District, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under Marginal Note No. 135, Page 135, Vol. CCXLV, First Section on February 11, 2010; Amended by virtue of the Trust Modification Agreement (the **"Second Trust Modification Agreement"**) of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, executed by The Bank of New York Mellon, S.A., Institucion de Banca Multiple as Trustee, Diamante Cabo San Lucas S. de R.L. de C.V., as Settlor and Beneficiary in Second Place and Danske Bank A/S, London Branch, as Beneficiary in First



CONFIDENTIAL

DANSKE_0013450

"Diamante"

Place, contained in the **Public Instrument No. 91,326, dated April 26, 2013,** granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 133, 79, 127, 24, 163 and 188, respectively, Pages 133, 79, 127, 24, 163 and 188, respectively, Vols. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIIL EP, CDXLVIII EP, CDLXXX EP and DXXXII, respectively, Sec. I, on September 12, 2013; **Public Instrument No. 92,046, dated July 30, 2013,** containing the *Acta Aclaratoria (Legal Act of Clarification)*, granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 133, 79, 127, 24, 163 and 188, Pages 133, 79, 127, 24, 163 and 188, respectively, Vols. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIIL EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectively, Sec. I, on September 12, 2013; and **Public Instrument No. 91,327, dated April 26, 2013**, containing the Notification to The Bank of New York Mellon, S.A., Institucion de Banca Multiple (as Final Successor of Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division), as Trustee of Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, requested by Diamante Cabo San Lucas, S. de R. L. de C.V., as Debtor, with respect to the Debt with Danske Bank A/S London Branch, increasing in the amount of $5,500,000.00 USD, as a result of and in accordance with the Second Modification Agreement of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 133, 79, 127, 24, 163 and 188, Pages 133, 79, 127, 24, 163 and 188, respectively, Vols. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIIL EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectively, Sec. I, on December 5, 2013; Amended by virtue of the Acknowledgment of the change of the name of the entity of the Trustee to CI Banco, S.A. Institución de Banca Múltiple, contained in the **Public Instrument No. 94,016, dated May 13, 2014,** granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers No. 24, 79, 127, 133, 162, 163 and 188, Pages 24, 79, 127, 133, 162, 163 and 188, respectively, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, DLX, CDLXXX and DXXXII, respectively, Sec. I, on May 27, 2014; Amended by virtue of the Third Modification Agreement and Re-expression of the Credit Contract, increasing the loan in the amount of $10,000,000.00 USD, and acknowledging and confirming agreement of the 2010 and 2013 modification documents, contained in the **Public Instrument No. 94,012, dated May 13, 2014,** granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers No. 24, 79, 127, 133, 162, 163 and 188, Pages 24, 79, 127, 133, 162, 163 and 188, respectively, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX and DXXXII, respectively, Sec. I, on May 27, 2014.

5.   Legal Title to the land described in item 7 of Schedule "A" hereof is vested in:

CI Banco, S.A., Institución de Banca Múltiple, (formerly known as The Bank of New York Mellon, S.A., Institución de Banca Múltiple (as Final Successor of Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, Trust Division), as Trustee.

6.   The Insured Irrevocable Transfer of Dominion and Guaranty Trust Agreement and its assignments, if any, are described as follows:

**Danske Bank A/S, London Branch, a London Branch**, as Beneficiary in First Place in an amount of $156,500,000.00 USD by virtue of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, executed by Diamante Cabo San Lucas S. de R.L. de C.V., as Settlor, Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division, as Trustee, Lehman Brothers Holdings Inc., as Beneficiary in First Place in an amount of $125,000,000.00 USD and Diamante Cabo San Lucas S. de R.L. de C.V., as Debtor and Beneficiary in Second Place, by virtue of the **Public Instrument No. 65,041 dated March 10, 2006** granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge

CONFIDENTIAL

DANSKE_0013451



"Diamante"

of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under No. 135, Page 135, Vol. CCXLV, First Section on May 8, 2006; Amended by virtue of the Trust Modification Agreement for the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321 executed by The Bank of New York Mellon, S.A., Institucion de Banca Multiple (as Final Successor of Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division) as Trustee, Diamante Cabo San Lucas S. de R.L. de C.V., as Settlor and Beneficiary in Second Place and Danske Bank A/S, London Branch, as Beneficiary in First Place in an amount of $125,000,000.00 USD (the **"Trust Modification Agreement"**), contained in the **Public Instrument No. 78,882 dated March 6, 2009** (according to the Trustee Substitution executed by Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division in favor of The Bank of New York Mellon, S.A., Institucion de Banca Multiple contained in the **Public Instrument No. 51,521 dated November 19, 2008**, recorded under Commerce Folio No. 384235 dated November 24, 2008, at the Public Registry of Property for Mexico City, Mexico ((the **"Trustee Substitution"**)) attached and referred to in Exhibit "F" of the Trust Modification Agreement, and as set forth in the Assignment of the First Beneficial Trust Rights of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321 dated January 13, 2009, executed by Lehman Brothers Holdings Inc., as Assignor, and Danske Bank A/S, London Branch, as Lender, Assignee and Beneficiary in First Place in an amount of $125,000,000.00 USD, with instructions and agreement by Diamante Cabo San Lucas S. de R.L. de C.V., as Borrower and Beneficiary in Second Place (((the **"Omnibus Assignment"**))), attached and referred to in Exhibits "A" and "B", of the First Trust Modification Agreement), recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under Marginal Note No. 135, Page 135, Vol. CCXLV, First Section on April 13, 2009; **Public Instrument (Acta) No. 2,994 dated January 26, 2010**, containing Acknowledgment of an increase of Debt for additional credit in an amount of $4,000,000.00 USD, executed by Diamante Cabo San Lucas S. de R.L. de C.V., as Borrower and notified to The Bank of New York Mellon, S.A., Institución de Banca Múltiple as Trustee of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under Marginal Note No. 135, Page 135, Vol. CCXLV, First Section on February 11, 2010; Amended by virtue of the Trust Modification Agreement (the **"Second Trust Modification Agreement"**) of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, executed by The Bank of New York Mellon, S.A., Institucion de Banca Multiple as Trustee, Diamante Cabo San Lucas S. de R.L. de C.V., as Settlor and Beneficiary in Second Place and Danske Bank A/S, London Branch, as Beneficiary in First Place, contained in the **Public Instrument No. 91,326, dated April 26, 2013,** granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 133, 79, 127, 24, 163 and 188, respectively, Pages 133, 79, 127, 24, 163 and 188, respectively, Vols. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIIL EP, CDXLVIII EP, CDLXXX EP and DXXXII, respectively, Sec. I, on September 12, 2013; **Public Instrument No. 92,046, dated July 30, 2013,** containing the *Acta Aclaratoria* (Legal Act of Clarification*)*, granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 133, 79, 127, 24, 163 and 188, Pages 133, 79, 127, 24, 163 and 188, respectively, Vols. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIIL EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectively, Sec. I, on September 12, 2013; and **Public Instrument No. 91,327, dated April 26, 2013**, containing the Notification to The Bank of New York Mellon, S.A., Institucion de Banca Multiple (as Final Successor of Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division), as Trustee of Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, requested by Diamante Cabo San Lucas, S. de R. L. de C.V., as Debtor, with respect to the Debt with Danske Bank A/S London Branch, increasing in the amount of $5,500,000.00 USD, as a result of and in accordance with the Second Modification Agreement of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 133, 79, 127, 24, 163 and 188, Pages 133, 79, 127, 24, 163 and 188, respectively, Vols. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIIL EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectively, Sec. I, on December 5, 2013; Amended by virtue of the Acknowledgment of the change of the name of the entity of the Trustee to CI Banco, S.A. Institución de Banca Múltiple, contained in the **Public Instrument No. 94,016, dated May**

CONFIDENTIAL

DANSKE_0013452






"Diamante"



**13, 2014,** granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers No. 24, 79, 127, 133, 162, 163 and 188, Pages 24, 79, 127, 133, 162, 163 and 188, respectively, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX and DXXXII, respectively, Sec. I, on May 27, 2014; Amended by virtue of the Third Modification Agreement and Re-expression of the Credit Contract, increasing the loan in the amount of $10,000,000.00 USD, and acknowledging and confirming agreement of the 2010 and 2013 modification documents, contained in the **Public Instrument No. 94,012, dated May 13, 2014,** granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers No. 24, 79, 127, 133, 162, 163 and 188, Pages 24, 79, 127, 133, 162, 163 and 188, respectively, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX and DXXXII, respectively, Sec. I, on May 27, 2014.

7.   The Real Property insured by this Policy is described as follows:

**Parcel I**
All that certain piece or parcel of land designated and described as Polygon 1 Fraction "A" of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 198,641.012 square meters, with Metes and Boundaries (in Spanish Language) as follows:

Al Noreste, 66.05 metros con FRACCION G, 43.63 metros con FRACCION G, 37.16 metros con FRACCION G, 48.95 metros con FRACCION G,12.65 metros con FRACCION G, 29.51 metros con LOTE SERVIDUMBRE 1, 87.51 metros con LOTE SERVIDUMBRE 1, 70.96 metros con LOTE SERVIDUMBRE 1; Al Noroeste, 536.33 metros con LOTE FRACCION B; Al Sureste, 541.18 metros con EJIDO CABO SAN LUCAS; y Al Suroeste, 22.76 metros con ZONA FEDERAL MARITIMO TERRESTRE, 30.72 metros con ZONA FEDERAL MARITIMO TERRESTRE, 28.66 metros con ZONA FEDERAL MARITIMO TERRESTRE, 30.00 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.99 metros con ZONA FEDERAL MARITIMO TERRESTRE, 33.02 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.49 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.99 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.44 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.21 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.02 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.69 metros con ZONA FEDERAL MARITIMO TERRESTRE, 6.91 metros con ZONA FEDERAL MARITIMO TERRESTRE.

Cadastral Id. No.: 402-013-1121

**Parcel II**
All that certain piece or parcel of land designated and described as Polygon 1 Fraction "B" of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 202,563.297 square meters, with Metes and Boundaries (in Spanish Language) as follows:

Al Noreste, 24.43 metros con FRACCION G, 69.49 metros con FRACCION G, 27.28 metros con FRACCION G, 98.16 metros con FRACCION G, 107.54 metros con FRACCION G, 36.10 metros con FRACCION G, 30.91 metros con FRACCION G; Al Noroeste, 327.53 metros con LOTE FRACCION C, 158.32 metros con LOTE FRACCION C; Al Sureste, 20.68 metros con LOTE SERVIDUMBRE 1, 536.33 metros con LOTE FRACCION A; y Al Suroeste, 125.59 metros con LOTE FRACCION C, 4.79 metros con ZONA FEDERAL MARITIMO TERRESTRE, 34.67 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.49 metros con ZONA FEDERAL MARITIMO TERRESTRE, 34.69 metros con ZONA FEDERAL MARITIMO TERRESTRE, 33.97 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.66 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.31 metros con ZONA FEDERAL MARITIMO TERRESTRE, 29.61 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.66 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.33 metros con ZONA FEDERAL MARITIMO TERRESTRE, 8.16 metros con ZONA FEDERAL MARITIMO TERRESTRE.

Cadastral Id. No.: 402-013-1122



CONFIDENTIAL

DANSKE_0013453

"Diamante"

**Parcel III**

All that certain piece or parcel of land designated and described as Polygon 1 Fraction "C" of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 80,972.312 square meters, with Metes and Boundaries (in Spanish Language) as follows:

Al Noreste, 125.59 metros con LOTE FRACCION B, 44.17 metros con FRACCION G, 116.54 metros con FRACCION G, 72.66 metros con FRACCION G, 44.72 metros con FRACCION G, 20.19 metros con LOTE SERVIDUMBRE 2, 30.07 metros con LOTE FRACCION D; Al Noroeste, 20.19 metros con LOTE FRACCION D,           21.11 metros con LOTE FRACCION D, 50.11 metros con LOTE FRACCION D, 208.95 metros con LOTE FRACCION D, 188.17 metros con LOTE FRACCION D, 172.57 metros con LOTE FRACCION D; Al Sureste, 327.53 metros con LOTE FRACCION B, 158.32 metros con LOTE FRACCION B; y Al Suroeste, 58.71 metros con LOTE FRACCION D, 236.60 metros con LOTE FRACCION D, 30.07 metros con LOTE FRACCION D, 34.43 metros con ZONA FEDERAL MARITIMO TERRESTRE, 34.32 metros con ZONA FEDERAL MARITIMO TERRESTRE, 33.72 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.14 metros con ZONA FEDERAL MARITIMO TERRESTRE, 37.61 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.29 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.52 metros con ZONA FEDERAL MARITIMO TERRESTRE y 30.67 metros con ZONA FEDERAL MARITIMO TERRESTRE.

Cadastral Id. No.: 402-013-1123

**Parcel IV**

All that certain piece or parcel of land designated and described as Polygon 1 Fraction "D" of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 327,489.272 square meters, with Metes and Boundaries (in Spanish Language) as follows:

Al Noreste, 30.07 metros con LOTE FRACCION C, 236.60 metros con LOTE FRACCION C, 58.71 metros con LOTE FRACCION C, 20.19 metros con LOTE SERVIDUMBRE 2, 40.53 metros con FRACCION G, 80.46 metros con FRACCION G, 90.76 metros con FRACCION G, 31.94 metros con FRACCION G, 159.47 metros con FRACCION G; Al Noroeste, 32.93 metros con FRACCION G, 57.01 metros con FRACCION G, 101.82 metros con FRACCION G, 35.34 metros con FRACCION G, 47.62 metros con FRACCION G, 183.89 metros con FRACCION G, 201.14 metros con POLIGONO 6; Al Sureste, 50.11 metros con LOTE FRACCION C, 21.11 metros con LOTE FRACCION C, 20.19 metros con LOTE FRACCION C, 172.57 metros con LOTE FRACCION C, 188.17 metros con LOTE FRACCION C, 208.95 metros con LOTE FRACCION C; y Al Suroeste, 30.07 metros con LOTE FRACCION C, 14.97 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.65 metros con ZONA FEDERAL MARITIMO TERRESTRE, 28.63 metros con ZONA FEDERAL MARITIMO TERRESTRE, 37.97 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.62 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.92 metros con ZONA FEDERAL MARITIMO TERRESTRE, 25.14 metros con ZONA FEDERAL MARITIMO TERRESTRE, 31.91 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.81 metros con ZONA FEDERAL MARITIMO TERRESTRE, 30.66 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.48 metros con ZONA FEDERAL MARITIMO TERRESTRE, 32.61 metros con ZONA FEDERAL MARITIMO TERRESTRE, 28.59 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.36 metros con ZONA FEDERAL MARITIMO TERRESTRE, 29.47 metros con ZONA FEDERAL MARITIMO TERRESTRE, 23.53 metros con ZONA FEDERAL MARITIMO TERRESTRE, 33.54 metros con ZONA FEDERAL MARITIMO TERRESTRE, 25.20 metros con ZONA FEDERAL MARITIMO TERRESTRE, 24.77 metros con ZONA FEDERAL MARITIMO TERRESTRE, 18.49 metros con ZONA FEDERAL MARITIMO TERRESTRE, 18.36 metros con ZONA FEDERAL MARITIMO TERRESTRE, 16.85 metros con ZONA FEDERAL MARITIMO TERRESTRE, 18.06 metros con ZONA FEDERAL MARITIMO TERRESTRE, 17.65 metros con ZONA FEDERAL MARITIMO TERRESTRE, 16.70 metros con ZONA FEDERAL MARITIMO TERRESTRE, 17.27 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.88 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.36 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.72 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.69 metros con ZONA FEDERAL MARITIMO TERRESTRE, 36.36 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.16 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.07 metros con ZONA FEDERAL MARITIMO TERRESTRE, 34.97 metros con ZONA FEDERAL MARITIMO TERRESTRE, 35.10 metros con ZONA FEDERAL MARITIMO TERRESTRE y 0.08 metros con ZONA FEDERAL MARITIMO TERRESTRE.

Cadastral Id. No.: 402-013-1124

CONFIDENTIAL

DANSKE_0013454

"Diamante"

**Parcel V**

All that certain piece or parcel of land designated and described as Polygon 1 Fraction "E" of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 30,079.841 square meters, with Metes and Boundaries (in Spanish Language) as follows:

Al Noreste, 101.24 metros con FRACCION G, 87.42 MTS. CON FRACCION G; Al Noroeste, 37.73 metros con FRACCION G, 10.04 metros con FRACCION G, 30.84 metros con FRACCION G, 45.94 metros con FRACCION G, 60.26 metros con FRACCION G, 72.03 metros con FRACCION G; Al Sureste, Lc = 31.39 metros con LOTE SERVIDUMBRE 2, 23.75 metros con FRACCION G, Lc = 38.63 metros con LOTE SERVIDUMBRE 2, 55.68 metros con LOTE SERVIDUMBRE 2; y AL Suroeste, 37.31 metros con FRACCION G, 31.91 metros con FRACCION G y 39.39 metros con FRACCION G.

Cadastral Id. No.: 402-013-1125

**Parcel VI**

The Condominium units within the Development identified as "Diamante Cabo San Lucas", located in the Municipality of Los Cabos, Baja California Sur, Mexico, said units are described as Lot A, Lot B and Area Comun Unica  as defined by the incorporation of the **Master Condominium Property Regime known as "DRC"**, by virtue of the **Public Instrument No. 11,180 dated December 20, 2013**, granted before Fernando Gonzalez Rubio Cerecer, Notary Public No.14 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 162, Page 162, Vol. DLX, First Section, on January 9, 2014 and under entry No. 27, Page 27, Vol. I Regimes, First Section, on January 9, 2014.

**Parcel VII**

All that certain piece or parcel of land designated and described as Polygon 1 Fraction "G" of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 1,075,035.270 square meters, with Metes and Boundaries (in Spanish Language) as follows:

Al Noreste, 76.06 metros con POLIGONO 3, 119.99 metros con POLIGONO 3, 122.07 metros con POLIGONO 3, 69.11 metros con POLIGONO 3, 73.64 metros con POLIGONO 3, 36.28 metros con POLIGONO 3, 85.77 metros con POLIGONO 3, 30.62 metros con POLIGONO 3, 31.90 metros con POLIGONO 3, 56.53 metros con POLIGONO 3, 187.92 metros con POLIGONO 3, 60.95 metros con POLIGONO 3, 84.31 metros con POLIGONO 3, 66.67 metros con POLIGONO 3, 86.10 metros con POLIGONO 3, 111.08 metros con POLIGONO 3, 151.84 metros con POLIGONO 3, 149.56 metros con POLIGONO 3, 212.36 metros con POLIGONO 3, 31.14 metros con POLIGONO 5, 40.15 metros con POLIGONO 5, 87.33 metros con POLIGONO 5, 46.41 metros con POLIGONO 5, 133.02 metros con POLIGONO 5, 122.96 metros con POLIGONO 6, 100.51 metros con POLIGONO 3, 20.13 metros con POLIGONO 3, 68.75 metros con POLIGONO 3, 82.89 metros con POLIGONO 3, 55.91 metros con POLIGONO 3, 73.61 metros con POLIGONO 3, 63.75 metros con POLIGONO 3, 50.95 metros con POLIGONO 3, 19.62 metros con POLIGONO 3, 45.77 metros con POLIGONO 3, 64.29 metros con POLIGONO 3, 54.48 metros con POLIGONO 3, 42.26 metros con POLIGONO 3; Al Noroeste, 29.76 metros con POLIGONO 3, 62.04 metros con POLIGONO 3, 55.69 metros con POLIGONO 3, 126.69 metros con POLIGONO 5, 9.03 metros con POLIGONO 5, 19.61 metros con POLIGONO 5, 51.37 metros con POLIGONO II ACCESO A PLANTA DESALADORA, 323.14 metros con POLIGONO II ACCESO A PLANTA DESALADORA, Lc = 84.13 metros con POLIGONO 6, 12.67 metros con POLIGONO 6, Lc = 112.02 metros con POLIGONO 6, Lc = 73.69 metros con POLIGONO 6, 265.36 metros con POLIGONO 6, 20.68 metros con LOTE FRACCION B, 25.64 metros con POLIGONO 3, 24.58 metros con POLIGONO 3, 27.06 metros con POLIGONO 3, 24.07 metros con POLIGONO 3, 79.43 metros con POLIGONO 3, 67.00 metros con POLIGONO 3, 59.01 metros con POLIGONO 3, 20.10 metros con POLIGONO 3, 43.50 metros con POLIGONO 3, 49.48 metros con POLIGONO 3, 51.98 metros con POLIGONO 3; Al Sureste, 53.31 metros con POLIGONO 3, 29.26 metros con POLIGONO 3, 28.00 metros con POLIGONO 3, 27.05 metros con POLIGONO 3, 27.65 metros con POLIGONO 3, 25.84 metros con POLIGONO 3, 15.44 metros con POLIGONO 3, 27.70 metros con POLIGONO 3, 29.61 metros con POLIGONO 3, 27.37 metros con POLIGONO 3, 28.42 metros con POLIGONO 3, 30.53 metros con POLIGONO 3, 43.71 metros con POLIGONO 3, 55.06 metros con POLIGONO 3, 44.36 metros con POLIGONO 6, 55.70 metros con POLIGONO 6, 21.72 metros con POLIGONO 6, 48.72 metros con POLIGONO 6, 38.53 metros con POLIGONO 6, 183.89 metros con FRACCION D, 47.62 metros con FRACCION D, 35.34 metros con FRACCION D,

CONFIDENTIAL

DANSKE_0013455



"Diamante"

101.82 metros con FRACCION D, 57.01 metros con FRACCION D, 32.93 metros con FRACCION D, 145.56 metros con EJIDO CABO SAN LUCAS, 94.41 metros con POLIGONO 3, 113.11 metros con POLIGONO 3; y Al Suroeste, 32.49 metros con POLIGONO 3, 36.39 metros con POLIGONO 3, 126.21 metros con POLIGONO 3, 135.67 metros con POLIGONO 3, 44.84 metros con POLIGONO 3, 39.10 metros con POLIGONO 3, 21.97 metros con POLIGONO 3, 34.82 metros con POLIGONO 3, 147.41 metros con POLIGONO 6, 143.56 metros con POLIGONO 6, 197.63 metros con POLIGONO 6, 98.57 metros con POLIGONO 6, 11.31 metros con POLIGONO 6, 108.63 metros con POLIGONO 6, 81.42 metros con POLIGONO 6, 82.42 metros con POLIGONO 6, 159.47 metros con FRACCION D, 31.94 metros con FRACCION D, 90.76 metros con FRACCION D, 80.46 metros con FRACCION D, 60.72 metros con FRACCION D, 64.91 metros con FRACCION C, 72.66 metros con FRACCION C, 116.54 metros con FRACCION C, 44.17 metros con FRACCION C, 30.91 metros con FRACCION B, 36.10 metros con FRACCION B, 107.54 metros con FRACCION B, 98.16 metros con FRACCION B, 27.28 metros con FRACCION B, 69.49 metros con FRACCION B, 24.43 metros con FRACCION B, 70.96 metros con LOTE FRACCION A, 87.51 metros con LOTE FRACCION A, 29.51 metros con LOTE FRACCION A, 12.65 metros con FRACCION A, 48.95 metros con FRACCION A, 37.16 metros con FRACCION A, 43.63 metros con FRACCION A, 66.05 metros con FRACCION A, 14.90 metros con POLIGONO 3, 25.74 metros con POLIGONO 3 y 14.95 metros con POLIGONO 3.

Cadastral Id. No.: 402-013-0001

**SAVE ADD EXCEPT:** Lot A (surface of 5,519.12 square meters), Lot B (surface of 4,904.31 square meters) and Onlt Common Area (surface of 3,735.60 square meters) as defined by the incorporation of the **Master Condominium Property Regime known as "DRC"**, by virtue of the **Public Instrument No. 11,180 dated December 20, 2013**, granted before Fernando Gonzalez Rubio Cerecer, Notary Public No.14 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 162, Page 162, Vol. DLX, First Section, on January 9, 2014 and under entry No. 27, Page 27, Vol. I Regimes, First Section, on January 9, 2014; and Polygon 1 Fraction "E" of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 30,079.841 square meters.

**Parcel VIII**
All that certain piece or parcel of land designated and described as Polygon 2 of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 847,279.408 square meters, with Metes and Boundaries (in Spanish Language) as follows:
Al Norte, 699.100 metros con POLÍGONO 3; Al Sur, 570.040 metros con POLÍGONO 3 EN L/Q; Al Este, 1,392.090 metros con POLÍGONO 3; y Al Oeste, 1,311.130 metros con POLÍGONO II ACCESO PLANTA DESALADORA.

Cadastral Id. No.: 402-013-0082

**Parcel IX**
All that certain piece or parcel of land designated and described as Polygon 4 of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 1,154,794.117 square meters, with Metes and Boundaries (in Spanish Language) as follows:

Al Norte, 2,300.230 metros con LOS CANGREJOS (VICTOR H. CESEÑA DIAZ); Al Sur, 1,236.270 metros con POLÍGONO 3 EN L/Q; Al Este, 936.760 metros con FRACCIÓN "B" NESTOR JOSE HERRERA RICHIE; y Al Oeste, 4,892.200 metros con POLÍGONO 3 EN L/Q y 20.390 metros con POLÍGONO II ACCESO A PLANTA DESALADORA.

Cadastral Id. No.: 402-013-0084

**Parcel X**
All that certain piece or parcel of land designated and described as Polygon 5 of the parcel "El Cardonal" from the official survey of Cabo San Lucas, Municipality of Los Cabos, State of Baja California Sur, Mexico, consisting of a surface area of 58,359.077 square meters, with Metes and Boundaries (in Spanish Language) as follows:

CONFIDENTIAL

DANSKE_0013456






"Diamante"

Al Norte, 396.780 metros con POLÍGONO 3; Al Sur, 366.690 metros con POLÍGONO I EN L/Q; Al Este, 126.690 metros con POLÍGONO I; y Al Oeste, 151.300 metros con POLÍGONO II ACCESO A PLANTA DESALADORA.

Cadastral Id. No.: 402-013-0084

**Parcel XI**
The Condominium units located in the Municipality of Los Cabos, Baja California Sur, Mexico, said units are described as 1 as **Condominio 3 The Village, Condominio 4 The Estate, Condominio 5 Ocean View and Condominio 6 Ocean View 2** as defined by the incorporation of the Master Condominium Regime of Property identified as "Diamante Cabo San Lucas", by virtue of the **Public Instrument No. 82,871 dated May 18, 2010**, granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 127, Page 127, Vol. CDXXXXVIII, First Section, on May 21, 2010.

**Parcel XII**
The Sub-Condominium units within the Master Condominium identified as "Diamante Cabo San Lucas", located in the Municipality of Los Cabos, Baja California Sur, Mexico, said units are described as Lots 1, 2, 3, 4 and 69 Block 1; Lots 6, 7, 8, 9, 10, 11, 12, 14, 15, 70 and 71 Block 2; Lots 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32 and 68 Block 3; Lots 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 67, 72 and 73 Block 4; Lots 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64 65, 66, 74 and 75 Block 5 as defined by the incorporation of the **Sub-Condominium Property Regime known as Condominio 1 "Golf Villas"**, by virtue of the **Public Instrument No. 82,876 dated April 18, 2010**, granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 133, Page 133, Vol. CDXXXVIII, First Section, on May 27, 2010.

**Parcel XIII**
The Sub-Condominium units within the Master Condominium identified as "Diamante Cabo San Lucas", located in the Municipality of Los Cabos, Baja California Sur, Mexico, said units are described as Lots 1, 2, 3, 5, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 23, 26, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 53, 62, 66, 68, 71, 73, 74, 78, 79 Block 1 as defined by the incorporation of the **Sub-Condominium Property Regime known as Condominio 2 "Sunset Hill"**, by virtue of the **Public Instrument No. 83,280 dated June 29, 2010**, granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 24, Page 24, Vol. CDXLVIII, First Section, on July 7, 2010.

**Parcel XIV**
The Condominium units within the Development identified as "Diamante Cabo San Lucas", located in the Municipality of Los Cabos, Baja California Sur, Mexico, said units are described as Lots 1, 4, 7, 9, 10, 12, 13, 14, 16, 17, 18, 19, 27, 28, 30, 36, 43, 48 and 50 Block 1 as defined by the incorporation of the **Condominium Property Regime known as "Beach Estates"**, by virtue of the **Public Instrument No. 3,016 dated June 22, 2011**, granted before Karim Francisco Martinez Lizarraga, Notary Public No. 22 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 163, Page 163, Vol. CDLXXX-EP, First Section, on June 24, 2011.

**Note: This Policy replaces and Cancel the Policy No. FNTMX13-000085 issued by Fidelity National Title de México, S.A. de C.V.**

CONFIDENTIAL

DANSKE_0013457

"Diamante"

### FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.
*Issued at*
*Mexico, Federal District*

### PART I OF SCHEDULE "B" OF THE LOAN POLICY OF TITLE INSURANCE

### EXCEPTIONS FROM COVERAGE

**File No.** FNTMX14-000135                    **Policy No.** FNTMX14-000135

This Policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) that arise by reason of:

1. Taxes, maintenance fees or other charges or assessments of any kind for the year 2015 and subsequent years, and subsequent taxes, charges, or assessments for prior years. * Not yet due and payable.

2. Rights of parties in and to the common areas and in and to recreational areas and facilities.

3. Any Shortages in area.

4. Real estate taxes for the year of 2015, not yet due and payable.

5. Any diminution of the property or shortages in area or boundaries of the property caused by an accretion, avulsion, erosion or change of boundaries of the Federal Maritime Terrestrial Zone.

6. Rights of the public to gain access to the beach or ocean adjoining the Real Property.

7. Rights, terms, conditions, restrictions and stipulations contained in Official Document No. 127 dated November 21, 1991, issued by the Direccion General de Obras Publicas, Planificacion y Urbanismo

8. Terms, easements, covenants, obligations, conditions and/or restrictions set forth in: the Irrevocable Transfer of Dominion Trust with Reversion Clause, Easement Agreement and Street donation Agreement, executed by Alicia Ceseña de Colli and Atilio Colli Villarino, Playa Grande de Cabo San Lucas, S.A. de C.V., El Servicio de Agua Potable Municipal, Operador de Aguas Residuales y Sanidad for the City of Cabo San Lucas, Baja California Sur, and Scotiabank Inverlat, S.A., in favor of the Cabo San Lucas County, Baja California Sur, Mexico, by virtue of the **Public Instrument No. 62,902, dated September 1st, 2005,** granted before Hector Castro Castro, Notary Public No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 97, Vol. CCXXXI, First Section and under entry No. 30, Page 30, Vol. CCXXIII, First Section, both on November 18, 2005. Amended by **Public Instrument No. 65,036 dated March 10, 2006,** recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico.

9. Terms, covenants, obligations, conditions and/or restrictions set forth in: the **Timeshare Regime Affectation** (to be created), by virtue of **Public Instrument No. 84,644 dated December 16, 2010,** granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as Marginal Note under entry No. 79, Page 79, Vol. CDXXXIII, First Section and as Marginal Note under entry No. 135, Page 135, Vol. CCLXV, First Section, both on March 10, 2011. **Parcel VI**

10. Terms, covenants, obligations, conditions and/or restrictions set forth in: the **Master Condominium Property Regime known as "DRC",** by virtue of the **Public Instrument No. 11,180 dated December 20, 2013,** granted before Fernando Gonzalez Rubio Cerecer, Notary Public No.14 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 162, Page 162, Vol. DLX, First Section, on January 9, 2014 and under entry No. 27, Page 27, Vol. I Regimes, First Section, on January 9, 2014. **Parcel VI**

11. Terms, covenants, obligations, conditions and/or restrictions set forth in: the **Master Condominium Regime of Property identified as "Diamante Cabo San Lucas"** by virtue of the **Public Instrument No. 82,871** dated May 18, 2010, granted by Lic. Jose Alberto Castro Salazar, Notary Public attached to Lic. Hector Castro Castro, Notary Public No. 7 of Baja

CONFIDENTIAL

DANSKE_0013458

"Diamante"

California Sur, said Public Instrument was recorded at the Public Registry of Property of San Jose del Cabo, Baja California Sur, under entry No. 127, Page 127, Vol. CDXXXXVIII, First Section, dated May 21, 2010. **Parcels XI, XII and XIII**

12. Terms, covenants, obligations, conditions and/or restrictions set forth in: the **Sub-Condominium Property Regime known as Condominio 1 "Golf Villas"**, by virtue of the **Public Instrument No. 82,876 dated April 18, 2010**, granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 133, Page 133, Vol. CDXXXVIII, First Section, on May 27, 2010. **Parcel XII**

13. Terms, covenants, obligations, conditions and/or restrictions set forth in: the **Sub-Condominium Property Regime known as Condominio 2 "Sunset Hill"**, by virtue of the **Public Instrument No. 83,280 dated June 29, 2010**, granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 24, Page 24, Vol. CDXLVIII, First Section, on July 7, 2010. **Parcel XIII**

14. Terms, covenants, obligations, conditions and/or restrictions set forth in: the **Condominium Property Regime known as "Beach Estates"**, by virtue of the **Public Instrument No. 3,016 dated June 22, 2011**, granted before Karim Francisco Martinez Lizarraga, Notary Public No. 22 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 163, Page 163, Vol. CDLXXX-EP, First Section, on June 24, 2011. **Parcel XIV**

15. Terms, covenants, obligations, conditions and/or restrictions set forth in: the **Timeshare Regime Affectation** to the Sub-Condominium Property Regime known as Condominio 3 "The Village" (to be created)**, by virtue of **Public Instrument No. 61,581 dated December 16, 2011**, granted before Armando Antonio Aguilar Mondragon, Notary Public No. 1 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as Marginal Note under entry No. 127, Page 127, Vol. CDXXXVIII EP, First Section on December 22, 2011. **Parcel XI**

16. Terms, covenants, obligations, conditions and/or restrictions set forth in: Official Document No. RELOT/029/PU/2010 dated October 7, 2010 issued by the Direccion General de Planeación, Desarrollo Urbano y Ecologia for the Municipality of Los Cabos, Baja California Sur, Mexico, with regard to the Expert Opinions from the Donation Area contained in the Official Documents No. OV/246/PU/2010 dated March 1, 2010, Official Document No. OV/092/PU/2010 dated April 9, 2010 and Cabildo Agreement No. 376-IX-2007 dated July 10, 2007.

17. Terms, covenants, obligations, conditions and/or restrictions set forth in: Official Document No. SM/276/2012 dated August 17, 2012 issued by the Sindico for the Municipality of Los Cabos, Baja California Sur, Mexico.

18. Terms, covenants, obligations, conditions and/or restrictions set forth in: Agreement from the Cabildo of the Municipality of Los Cabos, State of Baja California Sur, Mexico, granted in Ordinary Permanent Hearing No. 33, executed on February 20 and 25, 2013.

19. Right of Way Easement (Peatonal y Vehicular, Continua Perpetúa, Permanente, Aparente e Irrevocable) identified with No. (1) One; Right of Way Easement (Peatonal y Vehicular, Continua Perpetúa, Permanente, Aparente e Irrevocable) identified with No. (2) Two; Right of Way Easement (Peatonal y Vehicular, Continua Perpetúa, Permanente, Aparente e Irrevocable) identified as Access Street, created by virtue of the **Public Instrument No. 14,071 dated December 21, 2012**, granted before Ricardo Cevallos Valdez, Notary Public No. 18 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under entry No. 188, Page 188, Vol. DXXXII EP, First Section, and as Marginal Note under entry No. No. 188, Page 188, Vol. DXXXII EP, First Section, both on January 24, 2013.

20. Any loss, cost or damage arising from that certain lawsuit instituted by Raúl García Martínez as executor of Julio Gómez Ritchie and Enedina Ruibal Costa inheritance against Vicente Arballo Macklis inheritance, Diamante Cabo San Lucas, S. de R.L. de C.V., Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria and

CONFIDENTIAL

DANSKE_0013459



"Diamante"

others, ordinary civil court case No. 922/09 before the First Instance Civil and Familiar Court for Los Cabos located in en San José del Cabo, Baja California Sur. **The Policy to be issued will affirmatively insures the Insured against loss or damage, including the cost of defense, sustained by reason of the matter described above.**

21. Any loss, damage and/or consequences arising from those certain labor lawsuits (*Demandas Laborales*) instituted by Robert Gaudet en against Diamante Cabo San Lucas S. de R.L. de C.V. and Diamante Management LLC., before the *H. Junta Especial Número Uno de la Local de Conciliación y Arbitraje located in Ensenada, State of Baja California, Mexico*, File Number: 172/2008, April 14, 2008; and by Philip Andrew Kenner against Diamante Cabo San Lucas S. de R.L. de C.V. and Diamante Management LLC., before the *H. Junta Especial Número Uno de la Local de Conciliación y Arbitraje located in Ensenada, State of Baja California, Mexico*, File Number: 454/2008, August 26, 2008, and 1) DENISSE NALLELY TIRADO GUTIERREZ against KENNETH JOWDY, JAMES MCCULLOUGH, BRADLEY HENGEL, DIAMANTE DE CABO SAN LUCAS, S. DE R. L. DE C.V., and PRESTADORA DE SERVICIOS DIAMANTE S. DE R. L. DE C.V., "Junta Especial #6 de la Local de Conciliación y Arbitraje en Cabo San Lucas, B. C. S.", file number 026/13, 14th of January, 2013; 2) STEFAN PHILIP PEIRSON against DIAMANTE CABO SAN LUCAS, S. DE R. L. DE C.V., PACIFICO ASSOCIATES, S.C., and LEGACY PROPERTIES, LLC., "Junta Federal Número 58 de La Paz, Baja California", file number 052/2010/I, February 10th, 2010; 3) HOMERO MARTINEZ REGALADO against DIAMANTE CABO SAN LUCAS, S. DE R. L. DE C.V., and PRESTADORA DE SERVICIOS DIAMANTE, S. DE R. L. DE C.V., "Junta Local #6 de Cabo San Lucas, B. C. S.", files numbers I-451/12 and I-2598/12, July 30, 2012 or any successor thereto or appeal thereof, unrecorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico.

22. *Toma de Agua Potable Municipal* located along the westerly property line of the Realty as shown on the Surveys prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014.

23. Water Wells 1, 2, 3, 4, 5 and Fresh Water Well located within Polygon 1-D and Polygon 6 of the Realty as shown on the Surveys prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014.

24. Any variation between the easterly line of the Realty described in the legal description of the Public Deed recorded in the Public Records, and the physical boundary described and as shown on the Surveys prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014.

25. The legal description recorded in the Public Records extends north of the northerly boundary line by an undisclosed distance creating a possible overlap. No insurance is afforded to the area overlapping abutting property located to the north as shown on the Surveys prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014.

26. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "P1-FA-01", shows the following:

    **Parcel I**
    a. None

27. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "P1-FB-01", shows the following:

    **Parcel II**
    a. None

28. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "P1-FC-01", shows the following:

    **Parcel III**
    a. None

29. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "P1-FD-01", shows the following:

    **Parcel IV**
    a. Affectation by "Escurrimiento Pluvial", inside the property.




CONFIDENTIAL

DANSKE_0013460

"Diamante"

    b. Affectation by Underground Electric Line and Sea Water Line inside the property.
    c. Underground Electric Line and Sea Water Line, Water Well 4 and 5 inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

30. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "P1-FE-01", shows the following:

**Parcel V**
    a. Affectation by Electric Line inside the property.
    b. Electric Line, Golf Cart Path, Constructions, Water Line inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

31. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "P1-FF-01", shows the following:

**Parcel VI**
    a. Affectation by Electric Line, Sewer Line and Fiber Optic Line inside the property.
    b. Electric Line, Sewer Line and Fiber Optic Line, Constructions, Water Line inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

32. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "P1-FG-01", shows the following:

**Parcel VII**
    a. Affectation by "Escurrimiento Pluvial", inside the property.
    b. Affectation by Electric Line, Sewer Line and Fiber Optic Line inside the property.
    c. Electric Line, Sewer Line and Fiber Optic Line, Golf Course inside Roads, (Núcleos de Baños), Main Pump Station, Residual Water Lines, Water Channel, Constructions, Water Line inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.
    d. Affectation by Easement 1 and Easement 2 inside the property.
    e. Affectation by "Arroyo El Cardonal" inside the property.
    f. Defective Boundaries on the Southwest side of the property according the legal description.

33. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "EC-LOT-02", shows the following:

**Parcel VIII**
    a. Affectation by "Escurrimiento Pluvial", inside the property.
    b. Affectation by CFE Electric Line inside the property.
    c. CFE Electric Line, Water Line inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

34. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "EC-LOT-04", shows the following:

**Parcel IX**
    a. Affectation by "Escurrimiento Pluvial", inside the property.
    b. Affectation by CFE Electric Upper Line, Fiber Optic Upper Line inside the property.
    c. Affectation by Diamante Boulevard between point 27 and 28 of the northwest corner inside the property.
    d. Affectation by "Arroyo El Cardonal" inside the property.
    e. CFE Electric Upper Line, Fiber Optic Upper Line, Water Line, Water Tank inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

35. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "EC-LOT-05", shows the following:

**Parcel X**
    a. Affectation by CFE Electric Underground Line, Water Line inside the property.




CONFIDENTIAL

DANSKE_0013461

"Diamante"

b.   CFE Electric Underground Line, Water Line, Lake Water Line, Seawater Line, Desaladora Compound, Maintenance building, Water Tank inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

36. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "CON-03", shows the following:

**Parcel XI Condominio 3 The Village**
a.   Affectation by "Escurrimiento Pluvial", inside the property.
b.   Affectation by Sewer Line on the east boundary of the property.
c.   Sewer Line, Lake Water Line, Electric Line, Fiber Optic Line, Constructions, Inside Roads inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

37. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "CON-04", shows the following:

**Parcel XI Condominio 4 The Estates**
a.   Affectation by "Escurrimiento Pluvial", inside the property.
b.   Affectation by CFE Electric Upper Line and CFE Electric Underground Line inside the property.
c.   CFE Electric Upper Line and CFE Electric Underground Line inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

38. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "CON-05", shows the following:

**Parcel XI Condominio 5 Ocean Vista 1**
a.   Affectation by "Escurrimiento Pluvial", inside the property.
b.   Affectation by CFE Electric Upper Line, Telmex Fiber Optic Upper Line inside the property.
c.   CFE Electric Upper Line, Telmex Fiber Optic Upper Line inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

39. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "CON-06", shows the following:

**Parcel XI Condominio 6 Ocean Vista 1**
a.   Affectation by "Escurrimiento Pluvial", inside the property.
b.   Affectation by CFE Electric Upper Line, Telmex Fiber Optic Upper Line inside the property.
c.   CFE Electric Upper Line, Telmex Fiber Optic Upper Line inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

40. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "CON-01", shows the following:

**Parcel XII**
a.   Affectation by "Escurrimiento Pluvial", inside the property.
b.   Affectation by CFE Electric Underground Line inside the property.
c.   CFE Electric Underground Line, Lake Water Line, Water Line, Sewer Line, Electric Line, Constructions, Inside Roads inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

41. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "CON-02", shows the following:

**Parcel XIII**
a.   Affectation by "Escurrimiento Pluvial", inside the property.
b.   Affectation by Sewer Line and CFE Electric Underground Line inside the property.
c.   CFE Electric Underground Line, Lake Water Line, Water Line, Sewer Line, Electric Line, Constructions, Inside Roads inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

CONFIDENTIAL




DANSKE_0013462

"Diamante"



42. Survey prepared by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014, identified as "EC-LOT-06", shows the following:

**Parcel XIV**
a.   Affectation by "Arroyo El Cardonal" inside the property.
b.   Affectation by Electric Underground Line and Seawater Line inside the property.
c.   Electric Underground Line, Seawater Line, Water Well 1, 2 and 3, Constructions, Inside Roads, Electric Line, Water Line, Residual Water Line and "Rechazo Desaladora Absorción" inside the property. The Company hereby takes exception to the rights of third parties to use, access, or maintain this structure.

43. Terms, covenants, obligations, conditions and/or restrictions set forth in: Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, executed by Diamante Cabo San Lucas S. de R.L. de C.V., as Settlor, Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division, as Trustee, Lehman Brothers Holdings Inc., as Beneficiary in First Place in an amount of $125,000,000.00 USD and Diamante Cabo San Lucas S. de R.L. de C.V., as Debtor and Beneficiary in Second Place, by virtue of the **Public Instrument No. 65,041 dated March 10, 2006** granted before Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, in charge of Hector Castro Castro, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under No. 135, Page 135, Vol. CCXLV, First Section on May 8, 2006; Amended by virtue of the Trust Modification Agreement for the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321 executed by The Bank of New York Mellon, S.A., Institucion de Banca Multiple (as Final Successor of Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division) as Trustee, Diamante Cabo San Lucas S. de R.L. de C.V., as Settlor and Beneficiary in Second Place and Danske Bank A/S, London Branch, as Beneficiary in First Place in an amount of $125,000,000.00 USD (the **"Trust Modification Agreement"**), contained in the **Public Instrument No. 78,882 dated March 6, 2009** (according to the Trustee Substitution executed by Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division in favor of The Bank of New York Mellon, S.A., Institucion de Banca Multiple contained in the **Public Instrument No. 51,521 dated November 19, 2008**, recorded under Commerce Folio No. 384235 dated November 24, 2008, at the Public Registry of Property for Mexico City, Mexico ((the **"Trustee Substitution"**)) attached and referred to in Exhibit "F" of the Trust Modification Agreement, and as set forth in the Assignment of the First Beneficial Trust Rights of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321 dated January 13, 2009, executed by Lehman Brothers Holdings Inc., as Assignor, and Danske Bank A/S, London Branch, as Lender, Assignee and Beneficiary in First Place in an amount of $125,000,000.00 USD, with instructions and agreement by Diamante Cabo San Lucas S. de R.L. de C.V., as Borrower and Beneficiary in Second Place (((the **"Omnibus Assignment"**))), attached and referred to in Exhibits "A" and "B", of the First Trust Modification Agreement), recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under Marginal Note No. 135, Page 135, Vol. CCXLV, First Section on April 13, 2009; **Public Instrument (Acta) No. 2,994 dated January 26, 2010**, containing Acknowledgment of an increase of Debt for additional credit in an amount of $4,000,000.00 USD, executed by Diamante Cabo San Lucas S. de R.L. de C.V., as Borrower and notified to The Bank of New York Mellon, S.A., Institución de Banca Múltiple as Trustee of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, under Marginal Note No. 135, Page 135, Vol. CCXLV, First Section on February 11, 2010; Amended by virtue of the Trust Modification Agreement (the **"Second Trust Modification Agreement"**) of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, executed by The Bank of New York Mellon, S.A., Institucion de Banca Multiple as Trustee, Diamante Cabo San Lucas S. de R.L. de C.V. as Settlor and Beneficiary in Second Place and Danske Bank A/S, London Branch, as Beneficiary in First Place, contained in the **Public Instrument No. 91,326, dated April 26, 2013**, granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 133, 79, 127, 24, 163 and 188, respectively, Pages 133, 79, 127, 24, 163 and 188, respectively, Vols. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIII, EP, CDXLVIII EP, CDLXXX EP and DXXXII, respectively, Sec. I, on September 12, 2013; **Public Instrument No. 92,046, dated July 30, 2013**, containing the *Acta Aclaratoria (Legal Act of Clarification)*, granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 133, 79, 127, 24, 163 and 188, Pages 133, 79, 127, 24, 163 and 188, respectively, Vols. CDXXXVIII, CDXXXIII EP,




CONFIDENTIAL

DANSKE_0013463

"Diamante"

CDXXXVIII EP, CDXLVIII EP, CDXLVIII EP, CDLXXX EP y DXXXII, respectively, Sec. I, on September 12, 2013; and **Public Instrument No. 91,327, dated April 26, 2013**, containing the Notification to The Bank of New York Mellon, S.A., Institucion de Banca Multiple (as Final Successor of Banco J.P. Morgan S.A., Institucion de Banca Multiple, J.P. Morgan Grupo Financiero, Trust Division), as Trustee of Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, requested by Diamante Cabo San Lucas, S. de R. L. de C.V., as Debtor, with respect to the Debt with Danske Bank A/S London Branch, increasing in the amount of $5,500,000.00 USD, as a result of and in accordance with the Second Modification Agreement of the Irrevocable Transfer of Dominion and Guaranty Trust No. F/00321, granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 133, 79, 127, 24, 163 and 188, Pages 133, 79, 127, 24, 163 and 188, respectively, Vols. CDXXXVIII, CDXXXIII EP, CDXXXVIII EP, CDXLVIII EP, CDLVIII EP, CDLXXX EP y DXXXII, respectively, Sec. I, on December 5, 2013; Amended by virtue of the Acknowledgment of the change of the name of the entity of the Trustee to CI Banco, S.A. Institución de Banca Múltiple, contained in the **Public Instrument No. 94,016, dated May 13, 2014**, granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers No. 24, 79, 127, 133, 162, 163 and 188, Pages 24, 79, 127, 133, 162, 163 and 188, respectively, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX and DXXXII, respectively, Sec. I, on May 27, 2014; Amended by virtue of the Third Modification Agreement and Re-expression of the Credit Contract, increasing the loan in the amount of $10,000,000.00 USD, and acknowledging and confirming agreement of the 2010 and 2013 modification documents, contained in the **Public Instrument No. 94,012, dated May 13, 2014**, granted before the authority of Jose Alberto Castro Salazar, Notary Public appointed to the Public Notary No. 7 for the State of Baja California Sur, Mexico, recorded at the Public Registry of Property for San Jose del Cabo, Baja California Sur, Mexico, as a Marginal Annotation under Numbers 24, 79, 127, 133, 162, 163 and 188, Pages 24, 79, 127, 133, 162, 163 and 188, respectively, Vol. CDXLVIII, CDXXXIII, CDXXXVIII, CDXXXVIII, DLX, CDLXXX and DXXXII, respectively, Sec. I, on May 27, 2014.

**Note 1:** This Policy will be issued contemporaneously with policy number M-7742-0763 of Stewart Title Guaranty de Mexico, S.A. de C.V., for $78,250,000.00 USD.  At the time liability for any loss shall have been fixed pursuant to the Conditions of this policy, the Company shall not be liable to the Insured for a greater portion of the loss than the amount that this policy bears to the whole amount of insurance held by the Insured under this and the said policy.

Fidelity National Title de México, S.A. de C.V., or any affiliate, subsidiary or parent Company thereof, (herein after FNT Mexico) assumes no liability for, and the Insured hereby agrees to hold FNT Mexico harmless for any loss the Insured may sustain, if any, as a result of any inaccuracies, errors or omissions in any translation provided by FNT Mexico to the Insured. Please be advised that legal terms or any other terms of art may not have a literal English translation and therefore the translation should not be relied upon. In the event of any conflict between the Spanish and English version, the Spanish version shall control.

Notwithstanding any terms of this Policy, FNT Mexico and Stewart Title Guaranty de Mexico, S.A. de C.V. (the "Insurers") respectively, shall be liable for the proportion of any loss for which the Insurers may become liable under the terms of these Policies and the proportion of all costs which the Insurers may be obligated to pay under the Conditions of these Policies, as the amounts set forth below bear to the Amount of Insurance shown on Schedule A of the Policy:

Fidelity National Title de México, S.A. de C.V.------------------------------------------- $78,250,000.00 USD

Stewart Title Guaranty de Mexico, S.A. de C.V.-----------------------------------------$78,250,000.00 USD

Whenever the term "Company" is used in the Policy, the term shall be interpreted to mean Insurers; and whenever proper, the singular shall include the plural.

**Note 2:** The Policy to be issue will replace and Cancel the Policy No. FNTMX13-000085 issued by Fidelity National Title de México, S.A. de C.V.

CONFIDENTIAL

DANSKE_0013464

"Diamante"



**FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.**
*Issued at*
*Mexico, Federal District*

**PART II OF SCHEDULE "B" OF THE LOAN POLICY OF TITLE INSURANCE**

**File No.**  FNTMX14-000135                    **Policy No.** FNTMX14-000135

In addition to the matters set forth in Part I of this Schedule, the title is subject to the following matters, and the Company insures against loss or damage sustained in the event that they are not subordinate to the Insured Mortgage:

None



**Note: This Policy replaces and Cancel the Policy No. FNTMX13-000085 issued by Fidelity National Title de México, S.A. de C.V.**

 

  

 

  

CONFIDENTIAL                    DANSKE_0013465

"Diamante"

## FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.

| ENDORSEMENT | ENDOSO |
|---|---|
| Attached to Policy No. FNTMX14-000135 | Adherido a la Póliza No. FNTMX14-000135 |

Notwithstanding anything to the contrary contained in the definition of Real Property set forth in Clause 1 of the General Conditions of the Policy, the Company hereby assures the Insured that said Real Property(ies) has (have) direct or indirect access to a physically open street and the Company hereby insures said Insured against loss which said Insured shall sustain in the event said assurances herein shall prove to be incorrect.

No obstante lo señalado en sentido contrario establecido en la definición de Inmueble contenida en la Cláusula 1 de las Condiciones Generales de la Póliza, por este conducto la Compañía garantiza al Asegurado que el(los) Inmueble(s) tiene(n) acceso directo o indirecto con una calle físicamente abierta, y por este conducto la Compañía asegura a dicho Asegurado contra las pérdidas que éste llegue a sufrir en caso de que dicha garantía resulte ser incorrecta.

This endorsement is made a part of the Policy and is subject to all of the terms and provisions thereof and any prior endorsements thereto. Except to the extent expressly stated, it neither modifies any of the terms and provisions of the Policy and prior endorsements, if any, nor does it extend the effective date of the Policy and prior endorsements, or increase the Insured Amount thereof.

Este endoso forma parte de la Póliza y está sujeto a todos los términos y disposiciones de la misma y de todos sus endosos previos. Salvo en la medida de lo expresamente indicado, no modifica ninguno de los términos y disposiciones de la Póliza y sus endosos previos, si los hubiere, ni prorroga la fecha de inicio de vigencia o incrementa el valor nominal de la Suma Asegurada de la Póliza y sus endosos previos.

### Fidelity National Title de México, S.A. de C.V.

By / Por _____
Authorized Signatory / Representante Legal

Dated: May 13, 2014

Fecha: 13 de mayo de 2014

Endorsement / Endoso

Access / Acceso

Page 35 of 42

DANSKE_0013466



"Diamante"

**FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.**

| ENDORSEMENT | ENDOSO |
|---|---|
| Attached to Policy No. FNTMX14-000135 | Adherido a la Póliza No. FNTMX14-000135 |

1. The insurance provided by this endorsement is subject to the exclusions in Section 4 of this endorsement; the Exclusions from Coverage, the Exceptions from Coverage contained in Schedule B, and the Conditions in the policy.

2. For the purposes of this endorsement only:

(a) "Covenant" means a covenant, condition, limitation or restriction in a document or instrument in effect at Date of Policy.

3. The Company insures against loss or damage sustained by the Insured:

(a) A violation of a Covenant that:

(i) divests, subordinates, or extinguishes the lien of the Insured Security Trust;

(ii) results in the invalidity, unenforceability or lack of priority of the lien of the Insured Security Trust, or

(iii) causes a loss of the Insured's Title acquired in satisfaction or partial satisfaction of the Indebtedness;

(b) A violation on the Land at Date of Policy of an enforceable Covenant, unless an exception in Schedule B of the policy identifies the violation;

(c) Enforced removal of an improvement on the Real Property as a result of a violation, at the Date of Policy, of a building setback line shown on a plat of subdivision recorded or filed in the Public Records, unless an exception in Schedule B of the policy identifies the violation; or.

(d) An encroachment of existing improvements located on the Real Property onto adjoining land, unless an exception in Schedule B of the policy identifies the encroachment, or

(e) An encroachment onto the Real Property of existing improvements located on adjoining land, unless an exception in Schedule B of the policy identifies the encroachment; or

(f) An encroachment of Improvements located on the Real Property onto that portion of the Real Property subject to any easement excepted in Schedule B, unless an exception in Schedule B of the policy identifies the encroachment, or

(g) final court order or judgment denying the right to maintain any Improvements on the Real Property because of any violation of covenants, conditions or restrictions or building

1. El seguro otorgado por este endoso se encuentra sujeto a las exclusiones de cobertura establecidas en la sección 4 de este endoso, las Exclusiones de cobertura, las Excepciones de Cobertura contenidas en el Anexo B, y las Condiciones de la Póliza.

2. Exclusivamente en relación a este endoso:

(a) "Convenio" se define como un convenio, condición limitativa o condición restrictiva en cualquier documento o instrumento que este en vigencia a la Fecha de la Póliza.

3. La Compañía asegura al Asegurado en contra de pérdidas o daños que sostenga en razón de:

(a) Una violación de cualquier Convenio que:

(i) despoje, subordine, o extinga el gravamen del Contrato de Fideicomiso de Garantía Asegurado;

(ii) resulte en la invalidez o inexigibilidad o falta de prelación del gravamen del Contrato de Fideicomiso de Garantía Asegurado; o

(iii) que ocasione la pérdida del título de propiedad adquirido por el Asegurado como pago total o parcial del Adeudo;

(b) Una violación sobre el Inmueble a la Fecha de la Póliza por un Convenio exigible, a menos que se encuentre exceptuado en el Anexo B de la Póliza;

(c) Una Mejora existente en el Inmueble que viole alguna de las líneas de separación de los linderos mostrados en el pliego de subdivisión registrado o inscrito ante los Registros Públicos, a menos que se encuentre exceptuado en el Anexo B de la Póliza; o

(d) Cualquier Mejora existente en el Inmueble que invada los inmuebles contiguos, a menos que exista una excepción en el Anexo B de la póliza que identifique la invasión o traslape; o

(e) Cualquier mejora existente sobre los inmuebles contiguos que invada el Inmueble, a menos que exista una excepción en el Anexo B de la póliza que identifique la invasión o traslape; o

(f) Cualquier Mejora existente en el Inmueble que invada la porción del Inmueble que se encuentra sujeta a las servidumbres a que se refiere el Anexo B, a menos que exista una excepción en el Anexo B de la póliza que identifique la invasión o traslape; o

(g) cualquier sentencia u orden judicial definitiva que niegue el derecho a mantener cualquier

Page 36 of 42

DANSKE_0013467

"Diamante"



setback lines shown on a plat of subdivision recorded or filed in the Public Records.



4.   This endorsement does not insure against loss or damage (and the Company will not pay costs, attorneys' fees, or expenses) resulting from:

a.   any Covenant contained in an instrument creating a lease;

b.   any Covenant relating to obligations of any type to perform maintenance, repair, or remediation on the Land;

c.   any Covenant relating to environmental protection of any kind or nature, including hazardous or toxic matters, conditions, or substances;

This endorsement is issued as part of the policy. Except as it expressly states, (i) it neither modifies any of the terms and provisions of the Policy and (ii) modify any prior endorsements, (iii) extend the effective date of the Policy and prior endorsements or (iv) increase the Insured Amount

Mejora sobre el Inmueble debido a la violación de obligaciones, acuerdos, condiciones o restricciones, o de las líneas de separación de los linderos mostradas en el pliego de subdivisión registrado o inscrito ante los Registros Públicos.

4. Este Endoso no Asegura en contra de daño o perdida (y la Compañía no será responsable por cualesquier gasto, honorarios de abogados y costos) que resulten de:

(a)   Cualquier Convenio que se contenga en un instrumento o contrato de arrendamiento;

(b)   Cualquier Convenio relacionado a obligaciones de mantenimiento, reparación o saneamiento del Inmueble;

(c)   cualquier convenio relacionado con o que tenga que ver con cualquier obligación, acuerdos, compromiso o restricción en materia de protección del medio ambiente.

Este endoso forma parte de la Póliza y está sujeto a todos los términos y disposiciones de la misma y de todos sus endosos previos. Salvo en la medida de lo expresamente indicado, no modifica ninguno de los términos y disposiciones de la Póliza y sus endosos previos, si los hubiere, ni prorroga la fecha de inicio de vigencia o incrementa la Suma Asegurada de la Póliza y sus endosos previos.



**Fidelity National Title de México, S.A. de C.V.**

By / Por

Authorized Signatory / Representante Legal



Dated: May 13, 2014                              Fecha: 13 de mayo de 2014




Endorsement / Endoso

Restrictions, Covenants and Conditions Coverage Loan Policy / Ampliación de Acreedor

CONFIDENTIAL

DANSKE_0013468

"Diamante"

## FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.

| ENDORSEMENT | ENDOSO |
|---|---|

Attached to Policy No. FNTMX14-000135

Adherido a la Póliza No. FNTMX14-000135

The Company assures the Insured that the Real Property described in Schedule A are the same land as delineated on the survey made by Acero Construcciones by Arq. Jose Alfredo Ontiveros Macario dated March 20, 2014.

La Compañía garantiza al Asegurado que los Inmuebles descritos en el Anexo A son los mismos terrenos que aparecen delineados en el plano del levantamiento topográfico preparado por Acero Construcciones por conducto del Arq. José Alfredo Ontiveros Macario, con fecha 20 de marzo de 2014.

The Company herein insures against loss which said Insured shall sustain in the event that the assurances herein shall prove to be incorrect.

Por este conducto la Compañía garantiza y asegura contra las pérdidas que el Asegurado llegue a sufrir en el supuesto de que las garantías contenidas en el presente resulten ser incorrectas.

This endorsement is made a part of the Policy and is subject to all of the terms and provisions thereof and any prior endorsements thereto. Except to the extent expressly stated, it neither modifies any of the terms and provisions of the Policy and prior endorsements, if any, nor does it extend the effective date of the Policy and prior endorsements, or increase the Insured Amount thereof.

Este endoso forma parte de la Póliza y está sujeto a todos los términos y disposiciones de la misma y de todos sus endosos previos. Salvo en la medida de lo expresamente indicado, no modifica ninguno de los términos y disposiciones de la Póliza y sus endosos previos, si los hubiere, ni prorroga la fecha de inicio de vigencia o incrementa el valor nominal de la Suma Asegurada de la Póliza y sus endosos previos.

### Fidelity National Title de México, S.A. de C.V.

By / Por _____

Authorized Signatory / Representante Legal

Dated: May 13, 2014

Fecha: 13 de mayo de 2014

Endorsement / Endoso

Same as Survey / Levantamiento Topográfico

CONFIDENTIAL

DANSKE_0013469

"Diamante"



**FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.**

| ENDORSEMENT | ENDOSO |
|---|---|

Attached to Policy No. FNTMX14-000135

Adherido a la Póliza No. FNTMX14-000135

The Company assures the Insured that the Real Property described in Schedule A as Parcel I of the Realty to be contiguous with Parcels II and VII of the Realty; Parcel II of the Realty to be contiguous with Parcels I, III and VII of the Realty; Parcel III of the Realty to be contiguous with Parcels II, IV and VII of the Realty; Parcel IV of the Realty to be contiguous with Parcels III, VII and XIV of the Realty; Parcel V of the Realty to be contiguous with Parcel VII of the Realty; Parcel VI of the Realty to be contiguous with Parcel VII of the Realty; Parcel VII of the Realty to be contiguous with Parcels I, II, III, IV, V, VI, X, XII, XIII and XIV of the Realty; Parcel VIII of the Realty to be contiguous with Parcel XI of the Realty; Parcel IX of the Realty to be contiguous with Parcels XII and XIII of the Realty; Parcel X of the Realty to be contiguous with Parcel VII of the Realty; Parcel XI of the Realty to be contiguous with Parcels VIII and IX of the Realty; Parcel XII of the Realty to be contiguous with Parcel VII of the Realty; Parcel XIII of the Realty to be contiguous with Parcels VII and IX of the Realty; and, Parcel XIV of the Realty to be contiguous with Parcels IV and VII of the Realty, as shown on survey dated March 20, 2014, prepared by Topografía y Dibujo, Arq. José Alfredo Ontiveros Macario, herein forms one contiguous parcel, and that there are no strips, gaps or gores between them.

La Compañía garantiza al Asegurado que los Inmuebles descritos en el Anexo A como Parcela I del Inmueble que sea contiguo con las Parcelas II y VII del Inmueble; Parcela II del Inmueble que sea contiguo con las Parcelas I, III y VII del Inmueble; Parcela III del Inmueble que sea contiguo con las Parcelas II, IV y VII del Inmueble; Parcela IV del Inmueble que sea contiguo con las Parcelas III, VII y XIV del Inmueble; Parcela V del Inmueble que sea contiguo con Parcela VII del Inmueble; Parcela VI del Inmueble que sea contiguo con la Parcela VII del Inmueble; Parcela VII del Inmueble que sea contiguo con las Parcelas I, II, III, IV, V, VI, X, XII, XIII y XIX del Inmueble; Parcela VIII del Inmueble que sea contiguo con la Parcela XI del Inmueble; Parcela IX del Inmueble que sea contiguo con las Parcelas XII y XIII del Inmueble; Parcela X del Inmueble que sea contiguo con la Parcela VII del Inmueble; Parcela XI del Inmueble que sea contiguo con las Parcelas VIII y IX del Inmueble; Parcela XII del Inmueble que sea contiguo con la Parcela VII del Inmueble; la Parcela XIII del Inmueble que sea contiguo con las Parcelas VII y IX del Inmueble; y Parcela XIV del Inmueble que sea contiguo con las Parcelas IV y VII del Inmueble, como se muestra el Levantamiento Topográfico de fecha Marzo 20, 2014, preparado por Topografía y Dibujo, Arq. José Alfredo Ontiveros Macario, forman una parcela contigua y que no existen franjas, espacios o cuchillas en el mismo.

The Company hereby insures said Insured against loss which said Insured shall sustain in the event that the assurances herein shall prove to be incorrect.

Por este conducto la Compañía asegura al Asegurado contra las pérdidas que el mismo llegue a sufrir en caso de que las garantías contenidas en el presente resulten ser incorrectas.

This endorsement is made a part of the Policy and is subject to all of the terms and provisions thereof and any prior endorsements thereto.   Except to the extent expressly stated, it neither modifies any of the terms and provisions of the Policy and prior endorsements, if any, nor does it extend the effective date of the Policy and prior endorsements, or increase the face amount thereof.

Este endoso forma parte de la Póliza y está sujeto a todos los términos y disposiciones de la misma y de todos sus endosos previos. Salvo en la medida de lo expresamente indicado, no modifica ninguno de los términos y disposiciones de la Póliza y sus endosos previos, si los hubiere, ni prorroga la fecha de inicio de vigencia o incrementa el valor nominal de la Póliza y sus endosos previos.

**Fidelity National Title de México, S.A. de C.V.**



By / Por
Authorized Signatory / Representante Legal

Dated: May 13, 2014

Fecha: 13 de mayo de 2014



Endorsement / Endoso

Contiguity / Contiguidad



Page 39 of 42



DANSKE_0013470

"Diamante"



## FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.

| ENDORSEMENT | ENDOSO |
|---|---|

Attached to Policy No. FNTMX14-000135

Adherido a la Póliza No. FNTMX14-000135

The Company insures the Insured against loss or damage sustained by reason of any environmental protection lien which, at the Policy Date, is recorded in the Public Records, except as set forth in Schedule B.

La Compañía asegura al Asegurado contra las pérdidas o los daños sufridos por éste, en virtud de cualquier gravamen relacionado con la protección del medio ambiente que se encuentre inscrito en los Registros Públicos a la Fecha de Póliza, salvo por lo dispuesto en el Anexo B.

This endorsement is made a part of the Policy and is subject to all of the terms and provisions thereof and any prior endorsements thereto. Except to the extent expressly stated, it neither modifies any of the terms and provisions of the Policy and prior endorsements, if any, nor does it extend the effective date of the Policy and prior endorsements, or increase the Insured Amount thereof.

Este endoso forma parte de la Póliza y está sujeto a todos los términos y disposiciones de la misma y de todos sus endosos previos. Salvo en la medida de lo expresamente indicado, no modifica ninguno de los términos y disposiciones de la Póliza y sus endosos previos, si los hubiere, ni prorroga la fecha de inicio de vigencia o incrementa el valor nominal de la Suma Asegurada de la Póliza y sus endosos previos.

**Fidelity National Title de México, S.A. de C.V.**

By / Por _____
Authorized Signatory / Representante Legal




Dated: May 13, 2014

Fecha: 13 de mayo de 2014





Endorsement / Endoso

Environmental Lien / Gravamen Ambiental

CONFIDENTIAL

DANSKE_0013471

"Diamante"

## FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.

| **ENDORSEMENT** | **ENDOSO** |
|---|---|
| Attached to Policy No. FNTMX14-000135 | Adherido a la Póliza No. FNTMX14-000135 |

The Company hereby insures against loss or damage which the insured shall sustain by reason of the failure of the Real Properties identified in Schedule A of the Policy to constitute a lawfully created parcel according to the applicable subdivision legislation where the Real Properties are actually located.

La Compañía asegura al Asegurado contra pérdidas o daños, que el Asegurado pueda sufrir, por razón de la falla de los Inmuebles identificados en el Anexo A de la Póliza con ser una parcela legalmente creada de conformidad con la legislación aplicable en materia de subdivisiones del lugar en donde se encuentren localizados los mismos.

This endorsement is made a part of the Policy and is subject to all of the terms and provisions thereof and any prior endorsements thereto. Except to the extent expressly stated, it neither modifies any of the terms and provisions of the Policy and prior endorsements, if any, nor does it extend the effective date of the Policy and prior endorsements, or increase the Insured Amount thereof.

Este endoso forma parte de la Póliza y está sujeto a todos los términos y disposiciones de la misma y de todos sus endosos previos. Salvo en la medida de lo expresamente indicado, no modifica ninguno de los términos y disposiciones de la Póliza y sus endosos previos, si los hubiere, ni prorroga la fecha de inicio de vigencia o incrementa el valor nominal de la Suma Asegurada de la Póliza y sus endosos previos.

### Fidelity National Title de México, S.A. de C.V.

By / Por _____

Authorized Signature / Representante Legal




Dated: May 13, 2014

Fecha: 13 de mayo de 2014

Endorsement / Endoso

Subdivision / Subdivisión

CONFIDENTIAL

DANSKE_0013472

"Diamante"

## FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.

| ENDORSEMENT | ENDOSO |
|---|---|

Attached to Policy No. FNTMX14-000135 | Adherido a la Póliza No. FNTMX14-000135

Provided that the insured Security Trust No. F/00321, is a security trust agreement and that the indebtedness secured thereby is payable in U.S. dollars, the Company insures the Insured against loss or damage sustained by reason of the invalidity or unenforceability of the Security Trust No. F/00321, resulting from the provisions therein which provide for changes in the rate of interest.

Siempre que el Contrato de Fideicomiso de Garantía No. F/00321 asegurado sea efectivamente un contrato de fideicomiso en garantía y el adeudo garantizado sea pagadero en Dólares, moneda de curso legal de Los Estados Unidos de América, la Compañía asegura al asegurado en contra de pérdida o daño sostenido en razón de la invalidez o inaplicabilidad del Contrato de Fideicomiso de Garantía No. F/00321, como resultado del contenido de las disposiciones del mismo que prevean cambios en la tasa de interés.

"Changes in the rate of interest", as used in this endorsement, shall mean only those changes in the rate of interest calculated pursuant to the formula provided in the insured Security Trust No. F/00321 at Policy Date.

"Cambios en la tasa de interés", como se utiliza en el presente endoso, significara únicamente aquellos cambios en la tasa de interés calculada de conformidad con la formula prevista en el Contrato de Fideicomiso de Garantía No. F/00321 asegurado en la Fecha de la Póliza.

This Endorsement does not insure against loss or damage based upon usury or any consumer credit protection or truth in lending law or equivalent law, rule, regulation or principle in Mexico or elsewhere.

El presente Endoso no asegura en contra de daños o pérdidas basadas en la usura o cualquier legislación de protección al consumidor, o de veracidad en préstamos o equivalente legislación, reglamento o principio en México o en cualquier parte.

This endorsement is made a part of the Policy and is subject to all of the terms and provisions thereof and any prior endorsement thereto. Except to the extent expressly stated, it neither modifies any of the terms and provisions of the Policy and prior endorsements, nor does it extend the effective date of the Policy and prior endorsements, nor does it increase the Insured Amount thereof.

Este endoso forma parte de la Póliza y está sujeto a todos los términos y disposiciones de la misma y de todos sus endosos previos. Salvo en la medida de lo expresamente indicado, no modifica ninguno de los términos y disposiciones de la Póliza y sus endosos previos, si los hubiere, ni prorroga la fecha de inicio de vigencia o incrementa el valor nominal de la Suma Asegurada de la Póliza y sus endosos previos.

### Fidelity National Title de México, S.A. de C.V.

By / Por _____

Authorized Signatory / Representante Legal

Dated: May 13, 2014 | Fecha: 13 de mayo de 2014

Endorsement / Endoso
Variable Rate / Tasa Variable

Page 42 of 42

CONFIDENTIAL

DANSKE_0013473

CONDICIONES GENERALES

PÓLIZA DE SEGURO DE TÍTULO DE PROPIEDAD INMOBILIARIA DE ACREEDOR.

FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.

ESTA PÓLIZA DE SEGURO DE TÍTULO DE PROPIEDAD INMOBILIARIA DE ACREEDOR se emite por Fidelity National Title de México, S.A. de C.V., una sociedad anónima de capital variable constituida conforme a las leyes de México, con domicilio en Bosques de Cidros #50, Piso 4, Colonia Bosques de las Lomas, Delegación Cuajimalpa, C.P. 05120, México, Distrito Federal y debidamente autorizada por la Secretaria de Hacienda y Crédito Público para funcionar y operar como institución de seguros filial en el ramo de diversos según autorización número 101.-267 731.1/327553 expedida el 17 de abril de 2008. (la "Compañía")

1.      Interpretación y Definición de Términos.

Los términos con mayúscula inicial utilizados en esta Póliza tienen el significado que se les asigna a continuación:

"Asegurado" significa la persona física o moral señalada en el Anexo "A". El término Asegurado también incluye al titular del Adeudo garantizado por la Garantía asegurada y a cada uno de los sucesores en los derechos de titularidad de dicho Adeudo , salvo por cualquier sucesor que tenga el carácter de deudor como se describe en la Garantía Asegurada de conformidad con esta Póliza (reservándose, sin embargo, todos los derechos y recursos con respecto a cada sucesor que la Compañía hubiese tenido en contra de cualquier asegurado previo).

"Compañía" tendrá el significado que se le atribuye en el proemio de esta Póliza.

"Defecto" significa cualquier derecho de propiedad o cualquier derecho real que sea adverso o distinto al derecho de propiedad que se describe en el Anexo "A" de esta Póliza y sujeto a las exclusiones generales y exclusiones particulares de cobertura.

"Cobertura" significan los términos del seguro concedido por la Compañía al Asegurado en términos de la Cláusula 2 de esta Póliza.

"Conocimiento o Conocido" significa el conocimiento real y fáctico de información por parte del Asegurado e imputable al mismo, y no notificación implícita o aquella información que pueda ser sobrentendida, implícita e imputable al Asegurado en razón de su constancia o existencia en los Registros Públicos o de otras autoridades federales, estatales o municipales o cualesquier registros que impartan asuntos de notificación implícita que afecten el Inmueble.

"Fecha de Póliza" significa la fecha establecida en el Anexo "A" de esta Póliza.

"Garantía" significa (i) cualquier garantía real, incluyendo sin limitar una garantía hipotecaria sobre el título de propiedad del Inmueble y (ii) cualquier fideicomiso de garantía al que se contribuya el Inmueble que se constituya (en cada caso) a favor de y/o en beneficio del Asegurado, y que le garantiza el pago de obligaciones en el grado de preferencia establecido en ésta Póliza.

GENERAL CONDITIONS

LOAN POLICY OF TITLE INSURANCE

FIDELITY NATIONAL TITLE DE MÉXICO, S.A. DE C.V.

THIS LOAN POLICY OF TITLE INSURANCE is issued by Fidelity National Title de Mexico, S.A. de C.V., an anonymous variable stock company (*sociedad anonima de capital variable*) duly incorporated in accordance with the laws of México, with its domicile in Bosque de Cidros #50, 4th  Floor, Colonia Bosques de las Lomas, Delegación Cuajimalpa, 05120, México, Federal District and duly authorized by the Ministry of Finance and Public Credit to act and operate as an affiliated insurance company in the field of sundry as per authorization number 101.-267 731.1/327553 issued on April 17, 2008 (the "Company") .

1.      Interpretation and Definition of Terms.

Capitalized terms used in this policy have the meaning indicated as follows:

"Insured" means the person or entity named as set forth in Schedule "A". The term Insured also includes the owner of the Indebtedness secured by the insured Mortgage and each successor in ownership of the Indebtedness except a successor that is a borrower as described in the insured Mortgage under this Policy (reserving however all rights and defenses as to any successor that the Company would have had against any predecessor insured).

"Company" will have the meaning set forth in the preamble of this Policy.

"Defect" means any right of ownership or any right which is adverse or different from the right that is described in Schedule "A" of this Policy and subject to the exclusions and exceptions of the coverage and endorsements attached hereto.

"Coverage" means the terms of the insurance granted by the Company under the terms of Clause 2 of this Policy (and cover pages).

"Knowledge" or "Known" means the actual and factual knowledge of information by the Insured, attributable to the Insured, and not constructive notice or information that may be imputed to the Insured by reason of its evidence or existence at the Public Records or other federal, state or municipal authorities or any other records which impart constructive notice of matters affecting the Real Property.

"Policy Date" means the date set forth in Schedule "A" of this Policy.

"Mortgage" means (i) any in-rem guaranty (*Garantía Real*), including but not limited to mortgage (*Hipoteca*), over the Real Property; and (ii) any security trust (fideicomiso de garantía) to which the Real Property is contributed, that is constituted (in each case) in favor of and/or for the benefit of the Insured and which secures payment of obligations in the degree of priority described in this Policy.

C:\Users\cmoran\Documents\Mis Doctos\Fidelity\Formatos FNTMX\March 2009 - Loan Final (FORM).doc

CONFIDENTIAL

DANSKE_0013474

"Gravamen" significa cualesquier derechos o garantías reales incluyendo sin limitación alguna, hipotecas, servidumbres, cargas, derechos de acceso, invasiones, obligaciones contractuales de no hacer, derechos fideicomisarios en fideicomisos de garantía y derechos agrarios constituidos sobre el Inmueble y que afecten los derechos de propiedad del mismo Inmueble, y que otorgue derecho a un tercero o acreedor a ejercer derechos de dominio sobre el Inmueble o a ser pagado con el valor del Inmueble con los derechos preferenciales establecidos en la ley. El término "invasiones" incluye invasiones de mejoras existentes localizadas en el Inmueble respecto de terrenos colindantes e invasiones al Inmueble de mejoras existentes localizadas en terrenos colindantes.

"Inmueble" significa el terreno descrito o señalado en el Anexo "A" de esta Póliza, así como las mejoras realizadas en el mismo terreno que de conformidad con la ley constituyan bienes inmuebles. El término "Inmueble" no comprende terreno o propiedad alguna que sobrepase los límites del área descrita o señalada en el Anexo "A" ni tampoco comprende cualquier derecho, propiedad, interés o servidumbre (a menos que se describa específicamente en el Anexo "A") en cualquier calle colindante, servicios públicos, caminos, avenidas, callejones, acueductos, pero sin que se modifique o limite que el derecho de acceso desde o hacia el Inmueble se asegura conforme a esta Póliza.

"México" significa los Estados Unidos Mexicanos.

"Póliza" significa esta Póliza de Seguro de Título de Propiedad Inmobiliaria de Acreedor, sus términos y condiciones generales y todos y cualesquiera anexos y endosos.

"Reclamante" significa el Asegurado que bajo esta Póliza reclame pérdidas o daños.

"Registros Públicos" A partir de la Fecha de la Póliza, las anotaciones o inscripciones en los folios o libros de Registro de la oficina del Registro Público de la Propiedad en la ciudad o distrito judicial dentro de México con jurisdicción sobre el lugar en donde se ubica el Inmueble y el Registro Agrario Nacional o la Secretaría de la Reforma Agraria, y que dentro de sus propósitos está que otorguen publicidad a los actos legales que conforme a las leyes aplicables requieren de este requisito para surtir efectos frente a terceros o bien para que se constituya el derecho correspondiente.

"Seguro" tendrá el significado que se le atribuye en la Cláusula 2 de la presente Póliza.

"Siniestro" tendrá el significado que se le atribuye en la Cláusula 5 de la presente Póliza.

"Suma Asegurada" es la Cantidad Asegurada indicada en el Anexo "A".

"Adeudo" La obligación garantizada por la Garantía asegurada incluyendo aquella evidenciada por medios electrónicos autorizados por la legislación Mexicana, y si tal obligación es el pago de una deuda, el adeudo será la suma de:

(i)     la cantidad de capital desembolsada hasta la Fecha de la Póliza;
(ii)    la cantidad de capital desembolsada subsecuentemente a la Fecha de la Póliza;
(iii)   Los anticipos al préstamo de construcción realizados subsecuentemente a la Fecha de la Póliza con el propósito de financiar en todo o en parte la construcción de una mejora en el

"Encumbrance" means any property rights or guaranty including without limitation, mortgages, easements, access rights, encroachments, contractual restrictive covenants, trust beneficiary rights in guaranty trusts and agrarian rights created over the Real Property that affect the property rights or domain of the Real Property, and which gives rights to a third party or creditor to exercise ownership or other rights over the Real Property or to be paid with the value of the Real Property with the preferential rights as provided by law. The term "encroachments" includes encroachments of existing improvements located on the Real Property onto adjoining land, and encroachments onto the Real Property of existing improvements located on adjoining land.

"Real Property" means the land described or referred to in Schedule "A" of this Policy, as well as improvements located on such land that in accordance with the law constitute real property. The term "Real Property" does not include any property beyond the limits of the area described or referred to in Schedule "A" nor does it comprise any right, property interest or easement (unless specifically described in Schedule "A") in any abutting streets, public service utilities, roads, avenues, alleys, aqueducts, but this does not modify or limit the extent that a right of access to and from the Real Estate is insured by this Policy.

"Mexico" means the United Mexican States.

"Policy" means this Loan Policy of Title Insurance, its general terms and conditions and any and all exhibits and endorsements.

"Claimant" means the Insured claiming loss or damage under this Policy.

"Public Records" As of the Policy Date, the annotations and inscriptions in the registry folios or books in the office of the Public Registry of Property in the city or judicial district within Mexico with jurisdiction over the area where the Real Property is located and the Agrarian National Registry or the Agrarian Reform Ministry, that serve to render publicity or notice to legal acts required to be recorded in order to be effective against third parties or otherwise to create the corresponding right.

"Insurance" will have the meaning set forth in Clause 2 of the General Conditions of this Policy.

"Loss" will have the meaning set forth in Clause 5 of the General Conditions of this Policy.

"Insured Amount" is the Amount of Insurance stated in Schedule "A".

"Indebtedness" The obligation secured by the insured Mortgage including one evidenced by electronic means authorized by Mexican law, and if that obligation is the payment of a debt, the Indebtedness is the sum of:

(i)     the amount of the principal disbursed as of the Policy Date;
(ii)    the amount of the principal disbursed subsequent to the Policy Date;
(iii)   the construction loan advances made subsequent to the Policy Date for the purpose of financing in whole or in part the construction of an improvement to the Real

CONFIDENTIAL

DANSKE_0013475

Inmueble que el Asegurado tenía la obligación y sigue teniendo la obligación de anticipar en la Fecha de la Póliza y en la fecha del anticipo;

(iv)  intereses en el préstamo;

(v)  las primas de pre-pago, comisiones por terminación anticipada y demas cargos similares o penalidades permitidas por ley;

(vi)  los gastos de un juicio especial hipotecario y cualesquier otros gastos de su ejecución;

(vii)  las cantidades anticipadas par asegurar el cumplimiento con la legislación o para proteger el gravamen, derechos o la prioridad de la Garantía asegurada antes de la adquisición del patrimonio o interés en el título de propiedad;

(viii)  cantidades para pagar impuestos y seguros; y

(ix)  cantidades razonables gastadas en prevenir el deterioro de mejoras;

Pero el Adeudo se reduce en el total de todos los pagos y por cualquier cantidad condonada por un Asegurado.

Property or related to the Real Property that the Insured was and continued to be obligated to advance at  Policy Date and at the date of the advance;

(iv)  interest on the loan;

(v)  the prepayment premiums, exit fees, and other similar fees or penalties allowed by law;

(vi)  the expenses of foreclosure and any other costs of enforcement;

(vii)  the amounts advanced to assure compliance with laws or to protect the lien, rights or the priority of the insured Mortgage before the acquisition of the estate or interest in the property title;

(viii)  the amounts to pay taxes and insurance; and

(ix)  the reasonable amounts expended to prevent deterioration of improvements;

but the Indebtedness is reduced by the total of all payments and by any amount forgiven by an Insured.

## 2.  Seguro.

SUJETO A LAS CONDICIONES GENERALES, A LAS EXCLUSIONES GENERALES Y A LAS EXCLUSIONES PARTICULARES DE COBERTURA CONTENIDAS EN EL ANEXO "B" DE ESTA PÓLIZA, la Compañía, a partir de la Fecha de la Póliza asegura sin exceder la Suma Asegurada estipulada en el Anexo "A", contra las pérdidas o daños sufridos o incurridos por el Asegurado a causa de:

1.  Que el derecho de propiedad o cualesquier otros derechos sobre el Inmueble descrito en el Anexo "A" de la presente Póliza, sean distintos a  los derechos establecidos en el mismo Anexo "A";

2.  Un Defecto o Gravamen que afecte la propiedad del Inmueble;

3.  Un Defecto en el título de propiedad del Inmueble ocasionado por falsificación, fraude, coerción, incompetencia o incapacidad de las personas que hayan celebrado cualquier instrumento que contenga el título de propiedad  en el que se base la propiedad del Inmueble;

4.  Un Defecto en el título de propiedad del Inmueble ocasionado por la falta de la autorización correspondiente por parte de cualquier persona o entidad que haya celebrado el instrumento que contenga el título de propiedad en el que se base la propiedad del Inmueble, requerido para transmitir la propiedad del Inmueble;

5.  El Defecto en el título de propiedad del Inmueble ocasionado por el régimen matrimonial de las personas que hayan celebrado cualquier título de propiedad;

6.  La invalidez o nulidad del instrumento que contenga el título de propiedad del Inmueble cuando dicho título haya sido otorgado mediante un poder inválido;

7.  La invalidez o nulidad del instrumento público que contenga el título de propiedad del Inmueble, en el que se base la propiedad del Inmueble cuando el mismo carezca propia o debidamente de los elementos formales requeridos por ley, incluyendo por ejemplo, tener el sello o registro por parte de los

## 2.  Insurance.

SUBJECT TO THE GENERAL CONDITIONS, THE EXCLUSIONS AND THE EXCEPTIONS FROM COVERAGE CONTAINED IN SCHEDULE "B" OF THIS POLICY, the Company, as of the Policy Date insures  without  exceeding the Insured Amount set forth in Schedule "A" hereto, against loss or damages sustained or incurred by the Insured by reason of:

1.  Ownership or any other right over the Real Property described in Schedule "A" of this Policy that is different than the rights stated in such Schedule "A";

2.  A Defect or Encumbrance affecting the Real Property;

3.  A Defect in the title to the Real Property caused by forgery, fraud, undue influence, duress, incompetency or incapacity or other legal disability of the persons who executed any title document upon which ownership of the Real Property is based;

4.  A Defect in the title to the Real Property caused by the lack of authorization of any person or entity executing any title document upon which ownership of the Real Property is based, required to transfer the ownership of the Real Property;

5.  A Defect in the title to the Real Property caused by the marital regime of the persons executing any title document;

6.  The invalidity of the title to the Real Property if the title has been granted by means of an invalid power of attorney;

7.  The invalidity of the title to the Real Property when any title document, upon which ownership of the Real Property is based does not properly or duly have the formal elements required by law, for example, lacking the seal or registry by the Public Records, the

CONFIDENTIAL

DANSKE_0013476

Registros Públicos, las firmas y autorizaciones correspondientes, o la falta de protocolización del documento notarial necesario para su otorgamiento;

correspondent signatures and authorizations, acknowledgments, or the protocols required for granting the title in the notarized document;

8. Un error relacionado con la descripción legal del Inmueble;

8. An error in the legal description of the Real Property;

9. La falta de un derecho de paso legal para acceder y salir del Inmueble;

9. Lack of a legal right of access to and from the Real Property;

10. Una hipoteca sobre el Inmueble distinta a la Garantía asegurada por esta Póliza;

10. A mortgage on the Real Property other than the Mortgage insured by this Policy;

11. Un Gravamen derivado de procedimientos judiciales o administrativos;

11. An Encumbrance derived from a judicial or administrative proceeding;

12. Cualquier anotación preventiva y/o aviso preventivo en los Registros Públicos que afecte el título de propiedad del Inmueble;

12. Any outstanding marginal notation and/or a preventive notice at the Public Records affecting the title to the Real Property;

13. Contratos de arrendamiento, aparcería o usufructo sobre el Inmueble;

13. A lease, sharecropping or usufruct agreement on the title to the Real Property;

14. Un procedimiento judicial o administrativo defectuoso en virtud del cual se haya otorgado el título de propiedad del Inmueble;

14. A defective judicial or administrative proceeding upon which the title to the Real Property was granted;

15. Reclamaciones por parte de ejidos, comunidades o colonias que afecten el título de propiedad del Inmueble;

15. Ejido, community or colony claims affecting title to the Real Property;

16. El gravamen derivado del impuesto predial determinado por la autoridad municipal, vencido o exigible, pero no pagado;

16. The lien of real estate property tax (impuesto predial) imposed on the Real Property by the municipal authority due or payable, but unpaid;

17. La invalidez o inexigibilidad de la Garantía asegurada sobre el patrimonio o derecho descrito en el Anexo "A";

17. The invalidity or enforceability of the insured Mortgage upon the estate or interest described in Schedule "A";

18. Cualquier, gravamen, embargo, sentencia o Gravamen sobre el Inmueble;

18. Any lien, attachment, judgment or Encumbrance over the Real Property;

19. La invalidez de cualquier cesión o transmisión de la Garantía asegurada descrita en el Anexo "A"; y

19. The invalidity of an assignment or transfer of the insured Mortgage described in Schedule "A"; and

20. La prioridad o grado de preferencia de cualquier carga o Gravamen sobre la Garantía asegurada.

20. The priority of any lien or Encumbrance over the insured Mortgage.

La Compañía también cubrirá los gastos, honorarios de abogados correspondientes, justificados y debidamente comprobados, así como costos en que sea necesario incurrir en relación con la defensa del derecho de propiedad del Inmueble, como el mismo esté asegurado.

The Company will also pay costs, the corresponding attorneys' fees and expenses that are necessary to incur in connection with the defense of the right of ownership of the Real Property, as it is insured.

## 3. Exclusiones Generales de la Cobertura.

## 3. Exclusions from Coverage.

**Las siguientes situaciones de hecho y de derecho están expresamente excluidas de la Cobertura de esta Póliza y la Compañía no cubrirá pérdidas o daños, costos, honorarios de abogados y**

**The following situations of fact and law are expressly excluded from the Coverage of this Policy and the Company will not cover loss or damages, costs, attorneys' fees or**

CONFIDENTIAL

DANSKE_0013477

gastos derivados de:

1. Cualquier decreto, ley, tratado, ordenamiento o reglamento gubernamental (incluyendo sin limitar las leyes, ordenamientos, decretos o reglamentos federales, estatales o municipales de zonificación y construcción) que restrinjan, regulen, prohíban o que tengan relación con:

   (i) la ocupación, uso o disfrute del Inmueble;

   (ii) las características, dimensiones o ubicación de cualquier mejora localizada en el Inmueble;

   (iii) cualquier división o subdivisión del Inmueble o de una porción de éste o cualquier cambio en las dimensiones o superficie del Inmueble o de cualquier lote del cual el Inmueble es o haya sido parte;

   (iv) cualesquiera limitaciones en tamaño del Inmueble, ya sean derivadas de deficiencias topográficas, de actividad geológica, tectónica o marítima o por cualquier otra causa;

   (v) la protección ambiental o el efecto de cualquier violación a las leyes o reglamentos en materia de protección ambiental ya sean internacionales, federales, estatales o municipales,

expenses arising from:

1. Any decree, law, ordinance, treaty or governmental regulation or restriction (including but not limited to building and zoning laws or regulations of any federal, state, or municipal government) restricting, limiting, regulating, prohibiting or relating to:

   (i) the occupation, use or enjoyment of the Real Property;

   (ii) the characteristics, dimensions or location of any improvement located on the Real Property;

   (iii) any separation or subdivision of the Real Property or a portion thereof or any change in the dimensions or surface of the Real Property or of any lot of which the Real Property is or had been a part of;

   (iv) any limitations on size of the Real Property, whether derived from topographical deficiencies, from geological, tectonic or maritime activity or for any other cause;

   (v) the protection of the environment or the effect of any violation of environmental laws or regulations whether international, federal, state or municipal, except to the

CONFIDENTIAL

DANSKE_0013478

excepto hasta en tanto una notificación de defecto o gravamen en la propiedad del Inmueble como resultado de una violación que afecte al Inmueble, haya sido registrada en los Registros Públicos en la Fecha de la Póliza o con anterioridad a dicha fecha;

extent that a notice of defect, lien or encumbrance upon the ownership of the Real Property resulting from a violation affecting the Real Property has been recorded in the Public Records on or before the Date of Policy;

2. Cualquier pérdida o daño causado por secuestro, confiscación, decomiso, expropiación, toma de tierras o cualquier limitación de uso impuesta por autoridades competentes ya sean municipales, estatales o federales de los Estados Unidos Mexicanos con competencia sobre el Inmueble, a menos de que la notificación de cualquiera de estos casos se haya registrado en los Registros Públicos en la Fecha de la Póliza o con anterioridad a esa fecha;

2. Any loss or damage caused by sequestration, forfeiture, expropriation, taking of land or any limitation on the use imposed by federal, state or municipal government of the United Mexican States having jurisdiction over the Real Property, unless notice of the exercise thereof has been recorded in the Public Records on or before the Policy Date;

3. Defectos, Gravámenes, reclamaciones adversas u otras situaciones de hecho o de derecho:

3. Defects, Encumbrances, adverse claims or other situations of fact or law:

(i) creados, sufridos, asumidos, convenidos o acordados por el Asegurado, el Reclamante o por cualquiera de sus representantes legales;

(i) created, suffered, assumed, or agreed to by any Insured, Claimant or any of their legal representatives;

(ii) no Conocidos por la Compañía y que no estén inscritos en los Registros Públicos a la Fecha de Póliza, pero que sean conocidos por el Asegurado, Reclamante, sus representantes legales o por

(ii) not Known to the Company and not recorded in the Public Records at the Policy Date, but known to the Insured, Claimant, any of their legal representatives or by the individual who contracts for this Insurance

C:\Users\cmoran\Documents\Mis Doctos\Fidelity\Formatos FNTMX\March 2009 - Loan Final (FORM).doc

CONFIDENTIAL

DANSKE_0013479

el individuo que haya contratado el presente Seguro en representación del Asegurado y no hayan sido revelados por el Asegurado, Reclamante, sus representantes legales o por el individuo que haya negociado la Póliza para el beneficio del Asegurado, a la Compañía, por escrito, en o con anterioridad a la Fecha de la Póliza;

for the benefit of the Insured and not disclosed in writing by the Insured, Claimant, any of their legal representatives or by the individual who negotiated this Policy for the benefit of the Insured, to the Company on or prior to Policy Date;

(iii) que no ocasionen o generen pérdidas o daños al Reclamante;

(iii) which cause or result in no loss or damage to a Claimant;

(iv) que sean creados después de la Fecha de Póliza;

(iv) created after the Policy Date;

(v) que resulten en una pérdida o daño que no hubiese ocurrido si un Reclamante hubiese pagado el precio o valor de la Garantía asegurada; o

(v) resulting in loss or damage that would have been sustained if a Claimant had paid value for the insured Mortgage; or

4. Cualquier reclamación originada por un incumplimiento del Asegurado a las leyes y reglamentos aplicables de México relacionada con la operación de sus negocios, bienes raíces, inversiones extranjeras, y zonas marítimas o fronterizas o relacionados con la propiedad del Inmueble;

4. Any claim originated by a breach by the Insured for failure to comply with applicable laws and regulations of Mexico relating to doing business, real estate, foreign investments, and maritime border zones relating to the ownership of the Real Property;

5. La negativa por parte de cualquier persona física o moral de comprar, arrendar u otorgar un crédito, que esté basada en el estado o condición física o legal del Inmueble o en cualquier otro derecho cubierto por esta Póliza;

5. The refusal of any individual or entity to purchase, lease or grant a loan based on the physical or legal condition of the Real Property or of any other right covered by this Policy;

C:\Users\cmoran\Documents\Mis Doctos\Fidelity\Formatos FNTMX\March 2009 - Loan Final [FORM].doc

CONFIDENTIAL

DANSKE_0013480

6. Cualquier reclamación que surja de la operación creando el derecho asegurado en la presente por razón de quiebra, concurso mercantil, conciliación, providencias precautorias, insolvencia, fraude en perjuicio de acreedores;

6. Any claim that arises out of the transaction creating the right insured hereby by reason of bankruptcy, bankruptcy proceeding, conciliation, provisional remedies, insolvency, fraud of creditors;

7. La propiedad de o derechos de concesión sobre el subsuelo del Inmueble, conjuntamente con los minerales, piedras, depósitos, productos, petróleo, hidrocarburos y otras sustancias y derechos relacionados de uso de la superficie, o hundimientos ocasionados por el ejercicio de dichos derechos, y los derechos aéreos o del espacio aéreo que sean propiedad de México o reclamados por jurisdicción de México;

7. The ownership of or concession rights over the subsoil of the Real Property, together with the minerals, stones, deposits, products, petroleum, hydrocarbons and other substances and related rights to use the surface, or subsidence caused by the exercise of such rights, and the air rights or aerial space which are the property of Mexico or claimed by Mexico;

8. Invalidez o inexigibilidad del gravamen de la Garantía asegurada o reclamación de la misma por el Reclamante derivada de la transacción evidenciada por la Garantía asegurada basada sobre la usura o cualquier protección al crédito de los consumidores en leyes crediticias o cualquier concepto equivalente bajo las leyes del lugar en donde el Inmueble se encuentre ubicado; o

8. Invalidity or unenforceability of insured Mortgage or claim thereof which arises as a result of usury or any consumer loan protection or any equivalent concept under the laws of the place in which the Real Property is located; or

9. Gravámenes laborales no registrados en los Registros Públicos.

9. Labor liens not recorded in the Public Records.

4.   Vigencia.

4.   Term.

La Cobertura de esta Póliza comenzará su vigencia a partir de la Fecha de la Póliza a favor de un Asegurado, después de la adquisición del título de propiedad por parte de un Asegurado o

The Coverage of this Policy shall continue in force as of the Policy Date in favor of an Insured, after acquisition of the title to the Real Property by an Insured or after conveyance

C:\Users\cmoran\Documents\Mis Doctos\Fidelity\Formatos FNTMX\March 2009 - Loan Final (FORM).doc

DANSKE_0013481

después cualquier contrato o convenio de transmisión por un Asegurado, pero siempre y cuando el Asegurado mantenga un derecho u obligación garantizada por la Garantía otorgada por un comprador del Asegurado o tiene responsabilidad por razones de obligaciones de garantía hechas por tal asegurado en cualquier transmisión de dominio o transferencia de tal derecho o interés.

by an Insured, but only so long as the Insured retains an estate or right in the Real Property or holds an indebtedness secured by a Mortgage given by a purchaser from the Insured or has liability by reason of covenants of warranty made by such insured in any conveyance or transfer of such estate or interest.

**5. Siniestro y Procedimiento de Reclamación.**

**5. Loss and Notice of Claim.**

En términos de lo dispuesto por el Artículo 66 de la Ley sobre el Contrato de Seguro, el Asegurado deberá notificar por escrito a la Compañía respecto de la realización de las siguientes situaciones (en adelante referidas como "Siniestro"):

In accordance with Article 66 of the Mexican Insurance Contract Law, the Insured shall notify the Company in writing of the occurrence of the following situations (hereinafter referred to as "Loss"):

(i)   Cualquier acción o reclamación, ya sea de carácter judicial o extrajudicial, iniciada por un tercero y mediante la cual se alegue o reclame un derecho adverso o distinto al título de propiedad o Garantía asegurados o un título de propiedad diferente sobre el Inmueble asegurado; y/o

(i)   Any action or claim, either judicial or not, initiated by a third party in which any third party asserts a claim adverse to the title or Mortgage as insured or a different ownership title over the Real Property of the Insured; and/or

(ii)  En cualquier caso en que cualquier Asegurado bajo la Póliza tenga conocimiento de la existencia de cualquier Gravamen o derecho respecto del Inmueble asegurado que sea adverso o distinto al derecho de propiedad sobre el Inmueble del Asegurado y que pudiese ocasionar pérdidas o daños por los que la Compañía pueda tener alguna responsabilidad bajo esta Póliza.

(ii)  In any case that any Insured under this Policy learns of the existence of any Encumbrance or right with respect to the Real Property that is adverse to or different from the ownership right of the Insured over the Real Property and that could result in losses or damages for which the Company can be liable under this Policy.

La notificación respecto de la realización de algún Siniestro deberá ser entregada por escrito a la Compañía tan pronto como el Asegurado tenga conocimiento de su realización, pero en todo caso dentro de los 30 (treinta) días siguientes a la fecha en que el Asegurado obtenga Conocimiento de la realización de algún Siniestro. No obstante lo anterior, el Asegurado entregará oportunamente la notificación de manera que no perjudique a la Compañía.

Notice of the occurrence of any Loss must be delivered in writing to the Company no later than 30 (thirty) days following the date the Insured obtains knowledge of the occurrence of the Loss. Notwithstanding the foregoing, the Insured will deliver promptly the notice so as not to prejudice the Company.

En caso de que la notificación no sea entregada por escrito por el Asegurado a la Compañía dentro del plazo señalado en el párrafo anterior, la Compañía tendrá el derecho a reducir la prestación debida hasta la suma de la pérdida o daño incurridos que habría importado si el Asegurado le hubiese notificado oportunamente. Lo anterior en términos de lo dispuesto por el Artículo 67 de la Ley sobre el Contrato de Seguro.

In the event the notice of claim is not delivered in writing by the Insured to the Company within the term set forth above, the Company shall have the right to reduce its liability in the amount of any loss caused by failure of the Insured to provide such prompt notice. The foregoing is in accordance with Article 67 of the Mexican Insurance Contract Law.

Posteriormente a que el Asegurado haya notificado por escrito a la Compañía respecto de la realización de algún Siniestro, la Compañía investigará dicho Siniestro para determinar si es válido conforme a esta Póliza y no es contrario a la ley. Para esos efectos y de conformidad con el Artículo 69 de la Ley sobre el Contrato de Seguro, la Compañía en todo momento tendrá el derecho de solicitar al Asegurado, al Reclamante o a sus representantes legales, a entregar y revelar toda clase de información relacionada con el Siniestro en cuestión, a efecto de que la Compañía pueda determinar las circunstancias de su realización y sus posibles consecuencias.

After the Insured has notified the Company in writing of the occurrence of a Loss, the Company will investigate such Loss in order to determine if it is valid under the Policy and not barred by law. For such purposes, and in accordance with Article 69 of the Mexican Insurance Contract Law, the Company at all times will have the right to require the Insured, the Claimant or their representatives to furnish and disclose all information related to the relevant Loss so that the Company may determine the circumstances of the Loss and its possible consequences.

Ninguna información designada como confidencial por el Asegurado será divulgada a terceras personas salvo que la Compañía considere que su revelación sea necesaria para la administración de la reclamación y solamente sobre la base de" ser necesario", o como se requiera por ley.

No information designated as confidential by the Insured shall be disclosed to third parties unless, the Company considers that it is necessary in the administration of the claim only on an "as needed" basis or if required by law.

CONFIDENTIAL

DANSKE_0013482

Si la Compañía concluye que el Siniestro no esta cubierto por la Póliza, La Compañía avisará su determinación dentro de los treinta (30) días hábiles en que la Compañía haya recibido la información y documentación describiendo el Siniestro.

If the Company concludes that the Loss is not covered by this Policy, the Company shall advise the Insured of the reasons for its determination within 30 business days of Company's receipt of the documentation and information describing the Loss.

**6. Opciones de Pago, Transacciones de Reclamaciones y Terminación de Responsabilidad.**

**6. Options to Pay, Settle Claims and Termination of Liability.**

Respecto de cualquier Siniestro, la Compañía podrá optar por cualquiera de las siguientes opciones de indemnización que ejercerá sin demora indebida:

With respect to any Loss the Company shall have the following options exercised without undue delay:



a) Proporcionar la defensa del Asegurado respecto de cualquier Siniestro e instaurar los procedimientos y/o las acciones necesarias para liberar o cancelar el Gravamen o reclamación que resulte adversa sobre el Inmueble, en los términos previstos en la Cláusula 7 de esta Póliza;

a) To provide for the defense of an Insured with respect to any Loss and to institute the necessary procedures or actions to clear or cancel the Encumbrance or adverse claim over the Real Property in the terms provided in Clause 7 of this Policy;

b) Efectuar el pago de la Suma Asegurada, según dicho término se define en la Cláusula 1 de las Condiciones Generales de esta Póliza conjuntamente con cualesquier gastos, honorarios de abogados y costos efectivamente incurridos por el Asegurado que hayan sido autorizados por la Compañía, a la fecha de pago de la Suma Asegurada;

b) To pay the Insured Amount as such term is defined in Clause 1 of the General Conditions of this Policy together with any costs, attorneys' fees and expenses incurred by the Insured which were authorized by the Company up to the date of payment of the Insured Amount;

Una vez que la Compañía ejerza esta opción, toda responsabilidad y obligaciones de la propia Compañía frente al Asegurado bajo esta Póliza se darán por terminadas, con excepción del pago referido en este Inciso b;

Upon the exercise by the Company of this option, all liability and obligations to the Insured under this Policy shall terminate except for the payment referred to in this Item b;

c) A adquirir el Adeudo en la cantidad del Adeudo en la fecha de adquisición, conjuntamente con cualesquier gastos, honorarios de abogados y gastos incurridos por el Reclamante que fueron autorizados por la Compañía hasta el momento de la adquisición y que la Compañía este obligada a pagar. Cuando la Compañía adquiera el Adeudo, el Asegurado transmitirá, y cederá a la Compañía el Adeudo y la Garantía asegurada, conjuntamente con cualesquier otra garantía colateral;

c) To purchase the Indebtedness for the amount of the Indebtedness on the date of purchase, together with any costs, attorneys' fees, and expenses incurred by the Claimant that were authorized by the Company up to the time of purchase and that the Company is obligated to pay. When the Company purchases the Indebtedness, the Insured shall transfer, assign, and convey to the Company the Indebtedness and the insured Mortgage, together with any collateral security;

d) Pagar las pérdidas del Asegurado, en caso de que dichas pérdidas sean menores a la Suma Asegurada, junto con cualesquier gastos, honorarios de abogados y costos incurridos por el Asegurado que hayan sido autorizados por la Compañía hasta la fecha de pago de las pérdidas; y

d) To pay the Insured's loss, if it is less than the Insured Amount, together with any costs, attorneys' fees and expenses incurred by the Insured which were authorized by the Company up to the date of payment of the loss; and

e) Pagar o de cualquier forma negociar y llegar a un acuerdo con terceros, en nombre y representación del Asegurado, junto con cualesquier gastos, honorarios de abogados y costos incurridos por el Asegurado, que hayan sido autorizados por la Compañía a la fecha del pago del Siniestro.

e) To pay or otherwise settle with other parties for or in the name of the Insured, together with any costs, attorneys' fees and expenses incurred by the Insured, which were authorized by the Company up to the date of payment of the Loss.

**7. Defensa del Asegurado; Obligación del Asegurado a Cooperar.**

**7. Defense of the Insured; Duty of the Insured to Cooperate.**

(a) Si respecto de cualquier Siniestro la Compañía opta por proporcionar la defensa del Asegurado, la Compañía tendrá el derecho de seleccionar a los abogados, asesores legales y peritos que

(a) If in regard to any Loss where the Company is obligated to defend the Insured, the Company shall have the right to select attorneys, legal advisors and expert counsel of its choice that shall

C:\Users\cmoran\Documents\Mis Doctos\Fidelity\Formatos FNTMX\March 2009 – Loan Final (FORM).doc

representarán al Asegurado en los litigios y acciones relativas al Siniestro (sujeto al derecho del Asegurado de objetar la selección de abogados y asesores legales por causas razonables, en cuyo caso la Compañía tendrá derecho de designar a un abogado o asesor legal distinto respecto del Siniestro) y no pagará ni será responsable por los honorarios de cualesquiera otros abogados, asesores legales o peritos. La Compañía no pagará porción alguna de los honorarios, costos o gastos incurridos por el Asegurado en la defensa de aquellas acciones y litigios que se presenten por situaciones de hecho o de derecho que no estén cubiertas por esta Póliza. La Compañía no pagará ningún tipo de honorarios, gastos o costos en los que haya incurrido el Asegurado relacionados con cualquier acción penal.

(b)  La Compañía tendrá el derecho de instituir, iniciar y perseguir cualquier acción o procedimiento que pueda llegar a ser necesaria o deseable para establecer la validez de la propiedad del Inmueble o derecho del Asegurado sobre el Inmueble, título de propiedad o derecho del Asegurado en y sobre el Inmueble según el mismo se encuentre asegurado por esta Póliza para prevenir o reducir las pérdidas o daños causados al Asegurado, asumiendo el costo de dicha acción o procedimiento. La Compañía podrá llevar a cabo cualquier acción o procedimiento que considere apropiada en los términos de esta Póliza, tenga o no responsabilidad bajo esta Póliza, sin que por ello se entienda que la Compañía ha aceptado responsabilidad o renunciado a cualquiera de las estipulaciones hechas o derechos que tenga en esta Póliza.

(c)  Al ocurrir un Siniestro, el Asegurado tendrá la obligación de cooperar con la Compañía para que conjuntamente lleven acabo todos los actos que tiendan a evitar o disminuir las pérdidas o daños e instituir, iniciar y perseguir cualquier acción o procedimiento que pueda llegar a ser necesaria o deseable para tales efectos, asumiendo la Compañía el costo de dicha acción o procedimiento. Los gastos incurridos por el Asegurado que no sean manifiestamente improcedentes serán cubiertos por la Compañía en términos de lo establecido en el inciso (a) anterior.

(d)  Siempre que la Compañía haya ejercido cualquier acción o haya interpuesto alguna defensa según sea permitido de conformidad con esta Póliza, la Compañía tendrá el derecho de ejecutar cualquier litigio hasta su resolución final o firme por parte de un tribunal competente, reservándose expresamente el derecho de apelar cualquier sentencia o resolución en su contra..

(e)  En todos los casos en los que esta Póliza permita que la Compañía inicie una acción o interponga cualquier medio de defensa ante cualquier acción o procedimiento, el Asegurado otorgará a la Compañía el derecho para ejecutar o proveer la defensa de dicha acción o procedimiento y las apelaciones y recursos que pudieran derivar de las mismas y permitirá que la Compañía, a su discreción, actúe para tal propósito en nombre y

represent the Insured in any litigation and proceedings related to the Loss (subject to the right of the Insured to object for reasonable cause, in which case the Company shall have the right to select a different attorney or legal adviser with respect to the Loss ) and shall not be liable for and will not pay the fees of any other counsel. The Company will not pay any fees, costs or expenses incurred by the Insured in defense of those allegations that assert matters not insured against by this Policy. The Company will not pay any fees, costs or expenses incurred by the Insured regarding any matter of, or pertaining to, a criminal action.

(b)  The Company has the right, at its own cost, to institute and prosecute any action or proceeding or to do any other act that in its opinion may be necessary or desirable to establish validity of the ownership of the Real Property or right of the Insured in and over the Real Property to prevent or reduce loss or damage to the Insured. The Company may take any appropriate action under the terms of this Policy, whether or not it shall be liable under this Policy, and shall not thereby concede liability or waive any provision of the Policy.

(c)  In the event a Loss occurs, the Insured will have the obligation to cooperate with the Company so that jointly they execute all the actions that could prevent or reduce the loss or damages and to instruct, initiate and prosecute any action or proceeding that may become necessary or desirable for such purposes at the cost of the Company. The expenses incurred by the Insured that are not invalid shall be covered by the Company in terms of the provisions set forth in paragraph (a) above.

(d)  Whenever the Company shall have brought an action or interposed a defense as permitted by the provisions of this Policy, the Company may pursue any litigation to final determination by a court of competent jurisdiction and expressly reserves the right to appeal from any adverse judgment or order.

(e)  In all cases where this Policy permits the Company to prosecute or provide for the defense of any action or proceeding, the Insured shall grant to the Company the right to prosecute or provide defense in the action or proceeding and all appeals and remedies that may derive from same and shall permit the Company at its option, to act for this purpose in the name of and on behalf of the Insured. For these purposes, the Insured shall



CONFIDENTIAL

representación del Asegurado. Para dichos efectos, el Asegurado otorgará a la Compañía, cualesquier poderes que la Compañía considere necesarios para tales efectos.

A solicitud de la Compañía y por cuenta de ésta última, el Asegurado proporcionará a la Compañía toda la ayuda que ésta le requiera relacionada con (i) cualquier acción o procedimiento, para la obtención de pruebas, testigos, presentando o defendiendo la acción o procedimiento o negociando la terminación del mismo, y (ii) cualquier otro acto legal que en la opinión de la Compañía pueda llegar a ser necesario para establecer la propiedad o derecho sobre el Inmueble, o la Garantía asegurada en los términos en que se encuentra asegurada.

Si el Asegurado no coopera con la Compañía o incumple con el otorgamiento del poder dentro de un tiempo razonable, las obligaciones y derechos de la Compañía respecto del Asegurado de conformidad con esta Póliza se podrán dar por terminadas, incluyendo la continuación de la defensa o ejecución de cualquier litigio llevado a cabo por elección de la Compañía, en relación con el asunto o asuntos que requieran de dicha cooperación.

**8.      Suma Asegurada y Alcance de Responsabilidad.**

Esta Póliza es un contrato de indemnización contra las pérdidas o daños pecuniarios o económicos sufridos o efectivamente incurridos por el Asegurado derivados de los Siniestros y situaciones asegurados por esta Póliza y únicamente en la extensión y grado descritos en la misma Póliza.

a)    La responsabilidad de la Compañía de conformidad con esta Póliza no excederá de la menor de las siguientes cantidades:

(i)    la Suma Asegurada establecida en el Anexo "A" de esta Póliza; o

(ii)   el Adeudo; o

(iii)  la diferencia en Pesos Mexicanos entre el valor comercial del Inmueble o derecho asegurado y el valor comercial del Inmueble o del derecho sobre el Inmueble sujeto al Gravamen u otras situaciones de hecho o de derecho cubiertas por esta Póliza en la fecha en que el Asegurado tenga Conocimiento de los hechos que dieron origen a las pérdidas o daños.

b)    La Compañía cubrirá también aquellos costos, honorarios de abogados y gastos incurridos en los términos previstos por las Cláusulas 6 y 7 de esta Póliza.

**9.      Límite de Responsabilidad.**

a)    Si la Compañía de conformidad con esta Póliza, establece la validez del título de propiedad, o elimina o cancela el supuesto Gravamen, o subsana la reclamación adversa sobre el título de propiedad del Inmueble, o

grant the Company any necessary power of attorney.

Whenever requested by the Company, the Insured, at the Company's expense, shall give the Company all reasonable aid (i) in any action or proceeding, securing evidence, obtaining witnesses, prosecuting or defending the action or proceeding, or effecting settlement, and (ii) in any other lawful act that in the opinion of the Company may be necessary to establish the ownership or right to the Real Property, or the insured Mortgage, as insured.

If the Insured fails to furnish the required cooperation or execute the requested power of attorney within a reasonable time, the Company's obligations to and rights concerning the Insured under the Policy may terminate, including continuation of defense or prosecution of any litigation undertaken at the Company's election with regard to the situation or situations of fact or law requiring such cooperation.

**8.      Insured Amount and Extent of Liability.**

This Policy is a contract of indemnity against actual monetary loss or damage sustained or incurred by the Insured by reason of the Loss and situations insured against by this Policy and only to the extent herein described.

a)    The liability of the Company under this Policy shall not exceed the least of the following amounts:

(i)    the Insured Amount stated in Schedule "A"; or

(ii)   the Indebtedness; or

(iii)  the difference in Mexican Pesos between the commercial value of the insured Real Property or right as insured and the commercial value of the insured Real Property or right subject to the Encumbrance or other situations of fact or law insured against by this Policy at the date the Insured has Knowledge of the facts giving rise to the loss or damage.

b)    The Company will also pay those costs, attorneys' fees and expenses incurred in accordance with Clauses 6 and 7 of this Policy.

**9.      Limitation of Liability.**

a)    If the Company in accordance with this Policy establishes the validity of the title, or clears or cancels the alleged Encumbrance, or cures the adverse claim

CONFIDENTIAL

DANSKE_0013485

realiza alguna acción de conformidad con la Cláusula 6 de esta Póliza por cualquier medio legal, incluyendo el litigio y las apelaciones que la Compañía elija iniciar, las obligaciones de la Compañía respecto a dicha reclamación se estimarán cumplidas y la Compañía no será responsable de cualquier pérdida o daño derivado de dicha reclamación.

to the title, or takes action in accordance with Clause 6 of this Policy by any legal method, including litigation and the completion of any appeals the Company elects to undertake, it shall have fully performed its obligations with respect to that matter and shall not be liable for any loss or damage caused thereby.

b) En el caso de cualquier litigio, incluyendo aquellos iniciados por la Compañía o con su consentimiento, la Compañía no tendrá responsabilidad alguna respecto de las pérdidas o daños hasta en tanto y a menos de que exista una sentencia que cause estado dictada por un tribunal competente en contra o adversa a los derechos de propiedad del Inmueble asegurado, y todas las apelaciones y recursos que la Compañía elija llevar a cabo hayan sido resueltos.

b) In the event of any litigation, including litigation by the Company or with the Company's consent, the Company shall have no liability for loss or damage until and unless there has been a final determination by a court of competent jurisdiction and disposition of all appeals therefrom that the Company elects to undertake, adverse to the ownership rights of the Real Property, or to the insured Mortgage, as insured.

c) La Compañía no será responsable de las pérdidas o daños respecto de cualquier Asegurado por responsabilidades voluntariamente asumidas por el mismo Asegurado o sus representantes legales en la resolución de cualquier reclamación o demanda sin el previo consentimiento por escrito de la Compañía.

c) The Company shall not be liable for loss or damage to any Insured for liability voluntarily assumed by the Insured or its representatives in settling any claim or suit without the prior written consent of the Company.

**10. Reducción de la Suma Asegurada.**

**10. Reduction of Amount of Insurance.**

Todos los pagos realizados de conformidad con esta Póliza, excluyendo el pago de gastos, honorarios de abogados y costos, reducirán la Suma Asegurada por la cantidad pagada. Sin embargo, cualquier pago realizado antes de la adquisición del título de propiedad conforme a lo dispuesto en la Cláusula 4 de las Condiciones Generales de la presente Póliza, no reducirá la Suma Asegurada excepto hasta en tanto dichos pagos reduzcan el Adeudo.

All payments made under this Policy, excluding payment of costs, attorneys' fees and defense expenses, shall reduce the Insured Amount by the amount paid. However, any payment made prior to the acquisition of title as provided in Clause 4 of these General Conditions shall not reduce the Insured Amount except to the extent that the payments reduce the Indebtedness.

**11. Pago de Pérdidas.**

**11. Payment of Loss.**

a) La Compañía no efectuará pago alguno derivado de esta Póliza sin que el Reclamante acredite a la Compañía su carácter de Asegurado bajo esta misma Póliza.

a) In order for the Company to make any payment provided for under this Policy, it is necessary for the Insured to provide satisfactory proof of the identity of the Insured.

b) Si la Compañía no ejerce o toma cualquiera de las opciones establecidas por esta Póliza y el grado de responsabilidad y el alcance de las pérdidas o daños han sido determinados de acuerdo con esta Póliza, las pérdidas o daños deberán pagarse al Asegurado dentro de los treinta (30) días naturales siguientes a la fecha de dicha determinación.

b) If the Company does not take any action provided under this Policy and the amount of liability and the extent of loss or damage have been definitely fixed in accordance with this Policy, the loss or damage shall be payable to the Insured within thirty (30) calendar days following said determination.

c) En el caso de que la Compañía no cumpla con las obligaciones asumidas en la presente Póliza al hacerse exigibles legalmente, deberá pagar al Asegurado una indemnización por mora de acuerdo con las disposiciones aplicables establecidas en el Artículo 135 bis de la Ley General de Instituciones y Sociedades Mutualistas de Seguros.

c) In the event that the Company does not comply with the obligations derived from this Policy at the time they are legally due, the Company shall pay to the Insured an indemnity for late payment in accordance with the applicable terms set forth in Article 135 bis of the General Law for Insurance Companies and Mutual Insurance Companies.

CONFIDENTIAL

DANSKE_0013486

**12.   Derechos de recuperación de la Compañía ante el pago o transacción (Subrogación).**

   a)   Siempre que la Compañía haya finiquitado y pagado una reclamación bajo esta Póliza, la Compañía se subrogará y por lo tanto será titular de todos los derechos de cobro ante el pago o transacción sin que los mismos puedan verse afectados por acción o acto alguno por parte del Asegurado.

   b)   Los derechos de subrogación de la Compañía ante el pago o transacción se comprenderán hasta por la Suma Asegurada y la Compañía tendrá además derecho a todos los derechos y recursos que el Asegurado habría tenido en contra de cualquier persona física o moral, ya sea pública o privada, respecto de todas y cada una de las reclamaciones o daños sufridos. A partir de la recepción de la solicitud por escrito hecha por la Compañía, el Asegurado tendrá la obligación de transmitir a la Compañía todos los derechos y defensas en contra de cualquier persona o entidad, ya sea pública o privada, y el Asegurado tendrá también la obligación de firmar y suscribir cualesquier documentos necesarios para perfeccionar este derecho de subrogación en favor de la Compañía en un tiempo razonable.

   c)   Si como consecuencia de cualquier acto u omisión por parte del Asegurado se pierden los derechos de subrogación ante el pago o transacción, la Compañía será liberada en todo o en parte de sus obligaciones derivadas de dicho acto u omisión, sin embargo, dicho acto u omisión no anulará esta Póliza pero en dicho caso, la Compañía tendrá que pagar únicamente aquella parte de las pérdidas aseguradas bajo esta Póliza que excedan de la cantidad, si existiese, pérdida por la Compañía por la disminución causada por el Asegurado de los derechos de subrogación de la Compañía.

   d)   Si la Compañía ha pagado cualquier indemnización en todo o en parte con relación a dicho acto u omisión por parte del Asegurado, el Asegurado y la Compañía concurrirán a hacer valer sus derechos en la proporción de la indemnización y conforme al Artículo 111 de la Ley sobre el Contrato de Seguro.

**13.   Derechos y Limitaciones del Asegurado.**

El propietario del Adeudo garantizado por la Garantía asegurada podrá liberar o sustituir la responsabilidad personal de cualquier deudor o garante o ampliar o de otra manera modificar los términos del pago, o liberar una parte del patrimonio o interés de la Garantía asegurada, o liberar garantías colaterales al Adeudo, siempre y cuando dichos actos no afecten la exigibilidad o prelación de la Garantía Asegurada

**12.   Rights of recovery upon payment or settlement (Subrogation).**

   a)   Whenever the Company shall have settled and paid a claim under this Policy all rights of subrogation shall vest in the Company unaffected by any act of the Insured.

   b)   The Company's right of subrogation shall extend up to the Insured Amount and the Company shall be entitled to all rights and remedies that the Insured would have had against any person, public or private entity or property in respect to the claim or damages sustained. Upon receipt of written request from the Company, the Insured shall have the obligation to transfer to the Company all rights and remedies against any person, public or private entity, and the Insured shall also have the obligation to sign and subscribe any documents necessary to perfect this right of subrogation in favor of the Company within a reasonable time thereafter.

   c)   If loss of rights of subrogation should result from any act or omission of the Insured, the Company may be released in whole or in part of its obligations resulting from such act or omission, however such act or omission shall not void the Policy but the Company, in that event, shall be required to pay only that part of any losses insured against by this Policy that shall exceed the amount, if any, lost to the Company by reason of the impairment by the Insured of the Company's right of recovery.

   d)   If the Company has made any payment or other form of indemnification in whole or in part related to such act or omission by the Insured, the Insured and the Company may appear to exercise their rights in proportion to such indemnification in accordance with Article 111 of the Mexican Insurance Contract Law.

**13.   The Insured's Rights and Limitations.**

The owner of the Indebtedness secured by the insured Mortgage may release or substitute the personal liability of any debtor or guarantor or extend or otherwise modify the terms of payment, or release a portion of the estate or interest from the insured Mortgage, or release any collateral security for the Indebtedness so long as such act does not affect the enforceability or priority of the insured Mortgage.

CONFIDENTIAL

DANSKE_0013487



**14.  Otros Seguros.**

Cuando se contrate con varias compañías un seguro contra el mismo riesgo y por el mismo interés, el Asegurado tendrá la obligación de notificar a cada una de las compañías aseguradoras la existencia de los otros seguros. Dicho aviso deberá darse por escrito e indicar el nombre de las compañías aseguradoras, así como las sumas aseguradas.

**15.  Acuerdo Total.**

a)  Esta Póliza y sus respectivos endosos, en su caso, constituyen la totalidad del contrato pactado entre el Asegurado y la Compañía. Para la interpretación y términos de esta Póliza, esta Póliza y sus respectivos endosos, en su caso, serán considerados como un solo instrumento.

b)  Esta Póliza sólo podrá ser modificada mediante convenio por escrito, celebrado entre la Compañía y el Asegurado haciéndose constar mediante endosos previamente registrados ante la Comisión Nacional de Seguros y Fianzas, los cuales se adjuntarán a esta Póliza y deberán estar firmados por un representante legal de la Compañía y el Asegurado.

En cumplimiento a lo dispuesto por el Artículo 26 de la Ley sobre el Contrato de Seguro, se transcribe el siguiente Artículo: como sigue "ARTÍCULO 25.- Si el contenido de la póliza o sus modificaciones no concordaren con la oferta, el asegurado podrá pedir la rectificación correspondiente dentro de los treinta días que sigan al día en que reciba la póliza. Transcurrido este plazo se considerarán aceptadas las estipulaciones de la póliza o de sus modificaciones."

**16.  Notificaciones y Domicilios.**

Todas las notificaciones, avisos o comunicaciones que deban notificarse a la Compañía deberán hacerse por escrito, incluyéndose el número de Póliza correspondiente y serán dirigidos a la Compañía al siguiente domicilio a menos que la Compañía cambie su domicilio, en cuyo caso, el Asegurado será notificado de dicho cambio de conformidad con la ley aplicable: Bosques de Cidros #50, Piso 4, Colonia Bosques de las Lomas, Delegación Cuajimalpa, C.P. 05120, México, Distrito Federal.

**17.  Idioma.**

Esta Póliza es firmada en español e inglés. En caso de que surja cualquier reclamo, controversia y/o disputa o exista algún conflicto entre la versión en español y la versión en inglés de esta Póliza, la versión en español prevalecerá respecto de dicho reclamo, controversia, disputa o conflicto.

**18.  Divisibilidad.**

Si alguna o más disposiciones contenidas en esta Póliza, o su aplicación bajo cualquier circunstancia, es considerada nula, ilegal o inexigible en cualquier aspecto por cualquier razón, la validez, legalidad o inexigibilidad de dicha disposición en cualquier otro respecto y de las disposiciones restantes no serán afectadas por ningún motivo.

---

**14.  Other Insurance.**

When there are insurance policies with various insurance companies, insuring against the same risk and the same right, the Insured shall have the obligation to give notice to each one of the insurance companies about the existence of other policies. Such notice shall be given in writing and indicate the name of the other insurers, as well as the amount insured.

**15.  Entire Agreement.**

a)  This Policy and its corresponding endorsements, if any, constitute the whole agreement between the Insured and the Company. For the interpretation and terms of this Policy, this Policy and its corresponding endorsements, if any, shall be considered as a single instrument.

b)  This Policy shall only be modified by express written agreement between the Company and the Insured and such endorsement shall be previously registered before the National Commission of Insurance and Bonds and shall be attached to this Policy and signed by a legal representative of the Company and the Insured.

In accordance with Article 26 of the Mexican Insurance Contract Law, the following Article is transcribed as follows: "ARTICLE 25.- If the content of the Policy or its amendments is not in accordance with the offer, the Insured may request the corresponding rectification within thirty calendar days of receipt of policy. After such term, the provisions of the policy or its amendments shall be considered accepted."

**16.  Notices and Domiciles.**

All notices required to be given to the Company and any statement in writing required to be furnished to the Company shall include the number of this Policy and shall be addressed to the Company to the following address unless the Company changes its domicile in which case, the Insured shall be notified of such change in accordance with the applicable law: Bosque de Cidros #50, 4th Floor, Colonia Bosques de las Lomas, Delegación Cuajimalpa, 05120, México, Federal District.

**17.  Language.**

This Policy is executed in Spanish and English. If any claim, controversy and/or dispute arises and there is some conflict between the Spanish and English language version of the Policy, the Spanish language version shall prevail as related to such claim, controversy or dispute.

**18.  Severability.**

In the event any provision of this Policy is held invalid or unenforceable under the applicable law, the Policy shall be deemed not to include that provision and all other provisions shall remain in full force and effect.



CONFIDENTIAL                                    DANSKE_0013488

### 19. Prescripción.

En términos de lo dispuesto por los Artículos 81 y 82 de la Ley sobre el Contrato de Seguro, se transcriben los siguientes Artículos como sigue:

"Artículo 81.- Todas las acciones que se deriven de un contrato de seguro prescribirán en dos años, contados desde la fecha del acontecimiento que les dio origen."

"Artículo 82.- El plazo de que trata el artículo anterior no correrá en caso de omisión, falsas o inexactas declaraciones sobre el riesgo corrido, sino desde el día en que la empresa haya tenido conocimiento de él; y si se trata de la realización del siniestro, desde el día en que haya llegado a conocimiento de los interesados, quienes deberán demostrar que hasta entonces ignoraban dicha realización.

Tratándose de terceros beneficiarios se necesitará, además, que éstos tengan conocimiento del derecho constituido en su favor."

### 20. Comisiones.

Durante la vigencia de la Póliza, el Asegurado podrá solicitar por escrito a la Compañía le informe el porcentaje de la prima que, por concepto de comisión o compensación directa, corresponda al intermediario o persona moral por su intervención en la celebración de este contrato. La Compañía proporcionará dicha información, por escrito, en un plazo que no excederá de diez días hábiles posteriores a la fecha de recepción de la solicitud.

### 21. Ley Aplicable.

Para todo lo relativo a la interpretación y cumplimiento de la presente Póliza, en este acto el Asegurado y la Compañía se someten, de manera expresa e irrevocable, a las leyes aplicables de México.

En caso de controversia, el Asegurado podrá hacer valer sus derechos en los términos previstos por la Ley de Protección y Defensa al Usuario de Servicios Financieros y la Ley General de Instituciones y Sociedades Mutualistas de Seguros.

El Asegurado nombrado en el Anexo "A", acepta y esta de acuerdo con las Exclusiones Particulares de Cobertura contenidas en el Anexo "B", con estas Condiciones Generales y sus Exclusiones Generales de Cobertura y los endosos que se anexan a esta Póliza de Seguro de Título de Propiedad Inmobiliaria de Acreedor.

La documentación contractual y la nota técnica que integran este producto, están registrados ante la Comisión Nacional de Seguros y Fianzas, de conformidad con lo dispuesto por los artículos 36, 36-A, 36-B y 36-D de la Ley General de Instituciones y Sociedades Mutualistas de Seguros, bajo el registro número CNSF-S0110-0611-2008 de fecha 18 de diciembre de 2008.

### 19. Statute of Limitations.

In accordance with Articles 81 and 82 of the Mexican Insurance Contract Law, the following Articles are transcribed as follows:

"Article 81.- All actions derived from an insurance contract shall have a two year statute of limitations counted from the date on which the event giving rise to such actions occurred."

"Article 82.- The term referred to in the previous article shall be tolled in the event of non-disclosure, false or inexact statements of the risk occurred, until such date on which the company has had knowledge of it, and if it relates to the occurrence of loss, from the date on which it became known to the interested parties, who shall demonstrate that until then they had no knowledge of such event.

In the case of third party beneficiaries it will also be necessary that such third party beneficiaries have knowledge about the right created in their favor."

### 20. Commissions.

During the term of the Policy, the Insured may request from the Company, in writing, information about the percentage of the premium that as a commission or direct offset, corresponds to the intermediary, legal entity, or person through which this contract is entered into. The Company shall provide such information, in writing, within a time period not to exceed ten business days counted as of the date on which the request is received by the Company.

### 21. Governing Law.

For the interpretation and fulfillment of this Policy the Company and the Insured expressly and irrevocably are submitted to the applicable laws in Mexico.

In the event of a dispute, the Insured may exercise its rights as set forth in the Law for the Protection and Defense of the User of Financial Services and the General Law of Insurance Companies and Mutual Insurance Companies.

The Insured named in Schedule "A" hereby acknowledges, accepts and agrees to the Exceptions from Coverage contained in Schedule "B", with these General Terms and Conditions and its Exclusions from Coverage and with the endorsements, if any, attached to this Policy of Title Insurance.

The contractual documentation and the technical note that integrate this product, are registered before the National Insurance and Bonding Commission in accordance with Articles 36, 36-A, 36-B and 36-D of the General Law of Insurance Companies and Mutual Insurance Companies under registry number CNSF-S0110-0611-2008 dated December 18, 2008.

CONFIDENTIAL

DANSKE_0013489

