# EXHIBIT 86

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

   - against -

PHILLIP A. KENNER
also known as PHILIP A. KENNER
and TOMMY C. CONSTANTINE,
also known as "TOMMY HORMOVITIS,"

             Defendants.
-------------------------------------------------------X

BILL OF PARTICULARS
Cr. No. 13-607 (S-1)(JFB)

      The United States of America, by and through its attorney LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, and Diane C. Leonardo, Assistant United States Attorney, hereby files the following Bill of Particulars for the Forfeiture of Property.

      This indictment seeks forfeiture of property pursuant to Title 18, United States Code Sections 981 (a)(1)(c), 982(a)(1) and 1956(h); and Title 21, United States Code, Section 853(a). The United States hereby gives notice that, in addition to a forfeiture money judgment and the specific items sought in the indictment, the United States is seeking forfeiture of the following:

      a)     All right, title and interest in Baja Ventures 2006, LLC, and all proceeds traceable thereto; and

      b)     All right, title and interest in Diamante Properties, LLC, and all proceeds traceable thereto.

      The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Central Islip, New York
       April 22, 2015

                                LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York
                By:    /s/ Diane C. Leonardo
                                Diane C. Leonardo
                                Assistant United States Attorney