# EXHIBIT 87

Case 2:13-cr-00607-JFB-AYS Document 860-7 Filed 06/30/20 Page 2 of 5 PageID #: 24094
Case 2:13-cr-00607-JFB-AYS Document 324 Filed 07/09/15 Page 1 of 4 PageID #: 3023

COURT EXHIBIT

```
                                    F I L E D
                                IN CLERK'S OFFICE                 G
                           U.S. DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK     ★  JUL 09 2015  ★
- - - - - - - - - - - - - - - - - X
                                      LONG ISLAND OFFICE
UNITED STATES OF AMERICA
                                         VERDICT SHEET
     - against -                         13 CR 607 (S-2)(JFB)

PHILLIP A. KENNER, and
TOMMY C. CONSTANTINE

     Defendant.


- - - - - - - - - - - - - - - - - X
```

## AS TO COUNT ONE
(Conspiracy to Commit Wire Fraud)

On the charge of conspiracy to commit wire fraud in Count One, how do you find the defendant PHILLIP A. KENNER?

Not Guilty _____     Guilty  X

On the charge of conspiracy to commit wire fraud in Count One, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____     Guilty  X

## AS TO COUNT TWO
(Wire Fraud - February 12, 2009)

On the charge of wire fraud in Count Two, how do you find the defendant PHILLIP A. KENNER?

Not Guilty _____     Guilty  X

On the charge of wire fraud in Count Two, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____    Guilty _X_

### AS TO COUNT THREE
(Wire Fraud - February 26, 2009)

On the charge of wire fraud in Count Three, how do you find the defendant PHILLIP A. KENNER?

Not Guilty _____    Guilty _X_

On the charge of wire fraud in Count Three, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____    Guilty _X_

### AS TO COUNT FOUR
(Wire Fraud - May 22, 2009)

On the charge of wire fraud in Count Four, how do you find the defendant PHILLIP A. KENNER?

Not Guilty _____    Guilty _X_

On the charge of wire fraud in Count Four, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____    Guilty _X_

### AS TO COUNT FIVE
(Wire Fraud - December 7, 2009)

On the charge of wire fraud in Count Five, how do you

2

find the defendant PHILLIP A. KENNER?

Not Guilty __X__   Guilty _____

On the charge of wire fraud in Count Five, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____   Guilty __X__

### AS TO COUNT SIX
(Wire Fraud - December 7, 2009)

On the charge of wire fraud in Count Six, how do you find the defendant PHILLIP A. KENNER?

Not Guilty __X__   Guilty _____

On the charge of wire fraud in Count Six, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____   Guilty __X__

### AS TO COUNT SEVEN
(Wire Fraud - November 20, 2008)

On the charge of wire fraud in Count Seven, how do you find the defendant PHILLIP A. KENNER?

Not Guilty _____   Guilty __X__

### AS TO COUNT EIGHT
(Wire Fraud - December 31, 2008)

On the charge of wire fraud in Count Eight, how do you

3

Case 2:13-cr-00607-JFB-AYS Document 860-7 Filed 06/30/20 Page 5 of 5 PageID #: 24297
Case 2:13-cr-00607-JFB-AYS Document 324 Filed 07/09/15 Page 4 of 4 PageID #: 3026

find the defendant PHILLIP A. KENNER?

Not Guilty  X      Guilty _____

### AS TO COUNT NINE
(Money Laundering Conspiracy)

On the charge of conspiracy to commit money laundering in Count Nine, how do you find the defendant PHILLIP A. KENNER?

Not Guilty _____     Guilty  X

On the charge of conspiracy to commit money laundering in Count Nine, how do you find the defendant TOMMY C. CONSTANTINE?

Not Guilty _____     Guilty  X

Dated:   Central Islip, New York
         July 9, 2015

_____
Jury Foreperson

4