**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | Criminal Docket No. 13-0607 (JFB) |
| PHILIP A. KENNER, *et al.*, | **EXHIBITS ATTACHED TO DECLARATION OF GEORGE KOSTOLAMPROS IN SUPPORT OF INTERESTED PARTY DANSKE BANK A/S LONDON BRANCH'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

# EXHIBITS 91-98