

Lehtinen's $1.5mm deposit for the Baja Ventures 2006 Capital Account -- confirmed by Gov't

Only the funds hi-lighted (in yellow) -- and ironically by the government -- are traceable to the Hawaii partners who were named in the Superseding Indictment (ECF 214).

## Deposits El Cardonal - Source of Funds Report

| DATE | AMOUNT | FROM | | |
|---|---|---|---|---|
| 01/21/2005 | $65,000.00 | ???? Northern Trust?? | | |
| 05/04/2005 | $350,000.00 | Little Isle IV, LLC | | 350_350_325_225 LI_UM to Don Atillo |
| 05/17/2005 | $350,000.00 | Little Isle IV, LLC | | |
| 05/17/2005 | $325,000.00 | Ula Makika, LLC | | |
| 05/18/2005 | $225,000.00 | Ula Makika, LLC | | |
| 06/07/2005 | $2,100,000.00 | Propiedades DDM (Banamex) | | 060705 2.1m to El Card - Details.pdf |
| | | Jere Lehtinen (6/6/05 Deposit to Prop DDM (B) | $1,499,990.00 | |
| | | Stumpels money | $600,000.00 | |
| 06/08/2005 | $85,000.00 | Propiedades DDM (Banamex) | | 060805 85k to El Card - Detaills.pdf |
| | | Stumpels to LOR to Prop. DDM | $80,500.00 | |
| | | 5,000 from LOR To Prop DDM 6/7/05 | $4,500.00 | |
| 07/20/2005 | $1,500,000.00 | Propiedades DDM (Banamex) | | 072005 1.5m to El Card - Details.pdf |
| | | Little Isle IV to Prop DDM 7/19/05 | $1,499,970.00 | |
| 08/29/2005 | $500,000.00 | Propiedades DDM (Serfin) | | 082905 500k to El Card - Details.pdf |
| | | BD to Prop DDM (from Palms Refund) 8/29/05 | $500,000.00 | |
| 09/08/2005 | $500,000.00 | Propiedades DDM (Serfin) | | PropDDM to Don Atillo 500k 090805.p |
| | | Khristich to Prop DDM (S) 9/8/05 | $249,985.00 | |
| | | Tysplakov to Prop DDM (S) 9/8/05 | $249,985.00 | |
| 09/08/2005 | $200,000.00 | Propiedades DDM (Serfin) | | PropDDM to Don Atillo 200k 090805.p |
| | | Rucchin to Prop DDM (S) 9/8/05 | $100,000.00 | |
| | | Stevenson to Prop DDM (S) 9/8/05 | $100,000.00 | |
| 09/13/2005 | $200,000.00 | Propiedades DDM (Serfin) | | 091305 200k to El Card - Details.pdf |
| | | Berard to BD $200,000 9/13/05 | | |
| | | BD to Prop DDM (S) 9/13/05 | $200,000.00 | |
| 09/14/2005 | $100,000.00 | Propiedades DDM (Serfin) | | PropDDM to Don Atillo 100k 091405.p |
| | | Moreau to Prop DDM (S) 9/14/05 | $100,000.00 | |
| 09/15/2005 | $125,000.00 | Propiedades DDM (Serfin) | | 091505 125K to El Card - Details.pdf |
| | | Peca to BD $200,000 9/15/05 | | |
| | | BD to Prop DDM (S) | $125,000.00 | |
| | $6,625,000.00 | | | |

Amount negotiated by Hawaii COO and Jowdy 7 days earlier resulting in Jowdy's incremental loan 5 days earlier..(Ex. U).

| Breakdown of Stumpels $1,600,000 | | $1,599,973.00 | | Stumpels 1.6m to LOR - Detail.pdf |
|---|---|---|---|---|
| 5/23/05 | Stumpel to LOR | | | |
| 5/24/05 | LOR to CSL Airport | | -$500,000.00 | |
| 5/30/05 | LOR to Prop DDM (B) to open account | | -$1,000,000.00 | |
| 6/8/05 | LOR to Prop DDM (B) | | -$80,500.00 | |
| | LOR Expenses | | -$19,473.00 | |
| | | | -$1,599,973.00 | |

Stumpel's $1.6mm was wired to LOR (Mexico) and was intended for the Cabo property seller ***from*** the Baja Ventures 2006 Capital Account (BUT -- another Jowdy fraud diverted it)...

| Prop DDM (B) use of $1,000,000 | | $1,000,000.00 | | DDM Use of 1.0m om LOR - Details.p |
|---|---|---|---|---|
| 6/2/05 | Prop DDM to Ula Makika | | -$400,000.00 | |
| 6/7/05 | Prop DDM to El Cardonal (2.1m w/ Lehtinens) | | -$600,000.00 | |
| | | | -$1,000,000.00 | |

These entire funds ($1.6 mm) was supposed to be credited to Baja Ventures 2006's Capital Account (as wired directly to Mexico)-- but Jowdy misappropriated the funds for his benefit -- once under his exclusive control in Mexico.

Government Exhibit
FORF-36
13 CR 607 (JFB)
Pamco Printers NYC #489

Ensenada B.C. June 02, 2005

MRS. ALICIA CESEÑA AGUNDEZ DE COLLI
MR. ATILIO COLLI VILLARINO
IN ATTENDANCE.-

    I, PHILIP ANDREW KENNER, serving as CEO of ULA MAKIKA LLC, through this document and under oath state the following:

    That on behalf of and by order of the corporation PROPIEDADES DDM. S de R.L. de C.V., by means of its sole administrator Mr. Kenneth Aboud Jowdy, the company that I represent made two electronic transfers (deposits) to checking account number 580 9020624 (five eight zero nine zero two zero six two four) in US dollars, the legal tender of the United States of America, with bank transfer CODE number 002045058090206243 from the Credit Institution known as Banamex, S.A., entity located in San José del Cabo, B.C.S., México, whose account holder is Mr. ATILIO COLLI VILLARINO.

    The deposits referenced and which are listed below were made as a result of a private contractual relationship to carry out the purchase and sale agreement between You and PROPIEDADES DDM S. de R.L. de C.V., and therefore the company that I represent ULA MAKIKA LLC does not reserve action or right to claim a mistake, incorrect payment, or restitution of the deposits, for all legal effects that may take place.

TRANSFERS (DEPOSITS)

Date of firm receipt in
the account of
Mr. Atilio Colli Villarino

| Date | Amount |
|---|---|
| May 17, 2005 | $325,000.00 dollars |
| May 18, 2005 | $225,000.00 dollars |
| Total | $550,000.00 dollars (FIVE HUNDRED AND FIFTY THOUSAND AND 00/100 US DOLLARS) |

    The current document is extended per the request of CC. ALICIA CESEÑA AGUNDEZ DE COLLI, ATILIO COLLI VILLARINO as well as the Corporation PROPIEDADES DDM S. de R.L. de C.V., pursuant to the covenant in the seventh clause, third paragraph of the second amendment agreement relative to the Private Contract of Purchase and Sale carried out between the aforementioned parties.

SINCERELY,

[signature]
ULA MAKIKA LLC.
PHILIP ANDREW KENNER
CEO

[signature]
Fernando M. Garcia Campuzano
Certified Translator

---

*Annotations:*

> How could these funds be part of the "ill-gotten funds" (according to the Gov't -- if they are part of a documented agreement with Jowdy (even if this doc & the Little Isle 4 doc is forged and fabricated in 2009 for the Nolan Arbitration)??

> The **FORGED** versions of the docs were confirmed by Jowdy in the 2009 Nolan Arbitration to have been originated by his Mexico Attorney Fernando Garcia...

## Banamex

ESTADO DE CUENTA AL 31 DE MAYO DE 2005

CLIENTE: 35656541
R.F.C.: PDD040702PT1
Página: 1 de 2

Suc. 964 NUEVA ENSENADA, BC
Agencia de Correos 229
06009 México, D. F.    CH

PROPIEDADES DDM S DE RL DE CV
OBREGON 1289
ZONA CENTRO DOCE Y TRECE    CH
22800 ENSENADA, BCN C.R.22831

Su estado de cuenta contiene información de los siguientes productos y servicios

### RESUMEN GENERAL

| PRODUCTO/SERVICIO | CONTRATO | SALDO ANTERIOR | SALDO AL 31/MAY/2005 |
|---|---|---|---|
| Cuenta de Cheques Dólares Sin Rendimiento | 7575517591 | $0.00 Dls. | $1,000,000.00 Dls. |

### CUENTA DE CHEQUES DOLARES SIN RENDIMIENTO

**RESUMEN DEL 27/MAY/2005 AL 31/MAY/2005**

| | | |
|---|---|---|
| CONTRATO | 7575517591 | |
| Saldo Anterior | | $0.00 Dls. |
| (+) 1 Depósito | | $1,000,000.00 Dls. |
| (-) 0 Retiros | | $0.00 Dls. |
| SALDO AL 31 DE MAYO DE 2005 | | $1,000,000.00 Dls. |
| Saldo Promedio | | $400,000.00 Dls. |
| Días Transcurridos | | 5 |
| Cheques Girados | | 0 |
| Cheques Exentos | | 0 |

### RESUMEN POR MEDIOS DE ACCESO

| | RETIROS | DEPOSITOS |
|---|---|---|
| Cheques 964 9006894 | $0.00 | $1,000,000.00 |

Si desea recibir pagos a través de transferencias electrónicas de fondos interbancarias, podrá hacer del conocimiento de la persona que le enviará el o los pagos respectivos, el número de cuenta que a continuación se indica 002022006150909342 Clave Bancaria Estándar (CLABE). A partir del 1 de junio de 2004, el uso de la CLABE es obligatorio.

### OPERACIONES REALIZADAS

| FECHA | CONCEPTO | RETIROS | DEPOSITOS | SALDO |
|---|---|---|---|---|
| | SALDO ANTERIOR | | | 0.00 |
| 30 MAY | DEPOSITO SALVO BUEN COBRO SUC. NUEVA ENSENADA,BC | | 1,000,000.00 | 1,000,000.00 |

(SHCP stamp: FOLIO A0680509, SECRETARIA DE HACIENDA Y CREDITO PUBLICO, SUBSECRETARIA DE INGRESOS, BANCO NACIONAL DE MEXICO, S.A., 1990)



ESTADO DE CUENTA AL 30 DE JUNIO DE 2005

CLIENTE: 35656541
R.F.C.: PDD040702PT1
Página: 1 de 2

Suc. 904 NUEVA ENSENADA,BC
Agencia de Correos 229
06089 México, D. F.   CH

PROPIEDADES DDM S DE RL DE CV
OBREGON 1289
ZONA CENTRO DOCE Y TRECE   CH
22800 ENSENADA , BCN C.R.22031

Su estado de cuenta contiene información de los siguientes productos y servicios:

### RESUMEN GENERAL

| PRODUCTO/SERVICIO | CONTRATO | SALDO ANTERIOR | SALDO AL 30/JUN/2005 |
|---|---|---|---|
| Cuenta de Cheques Dólares Sin Rendimiento | 7579517591 | $1,000,000.00 Dlls. | $472.75 Dlls. |

### CUENTA DE CHEQUES DOLARES SIN RENDIMIENTO

**RESUMEN DEL 01/JUN/2005 AL 30/JUN/2005**

CONTRATO   7579517591
Saldo Anterior                $1,000,000.00 Dlls.
(+)  3 Depósitos              $1,585,490.00 Dlls.
(-)  5 Retiros                $2,585,017.25 Dlls.
SALDO AL 30 DE JUNIO DE 2005  $472.75 Dlls.

Saldo Promedio                $183,060.62 Dlls.
Días Transcurridos            30
Cheques Girados               2
Cheques Exentos               2

### RESUMEN POR MEDIOS DE ACCESO

| | RETIROS | DEPOSITOS |
|---|---|---|
| Cheques 904 9036034 | $2,585,017.25 | $1,585,490.00 |

Si desea recibir pagos a través de transferencias electrónicas de fondos interbancarias, podrá hacer del conocimiento de la persona que le enviará el o los pagos respectivos, el número de cuenta que a continuación se indica: 002022009490363317 Clave Bancaria Estándar (CLABE). A partir del 1 de junio de 2004, el uso de la CLABE es obligatorio.

### OPERACIONES REALIZADAS

| FECHA | CONCEPTO | RETIROS | DEPOSITOS | SALDO |
|---|---|---|---|---|
| | SALDO ANTERIOR | | | 1,000,000.00 |
| 02 JUN | RETIRO POR INSTRUCCIONES DE SUC. NUEVA ENSENADA,BC | 400,000.00 | | 600,000.00 |
| 06 JUN | COMISION TRANSFERENCIA INTERBAC. RECIBIDA 1315011769 | 15.00 | | |
| 06 JUN | IVA TRANSFERENCIA INTERNACIONAL RECIBIDA 1315011769 | 2.25 | | |
| 06 JUN | DEPOSITO POR INSTRUCCIONES DE JERE | | | |

ESTADO DE CUENTA AL ...

CLIENTE: 35686541
Página: 2 de 2

PROPIEDADES DDM S DE RL DE CV

### OPERACIONES REALIZADAS

| FECHA | CONCEPTO | RETIROS | DEPOSITOS | SALDO |
|---|---|---|---|---|
| | LEHTINEN C/O P KENNER STN, REF: 13150115750 USD 51499990.03, RECIBIDA DE NUESTRA SUCURSAL TRANSF TDOS INTERNAL | | | |
| 07 JUN | DEPOSITO DE EFECTIVO SUC. NUEVA ENSENADA, BC | | 1,400,000.00 | 2,020,972.75 |
| 07 JUN | COBRO DE CHEQUE NUMERO 1 | 2,100,000.00 | 5,000.00 | 74,972.75 |
| 08 JUN | DEPOSITO SALVO BUEN COBRO SUC. NUEVA ENSENADA, BC | | 80,000.00 | |
| 08 JUN | COBRO DE CHEQUE NUMERO 4 | 85,000.00 | | 472.75 |
| 30 JUN | NUMERO DE CHEQUES EXENTOS   2 | | | 472.75 |

### ¡CUIDE SUS CHEQUES COMO DINERO EN EFECTIVO!

Cuando gire Cheques:

• Procure que sean nominativos y no Al Portador.

• Cuando sea posible, incluya la leyenda: "PARA ABONO EN CUENTA DEL BENEFICIARIO".

• Recuerde que cuenta con el servicio de Chequera Protegida, que le permite activar cheques a medida que los gire.

La prevención es su mejor aliada

### Estamos para servirle, las 24 horas, 365 días del año

Consultas, asesoría, aclaraciones y operaciones bancarias a través de Audiomático

| Corporativo y Empresarial | PyMEs (Pequeña y Mediana Empresa) |
|---|---|
| De la Ciudad de México 12-26-26-26 y del resto del país 01-800-800-5958 | De la Ciudad de México 12-26-88-67 y del resto del país 01-800-111-2020 |

Importante: Si desea realizar una aclaración de su estado de cuenta, tiene 45 días naturales posteriores al corte del mismo. Para ello, con gusto le atenderemos en nuestros teléfonos de Servicio a Clientes.

Agradecemos su preferencia

