| | |
|---|---|
| **From:** | Kristine Myrick <kristine@standardadvisors.com> |
| **Sent:** | Wednesday, August 9, 2006 5:35 PM |
| **To:** | SweetPea1275@aol.com |
| **Subject:** | Wires |

*Email between Nolan's wife and Myrick without Kenner in the loop*

Hi Diana,

I hope I am not bugging you the same way Phil has, but I am getting concerned that the wire requests have not been submitted to Kim. Kim lifted the hold on the check yesterday. I am receiving calls from both the tax guys in Canada and the LOC guys at Northern Trust. Phil has also been asking me every day if you have sent the wire for Standard Advisors. My main concerns are that you are paying interest on 2 of them daily. And the Canadian government is looking to place liens on your assets because the payment due to them is really late. Again, sorry to be a pest, but please let me know when the signed requests have been submitted to Kim.

Thank you!

Kristine Myrick
**Standard Advisors Inc.**
(310) 376-3499 Work
(310) 697-3259 Fax
(310) 699-5790 cell

CONFIDENTIAL TREATMENT REQUESTED

NOLAN0005249
PK_SEC_013882