*Nolan arbitration attorney confirms Nolan's admission of authorization signature...*

Mr. Meeks was Nolan's arbitration attorney.

```
13              MR. MEEKS:  He admits that's his signature.  His
14   testimony is he wasn't aware.
15              ARBITRATOR MEYERSON:  So somebody signs a
16   statement that says, Please grant Philip Kenner access to a
17   line of credit for direct deposit into Little Isle IV.
18   Doesn't somebody have to take responsibility for that?
```

Nolan's arbitration attorney, **Meeks**, <u>verified</u> Nolan's authorization-signature on his *Letter of Authorization* (*Ex. C*) to access Nolan's LOC funds for the Little Isle 4 (Hawaii) investment. **Contemporaneously** – Nolan signed his *Extension of Credit – and dated it* (10/29/2004), thus it is unmistakable Nolan had "real time" awareness that he was signing the LOC documents.



1

*Nolan arbitration attorney confirms Nolan's admission of authorization signature…*

Contemporaneously signed his *Extension of Credit* to authorize the amount of the LOC funds for "*investment in Little Isle IV LLC*" – "*$2,200,000*" (*Ex. LL*)…



2