

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CNC
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

June 18, 2014

**By Federal Express & ECF**

Richard D. Haley, Esq.
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY  11749

Joseph Conway, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY  11501

   Re: United States v. Philip Kenner & Tommy C. Constantine
     Criminal Docket No. 13-607(JFB)

Dear Counsel:

   Enclosed please find copies of three grand jury transcripts, dated March 29, 2011.  You might deem some of the material in the transcripts to be helpful to the defense.

   The government will continue to provide discovery.  Please contact AUSA James Miskiewicz (631-715-7841) or AUSA Saritha Komatireddy (718-254-6054) if you have any questions or requests.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

    By: /s/Carrie N. Capwell
        Carrie N. Capwell
        Assistant U.S. Attorney
        (631) 715-7836