*Nolan -- December 2007 text communication confirmations with Kenner re – Nolan's LOC knowledge*

*December 2007 –*

*From Kenner to Nolan –*

| | | | | |
|---|---|---|---|---|
| 37 | +14169970110 Owen Nolan* | 12/23/2007 3:40:50 PM(UTC+0) | Sent | ***I need to send you via FEDEX LOC docs from Northern Trust that MUST be signed and returned by the end of the year.*** Where are you the day after XMAS?? |

*From Nolan to Kenner –*

| | | | | |
|---|---|---|---|---|
| 41 | +14169970110 Owen Nolan* | 12/23/2007 6:40:59 PM(UTC+0) | Read | What r the papers for |
| 42 | +14169970110 Owen Nolan* | 12/23/2007 6:41:26 PM(UTC+0) | Read | And why the sudden rush |

*From Kenner to Nolan –*



| | | | | |
|---|---|---|---|---|
| 38 | +14169970110 Owen Nolan* | 12/23/2007 7:09:24 PM(UTC+0) | Sent | ***The papers are for your Line of Credit at Northern Trust. The Bank sent them to me for the renewal of the LOC on friday and said they MUST be signed and returned by end of year. Its not just you. All of the guys have to do it. I don't make these rules.*** Where can I send them for next Wednesday or thurday fedex delivery?? Pk |
| 39 | +14169970110 Owen Nolan* | 12/23/2007 7:12:23 PM(UTC+0) | Sent | Can you also plz ask Diana for the ppwk I faxed a while ago for VortalOptics?? I need you to ***sign and fax*** them to me at 480.314.3795. Then, we can have your shares registered. ***Your ppwk is the last of the guys to get done.*** Happy |

1

*Nolan -- December 2007 text communication confirmations with Kenner re – Nolan's LOC knowledge*

|  |  |  |  | Holidays. I hope the kids are well!! |  |
|---|---|---|---|---|---|

***From Nolan to Kenner –***

| 45 | +14169970110 Owen Nolan* | 12/26/2007 5:26:24 AM(UTC+0) | Read | Westin bayshore vancouver we leave tommorrow |  |
|---|---|---|---|---|---|

***From Kenner to Nolan –***

| 42 | +14169970110 Owen Nolan* | 12/26/2007 1:34:06 PM(UTC+0) | Sent | It already was sent to Calgary. It will be there when you return. Please just sign and return asap. Happy Holidays!! |  |
|---|---|---|---|---|---|

Kenner **sends** Nolan the 2007 renewal docs via FEDEX on 12-26-07 – (***BNK-AMEX-1638***)

```
12/26/07   FEDEX# 831050944488 MEMPHIS      TN                            31.14
           NO REFERENCE INFOT3H0Z7
           TO: OWEN NOLAN CA
           FROM: PHIL KENNER 85259
           001 FEDEX ENVELO 1LB AWB831050944488
           FedEx #1-800-622-1147
```

***From Nolan to Kenner –***

| 46 | +14169970110 Owen Nolan* | 12/28/2007 6:04:48 PM(UTC+0) | Read | **Where's the package that needs signed** plus jp needs 200000 for toronto settlement **where r we getting that money since everything is tied up** |  |
|---|---|---|---|---|---|
| 47 | +14169970110 Owen Nolan* | 12/28/2007 6:06:04 PM(UTC+0) | Read | He said in order to write it off it needs to be paid this year |  |
| 48 | +14169970110 | 12/28/2007 6:07:04 PM(UTC+0) | Read | ***Call me need to discuss*** |  |

2

*Nolan -- December 2007 text communication confirmations with Kenner re – Nolan's LOC knowledge*

|  | Owen Nolan* |  |  | *this* |  |
|---|---|---|---|---|---|
| 49 | +14169970110 Owen Nolan* | 12/29/2007 3:46:45 AM(UTC+0) | Read | *Can u call me back I have a question about papers* |  |

- ***Nolan returned the LOC info to Northern Trust via FedEx) – AFTER – CONVERSATION with Kenner -- (BNK-AMEX-1640)***



```
12/31/07   FEDEX# 831050944477 MEMPHIS      TN                          39.73
           NO REFERENCE INFO85016
           TO: NORTHERN TRUST US
           FROM: OWEN NOLAN
           001 FEDEX ENVELO 1LB AWB831050944477
           FedEx #1-800-622-1147
01/01/08   HMS HOST - SLC-AIRPQSALT LAKE CIT  UT                        26.57
           8015752611
```

Please note that Nolan sent on December 28, 2007 –

> "where r we getting that money since everything is tied up"

❖ ***This is a clear confirmation that Nolan knew his $2mm PLUS BOND account at Northern Trust was pledged for the LOC.***

Despite all of this communication between Kenner and Nolan – Nolan claimed the following at EDNY trial (*consistent with his LIES during the 2009 Arbitration – resulting in the $2mm judgment because the arbitrators didn't think Nolan knew about his LOC and underlying investment in Little Isle 4*).

From EDNY (**suborned perjury**) –

3

*Nolan -- December 2007 text communication confirmations with Kenner*
*re – Nolan's LOC knowledge*

```
12  Q    There has been testimony in this case about lines of
13  credit.
14           Did you ever have a line of credit associated
15  with your investment in Hawaii?
16  A    No.
17  Q    Did you ever authorize Mr. Kenner to open up a line
18  of credit in your name?
19  A    No.
20  Q    Did you ever authorize Mr. Kenner to open up a line
21  of credit in a company called Little Isle IV?
22  A    No.
23  Q    What about if there was a company called Little Isle
24  IV and you and Mr. Joe Juneau and Mr. Kenner were somehow
25  vouching for a line of credit in Little Isle IV, do you
```

```
                                                        2066
1  have any memory doing that?
2  A    No.
```

In the 2008-09 Nolan Arbitration pleadings, there was NO claim that Nolan had a LOC at Northern Trust that he was *not aware* of, so in preparation for the Arbitration, neither Kenner nor his attorneys requested a Northern Trust subpoena.

❖ There was no reason to be prepared to prove something happened as an affirmative defense at the Arbitration that was *not alleged in the Complaint*.

4