*2009 Berard testimony – confirming knowledge of loans to Jowdy from Hawai'i*

```
                              Day5.txt
19                         BRYAN BERARD,
20    having been first duly sworn, was examined and testified as
21    follows:
22
23                        DIRECT EXAMINATION
```



```
9         Q.   when you were -- as far as the Hawaii deal, were
10   you made aware of any sort of transaction Mr. Kenner set up
11   where you can give a commitment or pledge a credit line in
12   lieu of putting all your money in initially?
13        A.   Yes.
14        Q.   Can you tell the panel what was your
15   understanding?
16        A.   Basically the company -- it was set up.  The
17   company would pay the payments.  I would pledge the money,
18   obviously to get the loan for the property.  Again, the
19   company would pay the payments, and I wasn't forfeiting all
20   the amount of money for the piece of property.
21        Q.   Were you aware that Mr. Kenner got a credit line
22   against some securities or investments you had?
23        A.   Yes.
24        Q.   And later on were you aware that Mr. Kenner
25   starting lending this money to another principal in the
                                                              916

1    Cabo project named Ken Jowdy?
2         A.   Yes.
                              Page 76
```

→ Berard aware of loan and interest rate…

```
                              Day5.txt
3         Q.   Were you aware that he had disclosed to you that
4    he was going to lend this money at a rate of interest to
5    benefit the investors?
6         A.   Yes.
```

1

## 2009 Berard testimony – confirming knowledge of loans to Jowdy from Hawai'i

```
13        Q.   BY MR. RICHARDS:  Where did you think the money
14   that Mr. Jowdy -- were you told where the money was going
15   to be used that was given Mr. Jowdy as far as the Mexican
16   project?  Was there anything you were told about that?
17        A.   Basically just loan him the money for the
18   property.
19        Q.   What about bank statements; did you have any
20   problem getting any of your bank statements from Mr. Kenner
21   at any time?
22        A.   Not at all.
```

→ Basically loan money to Jowdy for the project…

```
23        Q.   And prior to signing any of these documents did
24   you have access to your own attorney unconnected to
25   Mr. Kenner to review this?
                                                          917

1         A.   Yes, I did.  We have a family attorney back home
2    where before I sign any documents basically -- I went to
3    his office, sat with him.  We reviewed them, and I signed
4    them and basically FedEx'd them to Phil.
```

← Berard family attorney reviewed all documents before signing them…

2