**Taffy Jowdy Jr**

| | |
|---|---|
| From: | Phil Kenner [phil@standardadvisors.com] |
| Sent: | Monday, July 18, 2005 3:36 PM |
| To: | WJN1434@aol.com  ← *Hawaii closing attorney for the Centrum loan...* |
| Cc: | 'Ken Jowdy' |
| Subject: | FW: Statement of Tax ID number?? |
| Attachments: | Stmt.dot; TaxStmt.dot |

**Bill:** Please review the STMT.dot letter <u>regarding the use of funds and call me at the Cabo home ASAP. I need to discuss it with you prior to signing it.</u>   Thanks.   pk

---

**From:** Bruce Berreth [mailto:BBerreth@centrumfinancial.com]
**Sent:** Monday, July 18, 2005 12:31 PM
**To:** Phil Kenner
**Subject:** RE: Statement of Tax ID number??

Phil:

Thanks for the closing statement. Attached are the other two documents I need you to sign and fax. On the one, please be sure to fill in the tax i.d. number.

Bruce

---

**From:** Phil Kenner [mailto:phil@standardadvisors.com]
**Sent:** Monday, July 18, 2005 12:12 PM
**To:** 'Bruce Berreth'  ← *Head Centrum lender...and attorney...*
**Subject:** Statement of Tax ID number??

**Bruce:** I spoke with my general counsel, Bill Najam, who suggested I was going to receive a letter to sign from your office confirming the tax ID number for <u>Big Isle V Ventures.</u>  ← *Borrower with Centrum in possession of Operating Agreement -- authorizing re-lending (Ex. 628)...*

Please forward it to me via email immediately.   Phil

22

KJ1977

CONFIDENTIAL TREATMENT REQUESTED          PK_SEC_018274