

2:15 meeting that Kaiser claimed NO NOTES were taken -- Komaterdity claimed NOTES may have been taken BEFORE the meeting during Rebuttal Summation!?!?

Government Exhibit 3500 - JK - 1 13-CR-607(JFB)

Scott R
Matt G - FBI
John Kaiser

Oct. 19, 2010 = 11AM

2002 = on vacation - Hawaii - after 9/11/01 = Main Island
- saw property = cheap → w/ Chris Manfredi
$700K purchase price = $10K downpmt
= (JK) - trying to raise $ → (JK)'s pmt $
= had property's in NY to sell
= couple homes -

(CM) = had friend = James Milano → lives on Long Island
Phil Kenner ← knew
intro'd to (JK)
→ had hockey clients/investors = to start purchasing property in Hawaii

starting closings 2005 = closed on some more parcels ←
= 6,000 acres total = kept adding/buying more adjacent properties

= Lehman - comes in = Scott | Windwalker - developer Lehman brought in

(JK)'s investment amt → = $1.1M - (JK)
→ ~~family members 18~~

(JK) - ~~$1.2M = sold house in NY~~
took $1.1M to pay family off

(1)

≡ Masood Bhatti – Lehman Bros.
– got a piece of Hawaii deal
–

260 acres – 1st piece of Hawaii investment
↓
just kept buying / expanding ⇒ 6,000 acres total

≡ Alan Warden ≡ Windwalker ≡ Accountant / contact

(JK) met Jowdy ≡ 2x in NYC
(1) times — in NYC ≡ Trust (2003) = Jowdy restaurant
discuss:
≡ discuss project in Hawaii
≡ funding in Mexico
there @ (PK)
(KJ) – with a girl

(2) time — another time @ a bar ≡ in NYC = bar
– discussed Hawaii
– lending $ from Hawaii to Mexico (KJ) (JK)

– (JK) – not sure how (KJ) + (PC) met

(JK) ≡ saw (KJ) in Mexico couple times
again discussed — (KJ) wanted to borrowing $ from Hawaii to Mexico
– would pay back after closing
(2)

KJ - brought up borrowing $ from Hawaii project

borrowed millions from Hawaii project → $5M-$6M
- 1st was going to be $100's K = not millions
JK - not happy $ amt started to grow to Millions of $ to Mexico

discussed = Brian Berard
= PK

2004 Hawaii loan agreement

= was Agreement to borrow $ from Hawaii -

= KJ to JK
- in NYC
discussed $ from Hawaii to Mexico
= just to be used for Mexico
no other project

KJ - don't worry all $ will come
JK back; get repaid

Question to JK:
2006 = update Letter on Hawaii project -
- JK - yes, I recall letter
PK - made these; many times

Many update letters from Kenner to the investors per Kaiser proffer...

JK - never got $ back from KJ / Mexico

JK -

Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior!

Eufora

2007 = (JK) met Tommy Constantine in AZ @ (PK)'s house

(TC) = introd as self made millionaire to (JK)

(JK) = heard about Eufora thru players / guys that Eufora - company will be big one day

in beginning = need couple hundred thousand @ first

(JK) ($2.2M) - over 3yr period invested

(JK) borrowed from family - majority of $
- mother
- brothers - keith

(JK) = includes (JK)'s friends $ -
- (JK) - got 4 friends to invest

Donny Rae -> ex-hockey player - lives in AZ
- bringing investors in Hawaii

(JK) = met (DR) - 1yr ago = heard of him prior
- when put house for sale in AZ - (JK)'s house
- Brian Berard + (JK) own - 2½ yrs ago bought
- (JK) - raised $ from friends to buy house in AZ

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from (TG)
- not invested in Hawaii

= (TC) - trying to ~~raise~~ fund (SFR) $ for Hawaii w/ own funds
- suppose to use own $ to fund Hawaii

ultimately → $ came from friend of (TC)
→ $4M - Waikapuna closing

Robert Gaudet
(JK) met (RG) - = golf pro
= knows people in Mexico

= tried to get $ for Hawaii (AJ)

- believe above indiv. getting paid for getting $
= (RG)
= (TG)

Kaiser confirms consulting deals for Gaudet and Gaarn from Hawaii

1st heard 2005 = heard of Eufora from (JK) & players

(TC) = showed (JK) Agreements w/ banks & credit card companies
= wanted increase ownership in Eufora → (TC)'s own shares in
→ appeared to be great company → (JK)

and Mark Ambrosio

= Dish Zero = (TC) running $ from Eufora
Taser = accounts to these investments

Sergei Gonchar $ going to

---

all (JK) investment $ to (TC) went from
(JK)= TD Bank accts

---

(JK) - rec'd couple hundred thousand back from (PK)

(JK) from Granted $ for renovation (PK) house in AZ

---

(PK) needed $ for Myrick lawsuit ← (JK) - gave (PK) $ from his house sale in Smithtown, NY

- (PK) never repaid

= (PK) - living in Vegas - Condo
- house in AZ = is wife's from divorce

(JK) = Palms Condo's

Handi-capped brother -- still unaware of the theft by John Kaiser...

(TC) - new Maloof in Vegas
invested - (JK) friends / 3

2007 or 2008

(1) Keith Kaiser - brother
(2) = Dobby = Police Officer
(3) = and doctor friend of (JK)

$750K together for penthouse @ Palms

Robert Rizzi -- still unaware of the theft by John Kaiser...

= Jay Mckee
= Mike Peca
} on Note = 2 separate Units

get 15% from $ - promised by (TC)

went into it to buy + sell quickly

= closing went through (TC)

= (PK) - was not involved in Palms R/E - as far as (JK) remembers

★ Global Settlement Fund - set-up by (TC) = w/ (KJ) + (PK)
- pay Ethan Moreau Sack - from Palms
- Eufora - $
- Mexico - players $

used to straighten $ investment mess which happened throughout years.

Eufora = (TC) instructed Ronald Richard to send $ to Eufora acct so he can distribute to players = GS Fund $

Palms (TC) instructed (JK) friends = investment $ - to go to Ronald Richards - not Eufora

(JK) involved w/ → renovated — (JK)'s brothers did work
≡ Hermosa Beach — house. (PK) - owned ~~&~~ then sold
- (PK) - owes $ from house construction / renovate

- (JK) - brothers worked on house / ≡ took 4 months

≡ (JK) - raised funds to buy house from:
≡ (JK) - mother
- brothers
- friends

(JK) - not rec'd $ from (PK) on house yet
→ (PK) - will get $ from Hermosa Beach house when AZ house sells
≡ on market now

---

(JK) met (NJ) in Hawaii

Nick James -
≡ did stuff for [illegible] racing + (TC)

(NJ) called (TC) to get married
$70k-80k - asked $ from (JK) = (JK) said no
→ Borrowed from (PK)

(NJ) ≡ did not work or invest in Hermosa Beach house

Los Frailles - investment

- JK + has friends invested in

~2008

~$1M

JK - included in the $1M

• purchase property + develop

$1M used to purchase property = sell parcels to get $ back from 1st investment

→ Bobby Goudet - told JK about investment

PK - not involved in Los Frailles

does have clients involved / hockey players

JK - went down there w/ friends to see

JK - 6 mos. ago in Cabo = Joudy project

= golf course - done

= surprise to put up condos

= never went to North property

DDM



= 85M-6M — (KJ) borrowed / rec'd / loaned
— borrowed from Hawaii project — to Mexico
(KJ) — borrowed from Glen Murray too for Mexico.
(KJ) = might have repaid couple hundred thousand to Hawaii
(JK) — did see Hawaii bank acct statements
— accountant for Hawaii project
(JK) not rec'd K-1's ever
(JK) will get name of accountant before Lehman came in.
(JK) = never rec'd K-1's from Hawaii
= took two yrs to get from Allan Warden
will receive K-1's soon
Kaiser confirms seeing all of the Hawaii bank statements -- so there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT
Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during 2:15 meeting at Kaiser's home during EDNY testimony...
END 1:15 PM
10