St. Andrew's Plaza, ≡ 5th Floor

02/8/10 - @ 9:30AM

J. Moore
C. Castano ≡ SEC

Sergei Gonchar
Ron Richards ≡ Attny

Scott Romonowski
Matt Galiotto ≡ FBI

(JM) - went over Proffer Agreement

(RR) - agreed - (SG) signed

(310) 753-8777
Ron Richards on telephone ≡ cell

≡ Born in Russia ≡ until 18 y.o.
drafted by Washington Capitals ≡ 10 yrs playing w/Capitals
signed @ 20 y.o.
  ↓ Boston - lock-out
  ↓
  ↓ Russia
  ↓ Pittsburg Penguins

- met (PK) through Team mates - Washington Capitals
  ↓ 12 years ago = Joe Juneau (already
                  = Chris Simon) w/
- 1st time investing in U.S. played in college w/ (PK)

- 1st year or so - learning / talking about investing
  with (PK) = had dinners w/ (PK)

≡ Juneau & Simon - came to rink w/ (PK)
                    in Washington

Government Exhibit
3500 - SG - 2
13-CR-607(JFB)

fall 2005
- (PK) + (TC) + (SG) mtg @ (SG) house in Pittsburg
  - investments
  - how go after (KJ)
  - where @ w/ lawyers
  - blamed (KJ) - it's his fault
  - going to hire lawyer - Ron Richards
  - move forward & go after (KJ)

- (PK) - said b/c of article - that SFR

- (PK) - told (SG) - Gov't has interest from article

- (PK) - (SG) - invested in another company rubber recycling
2000

2003
- (SG) - invested in Hawaii - land purchased
- (PK)                               (PK) - found developer
- (TC) - invested own $$                  to develop land
investors = other hockey players - Owen Nolan; Kristich;

- (PK) - approached (SG) + explained how to work
  = good opportunity buying land - NOT RISKY

- $1M - (SG) - invested = in beginning $100k - $150k -
  in Hawaii         rest Guarantee in Bonds
                    transfer to Northern Trust
                    - Bond Portfolio - Northern
                                        trust
☆ project on hold now                    managing
   b/c of economy      (TC) - setup acct.

☆ (SG) + rec'd no $ back

- (SG) - has not seen land in Hawaii
  - own land b/c (PK) said so; doesn't know otherwise

- = investments - (PK) to (SG)
- (PK) - since own land; have asset then - not risky
- (PK) Northern - 5-7 yrs to develop; then switch focus to CSL

- (SG) put in $400k in CSL - for villa's
  - rec'd back $400k - 2 yrs ago
    - pulled $ back b/c nothing being done - (PK) told (SG)
    - ask for $ back

- Jason Woolley - was traveling w/ (PK)
  - spending time in CSL; bringing in clients
  - saw nothing being done there too.

- (PK) - took care of getting $ back
  - went to Schwab acct - (SG)

- Woolley = spoke to about (KJ)
- Sydor = 
  - not doing what he is suppose too.

Northern - property

- (SG) - (PK) - told (SG) $ in Hawaii will be loaned to (KJ)

(SG) — heard that $ from Hawaii loaned to (KJ) once. [from KJ]
— doesn't recall how much $ loaned to (KJ)
— (KJ) — only entity Hawaii loaned $ to.

(SG) — has docs from Hawaii investments

Schwab — Jim Graham — (SG) → rep. from Schwab