Government Exhibit
FORF-44
14 CR 264 (JS)

| DATE | FROM | TO | AMOUNT | PURPOSE | NOTES | SUBSEQUENT USE OF FUNDS |
|---|---|---|---|---|---|---|
| 08/05/02 | Jason Woolley | Baja Development | $150,000.00 | Baja Management Equity | 1 Percent | |
| 08/09/02 | Jason Woolley | Baja Development | $100,000.00 | Baja Management Equity | 1 Percent | Jowdy repaid short-term loan to Woolley within months -- thus creating confidence by Kenner and the Kenner investors in Jowdy's business representations |
| 08/13/02 | Dimitri Khristich | Baja Development | $250,000.00 | Baja Management Equity | 1 Percent | |
| 09/15/02 | Joe Juneau | Baja Development | $250,000.00 | Baja Management Equity | 1 Percent | |
| 08/24/02 | Dimitri Khristich | Baja Development | $250,000.00 | Baja Management Equity | 1 Percent | |
| 09/27/02 | Joe Juneau | Baja Development | $250,000.00 | Baja Management Equity | 1 Percent | |
| 10/01/02 | Owen Nolan | Baja Development | $500,000.00 | Baja Management Equity | 1 Percent | |
| 12/08/02 | GDM33 | DDM | ($10,000.00) | | | |
| 12/09/02 | Jason Allison | Baja Development | $500,000.00 | Baja Management Equity | 1 Percent | |
| 12/09/02 | GDM33 | DDM | ($94,000.00) | | | |
| 12/17/02 | Jason Woolley | Baja Development | ($100,000.00) | Baja Management Equity | 1 Percent | |
| 12/19/02 | Byron Dafoe | Baja Development | $500,000.00 | Baja Management Equity | 1 Percent | |
| 12/31/02 | Glen Murray | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 12/31/02 | Michael Peca | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 01/02/03 | Bryan Berard | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 01/08/03 | Christopher Simon | DDM | $325,000.00 | DDM Equity | 0.5 Percent | |
| 01/08/03 | Christopher Simon | DDM | $175,000.00 | DDM Equity | 0.5 Percent | |
| 01/09/03 | Mattais Norstrom | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 01/31/03 | GDM33 | DDM | ($14,000.00) | | | |
| 02/19/03 | Jay McKee | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 02/19/03 | Jay McKee | DDM | $350,000.00 | DDM Equity | 0.5 Percent | |
| 02/20/03 | Jozef Stumpel | DDM | $250,000.00 | DDM Equity | 0.5 Percent | |
| 02/21/03 | Jay McKee | DDM | $50,000.00 | DDM Equity | 0.5 Percent | |
| 03/03/03 | Jozef Stumpel | DDM | $450,000.00 | DDM Equity | 0.5 Percent | |
| 03/21/03 | Ethan Moreau | DDM | $250,000.00 | DDM Equity | 0.5 Percent | |
| 04/15/03 | Ethan Moreau | DDM | $50,000.00 | DDM Equity | 0.5 Percent | |
| 05/02/03 | GDM33 | DDM | ($20,000.00) | | | |
| 05/12/03 | Darryl Sydor | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 06/05/03 | GDM33 | DDM | ($20,000.00) | | | |
| 07/03/03 | Vladimir Tsyplakov | DDM | $500,000.00 | DDM Equity | 0.5 Percent | |
| 07/11/03 | Vladimir Tsyplakov | DDM | $250,000.00 | DDM Equity | 0.5 Percent | |
| 07/16/03 | GDM33 | DDM | ($10,000.00) | | | |
| 07/18/03 | GDM33 | DDM | ($5,000.00) | | | |
| 08/07/03 | Sergei Gonchar | DDM | $250,000.00 | DDM Equity | 0.5 Percent | |
| 09/05/03 | Sergei Gonchar | DDM | $60,000.00 | DDM Equity | 0.5 Percent | |
| 09/09/03 | Sergei Gonchar | DDM | $90,000.00 | DDM Equity | 0.5 Percent | |
| 09/28/03 | Darryl Sydor | Baja Development | ($28,000.00) | Loan to Baja Development | | |
| 09/30/03 | Sergei Gonchar | Baja Development | $500,000.00 | Loan to Baja Development | Loan | |
| 10/04/03 | Greg de Vries | DDM | $90,000.00 | DDM Equity | 0.5 Percent | |
| 02/17/04 | Greg de Vries | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 01/01/04 | Greg de Vries | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 03/10/04 | Greg de Vries | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 03/18/04 | Sergei Gonchar | DDM | $100,000.00 | DDM Equity | 0.5 Percent | |
| 03/22/04 | Darryl Sydor | Diamante Air | ($2,500.00) | DAIR Equity | 10 Percent | |
| 04/02/04 | Sergei Gonchar | Diamante Air | $50,000.00 | DAIR Equity | 10 Percent | |
| 04/06/04 | Jozef Stumpel | Diamante Air | $250,000.00 | DAIR Equity | 10 Percent | |
| 04/14/04 | Darryl Sydor | Diamante Air | $250,000.00 | DAIR Equity | 10 Percent | |
| 04/15/04 | Greg de Vries | DDM | $100,000.00 | DAIR Equity | 10 Percent | |
| 04/27/04 | | Diamante Air | $250,000.00 | DAIR Equity | 10 Percent | |
| 06/01/04 | Darryl Sydor | Baja Development | ($28,603.00) | Loan to Baja Development | Flights | |
| 06/11/04 | Darryl Sydor | Baja Development | ($36,913.00) | Loan to Baja Development | Flights | |
| 07/02/04 | Mattais Norstrom | Baja Development | $500,000.00 | Loan to Baja Development | Loan | Stolen by Jowdy and never repaid despite issuing a $500,000 Baja Development Check to Norstrom that was not cash-able... |
| 10/29/04 | Little Isle IV | Baja Development | $15,000.00 | Loan to Baja Development | | |
| 11/01/04 | Little Isle IV | Brosseau Org | $11,000.00 | | | |
| 11/01/04 | Little Isle IV | LB Hangar Rent | $28,488.85 | | | |
| 11/03/04 | Little Isle IV | Baja Development | $250,000.00 | Loan to Baja Development | | |
| 11/03/04 | Little Isle IV | Baja Development | ($52,468.95) | | | |
| 11/24/04 | Little Isle IV | Casa de Caza | $14,500.00 | | | |
| 11/30/04 | Little Isle IV | Baja Development | $100,000.00 | Loan to Baja Development | | |
| 12/22/04 | Little Isle IV | Casa de Caza | $15,500.00 | | | |

| Date | Name | Entity | Amount | Description | Notes |
|---|---|---|---|---|---|
| 01/07/05 | Little Isle IV | Startime | $30,000.00 | Startime | |
| 01/10/05 | Little Isle IV | Startime | $30,000.00 | Startime | |
| 01/12/05 | Little Isle IV | Baja Development | $20,000.00 | Loan to Baja Development | |
| 01/18/05 | Little Isle IV | Baja Development | $100,000.00 | Loan to Baja Development | |
| 01/18/05 | Little Isle IV | Baja Development | $250,000.00 | Loan to Baja Development | |
| 01/19/05 | Phil Kenner | DDM | ($100,000.00) | Loan to DDM | |
| 01/19/05 | Little Isle IV | DDM | $20,000.00 | Loan to DDM | |
| 02/01/05 | Little Isle IV | LOR | $900,000.00 | Transfer to PK Amex 4012 | |
| 02/03/05 | Phil Kenner | DDM | ($25,000.00) | Loan to DDM | |
| 02/09/05 | Little Isle IV | DDM | $100,000.00 | Transfer to PK Amex 4012 | |
| 03/14/05 | Phil Kenner | DDM | $75,000.00 | Loan to DDM | |
| 03/15/05 | Little Isle IV | DDM | $50,000.00 | Loan to DDM | |
| 03/23/05 | Little Isle IV | DDM | $500,000.00 | DDM Equity | |
| 03/29/05 | Raymond Murray | | ($150,000.00) | Palms Place Deposit | 0.5 Percent |
| 04/12/05 | Glen Murray | Baja Development | $240,000.00 | Loan to Baja Development | |
| 04/13/05 | Little Isle IV | Baja Development | $75,000.00 | Loan to Baja Development | |
| 05/04/05 | Little Isle IV | El Cardonal | $350,000.00 | El Cardonal | |
| 05/04/05 | Little Isle IV | Willes and Willes | $80,000.00 | | |
| 05/09/05 | Little Isle IV | El Cardonal | $350,000.00 | | |
| 05/17/05 | Little Isle IV | El Cardonal | $225,000.00 | | |
| 05/17/05 | Ula Makika | El Cardonal | $45,000.00 | | |
| 05/18/05 | Little Isle IV | Baja Development | $225,000.00 | Loan to Baja Development | |
| 05/23/05 | Phil Kenner | El Cardonal | ($35,000.00) | | |
| 05/25/05 | Phil Kenner | Baja Development | | Baja Development payment to PK | |
| 05/29/05 | Jozef Stumpel | LOR Management | $1,599,973.00 | Loan to LOR | Loan |
| 06/02/05 | Little Isle IV | MetroJet LLC | ($400,000.00) | | |
| 06/03/05 | Ula Makika | Prop DDM (Banamex) | ($12,609.00) | | |
| 06/03/05 | Darryl Sydor | Baja Development | $390,000.00 | Loan to Baja Development | Flights |
| 06/06/05 | Ula Makika | Insured Aircraft | ($490,000.00) | | |
| 06/06/05 | Jere Lehtinen | Prop DDM (Banamex) | $1,499,980.00 | Loan to Prop DDM | Loan |
| 06/27/05 | Little Isle IV | LOR Management | $39,988.00 | | |
| 07/14/05 | Mattias Norstrom | | $309,888.00 | Loan to LOR | Loan |
| 07/19/05 | Little Isle IV | Baja Development | $15,000.00 | Loan to Baja Development | |
| 07/19/05 | Little Isle IV | Prop DDM (Banamex) | $1,499,970.00 | | |
| 07/20/05 | Ula Makika | Baja Development | $50,000.00 | Loan to Baja Development | |
| 07/20/05 | Little Isle IV | DDM | $50,000.00 | | |
| 07/25/05 | Little Isle IV | Metro Funding | $10,000.00 | | |
| 07/27/05 | Ula Makika | Baja Development | $95,000.00 | Loan to Baja Development | |
| 08/08/05 | Ula Makika | Baja Development | ($100,000.00) | Loan from Baja Development | |
| 08/18/05 | Ula Makika | Prop DDM (Serfin) | $46,000.00 | Prop DDM | |
| 08/22/05 | Ula Makika | Northwood Realty Svcs | $50,000.00 | | |
| 08/29/05 | Glen Murray | Baja Development | $867,400.00 | Palms Place Refund | |
| 08/29/05 | Glen Murray | Baja Development | $168,260.00 | Palms Place Refund | |
| 08/29/05 | Glen Murray | Baja Development | $105,750.00 | Palms Place Refund | |
| 08/29/05 | Phil Kenner | Baja Development | ($85,200.00) | Baja Development payment to PK | PK Amex x4102 |
| 08/29/05 | Ula Makika | Baja Development | $110,000.00 | Loan to Baja Development | |
| 08/29/05 | Unknown | Prop DDM (Serfin) | $25,000.00 | DCSL Equity | 0.4 Percent |
| 09/08/05 | Tyson Nash | Prop DDM (Serfin) | $100,000.00 | DCSL Equity | 1 Percent |
| 09/08/05 | Dimitri Khristich | Prop DDM (Serfin) | $249,985.00 | DCSL Equity | 0.4 Percent |
| 09/08/05 | Steve Rucchin | Prop DDM (Serfin) | $100,000.00 | DCSL Equity | 0.8 Percent |
| 09/08/05 | Turner Stevenson | Prop DDM (Serfin) | $249,985.00 | DCSL Equity | 1 percent |
| 09/08/05 | Vladimir Tsyplakov | Prop DDM (Serfin) | $200,000.00 | DCSL Equity | 0.8 Percent |
| 09/13/05 | Bryan Berard | Prop DDM (Serfin) | $100,000.00 | DCSL Equity | 0.4 Percent |
| 09/14/05 | Ethan Moreau | Prop DDM (Serfin) | $200,000.00 | DCSL Equity | 0.8 Percent |
| 09/15/05 | Michael Peca | | | Loan from Baja Development | |
| 09/15/05 | Ula Makika | Baja Development | ($25,000.00) | | |
| 09/23/05 | Ula Makika | LOR Management | $39,988.00 | | |
| 09/29/05 | Ula Makika | Baja Development | $50,000.00 | Loan to Baja Development | |

Right-margin annotations:

- Prop DDM(B) $1,000,000
- CSL Airport $500,000
- Prop DDM(B) $80,500
- LOR Expenses $19,973
- El Cardonal part of 2.1m
- CSL Airport $300,000
- LOR Expenses $9,988
- $1,299,970.00
- $100,000.00
- $90,000.00
- $699,990.00
- $2,389,950.00
- PK Amex $85,000
- ULA Wire $25,000
- PK Amex $42,000

Text box: **Norstrom CSL Airport investment stolen by Jowdy and Garcia**

Text box: **Murray Palms loan stolen by Jowdy -- NV case**

