**Taffy Jowdy Jr**

From: Phil Kenner [PKenner@tmo.blackberry.net]
Sent: Wednesday, July 13, 2005 7:07 PM
To: Kenny Jowdy
Subject: Hawaii docs

Plz let bill know he should be receiving docs @ any moment.  **[Centrum loan docs]** Bruce confirmed they were complete and his atty is sending them off. **[Bruce Berreth]**

I left chris a msg that he needed to call our atty, jon yamamura, and find out the details of the recoding in honolulu for loren. **[Chris Manfredi]**

You might want to follow up with chris.  Cell. 15165265010   Leave me a msg on the imvelocita address about what u work out.

Thx for the help!!   pk
Sent wirelessly via BlackBerry from T-Mobile

> Jowdy was negotiating the final $1.5mm lending amount with Manfredi -- transparently and separate from Kenner -- *the day before the closing* -- *and loan advance to Jowdy* -- **thus no concealment...**

87

CONFIDENTIAL TREATMENT REQUESTED

KJ1854

PK_SEC_018151