# EXHIBIT 2

**EXHIBIT 2:  DANSKE BANK A/S LONDON BRANCH'S ("DANSKE") RESPONSES AND OBJECTIONS TO THE GOVERNMENT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

| Request No. | Request | Bates No. of Previously Produced Documents | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| 1 | Produce any and all documents concerning your interest in the DCSL resort, including, but not limited to, any documents in which you indicated your ownership of the DCSL resort (e.g., any financial disclosure forms whether audited or unaudited), shareholder reports or tax returns); any documents concerning your payment of any taxes or other expenses for the loan associated with the DCSL resort; and any documents reflecting any losses claimed for the loan associated with the DCSL resort. | DANSKE_0010532-DANSKE_0015312

Motion for Summary Judgment Exhibits 37-39 | October 2019

June 2020 | Danske objects to this Request as overbroad, vague and ambiguous, unduly burdensome, unreasonable in terms of time period, and seeks information which is not relevant, nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving its objections, Danske refers the government to its previous production and based on its objections will not produce any of the other documents called for in this Request. |
| 2 | Produce any and all documents concerning the acquisition of your interest in the DCSL resort from Lehman and/or Lehman Bankruptcy estate, including, but not limited to, documents concerning (a) the date when you purchased the DCSL resort loan from Lehman and/or Lehman Bankruptcy estate; (b) the amount of consideration, if any, that you provided to purchase the DCSL resort loan from Lehman and/or the Lehman Bankruptcy estate; (c) the value attributed to the DCSL resort loan in your settlement with Lehman and/or the Lehman Bankruptcy estate during the Lehman | DANSKE_0012223
DANSKE_0013057
DANSKE_0012726
DANSKE_0014107
DANSKE_0015762
DANSKE_0015762
DANSKE_0015780
DANSKE_0015784

Motion for Summary Judgment Exhibits 37-39 | October 2019

June 2020 | Danske objects to this Request as overbroad, unduly burdensome and seeks publicly available documents.

Without waiving its objections, Danske refers the government to its previous production and will produce the following additional document: a 2009 Jones Lang LaSalle valuation report regarding the Resort Property. |

1

| Request No. | Request | Bates No. of Previously Produced Documents | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
|  | Bankruptcy; and (d) the transaction documents, under the Repo Agreement or otherwise, evidencing (i) the purchase price for the purchase of the DCSL resort loan and (ii) the terms of Lehman's repurchase of the DCSL resort loan. |  |  |  |
| 3 | Produce any and all documents, including continuation statements, evidencing Danske's claimed "secured interests in shares" in (a): Baja Ventures 2006, LLC; (b) Diamante Properties, LLC; (c) CSL Properties 2006 LLC; and (d) KAJ Holdings, LLC. | DANSKE_0013220 DANSKE_0015269 DANSKE_0013228 DANSKE_0011928 DANSKE_0015011 DANSKE_0015059 DANSKE_0014904 DANSKE_0014952 DANSKE_0013331 DANSKE_0014538 DANSKE_0014861 DANSKE_0014866 DANSKE_0015010 DANSKE_0015119 DANSKE_0015120 DANSKE_0015126 DANSKE_0015177<br><br>Motion for Summary Judgment Exhibit 70 | October 2019<br><br>June 2020 | Danske objects to this Request as overbroad, vague and ambiguous, unduly burdensome, unreasonable in terms of time period, and seeks information which is not relevant, nor reasonably calculated to lead to the discovery of admissible evidence.<br><br>Without waiving its objections, Danske refers the government to its previous production and will produce the following additional documents: UCC financing statements, if any, that may be responsive to this Request. |
| 4 | Produce all documents evidencing Danske's claimed "perfected senior secured interest" | DANSKE_0015269 DANSKE_0013228 | October 2019 | Danske objects to this Request as overbroad and unduly burdensome and may seek documents that are subject to attorney |

| Request No. | Request | Bates No. of Previously Produced Documents | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | in: (a) Diamante Cabo San Lucas, LLC; and (b) PF Ventures, LLC. | DANSKE_0010945<br>DANSKE_0012720<br>DANSKE_0015243<br>DANSKE_0015263<br>DANSKE_0014244<br>DANSKE_0012796<br>DANSKE_0010724<br><br>Motion for Summary Judgment Exhibits 6, 7, 70 | June 2020 | client privilege, work product protection, or other applicable privileges.<br><br>Without waiving its objections, Danske refers the government to its previous production and will produce the following additional documents: UCC financing statements, if any, that may be responsive to this Request. |
| 5 | Produce all copies of Danske's Uniform Commercial Code ("UCC") filings for any claimed interest in: (a) the DCSL resort; (b) Baja Ventures 2006, LLC; (c) Diamante Properties, LLC; (d) CSL Properties 2006 LLC; (e) KAJ Holdings, LLC; (f) Diamante Cabo San Lucas, LLC; and (g) PF Ventures, LLC. | DANSKE_0013220<br>DANSKE_0015269<br>DANSKE_0013228<br>DANSKE_0011928<br>DANSKE_0015263<br>DANSKE_0012726<br>DANSKE_0010532<br>DANSKE_0012138<br><br>Motion for Summary Judgment Exhibits 12, 13, 14, 78 | October 2019<br><br>June 2020 | Danske objects to this Request as duplicative of Request No. 4.<br><br>Without waiving its objections, Danske refers the government to its previous production and will produce the following additional documents: UCC financing statements, if any, that may be responsive to this Request. |
| 6 | Produce any and all documents or communications made at any time between you and any other person, including, but not limited to, Jowdy, concerning the purchase | DANSKE_0015742<br>DANSKE_0015762<br>DANSKE_0015780<br>DANSKE_0015784 | October 2019 | Danske objects to this Request as overbroad and unduly burdensome, seeks irrelevant information, and to the extent it seeks information subject to the attorney client privilege and work product protection or any other applicable privilege. |

| Request No. | Request | Bates No. of Previously Produced Documents | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | and acquisition of the DCSL resort loan from Lehman. | | | Based on its objections, Danske will not produce the documents called for in the Request. |
| 7 | Produce any and all appraisals or valuations of the DCSL resort loan, including, but not limited to, all appraisals or valuations conducted during the course of the Lehman Bankruptcy by CB Richard Ellis and Clayton IPS, and all documentation used to prepare such appraisals or valuations. | | | Danske objects to this Request as overbroad and unduly burdensome, vague and ambiguous and seeks documents that are not relevant nor likely to lead to relevant evidence.<br><br>Without waiving its objections, Danske will produce the following document: a valuation completed by Jones Lang LaSalle during the Lehman bankruptcy process. |
| 8 | Produce any and all appraisals or valuations of the DCSL resort, including, but not limited to, all appraisals or valuations conducted during the course of the Lehman Bankruptcy by CB Richard Ellis and Clayton IPS, and all yearly appraisals or valuations conducted by Danske for the years 2009 to the present, inclusive, and all documentation used to prepare such appraisals or valuations. | | | Danske objects to this Request as overbroad and unduly burdensome, and seeks documents that are not relevant nor likely to lead to relevant evidence.<br><br>Danske previously provided the government with copies of appraisals it had completed by Jones Lang LaSalle and Bruce Greenberg.<br><br>Without waiving its objections, Danske refers the government to its previous production and will produce the following additional documents: a valuation completed by Jones Lang LaSalle during the Lehman bankruptcy process. |
| 9 | Produce all emails and correspondence between Danske and Lehman with regard to the valuation of the commercial loans under the MRA. | DANSKE_0015740<br><br>Motion for Summary Judgment Exhibits 38, 39 | April 2020<br><br>June 2020 | Danske objects to this Request as overly broad and unduly burdensome, vague and ambiguous, and seeks documents subject to the attorney client privilege, work product, or any other applicable privilege. |

| Request No. | Request | Bates No. of Previously Produced Documents | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | | | | Based on its objections, Danske will not produce the documents called for in the Request. |
| 10 | Produce unredacted, fully executed copies of the MRA and Repo Agreements between Danske and Lehman with all corresponding exhibits. | DANSKE_0015740 | April 2020 | Danske objects to this Request as over broad and unduly burdensome and seeks information that is not relevant.<br><br>Without waiving its objections, Danske refers the government to its previous production and will produce any additional documents, if any, in Danske's possession. |
| 11 | Produce any and all documents evidencing the MRA or the amendments in which the Lehman loan to the DCSL resort is included. | DANSKE_0015740 DANSKE_0015981<br><br>Motion for Summary Judgment Exhibits 26, 28, 29 | April 2020<br><br>June 2020 | Danske objects to this Request as over broad and unduly burdensome and seeks information that is not relevant.<br><br>Without waiving its objections, Danske refers the government to its previous productions and will produce any additional documents, if any, in Danske's possession. |
| 12 | Produce the assignment agreement from February 2009 between Danske and Lehman. | DANSKE_0012223 | October 2019 | Danske objects to this Request as it seeks material that does not exist or otherwise assumes facts that are incorrect as the assignment agreement is dated as of January 2009.<br><br>Without waiving its objections, Danske refers the government to its previous productions and based on its objections, will not produce any of the other documents called for in the Request. |
| 13 | Produce any and all Repo confirmation statements between Danske and Lehman. | DANSKE_0015981 | June 2020 | Danske objects to this Request as overly broad and unduly burdensome, and vague and ambiguous. |

5

| Request No. | Request | Bates No. of Previously Produced Documents | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | | | | Without waiving its objections, Danske refers the government to its previous production and based on its objections, will not produce any of the other documents called for in the Request. |
| 14 | Produce any and all documents that supported Danske's proof of claim filed in the Lehman Bankruptcy. | DANSKE_0015981<br><br>Motion for Summary Judgment Exhibit 96 | June 2020 | Danske objects to this Request as overly broad and unduly burdensome, and seeks production of documents that may be subject to the attorney client privilege, work product, or any other applicable privilege.<br><br>Without waiving its objections, Danske refers the government to its previous productions and based on its objections, will not produce any of the other documents called for in the Request. |
| 15 | Produce any and all documents that established Danske's reduced proof of claim in the amount of $580 million in the Lehman Bankruptcy proceedings. | Motion for Summary Judgment Exhibits 37-39 | June 2020 | Danske objects to this Request as overly broad and unduly burdensome, vague and ambiguous, and seeks production of documents subject to the attorney client privilege, work product, or any other applicable privilege.<br><br>Without waiving its objections, Danske refers the government to its previous productions and based on its objections, will not produce any of the other documents called for in the Request. |
| 16 | Produce any and all documents that established the consideration to transfer Danske's $580 million claim in the Lehman Bankruptcy to Goldman Sachs. | | | Danske objects to this Request as overly broad and unduly burdensome, vague and ambiguous, seeks documents that are of no relevance, and seeks production of documents subject to the attorney client privilege, work product, or any other applicable privilege.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |

| Request No. | Request | Bates No. of Previously Produced Documents | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| 17 | Produce (a) any and all servicing agreements with Trimont Real Estate Advisors, Inc., Michael Devlin, and any other third-party utilized by Danske or the Borrower to provide services regarding the DCSL resort loan; and (b) any and all correspondence, reports and documents prepared according to such servicing agreements, including, but not limited to, those identified in Document Requests 18, 19, 20, and 27. | DB000001- DB00774 | June 2015 | Danske objects to this Request as it seeks documents that are not in Danske's custody, control, or possession, is overly broad and unduly burdensome, seeks production of documents subject to the attorney client privilege, work product, or any other applicable privilege, and seeks documents of no relevance.<br><br>Without waiving its objections, Danske refers the government to its previous production and will produce the following additional document: the servicing agreement with Trimont. |
| 18 | Provide all required construction documents identified in the Loan Agreements under Article VIII, Section 8.1, Replacement Facility C - Required Construction Documents, and under Article IX, Section 9.2, Construction Budget-Replacement Facility C, for each disbursement and/or loan advance from Facility C. | | | Danske objects to this Request as overly broad and unduly burdensome and seeks documents of no relevance.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 19 | Provide all reports furnished by the Borrower to Danske pursuant to the Loan Agreements, Section 13.5, Reporting Covenants, including, but not limited to: Section 13.5(a), Weekly Reports; Section 13.5(b), Monthly Reports; Section 13.5(c), Quarterly Reports; and Section 13.5(d), Annual Reports. | | | Danske objects to Request No. 19 as overly broad and unduly burdensome, and seeks documents of no relevance.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |

| Request No. | Request | Bates No. of Previously Produced Documents | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| 20 | Produce any and all status reports created, authored, and/or produced by Michael Devlin. | DB000001- DB00774 | June 2015 | Danske objects to Request No. 20 as overly broad and unduly burdensome, and seeks documents of no relevance.<br><br>Without waiving its objections, Danske refers the government to its previous production and based on its objections, Danske will not produce the documents called for in the Request. |
| 21 | Produce any and all documents showing the amount and calculation of Danske's claimed default interest. | | | Danske objects to this Request as overly broad and unduly burdensome, and seeks documents that may be subject to the attorney client privilege, work product, or any other applicable privilege.<br><br>Without waiving its objections, Danske refers the government to its previous production and based on its objections, will not produce any of the other documents called for in the Request. |
| 22 | Produce any and all documents showing the calculation and valuation for Danske's claimed profit participation fee under the Loan Agreements. | DANSKE_0015590 | March 2020 | Danske objects to this Request as overly broad and unduly burdensome, and seeks documents that may be subject to the attorney client privilege, work product, or any other applicable privilege.<br><br>Without waiving its objections, Danske refers the government to its previous production and based on its objections, will not produce any of the other documents called for in the Request. |
| 23 | Provide a complete set of statements for each sub-account set up by Danske related to each loan facility, including, but not limited to, the following accounts: | DANSKE_0015957<br>DANSKE_0015958<br>DANSKE_0015972<br>DANSKE_0015973<br>DANSKE_0015974<br>DANSKE_0015975 | June 2020 | Danske objects to this Request as overly broad and unduly burdensome.<br><br>Without waiving its objections, Danske refers the government to its previous production and will produce the following additional documents: statements for the Interest Reserve, Ocean Club |

| Request No. | Request | Bates No. of Previously Produced Documents | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
|  |  | DANSKE_0015976 DANSKE_0015977 DANSKE_0015978 |  | Reserve, Commission Reserve, and Ocean Club Reserve to the extent such statements exist. Danske will not produce additional documents responsive to this Request. |

| Bank Name | Account Number | Name on Account | Account Description |
|---|---|---|---|
| Danske Bank A/S | 22028839 | Diamante Cabo San Lucas S. de R.L. de C.V. | Interest Reserve |
| Danske Bank A/S | 36030321 | Diamante Cabo San Lucas S. de R.L. de C.V. | Tax Reserve |
| Danske Bank A/S | 36030429 | Diamante Cabo San Lucas S. de R.L. de C.V. | Ocean Club Reserve |
| Danske Bank A/S | 36030453 | Diamante Cabo San Lucas S. de R.L. de C.V. | Commission Reserve |
| Danske Bank A/S | 36990540 | Diamante Cabo San Lucas S. de R.L. de C.V. | Danske Bank London Branch Discount-Cabo |
| Danske Bank A/S | 36991065 | Diamante Cabo San Lucas S. de R.L. de C.V. | Danske Bank London Branch Professional Fees |

| Request No. | Request | Bates Nos. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| 24 | Provide support for the $900,000 transfer from Facility C on October 10, 2018. | DANSKE_0015549 | March 2020 | Danske refers the government to its previous production and will produce any wire transfer confirmation, if any, that is responsive to this Request. |
| 25 | Provide wire transfer documentation to support the transfers from Trimont to the Borrower for the 45 loan advance wire transfers, totaling $53,476,556, from Facility C to Trimont Real Estate Advisors |  |  | Danske objects to this Request as overbroad, unduly burdensome and irrelevant.

Based on its objections, Danske will not produce documents responsive to this Request. |

9

| Request No. | Request | Bates Nos. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | Inc. (Wells Fargo Bank Account — Account Number 2000025192043). | | | |
| 26 | Provide bank statements for other bank accounts identified that funds from Facility A, B and C may have been indirectly transferred to, including, but not limited to, the following accounts: | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant and seeks documents not Danske's control, custody or possession.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |

| Bank Name | Account Number | Name on Account | Account Description |
|---|---|---|---|
| Borrower's and Borrower | Affiliates' Bank Accounts Identified in Loan Documents: | | |
| Bank of New York | 6550253668 | Diamante CSL LLC | Unknown |
| Banco Mercantil del Norte | 540653166 | Diamante Cabo San Lucas S. de R.L. de C.V. | Checking - Development Expenses |
| TD Bank | 4337813269 | Diamante CSL LLC | Sales Revenue |
| TD Bank | 4342295808 | Diamante Management Services, Inc. | Operations / Private Construction |
| Wells Fargo Bank | 2000030104660 | Diamante Cabo San Lucas S. de R.L. de C.V. | Checking Account & Collateral Account |
| Wells Fargo Bank | 2000058292732 | Diamante Cabo San Lucas S. de R.L. de C.V. | Sales Account & Collateral Account |
| Wells Fargo Bank | 2000046014993 | Diamante Cabo San Lucas S. de R.L. de C.V. | Operating Account & Collateral Account |

| Wells Fargo Bank | 7014523448 | Diamante Cabo San Lucas S. de R.L. de C.V. | Holding Account |
|---|---|---|---|
| Wells Fargo Bank | 8405659858 | Diamante Cabo San Lucas S. de R.L. de C.V. | Money Market Account |
| Wells Fargo Bank | 515552179 | Diamante Cabo San Lucas S. de R.L. de C.V. | Holding Account |
| Wells Fargo Bank | 7014523331 | Diamante Cabo San Lucas S. de R.L. de C.V. | Closing Costs Account |
| Wells Fargo Bank | 70452291 | Diamante Club LLC | Checking Account |
| Banco Mercantil del Norte | 626436124 | Diamante Cabo San Lucas S. de R.L. de C.V. | Operations Revenue |
| Banco Mercantil del Norte | 626436160 | Diamante Cabo San Lucas S. de R.L. de C.V. | Operations Revenue |
| Banco Mercantil del Norte | 647958993 | Diamante Cabo San Lucas S. de R.L. de C.V. | Sales Revenue |
| Banco Mercantil del Norte | 885768006 | Diamante Cabo San Lucas S. de R.L. de C.V. | Private Construction Expenses / Deposits |
| Banco Mercantil del Norte | 811253725 | Diamante Cabo San Lucas S. de R.L. de C.V. | TRC Expenses |
| Banco Mercantil del Norte | 537788291 | Diamante Cabo San Lucas S. de R.L. de C.V. | Checking - Development Expenses |
| Banco Mercantil del Norte | 629300744 | Diamante Cabo San Lucas S. de R.L. de C.V. | Operations Expenses |
| Banco Mercantil del Norte | 626436058 | Diamante Cabo San Lucas S. de R.L. de C.V. | Operations Revenue |
| Banco Mercantil del Norte | 813490962 | Diamante Cabo San Lucas S. de R.L. de C.V. | TRC Expenses |
| Banco Mercantil del Norte | 893014435 | Diamante Cabo San Lucas S. de R.L. de C.V. | Private Construction Expenses/ Deposits |

| Banco Mercantil del Norte | 646208440 | Diamante Cabo San Lucas S. de R.L. de C.V. | Closing Cost/GV33 |
|---|---|---|---|
| Banco Mercantil del Norte | 640368650 | Diamante Cabo San Lucas S. de R.L. de C.V. | Closing Cost/GV33 |
| Santander Bank | 82-500603302 | Diamante Cabo San Lucas S. de R.L. de C.V. | Operations Revenue |
| Banco Mercantil del Norte | 404167402 | DCSL Residential Services S. de R.L. de C.V. | Residential Services |
| Banco Mercantil del Norte | 417271215 | DCSL Residential Services S. de R.L. de C.V. | Residential Services |
| Banco Mercantil del Norte | 404167224 | DCSL Residential Services S. de R.L. de C.V. | Residential Services |
| Banco Mercantil del Norte | 420856633 | DCSL Residential Services S. de R.L. de C.V. | Residential Services |
| Banco Mercantil del Norte | 218796607 | Diamante Development S. de R.L. | Construction Payroll |
| Banco Mercantil del Norte | 219135744 | Diamante Development S. de R.L. | Construction Payroll |
| Banco Mercantil del Norte | 807291878 | Diamante Life S. de R.L. de C.V. | Dlife Exp-Dep |
| Banco Mercantil del Norte | 540653184 | Diamante Life S. de R.L. de C.V. | Dlife Exp-Dep |
| Banco Mercantil del Norte | 644363868 | Prestadora de Servicios S. de R.L. de C.V. | PS Bank Account |
| Banco Mercantil del Norte | 212349937 | Prestadora de Servicios Diamante S. de R.L. de C.V. | Payroll Expenses |
| Banco Mercantil del Norte | 646208459 | Prestadora de Servicios Diamante S. de R.L. de C.V. | Payroll Expenses |
| Banco Mercantil del Norte | 241523315 | Prestadora de Servicios Turistico y de Golf S. de | Payroll Expenses |

12

| Banco Mercantil del Norte | 242265256 | Prestadora de Servicios Turistico y de Golf S. de | Payroll Expenses |
| Unknown | 8832 | Pacifico Associates SA | USD Bank Account |

| Bank Name | Account | | Account Description |
|---|---|---|---|
| | Number | Name on Account | |
| **HOA Accounts Identified in Loan Documents:** | | | |
| | 489827440 | Regimen Secundario de Propiedad en Condominium Casitas Fase 1 | HOA Account |
| | 489827507 | Regimen Secundario de Propiedad en Condominium Casitas Fase 2 | HOA Account |
| | 485615694 | Diamante SCL Master HOA AC | HOA Account |
| | 485615649 | Diamante SCL Master HOA AC | HOA Account |
| | 485615779 | Regimen de Propiedad en Condominio Beach Estates | HOA Account |
| | 488710536 | Regimen de Propiedad en Condominio Beach Estates | HOA Account |
| | 485615818 | Sub-Regimen de Propiedad en Condominio 1 Golf Villas del RE | HOA Account |
| | 489827413 | Sub-Regimen de Propiedad en Condominio 1 Golf Villas del RE | HOA Account |
| | 485615676 | Sub-Regimen de Propiedad en Condominio 2 Sunset Hill | HOA Account |
| | 485615621 | Sub-Regimen de Propiedad en Condominio 2 Sunset Hill | HOA Account |
| | 485615742 | Sub-Regimen de Propiedad en Condominio Denominado DRC-Lote A | HOA Account |
| | 488710518 | Sub-Regimen de Propiedad en Condominio Denominado DRC-Lote A | HOA Account |

13

| Unrelated Party Bank Accounts Identified in Loan Documents: | | | |
|---|---|---|---|
| BBVA Bancomer | 8000541817100 | Stewart Title Guaranty de Mexico S.A. | Unknown |
| Banco Nacional de Mexico | 0660 / 9582454 | Fidelity National Title de Mexico S.A | |
| | | Unknown | |
| Keybank | 1001516552 | Baker & Hostetler LLP | Unknown |
| PNC Bank | 5501298602 | Venable LLP | Escrow Account |
| HSBC Mexico | 40021041070029475 | Jose Alberto Castro Salazar | Unknown |
| JP Morgan Chase | 447449955 | FNF Title International Holding Co. | Unknown |
| Unknown | 03706797575 | Daniel Urrea Gonzalez Paul or Narda Rodriguez | Unknown |
| Compass Bank | 2511134873 | Bruce D Greenberg, Inc. | Unknown |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| 27 | Provide all Trimont summary statements, account statements, and invoices identified as 'Missing' below: | DANSKE_0015502 DANSKE_0015670 DANSKE_0015515 DANSKE_0015604 DANSKE_0015673 | March 2020 | Danske objects to Request No. 27 on the ground that it is over broad, unduly burdensome, and irrelevant and seeks documents not in Danske's custody, control or possession.

Without waiving its objections, Danske refers the government to its previous production and will produce the following additional documents: Danske will produce statements and invoices responsive to this request to the extent that Danske has possession of such documents. |

| Month/Year | Facility A | | Facility B | | Facility C | | |
|---|---|---|---|---|---|---|---|
| | Trimont Statements | Trimont Invoices | Trimont Statements | Trimont Invoices | Trimont Statements | Trimont Invoices | Trimont Summary Statement |
| Apr-06 to Aug-08 | Missing | Missing | | | | | |
| Sep-08 to Nov-08 | | Missing | | | | | |
| Dec-08 to Feb-09 | | Missing | | | | | |
| Mar-09 to May-10 | | Missing | | Missing | | | |
| Jun-10 to Aug-10 | Missing | Missing | Missing | Missing | | | |
| Sep-10 to Nov-10 | | Missing | Missing | Missing | | | |
| Dec-10 to Nov-11 | | Missing | | Missing | | | |
| Dec-11 to Feb-12 | Missing | | Missing | | | | |
| Jan-12 | Missing | | Missing | | | | |
| Mar-12 to Jun-12 | Missing | Missing | Missing | Missing | | | |
| Jul-12 to Dec-12 | Missing | | Missing | | | | |
| Jan-13 to Mar-13 | Missing | | Missing | | | | |
| Apr-13 to Dec-13 | Missing | | Missing | | Missing | | Missing |
| Jan-14 to Mar-14 | Missing | Missing | Missing | Missing | Missing | Missing | Missing |
| Apr-14 | Missing | | Missing | | Missing | | Missing |
| May-14 to Dec-14 | Missing | | Missing | | Missing | | |
| Jan-15 to Mar-15 | Missing | | Missing | Missing | Missing | | |
| Apr-15 to Dec-15 | Missing | Missing | Missing | Missing | Missing | Missing | |
| Jan-16 to Sep-16 | Missing | | Missing | | Missing | | |
| Oct-16 to Dec-16 | Missing | Missing | Missing | Missing | Missing | Missing | |

| Request No. | Request | Bates No(s). | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| 28 | For each disbursement and/or loan advance from Facilities A, B, C, and D, including, but not limited to, the transactions in the table below, provide complete draw request packages, containing all documents identified in Section 11.1, Documents to be Furnished for Each Disbursement, of the loan agreements as a condition precedent to the disbursement of funds from the loan facilities. | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |

| Facility | Account Number | Statement Number | Entry Date | Value Date | Transaction Description | Transaction Value |
|---|---|---|---|---|---|---|
| A | 90003664 | 1 | 11/19/08 | 11/19/08 | OUTWARD 4022-83245122794 | $20,015 |
| A | 90003664 | 2 | 01/14/09 | 01/14/09 | OUTWARD 4022-90146641714 | 1,600,015 |

| Facility | Account Number | Statement Number | Entry Date | Value Date | Transaction Description | Transaction Value |
|---|---|---|---|---|---|---|
| A | 90003664 | 3 | 05/19/09 | 05/19/09 | OUTWARD 4022-91391762512 | 1,032,397 |
| A | 90003664 | 8 | 04/29/13 | 04/29/13 | OUTWARD 4022-31194190714 | 428,375 |
| B | 90003761 | 2 | 06/15/09 | 06/15/09 | OUTWARD 4022-91662507620 | 1,010,636 |
| B | 90003761 | 3 | 07/06/09 | 07/06/09 | OUTWARD 4022-91873141644 | 1,345,218 |
| B | 90003761 | 3 | 07/31/09 | 07/31/09 | OUTWARD 4022-92123816270 | 1,733,382 |
| B | 90003761 | 3 | 09/01/09 | 09/01/09 | OUTWARD 4022-92444629416 | 600,000 |
| B | 90003761 | 3 | 09/04/09 | 09/04/09 | OUTWARD 4022-92474750838 | 1,153,649 |
| B | 90003761 | 3 | 09/23/09 | 09/23/09 | OUTWARD 4022-92665184262 | 600,000 |
| B | 90003761 | 4 | 10/01/09 | 10/01/09 | OUTWARD 4022-92745501218 | 1,678,172 |
| B | 90003761 | 4 | 10/29/09 | 10/29/09 | OUTWARD 4022-93026251756 | 1,477,890 |
| B | 90003761 | 4 | 11/23/09 | 11/23/09 | OUTWARD 4022-93276906316 | 700,000 |
| B | 90003761 | 5 | 12/08/09 | 12/08/09 | OUTWARD 4022-93427409284 | 909,255 |
| B | 90003761 | 5 | 12/18/09 | 12/18/09 | OUTWARD 4022-93517677256 | 250,387 |
| B | 90003761 | 5 | 12/18/09 | 12/18/09 | OUTWARD 4022-93517677258 | 68,484 |
| B | 90003761 | 6 | 01/13/10 | 01/13/10 | OUTWARD 4022-00138377404 | 200,000 |
| B | 90003761 | 6 | 01/29/10 | 01/29/10 | OUTWARD 4022-00298855524 | 1,419,343 |
| B | 90003761 | 6 | 01/29/10 | 01/29/10 | OUTWARD 4022-00298845196 | 300,000 |
| B | 90003761 | 7 | 02/25/10 | 02/25/10 | OUTWARD 4022-00569578900 | 946,201 |
| B | 90003761 | 8 | 03/26/10 | 03/26/10 | OUTWARD 4022-00850444678 | 756,856 |
| B | 90003761 | 9 | 05/05/10 | 05/05/10 | OUTWARD 4022-01251555172 | 349,710 |
| B | 90003761 | 16 | 03/01/13 | 03/01/13 | OUTWARD 4022-30602283364 | 390,011 |
| B | 90003761 | 17 | 04/12/13 | 04/12/13 | OUTWARD 4022-31023628668 | 306,271 |
| C | 36030240 | 1 | 05/24/13 | 05/24/13 | OUTWARD 4022-31444995958 | 582,728 |
| C | 36030240 | 1 | 06/24/13 | 06/24/13 | OUTWARD 4022-31756015522 | 683,300 |

| C | 36030240 | 2 | 08/29/13 | 08/29/13 | OUTWARD 4022-32418274570 | 37,691 |
|---|----------|---|----------|----------|--------------------------|--------|
| C | 36030240 | 5 | 05/06/14 | 05/06/14 | OUTWARD 4022-41266802658 | 2,000,000 |
| C | 36030240 | 5 | 06/26/14 | 06/26/14 | OUTWARD 3826-41778554262 | 2,000,000 |
| C | 36030240 | 6 | 07/23/14 | 07/23/14 | OUTWARD 4022-42049409644 | 2,000,000 |
| C | 36030240 | 6 | 08/21/14 | 08/21/14 | OUTWARD 4022-42330354778 | 2,000,000 |
| C | 36030240 | 7 | 10/07/14 | 10/07/14 | OUTWARD 4022-42802014522 | 2,000,000 |
| C | 36030240 | 7 | 12/30/14 | 12/30/14 | OUTWARD 4022-43644982596 | 1,587,637 |
| C | 36030240 | 8 | 01/13/15 | 01/13/15 | OUTWARD 4022-50135372462 | 910,934 |
| C | 36030240 | 8 | 02/25/15 | 02/25/15 | OUTWARD 4022-50556843448 | 905,834 |
| C | 36030240 | 8 | 03/04/15 | 03/04/15 | OUTWARD 4022-50637156334 | 2,000,000 |
| C | 36030240 | 9 | 04/02/15 | 04/02/15 | OUTWARD 4022-50928178314 | 1,750,000 |
| C | 36030240 | 10 | 07/03/15 | 07/03/15 | OUTWARD 4022-51841485826 | 1,500,000 |
| C | 36030240 | 10 | 08/04/15 | 08/04/15 | OUTWARD 4022-52162524448 | 1,250,000 |
| C | 36030240 | 10 | 09/15/15 | 09/15/15 | OUTWARD 4022-52583918698 | 1,750,000 |
| C | 36030240 | 11 | 10/02/15 | 10/02/15 | OUTWARD 4022-52754633438 | 1,750,000 |
| C | 36030240 | 11 | 11/06/15 | 11/06/15 | OUTWARD 4022-53105862840 | 1,394,488 |
| C | 36030240 | 11 | 12/10/15 | 12/10/15 | OUTWARD 3826-53447096398 | 1,250,000 |
| C | 36030240 | 12 | 01/06/16 | 01/06/16 | OUTWARD 4022-60068010908 | 1,402,000 |
| C | 36030240 | 14 | 07/26/16 | 07/26/16 | OUTWARD 4022-62085531840 | 1,500,000 |

| Facility | Account Number | Statement Number | Entry Date | Value Date | Transaction Description | Transaction Value |
|---|---|---|---|---|---|---|
| C | 36030240 | 15 | 10/13/16 | 10/13/16 | OUTWARD 4022-62878535812 | 1,500,000 |
| C | 36030240 | 15 | 12/28/16 | 12/28/16 | OUTWARD 4022-63631625114 | 1,500,000 |
| C | 36030240 | 16 | 03/17/17 | 03/17/17 | OUTWARD 4022-70764778798 | 1,431,894 |
| C | 36030240 | 17 | 05/12/17 | 05/12/17 | OUTWARD 4022-71327433154 | 1,450,000 |
| C | 36030240 | 21 | 02/12/18 | 02/12/18 | OUTWARD 4022-80431628978 | 950,000 |
| C | 36030240 | 21 | 02/23/18 | 02/23/18 | OUTWARD 4022-80542422980 | 2,000,000 |
| C | 36030240 | 21 | 03/27/18 | 03/27/18 | OUTWARD 4022-80864099028 | 1,750,000 |
| C | 36030240 | 22 | 04/12/18 | 04/12/18 | OUTWARD 4022-81024789440 | 2,500,000 |
| C | 36030240 | 22 | 05/04/18 | 05/04/18 | OUTWARD 4022-81246121754 | 1,750,000 |
| C | 36030240 | 22 | 05/30/18 | 05/30/18 | OUTWARD 4022-81507516988 | 1,800,000 |
| C | 36030240 | 22 | 06/22/18 | 06/22/18 | OUTWARD 4022-81738787708 | 2,100,000 |
| C | 36030240 | 23 | 07/31/18 | 07/31/18 | OUTWARD 4022-82120916452 | 800,000 |
| C | 36030240 | 23 | 08/24/18 | 08/24/18 | OUTWARD 4022-82362133682 | 550,000 |
| C | 36030240 | 23 | 09/06/18 | 09/06/18 | OUTWARD 4022-82492825476 | 1,200,000 |
| C | 36030240 | 23 | 09/13/18 | 09/13/18 | OUTWARD 4022-82563109794 | 1,850,000 |
| C | 36030240 | 23 | 09/28/18 | 09/28/18 | OUTWARD 4022-82714119646 | 1,905,000 |
| C | 36030240 | 24 | 10/10/18 | 10/10/18 | OUTWARD 4022-82834633272 | 900,000 |
| C | 36030240 | 24 | 11/16/18 | 11/16/18 | OUTWARD 4022-83206788520 | 1,941,098 |
| C | 36030240 | 24 | 11/30/18 | 11/30/18 | OUTWARD 4022-83347713714 | 2,000,000 |
| C | 36030240 | 24 | 12/19/18 | 12/19/18 | OUTWARD 4022-83538891662 | 2,250,000 |
| C | 36030240 | 25 | 01/25/19 | 01/25/19 | OUTWARD 4022-90250851766 | 1,300,000 |
| C | 36030240 | 25 | 02/22/19 | 02/22/19 | OUTWARD 3826-90532477592 | 475,000 |
| C | 36030240 | 25 | 03/14/19 | 03/14/19 | OUTWARD 4022-90733552344 | 650,000 |
| C | 36030240 | 26 | 04/17/19 | 04/17/19 | OUTWARD 4022-91075749852 | 1,500,000 |
| C | 36030240 | 26 | 05/10/19 | 05/10/19 | OUTWARD 3826-91307068190 | 1,500,000 |
| C | 36030240 | 26 | 05/24/19 | 05/24/19 | OUTWARD 4022-91448050600 | 1,800,000 |
| C | 36030240 | 27 | 07/03/19 | 07/03/19 | OUTWARD 4022-91840475862 | 550,000 |
| C | 36030240 | 27 | 07/12/19 | 07/12/19 | OUTWARD 4022-91930981954 | 800,000 |
| C | 36030240 | 28 | 11/05/19 | 11/05/19 | OUTWARD 4022-93098099318 | 1,000,000 |
| | | | | | **Total Outward Transfers:** | **$91,233,871** |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| 29 | Produce any and all documentation identifying the procedures, policies, and practices of Danske, and its officers, employees or owners, for receiving, soliciting, preparing, reviewing, approving or denying loans or client relationships. | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 30 | Produce any and all documentation identifying the procedures, policies, and practices of Danske, and its officers, employees or owners, for inquiring into an investment's connection to actual or potential criminal activity and/or misconduct, and/or actual or potential mismanagement. | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 31 | Produce any and all notes, correspondence, and documentation pertaining to Danske's inquiry into the involvement or connection to actual or potential criminal activity and/or misconduct, and/or actual or potential mismanagement by the Defendants, Jowdy, and/or the DCSL resort. | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 32 | Produce any and all notes, correspondence, and documentation pertaining to media inquiries to | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant. |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | Danske and/or its employees about the involvement or connection to actual or potential criminal activity and/or misconduct, and/or actual or potential mismanagement by the Defendants, Jowdy, and/or the DCSL resort, including support for Peter Hughes of Danske's statement to Fortune magazine in 2012 that "If there had been mismanagement, I think it would have turned up in the due diligence we've conducted on the project over the past three years . . .we found no evidence that Jowdy was stealing money, and we're satisfied with the job he's doing." | | | Based on its objections, Danske will not produce the documents called for in the Request. |
| 33 | Produce any and all documents or information available to or within the knowledge of Danske and and/or any such company's officers, employees, owners, concerning the conduct or assets of Jowdy, his associates, relatives, representatives, and related entities. | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 34 | Produce any and all documents pertaining to any agreements and guarantees between Danske and any and all Jowdy related entities, including, but not limited to, Legacy | DANSKE_0012837 DANSKE_0014820 DANSKE_0013266 DANSKE_0011598 DANSKE_0011624 | October 2019 | Danske objects to this Request as over broad, unduly burdensome, and irrelevant. |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | Cabo, LLC, Legacy Properties, LLC, KAJ Holdings LLC and Silverpeak. | DANSKE_0013728<br>DANSKE_0013769<br>DANSKE_0014736<br>DANSKE_0013257<br>DANSKE_0013301<br>DANSKE_0011572<br>DANSKE_0011585<br>DANSKE_0011598<br>DANSKE_0011611<br>DANSKE_0011637<br>DANSKE_0011665<br>DANSKE_0011741<br>DANSKE_0011768<br>DANSKE_0011786<br>DANSKE_0012818<br>DANSKE_0013616<br>DANSKE_0013728<br>DANSKE_0012931<br>DANSKE_0012784<br>DANSKE_0012807 | | Without waiving its objections, Danske refers the government to its previous production and based on its objections will not produce any of the other documents called for in the Request. |
| 35 | Produce the Bylaws and Operating Agreement for DCSL Mexico and any documents confirming the change of trustee in or about 2014, all translated into English. | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 36 | Produce any and all notices of default of the DCSL resort loan, and any and all documentation that notices of default were sent to the | DANSKE_0015713 | April 2020 | Danske objects to Request No. 36 that it is over broad, unduly burdensome, and irrelevant. |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | Borrower and/or Trustee of the Mexican trust. | | | Without waiving its objections, Danske refers the government to its previous production and based on its objections will not produce any of the other documents called for in the Request. |
| 37 | Produce the most recent financial information for DCSL Mexico, including financial statements and tax returns. | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 38 | Produce the fully executed 2009 Loan Agreement between Danske and DCSL Mexico. | DANSKE_0013865 | 10/19/2019 | Danske objects to this Request as vague and ambiguous.<br><br>Without waiving its objections, Danske refers the government to its previous production and based on its objections will not produce any of the other documents called for in the Request. |
| 39 | Produce the executed copies of any termination agreements between Danske and DCSL Mexico. | | | Danske objects to this Request as vague and ambiguous.<br><br>Danske is not aware of any termination agreements between Danske and DCSL Mexico. |
| 40 | Produce any and all documentation regarding the due diligence performed by Danske regarding the (a) acquisition of the DCSL resort loan; and (b) entering into loan agreements and/or modifications with the Borrower, including deliverables, obligations, and the satisfaction of conditions by DCSL Mexico as required under all extensions, modifications, facility | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |

23

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | increases, advances and amendments to the Loan Documents. | | | |
| 41 | Identify any and all Danske and/or Lehman employees, past or present, who currently hold or have held an interest, directly or indirectly, in the DCSL resort. | | | Danske objects to this Request as over broad, unduly burdensome, irrelevant, vague and ambiguous.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 42 | Produce any and all documentation concerning any and all direct or indirect interests in the DCSL resort, current or prior, held by past or present employee(s) of Danske and/or Lehman. | | | Danske objects to this Request as over broad, unduly burdensome, irrelevant, vague and ambiguous, and duplicative of Request No. 41.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 43 | Produce any and all documents and correspondence pertaining to Danske's: (a) knowledge of accusations by any individuals or entities concerning theft or misconduct by the Defendants, Jowdy, and/or the DCSL resort, including, but not limited to, accusations contained in civil complaints filed by Joe Juneau, Owen Nolan, Philip Kenner, Ethan Moreau, Sergei Gonchar, Glenn Murray, Little Isle IV, and Josef | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | Stumpel; and (b) response(s) to such accusations. | | | |
| 44 | Identify: (a) any and all Danske employees or contractors who visited the DCSL resort; (b) the date(s) of any visit; (c) the purpose of the visit(s); (d) the lodging used by the employee(s)/contractor(s) during the visit(s); (d) any gifts or benefits conferred, directly or indirectly, on a Danske employee/contractor by Jowdy and/or any employee or contractor of the DCSL resort; and (e) any gifts or benefits conferred, directly or indirectly, on Jowdy and/or any employee or contractor of the DCSL resort by a Danske employee/contractor. | | | Danske objects to this Request as over broad, unduly burdensome, irrelevant, and vague and ambiguous.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 45 | Produce any and all correspondence between Danske and the Defendants. | | | Danske objects to this Request as over broad, unduly burdensome, and irrelevant.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |
| 46 | Produce any and all documentation, or correspondence between Danske and the Borrower and/or Jowdy, regarding the Borrower's ability or | | | Danske objects to this Request as over broad, unduly burdensome, irrelevant, and duplicative of Request No. 36.<br><br>Based on its objections, Danske will not produce the documents called for in the Request. |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | inability to meet its loan obligations to Danske and/or Lehman. | | | |
| 47 | Produce any and all documentation and agreements regarding, and correspondence between, Danske and Jowdy, the Borrower, and/or the Trustee, regarding the potential or actual forfeiture of the DCSL resort. | | | Danske objects to this Request as over broad, unduly burdensome, irrelevant, and purportedly seeks documents which potentially are covered by the attorney-client privilege, attorney work product privilege, and/or any other applicable privilege.

Based on its objections, Danske will not produce the documents called for in the Request. |
| 48 | Produce any and all documentation and agreements (whether in draft or executed), and correspondence between, Danske and Jowdy and/or the Borrower, regarding: (a) Jowdy's future ownership interest(s), direct or indirect, in the DCSL resort and/or Equity Interests; (b) any Lehman or Danske employee's future ownership interest(s), direct or indirect, in the DCSL resort and/or Equity Interests; (c) potential purchasers of the DCSL resort and/or the DCSL resort loan; (d) foreclosure or forfeiture on the DCSL resort loan in Mexico or in the United States; (e) bankruptcy or insolvency proceedings concerning the DCSL resort or the Equity Interests in either Mexico or the United States; and (f) Jowdy's direct or indirect management of the DCSL | | | Danske objects to this Request as over broad, unduly burdensome, irrelevant, and purportedly seeks documents which are potentially covered by the attorney-client privilege, attorney work product privilege, and/or any other applicable privilege.

Based on its objections, Danske will not produce the documents called for in the Request. |

26

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | resort during and/or after the instant criminal case. | | | |
| 49 | Produce any and all documentation and correspondence concerning agreements between Danske and the Borrower and/or Jowdy that confer a, direct or indirect, personal or financial benefit on Jowdy. | | | Danske objects to this Request as incorrectly assuming that such documents exist, as over broad and unduly burdensome, and vague and ambiguous.<br><br>Danske previously provided the government with the commission agreement between Danske and Jowdy. Without waiving its objections, Danske refers the government to its previous production and based on its objections, will not produce any of the other documents called for in the Request. |
| 50 | Produce any and all documentation regarding the miscellaneous fees claimed in your Verified Petition. | | | Danske objects to this Request as over broad, unduly burdensome, irrelevant, and purportedly seeks documents which are potentially covered by the attorney-client privilege, attorney work product privilege, and/or any other applicable privilege.<br><br>Without waiving its objections, Danske refers the government to its previous production of statements and loan agreements (*see* Response to Request Nos. 1, 27, and 54) and based on its objections will not produce any of the other documents called for in the Request. |
| 51 | Produce English translations for the following documents: | DANSKE_0012726<br>DANSKE_0014107<br>DANSKE_0012138<br>DANSKE_0010532 | October 2019 | Danske objects to this Request as over broad, unduly burdensome, irrelevant, and purportedly seeks documents which are potentially covered by the attorney-client privilege, attorney work product privilege, and/or any other applicable privilege.<br><br>Without waiving its objections, Danske refers the government to its previous production and based on its objections will not produce any of the other documents called for in the Request. |

27

| Document Name | Bates Number |
|---|---|
| March 18, 2009 Notice of Assignment of Bank Accounts in Favor of Trustee (Mexican Law) | DANSKE_0014278 to DANSKE_0014281 |
| March 19, 2009 Notice of Assignment of (Performance) Bond in Favor of Trustee (Mexican Law) | DANSKE_0014282 to DANSKE_0014283 |
| March 18, 2009 Notice of Assignment of (Construction and Service) Agreements in Favor of Trustee (Mexican Law) | DANSKE_0014284 to DANSKE_0014293 |
| March 18, 2009 Notice of Assignment of Bank Accounts in Favor of Trustee (Mexican Law) | DANSKE_0013253 to DANSKE_0013256 |
| March 18, 2009 Notice of Assignment of (Construction and Service) Agreements in Favor of Trustee (Mexican Law) | DANSKE_0013285 to DANSKE_0013294 |
| July 30, 2013 Acta Aclaratoria con sellos E.P. 92,046 | DANSKE_0010914 to DANSKE_0010933 |
| April 26, 2013 Segundo Convenio Modificatorio Con Sellos E.P. 91, 326 | DANSKE_0010958 to DANSKE_0010990 |
| April 26, 2013 Pledgor in Possession Pledge (Mexico Law) | DANSKE_0012170 to DANSKE_0012201 |
| March 2013 Environmental Report | DANSKE_0011971 to DANSKE_0012010 |
| Annex to Acknowledgement of Trustee (Mexican Law) | DANSKE_0013069 to DANSKE_0013083 |
| Spanish Language Document | DANSKE_0012202 to DANSKE_0012215 |
| Spanish Language Document | DANSKE_0012967 to DANSKE_0012986 |
| Spanish Language Document | DANSKE_0012992 to DANSKE_0013051 |
| Spanish Language Document | DANSKE_0013233 to DANSKE_0013238 |
| Spanish Language Document | DANSKE_0013264 to DANSKE_0013265 |
| Spanish Language Document | DANSKE_0014774 to DANSKE_0014775 |

| Document Name | Bates Number |
|---|---|
| Spanish Language Document | DANSKE_0014776 to DANSKE_0014777 |
| Spanish Language Document | DANSKE_0014778 to DANSKE_0014779 |
| Spanish Language Document | DANSKE_0014788 to DANSKE_0014802 |
| Spanish Language Document | DANSKE_0014803 to DANSKE_0014806 |
| Spanish Language Document (possibly the Operating Agreement for DCSL Mexico) | DANSKE_0014315 to DANSKE_0014324 |
| Bylaws for DCSL Mexico | DANSKE_0014295 to DANSKE_0014312 |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| 52 | Produce any and all documentation and correspondence related to insurance coverage or attempted insurance coverage of the DCSL resort or DCSL resort loan, of which Danske is a policy holder or beneficiary, or otherwise has an interest therefrom. | DANSKE_0015011 DANSKE_0015059 DANSKE_0014904 DANSKE_0014952 | October 2019 | Danske objects to this Request as over broad, unduly burdensome, and irrelevant. Without waiving its objections, Danske refers the government to its previous production and based on its objections will not produce any of the other documents called for in the Request. |
| 53 | Provide the historical LIBOR interest rates determined for each Facility over the life of that Facility Loan. | | | Danske objects to this Request as irrelevant, and seeks documents which the government can obtain publicly regarding the historical LIBOR interest rate. |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | | | | Without waiving its objections, Danske will produce the following document: Danske will produce a spreadsheet in which quarterly LIBOR information is maintained from 2017 through the present. |
| 54 | Provide a full accounting of all monies due, including advances of credit, payments, and charges from the acquisition of the underlying loans under the Loan Agreements to date that were used to calculate the amount Danske is owed as indicated in its Verified Petition. | DANSKE_0015936 DANSKE_0015926 DANSKE_0015902 DANSKE_0015894 DANSKE_0015942 DANSKE_0015946 DANSKE_0015923 DANSKE_0015908 DANSKE_0015918 DANSKE_0015921 DANSKE_0015891 DANSKE_0015937 DANSKE_0015898 DANSKE_0015930 DANSKE_0015912 DANSKE_0015897 DANSKE_0015956 DANSKE_0015945 DANSKE_0015934 DANSKE_0015919 DANSKE_0015954 DANSKE_0015899 DANSKE_0015900 DANSKE_0015944 DANSKE_0015928 DANSKE_0015895 DANSKE_0015887 | October 2019 | Danske objects to this Request as overly broad, unduly burdensome, and irrelevant.

Without waiving its objections, Danske refers the government to its previous production and will produce the following additional documents: Danske will produce additional wire transfer confirmations to the extent that such documents are within its custody and control. |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | | DANSKE_0015888 | | |
| | | DANSKE_0015913 | | |
| | | DANSKE_0015916 | | |
| | | DANSKE_0015927 | | |
| | | DANSKE_0015917 | | |
| | | DANSKE_0015886 | | |
| | | DANSKE_0015892 | | |
| | | DANSKE_0015885 | | |
| | | DANSKE_0015940 | | |
| | | DANSKE_0015949 | | |
| | | DANSKE_0015905 | | |
| | | DANSKE_0015955 | | |
| | | DANSKE_0015910 | | |
| | | DANSKE_0015925 | | |
| | | DANSKE_0015929 | | |
| | | DANSKE_0015948 | | |
| | | DANSKE_0015951 | | |
| | | DANSKE_0015943 | | |
| | | DANSKE_0015939 | | |
| | | DANSKE_0015911 | | |
| | | DANSKE_0015907 | | |
| | | DANSKE_0015931 | | |
| | | DANSKE_0015901 | | |
| | | DANSKE_0015941 | | |
| | | DANSKE_0015938 | | |
| | | DANSKE_0015890 | | |
| | | DANSKE_0015906 | | |
| | | DANSKE_0015909 | | |
| | | DANSKE_0015884 | | |
| | | DANSKE_0015893 | | |

| Request No. | Request | Bates No. | Production Date(s) | Objections and Responses |
|---|---|---|---|---|
| | | DANSKE_0015947<br>DANSKE_0015933<br>DANSKE_0015924<br>DANSKE_0015935<br>DANSKE_0015915<br>DANSKE_0015896<br>DANSKE_0015932<br>DANSKE_0015914<br>DANSKE_0015950<br>DANSKE_0015889<br>DANSKE_0015952<br>DANSKE_0015922<br>DANSKE_0015920<br>DANSKE_0015707<br>DANSKE_0015953 | | |
| 55 | Produce any and all documentation and correspondence related to a potential or contemplated sale or auction of the DCSL resort by Danske. | | | Danske objects to this Request as overly broad, unduly burdensome, and irrelevant.<br><br>Based on its objections Danske will not produce the documents called for in the Request. |
| 56 | Produce any and all documentation and correspondence related to Danske's transfers of its, actual or potential, interests in the DCSL resort. | | | Danske objects to this Request as overly broad, unduly burdensome, disproportionate to the needs of this case, irrelevant, and purportedly seeks documents which are covered by the attorney-client privilege, attorney work product privilege, and/or any other applicable privilege.<br><br>Based on its objections Danske will not produce the documents called for in the Request. |