May 25, 2020

Judge, I am writing with my friend Tim Dundon cause he is sick. The Court returned the last letter torn up. Maybe Tim thinks he can't write to you straight. Tim wrote to you before for Phil Kenner. Tim says things have happened that scare him. Tim wants PK to come home. He has a job waiting and kids for PK to coach in kid hockey. He is scared about threats to PK even after almost being dead in Mexico a few times. Now some person called Tim with threats a few times. Some person called Brian said helping fbi against PK. The person called 25 times from some blocked number. He picked up after so many calls over and over. The Brian person told they hear Tim talking and helping PK. Brian said stop or really bad stuff will happen to him like is gonna happen to PK. The Brian person was screaming so loud and crazy. He said that PK doesnt stop. He said the stuff he knows will get him hurt real bad if he wont shut up. I know they had plans to hurt my friend Chris in Mexico real bad to blame on PK Tim says but PK got him out of Cabo. He wrote to you for PK. PK saved his life. I think that is why they were gonna kill PK just after. Tim says. The person called two more times and got Tim. He said Tim should get away from PK if he knows whats good. Tim told him no way. PK helps everyone when they need help. No one is like PK. Can you please help PK be safe and return to the people who love him? His fiance need him badly cause she is so sick to die. Can you get someone PK can call so the threats about hurting

him don't really happen? Why can't these people stop threaten people who are with PK when they stole the money and tell lies of PK for blames and save themself? Please have some red Justice Department people meet PK who are not afraid like everyone. Tim says PK has all the proofs to see. He sent a full copy to Tim to share if the threats to PK kill or hurt him like they try to stab him in New York jails. He has all the evidence the people against PK need hidden forever or they go to jail. Tim says please help PK come home and keep his friends and family safe. God bless you and PK be safe.

Timothy Dundon