Government Exhibit
3500 - JJ - 6
13-CR-607(JFB)

-----Message d'origine-----
De : Joé Juneau
Envoyé : May 18, 2005 8:28 AM
À : 'Phil Kenner'
Objet : RE: questions....

**Juneau claimed at EDNY trial that he did not know about Hawai'i LOC until 2006 -- but invested no other cash in the deal...**

Thanks for the info.

I have some question marks with Ecser. The response that we're getting is that many companies presently recycling old tires have been in place for over 10 years now. It's gonna be very surprising if they allow Ecser to get in there. The tire reserve is almost all gone already. The remaining rubber recycling opportunities is not that big I think.

For Teknik, how many more shares did John gave me or will give me for having my 1.55 million two extra years? What is the IPO and the realistic target price?

For Avalon, I'd love to get my initial $ back if possible. What will I get for being in there that long...do I keep a % in it like it was planed?

I'd like to get my initial money out of Diamante as well if you can do that too? I've been in there since the summer of 2001 I think....

**For Hawaii, I'd love to go and see that! I'd like to also see how the #s work.**

Can you also tell me what's the deal with the RCA situation and who is taking care of closing it? Is it still Jon Leffel? What's the time frame?

**Phil, like I told you a few times already. I'm not very comfortable with this situation. It's has nothing to do with you but everything to do with the way I am. I want a very simple and head hake free life. I'm worth between 15 and 20 millions depending on some of the investments with you.
The problem is that I only have 2.4 in cash. There is over 3.2 millions between the RCA differed $ and Teknik that I want to get back as soon as possible. And there's another 1.2 between Avalon and Diamante that I'd love to also see invested at Northern Trust. THIS IS ALL CAD BY THE WAY.**

This is roughly around 7 millions CAD and I just want to have it invested in BONDS with Northern Trust under your management. There is plenty of more risky stuff still there (around 1.5 million between Eufora, Ecser, BSD, Harfan, Teknik and Impact). That's 22%.
That also leaves me with a good % in real estate between my houses, Sotracom and whatever %s you'll get me in Mexico, Hawaii and Scottsdale.

**Under Kenner control...**

**I need to plan my budget accordingly and relay on the Northern Trust investment return for leaving.**

Let me know what you think.

Joé

-----Original Message-----
From: Phil Kenner [mailto:pkenner@imvelocita.com]
Sent: Wednesday, May 18, 2005 12:21 AM
To: Joé Juneau
Subject: Re: questions....

Joe,

BSD & ecser R progressing nicely.   We don't have a valuation or them.  We
R not valuing the companies as we go.  Please call Moses directly for
updates.   He will give U all of the necessary details.

Teknik.   I would expect the loan to B re-paid in the next 60 days.  The
company should be public any day.   We R waiting for the NASD to launch
us.
Each $100k initial investment purchased 40,000 shares @ $2.50 and 40,000
warrants @ $3.   There is no current valuation until we go public.

Impact.  We R still battling with the majority shareholders.   No other
news to report.   No prediction either.

Eufora.   A lot of significant delas have been occuring.   I'd look for
outside interest in the company as early as 2006.

Avalon.  We R finishing the new permit process and beginning construction
shortly.   I'll work to get your initial $$$ back if that's what U want.
No specific timeline.

Hawai'I.   Your loan is well.   The final % isn't known, but it should be
about 1.25% of the investment LLC.   We haven't done a valuation of the
project.   We R too busy working on it every day.

Diamante.  We R looking to break ground in the next few months.   All of the
contractors are getting ready to move to el rosario.   There is NO piece
of the cabo deal in place for anyone @ this time.

I've been working 24/7.   Speak with you soon.   pk

----Original Message----

From: =?iso-8859-1?Q?Jo=E9_Juneau?= <joe.juneau@harfan.com>
Subject: questions....
Phil,
Can you answer these questions please?

Jo

Company
Investment
 Value on May 1st


Ecser
$   100,000.00

BSD
$   200,000.00

it would be important I think to get a quarterly report on all the developments


Teknik loan
$1,550,000.00
$      1,550,000.00
Will I get my $ August?

Teknik the shares that I got for my loan

How many shares did I get for that? For what price? And what is it worth today?
Tecnik initial investment
$   100,000.00

How many shares and what is it worth today?


Impact
$   100,000.00

What's the status with the law suit? Is it worth something?


Eufora
$   100,000.00

Are we making money yet? What are the latest developments?


Diamante
$   500,000.00

What is it now worth and what's the relation with the other development in Los Cabos? What is my position in there?

Hawaii (loan)
$   100,000.00

What's our position over there and what is my %? What is it worth?


Scottsdale airpark
$   500,000.00

What is it worth now? Are we selling or building? Can I get out of it?


RCA differed salary
$3,000,000.00

What's the status on that? When will I get the $ back you think?


Northern Trust acc

23-56175 U$
$   438,205.52

23-47386 U$
$   488,540.30

23-47396 U$
$   555,240.66

Wasn't it supposed to be in one account by February?