Case 2:13-cr-00607-JFB-AYS   Document 868-5   Filed 06/24/20   Page 1 of 10 PageID #: 24748



# Account Statement  *for March 1 - March 31, 2005*

Account number 23-56571

**Account title**

MICHAEL PECA INVESTMENT MANAGEMENT
PLEDGED ACCOUNT

**If you have questions about this report,**
call Gregory Allan Cygan , Administrator ,
    at (602) 912-8634, e-mail GC23 @ntrs.com
or Jeffery A Kravetz , Portfolio Manager ,
    at (602) 760-3732, e-mail JAK5 @ntrs.com
or write

Northern Trust Bank, N.A.
2398 East Camelback Road
Phoenix, AZ  85016

| Summaries | Page |
|---|---|
| Portfolio Summary | 1 |
| Activity Summary | 2 |
| Income Summary | 3 |
| Realized Gain/Loss Summary | 3 |

**Details**

| | |
|---|---|
| Portfolio Details | 4 |
| Activity Details | 6 |

**Analysis**

| | |
|---|---|
| Fixed Income Tax Analysis | 7 |
| Fixed Income Quality Analysis | 8 |
| Fixed Income Maturity Analysis | 8 |

**Noteworthy:**
You will receive information from our Tax Department that is expressly prepared for your use in completing your 2004 income tax returns.  This tax information may differ from information contained in your monthly, quarterly, or annual account statements.  Furthermore, due to differences between accounting rules and income tax reporting requirements, it is difficult to reconcile account statement information with the income tax information.

In order to guarantee you timely status reports on your Northern Trust office, we have installed a Toll-Free Client Emergency Information Line that you may call from anywhere in the country for a recorded message providing updates and other relevant information in the event of an emergency.  The Client Emergency Information Line can be reached at 1-800-682-0009.

**Important information:**
Affiliates of Northern Trust Bank, N.A., serve as investment adviser, custodian and transfer agent for Northern Funds, an open-end management investment company registered under the Investment Company Act of 1940, as amended, and they receive compensation from Northern Funds for such services.  See the current Prospectus for further information.

A Federal regulation allows certain clients to request information regarding the time of day that investment activity occurred in their accounts.  If you require such information, please call your Relationship Manager.

Securities prices and bond ratings contained in this report are unaudited and reflect the most current data available from various sources.  Their accuracy is not guaranteed.

*Prepared by Northern Trust on April 4, 2005*



NAAZ009892

Case 2:13-cr-00607-JFB-AYS Document 868-5 Filed 06/24/20 Page 2 of 10 PageID #: 24749



# Account Statement *for March 1 - March 31, 2005*

Account number 23-56571
Account Name PECA MICHAEL      -PD

| Market value as of March 31, 2005 | $ 1,998,638.89 |
|---|---|

## Portfolio Summary

| Fixed Income Securities | Market value this period | Percent of total | Estimated annual income | Current yield |
|---|---|---|---|---|
| Municipal Issues | $ 101,320.00 | 5.1% | $ 3,500.00 | 3.5% |
| **Total Fixed Income Securities** | **$ 101,320.00** | **5.1%** | **$ 3,500.00** | **3.5%** |
| **Cash and Short Term Investments** | | | | |
| Cash | 2,000,000.00 | 100.1% | 47,137.84 | 2.4% |
| **Total Cash and Short Term Investments** | **$ 2,000,000.00** | **100.1%** | **$ 47,137.84** | **2.4%** |
| Net Unsettled Activity | ($ 102,681.11) | -5.1% | $ 0.00 | 0.0% |
| **Total Portfolio** | **$ 1,998,638.89** | **100.0%** | **$ 50,637.84** | **2.5%** |


Northern Trust

Page 1 of 8
NAAZ009893

Case 2:13-cr-00607-JFB-AYS   Document 868-5   Filed 06/24/20   Page 3 of 10 PageID #: 24750



# Account Statement

for March 1 - March 31, 2005

Account number 23-56571
Account Name PECA  MICHAEL        -PD

## Activity Summary

|  | Current | | Year to date | |
|---|---|---|---|---|
|  | Income cash | Principal cash | Income Cash | Principal cash |
| Opening Balance | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Receipts** | | | | |
| Miscellaneous Receipts |  | 2,000,000.00 |  | 2,000,000.00 |
| **Total Receipts** | $ 0.00 | $ 2,000,000.00 | $ 0.00 | $ 2,000,000.00 |
| **Closing Balance** | $ 0.00 | $ 2,000,000.00 | $ 0.00 | $ 2,000,000.00 |



Case 2:13-cr-00607-JFB-AYS   Document 868-5   Filed 06/24/20   Page 4 of 10 PageID #: 24751



# Account Statement  *for March 1 - March 31, 2005*

Account number 23-56571
Account Name PECA  MICHAEL         -PD

## Income Summary

*Based on the current portfolio, the estimated annual income for this account is $50,637.84. The following summary may not include income from real estate, oil and gas interests, and certain other sources not related to securities.*

|  | This period | Year to date |
|---|---|---|
| Dividends | $ 0.00 | $ 0.00 |
| Interest | 0.00 | 0.00 |
| Other Income | 0.00 | 0.00 |
| **Total Income** | **$ 0.00** | **$ 0.00** |
| Taxable | 0.00 | 0.00 |
| US Tax-Exempt | 0.00 | 0.00 |

## Realized Gain/Loss Summary

|  | This Period | Year to date |
|---|---|---|

No Gain/Loss Activity





# Account Statement  *for March 1 - March 31, 2005*

Account number 23-56571
Account Name PECA  MICHAEL    -PD

## Portfolio Details

**Fixed Income Securities**

| | Description | Par or units | Market value / Market price | Tax cost / Average unit cost | Unrealized gain/loss | Estimated annual income | Current yield / Yield to maturity |
|---|---|---|---|---|---|---|---|
| **Municipal Issues** | **2007** SOUTHERN CAYUGA CENT SCH DIST N Y 3.5% DUE 05-15-2007 BEO Moody's rating: Aaa | 100,000.00 | $ 101,320.00 $ 101.320 | $ 101,320.00 $ 101.320 | $ 0 | $ 3,500.00 | 3.5% 2.9% |
| | **Total Municipal Issues** | | $ 101,320.00 | $ 101,320.00 | $ 0 | $ 3,500.00 | 3.5% |
| **Total Fixed Income Securities** | | | $ 101,320.00 | $ 101,320.00 | $ 0 | $ 3,500.00 | 3.5% |



Case 2:13-cr-00607-JFB-AYS   Document 868-5   Filed 06/24/20   Page 6 of 10 PageID #: 24753



# Account Statement
*for March 1 - March 31, 2005*

Account number 23-56571
Account Name PECA  MICHAEL      -PD

**Cash and Short Term Investments**

| | Description | Amount | Market value / Market price | Tax cost / Average unit cost | Unrealized gain/loss | Estimated annual income | Current yield |
|---|---|---|---|---|---|---|---|
| | *Available cash balances are invested daily in MFB NORTHERN FDS MONEY MARKET FUND.* | | | | | | |
| **Cash** | PRINCIPAL CASH | 2,000,000.00 | $ 2,000,000.00<br>$ 1.000 | $ 2,000,000.00<br>$ 1.000 | $ 0 | | |
| | **Total Cash** | | $ 2,000,000.00 | $ 2,000,000.00 | $ 0 | $ 47,137.84 | 2.4% |
| | **Total Cash and Short Term Investments** | | $ 2,000,000.00 | $ 2,000,000.00 | $ 0 | $ 47,137.84 | 2.4% |
| | **Net Unsettled Trades (see Activity Details)** | | ($ 102,681.11) | ($ 102,681.11) | | | |
| | **Total Portfolio** | | $ 1,998,638.89 | $ 1,998,638.89 | $ 0 | $ 50,637.84 | 2.5% |





## Account Statement
*for March 1 - March 31, 2005*

Account number 23-56571
Account Name PECA MICHAEL       -PD

> Kristen Peca's "bonds" were a 100% fabrication by her and the government who tried to elicit sympathy by lying to the court and jury.   Apparently the lies worked...

### Activity Details

**Settled Activity**

| Date | Type | Description | Cost Basis | Income cash | Principal cash |
|---|---|---|---|---|---|
|  |  | Opening Balance |  | $ 0.00 | $ 0.00 |
| 3/29/05 | Miscellaneous Receipts | RECEIVED FUNDS BY WIRE TRANSFER FROM CHARLES SCHWAB REPRESENTING INTIAL FUNDING |  |  | 2,000,000.00 |
|  |  | **Closing Balance** |  | $ 0.00 | $ 2,000,000.00 |

### Activity Details

**Unsettled Activity**

| Date | Type | Description | Cost Basis | Income cash | Principal cash |
|---|---|---|---|---|---|
| Unsettled | Purchases | SOUTHERN CAYUGA CENT SCH DIST N Y 3.5% DUE 05-15-2007 BEO PURCHASED 100,000.00 SHARES/PAR ON 3/31/05 AT $101.320000 FOR SETTLEMENT 4/05/05 | ( ) | ( 1,361.11) | ( 101,320.00) |
|  |  | **Net Unsettled Activity** |  | **($ 1,361.11)** | **($ 101,320.00)** |


Northern Trust

Page 6 of 8
NAAZ009802



# Account Statement  *for March 1 - March 31, 2005*

Account number 23-56571
Account Name PECA  MICHAEL        -PD

**Fixed Income Tax Analysis**

|  | Market value | Estimated annual income |
|---|---:|---:|
| Taxable | $ 0.00 | $ 0 |
| US Tax-exempt | 101,320.00 | 3,500 |
| **Total Fixed Income Securities** | **$ 101,320.00** | **$ 3,500** |



Page 7 of 8

NAAZ009809

Case 2:13-cr-00607-JFB-AYS   Document 868-5   Filed 06/24/20   Page 9 of 10 PageID #: 24756



## Account Statement  *for March 1 - March 31, 2005*

Account number 23-56571
Account Name PECA  MICHAEL        -PD

### Fixed Income Maturity Analysis
*Average maturity is 2.0 years based on market value. Funds are not included.*

| Year due | Market value | Percent of total | Yield to maturity |
|---|---|---|---|
| 2007 | $ 101,320.00 | 100.0% | 2.85% |
| **2005-2009** | **$ 101,320.00** | **100.0%** | **2.85%** |
| **2010-2014** | **$ 0.00** | **0.0%** | **0.00%** |
| **2015-2019** | **$ 0.00** | **0.0%** | **0.00%** |
| **Due after 2019** | **$ 0.00** | **0.0%** | **0.00%** |
| **Total** | **$ 101,320.00** | **100.0%** | **2.85%** |

### Fixed Income Quality Analysis

| Moody's rating | Market value | Percent of fixed income |
|---|---|---|
| Aaa | $ 101,320.00 | 100.0% |
| **Total Fixed Income Securities** | **$ 101,320.00** | **100.0%** |



Page 8 of 8

NAAZ009860



# Account Statement   for March 1, 2005 - March 31, 2005

## Back Page Bulletin

**Navigating The New Retirement**

You work hard for 35 or 45 years to earn a comfortable and secure retirement.  But the hardest job you'll ever have may be building a retirement portfolio that will last for the 20 or even 30 years you'll spend in the next phase of your life.

Retirement is now a continuous, multiphase period of life, not just the end of a work/career phase.  The issues may be overwhelming or unknown to even the savviest investors, and for the first time in many years you may feel that you just can't get a handle on everything.

At Northern Trust, the investment advisor for Northern Funds, we want to be with you at the critical transition from work life to retirement, and beyond.  Your Northern Trust Relationship Manager can play an indispensable role in helping you transition to the retirement lifestyle you've always imagined.

***Time for a new conversation with an old friend you trust***

Your parents and grandparents approached retirement expecting LESS... today, you approach it expecting MORE.  New careers, new activities, new travels, and new homes - The New Retirement can certainly be exciting.  Let Northern help you along your journey.  Contact your Northern Trust Relationship Manager today for more information about The New Retirement.

Or if you prefer, call Northern Funds at 877/565-8414 for information, including a prospectus.  Before investing, you should carefully read the prospectus and consider investment objectives, risks, charges and expenses of Northern Funds.  The prospectus contains this and other information about the funds.

Northern Funds are distributed by Northern Northern Funds Distributors, LLC, not affiliated with Northern Trust.  Investment advice is provided by Northern Trust Securities, Inc., a wholly owned subsidiary of Northern Trust Corporation.

**Northern Trust...  The Wealth Specialist**

**We provide comprehensive financial solutions
to help you enhance, preserve, and transfer your wealth.**



NAAZ009865