| | |
|---|---|
| **From:** | Kristine Myrick <kristine@standardadvisors.com> |
| **Sent:** | Wednesday, August 2, 2006 8:31 PM |
| **To:** | SweetPea1275@aol.com |
| **Subject:** | Conversation with Phil |

*[Annotation: Communication between Diana Nolan and Myrick -- without Kenner]*

I asked Phil to get me a list of all the pmts that need to be made and where the $ needs to be sent. He is going to get it to me in the next 24hrs. He did say that he has not charged you fees for over a year and a half, which is going to be somewhere around $165K. <u>You need to send about $190K to the LOC at Northern Trust</u>. You owe $38,904 to Canada Revenue agency. I will have more information on these payments for you tomorrow.

Have a good night.

Kristine Myrick
**Standard Advisors Inc.**
(310) 376-3499 Work
(310) 697-3259 Fax
(310) 699-5790 cell

*[Annotation: This number was per Myrick's calculation -- since Kenner confirmed $134k the next day -- thus Myrick was fully aware of the Northern Trust LOC used by her best friend for their family investment in the Hawaii project...]*