**Nolan's Privste Banker from Wells Fargo...**

| | |
|---|---|
| **From:** | cranegki@wellsfargo.com |
| **Sent:** | Friday, August 4, 2006 8:33 AM |
| **To:** | kristine@standardadvisors.com; SweetPea1275@aol.com |
| **Cc:** | phil@standardadvisors.com |
| **Subject:** | RE: Payment to LOC at Northern Trust |

---

Diana – please print this email out, sign it, and fax to me at 213 626-6853. Thanks.

Kim

---

**From:** Kristine Myrick [mailto:kristine@standardadvisors.com]
**Sent:** Thursday, August 03, 2006 6:17 PM
**To:** SweetPea1275@aol.com
**Cc:** Crane, Kimberly; 'phil kenner'
**Subject:** Payment to LOC at Northern Trust

Myrick dealing directly with Diana Nolan to make LOC payment in 2006 with Wells Fargo Banker (Crane) in the loop..

Hi Diana,

Below is the information for the payment that needs to be sent to your LOC at Northern Trust:

Please send **$134,396.00** using the following wire instructions:

**The Northern Trust Company, Chicago IL**
**ABA #071 000 152**
**Account #5186011000**
**Account Name: Incoming Trust Wire Account**
**For Further Credit to Account #23-47389**
**Account Name: Owen Nolan #1**

I have copied Kim Crane on these instructions. You will need to call her for verification to send the wire. Please let me know when the wire is sent so I can follow up with Northern Trust.

Thank you,

Kristine Myrick
Standard Advisors Inc.
(310) 376-3499 Work
(310) 697-3259 Fax
(310) 699-5790 cell

Everyone in Nolan's financial equation is "**IN THE KNOW**" about the Northern Trust LOC -- at all times...

CONFIDENTIAL TREATMENT REQUESTED

MYR0001066
PK_SEC_006719