**Michael Peca confirms knowledge that all LOC funds were in his <u>capital account</u> <u>and belonged to the LLC</u> – not himself personally…**

From Michael Peca's SDNY Grand Jury testimony –

> 7  Q  How much money did you put in Little Isle IV?
> 8  A  $100,000 cash investment that was going to go
> 9  towards that.  Then we had lines of credit.  I had one
> 10 out for $1.7 million that was going to be used at the
> 11 time.  Here's where a lot of the cross starts to happen.
> 12    A short-term loan to Mr. Jowdy, because at the
> 13 time Cabo -- we hadn't gotten the lending from Lehman
> 14 Brothers yet.  <u>We made a short-term loan until the</u>
> 15 <u>lending came in.</u>  Once the lending came through they
> 16 were to pay back the loan, I think in the neighborhood
> 17 of five-and-a-half million dollars, on the closing.  It
> 18 was never paid back.  And then communication basically
> 19 seized at that point from him.
> 20    <u>That was kind of the whole sticking point as</u>
> 21 <u>far as me and the other guys with Mr. Jowdy.</u>

*Communication ceased from Jowdy – whole sticking point for Michael Peca and other "guys"…FULL KNOWLEDGE OF Jowdy PROBLEMS*

> 22  Q  I think we'll need to slow down and walk
> 23 through that in more detail, because I'm a little
> 24 confused.
> 25    This $1.7 million line of credit that was for
> 26 the Mexican project or Little Isle IV?

> M. Peca   03/29/11                              31
> 1
> 2  A  It was for -- you're right, we're ahead.
> 3    The 1.7 along with the $100,000 and whatever
> 4  else put in this a Capital account, Little Isle IV I
> 5  believe.  <u>That Capital account was loaned to Ken Jowdy,</u>
> 6  <u>our business partner, so there is no need at the time to</u>
> 7  <u>be worried about anything.</u>  That money was loaned to Ken
> 8  Jowdy to basically help some of the purchase of the Cabo
> 9  property so we can get the funding.  And then it was
> 10 supposed to a short-term loan.

*Michael Peca confirms his $100k PLUS $1.7mm into his <u>capital account</u> for Little Isle IV…then some used for short-term Jowdy loan to México…*

1

**Michael Peca confirms knowledge that all LOC funds were in his <u>capital account</u> <u>and belonged to the LLC</u> – not himself personally…**



Peca confirms his knowledge of the short-term loan to Jowdy…

Peca confirms his investment funds were going to his Capital Account…

2

**Michael Peca confirms knowledge that all LOC funds were in his <u>capital account</u> <u>and belonged to the LLC</u> – not himself personally...**

Peca does not tell the SDNY Grand Jury that he learned about it the "night before" the March 2011 testimony ---like he told the EDNY...

> 3  Q  At the time you signed the papers, did you
> 4  think that Little Isle IV Capital Account for Hawaii was
> 5  used to lend money to Jowdy for the Mexico stuff, or
> 6  only later where that was a decision that was made?
> 7  A  I can't remember exactly what the time frame
> 8  was on those two things.

Confirms short-term loan knowledge...

> 9   Q  Were you consulted an advance about whether to
> 10  use the money in the Little Isle IV Capital account to
> 11  loan money to the Mexico project?
> 12  A  I knew the short-term loan was made to
> 13  Mr. Jowdy.

> 14  Q  Did you know in advance of it being made?
> 15  A  <u>I probably did</u>, I mean at the time if I was
> 16  told about it, I probably would say, okay, sounds good.
> 17  It was probably explained to me. I can't tell you
> 18  definitely right now that I know the day or time of the
> 19  conversation. <u>As it was happening I wasn't like what</u>
> 20  <u>happened to that, I didn't know it would happen.</u> I kind
> 21  of knew what we were doing.
> 22  Q  Let me paraphrase, you're not sure if you were
> 23  told but you basically approved of it. You wouldn't
> 24  really have cared sounds like you're saying?
> 25  A  **Correct.**

> 26  Q  Then, you were getting into this before, so

3

***Michael Peca confirms knowledge that all LOC funds were in his <u>capital account and belonged to the LLC</u> – not himself personally…***

Peca confirms he knew about the repayment plan from Jowdy – just like the 2004 Hawai'i loan agreement laid out…



```
1              M. Peca    03/29/11                    33
2   that money was loaned to Ken Jowdy because they were
3   waiting for some kind of financing to come in?
4       A    Correct.
5       Q    And then it never came back?
6       A    Correct.
```

4