

- Masood Bhatti - Lehman Bros.
  - got a piece of Hawaii deal

- 260 acres - 1st piece of Hawaii investment
  - just kept buying/expanding → 6,000 acres total

- Alan Warden = Windwalker = Accountant/contact

① times  
there @  
(JK) met Jowdy = 2x in NYC  
in NYC = Trust (2903) = Jowdy restaurant discuss.  
(PK)  = discuss proj in Hawaii  
(KJ) - with a girl  = funding in Mexico

② time  
another time @ a bar = in NYC = bar  
- discussed Hawaii  
- lending $ from Hawaii to Mexico  (KJ)(JK)

(JK) - not sure how (KJ) & (PC) met

again discussed  
(JK) = saw (KJ) in Mexico couple times  
(KJ) wanted to borrow $ from Hawaii to Mexico  
- would pay back after closing      ②

(KJ) - brought up borrowing $ from Hawaii project

borrowed millions from Hawaii project → $5M/$6M
- 1st was going to be $100's k ≠ not millions
- (JK) - not happy $ amt started to grow to Millions of $ to Mexico

discussed — Brian Berard
         (JK)

= was Agreement to borrow $ from Hawaii —

**2004 Hawaii loan agreement**

(KJ) → (JK)   (KJ) - don't worry all $ will come
                    (JK) - back; get repaid
- in NYC
discussed $ from Hawaii to Mexico
            - just to be used for Mexico
                    ↓ no other project

Question to (JK):
2006 = update letter on Hawaii project —
(JK) - yes, I recall letter
(JK) - made these many times

**Many update letters from Kenner to the investors per Kaiser proffer...**

(JK) - never got $ back from (KJ)/Mexico

(JK) -

**Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior!**

(3)

Eufora

2007 = (JK) met Tommy Constantine in AZ @ (PC)'s house

(TC) = introd as self made millionaire to (JK)

(JK) = heard about Eufora thru players/guys that Eufora - company will be big one day

in beginning = need couple hundred thousand @ first

(JK) ($2.2M) - over 3yr period invested

(JK) borrowed from family - majority of $
- Mother
- brothers - keith

(JP) =
includes (JK)'s friends $ -
- (JK) got 4 friends to invest

<u>Donny Rae → ex-hockey player - lives in AZ
- bringing investors in Hawaii</u>

(JK) = met (DR) - 1yr ago = heard of him prior
- when put house for sale in AZ - (JK)'s house
- Brian Berard & (JK) own - 2½ yrs ago bought
- (JK) - raised $ from friends to buy house in AZ

④

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from (TG)

- not invested in Hawaii

- (TC) - trying to fund $ for Hawaii w/ own funds
  - suppose to use own $ to fund Hawaii

- Ultimately $ came from friend of (TC)
  - $4M - Waikapuna closing

Robert Gaudet
(JK) met (RG) - ≡ golf pro
             ≡ knows people in Mexico

≡ tried to get $ for Hawaii

- believe above indiv. getting paid for getting $
  ≡ (RG)
  ≡ (TG)

*Kaiser confirms consulting deals for Gaudet and Gaarn from Hawaii*

1st heard 2005 ≡ heard of Enfora from (JK) or players

(TC) ≡ showed (JK) Agreements w/ banks & credit card companies
     ≡ wanted increase ownership in Enfora → (TC)'s own shares in
     ≡ appeared to be great company → (JK)

⑤

= Dish Zero = (TC) → and Mark Ambrosio
Taser  running $ from Eufora
accounts to these investments

Sergei Gonchar $ going to

all (JK) investment $ to (TC) went from
(JK) = TD Bank accts

(JK) - rec'd couple hundred thousand back
from (PK)
(JK) from Cronted $ for renovation (PK)
house in AZ

(PK) ← (JK) - gave (PK) $ from his house sale in
needed Smithtown, NY
to (PK) never repaid
for Myrick
lawsuit

(6)

- (PK) — living in Vegas — Condo
  - house in AZ = is wife's from divorce

(JK) = Palms Condos

2007 or 2008
- (TC) — new Maloof in Vegas
  - invested — (JK) friends /3
  - ① Keith Kaiser — brother  [Handi-capped brother -- still unaware of the theft by John Kaiser...]
  - ② Bobby = Police officer   $550K together for penthouse @ Palms  [Robert Rizzi -- still unaware of the theft by John Kaiser...]
  - ③ and doctor friend of (JK)

- Jay McKee  } on Note = 2 separate closts   get 15% from $
- Mike Peca  }                                – promised by (TC)
                                              went into it
- closing went through (TC)                   to buy & sell quickly

- (JK) — was not involved in Palms R/E
  - as far as (TC) remembers

★ • Global Settlement Fund • set-up by (TC) = w/ (KD) & (PE)
  - pay Ethan Moreau back — from Palms
  - Eufora — $
  - Mexico — players $
  - ⊛ used to straighten $ investment mess which happened throughout years.

Eufora = (TC) instructed Ronald Richard to send $ to Eufora
Palms     acct so he can distribute to players = GS Fund $
       (TC) instructed (JK) friends — investment $ — to go to
          Ronald Richards — not Eufora

⑦

- (JC) involved w/ → renovated — (JK) → brothers did work
  ≡ Hermosa Beach — house — (PK) - owned until then sold
  - (PK) - owes $ from house construction /renovate
  - (JK) - brothers worked on house ≡ took 4 months
  - (JK) - raised funds to buy house from:
    - ≡ (JK) - mother
    - brothers
    - friends
  - (JK) - not rec'd $ from (PK) on house yet
  - (PK) - will get $ from Hermosa Beach house when AZ house sells
    ≡ on market now

- (JK) - met (NJ) in Hawaii
- Nick James -
  ≡ did stuff for Hangtown racing + (TC)

- (NJ) called (TC) to get married
  $30k-80k - asked $ from (JK) = (JK) said no
  borrowed from (PK)

- (NJ) did not work or invest in Hermosa Beach house

(8)

Los Frailles - investment
- JK + has friends invested in
≈ $1M

≈ 2008

JK - included in the $1M

• purchase property + develop
$1M used to purchase property ⇒ sell parcels to get $ back from 1st investment

→ Bobby Goudet - told JK about investment

JK - not involved in Los Frailles
↓
does have clients involved / hockey players

JK - went down thru w/ friends to see

JK - 6 mos. ago in Cabo ≡ Tondy project
≡ golf course - done
≡ suppose to put up condo
≡ never went to North property
DDM

⑨



- $5M-6M — (KJ) borrowed /rec'd /loaned
(KJ) — borrowed from Hawaii project → to Mexico
(KJ) — borrowed from Glen Murray too - for Mexico
(KJ) — might have repaid couple hundred thousand to Hawaii

(JK) — did see Hawaii bank acct statements

— accountant for Hawaii project → (JK) will get name of accountant before Lehman can in.
(JK) not rec'd K-1's ever

(JK) — never rec'd K-1's from Hawaii
— took two yrs to get from Allan Warden
↓
will receive K-1's soon

END 1:15PM

[Annotation: Kaiser confirms seeing all of the Hawaii bank statements -- so there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT]

[Annotation: Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during 2:15 meeting at Kaiser's home during EDNY testimony...]

10