

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

George Kostolampros

T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

June 30, 2020

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re:   **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

    We write on behalf of Danske Bank A/S London Branch ("Danske") in connection with Danske's June 19, 2020 motion for summary judgment. Attached is a revised Rule 56.1 statement taking into account several typographical errors made to citations. We have also attached a redline showing the changes that have been made. Also enclosed is a replacement for Exhibit 70 of the Declaration of George Kostolampros because the original Exhibit 70 should have included an additional document.

    We thank the Court for its continued attention to this matter.

Respectfully,

George Kostolampros
Doreen S. Martin
Xochitl S. Strohbehn

cc:   All parties of record via ECF
      Thomas McC. Souther, Esq. and Kevin P. Mulry, Esq. (by email)