# EXHIBIT 70

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

**Matter#**   088508/00001                    **Order#**   991947-1
**Project Id :**                               **Order Date**   02/05/2014
**Additional Reference :**  NOT PROVIDED

|  |  |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at
www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for
personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the
Fair Credit Reporting Act.

DANSKE_0016126

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016127

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

|  |  |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016128

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

**Matter#**   088508/00001
**Project Id :**
**Additional Reference :**  NOT PROVIDED

**Order#**   991947-1
**Order Date**   02/05/2014

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016129

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016130

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016131

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **February 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016133

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016134

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request For:** | **UCC Debtor Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **January 24, 2014** |
| **No. of findings:** | 6 |
| **Original UCC Filings:** | 2 |
| **Amendments:** | 2 |
| **Continuations:** | 1 |
| **Assignments:** | 1 |
| **Releases:** | 0 |
| **Corrections:** | 0 |
| **Terminations:** | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 60840082 |
| **File Date :** | 03/10/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH |
| | |
| **File Type:** | Amendment |
| **File Number:** | 61159771 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 60840082 |
| | |
| **File Type:** | Assignment |
| **File Number:** | 90781531 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 60840082 |
| | |
| **File Type:** | Amendment |
| **File Number:** | 90926698 |
| **File Date :** | 03/24/2009 |
| **Original File Number:** | 60840082 |
| | |
| **File Type:** | Continuation |
| **File Number:** | 04346429 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 60840082 |
| | |
| **File Type:** | Original |
| **File Number:** | 32133552 |
| **File Date :** | 06/05/2013 |
| **Current Secured Party of Record:** | DANSKE BANK A/S, LONDON BRANCH |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

CONFIDENTIAL

DANSKE_0016136

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL



# Delaware

PAGE    1

## The First State

CERTIFICATE

SEARCHED FEBRUARY 5, 2014, AT  9:14 A.M.
FOR DEBTOR "DIAMANTE CABO SAN LUCAS, LLC"

```
1 OF    2   FINANCING STATEMENT              60840082
            EXPIRATION DATE: MARCH 10, 2016
 DEBTOR: DIAMANTE CABO SAN LUCAS LLC
         2 DOGWOOD DRIVE                          ADDED 03-10-06
         DANBURY                    CT  06811   REMOVED 03-24-09
 DEBTOR: DIAMANTE CABO SAN LUCAS, LLC
         2 DOGWOOD DRIVE                          ADDED 03-24-09
         DANBURY                    CT  06811
SECURED: LEHMAN BROTHERS HOLDINGS INC.
         399 PARK AVENUE                          ADDED 03-10-06
         NEW YORK                   NY  10022   REMOVED 03-11-09
SECURED: DANSKE BANK, A/S LONDON BRANCH
         LONDON BRANCH,                           ADDED 03-11-09
         75 KING WILLIAM STREET
         LONDON, ENGLAND            EC4N 7DT
              F I L I N G    H I S T O R Y
60840082  FILED 03-10-06   AT  6:14 P.M.  FINANCING STATEMENT
61159771  FILED 04-06-06   AT  2:56 P.M.  AMENDMENT
90781531  FILED 03-11-09   AT  6:41 P.M.  ASSIGNMENT
90926698  FILED 03-24-09   AT 12:08 P.M.  AMENDMENT
04346429  FILED 12-09-10   AT  3:10 P.M.  CONTINUATION

 2 OF    2   FINANCING STATEMENT              32133552
            EXPIRATION DATE: JUNE 5, 2018
 DEBTOR: DIAMANTE CABO SAN LUCAS, LLC
         131 DEER HILL AVENUE, SUITE B           ADDED 06-05-13
         DANBURY                    CT  06811
SECURED: DANSKE BANK A/S, LONDON BRANCH
         75 KING WILLIAM STREET                  ADDED 06-05-13
         LONDON ENGLAND             EC4N 7DT
              F I L I N G    H I S T O R Y
32133552  FILED 06-05-13   AT 12:43 P.M.  FINANCING STATEMENT
         E N D   O F   F I L I N G   H I S T O R Y
```

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE

Jeffrey W. Bullock, Secretary of State

20140464362UCXL

140133807

AUTHENTICATION: 1111152

DATE: 02-05-14



PAGE    2

*The First State*

*ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS OF JANUARY 24, 2014 AT 11:59 P.M.*

Jeffrey W. Bullock, Secretary of State

*20140464362UCXL*

*140133807*

*AUTHENTICATION: 1111152*

*DATE: 02-05-14*

CONFIDENTIAL

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Jay Schwartz                     212-592-1400

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research Ltd.
523 West Sixth Street
Suite 544
Los Angeles, Ca 90014

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:14 PM 03/10/2006
INITIAL FILING NUM: 6084008 2
AMENDMENT   NUMBER: 0000000
SRV: 060238661

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Diamante Cabo San Lucas LLC | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2 Dogwood Drive | Danbury | CT | 06811 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Delaware | 1g. ORGANIZATIONAL ID #, if any   ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any   ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Lehman Brothers Holdings Inc. | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 399 Park Avenue | New York | NY | 10022 | |

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor and KENNETH A. JOWDY, an individual, in favor of
LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

F#152948
A#243501

8. OPTIONAL FILER REFERENCE DATA
Filed with: DE - Secretary of State

L 0 2 6 3 6 8 - 5

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

DANSKE_0016140

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 02:56 PM 04/06/2006*
*INITIAL FILING NUM: 6084008 2*
*AMENDMENT   NUMBER: 6115977 1*
*SRV: 060325946*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| | |
|---|---|
| 1a. INITIAL FINANCING STATEMENT FILE # <br> 6084008 2   dated 3/10/2006 | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 6b. INDIVIDUAL'S LAST NAME <br> Diamante Cabo San Lucas, LLC | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 9b. INDIVIDUAL'S LAST NAME <br> Lehman Brothers Holdings Inc. | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

Filed with: DE-Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

    (i)    all Pledged Company Interests (as hereinafter defined);

    (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

    (iii)    all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

    (iv)    all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

    (v)    all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas S. De R.L. De CV (the "Borrower"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Borrower to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor and KENNETH A. JOWDY, an individual, in favor of LEHMAN BROTHERS HOLDINGS INC.

DANSKE_0016142

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

> Mitchell Kolkin, Esquire
> Venable LLP
> 750 East Pratt Street
> Suite 900
> Baltimore, Maryland 21202

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:41 PM 03/11/2009
INITIAL FILING # 6084008 2
AMENDMENT      # 2009 0781531
SRV: 090259163

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
**60840082 FILED 3/10/2006**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT** (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name. Give record name to be deleted in item 6a or 6b.  ☐ ADD name. Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **Danske Bank, A/S London Branch** | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **London Branch, 75 King William Street** | **London** | | **EC4N 7DT** | **England** |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **Lehman Brothers Holdings Inc.** | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
**FILE WITH THE DELAWARE SECRETARY OF STATE; DEBTOR - DIAMANTE CABO SAN LUCAS LLC**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016143

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:08 PM 03/24/2009
INITIAL FILING # 6084008 2
AMENDMENT # 2009 0926698
SRV: 090295564

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mitchell Kolkin, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**60840082 FILED on 3/10/2006**

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
**Diamante Cabo San Lucas LLC**

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
**Diamante Cabo San Lucas, LLC**

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2 Dogwood Drive | Danbury | CT | 06811 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | Delaware | 4104689 ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
**Danske Bank, A/S London Branch**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA
**File with the Delaware Secretary of State; Debtor - Diamante Cabo San Lucas, LLC**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL DANSKE_0016144

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

8008335778

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019

---

**DELAWARE DEPARTMENT OF STATE**
**U.C.C. FILING SECTION**
**FILED 03:10 PM 12/09/2010**
**INITIAL FILING # 6084008 2**
**AMENDMENT    # 2010 4346429**
**SRV: 101168999**

---

**1a. INITIAL FINANCING STATEMENT FILE #**

6084008 2

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☐ REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5.** **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|OR|---|---|---|---|
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | |
|OR|---|---|---|---|
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

DANSKE BANK A/S. LONDON BRANCH

**10.** OPTIONAL FILER REFERENCE DATA

DE-0-43952308

---

CONFIDENTIAL

DANSKE_0016145

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Please Return to Susan Jacoby
**CT Lien Solutions**
A WoltersKluwer Company
208 South LaSalle Street, Suite 814
Chicago, IL  60604

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 12:43 PM 06/05/2013*
*INITIAL FILING # 2013 2133552*

*SRV: 130739133*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **Diamante Cabo San Lucas, LLC** | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **131 Deer Hill Avenue, Suite B** | **Danbury** | **CT** | **06811** | | **U.S.A.** |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **LLC** | 1f. JURISDICTION OF ORGANIZATION **Delaware** | 1g. ORGANIZATIONAL ID #, if any | ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| | | | | | |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **Danske Bank A/S, London Branch** | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **75 King William Street** | **London** | | **EC4N 7DT** | | **England** |

4. This FINANCING STATEMENT covers the following collateral:

**See Schedule A Attached.**

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

**File with the Delaware Secretary of State; Debtor - Diamante Cabo San Lucas, LLC**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016146

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "**Pledged Collateral**"):

      (i)     all Pledged Company Interests (as hereinafter defined);

      (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

      (iii)   all right, title and interest of Debtor in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Pledged Collateral described in this Schedule A and all Proceeds thereof;

      (iv)   all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

      (v)    all Proceeds of any of the foregoing property of Debtor (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"**Pledged Company Interests**" shall mean all of Debtor's right, title and interest in Diamante Club, LLC a Delaware limited liability company (the "**Company**"), together with any and all membership certificates evidencing ownership of such interests, and all claims powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by the Company to Debtor while this Agreement (hereinafter defined) is in effect.

"**Code**" shall mean the Uniform Commercial Code in effect in any applicable jurisdiction where any Pledged Collateral described by this Schedule A and all Proceeds thereof are "located" for purposes of the Code.

"**Proceeds**" shall mean all "proceeds" as such term is defined in Section 9-102(a)(64) of the Code, and, in any event, shall include, without limitation, all dividends or other income from the Pledged Company Interests, collections thereon or distributions with respect thereto.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated April 26, 2013, made by DIAMANTE CABO SAN LUCAS, LLC and KENNETH A. JOWDY, an individual, in favor of DANSKE BANK A/S, LONDON BRANCH ( the "**Agreement**").

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-1 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CABO SAN LUCAS, LLC** |
| **Jurisdiction:** | **DE - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016148

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016149

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016150

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016153

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016154

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016155

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016156

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request For:** | **UCC Debtor Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **January 24, 2014** |
| **No. of findings:** | 5 |
| **Original UCC Filings:** | 1 |
| **Amendments:** | 2 |
| **Continuations:** | 1 |
| **Assignments:** | 1 |
| **Releases:** | 0 |
| **Corrections:** | 0 |
| **Terminations:** | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 60839803 |
| **File Date :** | 03/10/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH |
| | |
| **File Type:** | Amendment |
| **File Number:** | 61159508 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 60839803 |
| | |
| **File Type:** | Assignment |
| **File Number:** | 90781549 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 60839803 |
| | |
| **File Type:** | Amendment |
| **File Number:** | 90926912 |
| **File Date :** | 03/24/2009 |
| **Original File Number:** | 60839803 |
| | |
| **File Type:** | Continuation |
| **File Number:** | 04346783 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 60839803 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL



# Delaware

PAGE     1

## The First State

CERTIFICATE

SEARCHED FEBRUARY 5, 2014, AT  9:20 A.M.
FOR DEBTOR "DIAMANTE PROPERTIES, LLC"

    1 OF   1   FINANCING STATEMENT            60839803
              EXPIRATION DATE: MARCH 10, 2016
  DEBTOR: DIAMANTE PROPERTIES, LLC
          C/O WILLIAM J. NAJAM, JR.                ADDED 03-10-06
          2 DOGWOOD DRIVE
          DANBURY                  CT   06511    REMOVED 03-24-09
  DEBTOR: DIAMANTE PROPERTIES, LLC
          2 DOGWOOD DRIVE                         ADDED 03-24-09
          DANBURY                  CT   06811
SECURED: LEHMAN BROTHERS HOLDINGS INC.
          399 PARK AVENUE                         ADDED 03-10-06
          NEW YORK                 NY  10022    REMOVED 03-11-09
SECURED: DANSKE BANK, A/S LONDON BRANCH
          LONDON BRANCH,                          ADDED 03-11-09
          75 KING WILLIAM STREET
          LONDON, ENGLAND              EC4N 7DT
              F I L I N G    H I S T O R Y
60839803  FILED 03-10-06    AT  6:02 P.M.   FINANCING STATEMENT
61159508  FILED 04-06-06    AT  2:47 P.M.   AMENDMENT
90781549  FILED 03-11-09    AT  6:44 P.M.   ASSIGNMENT
90926912  FILED 03-24-09    AT 12:08 P.M.   AMENDMENT
04346783  FILED 12-09-10    AT  3:20 P.M.   CONTINUATION
          E N D    O F   F I L I N G    H I S T O R Y

    THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF JANUARY 24, 2014 AT 11:59 P.M.

20140464461UCXL                    Jeffrey W. Bullock, Secretary of State

140133825                          AUTHENTICATION: 1111155

                                   DATE: 02-05-14

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Jay Schwartz 212-592-1400

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research Ltd.
523 West Sixth Street
Suite 544
Los Angeles, Ca 90014

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:02 PM 03/10/2006
INITIAL FILING NUM: 6083980 3
AMENDMENT NUMBER: 0000000
SRV: 060238621

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
Diamante Properties, LLC

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o William J. Najam, Jr., 2 Dogwood Drive | Danbury | CT | 06511 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLC | Delaware | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
Lehman Brothers Holdings Inc.

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 399 Park Avenue | New York | NY | 10022 | |

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificate, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 6, 2006, made by Debtor, KENNETH A. JOWDY, an individual, BAJA VENTURES 2006, LLC, CSL PROPERTIES 2006, LLC, and KAJ HOLDINGS, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
Filed with: DE - Secretary of State

F#152950
A#243503

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   $\mathcal{L}$ 0 26 36 8 - 2

CONFIDENTIAL

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 02:47 PM 04/06/2006*
*INITIAL FILING NUM: 6083980 3*
*AMENDMENT   NUMBER: 6115950 8*
*SRV: 060325874*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

60839803   dated 3/10/2006

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION

6a. ORGANIZATION'S NAME

OR   Diamante Properties, LLC

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION.

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

OR   Lehman Brothers Holdings Inc.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA

Filed with: DE-Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

DANSKE_0016161

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

     (i)     all Pledged Company Interests (as hereinafter defined);

     (ii)     all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

     (iii)     all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

     (iv)     all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

     (v)     all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas, LLC (the "Company"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Company to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, KENNETH A. JOWDY, an individual, BAJA VENTURES 2006, LLC, CSL PROPERTIES 2006, LLC, and KAJ HOLDINGS, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

CONFIDENTIAL

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Mitchell Kolkin, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:44 PM 03/11/2009
INITIAL FILING # 6083980 3
AMENDMENT    # 2009 0781549
SRV: 090259169

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
60839803 FILED 3/10/2006

**1b.** This FINANCING STATEMENT AMENDMENT is
☐ to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **6a. ORGANIZATION'S NAME** | | | | |
| OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **7a. ORGANIZATION'S NAME** Danske Bank, A/S London Branch | | | | |
| OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX | |
| **7c. MAILING ADDRESS** London Branch, 75 King William Street | CITY London | STATE | POSTAL CODE EC4N 7DT | COUNTRY England |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted  or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| | | | | |
|---|---|---|---|---|
| **9a. ORGANIZATION'S NAME** Lehman Brothers Holdings Inc. | | | | |
| OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX | |

**10. OPTIONAL FILER REFERENCE DATA**
FILE WITH THE DELAWARE SECRETARY OF STATE; DEBTOR - DIAMANTE PROPERTIES, LLC

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:08 PM 03/24/2009
INITIAL FILING # 6083980 3
AMENDMENT      # 2009 0926912
SRV: 090295615

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> Mitchell Kolkin, Esquire
> Venable LLP
> 750 East Pratt Street
> Suite 900
> Baltimore, Maryland 21202

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 60839803 FILED on 3/10/2006 | |

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [✓] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
[✓] CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party.   [ ] DELETE name: Give record name to be deleted in item 6a or 6b.   [ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Diamante Properties, LLC | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Diamante Properties, LLC | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o William J. Najam, Jr., 2 Dogwood Drive | Danbury | CT | 06811 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID # if any |
|---|---|---|---|---|
| | | LLC | Delaware | 3859308   [ ] NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Danske Bank, A/S London Branch | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
File with the Delaware Secretary of State; Debtor - Diamante Properties, LLC

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| | 8008335778 |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 03:20 PM 12/09/2010
INITIAL FILING # 6083980 3
AMENDMENT     # 2010 4346783
SRV: 101169094

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 6083980 3 | ☐ to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | |

8. AMENDMENT (COLLATERAL CHANGE): check only _one_ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

DANSKE BANK A/S. LONDON BRANCH

10. OPTIONAL FILER REFERENCE DATA

DE-0-43952389

DANSKE_0016165

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle

jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016166

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-2 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE PROPERTIES, LLC** |
| **Jurisdiction:** | **DE - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016167

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016168

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016169

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016170

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016171

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016172

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016173

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

# CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at
www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016176

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request For:** | **UCC Debtor Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **January 24, 2014** |
| **No. of findings:** | 5 |
| **Original UCC Filings:** | 1 |
| **Amendments:** | 2 |
| **Continuations:** | 1 |
| **Assignments:** | 1 |
| **Releases:** | 0 |
| **Corrections:** | 0 |
| **Terminations:** | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016177

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 60839977 |
| **File Date :** | 03/10/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH |
| | |
| **File Type:** | Amendment |
| **File Number:** | 61159631 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 60839977 |
| | |
| **File Type:** | Assignment |
| **File Number:** | 90781614 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 60839977 |
| | |
| **File Type:** | Amendment |
| **File Number:** | 90927316 |
| **File Date :** | 03/24/2009 |
| **Original File Number:** | 60839977 |
| | |
| **File Type:** | Continuation |
| **File Number:** | 04346858 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 60839977 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.



# Delaware

PAGE     1

## The First State

CERTIFICATE

SEARCHED FEBRUARY 5, 2014, AT   9:21 A.M.
FOR DEBTOR "KAJ HOLDINGS, LLC"

1 OF   1   FINANCING STATEMENT               60839977
          EXPIRATION DATE: MARCH 10, 2016
DEBTOR: KAJ HOLDINGS, LLC
        C/O KENNETH A. JOWDY                    ADDED 03-10-06
        74 INNISBROOK AVENUE
        LAS VEGAS                 NV   89113    REMOVED 03-24-09
DEBTOR: KAJ HOLDINGS, LLC
        74 INNISBROOK AVE.                      ADDED 03-24-09
        LAS VEGAS                 NV   89113
SECURED: LEHMAN BROTHERS HOLDINGS INC.
         399 PARK AVENUE                        ADDED 03-10-06
         NEW YORK                 NY   10022    REMOVED 03-11-09
SECURED: DANSKE BANK, A/S LONDON BRANCH
         LONDON BRANCH,                         ADDED 03-11-09
         75 KING WILLIAM STREET
         LONDON, ENGLAND                EC4N 7DT
              F I L I N G     H I S T O R Y
60839977  FILED 03-10-06    AT  6:12 P.M.   FINANCING STATEMENT
61159631  FILED 04-06-06    AT  2:53 P.M.   AMENDMENT
90781614  FILED 03-11-09    AT  6:49 P.M.   ASSIGNMENT
90927316  FILED 03-24-09    AT 12:09 P.M.   AMENDMENT
04346858  FILED 12-09-10    AT  3:23 P.M.   CONTINUATION
          E N D    O F    F I L I N G    H I S T O R Y

    THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF JANUARY 24, 2014 AT 11:59 P.M.

20140464503UCXL                       Jeffrey W. Bullock, Secretary of State

140133828                    AUTHENTICATION: 1111159

                             DATE: 02-05-14

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:12 PM 03/10/2006
INITIAL FILING NUM: 6083997 7
AMENDMENT   NUMBER: 0000000
SRV: 060238652

A. NAME & PHONE OF CONTACT AT FILER [optional]
Jay Schwartz                    212-592-1400

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research Ltd.
523 West Sixth Street
Suite 544
Los Angeles, Ca 90014

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| KAJ Holdings, LLC | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o Kenneth A. Jowdy, 74 Innisbrook Avenue | Las Vegas | NV | 89113 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | Delaware | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Lehman Brothers Holdings Inc. | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 399 Park Avenue | New York | NY | 10022 | |

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, KENNETH A. JOWDY, an individual, BAJA VENTURES 2006, LLC, DIAMANTE PROPERTIES, LLC, and CSL PROPERTIES 2006, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION [if applicable] | | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum | | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | F#152952 | |
| Filed with: DE - Secretary of State | | | | | | A#243505 | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    LO26368-4

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:53 PM 04/06/2006
INITIAL FILING NUM: 6083997 7
AMENDMENT    NUMBER: 6115963 1
SRV: 060325917

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 60839977   dated 3/10/2006 | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| KAJ Holdings, LLC | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Lehman Brothers Holdings Inc. | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Filed with: DE-Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL                                                                    DANSKE_0016181

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

     (i)     all Pledged Company Interests (as hereinafter defined);

     (ii)     all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

     (iii)     all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

     (iv)     all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

     (v)     all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas, LLC (the "Company"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Company to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, KENNETH A. JOWDY, an individual, BAJA VENTURES 2006, LLC, DIAMANTE PROPERTIES, LLC, and CSL PROPERTIES 2006, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

CONFIDENTIAL

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐

**Mitchell Kolkin, Esquire**
**Venable LLP**
**750 East Pratt Street**
**Suite 900**
**Baltimore, Maryland 21202**

⌐

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 06:49 PM 03/11/2009*
*INITIAL FILING # 6083997 7*
*AMENDMENT      # 2009 0781614*
*SRV: 090259195*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| **60839977 FILED 3/10/2006** | |

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ **ASSIGNMENT** (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION)**: This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Danske Bank, A/S London Branch** | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **London Branch, 75 King William Street** | **London** | | **EC4N 7DT** | **England** |

| 7d SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e TYPE OF ORGANIZATION | 7f JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE)**: check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **Lehman Brothers Holdings Inc.** | | | |
| 9b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

**FILE WITH THE DELAWARE SECRETARY OF STATE; DEBTOR - KAJ HOLDINGS, LLC**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016183

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:09 PM 03/24/2009
INITIAL FILING # 6083997 7
AMENDMENT    # 2009 0927316
SRV: 090295724

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mitchell Kolkin, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #<br>60839977 FILED on 3/10/2006 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME<br>KAJ Holdings, LLC | | | |
|---|---|---|---|
| OR   6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME<br>KAJ Holdings, LLC | | | |
|---|---|---|---|
| OR   7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS<br>c/o Kenneth A. Jowdy, 74 Inniabrook Ave | CITY<br>Las Vegas | STATE<br>NV | POSTAL CODE<br>89113 | COUNTRY<br>USA |
|---|---|---|---|---|
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION<br>LLC | 7f. JURISDICTION OF ORGANIZATION<br>Delaware | 7g. ORGANIZATIONAL ID #, if any<br>4115122   ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME<br>Danske Bank, A/S London Branch | | | |
|---|---|---|---|
| OR   9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
File with the Delaware Secretary of State; Debtor - KAJ Holdings, LLC

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016184

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER [optional] | 8008335778 |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
SUITE 1000
HOUSTON TX 77019
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 03:23 PM 12/09/2010
INITIAL FILING # 6083997 7
AMENDMENT    # 2010 4346858
SRV: 101169120

---

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 6083997 7 | ☐ |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.     ☐ DELETE name: Give record name to be deleted in item 6a or 6b.     ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |
|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only _one_ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

---

9. **NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

DANSKE BANK A/S. LONDON BRANCH

10. OPTIONAL FILER REFERENCE DATA

DE-0-43952419

---

DANSKE_0016185

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-3 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KAJ HOLDINGS, LLC** |
| **Jurisdiction:** | **DE - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016186

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016187

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016188

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016190

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016192

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016193

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016194

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016195



# Delaware

PAGE    1

### The First State

CERTIFICATE

SEARCHED FEBRUARY 5, 2014, AT  9:22 A.M.
FOR DEBTOR "DIAMANTE CLUB, LLC"

    THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THERE
ARE NO PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED
FINANCING STATEMENTS, FEDERAL TAX LIENS OR UTILITY SECURITY
INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS
OF JANUARY 24, 2014 AT 11:59 P.M.

Jeffrey W. Bullock, Secretary of State

20140464537UCXL

140133832

AUTHENTICATION: 1111164

DATE: 02-05-14

DANSKE_0016196

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-4 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CLUB, LLC** |
| **Jurisdiction:** | **DE - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016198

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

**Subject:** **DIAMANTE CSL, LLC**

**Jurisdiction:** **CT - DANBURY CITY CLERK**

**Request for:** **State Tax Lien Search**

**Thru Date:** **February 04, 2014**

**Result:** **Clear**

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016200

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016201

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016202

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016203

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

**Matter#**   088508/00001                          **Order#**   991947-5
**Project Id :**                                     **Order Date**   02/05/2014
**Additional Reference :**   NOT PROVIDED

|  |  |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016204

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016205

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016206

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL



# Delaware

PAGE    1

*The First State*


CERTIFICATE

SEARCHED FEBRUARY 5, 2014, AT  9:22 A.M.
FOR DEBTOR "DIAMANTE CSL, LLC"


   THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THERE
ARE NO PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED
FINANCING STATEMENTS, FEDERAL TAX LIENS OR UTILITY SECURITY
INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS
OF JANUARY 24, 2014 AT 11:59 P.M.


20140464552UCXL

140133835

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 1111166

DATE: 02-05-14

CONFIDENTIAL

DANSKE_0016208

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **DIAMANTE CSL, LLC** |
| **Jurisdiction:** | **DE - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 24, 2014** |
| **Result:** | **Certified clear result retrieved** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016209

# CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-5 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

**Subject:** **DIAMANTE CSL, LLC**

**Jurisdiction:** **DE - U.S. DISTRICT COURT**

**Request for:** **Federal Judgment Search**

**Thru Date:** **January 03, 2014**

**Result:** **Clear**

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016210

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - CLARK COUNTY** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

## CORPORATION SERVICE COMPANY

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

**Subject:**             **KENNETH A. JOWDY**

**Jurisdiction:**        **NV - CLARK COUNTY**

**Request For:**         **Local Judgment Search**

**Result:**             **Records found**

**Thru Date:**         **February 03, 2014**

**No. of findings:**       1

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016212

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - CLARK COUNTY** |
| **Request for:** | **Local Judgment Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **Case Number:** | 201106080003583 |
| **File Date :** | 06/08/2011 |
| **Amount:** | $154,532.63 |
| **Plaintiff :** | H&S |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016213

Case 2:13-cr-00607-JFB-AYS   Document 850-9   Filed 06/30/20   Page 90 of 247 PageID #: 24963

## Search Results

You searched under: **Instrument Number**, for: **201106080003583**, with the document types of: **N/A**, between: **N/A** and **N/A**

### Records found: 1

| First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | Refresh | | | |
| JOWDY, KENNETH | MURRAY, GLEN | 201106080003583 | NOTICE | JUDGMENT | 6/8/2011 3:48:04 PM | | | $0.00 |

CONFIDENTIAL                                                                    DANSKE_0016214



Fees: $22.00
N/C Fee: $0.00
06/08/2011 03:48:04 PM
Receipt #: 805100
Requestor:
HUTCHISON & STEFFEN LLC
Recorded By: BRT   Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# _____
   11 digit Assessor's Parcel Number may be obtained at:
   http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

Notice of Entry of Findings of Fact, Conclusions of Law, and Judgment Awarding

Attorneys' Fees

_____

Title of the Document on cover page must be EXACTLY as it appears on the first
page of the document to be recorded.

**Recording requested by:**

Patricia Lee
_____

**Return to:**

**Name** Hutchison & Steffen, LLC

**Address** 10080 W. Alta Dr., Suite 200

**City/State/Zip** Las Vegas, NV 89145

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

CONFIDENTIAL

DANSKE_0016215



Electronically Filed
06/06/2011 04:33:21 PM

CLERK OF THE COURT

1   **NEOJ**
    Michael K. Wall (2098)
2   Patricia Lee (8287)
    HUTCHISON & STEFFEN, LLC.
3   10080 West Alta Drive, Suite 200
    Las Vegas, NV 89145
4   Telephone: 702/385-2500
    Facsimile: 702/385-2086
5   mwall@hutchlegal.com
    plee@hutchlegal.com
6
    *Former Attorneys for defendant/third-party*
7   *plaintiff Kenneth Jowdy*

8

9                    **DISTRICT COURT**

10                **CLARK COUNTY, NEVADA**

11  GLEN MURRAY,                     ) Case No. A571984
                                     ) Dept No. XXII
12              Plaintiff,           )
                                     ) **NOTICE OF ENTRY OF FINDINGS**
13  v.                               ) **OF FACT, CONCLUSIONS OF LAW,**
                                     ) **AND JUDGMENT AWARDING**
14  KENNETH JOWDY, DOES I through X, ) **ATTORNEYS' FEES**
    inclusive,                       )
15                                   )
                Defendant.           )
16  _____ )
                                     )
17  KENNETH JOWDY,                   )
                                     )
18              Third-Party Plaintiff,)
                                     )
19  v.                               )
                                     )
20  PHILLIP KENNER, an individual, DOES I )
    through X, inclusive, and ROE    )
21  CORPORATIONS I through X, inclusive, )
                                     )
22              Third-Party Defendant.)
    _____ )
23

24          PLEASE TAKE NOTICE that a **FINDINGS OF FACT, CONCLUSIONS OF LAW,**

25  **AND JUDGMENT AWARDING ATTORNEYS' FEES** was entered in the above-captioned

26  / / /

27  / / /

28  / / /

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

CONFIDENTIAL

DANSKE_0016216

matter on June 6, 2011, a copy of which is attached hereto.

DATED this ___ day of June, 2011.

HUTCHISON & STEFFEN, LLC.

Michael K. Wall (2098)
Patricia Lee (8287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Former Attorneys for defendant/third-party
plaintiff Kenneth Jowdy*

- 2 -

CONFIDENTIAL

DANSKE_0016217

## CERTIFICATE OF MAILING

Pursuant to NRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC. and that on this 6th day of June, 2011, I caused the above and foregoing document entitled **NOTICE OF ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW, AND JUDGMENT AWARDING ATTORNEYS' FEES** to be served as follows:

☒    by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐    to be sent facsimile; and/or

☐    to be hand-delivered;

to the attorney(s)/party(-ies) listed below at the address and/or facsimile number indicated below:

Kenneth Jowdy
74 Innisbrook Avenue
Las Vegas, Nevada 89113

*Defendant*

Phillip Kenner
200 Hoover Avenue #1711
Las Vegas, NV 89101

*Third-Party Defendant in proper person*

Ross Goodman, Esq.
Goodman Law Group
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101

*Attorney for plaintiff*

An employee of Hutchison & Steffen

- 3 -

CONFIDENTIAL

DANSKE_0016218

Electronically Filed
06/06/2011 10:51:07 AM

CLERK OF THE COURT

1  FFOCL
   Michael K. Wall (2098)
2  Patricia Lee (8287)
   HUTCHISON & STEFFEN, LLC.
3  Peccole Professional Park
   10080 West Alta Drive, Suite 200
4  Las Vegas, NV 89145
   Telephone: 702/385-2500
5  Facsimile: 702/385-2086
   mwall@hutchlegal.com
6  plee@hutchlegal.com

7  *Former Attorneys for defendant/third-party
   plaintiff Kenneth Jowdy*

8

                    DISTRICT COURT
9
                 CLARK COUNTY, NEVADA
10

11  GLEN MURRAY,                    )  Case No. A571984
                                    )  Dept No. XXII
12          Plaintiff,              )
                                    )  FINDINGS OF FACT, CONCLUSIONS
13  v.                              )  OF LAW, AND JUDGMENT
                                    )  AWARDING ATTORNEYS' FEES
14  KENNETH JOWDY, DOES I through X, )
    inclusive,                      )
15                                  )
            Defendant.              )
16                                  )
                                    )
17                                  )
                                    )
18  _____)
                                    )
19  KENNETH JOWDY,                  )
                                    )
20          Third-Party Plaintiff,  )
                                    )
21  v.                              )
                                    )
22  PHILLIP KENNER, an individual, DOES I )
    through X, inclusive, and ROE    )
23  CORPORATIONS I through X, inclusive, )
                                    )
24          Third-Party Defendant.  )
                                    )

25       Hutchison & Steffen, LLC's ("H&S") motion for attorneys' fees and costs against its

26  former client, defendant/third-party plaintiff Kenneth Jowdy ("Jowdy" or "defendant"), came

27  on for hearing before this Court on May 17, 2011.  Patricia Lee appeared on behalf of H&S; no

28  other parties or their counsel appeared.

CONFIDENTIAL                                                    DANSKE_0016219

Having considered the motion, renewed motion, supplement, non-opposition, memorandum of costs and disbursements and other pleadings and papers on file herein, and having heard the arguments of counsel at the hearing, and being fully advised in the premises, the Court finds as follows:

## FINDINGS OF FACT

1.    On or about September 24, 2008, Jowdy was sued by way of an Amended Complaint in the above-captioned case.

2.    To assist in his defense of this lawsuit, Jowdy obtained the services of H&S, and signed a retainer agreement with the firm on or about October 24, 2008.

3.    As Jowdy's counsel, H&S has diligently defended this lawsuit, including, *inter alia*, filing an initial motion to dismiss, filing a cross-claim, conducting discovery including numerous depositions, issuing subpoenas duces tecum, propounding and responding to written discovery, working with Jowdy's out-of-state counsel, coordinating and attending numerous telephonic and in-person client conferences, conducting research, drafting and filing motions, attending court hearings, preparing for and defending Jowdy at trial, and opposing and arguing numerous post-trial motions.

4.    As a result of the firm's legal services, Jowdy owes H&S $154,532.63, which consists of attorneys' fees of $149,145.81 and costs of $5,386.82.

5.    The costs and fees owed to H&S all arose pursuant to the parties' retainer agreement and were reasonable and necessary charges actually incurred. Jowdy agreed to "promptly pay [the] firm all previously incurred fees, costs, and expenses" upon termination of the attorney-client relationship by either H&S or defendant, and has failed to do so.

6.    After completion of the bench trial in this matter, this Court issued a lengthy

-2-

CONFIDENTIAL

DANSKE_0016220

decision that was unfavorable to Jowdy. A Notice of Entry of Judgment was filed January 24, 2011.

7.    Despite H&S's numerous phone calls, e-mails, and letters to Jowdy regarding the time-sensitive nature of pursuing an appeal, and returning his file to him in exchange for payment of the outstanding fees and costs, Jowdy failed to respond and thus elected not to appeal this Court's decision.

8.    H&S filed a Notice of Withdrawal and Motion for Attorneys' Fees and Costs on or about February 11, 2011. Due to a clerical error, this Motion was not properly served on Jowdy.

9.    On or about March 9, 2011, H&S filed an Amended Notice of Withdrawal pursuant to EDCR 7.40, which was mailed to Jowdy's correct, last-known address.

10.    On or about March 15, 2011, H&S filed a Renewed Motion for Attorneys' Fees and Costs, which was mailed to Jowdy's correct, last-known address.

11.    On or about May 4, 2011, H&S filed a Memorandum of Costs and Disbursements and Supplement to its Motion for Attorneys' Fees and Costs (attaching the firm's redacting billing records), both of which were mailed to Jowdy's correct, last-known address.

12.    Despite proper service, Jowdy did not oppose or otherwise respond to any of H&S's court filings, ultimately consenting to the judgment.

<u>CONCLUSIONS OF LAW</u>

1.    If any of the foregoing findings of fact would be more appropriately deemed a conclusion of law, it is so designated.

2.    H&S is entitled to its fees in the amount of $149,145.81 and costs of $5,386.82,

- 3 -

CONFIDENTIAL

DANSKE_0016221

Document produced by Best-Net Core Nv the proprietary imaging and delivery system. Copyright 2003. All rights reserved.

1   for a total award of $154,532.63, pursuant to the underlying retainer agreement, NRS 18.010(1)

2   and NRCP 54(d)(2)(A).

3

4   3.      Having considered the factors set forth in *Brunzell v. Golden Gate Nat'l Bank*,

5   85 Nev. 345, 349-50, 455 P.2d 31, 33 (1969), H&S's fees were reasonably and necessarily

6   incurred. In determining the reasonable value of H&S's services, this court considered the

7   following factors: (1) the qualities of the advocates: ability, training, education, experience,

8   professional standing and skill; (2) the character of the work to be done: its difficulty, its

9   intricacy, its importance, time and skill required, the responsibility imposed and the prominence

10  and character of the parties where they affect the importance of the litigation; (3) the work

11  actually performed by the attorneys: the skill, time and attention given to the work; and (4) the

12  result: whether the attorneys were successful and what benefits were derived. *Id.*

13

14  4.      Pursuant to NRS 18.020(3) and the verified memorandum of costs and

15  disbursements on file herein, less $1,871.02 for overtime staffing costs, H&S is entitled to an

16  award of its costs incurred herein in the amount of $5,386.82.

17

18  5.      By failing to respond to H&S's motion for attorneys' fees and costs, Jowdy has

19  tacitly consented to this Court's adjudication of the motion. *Argentena Consolidated Mining*

20  *Company v. Jolley Urga Wirth Woodbury & Standish*, 216 P.3d 779, 785 (2010).

21

22  6.      To date, Jowdy has not asserted negligence or misconduct on the part of their

23  former attorneys, H&S, such that this Court's summary adjudication of a fee dispute in the

24  underlying action is inappropriate. *Argentena*, 216 P.3d at 787.

25

26  7.      Pursuant to EDCR 2.20(c), this Court considers Jowdy's failure to serve and file

27  written opposition as an admission that the motion is meritorious and a consent to granting the

28  same.

- 4 -

HUTCHISON & STEFFEN

A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

CONFIDENTIAL

DANSKE_0016222

Documents provided by DeskTree LLC and its proprietary imaging and delivery system. Copyright 2009. All rights reserved.

8.      Jowdy does not dispute that he entered into a valid and enforceable retainer agreement with H&S.

9.      H&S complied with its duties and obligations under the agreement by providing the legal services contracted thereto.

## JUDGMENT

Based on the foregoing findings of fact and conclusions of law, H&S's motion for attorneys' fees and costs is granted. Judgment is entered in favor of H&S and against Jowdy, in the amount of $149,145.81 and costs of $5,386.82, for a total judgment amount of **$154,532.63** plus post-judgment interest to accrue at the contractual rate of 1% per month from the date of entry.

DATED this 3rd day of June, 2011.

_____
DISTRICT COURT JUDGE SUSAN JOHNSON

RC

Submitted by:

HUTCHISON & STEFFEN, LLC

_____
Michael K. Wall (2098)
Patricia Lee (8287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Former Attorneys for defendant/third-party
plaintiff Kenneth Jowdy*

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

_____
CLERK OF THE COURT

JUN 07 2011

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

- 5 -

CONFIDENTIAL

DANSKE_0016223

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - CLARK COUNTY** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016224

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 30, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - SECRETARY OF STATE** |
| **Request For:** | **UCC Debtor Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **January 30, 2014** |
| **No. of findings:** | 8 |
| **Original UCC Filings:** | 2 |
| **Amendments:** | 2 |
| **Continuations:** | 2 |
| **Assignments:** | 2 |
| **Releases:** | 0 |
| **Corrections:** | 0 |
| **Terminations:** | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 2006007960-5 |
| **File Date :** | 03/13/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH, LEHMAN BROTHERS HOLDINGS INC. |

| | |
|---|---|
| **File Type:** | Amendment |
| **File Number:** | 2006010942-2 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 2006007960-5 |

| | |
|---|---|
| **File Type:** | Assignment |
| **File Number:** | 2009006176-7 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 2006007960-5 |

| | |
|---|---|
| **File Type:** | Continuation |
| **File Number:** | 2010030839-6 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 2006007960-5 |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 2006007961-7 |
| **File Date :** | 03/13/2006 |
| **Current Secured Party of Record:** | DANSKE BANK, A/S LONDON BRANCH, LEHMAN BROTHERS HOLDINGS INC. |

| | |
|---|---|
| **File Type:** | Amendment |
| **File Number:** | 2006010932-1 |
| **File Date :** | 04/06/2006 |
| **Original File Number:** | 2006007961-7 |

| | |
|---|---|
| **File Type:** | Assignment |
| **File Number:** | 2009006177-9 |
| **File Date :** | 03/11/2009 |
| **Original File Number:** | 2006007961-7 |

DANSKE_0016227

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | |
|---|---|
| **File Type:** | Continuation |
| **File Number:** | 2010030840-9 |
| **File Date :** | 12/09/2010 |
| **Original File Number:** | 2006007961-7 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016228

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Jay Schwartz          212-592-1400

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return acknowledgment to:

Capitol Corporate Services, Inc.
P.O. Box 3100     Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
|---|---|
| *Dean Heller* | 2006007960-5 |
| Dean Heller | Filing Date and Time |
| Secretary of State | 03/13/2006 1:45 PM |
| State of Nevada | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Jowdy | Kenneth | A. | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 74 Innisbrook Avenue | Las Vegas | NV | 89113 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Individual | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Lehman Brothers Holdings Inc. |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 399 Park Avenue | New York | NY | 10022 | |

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, BAJA VENTURES 2006, LLC, DIAMANTE PROPERTIES, LLC, and CSL PROPERTIES 2006, LLC, and KAJ HOLDINGS, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 | |

8. OPTIONAL FILER REFERENCE DATA
Filed with: NV - SOS

F#152956
A#243509

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016229

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return acknowledgment to:

Capitol Corporate Services, Inc.
P.O. Box 3100   Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
|---|---|
| Dean Heller | 2006010942-2 |
| Secretary of State | Filing Date and Time |
| State of Nevada | 04/06/2006 5:00 PM |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2006007960-5     dated 3/13/2006

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Jowdy | Kenneth | A. | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted  or ☐ added,  or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment)  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

9a. ORGANIZATION'S NAME
Lehman Brothers Holdings Inc.

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA
Filed with: NV-Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016230

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

(i)     all Pledged Company Interests (as hereinafter defined);

(ii)     all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

(iii)     all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;

(iv)     all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

(v)     all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas, LLC (the "Company"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Company to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor, BAJA VENTURES 2006, LLC, DIAMANTE PROPERTIES, LLC. CSL PROPERTIES 2006, LLC, and KAJ HOLDINGS, LLC in favor of LEHMAN BROTHERS HOLDINGS INC.

CONFIDENTIAL

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Return acknowledgment to:

Capitol Corporate Services, Inc.
P.O. Box 3100  Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
| --- | --- |
| Ross Miller Secretary of State State of Nevada | **2009006176-7** |
| | Filing Date and Time |
| | **03/11/2009 3:52 PM** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
**2006007960-5 FILED 3/13/2006**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| | | | | |
| --- | --- | --- | --- | --- |
| OR | **6a. ORGANIZATION'S NAME** | | | |
| | **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | | |
| --- | --- | --- | --- | --- |
| OR | **7a. ORGANIZATION'S NAME** Danske Bank, A/S London Branch | | | |
| | **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| London Branch, 75 King William Street | London | X X | EC4N 7DT | England |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted _or_ ☐ added, _or_ give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | | | | |
| --- | --- | --- | --- | --- |
| OR | **9a. ORGANIZATION'S NAME** Lehman Brothers Holdings Inc. | | | |
| | **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
FILE WITH THE NEVADA SECRETARY OF STATE; DEBTOR - KENNETH A. JOWDY

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016232

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Donna Klenke                          713-533-4661

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

| Filed in the office of | Document Number |
| --- | --- |
| *signature* Ross Miller Secretary of State State of Nevada | 2010030839-6 |
| | Filing Date and Time |
| | 12/09/2010 12:21 PM |

[This document was filed electronically.]
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2006007960-5

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| | DANSKE BANK A/S, LONDON BRANCH | | | |
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

10. OPTIONAL FILER REFERENCE DATA
NV-0-43952340

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
| Jay Schwartz   212-592-1400 | |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Return acknowledgment to:
           ★
Capitol Corporate Services, Inc.
P.O. Box 3100    Carson City, NV 89702
           800/899-0490
```

| Filed in the office of | Document Number |
|---|---|
| *Dean Heller* | 2006007961-7 |
| Dean Heller | Filing Date and Time |
| Secretary of State | 03/13/2006 1:45 PM |
| State of Nevada | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Jowdy | Kenneth | A. | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 74 Innisbrook Avenue | Las Vegas | NV | 89113 | |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Individual | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any  ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Lehman Brothers Holdings Inc. | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 399 Park Avenue | New York | NY | 10022 | |

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor's right, title and interest to the following (collectively, the "Pledged Collateral"):
(i) all Pledged Company Interests;
(ii) all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;
(iii) all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral;
(iv) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and
(v) all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

Refer to defined terms in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor and DIAMANTE CABO SAN LUCAS LLC, in favor of LEHMAN BROTHERS HOLDINGS INC.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | F#152953 | | |
| Filed with: NV - Secretary of State | | | | A#243506 | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016234

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return acknowledgment to:

⬤ ★

Capitol Corporate Services, Inc.
P.O. Box 3100   Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
|---|---|
| *Dean Heller* | **2006010932-1** |
| Dean Heller Secretary of State State of Nevada | Filing Date and Time **04/06/2006 4:48 PM** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2006007961-7    dated 3/13/2006

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Jowdy | Kenneth | A. | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

See attached Schedule A.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Lehman Brothers Holdings Inc. | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA
Filed with: NV-Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016235

Schedule A

All of Debtor's right, title and interest in the following (collectively, the "Pledged Collateral"):

    (i)     all Pledged Company Interests (as hereinafter defined);

    (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests. or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

    (iii)   all right, title and interest of Pledgors in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Collateral:

    (iv)   all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

    (v)   all Proceeds of any of the foregoing property of Pledgors (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"Pledged Company Interests" shall mean all of Pledgor's right, title and interest in Diamante Cabo San Lucas S. De R.L. De CV (the "Borrower"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by Borrower to Pledgors while this Agreement is in effect.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March 10, 2006, made by Debtor and Diamante Cabo San Lucas, LLC in favor of Lehman Brothers Holdings Inc.

DANSKE_0016236

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Return acknowledgment to:

Capitol Corporate Services, Inc.
P.O. Box 3100   Carson City, NV 89702
800/899-0490

| Filed in the office of | Document Number |
|---|---|
| _Ross Miller_ | 2009006177-9 |
| Ross Miller | Filing Date and Time |
| Secretary of State | 03/11/2009 3:53 PM |
| State of Nevada | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
**2006007961-7 FILED 3/13/2006**

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME **Danske Bank, A/S London Branch** | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS **London Branch, 75 King William Street** | CITY **London** | STATE XX | POSTAL CODE **EC4N 7DT** | COUNTRY **England** |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME **Lehman Brothers Holdings Inc.** | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
**FILE WITH THE NEVADA SECRETARY OF STATE; DEBTOR - KENNETH A. JOWDY**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL

DANSKE_0016237

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Donna Klenke                    713-533-4661

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

| Filed in the office of | Document Number |
|---|---|
| *Ross Miller* | **2010030840-9** |
| Ross Miller | Filing Date and Time |
| Secretary of State | **12/09/2010 12:23 PM** |
| State of Nevada | |

(This document was filed electronically.)

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
2005007961-7

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor *or* ☐ Secured Party of record. Check only *one* of these two boxes.

Also check *one* of the following three boxes *and* provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.　☐ DELETE name: Give record name to be deleted in item 6a or 6b.　☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only *one* box.

Describe collateral ☐ deleted *or* ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | DANSKE BANK A/S, LONDON BRANCH | | | |
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**10. OPTIONAL FILER REFERENCE DATA**
NV-0-43952351

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　DANSKE_0016238

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-6 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **KENNETH A. JOWDY** |
| **Jurisdiction:** | **NV - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at
www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

DANSKE_0016240

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

**Matter#**      088508/00001
**Project Id :**
**Additional Reference :**  NOT PROVIDED

**Order#**      991947-7
**Order Date**      02/05/2014

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016241

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - DANBURY CITY CLERK** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 04, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016242

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - DANBURY JUDICIAL DISTRICT** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **February 05, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016243

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request For:** | **UCC Debtor Search** |
| **Result:** | **Records found** |
| **Thru Date:** | **January 28, 2014** |
| **No. of findings:** | 2 |
| **Original UCC Filings:** | 1 |
| **Amendments:** | 0 |
| **Continuations:** | 1 |
| **Assignments:** | 0 |
| **Releases:** | 0 |
| **Corrections:** | 0 |
| **Terminations:** | 0 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016244

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Result:** | **Records found** |

| | |
|---|---|
| **File Type:** | Original |
| **File Number:** | 0002683094 |
| **File Date :** | 03/11/2009 |
| **Current Secured Party of Record:** | DANSKE BANK A/S, LONDON BRANCH |
| | |
| **File Type:** | Continuation |
| **File Number:** | 0002965916 |
| **File Date :** | 11/11/2013 |
| **Original File Number:** | 0002683094 |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016245

316

# STATE OF CONNECTICUT
# UCC-1 FINANCING STATEMENT

**MAILING ADDRESS:**
Commercial Recording Division
Connecticut Secretary of the State
P.O. BOX 150470
Hartford, CT 06115-0470
860-509-6002

**COURIER ADDRESS:**
Commercial Recording Division
Connecticut Secretary of the State
30 Trinity Street
Hartford, CT 06106
860-509-6002

**Follow Instructions Carefully**

| Requesting Party | Cust ID _____ | Fee $25 | (Space for filing office use only) |
|---|---|---|---|

Name: Mitchell Kolkin, Esquire – V
Address: 750 East Pratt Street, Suite
City: Baltimore
State: Maryland
Zip: 21202

FILING #0002683094 PG  01 OF  02 VOL U-00397
FILED 03/11/2009 03:10 PM PAGE  03323
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

**1a. ORGANIZATION'S NAME**
PF VENTURES, LLC

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 63 Lakeview Terrace | Sandy Hook | CT | 06482 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1d. TYPE OF ORGANIZATION limited liability company | 1e. JURISDICTION OF ORGANIZATION Connecticut | 1f. ORGANIZATIONAL ID # OPTIONAL 0892204 |
|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

**2a. ORGANIZATION'S NAME**

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| ADD'L INFO RE ORGANIZATION DEBTOR | 2d. TYPE OF ORGANIZATION | 2e. JURISDICTION OF ORGANIZATION | 2f. ORGANIZATIONAL ID # OPTIONAL |
|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

**3a. ORGANIZATION'S NAME**
DANSKE BANK A/S, LONDON BRANCH

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS London Branch, 75 King William St. | CITY London | STATE | POSTAL CODE EC4N 7DT | COUNTRY England |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:

All collateral described on attached Schedule A

5. ALTERNATIVE DESIGNATION (if applicable)    ☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR    ☐ SELLER/BUYER

6. OPTIONAL FILER REFERENCE DATA
FILE WITH THE CONNECTICUT SECRETARY OF STATE: DEBTOR PF VENTURES, LLC

FILING OFFICE COPY – CONNECTICUT UCC FINANCING STATEMENT (FORM UCC1)            Revised 11/2007

CONFIDENTIAL

DANSKE_0016246

**DEBTOR: PF VENTURES, LLC**
**SECURED PARTY:** DANSKE BANK A/S, LONDON BRANCH

## Schedule A

All of Debtor's right, title and interest in the following (collectively, the "**Pledged Collateral**"):

    (i)     all Pledged Company Interests (as hereinafter defined);

    (ii)    all securities, security certificates, moneys or property representing the Pledged Company Interests, or representing dividends or interest on any of the Pledged Company Interests, or representing a distribution in respect of the Pledged Company Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Company Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Company Interests;

    (iii)   all right, title and interest of Debtor in, to and under any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other Pledged Collateral described in this Schedule A and all Proceeds thereof;

    (iv)   all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing; and

    (v)    all Proceeds of any of the foregoing property of Debtor (including, without limitation, any proceeds of insurance thereon, all "accounts", "general intangibles", "instruments" and "investment property", in each case as defined in the Code, constituting or relating to the foregoing).

"**Pledged Company Interests**" shall mean all of Debtor's right, title and interest in Diamante Cabo San Lucas, LLC, a Delaware limited liability company (the "**Company**"), together with any and all membership certificates evidencing ownership of such interests, and all claims, powers, privileges, benefits, remedies, voting rights, options or rights of any nature whatsoever which currently exist or may be issued or granted by the Company to Debtor while the Agreement (hereinafter defined) is in effect.

"**Code**" shall mean the Uniform Commercial Code in effect in any applicable jurisdiction where any Pledged Collateral described by this Schedule A and all Proceeds thereof are "located" for purposes of the Code.

"**Proceeds**" shall mean all "proceeds" as such term is defined in Section 9-102(a)(64) of the Code, and, in any event, shall include, without limitation, all dividends or other income from the Pledged Company Interests, collections thereon or distributions with respect thereto.

Refer to defined terms not otherwise herein defined in that certain Pledge and Security Agreement dated March __, 2009, made by Debtor and in favor of DANSKE BANK A/S, LONDON BRANCH (the "**Agreement**").

CONFIDENTIAL



**SECRETARY OF THE STATE OF CONNECTICUT**
**UCC-3 FINANCING STATEMENT AMENDMENT**

FILING #0002965916 PG 1 OF 1
VOL 00504 PAGE 1388
FILED ON 11/11/2013 07:41 AM
SECRETARY OF THE STATE OF CONNECTICUT

**1. INITIAL FINANCING STATEMENT FILE # :**

0002683094

**2. ☐ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the secured party authorizing this termination statement.

**3. ■ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the secured party authorizing this continuation statement is continued for the additional period provided by applicable law.

**4. ☐ ASSIGNMENT(full or partial):** Give name of assignor at point 7.

**5. ☐ AMENDMENT(PARTY INFORMATION) :**

**5.1 This Amendment Affects :**

☐ Debtor ☐ Secured Party

☐ Added ☐ Deleted ☐ Change

**6. ☐ AMENDMENT (COLLATERAL CHANGE):** (Check only one box)

☐ Added ☐ Deleted ☐ Restated ☐ Assigned

**7. NAME OF PARTY OF RECORD AUTHORIZING THIS AMENDMENT :** ((name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor). ☐

DANSKE BANK A/S, LONDON BRANCH

**8. OPTIONAL FILER REFERENCE DATA :**

CONFIDENTIAL

DANSKE_0016248

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

DANSKE_0016249

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **January 28, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **January 16, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- New York
Suite 210
1180 Avenue OF the Americas
New York, NY 10036-8401
212-299-5600
212-299-5656 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 088508/00001 | **Order#** | 991947-7 |
| **Project Id :** | | **Order Date** | 02/05/2014 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **PF VENTURES, LLC** |
| **Jurisdiction:** | **CT - U.S. DISTRICT COURT** |
| **Request for:** | **Federal Judgment Search** |
| **Thru Date:** | **January 03, 2014** |
| **Result:** | **Clear** |

Ordered by JANA PAREMOUD at BAKER & HOSTETLER LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Jeffrey Boyle
jeboyle@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CONFIDENTIAL

# EXHIBIT 70
# Updated Part 2



Dirección Municipal de
**Registro Público de la Propiedad**
**y del Comercio**

H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**



EL SUSCRITO LICENCIADO JOSÉ ÁNGEL TORRES GRIJALVA, DIRECTOR DEL REGISTRO PÚBLICO DE LA PROPIEDAD DE ESTE HONORABLE XI AYUNTAMIENTO DE LOS CABOS, B.C.S., CON FUNDAMENTO EN LOS ARTÍCULOS 2909, 2911 Y 2926 DEL CÓDIGO CIVIL PARA EL ESTADO DE BAJA CALIFORNIA SUR; 73 FRACCIÓN XV DE LA LEY DE HACIENDA PARA EL MUNICIPIO DE LOS CABOS, B.C.S.; 103 FRACCIÓN VII DE LA LEY ORGÁNICA DEL GOBIERNO MUNICIPAL DEL ESTADO DE BAJA CALIFORNIA SUR; 29 FRACCIONES I, III XXI Y XXVII DEL REGLAMENTO DE LA ADMINISTRACIÓN PÚBLICA MUNICIPAL DE LOS CABOS, B.C.S.; 1, 4, 5 FRACCIÓN I, 17, 18, 22, 28, 32, 33 Y 105 DEL REGLAMENTO INTERNO DEL REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO DEL MUNICIPIO DE LOS CABOS, B.C.S., hace contar y:

C E R T I F I C A que para constancia y solicitud de DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V.:

Se hizo la búsqueda correspondiente a un periodo de 5 años anteriores a esta fecha, respecto de los bienes inmuebles inscritos bajo el número 162, foja 162, volumen DLX de Escrituras Públicas de la Sección Primera, de fecha 9 de enero de 2014, a favor de CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, con las siguientes descripciones:

--- LOTE A.-   POLIGONO 1.- FRACCION F.- SUPERFICIE: 5,519.12M2.- USO: CONDOMINIO MIXTO.
--- MEDIDAS Y COLINDANCIAS:
--- AL NORESTE.- 2.17 MTS. CON AREA COMUN UNICA.
-------------------------1.85 MTS. CON AREA COMUN UNICA.
-------------------------6.94 MTS. CON AREA COMUN UNICA.
-------------------------4.73 MTS. CON AREA COMUN UNICA.
-------------------------10.32 MTS. CON AREA COMUN UNICA.
-------------------------2.36 MTS. CON AREA COMUN UNICA.
-------------------------0.81 MTS. CON AREA COMUN UNICA.
-------------------------12.37 MTS. CON AREA COMUN UNICA.
-------------------------5.99 MTS. CON AREA COMUN UNICA.
-------------------------16.55 MTS. CON AREA COMUN UNICA.
-------------------------3.49 MTS. CON AREA COMUN UNICA.
-------------------------14.99 MTS. CON AREA COMUN UNICA.
-------------------------2.50 MTS. CON AREA COMUN UNICA.
-------------------------1.00 MTS. CON AREA COMUN UNICA.
-------------------------25.88 MTS. CON AREA COMUN UNICA.
-------------------------10.51 MTS. CON AREA COMUN UNICA.
-------------------------11.21 MTS. CON AREA COMUN UNICA.
--- AL NOROESTE.- 3.87 MTS. CON AREA COMUN UNICA.
-------------------------10.75 MTS. CON AREA COMUN UNICA.
-------------------------14.18 MTS. CON AREA COMUN UNICA.
-------------------------1.00 MTS. CON AREA COMUN UNICA.
-------------------------0.60 MTS. CON AREA COMUN UNICA.
-------------------------2.50 MTS. CON AREA COMUN UNICA.
-------------------------69.25 MTS. CON POLIGONO 1, FRACCION G.
--- AL SURESTE.- 8.41 MTS. CON POLIGONO 1, FRACCION G.
-------------------------2.40 MTS. CON AREA COMUN UNICA.
-------------------------5.32 MTS. CON AREA COMUN UNICA.
-------------------------2.50 MTS. CON AREA COMUN UNICA.
-------------------------4.50 MTS. CON AREA COMUN UNICA.
-------------------------8.22 MTS. CON AREA COMUN UNICA.
-------------------------11.99 MTS. CON AREA COMUN UNICA.
-------------------------3.87 MTS. CON AREA COMUN UNICA.
-------------------------10.69 MTS. CON AREA COMUN UNICA.
-------------------------14.24 MTS. CON AREA COMUN UNICA.

Tel. (624) 142-33-32 | Blvd. Mijares s/n e/ Benito Juárez y Valerio González, Col. Centro C.P. 23400 San José del Cabo, B.C.S. | www.loscabos.gob.mx

CONFIDENTIAL

DANSKE_0016447

IGNACIO RAMIREZ 1980          LIC. HECTOR CASTRO CASTRO
TELS. 122-91-20                        TITULAR
        122-97-17          JOSE ALBERTO CASTRO SALAZAR
        125-24-20                      ADSCRITO
FAX 125-25-69              NOTARIA PUBLICA NUM. 7
                          LA PAZ, B.C.S.



1

**COTEJADO**

-------------- VOLUMEN MIL QUINIENTOS OCHENTA Y SIETE. ...................

-------------- ACTA NOVENTA Y CUATRO MIL DOCE.........................

--En Cabo San Lucas, Baja California Sur, México, a los trece días del mes de Mayo del año dos mil catorce, YO, Licenciado JOSE ALBERTO CASTRO SALAZAR, Notario Público adscrito a la Notaría Pública Número SIETE, del Estado y del Patrimonio Inmueble Federal, con ejercicio en los Municipios de La Paz y Los Cabos, y con Residencia en la Capital del Estado, cuyo titular es el licenciado HECTOR CASTRO CASTRO, actuando de conformidad con lo dispuesto por los artículos (61) sesenta y uno y (29) veintinueve de la Ley del Notariado en vigor, **PROTOCOLIZO** el acta levantada fuera de mi Notaría y en la cual consigné NOTIFICACION, a solicitud del señor licenciado **FERNANDO MANUEL GARCIA CAMPUZANO,** en su carácter de apoderado la Sociedad Mercantil denominada **"DIAMANTE CABO SAN LUCAS",  SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** a realizar a la Licenciada ITZEL CRISOSTOMO GUZMÁN Apoderada, de **"CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE** (antes THE BANK OF NEW YORK MELLON, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE CAUSAHABIENTE UNIVERSAL FINAL DE BANCO J.P. MORGAN, S.A., INSTITUCION DE BANCA MULTIPLE, J.P. MORGAN GRUPO FINANCIERO, DIVISION FIDUCIARIA) **FIDUCIARIO DEL FIDEICOMISO NÚMERO F/00321 (F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO)** ...................

El referido documento lo dejo agregado al apéndice del volumen mil quinientos ochenta y siete, de mi protocolo bajo la letra "A", en el legajo correspondiente a esta escritura, el acta en comento se encuentra debidamente firmada y sellada, misma que para FORMALIZAR se protocoliza. DOY FE ...................

FERNANDO MANUEL GARCIA CAMPUZANO. FIRMADO.- HUELLA DEL DEDO PULGAR DERECHO ...................

AUTORIZO DEFINITIVAMENTE LA PRESENTE ACTA EN LA CIUDAD DE CABO SAN LUCAS, BAJA CALIFORNIA SUR, EN LA MISMA FECHA DE SU OTORGAMIENTO, EN VIRTUD DE NO CAUSAR IMPUESTO ALGUNO. DOY FE ...................

LIC. JOSE ALBERTO CASTRO SALAZAR. FIRMADO. EL SELLO DE AUTORIZAR DE LA NOTARIA...................

- - - ANEXO LETRA "A". EL ACTA QUE SE PROTOCOLIZA ...................

----------------------------- ANEXO "A"...................

- - En Cabo San Lucas, Baja California Sur, México, a los trece días del mes de mayo del año dos mil catorce, Yo, El Licenciando JOSE ALBERTO CASTRO SALAZAR, Notario Adscrito a la Notaría Número Siete del Estado, con ejercicio en los Municipios de La Paz y Los Cabos, y con residencia en esta Capital del Estado, cuyo Titular es el señor Licenciado HECTOR CASTRO CASTRO, actuando de conformidad con lo dispuesto por el párrafo tercero del artículo 29 (veintinueve) de la Ley del Notariado en vigor, constituido en Cabo San Lucas, Baja California Sur, HAGO CONSTAR, que el

DANSKE_0016448

señor licenciado **FERNANDO MANUEL GARCIA CAMPUZANO**, en su carácter de apoderado de la Sociedad Mercantil denominada "**DIAMANTE CABO SAN LUCAS**", **SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, para los usos legales que estime convenientes y, a petición expresa y por instrucciones del señor licenciado **FERNANDO MANUEL GARCIA CAMPUZANO**, quien requirió de mis servicios a efecto de notificar una carta suscrita por él, de esa misma fecha en la que se le notifica a la Licenciada ITZEL CRISOSTOMO GUZMÁN Apoderada, de "**CIBANCO**", **SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE** (antes THE BANK OF NEW YORK MELLON, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE CAUSAHABIENTE UNIVERSAL FINAL DE BANCO J.P. MORGAN, S.A., INSTITUCION DE BANCA MÚLTIPLE, J.P. MORGAN GRUPO FINANCIERO, DIVISION FIDUCIARIA) **FIDUCIARIO DEL FIDEICOMISO NÚMERO F/00321 (F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO)**, un RECONOCIMIENTO DE ADEUDO en el cual se hace constar una extensión en el crédito por la cantidad de EUA **$10,000,000.00 (Diez Millones de Dólares 00/100)**, en su carácter de DEUDOR con Danske Bank A/S London Branch, lo anterior como consecuencia Tercer Convenio Modificatorio y de Re-Expresión al Contrato de Crédito

La carta a notificar en lo conducente es del tenor literal siguiente:

"…. Cabo San Lucas, Baja California Sur, a 13 de mayo de 2014. **CIBanco, Sociedad Anónima, Institución de Banca Múltiple (antes The Bank Of New York Mellon,** Sociedad Anónima, Institución de Banca Múltiple (Causahabiente Universal Final de Banco JP Morgan, Sociedad Anónima, Institución de Banca Múltiple, JP Morgan Grupo Financiero División Fiduciaria) Fiduciario del Fideicomiso No. F/0032.

**Paseo de las Palmas 215 Piso 7**

**Lomas de Chapultepec**

**Delegación Miguel Hidalgo**

**Código postal 11000, México D.F.**

Estimada Apoderada:

Presente.-

---Por medio de la presente y a través del Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete, ubicado en la ciudad de Cabo San Lucas, Baja California Sur, le vengo a notificar a Usted en su calidad de Apoderada de CI Banco, Sociedad Anónima, Institución de Banca Múltiple (antes, The Bank of New York Mellon, Sociedad Anónima, Institución de Banca Múltiple, y Causahabiente Universal Final de Banco JP Morgan, Sociedad Anónima, Institución de Banca Múltiple, JP Morgan Grupo Financiero, División Fiduciaria), exclusivamente en su calidad de caracter de fiduciario del Fideicomiso No. F/00321 (el "Fideicomiso"), de fecha 10 de marzo de 2006, celebrado por Diamante Cabo San Lucas S. de R.L. de C.V. ("Diamante"), como fideicomitente y fideicomisario en segundo lugar, Lehman Brothers, como fideicomisario en primer lugar, y Banco J.P. Morgan, S.A., Institución de Banca

CONFIDENTIAL

DANSKE_0016449

IGNACIO RAMIREZ ~~HECTOR CASTRO~~   LIC. HECTOR CASTRO CASTRO
TELS. 122-91-20                                    TITULAR
122-97-17          ~~ESTADOS UNIDOS~~   JOSE ALBERTO CASTRO SALAZAR
125-24-22                                          ADSCRITO
FAX  125-25-28                            NOTARIA PUBLICA NUM. 7
                                                LA PAZ, B.C.S.



3

**COTEJADO**

Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria (actualmente CIBanco, Sociedad Anónima, Institución de Banca Múltiple,), como fiduciario; un reconocimiento de adeudo ("El Reconocimiento") en el cual se hace constar una extensión en el crédito por la cantidad de **USD$10,000,000.00** (Diez Millones de Dólares 00/100) otorgado por Danske Bank A/S London Branch, como acreditante, en favor de Diamante, como acreditada, en términos del Contrato de Crédito de fecha 10 de marzo de 2006 (así haya sido modificado de tiempo en tiempo, el "Contrato de Crédito"). Derivado de la extensión del crédito a que se hace referencia en el presente, el monto del crédito otorgado en términos del Contrato de Crédito, asciende a la cantidad de **USD$156,500,000.00 (Ciento Cincuenta y Seis Millones Quinientos Mil Dólares 00/100)**..........................................................................................................................

---Por lo expuesto anteriormente, solicito a Usted de la manera más atenta, se lleve a cabo la anotación respectiva de "El Reconocimiento" en sus registros relativos al Fideicomiso. Asimismo, solicito <u>su conformidad de recibido</u> a efecto de que el Fedatario Público pueda llevar a cabo la expedición del Primer Testimonio en el que se haga constar la presente notificación, y se proceda a su inscripción en el Registro Público de la Propiedad de San José del Cabo en el Asiento correspondiente. ...............

Atentamente,............................................................................................................................

Diamante Cabo San Lucas S de RL de CV.............................................................................

Por: (RUBRICA).......................................................................................................................

Nombre: Fernando Manuel García Campuzano ....................................................................

Cargo: Apoderado Legal .........................................................................................................

Conformidad de recibido: .......................................................................................................

CIBanco, S.A., Institución de Banca Múltiple, actuando como Fiduciario del Fideicomiso No. F/00321 .............................................................................................................................

Por: (RUBRICA).......................................................................................................................

Nombre: Itzel Crisostomo Guzmán .........................................................................................

Cargo: Apoderada....................................................................................................................

- - - El señor Licenciado FERNANDO MANUEL GARCIA CAMPUZANO, me exhibe dos ejemplares en original de la carta en dos fojas útiles tamaño carta, en el papel membretado, escritas por una sola de sus caras, con firmas autógrafas para que lleve a cabo la NOTIFICACION de su contenido, un ejemplar, lo agrego al instructivo que entregaré a la destinataria de la misma o en su defecto, a la persona con quien atienda la diligencia objeto del presente instrumento y el restante lo adiciono al otro instructivo que sirve como acuse de recibo .....................................................................................

---En virtud de lo anterior, certifico y hago constar: Que la presente Notificación fue realizada a la Licenciada ITZEL CRISOSTOMO GUZMÁN, en el domicilio ubicado en Boulevard Lázaro Cárdenas sin número, esquina dieciséis de Septiembre, Despacho ciento uno, Colonia Centro, Cabo San Lucas, Baja California Sur, siendo las doce horas de esta misma fecha ...................................................................................................................

CONFIDENTIAL

DANSKE_0016450

---Para efectos de llevar a cabo la inscripción del Acta mencionada en la declaración inmediata anterior, ante el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, se detallan los siguientes:

- - - - - - - - - - - **A N T E C E D E N T E S** - - - - - - - - - - - - -

---a) Por escritura pública número 81,161 (ochenta y un mil ciento sesenta y uno), otorgada en La Paz, Municipio de Los Cabos, el 27 de octubre de 2009, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la fe de la Notaría Pública Número Siete del Estado, mismo que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número ciento setenta y nueve foja setenta y nueve, del volumen CDXXXIII, de la sección primero, de fecha tres de febrero del año dos mil diez, Diamante Cabo San Lucas en representación del Fiduciario, solicitó la re-lotificación y protocolización de deslinde de los lotes que integran el predio la "Laguna", "Rancho el Cardonal" y "Zona Costa Pacífico" para quedar como sigue:

| Polígono | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| 2 | 4020213082 | 79 | 79 | CDXXXIII | Primera | 03-Feb-10 |
| 4 | 4020213084 | 79 | 79 | CDXXXIII | Primera | 03-Feb-10 |
| 5 | 4020213085 | 79 | 79 | CDXXXIII | Primera | 03-Feb-10 |

---b) Por escritura pública número 82,871 (ochenta y dos mil ochocientos setenta y uno), otorgada en La Paz, Municipio de Los Cabos, el 18 de mayo de 2010, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, misma que se encuentra debidamente inscrito en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número ciento veintisiete, foja ciento veintisiete, del volumen CDXXXVIII, de la sección primera, de fecha veintiuno de mayo del año dos mil diez, Diamante Cabo en representación del Fiduciario solicitó la constitución del régimen de propiedad en condominio maestro denominado "Diamante Cabo San Lucas" (el "Condominio Maestro"), para quedar como sigue:



| Condominio | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| Condominio 3 The Village | 4020903001-003001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |
| Condominio 4 The Estates | 4020903001-004001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |
| Condominio 5 Ocean View 1 | 4020903001-005001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |
| Condominio 6 Ocean View 2 | 4020903001-006001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |

---c) Por escritura pública número 82,876 (ochenta y dos mil ochocientos setenta y seis), otorgada en La Paz, Municipio de Los Cabos, el 18 de abril de 2010, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, misma que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California

CONFIDENTIAL

DANSKE_0016451



IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97
125-94-20
FAX  125-75-89

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

5

**COTEJADO**

Sur, bajo el número ciento treinta y tres, foja ciento treinta y tres, del volumen CDXXXVIII, sección primera, de fecha veintisiete de mayo del año dos mil diez, Diamante Cabo en representación del Fiduciario solicitó la constitución del sub-régimen de propiedad en condominio 1 "Golf Villas" del Condominio Maestro tal y como se describe a continuación: ..........................................................................................

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|------|-----------------|---------------|------|---------|---------|-------|
| 1 | 402093001001-001001 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 2 | 402093001001-001002 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 3 | 402093001001-001003 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 4 | 402093001001-001004 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 6 | 402093001001-002006 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 7 | 402093001001-002007 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 8 | 402093001001-002008 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 9 | 402093001001-002009 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 10 | 402093001001-002010 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 11 | 402093001001-002011 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 12 | 402093001001-002012 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 14 | 402093001001-002014 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 15 | 402093001001-002015 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 18 | 402093001001-003018 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 20 | 402093001001-003020 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 21 | 402093001001-003021 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 22 | 402093001001-003022 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 23 | 402093001001-003023 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 24 | 402093001001-003024 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 25 | 402093001001-003025 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 26 | 402093001001-003026 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 27 | 402093001001-003027 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 28 | 402093001001-003028 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 30 | 402093001001-003030 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 31 | 402093001001-003031 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 32 | 402093001001-003032 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 35 | 402093001001-004035 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 36 | 402093001001-004036 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 37 | 402093001001-004037 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 38 | 402093001001-004038 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 39 | 402093001001-004039 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |

DANSKE_0016452



| 40 | 40209300100-004040 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 41 | 40209300100-004041 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 42 | 40209300100-004042 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 43 | 40209300100-004043 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 44 | 40209300100-004044 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 45 | 40209300100-004045 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 46 | 40209300100-005046 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 47 | 40209300100-005047 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 48 | 40209300100-005048 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 49 | 40209300100-005049 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 50 | 40209300100-005050 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 51 | 40209300100-005051 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 52 | 40209300100-005052 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 53 | 40209300100-005053 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 54 | 40209300100-005054 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 55 | 40209300100-005055 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 56 | 40209300100-005056 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 57 | 40209300100-005057 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 58 | 40209300100-005058 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 59 | 40209300100-005059 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 60 | 40209300100-005060 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 61 | 40209300100-005061 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 62 | 40209300100-005062 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 63 | 40209300100-005063 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 64 | 40209300100-005064 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 65 | 40209300100-005065 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 66 | 40209300100-005066 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 67 | 40209300100-004067 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 68 | 40209300100-003068 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 69 | 40209300100-003069 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 70 | 40209300100-002070 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 71 | 40209300100-002071 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 72 | 40209300100-004072 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 73 | 40209300100-004073 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 74 | 40209300100-005074 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 75 | 40209300100-005075 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |

CONFIDENTIAL

DANSKE_0016453

IGNACIO RAMIREZ 1920
TELS. 122-91-20
122-97-77
125-24-20
FAX 125-25-88

LIC. HECTOR CASTRO CASTRO
TITULAR

JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



7

**COTEJADO**

---d) Por escritura pública número 83,280 (ochenta y tres mil doscientos ochenta), otorgada en La Paz, Municipio de Los Cabos, el 29 de junio de 2010, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, misma que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el numero veinticuatro, foja veinticuatro, del volumen CDXLVIII, sección primera, de fecha siete de Julio del año dos mil diez, Diamante Cabo en representación del Fiduciario se hizo la constitución del sub-régimen de propiedad en condominio 2 "Sunset Hill" del Condominio Maestro tal y como se describe a continuación: ...............

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|------|-----------------|---------------|------|---------|---------|-------|
| 1 | 402093001001-002001 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 2 | 402093001001-002002 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 3 | 402093001001-002003 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 5 | 402093001001-002005 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 7 | 402093001001-022007 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 8 | 402093001001-022008 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 10 | 402093001001-022010 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 11 | 402093001001-022011 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 12 | 402093001001-022012 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 13 | 402093001001-022013 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 14 | 402093001001-022014 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 15 | 402093001001-022015 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 16 | 402093001001-022016 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 17 | 402093001001-002017 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 18 | 402093001001-002018 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 20 | 402093001001-002020 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 23 | 402093001001-002023 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 26 | 402093001001-002026 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 32 | 402093001001-002032 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 33 | 402093001001-002033 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 34 | 402093001001-002034 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 35 | 402093001001-002035 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 36 | 402093001001-002036 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 37 | 402093001001-002037 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 38 | 402093001001-002038 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 39 | 402093001001-002039 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 40 | 402093001001-002040 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 41 | 402093001001-002041 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |

DANSKE_0016454

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
| --- | --- | --- | --- | --- | --- | --- |
| 42 | 402093001001-002042 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 43 | 402093001001-002043 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 44 | 402093001001-002044 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 45 | 402093001001-002045 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 46 | 402093001001-002046 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 47 | 402093001001-002047 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 48 | 402093001001-002048 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 49 | 402093001001-002049 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 50 | 402093001001-002050 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 51 | 402093001001-002051 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 53 | 402093001001-002053 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 62 | 402093001001-002062 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 66 | 402093001001-002066 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 69 | 402093001001-002068 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 71 | 402093001001-002071 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 73 | 402093001001-002073 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 74 | 402093001001-002074 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 78 | 402093001001-002078 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 79 | 402093001001-002079 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |



---e) Por escritura pública número 3,016 (tres mil dieciséis), otorgada en La Paz, Municipio de Los Cabos, el 22 de junio de 2011, pasada ante la fe del señor Karim Francisco Martínez Lizárraga, Notario Público del Estado, misma que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número ciento sesenta y tres, foja ciento sesenta y tres, del volumen CDLXXX, sección primera, de fecha veinticuatro de junio del año dos mil once, Diamante Cabo en representación del Fiduciario solicitó la constitución del régimen de propiedad en condominio 6 "Beach Estates" tal y como se describe a continuación:

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 402093001002-001001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 4 | 402093001002-004001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 7 | 402093001002-007001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 9 | 402093001002-009001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 10 | 402093001002-010001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 12 | 402093001002-012001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 13 | 402093001002-013001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 14 | 402093001002-014001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |

CONFIDENTIAL

LIC. HECTOR CASTRO CASTRO
TITULAR

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-88

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



| 16 | 402093001002-016001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 17 | 402093001002-017001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 18 | 402093001002-018001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 19 | 402093001002-019001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 27 | 402093001002-027001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 28 | 402093001002-028001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 30 | 402093001002-030001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 36 | 402093001002-036001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 43 | 402093001002-043001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 48 | 402093001002-048001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 50 | 402093001002-050001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |

----f) Por escritura número 14,071 (catorce mil setenta y uno), de fecha 21 de diciembre de 2012, en la ciudad de San José del Cabo, Baja California Sur, pasada ante la fe del señor Licencia Ricardo Cevallos Valdez, Notario Público Número Dieciocho del Estado, misma que se encuentra debidamente inscrita en el registro público de la propiedad y del comercio de San José del Cabo, Baja California Sur, bajo el número ciento ochenta y ocho, foja ciento ochenta y ocho, del volumen DXXXII, sección primera, de fecha veinticuatro de enero del año dos mil trece, Diamante en representación de Fiduciario solicitó la protocolización de oficio de relotificación y planos anexos respecto del Polígono 1 así como también la constitución de servidumbres tal y como se describen a continuación: ..................................................................................................................................

1.- SERVIDUMBRE VOLUNTARIA DE PASO, PEATONAL Y VEHICULAR, CONTINUA, PERPETUA, PERMANENTE, APARENTE E IRREVOCABLE IDENTIFICADA CON EL NÚMERO (1) UNO sobre el inmueble identificado como polígono (1) uno fracción "G", del predio "El Cardonal", del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificado con clave catastral 402-013-0001 con una superficie en metros cuadrados (1,075,035.270 m²) un millón setenta y cinco mil treinta y cinco metros cuadrados doscientos setenta milímetros cuadrados, es decir, (107-50-35.270 has.) ciento siete hectáreas cincuenta áreas treinta y cinco punto doscientos setenta centiáreas. ..........................................................................................................................

2.- SERVIDUMBRE VOLUNTARIA DE PASO, PEATONAL Y VEHICULAR, CONTINUA, PERPETUA, PERMANENTE, APARENTE E IRREVOCABLE IDENTIFICADA CON EL NÚMERO (2) DOS sobre el inmueble identificado como polígono (1) uno fracción "G", del predio "El Cardonal", del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificado con clave catastral 402-013-0001, con una superficie en metros cuadrados (1,075,035.270 m²) un millón setenta y cinco mil treinta y cinco metros cuadrados doscientos setenta milímetros cuadrados, es decir, (107-50-35.270 has.) ciento siete hectáreas cincuenta áreas treinta y cinco punto doscientos setenta centiáreas. ..........................................................................................................................

COTEJADO

DANSKE_0016456

3.- SERVIDUMBRE VOLUNTARIA DE PASO, PEATONAL Y VEHICULAR, CONTINUA, PERPETUA, PERMANENTE, APARENTE E IRREVOCABLE IDENTIFICADA COMO VIALIDAD DE ACCESO sobre el inmueble identificado como área de uso común de (361,594.17 m²) trescientos sesenta y un mil quinientos noventa y cuatro metros cuadrados dieciséis centímetros cuadrados, con uso de suelo autorizado para infraestructura, conservación y ornato.

--- RELOTIFICACIÓN QUE ARROJA LAS SIGUIENTES FRACCIONES:

| Polígono | Fracción | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|---|
| 1 | A | 40203113121 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | B | 40203113122 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | C | 40203113123 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | D | 40203113124 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | E | 40203113125 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | G | 40203130001 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |

---g)- Por escritura pública número 11,180 (once mil ciento ochenta), otorgada en la ciudad de Cabo San Lucas, Baja California Sur , el 20 de diciembre de 2013, pasada ante la fe del señor Licenciado Fernando González Rubio Cerecer, Notario Público Número Catorce del Estado, misma que se encuentra debidamente inscrito en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número ciento sesenta y dos, foja ciento sesenta y dos, del volumen DLX, de la sección primera, de fecha nueve de enero del año dos mil catorce, Diamante Cabo en representación del Fiduciario solicitó la constitución del régimen de propiedad en condominio maestro denominado "DRC", ubicado en el polígono uno, fracción F del Predio El Cardonal, para quedar como sigue:

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| A | 40209300100-0A001 | 162 | 162 | DLX | Primera | 09-Ene-14 |
| B | 40209300100-0B001 | 162 | 162 | DLX | Primera | 09-Ene-14 |

---h)- El 30 de abril de 2014, el Danske y Diamante celebraron un tercer convenio modificatorio y de re-expresión al Contrato de Crédito ("Loan Agreement") por virtud del cual Danske y Diamante modificaron los términos del Contrato de Crédito Original (el "Tercer Convenio Modificatorio del Crédito") y reafirmaron los Documentos Modificados 2010 y Documentos Modificados 2013 ("Third Amended and Restated Loan Agreement").

- - - - - - - - - - P E R S O N A L I D A D - - - - - - - - - - -

---El señor FERNANDO MANUEL GARCÍA CAMPUZANO, acredita su personalidad y la legal existencia de su representada la cual manifiesta que no le ha sido revocada, ni modificada, con lo siguiente:

---a) Escritura pública 54,865 sesenta y cuatro mil ochocientos sesenta y cinco, del volumen 1,025 mil veinticinco, de fecha veintitrés de febrero del año dos mil seis, e

DANSKE_0016457

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



11

**COTEJADO**

inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, bajo el Folio Mercantil Electrónico: 9065   4  nueve cero seis cinco  cuatro, RFC/No. **DCS060223-D40**,  Primer Inscripción, Boleta de Pago No.: 275471 dos siete cinco cuatro siete uno, de fecha veintisiete de febrero del año dos mil seis, otorgada ante la de del Suscrito Notario  Adscrito a la Notaria Pública Número Siete, del Estado, en la cual  se hace constar la CONSTITUCION de la Sociedad Mercantil denominada "DIAMANTE CABO SAN LUCAS", S. DE R.L. DE C.V., de la cual en lo conducente copio los siguiente:......:...............................................................................................................

"""".....*PRIMERA.- La sociedad se denominará "DIAMANTE CABO SAN LUCAS"; ésta denominación irá seguida de las palabras SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE.- SEGUNDA.- La sociedad tendrá por objeto la realización de todo tipo de actividades relacionadas con el desarrollo inmobiliario dentro de los límites permitidos por la Ley de Inversión Extranjera, por lo que además de las actividades que se mencionan en este artículo, la sociedad desarrollará campos de golf privados de dieciocho hoyos, unidades habitacionales, casitas y demás infraestructura relacionada. En general la sociedad podrá realizar todo tipo de actividades relacionadas con lo anterior, por lo que enunciativa mas no limitativamente la sociedad podrá.- A).- Dentro de los límites permitidos por la Ley de Inversión Extranjera, realizar todo tipo de actividades relacionadas con el desarrollo inmobiliario con fines turísticos. B).- Dentro de los límites permitidos por la Ley de inversión Extranjera, establecer, adquirir, construir, arrendar, operar y poseer en cualquier forma permitida por la Ley tiendas, almacenes, oficinas, establecimientos, bodegas y otros establecimientos necesarios o convenientes para los objetos de la sociedad.- C).- Adquirir o poseer por cualquier título, usar dar o tomar en arrendamiento, administrar, vender o disponer en cualquier forma, de todos los bienes muebles que fueren necesarios o convenientes para la realización de los objetos de la sociedad.- D).- Supervisar, planear o contratar, directamente o a través de terceros, toda clase de construcciones, edificaciones y urbanizaciones, así como adquirir y enajenar por cualquier título materiales de construcción.- E).- Prestar y recibir toda clase de servicios técnicos, administrativos; de supervisión promoción y en general cualesquiera clase de servicios requeridos por negociaciones comerciales o industriales, en México o en el extranjero; F).- Promover, organizar, administrar y supervisar toda clase de sociedades mercantiles o civiles. G).- Adquirir acciones, participaciones, partes sociales o títulos y obligaciones de toda clase de empresas o sociedades y formar parte de ellas.- H).- Registrar, obtener, adquirir, usar o disponer de toda clase de marcas, nombres comerciales, certificados de inversión, patentes, derechos de autos, opciones o preferencias, procesos y concesiones o licencias, ya sea en México o en el extranjero.- I).- Obtener y otorgar prestamos con o sin garantía, emitir, aceptar, avalar, endosar, y en general suscribir todo título de créditos, así como garantizar en cualquier forma las obligaciones de terceros.- J).- En general la celebración de toda clase de actos y contratos que se relacionen directa o indirectamente con la sociedad o más fines entre los que se encuentran la adquisición por cualquier forma de bienes muebles o inmuebles propios para el desarrollo de su objeto social. La sociedad solo podrá realizar actividades propias de su objeto, sin que de ninguna manera pueda llevar a cabo actividades reservadas de manera exclusiva al Estado Mexicano. TERCERA.- El domicilio de la sociedad será: La Ciudad de Cabo San Lucas, Baja California Sur, sin perjuicio de establecer oficinas o sucursales en otras partes del Estado de la República o del Extranjero y señalar domicilios convencionales en los contratos que celebre. CUARTA- La duración de la sociedad será de NOVENTA Y NUEVE AÑOS, que se contarán a partir de la fecha de firma de esta escritura. QUINTA.- CLAUSULA DE EXTRANJERIA:- La Sociedad será de Nacionalidad Mexicana, con cláusula de ADMISION DE EXTRANJEROS.  Pudiendo participar en su Capital Social, Inversionistas Extranjeros o*

CONFIDENTIAL

DANSKE_0016458

Sociedades sin Cláusula de Exclusión de Extranjeros; participación de Capital que será admitida en cualquier proporción.- "Todo extranjero que en el acto de la constitución o en cualquier tiempo ulterior, adquiera un interés o participación social en la sociedad, se considerará por ese simple hecho como mexicano, respecto de uno y otra y, se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana".- SEXTA.- El capital de la sociedad será variable, incidiéndose con un mínimo sin derecho a retiro de: $ 10,000.00 (DIEZ MIL PESOS, 00/100 MONEDA NACIONAL) siendo el máximo ilimitado. SEPTIMA.- El capital social será integramente suscrito y pagado, y se encuentra representado en partes sociales de $ 500.00 ( quinientos pesos, 00/100 moneda nacional) cada una de ellas, las que siempre serán de idéntica cantidad o bien de un múltiplo de la misma. OCTAVA.- Los socios fundadores aportan a la sociedad la cantidad de $ 500.00 (quinientos pesos, 00/100 moneda nacional), de la siguiente manera: - - El Gerente Administrador de la Sociedad manifiesta bajo protesta de decir verdad que en la Caja de Caudales se encuentra depositado integramente el importe del valor de las acciones.- NOVENA.- La sociedad será administrada por un GERENTE ADMINISTRADOR o un GERENTE ADMINISTRADOR, el cual tendrá las mas amplias facultades de un apoderado GENERAL PARA PLEITOS Y COBRANZAS, ACTOS DE ADMINISTRACIÓN y ACTOS DE DOMINIO, con todas las facultades generales y las especiales que requieran cláusula especial conforme a la Ley, en los términos de los TRES primeros párrafos del artículo dos mil quinientos cincuenta y cuatro (2,554) y las especiales de los artículos dos mil quinientos ochenta y siete (2,587), ambos del Código Civil para el Distrito Federal y su correlativo el Artículos (2468) dos mil cuatrocientos sesenta y ocho del Código Civil para el Estado de Baja California Sur, y sus correlativos en las demás Entidades Federativas.- El apoderado podrá concurrir ante toda clase de Autoridades sean de las demás Entidades Federativas, de los Estados, Municipios, Delegaciones y ya sean estas Legislativas, Ejecutivas, Judiciales, del Trabajo, Fiscales o de cualquiera otra naturaleza. Haciendo toda clase de gestiones y solicitudes cualesquiera que ellas sean; para presentar denuncias, querellas y acusaciones coadyuvar con el Agente del Ministerio Público a constituirse en parte civil, para desistirse de toda clase de acciones, para transigir y comprometer en árbitros y arbitradores; para absolver y articular posiciones, para procedimientos, incidentes, recursos, denuncias, querellas e incluso del juicio de amparo, pudiendo concurrir ante toda clase de personas físicas o morales, privadas u oficiales, haciendo toda clase de gestiones y solicitudes . Además del poder general para pleitos y cobranzas que se otorga, de acuerdo con los Artículos 689, 690, 692 y 695 de la Ley Federal del Trabajo, se designa al apoderado como representante legal de la empresa, con facultades para ocurrir en nombre de ésta a las Audiencias de Conciliación que se celebren ante la Junta Local de Conciliación, ante la Junta Federal de Conciliación y Arbitraje o ante cualesquiera autoridad del trabajo, con facultades para actos de administración en el área Laboral y para celebrar los convenios que puedan derivarse de ella. PODER PARA ACTOS DE ADMINISTRACIÓN, a fin de que el apoderado pueda celebrar o hacer celebrar, ejecutar o hacer ejecutar toda clase de hechos, actos, convenios y contratos con facultades administrativas. PODER PARA SUSCRIBIR TITULOS DE CRÉDITO, a fin de que el apoderado pueda emitir, girar, suscribir, endosar, avalar o de cualquiera otra manera poner en circulación toda clase de títulos de crédito, en los términos del Artículo 9º Noveno de la Ley General de Títulos y Operaciones de Crédito.- PODER PARA EJERCER ACTOS DE DOMINIO, a fin de que el apoderado pueda enajenar, gravar, hipotecar o de cualquiera otra manera disponer de la posesión y dominio de bienes del mandante de cualquiera naturaleza que ellos sean, pudiendo firmar

CONFIDENTIAL

DANSKE_0016459

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-29-50
FAX 125-24-56

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

13

**COTEJADO**

*cuantos documentos privados o escrituras públicas en los términos, precios y demás condiciones que estime pertinentes el apoderado y en su caso negociar las cédulas recibir su importe y endosar o hacer efectivos los cheques representativos del pago.- FACULTADES PARA SUBSTITUIR EN TODO O EN PARTE EL PRESENTE MANDATO, reservándose el apoderado el ejercicio del mismo y poder nombrar apoderados, factores y empleados, fijándoles sus facultades, obligaciones, remuneraciones y revocar las substituciones que hiciere. TRANSITORIAS: PRIMERA.- Reunidos en primera Asamblea General de Accionistas, los socios, toman los siguientes acuerdos: 1°.- La sociedad será administrada por un GRENTE ADMINISTRADOR.- 2°.- Se designa como GERENTE ADMINISTRADOR al Señor KENNETH ABOUD JOWDY quien en el cargo de sus funciones, tendrá las facultades que se establecen en la Cláusula NOVENA de la presente escritura constitutiva, con la salvedad de que para el desempeño de su actividad deberá de obtener el permiso correspondiente que a su juicio expida la Secretaría de Gobernación y de que en caso de violación al Reglamento de la Ley General de Población se hará acreedor a las sanciones correspondientes.- 3°.- Se otorga al señor FERNANDO MANUEL GARCIA CAMPUZANO, un PODER GENERAL PARA PLEITOS Y COBRANZAS, ACTOS DE ADMINISTRACION Y ACTOS DE DOMINIO.....".................................................................................................................................*

---b) Mediante escritura publica numero setenta y ocho mil ochocientos ochenta y uno, del volumen mil doscientos noventa y uno, de fecha seis de marzo del año dos mil nueve, otorgada ante la fe del Suscrito Notario, en la cual consta LA PROTOCOLIZACION, del Acta de Asamblea General de la sociedad Mercantil denominada **"DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** de la cual en lo conducente copio lo siguiente:......

*"""".. PRIMERA.- A solicitud del señor **FERNANDO MANUEL GARCÍA CAMPUZANO,** se da por PROTOCOLIZADA el Acta de Asamblea de la Sociedad Mercantil denominada **"DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** celebrada el día seis de Marzo de dos mil nueve, y formalizados los acuerdos en la misma tomados. - SEGUNDA.- **"DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** acepta y aprueba la cesión de derechos contenida en el Contrato Global de Cesión celebrado entre Lehman Brothers y Danske Bank, en el cual Lehman Brothers, en su carácter de Cedente, transmitió la totalidad de sus derechos, obligaciones y garantías bajo los Documentos del Crédito (Loan Documents) a favor de Danske Bank; y así mismo la Sociedad celebre todos los instrumentos o contratos necesarios para perfeccionar la cesión de derechos contenida en el Contrato Global de Cesión.- TERCERA.- **"DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** reforma totalmente sus estatutos sociales en los términos que mas adelante se mencionan.- CUARTA.- **"DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** ratifica el nombramiento del Sr. Kenneth Aboud Jowdy como Gerente General de la Sociedad, con todas las obligaciones y derechos que conlleven el desempeño de dicho cargo.- QUINTA.- "DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, ratifica en todas y cada una de sus partes, los poderes conferidos al Sr. Fernando Manuel García Campuzano en el acta de asamblea general de socios de fecha 8 de marzo de 2006, la cual quedó debidamente protocolizada, mediante el acta número 65,011 del volumen 1,026 de fecha 9 de marzo del año 2006, ante la fe del Lic. José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número 7 de la Ciudad de La Paz, Baja California Sur.....*

---YO, EL NOTARIO, C E R T I F I C O: ...........................................................................



---I.- Que me cerciore de la identidad del compareciente, lo' conceptúo capacitado legalmente para la celebración de este acto y lo advertí de las penas en que incurren quienes declaran falsamente, protestándolo para conducirse con verdad, quien por sus generales manifestó ser de nacionalidad mexicana por nacimiento, originario de Ensenada, Baja California, lugar en donde nació el día doce de Julio de mil novecientos sesenta y siete, casado, Abogado, Clave Única de Registro de Población (CURP) "GACF6707172HBCRMR08", con domicilio en el inmueble ubicado en el lote uno, manzana uno, colonia El Tezal, Código Postal veintitrés mil cuatrocientos cincuenta y cuatro, Cabo San Lucas, Baja California Sur; y se identifica con Credencial de elector expedida por el Instituto Federal Electoral, con clave de elector número "GRCMFR67071202H200".------------------------------------------------------

---De dicha identificación la agrego como anexo "C" al apéndice de este protocolo, en el legajo del mismo número de esta escritura.-----------------------------

---II.- De conformidad con el Artículo diecisiete, fracción XII, letra c), de la Ley Federal para la prevención e Identificación de Operaciones con Recursos de Procedencia Ilícita, el presente acto jurídico no será objeto de Aviso a la Secretaría de Hacienda y Crédito Público.--------------------------------------------------------

---III.- Que expliqué al compareciente el contenido del aviso de privacidad a que se refiere los Artículos ocho y diecisiete de la Ley Federal de Protección de Datos Personales en Posesión de los Particulares, otorgando su consentimiento expreso con la firma del presente instrumento.-------------------------------------

---IV.- Que tuve a la vista los documentos mencionados en esta escritura.-------------------

---V.- Que al compareciente ejerció su derecho de leer el presente instrumento

---VI.- De que leí la presente escritura en voz alta al compareciente, mismo a quien le expliqué el valor y las consecuencias legales de su contenido me manifestó su conformidad, la aprueban, ratifica y firma el día trece del mes y año de su otorgamiento, fecha en que Yo, el Notario AUTORIZO DEFINITIVAMENTE.-------------------------

FERNANDO MANUEL GARCIA CAMPUZANO. FIRMADO.-------------------

LIC. JOSE ALBERTO CASTRO SALAZAR. FIRMADO. EL SELLO DE AUTORIZAR

EN TRECE DIAS DEL MES DE MAYO DEL AÑO DOS MIL CATORCE, ......

FIRMO LA PRESENTE ACTA, LA AUTORIZO DEFINITIVAMENTE. DOY FE.

ES PRIMER TESTIMONIO EN SU ORDEN Y PRIMERO QUE SE EXPIDE PARA USO

DE "DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA

DE CAPITAL VARIABLE., A TÍTULO DE INTERESADA, VA EN SIETE HOJAS ÚTILES

DEBIDAMENTE COTEJADAS, SELLADAS Y FIRMADAS.------

CABO SAN LUCAS, BAJA CALIFORNIA SUR, A TRECE DE MAYO DEL AÑO DOS

MIL CATORCE. DOY FE.

DANSKE_0016461



CONFIDENTIAL

DANSKE_0016462



SE HIZO ANOTACION MARGINAL BAJO EL No. 188 [illegible]
FOJA 188 [illegible] DXXXII [illegible]
24 DE enero DE 2013
[illegible] 27 DE mayo DE 14
[illegible]
LIC. [illegible] TORRES [illegible]

SE HIZO ANOTACION MARGINAL BAJO EL No. 162 [illegible]
FOJA 162 DEL VOLUMEN DLX [illegible]
9 DE enero DE 2014
SAN JOSE DEL CABO, B.C.S. 27 DE mayo DE 14
EL DIRECTOR DEL REGISTRO PUBLICO
LIC. [illegible]

# DIAMANTE
### CABO SAN LUCAS

Cabo San Lucas, Baja California Sur, a 13 de mayo de 2014

**CIBanco, Sociedad Anónima, Institución de Banca Múltiple**
**(antes The Bank of New York Mellon S.A. Institución de Banca Múltiple quien fuera**
**Causahabiente Universal Final de Banco JP Morgan, Sociedad Anónima, Institución de**
**Banca Múltiple, JP Morgan Grupo Financiero División Fiduciaria) Fiduciario del**
**Fideicomiso No. F/00321.**

**Paseo de las Palmas 215 Piso 7**
**Lomas de Chapultepec**
**Delegación Miguel Hidalgo**
**Código postal 11000, México D.F.**

Estimada Apoderada:

Presente.-

Por medio de la presente y a través del Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete, ubicado en la ciudad de Cabo San Lucas, Baja California Sur, le vengo a notificar a Usted en su calidad de Apoderada de CI Banco, Sociedad Anónima, Institución de Banca Múltiple (antes, The Bank of New York Mellon, Sociedad Anónima, Institución de Banca Múltiple, y Causahabiente Universal Final de Banco JP Morgan, Sociedad Anónima, Institución de Banca Múltiple, JP Morgan Grupo Financiero, División Fiduciaria), exclusivamente en su carácter de fiduciario del Fideicomiso No. F/00321 (el "Fideicomiso"), de fecha 10 de marzo de 2006, celebrado por Diamante Cabo San Lucas S. de R.L. de C.V. ("Diamante"), como fideicomitente y fideicomisario en segundo lugar, Lehman Brothers, como fideicomisario en primer lugar, y Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria (actualmente CIBanco, Sociedad Anónima, Institución de Banca Múltiple,), como fiduciario; un reconocimiento de adeudo ("El Reconocimiento") en el cual se hace constar una extensión en el crédito por la cantidad de **USD$10,000,000.00** (Diez Millones de Dólares 00/100) otorgado por Danske Bank A/S London Branch, como acreditante, en favor de Diamante, como acreditada, en términos del Contrato de Crédito de fecha 10 de marzo de 2006 (así haya sido modificado de tiempo en tiempo, el

DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V.
Boulevard Diamante S/N Los Cangrejos I, Cabo San Lucas B.C.S. C.P. 23473
Tel: 624 172 36 12
WWW.DIAMANTELIFE.COM

CONFIDENTIAL

DANSKE_0016464



CONFIDENTIAL

DANSKE_0016465



# DIAMANTE
### CABO SAN LUCAS

"Contrato de Crédito"). Derivado de la extensión del crédito a que se hace referencia en el presente, el monto del crédito otorgado en términos del Contrato de Crédito, asciende a la cantidad de **USD$156,500,000.00 (Ciento Cincuenta y Seis Millones Quinientos Mil Dólares 00/100).**

Por lo expuesto anteriormente, solicito a Usted de la manera más atenta, se lleve a cabo la anotación respectiva de "El Reconocimiento" en sus registros relativos al Fideicomiso. Asimismo, solicito <u>su conformidad de recibido</u> a efecto de que el Fedatario Público pueda llevar a cabo la expedición del Primer Testimonio en el que se haga constar la presente notificación, y se proceda a su inscripción en el Registro Público de la Propiedad de San José del Cabo en el Asiento correspondiente.

Atentamente,

**Diamante Cabo San Lucas S. de R.L. de C.V.**

Por:
Nombre: Fernando Manuel García Campuzano
Cargo: Apoderado Legal

Conformidad de recibido:

**CIBanco, S.A., Institución de Banca Múltiple, actuando como Fiduciario del Fideicomiso No. F/00321**

Por:
Nombre: Itzel Crisóstomo Guzmán
Cargo: Apoderada

DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V.
Boulevard Diamante S/N Los Cangrejos I, Cabo San Lucas B.C.S. C.P. 23473
Tel: 624 172 58 12
WWW.DIAMANTELLIP.COM

CONFIDENTIAL

DANSKE_0016466



CONFIDENTIAL

DANSKE_0016467



H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**

Dirección Municipal de
**Registro Público de la Propiedad**
y del Comercio



Los Cabos
GOBERNAR ES SERVIR

---------------------14.39 MTS. CON AREA COMUN UNICA.
---------------------4.81 MTS. CON AREA COMUN UNICA.
---------------------0.60 MTS. CON AREA COMUN UNICA.
---------------------8.43 MTS. CON AREA COMUN UNICA.
---------------------9.51 MTS. CON AREA COMUN UNICA.
--- AL SUROESTE.- 24.84 MTS. CON POLIGONO 1, FRACCION G.
---------------------13.32 MTS. CON POLIGONO 1, FRACCION G.
---------------------23.67 MTS. CON POLIGONO 1, FRACCION G.
---------------------53.02 MTS. CON POLIGONO 1, FRACCION G.


---------------------4.57 MTS. CON AREA COMUN UNICA.
---------------------9.03 MTS. CON AREA COMUN UNICA.
---------------------2.40 MTS. CON AREA COMUN UNICA.
---------------------3.20 MTS. CON AREA COMUN UNICA.
---------------------4.43 MTS. CON AREA COMUN UNICA.


--- LOTE B.- POLIGONO 1.- FRACCION F.- SUPERFICIE: 4,904.31M2.- USO:
CONDOMINIO.
--- MEDIDAS Y COLINDANCIAS:
--- AL NORESTE.- 5.40 MTS. CON AREA COMUN UNICA.
---------------------86.53 MTS. CON POLIGONO 1, FRACCION G.
--- AL NOROESTE.- 21.53 MTS. CON AREA COMUN UNICA.
---------------------8.08 MTS. CON AREA COMUN UNICA.
---------------------4.81 MTS. CON AREA COMUN UNICA.
--- AL SURESTE.- 60.21 MTS. CON POLIGONO 1, FRACCION G.
--- AL SUROESTE.- 9.19 MTS. CON AREA COMUN UNICA.
---------------------9.68 MTS. CON AREA COMUN UNICA.
---------------------10.24 MTS. CON AREA COMUN UNICA.
---------------------9.55 MTS. CON AREA COMUN UNICA.
---------------------3.96 MTS. CON AREA COMUN UNICA.
---------------------6.70 MTS. CON SERVIDUMBRE 2, POLIGONO 1, FRACCION G.


---------------------29.86 MTS. CON SERVIDUMBRE 2, POLIGONO 1, FRACCION G.


---------------------30.56 MTS. CON SERVIDUMBRE 2, POLIGONO 1, FRACCION G.

Durante dicha búsqueda se encontró el bien inmueble **GRAVADO** con la siguiente
anotaciones marginales: 1. Con fundamento en lo dispuesto por los artículos 2933 y
2934 del Código Civil para el Estado Libre y Soberano de Baja California Sur, se
rectifica el presente registro, debiéndose tener como anotador las siguientes
inscripciones: 1. Por E.P. 78,882, Vol. 1292 de fecha 06 de Marzo de 2009, se hace
constar el convenio modificatorio y de re expresión al contrato de fideicomiso
traslativo de dominio irrevocable de garantía F/00321 de fecha 06 de marzo de 2009
por la cantidad de $125,000,000.00 Dlls. Que celebran Diamante Cabo San Lucas S. de
R.L. de C.V. actuando como fideicomitente de The Bank Of New York, S.A., I.B.M., J.P.
Morgan Grupo Financiero División Fiduciaria en su carácter de Fiduciario del
fideicomiso F/00321, las partes acuerdan modificar y re expresar completamente el
clausurado del fideicomiso. San José del Cabo, B.C.S. a 13 de Abril de 2009. 2. Por
escritura pública número 2994 de Corredor Público 13 del D.F. de fecha 6 de enero de
2010 se hizo primera modificación al contrato de crédito modificado y re expresado se
incrementó la cantidad de préstamo a $4,000,000.00 dólares de los Estados Unidos de
Norteamérica, lo cual junto con el resto del principal del crédito de referencia y así
como los intereses y accesorios dando el mismo forman parte de las obligaciones
garantizadas mediante el fideicomiso F/00321 de fecha 11 de febrero de 2010. San
José del Cabo, B.C.S. a 22 de Marzo de 2013. 3. Por E.P. 91,326 volumen 1,536 de fecha
26 de Abril de 2013 y Acta Aclaratoria 92,046 Volumen 1551 de fecha 30 de Julio de

Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx

CONFIDENTIAL
DANSKE_0016468



Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**

H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**



2013 protocolizadas por el Not. Pub. 7 Lic. Héctor Castro Castro se hace constar el Segundo Convenio Modificatorio al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía F/00321, agregando definiciones a la cláusula primera en los términos que las escrituras de mérito se plasman. San José del Cabo. B.C.S. a 10 de Septiembre de 2013. 4. Mediante escritura pública número 91,327 y acta aclaratoria número 92,976 protocolizadas por el notario público adscrito a la notaria pública número 7 en el estado de Baja California Sur, se hace constar el acta levantada fuera de notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el federatario notifique una carta suscrita por dicha persona, de fecha 26 de abril de 2013, a la licenciada Flor de María Kupfer Domínguez, Delegada Fiduciaria de THE BANK OF NEW YORK MELLON, S.A., I.B.M., fiduciaria del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la Segunda Modificación al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía número F/00321. San José del Cabo, B.C.S. a 4 de Diciembre de 2013. 5.- Por escritura pública número 94,016, volumen 1,586, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se formalizo el convenio de reconocimiento de fiduciario, de fecha 13 de mayo de 2014, celebrado entre Diamante Cabo San Lucas, S. de R.L. de C.V., Cibanco, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) exclusivamente en su carácter de fiduciario del Fideicomiso F/00321; y Danske Bank A/S, London Branch, para efectos de que a partir del 23 de abril de 2014, en términos de la escritura pública número 111,339, pasada ante la fe del licenciado Armando Mastachi Aguario, Notario Público número 121 del Distrito Federal, el Fiduciario del Fideicomiso cambio de denominación a CIBANCO, S.A., Institución de Banco Múltiple.; en ese sentido todas las referencias a "Fiduciario" en el fideicomiso, se entenderán hechas a CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, exclusivamente en su carácter de fiduciario del Fideicomiso F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014. 6.- Mediante escritura pública número 94,012 volumen 1,587, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se hace consta el acta levantada fuera de la Notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el fedatario notifique una carta suscrita por dicha persona, de fecha 13 de mayo de 2014, a la licenciada Itzel Crisostomo Guzmán, apoderada de CIBANCO, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) fiduciario del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la tercera modificación al contrato de fideicomiso traslativo de dominio e irrevocable de garantía número F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014.

SE EXTIENDE EL PRESENTE CERTIFICADO EN SAN JOSÉ DEL CABO, MUNICIPIO DE LOS CABOS, ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS 10:00 HORAS DEL DÍA 29 DE MAYO DE 2014. HABIÉNDOSE PAGADO POR EXPEDICIÓN LA CANTIDAD DE $347.00 M.N. SEGÚN BOLETA QUE SE EXHIBIÓ.

EL DIRECTOR

**JOSÉ ÁNGEL TORRES GRIJALVA.**

Tel. (624) 142-33-32          Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.          www.loscabos.gob.mx



CONFIDENTIAL                                                                                        DANSKE_0016469



H. XI AYUNTAMIENTO DE
LOS CABOS B.C.S.

Dirección Municipal de
**Registro Público de la Propiedad**
y del Comercio



*Los Cabos*
GOBERNAR ES SERVIR

**EL SUSCRITO LICENCIADO JOSÉ ÁNGEL TORRES GRIJALVA, DIRECTOR DEL REGISTRO PÚBLICO DE LA PROPIEDAD DE ESTE HONORABLE XI AYUNTAMIENTO DE LOS CABOS, B.C.S., CON FUNDAMENTO EN LOS ARTÍCULOS 2909, 2911 Y 2926 DEL CÓDIGO CIVIL PARA EL ESTADO DE BAJA CALIFORNIA SUR; 73 FRACCIÓN XV DE LA LEY DE HACIENDA PARA EL MUNICIPIO DE LOS CABOS, B.C.S.; 103 FRACCIÓN VII DE LA LEY ORGÁNICA DEL GOBIERNO MUNICIPAL DEL ESTADO DE BAJA CALIFORNIA SUR; 29 FRACCIONES I, III XXI Y XXVII DEL REGLAMENTO DE LA ADMINISTRACIÓN PÚBLICA MUNICIPAL DE LOS CABOS, B.C.S.; 1, 4, 5 FRACCIÓN I, 17, 18, 22, 28, 32, 33 Y 105 DEL REGLAMENTO INTERNO DEL REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO DEL MUNICIPIO DE LOS CABOS, B.C.S., hace contar y:**

**C E R T I F I C A** que para constancia y solicitud de DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V.:

Se hizo la búsqueda correspondiente a un periodo de 5 años anteriores a esta fecha, respecto de los bienes inmuebles inscritos bajo el número 79, foja 79, volumen CDXXXIII de Escrituras Públicas de la Sección Primera, de fecha 03 de febrero de 2010, a favor de CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, con las siguientes descripciones:

**POLIGONO 2,** CLAVE CATASTRAL 4-02-013-0082, CON UNA SUPERFICIE DE 84-72-79.408 HAS., Y CON LAS SIGUIENTES MEDIDAS Y COLINDANCIAS:...........................................................
--- AL NORTE: 699.100 M CON POLÍGONO 3 ........................................................................................
--- AL SUR: 570.040 M CON POLÍGONO 3 EN L/Q ...........................................................................
--- AL ESTE: 1,392.090 M CON POLÍGONO 3..................................................................................
--- AL OESTE: 1,311.130 M CON POLÍGONO II ACCESO PLANTA DESALADORA ...........................
=================================================================================
**POLIGONO 4,** CLAVE CATASTRAL 4-02-013-0084, CON UNA SUPERFICIE DE 115-47-94.117 HAS., Y CON LAS SIGUIENTES MEDIDAS Y COLINDANCIAS:...........................................................
--- AL NORTE: 2,300.230 M CON LOS CANGREJOS (VICTOR H. CESEÑA DIAZ ............................
--- AL SUR: 1,236.270 M CON POLÍGONO 3 EN L/Q............................................................................
--- AL ESTE: 936.760 M CON FRACCIÓN "B" NESTOR JOSE HERRERA RICHIE...............................
--- AL OESTE: 4,892.200 M CON POLÍGONO 3 EN L/Q Y 20.390 M CON POLÍGONO II ACCESO A PLANTA DESALADORA.........................................................................................................................
=================================================================================
=
**POLIGONO 5,** CLAVE CATASTRAL 4-02-013-0085, CON UNA SUPERFICIE DE 5-83-59.077 HAS., Y CON LAS SIGUIENTES MEDIDAS Y COLINDANCIAS:...........................................................
--- AL NORTE: 396.780 M CON POLÍGONO 3 .....................................................................................
--- AL SUR: 366.690 M CON POLÍGONO I EN L/Q................................................................................
--- AL ESTE: 126.690 M CON POLÍGONO I.........................................................................................
--- AL OESTE: 151.300 M CON POLÍGONO II ACCESO A PLANTA DESALADORA ..........................

Durante dicha búsqueda se encontró el bien inmueble **GRAVADO** con la siguientes anotaciones marginales: **1.** Con fundamento en lo dispuesto por los artículos 2933 y 2934 del Código Civil para el Estado Libre y Soberano de Baja California Sur, se rectifica el presente registro, debiéndose tener como anotador las siguientes inscripciones: 1. Por E.P. 78,882, Vol. 1292 de fecha 06 de Marzo de 2009, se hace constar el convenio modificatorio y de re expresión al contrato de fideicomiso traslativo de dominio irrevocable de garantía F/00321 de fecha 06 de marzo de 2009 por la cantidad de $125,000,000.00 Dlls. Que celebran Diamante Cabo San Lucas S. de R.L. de C.V. actuando como fideicomitente de The Bank Of New York, S.A., I.B.M., J.P. Morgan Grupo Financiero División Fiduciaria en su carácter de Fiduciario del fideicomiso F/00321, las partes acuerdan modificar y re expresar completamente el clausurado del fideicomiso. San José del Cabo, B.C.S. a 13 de Abril de 2009. **2.** Por escritura pública número 2994 de Corredor Público 13 del D.F. de fecha 6 de enero de 2010 se hizo primera modificación al contrato de crédito modificado y re expresado se incrementó la cantidad de préstamo a $4,000,000.00 dólares de los Estados Unidos de Norteamérica, lo cual junto con el resto del principal del crédito de referencia y así como los intereses y accesorios dando el mismo forman parte de las obligaciones garantizadas mediante el fideicomiso F/00321 de fecha 11 de febrero de 2010. San José del Cabo, B.C.S. a 22 de Marzo de 2013. **3.** Por E.P. 91,326 volumen 1,536 de fecha 26 de Abril de 2013 y Acta Aclaratoria 92,046

Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx

CONFIDENTIAL

DANSKE_0016470





Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**

H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**

Volumen 1551 de fecha 30 de Julio de 2013 protocolizadas por el Not. Pub. 7 Lic. Héctor Castro Castro se hace constar el Segundo Convenio Modificatorio al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía F/00321, agregando definiciones a la cláusula primera en los términos que las escrituras de mérito se plasman. San José del Cabo. B.C.S. a 10 de Septiembre de 2013. **4.** Mediante escritura pública número 91,327 y acta aclaratoria número 92,976 protocolizadas por el notario público adscrito a la notaria pública número 7 en el estado de Baja California Sur, se hace constar el acta levantada fuera de notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el federatario notifique una carta suscrita por dicha persona, de fecha 26 de abril de 2013, a la licenciada Flor de María Kupfer Domínguez, Delegada Fiduciaria de THE BANK OF NEW YORK MELLON, S.A., I.B.M., fiduciaria del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la Segunda Modificación al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía número F/00321. San José del Cabo, B.C.S. a 4 de Diciembre de 2013. **5.-** Por escritura pública número 94,016, volumen 1,586, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se formalizo el convenio de reconocimiento de fiduciario, de fecha 13 de mayo de 2014, celebrado entre Diamante Cabo San Lucas, S. de R.L. de C.V., Cibanco, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) exclusivamente en su carácter de fiduciario del Fideicomiso F/00321; y Danske Bank A/S, London Branch, para efectos de que a partir del 23 de abril de 2014, en términos de la escritura pública número 111,339, pasada ante la fe del licenciado Armando Mastachi Aguario, Notario Público número 121 del Distrito Federal, el Fiduciario del Fideicomiso cambio de denominación a CIBANCO, S.A., Institución de Banco Múltiple.; en ese sentido todas las referencias a "Fiduciario" en el fideicomiso, se entenderán hechas a CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, exclusivamente en su carácter de fiduciario del Fideicomiso F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014. **6.-** Mediante escritura pública número 94,012 volumen 1,587, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se hace consta el acta levantada fuera de la Notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el fedatario notifique una carta suscrita por dicha persona, de fecha 13 de mayo de 2014, a la licenciada Itzel Crisostomo Guzmán, apoderada de CIBANCO, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) fiduciario del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la tercera modificación al contrato de fideicomiso traslativo de dominio e irrevocable de garantía número F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014.

SE EXTIENDE EL PRESENTE CERTIFICADO EN SAN JOSÉ DEL CABO, MUNICIPIO DE LOS CABOS, ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS 10:00 HORAS DEL DÍA 29 DE MAYO DE 2014. HABIÉNDOSE PAGADO POR EXPEDICIÓN LA CANTIDAD DE $347.00 M.N. SEGÚN BOLETA QUE SE EXHIBIÓ.

EL DIRECTOR

JOSÉ ÁNGEL TORRES GRIJALVA.



Tel. (624) 142-33-32      Blvd. Mijares s/n e/ Benito Juárez y      www.loscabos.gob.mx
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

CONFIDENTIAL                                                                                          DANSKE_0016471





Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**

**H. XI AYUNTAMIENTO DE
LOS CABOS B.C.S.**

**EL SUSCRITO LICENCIADO JOSÉ ÁNGEL TORRES GRIJALVA, DIRECTOR DEL REGISTRO PÚBLICO DE LA PROPIEDAD DE ESTE HONORABLE XI AYUNTAMIENTO DE LOS CABOS, B.C.S., CON FUNDAMENTO EN LOS ARTÍCULOS 2909, 2911 Y 2926 DEL CÓDIGO CIVIL PARA EL ESTADO DE BAJA CALIFORNIA SUR; 73 FRACCIÓN XV DE LA LEY DE HACIENDA PARA EL MUNICIPIO DE LOS CABOS, B.C.S.; 103 FRACCIÓN VII DE LA LEY ORGÁNICA DEL GOBIERNO MUNICIPAL DEL ESTADO DE BAJA CALIFORNIA SUR; 29 FRACCIONES I, III XXI Y XXVII DEL REGLAMENTO DE LA ADMINISTRACIÓN PÚBLICA MUNICIPAL DE LOS CABOS, B.C.S.; 1, 4, 5 FRACCIÓN I, 17, 18, 22, 28, 32, 33 Y 105 DEL REGLAMENTO INTERNO DEL REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO DEL MUNICIPIO DE LOS CABOS, B.C.S., hace contar y:**

**C E R T I F I C A** que para constancia y solicitud de DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V.:

Se hizo la búsqueda correspondiente a un periodo de 5 años anteriores a esta fecha, respecto de los bienes inmuebles inscritos bajo el número 188, foja 188, volumen DXXXII de Escrituras Públicas de la Sección Primera, de fecha 24 de enero de 2013, a favor de CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, con las siguientes descripciones:

FRACCION A MANZANA 1   SUPERFICIE: 19-86-41.01HAS   USO: AT-0

MEDIDAS Y COLINDANCIAS:

| | |
|---|---|
| AL NORESTE | 66.05 MTS. CON FRACCION G |
| | 43.63 MTS. CON FRACCION G |
| | 37.16 MTS. CON FRACCION G |
| | 48.95 MTS. CON FRACCION G |
| | 12.65 MTS. CON FRACCION G |
| | 29.51 MTS. CON LOTE SERVIDUMBRE 1 |
| | 87.51 MTS. CON LOTE SERVIDUMBRE 1 |
| | 70.96 MTS. CON LOTE SERVIDUMBRE 1 |
| AL NOROESTE | 536.33 MTS. CON LOTE FRACCION B |
| AL SURESTE | 541.18 MTS. CON EJIDO CABO SAN LUCAS |
| AL SUROESTE | 22.76 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 30.72 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 28.66 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 30.00 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 32.99 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 33.02 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 32.49 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 32.99 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 32.44 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 31.21 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 31.02 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 31.69 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |
| | 6.91 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE |

LOTE NO.FRACCION B  MANZANA 1   SUPERFICIE: 20-25-63.30HAS   USO: AT-0

MEDIDAS Y COLINDANCIAS:

| | |
|---|---|
| AL NORESTE | 24.43 MTS. CON FRACCION G |

Tel. (624) 142-33-32      Blvd. Mijares s/n e/ Benito Juárez y      www.loscabos.gob.mx
                         Valerio González, Col. Centro C.P. 23400
                         San José del Cabo, B.C.S.



CONFIDENTIAL                                                                              DANSKE_0016472





H. XI AYUNTAMIENTO DE
LOS CABOS B.C.S.

Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**

69.49 MTS. CON FRACCION G
27.28 MTS. CON FRACCION G
98.16 MTS. CON FRACCION G
107.54 MTS. CON FRACCION G
36.10 MTS. CON FRACCION G
30.91 MTS. CON FRACCION G

AL NOROESTE      327.53 MTS. CON LOTE FRACCION C
158.32 MTS. CON LOTE FRACCION C

AL SURESTE       20.68 MTS. CON LOTE SERVIDUMBRE 1
536.33 MTS. CON LOTE FRACCION A

AL SUROESTE      125.59 MTS. CON LOTE FRACCION C
4.79 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
34.67 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
35.49 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
34.69 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
33.97 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
35.66 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
32.31 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
29.61 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
31.66 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
32.33 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
8.16 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE

LOTE NO.FRACCION C  MANZANA 1   SUPERFICIE: 8-09-72.31HAS   USO: AT-0
MEDIDAS Y COLINDANCIAS:

AL NOROESTE      125.59 MTS. CON LOTE FRACCION B
44.17 MTS. CON FRACCION G
116.54 MTS. CON FRACCION G
72.66 MTS. CON FRACCION G
44.72 MTS. CON FRACCION G
20.19 MTS. CON LOTE SERVIDUMBRE 2
30.07 MTS. CON LOTE FRACCION D

AL NOROESTE      20.19 MTS. CON LOTE FRACCION D
21.11 MTS. CON LOTE FRACCION D
50.11 MTS. CON LOTE FRACCION D
208.95 MTS. CON LOTE FRACCION D
188.17 MTS. CON LOTE FRACCION D
172.57 MTS. CON LOTE FRACCION D

AL SURESTE       327.53 MTS. CON LOTE FRACCION B
158.32 MTS. CON LOTE FRACCION B

AL SUROESTE      58.71 MTS. CON LOTE FRACCION D
236.60 MTS. CON LOTE FRACCION D
30.07 MTS. CON LOTE FRACCION D
34.43 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
34.32 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
33.72 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
36.14 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
37.61 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
36.29 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE

Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx

CONFIDENTIAL

DANSKE_0016473



Dirección Municipal de
**Registro Público de la Propiedad**
y del Comercio

H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**



36.52 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
30.67 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE

LOTE NO.FRACCION D  MANZANA 1   SUPERFICIE: 32-74-89.27HAS  USO: AT-0
MEDIDAS Y COLINDANCIAS:

AL NORESTE          30.07 MTS. CON LOTE FRACCION C
                    236.60 MTS. CON LOTE FRACCION C
                    58.71 MTS. CON LOTE FRACCION C
                    20.19 MTS. CON LOTE SERVIDUMBRE 2
                    40.53 MTS. CON FRACCION G
                    80.46 MTS. CON FRACCION G
                    90.76 MTS. CON FRACCION G
                    31.94 MTS. CON FRACCION G
                    159.47 MTS. CON FRACCION G

AL NOROESTE         32.93 MTS. CON FRACCION G
                    57.01 MTS. CON FRACCION G
                    101.82 MTS. CON FRACCION G
                    35.34 MTS. CON FRACCION G
                    47.62 MTS. CON FRACCION G
                    183.89 MTS. CON FRACCION G
                    201.14 MTS. CON POLIGONO 6

AL SURESTE          50.11 MTS. CON LOTE FRACCION C
                    21.11 MTS. CON LOTE FRACCION C
                    20.19 MTS. CON LOTE FRACCION C
                    172.57 MTS. CON LOTE FRACCION C
                    188.17 MTS. CON LOTE FRACCION C
                    208.95 MTS. CON LOTE FRACCION C

AL SUROESTE         30.07 MTS. CON LOTE FRACCION C
                    14.97 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    32.65 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    28.63 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    37.97 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    31.62 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    31.92 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    25.14 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    31.91 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    36.81 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    30.66 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    32.48 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    32.61 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    28.59 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    35.36 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    29.47 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    23.53 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    33.54 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    25.20 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    24.77 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    18.49 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    18.36 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    16.85 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    18.06 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    17.65 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
                    16.70 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE

Tel. (624) 142-33-32          Blvd. Mijares s/n e/ Benito Juárez y          www.loscabos.gob.mx
                              Valerio González, Col. Centro C.P. 23400
                              San José del Cabo, B.C.S.

CONFIDENTIAL                                                    DANSKE_0016474



Dirección Municipal de
**Registro Público de la Propiedad**
y del Comercio



H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**

17.27 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
36.88 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
35.36 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
35.72 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
35.69 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
36.36 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
35.16 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
34.97 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
35.07 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
35.10 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE
0.08 MTS. CON ZONA FEDERAL MARITIMO TERRESTRE

LOTE NO.FRACCION E  MANZANA 1   SUPERFICIE: 3-00-79.84HAS  USO: AT-0
MEDIDAS Y COLINDANCIAS:

AL NORESTE          101.24 MTS. CON FRACCION G
                    87.42 MTS. CON FRACCION G

AL NOROESTE          37.73 MTS. CON FRACCION G
                    10.04 MTS. CON FRACCION G
                    30.84 MTS. CON FRACCION G
                    45.94 MTS. CON FRACCION G
                    60.26 MTS. CON FRACCION G
                    72.03 MTS. CON FRACCION G

AL SURESTE          Lc = 31.39 MTS. CON LOTE SERVIDUMBRE 2
                    23.75 MTS. CON FRACCION G

                    Lc = 38.63 MTS. CON LOTE SERVIDUMBRE 2
                    55.68 MTS. CON LOTE SERVIDUMBRE 2

AL SUROESTE          37.31 MTS. CON FRACCION G
                    31.91 MTS. CON FRACCION G
                    39.39 MTS. CON FRACCION G

LOTE NO.FRACCION G  POLIGONO 1   SUPERFICIE: 107-50-35.27 HAS  USO: CAMPO
DEPORTIVO
MEDIDAS Y COLINDANCIAS:

AL NORESTE           76.06 MTS. CON POLIGONO 3
                    119.99 MTS. CON POLIGONO 3
                    122.07 MTS. CON POLIGONO 3
                    69.11 MTS. CON POLIGONO 3
                    73.64 MTS. CON POLIGONO 3
                    36.28 MTS. CON POLIGONO 3
                    85.77 MTS. CON POLIGONO 3
                    30.62 MTS. CON POLIGONO 3
                    31.90 MTS. CON POLIGONO 3
                    56.53 MTS. CON POLIGONO 3
                    187.92 MTS. CON POLIGONO 3
                    60.95 MTS. CON POLIGONO 3
                    84.31 MTS. CON POLIGONO 3
                    66.67 MTS. CON POLIGONO 3
                    86.10 MTS. CON POLIGONO 3
                    111.08 MTS. CON POLIGONO 3

Tel. (624) 42-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx



CONFIDENTIAL
DANSKE_0016475





Dirección Municipal de
Registro Público de la Propiedad
y del Comercio

H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**

151.84 MTS. CON POLIGONO 3
149.56 MTS. CON POLIGONO 3
212.36 MTS. CON POLIGONO 3
31.14 MTS. CON POLIGONO 5
40.15 MTS. CON POLIGONO 5
87.33 MTS. CON POLIGONO 5
46.41 MTS. CON POLIGONO 5
133.02 MTS. CON POLIGONO 5
122.96 MTS. CON POLIGONO 6
100.51 MTS. CON POLIGONO 3
20.13 MTS. CON POLIGONO 3
68.75 MTS. CON POLIGONO 3
82.89 MTS. CON POLIGONO 3
55.91 MTS. CON POLIGONO 3
73.61 MTS. CON POLIGONO 3
63.75 MTS. CON POLIGONO 3
50.95 MTS. CON POLIGONO 3
19.62 MTS. CON POLIGONO 3
45.77 MTS. CON POLIGONO 3
64.29 MTS. CON POLIGONO 3
54.48 MTS. CON POLIGONO 3
42.26 MTS. CON POLIGONO 3

AL NOROESTE        29.76 MTS. CON POLIGONO 3
62.04 MTS. CON POLIGONO 3
55.69 MTS. CON POLIGONO 3
126.69 MTS. CON POLIGONO 5
9.03 MTS. CON POLIGONO 5
19.61 MTS. CON POLIGONO 5
51.37 MTS. CON POLIGONO II ACCESO A PLANTA DESALADORA
323.14 MTS. CON POLIGONO II ACCESO A PLANTA DESALADORA
Lc = 84.13 MTS. CON POLIGONO 6
12.67 MTS. CON POLIGONO 6
Lc = 112.02 MTS. CON POLIGONO 6
Lc = 73.69 MTS. CON POLIGONO 6
265.36 MTS. CON POLIGONO 6
20.68 MTS. CON LOTE FRACCION B
25.64 MTS. CON POLIGONO 3
24.58 MTS. CON POLIGONO 3
27.06 MTS. CON POLIGONO 3
24.07 MTS. CON POLIGONO 3
79.43 MTS. CON POLIGONO 3
67.00 MTS. CON POLIGONO 3
59.01 MTS. CON POLIGONO 3
20.10 MTS. CON POLIGONO 3
43.50 MTS. CON POLIGONO 3
49.48 MTS. CON POLIGONO 3
51.98 MTS. CON POLIGONO 3

AL SURESTE        53.31 MTS. CON POLIGONO 3
29.26 MTS. CON POLIGONO 3
28.00 MTS. CON POLIGONO 3
27.05 MTS. CON POLIGONO 3
27.65 MTS. CON POLIGONO 3
25.84 MTS. CON POLIGONO 3
15.44 MTS. CON POLIGONO 3
27.70 MTS. CON POLIGONO 3

Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx



CONFIDENTIAL

DANSKE_0016476



H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**

Dirección Municipal de
Registro Público de la Propiedad
y del Comercio



29.61 MTS. CON POLIGONO 3
27.37 MTS. CON POLIGONO 3
28.42 MTS. CON POLIGONO 3
30.53 MTS. CON POLIGONO 3
43.71 MTS. CON POLIGONO 3
55.06 MTS. CON POLIGONO 3
44.36 MTS. CON POLIGONO 6
55.70 MTS. CON POLIGONO 6
21.72 MTS. CON POLIGONO 6
48.72 MTS. CON POLIGONO 6
38.53 MTS. CON POLIGONO 6
183.89 MTS. CON FRACCION D
47.62 MTS. CON FRACCION D
35.34 MTS. CON FRACCION D
101.82 MTS. CON FRACCION D
57.01 MTS. CON FRACCION D
32.93 MTS. CON FRACCION D
145.56 MTS. CON EJIDO CABO SAN LUCAS
94.41 MTS. CON POLIGONO 3
113.11 MTS. CON POLIGONO 3

AL SUROESTE           32.49 MTS. CON POLIGONO 3
36.39 MTS. CON POLIGONO 3
126.21 MTS. CON POLIGONO 3
135.67 MTS. CON POLIGONO 3
44.84 MTS. CON POLIGONO 3
39.10 MTS. CON POLIGONO 3
21.97 MTS. CON POLIGONO 3
34.82 MTS. CON POLIGONO 3
147.41 MTS. CON POLIGONO 6
143.56 MTS. CON POLIGONO 6
197.63 MTS. CON POLIGONO 6
98.57 MTS. CON POLIGONO 6
11.31 MTS. CON POLIGONO 6
108.63 MTS. CON POLIGONO 6
81.42 MTS. CON POLIGONO 6
82.42 MTS. CON POLIGONO 6
159.47 MTS. CON FRACCION D
31.94 MTS. CON FRACCION D
90.76 MTS. CON FRACCION D
80.46 MTS. CON FRACCION D
60.72 MTS. CON FRACCION D
64.91 MTS. CON FRACCION D
72.66 MTS. CON FRACCION D
116.54 MTS. CON FRACCION D
44.17 MTS. CON FRACCION D
30.91 MTS. CON FRACCION D
36.10 MTS. CON FRACCION D
107.54 MTS. CON FRACCION D
98.16 MTS. CON FRACCION D
27.28 MTS. CON FRACCION D
69.49 MTS. CON FRACCION D
24.43 MTS. CON FRACCION D
70.96 MTS. CON LOTE FRACCION A
87.51 MTS. CON LOTE FRACCION A
29.51 MTS. CON LOTE FRACCION A
12.65 MTS. CON FRACCION D



Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx



CONFIDENTIAL

DANSKE_0016477



H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**

Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**



Los Cabos
GOBERNAR ES SERVIR

48.95 MTS. CON FRACCION D
37.16 MTS. CON FRACCION D
43.63 MTS. CON FRACCION D
66.05 MTS. CON FRACCION D
14.90 MTS. CON POLIGONO 3
25.74 MTS. CON POLIGONO 3
14.95 MTS. CON POLIGONO 3

Durante dicha búsqueda se encontró el bien inmueble **GRAVADO** con la siguientes anotaciones marginales: **1.** Con fundamento en lo dispuesto por los artículos 2933 y 2934 del Código Civil para el Estado Libre y Soberano de Baja California Sur, se rectifica el presente registro, debiéndose tener como anotador las siguientes inscripciones: 1. Por E.P. 78,882, Vol. 1292 de fecha 06 de Marzo de 2009, se hace constar el convenio modificatorio y de re expresión al contrato de fideicomiso traslativo de dominio irrevocable de garantía F/00321 de fecha 06 de marzo de 2009 por la cantidad de $125,000,000.00 Dlls. Que celebran Diamante Cabo San Lucas S. de R.L. de C.V. actuando como fideicomitente de The Bank Of New York, S.A., I.B.M., J.P. Morgan Grupo Financiero División Fiduciaria en su carácter de Fiduciario del fideicomiso F/00321, las partes acuerdan modificar y re expresar completamente el clausurado del fideicomiso. San José del Cabo, B.C.S. a 13 de Abril de 2009. **2.** Por escritura pública número 2994 de Corredor Público 13 del D.F. de fecha 6 de enero de 2010 se hizo primera modificación al contrato de crédito modificado y re expresado se incrementó la cantidad de préstamo a $4,000,000.00 dólares de los Estados Unidos de Norteamérica, lo cual junto con el resto del principal del crédito de referencia y así como los intereses y accesorios dando el mismo forman parte de las obligaciones garantizadas mediante el fideicomiso F/00321 de fecha 11 de febrero de 2010. San José del Cabo, B.C.S. a 22 de Marzo de 2013. **3.** Por E.P. 91,326 volumen 1,536 de fecha 26 de Abril de 2013 y Acta Aclaratoria 92,046 Volumen 1551 de fecha 30 de Julio de 2013 protocolizadas por el Not. Pub. 7 Lic. Héctor Castro Castro se hace constar el Segundo Convenio Modificatorio al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía F/00321, agregando definiciones a la cláusula primera en los términos que las escrituras de mérito se plasman. San José del Cabo. B.C.S. a 10 de Septiembre de 2013. **4.** Mediante escritura pública número 91,327 y acta aclaratoria número 92,976 protocolizadas por el notario público adscrito a la notaria pública número 7 en el estado de Baja California Sur, se hace constar el acta levantada fuera de notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el federatario notifique una carta suscrita por dicha persona, de fecha 26 de abril de 2013, a la licenciada Flor de María Kupfer Domínguez, Delegada Fiduciaria de THE BANK OF NEW YORK MELLON, S.A., I.B.M., fiduciaria del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la Segunda Modificación al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía número F/00321. San José del Cabo, B.C.S. a 4 de Diciembre de 2013. **5.-** Por escritura pública número 94,016, volumen 1,586, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se formalizo el convenio de reconocimiento de fiduciario, de fecha 13 de mayo de 2014, celebrado entre Diamante Cabo San Lucas, S. de R.L. de C.V., Cibanco, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) exclusivamente en su carácter de Fiduciario del Fideicomiso F/00321, y Danske Bank A/S, London Branch, para efectos de que a partir del 23 de abril de 2014, en términos de la escritura pública número 111,339, pasada ante la fe del licenciado Armando Mastachi Aguario, Notario Público número 121 del Distrito Federal, el Fiduciario del Fideicomiso cambio de denominación a CIBANCO, S.A., Institución de Banco Múltiple.; en ese sentido todas las referencias a "Fiduciario" en el fideicomiso, se entenderán hechas a CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, exclusivamente en su

Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx

CONFIDENTIAL

DANSKE_0016478



H. XI AYUNTAMIENTO DE
LOS CABOS B.C.S.

Dirección Municipal de
**Registro Público de la Propiedad**
y del Comercio



carácter de fiduciario del Fideicomiso F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014. **6.-** Mediante escritura pública número 94,012 volumen 1,587, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se hace consta el acta levantada fuera de la Notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el fedatario notifique una carta suscrita por dicha persona, de fecha 13 de mayo de 2014, a la licenciada Itzel Crisostomo Guzmán, apoderada de CIBANCO, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) fiduciario del fideicomiso número F/00321, mediante la cual se reconoce el aduedo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la tercera modificación al contrato de fideicomiso traslativo de dominio e irrevocable de garantía número F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014.

SE EXTIENDE EL PRESENTE CERTIFICADO EN SAN JOSÉ DEL CABO, MUNICIPIO DE LOS CABOS, ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS 10:00 HORAS DEL DÍA 29 DE MAYO DE 2014. HABIÉNDOSE PAGADO POR EXPEDICIÓN LA CANTIDAD DE $347.00 M.N. SEGÚN BOLETA QUE SE EXHIBIÓ.

EL DIRECTOR

JOSÉ ÁNGEL TORRES GRIJALVA.

CONFIDENTIAL

DANSKE_0016479



Dirección Municipal de
**Registro Público de la Propiedad**
y del Comercio

H. XI AYUNTAMIENTO DE
LOS CABOS B.C.S.



**EL SUSCRITO LICENCIADO JOSÉ ÁNGEL TORRES GRIJALVA, DIRECTOR DEL REGISTRO PÚBLICO DE LA PROPIEDAD DE ESTE HONORABLE XI AYUNTAMIENTO DE LOS CABOS, B.C.S., CON FUNDAMENTO EN LOS ARTÍCULOS 2909, 2911 Y 2926 DEL CÓDIGO CIVIL PARA EL ESTADO DE BAJA CALIFORNIA SUR; 73 FRACCIÓN XV DE LA LEY DE HACIENDA PARA EL MUNICIPIO DE LOS CABOS, B.C.S.; 103 FRACCIÓN VII DE LA LEY ORGÁNICA DEL GOBIERNO MUNICIPAL DEL ESTADO DE BAJA CALIFORNIA SUR; 29 FRACCIONES I, III XXI Y XXVII DEL REGLAMENTO DE LA ADMINISTRACIÓN PÚBLICA MUNICIPAL DE LOS CABOS, B.C.S.; 1, 4, 5 FRACCIÓN I, 17, 18, 22, 28, 32, 33 Y 105 DEL REGLAMENTO INTERNO DEL REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO DEL MUNICIPIO DE LOS CABOS, B.C.S.,** hace contar y:

**C E R T I F I C A** que para constancia y solicitud de DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V.:

Se hizo la búsqueda correspondiente a un periodo de 5 años anteriores a esta fecha, respecto de los bienes inmuebles inscritos bajo el número 163, foja 163, volumen CDLXXX de Escrituras Públicas de la Sección Primera, de fecha 24 de junio 2011, a favor de CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, con las siguientes descripciones:

LOTE NO.12 MANZANA 1  SUPERFICIE: 2,849.83M2  USO: RESIDENCIAL
MEDIDAS Y COLINDANCIAS:

AL NOROESTE      47.50 MTS. CON AREA DE USO COMUN 1
        71.25 MTS. CON LOTE 11
AL SURESTE       47.50 MTS. CON AREA DE USO COMUN 3
        71.25 MTS. CON LOTE 13


LOTE NO.13 MANZANA 1  SUPERFICIE: 2,849.83M2  USO: RESIDENCIAL
MEDIDAS Y COLINDANCIAS:

AL NOROESTE      47.50 MTS. CON AREA DE USO COMUN 1
        71.25 MTS. CON LOTE 12
AL SURESTE       47.50 MTS. CON AREA DE USO COMUN 3
        71.25 MTS. CON LOTE 14


LOTE NO.30 MANZANA 1  SUPERFICIE: 3,974.49M2  USO: RESIDENCIAL
MEDIDAS Y COLINDANCIAS:

AL NORESTE       46.85 MTS. CON AREA DE USO COMUN 1
AL NOROESTE      105.64 MTS. CON LOTE 29
AL SURESTE       90.28 MTS. CON LOTE 31

AL SUROESTE      11.45 MTS. CON AREA DE USO COMUN 1
        30.01 MTS. CON AREA DE USO COMUN 1


LOTE NO.50 MANZANA 1  SUPERFICIE: 3,296.46M2  USO: RESIDENCIAL
MEDIDAS Y COLINDANCIAS:

AL NORESTE       83.52 MTS. CON POLIGONO 1 EL CARDONAL
AL NOROESTE      78.30 MTS. CON LOTE 49
AL SURESTE       Lc = 4.47 MTS. CON AREA DE USO COMUN 1

Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx



CONFIDENTIAL

DANSKE_0016480



Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**

H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**



101.73 MTS. CON AREA DE USO COMUN 1
3.22 MTS. CON AREA DE USO COMUN 1

Durante dicha búsqueda se encontró el bien inmueble **GRAVADO** con la siguientes anotaciones marginales: **1.** Con fundamento en lo dispuesto por los artículos 2933 y 2934 del Código Civil para el Estado Libre y Soberano de Baja California Sur, se rectifica el presente registro, debiéndose tener como anotador las siguientes inscripciones: 1. Por E.P. 78,882, Vol. 1292 de fecha 06 de Marzo de 2009, se hace constar el convenio modificatorio y de re expresión al contrato de fideicomiso traslativo de dominio irrevocable de garantía F/00321 de fecha 06 de marzo de 2009 por la cantidad de $125,000,000.00 Dlls. Que celebran Diamante Cabo San Lucas S. de R.L. de C.V. actuando como fideicomitente de The Bank Of New York, S.A., I.B.M., J.P. Morgan Grupo Financiero División Fiduciaria en su carácter de Fiduciario del fideicomiso F/00321, las partes acuerdan modificar y re expresar completamente el clausurado del fideicomiso. San José del Cabo, B.C.S. a 13 de Abril de 2009. **2.** Por escritura pública número 2994 de Corredor Público 13 del D.F. de fecha 6 de enero de 2010 se hizo primera modificación al contrato de crédito modificado y re expresado se incrementó la cantidad de préstamo a $4,000,000.00 dólares de los Estados Unidos de Norteamérica, lo cual junto con el resto del principal del crédito de referencia y así como los intereses y accesorios dando el mismo forman parte de las obligaciones garantizadas mediante el fideicomiso F/00321 de fecha 11 de febrero de 2010. San José del Cabo, B.C.S. a 22 de Marzo de 2013. **3.** Por E.P. 91,326 volumen 1,536 de fecha 26 de Abril de 2013 y Acta Aclaratoria 92,046 Volumen 1551 de fecha 30 de Julio de 2013 protocolizadas por el Not. Pub. 7 Lic. Héctor Castro Castro se hace constar el Segundo Convenio Modificatorio al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía F/00321, agregando definiciones a la cláusula primera en los términos que las escrituras de mérito se plasman. San José del Cabo. B.C.S. a 10 de Septiembre de 2013. **4.** Mediante escritura pública número 91,327 y acta aclaratoria número 92,976 protocolizadas por el notario público adscrito a la notaria pública número 7 en el estado de Baja California Sur, se hace constar el acta levantada fuera de notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el federatario notifique una carta suscrita por dicha persona, de fecha 26 de abril de 2013, a la licenciada Flor de María Kupfer Domínguez, Delegada Fiduciaria de THE BANK OF NEW YORK MELLON, S.A., I.B.M., fiduciaria del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la Segunda Modificación al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía número F/00321. San José del Cabo, B.C.S. a 4 de Diciembre de 2013. **5.-** Por escritura pública número 94,016, volumen 1,586, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se formalizo el convenio de reconocimiento de fiduciario, de fecha 13 de mayo de 2014, celebrado entre Diamante Cabo San Lucas, S. de R.L. de C.V., Cibanco, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) exclusivamente en su carácter de fiduciario del Fideicomiso F/00321; y Danske Bank A/S, London Branch, para efectos de que a partir del 23 de abril de 2014, en términos de la escritura pública número 111,339, pasada ante la fe del licenciado Armando Mastachi Aguario, Notario Público número 121 del Distrito Federal, el Fiduciario del Fideicomiso cambio de denominación a CIBANCO, S.A., Institución de Banco Múltiple.; en ese sentido todas las referencias a "Fiduciario" en el fideicomiso, se entenderán hechas a CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, exclusivamente en su carácter de fiduciario del Fideicomiso F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014. **6.-** Mediante escritura pública número 94,012 volumen 1,587, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se hace consta el acta levantada fuera de la Notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN

Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx

CONFIDENTIAL

DANSKE_0016481





H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**

Dirección Municipal de
**Registro Público de la Propiedad**
y del Comercio

*Los Cabos*
GOBERNAR ES SERVIR

LUCAS, S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el fedatario notifique una carta suscrita por dicha persona, de fecha 13 de mayo de 2014, a la licenciada Itzel Crisostomo Guzmán, apoderada de CIBANCO, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) fiduciario del fideicomiso número F/00321, mediante la cual se reconoce el aduedo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la tercera modificación al contrato de fideicomiso traslativo de dominio e irrevocable de garantía número F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014.

SE EXTIENDE EL PRESENTE CERTIFICADO EN SAN JOSÉ DEL CABO, MUNICIPIO DE LOS CABOS, ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS 10:00 HORAS DEL DÍA 29 DE MAYO DE 2014. HABIÉNDOSE PAGADO POR EXPEDICIÓN LA CANTIDAD DE $347.00 M.N. SEGÚN BOLETA QUE SE EXHIBIÓ.

EL DIRECTOR

JOSÉ ÁNGEL TORRES GRIJALVA.

Tel. (624) 142-33-32    Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.    www.loscabos.gob.mx



CONFIDENTIAL                                                    DANSKE_0016482



Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**

H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**



**EL SUSCRITO LICENCIADO JOSÉ ÁNGEL TORRES GRIJALVA, DIRECTOR DEL REGISTRO PÚBLICO DE LA PROPIEDAD DE ESTE HONORABLE XI AYUNTAMIENTO DE LOS CABOS, B.C.S., CON FUNDAMENTO EN LOS ARTÍCULOS 2909, 2911 Y 2926 DEL CÓDIGO CIVIL PARA EL ESTADO DE BAJA CALIFORNIA SUR; 73 FRACCIÓN XV DE LA LEY DE HACIENDA PARA EL MUNICIPIO DE LOS CABOS, B.C.S.; 103 FRACCIÓN VII DE LA LEY ORGÁNICA DEL GOBIERNO MUNICIPAL DEL ESTADO DE BAJA CALIFORNIA SUR; 29 FRACCIONES I, III XXI Y XXVII DEL REGLAMENTO DE LA ADMINISTRACIÓN PÚBLICA MUNICIPAL DE LOS CABOS, B.C.S.; 1, 4, 5 FRACCIÓN I, 17, 18, 22, 28, 32, 33 Y 105 DEL REGLAMENTO INTERNO DEL REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO DEL MUNICIPIO DE LOS CABOS, B.C.S.**, hace contar y:

**C E R T I F I C A** que para constancia y solicitud de DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V.:

Se hizo la búsqueda correspondiente a un periodo de 5 años anteriores a esta fecha, respecto de los bienes inmuebles inscritos bajo el número 24, foja 24, volumen CDXLVIII de Escrituras Públicas de la Sección Primera, de fecha 7 de julio de 2010, a favor de CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, con las siguientes descripciones:

LOTE NO.18  MANZANA 1   SUPERFICIE: 2,290.18M2   USO: RESIDENCIAL
MEDIDAS Y COLINDANCIAS:

AL NOROESTE          65.34 MTS. CON LOTE 17
                    22.68 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET HILL
                    Lc = 17.86 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET
HILL

AL SURESTE          Lc = 22.50 MTS. CON AREA DE USO COMUN CONDOMINIO 2
SUNSET HILL
                    66.10 MTS. CON LOTE 19
                    Lc = 17.61 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET
HILL

LOTE NO.42  MANZANA 1   SUPERFICIE: 2,581.91M2   USO: RESIDENCIAL
MEDIDAS Y COLINDANCIAS:

AL NOROESTE          Lc = 55.77 MTS. CON AREA DE USO COMUN CONDOMINIO 2
SUNSET HILL
AL SURESTE          61.14 MTS. CON AREA DE USO COMUN 2, CONDOMINIO 2
SUNSET HILL
AL SUROESTE         45.57 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET
HILL
                    Lc = 15.52 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET
HILL
                    27.52 MTS. CON LOTE 41

LOTE NO.73  MANZANA 1   SUPERFICIE: 2,643.41M2   USO: RESIDENCIAL
MEDIDAS Y COLINDANCIAS:

AL NORESTE
                    Lc = 6.76 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET HILL
AL NOROESTE         66.99 MTS. CON LOTE 74
                    41.59 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET HILL

Tel. (624) 142-33-32 | Blvd. Mijares s/n e/ Benito Juárez y Valerio González, Col. Centro C.P. 23400 San José del Cabo, B.C.S. | www.loscabos.gob.mx

CONFIDENTIAL

DANSKE_0016483



H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**

Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**



*Los Cabos*
GOBERNAR ES SERVIR

AL SURESTE
SUNSET HILL

Lc = 14.57 MTS. CON AREA DE USO COMUN CONDOMINIO 2

Lc = 5.06 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET HILL
67.13 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET HILL
5.56 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET HILL
12.19 MTS. CON AREA DE USO COMUN CONDOMINIO 2 SUNSET HILL

Durante dicha búsqueda se encontró el bien inmueble **GRAVADO** con la siguientes anotaciones marginales: **1.** Con fundamento en lo dispuesto por los artículos 2933 y 2934 del Código Civil para el Estado Libre y Soberano de Baja California Sur, se rectifica el presente registro, debiéndose tener como anotador las siguientes inscripciones: 1. Por E.P. 78,882, Vol. 1292 de fecha 06 de Marzo de 2009, se hace constar el convenio modificatorio y de re expresión al contrato de fideicomiso traslativo de dominio irrevocable de garantía F/00321 de fecha 09 de Marzo de 2009 por la cantidad de $125,000,000.00 Dlls. Que celebran Diamante Cabo San Lucas S. de R.L. de C.V. actuando como fideicomitente de The Bank Of New York, S.A., I.B.M., J.P. Morgan Grupo Financiero División Fiduciaria en su carácter de Fiduciario del fideicomiso F/00321, las partes acuerdan modificar y re expresar completamente el clausurado del fideicomiso. San José del Cabo, B.C.S. a 13 de Abril de 2009. **2.** Por escritura pública número 2994 de Corredor Público 13 del D.F. de fecha 6 de enero de 2010 se hizo primera modificación al contrato de crédito modificado y re expresado se incrementó la cantidad de préstamo a $4,000,000.00 dólares de los Estados Unidos de Norteamérica, lo cual junto con el resto del principal del crédito de referencia y así como los intereses y accesorios dando el mismo forman parte de las obligaciones garantizadas mediante el fideicomiso F/00321 de fecha 11 de febrero de 2010. San José del Cabo, B.C.S. a 22 de Marzo de 2013. **3.** Por E.P. 91,326 volumen 1,536 de fecha 26 de Abril de 2013 y Acta Aclaratoria 92,046 Volumen 1551 de fecha 30 de Julio de 2013 protocolizadas por el Not. Pub. 7 Lic. Héctor Castro Castro se hace constar el Segundo Convenio Modificatorio al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía F/00321, agregando definiciones a la cláusula primera en los términos que las escrituras de mérito se plasman. San José del Cabo. B.C.S. a 10 de Septiembre de 2013. **4.** Mediante escritura pública número 91,327 y acta aclaratoria número 92,976 protocolizadas por el notario público adscrito a la notaría pública número 7 en el estado de Baja California Sur, se hace constar el acta levantada fuera de notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el federatario notifique una carta suscrita por dicha persona, de fecha 26 de abril de 2013, a la licenciada Flor de María Kupfer Domínguez, Delegada Fiduciaria de THE BANK OF NEW YORK MELLON, S.A., I.B.M., fiduciaria del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la Segunda Modificación al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía número F/00321. San José del Cabo, B.C.S. a 4 de Diciembre de 2013. **5.-** Por escritura pública número 94,016, volumen 1,586, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se formalizo el convenio de reconocimiento de fiduciario, de fecha 13 de mayo de 2014, celebrado entre Diamante Cabo San Lucas, S. de R.L. de C.V., Cibanco, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) exclusivamente en su carácter de fiduciario del Fideicomiso F/00321; y Danske Bank A/S, London Branch, para efectos de que a partir del 23 de abril de 2014, en términos de la escritura pública número 111,339, pasada ante la fe del licenciado Armando Mastachi Aguario, Notario Público número 121 del Distrito Federal, el Fiduciario del Fideicomiso cambio de denominación a CIBANCO, S.A., Institución de Banco Múltiple.; en ese sentido todas las referencias a "Fiduciario" en el fideicomiso, se entenderán hechas a CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, exclusivamente en su carácter de fiduciario del Fideicomiso F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014, **6.-** Mediante escritura pública número 94,012 volumen 1,587, de fecha 13 de

Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx

CONFIDENTIAL

DANSKE_0016484





Dirección Municipal de
Registro Público de la Propiedad
y del Comercio

**Los Cabos**
GOBERNAR ES SERVIR

H. XI AYUNTAMIENTO DE
LOS CABOS B.C.S.

mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se hace consta el acta levantada fuera de la Notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el fedatario notifique una carta suscrita por dicha persona, de fecha 13 de mayo de 2014, a la licenciada Itzel Crisostomo Guzmán, apoderada de CIBANCO, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) fiduciario del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la tercera modificación al contrato de fideicomiso traslativo de dominio e irrevocable de garantía número F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014.

SE EXTIENDE EL PRESENTE CERTIFICADO EN SAN JOSÉ DEL CABO, MUNICIPIO DE LOS CABOS, ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS 10:00 HORAS DEL DÍA 29 DE MAYO DE 2014. HABIÉNDOSE PAGADO POR EXPEDICIÓN LA CANTIDAD DE $347.00 M.N. SEGÚN BOLETA QUE SE EXHIBIÓ.

EL DIRECTOR

JOSÉ ÁNGEL TORRES GRIJALVA.

Tel. (624) 142-33-32   |   Blvd. Mijares s/n e/ Benito Juárez y Valerio González, Col. Centro C.P. 23400 San José del Cabo, B.C.S.   |   www.loscabos.gob.mx



CONFIDENTIAL

DANSKE_0016485



Dirección Municipal de
Registro Público de la Propiedad
y del Comercio

H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**



Los Cabos
GOBERNAR ES SERVIR

**EL SUSCRITO LICENCIADO JOSÉ ÁNGEL TORRES GRIJALVA, DIRECTOR DEL REGISTRO PÚBLICO DE LA PROPIEDAD DE ESTE HONORABLE XI AYUNTAMIENTO DE LOS CABOS, B.C.S., CON FUNDAMENTO EN LOS ARTÍCULOS 2909, 2911 Y 2926 DEL CÓDIGO CIVIL PARA EL ESTADO DE BAJA CALIFORNIA SUR; 73 FRACCIÓN XV DE LA LEY DE HACIENDA PARA EL MUNICIPIO DE LOS CABOS, B.C.S.; 103 FRACCIÓN VII DE LA LEY ORGÁNICA DEL GOBIERNO MUNICIPAL DEL ESTADO DE BAJA CALIFORNIA SUR; 29 FRACCIONES I, III XXI Y XXVII DEL REGLAMENTO DE LA ADMINISTRACIÓN PÚBLICA MUNICIPAL DE LOS CABOS, B.C.S.; 1, 4, 5 FRACCIÓN I, 17, 18, 22, 28, 32, 33 Y 105 DEL REGLAMENTO INTERNO DEL REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO DEL MUNICIPIO DE LOS CABOS, B.C.S., hace contar y:**

**C E R T I F I C A** que para constancia y solicitud de DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V.:

Se hizo la búsqueda correspondiente a un periodo de 5 años anteriores a esta fecha, respecto de los bienes inmuebles inscritos bajo el número 133, foja 133, volumen CDXXXVIII de Escrituras Públicas de la Sección Primera, de fecha 27 de mayo de 2010, a favor de CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, con las siguientes descripciones:

- - - - - - - - - - - - - - - - - - - - - - GOLF VILLAS - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - Memoria Descriptiva................................................
- - - **LOTE NO.4   MANZANA 1    SUPERFICIE: 1,611.63M2   USO: RESIDENCIAL**
MEDIDAS Y COLINDANCIAS:
 **AL NORESTE:** .................................................................................................................
Lc = 30.50MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS.......................
 **AL NOROESTE:** ............................................................................................................
44.85 MTS. CON LOTE 5 ...................................................................................................
7.81 MTS CON LOTE 5 ......................................................................................................
 **AL SURESTE:** ................................................................................................................
31.19 MTS. CON LOTE 69 .................................................................................................
41.32 MTS. CON LOTE 3 ...................................................................................................
 **AL SUROESTE:** .............................................................................................................
28.63 MTS. CON LOTE 69 .................................................................................................

- - - **LOTE NO.11   MANZANA 2    SUPERFICIE: 1,397.81M2   USO: RESIDENCIAL**
MEDIDAS Y COLINDANCIAS:..............................................................................................
 **AL NORESTE:** ................................................................................................................
48.04 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS ..............................
 **AL NOROESTE:** .............................................................................................................
25.22 MTS. CON LOTE 69 .................................................................................................
 **AL SURESTE:** ................................................................................................................
Lc = 32.93 MTS. CON LOTE UE-11.......................................................................................
 **AL SUROESTE:** .............................................................................................................
48.26 MTS. CON LOTE 12...................................................................................................

- - - **LOTE NO.70   MANZANA 2    SUPERFICIE: 403.45M2   USO: AREAS VERDES**
MEDIDAS Y COLINDANCIAS:..............................................................................................
 **AL NORESTE:** ................................................................................................................
21.97 MTS. CON POLIGONO 1 ..........................................................................................
 **AL NOROESTE:** .............................................................................................................
29.61 MTS. CON POLIGONO 1 ..........................................................................................
25.12 MTS. CON POLIGONO 1 ..........................................................................................

Tel. (524)142-33-32    Blvd. Mijares s/n e/ Benito Juárez y    www.loscabos.gob.mx
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

CONFIDENTIAL

DANSKE_0016486





Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**



H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**

43.71 MTS. CON POLIGONO 1 ....................................................
30.53 MTS. CON POLIGONO 1 ....................................................
28.42 MTS. CON POLIGONO 1 ....................................................
27.37 MTS. CON POLIGONO 1 ....................................................
**AL SURESTE:** ....................................................
25.32 MTS. CON LOTE 10 ....................................................
29.78 MTS. CON LOTE 9 ....................................................
27.52 MTS. CON LOTE 8 ....................................................
28.40 MTS. CON LOTE 7 ....................................................
28.73 MTS. CON LOTE 6 ....................................................
41.32 MTS. CON LOTE 6 ....................................................
2.04 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............
**AL SUROESTE:**....................................................
21.33 MTS. CON LOTE 6 ....................................................

**- - - LOTE NO.27  MANZANA 3    SUPERFICIE: 1,491.87M2   USO: RESIDENCIAL**
**MEDIDAS Y COLINDANCIAS:**....................................................
**AL NORESTE:** ....................................................
Lc = 28.08 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............
**AL NOROESTE:** ....................................................
52.60 MTS. CON LOTE 26....................................................
**AL SURESTE:** ....................................................
52.73 MTS. CON LOTE 28....................................................
**AL SUROESTE:** ....................................................
28.00 MTS. CON LOTE 68....................................................

**- - - LOTE NO.67  MANZANA 4    SUPERFICIE: 6,524.14M2   USO: COMERCIAL**
**MEDIDAS Y COLINDANCIAS:**....................................................
**AL NORESTE:** ....................................................
25.74 MTS. CON POLIGONO 1 ....................................................
14.90 MTS. CON POLIGONO 1 ....................................................
5.67 MTS. CON LOTE 72 ....................................................
53.32 MTS. CON LOTE 35....................................................
**AL NOROESTE:** ....................................................
Lc = 43.38 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............
**AL SURESTE:** ....................................................
35.67 MTS. CON POLIGONO 1 ....................................................
20.10 MTS. CON POLIGONO 1 ....................................................
3.36 MTS. CON POLIGONO 1 ....................................................
**AL SUROESTE:** ....................................................
Lc = 33.99 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............
Lc = 38.15 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............
Lc = 23.15 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............
Lc = 3.07 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............
Lc = 5.88 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............
7.96 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............

**- - - LOTE NO.64  MANZANA 5    SUPERFICIE: 1,652.96M2   USO: RESIDENCIAL**
**MEDIDAS Y COLINDANCIAS:**....................................................
**AL NORESTE.** ....................................................
52.67 MTS. CON LOTE 63....................................................
**AL NOROESTE:** ....................................................
27.65 MTS. CON LOTE 75....................................................
**AL SURESTE:** ....................................................
Lc = 34.41 MTS. CON AREA DE USO COMUN CONDOMINIO GOLF VILLAS............

Tel. (624) 142-33-32    Blvd. Mijares s/n e/ Benito Juárez y    www.loscabos.gob.mx
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.





H. XI AYUNTAMIENTO DE
LOS CABOS B.C.S.

Dirección Municipal de
**Registro Público de la Propiedad
y del Comercio**

Los Cabos
GOBERNAR ES SERVIR

**AL SUROESTE.** ........................................................................................................
56.25 MTS. CON LOTE 65.........................................................................................

Durante dicha búsqueda se encontró el bien inmueble **GRAVADO** con la siguiente anotaciones marginales: **1.** Con fundamento en lo dispuesto por los artículos 2933 y 2934 del Código Civil para el Estado Libre y Soberano de Baja California Sur, se rectifica el presente registro, debiéndose tener como anotador las siguientes inscripciones: 1. Por E.P. 78,882, Vol. 1292 de fecha 06 de Marzo de 2009, se hace constar el convenio modificatorio y de re expresión al contrato de fideicomiso traslativo de dominio irrevocable de garantía F/00321 de fecha 06 de marzo de 2009 por la cantidad de $125,000,000.00 Dlls. Que celebran Diamante Cabo San Lucas S. de R.L. de C.V. actuando como fideicomitente de The Bank Of New York, S.A., I.B.M., J.P. Morgan Grupo Financiero División Fiduciaria en su carácter de Fiduciario del fideicomiso F/00321, las partes acuerdan modificar y re expresar completamente el clausurado del fideicomiso. San José del Cabo, B.C.S. a 13 de Abril de 2009. **2.** Por escritura pública número 2994 de Corredor Público 13 del D.F. de fecha 6 de enero de 2010 se hizo primera modificación al contrato de crédito modificado y re expresado se incrementó la cantidad de préstamo a $4,000,000.00 dólares de los Estados Unidos de Norteamérica, lo cual junto con el resto del principal del crédito de referencia y así como los intereses y accesorios dando el mismo forman parte de las obligaciones garantizadas mediante el fideicomiso F/00321 de fecha 11 de febrero de 2010. San José del Cabo, B.C.S. a 22 de Marzo de 2013. **3.** Por E.P. 91,326 volumen 1,536 de fecha 26 de Abril de 2013 y Acta Aclaratoria 92,046 Volumen 1551 de fecha 30 de Julio de 2013 protocolizadas por el Not. Pub. 7 Lic. Héctor Castro Castro se hace constar el Segundo Convenio Modificatorio al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía F/00321, agregando definiciones a la cláusula primera en los términos que las escrituras de mérito se plasman. San José del Cabo, B.C.S. a 10 de Septiembre de 2013. **4.** Mediante escritura pública número 91,327 y acta aclaratoria número 92,976 protocolizadas por el notario público adscrito a la notaria pública número 7 en el estado de Baja California Sur, se hace constar el acta levantada fuera de notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel García Campuzano, a fin de que el federatario notifique una carta suscrita por dicha persona, de fecha 26 de abril de 2013, a la licenciada Flor de María Kupfer Domínguez, Delegada Fiduciaria de THE BANK OF NEW YORK MELLON, S.A., I.B.M., fiduciaria del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la Segunda Modificación al Contrato de Fideicomiso Traslativo de Dominio e Irrevocable de Garantía número F/00321. San José del Cabo, B.C.S. a 4 de Diciembre de 2013. **5.-** Por escritura pública número 94,016, volumen 1,586, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se formalizó el convenio de reconocimiento de fiduciario, de fecha 13 de mayo de 2014, celebrado entre Diamante Cabo San Lucas, S. de R.L. de C.V., Cibanco, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) exclusivamente en su carácter de fiduciario del Fideicomiso F/00321; y Danske Bank A/S, London Branch, para efectos de que a partir del 23 de abril de 2014, en términos de la escritura pública número 111,339, pasada ante la fe del licenciado Armando Mastachi Aguario, Notario Público número 121 del Distrito Federal, el Fiduciario del Fideicomiso cambio de denominación a CIBANCO, S.A., Institución de Banco Múltiple.; en ese sentido todas las referencias a "Fiduciario" en el fideicomiso, se entenderán hechas a CIBANCO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, exclusivamente en su carácter de fiduciario del Fideicomiso F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014. **6.-** Mediante escritura pública número 94,012 volumen 1,587, de fecha 13 de mayo de 2014, protocolizada por el Notario Público Adscrito a la Notaría Pública número 7 en el Estado de Baja California Sur, se hace consta el acta levantada fuera de la Notaría, a solicitud de la sociedad mercantil denominada DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V., representada por su apoderado legal Fernando Manuel

Tel. (6  0) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx

CONFIDENTIAL

DANSKE_0016488



Dirección Municipal de
**Registro Público de la Propiedad**
y del Comercio

H. XI AYUNTAMIENTO DE
**LOS CABOS B.C.S.**



García Campuzano, a fin de que el fedatario notifique una carta suscrita por dicha persona, de fecha 13 de mayo de 2014, a la licenciada Itzel Crisostomo Guzmán, apoderada de CIBANCO, S.A. I.B.M. (antes The Bank of New York Mellon, S.A., I.B.M.) fiduciario del fideicomiso número F/00321, mediante la cual se reconoce el adeudo, en su carácter de deudor con Danske Bank A/S London Branch, lo anterior como consecuencia a la tercera modificación al contrato de fideicomiso traslativo de dominio e irrevocable de garantía número F/00321. San José del Cabo, B.C.S. a 27 de mayo de 2014.

SE EXTIENDE EL PRESENTE CERTIFICADO EN SAN JOSÉ DEL CABO, MUNICIPIO DE LOS CABOS, ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS 10:00 HORAS DEL DÍA 29 DE MAYO DE 2014. HABIÉNDOSE PAGADO POR EXPEDICIÓN LA CANTIDAD DE $347.00 M.N. SEGÚN BOLETA QUE SE EXHIBIÓ.

EL DIRECTOR

JOSÉ ÁNGEL TORRES GRIJALVA.

Tel. (624) 142-33-32

Blvd. Mijares s/n e/ Benito Juárez y
Valerio González, Col. Centro C.P. 23400
San José del Cabo, B.C.S.

www.loscabos.gob.mx



CONFIDENTIAL

DANSKE_0016489



IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-88

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

**COTEJADO**

----------- VOLÚMEN MIL QUINIENTOS OCHENTA Y SEIS ..........................

----------- INSTRUMENTO NOVENTA Y CUATRO MIL DIECISÉIS ..........................

—En la Ciudad de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, México, a los trece días del mes de Mayo del año dos mil catorce, ANTE MI, Licenciado JOSÉ ALBERTO CASTRO SALAZAR, Notario Público adscrito a la Notaría Pública Número siete del Estado de Baja California Sur, y del Patrimonio Inmueble Federal, con ejercicio en los Municipios de La Paz y Los Cabos, y con Residencia en la Capital del Estado, cuyo titular es el Licenciado HÉCTOR CASTRO CASTRO, actuando de conformidad con lo dispuesto por el párrafo primero y tercero del Artículo 29 veintinueve de la Ley del Notariado en vigor, protocolizó el acta levantada fuera de mi Notaría y en la cual consigné la **PROTOCOLIZACIÓN DEL CONVENIO DE RECONOCIMIENTO DE FIDUCIARIO,** celebrado el día trece de Mayo de dos mil catorce, por la Sociedad Mercantil denominada **"DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** representada en este acto por el señor FERNANDO MANUEL GARCIA CAMPUZANO, **"CI BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE** (antes THE BANK OF NEW YORK MELLON, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE CAUSAHABIENTE UNIVERSAL FINAL DE BANCO J.P. MORGAN, S.A., INSTITUCION DE BANCA MULTIPLE, J.P. MORGAN GRUPO FINANCIERO, DIVISION FIDUCIARIA) ÚNICAMENTE EN SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO F/00321, representado por su Apoderada ITZEL CRISOSTOMO GUZMAN y, **"DANSKE BANK A/S, LONDON BRANCH,** representado en este acto por el señor ADRIAN MENDEZ SEVILLA, actuando como fideicomisario en primer lugar..........................

---El referido documento lo dejo agregado al apéndice del volumen mil quinientos ochenta y seis, de mi protocolo bajo la letra **"A"**, en el legajo correspondiente a este instrumento, el acta en comento se encuentra debidamente firmada y sellada, misma que para FORMALIZAR se protocoliza. DOY FE ..........................

FERNANDO MANUEL GARCIA CAMPUZANO. FIRMADO.- HUELLA DEL DEDO PULGAR DERECHO. ITZEL CRISOSTOMO GUZMAN. FIRMADO.- HUELLA DEL DEDO PULGAR DERECHO. ADRIAN MENDEZ SEVILLA. FIRMADO.- HUELLA DEL DEDO PULGAR DERECHO..........................

AUTORIZO DEFINITIVAMENTE LA PRESENTE ACTA EN LA CIUDAD DE CABO SAN LUCAS, BAJA CALIFORNIA SUR, EN LA MISMA FECHA DE SU OTORGAMIENTO, EN VIRTUD DE NO CAUSAR IMPUESTO ALGUNO. DOY FE ..........................

LIC. JOSÉ ALBERTO CASTRO SALAZAR. FIRMADO. EL SELLO DE AUTORIZAR DE LA NOTARIA..........................

---ANEXO LETRA "A". EL ACTA QUE SE PROTOCOLIZA ..........................

------------------------ ANEXO "A" ..........................

- - En Cabo San Lucas, Baja California Sur, México, a los trece días del mes mayo del año dos mil catorce, Yo, El Licenciando JOSE ALBERTO CASTRO SALAZAR, Notario Adscrito a la Notaría Número Siete del Estado, con ejercicio en los Municipios de La

CONFIDENTIAL

DANSKE_0016490

Paz y Los Cabos, y con residencia en esta Capital del Estado, cuyo Titular es el señor Licenciado HÉCTOR CASTRO CASTRO, actuando de conformidad con lo dispuesto por el párrafo tercero del artículo 29 (veintinueve) de la Ley del Notariado en vigor, constituido en Cabo San Lucas, Baja California Sur, HAGO CONSTAR, que comparecieron:

---1.- El señor FERNANDO MANUEL GARCÍA CAMPUZANO, en su carácter de Apoderado Legal de la Sociedad Mercantil denominada "DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE.----

---2.- La señorita ITZEL CRISÓSTOMO GUZMÁN, como Apoderada de "CI BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE (antes "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE) en su carácter de FIDUCIARIO EN EL FIDEICOMISO NÚMERO F/00321 (F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO), y.

---3.- El señor ADRIÁN MÉNDEZ SEVILLA, actuando como apoderado de "DANSKE BANK A/S, LONDON BRANCH" en su carácter de fideicomisario en primer lugar.----

---Quienes me solicitaron PROTOCOLIZAR DEL CONVENIO DE RECONOCIMIENTO DE FIDUCIARIO, celebrado el día trece de Mayo de dos mil catorce, para tal fin me exhibe en este momento el Convenio correspondiente con catorce hojas útiles tamaño carta de papel común, escrita por un solo lado, debidamente firmada, de la cual se anexa, una copia al apéndice de este instrumento marcada con la letra "B", y que mediante este instrumento se protocoliza y la cual a continuación transcribo íntegramente:

""""CONVENIO DE RECONOCIMIENTO DE FECHA 13 DE MAYO DE 2014 (EL "CONVENIO"), CELEBRADO POR DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V., REPRESENTADO POR EL SR. FERNANDO GARCÍA CAMPUZANO, CIBANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, EXCLUSIVAMENTE EN SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO F/00321, REPRESENTADO POR SU APODERADA ITZEL CRISÓSTOMO GUZMÁN, Y DANSKE BANK A/S, LONDON BRANCH, REPRESENTADO POR EL SR. ADRIÁN MÉNDEZ SEVILLA, DE CONFORMIDAD CON LOS SIGUIENTES ANTECEDENTES, DECLARACIONES Y CLÁUSULAS:

-------------ANTECEDENTES-------------

---1.- Con fecha 10 de marzo de 2006 Lehman Brothers Holdings Inc. ("Lehman Brothers") otorgó a Diamante Cabo San Lucas, S. De R.L. de C.V. ("Diamante") un crédito por la cantidad de hasta $125,000,000.00 (Ciento Veinticinco Millones de Dólares 00/100) de principal, más interés y comisiones (el "Crédito Original").

---2.- En relación con el Crédito Original, el 10 de marzo de 2006 se celebraron los siguientes documentos: (i) Contrato de Crédito Original ("Loan Agreement") celebrado entre Diamante y Lehman Brothers (el "Contrato de Crédito Original"); (ii) Pagaré ("Promissory Note") suscrito por Diamante (el "Pagaré"); (iii) Garantía con Recurso

DANSKE_0016491

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

3

**COTEJADO**

(**"Recourse Guranty"**) celebrada por el señor Kenneth A. Jowdy (el **"Garante"**) y Lehman Brothers, con vigencia a partir del 10 de marzo de 2006 (la **"Garantía con Recurso"**); **(iv)** Documento de Responsabilidad e Indemnización Ambiental (**"Indemnity Agreement"**) celebrado entre Diamante, el Garante y Lehman Brothers (la **"Indemnización Ambiental"**); **(v)** Contrato de Prenda sobre partes sociales (**"Pledge Agreement"**) celebrado entre Diamante, el Garante, Diamante Cabo San Lucas LLC (**"U.S. LLC"**) y Lehman Brothers (el **"Contrato de Prenda de Partes Sociales"**); **(vi)** Contrato de Prenda sobre activos celebrado entre Lehman Brothers y Diamante (el **"Contrato de Prenda sobre Activos"**); **(vii)** Contrato de Prenda (**"Pledge Agreement"**) celebrado entre el Garante, Baja Ventures 2006, LLC, Diamante Properties, LLC, KAJ Holdings LLC y CSK Properties 2006, LLC (colectivamente, los **"Miembros de la U.S. LLC"**) y Lehman Brothers (el **"Contrato de Prenda sobre Partes Sociales de E.U.A."**); **(viii)** Cesión Ómnibus (**"Omnibus Agreement"**) celebrada entre Diamante y Lehman Brothers (la **"Cesión Omnibus 2006"**); **(ix)** Documento de Cumplimiento de Garantía de Conclusión (**"Completion Garanty"**), otorgado por el Garante a favor de Lehman Brothers; y **(x)** Garantía (**"Guaranty"**) otorgada por los Miembros de la U.S. LLC, el Garante y la U.S. LLC a favor de Lehman Brothers. Los documentos que se mencionan anteriormente, según los mismos hayan sido modificados, (conjuntamente los **"Documentos de la Operación 2006"**). ...............

---**3.** Por escritura pública número 65,041, otorgada en La Paz, Municipio de Los Cabos el 10 de marzo de 2006, pasada ante la fe del licenciado José Alberto Castro Salazar, Notario Público número siete del Estado, Diamante, como fideicomitente y fideicomisario en segundo lugar, Lehman Brothers, como fideicomisario en primer lugar, y Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria, como fiduciario, celebraron el Contrato de Fideicomiso identificado con el número F/00321 (el **"Fideicomiso"**) con el fin de garantizar el cumplimiento de Diamante, los Miembros de la U.S. LLC, la U.S. LLC y el Garante bajo los Documentos de la Operación 2006. ......................................................................

--- **4.** En la fecha de celebración del Fideicomiso, Diamante aportó al patrimonio del mismo los siguientes inmuebles (en lo sucesivo los **"Predios"**): ...............................

---**i.- LOTE I UNO:** del predio conocido como **LA LAGUNA**, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, con clave catastral 4-02-013-0081 cuatro guión cero dos guión cero uno tres guión cero cero ocho uno, con una superficie de 5-92-68 has. (cinco hectáreas noventa y dos áreas y sesenta y ocho centiáreas); ......................................

---**ii.- LOTE II DOS:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, con clave catastral 4-02-013-0082 cuatro guión cero dos guión cero uno tres guión cero cero ocho dos, con una superficie de 5-94-86 has. (cinco hectáreas noventa y cuatro áreas y ochenta y seis centiáreas); ..........................................

---III.- **LOTE III TRES:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificada con clave catastral 4-02-013-0083 cuatro guión cero dos guión cero uno tres guión cero ocho tres, con una superficie de 11-34-41 has. (once hectáreas treinta y cuatro áreas y cuarenta y un centiáreas);

---IV.- **LOTE IV CUATRO:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificada con clave catastral 4-02-013-0084 cuatro guión cero dos guión cero uno tres guión cero ocho cuatro, con una superficie de 11-62-60 has. (once hectáreas sesenta y dos áreas y sesenta centiáreas);

---V.- **LOTE V CINCO:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificada con clave catastral 4-02-013-0085 cuatro guión cero dos guión cero uno tres guión cero ocho cinco, con una superficie de 11-40-91 has. (once hectáreas cuarenta áreas y noventa y un centiáreas);

---VI.- **LOTE VI SEIS:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificada con clave catastral 4-02-013-0086 cuatro guión cero dos guión cero uno tres guión cero ocho seis, con una superficie de 11-03-90 has. (once hectáreas tres áreas y noventa centiáreas);

---VII.- **LOTE VII SIETE:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, con clave catastral 4-02-013-0087 (cuatro guión cero dos guión cero uno tres guión cero ochenta y siete) con una superficie de 26-00-98 has. (veintiséis hectáreas cero áreas y noventa y ocho centiáreas);

---VIII.- **POLÍGONO I del Predio LA LAGUNA,** (EL CARDONAL), en la delegación Municipal de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, con clave Catastral 4-02-013-0001 CUATRO CERO DOS CERO UNO TRES GUION CERO CERO CERO UNO y con superficie de 528-88-49.427 Has. QUINIENTOS VEINTIOCHO HECTÁREAS OCHENTA Y OCHO AREAS CUARENTA Y NUEVE PUNTO CUATROCIENTOS VEINTISIETE CENTIÁREAS.

---**6.-** Por escritura pública número 59,521 otorgada ante la fe del Licenciado Roberto Núñez y Bandera, Notario Público Número Uno de México, Distrito Federal, el 19 de noviembre de 2008, **THE BANK OF NEW YORK MELLON, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE** (el **"Fiduciario"**) como fusionante se fusionó con VERTROUWEN MEXICANA, SOCIEDAD ANÓNIMA (previamente constituida mediante Escritura Publica número 59,517 otorgada ante la fe del mismo Notario Público Número Uno de México Distrito Federal, por escisión de Banco JP Morgan, Sociedad Anónima, Institución de Banca Múltiple, JP Morgan Grupo Financiero; con el objeto principal de recibir de Banco J. P. Morgan, Sociedad Anónima, Institución de Banca Múltiple Grupo

DANSKE_0016493

IGNACIO RAMIREZ 1930
TELS. 122-91-20
          122-97-17
          125-24-20
FAX  125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

5



**COTEJADO**

Financiero, ciertas cuentas, diversos activos y una porción del capital contable de Banco J. P. Morgan, Sociedad Anónima, Institución de Banca Múltiple Grupo Financiero) como sociedad fusionada, subsistiendo en consecuencia la primera y adquiriendo como fusionante a título universal el patrimonio de la fusionada, a su vez constituido por el patrimonio recibido de Banco J. P. Morgan, Sociedad Anónima, Institución de Banca Múltiple, J. P. Morgan Grupo Financiero. ...............................................................

---**6.** Con fecha 13 de enero de 2009, Lehman Brothers y Danske Bank A/S (**"Danske"**) celebraron cierto contrato global de cesión de derechos (**"Omnibus Assignment and Assumption"**) (la **"Cesión Omnibus 2009"**) por virtud del cual Lehman Brothers cedió a Danske todos sus derechos bajo los Documentos de la Operación 2006 y éste último aceptó dicha cesión. .....................................................................................

---**7.** Con fecha 5 de marzo de 2009, Lehman Brothers y Danske celebraron ciertos contratos de cesión por virtud de los cuales las partes de los mismos perfeccionaron la Cesión Omnibus 2009 de conformidad con la legislación mexicana, la cesión de derechos a favor de Danske, el Contrato de Prenda de Partes Sociales, el Contrato de Prenda sobre Activos y el Fideicomiso. ...........................................................

---**8.** Con fecha 5 de marzo de 2009, Danske y Diamante celebraron un convenio de terminación al Contrato de Prenda sobre Activos, en virtud de que los activos materia de la prenda son aportados al patrimonio del Fideicomiso. ..........................................

---**9.** El 6 de marzo de 2009, Danske y Diamante Cabo celebraron un convenio modificatorio y de re-expresión al Contrato de Crédito Original (**"Amended and Restated Loan Agreement"**) por virtud del cual Danske y Diamante modificaron los términos del Contrato de Crédito (el **"Contrato de Crédito Modificado y Re-expresado"**) y re-afirmaron y modificaron los Documentos de la Operación 2006 (los **"Documentos Modificados 2009"**). .......................................................................

---**10.** Dentro de las modificaciones a los Documentos Modificados 2009 que se hace mención en el numeral anterior, se encuentran las siguientes: ................................

---**a.** Danske, como tenedor del Pagaré de fecha 10 de marzo de 2006, y Diamante acordaron la división del Pagaré mediante la suscripción de dos pagarés por la cantidad de USD$109,138,327.83 (Ciento Nueve Millones Ciento Treinta y Ocho Mil Trescientos Veintisiete Dólares 83/100) (el **"Pagaré A"**), y USD$16,000,000.00 (Dieciséis Millones de dólares 00/100) (el **"Pagaré B"**)...................................................................

---**b.** Modificación al Contrato de Prenda de Partes Sociales con la finalidad de re-afirmar las obligaciones de los pignorantes en favor de Danske. .................................

---**11.** Por escritura pública número 78,882, otorgada en La Paz, Municipio de Los Cabos, el 6 de marzo de 2009, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público número siete del Estado, el Danske, Diamante y el Fiduciario, celebraron un convenio modificatorio y de re-expresión al Fideicomiso por virtud del cual Danske y Diamante modificaron y re-expresaron los términos del Fideicomiso (el **"Convenio Modificatorio al Fideicomiso"**)..........................................

---12. Danske y Diamante acordaron re-afirmar y modificar los Documentos Modificados 2009 con la finalidad, entre otras, de incrementar la cantidad del Pagaré B por la cantidad de USD$20,000,000.00 (Veinte Millones de Dólares 00/100) (los "**Documentos Modificados 2010**").

---13. Por escritura pública número 81,161, otorgada en La Paz, Municipio de Los Cabos, el 27 de octubre de 2009, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, misma que se encuentra debidamente en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número setenta y nueve, del volumen CDXXXIII, de la sección primera, de fecha tres de febrero del año dos mil diez, Diamante en representación del Fiduciario, solicitó la protocolización de deslinde de los lotes que integran el predio la "Laguna", "Rancho el Cardonal" y "Zona Costa Pacífico" para quedar como sigue:

| Polígono | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| 2 | 40Z013082 | 79 | 79 | CDXXXIII | Primera | 03-Feb-10 |
| 4 | 40Z013084 | 79 | 79 | CDXXXIII | Primera | 03-Feb-10 |
| 5 | 40Z013085 | 79 | 79 | CDXXXIII | Primera | 03-Feb-10 |

---14. Por escritura pública número 82,871, otorgada en La Paz, Municipio de Los Cabos, el 18 de mayo de 2010, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, misma que se encuentra debidamente inscrito en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número ciento veintisiete, foja ciento veintisiete, del volumen CDXXXVIII, de la sección primera, de fecha veintiuno de mayo del año dos mil diez, Diamante en representación del Fiduciario solicitó la constitución del régimen de propiedad en condominio maestro denominado "**Diamante Cabo San Lucas**" (el "**Condominio Maestro**"), para quedar como sigue:

| Condominio | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| Condominio 3 The Village | 40Z093003001001-003001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |
| Condominio 4 The Estates | 40Z093003001001-004001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |
| Condominio 5 Ocean View 1 | 40Z093003001001-005001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |
| Condominio 6 Ocean View 2 | 40Z093003001001-006001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |

---15. Por escritura pública número 82,876 (ochenta y dos mil ochocientos setenta y seis), otorgada en La Paz, Municipio de Los Cabos, el 18 de abril de 2010, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la fe del Estado, misma que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número ciento treinta y tres, foja ciento treinta y tres, del volumen CDXXXVIII, sección primera, de fecha veintisiete de mayo del año dos mil diez,

CONFIDENTIAL

DANSKE_0016495

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-58

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



7

**COTEJADO**

Diamante en representación del Fiduciario solicitó la constitución del sub-régimen de propiedad en condominio 1 "Golf Villas" del Condominio Maestro tal y como se describe a continuación: .........................................................................

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| 1 | 402093001001-001001 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 2 | 402093001001-001002 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 3 | 402093001001-001003 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 4 | 402093001001-001004 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 6 | 402093001001-002006 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 7 | 402093001001-002007 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 8 | 402093001001-002008 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 9 | 402093001001-002009 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 10 | 402093001001-002010 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 11 | 402093001001-002011 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 12 | 402093001001-002012 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 14 | 402093001001-002014 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 15 | 402093001001-002015 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 18 | 402093001001-003018 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 20 | 402093001001-003020 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 21 | 402093001001-003021 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 22 | 402093001001-003022 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 23 | 402093001001-003023 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 24 | 402093001001-003024 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 25 | 402093001001-003025 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 26 | 402093001001-003026 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 27 | 402093001001-003027 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 28 | 402093001001-003028 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 30 | 402093001001-003030 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 31 | 402093001001-003031 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 32 | 402093001001-003032 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 35 | 402093001001-004035 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 36 | 402093001001-004036 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 37 | 402093001001-004037 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 38 | 402093001001-004038 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 39 | 402093001001-004039 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 40 | 402093001001-004040 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |

CONFIDENTIAL

DANSKE_0016496

—16.— Por escritura pública número 83,280 (ochenta y tres mil doscientos ochenta), otorgada en La Paz, Municipio de Los Cabos, el 29 de junio de 2010, pasada ante la fe

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | 402093001001-004041 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 42 | 402093001001-004042 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 43 | 402093001001-004043 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 44 | 402093001001-004044 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 45 | 402093001001-004045 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 46 | 402093001001-005046 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 47 | 402093001001-005047 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 48 | 402093001001-005048 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 49 | 402093001001-005049 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 50 | 402093001001-005050 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 51 | 402093001001-005051 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 52 | 402093001001-005052 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 53 | 402093001001-005053 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 54 | 402093001001-005054 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 55 | 402093001001-005055 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 56 | 402093001001-005056 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 57 | 402093001001-005057 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 58 | 402093001001-005058 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 59 | 402093001001-005059 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 60 | 402093001001-005060 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 61 | 402093001001-005061 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 62 | 402093001001-005062 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 63 | 402093001001-005063 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 64 | 402093001001-005064 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 65 | 402093001001-005065 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 66 | 402093001001-005066 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 67 | 402093001001-004067 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 68 | 402093001001-003068 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 69 | 402093001001-001069 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 70 | 402093001001-002070 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 71 | 402093001001-002071 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 72 | 402093001001-004072 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 73 | 402093001001-004073 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 74 | 402093001001-005074 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 75 | 402093001001-005075 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |

CONFIDENTIAL

DANSKE_0016497

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-25-20
FAX 125-25-58

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

9



**COTEJADO**

del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, misma que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el numero veinticuatro, foja veinticuatro, del volumen CDXLVIII, sección primera, de fecha siete de Julio del año dos mil diez, Diamante en representación del Fiduciario se hizo la constitución del sub-régimen de propiedad en condominio 2 "Sunset Hill" del Condominio Maestro tal y como se describe a continuación: ................

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|------|-----------------|---------------|------|---------|---------|-------|
| 1 | 402093001001-002001 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 2 | 402093001001-002002 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 3 | 402093001001-002003 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 5 | 402093001001-002005 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 7 | 402093001001-022007 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 8 | 402093001001-022008 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 9 | 402093001001-022009 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 10 | 402093001001-022010 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 11 | 402093001001-022011 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 12 | 402093001001-022012 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 13 | 402093001001-022013 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 14 | 402093001001-022014 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 15 | 402093001001-022015 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 16 | 402093001001-002016 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 17 | 402093001001-002017 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 18 | 402093001001-002018 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 20 | 402093001001-002020 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 23 | 402093001001-002023 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 26 | 402093001001-002026 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 32 | 402093001001-002032 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 33 | 402093001001-002033 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 34 | 402093001001-002034 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 35 | 402093001001-002035 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 36 | 402093001001-002036 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 37 | 402093001001-002037 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 38 | 402093001001-002038 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 39 | 402093001001-002039 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 40 | 402093001001-002040 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 41 | 402093001001-002041 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |

DANSKE_0016498

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| 1 | 40209300100Z-001001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 4 | 40209300100Z-004001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 7 | 40209300100Z-007001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 9 | 40209300100Z-009001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 10 | 40209300100Z-010001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |

-----17. Por escritura pública número 3,016 (tres mil dieciséis), otorgada en La Paz, Municipio de Los Cabos, el 22 de junio de 2011, pasada ante la fe del señor Karim Francisco Martínez Lizárraga, Notario Público Número Veintidós del Estado, misma que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el volumen número ciento sesenta y tres, foja ciento sesenta y tres, del volumen CDLXXX, sección primera, de fecha veinticuatro de junio del año dos mil once, Diamante en representación del Fiduciario solicitó la constitución del régimen de propiedad en condominio 6 "Beach Estates" tal y como se describe a continuación:

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| 42 | 40209300100Z-002042 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 43 | 40209300100Z-002043 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 44 | 40209300100Z-002044 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 45 | 40209300100Z-002045 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 46 | 40209300100Z-002046 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 47 | 40209300100Z-002047 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 48 | 40209300100Z-002048 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 49 | 40209300100Z-002049 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 50 | 40209300100Z-002050 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 51 | 40209300100Z-002051 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 53 | 40209300100Z-002053 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 55 | 40209300100Z-002055 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 59 | 40209300100Z-002059 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 62 | 40209300100Z-002062 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 66 | 40209300100Z-002066 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 68 | 40209300100Z-002068 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 71 | 40209300100Z-002071 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 72 | 40209300100Z-002072 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 73 | 40209300100Z-002073 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 74 | 40209300100Z-002074 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 78 | 40209300100Z-002078 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |
| 79 | 40209300100Z-002079 | 24 | 24 | CDLXVIII | Primera | 07-Jul-10 |

DANSKE_0016499

IGNACIO RAMIREZ 1930.
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

11



**COTEJADO**

| 12 | 402093001002-012001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
|----|---------------------|-----|-----|--------|---------|-----------|
| 13 | 402093001002-013001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 14 | 402093001002-014001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 16 | 402093001002-016001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 17 | 402093001002-017001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 18 | 402093001002-018001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 19 | 402093001002-019001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 27 | 402093001002-027001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 28 | 402093001002-028001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 30 | 402093001002-030001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 32 | 402093001002-032001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 36 | 402093001002-036001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 43 | 402093001002-043001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 48 | 402093001002-048001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 50 | 402093001002-050001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |

---**18.** Por escritura número 14,071 (catorce mil setenta y uno), de fecha 21 de diciembre de 2012, en la ciudad de San José del Cabo, Baja California Sur, pasada ante la fe del señor Licencia Ricardo Cevallos Valdez, Notario Público Número Dieciocho del Estado, misma que se encuentra debidamente inscrita en el registro público de la propiedad y del comercio de San José del Cabo, Baja California Sur, bajo el número ciento ochenta y ocho, foja ciento ochenta y ocho, del volumen DXXXII, sección primera, de fecha veinticuatro de enero del año dos mil trece, Diamante en representación de Fiduciario solicitó la protocolización de oficio de relotificación y planos anexos respecto del Polígono 1 así como también la constitución de servidumbres tal y como se describen a continuación: .................................................................................................................

---i.   SERVIDUMBRE VOLUNTARIA DE PASO, PEATONAL Y VEHICULAR, CONTINUA, PERPETUA, PERMANENTE, APARENTE E IRREVOCABLE IDENTIFICADA CON EL NÚMERO (1) UNO sobre el inmueble identificado como polígono (1) uno fracción G", del predio "El Cardonal", del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificado con clave catastral 402-013-0001 con una superficie en metros cuadrados (1,075,035.270 m²) un millón setenta y cinco mil treinta y cinco metros cuadrados doscientos setenta milímetros cuadrados, es decir, (107-50-35.270 has.) ciento siete hectáreas cincuenta áreas treinta y cinco punto doscientos setenta centiáreas. .................................................................

---ii.   SERVIDUMBRE VOLUNTARIA DE PASO, PEATONAL Y VEHICULAR, CONTINUA, PERPETUA, PERMANENTE, APARENTE E IRREVOCABLE IDENTIFICADA CON EL NÚMERO (2) DOS sobre el inmueble identificado como polígono (1) uno fracción G", del predio "El Cardonal", del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificado con clave catastral 402-

013-0001, con una superficie en metros cuadrados (1,075,035.270 m²) un millón setenta y cinco mil treinta y cinco metros cuadrados doscientos setenta milímetros cuadrados, es decir, (107-50-35.270 has.) ciento siete hectáreas cincuenta áreas treinta y cinco punto doscientos setenta centiáreas.

---III.- SERVIDUMBRE VOLUNTARIA DE PASO, PEATONAL Y VEHICULAR, CONTINUA, PERPETUA, PERMANENTE, APARENTE E IRREVOCABLE, IDENTIFICADA COMO VIALIDAD DE ACCESO sobre el inmueble identificado como área de uso común de (361,594.17 m²) trescientos sesenta y un mil quinientos noventa y cuatro metros cuadrados diecisiete centímetros cuadrados, con uso de suelo autorizado para infraestructura, conservación y ornato.

---RELOTIFICACIÓN QUE ARROJA LAS SIGUIENTES FRACCIONES:

| Polígono | Fracción | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|---|
| 1 | A | 4020131121 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | B | 4020131122 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | C | 4020131123 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | D | 4020131124 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | E | 40201312Z5 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | G | 40203010001 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |

---19.- El 26 de abril de 2013, Danske y Diamante celebraron un segundo convenio modificatorio y de re-expresión al Contrato de Crédito (**"Loan Agreement"**) por virtud del cual Danske y Diamante modificaron los términos del Contrato de Crédito Original (el **"Segundo Convenio Modificatorio del Crédito"**) y reafirmaron los Documentos Modificados 2010 (**"Second Amended and Restated Loan Agreement"**). Dentro de las modificaciones que se hicieron bajo el Segundo Convenio Modificatorio del Crédito fueron las siguientes: (i) incrementar la cantidad del Pagaré A por una cantidad de USD$123,500,000.00 (Ciento Veintitrés Millones Quinientos Mil Dólares 00/100), (ii) división del Pagaré B mediante la suscripción (y) un Pagaré B substituto suscrito con la misma fecha por la cantidad de USD$18,000,000.00 (Dieciocho Millones de Dólares 00/100), y (z) un pagaré C (el "Pagaré C") por la cantidad de USD$2,000,000.00 (Dos Millones de Dólares 00/100); y (iii) un crédito adicional por la cantidad de USD$3,000,000.00 (Tres Millones de Dólares 00/100), evidenciado a través de un pagaré por la misma cantidad (el "Pagaré D") (los **"Documentos Modificados 2013"**).

---20.- Con esa misma fecha, Diamante y el fiduciario del Fideicomiso, y Danske celebraron un segundo convenio modificatorio al Fideicomiso por virtud del cual Danske y Diamante modificaron los términos del Fideicomiso (el **"Segundo Convenio Modificatorio al Fideicomiso"**).

---21.- Por escritura pública número 11,180 (once mil ciento ochenta), otorgada en la ciudad de Cabo San Lucas, Baja California Sur , el 20 de diciembre de 2013, pasada ante la fe del señor Licenciado Fernando González Rubio Cerecer, Notario Público

DANSKE_0016501

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-66

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



13

**COTEJADO**

Número Catorce del Estado, misma que se encuentra debidamente inscrito en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número ciento sesenta y dos, foja ciento sesenta y dos, del volumen DLX, de la sección primera, de fecha nueve de enero del año dos mil catorce, Diamante en representación del Fiduciario solicitó la constitución del régimen de propiedad en condominio maestro denominado "DRC", ubicado en el polígono uno, fracción F del Predio El Cardonal,  para quedar como sigue: ...................................................................

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|------|-----------------|---------------|------|---------|---------|-------|
| A | 402093001003-00A001 | 162 | 162 | DLX | Primera | 09-Ene-14 |
| B | 402093001003-00B001 | 162 | 162 | DLX | Primera | 09-Ene-14 |

---**22.** Por escritura pública número 111,339, otorgada el 23 de abril de 2014, pasada ante la fe del licenciado Amando Mastachi Aguario, Notario Público número 121 del Distrito Federal, inscrita en el Registro Público de la Propiedad y de Comercio el 23 de abril de 2014, mediante la cual el Fiduciario, como fusionante, y CI Banco, S.A., Institución de Banca Múltiple, como fusionada, celebraron una fusión en virtud de la cual el Fiduciario subsistió como sociedad fusionante y CIBanco desapareció como sociedad fusionada. Asimismo, mediante dicho instrumento, el Fiduciario cambió de denominación a "CIBanco, S.A., Institución de Banca Múltiple", ("**CIBanco**"). ..................

- - - - - - - - - - - - - - - - - - - D E C L A R A C I O N E S ...........................................

---**I.** Declara el Fiduciario por conducto de su apoderada, bajo protesta de decir verdad, que: ...................................................................................................................................

**a)** Es una institución de banca múltiple debidamente constituida de conformidad con las leyes de los Estados Unidos Mexicanos; ...............................................................................

**b)** Tiene la calidad de fiduciario en el contrato de Fideicomiso número F/00321 al que se hace referencia en el Antecedente número tres (3) del presente instrumento. ...................

**c)** Por escritura pública número 111,339, otorgada el 23 de abril de 2014, pasada ante la fe del licenciado Amando Mastachi Aguario, Notario Público número 121 del Distrito Federal, inscrita en el Registro Público de la Propiedad y de Comercio el 23 de abril de 2014, mediante la cual el Fiduciario, como fusionante, y CI Banco, S.A., Institución de Banca Múltiple, como fusionada, celebraron una fusión en virtud de la cual el Fiduciario subsistió como sociedad fusionante y CI Banco desapareció como sociedad fusionada. Asimismo, mediante dicho instrumento, el Fiduciario cambió de denominación a "CIBanco, S.A., Institución de Banca Múltiple", ("**CIBanco**"). ...........................................

**d)** Por escritura pública número 111,508 otorgada el día cinco de mayo de dos mil catorce, ante la fe del Licenciado  Amado Mastachi Aguario, Notario Público número 121  del Distrito Federal, "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, (antes "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE) en su carácter de fiduciario en el FIDEICOMISO NÚMERO "F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO",

CONFIDENTIAL

DANSKE_0016502

otorgo representada por sus delegados fiduciarios los licenciados Roberto Pérez Estrada y Ricardo Antonio Rangel Fernández McGregor, **PODER GENERAL LIMITADO** a favor de la licenciada ITZEL CRISÓSTOMO GUZMÁN.

**e)** Es su interés celebrar el presente Convenio para reconocer su carácter de fiduciario del Fideicomiso y reconocer todos los derechos y obligaciones como fiduciario bajo el Fideicomiso.

**II. Declara Diamante, a través de su representante, que:**

**(a)** Es una sociedad de responsabilidad limitada de capital variable debidamente constituida de conformidad con las leyes de los Estados Unidos Mexicanos, con domicilio principal en Boulevard Diamante S/N, Colonia Los Cangrejos I, Cabo San Lucas, Baja California Sur, México, C.P. 23473.

**(b)** Cuenta con las facultades corporativas y legales para celebrar y cumplir con las obligaciones a su cargo establecidas en el presente Contrato, y ha tomado todas las acciones jurídicas y corporativas necesarias a efecto de autorizar su celebración y cumplimiento en los términos del presente Convenio.

**(c)** Que los Antecedentes del presente Contrato son ciertos y verdaderos.

**(d)** Que es su deseo celebrar el presente Convenio, sirviendo el presente inciso como carta de instrucción al Fiduciario para todos los efectos legales a los que haya lugar.

**III. Declara Danske, a través de su representante, que:**

**(a)** Es un banco debidamente constituido de conformidad con las leyes del Reino de Dinamarca.

**(b)** Cuenta con la capacidad necesaria para celebrar el presente Contrato y ha obtenido las autorizaciones necesarias para la ejecución del mismo; y

**(c)** Su representante cuenta con las facultades necesarias para la ejecución del presente Contrato.

**(d)** Que es su deseo celebrar el presente Convenio, sirviendo el presente inciso como carta de instrucción al Fiduciario para todos los efectos legales a los que haya lugar.

Expuesto lo anterior, las partes están de acuerdo en otorgar este Convenio con sujeción a las siguientes:

- - - - - - - - - - - - - - - **C L Á U S U L A S** - - - - - - - - - - - -

**PRIMERA.** Con efectos en y a partir del día 28 de abril de 2014, en términos de la escritura pública número 111,338, pasada ante la fe del licenciado Amando Mastachi Aguario, Notario Público número 121 del Distrito Federal, el Fiduciario del Fideicomiso cambio de denominación a "CIBanco, S.A., Institución de Banca Múltiple".

**SEGUNDA.** Cada una de las partes confirma la subsistencia del Fideicomiso y de las obligaciones que se derivan conforme al mismo, para todos los efectos legales a que haya lugar, exactamente en sus condiciones y términos, en el entendido que Danske en este acto instruye y expresa su conformidad para la celebración del presente instrumento por parte del Fiduciario.

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

15



**COTEJADO**

---**TERCERA.** A partir de esta fecha, todas las referencias a "Fiduciario" en el fideicomiso (incluyendo sus modificaciones), el Contrato de Crédito Original (incluyendo sus modificaciones) o en cualquier documento que se derive de los mismos, se entenderán hechas a CIBANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, exclusivamente en su carácter de fiduciario del Fideicomiso F/00321. Asimismo, todos los Predios a los que se hace referencia en los Antecedentes del presente instrumento, deberán aparecer en favor de "CIBanco, S.A., Institución de Banca Múltiple", exclusivamente en su carácter de fiduciario del Fideicomiso F/00321. ...........................

---**CUARTA.** La celebración del presente Convenio no constituye novación, satisfacción, pago, cumplimiento o extinción de cualesquiera obligaciones previstas en el Fideicomiso o cualesquier otros documentos celebrados en relación con el mismo. .........................

---**QUINTA.** Este Convenio está sujeto y será regido e interpretado de conformidad con las leyes aplicables en los Estados Unidos Mexicanos. Para cualquier controversia derivada de la interpretación y cumplimiento de este Convenio las partes se someten expresa e irrevocablemente a la jurisdicción de los tribunales competentes en el Distrito Federal, renunciando a cualquier otro fuero o jurisdicción que por razón de sus domicilios presentes o futuros pudiese corresponderles.""""""" ...........................................

---SIGUEN FIRMAS. ...........................................................................................................

---Declaran los comparecientes que las firmas que aparecen en el Convenio, son auténticas, así como el texto de la misma. ...............................................................

---Expuesto lo anterior, son de otorgarse las siguientes: ..............................................

------------------ C L Á U S U L A ...............................................

---**UNICA.-** A solicitud de los señores FERNANDO MANUEL GARCIA CAMPUZANO, en su carácter de Apoderado Legal de la Sociedad Mercantil denominada **"DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** ITZEL CRISOSTOMO GUZMAN, como Apoderada de **"CI BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE** (antes "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE) en su carácter de **FIDUCIARIO EN EL FIDEICOMISO NÚMERO F/00321 (F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO)** y, ADRIAN MENDEZ SEVILLA, actuando como apoderado de **"DANSKE BANK A/S, LONDON BRANCH"** en su carácter de fideicomisario en primer lugar, se da por PROTOCOLIZADO el Convenio mencionado en el proemio de este instrumento celebrado el día trece de mayo de dos mil catorce .........................................................................................

------------------ P E R S O N A L I D A D ...............................................

---**I.-** El señor **FERNANDO MANUEL GARCÍA CAMPUZANO,** acredita su personalidad y la legal existencia de su representada la cual manifiesta que no le ha sido revocada, ni modificada, con los siguientes documentos: ..............................................................

---**a)** Escritura pública 64,865 sesenta y cuatro mil ochocientos sesenta y cinco, del volumen 1,025 mil veinticinco, de fecha veintitrés de febrero del año dos mil seis, e

DANSKE_0016504

inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, bajo el Folio Mercantil Electrónico: 9065 4 nueve cero seis cinco cuatro, RFC/No. DCS060223-D40. Primer Inscripción, Boleta de Pago No.: 275471 dos siete cinco cuatro siete uno, de fecha veintisiete de febrero del año dos mil seis, otorgada ante la de del Suscrito Notario. Adscrito a la Notaría Pública Número Siete, del Estado, en la cual se hace constar la CONSTITUCION de la Sociedad Mercantil denominada "DIAMANTE CABO SAN LUCAS", S. DE R.L. DE C.V., de la cual en lo conducente copio lo siguiente:

......................................................................................................

"......PRIMERA.- La sociedad se denominará "DIAMANTE CABO SAN LUCAS"; ésta denominación irá seguida de las palabras SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE.- SEGUNDA.- La sociedad tendrá por objeto la realización de todo tipo de actividades relacionadas con el desarrollo inmobiliario dentro de los límites permitidos por la Ley de Inversión Extranjera, por lo que además de las actividades que se mencionan en este artículo, la sociedad desarrollará campos de golf privados de dieciocho hoyos, unidades habitacionales, casitas y demás infraestructura relacionada. En general la sociedad podrá realizar todo tipo de actividades relacionadas con lo anterior, por lo que enunciativa mas no limitativamente la sociedad podrá.- A).- Dentro de los límites permitidos por la Ley de Inversión Extranjera, realizar todo tipo de actividades relacionadas con el desarrollo inmobiliario con fines turísticos. B).- Dentro de los límites permitidos por la Ley de Inversión Extranjera, establecer, adquirir, construir, arrendar, operar y poseer en cualquier forma permitida por la Ley tiendas, almacenes, oficinas, establecimientos, bodegas y otros establecimientos necesarios o convenientes para los objetos de la sociedad.- C).- Adquirir o poseer por cualquier título, usar dar o tomar en arrendamiento, administrar, vender o disponer en cualquier forma, de todos los bienes muebles o inmuebles que fueren necesarios o convenientes para la realización de los objetos de la sociedad.- D).- Supervisar, planear o contratar, directamente o a través de terceros, toda clase de construcciones, edificaciones y urbanizaciones, así como adquirir y enajenar por cualquier título materiales de construcción.- E).- Prestar y recibir toda clase de servicios técnicos, administrativos, de supervisión promoción y en general cualesquiera clase de servicios requeridos por negociaciones comerciales o industriales, en México o en el extranjero.- F).- Promover, organizar, administrar y supervisar toda clase de sociedades mercantiles o civiles.- G).- Adquirir acciones, participaciones, partes sociales o títulos y obligaciones de toda clase de empresas o sociedades y formar parte de ellas.- H).- Registrar, obtener, adquirir, usar o disponer de toda clase de marcas, nombres comerciales, certificados de inversión, patentes, derechos de autor, opciones y preferencias, procesos y concesiones o licencias, ya sea en México o en el extranjero.- I).- Obtener y otorgar préstamos con o sin garantía, emitir, aceptar, avalar, endosar, y en general suscribir todo título de créditos, así como garantizar en cualquier forma las obligaciones de terceros.- J).- En general la celebración de toda clase de actos y contratos que se relacionen directa o indirectamente con la sociedad o más fines entre los que se encuentran la adquisición o cualquier forma de bienes muebles o inmuebles propios o en desarrollo de su objeto social. La sociedad solo podrá realizar actividades propias de su objeto, sin que de ninguna manera pueda llevar a cabo actividades reservadas de manera exclusiva al Estado Mexicano. TERCERA.- El domicilio de la sociedad será: La Ciudad de Cabo San Lucas, Baja California Sur, sin perjuicio de establecer oficinas o sucursales en otras partes del Estado o de la República o del Extranjero y señalar domicilios convencionales en los contratos que celebre. CUARTA.- La duración de la sociedad será de NOVENTA Y NUEVE AÑOS, que se contarán a partir de la fecha de firma de esta escritura. QUINTA.- CLÁUSULA DE EXTRANJERÍA.- La Sociedad será de Nacionalidad Mexicana, con cláusula de ADMISIÓN DE EXTRANJEROS. Pudiendo participar en su Capital Social, Inversionistas Extranjeros o

CONFIDENTIAL

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-56

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



17

**COTEJADO**

Sociedades sin Cláusula de Exclusión de Extranjeros; participación de Capital que será admitida en cualquier proporción.- "Todo extranjero que en el acto de la constitución o en cualquier tiempo ulterior, adquiera un interés o participación social en la sociedad, se considerará por ese simple hecho como mexicana, respecto de uno y otra, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana". SEXTA.- El capital de la sociedad será variable, iniciándose con un mínimo sin derecho a retiro de: $ 10,000.00 (DIEZ MIL PESOS, 00/100 MONEDA NACIONAL) siendo el máximo ilimitado. SEPTIMA.- El capital social será íntegramente suscrito y pagado, y se encuentra representado en partes sociales de $ 500.00 ( quinientos pesos, 00/100 moneda nacional) cada una de ellas, las que siempre serán de dicha cantidad o de un múltiplo de la misma. OCTAVA.- Los socios fundadores aportan a la sociedad la cantidad de $ 500.00 (quinientos pesos, 00/100 moneda nacional), de la siguiente manera: - - El Gerente Administrador de la Sociedad manifiesta bajo protesta de decir verdad que en la Caja de Caudales se encuentra depositado íntegramente el importe del valor de las acciones.- NOVENA.- La sociedad será administrada por un GERENTE ADMINISTRADOR o un GERENTE GENERAL, el cual tendrá las mas amplias facultades de un apoderado GENERAL PARA PLEITOS Y COBRANZAS, ACTOS DE ADMINISTRACIÓN y ACTOS DE DOMINIO, con todas las facultades generales y las especiales que requieran cláusula especial conforme a la Ley, en los términos de los TRES primeros párrafos del artículo (2,554) dos mil quinientos cincuenta y cuatro y las especiales del (2,587) dos mil quinientos ochenta y siete, ambos del Código Civil para el Distrito Federal y su correlativo el Artículo (2468) dos mil cuatrocientos sesenta y ocho del Código Civil para el Estado de Baja California Sur, y sus correlativos en las demás Entidades Federativas.- El apoderado podrá concurrir ante toda clase de Autoridades sean de la Federación, de los Estados, Municipios, Delegaciones y ya sean estas Legislativas, Ejecutivas, Judiciales, del Trabajo, Fiscales o de cualquiera otra naturaleza. Haciendo toda clase de gestiones y solicitudes cualesquiera que ellas sean; para presentar denuncias, querellas y acusaciones coadyuvar con el Agente del Ministerio Público y constituirse en parte civil, para desistirse de toda clase de acciones, procedimientos, incidentes, recursos, denuncias, querellas y acusaciones e incluso del juicio de amparo, para transigir y comprometer en árbitros y arbitradores; para absolver y articular posiciones, para recusar con causa o sin ella para recibir pagos y para cualesquiera otras sin reserva ni limitación alguna, pudiendo concurrir ante toda clase de personas físicas o morales, privadas u oficiales, haciendo toda clase de gestiones y solicitudes . Además del poder general para pleitos y cobranzas que se otorga, de acuerdo con los Artículos 689, 690, 692 y 695 de la Ley Federal del Trabajo, se designa al apoderado como representante legal de la empresa, con facultades para ocurrir en nombre de ésta a las Audiencias de Conciliación que se celebren ante la Junta Local de Conciliación, ante la Junta Federal de Conciliación, ante la Junta Especial que corresponda, bien sea de la Federal o de la Local de Conciliación y Arbitraje o ante cualesquiera autoridad del trabajo, con facultades para actos de administración en el área Laboral y para celebrar los convenios que puedan derivarse de ella. PODER PARA ACTOS DE ADMINISTRACIÓN, a fin de que el apoderado pueda celebrar o hacer celebrar, ejecutar o hacer ejecutar toda clase de hechos, actos, convenios y contratos de cualquiera naturaleza que ellos sean, otorgando toda clase de documentos privados e instrumentos públicos con facultades administrativas. PODER PARA SUSCRIBIR TITULOS DE CREDITO, a fin de que el apoderado pueda emitir, girar, suscribir, endosar, avalar o de cualquiera otra manera poner en circulación toda clase de títulos de crédito, en los términos del Artículo 9° Noveno de la Ley General de Títulos y Operaciones de Crédito.- PODER PARA EJERCER ACTOS DE DOMINIO, a fin de que el apoderado pueda enajenar, gravar, hipotecar o de cualquiera otra manera disponer de la posesión y dominio de bienes del mandante de cualquiera naturaleza que ellos sean, pudiendo firmar

CONFIDENTIAL

DANSKE_0016506

cuantos documentos privados o escrituras públicas en los términos, precios y demás condiciones que estime pertinentes el apoderado y en su caso negociar las cédulas recibir su importe y endosar o hacer efectivos los cheques representativos del pago.- FACULTADES PARA SUSTITUIR EN TODO O EN PARTE EL PRESENTE MANDATO, reservándose el apoderado el ejercicio del mismo lo poder nombrar apoderados, factores y empleados, fijándoles sus facultades, obligaciones, remuneraciones y revocar las substituciones que hiciere, TRANSITORIAS: PRIMERA.- Reunidos en primera Asamblea General de Accionistas, los socios, toman las siguientes acuerdos: 1°.- La sociedad será administrada por un GERENTE ADMINISTRADOR.- 2°.- Se designa como GERENTE ADMINISTRADOR al Señor KENNETH ABOUD JOWDY quien en el cargo de sus funciones, tendrá las facultades que se establecen en la Cláusula NOVENA de la presente escritura constitutiva, con la salvedad de que para el desempeño de su actividad deberá de obtener el permiso correspondiente que a su juicio expida la Secretaría de Gobernación y de que en caso de violación al Reglamento de la Ley General de Población se hará acreedor a las sanciones correspondientes.- 3°.- Se otorga al señor FERNANDO MANUEL GARCIA CAMPUZANO, un PODER GENERAL PARA PLEITOS Y COBRANZAS, ACTOS DE ADMINISTRACION Y ACTOS DE DOMINIO..."

---b) Mediante escritura pública número setenta y ocho mil ochocientos ochenta y uno, del volumen mil doscientos noventa y uno, de fecha seis del año dos mil nueve, otorgada ante la fe del Suscrito Notario, en la cual consta LA PROTOCOLIZACION, del Acta de Asamblea General de la Sociedad Mercantil denominada **"DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, de la cual en lo conducente copio lo siguiente: .....

"... **PRIMERA.-** A solicitud del señor FERNANDO MANUEL GARCIA CAMPUZANO, se da por PROTOCOLIZAD la Acta de Asamblea de la Sociedad Mercantil denominada "DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, celebrada el día seis de Marzo de dos mil nueve, y formalizados los acuerdos en la misma tomados. - SEGUNDA.- "DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, acepta y reconoce la cesión de derechos contenida en el Contrato Global de Cesión celebrado entre Lehman Brothers y Danske Bank, en el cual Lehman Brothers, en su carácter de Cedente, transmitió la totalidad de sus derechos, obligaciones y garantías bajo los Documentos del Crédito (Loan Documents) a favor de Danske Bank, y así mismo la Sociedad celebre todos los instrumentos o contratos necesarios para perfeccionar la cesión de derechos contenida en el Contrato Global de Cesión.- TERCERA.- "DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, reforma totalmente sus estatutos sociales en los términos que más adelante se mencionan.- CUARTA.- "DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, ratifica el nombramiento del Sr. Kenneth Aboud Jowdy como Gerente General de la Sociedad, con todas las obligaciones y derechos que conlleva el desempeño de dicho cargo.- QUINTA.- "DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, ratifica en todas y cada una de sus partes, los poderes conferidos al Sr. Fernando Manuel García Campuzano en el acta de asamblea general de socios de fecha 8 de marzo de 2006, la cual quedó debidamente protocolizada, mediante el acta número 65,011 del volumen 1,026 de fecha 9 de marzo del año 2006, ante la fe del Lic. José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número 7 de la Ciudad de La Paz, Baja California Sur.

DANSKE_0016507



IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

19

**COTEJADO**

---II.- La señorita **ITZEL CRISOSTOMO GUZMAN**, acredita la personalidad con la que comparece como Apoderada de **"CI BANCO", SOCIEDAD ANÓNIMA, INSTITÚCION DE BANCA MÚLTIPLE** (antes "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE) ÚNICAMENTE EN SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO F/00321, con lo siguiente:......................................

---a) Con escritura número 111,339 (ciento once mil trescientos treinta y nueve), libro 1,849 (mil ochocientos cuarenta y nueve, de fecha veintitrés de Abril de dos mil catorce, otorgada ante la fe del Licenciado Amando Mastashi Aguario, titular de la notaría número veintiuno del Distrito Federal, en el cual hizo constar: **LA FUSION de "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE**, como fusionante y **"CI BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE**, del cual copio lo siguiente: .................................................

*"..hago constar LA FUSIÓN de "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, como fusionante y "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, como fusionada que resulta de la PROTOCOLIZACIÓN de las ACTAS DE ASAMBLEAS GENERALES EXTRAORDINARIAS DE ACCIONISTAS de cada una de dichas sociedades, y de la PROTOCOLIZACIÓN y consecuente FORMALIZACIÓN del CONVENIO DE FUSIÓN celebrado por las propias sociedades, que realizo a solicitud del licenciado Roberto Pérez Estrada, al tenor de los siguientes antecedentes y cláusulas: - - ANTECEDENTES - - DE LA FUSIONANTE - - I.- Por escritura número cincuenta y siete mil ochocientos cuarenta, de fecha seis de febrero de dos mil ocho, ante el licenciado Roberto Núñez y Bandera, titular de la notaría número uno del Distrito Federal, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número trescientos ochenta y cuatro mil doscientos treinta y cinco, se hizo constar la constitución de "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, con domicilio en México, Distrito Federal, duración indefinida, capital social de CUATROCIENTOS TREINTA Y DOS MILLONES QUINIENTOS CINCUENTA Y DOS MIL PESOS, MONEDA NACIONAL, y teniendo por objeto: - - i.- Prestar el servicio de banca y crédito en términos de la Ley de Instituciones de Crédito y, en consecuencia, realizar todo tipo de operaciones y prestar todos los servicios bancarios a que se refiere el artículo 46 (cuarenta y seis) de la Ley de Instituciones de Crédito y con las demás disposiciones legales aplicables, y con apego a las sanas prácticas y a los usos bancarios y mercantiles; - - ii.- Adquirir, enajenar, poseer, tomar en arrendamiento, usufructuar y, en general, utilizar y administrar, bajo cualquier título, toda clase de derechos y bienes muebles, así como aquellos bienes inmuebles que sean necesarios para la realización de su objeto social;- - iii.- Realizar cualquier otra actividad que pueda llevar a cabo de conformidad con la Ley de Instituciones de Crédito, las disposiciones que al efecto dicten la Secretaría de Hacienda y Crédito Público, el Banco de México, la Comisión Nacional Bancaria y de Valores y otras autoridades competentes y, en general, la legislación aplicable; en el entendido de que la Sociedad en ningún caso podrá realizar las actividades prohibidas a las instituciones de crédito en los términos del artículo 106 (ciento seis) de la Ley de Instituciones de Crédito. - - iv.- Emitir obligaciones subordinadas; y - - v.- Realizar todos los actos jurídicos necesarios o convenientes para la realización de su objeto social.- - La sociedad no podrá coadyuvar con cualquiera de sus subsidiarias o afiliadas en México o en el extranjero en la oferta de productos o servicios o en la realización de operaciones que estén prohibidas en México por la legislación aplicable. - - II.- Por escritura número cincuenta y ocho mil novecientos setenta y tres, de fecha ocho de agosto de dos mil ocho, ante el mismo notario que la anterior, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en*

DANSKE_0016508

el folio mercantil número trescientos ochenta y cuatro mil doscientos treinta y cinco, se hizo constar la protocolización del acta de la Asamblea de Accionistas de "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, en la que entre otros acuerdos, se tomó el reformar íntegramente los estatutos sociales.- - Y de dicha escritura copio en su parte conducente lo que es del tenor literal siguiente:"...; luego constar: La REFORMA INTEGRAL DE ESTATUTOS de "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, que otorga la delegada de la asamblea, Licenciada Paola Prioti Acosta.- - ...III.- En términos del artículo ciento noventa y cuatro de la Ley General de Sociedades Mercantiles, la compareciente me exhibe un Acta de una Asamblea General Extraordinaria de Accionistas de la Sociedad, que agrego al apéndice de este protocolo con el número de este instrumento y que a la letra dice: - - "En la Ciudad de México, Distrito Federal, siendo las once horas del día 31 de Julio de 2008, se reunieron en el domicilio social de The Bank of New York Mellon, S.A. Institución de Banca Múltiple (la "Sociedad"), ubicado en Boulevard Manuel Ávila Camacho número cuarenta, piso dieciséis, Colonia Lomas de Chapultepec, México, Distrito Federal. - - ORDEN DEL DÍA - I. Discusión y en su caso, aprobación, de la reforma integral de los estatutos sociales de la Sociedad.- - ... - La Asamblea por unanimidad de votos aprobó tanto la declaración del Presidente, así como el Orden del Día, cuyos puntos desahogó conforme a lo siguiente: I. Discusión y en su caso, aprobación, de la reforma integral de los estatutos sociales de la Sociedad. - En desahogo del primer punto del Orden del Día, el Presidente expuso la necesidad de modificar íntegramente los estatutos sociales de la Sociedad con la finalidad de cumplir con lo dispuesto en la reforma a la Ley de Instituciones de Crédito que fue publicada en el Diario Oficial de la Federación el 6 de febrero de 2008, así como asentar el cumplimiento de la condición suspensiva establecida en la escritura constitutiva, de conformidad con el oficio número 101-463 de fecha catorce de julio de 2008, emitida por la Secretaría de Hacienda y Crédito (sic), por medio del cual se autoriza a la sociedad la adopción de los estatutos sociales y su operación como una institución de banca múltiple filial. - - Puesto a discusión lo anterior, los presentes tomaron la siguiente: - - RESOLUCIÓN: - UNICA.- Se aprueba la modificación integral a los Estatutos Sociales para quedar como sigue:- - ESTATUTOS SOCIALES DE THE BANK OF NEW YORK MELLON, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, CAPÍTULO PRIMERO DENOMINACIÓN, OBJETO, DURACIÓN, DOMICILIO Y NACIONALIDAD. - - ARTÍCULO PRIMERO.- Denominación. La denominación de la Sociedad será The Bank of New York Mellon, seguida de las palabras "Sociedad Anónima" o de su abreviatura "S.A.", y la expresión "Institución de Banca Múltiple". - La Sociedad es una Filial en los términos del Capítulo Tercero, Título Segundo, de la Ley de Instituciones de Crédito y de las Reglas para el Establecimiento de Filiales de Instituciones Financieras del Exterior. - - ARTÍCULO SEGUNDO.- Objeto Social. La Sociedad tiene por objeto: - (1) Prestar el servicio de banca y crédito en términos de la Ley de Instituciones de Crédito y, en consecuencia, realizar todo tipo de operaciones y prestar todos los servicios bancarios a que se refiere el artículo 46 (cuarenta y seis), 46 I (uno), 46 (cuarenta y seis) Bis 1 (uno), 46 (cuarenta y seis) Bis 4 (cuatro) y 46 (cuarenta y seis) Bis 5 (cinco) de la citada Ley así como las demás operaciones que le estén expresamente permitidas por la Ley de Instituciones de Crédito y demás disposiciones legales aplicables, y con apego a las prácticas y usos bancarios y mercantiles. En consecuencia, podrá realizar entre otras, las siguientes operaciones y - I.- Recibir depósitos bancarios de dinero: - a) A la vista; - b) Retirables en días preestablecidos; c) De ahorro, y - d) A plazo o con previo aviso; - II. Aceptar préstamos y créditos; - III. Emitir bonos bancarios; - IV. Emitir obligaciones subordinadas; - V. Constituir depósitos en instituciones de crédito y entidades financieras del exterior; - VI. Efectuar descuentos y otorgar préstamos o créditos; VII. Expedir tarjetas de crédito con base en contratos de apertura de crédito en cuenta corriente; - VIII. Asumir obligaciones por cuenta de terceros, con base en créditos concedidos a través del otorgamiento de

CONFIDENTIAL
DANSKE_0016509

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



21

**COTEJADO**

aceptaciones, endoso o aval de títulos de crédito, así como de la expedición de cartas de crédito; - - IX. Operar con valores en los términos de las disposiciones de la presente Ley y de la Ley del Mercado de Valores; - - X. Promover la organización y transformación de toda clase de empresas o sociedades mercantiles y suscribir y conservar acciones o partes de interés en las mismas, en los términos de esta Ley; - - XI. Operar con documentos mercantiles por cuenta propia; - - XII. Llevar a cabo por cuenta propia o de terceros operaciones con oro, plata y divisas, incluyendo reportes sobre estas últimas; - - XIII. Prestar servicio de cajas de seguridad; - - XIV. Expedir cartas de crédito previa recepción de su importe, hacer efectivos créditos y realizar pagos por cuenta de clientes; - - XV. Practicar las operaciones de fideicomiso a que se refiere la Ley General de Títulos y Operaciones de Crédito, y llevar a cabo mandatos y comisiones; - - XVI. Recibir depósitos en administración o custodia, o en garantía por cuenta de terceros, de títulos o valores y en general de documentos mercantiles; - - XVII. Actuar como representante común de los tenedores de títulos de crédito; - - XVIII. Hacer servicio de caja y tesorería relativo a títulos de crédito, por cuenta de las emisoras; - - XIX. Llevar la contabilidad y los libros de actas y de registro de sociedades y empresas; - - XX. Desempeñar el cargo de albacea; - - XXI. Desempeñar la sindicatura o encargarse de la liquidación judicial o extrajudicial de negociaciones, establecimientos, concursos o herencias; - - XXII. Encargarse de hacer avalúos que tendrán la misma fuerza probatoria que las leyes asignan a los hechos por corredor público o perito; - - XXIII. Adquirir los bienes muebles e inmuebles necesarios para la realización de su objeto y enajenarlos cuando corresponda;- -XXIV. Celebrar contratos de arrendamiento financiero y adquirir los bienes que sean objeto de tales contratos; - - XXV. Realizar operaciones derivadas, sujetándose a las disposiciones técnicas y operativas que expida el Banco de México, en las cuales se establezcan las características de dichas operaciones, tales como tipos, plazos, contrapartes, subyacentes, garantías y formas de liquidación; - - XXVI. Efectuar operaciones de factoraje financiero; - - XXVI bis. Emitir y poner en circulación cualquier medio de pago que determine el Banco de México, sujetándose a las disposiciones técnicas y operativas que éste expida, en las cuales se establezcan entre otras características, las relativas a su uso, monto y vigencia, a fin de propiciar el uso de diversos medios de pago; - - XXVII. Intervenir en la contratación de seguros para lo cual deberán cumplir con lo establecido en la Ley General de Instituciones y Sociedades Mutualistas de Seguros y en las disposiciones de carácter general que de la misma emanen; - - XXVIII. Otorgar finanzas o cauciones sólo cuando no puedan ser atendidas por las instituciones de fianzas en virtud de su cuantía y previa autorización de la Comisión Nacional Bancaria y de Valores; - -XXIX. Dar en garantía sus propiedades en los casos que autorice la Comisión Nacional Bancaria y de Valores; - - XXX. Dar en garantía, incluyendo prenda, prenda bursátil o fideicomiso de garantía, efectivo, derechos de crédito a su favor o los títulos o valores de su cartera, en operaciones que se realicen con el Banco de México, con las instituciones de banca de desarrollo, con el instituto para la Protección al Ahorro Bancario o los fideicomisos públicos constituidos por el Gobierno Federal para el fomento económico. También se podrán otorgar dichas garantías en términos distintos a los antes señalados cuando el Banco de México lo autorice mediante disposiciones de carácter general; - - XXXI. Pagar anticipadamente, en todo o en parte, obligaciones a cargo de la propia institución derivadas de depósitos bancarios de dinero, préstamos o créditos, cuando lo autorice el Banco de México, mediante disposiciones de carácter general; - - XXXII. Pagar anticipadamente operaciones de reporto celebradas con el Banco de México, instituciones de crédito, casas de bolsa, así como con las demás personas que autorice el Banco de México mediante disposiciones de carácter general;- - XXXIII. Pactar con terceros, incluyendo a otras instituciones de crédito o entidades financieras, la prestación de servicios

CONFIDENTIAL

DANSKE_0016510

*necesarios para su operación, así como comisiones para realizar las operaciones previstas en estos estatutos, de conformidad con los artículos 46 (cuarenta y seis) Bis 1 (uno) y 46 (cuarenta y seis) Bis 2 (dos), de la Ley de Instituciones de Crédito, y las disposiciones de carácter general que en el efecto expida la Comisión nacional Bancaria y de Valores y - XXXIV. Las análogas o conexas que autorice la Secretaría de Hacienda y Crédito Público, oyendo la opinión del Banco de México y de la Comisión Nacional Bancaria y de Valores.- La Sociedad no podrá coadyuvar con cualquiera de sus subsidiarias o afiliadas en México o en el extranjero en la oferta de productos o servicios o en la realización de operaciones que están prohibidas en México por la legislación aplicable.- (2) Adquirir, enajenar, poseer, arrendar, usufructuar, y en general, utilizar y administrar, bajo cualquier título, toda clase de derechos y bienes muebles e inmuebles que sean necesarios o convenientes para la realización de su objeto y el cumplimiento de sus fines; - - (3) Intercambiar información con otras instituciones de crédito en términos de lo que establece el artículo 115 (ciento quince) de la Ley de Instituciones de Crédito y las disposiciones de carácter general a que se refiere dicho artículo, con el fin de procurar las medidas para prevenir y detectar actos, omisiones u operaciones que pudieran favorecer, prestar ayuda, auxilio o cooperación de cualquier especie para la comisión del delito previsto en el artículo 139 del Código Penal Federal, o que pudieran ubicarse en los supuestos del artículo 400 Bis del mismo Código, y (x) Realizar todos los actos jurídicos necesarios para el desempeño de sus actividades y la consecución de su objeto social.- - ARTÍCULO TERCERO.- Duración.- La duración de la Sociedad será indefinida. - - ARTÍCULO CUARTO.- Domicilio.- El domicilio de la Sociedad será la Ciudad de México, Distrito Federal, y podrá establecer oficinas o sucursales en cualquier parte de la República Mexicana, para la cual deberá insertar en una publicación periódica de amplia circulación regional de la localidad de que se trate, un aviso dirigido al público que contenga la información relativa a la reubicación o clausura de las sucursales respectivas, con una anticipación de quince días a la fecha en que se tenga programado. Asimismo, podrá establecer cualquier clase de oficinas en el extranjero, cambiarlos de ubicación a llevar a cabo su clausura, previa autorización de la Comisión Nacional Bancaria y de Valores; cumpliendo con los requisitos legales aplicables. La Sociedad podrá pactar domicilios convencionales, sin que por ello se entienda cambiado su domicilio social. - - ARTÍCULO QUINTO.- Nacionalidad.- La Sociedad es de nacionalidad mexicana. Todo extranjero que en el acto de la constitución o en cualquier tiempo ulterior, adquiera un interés o participación social en la misma, se consideran como mexicano respecto de una y otra, y quedan obligados formalmente ante la Secretaría de Relaciones Exteriores a considerarse como nacionales respecto de las acciones de la Sociedad que adquieran o de que sea titulares, así como los bienes, derechos, autorizaciones, participaciones o intereses de que sea titular la Sociedad, y se entenderá que conviene en no invocar la protección a su gobierno, bajo la pena en caso de faltar a su convenio, de perder dicho interés o participación social en beneficio de la Nación Mexicana. - - CAPÍTULO SEGUNDO. - - CAPITAL SOCIAL, ACCIONISTAS Y ACCIONES - - ARTÍCULO SEXTO.- Capital Social.- El capital social es de $432,552,000.00 (Cuatrocientos treinta y dos millones quinientos cincuenta y dos mil pesos 00/100 Moneda de los Estados Unidos Mexicanos), representado por: 432,551,999 (Cuatrocientos treinta y dos millones quinientos cincuenta y un mil novecientos noventa y nueve acciones de la Serie "F" y una acción de la Serie "B", ordinaria, nominativa, con valor nominal de $1.00 M.N (Un Peso Moneda de Los Estados Unidas Mexicanos) cada una, íntegramente suscritas y pagadas. - - Las acciones representativas del capital social deberán estar íntegramente pagadas en efectivo al momento de ser suscritas y se podrán dividir en las siguientes dos (2) series de acciones. La Serie "F", que en todo momento representará cuando menos el cincuenta y uno por ciento (51%) del capital suscrito de la Sociedad; y - - (2) la Serie "B", que podrá*

CONFIDENTIAL

DANSKE_0016511

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-22
FAX 125-25-66

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



23

**COTEJADO**

representar hasta el cuarenta y nueve por ciento (49%) del capital suscrito de la Sociedad. - - En ningún momento podrán participar en el capital de la Sociedad, en forma alguna, personas morales extranjeras que ejerzan funciones de autoridad. - - ARTÍCULO SÉPTIMO.- Capital Mínimo.- El capital mínimo de la sociedad será el equivalente en moneda nacional a noventa millones de Unidades de Inversión o UDIS, el cual deberá estar íntegramente suscrito y pagado a más tardar el último día hábil del año calendario. Para ello, se considerará el valor de las Unidades de Inversión correspondiente al 31 de diciembre del año inmediato anterior.-- Cuando el capital social exceda del mínimo requerido por la legislación aplicable, deberá estar íntegramente suscrito y pagado cuando menos en un cincuenta por ciento (50%), siempre y cuando este porcentaje no sea inferior al mínimo establecido.  Lo dispuesto anteriormente  deberá estar contenido  en  los  certificados provisionales o títulos definitivos representativos de las acciones de la Sociedad. Cuando la Sociedad  anuncie su capital social, deberá al mismo tiempo anunciar su capital pagado.- - La Sociedad sólo estará obligada a constituir las reservas del capital previstas en la Ley de Instituciones de Crédito y en las disposiciones que de ella emanen. - - El capital neto de la sociedad en ningún momento podrá estar por debajo del capital mínimo. - - ARTÍCULO OCTAVO.- Acciones.- Las acciones representativas del capital social de la Sociedad serán nominativas y de igual valor dentro de cada serie, conferirán a sus tenedores los mismos derechos y deberán pagarse íntegramente, ya sea en efectivo o, en caso de así autorizarlo la Comisión Nacional Bancaria y de Valores, en especie en el acto de ser suscritas. Las mencionadas acciones se mantendrán en depósito en alguna de las instituciones para el depósito de valores reguladas en la Ley del Mercado de Valores, quienes en ningún caso se encontrarán obligadas a entregarlas a los titulares. - - ARTÍCULO NOVENO.- Títulos de Acciones.- Las acciones estarán representadas por títulos definitivos, en el entendido que, previo a la emisión de dichos títulos definitivos las acciones podrán estar representadas por certificados provisionales. Los títulos definitivos o certificados  provisionales ampararán cada una de las acciones que se pongan en circulación. Los títulos definitivos o certificados tendrán numeración progresiva, contendrán las menciones y requisitos a que se refiere el artículo 125 (ciento veinticinco) de la Ley General de Sociedades Mercantiles artículos 29 (veintinueve) Bis 1 (uno) 29 (veintinueve) Bis 2 (dos) 29 (veintinueve) Bis 4 (cuatro) y 122 (ciento veintidós) Bis 7 (siete) a 122 (ciento veintidós) Bis 15 (quince), así como los consentimientos expresos a que se refieren los artículo 122 (ciento veintidós) Bis 5 (cinco) y 122 (ciento veintidós) Bis 15 (quince) de la Ley de Instituciones de Crédito, y las demás que conforme a las disposiciones aplicables deban contener. Así mismo los certificados indicarán las limitaciones establecidas en los presentes estatutos y llevarán las firmas de dos (2) consejeros propietarios, las cuales podrán ser autógrafas o facsimilares y deberán depositarse en alguna de las instituciones para el depósito de valores reguladas por la Ley del Mercado de Valores. - - ARTÍCULO DÉCIMO.- Titularidad de las Acciones.- Las acciones Serie "F" representativas del capital social de la Sociedad, únicamente podrán ser adquiridas por una Sociedad Controladora Filial o, directa o indirectamente, por una Institución Financiera del Exterior o una Sociedad Relacionada o por el Instituto Para la Protección al Ahorro Bancario, sujeto a las disposiciones contenidas en el último párrafo del artículo 45 (cuarenta y cinco) H del la (así) Ley de Instituciones de Crédito. - - Las acciones de la Serie "B" serán de libre suscripción y se regirán por lo dispuesto en la Ley del Instituciones de Crédito para las acciones de la Serie "O". - - La Institución Financiera del Exterior, propietaria de las acciones Serie "F" de la Sociedad no quedará sujeta a los límites establecidos en el artículo 17 (diecisiete) de la Ley de Instituciones de Crédito, respecto de su tenencia de acciones serie "B". - - Cualquier persona física o moral podrá adquirir, directa o indirectamente, en una o varias operaciones simultáneas o sucesivas, el control de las acciones de la Serie "B" representativas del capital pagado de la sociedad.- - Cuando se pretenda adquirir directa o indirectamente más del cinco por ciento del capital social ordinario pagado, o

CONFIDENTIAL

DANSKE_0016512

bien, otorgar garantía sobre las acciones que representen dicho porcentaje, se deberá obtener previamente la autorización de la Comisión Nacional Bancaria y de Valores. Las personas que pretendan realizar dicha adquisición o afectación deberán acreditar a la Sociedad que cumplen con los requisitos establecidos en la Fracción II del artículo 10 (diez) de la Ley de Instituciones de Crédito, así como cualquier otro requisito establecido en las disposiciones de carácter general que para dichos efectos hayan sido emitidas por la Comisión Nacional Bancaria y de Valores. - - Las personas que adquieran o transmitan acciones de la serie "B" por más del dos por ciento (2%) del capital social pagado de la Sociedad, deberán de notificar a la Comisión Nacional Bancaria y de Valores dicha transacción dentro de los tres días hábiles siguientes a la adquisición o transmisión. - - En el supuesto de que una persona o un grupo de personas, accionistas o no de la Sociedad, pretendan adquirir el veinte por ciento (20%) o más de las acciones de la serie "B" representativas del capital ordinario de la Sociedad u obtener el control de la Sociedad o de la propia institución, deberán solicitar previamente la autorización de la Comisión Nacional Bancaria y de Valores. Para efectos de lo descrito en este artículo, se entenderá por control lo dispuesto en la fracción II del artículo 22 Bis de la Ley de Instituciones de Crédito.- ARTÍCULO DÉCIMO PRIMERO.- Aumentos en el Capital Social.- El capital de la Sociedad podrá ser aumentado mediante resolución favorable de la Asamblea General Extraordinaria de Accionistas, sujeto a la previa aprobación de la Comisión Nacional Bancaria y de Valores. No podrá decretarse un aumento del capital social sin antes estén previamente suscritas y pagadas íntegramente las acciones emitidas con anterioridad por la Sociedad. - - Los aumentos de capital podrán, entre otros medios, efectuarse mediante capitalización de utilidades, partidas o reservas, por aportaciones adicionales de los accionistas en efectivo o en especie y/o la admisión de nuevos accionistas. Cualquier aumento de capital por capitalización de reservas se estará a lo dispuesto por el artículo 116 (ciento dieciséis) de la Ley General de Sociedades Mercantiles. - - En los aumentos por capitalización de utilidades, partidas o reservas, todas las acciones ordinarias tendrán derecho a la parte proporcional que les corresponda de las utilidades, partidas o reservas. - - El acuerdo adoptado en la Asamblea General Extraordinaria de Accionistas que decrete un aumento de capital social deberá publicarse por lo menos una vez en el Diario Oficial de la Federación y en un periódico de alta circulación en el domicilio de la Sociedad.- La Sociedad podrá emitir acciones no suscritas, mismas que se conservarán en la tesorería de la Sociedad. - ARTÍCULO DÉCIMO SEGUNDO.- Reducción de Capital Social.- El capital social podrá reducirse por resolución de la Asamblea General Extraordinaria de Accionistas, sujeto a la previa aprobación de la Comisión Nacional Bancaria y de Valores y nunca podrá ser menor al capital mínimo fijado por la Comisión Nacional Bancaria y de Valores, y nunca podrá ser menor al capital mínimo fijado por la Comisión Nacional Bancaria y de Valores para las instituciones de banca múltiple. - - Las disminuciones del capital social requerirán la consiguiente reforma al Artículo Sexto de estos estatutos, en cuyo caso se deberá dar cumplimiento a lo dispuesto en el artículo 9° (noveno) de la Ley General de Sociedades Mercantiles. - - Las reducciones del capital podrán realizarse para absorber pérdidas o para reembolsar a los accionistas. Las disminuciones de capital por reintegración de forma proporcional entre los accionistas y deberán cancelarse los títulos de las acciones afectadas. En el supuesto de que se realicen reducciones del capital social por reembolso a los accionistas cuyas acciones se encuentran totalmente suscritas y pagadas, el reembolso se hará en forma proporcional entre éstos, en el entendido de que el precio de reembolso no podrá ser inferior al valor contable de las acciones de acuerdo al último estado de posición financiera que haya sido aprobado por la Asamblea General Ordinaria. - - ARTÍCULO DÉCIMO TERCERO.- Derecho de Preferencia.- En caso de aumento del capital social de la Sociedad mediante la suscripción de acciones materiales en la tesorería de la Sociedad, o de aumento del capital social por emisión de nuevas acciones, los tenedores de las que estén en circulación tendrán preferencia, en proporción a aquellas de que sean titulares, al momento

CONFIDENTIAL

DANSKE_0016513



IGNACIO RAMIREZ 1930
TELS. 122-91-20,
122-97-17,
125-24-30,
FAX 125-75-68

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

25

**COTEJADO**

de la suscripción de las mismas. Este derecho se ejercerá mediante pago de las acciones correspondientes, de acuerdo con las normas que al efecto establezca el Consejo de Administración pero, en cualquier caso, deberá concederse a los accionistas un plazo de al menos quince (15) días hábiles posteriores a la fecha en la que los acuerdos relativos decretados por la Asamblea General Extraordinaria de Accionistas sean publicados en el Diario Oficial de la Federación y en alguno de los periódicos de mayor circulación en el domicilio social de la Sociedad, para el ejercicio de dicho derecho. - -En el supuesto que, después del vencimiento del plazo mencionado anteriormente o cualquier otro término establecido por la Asamblea o el Consejo de Administración para dichos efectos, existan acciones representativas del capital social de la Sociedad no suscritas y no pagadas, entonces los accionistas que ejercieron su derecho de preferencia tendrán un derecho del tanto para suscribir dichas acciones en proporción a su participación respecto del capital social pagado, de conformidad con lo dispuesto por el Artículo Décimo de estos estatutos sociales. Este derecho adicional de preferencia podrá ejercerse dentro de un término adicional de diez (10) días hábiles contados a partir de la fecha de vencimiento del término inicial para la suscripción y pago de las nuevas acciones. Lo anterior deberá incluirse en el aviso a publicarse para dichos efectos descrito en el párrafo anterior.- - ARTÍCULO DÉCIMO CUARTO.- Enajenación de Acciones. Las acciones de la Serie "F" sólo podrán enajenarse previa autorización de la Comisión Nacional Bancaria y de Valores de conformidad a las disposiciones y límites contenidos en la Ley de Instituciones de Crédito y en estos estatutos. Esta restricción deberá constar en los certificados provisionales o en los títulos de las acciones. - - No se requerirá autorización de la Comisión Nacional Bancaria y de Valores, ni la modificación de estos estatutos cuando la transmisión de acciones sea, en garantía o propiedad, al Instituto para la Protección del Ahorro Bancario.- - ARTÍCULO DÉCIMO QUINTO.- Depósito y Registro de Acciones. Los certificados provisionales y los títulos de las acciones se mantendrán en depósito en alguna de las instituciones para el depósito de valores, en el entendido que dicha institución en ningún caso estará obligada a entregarlas a sus titulares. - - La Sociedad llevará un libro de registro de acciones en el que se harán los asientos a que se refiere el artículo 128 (ciento veintiocho) de la Ley General de Sociedades Mercantiles, y de conformidad con el artículo 27 (veintisiete) del Código Fiscal de la Federación; la Sociedad considerará dueños de las acciones a quienes aparezcan inscritos como tales en el mismo. - - La sociedad se abstendrá de inscribir en dicho Libro de Registro las transmisiones de acciones que se efectúen en contravención a lo dispuesto por los artículos 13 y 17 de la Ley de Instituciones de Crédito, e informará de tal circunstancia a la Comisión Nacional Bancaria y de Valores dentro de los cinco (5) días hábiles siguientes a que tenga conocimiento de ello. - - Las personas que adquieran o transmitan acciones de la Serie "B" por más del dos por ciento (2%) deberán de notificar a la Comisión Nacional Bancaria y de Valores dicha transacción dentro de los tres (3) días hábiles siguientes a la adquisición o transmisión. - - De conformidad con lo dispuesto en el artículo 290 (doscientos noventa) de la Ley del Mercado de Valores, el libro de registro a que se refiere el párrafo anterior podrá ser sustituido por los asientos que hagan las instituciones para el depósito de valores, complementados con los listados a que el mismo artículo se refiere.- - CAPÍTULO TERCERO. - - ASAMBLEA DE ACCIONISTAS. - - ARTÍCULO DÉCIMO SEXTO.- Asambleas de Accionistas. La Asamblea General de Accionistas es el órgano supremo de la Sociedad y a sus resoluciones se sujetarán todos los demás órganos. La Asamblea General de Accionistas estará facultada para tomar toda clase de resoluciones y nombrar o remover a cualquier consejero, funcionario o empleado de la propia Sociedad. - - Las Asambleas Generales de Accionistas serán Ordinarias y Extraordinarias. La Sociedad también podrá celebrar Asambleas Especiales de Accionistas. - - Las Asambleas Generales de Accionistas Ordinarias se celebrarán en la fecha que designe el Consejo de Administración o quien esté autorizado para convocarlas, pero en todo

DANSKE_0016514

caso deberán reunirse por lo menos una vez al año dentro de los cuatro (4) meses siguientes a la clausura de cada ejercicio social. Las Asambleas Generales de Accionistas Ordinarias se ocuparán de los asuntos que se mencionan en el artículo 181 (ciento ochenta y uno) de la Ley General de Sociedades Mercantiles. Dicha Asamblea de Accionistas también deberá conocer del Informe a que se refiere el enunciado general del artículo 172 (ciento setenta y dos) de la Ley General de Sociedades Mercantiles, relativo al ejercicio inmediato anterior de la Sociedad. - Las Asambleas Generales Extraordinarias podrán reunirse en cualquier tiempo para tratar cualquiera de los asuntos que se señalan en el artículo 182 de la Ley General de Sociedades Mercantiles. - Las Asambleas Especiales se reunirán para deliberar sobre asuntos que afecten exclusivamente a los accionistas de alguna serie de acciones y también en los previstos en el artículo 12 (doce) de la Ley de Instituciones de Crédito. - Los acuerdos tomados por los accionistas reunidos en Asamblea General Extraordinaria tendientes a modificar estos estatutos, deberán ser aprobados por la Comisión Nacional Bancaria y de Valores. - - Las Asambleas de Accionistas deberán celebrarse en el domicilio social de la Sociedad. - Conforme a lo dispuesto por el segundo párrafo del artículo 178 (ciento setenta y ocho) de la Ley General de Sociedad Mercantiles, las resoluciones adoptadas fuera de Asamblea de Accionistas por unanimidad de los accionistas que representen la totalidad de las acciones del capital social de la Sociedad con derecho a voto, tendrán la misma validez que si se hubieren tomado reunidos en Asamblea siempre y cuando dichas resoluciones se confirmen por escrito, debiendo asentarse en el libro respectivo. Dichas resoluciones surtirán sus efectos a partir de la fecha en que fueren tomadas o de la que en su caso se indique para los efectos correspondientes. - - ARTÍCULO DÉCIMO SÉPTIMO.- Convocatorias. Las convocatorias para Asambleas de Accionistas indicarán la fecha, hora y lugar de celebración, contendrán el orden del día y serán suscritas por el Presidente del Consejo de Administración, por el Secretario o Prosecretario del mismo, el comisario o por quien esté autorizado para dichos efectos. - - Dichas convocatorias se publicarán en alguno de los periódicos de mayor circulación en el domicilio de la Sociedad o en el Diario Oficial de la Federación, por lo menos con quince (15) días de anticipación a la fecha.- - De conformidad por el artículo 16 (dieciséis) Bis de la Ley de Instituciones de Crédito, el orden del día deberá de listar todos los asuntos a tratar en la Asamblea de Accionistas, incluso los comprendidos en el rubro de asuntos generales. - - La documentación e información relacionada con los temas a tratar en la correspondiente Asamblea de Accionistas, deberá ponerse a disposición de los accionistas por lo menos con quince (15) días de anticipación a su celebración. - - Si la Asamblea no pudiere celebrarse el día y hora señaladas para su reunión, una segunda o una subsecuente convocatoria deberá ser publicada con expresión de esta circunstancia, dentro de un plazo no mayor de quince (15) días hábiles. La nueva convocatoria deberá contener los mismos datos que la primera convocatoria, y publicarse con por lo menos cinco (5) días de anticipación a la fecha de la celebración de la Asamblea en los mismos medios en que hubiere sido publicada la primera convocatoria. - - Las mismas reglas serán aplicables en caso de que sea necesaria ulterior convocatoria. - - Las Asambleas podrán celebrarse sin previa convocatoria cuando estén presentes los titulares de todas las acciones de la Sociedad.- - ARTÍCULO DÉCIMO OCTAVO.- Asistencia a las Asambleas. Para concurrir a las Asambleas de Accionistas, los accionistas deberán entregar a la Secretaría del Consejo de Administración, a más tardar con veinticuatro (24) horas de anticipación a la Asamblea, las constancias de depósito emitidas respecto de las acciones, expedidas por alguna institución para el depósito de valores, con el fin de acreditar el depósito de las mismas y que el accionista es el titular de las acciones correspondientes, complementadas, en su caso, con el listado a que se refiere el artículo 290 (doscientos noventa) de la Ley del Mercado de Valores. En dichas constancias se indicará el nombre de la persona depositante de las acciones en cuestión,



CONFIDENTIAL

DANSKE_0016515

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



27

**COTEJADO**

la cantidad de dichas acciones y la fecha de la Asamblea de Accionistas. - - Hecha la entrega del certificado, el Secretario o Prosecretario expedirá a los interesados las tarjetas de ingreso correspondientes. Dichas tarjetas expresarán la serie y el número de acciones que amparen, el nombre del accionista y el número de votos que le correspondan conforme a su derecho. - - Los accionistas podrán hacerse representar en las Asambleas de Accionistas por apoderado constituido mediante poder otorgado en la forma elaborada por la propia Sociedad en los términos de y con los requisitos que se establecen en el artículo 16 (dieciséis) de la Ley de Instituciones de Crédito. Dicho poder también será entregado a la Secretaria del Consejo de Administración conforme a las reglas arriba previstas. - - En ningún caso podrán ser mandatarios, para estos efectos, los administradores o comisarios de la Sociedad.- ARTÍCULO DÉCIMO NOVENO.- Instalación de las Asamblea. Las Asambleas Generales Ordinarias se considerarán legalmente instaladas, en virtud de primera convocatoria, si en ellas se encuentran representadas, por lo menos, cincuenta por ciento (50%) de las acciones representativas del capital social pagado. En caso de segunda o ulterior convocatoria, las Asambleas Generales Ordinarias se instalarán legalmente cualquiera que sea el número de las acciones que estén representadas. - - Las Asambleas Generales Extraordinarias se instalarán legalmente en virtud de primera convocatoria si en ellas están representadas, cuando menos el setenta y cinco por ciento (75%) de las acciones del capital social pagado. En caso de segunda o ulterior convocatoria las Asambleas Generales Extraordinarias se instalarán legalmente si en ellas están representadas, cuando menos el cincuenta por ciento (50%) de las acciones del capital social pagado. - - Las Asambleas Especiales de Accionistas se instalarán legalmente en virtud de primera convocatoria si en ellas están representadas, cuando menos el setenta y cinco por ciento (75%) de las acciones pagadas representativas de la serie correspondiente a dicha Asamblea Especial de Accionistas. En caso de segunda o ulterior convocatoria, las Asambleas Especiales de Accionistas se instalarán legalmente si en ellas están representadas, cuando menos el cincuenta por ciento (50%) de las acciones representativas de la serie correspondiente a dicha Asamblea Especial de Accionistas. - - Si por cualquier motivo, no pudiere instalarse legalmente una Asamblea, este hecho y sus causas se harán constar en el libro de actas, con observancia, en lo que proceda, de lo dispuesto en el artículo Vigésimo. - ARTÍCULO VIGÉSIMO.- Asambleas. Presidirá las Asambleas el Presidente del Consejo de Administración. Si por cualquier motivo aquel no asistiere a la Asamblea correspondiente o si se tratare de una Asamblea Especial, la presidencia corresponderá al accionista o al representante del accionista que designen los accionistas presentes en dicha Asamblea. - - Actuará como Secretario quien lo sea del Consejo o el Prosecretario o, en su ausencia, la persona que designe el Presidente de la Asamblea. Tratándose de Asambleas Especiales, fungirá como Secretario la persona que designen los accionistas de la serie correspondiente a dicha Asamblea Especial o sus representantes.- -El Presidente de la Asamblea nombrará a uno (1) o dos (2) escrutadores de entre los accionistas o representantes de accionistas presentes, quienes elaborarán la lista de asistencia, con indicación del número y serie de acciones representadas en la Asamblea; se cerciorarán del cumplimiento de lo dispuesto en el artículo 16 de la Ley de Instituciones de Crédito. Dichos Accionistas rendirán a este respecto un informe a la Asamblea, lo que se hará constar en las constancias respectivas. No se discutirá ni resolverá cuestión alguna que no esté prevista en el orden del día. - - Independientemente de la posibilidad de aplazamiento a que se refiere el artículo 199 (ciento noventa y nueve) de la Ley General de Sociedades Mercantiles, si no pudieren resolverse en la fecha señalada todos los puntos comprendidos en el orden del día, dicha Asamblea podrá continuar mediante sesiones subsecuentes que tendrán lugar en la fecha que la misma determine, sin necesidad de nueva convocatoria, en el entendido que, dichas sesiones deberán llevarse a cabo dentro de los tres (3) días hábiles subsecuentes a la sesión inmediatamente anterior. Estas sesiones subsecuentes se celebrarán

DANSKE_0016516

con el quórum exigido por la Ley General de Sociedades Mercantiles para asumir en segunda o subsecuentes convocatorias. - - ARTÍCULO VIGÉSIMO PRIMERO.- Votaciones y Resoluciones. Cada acción en circulación tendrá derecho a un voto en las Asambleas de Accionistas. La (así) votaciones serán económicas, salvo que la mayoría de los presentes acuerden que sean nominativas o por cédula. - - En las Asambleas Generales Ordinarias de Accionistas, ya sea que se celebren en virtud de primera o ulterior convocatoria, las resoluciones serán válidas si las mismas son aprobadas por simple mayoría de votos de las acciones representadas en dicha Asamblea. - - Tratándose de Asamblea General Extraordinaria o de Asamblea Especiales, bien que se reúnan por primera o ulterior convocatoria, las resoluciones serán válidas si son aprobadas por el voto afirmativo de las acciones representativas del cincuenta y uno por ciento (51%) del capital social pagado o por el voto afirmativo de las acciones representativas del cincuenta y uno por ciento (51%) de la serie de acciones representadas en la Asamblea Especial de que se trate, respectivamente. - - Los accionistas que sean miembros del Consejo de Administración o los comisarios no podrán votar en la Asamblea para aprobar las cuentas, informes o dictámenes de la Sociedad, o respecto de cualquier asunto que afecte su responsabilidad o interés personal. - - Cualquier resolución que implique la fusión o escisión de la Sociedad con otra u otras sociedades, o la reforma de estos estatutos sociales, requerirá la autorización previa de la Comisión Nacional Bancaria y de Valores. Para estos efectos, tanto la escritura constitutiva como las modificaciones estatutarias se inscribirán en el Registro Público del Comercio junto con las correspondientes autorizaciones de acuerdo con lo dispuesto en el último párrafo del artículo 9 (nueve) y la fracción III (tercera) del artículo 27 (veintisiete) de la Ley de Instituciones de Crédito. - - ARTÍCULO VIGÉSIMO SEGUNDO.- Actas. Las actas de las Asambleas de Accionistas se transcribirán en un libro especial y serán firmadas por el Presidente de la Asamblea, o por el Secretario, y por el comisario o comisarios que concurran. - - A un duplicado del acta relativa, certificado por el Secretario o Prosecretario, se agregará la lista de los asistentes con indicación del número de acciones representadas en dicha Asamblea, los documentos que acrediten la propiedad de dichas acciones y, en su caso, el acreditamiento de los representantes de los accionistas, así como un ejemplar de los periódicos en que se hubiere publicado la convocatoria y los informes, dictámenes y demás documentos que se hubieren presentado en el acto de celebración de la asamblea o previamente a ella. - - Cualquier copia o constancia de las actas de las asambleas de Accionistas o del Consejo de Administración, así como de los asientos contenidos en los libros y registros sociales de naturaleza no contable y, en general, de cualquier documento del archivo de la Sociedad, podrán ser autorizados por el Secretario o Prosecretario, quienes también podrán comparecer ante notario público a formalizar las actas citadas. - - ARTÍCULO VIGÉSIMO TERCERO.- Excepciones Legales a las Asambleas. De conformidad con lo previsto en el artículo 29 (veintinueve) Bis 1 (uno) de la Ley de Instituciones de Crédito, para efectos de los actos corporativos referidos en los artículos 29 (veintinueve) Bis, 29 (veintinueve) Bis 2 (dos) y 122 (ciento veintidós) Bis 9 (nueve) de dicha ley, como excepción a lo previsto en la Ley General de Sociedades Mercantiles y en los artículos Décimo Sexto a Vigésimo Segundo de estos estatutos sociales, para la celebración de las asambleas generales de accionistas correspondientes se observará lo siguiente: - - (a) se deberá realizar y publicar una convocatoria única para asamblea de accionistas en un plazo de tres (3) días hábiles que se contará, respecto de los supuestos de los artículos 29 (veintinueve) Bis 2 (dos) de la Ley de Instituciones de Crédito, a partir de la fecha en que surta efectos la notificación a que se refiere el artículo 29 (veintinueve) Bis o, para el caso que prevé el artículo 122 (ciento veintidós) Bis 9 (nueve) de la Ley de Instituciones de Crédito, a partir de la fecha en que el administrador cautelar asuma la administración



CONFIDENTIAL

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



29

**COTEJADO**

*de la Sociedad en términos del artículo 143 (ciento cuarenta y tres) de la Ley de Instituciones de Crédito; - - (b) la convocatoria referida en el párrafo anterior deberá publicarse en dos de los periódicos de mayor circulación en el domicilio de la Sociedad, en la que, a su vez, se especificará que la asamblea se celebrará dentro de los ocho (8) días hábiles después de la publicación de dicha convocatoria; (c) durante el plazo mencionado en el párrafo anterior, la información relacionada con el tema a tratar en la asamblea deberá ponerse a disposición de los accionistas, al igual que los formularios a que se refiere el artículo 16 (dieciséis) de la Ley de Instituciones de Crédito; y (d) la asamblea se considerará legalmente reunida cuando esté representado, por lo menos, el setenta y cinco por ciento (75%) del capital social pagado de la Sociedad, y sus resoluciones serán válidas con el voto favorable de los accionistas que en conjunto representen el cincuenta y uno por ciento (51%) de dicho capital. - - En protección de los intereses del público ahorrador, la impugnación de la convocatoria a las asambleas de accionistas a que se refiere el presente artículo, así como de las resoluciones adoptadas por éstas, sólo dará lugar, en su caso, al pago de daños y perjuicios, sin que dicha impugnación produzca la nulidad de los actos. - - **CAPÍTULO CUARTO - - ADMINISTRACIÓN. - - ARTÍCULO VIGÉSIMO CUARTO.-** Órganos de Administración. La dirección y administración de la Sociedad estarán Confiadas a un Consejo de Administración y a un Director General. Las designaciones correspondientes al Consejo de Administración, al Director General y de los funcionarios que ocupen cargos con las dos jerarquías inmediatas inferiores a éste, se ajustarán a lo dispuesto en la Ley de Instituciones de crédito. - - El Consejo de Administración deberá designar un Comité de Auditoría, con carácter consultivo, de conformidad con el artículo 21 (veintiuno) de la Ley de Instituciones de Crédito...- -...ARTÍCULO VIGÉSIMO NOVENO.- Facultades del Consejo de Administración. El Consejo de Administración tiene los poderes y facultades que a los órganos de su clase atribuyen las leyes y estos estatutos, por lo que de manera enunciativa y no limitativa podrán ejercer los siguientes poderes: - - (1) poder general para pleitos y cobranzas, con las más amplias facultades permitidas por la ley. en términos del primer párrafo del artículo 2554 del Código Civil Federal y sus correlativos de los Códigos Civiles de los Estados de la República Mexicana y del Distrito Federal, con todas las facultades generales y especiales que se requieran, incluyendo las facultades especiales que requieran mención expresa conforme a las fracciones tercera, cuarta, sexta, séptima y octava del artículo 2587 (dos mil quinientos ochenta y siete) del Código Civil y de sus correlativos de los Códigos Civiles para los Estados de la República Mexicana y del Código Civil para el Distrito Federal, para representar a la Sociedad ante las autoridades administrativas y judiciales, sean éstas municipales, estatales, o federales, así como ante las autoridades del trabajo o ante árbitros, y para realizar entre otros los siguientes actos: - - (a) promover juicios de amparo y desistir de ellos; - - (b) presentar y ratificar denuncias y querellas penales y desistir de ellas; - - (c) constituirse en coadyuvante del Ministerio Público, federal o local; - - (d) otorgar el perdón del ofendido en los procedimientos penales; - - (e) articular o absolver posiciones en cualquier género de juicios, incluidos los laborales, en el entendido, de que la facultad de absolverlas sólo podrá ser ejercida por medio de personas físicas que al efecto designe el Consejo de Administración, por lo que quedan absolutamente excluidos del goce de la misma cualesquiera otros funcionarios o apoderados de la Sociedad; y- - (f) representar a la Sociedad ante todo tipo de autoridades en materia laboral, sean administrativas o judiciales, locales o federales; actuar dentro de los procedimientos procesales o extrajudiciales correspondientes, desde la etapa da conciliación y hasta la de ejecución laboral; y celebrar todo tipo de convenios, en los términos de los artículos 11 (once), 787 (setecientos ochenta y siete) 876 (ochocientos setenta y seis) de la Ley Federal del Trabajo. (2) poder general para actos de administración, en los términos del 2554(sic) (dos mil quinientos*

cincuenta y cuatro, párrafo segundo, del Código Civil Federal y sus correlativos de los Códigos Civiles de los Estados de la República Mexicana y del Distrito Federal, para administrar los negocios y bienes sociales de la Sociedad.- - (3) poder para emitir, suscribir, otorgar, aceptar, avalar o endosar títulos de crédito en los términos del artículo 9 (nueve) de la Ley General de Títulos y Operaciones de Crédito.- - (4) poder general para actos de dominio en los términos del párrafo tercero del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus correlativos de los Códigos Civiles de los Estados de la República Mexicana y del Distrito Federal, con las facultades especiales señaladas en las fracciones primera, segunda y quinta del artículo 2587 (dos mil quinientos ochenta y siete) de los referidos ordenamientos legales ajustándose a lo dispuesto en la fracción I del artículo 106-I de la Ley de Instituciones de Crédito para ejercer cuentas de los bienes muebles e inmuebles de la Sociedad, o de sus derechos reales o personales;- - (5) poder para abrir y cancelar cuentas bancarias en nombre de la Sociedad y girar cheques contra las mismas, así como para designar a las personas que giren cheques en contra de dichas cuentas y para hacer depósitos;- - (6) poder para establecer las reglas relacionadas con la estructura, organización, integración, funciones y facultades y fijarles la remuneración;- - (7) poder en los términos del artículo 145 (ciento cuarenta y cinco) de la Ley General de Sociedades Mercantiles, para designar y remover al Director General y a los principales funcionarios, con observancia de lo dispuesto en el artículo 24 (veinticuatro), con excepción de la fracción I (primera), y la Ley de Instituciones de Crédito; a los delegados fiduciarios; al auditor externo de la Sociedad; al Secretario y prosecretario del propio Consejo; señalarles sus facultades y deberes y determinar sus respectivas remuneraciones;- - (8) poder para otorgar o revocar los poderes generales o especiales para pleitos y cobranzas, actos de administración, actos de dominio o cualquiera poderes especiales y facultades para la suscripción de títulos de crédito a favor de aquellos funcionarios de la Sociedad u otros individuos que crea convenientes; con observancia de lo dispuesto en las leyes aplicables, delegar sus facultades en el Director General, o en los miembros del Consejo, o en los apoderados que designe al efecto, en los términos y condiciones que el Consejo de Administración señale;- - (9) poder para delegar, en favor de la persona o personas que estime convenientes, la representación legal de la Sociedad y conferirles poderes generales para pleitos y cobranzas, con las más amplias facultades en términos del primer párrafo del artículo 2554 del Código Civil Federal y sus correlativos de los Códigos Civiles de los Estados de la República Civil Federal, con todas las facultades generales y especiales que sean requeridas, incluyendo las facultades especiales que requieran mención expresa conforme a las fracciones tercera, cuarta, séptima y octava del artículo 2587 (dos mil quinientos ochenta y siete) del Código Civil para el Distrito Federal y sus correlativos de los Códigos Civiles de la República Mexicana y del Código Civil Federal, de modo que, puedan entre otros, realizar los siguientes actos:- - (a) ostentarse como representantes legales de la Sociedad en Cualquier procedimiento o proceso, administrativo, laboral, judicial o extrajudicial, articular o absolver posiciones en nombre de la Sociedad; concurrir en el período conciliatorio ante las Juntas de Conciliación y Arbitraje, intervenir en las diligencias respectivas y celebrar toda clase de convenios con los trabajadores;- - (b) delegar, otorgar y revocar mandatos;- - (10) poder para convocar a Asambleas Generales Ordinarias y Extraordinarias de Accionistas en todos los casos previstos por estos estatutos, o cuando el Consejo lo considere conveniente, y fijar la fecha y la hora en que tales Asambleas deben celebrarse y para ejecutar sus resoluciones;- - (11) poder para aprobar aquellas transacciones en virtud de las cuales las personas a que hace referencia el artículo 73 (setenta y tres) de la Ley de Instituciones de Crédito sean o puedan constituirse en deudores de la Sociedad.

CONFIDENTIAL

DANSKE_0016519

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-58

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



31

**COTEJADO**

*sujeto a lo establecido en dicho artículo y en el artículo 73 (setenta y tres) Bis de dicha Ley; - - (13) poder para designar al auditor externo independiente; y - - (14) en general, poder para llevar a cabo los actos y operaciones que sean necesarios o convenientes para la consecución de los fines de la Sociedad, excepción hecha de los expresamente reservados por Ley o por estos estatutos a la Asamblea de Accionistas... - - CLÁUSULA ÚNICA.- - THE BANK OF NEW YORK MELLON, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, reforma íntegramente sus estatutos sociales para quedar redactados en la forma y términos aprobados por la Asamblea General Extraordinaria de Accionistas cuya acta ha sido transcrita en el inciso tercero de los antecedentes de este Instrumento, mismos que se tienen aquí por reproducidos como si se insertaran a la letra..." - - III.- Por escritura número sesenta y ocho mil novecientos cincuenta, de fecha once de septiembre de dos mil trece, ante el licenciado Roberto Núñez y Bandera, titular de la notaría número uno del Distrito Federal, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número trescientos ochenta y cuatro mil doscientos treinta y cinco, se hizo constar la protocolización del acta de la Asamblea de Accionistas de THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en la que entre otros acuerdos, se tomó nombrar a los miembros del Consejo de Administración, así como al director general y comisario, para quedar integrado por las siguientes personas y con los cargos que se indican; - - Consejo de Administración de la Sociedad Consejeros Propietarios Consejeros Suplentes. - - Diego Damián Pólipo Di Filippa. - Rene Boettcher- Sonia Chaliha - - Laura Shields - - James W. Maitland - David Jaime Montemayor- Craig Bayer – Jorge Garay Espinosa– Manuel Groenewold Mendizabal Mena - - Eva Isabel Frías Castro - - Adriana Gabriela Mendizabal Mora– Javier Domínguez Torrado - - Director General. - - IV.- Por escritura número ciento once mil trescientos treinta y ocho, de fecha veintitrés de abril de dos mil catorce, otorgada ante mí, cuyo primer testimonio se encuentra pendiente de trámite de inscripción en el Registro Público de Comercio de esta capital, por lo reciente de su otorgamiento, se hizo constar la protocolización del acta de la Asamblea de Accionistas de "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en la que entre otros acuerdos, se tomó nombrar a los miembros del Consejo de Administración, para quedar integrado por las siguientes personas y con los cargos que se indican: - - Consejo de Administración de la Sociedad- - Consejeros Propietarios - - Cargo- - Consejeros Suplentes- - Jorge Rodrigo Mario Rangel de Alba Brunel - Presidente- - Ernesto Marín Rangel de Alba - - Salvador Arroyo Rodríguez - - Consejero - Jorge González Ramírez - - Norman Hagemeister Rey - - Consejero - Luis Alberto Pérez González - - Luis Miguel Osio Barroso - Consejero - - Manuel Cadena Ortiz de Montellano - - Consejero- - Mario Alberto Maciel Castro - - Julián García Sánchez - - Consejero- - Ignacio Reyes Retana Rangel de Alba - -Juan Carlos Pérez Aceves - - Consejero - José Luis Garza Alvarez - Consejero Independiente - - Pedro Alonso Angulo- - Fernando Javier Morales Gutiérrez - - Consejero Independiente - Julián Javier Garza Castañeda - - Michell Nader Schekaiban - - Consejero Independiente - - Rogelio Gasca Neri - - Consejero Independiente - - Dionisio Sánchez González - - Consejero Independiente - - Christian Schjetnan Garduño - - Consejero Independiente - - V.- Los accionistas de "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, celebraron Asamblea General en la que se levantó el acta que el compareciente me exhibe en trece hojas útiles, escrita por el anverso y me solicita la protocolice, en términos de lo dispuesto por el artículo ciento noventa y cuatro de la Ley General de Sociedades Mercantiles, misma que agrego al apéndice de este instrumento con la letra "A", siendo dicha acta del tenor literal siguiente: - - "THE BANK OF NEW YORK MELLON", S.A., INSTITUCIÓN DE BANCA MÚLTIPLE - - ASAMBLEA GENERAL EXTRAORDINARIA DE ACCIONISTAS - - 23 DE ABRIL DE 2014 - - En la Ciudad de México, Distrito*

CONFIDENTIAL

DANSKE_0016520

Federal, siendo las 10:00 horas del día 23 de abril de 2014, se reunieron en el domicilio social de The Bank of New York Mellon, S.A., Institución de Banca Múltiple (la "Sociedad") los accionistas de la Sociedad cuyos denominaciones sociales y/o nombres aparecen en la lista de asistencia de esta Asamblea, para celebrar una Asamblea General Extraordinaria de Accionistas de la Sociedad. Estuvo también presente en la Asamblea el señor Roberto Pérez Estrada, Secretario no miembro del Consejo de Administración de la Sociedad.-- Presidió la Asamblea el señor Jorge Rodrigo Mario Rangel de Alba Brunel, en su carácter de Presidente del Consejo de Administración de la Sociedad, y actuó como Secretario el señor Roberto Pérez Estrada, de conformidad con lo establecido en el artículo vigésimo primero de los estatutos sociales de la Sociedad. -- El Presidente designó como escrutador al señor Luis Violante Martínez, quien, después de aceptar su cargo, revisó el libro de registro de acciones de la Sociedad y las cartas poder exhibidas por los comparecientes y preparación la lista de asistencia, en la cual se hace constar que se encontraba representada en la Asamblea la totalidad de las acciones suscritas, pagadas y con derecho a voto en que se divide el capital social de la Sociedad.-- Como resultado de lo anterior, el Presidente declaró la Asamblea legalmente instalada, no obstante no haberse publicado la convocatoria respectiva, en términos de lo dispuesto en el artículo 188 de la Ley General de Sociedades Mercantiles ("LGSM"), y sometió a la consideración de la Asamblea el siguiente ORDEN DEL DÍA -- I. Discusión y, en su caso, aprobación de una propuesta para fusionar a la Sociedad, como fusionante, con CI Banco, S.A., Institución de Banca Múltiple, como fusionada. Aprobación del capital social de la Sociedad y determinación de las bases y de los acuerdos conforme a las cuales deberá realizarse la fusión. Resoluciones al respecto.-- V. Revocación, otorgamiento y ratificación de poderes otorgados. -- VI. Ratificación y designación de delegados fiduciarios y apoderado de representación común.-- VII. Designación de delegados especiales que formularán los acuerdos adoptados por la Asamblea.-- Los Accionistas, por unanimidad de votos, aprobaron tanto la declaratoria del Presidente respecto de la legal instalación de la Asamblea, como el Orden del Día propuesto, el cual se procedió a desahogar en los siguientes términos.-- Punto Uno. En relación con el primer punto del Orden del Día, el Presidente expuso y sometió a la consideración de la Asamblea una propuesta para que se lleve a cabo la fusión de la Sociedad, como fusionante, con CI Banco, S.A., Institución de Banca Múltiple ("CI Banco"), como fusionada, tomando como base el balance de fusión de la fusionante al 31 de marzo de 2014, así como el balance de fusión de la fusionada a esa misma fecha.-- Asimismo, el Presidente informó a la Asamblea que, conforme a lo dispuesto en el artículo 27 de la Ley de Instituciones de Crédito ("LIC"), con fecha 11 de abril de 2014, mediante oficio número P029/2014, la Comisión Nacional Bancaria y de Valores (la "CNBV") autorizó la fusión de la Sociedad, como fusionante, con CI Banco, como fusionada (la "Autorización").-- A continuación, se expusieron en forma detallada los términos de la propuesta de referencia y del balance general proforma que en la misma se comprende, y previa la deliberación al respecto, la Asamblea, por unanimidad de votos, adoptó las siguientes: -- RESOLUCIONES -- "1.1 Se aprueba, con fundamento en los artículos 223 y demás aplicables a la LGSM, y en el artículo 27 de la LIC, que se lleve a cabo la fusión de la Sociedad, como fusionante, con CI Banco, como fusionada, "5.2 Se otorgan en este acto los siguientes poderes: -- A).-En favor de los señores (i) Salvador Hagemeister Rey; (ii) Norman Hagemeister Rey; (iii) Mario Alberto Maciel Castro; (iv) Roberto Pérez Estrada; (v) Luis Miguel Osio Barroso; y (vi) Jorge González Ramírez, poder general para actos de dominio y para conferir poderes generales o especiales y revocar los que otorguen, mismos que deberán necesariamente ejercitar en forma mancomunada 2 (dos) de cualquiera de las apoderados con los mismos poderes, de acuerdo con lo establecido en el párrafo tercero del Artículo 2554 del código civil para el Distrito Federal y de sus correlativos de los códigos civiles de los Estados de la República Mexicana, con facultades para conferir poderes generales o

CONFIDENTIAL

DANSKE_0016521

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



33

**COTEJADO**

*especiales, reservándose siempre el ejercicio de los mismos, así como para revocar los poderes que otorguen.- - B).-En favor de los señores (i) Norman Hagemeister Rey; (ii) Salvador Arroyo Rodríguez; (iii) Mario Alberto Maciel Castro; (iv) Roberto Pérez Estrada; (v) Luis Miguel Osio Barroso; y (vi) Jorge González Ramírez, poder general para administrar los negocios y bienes sociales, en los términos más amplios de conformidad con lo que dispone el segundo párrafo del artículo 2554 del código civil para el Distrito Federal y sus correlativos en los Estados de la República Mexicana y para conferir poderes generales o especiales y revocar los que otorguen, de este mismo tipo (facultades de administración); mismos que deberán necesariamente ejercitar en forma mancomunada, 2 (dos) de cualquiera de los apoderados facultados con los mismos poderes, de acuerdo con lo establecido en el párrafo segundo del Artículo 2554 del código civil para el Distrito Federal y de sus correlativos de los códigos civiles de los Estados de la República Mexicana. A).-En favor de los señores (i) Norman Hagemeister Rey; (ii) Salvador Arroyo Rodríguez; (iii) Mario Alberto Maciel Castro; (iv) Roberto Pérez Estrada; (v) Luis Miguel Osio Barroso; y (vi) Jorge González Ramírez, poder general para suscribir, endosar y avalar toda clase de títulos de crédito, documentos o certificados, contratos de reporte, préstamo de valores, abrir contratos de intermediación bursátil, abrir cuentas bancarias, girar contra ellas y autorizar a personas que libren cheques ó títulos contra las mismas, o que otorguen instrucciones de operación contra las mismas, en los términos más amplios que establece el artículo noveno de la Ley General de Títulos y Operaciones de Crédito, y para conferir poderes generales o especiales y revocar los que otorguen, de este mismo tipo (facultades de suscripción, avalar y endoso de títulos de crédito); mismos que deberán necesariamente ejercitar en forma mancomunada dos de cualquiera de los apoderados facultados con los mismos poderes. - - B).-En favor de los señores (i) Norman Hagemeister Rey; (ii) Salvador Arroyo Rodríguez; (iii) Mario Alberto Maciel Castro; (iv) Roberto Pérez Estrada; (v) Luis Miguel Osio Barroso; (vi) Jorge González Ramírez; (vii) Gerardo Raymundo Velez; (viii) David Ricardo Jaime Montemayor; (ix) María Leonor Cruz Quintana; (x) Marisol Barrios Retueta; (xi) Gerardo López González (xii) Ana María Castro Velázquez; (xiii) José Luis Violante Martínez; (xiv) Fernando Uriel López de Jesús; y (xv) Víctor de la Paz Navarro, poder general para pleitos y cobranzas con las facultades generales y especiales en términos del artículo 2554 del Código Civil para el Distrito Federal y sus correlativos de los códigos civiles de los Estados de la República Mexicana; así como para actos de administración en materia laboral, y para conferir poderes generales o especiales y revocar los que otorguen, de este mismo tipo (pleitos y cobranzas y actos en materia de administración, laboral) los cuales podrán ejercitar en forma mancomunada ó individual por cada uno de los anteriormente designados, por lo que se les confiere sin limitación alguna, de conformidad con lo establecido en el párrafo primero del artículo 2554 del Código Civil para el Distrito Federal y en sus correlativos de los códigos civiles de los Estados de la República Mexicana; estando por consiguiente facultados para presentar querellas, denuncias penales y otorgar perdones, para constituirse en parte ofendida o coadyuvante en los procedimientos penales; desistirse de las acciones que intentare y de juicios de amparo; para transigir; para someterse a arbitraje; para articular y absolver posiciones, para hacer cesión de bienes, para recusar jueces, recibir pagos y ejecutar todos los actos expresamente determinados por la ley, entre los que se incluyen representar a la Sociedad ante autoridades judiciales y administrativas, civiles o penales, ante autoridades ó tribunales del trabajo y ante la Secretaría de Relaciones Exteriores para celebrar convenios con el Gobierno Federal, en los términos de las fracciones I y IV del Artículo 27 Constitucional y para representar legalmente a la Sociedad conforme y para los efectos de los artículos 11, 46, 47, 134 fracción III, 523, 692 fracciones I, II y III, 786, 787, 873, 874, 876, 878, 880, 883 y 884 de la Ley Federal del Trabajo vigente, así como para ejercer la representación patronal en los términos del artículo 11 de la Ley Federal del Trabajo. - - Los Representantes Legales Patronales y Apoderados Generales arriba designados tendrán las siguientes facultades que se enumeran en*

DANSKE_0016522

forma enunciativa y no limitativa; para actuar ante o frente a los sindicatos con los cuales existan celebrados contratos colectivos de trabajo, y para todos los efectos de conflictos colectivos; podrá actuar ante o frente a los trabajadores personalmente considerados y para todos los efectos de conflictos individuales; en general para todos los asuntos obrero patronales y para ejercitarse ante cualesquiera de Trabajo, podrán, asimismo, comparecer ante las Juntas de Conciliación y Arbitraje, ya sean Locales o Federales; en consecuencia, llevarán la representación patronal para efectos de los artículos 11, 46, 47 y también la representación legal para los efectos de acreditar la personalidad y la capacidad en juicio o fuera de ellos, en los términos del artículo 692, fracciones II y III; podrán comparecer al desahogo en la prueba confesional, en los términos del artículo 787, y 788 de la Ley Federal del Trabajo, con facultades para articular y absolver posiciones y desahogar la prueba confesional en todas sus partes; podrán señalar domicilios convencionales para recibir notificaciones, en los términos del artículo 876, podrán comparecer con toda la representación legal bastante y suficiente, para acudir a la audiencia a que se refiere el artículo 873 en sus tres fases de conciliación, de demanda y excepciones y de ofrecimiento y admisión de pruebas, en los términos de los artículos 875, 876, fracciones I y VI, 877, 878, 879 y 880, también podrán acudir a la audiencia de desahogo de pruebas, en los términos del artículo 873 y 874; asimismo se confieren facultades para proponer arreglos conciliatorios, celebrar transacciones, tomar toda clase de decisiones, negociar y suscribir convenios laborales; al mismo tiempo podrán actuar como representantes de la Sociedad en calidad de Administradores, respecto y para toda clase de juicios o procedimientos de trabajo que se tramiten ante cualesquiera autoridades. Podrán celebrar contratos de trabajo y restituidos y para tales efectos gozarán de todas las facultades de un mandatario general para pleitos y cobranzas y actos de administración, en la forma descrita en la quedado descrito y en los términos de los dos primeros párrafos del artículo 2554, 2587 y 2574 del código civil para el Distrito Federal, y los correlativos de éstos en los códigos civiles de las demás entidades federativas en donde se ejercite el mandato. - - A/[h favor de los señores (i) Rogelio Alberto Rey Salinas; (ii) José Luis Violante Martínez; (iii) Ana María Castro Velázquez; (iv) Fernando Uriel López de Jesús; (v) Víctor de la Paz Navarro; (vi) Jorge Hernández Vargas; (vii) Emilio Aurín Cordero; (viii) José Gabriel Alatriste Díaz; y (ix) Luis Felipe Mendoza Cárdenas, poder general para pleitos y cobranzas con las facultades generales y especiales en términos del artículo 2554 del código civil para el Distrito Federal y sus correlativos de los códigos civiles en los Estados o la República Mexicana estando por consiguiente facultados para presentar querellas, denuncias penales o otorgar perdones, para constituirse en parte ofendida o coadyuvante en los procedimientos penales; desistirse de las acciones que instaure y de juicios de amparo; para transigir; para someterse a arbitraje, para articular y absolver posiciones, para hacer cesión de bienes, para recusar jueces, recibir pagos y ejecutar todos los actos expresamente determinados por la ley, entre los que se incluyen representar a la Sociedad ante autoridades judiciales y administrativas, civiles o penales sin facultades de sustituirlas en el entendido que dicho poder lo podrán ejercitar conjunta o separadamente." - "5.35e ratificó el poder otorgado a la S.D. Federal, S.A. de C.V., instituto para la Defensa del Depósito mediante escritura pública número 59,266 de fecha 7 de octubre de 2008 otorgada ante la fe del licenciado Roberto Núñez y Bandera, titular de la notaría número 1 del Distrito Federal." - - Punto Seis. En relación con el quinto punto del Orden del Día, el Presidente informó a la Asamblea que es conveniente ratificar a los actuales delegados fiduciarios de la sociedad y nombrar a nuevos delegados. - - Tras una breve deliberación al respecto, por unanimidad de votos, la Asamblea adoptó las siguientes: - - RESOLUCIONES - - "6.15a designan delegados fiduciarios y apoderados de representación común, de acuerdo a lo establecido por los articulos 46 Fracciones XV y XVII y 80 de la Ley de Instituciones de Crédito, a las siguientes personas, en los

CONFIDENTIAL

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-58

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



35

**COTEJADO**

*términos que se exponen a continuación:- - A. Los señores (i) Salvador Arroyo Rodríguez; (ii) Mario Alberto Maciel Castro; (iii) Roberto Pérez Estrada; (iv) Emilio Aarun Cordero; (v) Fernando José Royo Díaz Rivera; (vi) Jorge Alejandro Naciff Oceguera; (vii) Fernando Rafael García Cuellar; (viii) Daniel Martín Tapia Alonso; (ix) Carlos Mauricio Ramírez Rodríguez; (x) Raúl Morelos Meza; (xi) Oscar Herrejón Caballero; (xii) Jesús Hevelio Villegas Velderrain; y (xiii) Esteban Sadurni Fernandez, quienes fungirán con el carácter de delegados fiduciarios con Firma "A"; B. Los señores (i) Ricardo Antonio Rangel Fernández MacGregor; (ii) Norma Serrano Ruiz; (iii) Juan Pablo Baigts Lastiri; (iv) Patricia Flores Milchorena; (v) Cristina Reus Medina; (vi) Rosa Adriana López Jaimes Figueroa; (vii) María del Carmen Robles Martínez Gómez; (viii) Mará Patricia Sandoval Silva; (ix) Itzel Crisóstomo Guzmán; (x) Valeria Grande Ampudia Albarrán; y (xi) Mónica Jiménez Labora Sarabia, quienes fungirán con el carácter de delegados fiduciarios con Firma "B". - - C. El ejercicio de las facultades será de la siguiente forma: a)Para que actúen conjuntamente en cualquier caso, pudiendo comparecer y suscribir dos (2) apoderados firmas "A"; - - b)Para que actúen conjuntamente en cualquier caso pudiendo comparecer y suscribir dos apoderados firmando una (1) firma "A" con una (1) Firma "B"; - - c) Nunca podrán actuar dos (2) firmas "B" sin alguna firma "A"; - - d)Los delegados Fiduciarios y apoderados de representación común actuarán en nombre y representación de CI Banco, S.A., Institución de Banca Múltiple con en el carácter de Delegados Fiduciarios Generales, otorgándose además de las facultades inherentes a su cargo en los términos de los Artículos cuarenta y seis fracciones quince y diecisiete, así como ochenta de la Ley de Instituciones de Crédito e independientemente de las mismas y sin que ello implique limitación alguna a sus facultades de Delegado Fiduciario General, pero siempre sujetos a lo establecido en los incisos anteriores, las siguientes:- - (i) Poder general para pleitos y cobranzas, en los términos del primer párrafo del artículo dos mil quinientos cincuenta y cuatro del código civil para el Distrito Federal y de sus correlativos en el código civil Federal y en los códigos civiles de las demás entidades federativas de la República Mexicana, con todas las facultades generales y aún con las especiales que conforme a la ley requieran de poder o cláusula especial, en los términos del artículo dos mil quinientos ochenta y siete del ordenamiento jurídico primeramente citado y de sus correlativos de los segundos. De manera enunciativa y no limitativa, el apoderado tendrá, entre otras, las siguientes facultades; (a) comparecer ante particulares y ante toda clase de autoridades judiciales o administrativas, ya fueren federales, estatales o municipales, aun tratándose de Juntas de Conciliación y de Conciliación y Arbitraje, representando a la parte poderdante en todos los negocios que se le ofrezcan; (b) promover y contestar toda clase de demandas o de asuntos y seguirlos por todos sus trámites, instancias e incidentes, hasta su final decisión; (c) recusar.; (d) transigir; (e) articular y absolver posiciones; (f) conformarse con las resoluciones de las autoridades o Interponer contra ellas, según lo estime conveniente, los recursos legales procedentes; (g) promover el juicio de amparo; (h) presentar denuncias y querellas penales de toda especie; (i) constituirse parte civil en cualquier proceso, coadyuvando a la acción del Ministerio Público en los términos que las leyes permitan; (j) otorgar el perdón cuando proceda; (k) desistirse de los asuntos, juicios y recursos, aun tratándose del juicio de amparo; (l) comparecer ante autoridades fiscales; (m) hacer y recibir pagos; (n) someter los asuntos contenciosos de la Sociedad a la decisión de árbitros de derecho y arbitradores, estableciendo el procedimiento que se seguirá ante los mismos; (ñ) hacer pujas y presentar posturas y mejoras en remate; y (o) hacer cesión de bienes. - - (ii) Poder general para actos de administración, en los términos del segundo párrafo del artículo 2554 del Código Civil para el Distrito Federal y de sus correlativos en el código civil federal y en los Códigos Civiles de las demás entidades federativas de la República Mexicana. - - (iii) Poder general para actos de administración en materia laboral, delegándole al efecto facultades de representación legal en materia laboral, para comparecer ante particulares y ante todas las autoridades en materia de trabajo. En los términos de este*

DANSKE_0016524

poder la parte apoderada podrá comparecer ante todas las autoridades en materia de trabajo relacionadas en el número veintidós, del inciso A, de la fracción XXXI, del párrafo A del artículo ciento veintitrés constitucional, artículo quinientos veintitrés de la Ley Federal del Trabajo y en los artículos doce y dieciocho de la Ley Federal de los Trabajadores al Servicio del Estado, así como ante el "INSTITUTO DEL FONDO NACIONAL DE LA VIVIENDA PARA LOS TRABAJADORES" (INFONAVIT) e "INSTITUTO MEXICANO DEL SEGURO SOCIAL (I.M.S.S.) y a realizar todas las gestiones y trámites necesarios para la solicitud de los asuntos que se presenten a la poderdante, ante los que comparecerá con el carácter de representante de la poderdante en los términos del artículo once de la Ley Federal del Trabajo, que determina: "Los directores, administradores, gerentes y demás personas que ejerzan funciones de dirección o administración en las empresas o establecimientos, serán considerados representantes del patrón y en tal concepto lo obligan en sus relaciones con los trabajadores". Consiguientemente, el representante podrá ejercer las siguientes facultades, sin que la enumeración que se va a expresar sea limitativa sino simplemente enunciativa; comparecer con el carácter de administrador y, por lo tanto, representante de la poderdante, en términos de los artículos once, seiscientos noventa y dos fracción uno y dos, seiscientos noventa y seis de la Ley Federal del Trabajo, del artículo ciento treinta y cuatro de la Ley Federal de los Trabajadores al Servicio del Estado, ante toda clase de autoridades del trabajo y de la previsión social, jurisdiccionales o administrativas, ante los Tribunales de Conciliación y Arbitraje, ante el INSTITUTO MEXICANO DEL SEGURO SOCIAL (IMSS) y comparecer a las audiencias de conciliación, demanda y excepciones ofrecimiento y desahogo de pruebas, alegatos y resoluciones a que sea citada la poderdante por las Juntas de Conciliación y Arbitraje o por el Tribunal Federal de Conciliación y Arbitraje, con todas las facultades generales y aún las especiales que conforme a la ley requieran poder o cláusula especial, en los términos del segundo párrafo del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y de sus correlativos en los Códigos Civiles de las demás entidades federativas de la República Mexicana, así como el Federal para absolver o articular posiciones.- - (iv) Poder general para actos de dominio, en los términos del tercer párrafo del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y de sus correlativos de los Códigos Civiles de las demás entidades federativas de la República Mexicana, así como el Federal.- - (v) Poder general para suscribir títulos de crédito, en términos del artículo noveno de la Ley General de Títulos y Operaciones de Crédito. De manera enunciativa y no limitativa, el apoderado podrá emitir, girar, endosar y avalar toda clase de títulos de crédito.- - (vi) El apoderado podrá sustituir total o parcialmente los poderes y facultades que se le confieran, reservándose en todo caso el ejercicio de los mismos. También podrá otorgar poderes generales o especiales y revocar las sustituciones y poderes que hubiese otorgado, así como los que hubiesen sido conferidos con anterioridad.- - Punto Siete.- En relación con el último punto del Orden del Día, la Asamblea por unanimidad de votos de los accionistas, adoptó la siguiente—RESOLUCIÓN.- "7.1Se designa como delegados especiales de la presente Asamblea a los señores Jorge Fernando Tejeda Ugalde, Roberto Pérez Estrada, Rogelio Forestieri Forestieri Muñoz y Eduardo Díaz de Cossío Hernández, y a la señora Tatiana Suzette Treviño García, como delegados especiales de la presente Asamblea, con facultades amplísimas para que, indistintamente cualquiera de ellos, concurra ante el fedatario público de su elección para obtener la protocolización de las resoluciones adoptadas en la presente Asamblea que lo requieran y para que obtenga la inscripción del testimonio respectivo en el Registro Público de Comercio del domicilio social, así como para que modifique la presente acta en los términos que, en su caso, determine cualquier autoridad competente, realice las publicaciones que

DANSKE_0016525

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-58

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



37

**COTEJADO**

*sean necesarias y otorgue cualesquiera certificaciones o documentos a fin de que las resoluciones adoptadas por la presente Asamblea produzcan plenos efectos." - -No habiendo otro asunto que tratar, se suspendió la Asamblea el tiempo necesario para la preparación de la presente acta, la cual, una vez leída, fue aprobada por la Asamblea y autorizada para ser firmada por el Presidente y el Secretario, levantándose definitivamente la Asamblea a las 11:00 horas del día 23 de abril de 2014." - -Siguen firmas. - - DE LA FUSIONADA: - - VI.- Por escritura número diecinueve mil doscientos cincuenta y cinco, de fecha treinta de noviembre de mil novecientos ochenta y tres, ante el licenciado Eduardo Flores Castro Altamirano, titular de la notaría número treinta y tres del Distrito Federal, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se constituyó "CONSULTORIA INTERNACIONAL", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, con domicilio en México, Distrito Federal, duración de noventa y nueve años, cláusula de exclusión de extranjeros, capital social mínimo de DIEZ MILLONES DE PESOS, MONEDA NACIONAL, (equivalentes actualmente a DIEZ MIL PESOS, MONEDA NACIONAL) cuyo objeto quedó especificado.- - VII.- Por escritura número cuarenta y dos mil trescientos cuatro, de fecha once de abril de mil novecientos ochenta y seis, ante el licenciado Francisco Daniel Sánchez Domínguez, titular de la notaría número ciento dieciséte del Distrito Federal, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de accionistas de "CONSULTORÍA INTERNACIONAL", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de aumentar el capital social de la sociedad a la suma de VEINTE MILLONES DE PESOS, MONEDA NACIONAL, (equivalentes actualmente a VEINTE MIL PESOS, MONEDA NACIONAL), de los que corresponden DIEZ MILLONES DE PESOS, MONEDA NACIONAL (equivalentes actualmente a DIEZ MIL PESOS, MONEDA NACIONAL) a la parte fija y DIEZ MILLONES DE PESOS, MONEDA NACIONAL (equivalentes actualmente a DIEZ MIL PESOS, MONEDA NACIONAL) a la parte variable, reformando en dicho sentido sus estatutos sociales. - - VIII.- Por escritura número cincuenta y dos mil trescientos siete, de fecha once de abril de mil novecientos ochenta y seis, ante el mismo notario que la anterior, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar el cambio de denominación de "CONSULTORIA INTERNACIONAL", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, a "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, y la reforma a los artículos primero, segundo, tercero y vigésimo segundo, así como la adición al artículo sexto de sus estatutos sociales. - - IX.- Por escritura número mil quinientos diecinueve, de fecha veintiocho de abril de mil novecientos ochenta y siete, ante el licenciado Carlos Fernández Flores, titular de la notaría número ciento setenta y seis del Distrito Federal, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de aumentar el capital social autorizado en la parte fija de la sociedad a la suma de OCHOCIENTOS MILLONES DE PESOS, MONEDA NACIONAL, (equivalentes actualmente a OCHOCIENTOS MIL PESOS, MONEDA NACIONAL), reformando en dicho sentido sus estatutos sociales.- - X.- Por escritura número sesenta y dos mil setecientos ochenta y seis, de fecha dieciocho de abril de mil novecientos ochenta y ocho, ante el licenciado Luis E. Zano Chavira, titular*

DANSKE_0016526

de la notaría número ciento ochenta y ocho del Distrito Federal, en aquel entonces actuando como asociado en el protocolo de la notaría número ciento dieciséis, de la que es titular el licenciado Ignacio R. Morales Lechuga, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de la "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de aumentar el capital social autorizado en la parte fija de la sociedad a la suma de DOS MIL MILLONES DE PESOS, MONEDA NACIONAL, (equivalentes actualmente a DOS MILLONES DE PESOS, MONEDA NACIONAL, equivalentes actualmente a DOS MILLONES DE PESOS, MONEDA NACIONAL), reformando en dicho sentido sus estatutos sociales. - - XI.- Por escritura número cuarenta y tres, de fecha cuatro de abril de mil novecientos ochenta y nueve, ante el mismo notario que la anterior, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la fusión de "CASA DE CAMBIO PROCAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE como fusionada y "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, como fusionante subsistiendo ésta última, reformando en dicho sentido sus estatutos sociales.- - XII.- Por escritura número mil cuarenta y cuatro, de fecha cuatro de abril de mil novecientos ochenta y nueve, ante el mismo notario que las anteriores, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de aumentar el capital social autorizado en la parte fija de la sociedad a la suma de CUATRO MIL DOSCIENTOS MILLONES DE PESOS, MONEDA NACIONAL, (equivalentes actualmente a CUATRO MILLONES DE PESOS, MONEDA NACIONAL), reformando en dicho sentido sus estatutos sociales. - - XIII.- Por escritura número sesenta y nueve mil ciento cuarenta, de fecha treinta de octubre de mil novecientos ochenta y nueve, ante el licenciado Alberto T. Sánchez Colín, titular de la notaría número ochenta y tres del Distrito Federal, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de aumentar el capital social autorizado en la parte fija de la sociedad a la suma de OCHO MIL MILLONES DE PESOS, MONEDA NACIONAL, (equivalentes actualmente a OCHO MILLONES DE PESOS, MONEDA NACIONAL), reformando en dicho sentido sus estatutos sociales. - - XIV.- Por escritura número sesenta mil ochocientos nueve, de fecha veintisiete de julio de mil novecientos noventa y dos, ante el licenciado Francisco Daniel Sánchez Domínguez, titular de la notaría número diecisiete del Distrito Federal, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de aumentar el capital social autorizado de la sociedad a la suma de DIECISÉIS MIL CUATROCIENTOS CINCUENTA Y TRES MILLONES QUINIENTOS CINCUENTA Y SEIS MIL PESOS, MONEDA NACIONAL, (equivalentes actualmente a

CONFIDENTIAL

DANSKE_0016527

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-66

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



39

**COTEJADO**

*DIECISÉIS MILLONES CUATROCIENTOS CINCUENTA Y TRES MIL QUINIENTOS CINCUENTA Y SEIS PESOS, MONEDA NACIONAL), de los que corresponden TRECE MIL DOSCIENTOS MILLONES DE PESOS, MONEDA NACIONAL (equivalentes actualmente a TRECE MILLONES DOSCIENTOS MIL PESOS, MONEDA NACIONAL), a la parte fija y TRES MIL DOSCIENTOS CINCUENTA Y TRES MILLONES QUINIENTOS CINCUENTA Y SEIS MIL PESOS, MONEDA NACIONAL (equivalentes actualmente a TRES MILLONES DOSCIENTOS CINCUENTA Y TRES MIL QUINIENTOS CINCUENTA Y SEIS MIL PESOS, MONEDA NACIONAL) a la parte variable, reformando en dicho sentido sus estatutos sociales. - - XV.- Por escritura número sesenta mil ochocientos doce, de fecha veintisiete de julio de mil novecientos noventa y dos, ante el mismo notario que la anterior, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de modificar el artículo segundo de sus estatutos sociales. - - XVI.- Por escritura número sesenta mil ochocientos noventa y cuatro, de fecha veinticuatro de agosto de mil novecientos noventa y dos, ante el mismo notario que las anteriores, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de aumentar el capital social autorizado de la sociedad a la suma de VEINTIDÓS MIL QUINIENTOS NUEVE MILLONES OCHOCIENTOS QUINCE MIL PESOS, MONEDA NACIONAL, (equivalentes actualmente a VEINTIDÓS MILLONES QUINIENTOS NUEVE MIL OCHOCIENTOS QUINCE PESOS, MONEDA NACIONAL), de los que corresponden DIECISIETE MIL NOVECIENTOS ONCE MILLONES OCHENTA Y UN MIL PESOS, MONEDA NACIONAL (equivalentes actualmente a DIECISIETE MILLONES NOVECIENTOS ONCE MIL OCHENTA Y UN PESOS, MONEDA NACIONAL), a la parte fija y CUATRO MIL QUINIENTOS NOVENTA Y OCHO MILLONES SETECIENTOS TREINTA Y CUATRO MIL PESOS, MONEDA NACIONAL (equivalentes actualmente a CUATRO MILLONES QUINIENTOS NOVENTA Y OCHO MIL SETECIENTOS TREINTA Y CUATRO PESOS, MONEDA NACIONAL) a la parte variable, reformando en dicho sentido sus estatutos sociales. - - XVII.- Por escritura número sesenta y un mil setecientos setenta y tres, de fecha treinta de marzo de mil novecientos noventa y tres, ante el mismo notario que las anteriores, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORÍA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de aumentar el capital social autorizado en la parte fija de la sociedad a la suma de VEINTIDÓS MILLONES QUINIENTOS NUEVE MIL OCHOCIENTOS QUINCE NUEVOS PESOS, MONEDA NACIONAL, (equivalentes actualmente a VEINTIDÓS MILLONES QUINIENTOS NUEVE MIL OCHOCIENTOS QUINCE PESOS, MONEDA NACIONAL), máximo ilimitado, reformando en dicho sentido sus estatutos sociales.- - XVIII.- Por escritura número sesenta y dos mil setecientos veintiocho, de fecha veintiocho de octubre de mil novecientos noventa y tres, ante el mismo notario que las anteriores, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas*

DANSKE_0016528

*de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de aumentar el capital social autorizado en la parte fija de la sociedad a la suma de VEINTISIETE MILLONES QUINIENTOS VEINTE MIL DOSCIENTOS SESENTA Y UN NUEVOS PESOS, MONEDA NACIONAL, (equivalentes actualmente a VEINTISIETE MILLONES QUINIENTOS VEINTE MIL DOSCIENTOS SESENTA Y UN PESOS, MONEDA NACIONAL), reformando en dicho sentido sus estatutos sociales. - - XIX.- Por escritura número treinta y tres mil ochocientos sesenta y cuatro, de fecha ocho de agosto de mil novecientos noventa y cinco, ante el licenciado Roberto Courtade Bevilacqua, titular de la notaría Pública de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la integración de "CONSULTORIA INTERNACIONAL, CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, a "IXE GRUPO FINANCIERO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, para quedar como "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, IXE GRUPO FINANCIERO, con domicilio en México, Distrito Federal, duración de noventa y nueve años, contados a partir del día treinta de noviembre de mil novecientos ochenta y tres, cláusula de admisión de extranjeros, capital social mínimo de VEINTISIETE MILLONES QUINIENTOS VEINTE MIL DOSCIENTOS SESENTA Y UN NUEVOS PESOS, MONEDA NACIONAL, (equivalentes actualmente a VEINTISIETE MILLONES QUINIENTOS VEINTE MIL DOSCIENTOS SESENTA Y UN PESOS, MONEDA NACIONAL). - - XX.- Por escritura número ciento cincuenta y cuatro, de fecha diecisiete de diciembre de mil novecientos noventa y nueve, ante el licenciado Francisco I. Higuas Vélez, titular de la notaría número doscientos doce del Distrito Federal, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que se acordó la incorporación de la sociedad de "IXE GRUPO FINANCIERO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE y la Reforma Total de sus Estatutos Sociales, para quedar con domicilio en México, Distrito Federal, duración indefinida, Cláusula de admisión de extranjeros, capital social PESOS, MONEDA NACIONAL, máximo ilimitado y teniendo por objeto el que en dicha escritura se especifica. - - XXI.- Por escritura número seiscientos treinta y nueve, de fecha siete de abril del año dos mil ante el mismo notario que la anterior, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de la sociedad, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, en la que entre otros acuerdos se tomó el de cambiar de denominación de "CONSULTORIA INTERNACIONAL, CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, a "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ACTIVIDAD AUXILIAR DEL CRÉDITO", y la reforma a los artículos primero y décimo quinto de sus estatutos sociales. - - XXII.- Por escritura número siete mil cuatrocientos cuarenta y nueve, de fecha doce de diciembre de dos mil, ante el licenciado Mario Evaristo Vivanco Paredes, titular de la notaría número sesenta y seis del Distrito Federal, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO",*

CONFIDENTIAL

DANSKE_0016529

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



41

**COTEJADO**

*SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ACTIVIDAD AUXILIAR DEL CRÉDITO, en la que entre otros acuerdos se tomó el de aumentar el capital en la parte fija a la suma de VEINTIOCHO MILLONES OCHOCIENTOS SESENTA Y OCHO MIL PESOS, MONEDA NACIONAL, por conversión de UN MILLÓN TRESCIENTAS CUARENTA Y SIETE MIL SETECIENTAS TREINTA Y NUEVE acciones pertenecientes a la Serie "B" del capital social, propiedad de LATÍN AMERICA MONEY SERVICES, L.L.C., a UN MILLÓN TRESCIENTAS CUARENTA Y SIETE MIL SETECIENTAS TREINTA Y NUEVE acciones de la Serie "F" también de su propiedad, y la reforma al artículo octavo de los estatutos sociales de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ACTIVIDAD AUXILIAR DEL CRÉDITO. - - - XXIII.- Por escritura número siete mil seiscientos ochenta y tres, de fecha veintitrés de febrero de dos mil uno, ante el mismo notario que la anterior, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ACTIVIDAD AUXILIAR DEL CRÉDITO, en la que entre otros acuerdos se tornó el de reformar el artículo octavo de sus estatutos sociales. - - XXIV.- Por escritura número ocho mil seiscientos veinticuatro, de fecha cinco de noviembre del año dos mil uno, ante el mismo notario que las dos anteriores, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General de accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ACTIVIDAD AUXILIAR DEL CRÉDITO, en la que entre otros acuerdos se tomó el de reducir el capital social en su parte variable en la suma de SEIS MILLONES OCHOCIENTOS ONCE MIL CUATROCIENTOS QUINCE PESOS MONEDA NACIONAL, quedando en consecuencia de la siguiente manera: - - Capital social fijo la cantidad de VEINTIOCHO MILLONES OCHOCIENTOS SESENTA Y OCHO MIL PESOS, MONEDA NACIONAL; - - Capital social variable la cantidad de DOS MILLONES OCHOCIENTOS CUARENTA MIL OCHOCIENTOS CUARENTA Y CINCO PESOS, MONEDA NACIONAL.. - - XXV.- Por escritura número ocho mil seiscientos veintiséis, de fecha cinco de noviembre de dos mil uno, ante el mismo notario que las tres anteriores, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General Extraordinaria de accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ACTIVIDAD AUXILIAR DEL CRÉDITO, en la que entre otros acuerdos se tomó el de aumentar el capital social de la misma en su parte fija, en la suma de DOS MILLONES QUINIENTOS OCHENTA Y SEIS MIL QUINIENTOS SETENTA Y TRES PESOS, MONEDA NACIONAL, para quedar en la suma de TREINTA Y UN MILLONES CUATROCIENTOS CINCUENTA Y CUATRO MIL QUINIENTOS SETENTA Y TRES PESOS, MONEDA NACIONAL, quedando la parte variable del capital en la cantidad de DOSCIENTOS CINCUENTA Y CUATRO MIL DOSCIENTOS SETENTA Y DOS PESOS, MONEDA NACIONAL, y la reforma al artículo octavo de los estatutos sociales de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ACTIVIDAD AUXILIAR DEL CRÉDITO. - - XXVI.- Por escritura número sesenta y siete mil quinientos sesenta y cinco, de fecha tres de julio de dos mil dos, ante mí, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del*

DANSKE_0016530

*Acta de Asamblea General de accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ACTIVIDAD AUXILIAR DEL CRÉDITO, en la que entre otros acuerdos se tomó el de reformar el artículo octavo de sus estatutos sociales. - - XXVII.- Por escritura número nueve mil doscientos sesenta y cuatro, de fecha trece de diciembre de dos mil cuatro, ante el licenciado Mario Evaristo Vivanco Paredes, titular de la notaría número ciento treinta y siete del Distrito Federal, actuando como asociado en el protocolo de la notaría número ocho, de la que es titular el licenciado José Antonio Manzanero Escutia, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del Acta de Asamblea General Ordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ACTIVIDAD AUXILIAR DEL CRÉDITO, en la que entre otros acuerdos se tomó el de nombrar como miembros del Consejo de Administración a los señores DAVID SHAW PHILLIPS y SALVADOR ORTIZ LANZZA. - - XXXVIII. - Por escritura número setenta y cuatro mil setecientos sesenta y ocho, de fecha dieciocho de enero de dos mil cinco, ante mí, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del Acta de Sesión del Consejo de Administración de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó el de nombrar como Director General y apoderado de la sociedad a los señores MARIO ALBERTO MAGIEL CASTRO y ROBERTO PÉREZ ESTRADA, respectivamente. - - XXIX. - Por escritura número ochenta y seis mil setecientos noventa y seis, de fecha dieciocho de marzo de dos mil ocho, ante mí, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del Acta de Asamblea General Extraordinaria de Accionistas de "CONSULTORIA INTERNACIONAL CASA DE CAMBIO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomaron el de cambiar la denominación y transformar la sociedad a "CONSULTORIA INTERNACIONAL BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, así como la designación del Consejo de Administración, el nombramiento del Auditor Externo y la reforma total de sus estatutos sociales. Y de dicha escritura en su parte conducente copio lo que es del tenor literal siguiente:"...Artículo Segundo.- Objeto Social. El objeto de la Sociedad es la prestación del servicio de banca y crédito en términos de lo dispuesto por la Ley de Instituciones de Crédito (en lo sucesivo, la "LIC") y, en consecuencia, podrá realizar las operaciones y prestar los servicios bancarios a que se refiere el artículo cuarenta y seis (46) y demás artículos aplicables de la LIC, de conformidad con las demás disposiciones aplicables y en apego a las sanas prácticas y a los usos bancarios, señalándose expresa e individualmente las siguientes operaciones: - I. Recibir depósitos bancarios de dinero: - a) A la vista: - b) Retirables en días preestablecidos:- c) De ahorro, y - d) A plazos o con previo aviso: - II. Aceptar préstamos y créditos: - III. Emitir bonos bancarios: - IV. Emitir obligaciones subordinadas:- V. Constituir depósitos en instituciones de crédito y entidades financieras del exterior: - - VI. Efectuar descuentos y otorgar préstamos o créditos: - VII. Expedir tarjetas de crédito con base en contratos de apertura de crédito en cuenta corriente; VIII. Asumir obligaciones por cuenta de terceros, con base en créditos concedidos, a través del otorgamiento de aceptaciones, endoso o aval de títulos de crédito, así como de la expedición de cartas de crédito; - IX- Operar con valores en los términos de las disposiciones de la LIC y de la Ley Mercado de Valores: - - X. Promover la organización y transformación de toda clase de empresas o sociedades mercantiles y suscribir y conservar acciones o*

CONFIDENTIAL

DANSKE_0016531

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-88

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



43

**COTEJADO**

partes de interés en las mismas, en los términos de la LIC; - - XI. Operar con documentos mercantiles por cuenta propia; - -XII. Llevar a cabo por cuenta propia o de terceros operaciones con oro, plata y divisas, incluyendo reportes sobre estas últimas; - - XIII. Prestar servicio de cajas de seguridad; - -XIV. Expedir cartas de crédito previa recepción de su importe, hacer efectivos créditos y realizar pagos por cuenta del clientes; - - XV.- Practicar las operaciones de fideicomiso a que se refiere la Ley General de Títulos y Operaciones de Crédito, y llevar a cabo mandatos y comisiones; pudiendo celebrar operaciones consigo mismas (asi) en el cumplimiento de fideicomisos, mandatos o comisiones, cuando el Banco de México lo autorice mediante disposiciones de carácter general; - - XVI. Recibir depósitos en administración o custodia, o en garantía por cuenta de terceros, de títulos o valores y en general de documentos mercantiles; XVII. Actuar como representante común de los tenedores de títulos de crédito; - -XVIII. Hacer servicio de caja y tesorería relativo a títulos de crédito, por cuenta de las emisoras; - -XIX. Llevar la contabilidad y los libros de actas y de registro de sociedades y empresas; - - XX. Desempeñar el cargo de albacea; - - XXI. Desempeñar la sindicatura o encargarse de la liquidación judicial o extrajudicial de negociaciones, establecimientos, concursos o herencias; - - XXII. Encargarse de hacer avalúos que tendrán la misma fuerza probatoria que las leyes asignan a los hechos por corredor público o perito; - - XXIII. Adquirir los bienes muebles e inmuebles necesarios para la realización de su objeto y enajenarlos cuando corresponda, y. - - XXIV. Celebrar contratos de arrendamiento financiero y adquirir los bienes que sean objeto de tales contratos; - - XXV. Realizar operaciones derivadas, sujetándose a las disposiciones técnicas y operativas que expida el Banco de México, en las cuales se establezcan las características de dichas operaciones, tales como tipos, plazos, contrapartes, subyacentes, garantías y formas de liquidación; - - XXVI. Efectuar operaciones de factoraje financiero; - -XXVI bis. Emitir y poner en circulación cualquier medio de pago que determine el Banco de México, sujetándose a las disposiciones técnicas y operativas que éste expida, en las cuales se establezcan entre otras características, las relativas a su uso, monto y vigencia, a fin de propiciar el uso de diversos medios de pago. - - XXVII. Intervenir en la contratación de seguros para lo cual deberán cumplir con lo establecido en la Ley General de Instituciones y Sociedades Mutualistas de Seguros y en las disposiciones de carácter general que de las mismas emanen, y- - XXVIII. Las análogas o conexas que autorice la Secretaría de Hacienda y Crédito Público, oyendo la opinión del Banco de México y de la Comisión Nacional Bancaria y de Valores, de conformidad con lo dispuesto con la fracción vigésima octava (XXVIII) del artículo cuarenta y seis (46) de la LIC; - -XXIX. Pactar con terceros, incluyendo a otras instituciones de crédito o entidades financieras, la prestación de servicios necesarios para su operación, así como comisiones para realizar las operaciones previstas en los incisos I a XVIII anteriores, de conformidad por lo dispuesto por el artículo cuarenta y seis bis uno (46 bis 1) de la LIC. - - XXX. Otorgar fianzas o cauciones sólo cuando no puedan ser atendidas por las instituciones de fianzas en virtud de su cuantía y previa autorización de la Comisión Nacional Bancaria y de Valores; - - XXXI. Dar en garantía sus propiedades en los casos que autorice la Comisión Nacional Bancaria y de Valores, siempre y cuando ello coadyuve a la estabilidad de las instituciones de crédito o el sistema financiero;- - XXXII. Dar en garantía, incluyendo prenda, prenda bursátil o fideicomiso en garantía, efectivo, derechos de crédito a su favor o los títulos o valores de su cartera, en operaciones que realicen con el Banco de México, con las instituciones de banca de desarrollo, con el Instituto de Protección al Ahorro Bancario o los fideicomisos públicos constituidos por el Gobierno Federal; XXXIII. Pagar anticipadamente, en todo o en parte, obligaciones a su cargo derivadas de depósitos de dinero, préstamos o créditos, cuando lo autorice el Banco de México mediante disposiciones de carácter general, en las cuales se establezcan los requisitos, así como los términos y condiciones conforme a los que procederán los respectivos pagos anticipados y- - XXXIV. Pagar

DANSKE_0016532

anticipadamente en operaciones de reporto celebradas con el Banco de México, instituciones de crédito, casas de bolsa, así como con las demás personas que autorice el Banco de México mediante disposiciones de carácter general, en las cuales se establezcan los requisitos conforme a los cuales podrá realizarse el pago anticipado de estas operaciones. - Artículo Tercero. Desarrollo del Objeto. Siempre y cuando sea necesario para el desarrollo y cumplimiento de su objeto social, la Sociedad podrá: - 1. Adquirir, enajenar, poseer, tomar en arrendamiento, usufructuar y, en general, utilizar y administrar, bajo cualquier título, toda clase de derechos y bienes muebles e inmuebles que sean necesarios o convenientes para la realización de su objeto y el cumplimiento de sus fines. No obstante lo anterior, la Sociedad no podrá tener en propiedad o administración más bienes inmuebles que los estrictamente necesarios para el cumplimiento de su objeto social, de conformidad con lo dispuesto por el artículo veintisiete (27), fracción quinta (V), de la Constitución Política de los Estados Unidos Mexicanos. - 2. Realizar cualquier otra actividad que pueda llevar a cabo de conformidad con la LIC y las disposiciones que al efecto dicten la Secretaría de Hacienda y Crédito Público, el Banco de México, la Comisión Nacional Bancaria y de Valores y otras autoridades competentes, en el entendido de que la Sociedad en ningún caso podrá realizar las actividades prohibidas a las instituciones de crédito que establece el artículo ciento seis. - - 3. Realizar todos los actos jurídicos necesarios o convenientes para el desempeño de sus actividades y la consecución de sus objetivos. - Artículo Cuarto. Dirección. La duración de la Sociedad será indefinida. Domicilio. El domicilio social de la Sociedad será la Ciudad de México, Distrito Federal. No obstante, la Sociedad podrá establecer oficinas, sucursales o subsidiarias dentro y fuera de los Estados Unidos Mexicanos, mediante el cumplimiento de los requisitos señalados en la LIC y la regulación aplicable. Asimismo, la Sociedad podrá pactar domicilios convencionales, sin que por ello se entienda cambiado su domicilio social. - Artículo Sexto. Nacionalidad. La Sociedad es de nacionalidad mexicana. Los accionistas extranjeros que sea la Sociedad tenga o llegare a tener quedan obligados, por ese solo hecho, con la Secretaría de Relaciones Exteriores a considerarse como nacionales respecto de las acciones de la Sociedad que adquieren o de que sean titulares, así como de los bienes, derechos, autorizaciones, participaciones o intereses de que sea titular la Sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la Sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus gobiernos, bajo la pena en caso contrario, de perder en beneficio de la Nación Mexicana las acciones, intereses y derechos que hubiere referido. No podrán participar en forma alguna en el capital social de la Sociedad personas morales extranjeras que ejerzan funciones de autoridad. - Capítulo Segundo. - Capital Social, Acciones y Registro de Acciones. Artículo Séptimo. Capital Social. El capital social de la Sociedad estará formado por una parte ordinaria representada por acciones de la Serie "O" y, en su caso, por una parte adicional representada por acciones de la Serie "L". - - La parte ordinaria del capital social, es de $409,361,703.00 (cuatrocientos nueve millones trescientos sesenta y un mil setecientos cinco pesos y 00/100, moneda de curso legal de los Estados Unidos Mexicanos) y estará representada por acciones ordinarias y nominativas de la Serie "O" con valor nominal de $1.00 (un peso 00/100 Moneda Nacional), las cuales conferirán los mismos derechos y deberán ser pagadas íntegramente en efectivo al momento de su suscripción o bien, en este último caso, así lo determine la Comisión Nacional Bancaria y de Valores. Las acciones de la Serie "O" serán de libre suscripción. — El capital social suscrito y pagado de la Sociedad es de $409,361,705.00 (cuatrocientos nueve millones trescientos sesenta y un mil setecientos cinco pesos y 00/100, moneda de curso legal de los Estados Unidos Mexicanos). - - XXX. - Por escritura número ochenta y siete mil quinientos dieciséis, de fecha dieciséis de mayo de dos mil ocho, ante mí, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número setenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del Acta de

CONFIDENTIAL

DANSKE_0016533

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



45

**COTEJADO**

*Asamblea General Ordinaria de Accionistas de "CONSULTORIA INTERNACIONAL BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en la que entre otros acuerdos se hizo constar la instalación del nuevo consejo de administración, el otorgamiento de poderes, a favor de los señores NORMAN HAGEMEISTER REY, SALVADOR ARROYO RODRÍGUEZ, MARIO ALBERTO MACIEL CASTRO, ROBERTO PÉREZ ESTRADA, JAIME ANTONIO GONZÁLEZ REMIS y JORGE GONZÁLEZ RAMÍREZ y la ratificación del auditor externo de la sociedad denominada "KPMG CÁRDENAS DOSAL", SOCIEDAD CIVIL.- XXXI.- Por escritura número ochenta y ocho mil cuatrocientos cuarenta y nueve, de fecha veintidós de julio de dos mil ocho, ante mi, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización de las resoluciones adoptadas fuera de asamblea por los Accionistas de "CONSULTORIA INTERNACIONAL BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en las que se hizo constar la modificación al objeto social; la reforma a los artículos segundo, séptimo, octavo, décimo segundo, décimo tercero, décimo quinto, décimo sexto, décimo séptimo, vigésimo segundo, vigésimo quinto, vigésimo octavo, cuadragésimo tercero, cuadragésimo cuarto, cuadragésimo séptimo, cuadragésimo octavo y cuadragésimo noveno; y la compulsa a los estatutos sociales de la sociedad.- - XXXII.- Por escritura número noventa y tres mil setecientos veinte, de fecha trece de octubre de dos mil nueve, ante mi, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización parcial del acta de Sesión del Consejo de Administración de "CONSULTORIA INTERNACIONAL BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en la que entre otros acuerdos se tomó el de nombrar como delegados fiduciarios a los señores SALVADOR ARROYO RODRÍGUEZ, MARIO ALBERTO MACIEL CASTRO y ROBERTO PÉREZ ESTRADA. - - XXXIII.- Por escritura número noventa y tres mil ochocientos cincuenta y dos, de fecha veintitrés de octubre de dos mil nueve, ante mi, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del acta de Asamblea General de "CONSULTORIA INTERNACIONAL BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en la que entre otros acuerdos, se tomó el de cambiar la denominación de la sociedad por la de "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE y la reforma al artículo primero de los estatutos sociales. - - XXXIV.- Por escritura número noventa y seis mil setenta y siete, de fecha cuatro de junio de dos mil diez, ante mi, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización parcial del acta de Sesión del Consejo de Administración de "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en la que entre otros acuerdos, se tomó el de nombrar como Delegada Fiduciaria de la Sociedad a la licenciada NORMA SERRANO RUIZ.- XXXV.- Por escritura número ciento cuatro mil ochocientos nueve, de fecha veintidós de octubre de dos mil doce, ante mi, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital en el folio mercantil sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del Acta de Asamblea General Anual Ordinaria de accionistas de "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en la que entre otros acuerdos se tomó el de nombrar Delegados Fiduciarios y otorgar poderes a favor de los señores SALVADOR ARROYO RODRÍGUEZ, MARIO ALBERTO MACIEL CASTRO, ROBERTO PÉREZ ESTRADA, RICARDO RANGEL FERNÁNDEZ MCGREGOR Y NORMA SERRANO RUIZ.- XXXVI.- Por escritura número ciento cinco mil doscientos cuarenta y dos, de fecha veintisiete de noviembre de dos mil doce, ante mi, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización*

DANSKE_0016534

del Acta de Asamblea General Anual Ordinaria de accionistas de "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en la que entre otros acuerdos se tomó el de aumentar el capital social en la parte fija en la cantidad de CINCUENTA MILLONES DE PESOS, MONEDA NACIONAL, para quedar en la cantidad de CUATROCIENTOS CINCUENTA Y NUEVE MILLONES TRESCIENTOS SESENTA Y UN MIL SETECIENTOS CINCO PESOS, MONEDA NACIONAL, y en consecuencia reformar el artículo séptimo de los estatutos sociales. - XXXXXX- Por escritura número ciento seis mil setecientos noventa y ocho, de fecha seis de mayo de dos mil trece, ante mí, cuyo primer testimonio quedó inscrito en Registro Público de Comercio de esta capital, en el folio mercantil número sesenta y seis mil doscientos setenta y siete, se hizo constar la protocolización del Acta de Asamblea General de Accionistas de "CIBANCO" SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, en la que entre otros acuerdos, se tomó el de ratificar, aprobar la renuncia y nombrar a los miembros del Consejo de Administración, Secretario y Comisarios, para quedar integrado por las siguientes personas y con los cargos que se indican: Consejero Propietario Cargo Suplente- Jorge Rodrigo Mario Rangel de Alba Brunel - Ernesto Martín Rangel Alba Brunel- Consejero de Alba - - Salvador Arroyo Rodríguez - - Consejero- Jorge González Ramírez - Manuel Cadena Ortíz de Consejero -Mario Alberto Macial Castro-- Norman Hagemeister Roy Consejero - Luis Alberto Pérez González - Julián García Sánchez - - Consejero- - Ignacio Reyes Retana Rangel - Juan Carlos Pérez Aceves - Consejero - Luis Miguel Osio Barroso- Consejero - Consejeros Independientes Propietarios- Cargo Suplente - - José Luis Garza Álvarez - ; Consejero - - Pablo Alonso Ángulo - Fernando Javier Morales Gutiérrez - Consejero - Julián Javier Garza Castañeda— Independiente - Consejero- independiente.- Michel Nadal Chakiban- Consejero Independiente – Independiente - Consejero - Dionisio Sánchez González - Consejero Rogelio Gasca Neri - Consejero Independiente - - Independiente - Christian Saljemein Gardiño- Consejero - - Independiente Secretario no miembro del consejo de administración de la Sociedad- Roberto Pérez Estrada COMISARIO PROPIETARIO- COMISARIO SUPLENTE -Jorge Evaristo Peña Tapia - Alejandro de Alba Mora - Secretario no miembro del consejo de administración de la Sociedad Roberto Pérez Estrada - - El Consejo de Administración antes designado gozará de las facultades contenidas en el artículo vigésimo noveno de los estatutos sociales. - XXXVIII.- Los accionistas de "CIBANCO" SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, celebraron Asamblea General, de la que se levantó el acta que el compareciente me exhibe en cinco hojas útiles escritas por el anverso, y me solicita la protocolice, en términos de lo dispuesto por el artículo ciento noventa y cuatro de la Ley General de Sociedades Mercantiles, misma que agregó su apéndice de este instrumento con la "B", siendo dicha acta del tenor literal siguiente:- "CI BANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE. - - ASAMBLEA GENERAL EXTRAORDINARIA DE ACCIONISTAS - 23 DE ABRIL DE 2014 - - En la Ciudad de México, Distrito Federal, siendo las 09:00 horas del día 23 de abril de 2014, se reunieron en el domicilio social de CI Banco, S.A., Institución de Banca Múltiple (la "Sociedad") los accionistas de la Sociedad cuyas denominaciones sociales aparecen en la lista de asistencia de esta Asamblea, para celebrar una Asamblea General Extraordinaria de Accionistas de la Sociedad. Estuvieron también presentes en la Asamblea los señores Jorge Rodrigo Mario Rangel de Alba Brunel y Roberto Pérez Estrada, Presidente y Secretario no miembro del Consejo de Administración de la Sociedad, respectivamente. - - Presidió la Asamblea el señor Jorge Rodrigo Mario Rangel de Alba Brunel, en su carácter de Presidente del Consejo de Administración de la Sociedad, y actuó como Secretario el del propio Consejo, señor Roberto Pérez Estrada, de conformidad con lo establecido en el artículo vigésimo primero de los estatutos sociales de la Sociedad. - - El Presidente designó como escrutador al señor José Luis Violante

DANSKE_0016535

IGNACIO RAMIREZ 1930                  LIC. HECTOR CASTRO CASTRO
TELS. 122-91-20                              TITULAR
      122-97-17            LIC. JOSE ALBERTO CASTRO SALAZAR
      125-24-23                        ADSCRITO
FAX 125-25-58              NOTARIA PUBLICA NUM. 7
                                    LA PAZ, B.C.S.

47



**COTEJADO**

*Martínez, quien, después de aceptar su cargo, revisó el libro de registro de acciones de la Sociedad y las cartas poder exhibidas por los comparecientes y prepararon la lista de asistencia, en la cual se hace constar que se encontraba representada en la Asamblea la totalidad de las acciones suscritas, pagadas con derecho a voto en que se divide el capital social de la Sociedad. - - Como resultado de lo anterior, el Presidente declaró la Asamblea legalmente instalada, no obstante no haberse publicado la convocatoria respectiva, en términos de lo dispuesto en el artículo 188 de la Ley General de Sociedades Mercantiles ("LGSM"), y sometió a la consideración de la Asamblea el siguiente - - I.- Discusión y, en su caso, aprobación de una propuesta para fusionar a la Sociedad, como fusionada, con The Bank of New York Mellon, S.A., Institución de Banca Múltiple, como fusionante. Aprobación del balance general de la Sociedad y determinación de las bases y de los acuerdos conforme a las cuales deberá realizarse la fusión. Resoluciones al respecto. - - II.- Designación de delegados especiales que formalicen los acuerdos adoptados por la Asamblea.- - Los accionistas, por unanimidad de votos, aprobaron tanto la declaratoria del Presidente respecto de la legal instalación de la Asamblea, como el Orden del Día propuesto, el cual se procedió a desahogar en los Punto Uno. En relación con el primer punto del Orden del Día, el Presidente expuso y sometió a la consideración de la Asamblea una propuesta para que se lleve a cabo la fusión de la Sociedad, como fusionada, con The Bank of New York Mellon, S.A., Institución de Banca Múltiple ("BNYM México"), como fusionante, tomando como base el balance de fusión de la fusionante al 31 de marzo de 2014, así como el balance de fusión de la fusionada a esa misma fecha. - - Asimismo, el Presidente informó a la Asamblea que, conforme a lo dispuesto en el artículo 27 de la Ley de Instituciones de Crédito ("LIC"), con fecha 1 de abril de 2014, mediante oficio número P029/2014, la Comisión Nacional Bancaria y de Valores ("CNBV") autorizó la fusión de la Sociedad, como fusionada, con BNYM México, como fusionada (la "Autorización"). - - A continuación, se expusieron en forma detallada los términos de la propuesta de referencia y del balance general proforma que en la misma se comprende, y previa la deliberación al respecto, la Asamblea, por unanimidad de votos, adoptó las siguientes RESOLUCIONES - "1.1 Se aprueba, con fundamento en los artículos 223 y demás aplicables de la LGSM, y en el artículo 27 de la LIC, que se lleve a cabo la fusión de la Sociedad, como fusionada, con BNYM México, como fusionante. - - ACUERDOS - - PRIMERO.- Fusión. Se conviene en que se lleve a cabo la fusión de la Sociedad con BNYM México, la primera de ellas con el carácter de fusionada, y la segunda como fusionante, por lo que, al producir efectos legales la fusión, subsistirá BNYM México y se extinguirá la Sociedad - - RESOLUCIÓN - "2.1 Se designa como delegados especiales de la presente Asamblea a los señores Jorge Fernando Tejeda Ugalde, Roberto Pérez Estrada, Rogelio Alberto Rey Salinas, Marco Francisco Forastieri Muñoz y Eduardo Díaz de Cossío Hernández, y a la señora Tatiana Suzette Treviño García, como delegados especiales de la presente Asamblea, con facultades amplísimas para que, indistintamente cualquiera de ellos, concurra ante el fedatario público de su elección para obtener la protocolización de las resoluciones adoptadas en la presente Asamblea que lo requieran y para que obtenga la inscripción del testimonio respectivo en el Registro Público de Comercio del domicilio social, así como para que modifique la presente acta en los términos que, en su caso, determine cualquier autoridad competente, realice las publicaciones que sean necesarias y otorgue cualesquiera certificaciones o documentos a fin de que las resoluciones adoptadas por la presente Asamblea. - -No habiendo otro asunto que tratar, se suspendió la Asamblea el tiempo necesario para la preparación de la presente acta, la cual, una vez leída, fue aprobada por la Asamblea y autorizada para ser firmada por el Presidente y el Secretario, levantándose definitivamente la Asamblea a las 09:55 horas del día 23 de abril de 2014." C L Á U S U L A S - - PRIMERA.- A solicitud del licenciado Roberto Pérez Estrada, quedan protocolizadas las Actas de*

CONFIDENTIAL

DANSKE_0016536

Asambleas Generales Extraordinarias de Accionistas de "THE BANK OF NEW YORK MELLON",
SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, como fusionante y "CIBANCO",
SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, como fusionada, que han quedado
transcritas en los antecedentes quinto y trigésimo octavo para que surtan todos sus efectos legales, así como el
convenio de fusión que ha quedado transcrito en el antecedente trigésimo noveno. SEGUNDA.- Queda
formalizada la fusión de "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE
BANCA MÚLTIPLE, como fusionante y "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA
MÚLTIPLE, como fusionada.- TERCERA.- La fusión surtirá sus efectos frente a terceros en los términos de
lo dispuesto por el artículo veinticinco fracción segunda párrafo tercero de la Ley de Instituciones de
Crédito.- - DÉCIMA SEGUNDA.- Queda formalizado el nombramiento como apoderados de "CI BANCO",
SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, (antes "THE BANK OF NEW YORK
MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, de los señores Norman
Hagemeister Rey, Salvador Arroyo Maciel Castro, Mario Alberto Maciel Castro, Roberto Pérez Estrada, Luis
Miguel Osio Barroso, Jorge González Ramírez, Gerardo Raymundo Vélez, David Ricardo Jaime Montemayor,
María Leonor Cruz Quintana, Marisol Barrios Retureta, Gerardo López González, Ana María Castro
Velázquez, José Luis Violante Martínez, Fernando Uriel López de Jesús, Víctor de la Paz Navarro, Rogelio
Alberto Rey Vázquez, Jorge Hernández Vargas, Emilio Arturo Cordero, José Gabriel Aguilar Díaz y Luis
Felipe Mendoza Cárdenas, quienes gozarán de las facultades señaladas en el acta que ha quedado transcrita
en el antecedente quinto...DÉCIMA CUARTA.- Queda formalizado el nombramiento como delegados
fiduciarios de "CI BANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, de los
señores Salvador Arroyo Rodríguez, Mario Alberto Maciel Castro, Roberto Pérez Estrada, Emilio Arturo
Cordero, Fernando José Royo Díaz Rivera, Jorge Alejandro Naciff Oceguera, Fernando Rafael García
Cuéllar, Daniel Martín Tapia Alonso, Carlos Mauricio Ramírez Rodríguez, Raúl Morelos Meza,
Oscar Herrejón Caballero, Jesús Hovelio Villegas Valderrain, Esteban Sadurní Fernández,
Ricardo Antonio Rangel Fernández MacGregor, Norma Serrano Ruiz, Juan Pablo Baigts Lastiri, Patricia
Flores Michicorena, Cristina Reus Medina, Rosa Adriana López Jaimes Figueroa, María del Carmen
Robles Martínez Gómez, María Patricia Sandoval Silva, Itzel Chocotorno Guzmán, Valeria Grande Ampudia
y Mónica Jiménez Labora Sorabia, quienes gozarán de las facultades señaladas en el acta que ha
quedado transcrito en el antecedente quinto de este instrumento. - - DÉCIMA QUINTA.- Para la
interpretación y cumplimiento del presente instrumento, el compareciente se somete a las Leyes y
Tribunales Civiles del Distrito Federal, y renuncia al fuero de cualquier otro domicilio; los gastos y derechos
de esta escritura, su testimonio y registro originen, serán por cuenta de la Sociedad. - - YO EL NOTARIO
CERTIFICO QUE.- I.- Me identifiqué plenamente como Notario ante el compareciente, quien a mi juicio
tiene capacidad legal para la celebración de este acto y me aseguré de su identidad conforme a la relación que
agrego al apéndice con la... - - II.- Di a conocer a los comparecientes el aviso de privacidad respecto del
manejo de los datos personales que me han proporcionado para otorgar el presente instrumento y les informé
que el mismo puede ser consultado en la página de internet www.notaria121.com.mx. - - III.- El
representante de "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE
BANCA MÚLTIPLE, y de "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE,
acredita la personalidad que ostenta con las actas de asambleas que han quedado transcritas en los
antecedentes quinto y trigésimo octavo de este instrumento y declara que no le ha sido revocada, modificada,
ni se ha extinguido así como que sus representantes se encuentran capacitados legalmente para la
celebración de este acto. - IV.- En virtud de haber solicitado el compareciente la clave del Registro
Federal de Contribuyentes y la Cédula de Identificación Fiscal de los integrantes de las Asambleas, cuyos

CONFIDENTIAL
DANSKE_0016537

IGNACIO RAMIREZ 1930
TELS. 122-91-20
    122-97-17
    125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



49

**COTEJADO**

*actas se protocolizan en este instrumento, y no exhibirlas al suscrito notario procederé a dar el aviso correspondiente a la Secretaría de Hacienda y Crédito Público.... """*.......................................................

— **b)** Con instrumento número 111,508 (ciento once mil quinientos ocho), libro 1,852 (mil ochocientos cincuenta y dos), de fecha cinco de Mayo de dos mil catorce, otorgada ante la fe del Licenciado Amando Mastashi Aguario, titular de la notaría número veintiuno del Distrito Federal, en el cual hizo constar: EL PODER GENERAL LIMITADO que otorga **"CI BANCO"**, **SOCIEDAD ANONIMA**, **INSTITUCION DE BANCA MULTIPLE,** (antes "THE BANK OF NEW YORK MELLON", SOCIEDAD ANONIMA, INSTITUCION DE BANCA MULTIPLE) en su carácter de fiduciario en el FIDEICOMISO NUMERO "F" DIAGONAL CERO: CERO TRESCIENTOS VEINTIUNO, representado por sus delegados fiduciarios los licenciados Roberto Pérez Estrada y Ricardo Antonio Rangel Fernández McGregor, a favor de la licenciada **ITZEL CRISÓSTOMO GUZMAN,** del cual transcribo lo siguiente ..........................................................................................

*"""...hago constar EL PODER GENERAL LIMITADO que otorga "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, (antes "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE) en su carácter de fiduciario en el FIDEICOMISO NÚMERO "F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO", en lo sucesivo "LA PODERDANTE", representada por sus delegados fiduciarios los licenciados Roberto Pérez Estrada y Ricardo Antonio Rangel Fernández McGregor, a favor de la licenciada ITZEL CRISÓSTOMO GUZMÁN, en lo sucesivo "LA APODERADA", para que le ejercite al tenor de las siguientes cláusulas: - - C L Á U S U L A S - - PRIMERA.- "LA PODERDANTE" confiere a favor de "LA APODERADA", el siguiente: - - A).- PODER GENERAL PARA PLEITOS Y COBRANZAS, con todas las facultades generales y aún con las especiales, que de acuerdo con la ley requieran poder o cláusula especial, en los términos del párrafo primero del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y sus correlativos de los demás Códigos Civiles de los Estados de la República Mexicana y del Código Civil Federal. - - De manera enunciativa y no limitativa se mencionan entre otras facultades las siguientes: - - I.- Para intentar y desistirse de toda clase de procedimientos, inclusive amparo.- - II.- Para transigir. - - III.- Para comprometer en árbitros. - - IV.- Para absolver y articular posiciones. - - V.- Para recusar. - - VI.- Para hacer cesión de bienes. - - VII.- Para recibir pagos. - - VIII.- Para presentar denuncias y querellas en materia penal y para desistirse de ellas cuando lo permita la ley. - - IX.- Para hacer posturas y pujas en remate. - - B).- PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN, en los términos del párrafo segundo del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y sus correlativos de los demás Códigos Civiles de los Estados de la República Mexicana y del Código Civil Federal. - - C).- PODER GENERAL PARA ACTOS DE DOMINIO, de acuerdo con el párrafo tercero del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y sus correlativos de los demás Códigos Civiles de los Estados de la República Mexicana y del Código Civil Federal. - - D).- PODER PARA OTORGAR Y SUSCRIBIR TÍTULOS DE CRÉDITO, en los términos del artículo noveno de la Ley General de Títulos y Operaciones de Crédito. - - "LA APODERADA", estará obligada a informar a "LA PODERDANTE" de las gestiones y trámites que en uso del poder lleven a cabo. - - LIMITACIÓN.- "LA APODERADA", ejercitará el poder a que se refieren los incisos anteriores única y exclusivamente para representar a "LA PODERDANTE" en su carácter de Fiduciaria dentro del Contrato de Fideicomiso número "F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO", así como de manera enunciativa mas no limitativa para firmar el Convenio de*

CONFIDENTIAL

DANSKE_0016538

Reconocimiento a Celebrarse con Diamante Cabo San Lucas, S. De R.L. De C.V., y Danske Bank A/S, London Branch, así como la ratificación ante Fedatario Público de dicho documento. - - **SEGUNDA.-** "LA PODERDANTE", no será responsable de la negociación de los documentos que "LA APODERADA", celebre en el ejercicio del presente poder, ni actuará por derecho propio o en lo individual sino únicamente en su carácter de fiduciario del "F DIAGONAL CERO CERO CERO TRESCIENTOS VEINTIUNO". - - **TERCERA.-** "LA PODERDANTE", no será responsable por el desempeño de los actos de "LA APODERADA", realizados en el ejercicio de este poder general limitado, ni estará obligado a pagar sus honorarios ni ningún otro gasto derivado de su desempeño.-- **CUARTA.-** "LA APODERADA", en el ejercicio del poder que se le otorga en este instrumento se limitará a actuar únicamente en relación con el Fideicomiso "F DIAGONAL CERO CERO CERO TRESCIENTOS VEINTIUNO" y deberán actuar únicamente dentro de los fines previstos en dicho fideicomiso. "- **QUINTA.-** En cada uno de los contratos, convenios, acuerdos y documentos celebrados por "LA APODERADA", designados en el ejercicio del presente poder general limitado, se deberá establecer que "CIBANCO", SOCIEDAD ANÓNIMA INSTITUCIÓN DE BANCA MÚLTIPLE, no responderá con sus propios activos del cumplimiento de ninguna obligación derivada del poder general limitado en este instrumento y/o de los contratos, convenios o cualquier otro documento que "LA APODERADA", celebre en ejercicio de este PODER GENERAL, sino exclusivamente con el patrimonio del Fideicomiso número "F DIAGONAL CERO TRESCIENTOS VEINTIUNO", y hasta donde este alcance. - - **YO EL NOTARIO CERTIFICO QUE: - I.-** Me identifiqué plenamente como notario, titular de la notaría ciento veintiuno del Distrito Federal, ante los comparecientes, quienes a mi juicio tienen capacidad legal para la celebración de este acto y me cercioré de su identidad según agrego al apéndice de este acto las instrumento con la letra "A". - - **II.-** Di a conocer a los comparecientes el aviso de privacidad respecto del manejo de los datos personales que me han proporcionado para otorgar el presente instrumento y les informé que el mismo puede ser consultado en la página de internet www.notaria121.com.mx. - - **III.-** Los representantes de "CIBANCO", SOCIEDAD ANÓNIMA INSTITUCIÓN DE BANCA MÚLTIPLE. - - Los representantes la escritura número ciento once mil trescientos treinta y nueve, de fecha veintitrés de abril de dos mil catorce; y con las certificaciones que agrego al apéndice de este instrumento con la letra "B" y declaran que no las han sido revocadas, modificadas, limitadas, ni se han extinguido, así como que sus respectivas representantes de "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, me acreditaron el cumplimiento de la obligación de inscripción de su representación en el Registro Nacional de Inversiones Extranjeras, con anterioridad a la firma de este instrumento. - - **V.-** Los comparecientes declaran por sus generales ser: - **ROBERTO PÉREZ ESTRADA,** mexicano, originario de México, Distrito Federal, lugar donde nació el día veintiocho de octubre de mil novecientos setenta, soltero, con domicilio en Paseo de las Palmas número doscientos quince, piso dos, colonia Lomas de Chapultepec, Delegación Miguel Hidalgo, código postal once mil, abogado, con clave de Registro Federal de Contribuyentes "PEER setenta diez veintiocho cincuenta y siete ocho" y con Clave Única de Registro de Población número "PEER setenta diez veintiocho HDFRSB cero dos". - - **RICARDO ANTONIO RANGEL FERNÁNDEZ MCGREGOR,** mexicano, originario de México, Distrito Federal, donde nació el día veintiuno de febrero de mil novecientos setenta y seis, casado, con domicilio en Avenida Barranca de Tarango número doscientos, colonia Lomas de Tarango, Delegación Álvaro Obregón, código postal cero mil seiscientos veinte, funcionario bancario, y con Clave Única de Registro de Población "RAFR setenta y seis cero dos veintiuno HDFNRC cero tres". - - **VI.-** Manifiestan los comparecientes que las declaraciones que realizaron en este instrumento, la hicieron bajo protesta de decir verdad y que les di a conocer las penas



IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

51

**COTEJADO**

*en que incurren quienes declaran con falsedad. - - VII.- Tuve a la vista los documentos citados en este instrumento.- - VIII.- "C-9".- Leído y explicado el valor, consecuencias y alcances legales de este instrumento a los comparecientes, enterados del derecho que tienen de leerlo personalmente, manifestaron su comprensión plena y conformidad con él, firmándolo el día seis de mayo de dos mil catorce, mismo momento en que lo autorizo. - - Doy fe.""""""..........................................................................................*

--- **b)** Con instrumento número 111,508 (ciento once mil quinientos ocho), libro 1,852 (mil ochocientos cincuenta y dos), de fecha cinco de Mayo de dos mil catorce, otorgada ante la fe del Licenciado Amando Mastashi Aguario, titular de la notaría número veintiuno del Distrito Federal, en el cual hizo constar: EL PODER GENERAL LIMITADO que otorga **"CI BANCO", SOCIEDAD ANONIMA, INSTITUCION DE BANCA MULTIPLE,** (antes "THE BANK OF NEW YORK MELLON", SOCIEDAD ANONIMA, INSTITUCION DE BANCA MULTIPLE) en su carácter de fiduciario en el FIDEICOMISO NUMERO "F" DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO", representado por sus delegados fiduciarios los licenciados Roberto Pérez Estrada y Ricardo Antonio Rangel Fernández McGregor, a favor de la licenciada **ITZEL CRISÓSTOMO GUZMAN,** del cual transcribo lo siguiente ..............................................................................

*""""...hago constar EL PODER GENERAL LIMITADO que otorga "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, (antes "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE) en su carácter de fiduciario en el FIDEICOMISO NÚMERO "F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO", en lo sucesivo "LA PODERDANTE", representada por sus delegados fiduciarios los licenciados Roberto Pérez Estrada y Ricardo Antonio Rangel Fernández McGregor, a favor de la licenciada ITZEL CRISÓSTOMO GUZMÁN, en lo sucesivo "LA APODERADA", para que lo ejercite al tenor de las siguientes cláusulas: - - C L Á U S U L A S - - PRIMERA.- "LA PODERDANTE" confiere a favor de "LA APODERADA", el siguiente: - - A).- PODER GENERAL PARA PLEITOS Y COBRANZAS, con todas las facultades generales y aún con las especiales, que de acuerdo con la ley requieran poder o cláusula especial, en los términos del párrafo primero del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y sus correlativos de los demás Códigos Civiles de los Estados de la República Mexicana y del Código Civil Federal. - - De manera enunciativa y no limitativa se mencionan entre otras facultades las siguientes: - - I.- Para intentar y desistirse de toda clase de procedimientos, inclusive amparo.- - II.- Para transigir. - - III.- Para comprometer en árbitros. - - IV.- Para absolver y articular posiciones. - - V.- Para recusar. - - VI.- Para hacer cesión de bienes. - - VII.- Para recibir pagos. - - VIII.- Para presentar denuncias y querellas en materia penal y para desistirse de ellas cuando lo permita la ley. - - IX.- Para hacer posturas y pujas en remate. - - B).- PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN, en los términos del párrafo segundo del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y sus correlativos de los demás Códigos Civiles de los Estados de la República Mexicana y del Código Civil Federal. - - C).- PODER GENERAL PARA ACTOS DE DOMINIO, de acuerdo con el párrafo tercero del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y sus correlativos de los demás Códigos Civiles de los Estados de la República Mexicana y del Código Civil Federal. - - D).- PODER PARA OTORGAR Y SUSCRIBIR TÍTULOS DE CRÉDITO, en los términos del artículo noveno de la Ley General de Títulos y Operaciones de Crédito. - - "LA APODERADA", estará obligada a informar a "LA PODERDANTE" de las gestiones y trámites que en uso del poder lleven a cabo. - - LIMITACIÓN.- "LA APODERADA", ejercitará el poder a que se refieren*

DANSKE_0016540

*los incisos anteriores única y exclusivamente para representar a "LA PODERDANTE" en su carácter de Fiduciaria dentro del Contrato de Fideicomiso número "F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO", así como de manera enunciativa mas no limitativa para firmar el Convenio de Reconocimiento a Celebrarse con Diamante Cabo San Lucas, S. De R.L. De C.V., y Danske Bank A/S, London Branch, así como la ratificación ante Fedatario Público de dicho documento. - -* ***SEGUNDA.-*** *"LA PODERDANTE", no será responsable de la negociación de los documentos que "LA APODERADA", celebre en el ejercicio del presente poder, ni actuará por derecho propio o en lo individual sino únicamente en su carácter de fiduciario del Fideicomiso número "F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO". - -* ***TERCERA.-*** *"LA PODERDANTE", no será responsable por el desempeño y los actos de "LA APODERADA", realizados en el ejercicio de este poder general limitado, ni estará obligado a pagar sus honorarios ni ningún otro gasto derivado de su desempeño.- -* ***CUARTA.-*** *"LA APODERADA", en el ejercicio del poder que se otorga en este instrumento se limitarán a actuar únicamente en relación con el Fideicomiso "F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO" y deberán actuar únicamente dentro de los fines previstos en dicho fideicomiso. "- -* ***QUINTA.-*** *En cada uno de los contratos, convenios, acuerdos y documentos celebrados por "LA APODERADA", designados en el ejercicio del presente poder general limitado, se deberá establecer que "CIBANCO", SOCIEDAD ANÓNIMA INSTITUCIÓN DE BANCA MÚLTIPLE, no responderá con sus propios activos del cumplimiento de ninguna obligación derivada del poder general limitado en este instrumento y/o de los contratos, convenios o cualquier otro documento que "LA APODERADA", celebre en ejercicio de este poder general limitado, sino exclusivamente con el patrimonio del Fideicomiso número "F DIAGONAL CERO TRESCIENTOS VEINTIUNO" y hasta donde este alcance. - -* ***YO EL NOTARIO CERTIFICO QUE: - - I.-*** *Me identifiqué plenamente como notario, titular de la notaría ciento veintiuno del Distrito Federal, ante los comparecientes, quienes a mi juicio tienen capacidad legal para la celebración de este acto y me aseguré de su identidad conforme a la relación que agrego al apéndice de este instrumento con la letra* ***"A"***. *- -* ***II.-*** *Di a conocer a los comparecientes el aviso de privacidad respecto del manejo de los datos personales que me han proporcionado para otorgar el presente instrumento y les informé que el mismo puede ser consultado en la página de internet www.notaria121.com.mx. - -* ***III.-*** *Los representantes de* ***"CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE,*** *con testimonio de la escritura número ciento once mil trescientos treinta y nueve, de fecha veintitrés de abril de dos mil catorce, y con las certificaciones que agrego al apéndice de este instrumento con la letra* ***"B"*** *y declaran que no les han sido revocadas, modificadas, limitadas, ni se han extinguido, así como que sus respectivas representadas se encuentran capacitadas legalmente para la celebración de este acto. - -* ***IV.-*** *Los representantes de* ***"CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE,*** *me acreditaron el cumplimiento de la obligación de inscripción de su representada en el Registro Nacional de Inversiones Extranjeras, con anterioridad a la firma de este instrumento. - -* ***V.-*** *Los comparecientes declaran por sus generales ser: - -* ***ROBERTO PÉREZ ESTRADA,*** *mexicano, originario de México, Distrito Federal, lugar donde nació el dia veintiocho de octubre de mil novecientos setenta, soltero, con domicilio en Paseo de las Palmas número doscientos quince, piso dos, colonia Lomas de Chapultepec, Delegación Miguel Hidalgo, código postal once mil, abogado, con clave de Registro Federal de Contribuyentes "PEER setenta diez veintiocho cincuenta y siete ocho" y con Clave Única de Registro de Población número "PEER setenta diez veintiocho HDFRSB cero dos". - -* ***RICARDO ANTONIO RANGEL FERNÁNDEZ MCGREGOR,*** *mexicano, originario de México, Distrito Federal, donde nació el día veintiuno de febrero de mil novecientos sesenta y seis, casado, con domicilio en Avenida Barranca de Tarango número ochenta, colonia Lomas de Tarango, Delegación Álvaro Obregón, código postal cero mil*

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX  125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR

LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.



53

**COTEJADO**

*seiscientos veinte, funcionario-bancario, y con Clave Única de Registro de Población "RAFR sesenta y seis cero dos veintiuno HDFNRC cero tres". - - VI.- Manifiestan los comparecientes que las declaraciones que realizaron en este instrumento, la hicieron bajo protesta de decir verdad y que les di a conocer las penas en que incurren quienes declaran con falsedad. - - VII.- Tuve a la vista los documentos citados en este instrumento.- - VIII.- "C-9".- Leido y explicado el valor, consecuencias y alcances legales de este instrumento a los comparecientes, enterados del derecho que tienen de leerlo personalmente, manifestaron su comprensión plena y conformidad con él, firmándolo el día seis de mayo de dos mil catorce, mismo momento en que lo autorizo.- Doy fe.""""""*

---III.- El señor **ADRIAN MENDEZ SEVILLA,** acredita la personalidad con la cual comparece como apoderado **DANSKE BANK A/S, LONDON BRANCH,** LA SUCURSAL DE LONDRES DE UNA SOCIEDAD CONSTITUIDA EN EL REINO DE DINAMARCA,  EN SU CARÁCTER DE FIDEICOMISARIO EN PRIMER LUGAR, con Acta número 171,349 (ciento setenta y un mil trescientos cuarenta y nueve),  libro número 4,167 de fecha doce de mayo del año dos mil catorce, pasada ante la fe del señor Licenciado CECILIO GONZÁLEZ MARQUEZ, Notario Público Numero Ciento cincuenta y uno  con ejercicio en México, Distrito Federal, en la cual consta LA PROTOCOLIZACION DE PODER ESPECIAL OTORGADO EN EL EXTRANJERO, del cual en lo conducente copio lo siguiente: ..............................................................

*""""".....a solicitud del señor ADRIAN MÉNDEZ SEVILLA. - - Al efecto el compareciente me exhibe un documento redactado en idioma inglés debidamente apostillado con su respectiva traducción al idioma español, realizada por Víctor Carlos Hermosillo García, Perito Traductor autorizado por el Tribunal Superior de Justicia del Distrito Federal; otorgado ante Jeremy Brooker Burgess, Notario Público de la Ciudad de Londres, Inglaterra, Reino Unido, el ocho de abril de dos mil catorce, mediante el cual DANSKE BANK A/S, LONDON BRANCH, otorgó poder especial en favor de los señores JAVIER ARREOLA ESPINOZA, BVANESSA E. FRANYUTTI JONHSTONE, ALEJANDRO ROJAS VERA, ADRIÁN LÓPEZ GONZÁLEZ GARZA, ADRIÁN MÉNDEZ SEVILLA y FERNANDA MARTÍNEZ MARISCAL, para que lo ejerzan en los términos señalados en la traducción al español, del documento que por medio de este instrumento se protocoliza. - - El mencionado documento consta de seis fojas útiles con texto sólo por el anverso y tres fojas útiles con texto por ambos lados. - - De la traducción de dicho documento Yo, el Notario, copio en lo conducente lo que sigue: - - "- - (Traducción) - - PODER.- En la Ciudad de Londres, Inglaterra, el 8 de abril de 2014,- (i) el señor George Jovan Milutin Atkinson, en su calidad de Firmante Autorizado de Danske Bank A/S, London Branch, (al que ocasionalmente se le denomina el "Banco"), quien manifestó estar casado, ser originario de Londres, Reino Unido, en donde nació el 12 de abril de 1976, y tener su domicilio en 56ª Dollis Park, London N3 1BS, England, United Kingdom, y (ii) el señor David George Daniel, en su calidad de Firmante Autorizado del Banco, quien manifestó estar casado, ser originario de Cardiff, Reino Unido, en donde nació el 10 de mayo de 1969, y tener su domicilio en 11 Grays Wood, Horley, Surrey, RF6 9UT, England, United Kingdom,- Comparecieron ante mí, JEREMY BROOKER BURGESS, Notario Público debidamente habilitado y facultado para ejercer como tal en este País, con domicilio en 107, Leadnhail Streer, London EC3A 4AF, England, y ante ELLIE LAUREN WARD y EMILY RONNIE WOODLEY, testigos, mayores de edad, del mismo domicilio, en pleno ejercicio de sus derechos constitucionales, no constándome nada en sentido contrario.- A efecto de acreditar sus facultades, los comparecientes me entregaron los documentos siguientes, que he revisado: .- I. Una copia de la Escritura Constitutiva (Articles of Association) de Danske*

CONFIDENTIAL

DANSKE_0016542

Bank A/S, (tal) – II. El poder de fecha 9 de enero de 2003, que Danske Bank A/S, (tal) otorgó a favor de los señores Jens-Anders Palmqvist y David George Daniel – III. El poder de fecha 25 de julio de 2013, que Danske Bank A/S otorgó a favor del señor George Jøvin Militin Atkinson, entre otras personas - IV. Los pasaportes de los comparecientes. - Los comparecientes, en sus calidades de Firmantes Autorizados y Representantes Legales del Banco, a quienes yo, el Notario Público que autoriza, conozco, cuyas generales de sus derechos constitucionales y quienes a mi juicio cuentan con facultades jurídicas suficientes para otorgar los Poderes siguientes, en los términos de la Escritura Constitutiva del Banco así como de los Poderes antes mencionados que yo, el Notario Público, he revisado, y como Firmantes Autorizados y Representantes Legales del Banco, en este acto, a nombre y representación del Banco, y habiendo hecho la protesta de ley: - PRIMERA.- Otorgan un Poder Especial en los términos del Artículo 2553 del Código Civil Federal y del Artículo correlativo del Código Civil para cada Entidad Federativa de los Estados Unidos Mexicanos y del Artículo Noveno de la Ley General de Títulos y Operaciones de Crédito de los Estados Unidos Mexicanos, a favor de Javier Arreola Espinosa, Vanesa E. Franquiti Johnstone, Alejandro Rojas Vera, Adrián López González García, Adrián Méndez Sevilla y Fernanda Martínez Mariscal, para que lo ejerzan conjunta o separadamente a nombre y en representación del Banco, con todas las facultades generales y las especiales que conforme a derecho proceda y, de la manera más amplia que convenga en beneficio del Banco, lleven a cabo actos jurídicos y suscriban contratos, promociones, reconocimientos y avisos en relación con toda clase de documentos públicos y privados, incluidos de manera enunciativa y no limitativa (i) reforma al Contrato de Fideicomiso F/00321 suscrito el 10 de marzo de 2006 por Lehman Brothers, en su calidad de beneficiario en primer lugar, Dinamarca Cabo San Lucas, S. de R. L. de C.V., en su calidad de fideicomitente y beneficiario en segundo lugar, y J.P. Morgan S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciario (que en la actualidad se denomina The Bank of New York, S.A., Institución de Banca Múltiple, en su calidad de fiduciario (al que, reformado, se le denomina el "Contrato de Fideicomiso"); (ii) Convenios o contratos relacionados con el Contrato de Fideicomiso o complementario del mismo; (iii) contratos o cualquier índole, incluidos reconocimientos o reformas de tales documentos, o documentos relacionados con el Contrato de Préstamo (Loan Agreement) celebrado el 10 de marzo de 2006 (al que, reformado, se le denomina el "Préstamo"), por Dinamarca Cabo San Lucas, S. de R.L. de C.V., y Lehman Brothers Holdings Inc., Préstamo que fue cedido al Banco el 13 de enero de 2009 y ha sido reformado después de esa fecha. Los apoderados pueden ejercer el presente poder desde la fecha de su otorgamiento hasta el 16 de junio de 2014.- Habiéndoles leído el presente documento en su integridad a los comparecientes y a la vez explicado sus efectos legales, los comparecientes, a nombre y, en representación del Banco, enterados plenamente del contenido del mismo, lo aprobaron en todas y cada una de sus partes, lo ratificaron sin cambios y lo firmaron ante mí, por lo cual certifico y doy fe de todo lo anterior.- p. Danske Bank A/S London Branch.- (Firma ilegible).- Nombre: George Jøvin Militin Atkinson.- Cargo: Firmante Autorizado.- (Firma ilegible).- Nombre: David George Daniel.- Cargo: Firmante Autorizado.- Testigos: - (Firma ilegible).- Elita Lauren Ward.- (Firma ilegible).- Emily Ronnie Woodley Orwoodo.- ante mí el 28 de abril de 2014 en la Ciudad de Londres, Inglaterra, Reino Unido.- (Firma ilegible).- Nombre: JEREMY BROOKER BURGES.- Notario Público.- NOTAS DE TRADUCTOR.- 1. En la parte superior de la primera página del Poder aparece estampado un sello de goma que a la letra dice: "Protocolo N° 10174.".. 2. Se adjunta la apostilla número K041062 expedida el 29 de abril de 2014, y redactada en inglés, francés y español. Se transcriben a continuación los puntos de la apostilla que contiene texto en inglés: -"Apostille. Convención de la Haya del 5 de octubre de 1961). 1. País: Reino

CONFIDENTIAL

DANSKE_0016543



IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

55

**COTEJADO**

Unido de la Gran Bretaña e Irlanda del Norte. Este documento público 2. Ha sido firmado por Jeremy Brooker Borgess, 2.- en su calidad de Notario Público. 4. Ostenta el sello del mencionado Notario Público. Certifica lo anterior 5. En Londres, 6. El 29 de abril de 2014, 7. El Ministerio de Relaciones y de Asuntos de la Comuidad de su Majestad. 8. Número: K041062. 9. Sello (Sello impreso con el escudo del Reuino Unido de la Gran Bretaña e Irlanda del Norte que a la letra dice: 'Ministerio de Relaciones Exteriores y de Asuntos de la Comunidad. Dios y mi Derecho'. 10. Firma: T. Batchelor (TB).- La presente Apostilla no se usará en el Reino Unido y únicamente confirma la autenticidad de la firma o del sello que ostenta el documento mas no la autenticidad de este. Las Apostillas que se anexan a documentos fotocopiados y certificado en el Reino Unido únicamente confirman la firma del funcionario público del Reino Unido que los certificó; no autentican la firma que ostenta el documento original o su contenido.- Si el presente documento va usarse en un país que no haya suscrito la Convención de La Haya del 5 de octubre de 1961, debe presentarse ante la Sección Consular de la Delegación que representa a ese país... 3. El legajo del Poder está unido por un listó sobre el que se ha pegado, en la última foja del Poder, un marbete rojo en el que se ha estampado un sello en relieve que a la letra dice: "Jeremy Broojker Burgess. Notario Público. Londres".- Es suscrito, VÍCTOR CARLOS HERMOSILLO GARCÍA, autorizado por el H. Tribunal Superior de Justicia del Distrito Federal para ejercer como Perito Traductor Inglés-Español, CERTIFICA que el texto que antecede es una traducción fidedigna y completa del documento original redactado en inglés.- México, D.F., a 8 de mayo de 2014.- Firma Ilegible.- VÍCTOR CARLOS HERMOSILLO GARCÍA..." - - Expuesto lo anterior, el compareciente otorga las siguientes: C L Á U S U L A S - - PRIMERA.- Que protocolizado, lo que certifica el suscrito Notario, el poder especial otorgado por DANSKE BANK A/S, LONDON BRANCH, a favor de los señores JAVIER ARREOLA ESPINOZA, VANESSA E.FRANYUTTI JOHNSTONE, ALEJANDRO ROJAS VERA, ADRIÁN LÓPEZ-GONZÁLEZ GARZA, ADRIÁN MÉNDEZ SEVILLA y FERNANDA MARTÍNEZ MARISCAL, para que lo ejerzan en los términos señalados en la traducción al español del documento que por medio de este instrumento se protocoliza. - - SEGUNDA.- En consecuencia, surte plenos efectos legales en los Estados Unidos Mexicanos, el poder especial que consta en el documento que ha quedado protocolizado de acuerdo con la Cláusula Primera anterior, de conformidad con lo dispuesto por los artículo ciento treinta y nueve, ciento cuarenta y demás relativos de la Ley del Notariado para el Distrito Federal, con la suma de facultades que constan en dicho documento. - - YO, EL NOTARIO. DOY FE, DE: - - I.- Que me identifiqué plenamente como Notario ante el compareciente; - - II.- Que tuve a la vista los documentos mencionados en esta Acta, así como los relacionados en el apéndice de la misma; - - III.- Que el compareciente se identifica en términos del documento cuyo original tuve a la vista y que en copia fotostática agrego al apéndice de la presente acta marcado con la letra "B", quien tiene capacidad legal para contratar y obligarse; - - IV.- Que hice saber al compareciente el derecho que tiene de leer personalmente la presente Acta; - - V.- Que el acto jurídico contenido en el presente instrumento no es una Actividad Vulnerable en términos del Artículo 17 (Diecisiete), fracción XII (doce romano) de la Ley Federal para la Prevención e Identificación de Operaciones con Recursos de Procedencia Ilícita; - - VI.- Que el compareciente después de que fue advertido por el suscrito Notario de los delitos en que incurren quienes declaran con falsedad, por sus generales dicho ser: - - Mexicano por nacimiento, originario de México, Distrito Federal, donde nació el día veinticuatro de octubre de mil novecientos ochenta y siete, soltero, estudiante, con domicilio en el inmueble ubicado en Paseo de los Tamarindos número cuatrocientos guión B, piso siete, colonia Bosque de las Lomas, Delegación Cuajimalpa, Código postal, cero cinco mil ciento veinte, en México, Distrito Federal. - - Leída esta Acta al compareciente le expliqué su valor y las consecuencias legales de

DANSKE_0016544



*su contenido, manifestó su conformidad con ella y la otorgó, ratificó y firmó con fecha doce de mayo de dos mil catorce, por lo que la autorizo definitivamente.- Doy fe......"*

---YO, EL NOTARIO, C E R T I F I C O:

---I.- Que me cercioré de la identidad de los comparecientes, los concepto capacitados legalmente para la celebración de este acto y los advertí de las penas en que incurren quienes declaran falsamente, protestándolos para conducirse con verdad, quienes por sus generales manifestaron ser de nacionalidad mexicana por nacimiento:

---El señor FERNANDO MANUEL GARCIA CAMPUZANO, originario de Ensenada, Baja California, lugar en donde nació el día doce de Julio de mil novecientos sesenta y siete, casado, Abogado, Clave Unica de Registro de Población (CURP) "GACF670712HBCRMR08", con domicilio en el inmueble ubicado en el lote uno, manzana uno, colonia El Tezal, Código Postal veintitrés mil cuatrocientos cincuenta y cuatro, Cabo San Lucas, Baja California Sur, y se identifica con Credencial de elector expedida por el Instituto Federal Electoral, con clave de elector número "GRCMFR6707120ZH200";

---La señorita ITZEL CRISOSTOMO GUZMAN, originaria de México, Distrito Federal, lugar en donde nació el día veintiséis de Febrero de mil novecientos ochenta y cuatro, casada, Funcionaria Bancaria, Clave Unica de Registro de Población (CURP) "CIGI840225MDFRZT00", con domicilio en el inmueble ubicado en Paseo de La Reforma ciento quince, Piso veintitrés, colonia Lomas de Chapultepec, Código Postal once mil, México, Distrito Federal; y se identifica con Cédula Profesional número "6088110", expedida por la Secretaría de Educación Pública, el día once de Septiembre de dos mil nueve.

---El señor ADRIAN MENDEZ SEVILLA, originario de México, Distrito Federal, lugar en donde nació el día veinticuatro de Octubre de mil novecientos ochenta y siete, soltero, Abogado, con domicilio en el inmueble ubicado en Paseo de Los Tamarindos 400-B, Piso 9, Colonia Bosques de La Lomas, Delegación Cuajimalpa, Código Postal cero cinco mil ciento veinte, México, Distrito Federal; y se identifica con Pasaporte número "G01225200", expedido por las Autoridades Mexicanas el día cuatro de Julio de dos mil ocho, con fecha de caducidad el día cuatro de Julio de dos mil catorce.

---De dicha identificación la agrego como anexos de la "C" y "D" al apéndice de este protocolo, en el legajo del mismo número de esta escritura.

---II.- De conformidad con el Artículo diecisiete, fracción XII, letra A, inciso c), de la Ley Federal para la prevención e Identificación de Operaciones con Recursos de Procedencia Ilícita, el presente acto jurídico no será objeto de Aviso a la Secretaría de Hacienda y Crédito Público.

---III.- Que expliqué a los comparecientes el contenido del aviso de privacidad a que se refiere los Artículos ocho y dieciséis de la Ley Federal de Protección de Datos Personales en Posesión de los Particulares, otorgando su consentimiento expreso con la firma del presente instrumento.

---IV.- Que tuve a la vista los documentos mencionados en esta escritura.

DANSKE_0016545

IGNACIO RAMIREZ 1930
TELS. 122-91-20
122-97-17
125-24-20
FAX 125-25-68

LIC. HECTOR CASTRO CASTRO
TITULAR
LIC. JOSE ALBERTO CASTRO SALAZAR
ADSCRITO
NOTARIA PUBLICA NUM. 7
LA PAZ, B.C.S.

57

**COTEJADO**

---V.- Que los comparecientes ejercieron su derecho de leer el presente instrumento ......

---VI.- De que leí la presente escritura en voz alta a los comparecientes, mismos a quienes les expliqué el valor y las consecuencias legales de su contenido me manifestaron su conformidad, la aprueban, ratifican y firman el día ocho del mes y año de su otorgamiento, fecha en que Yo, el Notario AUTORIZO DEFINITIVAMENTE. DOY FE. .......................................................................................................................

FERNANDO MANUEL GARCIA CAMPUZANO. FIRMADO.- HUELLA DEL DEDO PULGAR DERECHO ..........................................................................................................

ITZEL CRISÓSTOMO GUZMAN. FIRMADO.- HUELLA DEL DEDO PULGAR DERECHO ................................................................................................................

ADRIAN MENDEZ SEVILLA. FIRMADO.- HUELLA DEL DEDO PULGAR DERECHO ....

LIC. JOSE ALBERTO CASTRO SALAZAR. FIRMADO. EL SELLO DE AUTORIZAR.......

EN TRECE DIAS DEL MES DE MAYO DEL AÑO DOS MIL CATORCE, QUE SE FIRMO LA PRESENTE ACTA, LA AUTORIZO DEFINITIVAMENTE. DOY FE ................

ES PRIMER TESTIMONIO EN SU ORDEN Y PRIMERO QUE SE EXPIDE PARA USO DE **"DIAMANTE CABO SAN LUCAS", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** A TITULO DE INTERESADA VA EN VEINTINUEVE HOJAS UTILES DEBIDAMENTE COTEJADAS, SELLADAS Y FIRMADAS .................................

CABO SAN LUCAS, BAJA CALIFORNIA SUR, A TRECE DE MAYO DEL AÑO DOS MIL CATORCE. DOY FE .................................................................................................

SE HIZO ANOTACION MARGINAL BAJO EL No. 79
FOJA 79 DEL VOLUMEN CDXXXIII SECCION I DE FECHA
03 DE Febrero DE 2010
SAN JOSE DEL CABO, B.C.S. 27 DE Mayo DE 2014
EL DIRECTOR DEL REGISTRO PUBLICO

LIC. JOSE

CONFIDENTIAL

DANSKE_0016546



SE HIZO ANOTACION MARGINAL BAJO EL No. 127 EN LA
FOJA 127 DEL VOLUMEN CDXXXVIII SECCION I DE FECHA
21 DE Mayo DE 2010
SAN JOSE DEL CABO, B.C.S. 27 DE Mayo DE 20 14
EL DIRECTOR DEL REGISTRO PUBLICO

LIC. JOSE ANGEL TORRES GRIJALVA

SE HIZO ANOTACION MARGINAL BAJO EL No. 133 EN LA
FOJA 133 DEL VOLUMEN CDXXXVIII SECCION I DE FECHA
27 DE Mayo DE 2010
SAN JOSE DEL CABO, B.C.S. 27 DE Mayo DE 20 14
EL DIRECTOR DEL REGISTRO PUBLICO

LIC. JOSE ANGEL TORRES GRIJALVA

SE HIZO ANOTACION MARGINAL BAJO EL No. 24 EN LA
FOJA 24 DEL VOLUMEN CDXLVIII SECCION I DE FECHA
7 DE Julio DE 2010
SAN JOSE DEL CABO, B.C.S. 27 DE Mayo DE 20 14
EL DIRECTOR DEL REGISTRO PUBLICO

LIC. JOSE ANGEL TORRES GRIJALVA

SE HIZO ANOTACION MARGINAL BAJO EL No. 163 EN LA
FOJA 163 DEL VOLUMEN CDLXXX SECCION I DE FECHA
24 DE Junio DE 2011
SAN JOSE DEL CABO, B.C.S. 27 DE mayo DE 20 14
EL DIRECTOR DEL REGISTRO PUBLICO

LIC. JOSE ANGEL TORRES GRIJALVA

SE HIZO ANOTACION MARGINAL BAJO EL No. 188 EN LA
FOJA 188 DEL VOLUMEN D XXXII SECCION I DE FECHA
24 DE Enero DE 2013
SAN JOSE DEL CABO, B.C.S. 27 DE Mayo DE 20 14
EL DIRECTOR DEL REGISTRO PUBLICO

LIC. JOSE ANGEL TORRES GRIJALVA

DANSKE_0016548

CONFIDENTIAL

DANSKE_0016549

**CONVENIO DE RECONOCIMIENTO DE FECHA 13 DE MAYO DE 2014 (EL "CONVENIO"), CELEBRADO POR DIAMANTE CABO SAN LUCAS, S. DE R.L. DE C.V., REPRESENTADO POR EL SR. FERNANDO GARCÍA CAMPUZANO, CIBANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, EXCLUSIVAMENTE EN SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO F/00321, REPRESENTADO POR SU APODERADA ITZEL CRISÓSTOMO GUZMÁN, Y DANSKE BANK A/S, LONDON BRANCH, REPRESENTADO POR EL SR. ADRIÁN MÉNDEZ SEVILLA, DE CONFORMIDAD CON LOS SIGUIENTES ANTECEDENTES, DECLARACIONES Y CLÁUSULAS:**

## ANTECEDENTES

**1.** Con fecha 10 de marzo de 2006 Lehman Brothers Holdings Inc. (**"Lehman Brothers"**) otorgó a Diamante Cabo San Lucas, S. De R.L. de C.V. (**"Diamante"**) un crédito por la cantidad de hasta $125,000,000.00 (Ciento Veinticinco Millones de Dólares 00/100) de principal, más interés y comisiones (el **"Crédito Original"**).

**2.** En relación con el Crédito Original, el 10 de marzo de 2006 se celebraron los siguientes documentos: **(i)** Contrato de Crédito Original (**"Loan Agreement"**) celebrado entre Diamante y Lehman Brothers (el **"Contrato de Crédito Original"**); **(ii)** Pagaré (**"Promissory Note"**) suscrito por Diamante (el **"Pagaré"**); **(iii)** Garantía con Recurso (**"Recourse Guranty"**) celebrada por el señor Kenneth A. Jowdy (el **"Garante"**) y Lehman Brothers, con vigencia a partir del 10 de marzo de 2006 (la **"Garantía con Recurso"**); **(iv)** Documento de Responsabilidad e Indemnización Ambiental (**"Indemnity Agreement"**) celebrado entre Diamante, el Garante y Lehman Brothers (la **"Indemnización Ambiental"**); **(v)** Contrato de Prenda sobre partes sociales (**"Pledge Agreement"**) celebrado entre Diamante, el Garante, Diamante Cabo San Lucas LLC (**"U.S. LLC"**) y Lehman Brothers (el **"Contrato de Prenda de Partes Sociales"**); **(vi)** Contrato de Prenda sobre activos celebrado entre Lehman Brothers y Diamante (el **"Contrato de Prenda sobre Activos"**); **(vii)** Contrato de Prenda (**"Pledge Agreement"**) celebrado entre el Garante, Baja Ventures 2006, LLC, Diamante Properties, LLC, KAJ Holdings LLC y CSK Properties 2006, LLC (colectivamente, los **"Miembros de la U.S. LLC"**) y Lehman Brothers (el **"Contrato de Prenda sobre Partes Sociales de E.U.A."**); **(viii)** Cesión Ómnibus (**"Omnibus Agreement"**) celebrada entre Diamante y Lehman Brothers (la **"Cesión Omnibus 2006"**); **(ix)** Documento de Cumplimiento de Garantía de Conclusión (**"Completion Garanty"**), otorgado por el Garante a favor de Lehman Brothers; y **(x)** Garantía (**"Guaranty"**) otorgada por los Miembros de la U.S. LLC, el Garante y la U.S. LLC a favor de Lehman Brothers. Los documentos que se mencionan anteriormente, según los mismos hayan sido modificados, (conjuntamente los **"Documentos de la Operación 2006"**).

**3.** Por escritura pública número 65,041, otorgada en La Paz, Municipio de Los Cabos el 10 de marzo de 2006, pasada ante la fe del licenciado José Alberto Castro Salazar, Notario Público número siete del Estado, Diamante, como fideicomitente y fideicomisario en segundo lugar, Lehman Brothers, como fideicomisario en primer lugar, y Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria, como fiduciario, celebraron el Contrato de Fideicomiso identificado con el número F/00321 (el

**"Fideicomiso"**) con el fin de garantizar el cumplimiento de Diamante, los Miembros de la U.S. LLC, la U.S. LLC y del Garante bajo los Documentos de la Operación 2006.

**4.** En la fecha de celebración del Fideicomiso, Diamante aportó al patrimonio del mismo los siguientes inmuebles (en lo sucesivo los **"Predios"**):

**i.- LOTE I UNO:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, con clave catastral 4-02-013-0081 cuatro guión cero dos guión cero uno tres guión cero cero ocho uno, con una superficie de 5-92-68 has. (cinco hectáreas noventa y dos áreas y sesenta y ocho centiáreas);

**ii.- LOTE II DOS:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, con clave catastral 4-02-013-0082 cuatro guión cero dos guión cero uno tres guión cero cero ocho dos, con una superficie de 5-94-86 has. (cinco hectáreas noventa y cuatro áreas y ochenta y seis centiáreas);

**iii.- LOTE III TRES** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificada con clave catastral 4-02-013-0083 cuatro guión cero dos guión cero uno tres guión cero cero ocho tres, con una superficie de 11-34-41 has. (once hectáreas treinta y cuatro áreas y cuarenta y un centiáreas);

**iv.- LOTE IV CUATRO:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificada con clave catastral 4-02-013-0084 cuatro guión cero dos guión cero uno tres guión cero cero ocho cuatro, con una superficie de 11-62-60 has. (once hectáreas sesenta y dos áreas y sesenta centiáreas);

**v.- LOTE V CINCO:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificada con clave catastral 4-02-013-0085 cuatro guión cero dos guión cero uno tres guión cero cero ocho cinco, con una superficie de 11-40-91 has. (once hectáreas cuarenta áreas y noventa y un centiáreas);

**vi.- LOTE VI SEIS:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificada con clave catastral 4-02-013-0086 cuatro guión cero dos guión cero uno tres guión cero cero ocho seis, con una superficie de 11-03-90 has. (once hectáreas tres áreas y noventa centiáreas);

**vii.- LOTE VII SIETE:** del predio conocido como LA LAGUNA, en la porción conocida como Rancho El Cardonal, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, con clave catastral 4-02-013-0087 (cuatro guión cero dos guión cero trece guión cero cero ochenta y siete) con una superficie con una superficie de 26-00-98 has. (veintiséis hectáreas cero áreas y noventa y ocho centiáreas);

**viii.- POLÍGONO I del Predio LA LAGUNA**, (EL CARDONAL), en la delegación Municipal de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, con Clave Catastral 4-02-013-0001 CUATRO GUION CERO DOS GUION CERO UNO TRES GUION

DANSKE_0016551

CERO CERO CERO UNO y con superficie de 528-88-49.427 Has. QUINIENTOS VEINTIOCHO HECTÁREAS OCHENTA Y OCHO AREAS CUARENTA Y NUEVE PUNTO CUATROCIENTOS VEINTISIETE CENTIAREAS;

**5.**    Por escritura pública número 59,521 otorgada ante la fe del Licenciado Roberto Núñez y Bandera, Notario Público Número Uno de México, Distrito Federal, el 19 de noviembre de 2008, THE BANK OF NEW YORK MELLON, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE (el **"Fiduciario"**) como fusionante se fusionó con VERTROUWEN MEXICANA, SOCIEDAD ANÓNIMA (previamente constituida mediante Escritura Pública número 59,517 otorgada ante la fe del mismo Notario Público Número Uno de México Distrito Federal, por escisión de Banco JP Morgan, Sociedad Anónima, Institución de Banca Múltiple, JP Morgan Grupo Financiero; con el objeto principal de recibir de Banco J. P. Morgan, Sociedad Anónima, Institución de Banca Múltiple Grupo Financiero, ciertas cuentas, diversos activos y una porción del capital contable de Banco J. P. Morgan, Sociedad Anónima, Institución de Banca Múltiple Grupo Financiero) como sociedad fusionada, subsistiendo en consecuencia la primera y adquiriendo como fusionante a título universal el patrimonio de la fusionada, a su vez constituido por el patrimonio recibido de Banco J. P. Morgan, Sociedad Anónima, Institución de Banca Múltiple, J. P. Morgan Grupo Financiero.

**6.**    Con fecha 13 de enero de 2009, Lehman Brothers y Danske Bank A/S (**"Danske"**) celebraron cierto contrato global de cesión de derechos (**"Omnibus Assignment and Assumption"**) (la **"Cesión Omnibus 2009"**) por virtud del cual Lehman Brothers cedió a Danske todos sus derechos bajo los Documentos de la Operación 2006 y éste último aceptó dicha cesión.

**7.**    Con fecha 5 de marzo de 2009, Lehman Brothers y Danske celebraron ciertos contratos de cesión por virtud de los cuales las partes de los mismos perfeccionaron la Cesión Omnibus 2009 de conformidad con la legislación mexicana, la cesión de derechos a favor de Danske, el Contrato de Prenda de Partes Sociales, el Contrato de Prenda sobre Activos y el Fideicomiso.

**8.**    Con fecha 5 de marzo de 2009, Danske y Diamante celebraron un convenio de terminación al Contrato de Prenda sobre Activos, en virtud de que los activos materia de la prenda son aportados al patrimonio del Fideicomiso.

**9.**    El 6 de marzo de 2009, Danske y Diamante Cabo celebraron un convenio modificatorio y de re-expresión al Contrato de Crédito Original (**"Amended and Restated Loan Agreement"**) por virtud del cual Danske y Diamante modificaron los términos del Contrato de Crédito (el **"Contrato de Crédito Modificado y Re-expresado"**) y re-afirmaron y modificaron los Documentos de la Operación 2006 (los **"Documentos Modificados 2009"**).

**10.**    Dentro de las modificaciones a los Documentos Modificados 2009 que se hace mención en el numeral anterior, se encuentran las siguientes:

    a.    Danske, como tenedor del Pagaré de fecha 10 de marzo de 2006, y Diamante acordaron la división del Pagaré mediante la suscripción de dos pagarés por la cantidad de USD$109,138,327.83 (Ciento Nueve Millones Ciento Treinta y Ocho Mil Trescientos Veintisiete Dólares 83/100) (el **"Pagaré A"**), y USD$16,000,000.00



DANSKE_0016552

(Dieciséis Millones de dólares 00/100) (el **"Pagaré B"**).

b. Modificación al Contrato de Prenda de Partes Sociales con la finalidad de re-afirmar las obligaciones de los pignorantes en favor de Danske.

**11.** Por escritura pública número 78,882, otorgada en La Paz, Municipio de Los Cabos, el 6 de marzo de 2009, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público número siete del Estado, el Danske, Diamante y el Fiduciario, celebraron un convenio modificatorio y de re-expresión al Fideicomiso por virtud del cual Danske y Diamante modificaron y re-expresaron los términos del Fideicomiso (el **"Convenio Modificatorio al Fideicomiso"**).

**12.** Danske y Diamante acordaron re-afirmar y modificar los Documentos Modificados 2009 con la finalidad, entre otras, de incrementar la cantidad del Pagaré B por la cantidad de USD$20,000,000.00 (Veinte Millones de Dólares 00/100) (los **"Documentos Modificados 2010"**).

**13.** Por escritura pública número 81,161, otorgada en La Paz, Municipio de Los Cabos, el 27 de octubre de 2009, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, mismo que se encuentra debidamente en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número setenta y nueve foja setenta y nueve, del volumen CDXXXIII, de la sección primero, de fecha tres de febrero del año dos mil diez, Diamante en representación del Fiduciario, solicitó la re-lotificación y protocolización de deslinde de los lotes que integran el predio la "Laguna", "Rancho el Cardonal" y "Zona Costa Pacífico" para quedar como sigue:

| Polígono | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| 2 | 4020130082 | 79 | 79 | CDXXXIII | Primera | 03-Feb-10 |
| 4 | 4020130084 | 79 | 79 | CDXXXIII | Primera | 03-Feb-10 |
| 5 | 4020130085 | 79 | 79 | CDXXXIII | Primera | 03-Feb-10 |

**14.** Por escritura pública número 82,871, otorgada en La Paz, Municipio de Los Cabos, el 18 de mayo de 2010, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, misma que se encuentra debidamente inscrito en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número ciento veintisiete, foja ciento veintisiete, del volumen CDXXXVIII, de la sección primera, de fecha veintiuno de mayo del año dos mil diez, Diamante en representación del Fiduciario solicitó la constitución del régimen de propiedad en condominio maestro denominado "Diamante Cabo San Lucas" (el **"Condominio Maestro"**), para quedar como sigue:

| Condominio | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| Condominio 3 The Village | 402093001001-003001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |

CONFIDENTIAL

DANSKE_0016553

| | | | | | | |
|---|---|---|---|---|---|---|
| Condominio 4 The Estates | 402093001001-004001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |
| Condominio 5 Ocean View 1 | 402093001001-005001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |
| Condominio 6 Ocean View 2 | 402093001001-006001 | 127 | 127 | CDXXXVIII | Primera | 21-May-10 |

**15.** Por escritura pública número 82,876 (ochenta y dos mil ochocientos setenta y seis), otorgada en La Paz, Municipio de Los Cabos, el 18 de abril de 2010, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, misma que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el numero ciento treinta y tres, foja ciento treinta y tres, del volumen CDXXXVIII, sección primera, de fecha veintisiete de mayo del año dos mil diez, Diamante en representación del Fiduciario solicitó la constitución del sub-régimen de propiedad en condominio 1 "Golf Villas" del Condominio Maestro tal y como se describe a continuación:

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| 1 | 402093001001-001001 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 2 | 402093001001-001002 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 3 | 402093001001-001003 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 4 | 402093001001-001004 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 6 | 402093001001-002006 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 7 | 402093001001-002007 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 8 | 402093001001-002008 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 9 | 402093001001-002009 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 10 | 402093001001-002010 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 11 | 402093001001-002011 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 12 | 402093001001-002012 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 14 | 402093001001-002014 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 15 | 402093001001-002015 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 18 | 402093001001-003018 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 20 | 402093001001-003020 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 21 | 402093001001-003021 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 22 | 402093001001-003022 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 23 | 402093001001-003023 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 24 | 402093001001-003024 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |

CONFIDENTIAL

DANSKE_0016554

| 25 | 402093001001-003025 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 26 | 402093001001-003026 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 27 | 402093001001-003027 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 28 | 402093001001-003028 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 30 | 402093001001-003030 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 31 | 402093001001-003031 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 32 | 402093001001-003032 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 35 | 402093001001-004035 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 36 | 402093001001-004036 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 37 | 402093001001-004037 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 38 | 402093001001-004038 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 39 | 402093001001-004039 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 40 | 402093001001-004040 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 41 | 402093001001-004041 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 42 | 402093001001-004042 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 43 | 402093001001-004043 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 44 | 402093001001-004044 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 45 | 402093001001-004045 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 46 | 402093001001-005046 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 47 | 402093001001-005047 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 48 | 402093001001-005048 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 49 | 402093001001-005049 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 50 | 402093001001-005050 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 51 | 402093001001-005051 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 52 | 402093001001-005052 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 53 | 402093001001-005053 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 54 | 402093001001-005054 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 55 | 402093001001-005055 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 56 | 402093001001-005056 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 57 | 402093001001-005057 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 58 | 402093001001-005058 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 59 | 402093001001-005059 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |

DANSKE_0016555

| 60 | 402093001001-005060 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 61 | 402093001001-005061 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 62 | 402093001001-005062 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 63 | 402093001001-005063 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 64 | 402093001001-005064 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 65 | 402093001001-005065 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 66 | 402093001001-005066 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 67 | 402093001001-004067 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 68 | 402093001001-003068 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 69 | 402093001001-001069 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 70 | 402093001001-002070 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 71 | 402093001001-002071 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 72 | 402093001001-004072 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 73 | 402093001001-004073 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 74 | 402093001001-005074 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |
| 75 | 402093001001-005075 | 133 | 133 | CDXXXVIII | Primera | 27-May-10 |

**16.**   Por escritura pública número 83,280 (ochenta y tres mil doscientos ochenta), otorgada en La Paz, Municipio de Los Cabos, el 29 de junio de 2010, pasada ante la fe del señor Licenciado José Alberto Castro Salazar, Notario Público Adscrito a la Notaría Pública Número Siete del Estado, misma que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el numero veinticuatro, foja veinticuatro, del volumen CDXLVIII, sección primera, de fecha siete de Julio del año dos mil diez, Diamante en representación del Fiduciario se hizo la constitución del sub-régimen de propiedad en condominio 2 "Sunset Hill" del Condominio Maestro tal y como se describe a continuación:

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|---|---|---|---|---|---|---|
| 1 | 402093001001-002001 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 2 | 402093001001-002002 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 3 | 402093001001-002003 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 5 | 402093001001-002005 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 7 | 402093001001-022007 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 8 | 402093001001-022008 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 9 | 402093001001-022009 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 10 | 402093001001-022010 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |

DANSKE_0016556

| 11 | 402093001001-022011 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
|----|---------------------|----|----|----------|---------|-----------|
| 12 | 402093001001-022012 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 13 | 402093001001-022013 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 14 | 402093001001-022014 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 15 | 402093001001-022015 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 16 | 402093001001-002016 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 17 | 402093001001-002017 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 18 | 402093001001-002018 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 20 | 402093001001-002020 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 23 | 402093001001-002023 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 26 | 402093001001-002026 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 32 | 402093001001-002032 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 33 | 402093001001-002033 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 34 | 402093001001-002034 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 35 | 402093001001-002035 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 36 | 402093001001-002036 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 37 | 402093001001-002037 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 38 | 402093001001-002038 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 39 | 402093001001-002039 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 40 | 402093001001-002040 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 41 | 402093001001-002041 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 42 | 402093001001-002042 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 43 | 402093001001-002043 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 44 | 402093001001-002044 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 45 | 402093001001-002045 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 46 | 402093001001-002046 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 47 | 402093001001-002047 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 48 | 402093001001-002048 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 49 | 402093001001-002049 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 50 | 402093001001-002050 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 51 | 402093001001-002051 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 53 | 402093001001-002053 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 55 | 402093001001-002055 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |

CONFIDENTIAL

| 59 | 402093001001-002059 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
|----|---------------------|----|----|----------|---------|-----------|
| 62 | 402093001001-002062 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 66 | 402093001001-002066 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 68 | 402093001001-002068 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 71 | 402093001001-022071 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 72 | 402093001001-002072 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 73 | 402093001001-002073 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 74 | 402093001001-002074 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 78 | 402093001001-002078 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |
| 79 | 402093001001-002079 | 24 | 24 | CDXLVIII | Primera | 07-Jul-10 |

**17.** Por escritura pública número 3,016 (tres mil dieciséis), otorgada en La Paz, Municipio de Los Cabos, el 22 de junio de 2011, pasada ante la fe del señor Karim Francisco Martinez Lizárraga, Notario Público Número Veintidós del Estado, misma que se encuentra debidamente inscrita en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el numero ciento sesenta y tres, foja ciento sesenta y tres, del volumen CDLXXX, sección primera, de fecha veinticuatro de Junio del año dos mil once, Diamante en representación del Fiduciario solicitó la constitución del régimen de propiedad en condominio 6 "Beach Estates" tal y como se describe a continuación:

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|------|-----------------|---------------|------|---------|---------|-------|
| 1 | 402093001002-001001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 4 | 402093001002-004001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 7 | 402093001002-007001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 9 | 402093001002-009001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 10 | 402093001002-010001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 12 | 402093001002-012001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 13 | 402093001002-013001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 14 | 402093001002-014001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 16 | 402093001002-016001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 17 | 402093001002-017001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 18 | 402093001002-018001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 19 | 402093001002-019001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 27 | 402093001002-027001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 28 | 402093001002-028001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |

CONFIDENTIAL

DANSKE_0016558

| 30 | 402093001002-030001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
|----|---------------------|-----|-----|--------|---------|-----------|
| 32 | 402093001002-032001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 36 | 402093001002-036001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 43 | 402093001002-043001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 48 | 402093001002-048001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |
| 50 | 402093001002-050001 | 163 | 163 | CDLXXX | Primera | 24-Jun-11 |

**18.** Por escritura número 14,071 (catorce mil setenta y uno), de fecha 21 de diciembre de 2012, en la ciudad de San José del Cabo, Baja California Sur, pasada ante la fe del señor Licencia Ricardo Cevallos Valdez, Notario Público Número Dieciocho del Estado, misma que se encuentra debidamente inscrita en el registro público de la propiedad y del comercio de San José del Cabo, Baja California Sur, bajo el número ciento ochenta y ocho, foja ciento ochenta y ocho, del volumen DXXXII, sección primera, de fecha veinticuatro de enero del año dos mil trece, Diamante en representación de Fiduciario solicitó la protocolización de oficio de relotificación y planos anexos respecto del Polígono 1 así como también la constitución de servidumbres tal y como se describen a continuación:

i- SERVIDUMBRE VOLUNTARIA DE PASO, PEATONAL Y VEHICULAR, CONTINUA, PERPETUA, PERMANENTE, APARENTE E IRREVOCABLE IDENTIFICADA CON EL NÚMERO (1) UNO sobre el inmueble identificado como polígono (1) uno fracción G", del predio "El Cardonal", del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificado con clave catastral 402-013-0001 con una superficie en metros cuadrados (1,075,035.270 m²) un millón setenta y cinco mil treinta y cinco metros cuadrados doscientos setenta milímetros cuadrados, es decir, (107-50-35.270 has.) ciento siete hectáreas cincuenta áreas treinta y cinco punto doscientos setenta centiáreas.

ii.SERVIDUMBRE VOLUNTARIA DE PASO, PEATONAL Y VEHICULAR, CONTINUA, PERPETUA, PERMANENTE, APARENTE E IRREVOCABLE IDENTIFICADA CON EL NÚMERO (2) DOS sobre el inmueble identificado como polígono (1) uno fracción G", del predio "El Cardonal", del plano oficial de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, identificado con clave catastral 402-013-0001, con una superficie en metros cuadrados (1,075,035.270 m²) un millón setenta y cinco mil treinta y cinco metros cuadrados doscientos setenta milímetros cuadrados, es decir, (107-50-35.270 has.) ciento siete hectáreas cincuenta áreas treinta y cinco punto doscientos setenta centiáreas.

iii.SERVIDUMBRE VOLUNTARIA DE PASO, PEATONAL Y VEHICULAR, CONTINUA, PERPETUA, PERMANENTE, APARENTE E IRREVOCABLE IDENTIFICADA COMO VIALIDAD DE ACCESO sobre el inmueble identificado como área de uso común de (361,594.17 m²) trescientos sesenta y un mil quinientos noventa y cuatro metros cuadrados diecisiete centímetros cuadrados, con uso de suelo autorizado para infraestructura, conservación y ornato.



DANSKE_0016559

RELOTIFICACIÓN QUE ARROJA LAS SIGUIENTES FRACCIONES:

| Polígono | Fracción | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|----------|----------|-----------------|---------------|------|---------|---------|-------|
| 1 | A | 4020131121 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | B | 4020131122 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | C | 4020131123 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | D | 4020131124 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | E | 4020131125 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |
| 1 | G | 4020130001 | 188 | 188 | DXXXII | Primera | 24-Ene-13 |

**19.** El 26 de abril de 2013, Danske y Diamante celebraron un segundo convenio modificatorio y de re-expresión al Contrato de Crédito (**"*Loan Agreement*"**) por virtud del cual Danske y Diamante modificaron los términos del Contrato de Crédito Original (el **"Segundo Convenio Modificatorio del Crédito"**) y reafirmaron los Documentos Modificados 2010 (**"*Second Amended and Restated Loan Agreement*"**). Dentro de las modificaciones que se hicieron bajo el Segundo Convenio Modificatorio del Crédito fueron las siguientes: (i) incrementar la cantidad del Pagaré A por una cantidad de USD$123,500,000.00 (Ciento Veintitrés Millones Quinientos Mil Dólares 00/100), (ii) división del Pagaré B mediante la suscripción de (y) un Pagaré B substituto suscrito con la misma fecha por la cantidad de USD$18,000,000.00 (Dieciocho Millones de Dólares 00/100), y (z) un pagaré C (el "Pagaré C") por la cantidad de USD$2,000,000.00 (Dos Millones de Dólares 00/100); y (iii) un crédito adicional por la cantidad de USD$3,000,000.00 (Tres Millones de Dólares 00/100), evidenciado a través de ún pagaré por la misma cantidad (el "Pagaré D") (los **Documentos Modificados 2013**").

**20.** Con esa misma fecha, Danske, Diamante y el fiduciario del Fideicomiso, celebraron un segundo convenio modificatorio al Fideicomiso por virtud del cual Danske y Diamante modificaron los términos del Fideicomiso (el **"Segundo Convenio Modificatorio al Fideicomiso"**).

**21.** Por escritura pública número 11,180 (once mil ciento ochenta), otorgada en la ciudad de Cabo San Lucas, Baja California Sur , el 20 de diciembre de 2013, pasada ante la fe del señor Licenciado Fernando González Rubio Cerecer, Notario Público Número Catorce del Estado, misma que se encuentra debidamente inscrito en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número ciento sesenta y dos, foja ciento sesenta y dos, del volumen DLX, de la sección primera, de fecha nueve de enero del año dos mil catorce, Diamante en representación del Fiduciario solicitó la constitución del régimen de propiedad en condominio maestro denominado "DRC", ubicado en el polígono uno, fracción F del Predio El Cardonal, para quedar como sigue:

CONFIDENTIAL

DANSKE_0016560

| Lote | Clave Catastral | Núm. Registro | Foja | Volumen | Sección | Fecha |
|------|----------------|---------------|------|---------|---------|-------|
| A | 402093001003-00A001 | 162 | 162 | DLX | Primera | 09-Ene-14 |
| B | 402093001003-00B001 | 162 | 162 | DLX | Primera | 09-Ene-14 |

**22.** Por escritura pública número 111,339, otorgada el 23 de abril de 2014, pasada ante la fe del licenciado Amando Mastachi Aguario, Notario Público número 121 del Distrito Federal, inscrita en el Registro Público de la Propiedad y de Comercio el 23 de abril de 2014, mediante la cual el Fiduciario, como fusionante, y CI Banco, S.A., Institución de Banca Múltiple, como fusionada, celebraron una fusión en virtud de la cual el Fiduciario subsistió como sociedad fusionante y CIBanco desapareció como sociedad fusionada. Asimismo, mediante dicho instrumento, el Fiduciario cambió de denominación a "CIBanco, S.A., Institución de Banca Múltiple", ("**CIBanco**").

## D E C L A R A C I O N E S

**I.** Declara el Fiduciario por conducto de su apoderada, bajo protesta de decir verdad, que:

**a)** Es una institución de banca múltiple debidamente constituida de conformidad con las leyes de los Estados Unidos Mexicanos;

**b)** Tiene la calidad de fiduciario en el contrato de Fideicomiso número F/00321 al que se hace referencia en el Antecedente número tres (3) del presente instrumento.

**c)** Por escritura pública número 111,339, otorgada el 23 de abril de 2014, pasada ante la fe del licenciado Amando Mastachi Aguario, Notario Público número 121 del Distrito Federal, inscrita en el Registro Público de la Propiedad y de Comercio el 23 de abril de 2014, mediante la cual el Fiduciario, como fusionante, y CI Banco, S.A., Institución de Banca Múltiple, como fusionada, celebraron una fusión en virtud de la cual el Fiduciario subsistió como sociedad fusionante y CI Banco desapareció como sociedad fusionada. Asimismo, mediante dicho instrumento, el Fiduciario cambió de denominación a "CIBanco, S.A., Institución de Banca Múltiple", ("**CIBanco**").

**d)** Por escritura pública número 111,508 otorgada el día cinco de mayo de dos mil catorce, ante la fe del Licenciado Amando Mastachi Aguario, Notario Público número 121 del Distrito Federal, "CIBANCO", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, (antes "THE BANK OF NEW YORK MELLON", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE) en su carácter de fiduciario en el FIDEICOMISO NÚMERO "F DIAGONAL CERO CERO TRESCIENTOS VEINTIUNO", otorgó representada por sus delegados fiduciarios los licenciados Roberto Pérez Estrada y Ricardo Antonio Rangel Fernández McGregor, PODER GENERAL LIMITADO a favor de la licenciada ITZEL CRISÓSTOMO GUZMÁN.

**e)** Es su interés celebrar el presente Convenio para reconocer su carácter de fiduciario del Fideicomiso y reconocer todos los derechos y obligaciones como fiduciario bajo el Fideicomiso.




**II.** Declara Diamante, a través de su representante, que:

**(a)** Es una sociedad de responsabilidad limitada de capital variable debidamente constituida de conformidad con las leyes de los Estados Unidos Mexicanos, con domicilio principal en Boulevard Diamante S/N, Colonia Los Cangrejos I, Cabo San Lucas, Baja California Sur, México, C.P. 23473.

**(b)** Cuenta con las facultades corporativas y legales para celebrar y cumplir con las obligaciones a su cargo establecidas en el presente Contrato, y ha tomado todas las acciones jurídicas y corporativas necesarias a efecto de autorizar su celebración y cumplimiento en los términos del presente Convenio.

**(c)** Que los Antecedentes del presente Contrato son ciertos y verdaderos.

**(d)** Que es su deseo celebrar el presente Convenio, sirviendo el presente inciso como carta de instrucción al Fiduciario para todos los efectos legales a los que haya lugar.

**III.** Declara Danske, a través de su representante, que:

**(a)** Es un banco debidamente constituido de conformidad con las leyes del Reino de Dinamarca.

**(b)** Cuenta con la capacidad necesaria para celebrar el presente Contrato y ha obtenido las autorizaciones necesarias para la ejecución del mismo; y

**(c)** Su representante cuenta con las facultades necesarias para la ejecución del presente Contrato.

**(d)** Que es su deseo celebrar el presente Convenio, sirviendo el presente inciso como carta de instrucción al Fiduciario para todos los efectos legales a los que haya lugar.

Expuesto lo anterior, las partes están de acuerdo en otorgar este Convenio con sujeción a las siguientes:

## CLÁUSULAS

**PRIMERA.** Con efectos en y a partir del día 23 de abril de 2014, en términos de la escritura pública número 111,339, pasada ante la fe del licenciado Amando Mastachi Aguario, Notario Público número 121 del Distrito Federal, el Fiduciario del Fideicomiso cambio de denominación a "CIBanco, S.A., Institución de Banca Múltiple".

**SEGUNDA.** Cada una de las partes confirma la subsistencia del Fideicomiso y de las obligaciones que se derivan conforme al mismo, para todos los efectos legales a que haya lugar, exactamente en sus condiciones y términos; en el entendido que Danske en este acto instruye y expresa su conformidad para la celebración del presente instrumento por parte del Fiduciario.

**TERCERA.** A partir de esta fecha, todas las referencias a "Fiduciario" en el Fideicomiso (incluyendo sus modificaciones), el Contrato de Crédito Original (incluyendo sus modificaciones) o en cualquier documento que se derive de los mismos, se entenderán hechas a CIBANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, exclusivamente en su carácter de fiduciario del Fideicomiso F/00321. Asimismo, todos los Predios a los que se hace referencia en los Antecedentes del presente instrumento, deberán aparecer en favor de "CIBanco, S.A., Institución de Banca Múltiple", exclusivamente en su carácter de fiduciario del Fideicomiso F/00321.

**CUARTA.** La celebración del presente Convenio no constituye novación, satisfacción, pago, cumplimiento o extinción de cualesquiera obligaciones previstas en el Fideicomiso o cualesquier otros documentos celebrados en relación con el mismo.

**QUINTA.** Este Convenio está sujeto y será regido e interpretado de conformidad con las leyes aplicables en los Estados Unidos Mexicanos. Para cualquier controversia derivada de la interpretación y cumplimiento de este Convenio las partes se someten expresa e irrevocablemente a la jurisdicción de los tribunales competentes en el Distrito Federal, renunciando a cualquier otro fuero o jurisdicción que por razón de sus domicilios presentes o futuros pudiese corresponderles.

Leído por todas las partes, lo suscriben el día 13 de mayo de 2014.



DANSKE_0016563

**Diamante Cabo San Lucas S. de R.L. de C.V.**

Por:

Nombre: Fernando Manuel García Campuzano

Cargo: Apoderado Legal

**CIBanco, S.A., Institución de Banca Múltiple, actuando como Fiduciario del Fideicomiso No. F/00321**

Por:_____

Nombre: Itzel Crisóstomo Guzmán

Cargo: Apoderada

**DANSKE BANK A/S, LONDON BRANCH**

Por:_____

Nombre: Adrián Méndez Sevilla

Cargo: Apoderado

CONFIDENTIAL