### Schedule 1 to Proof of Claim

**Deficiency between the value of the purchased assets and the repurchase price (all figures in USD)**

| Assets | Face amount of Assets | Repurchase price | Value of the asset as at 23.09.08 | Deficiency amount |
|---|---|---|---|---|
| Commercial mortgage loan assets | 1,173,597,389.75 | 800,587,599.42 | 248,191,568.00 | 552,396,031.42 |
| Residential mortgage loans | 394,203,869.89 | 300,604,513.86 | 165,565,625.35 | 135,038,888.51 |
| **Total** | **1,567,801,259.64** | **1,101,192,113.28** | **413,757,193.35** | **687,434,919.93** |

Interest on total deficiency amount from 23 September 2008 - 22 September 2009: 6,722,413.89

Estimated legal, valuation, consultancy and other fees and expenses: 5,500,000.00

Total claim amount as at 22 September 2009: USD 699,657,333.82