**CHART OF SIGNIFICANT PUBLIC INFORMATION REGARDING KENNER, CONSTANTINE, DIAMANTE, AND JOWDY**

| | |
|---|---|
| 2008 | Lawsuit filed in Arizona Clark County District Court captioned *Glenn Murray v. Kenneth Jowdy and Kenneth Jowdy, as third party plaintiff v. Phillip Kenner, et.al.*, 08-A571984 |
| October 29, 2008 | Lawsuit filed in the Arizona state court removed to the Arizona federal court captioned *Little Isle IV, et.al. v. Jowdy*, et.al., 09-CV-142 |
| December 16, 2008 | Lawsuit filed in the U.S. District Court for the Central District of California captioned *Joe Juneau v. Kenner, Standard Advisors, LLC, Constantine, Kenneth Jowdy, Baja Development Corp., et. al*, 08-CV-8284 |
| December 31, 2008 | Lawsuit filed in the United States District Court for the Central District of California captioned *Moreau v. Kenner, Standard Advisors, Jowdy, Baja Development et. al.,* 08-CV-8640 |
| June 19, 2009 | *Golf Resort Developer Bilked NHL Stars: Suit,* New York Post, Jeane MacIntosh |
| June 19, 2009 | *NHLers Sue Developer in Porn Party Scam,* Newser, Robert Quinn |
| June 19, 2009 | *NHL Players' Cash Invested in Hookers, Booze,* Bleacher Report, Big League Screw |
| June 20, 2009 | *Roger Clemens' pal Ken Jowdy denies NHL players' salacious allegations*, New York Daily News, Teri Thompson, Michael O'Keeffe & Nathaniel Vinton |
| June 22, 2009 | *Builder blows $25 million investment from NHL players on porn stars and Roger Clemens*, The Score Report, Anthony Stalter |
| February 18, 2010 | *NHL Players Out in Cold on Suit,* Daily News, Teri Thompson and Michael O'Keeffe |
| April 27, 2010 | Lawsuit filed in the Superior Court of the State of California captioned *Jowdy v. Berard, Kenner, Constantine* |
| April 28, 2010 | *Unleashing a Slap Shot. Rocket Pal Sues Hockey Players,* Daily News |
| October 2, 2010 | *NHL Players Sued as Developer Hits Back,* Daily News |
| October 17, 2010 | *Two for Stashing! NHL Stars Claim Former Race Car Driver & Drug Felon Pocketed Their Investment Cash in Fraudulent Business,* Daily News |
| October 23, 2012 | *Tiger Gets Builder Off the Hook,* Daily News |
| July 1, 2013 | *Berard Goes on Power Play Scammed Ex-NHL Star Fighting Back*, Daily News (New York), Teri Thompson, Michael O'Keeffe, Nathanial Vinton |
| July 1, 2013 | *Where did the hockey millions go?,* Fortune, Katie Benner |
| July 1, 2013 | *Former Financial Advisor to NHL Players Attempts to Close the Book on Fraud Allegations. . . ,* Deal Breaker |

4841-4723-8847.4

**CHART OF SIGNIFICANT PUBLIC INFORMATION REGARDING KENNER, CONSTANTINE, DIAMANTE, AND JOWDY**

| | |
|---|---|
| October 19, 2013 | Criminal case commenced against Kenner and Constantine in the U.S. District Court for the Eastern District of New York, 13-CR-607 |
| November 13, 2013 | *Former NHL player Bryan Berard and ex-cop help feds nail two Arizona men in massive fraud: Phil Kenner and Tommy Constantine are charged with ten counts of conspiring to steal $15 million from NHL players and several Long Island Cops and their families,* New York Daily News, Teri Thompson, Michael O'Keeffee, Christian Red and Nathaniel Vinton |
| November 14, 2013 | *Money Manager Arrested for Defrauding Hockey Players of $15 Million,* Fortune, Katie Benner |
| November 14, 2013 | *Scammers on Ice Game Over for Pair Who Bilked Berard & Other NHL Stars Out of $15 Million,* Daily News (New York), Teri Thompson |
| November 15, 2013 | *Goons Still Big Threat Feds Requesting No Bail in Case of Hockey Scammers,* Daily News (New York), Teri Thompson, Nathaniel Vinton |