June 25, 2020

Mark D'Ambrosio
9815 E. Buteo Drive
Scottsdale, Az 85255

By Certified Mail



The Honorable Joseph F. Bianco
United States Circuit Judge
for the Court of Appeals, Second Circuit 100 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Philip A. Kenner and Tommy C. Constantine Criminal Docket No. 13-607 (JFB) (EDNY)

    Third-Party Claim to Forfeited Diamante Assets

Dear Judge Bianco,

    In 2006 I was approached by Tommy Constantine about a unique opportunity to invest in a new 1500 Acre Golf Property with 5 miles of beachfront located in Cabo San Lucas. The opportunity had a short window to participate, so I was asked to wire $100,000 to an account owned by Robert Gaudet. My understanding at that time, I was to receive a 1% interest in Diamante Life development, and I would receive paperwork to show/record my investment in the following days of my wire.

I never received any documentation from Tommy, Phil, or Robert to materialize my investment. I continued to ask for supporting documentation, and I was always told not to worry that my investment was on the record.

Please see the attached supporting wiring email instructions and wire receipt regarding my investment in Diamante Life Cabo.

Sincerely,

*[signature]*

cc: (via certified mail)
AUSA Diane Leonardo
FSA Asset Forfeiture Paralegal Kristin Lake
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, NY, 11722

**RECEIVED**

JUL 0 6 2020

**EDNY PRO SE OFFICE**

# Washington Mutual

## Confirmation of International Wire Transfer in US Dollars Order

| Customer Information: | | Date: 10/20/2006 |
|---|---|---|
| Name: MARK D'AMBROSIO | | |
| Authorized Representative Name: | | |
| Address: 6812 E JOAN DE ARC AVE | SCOTTSDALE, AZ 852544016 | |
| Fax Number: | Phone Number: (480) 443-7682 | |

**WIRE APPROVAL/CONFIRMATION AND FC INFORMATION:**

| Name: SCOTTSDALE - KIERLAND VILLAGE | Phone Number: (480) 315-2905 |
|---|---|
| Address: 6501 E GREENWAY PKWY STE 133 | SCOTTSDALE, AZ 852542068 |

Fax/Phone Wire Request Confirmed with (Customer/AR/AIF):

Time:     Date:     FC Representative Name:

---

Thank you for banking with Washington Mutual.

This serves as a confirmation for an International Wire in US Dollars
Your account will be debited on:     10/20/2006

You must contact the Bank immediately at the center noted above if any information contained in this confirmation is inconsistent with your records.

| | |
|---|---|
| Beneficiary Bank: | Banco Santander Serfin SA |
| Beneficiary Name: | Robert Gaudet |
| Beneficiary Account Number: | 83500388716 |
| Wire Amount: | $100,000.00 |
| Country: | Mexico |
| By Order of: | MARK D'AMBROSIO |
| Amount Debited: | $100,000.00 |
| Fee: | $0.00 |
| X Transaction Reference Number: | VB00003383955276 |
| Correspondent Bank: | JPMORGAN CHASE BANK, NA |
| Account number: | 031300002775591 |

Agent Name: SARA DENNIS

32060m (04/06)

Mark D'Ambrosio

| | |
|---|---|
| From: | phil kenner [phil@standardadvisors.com] |
| Sent: | Wednesday, October 18, 2006 11:45 AM |
| To: | Tommy Constantine |
| Subject: | Wire to Baja |

$100,000 to:

| | |
|---|---|
| BANCO | JP MORGAN CHASE |
| CIUDAD | NEW YORK |
| ABA | 021000021 |
| SWIFT | CHASUS33 |
| Cuenta | 83-50038871-6 |
| CUENTA CLABE | 014045835003887161 |
| BENEFICIARIO | Robert Gaudet |

INSTRUCCIONES ESPECIALES: BANCO SANTANDER SERFIN SA
    REF    400047144        BMSXMXMM
DIRECCION DEL JP MORGAN CHASE:
4 NEW YORK PLAZA FLOOR 15
NEW YORK N.Y.

Call me to discuss.   I will be in the Vegas office/hangar with Kenny today.
Pk

---

Washington Mutual

Banking online with us is secure, fast and easy... and it's FREE!
Go to wamu.com to Log in or Sign up!
Transaction Summary

Acct #XXXXXXXXXXXX5091   Seq #014
Deposit:              $100,000.00

Washington Mutual Bank
SCOTTSDALE - KIERLAND VILLAGE, #438
1-800-788-7000
FDIC Insured. Equal Housing Lender
Please retain your receipt.
Thank you, SARA
10:37    CHH    105    10/20/2006

---

**Washington Mutual**                                      LINE OF CREDIT DRAFT
                                                           FROM LINE OF CREDIT

ACCOUNT NUMBER: 0681625679
CUSTOMER NAME: Mark D'Ambrosio
Pay to the order of: CASH ONLY
DATE: 10/20/06
ADVANCE AMOUNT: $ 100,000—

One hundred thousand dollars 00/100 — — — DOLLARS

BRANCH OF ORIGINATION
BR. # 338    ☒ Washington Mutual
             ☐ Washington Mutual Bank fsb

SUPERVISOR APPROVAL

FUNDS DISBURSED
☐ Cash    ☐ Bank Check    ☒ Other dep

VERIFIED 10-20-06
☒ Loan Status    013
☒ No Block Codes
☐ Available Credit
☐ Not Past Due

I hereby authorize the originating bank or its agent to advance funds from my Line of Credit in the above amount, and I acknowledge receipt of those funds.

CUSTOMER SIGNATURE: X [signature]

656 (2/05)          WHITE - CUSTOMER       CANARY - BRANCH

Mark D'Ambrosio
9815 E. Buteo Drive
Scottsdale, AZ 85255

The Honorable Joseph F. Bianco
United States Circuit Judge for the Court of Appeals, Second Circuit
100 Federal Plaza
Central Islip, New York 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUL 03 2020

LONG ISLAND OFFICE

11722-443800