# EXHIBIT D

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: BUCHALTER NEMER, A PROFESSIONAL CORPORATION Michael L. Meeks (SBN: 172000) Brandon Q. Tran (SBN: 223435) 18400 Von Karman Avenue, Suite 800 Irvine, CA 92612 | | FOR COURT USE ONLY |
| ATTORNEY FOR (Name): Plaintiffs Owen Nolan and Diana Nolan | | |
| NAME OF COURT: LOS ANGELES SUPERIOR COURT STREET ADDRESS: 111 North Hill Street MAILING ADDRESS: CITY AND ZIP CODE: Los Angeles, CA 90012 BRANCH NAME: Central | | |
| PLAINTIFF: OWEN NOLAN, et al. | | Rec'd APR 22 2010 |
| DEFENDANT: PHILIP A. KENNER, et al. | | |
| NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT Default Section | | CASE NUMBER: BS126063 |

**ORIGINAL**

1. TO JUDGMENT DEBTOR (name): Philip A. Kenner, Standard Advisors, Inc. and Standard Advisors, LLC

2. YOU ARE NOTIFIED

   a. Upon application of the judgment creditor, a judgment against you has been entered in this court as follows:

   (1) Judgment creditor (name): Owen Nolan and Diana Nolan

   (2) Amount of judgment entered in this court: $2,846,212.56

   $2,846,212.56

   b. This judgment was entered based upon a sister-state judgment previously entered against you as follows:

   (1) Sister-state (name): Arizona

   (2) Sister-state court (name and location): Superior Court of Arizona, County of Maricopa

   (3) Judgment entered in sister state on (date): March 16, 2010

   (4) Title of case and case number (specify): Owen Nolan and Diana Nolan v. Philip A. Kenner, et al.

3. 
> A sister-state judgment has been entered against you in a California court. Unless you file a motion to vacate the judgment in this court within 30 DAYS after service of this notice, this judgment will be final.
>
> This court may order a writ of execution or other enforcement may issue. Your wages, money, and property could be taken without further warning from the court.
>
> If enforcement procedures have already been issued, the property levied on will not be distributed until 30 days after you are served with this notice.

Date: APR 26 2010        John A. Clarke        Clerk, by _____, Deputy
                                                          JENNY CHEZ

4. ☒ NOTICE TO THE PERSON SERVED: You are served
   a. ☒ as an individual judgment debtor.
   b. ☐ under the fictitious name of (specify):
   c. ☐ on behalf of (specify):
   
   Under
   ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)
   ☐ other:

[SEAL: Superior Court, Los Angeles County, California]

(Proof of service on reverse)

Form Approved by the Judicial Council of California
EJ-110 [Rev. July 1, 1983]

**NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**

CCP 1710.30, 1710.40
1710.45

American LegalNet, Inc.
www.USCourtForms.com

## PROOF OF SERVICE
*(Use separate proof of service for each person served)*

1. I served the Notice of Entry of Judgment on Sister-State Judgment as follows:
   a. on judgment debtor *(name)*:

   b. by serving   ☐ judgment debtor   ☐ other *(name and title or relationship to person served)*:

   c. ☐ by delivery ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:
   d. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*:
   a. ☐ **Personal service.** By personally delivering copies. (CCP 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual business hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first- class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(b))  *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. (CCP 415.30) *(Attach completed acknowledgment of receipt.)*
   e. ☐ **Certified or registered mail service.** By mailing to address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP 415.40) *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. ☐ Other *(specify code section)*:
      ☐ Additional page is attached.

3. The "Notice to the Person Served" was completed as follows:
   a. ☐ as an individual judgment debtor.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ on behalf of *(specify)*:
      under:  ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)         ☐ other:
              ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)

4. At the time of service I was at least 18 years of age and not a party to this action.
5. Fee for service: $
6. Person serving:
   a. ☐ California sheriff, marshal, or constable.
   b. ☐ Registered California process server.
   c. ☐ Employee or independent contractor of a registered California process server.
   d. ☐ Not a registered California process server.
   e. ☐ Exempt from registration under Bus. & Prof. Code 22350(b).

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

American LegalNet, Inc.
www.USCourtForms.com