# EXHIBIT E

**CONFORMED COPY**
Reserved for Clerk's File Stamp
OF ORIGINAL FILED
Los Angeles Superior Court

APR 26 2010

John A. Clarke, Executive Officer/Clerk
By: _____ Deputy
J. Chea

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** | |
| COURTHOUSE ADDRESS: 111 NORTH HILL STREET LOS ANGELES CA 90012 | |
| PLAINTIFF/PETITIONER: OWEN NOLAN | |
| DEFENDANT/RESPONDENT: PHILIP A. KENNER | |
| **JUDGMENT BASED ON SISTER-STATE JUDGMENT** (Code Civ. Proc., § 1710.25) | CASE NUMBER: BS126063 |

An application has been filed for entry of judgment based upon judgment entered in the State of:
ARIZONA

Pursuant to Code of Civil Procedure section 1710.25, judgment is hereby entered in favor of plaintiff/judgment creditor
OWEN NOLAN AND DIANA NOLAN

and against defendant/judgment debtor
PHILIP A. KENNER, STANDARD ADVISORS, INC., AND STANDARD ADVISORS, LLC

For the amount shown in the application remaining unpaid under said Judgment in the sum of $ 2,709,987.38 , together with interest on said Judgment in the sum of $ 135,870.18 , Los Angeles Superior Court filing fees in the sum of $ 355.00 , costs in the sum of $ _____, and interest on said judgment accruing from the time of entry of Judgment at the rate provided by law.

JOHN A. CLARKE, Executive Officer/Clerk

Dated: 04/26/2010      By: JENNY CHEA
                                Deputy Clerk

---

### CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the **Judgment Based on Sister-State Judgment (Code Civ. Proc., § 1710.25)** upon each party or counsel named below by depositing in the United States mail at the courthouse in LOS ANGELES , California, one copy of the original filed herein in a separate sealed envelope for each address as shown below with the postage thereon fully prepaid.

MICHAEL L. MEEKS
18400 VON KARMAN AVENUE, SUITE 800
IRVINE, CA 92612

JOHN A. CLARKE, Executive Officer/Clerk

Dated: APR 26 2010      By: JENNY CHEA
                                Deputy Clerk

LACIV 209 09/07
LASC Approved

**JUDGMENT BASED ON SISTER-STATE JUDGMENT**
(Code Civ. Proc., § 1710.25)

Code Civ. Proc., § 1710.25