# EXHIBIT F



ONLINE SERVICES

# Case Access

LANGUAGE ACCESS
English

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** BS126063
OWEN NOLAN ET AL VS PHILIP A KENNER

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 04/22/2010
**Case Type:** Sister State Judgment (General Jurisdiction)
**Status:** Legacy Judgment 04/26/2010

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

KENNER PHILIP A. - Defendant

NOLAN DIANA - Plaintiff

NOLAN OWEN - Plaintiff

STANDARD ADVISORS INC. - Defendant

STANDARD ADVISORS LLC - Defendant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
**03/23/2011** Writ of Execution
Filed by Owen Nolan (Plaintiff); Diana Nolan (Plaintiff)

**09/24/2010** APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION

**09/24/2010** APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION

**09/24/2010** DECLARATION OF BRANDON Q. TRAN IN SUPPORT OF APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION

**09/24/2010** MEMO OF COSTS AFTER JUDGEMENT, ACKNOWLEDGEMENT OF CREDIT AND DECLARATION OF ACCRUED INTEREST

**09/23/2010** SERVICE OF PROCESS BY PRIVATE PERSON -AMENDED

**09/23/2010** Proof of Service (not Summons and Complaint)
Filed by Owen Nolan (Plaintiff)

**09/21/2010** Declaration
Filed by Creditor

**09/21/2010** Appl for Writ of Execution & Ord
Filed by Creditor

**09/21/2010** Appl for Writ of Execution & Ord
Filed by Creditor

**09/21/2010** Writ issued
Filed by Clerk

**09/21/2010** Writ issued
Filed by Clerk

**09/21/2010** Declaration
Filed by Creditor

**08/23/2010** Proof of Service (not Summons and Complaint)
Filed by Owen Nolan (Plaintiff)

**08/23/2010** SERVICE OF PROCESS BY PRIVATE PERSON

**04/26/2010** Sister State Judgment
Filed by Clerk

**04/26/2010** Notice of Entry of Judgment
Filed by Plaintiff/Petitioner

**04/26/2010** JUDGMENT BASED ON SISTER-STATE JUDGMENT (CODE CIV. PROC., SECTION 1710.25)

**04/22/2010** APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT

**04/22/2010** Application for Entry of Judgment on Sister-State Judgment
Filed by null

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**
None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Register of Actions (Listed in descending order)**

**03/23/2011** Writ of Execution
Filed by Owen Nolan (Plaintiff); Diana Nolan (Plaintiff)

**09/24/2010** APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION

**09/24/2010** DECLARATION OF BRANDON Q. TRAN IN SUPPORT OF APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION

**09/24/2010** MEMO OF COSTS AFTER JUDGEMENT, ACKNOWLEDGEMENT OF CREDIT AND DECLARATION OF ACCRUED INTEREST

**09/24/2010** APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION

**09/23/2010** Proof of Service (not Summons and Complaint)
Filed by Owen Nolan (Plaintiff)

**09/23/2010** SERVICE OF PROCESS BY PRIVATE PERSON -AMENDED

**09/21/2010** Appl for Writ of Execution & Ord
Filed by Creditor

**09/21/2010** Declaration
Filed by Creditor

**09/21/2010** Declaration
Filed by Creditor

**09/21/2010** Appl for Writ of Execution & Ord
Filed by Creditor

**09/21/2010** Writ issued
Filed by Clerk

**09/21/2010** Writ issued
Filed by Clerk

**08/23/2010** Proof of Service (not Summons and Complaint)
Filed by Owen Nolan (Plaintiff)

**08/23/2010** SERVICE OF PROCESS BY PRIVATE PERSON

**04/26/2010** Notice of Entry of Judgment
Filed by Plaintiff/Petitioner

**04/26/2010** Sister State Judgment
Filed by Clerk

**04/26/2010** JUDGMENT BASED ON SISTER-STATE JUDGMENT (CODE CIV. PROC., SECTION 1710.25)

**04/22/2010** Application for Entry of Judgment on Sister-State Judgment
Filed by null

**04/22/2010** APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT

[NEW SEARCH]

Privacy Statement   |   Disclaimer   |   Employment   |   ADA   |   Holidays   |   Comment on our Website          Copyright © 2020 Superior Court of California, County of Los Angeles