## CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 07/08/2020 _____ TIME: 2:38 p.m. _____ TIME IN COURT: 40 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS) _____ TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
__X__ PRESENT ____ NOT PRESENT ____ X ____ IN CUSTODY ____ ON BAIL

ATTY. FOR DEFT.: Matthew W. Brissenden (Stand-by Counsel) _____

__X__ PRESENT ____ NOT PRESENT _____ RET ____ X C.J.A ____ FED. DEF. OF NY, INC.

DEFT NAME: TOMMY C. CONSTANTINE (2)
__X__ PRESENT ____ NOT PRESENT _____ IN CUSTODY ____ X ____ ON BAIL

ATTY. FOR DEFT.: Sanford Talkin _____
__X__ PRESENT ____ NOT PRESENT ____ X RET ____ C.J.A ____ FED. DEF. OF NY, INC.

A.U.S.A. Diane C. Leonardo-Beckmann, Matthew Haggans, _____
_____ Madeline M. O'Connor, Saritha Komatireddy _____

COUNSEL FOR INTERESTED PARTIES: _____

Thomas McC. Souther, Kevin P. Mulry _____

George Kostolampros, Kelly Weiner, Xochitl S. Strohbehn (Danske Bank)

Marc Wolinsky (Property Owners) _____

Seetha Ramachandran (Owen Nolan) _____

DEPUTY CLERK: DJF _____

FTR:  2:38-3:19 _____

COURT REPORTER: _____ M. FOLEY _____ F. GUERINO _____ P. LOMBARDI
_____ M. STEIGER _____ D. TURSI _____ O. WICKER

INTERPRETERS: _____ (Spanish) _____

__X__ CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

____ FIRST APPEARANCE OF DEFENDANT.

____ DEFT(S) STATES TRUE NAME TO BE:

_____ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
NOT GUILTY PLEA TO THE CHARGES.

_____ WAIVER OF INDICTMENT EXECUTED.

_____ CASE ADJOURNED TO

  X   DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

  X   DEFENDANT TOMMY C. CONSTANTINE CONTINUED ON BAIL.

_____ ORDER OF DETENTION ENTERED.

_____ BAIL SET AT

_____ SPEEDY TRIAL INFORMATION

CODE TYPE:   X-_____     START DATE:_____   XSTRT
                           STOP DATE:_____   XSTOP

_____ ARRAIGNMENT SET FOR

_____ Status conference set for _____, 2020 at   P.M._____

  X   OTHER:  The Government shall file their response and cross motion to
Danske Bank's Motion for Summary Judgment by August 17, 2020.  Danske Bank
is directed to file their reply and opposition to the Government's cross
motion by September 17, 2020.  The Government is directed to file their
reply by September 30, 2020.  An Oral Argument date will be scheduled for
early October 2020.  Further rulings set forth on the record.