Dated this _____ day of July, 2020.

                    STAMOULIS & WEINBLATT LLC

Stamatios Stamoulis (DE Bar No. 4606)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Tel: (302) 999-1540
Email: stamoulis@swdelaw.com

*AND*
Pending Admission *Pro Hac Vice*
HILL, RUGH, KELLER & MAIN, P.L.

/s/ Steven R. Main

CHRISTOPHER T. HILL

Florida Bar No.: 0868371
STEVEN R. MAIN

Florida Bar No.: 0144551
390 N. Orange Avenue, Suite 1610
Orlando, Florida 32802-2311
(407) 926-7460
(407) 926-7461 facsimile

chill@hrkmlaw.com
smain@hrkmlaw.com
filings@hrkmlaw.com

*Counsel for Non-Party Petitioner*

## VERIFICATION

I, Sergei Gonchar, am currently one of three (3) Managing Members of the Delaware limited liability company registered as CSL Properties 2006, LLC. I am familiar with the facts as stated within this Verified Claim to Property, and I hereby verify the allegations as true and correct to the best of my knowledge and belief.

SERGEI GONCHAR,

Managing Member, CSL Properties 2006, LLC

## VERIFICATION

I, Mattias Norstrom, am currently one of three (3) Managing Members of the Delaware limited liability company registered as CSL Properties 2006, LLC. I am familiar with the facts as stated within this Verified Claim to Property, and I hereby verify these allegations as true and correct to the best of my knowledge and belief.

MATTIAS NORSTROM.
Managing Member, CSL Properties 2006. LLC

## VERIFICATION

I, Greg deVries, am currently one of three (3) Managing Members of the Delaware limited liability company registered as CSL Properties 2006, LLC. I am familiar with the facts as stated within this Verified Claim to Property, and I hereby verify these allegations as true and correct to the best of my knowledge and belief.

GREG deVRIES.
Managing Member, CSL Properties 2006, LLC

## VERIFICATION

I, Mattias Norstrom, am currently one of three (3) Managing Members of the Delaware limited liability company registered as CSL Properties 2006, LLC. I am familiar with the facts as stated within this Verified Claim to Property, and I hereby verify these allegations as true and correct to the best of my knowledge and belief.

_____
MATTIAS NORSTROM,
Managing Member, CSL Properties 2006, LLC

## VERIFICATION

I, Greg deVries, am currently one of three (3) Managing Members of the Delaware limited liability company registered as CSL Properties 2006, LLC. I am familiar with the facts as stated within this Verified Claim to Property, and I hereby verify these allegations as true and correct to the best of my knowledge and belief.

_____
GREG deVRIES,
Managing Member, CSL Properties 2006, LLC