# EXHIBIT A

**D Bank** 

America's Most Convenient Bank®

T    **STATEMENT OF ACCOUNT**

5173 06DD1F07 1 000000
155 LLC
FAIRMOUNT DR
NBURY CT  06811-

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2014-Feb 28 2014 |
| Cust Ref #: | 4289267233-719-T-### |
| Primary Account #: | 428-9267233 |

## lusiness Premier Checking
1C

**Account # 428-9267233**

### UNT SUMMARY

| ining Balance | 999,985.00 | Average Collected Balance | 911,074.28 |
|---|---|---|---|
| | | Annual Percentage Yield Earned | 0.00% |
| · Withdrawals | 212,600.00 | Days in Period | 28 |
| ig Balance | 787,385.00 | | |

### ' ACCOUNT ACTIVITY

r Withdrawals

| NG DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | WIRE TRANSFER OUTGOING, Diamante Cabo San Lucas | | 200,000.00 |
| | | Subtotal: | 212,600.00 |

### Y BALANCE SUMMARY

| | BALANCE | DATE | BALANCE |
|---|---|---|---|
| | 999,985.00 | 2/18 | 787,385.00 |
| | 987,410.00 | | |

1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# Business Cash Manager

Account number: **2000058292732**   ■   February 1, 2014 - February 28, 2014   ■   Page 1 of 6



DIAMANTE CABO SAN LUCAS S DE RL DE CV
131 DEER HILL AVE STE 2
DANBURY CT 06810-7783

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online:  wellsfargo.com

Write:   Wells Fargo Bank, N.A. (221)
         Connecticut Business Banking
         P.O. Box 6995
         Portland, OR  97228-6995

## Account summary

### Business Cash Manager

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 2000058292732 | | | | |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 01/31 | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |



*Electronic deposits/bank credits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/05 | | |
| | 02/05 | | |
| | 02/05 | | |
| | 02/05 | | |
| | 02/06 | | |
| | 02/06 | | |
| | 02/06 | | |
| 02/06 | 02/07 | | |
| | 02/07 | | |
| | 02/07 | | |
| | 02/07 | | |
| | 02/10 | | |
| | 02/10 | | |
| | 02/10 | | |
| | 02/10 | | |
| | 02/11 | | |
| | 02/11 | | |
| | 02/11 | | |
| | 02/12 | | |
| | 02/12 | | |
| | 02/12 | | |
| | 02/12 | | |
| | 02/12 | | |
| | 02/13 | | |
| | 02/13 | | |
| | 02/13 | | |
| | 02/14 | | |
| | 02/14 | | |
| | 02/14 | | |
| | 02/14 | | |
| | 02/18 | 200,000.00 | WT Fed#04919 Td Bank, NA /Org=Sh55 LLC Srf# 140218155254Xi10 Trn#140218170592 Rfb# Sran-9Gfs8L |