# EXHIBIT C

H. XI AYUNTAMIENTO CONSTITUCIONAL DE LOS CABOS
BAJA CALIFORNIA SUR
TESORERIA GENERAL MUNICIPAL
DIRECCION DE CATASTRO

Avalúo Pericial No. 263 - 2014

San José del Cabo, B. C. S., a 11 de Abril del 2014

Para los efectos de lo que disponen los artículos 35 al 42 y demás aplicables de la Ley de Hacienda para El Municipio de los Cabos, Baja California Sur, se practica con esta fecha el Avalúo Pericial correspondiente al Inmueble ubicado en:



Lote No. 55, Sub-Régimen de Propiedad en Condominio No. 2 " Sunset Hill ", Dentro del Régimen Maestro Denominado Diamante Cabo San Lucas

**Clave Catastral:** Actual: 402093001001-002055  Anterior:

**Población:** Cabo San Lucas, B. C. S.

## I.- ANTECEDENTES

**Solicitante:** The Bank Of New York Mellon, S. A. / Diamante Cabo San Lucas, S. de R. L. de C. V.
**Perito Valuador:** Arq. Victor Palacios Garduño  **No. De Registro:** 5
**Propietario del Inmueble:** The Bank Of New York Mellon, S. A. / Diamante Cabo San Lucas, S. de R. L. de C. V.

## II.- DESCRIPCION GENERAL DEL PREDIO

**CARACTERISTICAS:**

| Clasificación de la Zona: | Densidad de la Construcción: | Densidad de Población: | Tipo de Construcción: |
|---|---|---|---|
| Residencial Turitico | ☐ Alto ☐ Medio ☑ Bajo | ☐ Alto ☐ Medio ☑ Bajo | Predominante en la Calle: M-S-B |

**Servicios Públicos Municipales:**

| Agua | Luz | Drenaje | Pavimento | Banquetas | Alumbrado | Teléfono |
|---|---|---|---|---|---|---|
| ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ |

## III.- TERRENO

**Sup. Total Según Documentos:** 2,186.59  M²   **Sup. Total Medida:**  m².
**Medidas y Colindancias:**

Se Anexa Copia

DIRECCIÓN MUNICIPAL DE CATASTRO LOS CABOS, B.C.S.

**Uso del Inmueble:** Baldio

CROQUIS DE LOCALIZACION                                                                 Avaluo N°. 263-2014



Entorno

## IV.- AVALUO FISICO

**OBSERVACIONES:**

El Presente Valor de Operación, mismo que se Declara en el Presente Avaluo, Se ve Afectado por el Valor Inmobiliario, así mismo se toma a Valor de Operación según Aviso Preventivo, Elaborado por el Lic. Armando Antonio Aguilar Mondragón, Notario Público No. 1 en donde se Expresa Ambas Partes el Valor Pactado del Inmueble de $ 2,653,180.00 pesos.

**A) DEL TERRENO :**

Partes que Integran el Lote

| Sup. en m2 | | | Valor Unitario | Valor Parcial |
|---|---|---|---|---|
| 2,186.59 | M² | $ | 856.00 | $ 1,871,721.04 |
| Ind. Cond. 2 S. H. 988.08 | M² | $ | 428.00 | $ 422,898.24 |
| Ind. Cond. Maestro 843.38 | M² | $ | 428.00 | $ 360,966.64 |
| | M² | $ | | $ |
| | M² | $ | | $ |
| | | | VALOR DEL TERRENO | $ 2,655,585.92 |

**B) DE LAS INSTALACIONES ESPECIALES :**

| Concepto | Cantidad | Unidad | Valor Unitario | |
|---|---|---|---|---|
| | | m² | $ | $ |
| | | m² | $ | $ |
| | | m² | $ | $ |
| | | m² | $ | $ |
| | | | VALOR DE LAS INSTALACIONES | $ |

### V. RESUMEN AVALUO

Valor del Terreno: $ 2,655,585.92
Valor de las Instalaciones Especiales: $
VALOR ACTUAL $ 2,655,585.92

( DOS MILLONES SEISCIENTOS CINCUENTA Y CINCO MIL QUINIENTOS OCHENTA Y CINCO PESOS 92/100 M.N. )

Fecha:  11 de Abril del 2014

Nombre y firma del Perito Valuador

Arq. Victor Palacios Garduño
Tel. (624) 142-02-06  y  Cel. (624) 129-74-95;  email: vi_palacios@hotmail.com
Calle Zaragoza S/N Col. 5 de Febrero, C.P. 23400, San Jose del Cabo, B.C.S.

NOTA: La vigencia del presente documento valuatorio será de noventa días contados a partir de la fecha de su expedición

REVISO:                                                                    Vo. Bo.