# EXHIBIT E
# Part 1




**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR

**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA

NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR

LA PAZ, BAJA CALIFORNIA SUR

notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

1,767- - - - - - - - - **VOLUMEN MIL SETECIENTOS SESENTA Y SIETE**..................................

102,432- - - - - **ESCRITURA CIENTO DOS MIL CUATROCIENTOS TREINTA Y DOS**..........

---En la Ciudad de Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, México, a los 22 (veintidós) días del mes de abril del año dos mil diecisiete, ANTE MI, Licenciado **JOSÉ ALBERTO CASTRO SALAZAR**, Titular de la Notaría Pública Número Siete del Estado de Baja California Sur y del Patrimonio Inmueble Federal con ejercicio en los Municipios de La Paz y Los Cabos, y con Residencia en la Capital del Estado, hago constar: .....................

--- **I.- LIBERACIÓN DE ADEUDO** y **CANCELACIÓN DE GARANTÍA HIPOTECARIA,** que otorga el señor **GERMAN DANIEL ARGÜESO MENDOZA,** representado en este acto por su Apoderado Especial **XAVIER ABRAHAM MORENO ORTÍZ,** en su carácter de **ACREEDOR HIPOTECARIO** a favor de la sociedad **SH55, LLC** (en lo sucesivo el "**FIDEICOMISARIO**" y/o "**DEUDOR**" y/o "**DEUDOR HIPOTECARIO**") representada en este acto el señor **KENNETH ABOUD JOWDY** también conocido como **KENNETH A. JOWDY,** quien por desconocer el idioma español es asistido de su interprete traductor la Licenciada **ILSE JOSEFINA RIVERA MORALES**, quien estando presente acepta dicha designación y protesta cumplir fiel y legalmente su encargo .................................................................

--- Con la comparecencia de "**SCOTIABANK INVERLAT**", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, como **FIDUCIARIO**, representado en este acto por sus Delegados Fiduciarios, los Licenciados **DORA LETICIA VIDAL ÁVILA** y **ADOLFO SANCHEZ RESENDIZ** (en lo sucesivo el "**FIDUCIARIO**"), quien comparece única y exclusivamente en su carácter de Fiduciario del fideicomiso identificado con el número **239018427** (en lo sucesivo el "**FIDEICOMISO**") quien actúa en cumplimiento de las instrucciones de su fideicomisario la sociedad **SH55, LLC**. ..................................................................

--- **II.- EL CONTRATO DE MUTUO CON INTERES**, en lo sucesivo el **MUTUO,** que otorgan:

---- a).- La sociedad extranjera **SH55,LLC**, a través de su Administrador Único y representante legal el Señor **KENNETH ABOUD JOWDY,** también conocido como **KENNETH A. JOWDY** (en lo sucesivo el "**FIDEICOMISARIO**" y/o "**DEUDOR**" y/o "**DEUDOR HIPOTECARIO**" y/o la "**MUTUATARIA**", quien por desconocer el idioma español es asistido de su interprete traductor la Licenciada **ILSE JOSEFINA RIVERA MORALES**, quien estando presente acepta dicha designación y protesta cumplir fiel y legalmente su encargo.................................................

----b).- Como "**LA MUTUANTE**" Y "**ACREEDOR HIPOTECARIO EN PRIMER LUGAR,** la señora **EVA SOSA LOPEZ** en su carácter de Acreedor Hipotecario en primer lugar, quien comparece por su propio derecho. ..............................................................

---- **III.- LA CONSTITUCIÓN DE GARANTÍA HIPOTECARIA EN PRIMER LUGAR Y GRADO,** que otorgan: ....................................................

---a).- "**SCOTIABANK INVERLAT**", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, representada en este acto por sus Delegados Fiduciarios, los Licenciados **DORA LETICIA VIDAL ÁVILA** y **ADOLFO SANCHEZ RESENDIZ,** en lo sucesivo el "**FIDUCIARIO**", única y exclusivamente en su carácter de **FIDUCIARIO** del **FIDEICOMISO** identificado con el número **239018427** (dos tres nueve cero uno ocho cuatro dos siete) (en lo sucesivo, el "**FIDEICOMISO**") en cumplimiento

2

a las instrucciones que para dichos efectos recibió de parte de su **FIDEICOMISARIO** la sociedad extranjera **SH55, LLC,** a través de su Administrador Único y representante legal el señor **KENNETH ABOUD JOWDY** también conocido como **KENNETH A. JOWDY.**...............

---b).- Como **"DEUDOR"**, la sociedad extranjera **SH55, LLC,** a través de su Administrador Único y representante legal el señor **KENNETH ABOUD JOWDY** también conocido como **KENNETH A. JOWDY,** quien comparece a efecto de ratificar las instrucciones giradas al **FIDUCIARIO**, así como para reconocer sus obligaciones aquí establecidas respecto de la **HIPOTECA EN PRIMER LUGAR Y GRADO** que se constituye en favor de la señora **EVA SOSA LÓPEZ,** quien por desconocer el idioma español es asistido de su interprete traductor la Licenciada **ILSE JOSEFINA RIVERA MORALES**, quien estando presente acepta dicha designación y protesta cumplir fiel y legalmente su encargo................................................

---c).- Como **"ACREEDOR"**, la señora **EVA SOSA LOPEZ,** quien comparece por su propio derecho (en lo sucesivo **"ACREEDOR"**) ....................................................................

--- Contrato que sujetan al tenor de las siguientes declaraciones, antecedentes y cláusulas: .

-------------------------------------- **A N T E C E D E N T E S** .................................................

----- **I.- CONSTITUCIÓN DEL FIDEICOMISO.-** Que por escritura pública número 64,083 (sesenta y cuatro mil ochenta y tres), del volumen 1,357 (mil trescientos cincuenta y siete), de fecha 22 (veintidós) de mayo del año 2014 (dos mil catorce), otorgada ante la fe del Licenciado Francisco Javier Mazoy Cámara, Notario Público Adscrito a la Notaría Pública número del Estado de Baja California Sur, inscrito en el Registro Público de la Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo el número 111 (ciento once), foja 111 (ciento once), volumen DLXXX (quinientos ochenta romano) Escritura Públicas, sección primera, de fecha 21 (veintiuno) de agosto de 2014 (dos mil catorce),se hizo constar entre otros actos, el Contrato de Fideicomiso Irrevocable Traslativo de Dominio en Zona Restringida, mediante el cual CIBANCO, SOCIEDAD ANÓNIMA INSTITUCIÓN DE BANCA MÚLTIPLE (antes THE BANK OF NEW YORK MELLON, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE como causabiente de BANCO J.P MORGAN, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, DIVISIÓN FIDUCIARIA), como Fiduciario del contrato de fideicomiso irrevocable número F/00321 actuando por instrucciones del comité técnico de dicho fideicomiso como Fideicomitente transmitió al FIDUCIARIO, SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, y la Sociedad Extranjera SH55, LLC como Fideicomisaria, una sociedad de responsabilidad limitada del estado de Delaware, Estados Unidos de América ....................................................................

--- Copia cotejada de dicha escritura se agrega a mi apéndice del protocolo, bajo el número de esta escritura y con legajo marcado con la letra **"A"**..........................................................

---- **II.- RECONOCIMIENTO DE ADEUDO Y GARANTÍA HIPOTECARIA EN PRIMER LUGAR Y GRADO.-** Mediante escritura pública número 15,214 (quince mil doscientos, del volumen número 722 (setecientos veintidós), de fecha 8 (ocho) de mayo de 2015 (dos mil quince), otorgada ante la fe de la Licenciada MARIA DEL PILAR GARCÍA OROZCO Notario Público número 17 del Estado de Baja California Sur, e inscrita en el Registro Público de La Propiedad y del Comercio de San José del Cabo, Baja California Sur, bajo la anotación



**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR

**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA

NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR

LA PAZ, BAJA CALIFORNIA SUR

notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

marginal 24 (veinticuatro), foja 24 (veinticuatro), del volumen CDXLVIII (cuatrocientos cuarenta y ocho romano), de la sección I (primera), de fecha 7 (siete) de julio del 2010 (dos mil diez), el día 2 (dos) de agosto del 2014 (dos mil catorce), y bajo el número 111 (ciento once), foja 111 (ciento once), del volumen DLXXX (quinientos ochenta), de la sección primera, de fecha 21 (veintiuno) de agosto del 2014 (dos mil catorce); en la cual se hizo constar: i.- <u>El Reconocimiento de Adeudo con Garantía Hipotecaria en Primer Lugar y Grado</u>, que otorgó la sociedad extranjera **SH55,LLC**, representado en ese acto por su apoderado legal el señor KENNETH ABOUD JOWDY, a quien en lo sucesivo se le denomino el **DEUDOR** a favor del señor GERMÁN DANIEL ARGÜESO MENDOZA a quien en lo sucesivo se le denomino el ACREEDOR HIPOTECARIO; ii.- <u>La Constitución de Garantía Hipotecaria en Primer Lugar y Grado</u>, que otorgaron Scotiabank Inverlat, Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlar, como Fiduciario única y exclusivamente en su carácter de Fiduciario del Fideicomiso 239018427 (dos tres nueve cero uno ocho cuatro dos siete), por instrucciones de su Fideicomisaria SH55,LLC; La Sociedad extranjera SH55, LLC como Deudor y/o Deudor Hipotecario; el señor German Daniel Argüeso Mendonza como Acreedor Hipotecario, mediante el cual la sociedad extranjera SH55,LLC reconoció adeudar la cantidad $1'500,000.00 USD (UN MILLÓN QUINIENTOS MIL DÓLARES 00/100 MONEDA EN CURSO LEGAL DE LOS ESTADOS UNIDOS DE ÁMERICA), otorgándose hipoteca respecto del INMUEBLE con el objeto de garantizar el pago del adeudo y sus accesorios. Copia de dicha escritura se agrega al apéndice de mi protocolo, bajo el número de esta escritura y legajo marcado con la letra "B".-................................................................................................



---- III.- **INMUEBLE OBJETO DE LA PRESENTE ESCRITURA.-** Forma parte del Patrimonio del Fideicomiso referido en el punto I (uno) de antecedentes y declaraciones de esta escritura, el siguiente bien inmueble: ................................................................................................

--- Lote número **55** (cincuenta y cinco), manzana 1 (uno), del Sub-régimen de propiedad en condominio 2 (dos) denominado **"SUNSET HILL"**, dentro del Régimen de Propiedad en Condómino Maestreo denominado **"Diamante Cabo San Lucas"** en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, con clave **catastral 402-093-001-001-002-055** (cuatrocientos dos guión cero noventa y tres guión cero cero uno guión cero cero uno guión cero cero dos guión cero cincuenta y cinco), con una superficie de **2,186.59 M2** (dos mil ciento ochenta y seis punto cincuenta y nueve metros cuadrados), con autorización de uso residencial y con las siguientes medidas y colindancias: ................................................................

---**AL NORESTE:** 27.97 mts (veintisiete punto noventa y siete metros), con área de uso común Condominio 2 (dos) Sunset Hill; Lc. 5.09 mts (cinco punto cero nueve metros), con área de uso común Condominio 2 (dos) Sunset Hill;..........................................................

---**AL NOROESTE:** 58.24 mts (cincuenta y ocho metros) con lote 54 (cincuenta y cuatro); ....

----**AL SURESTE:** 61.14 mts (sesenta y uno punto catorce metros), con lote 56 (cincuenta y seis);..........................................................,................................................

---**AL SUROESTE:** 44.87 mts (cuarenta y cuatro punto ochenta y siete metros), con lote número 79 (setenta y nueve);................................................................................

---Al inmueble antes descrito le corresponde: ..............................................................



4

---Un porcentaje de Indiviso en el Condominio 2 (dos) Sunset Hill de 1.27 % (uno punto veintisiete por ciento).................................................................................................................

---Un área de indiviso condominio Sunset Hill de 988.08 M2 (novecientos ochenta y ocho punto cero ocho metros cuadrados)..................................................................................

---Un porcentaje de Indiviso Condominio Maestro de 0.23% (cero punto veintitrés por ciento)..................................................................................................................................

---un área de indiviso condominio maestro 843.38 M2 (ochocientos cuarenta y tres punto treinta y ocho metros cuadrados) ..........................................................................................

----- Para efectos del presente instrumento, al inmueble descrito anteriormente se le denominara en lo sucesivo como "**EL INMUEBLE**" dentro del presente contrato. ....................

---**IV.- CERTIFICADO DE GRAVAMEN.-** El bien **INMUEBLE** materia de la presente operación, se encuentra gravado en el Registro Público de la Propiedad y del Comercio de Los Cabos, Baja California Sur; a favor de German Daniel Argüeso Mendoza, siendo éste el único gravamen que tiene, y que en el capítulo primero de éste instrumento se cancela, acreditando lo anterior LA FIDEICOMISARIA, por conducto de su representado, con el certificado expedido por el Director del Registro Público de la Propiedad y del Comercio del Gobierno del Estado de Baja California Sur, en el Municipio de Los Cabos, de fecha 24 (veinticuatro) de marzo de 2017 (dos mil diecisiete), y que se transcribe a continuación: ........

...."""""UN ESCUDO DEL GOBIERNO DEL ESTADO DE BAJA CALIFORNIA SUR, SECRETARIA DE FINANZAS Y AMINISTRACION.................................................................

*Gobierno del Estado de Baja California Sur. Secretaría de Finanzas. Dirección General del Registro Público de la Propiedad y el Comercio en el Estado de Baja California Sur Dirección del Municipio de Los Cabos, B.C.S.*.........................................................................

**LA LICENCIADO CELINA VILLALOBOSO WILKES MÍ CARÁCTER DE REGISTRADORA DE REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO EN EL MUNICIPIO DE LOS CABOS, BAJA CALIFORNIA SUR. - C E R T I F I C O:** *Con fundamento en los Artículos 1, 8, 16, fracción II, 18 y 22, fracción XXXV de la Ley Orgánica de la Administración Pública del Estado de Baja California Sur en vigor; Artículo 27, Fracción III, numeral 15, inciso a) de la Ley de Derechos y Productos del Estado de Baja California Sur en vigor, Artículos 1, 2,4, 5,6, 9, 10, 11, 12, 13, 14, 15, 16, 17,18,19,20, 24,25,26, 27, 28, 31 Y 80 del Reglamento de Registro Público de La Propiedad y del Comercio del Estado de Baja California Sur; Artículos 2909, 2911, 2926 del Código Civil para el Estado Libre y Soberano de Baja California Sur en Vigor, se hizo la búsqueda correspondiente a un período de **2 (DOS)** años anteriores a esta fecha en los Archivos de esta Oficina Registral, respecto de la propiedad que más adelante se detalla y se encontró:* .................................................

**GRAVADO** *Con la sig. Anotación.- Por instrumento 15,214 volumen 722 Reconocimiento de Adeudo y Constitución de Garantía Hipotecaria en Primer Lugar y Grado. Deudor SH55 LLC. Acreedor Germán Daniel Argueso Mendoza. Inscrito bajo el número 24 del volumen CCXLV, sección II, San José del Cabo, B.C.S., 30/07/2015.* ................................................

*Lote No.55 Manzana 1 Del Sub-Régimen De Propiedad En Condominio 2 Denominado Sunset Hill Dentro Del Régimen Maestro Denominado Diamante Cabo San Lucas, Ubicado En Cabo San Lucas, B.C.S., Clave catastral 402-093-001-001-002-055, SUPERFICIE:*





**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR
**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA
NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR
LA PAZ, BAJA CALIFORNIA SUR
notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

2,186.59M2. ..............................................................................................................
AL NORESTE 27.97 MTS. CON ÁREA DE USO COMÚN CONDOMINIO 2 SUNSET HILL
Le = 5.09 MTS. CON ÁREA DE USO COMÚN CONDOMINIO 2 SUNSET HILL...................
AL NOROESTE 58.24 MTS. CON LOTE 54...........................................................................
AL SURESTE 61.14 MTS. CON LOTE 56. ............................................................................
AL SUROESTE 44.87 MTS. CON LOTE 79. ..........................................................................
Indiviso condominio 2 sunset hill 1.27 % área de indiviso condominio sunset hill 988.08 m2, indiviso condominio maestro 0.23% área de indiviso condominio maestro 843.38 m2. ............
INSCRITO BAJO EL NUMERO **111** FOJA **111** VOLUMEN **DLXXX** E.P. SEC. 1ª DE FECHA **21** DE **AGOSTO** DE 2014 A FAVOR DE **SCOTIABANK INVERLAT, S.A.** ............................
PARA CONSTANCIA Y SOLICITUD DE **SH55 LLC** SE EXPIDE EL PRESENTE CERTIFICADO EN LA CIUDAD DE SAN JOSÉ DEL CABO, BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SE EXPIDE DENTRO DEL HORARIO Y DÍA HÁBIL SIENDO ESTE EL DÍA **24** DE **MARZO** DE **2017**; HABIÉNDOSE REALIZADO COMO PAGO POR DICHO TRAMITE LA CANTIDAD DE **$1,016** (MIL DIECISIÉIS PESOS 00.100 M.N.); SEGÚN RECIBO OFICIAL Y/O FACTURA NUMERO **7153907**. TRAMITE ID **42106** QUE SE EXHIBE Y FORMA PARTE DE LOS ARCHIVOS DE ESTA INSTITUCIÓN. **LICENCIADA CELINA V ILLALOBOS WILKES. REGISTRADORA DE REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO EN EL MUNICIPIO DE LOS CABOS, B.C.S....""""** ............
---El Suscrito Notario da fe de tener a la vista el original y que agrega al apéndice del protocolo, bajo el número de esta escritura y con legajo marcado con la letra **"C"**, y una copia se anexa al testimonio de esta escritura ......................................................................
---**V.- CERTIFICADO DE NO ADEUDO DE IMPUESTO PREDIAL:** LA **FIDEICOMISARIA** por conducto de su Administrador acredita que **EL INMUEBLE** materia de este instrumento se encuentra al corriente en el pago de Impuesto Predial hasta el **sexto bimestre de 2017 (dos mil diecisiete)**, según consta con el Certificado de no Adeudo Predial, expedido por el Recaudador de Rentas de Cabo San Lucas, Baja California Sur, del Honorable Décimo Segundo Ayuntamiento de Los Cabos, Baja California Sur, el día 13 (trece) de enero del 2017 (dos mil diecisiete), arrojando un capital de **$27'555,214.72 VEINTISIETE MILLONES QUINIENTOS CINCUENTA Y CINCO MIL DOSCIENTOS CATORCE PESOS 72/100 MONEDA NACIONAL),** documento que doy fe de tener a la vista y se agrega al apéndice del protocolo de este instrumento con legajo marcado con la letra **"D"** ..............................
-----------------------D E C L A R A C I O N E S ..........................................
--- I.- Declara el señor **GERMAN DANIEL ARGÜESO MENDOZA** a través de su Apoderado Especial **XAVIER ABRAHAM MORENO ORTÍZ**, (como **ACREEDOR HIPOTECARIO** que en este acto de libera) y bajo protesta de decir verdad que: ................................................
----- (a) Que comparece a cancelar la **HIPOTECA** y dar su consentimiento para que **SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, DIVISIÓN FIDUCIARIA** comparezca al **presente instrumento**, para cancelar la Garantía Hipotecaria en Primer Lugar respecto del INMUEBLE objeto del presente instrumento ................................................................

6

--- **(c)** Que el poder y las facultades con las que comparece en representación del señor **GERMÁN DANIEL ARGÜESO MENDOZA** como lo acredita con el testimonio de escritura pública número 15,790 (quince mil setecientos noventa), volumen 755 (setecientos cincuenta y cinco), de fecha 31 (treinta y uno) de agosto de 2015 (dos mil quince), otorgada ante la Fe de la Licenciada María del Pilar García Orozco, Notario Público número Diecisiete del Estado de Baja California Sur, con ejercicio en Los Cabos, no le han sido revocadas, ni en forma alguna modificadas o restringidas, y que ha obtenido las autorizaciones necesarias de su poderdante para celebrar el presente acto................................................................................

---- **(d)** Que ha recibido de parte del **DEUDOR HIPOTECARIO** el pago total del adeudo por lo que comparece a la celebración de este instrumento a efecto de Cancelar de manera Total la Hipoteca constituida respecto del **INMUEBLE**. ...................................................

---**II.-** Declara el **FIDUCARIO "SCOTIABANK INVERLAT", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT** a través de sus Delegados Fiduciarios, los Licenciados **DORA LETICIA VIDAL ÁVILA** y **ADOLFO SANCHEZ RESENDIZ**, (en lo sucesivo el **"FIDUCIARIO"**) actuando por instrucciones de **SH55,LLC**, como **"FIDEICOMISARIO"**, bajo protesta de decir verdad ante la suscrita notario público lo siguiente: ........................................................................

---**a).-**Que es una Institución de Banca Múltiple, debidamente constituida bajo las leyes de México y autorizado para actuar como fiduciaria, como se precisa en el capítulo del presente instrumento, contando con las facultades suficientes para celebra este instrumento público, y otorgar y constituir la hipoteca en primer lugar y grado de prelación aquí descrita, por instrucciones de su fideicomisario .........................................................................

---**b).-** Que es propietario del Inmueble, en su calidad de Fiduciario, según ha quedado relacionado en el Antecedente III (tercero) del presente instrumento .......................................

---**c).- CARTA DE INSTRUCCIÓN DEL FIDEICOMISARIO.-** Que de conformidad con los derechos del Fideicomisario del FIDEICOMISO recibió carta de instrucciones, la sociedad extranjera SH55, LLC a través de su Administrador Único y representante lega el señor **KENNETH ABOUD JOWDY** también conocido como **KENNETH A. JOWDY**, a fin de otorgar en favor de la señora **EVA SOSA LÓPEZ**, en su carácter **ACREEDOR HIPOTECARIO** en primer lugar, una garantía hipotecaria en primer lugar y grado de prelación sobre el Inmueble (en adelante **LA GARANTÍA** o **LA GARANTÍA HIPOTECARIA**), con el objeto de garantizar el pago oportuno y el cumplimiento de todas y cada una de las obligaciones a cargo del FIDEICOMISARIO y del instrumento. Dicha carta de instrucciones se exhibe y se agrega copia al apéndice del protocolo de este instrumento con legajo marcado con la letra **"E"** y se describe a continuación: .........................................................

""""....Re.: *Fideicomiso # 239018427.* La sociedad SH55, LLC., representada en este acto por Kenneth Aboud Jowdy, también conocido como Kenneth A. Jowdy, como titular de los derechos fideicomisarios del fideicomiso identificado bajo el registro administrativo *239018427* según consta en la escritura pública número 64,083, volumen 1,357, de fecha 22 de mayo de 2014, otorgada ante la fe del Licenciado Francisco Javier Mazoy Cámara Notario Público adscrito a la Notaría No. 1 de Baja California Sur, inscrita en el Registro Público de la Propiedad de Los Cabos, Baja California Sur, bajo el número 111, foja 111,




**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR

**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA

NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR

LA PAZ, BAJA CALIFORNIA SUR

notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

volumen DLXXX, sección I, de fecha 2 de agosto de 2014 (en adelante, el "Fideicomiso"), y cuyo patrimonio está integrado por el siguiente bien inmueble: LOTE NUMERO 55, MANZANA 1 del Sub-Régimen de Propiedad en Condominio (2) dos denominado "SUNSET HILL", dentro del Régimen Maestro denominado DIAMANTE CABO SAN LUCAS, dentro del polígono (3) tres del predio El Cardonal, ubicado en Cabo San Lucas, Baja California Sur, con clave catastral número 402-093-001-001-002-055, con una superficie de 2,186.59 $M^2$ (el "Inmueble"). Por medio de la presente, instruyo a Scotiabank Inverlat, Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat, para que comparezca a la firma de la escritura pública (la "Escritura Pública") que contenga lo siguiente: **1.- La liberación de adeudo y cancelación de garantía hipotecaria, que otorgan:** el Señor Germán Daniel Argüeso Mendoza como Acreedor Hipotecario, a favor de la sociedad SH55, LLC. con la comparecencia de "Scotiabank Inverlat", Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat, como Fiduciario. **2.- El otorgamiento de garantía hipotecaria, que otorgan:** "Scotiabank Inverlat", Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat, como fiduciario del Fideicomiso y por instrucciones de la sociedad extranjera SH55, LLC. como fideicomisario del Fideicomiso, a favor de la Señora Eva Sosa López respecto del Inmueble. Asimismo, hago del conocimiento de Scotiabank Inverlat S.A. que dentro de la Escritura se celebrará **El contrato de mutuo con interés que otorgan:** la sociedad extranjera SH55, LLC., como mutuataria y la Sra. Eva Sosa López, como mutuante, por la cantidad de $4,000,000.00 (Cuatro Millones 00/100 Dólares de los Estados Unidos de América); La suscrita en este acto apruebo todas y cada una de las actuaciones y operaciones efectuadas por Scotiabank Inverlat S.A., División Fiduciaria en cumplimiento del Fideicomiso y liberamos a Scotiabank Inverlat S.A., División Fiduciaria, y a sus funcionarios, empleados, representantes, y/o delegados fiduciarios, de cualquier obligación o responsabilidad en el que incurran en el cumplimiento de la presente instrucción y me obligo a sacarlos en paz y a salvo en caso de que se presente cualquier reclamo, procedimiento, juicio y/o demanda en su contra. Me obligo también a rembolsar a Scotiabank Inverlat S.A., División Fiduciaria y a sus funcionarios, empleados, representantes, y/o delegados fiduciarios, cualquier gasto o erogación de cualquier naturaleza (incluyendo honorarios y gastos legales) en que incurran o cualquier daño o perjuicio que sufran en virtud de algún reclamo, juicio, procedimiento y/o demanda en su contra que se originare con motivo de la presente instrucción. Asimismo, manifiesto no adeudar cantidad alguna a dicha institución fiduciaria por ningún concepto. Le agradeceré se sirva enviar dicha instrucción al Lic. José Alberto Castro Salazar, Notario Público número 7 del Estado de Baja California Sur, para formalizar la Escritura Pública. 9 de diciembre de 2016/ December 9, 2016. Atentamente. SH55,LLC Representada por Kenneth Aboud Jowdy también conocido como Kenneth A. Jowdy. (Aparece firma). "" **LICENCIADO JOSÉ ALBERTO CASTRO SALAZAR,** NOTARIO TITULAR A LA **NOTARÍA PÚBLICA NÚMERO SIETE** DEL ESTADO, CON EJERCICIO EN LOS MUNICIPIOS DE LA PAZ Y LOS CABOS, HAGO CONSTAR Y **CERTIFICO**: QUE LA FIRMA QUE CALZA EL PRESENTE DOCUMENTO ES AUTENTICA POR HABER SIDO PUESTA EN MI PRESENCIA, POR EL SEÑOR **KENNETH ABOUD JOWDY**, TAMBIEN CONOCIDO COMO **KENNETH A. JOWDY**

8

QUIEN SE IDENTIFICA CON CREDENCIAL DE RESIDENTE PERMANENTE NUMERO "10672094", EXPEDIDA POR LA SECRETARIA DE GOBERNACION A TRAVEZ DEL INSTITUTO NACIONAL DE MIGRACION EL DIA CUATRO DE DICIEMBRE DEL AÑO DOS MIL CATORCE, QUIEN ME MANIFIESTA QUE SU RÚBRICA ES LA MISMA QUE UTILIZA EN TODOS SUS ACTOS PÚBLICOS Y PRIVADOS. CABO SAN LUCAS, BAJA CALIFORNIA SUR, A LOS TRECE DÍAS DEL MES DE DICIEMBRE DEL AÑO DOS MIL DIECISEIS.- DOY FE...."""..................................................................................

---d).- **PROHIBICIONES:** Para los efectos establecidos en el punto 5.5 (cinco punto cinco) de las disposiciones que en materia de fideicomiso emitió el Banco de México, mediante la circular 1/2005 (uno diagonal dos mil cinco), el **Fiduciario** hace de conocimiento de las demás partes de este Contrato el texto de los siguientes artículos que establecen prohibiciones a la institución fiduciaria en la ejecución de los fideicomisos:.........................

---*De la Ley General de Títulos y Operaciones de Crédito:*...........................................

---*Artículo 382.-* Pueden ser fideicomisarios las personas que tengan la capacidad necesaria para recibir el provecho que el fideicomiso implica................................................

---*El fideicomisario podrá ser designado por el fideicomitente en el acto constitutivo del fideicomiso o en un acto posterior.*..............................................................................

---*El fideicomiso será válido aunque se constituya sin señalar fideicomisario, siempre que su fin sea lícito y determinado, y conste la aceptación del encargo por parte del fiduciario.*..........

---*Cuarto párrafo.- Se deroga* .............................................................................

---*Las instituciones mencionadas en el artículo 385 de esta Ley podrán reunir la calidad de fiduciarias y fideicomisarias únicamente tratándose de fideicomisos que tengan por fin servir como instrumentos de pago a su favor. En este supuesto, las partes deberán convenir los términos y condiciones para dirimir posibles conflictos de intereses, para lo cual podrán nombrar a un ejecutor o instructor, que podrá ser una institución fiduciaria o cualquier tercero, a fin de que determine el cumplimiento o incumplimiento del contrato para el solo efecto de iniciar el procedimiento de ejecución y para que cumpla los fines del fideicomiso en lo que respecta a la aplicación de los bienes afectos al fideicomiso como fuente de pago de obligaciones derivadas de créditos otorgados por la propia institución.*................................

---*En todo caso, el ejecutor o instructor ejercitará sus funciones en nombre y representación del fiduciario, pero sin sujetarse a sus instrucciones, obrando en todo momento de conformidad con lo pactado en el contrato y la legislación aplicable y actuando con independencia e imparcialidad respecto de los intereses del fideicomitente y fideicomisario.* ...

---*Para efectos del párrafo anterior, se presume independencia e imparcialidad en el cumplimiento del contrato, cuando los títulos representativos del capital social, así como las compras e ingresos del último ejercicio fiscal o del que esté en curso del ejecutor o instructor, no estén vinculados con alguna de las partes del fideicomiso en más de un diez por ciento.* ............

---*Artículo 394. Quedan prohibidos:* ........................................................................

---*I.- Los fideicomisos secretos;* ...........................................................................

---*II.- Aquellos en los cuales el beneficio se conceda a diversas personas sucesivamente que deban substituirse por muerte de la anterior, salvo el caso de que la sustitución se*




**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR
**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA
NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR
LA PAZ, BAJA CALIFORNIA SUR
notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com



realice en favor de personas que estén vivas o concebidas ya, a la muerte del fideicomitente; y ..................................................................................................................

---III.- Aquellos cuya duración sea mayor de cincuenta años, cuando se designe como beneficiario a una persona moral que no sea de derecho público o institución de beneficencia. Sin embargo, pueden constituirse con duración mayor de cincuenta años cuando el fin del fideicomiso sea el mantenimiento de museos de carácter científico o artístico que no tengan fines de lucro…"..............................................................................

---**De la Ley de Instituciones de Crédito:**.......................................................................

---**Artículo 106**. "*A las instituciones de crédito les estará prohibido:* ...........................

---XIX.*En la realización de las operaciones a que se refiere la fracción XV del artículo 46 de esta Ley:* .........................................................................................................................

---***a).-****Derogada;* .................................................................................................................

----***b).-*** *Responder a los fideicomitentes, mandantes o comitentes, del incumplimiento de los deudores, por los créditos que se otorguen, o de los emisores, por los valores que se adquieran, salvo que sea por su culpa, según lo dispuesto en la parte final del artículo 391 de la Ley General de Títulos y Operaciones de Crédito, o garantizar la percepción de rendimientos por los fondos cuya inversión se les encomiende.*..............................................

---*Si al término del fideicomiso, mandato o comisión constituidos para el otorgamiento de créditos, éstos no hubieren sido liquidados por los deudores, la institución deberá transferirlos al fideicomitente o fideicomisario, según sea el caso, o al mandante o comitente, absteniéndose de cubrir su importe.* ................................................................

---*En los contratos de fideicomiso, mandato o comisión se insertará en forma notoria lo dispuesto en este inciso y una declaración de la fiduciaria en el sentido de que hizo saber inequívocamente su contenido a las personas de quienes haya recibido bienes o derechos para su afectación fiduciaria;;* ................................................................................................

---***c).-*** *Actuar como fiduciarias, mandatarias o comisionistas en fideicomisos, mandatos o comisiones, respectivamente, a través de los cuales se capten, directa o indirectamente, recursos del público, mediante cualquier acto causante de pasivo directo o contingente, excepto tratándose de fideicomisos constituidos por el Gobierno Federal a través de la Secretaría de Hacienda y Crédito Público, y de fideicomisos a través de los cuales se emitan valores que se inscriban en el Registro Nacional de Valores de conformidad con lo previsto en la Ley del Mercado de Valores;* .......................................................................................

---***d).-*** *Desempeñar los fideicomisos, mandatos o comisiones a que se refiere el segundo párrafo del artículo 88 de la Ley de Sociedades de Inversión;*...........................................

---***e).-*** *Actuar en fideicomisos, mandatos o comisiones a través de los cuales se evadan limitaciones o prohibiciones contenidas en las leyes financieras;*.........................................

---***f).-*** *Utilizar fondos o valores de los fideicomisos, mandatos o comisiones destinados al otorgamiento de créditos, en que la fiduciaria tenga la facultad discrecional, en el otorgamiento de los mismos para realizar operaciones en virtud de las cuales resulten o puedan resultar deudores sus delegados fiduciarios; los miembros del consejo de administración o consejo directivo, según corresponda, tanto propietarios como suplentes, estén o no en funciones; los empleados y funcionarios de la institución; los comisarios*

10

propietarios o suplentes, estén o no en funciones; los auditores externos de la institución; los miembros del comité técnico del fideicomiso respectivo; los ascendientes o descendientes en primer grado o cónyuges de las personas citadas, las sociedades en cuyas asambleas tengan mayoría dichas personas o las mismas instituciones, asimismo aquellas personas que el Banco de México determine mediante disposiciones de carácter general. ..................

---*g).-* Administrar fincas rústicas, a menos que hayan recibido la administración para distribuir el patrimonio entre herederos, legatarios, asociados o acreedores, o para pagar una obligación o para garantizar su cumplimiento con el valor de la misma finca o de sus productos, y sin que en estos casos la administración exceda del plazo de dos años, salvo los casos de fideicomisos a la producción o fideicomisos de garantía y;................................

---*h).-* Celebrar fideicomisos que administren sumas de dinero que aporten periódicamente grupos de consumidores integrados mediante sistemas de comercialización, destinados a la adquisición de determinados bienes o servicios, de los previstos en la Ley Federal de Protección al Consumidor........................................................................................

---Cualquier pacto contrario a lo dispuesto en los incisos anteriores, será nulo…"...................

---**Artículo 142.-** La información y documentación relativa a las operaciones y servicios a que se refiere el artículo 46 de la presente Ley, tendrá carácter confidencial, por lo que las instituciones de crédito, en protección del derecho a la privacidad de sus clientes y usuarios que en este artículo se establece, en ningún caso podrán dar noticias o información de los depósitos, operaciones o servicios, incluyendo los previstos en la fracción XV del citado artículo 46, sino al depositante, deudor, titular, beneficiario, fideicomitente, fideicomisario, comitente o mandante, a sus representantes legales o a quienes tengan otorgado poder para disponer de la cuenta o para intervenir en la operación o servicio.................................

---Como excepción a lo dispuesto por el párrafo anterior, las instituciones de crédito estarán obligadas a dar las noticias o información a que se refiere dicho párrafo, cuando lo solicite la autoridad judicial en virtud de providencia dictada en juicio en el que el titular o, en su caso, el fideicomitente, fideicomisario, fiduciario, comitente, comisionista, mandante o mandatario sea parte o acusado. Para los efectos del presente párrafo, la autoridad judicial podrá formular su solicitud directamente a la institución de crédito, o a través de la Comisión Nacional Bancaria y de Valores.................................................................................

---Las instituciones de crédito también estarán exceptuadas de la prohibición prevista en el primer párrafo de este artículo y, por tanto, obligadas a dar las noticias o información mencionadas, en los casos en que sean solicitadas por las siguientes autoridades:................

---*I.* El Procurador General de la República o el servidor público en quien delegue facultades para requerir información, para la comprobación del hecho que la ley señale como delito y de la probable responsabilidad del indiciado;................................................................

---*II.* Los procuradores generales de justicia de los Estados de la Federación y del Distrito Federal o subprocuradores, para la comprobación del hecho que la ley señale como delito y de la probable responsabilidad del indiciado;................................................................

---*III.* El Procurador General de Justicia Militar, para la comprobación del hecho que la ley señale como delito y de la probable responsabilidad del indiciado; ........................................

---*IV.* Las autoridades hacendarias federales, para fines fiscales; ..............................................



**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR

**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA

NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR

LA PAZ, BAJA CALIFORNIA SUR

notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

---***V.*** *La Secretaría de Hacienda y Crédito Público, para efectos de lo dispuesto por el artículo 115 de la presente Ley;* ................................................................................................

---***VI.*** *El Tesorero de la Federación, cuando el acto de vigilancia lo amerite, para solicitar los estados de cuenta y cualquier otra información relativa a las cuentas personales de los servidores públicos, auxiliares y, en su caso, particulares relacionados con la investigación de que se trate;* ...........................................................................................................

---***VII.*** *La Auditoría Superior de la Federación, en ejercicio de sus facultades de revisión y fiscalización de la Cuenta Pública Federal y respecto a cuentas o contratos a través de los cuáles se administren o ejerzan recursos públicos federales;* ...................................................

---***VIII.*** *El titular y los subsecretarios de la Secretaría de la Función Pública, en ejercicio de sus facultades de investigación o auditoría para verificar la evolución del patrimonio de los servidores públicos federales.* ............................................................................................

---*La solicitud de información y documentación a que se refiere el párrafo anterior, deberá formularse en todo caso, dentro del procedimiento de verificación a que se refieren los artículos 41 y 42 de la Ley Federal de Responsabilidades Administrativas de los Servidores Públicos, y* ......................................................................................................................

---***IX.*** *La Unidad de Fiscalización de los Recursos de los Partidos Políticos, órgano técnico del Consejo General del Instituto Federal Electoral, para el ejercicio de sus atribuciones legales, en los términos establecidos en el Código Federal de Instituciones y Procedimientos Electorales.* ................................................................................................................

---*Las autoridades electorales de las entidades federativas solicitarán y obtendrán la información que resulte necesaria también para el ejercicio de sus atribuciones legales a través de la unidad primeramente mencionada.* ............................................................

---*Las autoridades mencionadas en las fracciones anteriores solicitarán las noticias o información a que se refiere este artículo en el ejercicio de sus facultades y de conformidad con las disposiciones legales que les resulten aplicables.* ..................................................

---*Las solicitudes a que se refiere el tercer párrafo de este artículo deberán formularse con la debida fundamentación y motivación, por conducto de la Comisión Nacional Bancaria y de Valores. Los servidores públicos y las instituciones señalados en las fracciones I y VII, y la unidad de fiscalización a que se refiere la fracción IX, podrán optar por solicitar a la autoridad judicial que expida la orden correspondiente, a efecto de que la institución de crédito entregue la información requerida, siempre que dichos servidores o autoridades especifiquen la denominación de la institución, el número de cuenta, el nombre del cuentahabiente o usuario y demás datos y elementos que permitan su identificación plena, de acuerdo con la operación de que se trate.* ............................................................

---*Los empleados y funcionarios de las instituciones de crédito serán responsables, en los términos de las disposiciones aplicables, por violación del secreto que se establece y las instituciones estarán obligadas en caso de revelación indebida del secreto, a reparar los daños y perjuicios que se causen.* .........................................................................

---*Lo anterior, en forma alguna afecta la obligación que tienen las instituciones de crédito de proporcionar a la Comisión Nacional Bancaria y de Valores, toda clase de información y documentos que, en ejercicio de sus funciones de inspección y vigilancia, les solicite en*

relación con las operaciones que celebren y los servicios que presten, así como tampoco la obligación de proporcionar la información que les sea solicitada por el Banco de México, el Instituto para la Protección al Ahorro Bancario y la Comisión para la Protección y Defensa de los Usuarios de Servicios Financieros, en los términos de las disposiciones legales aplicables. ...................

---Se entenderá que no existe violación al secreto propio de las operaciones a que se refiere la fracción XV del artículo 46 de esta Ley, en los casos en que la Auditoría Superior de la Federación, con fundamento en la ley que norma su gestión, requiera la información a que se refiere el presente artículo. ...................

---Los documentos y los datos que proporcionen las instituciones de crédito como consecuencia de las excepciones al primer párrafo del presente artículo, sólo podrán ser utilizados en las actuaciones que correspondan en términos de ley y, respecto de aquéllos, se deberá observar la más estricta confidencialidad, aun cuando el servidor público de que se trate se separe del servicio. Al servidor público que indebidamente quebrante la reserva de las actuaciones, proporcione copia de las mismas o de los documentos con ellas relacionados, o que de cualquier otra forma revele información en ellos contenida, quedará sujeto a las responsabilidades administrativas, civiles o penales correspondientes...............

---Las instituciones de crédito deberán dar contestación a los requerimientos que la Comisión Nacional Bancaria y de Valores les formule en virtud de las peticiones de las autoridades indicadas en este artículo, dentro de los plazos que la misma determine. La propia Comisión podrá sancionar a las instituciones de crédito que no cumplan con los plazos y condiciones que se establezca, de conformidad con lo dispuesto por los artículos 108 al 110 de la presente Ley. ...................

---La Comisión emitirá disposiciones de carácter general en las que establezca los requisitos que deberán reunir las solicitudes o requerimientos de información que formulen las autoridades a que se refieren las fracciones I a IX de este artículo, a efecto de que las instituciones de crédito requeridas estén en aptitud de identificar, localizar y aportar las noticias o información solicitadas. ...................

---**De la Circular 1/2005 del Banco de México:**...................
---*6.1 En la celebración de Fideicomisos, las Instituciones Fiduciarias tendrán prohibido lo siguiente:* ...................
---*a) Cargar al patrimonio fideicomitido precios distintos a los pactados al concertar la operación de que se trate;* ...................
---*b) Garantizar la percepción de rendimientos o precios por los fondos cuya inversión se les encomiende, y* ...................
---*c) Realizar operaciones en condiciones y términos contrarios a sus políticas internas y a las sanas prácticas financieras.* ...................
---*6.2 Las Instituciones Fiduciarias no podrán celebrar operaciones con valores, títulos de crédito o cualquier otro instrumento financiero, que no cumplan con las especificaciones que se hayan pactado en el contrato de Fideicomiso correspondiente.* ...................
---*6.3 Las Instituciones Fiduciarias no podrán llevar a cabo tipos de Fideicomiso que no estén autorizadas a celebrar de conformidad con las leyes y disposiciones que las regulan. ..*






**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR

**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA

NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR

LA PAZ, BAJA CALIFORNIA SUR

notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

---6.4 En ningún caso las Instituciones Fiduciarias podrán cubrir con cargo al patrimonio fideicomitido el pago de cualquier sanción que les sea impuesta a dichas Instituciones por alguna autoridad. ..................................................................................................................

---6.5 En los Fideicomisos de garantía, las Instituciones de Fianzas y las Sofoles no podrán recibir sino bienes o derechos que tengan por objeto garantizar las obligaciones de que se trate. ..........................................................................................................................................

---6.6 Las Instituciones Fiduciarias deberán observar lo dispuesto en los artículos 106 fracción XIX de la Ley de Instituciones de Crédito, 103 fracción IX de la Ley del Mercado de Valores, 62 fracción VI de la Ley General de Instituciones y Sociedades Mutualistas de Seguros y 60 fracción VI Bis de la Ley Federal de Instituciones de Fianzas, y 16 de la Ley Orgánica de la Financiera Rural, según corresponda a cada Institución. ...............................

---III.- Declara el **FIDEICOMISARIO** y/o **DEUDOR HIPOTECARIO** y/o **MUTUATARIA**, **SH55, LLC** a través de su Administrador Único el señor **KENNETH ABOUD JOWDY** también conocido como **KENNETH A. JOWDY** ...................................................................

--- **a).-** Que el **INMUEBLE** se encuentra al corriente en el pago de todos y cada uno de los impuestos sobre el mismo, cargos por suministro de agua y cualesquier otros impuestos derivados o servicios relacionados, incluyendo cuotas de mantenimiento del condominio, impuesto predial, honorarios fiduciarios, entre otros .................................................................

---**b).-** Que el **INMUEBLE** se encuentra GRAVADO mediante el Reconocimiento de Adeudo con Garantía Hipotecaria a favor de Germán Daniel Argueso Mendoza siendo éste el único gravamen que tiene, y que en el capítulo primero de éste instrumento se cancela, acreditando lo anterior con el certificado de libertad de gravámenes emitido por el Registro Público de la Propiedad y del Comercio del Gobierno del Estado de Baja California Sur, relacionado en el Antecedente IV (cuarto) del presente instrumento, sí que a la fecha se encuentre sujeto a ninguna demanda, embargo o reclamación de carácter fiscal, laboral o de cualquier otra naturaleza que pudiera constituir un gravamen preferente sobre la hipoteca en primer lugar y grado de prelación, que se constituye mediante el presente instrumento ..........

---**c).-** Que derivado de lo establecido en presente instrumento, reconoce el adeudo a que se refieren la cantidad de **$4'000,000.00** (cuatro millones de dólares 00/100, moneda de curso legal de los Estados Unidos de América), más los intereses, honorarios y gastos que se generen de conformidad con los términos del presente instrumento a favor de la señora **EVA SOSA LÓPEZ**; y .........................................................................................................

---**d).-** Que para garantizar el pago puntual y oportuno del PRESTAMO por la cantidad de la cantidad de **$4'000,000.00** (cuatro millones de dólares 00/100, moneda de curso legal de los Estados Unidos de América), más los intereses, reconoce que se formalizará en el presente instrumento un **CONTRATO DE MUTUO CON INTERÉS** a favor de la señora **EVA SOSA LÓPEZ**, misma que se formalizará en el Segundo acto jurídico de este instrumento ..............

---**e).-** Que para garantizar el pago puntual y oportuno del PRESTAMO por la cantidad de la cantidad de **$4'000,000.00** (cuatro millones de dólares 00/100, moneda de curso legal de los Estados Unidos de América), más los intereses, reconoce que se formalizará en el presente instrumento **LA CONSTITUCIÓN DE GARANTÍA HIPOTECARIA** en **Primer Lugar y Grado** a favor de la señora **EVA SOSA LÓPEZ**, misma que se formalizará en el tercer acto jurídico

14

de este instrumento ..................................................................................................

---f).- Que el valor del INMUEBLE es suficiente para garantizar el Monto Total del Adeudo (como se define en adelante) y las obligaciones contraídas en virtud del presente instrumento. ........................................................................................................

---g).- **CARTA INSTRUCCIÓN.-** Que para la cancelación de Hipoteca y La constitución de una nueva garantía Hipotecaria en primer lugar y grado que en su carácter de Fideicomisario giro por escrito, instrucciones expresas al FIDUCIARIO. La citada carta de instrucciones que en este acto se exhibe quedó transcrita en la declaración II (segunda), y que el suscrito Notario da fe tener a la vista y que se agrega al apéndice del protocolo de este instrumento con legajo marcado con la **letra "E"**..............................................

--- **IV.-** Declara **EL ACREEDOR HIPOTECARIO y/o LA MUTUANTE**, señora **EVA SOSA LÓPEZ** por su propio derecho, que:...............................................................

---Comparece por su propio derecho al otorgamiento de la presente hipoteca, a efecto de darse por enterada, y declarar que único obligado al cumplimiento de las Obligaciones que deriven del presente Contrato de Mutuo con Interés y constitución de garantía hipotecaria en primer lugar y grado y sus accesorios es la sociedad extranjera **SH55, LLC y/o EL FIDEICOMISARIO y/o DEUDOR HIPOTECARIO,** por lo que igualmente se da por enterada y declara que **SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVESLAT** en su carácter Fiduciario no asume obligación o responsabilidad alguna respecto a lo que se establezca en cada cláusula del presente Instrumento y en dichas obligaciones garantizadas .....................

---**V.-** Declaran conjuntamente las partes que de conformidad con las declaraciones que anteceden, se reconocen cada uno de ellos y de manera recíproca su personalidad conforme al carácter que comparecen al presente instrumento y convienen en otorgar los siguientes actos jurídicos ..................................................................................

--- Expuesto lo anterior, las partes otorgan las siguientes cláusulas............................

----------------------------------------- **CAPITULO PRIMERO**...............................................

---- **DE LA LIBERACIÓN DE DEUDA Y CANCELACIÓN DE GARANTÍA HIPOTECARIA** .....

----------------------------------------- C L A U S U L A S ...............................................

---- **PRIMERA.-** El señor **GERMAN DANIEL ARGÜESO MENDOZA,** representado en este acto por su Apoderado Especial **XAVIER ABRAHAM MORENO ORTIZ**, en su carácter de **ACREEDOR HIPOTECARIO** del **Reconocimiento de Adeudo con Garantía Hipotecaria** formalizado en escritura pública número 15,214 (quince mil doscientos catorce), volumen 722 (setecientos veintidós) de fecha 8 (ocho) de mayo de 2015 (dos mil quince), otorgada ante la fe de la Licenciada Maria Del Pilar García Orozco, Notario Público número 17 (diecisiete) del Estado de Baja California Sur, hace constar que en este acto que, derivado de todos y cada uno de los pagos, recibidos de parte del **DEUDOR**, la sociedad extranjera **SH55,LLC**, incluyendo el pago total de la cantidad adeudada así como de los intereses ordinarios y accesorios que en su momento se causaron en términos del Reconocimiento de Adeudo con Garantía Hipotecaria a que se refiere el Antecedentes II (dos romano) del presente Instrumento, **LIBERA** en este acto a la sociedad extranjera **SH55,LLC,** de toda obligación de pago y **CANCELA TOTALMENTE Y DEJA SIN EFECTO LEGAL ALGUNO,**