# EXHIBIT E
# Part 3






**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR
**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA
NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR
LA PAZ, BAJA CALIFORNIA SUR
notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

veinticinco) del Código Civil vigente en el Estado de Baja California Sur. ..............................
---**VIGÉSIMA.- ENTREGA DEL CONTRATO.-** Las partes manifiestan que en este acto han recibido una copia de la constitución de garantía hipotecaria, lo que declaran para los efectos legales correspondientes.................................................................................
------------------------------------------- **P E R S O N A L I D A D E S**..............................................
---**I.-** El Señor **KENNETH ABOUD JOWDY** también conocido como **KENNETH A.** JOWDY acredita su personalidad y legal existencia de su representada la Sociedad Mercantil denominada **SH55, LCC,** con los siguientes documentos:......................................................
---**a).-** Mediante copia certificada del instrumento público número 63,875 (sesenta y tres mil ochocientos setenta y cinco), del volumen 1,347 (mil trecientos cuarenta y siete) de fecha veintisiete de marzo del año dos mil catorce, otorgada ante la fe del Licenciado, Armando Antonio Aguilar Mondragón, Notario Público número Uno del Estado de Baja California Sur, el cual contiene la Protocolización y Formalización de la traducción al español de ciertos documentos otorgados en el Estado de Texas, Estados Unidos de América, de la compañía extranjera denominada SH55, LCC., una sociedad de responsabilidad limitada de Delaware, Estados Unidos de América, de dicho instrumento .........................................................
---**II.-** El señor **XAVIER ABRAHAM MORENO ORTIZ** , acredita la personalidad con la que comparece en este acto, en su carácter de Apoderado, el cual manifiesta que no les ha sido revocada ni modificada en forma alguna con la Escritura Pública número 15,790 (quince mil setecientos noventa), del volumen 755 (setecientos cincuenta y cinco), de fecha 31 (treinta y uno) de agosto del 2015 (dos mil quince), otorgada ante la fe de la Licenciada María del Pilar García Orozco, Notario Público número Diecisiete del Estado de Baja California Sur, en el cual se hizo constar **PODER GENERAL EN CUANTO AS SUS FACULTADES PERO LIMITADO EN CUANTO A SU OBJETO,** que le otorgó el señor **GERMÁN DANIEL ARGÜESO MENDOZA**, a su favor, y de la cual copio lo siguiente:......................................................................
...:"""*comparece el señor GERMÁN DANIEL ARGÜESO MENDOZA por su propio y personal derecho a otorgar un PODER GENERAL EN CUANTO A SUS FACULTADES PERO LIMITADO EN CUANTO A SU OBJETO en favor del señor XAVIER ABRAHAM MORENO ORTIZ para ser ejercido de conformidad con los siguientes antecedentes y cláusulas: --- ANTECEDENTES --- ÚNICO.- RECONOCIMIENTO DE ADEUDO Y CONSTITUCIÓN DE GARANTÍA HIPOTECARIA EN PRIMER LUGAR Y GRADO. Mediante escritura pública número 15,214 (quince mil, doscientos catorce), del volumen número 722 (setecientos veintidós), de fecha 08 (ocho) del mes de Mayo del año 2015 (dos mil quince), otorgada ante la fe de la suscrita notaría, se hicieron constar los siguientes actos jurídicos: I.-RECONOCIMIENTO DE ADEUDO que otorgó la sociedad extranjera SH55, LLC, por conducto de su Administrador Único y representante legal el señor KENNETH ABOUD JOWDY, también conocido como KENNETH A. JOWDY, con el carácter de "DEUDOR y/o DEUDOR HIPOTECARIO" a favor del señor GERMÁN DANIEL ARGÜESO MENDOZA como "ACREEDOR"), por medio del cual la sociedad antes citada reconoce adeudar al señor GERMÁN DANIEL ARGÜESO MENDOZA la cantidad de $1'500,000.00 USD (UN MILLÓN QUINIENTOS MIL DÓLARES 00/100, MONEDA DE CURSO LEGAL DE LOS ESTADOS UNIDOS DE AMÉRICA); y II.- LA CONSTITUCIÓN DE GARANTÍA HIPOTECARIA EN PRIMER LUGAR Y GRADO; que otorgaron a).- SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, representada en este acto por sus Delegados Fiduciarios DORA*

30

LETICIA VIDAL AVILA y ADOLFO SÁNCHEZ RESENDIZ en lo sucesivo el FIDUCIARIO, única y exclusivamente en su carácter de fiduciario del FIDEICOMISO identificado con el numero 239018427 (dos, tres, nueve, cero, uno, ocho, cuatro, dos, siete) (en lo sucesivo, el "FIDEICOMISO") en cumplimiento a las instrucciones que para dichos efectos recibió de parte de su fideicomisario la sociedad extranjera SH55, LLC., por conducta de su Administrador Único y representante legal el señor KENNETH ABOUD JOWDY, también conocido como KENNETH A. JOWDY; b).- Como "DEUDOR", la sociedad extranjera SH55, LLC., a través de su Administrador Único y representante legal el señor KENNETH ABOUD JOWDY, también conocido como KENNETH A. JOWDY (en lo sucesivo "FIDEICOMISARIO" y/o "DEUDOR" y/o DEUDOR HIPOTECARIO), quien comparece a efecto de ratificar las instrucciones giradas al RDUOARIO, así como para reconocer sus obligaciones aquí establecidas respecto de la hipoteca en primer lugar y grado que se constituyó en favor del señor GERMÁN DANIEL ARGÜESO MENDOZA; y c).- Como "ACREEDOR HIPOTECARIO", el señor GERMÁN DANIEL ARGÜESO MENDOZA; constituyéndose hipoteca a su favor en su carácter de ACREEDOR HIPOTECARIO EN PRIMER LUGAR, quien comparece por su propio derecho (en lo sucesivo "ACREEDOR HIPOTECARIO EN PRIMER LUGAR"), constituyendo el Fiduciario hipoteca sobre "LOTE 55"....--- DECLARACIONES --- ÚNICA.- El señor GERMÁN DANIEL ARGÜESO MENDOZA declara conocer el alcance y efectos legales de las facultades que por medio del presente se le confieren al señor XAVIER ABRAHAM MORENO ORTIZ, por lo que es su voluntad conferir dichos poderes. --- El señor GERMÁN DANIEL ARGÜESO MENDOZA, por su propio derecho y en su carácter de ACREEDOR, ACREEDOR HIPOTECARIO Y ACREEDOR HIPOTECARIO EN PRIMER LUGAR según el instrumento descrito en el Antecedente Único anterior, por medio del presente acto otorga facultades de representación mediante las siguientes: CLÁUSULAS--- PRIMERA.- PODER GENERAL PARA PLEITOS Y COBRANZAS.- En los términos del primer párrafo del Artículo Dos Mil Cuatrocientos Sesenta y Ocho del Código Civil Vigente en el Estado y su correlativo de los Estados en donde se ejercite el Mandato, con todas las facultades generales y las especiales que conforme a la Ley requieran Poder o Cláusula especial conforme a la Ley; y las contenidas en el Artículo Dos Mil Quinientos Uno del mismo ordenamiento, pudiendo de manera enunciativa y no limitativamente: Representar a los mandantes ante toda clase de autoridades de los Estados, Federales y Municipales, ante la Procuraduría Federal del Consumidor en los procedimientos que ante ella se ofrezcan, para hacer trámites, cotizaciones, gestiones de Crédito y Cobranza, en todos los negocios que se le ofrezcan en las jurisdicciones voluntarias, mixta o contenciosa; solicitar y ejecutar providencias precautorias de embargo y arraigo; promueva toda clase de diligencias preparatorias de juicio; presentar y contestar demandas; oponer y contestar excepciones dilatorias y perentorias y reconvenciones; hacer sumisión expresa de jurisdicción, prorrogar jurisdicción, presentar escritos y documentos, solicitar términos ordinarios, extraordinarios y supletorias de prueba, rendir toda clase de pruebas, objetar las pruebas de la parte contraria, articular y absolver posiciones, presentar testigos y presentar la protesta de los de la contraria; los repregunten y los tachen; nombrar y recusar peritos; alegar; promover nulidad de lo actuado; consentir autos y sentencias; interponer toda clase de recursos, y desistirse de ellos, aun en el juicio de amparo, recusar; celebrar transacciones; hacer posturas pujas y mejoras en remate, pedir adjudicación de bienes en pago; hacer y recibir pagos; desistirse de las acciones, estipular procedimientos convencionales; para presentar toda clase de denuncias y querellas penales, ratificarlas, presentar y rendir pruebas,





**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR

**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA

NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR

LA PAZ, BAJA CALIFORNIA SUR

notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

*coadyuvar con el Ministerio Público, desistirse de las que se presenten y otorgar el perdón al ofensor cuando así proceda, exigir la reparación del daño y promover toda clase de incidentes.--* **SEGUNDA.- PODER PARA ACTOS DE ADMINISTRACIÓN.-** *En los términos del segundo párrafo del Artículo Dos Mil Cuatrocientos Sesenta y Ocho del Código Civil Vigente en el Estado de Baja California Sur y su correlativo de los Estados en donde se ejercite el Mandato, con todas las facultades generales y las especiales que conforme a la Ley requieran Poder o Cláusula especial, pudiendo administrar de la manera más amplia los negocios y bienes de los mandantes; hacer y recibir pagos, otorgar recibos, celebrar todo tipo de contratos de uso sobre bienes muebles o inmuebles, o convenios en la forma que estimen convenientes, vigilando el exacto cumplimiento de los mismos, así como celebrar cualquier acto administrativo compatible con este mandato, sin limitación alguna. ---* **TERCERA.- PODER GENERAL PARA ACTOS DE DOMINIO.-** *En los términos del tercer párrafo del Artículo Dos Mil Cuatrocientos Sesenta y Ocho del Código Ovil Vigente en el Estado de Baja California Sur y su correlativo de los Estados en donde se ejercite el Mandato, con todas las facultades generales y las especiales que conforme a la Ley requieran Poder o Cláusula especial, pudiendo de manera enunciativa y no limitativamente; vender, gravar, ceder, permutar, arrendar, enajenar, hipotecar, pignorar y en general realizar cualquier clase de acto de dominio, respecto a los bienes y derechos de los mandantes, quedando facultades para recibir el pago, y fijar el precio que estimen conveniente para el caso de venta, firmar documentos públicos o privados necesarios para el cumplimiento de este mandato. ---* **CUARTA.-** *LIMITACIÓN: El presente mandato es general e ilimitado en cuanto a sus facultades pero limitado en cuanto a su objeto, ya que se otorga exclusivamente para que el apoderado pueda (i) darse por pagado del adeudo y (ii) cancelar la garantía hipotecaria en primer lugar que fueron protocolizadas en el instrumento descrito en el Antecedente Único anterior. Además el apoderado podrá formalizar ante fedatario público todo tipo de acuerdo y/o vehículo legal para garantizar el pago de deudas a favor del poderdante sin limitación de monto, en dólares moneda de curso legal en los Estados Unidos de América, con un interés ordinario anual no menor del quince por ciento; mencionando sin limitar, la posibilidad de firmar y recibir como garantía pagarés, hipotecas, prendas, así como promesas de pago, pudiendo estar la garantía respaldada por el registro de un gravamen a bienes inmuebles en el Registro Público de la Propiedad y del Comercio que corresponde....""*...........................................
--- **III.-** Los Licenciados **DORA LETICIA VIDAL AVILA y ADOLFO SÁNCHEZ RESENDIZ**, acreditan su personalidad con que comparecen y la legal existencia de su representada **SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT**, con los siguientes documentos:...............
--- **a).-** La señora **DORA LETICIA VIDAL AVILA** acredita su personalidad mediante copia certificada de la escritura pública número (31,177) treinta y un mil ciento setenta y siete de fecha veintiocho de junio de dos mil cinco, pasada ante la fe de la Licenciada Ana Patricia Bandala Tolentino, Titular de la Notaria Publica numero ciento noventa y cinco del Distrito Federal, en la cual se protocolizo una Sesión del Consejo de Administración y de la cual copio en sus partes lo conducente *"... ASUNTOS REGULATORIOS Y LEGALES.- IX. ASUNTOS VARIOS.- IX.2 Designación de Delegados Fiduciarios.- Con la recomendación del señor José Eugui, Director del Área Fiduciaria, se aprueba la designación como Delegado Fiduciario de Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat, a la Contadora Dora Leticia Vidal Ávila con todas las*

32

*facultades inherentes al cargo y para que la ejerza en forma mancomunada con otro Delegado Fiduciario o excepción de las facultades que se contienen en el inciso 1) siguiente, las cuales podrá ejercer individualmente.- A la Contadora Dora Leticia Vidal Ávila se le confiere en la forma en que aparece en el párrafo anterior, todas las facultades que de acuerdo con la Ley son inherentes al cargo de Delegado Fiduciario incluyendo, a mayor abundamiento, los siguientes poderes: 1).- PODER GENERAL PARA PLEITOS Y COBRANZAS. 2).- PODER GENERAL PARA ACTOS DE ADMINISTRACION. Dicha facultad, la deberá ejercer conjuntamente con cualquier otro Delegado Fiduciario que tenga la misma facultad.- 3).- PODER GENERAL PARA ACTOS DE DOMINIO. Dicha facultad, la deberá ejercer conjuntamente con cualquier otro Delegado Fiduciario que tenga la misma facultad, y no se podrá sustituir.- 4).- PODER GENERAL PARA SUSCRIBIR Y ENDOSAR. Dicha facultad, la deberá ejercer conjuntamente con cualquier otro Delegado Fiduciario que tenga la misma facultad, y no se podrá sustituir.- 5).- PODER GENERAL EN MATERIA LABORAL.... Todos los poderes y facultades antes otorgados podrán ser sólo ejercidos en el desempeño de sus funciones como Delegado Fiduciario de Scotiabank Inverlat, Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat...."*..................

--- **b).-** El Licenciado **ADOLFO SÁNCHEZ RESENDIZ** acredita su personalidad como Delegado Fiduciario de **SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT**, mediante escritura pública número (42,390) cuarenta y dos mil trescientos noventa, del volumen (1,069) mil sesenta y nueve de fecha veinticuatro de junio de dos mil diez, otorgada ante la fe de la Licenciada ANA PATRICIA BANDALA TOLENTINO, Notaria Público Número Ciento Noventa y Cinco del Distrito Federal, por el cual se hizo constar LA DESIGNACION DE DELEGADOS FIDUCIARIOS Y LA REVOCACION Y EL OTORGAMIENTO DE FACULTADES Y PODERES de SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT documento que el Notario doy fe tener a la vista y del cual copio lo conducente que a su letra dice:A.... *LXVIII.- SESION.- Que con fecha veintiséis de enero de dos mil diez se celebró una sesión del Consejo de Administración de la sociedad de que se trata, de la cual se levanto un acta que obra asentada y firmada con el libro de actas respectivo, la cual transcribo en lo conducente como sigue: ..... ORDEN DEL DIA.- XII. ASUNTOS VARIOS.- Designación de Delegados Fiduciarios.- Otorgamiento de Poderes.- Designación de Delegados Especiales.- Los Consejeros aprobaron los asuntos contenidos en el Orden del Dia y despues de discutir y deliberar ampliamente sobre estos por unanimidad de votos adoptaron los siguientes acuerdos.- ..... XII. 4 Designación de Delegados Fiduciarios.- ..... Se hace mención expresa de que dichas facultades estarán limitadas, única y exclusivamente, a todo lo relativo al contrato de cualesquiera dos de las persona mencionadas.- Así mismo se aprueba, con la recomendación del señor José Eugui, Director Divisional Fiduciario, el nombramiento de los señores ......ADOLFO SANCHEZ RESENDIZ, ADRIANA GUADALUPE GONZALEZ HUERTA, .....como Delegados Fiduciarios de la Institución, así como el otorgamiento de las facultades suficientes para el desempeño de este encargo que a continuación se detallan: PRIMERA.- PODER GENERAL PARA*

**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR

**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA

NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR

LA PAZ, BAJA CALIFORNIA SUR

notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com





PLEITOS Y COBRANZAS, con facultad de sustituir y revocar dicho poder reservándose su ejercicio, los cuales podrán ejercerlos en forma individual. Tratándose de las facultades para comprometer en árbitros y hacer cesión de bienes, dicha facultad no podrá ser sustituida ni delegada. Los delegados fiduciarios ejercerán este poder, de acuerdo a lo dispuesto por los artículos dos mil quinientos cincuenta y cuatro, primer párrafo y dos mil quinientos ochenta y siete del Código Civil vigente en el Distrito Federal y sus correlativos en los Estados de la República Mexicana, con todas las facultades generales y las especiales que requieran clausula especial conforme a la Ley o que está expresamente determine para los procuradores en juicio incluyendo las que enumera el articulo dos mil quinientos ochenta y siete del mismo ordenamiento civil invocado. Se le faculta expresamente para que ejerciten individualmente en representación de SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, DIVISION FIDUCIARIA, toda clase de poderes y derechos ante autoridades Judiciales y Administrativas, interponer toda clase de recursos inclusive el juicio de amparo, apersonándose como terceros perjudicados, y en su caso se desista de los que hubiere intentado, así como transigir, comprometer en árbitros, absolver y articular posiciones, recusar, hacer y recibir pagos, rematar para un tercero, consentir en anotaciones, inscripciones y cancelaciones en los Registros Público, presentar denuncias o querellas de carácter penal, satisfaciendo los requisitos de aquellas de parte y los que fueren procedentes, así como del juicio de amparo, siga por todos los tramites e instancias toda clase de procedimientos o juicios de Jurisdicción Voluntaria, contenciosos o mixtos ante cualquiera autoridades, sean civiles, fiscales, administrativas o de trabajo, ya fueren de la Federación, Locales o Municipales, firmando toda clase de documentos, instrumentos, diligencias, actos judiciales y actuaciones que se ofrezcan.- SEGUNDA.- PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN, con facultad de sustituir y revocar dicho poder, reservándose su ejercicio, en los términos del artículo dos mil quinientos cincuenta y cuatro, segundo párrafo, del Código Civil vigente en el Distrito Federal y su correlativo en todos los Estados de la República Mexicana.- Dicha facultad, la deberá ejercer conjuntamente con cualquier otro Delegado Fiduciario.- TERCERA.- PODER GENERAL PARA ACTOS DE DOMINIO, en los términos del artículo dos mil quinientos cincuenta y cuatro, tercer párrafo, del Código Civil vigente en el Distrito Federal y su correlativo en todos los Estados de la República Mexicana.- Dicha facultad, la deberá ejercer conjuntamente con cualquier otro Delegado Fiduciario que tenga la misma facultad, y no se podrá sustituir.- CUARTA.- PODER GENERAL PARA SUSCRIBIR Y ENDOSAR, en procuración y en propiedad, títulos de crédito en los términos del artículo noveno de la Ley General de Títulos y Operaciones de Crédito.- Dicha facultad la deberá ejercer conjuntamente, con cualquier otro Delegado Fiduciario, y no se podrá sustituir.- QUINTA.- PODER GENERAL EN MATERIA LABORAL, con toda clase de facultades administrativas; especialmente para concurrir a nombre de SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, DIVISIÓN FIDUCIARIA, en su representación a la etapa conciliatoria y celebrar los convenios que puedan derivarse de ella, por consiguiente podrán comparecer conjuntamente con cualquier otro Delegado

34

Fiduciario o separadamente en nombre y representación de SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, DIVISIÓN FIDUCIARIA, ante las autoridades en materia de trabajo, relacionadas con el articulo quinientos veintitrés de la Ley Federal del Trabajo, para realizar todas las gestiones y trámites necesarios para la solución de los asuntos que presenten, a los que comparecen los apoderados en el carácter de representantes de la mandante, en términos del articulo once de la Ley Federal del Trabajo que determina: ALos Directores, Administradores, Gerentes y demás personas que ejerzan funciones de dirección o administración en las empresas o establecimientos, serán considerados representantes del patrón y en tal concepto se obligan en su relaciones con los trabajadores. Consiguientemente los representantes podrán ejercitar las siguientes facultades, sin que la enumeración que se va expresar, sea limitativa, si no simplemente explicativa; comparecer en carácter de administradores en el área laboral y por lo tanto representante de la mandante en términos de los artículos once, seiscientos noventa y dos fracción segunda y ochocientos setenta y seis de la Ley Federal del Trabajo, ante toda clase de autoridades del trabajo.- Todos los poderes y facultades antes otorgadas podrán ser solo ejercidos en el desempeño de sus funciones como Delegados Fiduciarios de Scotiabank Inverlat, Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat.- Se hace mención Expresa de que los señores José Luis Benitez Mastache, Héctor Meneses López, Adolfo Sánchez Resendiz, Adriana Guadalupe González Huerta, José Valerio Robles Domínguez, Jorge Alberto Peñuelas, Violeta Montufar Ochoa, Jaime Vázquez López y Fernando Xavier Frías Lozano, se desempeñan actualmente como Gerente Tesorería Fiduciaria en la plaza metropolitana, Gerente Contabilidad Fiduciario en la plaza Metropolitana, Ejecutivo Fiduciario en Los Cabos, Ejecutivo Administrativo Fiduciario en Los Cabos, Gerente de Sucursal en San José, Los Cabo y Gerente de sucursal en san Jose, Los Cabos, Ixtapa Zihuatanejo, Huatulco y la zona del Bajío, respectivamente. La anterior recomendación se basa en el desempeño de las funciones que dichas personas ha ejercido a la fecha, así como la experiencia en su área profesional.- ......CLAUSULAS.- PRIMERA.- Queda protocolizada en lo conducente, lo que certifica la suscrita Notaria, el acta de la Sesión del Consejo de Administración de "SCOTIABANK INVERLAT", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, celebrada el veintiséis de enero de dos mil diez y formalizados los acuerdos en ella adoptados.-SEGUNDA.- Queda formalizado el nombramiento de Delegados Fiduciarios de "SCOTIABANK INVERLAT" SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, en los término que se precisan en el acta protocolizada en lo concedente.-..... CUARTA.- El Licenciado Jorge Mauricio Di Sciullo Ursini, como consejero delegado de la sesión del Consejo de Administración de "SCOTIABANK INVERLAT", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, cuya acta ha quedado protocolizada en lo conducente, y estando expresamente facultado para ello, en representación y por cuenta de "SCOTIABANK INVERLAT", SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO



**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR

**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA

NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR

LA PAZ, BAJA CALIFORNIA SUR

notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

*SCOTIABANK INVERLAT, confiere a los señores ..... ADOLFO SÁNCHEZ RESENDIZ, ADRIANA GUADALUPE GONZÁLEZ HUERTA, .....los poderes y facultades que respecto de ellos se contienen en el acta protocolizada en lo conducente, cuyo texto se tiene aquí por reproducido literalmente.....".*..........................................................................

---En dichos documentos se hace constar la legal existencia de su representada, entre otros antecedentes, se relacionan los siguientes: ............................................................................

--- a).- Multibanco Comermex, Sociedad Anónima, Institución de Banca Múltiple, Integrante del Grupo Financiero Inverlat, Sociedad Anónima de Capital Variable, antes Banco Comercial Mexicano, Sociedad Anónima, es una Sociedad Mercantil constituida conforme a la legislación mexicana, según consta en Escritura Pública número trescientos diez, de fecha treinta de enero de mil novecientos treinta y cuatro, ante la fe del Licenciado José Mena Castillo, Notario Público número siete de la Ciudad de Chihuahua, Chihuahua, cuyo primer testimonio quedó debidamente inscrito con fecha veinticuatro del mes de mayo de mil novecientos treinta y cuatro, bajo el número cuarenta y dos, a folios doscientos ochenta y dos y siguientes, del Libro número diecisiete de la Sección Comercio del Registro Público de la Propiedad del Distrito de Morelos, del Estado de Chihuahua. ............................................

---b).- Por Decreto del Ejecutivo Federal de la Nación mexicana, de fecha veintinueve del mes de enero de mil novecientos noventa y dos, publicado en el Diario Oficial de la Federación del día treinta del mismo mes y año, Multibanco Comermex, Sociedad Nacional de Crédito, se transformó en Multibanco Comermex, Sociedad Anónima. Dicho decreto fue protocolizado mediante Escritura Pública número noventa y tres mil trescientos treinta y seis, de fecha seis de febrero de mil novecientos noventa y dos, otorgada ante la fe del Licenciado Francisco Villalón Igartúa, Notario Público Titular de la Notaría número treinta de la Ciudad de México, Distrito Federal, inscrito en la Sección Comercio del Registro Público de la Ciudad de Chihuahua, capital del Estado del mismo nombre, bajo número de inscripción mil ciento setenta y dos, a folios ciento seis, del Libro número quinientos cincuenta y siete, con fecha once de febrero del mismo año. ..............................................

--- c).- Mediante Escritura pública número treinta y tres mil novecientos setenta y tres, volumen mil trescientos cincuenta y tres, de fecha tres de junio de mil novecientos noventa y dos, pasada ante la fe del Licenciado F. Javier Gutiérrez Silva, Notario Público número ciento cuarenta y siete de la Ciudad de México, Distrito Federal, se hizo constar la Protocolización del Acta de Asamblea Extraordinaria y Ordinaria de Accionistas de Multibanco Comermex, Sociedad Anónima, Institución de Banca Múltiple, mediante la cual se aprobó entre otros la Adopción de los Estatutos Sociales de la citada Sociedad Mercantil y su incorporación al Grupo Financiero Inverlat, Sociedad Anónima de Capital Variable, documento inscrito bajo el número mil doscientos veintisiete, a folios ciento ocho del libro quinientos setenta y dos de la Sección Comercio de la Ciudad de Chihuahua, capital de la Entidad Federativa del mismo nombre, en fecha primero de septiembre de mil novecientos noventa y dos. .................................................................................

---d).- El Cambio de Denominación de Multibanco Comermex, Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Inverlat, para adoptar la de Banco Inverlat, Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Inverlat; el cambio de domicilio de



la Sociedad de la Ciudad de Chihuahua a la Ciudad de México, Distrito Federal; así como la consecuente reforma de los artículos Primero y Quinto de los Estatutos Sociales; constan en el testimonio de escritura pública número trece mil doscientos cincuenta y cuatro, pasada ante la fe de la Licenciada Ana Patricia Bandala Tolentino, Notario Público número ciento noventa y cinco de la Ciudad de México, Distrito Federal, debidamente inscrito ante el Registro Público de la Propiedad y del Comercio del Distrito Morelos del Estado Libre y Soberano de Chihuahua del día primero del mes de junio de mil novecientos noventa y cinco y bajo número dos mil doscientos veintiuno, a folio noventa y uno del libro seiscientos sesenta y seis de la Sección Comercio; y ante el Registro Público de la Propiedad de la Ciudad de México, Distrito Federal, en fecha siete del mes de junio de mil novecientos noventa y cinco, en el folio mercantil número ciento noventa y ocho mil ochocientos sesenta y siete de la Sección Comercio. ..................................................................................................

----e).- El cambio de denominación de Banco Inverlat, Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Inverlat, para adoptar la de Scotiabank Inverlat, Sociedad Anónima, Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat; así como la reducción y el aumento de capital social; la reforma total de sus Estatutos Sociales y el nombramiento de Consejeros y Comisarios de la Sociedad; constan en el testimonio de escritura pública número veintitrés mil trescientos noventa y cinco, de fecha doce de enero de dos mil uno, pasada ante la fe de la Licenciada Ana Patricia Bandala Tolentino, Notario Público número ciento noventa y cinco de la Ciudad de México, Distrito Federal. ....................

--- Los Licenciados **DORA LETICIA VIDAL AVILA** y **ADOLFO SÁNCHEZ RESENDIZ**, bajo protesta de decir verdad, le manifestaron al Suscrito Notario Público que el nombramiento de Delegados Fiduciarios y otorgamiento de Poderes, así como las facultades que les fueron conferidas por su representante SCOTIABANK INVERLAT, SOCIEDAD ANÓNIMA, INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT, a la fecha de firma de la presente escritura, no les han sido suspendidos, limitados o revocados bajo ningún concepto ........................................................................................................

---YO, EL NOTARIO, C E R T I F I C O: ..................................................................................

---I.- Que me cercioré de la identidad de los comparecientes, como se precisa al final de sus generales, los conceptúo capacitados legalmente para la celebración de este acto y les advertí de las penas en que incurren quienes declaran falsamente, protestándolos para conducirse con verdad.............................................................................................................

---II.- Los compareciente por sus generales manifestaron ser:...................................................

---El señor **XAVIER ABRAHAM MORENO ORTÍZ**, de nacionalidad mexicana por nacimiento, originario de México Distrito Federal hoy ciudad de México, lugar en donde nació el día 18 (dieciocho) de agosto de 1977 (mil novecientos setenta y siete), casado, abogado, con Registro Federal de Contribuyentes "MOOX770818925", Clave Única de Registro de Población (CURP) "MOOX770818HDFRRV05", con domicilio en el inmueble ubicado en Camino del Cerro número doscientos ochenta, interior 2 (dos), Pedregal de Cabo San Lucas, Código Postal 23450 (veintitrés mil cuatrocientos cincuenta Cabo San Lucas, Baja California Sur; y se identifica con Pasaporte número "08380020933", expedido por la Secretaria de Relaciones Exteriores el día 25 (veinticinco), de mayo 2008 (dos mil

**LIC. JOSE ALBERTO CASTRO SALAZAR**
TITULAR

**LIC. GPE. DEL CARMEN CASTRO SALAZAR**
ADSCRITA

NOTARIA PÚBLICA NÚM. SIETE
DEL ESTADO DE BAJA CALIFORNIA SUR

LA PAZ, BAJA CALIFORNIA SUR

notaria7lap@notaria7bcs.com
notaria7csl@notaria7bcs.com

ocho), con fecha de caducidad 26 (veintiséis) de mayo del 2018 (dos mil dieciocho)..............

---El señor **KENNETH ABOUD JOWDY**, de nacionalidad estadounidense, originario de Connecticut, Estados Unidos de América, donde nació el día 16 (dieciséis) de julio de 1964 (mil novecientos sesenta y cuatro), soltero, empresario, con Registro Federal de Contribuyentes "JOKE640716V57", y Clave Única de Registro de Población (CURP) "JOXK640716HNEWXN01" con domicilio en el inmueble ubicado en (11) once Fairmount Dr Danbury CT 06811-4412 Estados Unidos de América, y se identifica y acredita su legal estancia con su credencial de Residente Permanente número "10672094", expedida por la Secretaría de Gobernación a través del Instituto Nacional de Migración, México, el día 4 (cuatro) de diciembre de 2014 (dos mil catorce)...................................................................

--- La señora **ILSE JOSEFINA RIVERA MORALES**, mexicana por nacimiento, originaria de Chihuahua, Chihuahua, donde nació el día 25 (veinticinco) de abril de 1976 (mil novecientos setenta y seis), soltera, empleada, con Clave Única de Registro de Población (CURP) "RIMI760425MCHVRL06", con domicilio en Mar de Bering Lote número 28 (veintiocho) manzana 1 (uno) fraccionamiento, Miramar, Cabo San Lucas, Baja California Sur, Código Postal 23456 (veintitrés mil cuatrocientos cincuenta y seis), quien se identifica con credencial de elector folio número 1270205159, clave RVMRIL76042508 año de registro 2000. ........................................................................................................................................

--- La señora **EVA SOSA LOPEZ,** de nacionalidad mexicana por nacimiento, originaria de Toledo Municipio de Talpa de Allende, Jalisco, lugar en donde nació el día 1 (primero) de diciembre de 1938 (mil novecientos treinta y ocho), casada, dedicada a las labores de su hogar, con Registro Federal de Contribuyentes "SOLE3712149L3", Clave Única de Registro de Población (CURP) "SOLE381214MJCSPV05", con domicilio en el inmueble ubicado en la Calle Miguel Hidalgo número 205 (doscientos cinco), local 4 (cuatro), Colonia Matamoros, Código Postal 23468 (veintitrés mil cuatrocientos sesenta y ocho) en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur; y se identifica con Credencial de elector expedida por el Instituto Federal Electoral, con clave de elector número "SSLPEV37121414M600". .................................................................................................

--- La señora **DORA LETICIA VIDAL AVILA** mexicana por nacimiento, originaria de Mazatlán, Sinaloa, donde nació el día 16 (dieciséis) de octubre de 1968 (mil novecientos sesenta y ocho), casada, funcionario bancario, con Clave Única de Registro de Población (CURP) "VIAD681016MSLDVR07", con domicilio Plaza Las Palmas Local 4 (cuatro), Carretera Transpeninsular kilómetro 31 (treinta y uno), Colonia Magisterial, Código Postal 23450 (veintitrés mil cuatrocientos cincuenta), San José del Cabo, Baja California Sur;..........

---El señor **ADOLFO SÁNCHEZ RESENDIZ**, mexicano por nacimiento, originario de México Distrito Federal, donde nació el día 17 (diecisiete) de diciembre de 1981 (mil novecientos ochenta y uno), Funcionario Bancario, casado, con Clave Única de Registro de Población (CURP) "SARA811217HDFNSD01", con domicilio en con domicilio en Plaza Las Palmas Local 4 (cuatro), Carretera Transpeninsular kilómetro 31 (treinta y uno), Colonia Magisterial, Código Postal 23450 (veintitrés mil cuatrocientos cincuenta), San José del Cabo, Baja California Sur; ................................................................................................................................

---De dichas identificaciones las agrego como anexos "F", "G", "H", "I", "J", y "K" al

38

apéndice de este protocolo, en el legajo del mismo número de esta escritura.........................
---III.- Que expliqué a los compareciente el contenido del aviso de privacidad a que se refiere los Artículos ocho y diecisiete de la Ley Federal de Protección de Datos Personales en Posesión de los Particulares, otorgando su consentimiento expreso con la firma del presente instrumento. ........................
--- IV.- De conformidad con el Artículo diecisiete, fracción XII, letra A, inciso a), de la Ley Federal para la prevención e Identificación de Operaciones con Recursos de Procedencia Ilícita, el presente acto jurídico será objeto de Aviso a la Secretaría de Hacienda y Crédito Público, por ser superior al equivalente a dieciséis mil veces el salario mínimo vigente en el Distrito Federal........................
---V.- Que tuve a la vista los documentos mencionados en esta escritura................................
---VI.- Que el compareciente ejerció su derecho de leer el presente instrumento. ...................
---VII.- De que leí la presente escritura en voz alta al compareciente, mismo a quien le expliqué el valor y las consecuencias legales de su contenido me manifestó su conformidad, la aprueba, ratifica y firma el día **9** del mes de junio del año dos mil diecisiete. DOY FE.........
XAVIER ABRAHAM MORENO ORTÍZ. FIRMADO. HUELLA DEL DEDO PULGAR DERECHO.- KENNETH ABOUD JOWDY. FIRMADO. HUELLA DEL DEDO PULGAR DERECHO. ILSE JOSEFINA RIVERA MORALES. FIRMADO. HUELLA DEL DEDO PULGAR DERECHO. EVA SOSA LOPEZ. FIRMADO. HUELLA DEL DEDO PULGAR DERECHO.- DORA LETICIA VIDAL AVILA. FIRMADO. HUELLA DEL DEDO PULGAR DERECHO.- ADOLFO SÁNCHEZ RESENDIZ.. FIRMADO. HUELLA DEL DEDO PULGAR DERECHO ........................ .
LIC. JOSÉ ALBERTO CASTRO SALAZAR. FIRMADO. EL SELLO DE AUTORIZAR DEL NOTARIO........................
ES SEGUNDO TESTIMONIO EN SU ORDEN Y PRIMERO QUE SE EXPIDE PARA USO DE LA SOCIEDAD **SH55, LLC** A TITULO DE FIDEICOMISARIA. VA EN DIECINUEVE HOJAS ÚTILES DEBIDAMENTE COTEJADAS, SELLADAS, FIRMADAS Y PROTEGIDAS CON KINEGRAMAS. ........................
CABO SAN LUCAS, MUNICIPIO DE LOS CABOS, BAJA CALIFORNIA SUR, A NUEVE DE JUNIO DEL DOS MIL DIECISIETE DOY FE........................



 

**BAJA CALIFORNIA SUR**
SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN

Gobierno del Estado de Baja California Sur
Subsecretaría de Finanzas
Dirección General del Registro Público de la Propiedad
y el Comercio en el Estado de Baja California Sur
Dirección del Municipio de Los Cabos

Not. o dep.:7:LIC. JOSE ALBERTO CASTRO SALAZAR

LA ESCRITURA NOTARIAL U OFICIO DE LA DEPENCIA NÚMERO 102432 CON VOLUMEN 1767 QUEDO INSCRITO BAJO SIGUIENTE GRAVAMEN HIPOTECA CON EL FOLIO ÍNDICE DE CAPTURA NÚMERO 556,828 QUEDANDO REGISTRADA EN EL FOLIO REAL NÚMERO 004-6153 A LAS 07:57:21 a. CON FECHA 23/10/2017 CON UN MONTO DE 75274800.00

HABIÉNDOSE PAGADO POR DERECHO DE INSCRIPCÍON DEL GRAVAMEN LA SUMA DE $ 146,786.00 SEGÚN BOLETA INDICE NÚMERO SISLCE160649 — 462031 PAGADA CON LA FACTURA NÚMERO 9,993,04 QUE SE EXHIBIO CON UN GRAN TOTAL DE $ 163857 CON FECHA DE PAGO 04 DE OCTUBRE DEL 2017

SISLCE160649.S5S .462031

Firma publica:

Aprobado por .

Zvtproh0ZjdECyu4IR5xLM0Z9+/2KkG1Kg1L75tbpq3QhRwVUVJ8n0DpHiqgvA4ZEbkOV9XLYv/z5x3yN45gxFbL3d4XTnyt1d1EnQinNcdllGevu7oht7VFRfRKhJ8pddPBE+9rLHZYpJhy9dWQQalJTAisWexPEX9PDFCBs0U=

LIC. MARIA DOLORES GARAYZAR GERALDO
DIRECTOR(A)

LIC. CELINA VILLALOBOS WILKES
REGISTRADOR(B)

ARIANNA URIAS CASTRO
CAPTURO

 

**BAJA CALIFORNIA SUR**
SECRETARÍA DE FINANZAS
Y ADMINISTRACIÓN

Gobierno del Estado de Baja California Sur
Subsecretaría de Finanzas
Dirección General del Registro Público de la Propiedad
y el Comercio en el Estado de Baja California Sur
Dirección del Municipio de Los Cabos

Se tomó razón de   CANCELACION DE HIPOTECA   al margen de los registiros   111  y   24  ,de los volúmenes   580   y   245  De la sección primera y segunda, respectivamentie   Habiendose pagado por derechos de cancelación la suma de $   14,745.00   M. N.   Inclusive el 30% adicional, según boleta índice número   SISLCE160649   —   462029  pagada con el recibo oficial número   9993045   que se exhibió con un gran total de $   163857   M. N.   con fecha de pago   04   de   OCTUBRE   del   2017



SISLCE160649.S5S .462029



Firma Publica:

Aprobado por .

IvMhVX2/dV9asQTS3FWH+BlerOn0lNwDpUjQWU8Y0CpBYmKU9m2LrWuSUPtj7Lh36M55cRc4KvZOyqZG+2JOMmOqgq
dcXwc6n/VJgBS0ZBK47iiXFiENPvxNMAhgd3MV5dUKt4USXeWjoDQ/fBeqp+wFzQEw4YMaqHpgqxENWUw=

LIC. MARIA DOLORES GARAYZAR GERALDO
DIRECTOR(A)

LIC. CELINA VILLALOBOS WILKES
REGISTRADOR(B)

ARIANNA URIAS CASTRO
CAPTURO

1