# EXHIBIT B

**Casita 25 (Carrafiello) Lot and Construction Payments**

**6/29/20**

| | Method | Date | Amount Paid to Date | Balance to be Paid | Future Payment Amounts |
|---|---|---|---|---|---|
| **Lot Payments** | | | | $ 225,000.00 | |
| | Bank Wire | 4/12/19 | $ 50,000.00 | $ 175,000.00 | |
| | Bank Check | 12/1/19 | $ 25,000.00 | $ 150,000.00 | |
| | Bank Wire | 6/29/20 | $ 25,000.00 | $ 125,000.00 | |
| | Bank Wire | 12/1/20 | | | $ 25,000.00 |
| | Bank Wire | 6/1/21 | | | $ 25,000.00 |
| | Bank Wire | 12/1/21 | | | $ 75,000.00 |
| | | | $ 100,000.00 | $ 125,000.00 | $ 125,000.00 |
| | | | | | |
| **Construction Payments** | | | | $ 600,000.00 | |
| | Bank Wire | 12/21/18 | $ 75,000.00 | $ 525,000.00 | |
| | Bank Wire | 3/21/19 | $ 75,000.00 | $ 450,000.00 | |
| | Bank Wire | 5/2/19 | $ 50,000.00 | $ 400,000.00 | |
| | Bank Wire | 6/14/19 | $ 25,000.00 | $ 375,000.00 | |
| | Bank Wire | 7/15/19 | $ 50,000.00 | $ 325,000.00 | |
| | Bank Wire | 7/29/19 | $ 25,000.00 | $ 300,000.00 | |
| | Bank Wire | 11/7/19 | $ 50,000.00 | $ 250,000.00 | |
| | Bank Wire | 11/15/19 | $ 25,000.00 | $ 225,000.00 | |
| | | | | | |
| | | | $ 375,000.00 | | |