# EXHIBIT C



P.O. Box 15284
Wilmington, DE 19850

GREGORY A CARRAFIELLO
64 OLD RIDGEBURY RD
DANBURY, CT 06810-7243

## Preferred Rewards

**Customer service information**

📞 1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🌐 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your combined statement
## for November 29, 2018 to December 27, 2018

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Tiered Interest Chkg | 0046 0343 3708 | | Page 3 |
| Platinum Money Market Sav | 0046 4183 1058 | | Page 5 |
| Total balance | | | |



**SHOP (RED) SAVE LIVES**

For every dollar spent during (RED)'s Shopathon through December 31, Bank of America will donate the cost of a day's worth of lifesaving AIDS medication — up to $1.5 million. Together we have the power to make a difference.

**(SHOPATHON) RED**
Bank of America  Official Payment Provider

**SHOP FOR (RED) PRODUCTS AT AMAZON.COM/RED**

Through December 31, 2018, for every dollar spent during the (RED) Shopathon on amazon.com, Bank of America will donate $.20 to the US Fund for the Global Fund to Fight AIDS, Tuberculosis and Malaria to support and fund prevention and treatment of HIV/AIDS, up to a total maximum donation of $1,500,000. Not available outside the US, UK, France and Germany.
©2018 Bank of America Corporation       SSM-09-18-0050 C | ARH55MDK



Account number: 0046 4183 1058

# Your Platinum Money Market Sav
# Preferred Rewards Platinum Honors

**GREGORY A CARRAFIELLO**

## Account summary

Beginning balance on November 29, 2018
Deposits and other additions
ATM and debit card subtractions
Other subtractions
Service fees
Ending balance on December 27, 2018

*Annual Percentage Yield Earned this statement period: 0.03%.*
*Interest Paid Year To Date: $15.55.*

Put your savings account to work for you. As a Preferred Rewards client, you will earn extra interest when you convert your savings account to a Rewards Savings account. There is no cost to upgrade and you keep the same account number. For more information or to upgrade your account, please call us at 888.888.RWDS (888.888.7937) or come in to see us in person by scheduling an appointment online at bankofamerica.com/time.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/03/18 | Online | |
| 12/27/18 | Interes | |

Total deposits an

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 12/21/18 | TRANSFER GREGORY A CARRAFIELL:Diamante CSL, LLC Confirmation# 1643083127 | -75,000.00 |

Total other subtractions  -$75,000.00



P.O. Box 15284
Wilmington, DE 19850

GREGORY A CARRAFIELLO
64 OLD RIDGEBURY RD
DANBURY, CT 06810-7243

**Preferred Rewards**

**Customer service information**

1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your combined statement
## for February 27, 2019 to March 27, 2019

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Tiered Interest Chkg | 0046 0343 3708 | | Page 3 |
| Platinum Money Market Sav | 0046 4183 1058 | | Page 5 |

**Total balance**

Our Mobile Banking app[1] and Online Banking are both certified by J.D. Power[2] for providing

## "An Outstanding Customer Experience."

Download the app today from your app store or visit bankofamerica.com

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2] J.D. Power 2019 Mobile App Certification Program℠ and 2019 Website Certification Program℠ recognition is based on successful completion of an audit and exceeding a customer experience benchmark through a survey of recent servicing interactions. For more information, visit jdpower.com/awards.   SSM-11-18-0529  | ARFVGMFT

GREGORY A CARRAFIELLO   |   Account # 0046 0343 3708   |   February 27, 2019 to March 27, 2019

## Deposits and other additions - continued

| Date | Desc | Amount |
|---|---|---|
| 03/21/19 | | |
| 03/27/19 | | |
| Total deposits | | |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 02/28/19 | | |
| 03/11/19 | | |
| 03/14/19 | | |
| 03/14/19 | | |
| 03/21/19 | TRANSFER GREGORY A CARRAFIELL:Diamante CSL, LLC Confirmation# 0619721651 | -75,000.00 |
| 03/25/19 | | |
| Total withdrawals and other subtractions | | |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 03/25/19 | 380 | |

Total checks
Total # of checks

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 03/14/19 | | |
| 03/22/19 | | |

Total servic

*Note your Endi*



P.O. Box 15284
Wilmington, DE 19850

GREGORY A CARRAFIELLO
64 OLD RIDGEBURY RD
DANBURY, CT 06810-7243

## Preferred Rewards

**Customer service information**

- 1.888.888.RWDS (1.888.888.7937)

  TDD/TTY users only: 1.800.288.4408

  En Español: 1.800.688.6086

- bankofamerica.com

- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

# Your combined statement
## for March 28, 2019 to April 26, 2019

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Tiered Interest Chkg | 0046 0343 3708 | . . . | Page 3 |
| Platinum Money Market Sav | 0046 4183 1058 | | Page 5 |

**Total balance**



Account number: 0046 4183 1058

# Your Platinum Money Market Sav
# Preferred Rewards Platinum Honors

**GREGORY A CARRAFIELLO**

## Account summary

| | |
|---|---|
| Beginning balance on March 28, 2019 | |
| Deposits and other additions | |
| ATM and debit card subtractions | |
| Other subtractions | |
| Service fees | |
| Ending balance on April 26, 2019 | |

*Annual Percentage Yield Earned this statement period: 0.03%.*
*Interest Paid Year To Date: $5.65.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 04/05/19 | ( | |
| 04/26/19 | ! | |
| Total deposi | | |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 04/08/19 | | |
| 04/08/19 | | |
| 04/12/19 | TRANSFER GREGORY A CARRAFIELL:Diamante CSL, LLC Confirmation# 0508278539 | -50,000.00 |
| Total other subtractions | | |



P.O. Box 15284
Wilmington, DE 19850

GREGORY A CARRAFIELLO
64 OLD RIDGEBURY RD
DANBURY, CT 06810-7243

## Preferred Rewards

**Customer service information**

- 1.888.888.RWDS (1.888.888.7937)

  TDD/TTY users only: 1.800.288.4408

  En Español: 1.800.688.6086

- bankofamerica.com

- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

# Your combined statement
## for April 27, 2019 to May 29, 2019

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Tiered Interest Chkg | 0046 0343 3708 | | Page 3 |
| Platinum Money Market Sav | 0046 4183 1058 | | Page 5 |

**Total balance**



Account number: 0046 4183 1058

# Your Platinum Money Market Sav
# Preferred Rewards Platinum Honors

**GREGORY A CARRAFIELLO**

## Account summary

Beginning balance on April 27, 2019

Deposits and other additions

ATM and debit card subtractions

Other subtractions

Service fees

Ending balance on May 29, 2019

Annual Percentage Yield Earned this statement period: 0.03%.
Interest Paid Year To Date: $6.50.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 05/02/19 | | |
| 05/29/19 | | |

Total depo

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 05/02/19 | TRANSFER GREGORY A CARRAFIELL:Diamante CSL, LLC Confirmation# 0483049200 | -50,000.00 |
| 05/07/19 | | |

Total ot



P.O. Box 15284
Wilmington, DE 19850

GREGORY A CARRAFIELLO
64 OLD RIDGEBURY RD
DANBURY, CT 06810-7243

**Preferred Rewards**

**Customer service information**

1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your combined statement
## for May 30, 2019 to June 26, 2019

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Tiered Interest Chkg | 0046 0343 3708 | | Page 3 |
| Platinum Money Market Sav | 0046 4183 1058 | | Page 5 |
| Total balance | | | |

Our Mobile Banking app[1] and Online Banking are both certified by J.D. Power[2] for providing

## "An Outstanding Customer Experience."

Download the app today from your app store or visit **bankofamerica.com**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2] J.D. Power 2019 Mobile App Certification Program℠ and 2019 Website Certification Program℠ recognition is based on successful completion of an audit and exceeding a customer experience benchmark through a survey of recent servicing interactions. For more information, visit jdpower.com/awards.   SSM-11-18-0529.C | ARFVGMFT

PULL: B   CYCLE: 18   SPEC: E   DELIVERY: E   TYPE:   IMAGE: B   BC: MA



Account number: 0046 4183 1058

# Your Platinum Money Market Sav
# Preferred Rewards Platinum Honors

**GREGORY A CARRAFIELLO**

## Account summary

Beginning balance on May 30, 2019

Deposits and other additions

ATM and debit card subtractions

Other subtractions

Service fees

Ending balance on June 26, 2019

Annual Percentage Yield Earned this statement period: 0.03%.
Interest Paid Year To Date: $7.05.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 06/03/19 | | |
| 06/26/19 | | |

Total deposi

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 06/14/19 | TRANSFER GREGORY A CARRAFIELL:Diamante CSL, LLC Confirmation# 1455002058 | -25,000.00 |
| 06/17/ | | |
| 06/17/ | | |

Total other subtractions



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

GREGORY A CARRAFIELLO
64 OLD RIDGEBURY RD
DANBURY, CT 06810-7243

**Preferred Rewards**

**Customer service information**

1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your combined statement
for June 27, 2019 to July 29, 2019

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Tiered Interest Chkg | 0046 0343 3708 | | Page 3 |
| Platinum Money Market Sav | 0046 4183 1058 | | Page 5 |
| Total balance | | | |





### Celebrate independence!
Here's to your success, prosperity and
financial independence in 2019 and beyond.
**bankofamerica.com**

SSM-04-19-0149.B | ARNN8NHK



Account number: 0046 4183 1058

# Your Platinum Money Market Sav
# Preferred Rewards Platinum Honors

**GREGORY A CARRAFIELLO**

## Account summary

| | |
|---|---|
| Beginning balance on June 27, 2019 | |
| Deposits and other additions | |
| ATM and debit card subtractions | |
| Other subtractions | |
| Service fees | |
| Ending balance on July 29, 2019 | |

*Annual Percentage Yield Earned this statement period: 0.03%.*
*Interest Paid Year To Date: $7.22.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 07/15/19 | | |
| 07/15/19 | | |
| 07/25/19 | | |
| 07/29/19 | | |
| 07/29/19 | | |

Total depos

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 07/15/19 | TRANSFER GREGORY A CARRAFIELL:Diamante CSL, LLC Confirmation# 0220735762 | -50,000.00 |
| 07/29/19 | TRANSFER GREGORY A CARRAFIELL:Diamante CSL, LLC Confirmation# 0242682574 | -25,000.00 |
| **Total other subtractions** | | **-$75,000.00** |

Case 2:13-cr-00607-JFB-AYS   Document 883-3   Filed 07/16/20   Page 14 of 20 PageID #: 25627



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

GREGORY A CARRAFIELLO
64 OLD RIDGEBURY RD
DANBURY, CT 06810-7243

BANK OF AMERICA
## Preferred Rewards
**Customer service information**

- 1.888.888.RWDS (1.888.888.7937)

  TDD/TTY users only: 1.800.288.4408

  En Español: 1.800.688.6086

- bankofamerica.com

- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your combined statement
for October 30, 2019 to November 26, 2019

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Tiered Interest Chkg | 0046 0343 3708 | | Page 3 |
| Platinum Money Market Sav | 0046 4183 1058 | | Page 5 |

Total balance

---



### Help prevent fraud

Just a friendly reminder to make sure your contact information is up to date. It helps us reach you quickly if we detect suspicious activity. Simply sign in to Online Banking and go to Profile & Settings or use the Mobile Banking app.[1]

**Is your contact info up to date?** Check now at **bankofamerica.com**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Bank of America, N.A. Member FDIC.

SSM-07-19-0200 B | ARMRCXRQ

PULL: B   CYCLE: 18   SPEC: E   DELIVERY: E   TYPE:   IMAGE: B   BC: MA

Page 1 of 6

GREGORY A CARRAFIELLO  |  Account # 0046 0343 3708  |  October 30, 2019 to November 26, 2019

## Withdrawals and other subtractions

| Date | Transaction description | Amount |
|---|---|---|
| 10/30/19 | | |
| 11/04/19 | | |
| 11/07/19 | TRANSFER GREGORY A CARRAFIELL:Diamante CSL, LLC Confirmation# 1416668955 | -50,000.00 |
| 11/25/19 | | |
| 11/25/19 | | |
| 11/26/19 | | |

Total w:

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/30/19 | | |
| 11/08/19 | | |

Total serv

*Note your Er*



**BANK OF AMERICA**

Account number: 0046 4183 1058

# Your Platinum Money Market Sav
# Preferred Rewards Platinum Honors

**GREGORY A CARRAFIELLO**

## Account summary

| | |
|---|---|
| Beginning balance on October 30, 2019 | |
| Deposits and other additions | |
| ATM and debit card subtractions | |
| Other subtractions | |
| Service fees | |
| Ending balance on November 26, 2019 | |

Annual Percentage Yield Earned this statement period: 0.03%.
Interest Paid Year To Date: $8.24.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 11/05/19 | | |
| 11/15/19 | | |
| 11/22/19 | | |
| 11/26/19 | | |

Total deposits and other additions

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 11/15/19 | WIRE TYPE:WIRE OUT DATE:191115 TIME:1641 ET TRN:2019111500523894 SERVICE REF:017467 BNF:DIAMANTE CSL, LLC ID:4349734049 BNF BK:TD BANK , NA ID:026013673 PMT DET:280762708 CASITA 25 CONS TRUCTION EXPENSES | -25,000.00 |
| 11/15/19 | | |

Total other subtractions



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

GREGORY A CARRAFIELLO
37 TOWNE BROOKE CMNS
BROOKFIELD, CT 06804-2557

BANK OF AMERICA
# Preferred Rewards
**Customer service information**

- 1.888.888.RWDS (1.888.888.7937)
  TDD/TTY users only: 1.800.288.4408
  En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

# Your combined statement
for December 28, 2019 to January 29, 2020

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Tiered Interest Chkg | 0046 0343 3708 | | Page 3 |
| Platinum Money Market Sav | 0046 4183 1058 | | Page 7 |
| Total balance | | | |

## A smart start toward pursuing financial independence

Bank of America Advantage SafeBalance Banking® helps students manage money — with no overdraft fees.

Get started at **bankofamerica.com/Students**.

Students under age 24 are eligible for a waiver of the monthly maintenance fee while enrolled in a high school or in a college, university or vocational program. Please refer to your Personal Schedule of Fees for details at bankofamerica.com/fees.

SSM-09-19-0057.B | ARML3FT7

PULL: B   CYCLE: 18   SPEC: E   DELIVERY: E   TYPE:   IMAGE: B   BC: MA

GREGORY A CARRAFIELLO   |   Account # 0046 0343 3708   |   December 28, 2019 to January 29, 2020

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 12/30/19 | | |
| 01/02/20 | | |
| 01/07/20 | | |
| 01/07/20 | | |
| 01/13/20 | | |
| 01/14/20 | | |
| 01/21/20 | | |
| 01/22/20 | | |
| 01/22/20 | | |
| 01/27/20 | | |
| 01/29/20 | | |

**Total withdrawals and other subtractions**

## Checks

| Date | Check # | Amount |
|---|---|---|
| 01/17/20 | 381 | -25,000.00 |
| **Total checks** | | **-$25,000.00** |
| **Total # of checks** | | **1** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 12/30/19 | Wire Transfer Fee | -0.00 |
| 01/02/20 | Wire Transfer Fee | -0.00 |
| 01/07/20 | Wire Transfer Fee | -0.00 |
| 01/13/20 | Wire Transfer Fee | -0.00 |

continued on the next page

# BANK OF AMERICA

GREGORY A CARRAFIELLO | Account # 0046 0343 3708 | December 28, 2019 to January 29, 2020

## Check images
**Account number: 0046 0343 3708**
Check number: 381 | Amount: $25,000.00





## Platinum Money Market Sav - 1058: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 06/29/2020 |
| **Amount:** | -25,000.00 |
| **Type:** | Transfer |
| **Description:** | TRANSFER GREGORY A CARRAFIELL:Diamante CSL, LLC Confirmation# 2747041367 |
| **Merchant name:** | GREGORY A CARRAFIELL:DIAMANTE CSL, LLC |
| **Transaction category:** | Uncategorized: Uncategorized |