# EXHIBIT E

**Casita 25 (Carrafiello) - Payments for Material/Equipment purchased separately**
9/15/2019

Exchange Rate = 19

| Vendor | Description | Invoice No. | Date Paid | Amount Paid |
|---|---|---|---|---|
| Appliances and Home Décor | Hardware for Media Barn door and Gregory's Closet | | 7/15/2019 | $ 754.35 |
| Artell SA de CV | Sheer Material | OV-000168023 | 3/20/2019 | $ 2,562.03 |
| | Blackout Material | | | $ 1,360.11 |
| | Blackout Material-Final Payment | | | $ 18.95 |
| Carpentry | Kitchen Redo | | 10/1/2019 | $ 12,631.58 |
| CargoBaja | Celosia Freight | 1902/0034 | 3/21/2019 | $ 671.58 |
| | Importation/Freight-Outdoor Sconces | 2894920879 | 3/21/2019 | $ 360.73 |
| | Importation/Freight-Cami's Dresser/Bookshelf | | 5/9/2019 | $ 641.80 |
| Commercializador JYT S DE RL DE CV | Miscellaneous Lighting | | 1/28/2019 | $ 192.46 |
| Costco Los Cabos | Carpet-TV Room | | 1/8/2020 | $ 254.58 |
| DeMiguel Cortinas | Sheers Manufacturing/Installation | 3/16/2019 | 4/9/2019 | $ 2,810.11 |
| | Blackout Manufacturing/Installation | | 9/3/2019 | $ 982.63 |
| | Blackout Manufacturing/Installation | | 6/17/2019 | $ 1,123.26 |
| | Blackout Manufacturing/Installation | | 1/7/2020 | $ 654.97 |
| | Deposit for Exterior furniture covers | | 1/7/2020 | $ 334.74 |
| GE Appliances | Kitchen Appliances-Deposit | | 3/7/2019 | $ 20,717.60 |
| | Kitchen Appliances-Final Payment | | | $ 26.00 |
| Joaquin Beltran | Front Door Handle | | 4/6/2019 | $ 1,407.95 |
| Maria De Los Angeles | Celosia Deposit | | | |
| | Celosia-2nd Payment | | 3/21/2019 | $ 1,166.00 |
| Marmoles Arca | Deposit Floor Tile-Silk Georgette | | 2/19/2019 | $ 25,842.00 |
| | Final Payment Floor Tile-Silk Georgette | | | $ 11,075.00 |
| Meggi SA de CV | Importation of Furniture | 165530 | 9/3/2019 | $ 2,713.26 |
| Muro Herrajes | Celosia (ck no. 326) | | 4/2/2019 | $ 4,888.23 |
| Natural Stone | Additional Silk Georgette for Entry | | 4/23/2019 | $ 1,059.70 |
| | Granite Deposit | 43411 | 4/16/2019 | $ 8,000.00 |
| | Granite Final Payment | 43411 | | $ 8,005.74 |
| Paypal-Faucets LTD | Master Bathroom Faucets | | 2/19/2019 | $ 933.80 |
| Paypal-Décor Planet | Guest Bathroom Sink | #20-000550375 | 3/27/2019 | $ 944.57 |
| Paypal-Direct Door Hardware | Door Handles | | 4/1/2019 | $ 1,375.35 |
| Paypal-Direct Door Hardware | Door Handles | | 4/5/2019 | $ 63.00 |
| Piarece | Sinks for Master Bathroom | 321 | 5/16/19 and 8/14/19 | $ 970.61 |
| RH Furniture-VISA | Outdoor Furniture | Z190802-344677 | 8/22/2019 | $ 5,417.16 |
| | Cami's Dresser and Bookshelf | 18329389 | 4/10/2019 | $ 2,514.89 |
| TurboRoof | Casita Roof | 2072 | 11/10/2019 | $ 203.91 |
| VISA - eBay | Kitchen Faucet-Axor | | 3/8/2019 | $ 699.99 |
| VISA-Direct Door Hardware | Door Handles | 187648 | 4/2/2019 | $ 1,438.35 |
| VISA-All Modern - Wayfair | Bathroom Faucets | 2894910889 | 1/17/2019 | $ 1,283.95 |
| VISA-Amazon-Bathroom Accessories | Bathroom Towel bars, towell pegs, TP holders | MB1ZV8B80 | 1/21/2019 | $ 873.48 |
| VISA-Amazon-Bathroom Accessories | | MB4JA4Q30 | 1/24/2019 | $ 395.09 |
| VISA-Amazon-Bathroom Accessories | | MI38Y8DS2 | 3/8/2019 | $ 540.24 |
| VISA-Wayfair | Bathroom Accessories | | 3/9/2019 | $ 1,413.51 |
| VISA-Wayfair | Bathroom Accessories | | 3/14/2019 | $ 92.88 |
| | | | | $ 129,416.13 |