Anthony Miranda

327 Kennedy Lane
Oceanside Ca 92054

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 20 2020 ★
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES | CRIMINAL DOCKET NO. 13-607 (JFB)(EDNY) |
| vs. | |
| PHILLIP A. KENNER, ET AL. | ANCILLARY PETITION FOR CLAIM OF LEGAL RIGHT, TITLE OR INTEREST IN FORFEITED PROPERTY |
| | [21 USC § 853(n)] |

RECEIVED
JUL 20 2020
EDNY PRO SE OFFICE

I Anthony Miranda, declare under penalty of perjury that the facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

1.   The identity of the property in which the petition claims a legal right, title or interest:  I own a 1.5% partnership share in Diamante Properties LLC, 457 Main Street, Suite 1A, Danbury, CT 06811.  Partnership No. 32-0127491.  I have owned these shares since 2008.  I received these shares for being employed by Diamante since 2003 and was given this for my early involvement in the project.  The shares interest was acquired when I was reasonably

without cause to believe that the property was subject to forfeiture. As proof of ownership, I receive an annual K-1 for this asset, as evidenced by a true and correct copy attached hereto as Exhibit "A".

2. The nature and extent of the such legal right, title or interest: I own a 1.5% partnership share in Diamante Properties LLC, 457 Main Street, Suite 1A, Danbury, CT 06811. Partnership No. 32-0127491. I have owned these shares since 2008. I received these shares for being employed by Diamante since 2003 and was given this for my early involvement in the project. The shares interest was acquired when I was reasonably without cause to believe that the property was subject to forfeiture. As proof of ownership, I receive an annual K-1 for this asset, as evidenced by a true and correct copy attached hereto as Exhibit "A".

3. The time and circumstances of the petitioner's acquisition of the right, title or interest: I own a 1.5% partnership share in Diamante Properties LLC, 457 Main Street, Suite 1A, Danbury, CT 06811. Partnership No. 32-0127491. I have owned these shares since 2008. I received these shares for being employed by Diamante since 2002 and was given this for my early involvement in the project. The shares interest was acquired when I was reasonably without cause to believe that the property was subject to forfeiture. As proof of ownership, I receive an annual K-1 for this asset, as evidenced by a true and correct copy attached hereto as Exhibit "A".

4. Any additional facts or documents supporting petitioner's claim in the relief sought: As proof of ownership, I receive an

2

**ANCILLARY PETITION FOR CLAIM OF LEGAL RIGHT, TITLE OR INTEREST IN FORFEITED PROPERTY**

annual K-1 for this asset, as evidenced by a true and correct copy attached hereto as Exhibit "A". I reasonably believe I am entitled to fair value consideration for my shares.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on June 14, 2020, at Oceanside, California.

_____
Anthony Miranda

7-16-20

To be filed:

United States District Court
Eastern District of New York
Long Island Courthouse
Clerk of Court
100 Federal Plaza
Central Islip, NY 11722

Copies to:

Assistant United States Attorney
Diane Leonardo
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, NY  11722

FSA Asset Forfeiture Paralegal
Kristin Lake
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, NY  11722

3

**ANCILLARY PETITION FOR   CLAIM OF LEGAL RIGHT, TITLE OR INTEREST IN FORFEITED PROPERTY**

12

651113

| Schedule K-1 (Form 1065) | **2015** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2015, or tax year beginning _____ ending _____ | **Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items** | |

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

| | |
|---|---|
| 1 Ordinary business income (loss) | 15 Credits |
| 58,992. | |
| 2 Net rental real estate income (loss) | |
| | 16 Foreign transactions |
| 3 Other net rental income (loss) | A  MEXICO |
| | B  198,072. |
| 4 Guaranteed payments | E  192,339. |
| | U  127,615. |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| 7 Royalties | |
| | 18 Tax-exempt income and nondeductible expenses |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| | 20 Other information |
| 10 Net section 1231 gain (loss) | |
| 5,732. | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |
| A   0. | |

**Part I  Information About the Partnership**

A Partnership's employer identification number
32-0127491

B Partnership's name, address, city, state, and ZIP code
DIAMANTE PROPERTIES, LLC
131 DEER HILL AVENUE, SUITE B
DANBURY, CT  06810

C IRS Center where partnership filed return
E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E Partner's identifying number
███-0176

F Partner's name, address, city, state, and ZIP code
ANTHONY MIRANDA
327 KENNEDY LANE
OCEANSIDE, CA  92054

G ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

H ☒ Domestic partner    ☐ Foreign partner

I1 What type of entity is this partner?  INDIVIDUAL
I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital:
|  | Beginning | Ending |
|---|---|---|
| Profit | 1.5000000% | 1.5000000% |
| Loss   | 1.5000000% | 1.5000000% |
| Capital| 1.5000000% | 1.5000000% |

K Partner's share of liabilities at year end:
Nonrecourse ........................ $ 338,607.
Qualified nonrecourse financing .... $ 341,958.
Recourse ........................... $ 0.

*See attached statement for additional information.

L Partner's capital account analysis:
Beginning capital account ........... $ -209,557.
Capital contributed during the year . $
Current year increase (decrease) .... $ 43,217.
Withdrawals & distributions ......... $(          )
Ending capital account .............. $ -166,340.

☐ Tax basis    ☒ GAAP    ☐ Section 704(b) book    ☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes," attach statement (see instructions)

511261  12-16-15  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.    IRS.gov/form1065    Schedule K-1 (Form 1065) 2015

12

23360915  714933 DIAMANTEPROP    2015.04020 DIAMANTE PROPERTIES. LLC    DIAMAN01

Schedule K-1 (Form 1065) 2015

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Code | Report on |
|---|---|---|---|
| 1. | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | | |
| | Passive loss | | See the Partner's Instructions |
| | Passive income | | Schedule E, line 28, column (g) |
| | Nonpassive loss | | Schedule E, line 28, column (h) |
| | Nonpassive income | | Schedule E, line 28, column (j) |
| 2. | Net rental real estate income (loss) | | See the Partner's Instructions |
| 3. | Other net rental income (loss) | | |
| | Net income | | Schedule E, line 28, column (g) |
| | Net loss | | See the Partner's Instructions |
| 4. | Guaranteed payments | | Schedule E, line 28, column (j) |
| 5. | Interest income | | Form 1040, line 8a |
| 6a. | Ordinary dividends | | Form 1040, line 9a |
| 6b. | Qualified dividends | | Form 1040, line 9b |
| 7. | Royalties | | Schedule E, line 4 |
| 8. | Net short-term capital gain (loss) | | Schedule D, line 5 |
| 9a. | Net long-term capital gain (loss) | | Schedule D, line 12 |
| 9b. | Collectibles (28%) gain (loss) | | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c. | Unrecaptured section 1250 gain | | See the Partner's Instructions |
| 10. | Net section 1231 gain (loss) | | See the Partner's Instructions |
| 11. | Other income (loss) | | |
| | Code | | |
| A | Other portfolio income (loss) | | See the Partner's Instructions |
| B | Involuntary conversions | | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | | Form 6781, line 1 |
| D | Mining exploration costs recapture | | See Pub. 535 |
| E | Cancellation of debt | | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | | See the Partner's Instructions |
| 12. | Section 179 deduction | | See the Partner's Instructions |
| 13. | Other deductions | | |
| A | Cash contributions (50%) | | |
| B | Cash contributions (30%) | | |
| C | Noncash contributions (50%) | | |
| D | Noncash contributions (30%) | | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | | |
| F | Capital gain property (20%) | | |
| G | Contributions (100%) | | |
| H | Investment interest expense | | Form 4952, line 1 |
| I | Deductions—royalty income | | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | | See the Partner's Instructions |
| K | Deductions—portfolio (2% floor) | | Schedule A, line 23 |
| L | Deductions—portfolio (other) | | Schedule A, line 28 |
| M | Amounts paid for medical insurance | | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | | See the Partner's Instructions |
| O | Dependent care benefits | | Form 2441, line 12 |
| P | Preproductive period expenses | | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | | See Form 8582 instructions |
| R | Pensions and IRAs | | See the Partner's Instructions |
| S | Reforestation expense deduction | | See the Partner's Instructions |
| T | Domestic production activities information | | See Form 8903 instructions |
| U | Qualified production activities income | | Form 8903, line 7b |
| V | Employer's Form W-2 wages | | Form 8903, line 17 |
| W | Other deductions | | See the Partner's Instructions |
| 14. | Self-employment earnings (loss) | | |

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | | |
|---|---|---|---|
| A | Net earnings (loss) from self-employment | | Schedule SE, Section A or B |
| B | Gross farming or fishing income | | See the Partner's Instructions |
| C | Gross non-farm income | | See the Partner's Instructions |
| 15. | Credits | | |
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | | |
| B | Low-income housing credit (other) from pre-2008 buildings | | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | | See the Partner's Instructions |
| D | Low-income housing credit (other) from post-2007 buildings | | |
| E | Qualified rehabilitation expenditures (rental real estate) | | |
| F | Other rental real estate credits | | |
| G | Other rental credits | | |
| H | Undistributed capital gains credit | | Form 1040, line 73, check box a |
| I | Biofuel producer credit | | |
| J | Work opportunity credit | | See the Partner's Instructions |
| K | Disabled access credit | | |
| L | Empowerment zone employment credit | | |
| M | Credit for increasing research activities | | |
| N | Credit for employer social security and Medicare taxes | | See the Partner's Instructions |
| O | Backup withholding | | |
| P | Other credits | | |
| 16. | Foreign transactions | | |
| A | Name of country or U.S. possession | | |
| B | Gross income from all sources | | Form 1116, Part I |
| C | Gross income sourced at partner level | | |
| | Foreign gross income sourced at partnership level | | |
| D | Passive category | | |
| E | General category | | Form 1116, Part I |
| F | Other | | |
| | Deductions allocated and apportioned at partner level | | |
| G | Interest expense | | Form 1116, Part I |
| H | Other | | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| I | Passive category | | |
| J | General category | | Form 1116, Part I |
| K | Other | | |
| | Other information | | |
| L | Total foreign taxes paid | | Form 1116, Part II |
| M | Total foreign taxes accrued | | Form 1116, Part II |
| N | Reduction in taxes available for credit | | Form 1116, line 12 |
| O | Foreign trading gross receipts | | Form 8873 |
| P | Extraterritorial income exclusion | | Form 8873 |
| Q | Other foreign transactions | | See the Partner's Instructions |
| 17. | Alternative minimum tax (AMT) items | | |
| A | Post-1986 depreciation adjustment | | |
| B | Adjusted gain or loss | | |
| C | Depletion (other than oil & gas) | | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal – gross income | | |
| E | Oil, gas, & geothermal – deductions | | |
| F | Other AMT items | | |
| 18. | Tax-exempt income and nondeductible expenses | | |
| A | Tax-exempt interest income | | Form 1040, line 8b |
| B | Other tax-exempt income | | See the Partner's Instructions |
| C | Nondeductible expenses | | See the Partner's Instructions |
| 19. | Distributions | | |
| A | Cash and marketable securities | | |
| B | Distributions subject to section 737 | | See the Partner's Instructions |
| C | Other property | | |
| 20. | Other information | | |
| A | Investment income | | Form 4952, line 4a |
| B | Investment expenses | | Form 4952, line 5 |
| C | Fuel tax credit information | | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | | See the Partner's Instructions |
| E | Basis of energy property | | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | | Form 8611, line 8 |
| H | Recapture of investment credit | | See Form 4255 |
| I | Recapture of other credits | | See the Partner's Instructions |
| J | Look-back interest – completed long-term contracts | | See Form 8697 |
| K | Look-back interest – income forecast method | | See Form 8866 |
| L | Dispositions of property with section 179 deductions | | |
| M | Recapture of section 179 deduction | | |
| N | Interest expense for corporate partners | | |
| O | Section 453(l)(3) information | | |
| P | Section 453A(c) information | | See the Partner's Instructions |
| Q | Section 1260(b) information | | |
| R | Interest allocable to production expenditures | | |
| S | CCF nonqualified withdrawals | | |
| T | Depletion information – oil and gas | | |
| U | Reserved | | |
| V | Unrelated business taxable income | | |
| W | Precontribution gain (loss) | | |
| X | Section 108(i) information | | |
| Y | Net investment income | | |
| Z | Other information | | |

511262
12-16-15
12

## Schedule of Activities

For calendar year 2015, or tax year beginning _____, 2015, and ending _____, _____.

**Name:** DIAMANTE PROPERTIES, LLC  
**For:** ANTHONY MIRANDA  
**I.D. Number:** 32-0127491  
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

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code* | Description |
|---|---|---|---|---|---|
| | 1 | | | | DIAMANTE CABO SAN LUCAS, LLC |

| | Activity - 1 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | 58,992. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | 5,732. | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

```
* 1 - Single Family Residence      5 - Land
  2 - Multi-Family Residence       6 - Royalties
  3 - Vacation or Short-Term Rental 7 - Self-Rental
  4 - Commercial                   8 - Other
```

525001 04-01-15

12
23360915 714933 DIAMANTEPROP    2015.04020 DIAMANTE PROPERTIES. LLC       DIAMAN01

## Foreign Taxes

| | |
|---|---|
| Name of partnership/corporation | Employer identification number |
| DIAMANTE PROPERTIES, LLC | 32-0127491 |

a  Name of foreign country or U.S. possession ............................................... **MEXICO**
b  Total gross income sourced at shareholder/partner level ...............................
c  Total gross income sourced at corporate/partnership level:
    (1) Passive category ...............................................................................
    (2) General category ............................................................................... 192,339.
    (3) Section 901(j) income .......................................................................
    (4) Income re-sourced by treaty .............................................................
    (5) Other income ....................................................................................
d  Deductions allocated and apportioned at shareholder/partner level:
    (1) Interest expense ................................................................................
    (2) Other .................................................................................................
e  Deductions allocated and apportioned at corporate/partnership level:
    (1) Passive category ...............................................................................
    (2) General category ............................................................................... 127,615.
    (3) Section 901(j) income .......................................................................
    (4) Income re-sourced by treaty .............................................................
    (5) Other income ....................................................................................
f  Total foreign taxes - ☐ Paid ☐ Accrued ...........................................
g  Reduction in taxes available for credit ...................................................



USPS PRIORITY MAIL 2-DAY label

SHIP TO:
ANTHONY MIRANDA
ANTHONY MIRANDA
327 Kennedy Ln
Oceanside CA 92054-4419

United States District Court
Eastern District of New York
Long Island Courthouse
Clerk of Court
100 Federal Plaza
Central Islip NY 11722-4438

USPS TRACKING #
9405 5118 9956 3260 4813 50

CERTIFIED MAIL
7018 2290 0000 3839 6512

Signature required

7/17/20

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 20 2020
LONG ISLAND OFFICE