1   Robert Burdick

2   1721 Crestview Ave
    Seal Beach CA 90740

3

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 2 1 2020   ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES | CRIMINAL DOCKET NO. 13-607 (JFB)(EDNY) |
| vs. | |
| PHILLIP A. KENNER, ET AL. | **ANCILLARY PETITION FOR CLAIM OF LEGAL RIGHT, TITLE OR INTEREST IN FORFEITED PROPERTY** |
| | **[21 USC § 853(n)]** |

    I ROBERT BURDICK, declare under penalty of perjury that the facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

    1.   The identity of the property in which the petition claims a legal right, title or interest:  I own a 1.5% partnership share in Diamante Properties LLC, 457 Main Street, Suite 1A, Danbury, CT 06811.  Partnership No. 32-0127491.  I have owned these shares since 2008.  I received these shares for being employed by Diamante since 2002 and was given this for my early involvement in the project.  The shares interest was acquired when I was reasonably

1

**ANCILLARY PETITION FOR  CLAIM OF LEGAL RIGHT, TITLE OR INTEREST IN FORFEITED PROPERTY**

1  without cause to believe that the property was subject to
2  forfeiture.  As proof of ownership, I receive an annual K-1 for
3  this asset, as evidenced by a true and correct copy attached hereto
4  as Exhibit "A".
5      2.   The nature and extent of the such legal right, title or
6  interest:  I own a 1.5% partnership share in Diamante Properties
7  LLC, 457 Main Street, Suite 1A, Danbury, CT 06811.  Partnership No.
8  32-0127491.  I have owned these shares since 2008.  I received
9  these shares for being employed by Diamante since 2002 and was
10 given this for my early involvement in the project.  The shares
11 interest was acquired when I was reasonably without cause to
12 believe that the property was subject to forfeiture.  As proof of
13 ownership, I receive an annual K-1 for this asset, as evidenced by
14 a true and correct copy attached hereto as Exhibit "A".
15     3.   The time and circumstances of the petitioner's
16 acquisition of the right, title or interest:  I own a 1.5%
17 partnership share in Diamante Properties LLC, 457 Main Street,
18 Suite 1A, Danbury, CT 06811.  Partnership No. 32-0127491.  I have
19 owned these shares since 2008.  I received these shares for being
20 employed by Diamante since 2002 and was given this for my early
21 involvement in the project.  The shares interest was acquired when
22 I was reasonably without cause to believe that the property was
23 subject to forfeiture.  As proof of ownership, I receive an annual
24 K-1 for this asset, as evidenced by a true and correct copy
25 attached hereto as Exhibit "A".
26     4.   Any additional facts or documents supporting petitioner's
27 claim in the relief sought:  As proof of ownership, I receive an
28

2

**ANCILLARY PETITION FOR  CLAIM OF LEGAL RIGHT, TITLE OR INTEREST IN FORFEITED PROPERTY**

1   annual K-1 for this asset, as evidenced by a true and correct copy

2   attached hereto as Exhibit "A".  I reasonably believe I am entitled

3   to fair value consideration for my shares.

4       I declare under penalty of perjury under the laws of the State

5   of California that the foregoing is true and correct, and that this

6   declaration is executed on June 14, 2020, at Seal Beach,

7   California.

8

9                                                  ROBERT BURDICK

10  To be filed:

11  United States District Court
12  Eastern District of New York
    Long Island Courthouse
13  Clerk of Court
    100 Federal Plaza
14  Central Islip, NY 11722

15  Copies to:

16  Assistant United States Attorney
17  Diane Leonardo
    United States Attorney's Office
18  Eastern District of New York
    610 Federal Plaza
19  Central Islip, NY  11722

20  FSA Asset Forfeiture Paralegal
21  Kristin Lake
    United States Attorney's Office
22  Eastern District of New York
    610 Federal Plaza
23  Central Islip, NY  11722

24

25

26

27

28

                                    3

**ANCILLARY PETITION FOR   CLAIM OF LEGAL RIGHT, TITLE OR INTEREST IN FORFEITED PROPERTY**

| Schedule K-1<br>(Form 1065) | **2008** | | ☐ Final K-1   ☐ Amended K-1 | 651108<br>OMB No. 1545-0099 |

**Schedule K-1 (Form 1065)**

Department of the Treasury
Internal Revenue Service

For calendar year 2008, or tax
year beginning _____, 2008
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 Ordinary business income (loss) | 15 Credits |
|---|---|
| -359. | |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 11. | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | 17 Alternative minimum tax (AMT) items |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 19 Distributions |
| 13 Other deductions | 20 Other information |
| | A   11. |
| 14 Self-employment earnings (loss) | |

**Part I  Information About the Partnership**

A Partnership's employer identification number
32-0127491

B Partnership's name, address, city, state, and ZIP code

Diamante Properties, LLC
457 Main Street, Suite 1A
Danbury, CT 06811

C IRS Center where partnership filed return
Ogden, UT

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E Partner's identifying number
5910

F Partner's name, address, city, state, and ZIP code

Robert Burdick
1721 Crestview Avenue
Seal Beach, CA 90740

G ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I What type of entity is this partner? Individual

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 1.5 % | 1.5 % |
| Loss | 1.5 % | 1.5 % |
| Capital | 1.5 % | 1.5 % |

K Partner's share of liabilities at year end:
Nonrecourse . . . . . . . $ 395.
Qualified nonrecourse financing . . . $ 448,920.
Recourse . . . . . . . $

L Partner's capital account analysis:
Beginning capital account . . . $ -35.
Capital contributed during the year . . . $
Current year increase (decrease) . . . $ -348.
Withdrawals and distributions . . . $
Ending capital account . . . $ -383.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2008
Partner 5    PTPA0312L  12/15/08