# Verified Petition of Turner Stevenson For Ancillary Proceedings

I Turner Stevenson a victim of defendants Phillip A. Kenner and Tommy C. Constantine's elaborate fraudulent scheme, petition this court for an ancillary proceeding pursuant to
Title 21, United States Code, Section 853(n) to assert my interest in certain property which has been ordered to be forfeited to the United States in a preliminary forfeiture order issued by the Court on March 16, 2020.

On or about March 2, 2006 Petitioner Turner Stevenson and thirteen other professional
hockey players became members of CSL Properties 2006, LLC, an entity formed by defendant Kenner which owns 8% interest in Diamante. I Turner Stevenson contributed
$200,000.00 to the company.

I, Turner Stevenson
Under penalty of perjury and the laws of the United States of America that the foregoing Petition is true and correct according to the best of my knowledge.

Dated July 15th, 2020

Turner Stevenson

Sent from my iPad

EMMA JORGENSON
NOTARY PUBLIC #207618
STATE OF WASHINGTON
COMMISSION EXPIRES
MAY 1, 2023

STATE OF WASHINGTON
COUNTY OF SNOHOMISH
SIGNED OR ATTESTED BEFORE ME
ON 7-17-2020 BY Turner Stevenson
NOTARY PUBLIC _Emma_
NAME PRINTED Emma Jorgenson
MY APPOINTMENT EXPIRES May 1st 2023



JRNER STEVENSON
(25) 466-7663
IE UPS STORE #1877
429 AVENUE D
SNOHOMISH WA 98290-1723

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 17 JUL 2020

SHIP CLERK OF THE COURT
TO:  100 FEDERAL PLZ

     CENTRAL ISLIP NY 11722-4438

     NY 117 0-01

UPS 3 DAY SELECT              3
TRACKING #: 1Z 337 5W4 12 8156 9832

BILLING: P/P

ISH 13.68N ZZP 458 31.5V 07/2020





F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 22 2020 ★

LONG ISLAND OFFICE

No Read
PLC ID: 4013
S:<S>
P:<P>

CLERK OF THE COURT
100 FEDERAL PLZ
CENTRAL ISLIP NY 11722

P:RED   S:4   I:B3
LOW-1388
1Z3375W4128156 9832

11722

Plaza
of the Court