## BUSINESS RECORDS AFFIDAVIT

In Re: **BAJA DEVELOPMENT CORP**

BEFORE ME, the undersigned authority, personally appeared **Wendy Gagne** who being duly sworn, deposed as follows:

My name is **Wendy Gagne** I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a Custodian of Records of TD Bank, N.A., and as such am familiar with the original records, books and accounts of TD Bank, N.A. Attached hereto are records of TD Bank, N.A. kept by TD Bank, N.A. in the regular course of business, and it is the regular course of business of TD Bank, N.A. for an employee or representative of TD Bank, N.A. with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are true and accurate copies of the originals and are full, to the best of my knowledge, so far as they relate to the subject matter thereof, with the exception of any redaction necessary to maintain the scope.

*[Annotation: Immediately prior to the commencement of the EDNY trial -- THUS Jowdy's thefts were CLEARLY known to the government...]*

_____
Affiant's Signature

Date: April 20, 2015

**SWORN TO AND SUBSCRIBED** before me under the pains and penalties of perjury on the 20th day of April, 2015.

_____
Notary Public
My Commission expires: _____

NAVANA P. ROUTHIER
Notary Public
Maine
My Commission Expires Dec 1, 2018

*[Annotation: Only the August 2002 statement was subpoenaed by the government as a result of Kenner's REAL proffer notes from June 24, 2009 representing the first THEFTS by Jowdy to Agent Galioto -- and IGNORED since that date to support the misleading prosecution theory of "*pointing the finger*" at Jowdy by Constantine and Kenner...]*

*Opened 4 days before the first Jowdy thefts...*

```
Last statement: August 02, 2002          Page 1 of 4
This statement: August 31, 2002          3981345276
Total days in statement period: 30       (10)

                                 5046    Direct inquiries to:
                                         Customer Service,
BAJA DEVELOPMENT CORPORATION             1-800-482-5465
400 E 90TH ST 23C
NEW YORK NY 10128                        Hudson United Bank
                                         1000 MacArthur Blvd
                                         Mahwah, NJ  07430
```

VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.

Hub'S Small Business Checking

```
Account number          3981345276   Beginning bal               $0.00
Enclosures                      10   Total additions         3,304,080.00
Low balance          $-2,018,176.18  Total subtractions      3,175,323.10
Avg collect bal         $-103,822.00 Ending balance            $128,756.90
```

| Number | Date  | Amount    | Control        |
|--------|-------|-----------|----------------|
|        | 08-15 | 6,506.50  | 00001434000260 |
|        | 08-20 | 40,313.24 | 00001541502490 |
|        | 08-20 | 2,000.00  | 00001528002250 |
|        | 08-22 | 3,308.13  | 00001660702590 |
|        | 08-22 | 2,139.00  | 00001660702580 |
|        | 08-26 | 9,999.00  | 00001602900990 |
|        | 08-26 | 3,258.55  | 00001635602900 |
|        | 08-30 | 15,000.00 | 00001813000710 |
| 1081   | 08-29 | 3,000.00  | 00001779701680 |

Over $417,000 was diverted by Jowdy to non-Diamante del Mar accounts within the first 3 weeks from Kenner, Khristich and Woolley deposits of $804,000...

```
    BAJA DEVELOPMENT CORPORATION    STOLEN BY            Page 2 of 4
    August 31, 2002                 Jowdy                3981345276
                                    immediately...

DEBITS
    Date    Description                                 Subtractions
    08-06   'Wire Transfer Debit                          40,000.00
              20020806B1B7202F000086
    08-06   'Wire Transfer Debit                          26,000.00
              20020806B1B7202F000085
    08-06   'Wire Transfer Debit                           2,000.00
              20020806B1B7202F000084
    08-06    Debit Memo                                   79,020.00
    08-09   'Transfer Debit                                5,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
    08-09   'Transfer Debit                                1,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
    08-12   'Wire Transfer Debit                          35,000.00
              20020812B1B7202F000003
    08-12   'Wire Transfer Debit                           5,000.00
              20020812B1B7202F000094
    08-12   'Wire Transfer Debit                           2,000.00
              20020812B1B7202F000088
    08-12   'Transfer Debit                                5,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
    08-13   'Wire Transfer Debit                           4,000.00
              20020813B1B7202F000063
    08-13   'Transfer Debit                               22,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
    08-13   'Transfer Debit                                1,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3981345289
    08-14   'Transfer Debit                                1,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
    08-15   'Transfer Debit                               14,669.68
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
    08-15   'Transfer Debit                                4,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
    08-16   'Transfer Debit                            2,500,030.00
              TRANSFER TO DEPOSIT ACCOUNT 3981345292
    08-16   'Transfer Debit                               15,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
```

The 8-06 and 8-12 transfers totaling $75,000 went to **Jowdy's PERSONAL ACCOUNT** before a single dollar was sent to a DDM related expense.

Account **398-029-4726** -- immediately diverted funds to Jowdy's NYC restaurant OPERATING account.

Account **398-134-5289** -- immediately diverted funds to Jowdy's NYC restaurant PAYROLL account.

Account **398-134-5292** -- immediately diverted funds to Jowdy's joint account with his father.



Stolen by Jowdy immediately...

```
BAJA DEVELOPMENT CORPORATION                      Page 3 of 4
August 31, 2002                                   3981345276

Date    Description                               Subtractions
08-19  'Transfer Debit                              250,030.00
        TRANSFER TO DEPOSIT ACCOUNT 3981345292
08-21  'Wire Transfer Debit                          54,000.00
        20020821B1B7202F000145
08-22  'Transfer Debit                                4,000.00
        TRANSFER TO DEPOSIT ACCOUNT 3980294726
08-23  'Transfer Debit                                5,000.00
        TRANSFER TO DEPOSIT ACCOUNT 3980294726
08-26  'Transfer Debit                               10,000.00
        TRANSFER TO DEPOSIT ACCOUNT 3981345289
08-27  'Preauthorized Wd                                 49.00
        DELUXE CHECK CHECK/ACC. 020827
08-28  'Transfer Debit                                5,000.00
        TRANSFER TO DEPOSIT ACCOUNT 3980294726

CREDITS
    Date    Description                            Additions
    08-05  'Deposit                                    50.00
    08-05  'Wire Transfer-IN                      150,000.00
            20020805I1B7032R001048
    08-09  'Wire Transfer-IN                      100,000.00
            20020809I1B7032R001293
    08-15  'Wire Transfer-IN                      250,000.00
            20020815I1B7034R001336
    08-15  'Wire Transfer-IN                      250,000.00
            20020815I1B7034R001340
    08-19  'Transfer Credit                     2,500,030.00
            TRANSFER FROM DEPOSIT ACCOUNT 3981345292
    08-26  'Deposit                                54,000.00

DAILY BALANCES
    Date         Amount    Date         Amount    Date         Amount
    08-05    150,050.00    08-14     22,030.00    08-21    135,510.58
    08-06      3,030.00    08-15    496,853.82    08-22    126,063.45
    08-09     97,030.00    08-16 -2,018,176.18    08-23    121,063.45
    08-12     50,030.00    08-19    231,823.82    08-26    151,805.90
    08-13     23,030.00    08-20    189,510.58    08-27    151,756.90
```

From Woolley...   From Khristich...   From Kenner...

Case 2:13-cr-00607-JFB-AYS   Document 892-2   Filed 08/13/20   Page 6 of 8 PageID #: 25766

```
BAJA DEVELOPMENT CORPORATION                                    Page 4 of 4
August 31, 2002                                                 3981345276

Date            Amount  Date            Amount  Date            Amount
08-28       146,756.90  08-29       143,756.90  08-30       128,756.90
```

```
Last statement: August 16, 2002            Page 1 of 2
This statement: August 31, 2002            3981345292
Total days in statement period: 16         (0)

                                           Direct inquiries to:
                                  5046     Customer Service,
LMJ MANAGEMENT LLC                         1-800-482-5465
400 E 90TH ST APT 23C
NEW YORK NY 10128                          Hudson United Bank
                                           1000 MacArthur Blvd
                                           Mahwah, NJ  07430
```

VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.

Hub'S Small Business Checking

| | | | |
|---|---|---|---|
| Account number | 3981345292 | Beginning bal | $0.00 |
| Low balance | $30.00 | Total additions | 2,750,060.00 |
| Avg collect bal | $421,905.00 | Total subtractions | 2,750,030.00 |
| | | Ending balance | $30.00 |

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 08-16 | 'Wire Transfer Debit 20020816B1B7202F000142 | 250,000.00 |
| 08-19 | 'Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 3981345276 | 2,500,030.00 |

CREDITS

| Date | Description | Additions |
|---|---|---|
| 08-16 | 'Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 3981345276 | 2,500,030.00 |

```
LMJ MANAGEMENT LLC                                          Page 2 of 2
August 31, 2002                                             3981345292

Date    Description                                         Additions
08-19   'Transfer Credit                                    250,030.00
          TRANSFER FROM DEPOSIT ACCOUNT 3981345276


DAILY BALANCES
     Date          Amount  Date           Amount  Date           Amount
     08-16   2,250,030.00  08-19           30.00
```