**From:** C.R.Gentry <crgentry@eufora.com>
**Sent:** Thursday, February 04, 2010 8:54 AM
**To:** 'Tommy Constantine'
**Subject:** FW: Eufora Equity - AZ Eufora Partners I Equity - 2008 and 2009 Tax Returns for Eufora LLC, K1's
**Attachments:** AZ Eufora Partners I Members-CURRENT.xls; AZ Eufora Partners I Members-as of 090109.xls; EUFORA EQUITY SUMMARY 20091211.xlsx

**Importance:** High

*[annotation: From Eufora CEO to Constantine for final sign-off]*
*[annotation: At the same time Gaarn and Gentry hired Giuliani's group to investigate Constantine and Eufora frauds...]*

02/04/10,  *[annotation: Just prior to the Stolper-Eufora investigations...]*

Tommy,

In order to complete the 2008 and 2009 tax returns for Eufora LLC, I must speak with you to review the equity tables. Without that, we cannot provide accurate information on the membership to our CPA and cannot complete the returns you have 500 things on your desk just trying to keep things going, so I will of course work around your schedule as much as possible.

Attached are the DRAFTS of the member lists for both Eufora and AZ Eufora Partners I. AZ Eufora has one spreadsheet from 09/01/2009 as well as what I "believe" to be the current equity stake based upon discussions with you and discussions with Tim Gaarn in the past.  *[annotation: Not with Kenner...]*  Eufora's includes the additions of Triple Diamond Black, et al. Eufora's shows 105.13% which of course needs to be adjusted to reflect the new partners and must equal 100%. It also shows AZ Eufora's percentage at 29.95% and the AZ Eufora Partners I - Current Spreadsheet shows it at 31.25 (It was adjusted for Sergei Gonchar). This also needs to be reviewed and adjusted.

As listed in my early emails below, we need to look at the AZ transactions to insure we have not adjusted them incorrectly in the past (2007/2008). I need to spend time with you to go through this since most of this has happened either before my time with Eufora or was transacted and since I was not directly involved, I do not have enough information to make sure it is correct. I have tried to update both documents to reflect what you and I have spoken about but it is obviously not complete as the percentage is more than 100%.

The date of each unit transaction is very important (February vs. March) since it affects each of the K1's for that fiscal year, we need to be as accurate as possible.

Let me know what works best for you. Let me know if you need anything else from me before we discuss.

Thanks,

C.R.

-----Original Message-----
From: C.R.Gentry [mailto:cr@gentry.com]
Sent: Thursday, December 10, 2009 7:11 PM
To: 'Tommy Constantine'
Subject: Eufora Equity - AZ Eufora Partners I Equity



12/10/09,

RE-SENT

Importance: High

11/06/09,

Tommy,

I was reviewing some notes today and found that you wanted Standard Ventures to release their shares to AZ Eufora Partners I. I had not done that on the previous summary I sent you yesterday. I have updated the member registry (attached) to reflect the transfer from Standard Venture to AZ Eufora Partners I, PRIOR to your transfer to AZ Eufora Partners I. Therefore, you now have more shares (you are up about 2% to 44.0073%).

I have also attached the member registry I created for AZ Eufora Partners I, based upon numerous conversations with Phil (for original transactions), with Tim (for transactions since 2005). It is very important to note that the yearend equity percentages for the members of AZ Eufora Partners I, do not match our records until 2009. That is because I adjusted our side, per your instructions to match theirs in 2009 by taking stock from Standard Ventures and you. I believe that AZ Eufora Partners I has probably gotten a "free" increase on their percentage due to the way stock/units moved around in 2007-2008. What should really happen is that we should review there 2008 transfer and correct this. My belief is that AZ Eufora Partners I would have a reduction in their position by about 2% -+.

*[annotation: Gaarn involved in all conversations since 2005 (the time of the Kenner to Gaarn transfers)]*

You and I should review both documents before they go out to anyone.

Regards,

C.R.Gentry
(480) 316-0707 - U.S.
(519) 859-8479 - Canada
cr@gentry.com - email

-----Original Message-----
From: Tommy Constantine [mailto:tommy@eufora.com]
Sent: Friday, November 06, 2009 10:05 AM
To: <cr@gentry.com>
Subject: Re: Mtg today - Accounting, Due Diligence, Corp Clean up, ACN, Trip next week

I can't today.

On a plane all day and one meeting in NY. Home tonight.