March 11, 2005

Northern Trust Bank of Arizona
2398 East Camelback Rd.
Suite 300
Phoenix, AZ 85016

Re: Northern Trust Bank Line of Credit #252996 / 1542 in the name of Bryan Berard

Gentlemen:

This letter is your authorization to allow Philip A. Kenner to access my above referenced lien of credit for direct deposit to the Little Isle IV account at Northern Trust. He is authorized to sign for the release of funds related to the line.

Thank you for your assistance in this manner

*Bryan Berard*

TNTC000005

October 27, 2004

Northern Trust Bank
2398 East Camelback Road
Suite 400
Phoenix, AZ 85016

RE: OWEN NOLAN - LOC

TO: Northern Trust:

Please allow Philip A. Kenner to access this outstanding LOC for direct deposit into the Little Isle IV account at Northern Trust Bank. He is authorized to sign for the release of funds related to my LOC.

Thank you for your assistance in this matter.

*[signature]*

Owen Nolan

March 11, 2005

Northern Trust Bank of Arizona
2398 East Camelback Rd.
Suite 300
Phoenix, AZ 85016

Re: Northern Trust Bank Line of Credit #289369 - 1565 in the name of Michael Peca.

Gentlemen:

This letter is your authorization to allow Philip A. Kenner to access my above referenced lien of credit for direct deposit to the Little Isle IV account at Northern Trust. He is authorized to sign for the release of funds related to the line.

Thank you for your assistance in this manner

*[signature]*

Michael Peca

TNTC000091

October 27, 2004

Northern Trust Bank
2398 East Camelback Road
Suite 400
Phoenix, AZ 85016

RE: STEVE RUCCHIN - LOC

TO: Northern Trust:

Please allow Philip A. Kenner to access this outstanding LOC for direct deposit into the Little Isle IV account at Northern Trust Bank.   He is authorized to sign for the release of funds related to my LOC.

Thank you for your assistance in this matter.

Steve Rucchin

November 3, 2004

Northern Trust Bank
2398 East Camelback Road
Suite 400
Phoenix, AZ 85016

RE: DARRYL SYDOR - LOC

TO: Northern Trust:

Please allow Philip A. Kenner to access this outstanding LOC for direct deposit into the Little Isle IV account at Northern Trust Bank. He is authorized to sign for the release of funds related to my LOC.

Thank you for your assistance in this matter.

Darryl Sydor

October 27, 2004

Northern Trust Bank
2398 East Camelback Road
Suite 400
Phoenix, AZ 85016

RE: GLEN MURRAY - LOC

TO: Northern Trust:

Please allow Philip A. Kenner to access this outstanding LOC for direct deposit into the Little Isle IV account at Northern Trust Bank. He is authorized to sign for the release of funds related to my LOC.

Thank you for your assistance in this matter.

Glen Murray

NAAZ012423

October 27, 2004

Northern Trust Bank
2398 East Camelback Road
Suite 400
Phoenix, AZ 85016

RE: SERGEI GONCHAR - LOC

TO: Northern Trust:

Please allow Philip A. Kenner to access this outstanding LOC for direct deposit into the Little Isle IV account at Northern Trust Bank. He is authorized to sign for the release of funds related to my LOC.

Thank you for your assistance in this matter.

Sergei Gonchar

NAAZ012177

October 27, 2004

Northern Trust Bank
2398 East Camelback Road
Suite 400
Phoenix, AZ 85016

RE: MATTIAS NORSTROM - LOC

TO: Northern Trust:

Please allow Philip A. Kenner to access this outstanding LOC for direct deposit into the Little Isle IV account at Northern Trust Bank.   He is authorized to sign for the release of funds related to my LOC.

Thank you for your assistance in this matter.

Mattias Norstrom

NAAZ011874