> **2:15 meeting that Kaiser claimed NO NOTES were taken -- Komaterdity claimed NOTES may have been taken BEFORE the meeting during Rebuttal Summation!?!? -- Tr.5992:lines 8-10**

Oct. 19, 2010 — 11AM

Government Exhibit
3500 - JK - 1
13-CR-607(JFB)

Scott R
Matt G - FBI
John Kaiser

2002 — vacation — Hawaii — after 9/11/01 = Main Island
- saw property = cheap w/ Chris Manfredi
  $700K purchase price    = $10K downpmt
  JK - trying to raise $    JK's pmt $
  = had property's in NY to sell
      = couple homes -
  CM had friend = James Milana — lives on Long Island
  Phil Kenner — knew
  introd to PK
      had hockey clients/investors = to start purchasing property in Hawaii

starting closings
2005  closed on some more parcels
      = 6,000 acres total = kept adding/buying more adjacent properties

      Lehman - comes in    Windwalker - developer
                           Scott Lehman brought in

JK's investment amt = $1.1M - JK
              → family members $

JK - $1.2M = sold house in NY
      took $1.1M to pay family off

①

- Masood Bhatti - Lehman Bros.
  - got a piece of Hawaii deal

- 260 acres - 1st piece of Hawaii investment
  - just kept buying/expanding → 6,000 acres total

- Alan Warden = Windwalker = Accountant/contact

① times there @ (JK) met Jowdy = 2x in NYC
  in NYC = Trust (2003) = Jowdy restaurant discuss.
  = discuss project in Hawaii
  (KJ) - with a girl = funding in Mexico

② time another time @ a bar = in NYC = bar
  - discussed Hawaii
  - lending $ from Hawaii to Mexico (KJ)(JK)

(JK) - not sure how (KJ) & (JC) met

(JK) = saw (KJ) in Mexico couple times
again discussed (KJ) wanted to borrow $ from Hawaii to Mexico
  - would pay back after closing

(KJ) - brought up borrowing $ from Hawaii project

borrowed millions from Hawaii project → $5M-$6M
 - 1st was going to be $100's k ≠ not millions
 - (JK) - not happy $ amt started to grow to Millions of $ to Mexico

discussed = Brian Berard / (JK)

= was Agreement to borrow $ from Hawaii -

[2004 Hawaii loan agreement]

(KJ) to (JK) | (KJ) - don't worry all $ will come
                (JK)    back; get repaid
 - in NYC
  discussed $ from Hawaii to Mexico
   - just to be used for Mexico
      ↓ no other project

Question to (JK):
2006 = update letter on Hawaii project -
 -(JK) - yes, I recall letter
 (JK) - made these many times

[Many update letters from Kenner to the investors per Kaiser proffer...]

(JK) - never got $ back from (KJ)/Mexico

(JK) -

[Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior -- *if actually TRUE!*]

(3)

Eufora

2007 = (JK) met Tommy Constantine in AZ @ (PK)'s house

(TC) = introd as self made millionaire to (JK)

(JK) = heard about Eufora thru players / guys that Eufora - company will be big one day

in beginning = need couple hundred thousand @ first

(JK) $2.2M - over 3yr period invested

(JK) borrowed from family - majority of $
 - Mother
 - brothers - Keith

(JK) includes (JK)'s friends $ -
 - (JK) got 4 friends to invest

Donny Rae → ex-hockey player - lives in AZ
 - bringing investors in Hawaii

(JK) = met (DR) - 1yr ago = heard of him prior
 - when put house for sale in AZ - (JK)'s house
 - Brian Berard & (JK) own - 2½ yrs ago bought
 - (JK) - raised $ from friends to buy house in AZ

4

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from TG
- not invested in Hawaii

- TC - trying to ~~raise~~ fund $ SFR $ for Hawaii w/ own funds
  - suppose to use own $ to fund Hawaii

- Ultimately $ came from friend of TC
  - $4M - waikapuna closing

Robert Gaudet
- JK met RG - ≡ golf pro
                ≡ knows people in Mexico

- tried to get $ for Hawaii

- believe above indiv. getting paid for getting $
  ≡ RG
  ≡ TG

1st heard 2005 ≡ heard of Eufora from JK or players

- TC - showed JK agreements w/ banks & credit card companies
  - wanted increase ownership in Eufora → TC's own shares in
  - appeared to be great company → JK

5

= Dish Zero = (TC) → and Mark Ambrosio
Taser        running $ from Eufora
           accounts to these investments

                Sergei Gonchar $ going to

all (JK) investment $ to (TC) went from
(JK) = TD Bank accts

(JK) - rec'd couple hundred thousand back
from (PK)
(JK) fronted $ for renovation (PK)
house in AZ

(PK)  ← (JK) - gave (PK) $ from his house sale in
needed      Smithtown, NY
for Myrick      (PK) never repaid
lawsuit

(6)

<mark>Case 2:13-cr-00607-JFB-AYS</mark>

**Annotation (top):** $500,000 of these funds were immediately transfered to Kenner by Kaiser for the documented Kaiser (individual) purchase of land from Kenner in Mexico (los Frailes) -- also unknown to Kenner, Kaiser's friends and family -- **See PK19 and PK50**

**Annotation:** Kaiser took money form his handicapped brother, his DEA friend Bobby Rizzi, and his doctor friend Sconzo (whom he later robbed for another $200,000 admitted by the Gov't in their forfeiture brief)...

**Annotation:** Clearly -- no closing "with Kaiser" EVER occurred...

---

- (PK) - living in Vegas - Condo
  - house in AZ is wife's from divorce

- (JK) = Palms Condo

  2007 or 2008
  - (TC) - new Maloof in Vegas
    - invested - (JK) friends, 3
    1. Keith Kaiser - brother
    2. Bobby = Police Officer } $550K together for penthouse @ Palms
    3. and doctor friend of (JK)

- Jay McKee / Mike Peca } on Note = 2 separate units } get 15% from $ — promised by (TC) — went into it to buy & sell quickly

- closing went through (TC)

- (PK) was not involved in Palms R/E
  - as far as (TC) remembers

★ • Global Settlement Fund • set-up by (TC) = w/ (KJ) + (PE)
  - pay Ethan Moreau back - from Palms
  - Eufora - &
  - Mexico - players $
  - used to straighten $ investment mess which happened throughout years.

- Eufora = (TC) instructed Ronald Richard to send $ to Eufora
  Palms  acct so he can distribute to players = GS Fund $
        (TC) instructed (JK) friends - investment $ - to go to
        Ronald Richards - not Eufora

(7)

- (JC) involved w/ → renovated — (JK) → brothers did work
  ≡ Hermosa Beach house - (PC) - owned ~~to them~~ sold
  - (PC) - owes $ from house construction/renovat'n
  - (JK) - brothers worked on house ≡ took 4 months
  - (JK) - raised funds to buy house from:
    ≡ (JK) - mother
       - brothers
       - friends
  - (JK) - not rec'd $ from (PC) on house yet
  - (PC) - will get $ from Hermosa Beach house when AZ house sells
    ≡ on market now

- (JK) - met (NJ) in Hawaii
* Nick James -
  ≡ did stuff for Flagstaff racing + (TC)

(NJ) called (TC) to get married
  $70k-80k - asked $ from (JK) — (JK) said no
  ① borrowed from (PC)

(NJ) did not work or invest in Hermosa Beach house

⑧

Los Frailles - investment
- (JK) + has friends invested in
~$1M

~2008

(JK) - included in the $1M

- purchase property + develop
$1M used to purchase property ≡ sell parcels to get $ back from 1st investment

→ Bobby Goudet - told (JK) about investment

(JK) - not involved in Los Frailes
↓
does have clients involved / hockey players

(JK) - went down there w/ friends to see

(JK) - 6 mos. ago in Cabo ≡ Toudy project
≡ golf course - done
≡ suppose to put up condo
≡ never went to North property
DDM

⑨



- $5M-6M — (KJ) borrowed / rec'd / loaned
- (KJ) — borrowed from Hawaii project → to Mexico
- (KJ) — borrowed from Glen Murray too - for Mexico
- (KJ) = Might have repaid couple hundred thousand to Hawaii

(JK) - did see Hawaii bank acct statements

- accountant for Hawaii project → (JK) will get name of accountant before Lehman can in.
(JK) not rec'd K-1's ever

(JK) = never rec'd K-1's from Hawaii
= took two yrs to get from Allan Warden
↓
will receive K-1's soon

END 1:15 PM

**Kaiser confirms seeing all of the Hawaii bank statements -- so there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT -- See PK26**

**Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during a 2 hour and 15 minute meeting at Kaiser's home during EDNY testimony...Tr.1120-1122**

(10)