

Chris Manfredi — telephonic 3:30PM 10/12/10 — Scott R, Matt G., Chris M

Government Exhibit 3500 - CM - 2  13-CR-607(JFB)

Question to (CM):
?? → raising $ in Hawaii
(CM) — tried to get involved in raising $
— send out maps + development plans to potential lenders

(CM) — did get 1 or 2 to lender $
(CM) — one lender — $3M

> The 2 lenders were Centrum and Urban Expansion -- CLEAR...

Gaarn — (CM) doesn't recall name
Gaudet — (CM) doesn't recall name
Donny Rae — (CM) doesn't recall name - sounds familiar
   ↳ may have put in touch w/ potential lenders

> Manfredi confirms his involvement in all of the Hawaii fundraising...although he attempted to deny it at the EDNY trial...

= most lender contacts came through (PK)
— then (CM) send out package
   — pro forma
   — maps
   — plans

= Constantine
   = brought in $ to project - Hawaii
   = more than $3M
   = Agreement — between (PK) or LLCs + Constantine
      ↓
   loan w/ pre-payment penalty — may have been w/ Constantine + another person

Lehman came in + paid —

— Constantine — (PK) paid (TC) early +
   (TC) made a lot of $ from penalty

> Manfredi confirms that Constantine was paid early by the Hawaii partners for his fundraising -- thus -- Galioto was aware of this confirmation since 2010...

> Urban Expansion loan...

