

> Evidence altered from truth to EDNY story just like Gaarn Eufora transfer date change from 2005 (original) to 2007 (see 3500-TG-1-r -- altered)

[Boxed handwritten notes:]
total ≈ $300k in Eufora - several times to Eufora
- 2009 - $100k - Feb.
           $100k - May

≡ any $ from (BR) accts to be used for Eufora

≡ never told (BR) $ used to buy-out other investors
I would never do that → (BR)

GSF

explained: Towdy issues in Mexico
- stuck financially with legal bills
Need help financially

(BR) never invested in Mexico

[Boxed:] (BR) - $300k gave to GSF July 2009

(BR) - suppose to get a piece of Mexico, Northern for putting $ in GSF

$ to GSF in exchange for the $300k

> $300,000 corroborate the truth, yet Ranford refuted it vehemently during the trial -- claiming the notes were WRONG.

(BR) - gets updates from (PC)
re: Towdy issues/Mexico

(BR) - knew (TC) involved in GSF - not sure what role

≡ (TC) now on side w/ Towdy

(BR) - did not get emails stating (TC) stole $ + how GSF $ spent

? - if knew $ spent on other expenses - not Jowdy issues
(BR) - would not put $ in GSF → i.e., houses in AZ, airplanes, Eufora

(BR) - never went to Mexico properties

(BR) speaks to (JB) currently; still his financial advisor

• spoke to briefly
    Bryan Brevard    ← Calling all Kenner clients who were adverse to Jowdy to intimidate them...

END