| | |
|---|---|
| From: | cranegki@wellsfargo.com |
| Sent: | Friday, August 4, 2006 8:33 AM |
| To: | kristine@standardadvisors.com; SweetPea1275@aol.com |
| Cc: | phil@standardadvisors.com |
| Subject: | RE: Payment to LOC at Northern Trust |

*Nolan's Privste Banker from Wells Fargo...*

Diana – please print this email out, sign it, and fax to me at 213 626-6853. Thanks.

Kim

---

**From:** Kristine Myrick [mailto:kristine@standardadvisors.com]
**Sent:** Thursday, August 03, 2006 6:17 PM
**To:** SweetPea1275@aol.com
**Cc:** Crane, Kimberly; 'phil kenner'
**Subject:** Payment to LOC at Northern Trust

*Myrick dealing directly with Diana Nolan to make LOC payment in 2006 with Wells Fargo Banker (Crane) in the loop..*

Hi Diana,

Below is the information for the payment that needs to be sent to your LOC at Northern Trust:

Please send **$134,396.00** using the following wire instructions:

**The Northern Trust Company, Chicago IL**
**ABA #071 000 152**
**Account #5186011000**
**Account Name: Incoming Trust Wire Account**
**For Further Credit to Account #23-47389**
**Account Name: Owen Nolan #1**

I have copied Kim Crane on these instructions.  You will need to call her for verification to send the wire.  Please let me know when the wire is sent so I can follow up with Northern Trust.

Thank you,

Kristine Myrick
Standard Advisors Inc.
(310) 376-3499 Work
(310) 697-3259 Fax
(310) 699-5790 cell

*Everyone in Nolan's financial equation is "IN THE KNOW" about the Northern Trust LOC -- at all times...*

*From the partial production of stolen corporate files by Myrick after her termination...*

**CONFIDENTIAL TREATMENT REQUESTED**

MYR0001066
PK_SEC_006719