*Sydor texts re: filing Constantine bankruptcy*

| 14399 | +14802354193 pk*  +16512607179 Darryl Sydor* | 3/21/2013 8:14:25 PM(UTC +0) | Sent | FILED |
| 15957 | +14802354193 pk*  +16512607179 Darryl Sydor | 3/21/2013 8:16:32 PM(UTC +0) | Read | Who else did it. |

| 14400 | +14802354193 pk*  +16512607179 Darryl Sydor* | 3/21/2013 8:19:13 PM(UTC +0) | Sent | ME. Stumpel. DeVries. G. Murray. R. Murray. Rucchin. Campbell. Ranford. Norstrom. |
| 15958 | +14802354193 pk*  +16512607179 Darryl Sydor* | 3/21/2013 8:19:54 PM(UTC +0) | Read | Not Ty's     Tyson Nash |
| 14401 | +14802354193 pk*  +16512607179 Darryl Sydor* | 3/21/2013 8:20:58 PM(UTC +0) | Sent | He got his shares from 2008. |
| 15959 | +14802354193 pk* | 3/21/2013 8:23:04 | Read | Oh |

1

*Sydor texts re: filing Constantine bankruptcy*

|  | +165126071 79 Darryl Sydor* | PM(UTC +0) |  |  |
|---|---|---|---|---|

Sydor sends Kenner authorization to sign Pro Per bankruptcy lawsuit versus Constantine:

| 142 99 | +148023541 93 pk*  +165126071 79 Darryl Sydor* | 3/20/201 3 3:38:43 AM(UT C+0) | Sent | Can you resend your authorization v. Constantine, please. I can't seem to find it. |
|---|---|---|---|---|
| 159 02 | +148023541 93 pk*  +165126071 79 Darryl Sydor* | 3/20/201 3 5:11:56 PM(UTC +0) | Rea d | Did |

Bankruptcy dismissal letter:

| 148 52 | +165126071 79 Darryl Sydor* | 4/1/2013 12:02:22 PM(UTC +0) | Sent | You should have your SUMMONS in MN for the case v. Constantine. I need that as soon as you have it. |
|---|---|---|---|---|

Sydor mails case termination letter to Kenner for Constantine bankruptcy:

| 158 33 | +148023541 93 pk*  +165126071 79 Darryl Sydor* | 4/24/201 3 4:13:33 PM(UTC +0) | Sent | Please print out your Constantine dismissal letter his attorney attached and sign/scan/email it back to me. Call me with any questions. All good. Pk |
|---|---|---|---|---|

*Sydor texts re: filing Constantine bankruptcy*

| | | | | |
|---|---|---|---|---|
| 17033 | +14802354193 pk* +16512607179 Darryl Sydor* | 4/24/2013 4:16:23 PM(UTC +0) | Read | K tomorrow |