# Ben Rosenthal

**From:** Ken Jowdy [kj@diamantelife.com]
**Sent:** Wednesday, September 12, 2007 7:51 PM
**To:** markt@diamantelife.com
**Subject:** FW: Atilio deposits & Propiedades deposits
**Attachments:** DEPOSITOS EL CARDONAL.doc

> $4.1 million contribution to Baja Ventures 2006, LLC by Kenner's two partners -- with $1.6 million documented as stolen by Jowdy (Forf-36)

**From:** phil kenner [mailto:phil@standardadvisors.com]
**Sent:** Monday, February 06, 2006 1:18 PM
**To:** Ken Jowdy
**Subject:** FW: Atilio deposits & Propiedades deposits

I would guess that the $1.5m came from Lehtinen and the $2.1m came from Stumpel. Let me know if there are other outstanding wires that we need to track down. Speak with you soon. pk
------ Forwarded Message
**From:** fernando garcia <fgarcia@ddmgolf.com>
**Date:** Mon, 6 Feb 2006 11:08:31 -0800
**To:** <WJN1434@aol.com>, "<phil@standardadvisors.com>"
**Cc:** <Kjowdy@aol.com>, <kjowdy@ddmgolf.com>, <greg@ddmgolf.com>
**Subject:** Re: Atilio deposits & Propiedades deposits

here is the list of deposits made to el cardonal

----- Original Message -----

**From:** WJN1434@aol.com

> Najam -- who co-authored the July 2006 Little Isle 4 disclosure letter -- thus fully aware of the LOANS TO JOWDY...

**To:** phil@standardadvisors.com

**Cc:** Kjowdy@aol.com ; kjowdy@ddmgolf.com ; fmgc@telnor.net ; greg@ddmgolf.com

**Sent:** Monday, February 06, 2006 2:55 AM

**Subject:** Re: Atilio deposits & Propiedades deposits

> Jowdy's Mexico attorney who allegedly created the $1.25mm June 2005 agreements with Kenner -- which would have already transfered those funds to Jowdy personally -- furhter exacerbating the FRAUD claims by Jowdy in his PERJURED declaration to the EDNY Court in December 2016

Phil

That's great, but we may be asked to verify with bank statements or notices of transfer. Did you get written notices from your bank confirming the transfers made? Also, we paid $6,250,000 to the Seller with some of the payments made through our Mexican corporations. Please verify any investment amounts paid by your entities through our Mexican corporations or to Ken's US entities for payment to the Seller (with copies of the bank notices of transfer). Copies of the actual transfer notices would be the best evidence. It will also help to set up our capital accounts for reimbursement before distribution of profits.

1

KJ2710

**CONFIDENTIAL TREATMENT REQUESTED**                                                   PK_SEC_019007

> **More Kenner cash contributions thru unpaid expenses by Kenner and NEVER repaid -- despite FBI claims (post trial) that Kenner has -- "*no money in any deal*"...**

Phil---we also have to verify at least $375,000 in additional expenditures on behalf of the Cabo project to Lehman before closing---or put the money in. Please see what you have for records on payments made for the project, i.e. the tournament, sales, marketing, engineering, etc.

You can have your bookkeeper send copies of the bank notices or bills to me at

203-205-0016 or directly to Greg in Cabo. I know that Ken and Fernando are working on verification from their end. All funds for the Cabo project have to be referred to as "investments" and not as "loans".

Thanks for your help.

Bill

> **Najam -- who co-authored the July 2006 Little Isle 4 disclosure letter -- thus fully aware of the LOANS TO JOWDY...**

<http://promos.hotbar.com/promos/promodll.dll?RunPromo&amp;El=&amp;SG=&amp;RAND=57758&amp;partner=hbtools>

------ End of Forwarded Message

KJ2711

CONFIDENTIAL TREATMENT REQUESTED         PK_SEC_019008