*2 days before the Centrum closing...*

**Taffy Jowdy Jr**

| | |
|---|---|
| From: | Phil Kenner [PKenner@tmo.blackberry.net] |
| Sent: | Wednesday, July 13, 2005 7:07 PM |
| To: | Kenny Jowdy |
| Subject: | Hawaii docs |

Plz let bill know he should be receiving docs @ any moment. Bruce confirmed they were complete and his atty is sending them off.

I left chris a msg that he needed to call our atty, jon yamamura, and find out the details of the recoding in honolulu for loren.   *— Chris Manfredi*

You might want to follow up with chris. Cell. 15165265010   Leave me a msg on the imvelocita address about what u work out.

Thx for the help!!   pk
Sent wirelessly via BlackBerry from T-Mobile

*Jowdy was negotiating the final $1.5mm lending amount with Manfredi -- transparently and separate from Kenner -- the day before the closing -- and loan advance to Jowdy -- **thus no concealment...***

87

CONFIDENTIAL TREATMENT REQUESTED

KJ1854

PK_SEC_018151