**Taffy Jowdy Jr**

From: Phil Kenner [phil@standardadvisors.com]
Sent: Friday, August 05, 2005 12:55 PM
To: kjowdy@ddmgolf.com
Subject: FW: Honuapo Opinion Letter
Attachments: opinion letter re Honuapo.doc

> **Manfredi asking for follow-up approval from Hawaii attorney Najam for Manfredi to move forward with the lending deal -- not Kenner...**

-----Original Message-----
From: Chris Manfredi [mailto:chris@lynmor.com]
Sent: Friday, August 05, 2005 9:53 AM
To: Bill Najam
Cc: Phil Kenner Office
Subject: Fw: Honuapo Opinion Letter

Bill:

Attached is the draft opinion letter that has been approved by Carlsmith Ball LLP's opinion committee. This version supersedes the previous one sent yesterday afternoon. Please advise should this version be acceptable to you and the lender. Should this version be acceptable, I will move to secure a final signed copy.
Please contact me should there be any question.

Many thanks,
Chris Manfredi
516-526-5010

----- Original Message -----
From: "Jean K. Campbell" <jcampbell@carlsmith.com>
To: <chris@lynmor.com>
Cc: "Jon Yamamura" <jyamamura@carlsmith.com>; "Steven Lim" <slim@carlsmith.com>
Sent: Thursday, August 04, 2005 11:28 PM
Subject: Honuapo Opinion Letter

> **Only Chris Manfredi settling final legal issues -- not Kenner...**

Chris,

As Jon noted to you this morning, our opinion letter committee has been reviewing the draft opinion letter for the Honuapo property. The committee has requested a few changes. We have attached for your review both clean and redlined versions of the revised letter.

Please let us know if this draft is ok. If so, we will finalize and circulate the letter.

Please call with any questions.

aloha,
Jon and Jean

jcampbell@carlsmith.com
www.carlsmith.com

30

KJ2125

CONFIDENTIAL TREATMENT REQUESTED                           PK_SEC_018422

CARLSMITH BALL LLP
1001 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
(808) 523-2500
(808) 523-0842 fax

This message contains confidential and privileged information. If it has been sent to you in error, please reply to inform the sender of the error and then delete the message. Thank you.

KJ2126

CONFIDENTIAL TREATMENT REQUESTED

PK_SEC_018423