**Taffy Jowdy Jr**

**From:** Phil Kenner [phil@standardadvisors.com]
**Sent:** Monday, July 18, 2005 3:36 PM
**To:** WJN1434@aol.com
**Cc:** 'Ken Jowdy'
**Subject:** FW: Statement of Tax ID number??
**Attachments:** Stmt.dot; TaxStmt.dot

*[Annotation: Centrum closing paperwork]*

**Bill:** Please review the STMT.dot letter regarding the use of funds and call me at the Cabo home ASAP. I need to discuss it with you prior to signing it. Thanks. pk

---

**From:** Bruce Berreth [mailto:BBerreth@centrumfinancial.com]
**Sent:** Monday, July 18, 2005 12:31 PM
**To:** Phil Kenner
**Subject:** RE: Statement of Tax ID number??

Phil:

Thanks for the closing statement. Attached are the other two documents I need you to sign and fax. On the one, please be sure to fill in the tax i.d. number.

Bruce

---

**From:** Phil Kenner [mailto:phil@standardadvisors.com]
**Sent:** Monday, July 18, 2005 12:12 PM
**To:** 'Bruce Berreth'
**Subject:** Statement of Tax ID number??

*[Annotation: Head Centrum lender...and attorney...]*

**Bruce:** I spoke with my general counsel, Bill Najam, who suggested I was going to receive a letter to sign from your office confirming the tax ID number for Big Isle V Ventures.

*[Annotation: Borrower with Centrum in possession of Operating Agreement -- authorizing re-lending (Ex. 628)...]*

Please forward it to me via email immediately. Phil

22

KJ1977

CONFIDENTIAL TREATMENT REQUESTED                    PK_SEC_018274