

*[Red annotation top left]* Original Cabo san Lucas filing number on $11m case versus Jowdy...

**C. AGENTE DEL MINISTERIO PUBLICO DEL FUERO COMUN INVESTIGADOR EN TURNO. PRESENTE**

**FRANCISCO JAVIER BARRERAS DUARTE**, con el carácter de apoderado legal del C. **PHILIP ANDREW KENNER**, personalidad que acredito con el poder genera para pleitos y cobranzas tirado ante la fe del notario publico numero 17, registrado en la escritura cinco mil setecientos cincuenta y seis en el volumen doscientos ochenta de fecha 03 de febrero de 2009, designando como domicilio procesal la casa numero 106, de la calle Saucito, entre Chileno y Mangle, fraccionamiento Arco del Sol en la ciudad de Cabo San Lucas, B.C.S., ante Usted respetuosamente comparezco y le expongo:

*[Red annotation right]* Original Baja California South (BCS) state Court stamp on case docs...

Por medio del presente escrito, vengo a presentar formal denuncia y/o querella en contra del señor **KENNETH ABOUD JOWDY**, y/o quien resulte responsable, de quien bajo protesta de decir verdad manifiesto que su domicilio es el ubicado en el interior del desarrollo habitacional residencial denominado CABO DEL SOL, en el municipio de Los Cabos Baja California Sur y es donde pueda ser ubicado, y quien resulta ser extranjero, de quien reclamo respecto de los hechos que enseguida mencionare y considero son constitutivos de algunos de los delitos previstos en la Ley tales como ROBO, FRAUDE Y LO QUE RESULTE, ilícitos previstos cometidos en agravio de mi representado, para que se proceda en los términos del Código Penal y Código de Procedimientos Penales vigente en el estado, procediendo a consignar a quienes resulten responsables, por hechos que pudieran ser constitutivos de delitos según se desprende de los siguientes:

*[Red annotation right]* Notario (Court) signature & time stamp...

**H E C H O S**

**I.-** Como acredito con escritura pública número 5656, volumen 280, de fecha 03 de febrero de 2009, pasada ante la fe del Notario Publico numero 17, Lic. María del Pilar García Orozco en esta ciudad de Cabo San Lucas, Baja California Sur, misma que se anexa a la presente en copia simple para que obre en autos y que exhibiré en su original al momento de la ratificación de la denuncia para efectos de su compulsa y cotejo el denunciante es apoderado legal del C. PHILIP ANDREW KENNER, personalidad con la que comparezco a denunciar hechos constitutivos de delitos que mas adelante abundare.

**II.-** Es el hecho que a mediados del año 2005 mi representado PHILIP ANDREW KENNER fue invitado a formar parte de una sociedad mercantil denominada DIAMANTE CABO SAN LUCAS SOCIEDAD DE

PKHOME-00016014

*FRAUDULENT DOC SUBMITTED TO AZ COURT BY JOWDY*

*CSL filing number has been deleted (see page 1 -- above)*

*Rcibi Anexos Copia Simple 20 Mayo 2009 14.60 hrs* [handwritten]

[Notary seal: LIC. OSBALDO SILVA COTA — ESTADOS UNIDOS MEXICANOS — NOTARIO No. 2 - ENSENADA, B.C.N.]

*FRAUDULENT STAMP from another state (Ensenada, Baja California North (BCN) where Jowdy's attorney Garcia resides...*

**C. AGENTE DEL MINISTERIO PUBLICO DEL FUERO COMUN INVESTIGADOR EN TURNO.**
**PRESENTE.**

**FRANCISCO JAVIER BARRERAS DUARTE**, con el carácter de apoderado legal del C. PHILIP ANDREW KENNER, personalidad que acredito con el poder genera para pleitos y cobranzas tirado ante la fe del notario publico numero 17, registrado en la escritura cinco mil setecientos cincuenta y seis en el volumen doscientos ochenta de fecha 03 de febrero de 2009, designando como domicilio procesal la casa numero 106, de la calle Saucito, entre Chileno y Mangle, fraccionamiento Arco del Sol de Cabo San Lucas, B.C.S., ante Usted respetuosamente comparezco y le expongo:

Por medio del presente escrito, vengo a presentar formal denuncia y/o querella en contra del señor **KENNETH ABOUD JOWDY**, y/o quien resulte responsable, de quien bajo protesta de decir verdad manifiesto que su domicilio es el ubicado en el interior del desarrollo habitacional residencial denominado CABO DEL SOL, en el municipio de Los Cabos Baja California Sur y es donde pueda ser ubicado, y quien resulta ser extranjero, de quien reclamo respecto de los hechos que enseguida mencionare y considero son constitutivos de algunos de los delitos previstos en la Ley tales como ROBO, FRAUDE Y LO QUE RESULTE, ilícitos previstos cometidos en agravio de mi representado, para que se proceda en los términos del Código Penal y Código de Procedimientos Penales vigente en el estado, procediendo a consignar a quienes resulten responsables, por hechos que pudieran ser constitutivos de delitos según se desprende de los siguientes:

*FORGED signature attempted to simulate the original (see page 1 -- above)*

*Original BCS stamp before docs were manipulated by Jowdy and his attorneys*

**H E C H O S**

I.- Como acredito con escritura pública número 5656, volumen 280, de fecha 03 de febrero de 2009, pasada ante la fe del Notario Publico numero 17, Lic. María del Pilar García Orozco en esta ciudad de Cabo San Lucas, Baja California Sur, misma que se anexa a la presente en copia simple para que obre en autos, y que exhibiré en su original al momento de la ratificación de la denuncia para efectos de su compulsa y cotejo el denunciante es apoderado legal del C. PHILIP ANDREW KENNER, personalidad con la que comparezco a denunciar hechos constitutivos de delitos que mas adelante abundare.

II.- Es el hecho que a mediados del año 2005 mi representado PHILIP ANDREW KENNER fue invitado a formar parte de una sociedad mercantil denominada DIAMANTE CABO SAN LUCAS SOCIEDAD DE

RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, de la cual era accionista fundador el aquí denunciado, sin que hasta la fecha se haya formalizado dicha inclusión.

III.- Es el hecho que con motivo y pretexto de poder integrar a mi representado en la sociedad comercial mencionada, el denunciado comenzó a solicitarle a mi cliente y poderdante diversas cantidades para solventar diversos gastos relativos al mantenimiento de los proyectos comerciales en los que participaba dicha sociedad.

Las cantidades a que me refiero fueron diversas y en diferentes momentos ascendiendo a la cantidad de aproximadamente $ 11, 000,000.00 (once millones de dólares norteamericanos)

IV.- De lo anterior da cuenta la C. KARLA MARGARITA ANGELES VALDEZ, ROBERT GAUDET, MARTIN FELIPE ONTIVEROS TOLEDO, personas a quienes les consta lo anteriormente narrado por el suscrito debido a que la primera de los mencionados resulta ser encargada de revisar la situación contable de mi apoderado.

V.- Importante resulta señalar que con motivo del lucro obtenido a través de los engaños perpetrados en contra de mi apoderado, el c. KENNETH ABOUD JOUWDY adquirió los siguientes bienes inmuebles:

a).- Lote número 01 del predio conocido como LA LAGUNA en la porción conocida como Rancho El Cardonal en Cabo San Lucas, B.C.S., con clave catastral 4-02-013-0081 con una superficie de 5-92-68 hectáreas. Inscrito bajo el numero 135, foja 135, volumen CCXLV, E. P. SECC. 1° de fecha 08 de mayo de 2006.

b).- Lote numero 02 del predio conocido como la LA LAGUNA en la porción conocida como Rancho El Cardonal en Cabo San Lucas, B.C.S., con clave catastral 4-02-013-0082 con una superficie de 5-94-86 hectáreas. Inscrito bajo el numero 135, foja 135, volumen CCXLV, E. P. SECC. 1° de fecha 08 de mayo de 2006.

c).- Lote numero 03 del predio conocido como la LA LAGUNA en la porción conocida como Rancho El Cardonal en Cabo San Lucas, B.C.S., con clave catastral 4-02-013-0083 con una superficie de 11-34-41 hectáreas. Inscrito bajo el numero 135, foja 135, volumen CCXLV, E. P. SECC. 1° de fecha 08 de mayo de 2006.

d).- Lote numero 04 del predio conocido como la LA LAGUNA en la porción conocida como Rancho El Cardonal en Cabo San Lucas, B.C.S., con clave catastral 4-02-013-0084 con una superficie de 11-62-60 hectáreas. Inscrito bajo el numero 135, foja 135, volumen CCXLV, E. P. SECC. 1° de fecha 08 de mayo de 2006.

e).- Lote numero 05 del predio conocido como la LA LAGUNA en la porción conocida como Rancho El Cardonal en Cabo San Lucas, B.C.S., con

PKHOME-00016016

clave catastral 4-02-013-0085 con una superficie de 11-40-91 hectáreas. Inscrito bajo el numero 135, foja 135, volumen CCXLV, E. P. SECC. 1° de fecha 08 de mayo de 2006.

f).- Lote numero 06 del predio conocido como la LA LAGUNA en la porción conocida como Rancho El Cardonal en Cabo San Lucas, B.C.S., con clave catastral 4-02-013-0086 con una superficie de 11-03-90 hectáreas. Inscrito bajo el numero 135, foja 135, volumen CCXLV, E. P. SECC. 1° de fecha 08 de mayo de 2006.

g).- Lote numero 07 del predio conocido como la LA LAGUNA en la porción conocida como Rancho El Cardonal en Cabo San Lucas, B.C.S., con clave catastral 4-02-013-0087 con una superficie de 26-00-98 hectáreas. Inscrito bajo el numero 135, foja 135, volumen CCXLV, E. P. SECC. 1° de fecha 08 de mayo de 2006.

h) POLIGONO I del predio LA LAGUNA (EL CARDONAL), en la delegación Municipal, de Cabo San Lucas, B.C.S. con clave catastral 4-02-013-0001 y con una superficie de 528-88-49-427 hectárea.

VI.- En el mes de noviembre de 2008 mi apoderado trató de ingresar a las instalaciones de CASA DIAMANTE CABO SAN LUCAS, tal y como lo hacía cada semana pero le fue impedido el acceso y le fue informado por parte de los agentes de seguridad que resguardan el lugar, de quienes desconozco sus nombres pero los reconozco sin temor a equivocarme, que tenia prohibido el paso e ingreso a CASA DIAMANTE por ordenes del C. KENNETH ABOUD GOWDY, siendo amenazados que de no retirarse seriamos consignados a la autoridad correspondiente.

Desde este momento ofrezco como prueba para acreditar los hechos que hasta aquí enumero son constitutivos de delito las siguientes:

## P R U E B A S

1.- DOCUMENTAL PUBLICA.- consistente en copia debidamente certificada de la escritura 5656, volumen 280, pasada ante la Fe del notario Publico 17 en Cabo San Lucas, mediante el cual se me otorga PODER GENERAL PARA PLEITOS Y COBRANZAS en representación del C. PHILIP ANDREW KENNER de fecha 03 de febrero de 2008.

2.- DOCUMENTALES PRIVADAS.- Consistente en facturas, recibos de pago de servicios y conciliaciones contables, mediante las cuales acredito los pagos que en lo representado ha realizado y los gastos operativos y de mantenimiento del proyecto denominado CASA DIAMANTE CABO SAN LUCAS S. DE R. L. DE C. V., las cuales previo cotejo y compulsa que se haga con las originales solicito me sean devueltas para mantenerlas bajo resguardo.

3.- TESTIMONIAL.- Consistente en el testimonio que deberá rendir la C. KARLA MARGARITA ANTELES VALDEZ a quien me comprometo a presentar



COTEJADO

el día y hora que tenga a bien designar a efecto de que se desahogue la probanza que oferto al tenor de las preguntas que le serán formuladas de manera verbal al momento mismo de la diligencia.

**4.- TESTIMONIAL.-** consistente en el testimonio que deberá rendir el C. PHILIP ANDREW KENNER a quien me comprometo a presentar el día y hora que tenga a bien designar a efecto de que se desahogue la probanza que oferto al tenor de las preguntas que le serán formuladas de manera verbal al momento mismo de la diligencia.

**5.- TESTIMONIAL.-** Consistente en el testimonio que deberá rendir el C. MARTIN FELIPE ONTIVEROS TOLEDO a quien me comprometo a presentar el día y hora que tenga a bien designar a efecto de que se desahogue la probanza que oferto al tenor de las preguntas que le serán formuladas de manera verbal al momento mismo de la diligencia.

**6.- DOCUMENTAL PUBLICA.-** consistente en escritura publica cinco mil quinientos ochenta y tres, del volumen doscientos sesenta y nueve de fecha 11 de diciembre de 2008, referente al Acta Levantada en la misma fecha mediante la cual acredito que le fue negado el acceso a las instalaciones de DIAMANTE CABO SAN LUCAS a mi representado, documental que agrego en copa simple y en su oportunidad exhibiré en copia certificada para cotejo y compulsa para que surta los efectos legales a que haya lugar.

Reservándome el derecho de colaborar en la investigación y aportación de nuevas probanzas que den luz al presente asunto.

**D E R E C H O**

Son de aplicarse en cuanto al fondo los artículos 310, 312 fracción IV y demás relativos al Bodigo Penal del Estado de Baja California Sur.

En cuanto al procedimiento son de aplicarse los artículos 7, 32, 33, 35, 47 y demás relativos del Código de Procedimientos Penales vigente en el Estado.

Por lo anteriormente expuesto y fundado a Usted, **C. Fiscal Investigador,** respetuosamente **PIDO:**

**PRIMERO.-** Se me tenga por denunciando los hechos que considero son constitutivos de delito.

**SEGUNDO.-** Se abra con la presente denuncia la investigación correspondiente y de ser positiva, se consigne ante el Tribunal correspondiente, solicitando se obsequie orden de aprehensión que en su caso proceda en contra del señor KENNETH ABOUD JOWDY.

**COTEJADO**

**TERCERO:** Tenga a bien fijar día y hora para el desahogo de las testimoniales que oferto en este libelo, comprometiéndome a presentar dichos atestos cuando así lo considere pertinente.

### PROTESTO LO NECESARIO

### CABO SAN LUCAS, B.C.S. A LA FECHA DE SU PRESENTACION

### ATENTAMENTE

**FRANCISCO JAVIER BARRERAS DUARTE**
**Apodero Legal**

COTEJADO



# Notaria Publica No. 9

COTEJADO

# CERTIFICACIÓN

## LIC. OSCAR AMADOR ENCINAS.
### Notario Publico Número 9

*Isabel La Catolica 1745, e/ Ocampo y Degollado*
*La Paz, Baja California Sur*
*Tels. y Fax (612)122-9848, 123-0438 y 125-8060*
*e-mail: notaria9@prodigy.net.mx y notaria9bcs@hotmail.com*

PKHOME-00016020




**Lic. María del Pilar García Orozco**

Notaría Pública No.17
Cabo San Lucas, B.C.S.

--------------- **VOLUMEN DOSCIENTOS OCHENTA** ---------------

--------- **ESCRITURA CINCO MIL SETECIENTOS CINCUENTA Y SEIS** ---------

-------- En la Ciudad de Cabo San Lucas, Baja California Sur, México, a los **tres** días del mes de **febrero** del año dos mil nueve, **ANTE MI**, Licenciada **MARIA DEL PILAR GARCIA OROZCO**, Notario **Publico Número Diecisiete** del Estado de Baja California Sur y del Patrimonio Inmueble Federal, con ejercicio en el Municipio de Los Cabos y con Residencia en la ciudad de **Cabo San Lucas**, compareció el señor **PHILIP ANDREW KENNER**, quien por desconocer el idioma español designa al señor **BERTOLDO MEDINA GONZÁLEZ**, su traductor, a efecto de otorgar un **PODER GENERAL PARA PLEITOS Y COBRANZAS, ACTOS DE ADMINISTRACIÓN Y ACTOS DE DOMINIO**, en favor de la licenciado **FRANCISCO JAVIER BARRERAS DUARTE**, de conformidad con las siguientes: ------------------------------------------------------

------------------------------------------------------

----------------------- **C L Á U S U L A S** -----------------------

---- **PRIMERA.- PODER GENERAL PARA PLEITOS Y COBRANZAS**, con todas las facultades generales y aun con las especiales que de acuerdo con la Ley requieran poder o cláusula específica, en los términos del párrafo primero del Artículo dos mil cuatrocientos sesenta y ocho del Código Civil vigente para el Estado de Baja California Sur, y sus correlativos en las demás Entidades de la República Mexicana y del Distrito Federal; por lo que dada la amplitud de facultades conferidas al apoderado, el mismo queda expresamente autorizado para ejercitar las que se determinan en el artículo dos mil quinientos uno del mismo ordenamiento (con excepción la de cesión de bienes) y sus correlativos de las demás Entidades; y por lo tanto para: ------------------------

---- I.- Promover y desistirse de toda clase de acciones, recursos, juicios y procedimientos, aún el de amparo; ------------------------------------------------

---- II.- Transigir; ---------------------------------------------------------------------

---- III.- Articular y absolver posiciones; --------------------------------------------

---- IV.- Comprometer en árbitros; ----------------------------------------------------

---- V.- Recusar; ------------------------------------------------------------------------

---- VI.- Recibir pagos; -----------------------------------------------------------------

---- VII.- Proponer y aceptar arreglos conciliatorios, interponer toda clase de recursos y desistirse de ellos, concurrir a remates, hacer posturas y pujas y solicitar la adjudicación de los bienes, gestionar y obtener el pago de toda clase de incapacidades e indemnizaciones, reconvenir y contestar reconvenciones, oponer excepciones dilatorias y perentorias, ofrecer y deshogar toda clase de pruebas, reconocimiento de firmas y documentos, argüir de falsedad a los que se presenten por la contraria, preguntar, repreguntar y tachar testigos, formular y ratificar denuncias o querellas criminales y darse por reparado del daño en asuntos penales, constituirse en



**COTEJADO**

Cotejado

coadyuvante del Ministerio Público y otorgar en los casos que proceda el perdón correspondiente y ejercitar las anteriores facultades ante toda clase de personas físicas y morales, organismos descentralizados, cualesquiera Autoridades Judiciales, sean Civiles o Penales, Administrativas o del Trabajo, ya sea que pertenezcan a la Federación, los Estados o al Municipio. ------------------

---- **SEGUNDA.- PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN.-** en los términos del segundo párrafo del Artículo Dos Mil Cuatrocientos Sesenta y Ocho del Código Civil Vigente en el Estado de Baja California Sur y su correlativo de los Estados en donde se ejercite el Mandato, con todas las facultades generales y las especiales que conforme a la Ley requieran Poder o Cláusula especial, pudiendo administrar de la manera más amplia los bienes del mandante; hacer y recibir pagos, otorgar recibos, celebrar todo tipo de contratos de uso sobre bienes muebles o inmuebles, o convenios en la forma que estimen convenientes, vigilando el exacto cumplimiento de los mismos, así como celebrar cualquier acto administrativo compatible con este mandato.-------

---- **TERCERA.- PODER GENERAL PARA ACTOS DE DOMINIO**, en los términos del tercer párrafo del Artículo Dos Mil Cuatrocientos Sesenta y Ocho del Código Civil Vigente en el Estado de Baja California Sur y su correlativo de los Estados en donde se ejercite el Mandato, con todas las facultades generales y las especiales que conforme a la Ley requieran Poder o Cláusula especial, pudiendo de manera enunciativa y no limitativamente; vender, gravar, ceder, permutar, arrendar, enajenar, hipotecar, pignorar y en general realizar cualquier clase de acto de dominio, respecto a los bienes y derechos de la mandante, quedando facultadas para recibir el pago, y fijar el precio que estimen conveniente para el caso de venta, firmar documentos públicos o privados necesarios para el cumplimiento de este mandato.------

---- Quedando facultada al apoderado para firmar documentos públicos o privados necesarios para el cumplimiento de este mandato. ------------------

------------------

------ **G E N E R A L E S** ------

---- El señor **PHILIP ANDREW KENNER**, manifestó bajo protesta de decir verdad ser de nacionalidad Estadounidense, originario de Buffalo, New York, Estados Unidos de Norteamérica, donde nació el día veintiuno de febrero de mil novecientos sesenta y nueve, ser inversionista, soltero, con domicilio en Departamento número setecientos doce, 4525 Dean Martín Drive, Las Vegas, Nevada, Estados Unidos de América, de paso por esta ciudad, quien se identificó ante la suscrita con su pasaporte americano con fotografía, del cual se agrega una copia cotejada al apéndice del protocolo bajo el número de esta escritura y legajo con la letra "A" y acreditó su legal estancia con documento migratorio, del cual agrego una copia cotejada a mi apéndice bajo el número de esta escritura y legajo con la letra "B".-------

---- El señor **BERTOLDO MEDINA GONZÁLEZ**, manifestó bajo protesta de decir verdad ser de nacionalidad Mexicana, mayor de edad, casado, nacido en Los Mochis,



## Lic. María del Pilar García Orozco
### Notaría Pública No.17
### Cabo San Lucas, B.C.S.



Sinaloa el día veintiuno de septiembre de mil novecientos setenta y dos, con domicilio Manzana uno, lote seis, Colonia Lomas del Valle, en Cabo San Lucas, Municipio de Los Cabos, Baja California Sur, quien procedió a identificarse con su pasaporte mexicano con fotografía, expedido por la Secretaría de Relaciones Exteriores, del cual se agrega una copia cotejada en mi apéndice bajo el número de esta escritura y legajo marcado con la letra "C".------------------------------------------------------------------------------

----- YO, LA NOTARIO, CERTIFICO: -------------------------------------------------

----- A) Que lo relacionado e inserto en este instrumento concuerda fielmente con los documentos a que me remito los cuales tuve a la vista y devolví a los interesados.-------

----- B) Que conceptúo a los comparecientes como personas con capacidad legal para contratar y obligarse en los términos de ley, toda vez que no encontré en ellos signos evidentes de incapacidad natural ni tengo noticias de que estén sujetos a interdicción. -

----- C) Que personalmente leí y explique del valor y fuerza legal del presente instrumento al señor PHILIP ANDREW KENNER, quien por desconocer el idioma español designó al señor BERTOLDO MEDINA GONZÁLEZ, su traductor, quienes lo ratificaron y firmaron.-----------------------------------------------------------------------------------

--------------------------------- DOY FE ------------------------------------------

------ Firmado.- **PHILIP ANDREW KENNER**.- Firmado.- **BERTOLDO MEDINA GONZÁLEZ.** ---------------------------------------------------------------------------

------ FIRMADO ANTE MI EN FECHA TRES DÍAS DEL MES DE FEBRERO DEL AÑO DOS MIL NUEVE, Y AUTORIZO EN DEFINITIVA EL PRESENTE INSTRUMENTO EN FECHA TRES DE FEBRERO DEL AÑO DOS MIL NUEVE.- DOY FE.- FIRMA DE LA NOTARIO Y SELLO DE AUTORIZAR DE LA NOTARIA. ------------------------------------------------

------------------------------ I N S E R C I O N -----------------------------------

----------- ARTICULO 2468 DEL CODIGO CIVIL VIGENTE ---------------------------

--------------- EN EL ESTADO DE BAJA CALIFORNIA SUR ----------------------------

En todos los poderes generales para pleitos y cobranzas, bastará que se diga que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley, para que se entiendan conferidos sin limitación alguna. ------

En los poderes generales, para administrar bienes bastará expresar que se dan con ese carácter para que el apoderado tenga todas las facultades administrativas.-----------------

En los poderes generales, para ejercer actos de dominio, bastará que se den con ese carácter para que el apoderado tenga todas al facultades de dueño, tanto en lo relativo a los bienes, como para hacer toda clase de gestiones, a fin de defenderlos.---------------

Cuando se quisieran limitar, en los tres casos antes mencionados, las facultades de los apoderados, se consignarán las limitaciones, o los poderes serán especiales. -------------

Los notarios insertarán este artículo en los testimonios de los poderes que otorguen.----

PKHOME-00016023



ES PRIMER TESTIMONIO EN SU ORDEN QUE SE EXPIDE PARA EL LICENCIADO **FRANCISCO JAVIER BARRERAS DUARTE**, A TITULO DE APODERADO. VA EN DOS FOJAS ÚTILES IMPRESAS POR AMBOS LADOS, DEBIDAMENTE COTEJADAS, SELLADAS Y FIRMADAS. --------

----- EN CABO SAN LUCAS, BAJA CALIFORNIA SUR, A LOS TRES DIAS DEL MES DE FEBRERO DEL AÑO DOS MIL NUEVE. DOY FE --------

Yo, Licenciado OSCAR AMADOR ENCINAS, Notario Público Número Nueve de La Paz, Capital del Estado de Baja California Sur, CERTIFICO Y HAGO CONSTAR: Que la presente Copia fotostática consta(n) de ___225___ foja(s) útil(es), concuerda(n) fielmente con el original que tuve a la vista y previo cotejo devolví a la parte interesada, dejando constancia de la misma en esta Notaría a mi cargo con fecha de hoy.
La Paz, Baja California Sur, a _13 DE MAYO_ del del año dos mil _NUEVE._ DOY FE: _____

PKHOME-00016024





H. X Ayuntamiento
de Los Cabos., B.C.S.

**DIRECCIÓN MUNICIPAL DEL REGISTRO PÚBLICO
DE LA PROPIEDAD Y DEL COMERCIO**

LOS SUSCRITOS **LICENCIADO JORGE JOEL COTA RUIZ DIRECTOR DEL REGISTRO PUBLICO DE LA PROPIEDAD Y DEL COMERCIO** DE ESTE H. X AYUNTAMIENTO DE LOS CABOS.

C E R T I F I C A N: Que se hizo la búsqueda correspondiente a un periodo de _2_ años anteriores a esta fecha en la oficina y durante dicho lapso se encontró

**LIBRE DE GRAVAMEN**

Lote número I Uno del predio conocido como **LA LAGUNA** en la porción conocida como Rancho El Cardonal, en Cabo San Lucas. Municipio De los cabos B. C. S. Con Clave. Catastral. 4-02-013-0081. con una superficie de 5-92-88. Has. Con las siguientes medidas y colindancias. Del vértice G al vértice H hacia el norte con una Distancia de (191.89 m. y un Angulo de (115.38'05") colindando con lote (VII). Del vértice H al vértice I hacia el norte con una distancia de 127.52 m. Y un Angulo de 120° 09'24.5 colindando con lote VII. Del vértice I al vértice J hacia el norte con una distancia de 31.50 y un ángulo de 197.08.24 colinda con lote VII. Del vértice J al vértice A hacia el norte con una distancia de 135.50 y un ángulo de 107.08.24 colindando con lote VII. Del vértice B al vértice C hacia el sur con una distancia de 125.00 mts y un ángulo de 287.08.24 colinda con lote III. Del vértice C al vértice D hacia el Sur con una distancia de 31.50 mts y un ángulo de 17.08.24 colindando con lote III. Del vértice C al vértice D hacia el sur con una distancia de 127.52 mts y un colinda con lote III. Del vértice D al vértice E hacia el sur. Con una distancia de 31.50 y un ángulo de 300.09.21 colindando con lote numero III. Del vértice E al vértice F hacia el sur con una distancia de 191.88 mts y un ángulo de 295.38.05 colindando con lote IV. Del vértice A al vértice B hacia el este con una distancia de 135.00mts y un ángulo de 197.08.24. Colindando con propiedad del señor Francisco Arballo. Del vértices F al vértice G hacia el Oeste con una distancia de 135.00 y un ángulo de 17.08.24. Colinda con lote II.

INSCRITO BAJO EL NUMERO _135_ FOJA _135_ VOLUMEN _CCXLV_ E. P. SECC. 1ª DE FECHA _08_ DE _MAYO_ DE _2006_ A FAVOR DE _BANCO J.P. MORGAN, S.A._

PARA CONSTANCIA Y SOLICITUD DE _PHILIP ANDREW KENNER_ SE EXPIDE EL PRESENTE CERTIFICADO EN SAN JOSE DEL CABO, BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS _10.00_ HORAS DEL DIA _24_ DE _FEBRERO_ DE _2009_. HABIENDOSE PAGADO POR BUSQUEDA Y EXPEDICION LA CANTIDAD DE _$342.00_ M.N. SEGÚN RECIBO OFICIAL _599091_ QUE SE EXHIBIO.

LIC. JORGE JOEL COTA RUIZ

REGISTRO PUBLICO DE LA
PROPIEDAD Y DEL COMERCIO
ARCHIVO Y CERTIFICACION

Boulevard Mijares S/N, entre las Calles Benito Juárez y Valerio González, Colonia Centro
C.P 23400 .San José del Cabo B.C.S. México. Tel. y Fax (624) 142-33-32

PKHOME-00016025

*H. X Ayuntamiento de Los Cabos., B.C.S.*

**DIRECCIÓN MUNICIPAL DEL REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO**

COTEJADO

LOS SUSCRITOS **LICENCIADO JORGE JOEL COTA RUIZ DIRECTOR DEL REGISTRO PUBLICO DE LA PROPIEDAD Y DEL COMERCIO** DE ESTE H. X AYUNTAMIENTO DE LOS CABOS.

C E R T I F I C A N: Que se hizo la búsqueda correspondiente a un periodo de  2  años anteriores a esta fecha en  la oficina y durante dicho lapso se encontró

**LIBRE DE GRAVAMEN**

Lote numero II. Del predio conocido como **LA LAGUNA** en la porción conocida como Rancho El Cardonal, en Cabo San Lucas. Municipio  De los cabos B. C. S. Con Clave Catastral. 4-02-013-0082. con una supeficie  de 5-94-86. Has. Con las siguientes medidas y colindancias. Del vértice L al vértice M  hacia el norte con una distancia de 299.94 y un ángulo de 114°38'35 colinda con lote VII. Del vértice F al vértice D, D hacia el sur con una distancia  de 116.99 y un Angulo de 294°38'35. Colinda con lote V. del vértice 135 D al vértice K hacia el sur con una distancia de  183.01. y un ángulo de 294°38'35. colinda con lote VI. Del vértice M al vértice G hacia el Este  con una distancia  de 65.00 y un ángulo de 187°08'39 colinda con lote VII. Del vértice G al vértice F hacia el Este con una distancia  de 135.00 y un ángulo de 197°08.24 colinda con lote H. Del vértice K al vértice L hacia el oeste con una distancia de 200.00 mts con un ángulo de 17°08'24. Colinda con. propiedad de Atilio Collins.

INSCRITO BAJO EL NUMERO  135  FOJA  135  VOLUMEN  CCXLV  E. P. SECC. 1ª DE FECHA  08  DE MAYO  A FAVOR DE  **BANCO J.P. MORGAN, S.A.**

PARA CONSTANCIA Y SOLICITUD DE  PHILIP ANDREW KENNER  SE EXPIDE EL PRESENTE CERTIFICADO EN  SAN JOSE DEL CABO, BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS  10.00  HORAS DEL DIA  24 DE FEBRERO DE 2009.  HABIENDOSE PAGADO POR BUSQUEDA Y EXPEDICION LA CANTIDAD DE $  342.00 M.N. SEGÚN RECIBO OFICIAL  599091  QUE SE EXHIBIO.

**LIC. JORGE JOEL COTA RUIZ**

Boulevard Mijares S/N, entre las Calles Benito Juárez y Valerio González, Colonia Centro
C.P. 23400 .San José del Cabo B.C.S. México. Tel. y Fax (624) 142-33-32

PKHOME-00016026





H. X Ayuntamiento
de Los Cabos, B.C.S.

**DIRECCIÓN MUNICIPAL DEL REGISTRO PÚBLICO
DE LA PROPIEDAD Y DEL COMERCIO**

LOS SUSCRITOS **LICENCIADO JORGE JOEL COTA RUIZ** DIRECTOR DEL REGISTRO PUBLICO
DE LA PROPIEDAD Y DEL COMERCIO DE ESTE H. X AYUNTAMIENTO DE LOS CABOS.

C E R T I F I C A N; Que se hizo la búsqueda correspondiente a un periodo de  2  años anteriores a
esta fecha en la oficina y durante dicho lapso se  encontró

**LIBRE DE GRAVAMEN**

Lote número 9 del predio conocido como **LA LAGUNA** en la porción conocida como Rancho El
Cardonal; en cabo San Lucas. Municipio  De los cabos B. C. S.  Con Clave Catastral. 4-02-013-0063.
con una superficie  de 31-36-41. Has. Con las siguientes  medidas y colindancias. Del vértice D-1 D
con una superficie  de 31-36-41. Has. hacia el Norte  con una distancia de 61.58  y un ángulo de 300º09´21. Colinda
con lote I. Del vértice D  hacia el Norte  con una distancia  de 31.50  y un ángulo de
17º08.24. Colinda con lote I del vértice C al vértice B hacia  el norte con una distancia de 125.00  y un
ángulo de 287º08.24. Colinda con lote I.  Del vértice V-1 V  al vértice B hacia el sur con una distancia
de  colinda con océano pacifico.  Del vértice  V-2 V  al vértice D-2 D hacia el sur con una
distancia  mts colinda con Océano Pacifico. Del vértice V-1. al vértice B hacia el Este  con
una distancia  de 647.87 y  un ángulo de 17º08.24 colinda con propiedad  de Francisco Arballo. De los
vértices D-1 B  al vértice D-2 D hacia el Oeste con una distancia de 628.56 mts y un ángulo de
197º08.24 colinda con lote IV.

INSCRITO BAJO EL NUMERO  135  FOJA  135  VOLUMEN  CCXLV  E. P. SECC. 1ª DE FECHA  08  DE
MAYO  DE  2006  A FAVOR DE  **BANCO J.P. MORGAN, S.A.**

PARA CONSTANCIA Y SOLICITUD DE **PHILIP ANDREW KENNER**  SE EXPIDE EL PRESENTE
CERTIFICADO EN SAN JOSE DEL CABO, BAJA CALIFORNIA SUR, ESTADOS UNIDOS
MEXICANOS,  SIENDO LAS  10.00  HORAS DEL DIA  24 DE FEBRERO DE 2009, HABIENDOSE
PAGADO POR BUSQUEDA Y EXPEDICION LA CANTIDAD DE $342.00 M.N. SEGÚN RECIBO
OFICIAL  599091  QUE SE EXHIBIÓ.

LIC. JORGE JOEL COTA RUIZ

Boulevard Mijares S/N, entre las Calles Benito Juárez y Valerio González.
C.P. 23400 .San José del Cabo B.C.S. México. Tel. y Fax (624) 142-33-32

PKHOME-00016027



H. X Ayuntamiento
de Los Cabos, B.C.S.

**DIRECCIÓN MUNICIPAL DEL REGISTRO PÚBLICO
DE LA PROPIEDAD Y DEL COMERCIO**

LOS SUSCRITOS **LICENCIADO JORGE JOEL COTA RUIZ** DIRECTOR DEL REGISTRO PUBLICO
DE LA PROPIEDAD Y DEL COMERCIO DE ESTE H. X AYUNTAMIENTO DE LOS CABOS.

C E R T I F I C A N: Que se hizo la búsqueda correspondiente a un periodo de _2_ años anteriores a
esta fecha en la oficina y durante dicho lapso se encontró

### LIBRE DE GRAVAMEN

Lote numero IV. Del predio conocido como **LA LAGUNA** en la porción conocida como Rancho El
Cardonal, en Cabo San Lucas. Municipio De los cabos B.C.S. Con Clave Catastral. 4-02-013-0084.
con una superficie de 11-62-60. Has. Con las siguientes medidas y colindancias. Del vértice D-1 al
vértice E hacia el Norte con una distancia de 65.93 y un ángulo de 300°09.21 colinda con lote 1. Del
vértice E del vértice D-5 hacia el norte con una distancia de 122.10 y un ángulo de 295°38'05. Colinda
con lote 1. Del vértice E-V al vértice VZF-5 hacia el sur con una distancia de 4.95 y un Angulo de
119°55'06. Colinda con Océano Pacifico. Del vértice VZF-5 V.Z.F del vértice V-4 al sur con una
distancia de 60.23 y un ángulo de 117°07'54 colinda con Océano Pacifico. Del vértice V-4 al vértice
V-3 V hacia el sur con una distancia de 74.40 metros y un ángulo de 117.°55'10. Colinda con
Océano Pacifico del Vértice V-3. V. al vértice D-2 D hacia el Sur con una distancia de 48.86 mts y un
ángulo de 119°36'06. Colinda con Océano Pacifico. Del vértice D-2 D al vértice D-1 hacia el Este con
una distancia de 628.56 mts y un ángulo de 17°08'24. Colinda con lote III. Del vértice D-3 D al vértice
D-4 D hacia el oeste con una distancia de 625.87 y un ángulo de 197°08.24 colinda con lote V.

INSCRITO BAJO EL NUMERO_135_FOJA_135_VOLUMEN_CCXLV_E. P. SECC. 1ª DE FECHA_08_DE
MAYO_DE_2006_A FAVOR DE_BANCO J.P. MORGAN, S.A.

PARA CONSTANCIA Y SOLICITUD DE_PHILIP ANDREW KENNER_ SE EXPIDE EL PRESENTE
CERTIFICADO EN SAN JOSE DEL CABO, BAJA CALIFORNIA SUR, ESTADOS UNIDOS
MEXICANOS, SIENDO LAS_10.00_HORAS DEL DIA_24_DE FEBRERO DE_2009. HABIENDOSE
PAGADO POR BUSQUEDA Y EXPEDICION LA CANTIDAD DE $342.00 M.N. SEGÚN RECIBO
OFICIAL_599091_QUE SE EXHIBIO.

**LIC. JORGE JOEL COTA RUIZ**

Boulevard Mijares S/N, entre las Calles Benito Juárez y Valerio González, Colonia Centro
C.P 23400 .San José del Cabo B.C.S. México, Tel. y Fax (624) 142-33-32



**H. X Ayuntamiento de Los Cabos, B.C.S.**

**DIRECCIÓN MUNICIPAL DEL REGISTRO PÚBLICO DE LA PROPIEDAD Y DEL COMERCIO**

LOS SUSCRITOS **LICENCIADO JORGE JOEL COTA RUIZ DIRECTOR DEL REGISTRO PUBLICO DE LA PROPIEDAD Y DEL COMERCIO** DE ESTE H. X AYUNTAMIENTO DE LOS CABOS.

C E R T I F I C A N: Que se hizo la búsqueda correspondiente a un periodo de _2_ años anteriores a esta fecha en la oficina y durante dicho lapso se encontró

**LIBRE DE GRAVAMEN**

Lote número N. Del predio conocido como **LA LAGUNA** en la porción conocida como Rancho El Cardonal, en Cabo San Lucas. Municipio De los cabos B. C. S. Con Clave Catastral. 4-02-013-0085. con una superficie de 11-40-91. Has. Con las siguientes medidas y colindancias. Del vértice D-3 D al vértice F hacia el norte con una distancia de 69.78, Y un ángulo de 295°36'05. Colinda con lote II del vértice F al vértice D-5 hacia el Norte con una Distancia de 116.98 y un ángulo de 294°38'35. Colinda con lote II del vértice D-6 D al vértice VZF-6 al VZF hacia el sur con una distancia de 99.17 mts y un ángulo de 172°53'10 colinda con Océano Pacifico del vértice VZF al vértice D-4 hacia el sur con Una distancia de 91.81 y un ángulo de 119°55'07. Colinda con Océano Pacifico.. Del vértice D-4 al vértice D-3 hacia el este con una distancia de 625.87 mts y un ángulo de 17°08'24. colinda con lote V del vértice D-5 al vértice D-6. D hacia el Oeste con una distancia de 604.23 y un ángulo de 197°08'24 colinda con lote VI.

INSCRITO BAJO EL NUMERO _135_ FOJA _135_ VOLUMEN _CCXLV_ E. P. SECC. 1ª DE FECHA _08 DE MAYO DE 2006_ A FAVOR DE _BANCO J.P. MORGAN, S.A._

PARA CONSTANCIA Y SOLICITUD DE _PHILIP ANDREW KENNER_ SE EXPIDE EL PRESENTE CERTIFICADO EN SAN JOSE DEL CABO, BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS _10.00_ HORAS DEL DIA _24 DE FEBRERO DE 2009_. HABIENDOSE PAGADO POR BUSQUEDA Y EXPEDICION LA CANTIDAD DE $342.00 M.N. SEGÚN RECIBO OFICIAL _599091_ QUE SE EXHIBIO.

**LIC. JORGE JOEL COTA RUIZ**

Boulevard Mijares S/N, entre las Calles Benito Juárez y Valerio Gonzalez.
C.P 23400 .San José del Cabo B.C.S. México, Tel. y Fax (624) 142-33-32

**Los Cabos**
destino de todos
H. X AYUNTAMIENTO

H. X Ayuntamiento
de Los Cabos., B.C.S.

**DIRECCIÓN MUNICIPAL DEL REGISTRO PÚBLICO
DE LA PROPIEDAD Y DEL COMERCIO**

COTEJADO

LOS SUSCRITOS LICENCIADO JORGE JOEL COTA RUIZ DIRECTOR DEL REGISTRO PUBLICO DE LA PROPIEDAD Y DEL COMERCIO DE ESTE H. X AYUNTAMIENTO DE LOS CABOS.

C E R T I F I C A N: Que se hizo la búsqueda correspondiente a un periodo de _2_ años anteriores a esta fecha en la oficina y durante dicho lapso se encontró

**LIBRE DE GRAVAMEN**

Lote numero VI. Del predio conocido como LA LAGUNA en la porción conocida como Rancho El Cardonal, en Cabo San Lucas. Municipio De los cabos B. C. S. Con Clave Catastral. 4-02-013-0086. con una superficie de 18-03-90. Has. Con las siguientes medidas y colindancias. Del vértice D-5 D al vértice K hacia el norte con una distancia de 183,10 y un ángulo de 294°38'35 colinda con lote II del vértice D-7 al vértice VZF-9 VZF. Hacia el sur con una distancia de 67.36 y un ángulo de 269°51'08 colinda con Océano del vértice VZF 9.VZF al vértice VZF -8 VZF hacia el sur con una distancia de 46.26 y un ángulo de 114°34'05. Colinda con Océano Pacifico. del vértice VZF-8 al vértice VZF-7 VZF hacia el sur con una distancia de de 66.73 y un ángulo de 111°07'02. Colinda con Océano Pacifico. Del vértice VZF-7 VZF al vértice D-6 D hacia el sur con una distancia de 1.77 mts y un ángulo de 122°53'15. Colinda con Océano Pacifico. Del vértice D-6 D al vértice D-5 hacia el este con una distancia de 604.23 y un ángulo de 17°08'24 colinda con lote V del vértice K al vértice D-7 D hacia el Oeste con una distancia de 613.71 mts y un ángulo de 197.°08'24 colinda con propiedad de Atilio Collins.

INSCRITO BAJO EL NUMERO_135_FOJA_135_VOLUMEN_CCXLV_E. P. SECC. 1ª DE FECHA_08 DE MAYO_DE_2006_A FAVOR DE_BANCO J.P. MORGAN, S.A._

PARA CONSTANCIA Y SOLICITUD DE_PHILIP ANDREW KENNER_SE EXPIDE EL PRESENTE CERTIFICADO EN SAN JOSE DEL CABO, BAJA CALIFORNIA SUR, ESTADOS UNIDOS MEXICANOS, SIENDO LAS_10.00_HORAS DEL DIA_24 DE FEBRERO DE_2009. HABIENDOSE PAGADO POR BUSQUEDA Y EXPEDICION LA CANTIDAD DE $342.00 M.N. SEGÚN RECIBO OFICIAL_599091_QUE SE EXHIBIO.

LIC. JORGE JOEL COTA RUIZ

REGISTRO PUBLICO DE LA
PROPIEDAD Y CERTIFICACION
LOS CABOS, B.C.S.

Boulevard Mijares S/N, entre las Calles Benito Juárez y Valerio González, Colonia Centro
C.P 23400 .San José del Cabo B.C.S. México. Tel. y Fax (624) 142-33-32

PKHOME-00016030



H. X Ayuntamiento
de Los Cabos, B.C.S.

**DIRECCIÓN MUNICIPAL DEL REGISTRO PÚBLICO
DE LA PROPIEDAD Y DEL COMERCIO**

LOS SUSCRITOS **LICENCIADO JORGE JOEL COTA RUIZ DIRECTOR DEL REGISTRO PUBLICO
DE LA PROPIEDAD Y DEL COMERCIO** DE ESTE H. X AYUNTAMIENTO DE LOS CABOS.

C E R T I F I C A N: Que se hizo la búsqueda correspondiente a un periodo de _2_ años anteriores a
esta fecha en la oficina y durante dicho lapso se encontró

**LIBRE DE GRAVAMEN**

**Lote numero VII** Del predio conocido como **LA LAGUNA** en la porción conocida como Rancho El
Cardonal, en Cabo San Lucas. Municipio De los cabos B. C. S. Con Clave Catastral. 4-02-013-0067,
con una superficie de 26-00-98. Has. (se anexa memoria)

INSCRITO BAJO EL NUMERO _135_ FOJA _135_ VOLUMEN _CCXLV_ E. P. SECC. 1ª DE FECHA _08_ DE
MAYO DE _2008_ A FAVOR DE _BANCO J.P. MORGAN, S.A._

PARA CONSTANCIA Y SOLICITUD DE _PHILIP ANDREW KENNER_ SE EXPIDE EL PRESENTE
CERTIFICADO EN SAN JOSE DEL CABO, BAJA CALIFORNIA SUR, ESTADOS UNIDOS
MEXICANOS SIENDO LAS _10.00_ HORAS DEL DIA _24_ DE FEBRERO DE _2009._ HABIENDOSE
PAGADO POR BUSQUEDA Y EXPEDICION LA CANTIDAD DE _$342.00_ M.N. SEGÚN RECIBO
OFICIAL _599091_ QUE SE EXHIBIO.

**LIC. JORGE JOEL COTA RUIZ**

REGISTRO PUBLICO DE LA
PROPIEDAD Y DEL COMERCIO

Boulevard Mijares S/N, entre las Calles Benito Juárez y Valerio González, Colonia Centro
C.P. 23400 .San José del Cabo B.C.S. México, Tel. y Fax (624) 142-33-32

PKHOME-00016031



H. X Ayuntamiento
de Los Cabos, B.C.S.



**Los Cabos**
destino de todos

**DIRECCIÓN MUNICIPAL DEL REGISTRO PÚBLICO
DE LA PROPIEDAD Y DEL COMERCIO**

LOS SUSCRITOS **LICENCIADO JORGE JOEL COTA RUIZ** DIRECTOR DEL REGISTRO PUBLICO
**DE LA PROPIEDAD Y DEL COMERCIO** DE ESTE H. X AYUNTAMIENTO DE LOS CABOS.

C E R T I F I C A N: Que se hizo la búsqueda correspondiente a un periodo de _2_ años anteriores a
esta fecha en la oficina y durante dicho lapso se encontró

**LIBRE DE GRAVAMEN**

**POLIGONO I** del predio **LA LAGUNA (EL CARDONAL)** en la Delegación Municipal. De Cabo San
Lucas, Municipio de Los Cabo B. C. S. con Clave Catastral 4-02-013-0001, y con una superficie de
528-86-49.127 Has.

Con las siguientes medidas y colindancias:

AL NORTE:   En dos tramos 2,299.705 mts, con Propiedad que es o fue del Señor Víctor Hugo
Ceseña, mas 139.771 mts con Polígono 3.

AL SUR:   En tres tramos 139.815 con Polígono 3, + 1,605.070 mts con Zona Federal Marítima
Terrestre del Océano Pacifico, mas 747.160 mts con Lote 7.

AL ESTE:   En dos tramos de 1,714.370 mts con Propiedad que es o fue del Señor Nestor
Herrera mas 1,129.040 con Lotes 2, 6 y 7.

AL OESTE:   En tres tramos 1,995.580 con Polígono 2, mas 100.000 con Polígono 3, mas 374.414
mts, con Propiedad que es o fue del Señor Luis Bulnes Molleda.

INSCRITO BAJO EL NUMERO _135_ FOJA _135_ VOLUMEN _CCXLV_ E. P. SECC. 1ª DE FECHA _08_ DE
MAYO DE _2006_ A FAVOR DE _BANCO J.P. MORGAN, S.A._

PARA CONSTANCIA A SOLICITUD DE _PHILIP ANDREW KENNER_ SE EXPIDE EL PRESENTE
CERTIFICADO EN SAN JOSE DEL CABO, BAJA CALIFORNIA SUR, ESTADOS UNIDOS
MEXICANOS, SIENDO LAS _10.00_ HORAS DEL DIA _24_ DE FEBRERO DE _2009_, HABIENDOSE
PAGADO POR BUSQUEDA Y EXPEDICION LA CANTIDAD DE $342.00 M.N. SEGÚN RECIBO
OFICIAL _599091_ QUE SE EXHIBIO.

LIC. JORGE JOEL COTA RUIZ

REGISTRO PUBLICO DE LA
PROPIEDAD Y DEL COMERCIO
ARCHIVO Y CERTIFICACION
LOS CABOS, B.C.S.

Boulevard Mijares S/N, entre las Calles Benito Juárez y Valerio González, Colonia Centro
C.P 23400 .San José del Cabo B.C.S. México. Tel. y Fax (624) 142-33-32

COTEJADO

PKHOME-00016032

# URGENT WIRE ON MARGIN

June 6, 2005

Charles Schwab
Institutional Service Group – Team 5
Master account #: 08880751
PO Box 52013
Phoenix, AZ 85072-9215

Re: Jere Lehtinen: Account # 6057-2030

Dear Charles Schwab:

Please wire $1,500,000.00 ON MARGIN using the following distributions:

PROPIEDADES DDM S. DE R.L. DE C.V.

Obregon 1289, Ensenada, Baja California Mexico 22800

CLABE:002022096490368342
ABA: 122233645
SWIFT: BNMXMXMM
BANK: BANAMEX

Gral. Abelardo L. Rodriguez No.-22, Frac. Nueva Ensenada
Ensenada, Baja California Mexico 22323
011.52.646.182.9864

Thank you for your assistance,

Phil Kenner as Attorney-in-Fact for Jere Lehtinen

COTEJADO

PKHOME-00016033



May 03 07 02:36p    pk                                    480 314 3795

*charles*SCHWAB

June 06, 2005

Jere Lehtinen
c/o P Kenner Standrd Advsr
10705 E Cactus Rd
Scottsdale, AZ  85259

**Confirmation of Wire Transfer Completed**

This letter is to confirm completion of your wire transfer instructions as noted below:

Schwab Account Number:       6057-2030
Amount of Wire:              $ 1,500,000.00
Date of Transaction:         06/06/2005
Reference Number:            0264627

If you have any questions concerning this transaction, please contact us at
1-800-515-2157

Thank you for choosing Schwab to serve your investment needs.

(0000-2350)

Break in
consecutive
order

PKHOME-00016035

PROCURADURIA GENERAL DE JUSTICIA DEL ESTADO
DE BAJA CALIFORNIA SUR.

DECLARACION DE TESTIGO.----------------------
----En Cabo San Lucas, Municipio de Los Cabos,
Baja California Sur, siendo las 14:00 horas del
Junio de 2009, (DOS MIL NUEVE), el C. Agente del
Público del Fuero Común Investigador quien actúa
testigos de asistencia, quienes dan fe de
diligencia siendo los C.C. MARIO ALBERTO MARTINEZ AGUILAR y
AURORA HERRERA V.; quienes hacen constar que el testigo
Compareció Voluntariamente ante esta representación social
el(la) C. PHILIP ANDREW KENNER----------------------
----Continuamente el C. Agente del Ministerio Público
advirtiendo la imposibilidad del declarante de hacerse
entender, procede a designar como interprete a la persona de
nombre ALEJANDRA VELLANOWETH GESSNER, quien a su vez
manifiesta ser perito oficial y/o especialista privado, a
quien se le hace saber la designación de su cargo,
manifestando en uso de la voz: que lo acepta. Asi mismo, con
fundamento en el articulo 189 del Código Penal vigente en la
entidad se procede a PROTESTAR al interprete de referencia,
haciendole saber las penas y sanciones en que incurren las
personas que declaran con falsedad ante una autoridad en
ejercicio de sus funciones y bien enterado(a) de lo anterior
manifiesta que: PROTESTA CONDUCIRSE CON VERDAD DENTRO DE LA
DILIGENCIA EN QUE ACTUA. Mismo que se identifica con
CREDENCIAL DE ELECTOR NUMERO FOLIO 137679537, refiriendo ser
de nacionalidad MEXICANA, de 40 años de edad, de estado
civil SOLTERA, CON instrucción, originario(a) de MEXICO,
D.F., con domicilio en AVENIDA DEL PESCADOR ESQUINA CAMINO
VIEJO A SAN JOSE COLO MEDANO EN CABO SAN LUCAS y de
ocupación TRADUCTORA, y quien en lo sucesivo por su conducto
se procedera a declarar al testigo.----------------------
----Acto seguido y con fundamento en el articulo 229 del
Código Procesal Penal se le hace saber al declarante que no
tiene obligación de declarar en los siguientes supuestos:
I._ Si es ascendiente o descendiente consanguineo o por
adopción del indiciado; II._ Si es cónyuge, concubina o
concubino y pariente colateral por consanguinidad hasta el
cuarto grado y por afinidad hasta el segundo, III._ Los que
estan ligados al indiciado por amor, respeto, gratitud o
estrecha amistad, IV._ Los que tengan obligación legal de no
revelar secretos; por lo que una vez informado el testigo
manifiesta que no se encuentra en ninguno de los supuestos,
por tal motivo si es su deseo y voluntad rendir su
testimonio ante esta autoridad.----------------------
----Seguidamente se procede a PROTESTAR para que se conduzca
con la verdad dentro de la presente diligencia en la que
habra de intervenir, procediendo el C. Agente del Ministerio
Público a informarlo y enterarlo del contenido de los
articulos 188 y 189 del Código Penal en relación con el 288
del Código de Procedimientos Penales ambos vigentes en la
entidad, relativos al delito de falsedad en declaración e
informes, dándosele lectura en voz alta al mismo, una vez
enterado de lo anterior el compareciente manifiesta: que

##########

PROCURADURIA GENERAL JUSTICIA DEL ESTADO
DE BAJA CALIFORNIA SUR.

000395

hace formal PROTESTA de conducirse con verdad. ------------
----Acto continuo se procede a tomar sus generales, quien
dijo llamarse como ha quedado escrito, de apodo NO TIENE, de
40 años de edad, originario(a) de NEW YORK, de
nacionalidad NORTEAMERICANO, de estado civil, de
ocupación DESARROLLADOR EMPRESARIO, con domicilio en
200HOOVEER SUITE 1711, LAS VEGAS NEVADA,, número telefonico
4802354193, CON instrucción, hijo de padres EVIN KENNER Y
KATHY KENNER y quien se identifica con PASAPORTE NUMERO
FOLIO 206024364, EXPEDIDO POR U. S. A.------------------
----Seguidamente manifiesta: QUE EL MOTIVO DE MI
COMPARECENCIA ES CON LA FINALIDAD DE MANIFESTAR. - QUE MI
TRABAJO ORIGINALMENTE ERA INVERTIR ONCE MILLONES DE DOLARES
$ 11,000,000 00/1000 DE DOLARES NORTEAMERICANOS, Y EN MI
TRABAJO ERA DE DIRECTOR DE VENTAS Y COMERCIALIZACION PARA
EL DESARROLLO INMOBILIARIO ME CORRIERON DE MI EMPLEO HACE
APROXIMADAMENTE UN AÑO Y MEDIO, NO SE HACE EFECTUADO ALGUNO
POR RESTITUIR LA CANTIDAD DE ONCE MILLONES DE DOLARES, LOS
CUALES YO ENTREGUE A EL SEÑOR KENNETH ABOUD JOWDY,
DIRECTAMENTE CON TRANSFERENCIAS ELECTRONICAS DE FONDOS DE
MI CUENTA Y DE VARIAS OTRAS CUENTAS DIRECTAMENTE EN UNA
CUENTA MEXICANA QUE SE ENCUENTRA A NOMBRE PROPIEDAD DDM SA.
DE C.V LA CUAL CONTROLA EL C. KENNETH ABOUD JOWDY TAMBIEN
SE EFECTUARON TRANSFERECNIAS ELECTRONICAS A UN PROPIETARIO
ANTERIOR DE LA PROPIEDAD DE NOMBRE DON ATILIO COLLI
DIRECTAMENTE A LA CUENTA DE EL, ASITAMBIEN EN MEXICO
L.O.R. MANAGEMENT S,A. DE C.V. Y VARIAS CUENTAS
DIRECTAMENTE EN LOS ESTADOS UNIDOS DE AMERICA CONTROLDAS Y
MANEJADAS POR ESTA PERSONA DE NOMBRE KENNETH ABOUD JOWDY,
POR LO QUE FUE EN EL AÑO DE EL 2007, CUANDO RECIBI UNA
CARTA DE FIRMADA POR EL C. KENNETH ABOUD JOWDY, EN DONDE EL
CUAL ME MANIFESTABA, QUE YA NO PERTENCIA A LA EMPRESA Y POR
LO CUAL DABA POR TERMINADA SU EMPLEO DENTRO DE LA EMPRESA
DIAMANTE CABO SAN LUCAS, ASIMISMO QUIERO HACER MENCION QUE
EN EL AÑO DE EL EN EL MES DE JULIO DE EL 2004, REALICE UN
ACUERDO VERBAL DE NEGOCIOS CON EL C. KENNETH ABOUD JOWDY,
EN LA CIUDAD DE CABO SAN LUCAS, EXACTAMENTE EN LA CASA DE
EL SEÑOR KENNETH ABOUD JOWDY, Y A LA CUAL EL ME INVITO
INVERTIR EN UN DESARROLLO LLAMADO DIAMANTE CABO SAN LUCAS,
Y DIRECTAMENTE ME DIJO QUE TENIA INVERTIR LA CANTIDAD DE $
11,000,000.00 00/100 MILLONES DE DOLARES, «ONCE MILLONES DE
DOLARES NORTEAMERICANOS», LOS CUALES IBA A INVERTIR
GRADUALMENTE TAL CANTIDAD, DEPENDIENDO COMO SE FUERA
OCUPANDO EL DINERO, ASIMISMO AHI LE MANIFESTO QUE IBA A
TENER EL CARGO DIRECTO DE VENTAS Y MERCADOTECNIA LOS CUALES
IBA A TENER OFICINAS EN LA CIUDAD DE LAS VEGAS Y AQUI EN
CABO SAN LUCAS, POR LO CUAL ME PARECIO MUY BIEN, Y DECIDI A
ENTRAR Y PARTICIPAR, SIENDO TODO LO QUE DESEO MANIFESTAR.,;
que es todo lo que tiene que manifestar, acto continuo el
suscrito Agente del Ministerio Público procede a interrogar
al testigo sobre la razón de su dicho, a lo cual manifiesta
POR QUE ME CONSTA, una vez concluida la presente le es leida
su declaración o bien se le hace saber que lo puede hacer

##########

DE BAJA CALIFORNIA SUR.

000395

por si mismo a fin de que la ratifique o enmiende y la firme. De conformidad por el artículo 239 del Código de Procedimientos Penales vigente en la entidad. La firma al margen para constancia.----------------------------------------
----Se cierra y se autoriza lo actuado.-DAMOS FE.-----------
----EL C. AGENTE DEL MINISTERIO PUBLICO DEL FUERO COMUN INVESTIGADOR CONTRA EL PATRIMONIO----------------------------

LIC. RAUL ANTONIO CHOLLET MEZA

Testigo de Asistencia                    Testigo de Asistencia

MARIO ALBERTO MARTINEZ AGUNDEZ          AURORA HERRERA

COTEJADO

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT / PASSEPORT / PASAPORTE

USA

UNITED STATES OF AMERICA

Type / Type / Tipo   Code / Code du pays / Código   Passport No. / No. du Passeport / No. de Pasaporte
P                    USA                              206024364

Surname / Nom / Apellidos
KENNER

Given Names / Prénoms / Nombres
PHILIP ANDREW

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
21 Feb 1969

Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
M                    NEW YORK, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
26 Feb 2002

Authority / Autorité / Autoridad
National
Passport Center

Date of expiration / Date d'expiration / Fecha de caducidad
26 Feb 2012

Amendments / Modifications / Enmiendas
See Page 24

P<USAKENNER<<PHILIP<ANDREW<<<<<<<<<<<<<<<<<<<
2060243643USA69D2210M1202225<<<<<<<<<<<<<<00

PKHOME-00016039

COTEJADO