*McKee confirms "Bad apples" (Black sheep) and knowledge of GSF use of funds*

This testimony message information was transmitted to McKee as a result of his post GSF dinner meeting questions of Kenner:

| 70043 | +17168034903 Jay McKee* | 5/9/2009 2:12:22 PM(UTC +0) | Read | [McKee]: Hey, also, could u email me what the <u>3 black sheep</u> are getting in the end result, as well as Tommy bullet points they had 2 agree too.. Tks |
|---|---|---|---|---|
| 82669 | +17168034903 Jay McKee* | 5/9/2009 2:32:11 PM(UTC +0) | Sent | [Kenner]: Tommy said you will get 1/10th of everything that is acquired of theirs which includes 20% (2% for you) of the <u>airpark building</u>, 1/10th of their 3.64% of their Eufora shares (.364% for you which puts you just over 1% in <u>Eufora</u>) and then a small piece of the <u>jet</u> which TC is still crunching numbers on but it will probably be 1% of it. |
| 82770 | +17168034903 Jay McKee* | 5/9/2009 2:35:46 PM(UTC +0) | Sent | [Kenner]: TC will send you the bullets they agreed to but has to wait till it's actually signed. Should be a day or two. They have only agreed by email so far. He will also send you the media summary but he wants you to convince the owner of Chef's to send him the tomato sauce Fed Ex. |

- Please note that during his EDNY testimony -- McKee DENIED all knowledge of the various elements of Constantine's GSF…

1