> **Confirmation of complicity between Peca, Berard, Kaiser, Harvey and Jowdy -- below...**



**From:** "Ronald Richards" <ron@ronaldrichards.com>
**Date:** January 27, 2012 2:52:43 PM EST
**To:** "'Kristin Kristin'" <kmpgp@aol.com>
**Subject: RE: January 20, 2012**

Hi Michael,

I have responded to each of your emails and phone calls. This suggestion that somehow I don't respond to you is contradicted by our emails and is simply inaccurate. I obtained a $1,000,000.00 judgment against Mr. Jowdy as you know. His attorney had wanted to try and come up with a global settlement but I have not been presented one. I previously addressed why our prior matter was dismissed without prejudice and you or anyone else who has given Mr. Jowdy money is free to contact him or make a claim against him. According to him, the Diamante property is doing much better and he has been down there working on the property and no one has suffered a loss yet. What more do you think I am obligated to do on this matter? There is no pending action and no one has retained me to prosecute him further.

ED-00002127

BX20-SD-00000151

> Richards confirms GSF transfer was between Peca and Constantine...

I am trying to collect the first judgment anyone has obtained against him but at this time, he has no assets in the United States. I never asked you to wire me funds for further capital contributions to your various investments with Tommy Constantine. You made that decision with him directly. You wired the funds based upon your own agreement with him. I was not a party to that agreement, did not advise you to further fund your various investments, nor did I monitor nor supervise your business dealings. This is a function I never perform for anyone.

It is really odd that over two years later you would send me a form letter written by someone else that makes no legal sense and then expect me to respond to it competently. I again invite you and welcome you to simply set a time to speak with me so I can address any concern or question you have so we can clear up any further concerns you have regarding this matter. I hope you take me up on that offer. You can have your wife on the phone as well if that helps your comfort level. I will be in all day.

Sincerely,

Ronald Richards, Esq.

Law Offices of Ronald Richards & Associates, A.P.C.

310-556-1001 Office

310-277-3325 Fax

www.ronaldrichards.com

Mailing Address:

P.O. Box 11480

Beverly Hills, CA 90213

ED-00002128

BX20-SD-00000152



Ronald

This email may have been quickly prepared or dictated electronically.

Accordingly, please excuse any mistakes or typographical errors.

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.

If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Kristin Kristin [mailto:kmpgp@aol.com]
**Sent:** Friday, January 27, 2012 5:26 AM
**To:** ron@ronaldrichards.com
**Subject:** Re: January 20, 2012

Ron,

I had to send you that letter as I tried several times to reach you via email and phone, and wasn't getting any replies. Too much time has passed, and I am very upset to hear through others that our $250,000 has "been used up" and yet we have zero records of this: what it went towards, when, etc. You never even sent us a receipt saying you received our funds. (although, we have our wire records of it going into your trust account set up for the legal funds). It certainly wasn't unreasonable to assume that a quarter million dollars would be more than enough to cover all legal fees for you to re-coup our money from the Jowdy/Kenner Mexico project. In fact, we were told by Phil (our financial advisor whom set up the trust account with you) that you said it would definitely cover all fees associated with ending the legal process we were facing.

ED-00002129

BX20-SD-00000153

During our last communication you told me you heard from Jowdy's lawyer and were going to negotiate a settlement. I was anxiously awaiting the result of that, so I kept trying to reach you to no avail. I assume no settlement was ever reached, (or we would have heard from you), so I'm taking matters into my own hands to get some results.

If you do have an update, please, by all means, pass it along to me. And, as mentioned, I'm still awaiting detailed information on what happened to my $250,000.

Michael

-----Original Message-----
From: Ronald Richards <ron@ronaldrichards.com>
To: Michael Peca <Kmpgp@aol.com>
Sent: Wed, Jan 25, 2012 3:28 pm
Subject: January 20, 2012

Dear Michael,

I received what is now looking like a form letter indicating you have attempted to contact me. Please let me know when we can speak with you and your wife regarding the contents set forth in the letter. There have been ZERO calls placed to my office from you in a very long time and you always have my email address so please feel free to call me when free.

Sincerely,

Sincerely,

Ronald Richards, Esq.

Law Offices of Ronald Richards & Associates, A.P.C.

310-556-1001 Office

310-277-3325 Fax

ED-00002130

BX20-SD-00000154

www.ronaldrichards.com

Mailing Address:

P.O. Box 11480

Beverly Hills, CA 90213



Ronald

This email may have been quickly prepared or dictated electronically.

Accordingly, please excuse any mistakes or typographical errors.

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.

If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Sent from my Verizon Wireless BlackBerry -----Original Message----- From: K Jowdy Date: Fri, 27 Jan 2012 16:36:16 To: Tom Harvey Subject: Fwd: January 20, 2012 Begin forwarded message: > From: John Kaiser > Subject: Fwd: January 20, 2012 > Date: January 27, 2012 4:07:56 PM MST > To: Ken Jowdy > > > > Sent from my iPhone > > Begin forwarded message: > >> From: Kristin >> Date: January 27, 2012 5:19:27 PM EST >> To: John Kaiser >> Subject: Fwd: January 20, 2012 >> >> >> >> Sent from my iPhone >> >> Begin forwarded message: >> >>> From: "Ronald Richards" >>> Date: January 27, 2012 2:52:43 PM EST >>> To: "'Kristin Kristin'" >>> Subject: RE: January 20, 2012 >>> >>> Hi Michael, >>> >>> >>> >>> I have responded to each of your emails and phone calls. This suggestion that somehow I don't respond to you is contradicted by our emails and is simply inaccurate. I obtained a $1,000,000.00 judgment against Mr. Jowdy as you know. His attorney had wanted to try and come up with a global settlement but I have not been presented one. I previously addressed why our prior matter was dismissed without prejudice and you or anyone else who has given Mr. Jowdy money is free to contact him or make a claim against him. According to him, the Diamante property is doing much better and he has been down there working on the property and no one has suffered a loss yet. What more do you think I am obligated to do on this matter? There is no pending action and no one has retained me to prosecute him further. >>> >>> >>> >>> I am trying to collect the first judgment anyone has obtained against him but at this time, he has no assets in the United States. I never asked you to wire me funds for further capital contributions to your various investments with Tommy Constantine. You made that decision with him directly. You wired the funds based upon your own agreement with him. I was not a party to that agreement, did not advise you to further fund your various investments, nor did I monitor nor supervise your business dealings. This is a function I

**Kristen and Mike Peca were working hand-in-hand with Jowdy, Harvey, Kaiser and Berard to thwart all efforts to recapture the funds Kenner confirmed that Jowdy stole thru 2011.**

ED-00002131

BX20-SD-00000155

never perform for anyone. >>> >>> >>> >>> It is really odd that over two years later you would send me a form letter written by someone else that makes no legal sense and then expect me to respond to it competently. I again invite you and welcome you to simply set a time to speak with me so I can address any concern or question you have so we can clear up any further concerns you have regarding this matter. I hope you take me up on that offer. You can have your wife on the phone as well if that helps your comfort level. I will be in all day. >>> >>> >>> >>> >>> >>> Sincerely, >>> >>> >>> >>> Ronald Richards, Esq. >>> >>> Law Offices of Ronald Richards & Associates, A.P.C. >>> >>> 310-556-1001 Office >>> >>> 310-277-3325 Fax >>> >>> www.ronaldrichards.com >>> >>> >>> >>> Mailing Address: >>> >>> P.O. Box 11480 >>> >>> Beverly Hills, CA 90213 >>> >>> >>> >>> >>> >>> >>> This email may have been quickly prepared or dictated electronically. >>> >>> Accordingly, please excuse any mistakes or typographical errors. >>> >>> >>> >>> The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. >>> >>> If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. >>> >>> >>> >>> From: Kristin Kristin [mailto:kmpgp@aol.com] >>> Sent: Friday, January 27, 2012 5:26 AM >>> To: ron@ronaldrichards.com >>> Subject: Re: January 20, 2012 >>> >>> >>> >>> Ron, >>> >>> >>> >>> I had to send you that letter as I tried several times to reach you via email and phone, and wasn't getting any replies. Too much time has passed, and I am very upset to hear through others that our $250,000 has "been used up" and yet we have zero records of this: what it went towards, when, etc. You never even sent us a receipt saying you received our funds. (although, we have our wire records of it going into your trust account set up for the legal funds). It certainly wasn't unreasonable to assume that a quarter million dollars would be more than enough to cover all legal fees for you to re-coup our money from the Jowdy/Kenner Mexico project. In fact, we were told by Phil (our financial advisor whom set up the trust account with you) that you said it would definitely cover all fees associated with ending the legal process we were facing. >>> >>> >>> >>> During our last communication you told me you heard from Jowdy's lawyer and were going to negotiate a settlement. I was anxiously awaiting the result of that, so I kept trying to reach you to no avail. I assume no settlement was ever reached, (or we would have heard from you), so I'm taking matters into my own hands to get some results. >>> >>> >>> >>> If you do have an update, please, by all means, pass it along to me. And, as mentioned, I'm still awaiting detailed information on what happened to my $250,000. >>> >>> Michael >>> >>> >>> >>> >>> >>> -----Original Message----- >>> From: Ronald Richards >>> To: Michael Peca >>> Sent: Wed, Jan 25, 2012 3:28 pm >>> Subject: January 20, 2012 >>> >>> Dear Michael, >>> >>> >>> >>> I received what is now looking like a form letter indicating you have attempted to contact me. Please let me know when we can speak with you and your wife regarding the contents set forth in the letter. There have been ZERO calls placed to my office from you in a very long time and you always have my email address so please feel free to call me when free. >>> >>> >>> >>> Sincerely, >>> >>> >>> >>> >>> >>> Sincerely, >>> >>> >>> >>> Ronald Richards, Esq. >>> >>> Law Offices of Ronald Richards & Associates, A.P.C. >>> >>> 310-556-1001 Office >>> >>> 310-277-3325 Fax >>> >>> www.ronaldrichards.com >>> >>> >>> >>> Mailing Address: >>> >>> P.O. Box 11480 >>> >>> Beverly Hills, CA 90213 >>> >>> >>> >>> >>> >>> >>> This email may have been quickly prepared or dictated electronically. >>> >>> Accordingly, please excuse any mistakes or typographical errors. >>> >>> >>> >>> The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. >>> >>> If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. >>> >>> >>> >>>