Case 2:13-cr-00007-JFB-AYS   Document 893-4   Filed 08/21/20   Page 1 of 2 PageID #: 26199

**2:12-bk-04842-EWH** Tommy Constantine
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Eileen W. Hollowell
**Date filed:** 03/12/2012 **Date of last filing:** 09/08/2014
**Debtor dismissed:** 02/14/2014
**Date terminated:** 09/08/2014

# Associated Cases

| Case | Associated Case | Type |
|------|-----------------|------|
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:12-ap-01259-EWH Prewitt Enterprises, LLC v. Constantine (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00206-EWH Jowdy v. Constantine (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00330-EWH KENNER v. CONSTANTINE (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00331-EWH SYDOR v. CONSTANTINE (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00332-EWH DEVRIES v. CONSTANTINE (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00333-EWH RUCCHIN v. CONSTANTINE (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00334-EWH RANFORD v. CONSTANTINE (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00335-EWH NORSTROM v. CONSTANTINE (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00336-EWH MURRAY v. CONSTANTINE (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00338-EWH CAMPBELL v. CONSTANTINE (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00339-EWH MURRAY v. CONSTANTINE (closed) | Adversary |
| 2:12-bk-04842-EWH Tommy Constantine (closed) | 2:13-ap-00340-EWH STUMPEL v. CONSTANTINE (closed) | Adversary |

# Other Filings by Same Debtor(s)

### There Are No Case Filing Associations For This Case

| PACER Service Center |
|----------------------|
| Transaction Receipt |
| 02/22/2019 10:30:58 |

Case 2:13-cr-00607-JFB-AYS   Document 893-4   Filed 08/21/20   Page 2 of 2 PageID #: 26200

| PACER Login: | cvazquez:5495271:0 | Client Code: | |
|---|---|---|---|
| Description: | Associated Cases | Search Criteria: | 2:12-bk-04842-EWH |
| Billable Pages: | 1 | Cost: | 0.10 |