```
10            A.    THIS IS PRIVATE.  I SHOULDN'T SAY
11   THAT.  THERE'S SOME INTER -- AEROCALAFIA FLIES TO
12   MAZATLAN AND -- FROM THERE, BUT ...
13            Q.    OH, SO IF YOU GO PRIVATE, YOU GET
14   TO GO TO THE CLOSER AIRPORT?
15            A.    IT'S NOT BETTER.  IT'S JUST CLOSER
16   TO DOWNTOWN.
17            Q.    RIGHT.
18            A.    MOST PRIVATE PLANES STILL GO INTO
19   SAN JOSE.
20            Q.    OH, THEY DO?
21                  YOU DON'T -- YOU OR YOUR ENTITIES
22   ENDED UP NEVER PUTTING ANY MONEY IN THAT; CORRECT?
23            A.    I DON'T KNOW IF THAT'S COMPLETELY
24   TRUE, BUT --
25            Q.    WELL, DO YOU GET -- DO YOU HAVE ANY
0654
 1   OWNERSHIP INTEREST IN THE AIRPORT?
 2            A.    NOT RIGHT NOW.
 3            Q.    YOU OR YOUR ENTITIES?
 4            A.    NO.
 5            Q.    DID YOU AT ONE TIME?
 6            A.    WE WERE NEGOTIATING TO.
 7            Q.    WELL, YOU SAID NOT --
 8            A.    IT'S STILL IN LITIGATION.
 9            Q.    I'M CONFUSED.  YOU'RE IN LITIGATION
10   OVER THE AIRPORT?
11            A.    WITH THE AIRPORT.  YES.
12            Q.    WHY?
13            A.    BECAUSE MONEY WAS INVESTED IN THE
14   AIRPORT, AND WE DIDN'T GET WHAT WE WERE SUPPOSED
15   TO GET IN RETURN.
16            Q.    HOW MUCH MONEY?
17            A.    I BELIEVE 1,070,000.
18            Q.    AND WHO'S FILING -- WHO'S THE
19   PLAINTIFF IN THE LAWSUIT?
20            A.    I BELIEVE IT'S LOR MANAGEMENT.
21            Q.    BUT ISN'T THAT THE MILLION DOLLARS
22   THAT KENNER OR NORSTROM GAVE YOU?
23            A.    I DIDN'T SAY IT SHOULDN'T BE
24   RETURNED TO THEM WHEN IT GETS RESOLVED.
25            Q.    AND WHO'S PAYING THE LEGAL FEES FOR
0655
 1   THAT?
 2            A.    THERE AREN'T ANY RIGHT NOW.  WE DID
 3   IT -- I BELIEVE IT'S BEING HANDLED ON A
 4   CONTINGENCY.
 5            Q.    BY A MEXICAN ATTORNEY?
 6            A.    YES.
 7            Q.    WELL, WHAT WOULD BE THE MOTIVE FOR
```

```
 8    LOR MANAGEMENT TO FILE A LAWSUIT AGAINST THE
 9    AIRPORT IF THE MONEY IS GOING TO BE RETURNED TO
10    KENNER OR NORSTROM?
11                MS. CROWTHER:  OBJECTION.  CALLS
12    FOR SPECULATION.  LACKS FOUNDATION.
13    BY MR. RICHARDS:
14         Q.   WELL, I'M ASKING.  WHAT WAS THE
15    MOTIVE FOR YOU TO FILE THE LAWSUIT?
16         A.   WELL, I THINK THE MOTIVE IS THAT
17    THE MONEY IS THERE AND IT NEEDS TO BE -- EITHER
18    THE INVESTMENT NEEDS TO GO FORWARD OR THE MONEY
19    NEEDS TO BE PAID BACK.
20                THE INTENTION IS TO -- IS TO
21    CONTINUE WITH THE INVESTMENT.
22         Q.   YOU MEAN TO GET A PIECE OF THE
23    AIRPORT?
24         A.   YES.
25         Q.   WHY DO YOU THINK THEY'RE TAKING --
0656
 1    WHY DO YOU THINK THEY'RE TAKING ADVANTAGE OF YOU
 2    ON THAT MILLION DOLLAR INVESTMENT?
 3         A.   WHAT DO YOU MEAN?
 4         Q.   WHY DO YOU THINK THE AIRPORTS NOT
 5    RECOGNIZING YOUR -- YOU'RE BASICALLY SAYING THE
 6    AIRPORT TOOK YOUR MILLION --
 7         A.   NO.  THEY RECOGNIZE THAT THE
 8    MONEY -- BECAUSE WE'RE IN A LITIGATION TO EITHER
 9    HAVE THE MONEY RETURNED OR TO CONTINUE WITH THE
10    INVESTMENT.
11         Q.   IF KENNER COULD GET THE APPROVAL OF
12    THE OWNER TO TRANSFER THE INTEREST FROM LOR TO
13    KENNER OR NORSTROM, WOULD YOU DO THAT?
14         A.   I'D HAVE TO SEE WHAT HE'S GOING TO
15    DO.
16                OUR INTENTION IS STILL TO CONTINUE
17    WITH THE INVESTMENT.  SO THE INTENTION WOULD BE TO
18    BE ABLE TO PURCHASE THE AIRPORT AS DESIRED AND
19    TO -- IF KENNER OR NORSTROM DIDN'T WANT THEIR
20    PIECE, OR WHOEVER'S INVESTED, THEY'D WANT THEIR
21    PIECE AT OUR PRO RATA BASIS, THEN THEY WOULD BE
22    BOUGHT OUT.
23         Q.   WELL, WHAT IS THE -- WHAT IS THE
24    STRUCTURE -- SINCE YOU DON'T HAVE ANY OF YOUR OWN
25    MONEY IN THE DEAL, I'M ASSUMING; CORRECT?
0657
 1         A.   I BELIEVE I DO.  I DON'T
 2    KNOW EXACTLY HOW MUCH.  I DON'T KNOW -- I DON'T
 3    KNOW WHAT THE AMOUNT IS.
 4         Q.   OKAY.
 5         A.   BUT NOT A SIGNIFICANT AMOUNT
```

← ZERO dollars

```
 6    COMPARED TO THOSE.
 7         Q.   SO THEN WHAT'S -- WHAT'S THE --
 8    WHAT'S THE -- WHAT'S -- HOW -- HOW MUCH PERCENTAGE
 9    DOES KENNER OWN IN THAT DEAL?
10         A.   THERE'S NO OWNERSHIP RIGHT NOW.  HE
11    WAS GOING -- IT WAS THE SAME DEAL STRUCTURE.  I
12    WAS GOING TO DO THE DEAL.  HE WAS GOING TO BRING
13    THE MONEY.  IT WAS GOING TO BE 50/50.
14         Q.   I SEE.
15              SO THAT'S WHY YOU FEEL YOU HAVE AN
16    OBLIGATION TO TRY TO GET THE MONEY BACK BECAUSE
17    SOMETHING WENT WRONG, AND YOU WERE RESPONSIBLE FOR
18    THE -- PAPERING THE DEAL, BASICALLY?
19              MS. CROWTHER:  ASKED AND ANSWERED.
20    AND IT'S NOT WHAT HE SAID.
21    BY MR. RICHARDS:
22         Q.   HOW DID KENNER OR NORSTROM KNOW IF
23    THEY WERE THE OWNERS OR THEY HAVE AN INTEREST IN
24    THERE?  WHAT -- WHAT DOCUMENTATION DID THEY GET TO
25    SHOW THAT THEY HAVE --
0658
 1         A.   THEY DON'T HAVE ANY.  I'VE SAID
 2    THAT.
 3         Q.   JUST BASICALLY JUST YOUR
 4    REPRESENTATION THAT THEY OWN HALF THE DEAL?
 5         A.   IF IT GOT TO COMPLETION, AND WE
 6    WERE ABLE TO COMPLETE THE DEAL, IT WAS A
 7    6.6 MILLION DOLLAR DEAL.
 8              IF HE PUT ALL THE MONEY IN LIKE HE
 9    WAS -- HE WAS SUPPOSED TO, AND THE DEAL WENT
10    ACCORDING TO PLAN, THEY WOULD HAVE -- PHIL WOULD
11    HAVE 50 PERCENT.
12         Q.   WHAT IF THE OWNER JUST RETURNS THE
13    MILLION DOLLARS, JUST GIVES PHIL BACK HIS MONEY
14    WITH NORSTROM, IS THAT ACCEPTABLE TO YOU?
15         A.   THAT'S -- WOULD BE ACCEPTABLE.
16    THAT'S PART OF THE LITIGATION.  IF YOU WANT TO
17    HAVE CONVERSATIONS WITH THE ATTORNEY IN -- IN --
18    IN CABO, YOU CAN DO THAT.
19         Q.   WHO'S THAT?
20         A.   FERNANDO GARCIA.
21         Q.   OH, YOU'RE OWN ATTORNEY IS HANDLING
22    IT FOR YOU?
23         A.   YES.  AND THERE'S ANOTHER ATTORNEY
24    ALSO.
25         Q.   DID THEY EVER GET TO TRIAL IN CABO,
0659
 1    DO YOU KNOW?
 2         A.   NOT YET, NO.
 3         Q.   I MEAN, IS THERE A TRIAL DATE?
```

*Annotations (red marginalia):*

- Airport documents confirmed Jowdy was the 99% owner of the airport investment and his attorney, Fernando Garcia, owned the other 1% -- ironically also handling the litigation... (pointing to line 10)
- Jowdy's personal Mexico attorney -- and Jowdy's partner in every Mexico deal... (pointing to line 20, FERNANDO GARCIA)