----- Forwarded Message -----
**From:** Tommy Constantine <tommyconstantine@eufora.com>
**To:** greg devries <de7vo@rogers.com>
**Sent:** Friday, February 3, 2012 2:29:23 PM
**Subject:** Re: Global Settlement Fund

Greg:

I would like nothing more than to clear the air with you and provide the answers you are looking for. Whether you believe me or not, I have nothing to hide. And not to say I told you so, but I tried to do this with you a long time ago and you elected to join Phil, CR, Tim, Berard, Kaiser and Stolper in their attacks on me and our company. Now you ask for exactly what I wanted to provide in order for none of this to happen in the first place. Unfortunately you have sued me and humiliated me publicly and I have counter sued. You may or may not be aware of this but "your" lawsuit against me was dismissed and the judge awarded me my legal fees. My lawsuit against you all remains in tact and will proceed. I understand from Berard that you all seem to believe this dismissal was a technicality and it will be overturned on appeal. But before you buy into that crap again, ask yourself if the judge would award me attorneys fees based on a technicality and then ask yourself if you want to continue to do this and listen to the people that I tried to warn you about.

In other words, since you guys didn't take my advice and started this war, we are where we are. Therefore, as much as I would like to answer this and communicate with you, I can't because of the lawsuit. What I can tell you, is that I truly believe you would have been, and will someday be more than satisfied with the answers you get from me (verbally and in writing). But regrettably, now that all will have to happen in a different forum. I am however, willing as always to get in a room with you guys and try to sort this mess out in a settlement conference. However, I will NOT communicate with any of the individuals who have once again manipulated you and done this to me. Specifically, Phil, CR, Tim, Berard, Kaiser and Stolper, who in addition to "AZ Eufora Partners" are all still being sued by me.

I hope you understand my position...

TC

On Feb 1, 2012, at 8:36 AM, greg devries <de7vo@rogers.com> wrote:

> Tommy,
>
> A couple of questions,
>
> may 26th, 2010
> There was absolutely equity acquired as part of the settlement fund including with respect to Eufora, the Avalon building and the airplane.
>
> TC

1

EMAIL-00000321

Ron Richards said you had 100% control of the "GSF". I was really surprised the lawyers fee's were so little of the total money collected, so can you detail where the rest of the money was spent, invested etc.... this includes 250k of my money. If you could also send me updated share information for these companies i have invested in, including Eufora, the "airplane", the Avalon Building, or any other my money has gone in to.

I'm not really looking to get into a " he" did this, "they" did that kind of exchange, just facts and documents for my families interests and my accountants. I would prefer correspondence via email, I believe who ever is being truthful in this fucking mess will have the documents to back up their claims, words seem to no longer hold much value these days.

thanks
Greg de Vries

EMAIL-00000322