*Jowdy Diamanté air plane multi-million dollar thefts*

*Diamanté Air –*

Jowdy made an initial investment pitch to Kenner in 2004 to buy a Falcon 10 Jet (*the one sought in the government's forfeiture*) – which was also fraudulently taken by Constantine and Gonchar in 2010 from Kenner, Gaudet, the GSF contributors and the other original Diamante Air investors via fraudulent title transfers and non-performance of LLC documents (*immediately following the GSF*).

Kenner and three other investors gave Jowdy $875,000 in April 2004 for the initial purchase and registration.

Instead – Kenner later discovered that Jowdy the **stole $875,000** (*deposited in April 2004*) from Kenner's airplane investors (*Diamanté Air*) instead of buying the Falcon 10 when offered to Kenner and his clients by Jowdy --

> *See R33 049a -- DAir Hudson United_TD Bank Statements -- pages 7160 thru 7166) –*

1

*Jowdy Diamanté air plane multi-million dollar thefts*

DIAMANTE AIR LLC
C/O TAFFY JOWDY
PO BOX 802
DANBURY CT 06810

Hudson United Bank
1000 MacArthur Blvd
Mahwah, NJ 07430

VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.

**NO beginning balance...**

### Hub'S Small Business Checking

| | | | |
|---|---|---|---|
| Account number | 3982295150 | Beginning balance | $1,214.89 |
| Low balance | $1,182.89 | Total additions | 800,000.00 |
| Avg collected balance | $235,123.00 | Total subtractions | 190,155.75 |
| | | Ending balance | $611,059.14 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 04-01 | Overdraft Fee | 32.00 |
| | FOR OVERDRAFT CHECK # 0 | |
| 04-05 | Deposit Return Item | 40,000.00 |
| | SEQ # 30158 REASON: NSF - 1ST | |
| 04-06 | Lg. Dollar Notif. | 10.00 |
| 04-07 | Transfer Debit | 10,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 3981345276 | |
| 04-09 | Transfer Debit | 15,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 3981345276 | |
| 04-12 | Wire Transfer Debit | 50,000.00 |
| | 20040412D1 07202F000106 | |
| 04-12 | Transfer Debit | 10,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 3982295079 | |
| 04-12 | Maintenance Fee | 35.00 |
| | FEE BASED ACTIVITY FOR 03/04 | |
| 04-13 | Transfer Debit | 15,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 3982295079 | |
| 04-13 | Transfer Debit | 5,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 3981345276 | |
| 04-13 | Transfer Debit | 5,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 3981345276 | |

MEMBER FDIC
EQUAL OPPORTUNITY LENDER

SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Direct inquiries to address and/or telephone number on reverse side

**All 398 229 5276 were funds diverted to Jowdy's BDC acct...$35,000**

**All 398 134 5079 were funds diverted to Jowdy's DDM acct...$65,000**

**An untraceable debit of $50,000 also occurred above...$50,000**

**A TOTAL of about $620,000 was stolen in the first two months -- and the remainder the next month by Jowdy WITHOUT buying the Falcon 10...**

2

*Jowdy Diamanté air plane multi-million dollar thefts*



*Jowdy Diamanté air plane multi-million dollar thefts*

```
DIAMANTE AIR LLC                 5046      Customer Service, 1-800-482-5465
C/O TAFFY JOWDY
PO BOX 802                                 Hudson United Bank
DANBURY CT 06810                           1000 MacArthur Blvd
                                           Mahwah, NJ 07430
```

VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.

**Hub'S Small Business Checking**

| | | |
|---|---|---|
| Account number | 3982295150 | Beginning balance $611,059.14 |
| Enclosures | 3 | Total additions 28,603.50 |
| Low balance | $172,344.51 | Total subtractions 467,318.13 |
| Avg collected balance | $367,656.00 | Ending balance $172,344.51 |

**Untraceable $235,000 of stolen funds thru checks...**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 996 | 05-10 | 205,000.00 | 999 | 05-17 | 19,149.63 |
| 998 * | 05-24 | 8,500.00 | | | |

* Skip in check sequence

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 05-03 | Transfer Debit — TRANSFER TO DEPOSIT ACCOUNT 3982295079 | 6,000.00 |
| 05-11 | Transfer Debit — TRANSFER TO DEPOSIT ACCOUNT 3982295079 | 25,000.00 |
| 05-11 | Transfer Debit — TRANSFER TO DEPOSIT ACCOUNT 3981345276 | 5,000.00 |
| 05-13 | Transfer Debit — TRANSFER TO DEPOSIT ACCOUNT 3982295079 | 50,000.00 |
| 05-13 | Maintenance Fee — FEE BASED ACTIVITY FOR 04/04 | 65.00 |
| 05-18 | Transfer Debit — TRANSFER TO DEPOSIT ACCOUNT 3982295079 | 10,000.00 |
| 05-19 | Transfer Debit — TRANSFER TO DEPOSIT ACCOUNT 3982295079 | 15,000.00 |

MEMBER FDIC    SEE REVERSE SIDE FOR IMPORTANT INFORMATION
EQUAL OPPORTUNITY LENDER

All 398 229 5276 were funds diverted to Jowdy's BDC acct...$60,000

All 398 134 5079 were funds diverted to Jowdy's DDM acct...$146,000

An untraceable debit of $28,603 also occurred above..$28,603

...And then Jowdy defrauded Kenner and Gonchar in November 2005 for $1.1mm by FABRICATING a FAKE operating agreement for Diamante Air (*after Kenner sent the bank the original that required Kenner's signature* –

*See R33 049b -- DAir FRAUD Jowdy OpAg signed after loan docs*

4

*Jowdy Diamanté air plane multi-million dollar thefts*

- ❖ Kenner, Gonchar, Sydor, Stumpel and Norstrom all believed that the Falcon 10, which Jowdy was flying non-stop from 2004 thru 2006 on alleged Diamanté business, was owned by the group since April 2004 – per Jowdy.

- ❖ Jowdy did not purchase the Falcon 10 until the 2005 loan – **which Jowdy masked to Kenner and the group as a $750,000 engine and landing gear overhaul – thus the need for the 2005 loan (over a year after the alleged purchase)**.

The loan default litigation was caused by Jowdy and his NY attorney Harvey's refusal to turn over the title to the Falcon 10 before the loan defaulted in 2008 (*to punish Kenner and Gonchar for their adverse position to Jowdy*) – despite Kenner's $50,000 plus in 2008 loan payments to avoid the repossession for the investors in 2008 – *payments in EDNY evidence from Kenner personal bank records*.

During the litigation between First Source Bank (*Rick Rozenboom – from the EDNY trial*) and the Kenner/Gonchar guarantee (*without Jowdy – also learned for the first time*) – the airplane investors learned that Jowdy had stolen the original $750,000 in 2004 (*see R33 049a*) plus another $400,000 from Stumpel and Kenner in 2005 – in addition to the **$430,000 extra cash** in November 2005 and February 2006 which Jowdy stole from the First Source Bank loan thru his fraudulent Managing Member status capacity.

*See R33 049b -- DAir FRAUD Jowdy OpAg signed after loan docs*

…in order to facilitate Jowdy signing the Airplane loan documents

*See R33 049c -- DAir fraud loan documents*

…and **stealing another $430,000** cash from the loan (**also unknown to Kenner and Gonchar & in EDNY evidence**) – (*below*)

**Even after the $430,000 unknown additional theft** (*$290k in November 2005 and $140k in February 2006 -- as loan advances*) from the First Source Bank airplane loan by Jowdy – days later Jowdy sent Kenner a repair bill to try and extract more funds from Kenner, which Kenner responded (*in EDNY discovery PK_SEC_019040*) on February 23, 2006 (**also 2 days after the $3mm KSI loan funded**) --

*"$60k to get the Falcon in the air?"*

> ~$60k to get the Falcon in the air??  Let me know.  pk

Jowdy added $290,000 to the First Source Bank loan (*below*) – unknown to Kenner and or Gonchar – at the November 2005 fraudulent closing and then diverted the funds with the help of Jowdy's best friend and co-Diamante Air signor, Mark Thalmann.

*See R33 049e -- Jowdy theft of $290,000*

5

*Jowdy Diamanté air plane multi-million dollar thefts*

[Wire transfer request form dated 11/18/05 for $290,000.00 from 1st Source Bank, account 14177-12212, Diamante Air, LLC, 3355 B. Spring Street, Hangar #6, Long Beach, CA 90806, to Hudson United Bank, Ramsey, NJ, ABA# 021 201 503, account 3982295150, Diamante Air, LLC, Re: N227LC, s/n AC-707; contact Al Gutierrez.

Annotations:
- "Stolen as a loan advance at the fraudulent November 2005 closing..."
- "Account controlled by Jowdy and Jowdy's best friend -- Mark Thalmann"]

Jowdy followed the request with a fax confirmation two days after he fraudulently produced the new operating agreement for Diamanté Air – unknown to Kenner and the other investors…

6

*Jowdy Diamanté air plane multi-million dollar thefts*



*See R33 049f -- DAir Hudson United_TD Bank Statements (pages 8-11)*

*Jowdy Diamanté air plane multi-million dollar thefts*

```
                              S
Untraceable                   Number    Date         Amount        Number    Date       Amount
$235,000 of stolen            996       05-10        205,000.00    999       05-17      19,149.63
funds thru checks...          998 *     05-24        8,500.00      * Skip in check sequence

DEBITS
        Date      Description                                                           Subtractions
        05-03   ' Transfer Debit                                                        6,000.00
                  TRANSFER TO DEPOSIT ACCOUNT (3982295079)
        05-11   ' Transfer Debit                                                        25,000.00
                  TRANSFER TO DEPOSIT ACCOUNT (3982295079)
        05-11   ' Transfer Debit                                                        5,000.00
                  TRANSFER TO DEPOSIT ACCOUNT 3981345276
        05-13   ' Transfer Debit                                                        50,000.00
                  TRANSFER TO DEPOSIT ACCOUNT (3982295079)
        05-13   ' Maintenance Fee                                                       65.00
                  FEE BASED ACTIVITY FOR 04/04
        05-18   ' Transfer Debit                                                        10,000.00
                  TRANSFER TO DEPOSIT ACCOUNT (3982295079)
        05-19   ' Transfer Debit                                                        15,000.00
                  TRANSFER TO DEPOSIT ACCOUNT (3982295079)

MEMBER FDIC           SEE REVERSE SIDE FOR IMPORTANT INFORMATION
EQUAL OPPORTUNITY LENDER   Direct inquiries to address and/or telephone number on reverse side.
```

All 398 229 5276 were funds diverted to Jowdy's BDC acct...$60,000

All 398 134 5079 were funds diverted to Jowdy's DDM acct...$146,000

An untraceable debit of $28,603 also occurred above..$28,603

```
DIAMANTE AIR LLC                                                    Page 2 of 2
May 31, 2004                                                        3982295150

Date    Description                                                 Subtractions
05-19 ' Transfer Debit                                              10,000.00
        TRANSFER TO DEPOSIT ACCOUNT 3981345276
05-25 ' Transfer Debit                                              10,000.00
        TRANSFER TO DEPOSIT ACCOUNT (3982295079)
05-26 ' Transfer Debit                                              45,000.00
        TRANSFER TO DEPOSIT ACCOUNT 3981345276
05-28 ' Wire Transfer Debit                                         28,603.50
        20040528B187202F000044
05-28 ' Transfer Debit                                              30,000.00
        TRANSFER TO DEPOSIT ACCOUNT (3982295079)
                                                    Unknown payee...
CREDITS
```

- o Please note that Jowdy and Thalmann controlled the Diamante Air bank accounts and refused to turn then over (with Tom Harvey's help) in 2008 when requested by Kenner and investors thru Diamante Air's attorney, Paul Augustine.

8

### *Jowdy Diamanté air plane multi-million dollar thefts*

- o   *Kenner was refused access to two meeting points arranged by Harvey and Jowdy – <u>The Police denial forms are in EDNY evidence</u>…*

- o   **The Diamante Air account received the $290,000 STOLEN loan funds on 11-18-2005 unknown to Kenner &/or Gonchar.**

- o   *Jowdy or Thalmann instructed the bank to wire the $290,000 to Jowdy's personal LLC – Baja Development Corp (**account – 3981345276**) to further conceal the stolen funds on –*

    - ▪ *11-18-2005 - $190,000, and*
    - ▪ *11-21-2005 -- $80,000*

To Jowdy's 100% owned -- **Baja Development Corporate from the Diamanté Air account (loan proceeds)** –



After the $290,000 theft in November 2005 – and only a few days before Jowdy leveraged – again unknown to any of the Diamanté investors – the $68.9mm parcel of land for a $3mm hard-money loan on February 21, 2006 (*then looted about $1mm of the net loan proceeds with Bill Najam and their cousin Edward Essa*) – Jowdy robbed the First Source Bank loan again for $140,000 from the Kenner and Gonchar guarantee.

### *See R33 049d -- Diamante Air loan history*



**Kenner told FBI Agent Galioto about this theft – amongst others – in his June 24, 2009 proffer.**

9

*Jowdy Diamanté air plane multi-million dollar thefts*

In Jowdy's January 2010 deposition -- Jowdy first states that he does not know who signed for the Diamante Air loans –



*See R33 049c -- DAir fraud loan docs.pdf*

Please note that Jowdy signed a FRAUDULENT Diamante Air operating agreement two (2) days after he signed for the loan – *when the bank realized that Jowdy was not on the Diamante Air operating agreement forwarded to the bank one month earlier by Kenner –*

**SEE the TIME STAMP on the fax from Jowdy to the bank...**

*See R33 049b -- DAir FRAUD Jowdy OpAg signed after loan docs*

*See R33 049g -- Diamante Air REAL Oper Agmt PRE Jowdy FRAUD*

- Not only did Jowdy create a FAKE and FRAUDULENT Diamante Air operating agreement – but also Jowdy added a second airplane on the loan and guarantee – **unknown to Kenner and Gonchar until First Source Bank sued them**...FURTHER burying the loan to the financial detriment of Gonchar and Kenner and defrauding all of the Diamanté Air investors.

As Jowdy's last straw of defiance with the airplanes --

In Jowdy's 2009 AZ case defense while trying to push for a NY based arbitration -- Jowdy confirms the purpose for the investments in the Diamante Air Falcon 10 plane (*since the 2nd plane was fraudulently added to the First Source Bank loan by Jowdy – unknown to Kenner &/or Gonchar*)  -- as follows –

10

*Jowdy Diamanté air plane multi-million dollar thefts*

| | |
|---|---|
| 8 | **Aircraft Operations Related to the Mexico Projects** |
| 9 | 15.   In late 2005, Kenner and I (along with some other individuals) decided to |
| 10 | set up a company called Diamante Air, LLC ("Diamante Air"). The primary ownership of |
| 11 | Diamante Air was shared by me (30% ownership) and a company wholly owned by |
| 12 | Kenner called GuideDog, LLC (30% ownership). The purpose of Diamante Air was to |
| 13 | purchase, lease, charter and/or operate aircraft that would be used to fly potential |
| 14 | investors, purchasers and others down to Mexico to tour the Cabo San Lucas Project and |
| 15 | the El Rosario Project. For that reason, the operations of Diamante Air were directly |
| 16 | related to the development of the Mexico Projects. |

BUT -- Jowdy states in the January 2010 deposition, that while the planes were supposed to be used for the México project's marketing (*100% under his and Thalmann's management control – above*) – Jowdy **NEVER** used the planes for the project – BUT for his own purposes before he let them go into DEFAULT in 2008 (*at the suggestion of Tom Harvey*) –

| | |
|---|---|
| 9 | NOW, WAS THERE EVER A CLAIM FROM -- |
| 10 | DO YOU KNOW IF THERE'S A DISPUTE OVER SOME OF |
| 11 | THESE AIRPLANES THAT DIAMANTE AIR OWNED AND THEN |
| 12 | LOST, IF THERE'S ANY CLAIM FOR DAMAGES AS A RESULT |
| 13 | OF THOSE? |
| 14 | A.  I DON'T KNOW. |
| 15 | Q.  DO YOU -- WHAT TRIPS DID YOU TAKE |
| 16 | THAT YOU'RE AWARE OF WITH THE INTENTION OF |
| 17 | ACQUIRING ADDITIONAL LAND OR PROJECTS FROM 2003 TO |
| 18 | 2007 <u>THAT WEREN'T RELATED</u> TO THE CABO PROJECTS? |
| 19 | A.  ALL TRIPS. |

414

11