# DEPOSITION OF KENNETH JOWDY, VOL. I

## Page 2

```
 1      SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2         COUNTY OF LOS ANGELES, CENTRAL DISTRICT
 3
 4
 5   GREG DEVRIES, JASON       )
     WOOLLEY, CHRIS SIMON,     )
 6   MATTIAS NORSTROM, VLADIMIR)
     TSYPLAKOV, JAY MCKEE,     )
 7   RAYMOND MURRAY, GLEN MURRAY,)
     BRYAN BERARD, DARRYL SYDOR, )
 8   DIMITRI KHRISTICH, SERGEI )
     GONCHAR, MICHAEL PECA AND  )
 9   JOZEF STUMPEL, TYSON NASH, )
     BRIAN CAMPBELL, STEVE     )
10   RUCCHIN, TURNER STEVENSON,)
                               )
11         PLAINTIFFS,         )
                               )
12   VS.            ) CASE NO. BC416081
                               )
13   KENNETH A. JOWDY, AN      )
     INDIVIDUAL; AND DOES 1    )
14   THROUGH 100, INCLUSIVE,   )
                               )
15         DEFENDANTS.         )
     _____ )
16
17             VOLUME I
18
19       DEPOSITION OF KENNETH JOWDY, TAKEN
20       ON BEHALF OF THE PLAINTIFFS, AT 9255
21       DOHENY ROAD, SUITE 602, WEST
22       HOLLYWOOD, CALIFORNIA, COMMENCING AT
23       9:40 A.M., TUESDAY, JANUARY 5, 2010,
24       BEFORE ALEJANDRIA E. KATE, CSR NUMBER
25       11897.
```

## Page 3

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFFS:
 4       RONALD RICHARDS & ASSOCIATES, A.P.C.
         BY: RONALD RICHARDS, ESQ.
 5       9255 DOHENY DRIVE
         SUITE 602
 6       WEST HOLLYWOOD, CALIFORNIA  90069
         310.556.1001
 7       RON@RONALDRICHARDS.COM
 8
 9
10   FOR THE DEFENDANT KENNETH A. JOWDY:
11       CALDWELL LESLIE & PROCTOR, P.C.
         BY: ROBYN C. CROWTHER, ESQ.
12       1000 WILSHIRE BOULEVARD
         SUITE 600
13       LOS ANGELES, CALIFORNIA  90017-2463
         213.629.9040
14       CROWTHER@CALDWELL-LESLIE.COM
15
16
17   ALSO PRESENT:
18       GREG DEVRIES  ←
19       JASON WOOLLEY
20       PHIL KENNER
21       JOHN KAISER
22       TAFFY JOWDY, JR.
23       TIM BARKER, LEGAL VIDEO SERVICES
24
25
```

## Page 4

```
 1                I N D E X
 2
 3   DEPONENT:      EXAMINED BY:    PAGE:
 4   KENNETH JOWDY    MR. RICHARDS    6
 5       (AFTERNOON SESSION)   172
 6
 7
 8
 9   EXHIBITS FOR IDENTIFICATION:
10   PLAINTIFFS':
11   A - C.D.                90
12
13
14
15
16   QUESTIONS UNANSWERED BY THE DEPONENT:
17       PAGE:  LINE:
18        31     4
          32     1
19        47     4
         180     3
20       182    14
         183     9
21       237    15
         287    11
22       340    13
         340    22
23       343    17
24
25
```

## Page 5

```
 1       WEST HOLLYWOOD, CALIFORNIA, TUESDAY
 2             JANUARY 5, 2010
 3                9:40 A.M.
 4
 5       THE VIDEOGRAPHER:  AND GOOD
 6   MORNING.  WE'RE ON THE VIDEOTAPE RECORD, BEGINNING
 7   TAPE NUMBER 1, VOLUME NUMBER I, AT 9:40 A.M.
 8       MY NAME IS TIM BARKER, AND I'M THE
 9   VIDEOTAPE OPERATOR.  MY BUSINESS ADDRESS IS
10   2702 CASTLE HEIGHTS PLACE IN LOS ANGELES,
11   CALIFORNIA 90034.  THE NAME OF MY EMPLOYER IS
12   LEGAL VIDEO SERVICES.
13       TODAY'S DATE IS JANUARY THE 5TH,
14   2010.  THE LOCATION OF TODAY'S DEPOSITION IS THE
15   LAW OFFICES OF RONALD RICHARDS.  AND -- LET'S SEE.
16   THE CASE CAPTION IS "GREG DEVRIES V. KENNETH A.
17   JOWDY."  THE NAME OF THE WITNESS IS KENNETH A.
18   JOWDY.
19       AND WILL COUNSEL PLEASE MAKE VERBAL
20   INTRODUCTIONS FOR THE RECORD.
21       MR. RICHARDS:  RONALD RICHARDS, FOR
22   THE PLAINTIFFS.
23       MS. CROWTHER:  ROBYN CROWTHER, FOR
24   MR. JOWDY.
25       THE VIDEOGRAPHER:  VERY GOOD.  WILL
```