# DEPOSITION OF KENNETH JOWDY, VOL. II

---

**Page 387**

```
 1    SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2        COUNTY OF LOS ANGELES, CENTRAL DISTRICT
 3
 4
 5    GREG DEVRIES, JASON       )
      WOOLLEY, CHRIS SIMON,     )
 6    MATTIAS NORSTROM, VLADIMIR)
      TSYPLAKOV, JAY MCKEE,     )
 7    RAYMOND MURRAY, GLEN MURRAY,)
      BRYAN BERARD, DARRYL SYDOR,)
 8    DIMITRI KHRISTICH, SERGEI )
      GONCHAR, MICHAEL PECA AND )
 9    JOZEF STUMPEL, TYSON NASH, )
      BRIAN CAMPBELL, STEVE     )
10    RUCCHIN, TURNER STEVENSON,)
                                )
11         PLAINTIFFS,          )
                                )
12    VS.            ) CASE NO. BC416081
                                )
13    KENNETH A. JOWDY, AN      )
      INDIVIDUAL; AND DOES 1    )
14    THROUGH 100, INCLUSIVE,   )
                                )
15         DEFENDANTS.          )
      _____)
16
17         VOLUME II
18
19    DEPOSITION OF KENNETH JOWDY, TAKEN
20    ON BEHALF OF THE PLAINTIFFS, AT 9255
21    DOHENY ROAD, SUITE 602, WEST HOLLYWOOD,
22    CALIFORNIA, COMMENCING AT 10:11 A.M.,
23    WEDNESDAY, JANUARY 6, 2010, BEFORE
24    ALEJANDRIA E. KATE, CSR NUMBER 11897.
25
```

**Page 388**

```
 1    APPEARANCES OF COUNSEL:
 2
 3    FOR THE PLAINTIFFS:
 4         RONALD RICHARDS & ASSOCIATES, A.P.C.
           BY: RONALD RICHARDS, ESQ.
 5         9255 DOHENY DRIVE
           SUITE 602
 6         WEST HOLLYWOOD, CALIFORNIA 90069
           310.556.1001
 7         RON@RONALDRICHARDS.COM
 8
 9
10    FOR THE DEFENDANT KENNETH A. JOWDY:
11         CALDWELL LESLIE & PROCTOR, P.C.
           BY: ROBYN C. CROWTHER, ESQ.
12         1000 WILSHIRE BOULEVARD
           SUITE 600
13         LOS ANGELES, CALIFORNIA 90017-2463
           213.629.9040
14         CROWTHER@CALDWELL-LESLIE.COM
15
16
17    ALSO PRESENT:
18         GREG DEVRIES   ←
19         JASON WOOLLEY
20         PHIL KENNER
21         JOHN KAISER
22         TIM BARKER, LEGAL VIDEO SERVICES
23
24
25
```

**Page 389**

```
 1                I N D E X
 2
 3    DEPONENT:    EXAMINED BY:    PAGE:
 4    KENNETH JOWDY   MR. RICHARDS   391
 5         (AFTERNOON SESSION)    516
 6
 7
 8
 9    EXHIBITS FOR IDENTIFICATION:
10         (NONE)
11
12
13
14    QUESTIONS UNANSWERED BY THE DEPONENT:
15         PAGE:  LINE:
16         409    13
           410    2
17         410    7
           410    15
18         422    15
           426    11
19         427    9
           428    19
20         431    16
           442    12
21         485    10
           559    14
22         681    20
23
24
25
```

**Page 390**

```
 1    WEST HOLLYWOOD, CALIFORNIA, WEDNESDAY
 2         JANUARY 6, 2010
 3         10:11 A.M.
 4
 5         THE VIDEOGRAPHER: AND GOOD
 6    MORNING. WE'RE ON THE VIDEOTAPE RECORD, BEGINNING
 7    TAPE NUMBER 1 OF VOLUME NUMBER II, 10:11 A.M.
 8         COUNSEL, PLEASE MAKE VERBAL
 9    INTRODUCTIONS FOR THE RECORD.
10         MR. RICHARDS: RONALD RICHARDS, FOR
11    THE PLAINTIFFS.
12         MS. CROWTHER: ROBYN CROWTHER, FOR
13    KEN JOWDY.
14         THE VIDEOGRAPHER: VERY GOOD.
15         WILL THE COURT REPORTER PLEASE
16    ADMINISTER THE OATH.
17
18         KENNETH JOWDY,
19    CALLED AS A DEPONENT AND DULY SWORN IN BY
20    THE DEPOSITION OFFICER, WAS EXAMINED
21    AND TESTIFIED AS FOLLOWS:
22
23    ///
24    ///
25    ///
```