TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: Grissom, Marlene
TO: 07480408
SUBJECT: RE: New help?
DATE: 06/14/2018 06:36:04 PM

He says, like everyone.

-I did talk to my cousin and he said that people like Jowdy have a lot of power and money to control people. He's been doing this for years. He also talked to a few FBI AGENTS and said we do need to be careful because they can fuck up a persons life. Just like they did to Phil. Very dangerous people too. He will look into it more and get back to me



-----Grissom, Marlene on 6/13/2018 11:06 PM wrote:

>

How is Phil doing ? Have you talked to Him lately?

I told him and sent him the points that we were using for just mean and I got a response of this and I had also asked about any ideas anybody he knows anybody that knows someone any politicians are any reporters anything

-Yes, I would like to write him. I have many family members that are lawyers, judges and a few local politicians. Send me all the information and I'll have my cousins look at the case.

that is Mike M_____o