> At the end of Kenner's 3 days of SEC testimony in 2011 -- Attorney Stolper stated clearly for the SEC record that he was intimately involved with Kenner and Kenner's investors in Eufora (with Constantine) and the Hawaii-Mexico issues (with Jowdy) -- and demanded the SEC and US Attorney's offices really look at what he and his Giuliani investigation team discovered in the last year about all of the frauds...August 11, 2011

```
22      MR. CASTANO:   Before we go off the
23   record, do you want to clarify anything?
24      MR. STOLPER:   The only thing I would
25   clarify was that I think in your line of questioning,
0684
 1   which may not come through in the transcript, whether
 2   he disclosed that the SEC has sought enforcement of
 3   subpoenas to his clients, I think that the suggestion
 4   in your question was that it was something negative
 5   that he should disclose to his clients as sort of a
 6   warning or red flag to his clients who are relying on
 7   him.
 8      And I think that the conversations that
 9   I have been a part of, without waiving privilege, and
10   also my own view is that my view of SEC's involvement
11   in this whole Diamante del Mar, et al, is a welcome
12   one and that we and Mr. Kenner, are really looking to
13   the SEC to enforce the securities laws against Mr.
14   Jowdy and those who did wrong here. And we see it as
15   a welcome thing, as a positive thing.
16      So the tenor of the conversations with
17   Phil's friends, co-investors, clients, is that this
18   is a welcome thing and that maybe because we are
19   having this direct communication with the SEC, and
20   then perhaps subsequently with the U.S. Attorney's
21   Office, that maybe they will finally get some justice
22   out of this.
23      And I know I have said that off the
24   record with you and I just wanted to clarify that in
25   response to that line of questioning. Just a point
0685
 1   of information.
                                          Page 100
```

TR-SEC00000426