To whom it may concern:

Please be advised that I no longer wish to be contacted or solicited for any reason by any person or entity affiliated with or representing Owen Nolan, Ethan Moreau, Joe Juneau, and/or Kristine Myrick or by these individuals themselves. Please direct any and all communications from this day forward and until further notice to Paul Augustine of Augustine & McKenzie, PLLC, P.O. Box 1521, Boise, Idaho 83701; (208)367-9400.

Sincerely,

_[signature]_
Signed

MATTIAS NORSTROM
Printed

5.17. 2009
Dated

ED-00002475

BX20-SD-00000899