**To:** philip a kenner[pak33@mac.com];
**Sent:** Sun 2/8/2009 11:13:55 PM
**Subject:** Re: Kristine Myrick

Trying. The only person I spoke to was a guy through big daddy. About out life insurance. Cause we weren't paying it during the lock out but I have asked u about that.

------Original Message------
From: philip a kenner
To: Darryl Sydor
Subject: Re: Kristine Myrick
Sent: Feb 8, 2009 10:16 PM

Please sleep for both of us. Lets speak tomorrow afternoon.   Thanks.
Phil

On 2/8/09 9:03 PM, "sid@safeden.com" <sid@safeden.com> wrote:

> K no problem that's what I said. That's why I would like to talk to these
> idiots. Call me tomorrow. Fyi I am not sleeping I know u aren't either but
> ------Original Message------
> From: philip a kenner
> To: Darryl Sydor
> Subject: Re: Kristine Myrick
> Sent: Feb 8, 2009 10:05 PM
>
> Ill speak with you tomorrow.   Ill be in the car all afternoon.   Don't
> worry.   I am just reading the transcript from Myrick's Day 1 deposition.
>
> Thanks.   Phil
>
>
> On 2/8/09 8:39 PM, "sid@safeden.com" <sid@safeden.com> wrote:
>
>> No all I said was well the investments we have are they safe cause I don't
>> have any paper work. And she said don't worry he is not stealing ur money but
>> make sure u get the paper work for them and u delivered those quick.  Call me
>> if u want I am at home.
>> ------Original Message------
>> From: philip a kenner
>> To: Darryl Sydor
>> Cc: pja@amlawidaho.com
>> Cc: Pappas, Michael
>> Subject: Kristine Myrick
>> Sent: Feb 8, 2009 9:34 PM
>>
>> Syd:
>>
>>
>> Did you ever tell Kristine Myrick around the time we terminated her
>> (February 2007), " Well, I haven't felt safe with him (Phil) for a long
>> time, and I'm going to go talk to somebody about it."
>>
>> Thanks.   Phil
>>
>>
>>
>> Sent via BlackBerry by AT&T
>
>
>
> Sent via BlackBerry by AT&T

PK-000108494
PK-000108494