FRANK T. SCONZO, JR., M.D., F.A.C.S., F.A.C.R.S.

286 Sills Road, Suite 5
East Patchogue, N.Y. 11772
(631) 654-3100
Fax (631) 654-0212

Colon & Rectal Surgery

FBI agent clearly aware of Brady violation -- and decision to withhold exculpatory evidence damaging to his star-witness: John Kaiser...

FAX TRANSMITTAL SHEET

Date: 3/20/14

To: Matt Galioto

From: Dr Sconzo

Re: Orecchio

Number of pages (including cover sheet): 3

Comments:

This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or coping of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to the above address via the US Postal Service. Thank You.



Posting Date:20080226
Sequence Number:9070373492
Amount:$190,000.00
Account:6903719727
Routing Transit Number:02141063
Check/Serial Number:000000000698
Bank Number:802
IRD Indicator:4
BOFD:000000000
Capture Source:PO
Entry Number:3375
UDK:8020080226009070373492
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000698
DB/CR:DB
Item Type:P
Processing Date:
#:58

FRANK T. SCONZO, JR.
KIM J. SCONZO
6 NEEL CT.
SAYVILLE, NY 11782
705
3/26/08
John Kaiser
$ 10,000.00
CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com
Posting Date:20080328
Sequence Number:8870851984
Amount:$10,000.00
Account:6903719727
Routing Transit Number:02100002
Check/Serial Number:000000000705
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PO
Entry Number:2983
UDK:802080328008870851984
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000705
DB/CR:DB
Item Type:P
Processing Date:
#:10
$10,000 robbed by John Kaiser from Sconzo
COMMERCE BANK, NA
CHERRY HILL NJ
03/27/2008
8870851984