**3 hours later -- Kenner tells Kristen Peca that her husband approved the transfers she learned about on the email -- BUT Mike Peca deleted the email (or they both lied on purpose to the FBI in 2012 (3500-MP-3 at 2)**

| | |
|---|---|
| **From:** | philip a kenner <pak33@mac.com> |
| **Sent:** | Monday, December 8, 2008 9:50 PM |
| **To:** | Mike & Kristen Peca <KMPGP@aol.com> |
| **Subject:** | Re: Claim Letter |
| **Attach:** | Peca wire repay Disa Ins policy 2.doc; Peca wire repay Disa Ins policy 1.doc |

Hey g=ys:

I spoke with Michael the other night about this.   You did wire $=60,000 (<u>$180k for the first insurance policy & $180k for the second ins=rance policy</u>) back to HCC on October 31, 2008 (<u>see attached</u>).

The balance that they are looking for is the $63,000 of interest.  &nb=p;I have played phone tag, albeit slowly, with the underwriter, Blake Farla=d.   I plan to speak with him tomorrow.   We will discu=s the merits of the $63,000 at that time.   By the way, I am in a=reement with your position in this matter.    I will keep yo= posted.

Thanks.    Phil

On 12/8/08 5:47 PM, "KMPGP@aol.com" <KMPGP@aol.com> wrote:<=R>

    please let us know what this is all about. thanks.

**Kristen Peca email to Kenner**

From: jedgeworth@jdea.net
To: kmpgp@aol.com
CC:  phil@standardadvisors.com
Sent: 12/8/2008 4:31:39 P.M. Eastern Standard  Time
Subj: Claim Letter

Mr. Peca,

Attached please find a letter dated today, December 8, 2008 fro= HCC Specialty Underwriters regarding the remaining balance due=back to HCC Specialty Underwriters.

Thank you,

Maureen

For Jim Edgeworth

**James D. Edgeworth, Jr. &  Associates**

1616 So. Voss

Suite 970

CONFIDENTIAL TREATMENT REQUESTED                                                                                                      PK_SEC_005430

Houston, TX 77057

(713) 781-4242 Office

(713) 781-4207 Fax

(713) 553-5240 Mobile

jedgeworth@jdea.net

Make your life easier with all your =riends, email, and favorite sites in one place.  Try it now <http://www.aol.com/?optin=new-dp&icid=aolcom40vanity&ncid=eml=ntaolcom00000010> .

**CONFIDENTIAL TREATMENT REQUESTED**

**PK_SEC_005431**

PLEASE WIRE ON MARGIN IF NECESSARY

October 31, 2008

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re: Michael Peca: Account # 6037-4031

Dear Charles Schwab:

Please wire $180,000.00 using the following instructions:

Citizens Bank of Massachusetts
28 State Street, 14th Floor
Boston, MA 02109

ABA# 011500120
ACCT: 1107110219
Reference: Certificate L006452


Thank you for your assistance,


Phil Kenner as the Attorney in fact for Michael Peca

**CONFIDENTIAL TREATMENT REQUESTED**

**PK_SEC_005432**

```
PLEASE WIRE ON MARGIN IF NECESSARY


October 31, 2008


Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re: Michael Peca: Account # 6037-4031

Dear Charles Schwab:

Please wire $180,000.00 using the following
instructions:

Citizens Bank of Massachusetts
28 State Street, 14th Floor
Boston, MA 02109

ABA# 011500120
ACCT: 1107110219
Reference: Certificate L005614


Thank you for your assistance,



Phil Kenner as the Attorney in fact for Michael
Peca
```

**CONFIDENTIAL TREATMENT REQUESTED**                                                          **PK_SEC_005433**