## Ken Jowdy and Former Governor Agundez



The day after investors, attorneys, and myself met with Agundez face-to-face in his La Paz, Baja California Sur, Mexico governor office – where he claimed to not know who Jowdy was – he was photographed cutting the proverbial "ribbon" with Jowdy at the Diamante property in Cabo san Lucas that my investors and I 100% funded.



Immediately after Governor Agundez left office – Mexico PGR arrested him for Federal crimes, including but not limited to bribery, extortion, graft and other acts – specifically including his never-ending protectionism of Jowdy after hundreds of thousands of "consulting" fees were paid to Agundez and his associates.