Fwd: Nash wire

---

**Subject:** Fwd: Nash wire
**From:** Phil Kenner <pak33@mac.com>
**Date:** 6/10/2009 2:56 PM
**To:** Constantine Tommy <tommy@eufora.com>

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:



**From:** Doug Jankowski <djankowski@ggadvisors.com>  ← Nash's FINRA rep
**Date:** June 10, 2009 2:07:01 PM PDT
**To:** NashTy18@gmail.com, kathynash9@hotmail.com  ← confirm to Nash and his wife
**Cc:** 'Phil Kenner' <pak33@mac.com>
**Subject:** Nash wire

We have been notified by Charles Schwab that your wire transfer request has resulted in the following:

Wire Amount: $100,000   ← amount...
Wire Fee: $25
Beneficiary: Law Offices of Ronald Richards & Associates, Los Angeles  ← payee...
Process Date: 06-10-2009
Status: complete

Doug Jankowski
Greenberg|Graham Advisors LLC
2600 Michelson Drive, Suite 1700
Irvine, CA 92612

(714) 437.0040
(714) 200.0763 (efax)

djankowski@ggadvisors.com

← Full contact info of FINRA rep and company if anything was not proper...

**Disclosures**

<u>Firm Disclosure:</u> Greenberg|Graham Advisors LLC is a fee-only wealth advisory firm. Our services are directed primarily toward individuals or families who have accumulated significant net worth. For information regarding a specific service, please contact one of our senior advisors.

<u>SEC Disclosure:</u> Investment advisory services offered through Greenberg|Graham Advisors LLC, a registered investment advisor.

<u>Treasury Circular 230 Disclosure.</u> In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

<u>Privacy Notice.</u> This message is intended for the person or entity to which it is addressed and contains information that may be confidential or exempt from disclosure law. You are hereby notified that copying or any use of this communication, except in accordance with its intended purpose, is strictly prohibited.