## CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 08/28/2020   TIME: 10:15 a.m.   TIME IN COURT: 35 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)   TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
 X  PRESENT ___ NOT PRESENT   X  IN CUSTODY ___ ON BAIL

ATTY. FOR DEFT.: Matthew W. Brissenden (Stand-by Counsel)
 X  PRESENT ___ NOT PRESENT ___ RET   X  C.J.A ___ FED. DEF. OF NY, INC.


DEFT NAME: TOMMY C. CONSTANTINE (2)
 X  PRESENT ___ NOT PRESENT ___ IN CUSTODY   X  ON BAIL

ATTY. FOR DEFT.: Sanford Talkin
 X  PRESENT ___ NOT PRESENT   X  RET ___ C.J.A ___ FED. DEF. OF NY, INC.

A.U.S.A. Diane C. Leonardo-Beckmann, Matthew Haggans, Madeline M. O'Connor

COUNSEL FOR INTERESTED PARTIES:

Thomas McSouther

George Kostolampros, & Xochitl S. Strohbehn (Danske Bank)

No appearance (Property Owners)

No appearance (Owen Nolan)


DEPUTY CLERK: JJT

FTR: 10:15 – 10:50

COURT REPORTER: ___ M. FOLEY ___ F. GUERINO ___ P. LOMBARDI
                ___ M. STEIGER ___ D. TURSI ___ O. WICKER

INTERPRETERS: _____ (Spanish)


 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE:

\_\_\_   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

\_\_\_   WAIVER OF INDICTMENT EXECUTED.

\_\_\_   CASE ADJOURNED TO

 X    DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

 X    DEFENDANT TOMMY C. CONSTANTINE CONTINUED ON BAIL.

\_\_\_   ORDER OF DETENTION ENTERED.

\_\_\_   BAIL SET AT

\_\_\_   SPEEDY TRIAL INFORMATION

     CODE TYPE: \_X-_____   START DATE: _____XSTRT
                                        STOP DATE: _____XSTOP

\_\_\_   ARRAIGNMENT SET FOR

 X   Sentencing as to Phillip Kenner set for October 5, 2020 at 11:00 am

 X   Sentencing as to Tommy Constantine set for October 16, 2020 at 11:00 am

 X    OTHER:  Defendant Phillip Kenner's motions for an evidentiary hearing & fatico hearing are denied.  Further rulings set forth on the record.