

1st Hawaii party = Kaiser + (CM) = w/ went to Hawaii in 2002-2003
'02-'03

$1,000 deposit → *Far less than the $1mm Kaiser claimed Manfredi confronted Kenner about in 2006...*

(CM) → closed w/ (PK)
(JK)

(CM) - never increased investment
- not sure if (JK) did

*How could Manfredi and Kaiser have confronted Kenner in 2006 about a $1mm investment (sent to Mexico -- from the Kaiser August 2005 funds) IF Manfredi told the FBI in 2010 "**not sure if Kaiser did**"...???*

(CM) title → COO + Project Mngr = during yrs w/ (PK)
- partner in LLC's

2006 - when Lehman came in w/ new development partner

(JK) - was a partner in LLC's

(JK) - retired w/ back injury from Suffolk Cty Police

END

(2)