**From:** Ken Jowdy [kjowdy@ddmgolf.com]
**Sent:** Wednesday, July 13, 2005 11:13 PM
**To:** 'WJN1434@aol.com'; 'Phil Kenner'
**Subject:** FW: Big Isle V Ventures/Equity Funding
**Attachments:** Note.dot; GuarantyKenner.dot; HAZARDOUS SUBSTANCE CERTIFICATE AND INDEMNITY rev071305.doc; bigisl v mtge.pdf; haz subs cert ex A.pdf

Bill...I am sure I don't have to tell you the urgency of this...Unfortunately, we don't have the luxury of picking this apart like you would normally...hopefully there are no major problems, and remember that this should be in place for less than 30 days...if we ever have to worry about a default on this loan, then we will all have much bigger problems than this...let us know what you think...gracias

-----Original Message-----
**From:** Phil Kenner [mailto:phil@standardadvisors.com]
**Sent:** Wednesday, July 13, 2005 10:59 PM
**To:** 'Ken Jowdy'
**Subject:** FW: Big Isle V Ventures/Equity Funding

# KJ:    Please make sure Bill knows about this early tomorrow.    I guess this puts Loren in Hawaii tomorrow afternoon.    Pk

```
-----Original Message-----
From: Alan M. Okamoto [mailto:alan@noyhawaii.com]
Sent: Wednesday, July 13, 2005 10:51 PM
To: Jon Yamamura
Cc: Bruce Berreth; janice@noyhawaii.com; phil@standardadvisors.com; chris@lynmor.com;
wjn1434@aol.com
Subject: RE: Big Isle V Ventures/Equity Funding

Jon -

4 loan documents in 5 files are attached.  The mortgage is in pdf format
because we did not have the word files for the title reports and had to
cut and paste Exhibit A from a faxed copy.  Similarly, Exhibit A to the
Hazardous Substance Certificate is in pdf format because that was
generated from Exhibit A for the mortgage.

I received a copy of a Phase 1 Environmental study on the property that
was done in 2004.  The study noted a situation on tax parcel 8 that
needed attention.  The last paragraph of the Hazardous Substance
Certificate covers that.  Basically, it requires either a report to
document that the situation was resolved or appropriate action.


There is a closing statement in Excel format that I will have sent out
tomorrow morning.  There were a few items that I was to have filled in.

Alan M. Okamoto



NOTICE OF CONFIDENTIALITY  The information contained in this message is
intended only for the personal and confidential use of the recipients
named above.  This message may be an attorney-client communication, and
as such is privileged and confidential.  If the reader of this message
is not the intended recipient, you are hereby notified that you have
received this document in error, and that any review, dissemination,
```

1

KJ1714

distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone (we will accept collect calls) or  by e mail and delete this message and all printouts thereof.

-----Original Message-----
From: Jon Yamamura [mailto:jyamamura@carlsmith.com]
Sent: Wednesday, July 13, 2005 5:16 PM
To: Alan M. Okamoto
Cc: wjn1434@aol.com; Steven Lim; chris@lynmor.com; phil@standardadvisors.com
Subject: Big Isle V Ventures/Equity Funding

Alan,

> Manfredi handling all of the communications between Najam and the Hawaii closing attorneys for the Hawaii LLCs before negotiating the final loan amount to Jowdy directly with Jowdy later the same day -- See **Ex.Z**

Chris Manfredi asked that I get in touch with you regarding the document status for the pending loan.  I tried calling, but since I didn't have your extension, I couldn't reach your direct line.

Anyway, this is to follow up on the document status.  If you haven't already done so, please circulate the draft mortgage as soon as possible (you had mentioned the other day that you're only handling the mortgage).  I would suggest and request that you circulate the draft concurrently to borrower's side, to help expedite the overall review process.  Please include Chris (chris@lynmor.com), Phil Kenner (phil@standardadvisors.com) and counsel (wjn1434@aol.com) on your distribution.

Please call with any questions.  Thanks.  Jon

> Bill Najam acting as Hawaii attorney

Jon T. Yamamura, Esq.
Carlsmith Ball LLP
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii  96813
Ph:  (808) 523-2500
Fax: (808) 523-0842
jty@carlsmith.com

CONFIDENTIALITY STATEMENT:
This message from the law firm of Carlsmith Ball LLP contains information which is privileged and confidential and is solely for the use of the intended recipient.  If you are not the intended recipient, be aware that any review, disclosure, copying, distribution, or use of the contents of this message is strictly prohibited.  If you have received this in error, please destroy immediately and please notify us immediately at (808) 523-2500

KJ1715