

- Masood Bhatti - Lehman Bros.
  - got a piece of Hawaii deal

- 260 acres - 1st piece of Hawaii investment
  - just kept buying / expanding → 6,000 acres total

- Alan Warden = Windwalker = Accountant / contact

(JK) met Jowdy = 2x in NYC

① times — in NYC = Trust (2003) = Jowdy restaurant discuss.
there @ (PK) = discuss project in Hawaii
(KJ) - with a girl = funding in Mexico

② time — another time @ a bar = in NYC = bar
- discussed Hawaii
- lending $ from Hawaii to Mexico (KJ)(JK)

(JK) - not sure how (KJ) & (PC) met

(JK) = saw (KJ) in Mexico couple times
again discussed (KJ) wanted to borrow $ from Hawaii to Mexico
- would pay back after closing

②

(KJ) - brought up borrowing $ from Hawaii project

borrowed millions from Hawaii project → $5M-$6M
- 1st was going to be $100's k ≠ not millions
- (JK) - not happy $ amt started to grow to Millions of $ to Mexico

discussed — Brian Berard
(JK)

— was Agreement to borrow $ from Hawaii —

**2004 Hawaii loan agreement**

(KJ) → (JK)   (KJ) - don't worry all $ will come
              (JK)   back; get repaid
— in NYC
discussed $ from Hawaii to Mexico
   — just to be used for Mexico
      ↓ no other project

Question to (JK):
2006 — update letter on Hawaii project —
(JK) - yes, I recall letter
(JK) - made these many times

**Many update letters from Kenner to the investors per Kaiser proffer...**

(JK) - never got $ back from (KJ)/Mexico

(JK) -

**Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior -- *if actually TRUE!***

(3)

Eufora

2007 = JK met Tommy Constantine in AZ @ JK's house

TC = introd as self made millionaire to JK

JK = heard about Eufora thru players/guys that Eufora - company will be big one day

in beginning = need couple hundred thousand @ first

JK $2.2M - over 3yr period invested

JK borrowed from family - majority of $
 - Mother
 - brothers - Keith

JK = includes JK's friends $
 - JK got 4 friends to invest

Donny Rae → ex-hockey player - lives in AZ
 - bringing investors in Hawaii

JK = met DR - 1yr ago = heard of him prior
 - when put house for sale in AZ - JK's house
 - Brian Berard & JK own - 2½ yrs ago bought
 - JK - raised $ from friends to buy house in AZ

4

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from (TG)
- not invested in Hawaii

- (TC) - trying to ~~raise~~ fund (SFR) $ for Hawaii w/ own funds
  - suppose to use own $ to fund Hawaii

- Ultimately $ came from friend of (TC)
  - $4M - Waikapuna closing

> Kaiser confirms consulting deals for Gaudet and Gaarn from Hawaii

Robert Gaudet
(JK) met (RG) - ≡ golf pro
              ≡ knows people in Mexico

≡ tried to get $ for Hawaii

- believe above indiv. getting paid for getting $
  ≡ (RG) ≡
  ≡ (TG)

> RG -- Robert Gaudet and TG -- Tim Gaarn

1st heard 2005 ≡ heard of Enfora from (JK) or players

(TC) ≡ showed (JK) Agreements w/ banks & credit card companies
  ≡ wanted increase ownership in Enfora → (TC)'s own shares in
  ≡ appeared to be great company → (JK)

⑤

= Dish Zero = (TC) → and Mark Ambrosio running $ from Eufora
   Taser =    accounts to these investments
                    ↓
                Sergei Gonchar $ going to

all (JK) investment $ to (TC) went from
(JK) = TD Bank accts

(JK) - rec'd couple hundred thousand back from (PK)
(JK) from fronted $ for renovation (PK) house in AZ

(PK) needed $ for Myrick lawsuit ← (JK) - gave (PK) $ from his house sale in Smithtown, NY
                                        (PK) never repaid

(6)



Annotations (red):
- $500,000 of these funds were immediately transfered to Kenner by Kaiser for the documented Kaiser (individual) purchase of land from Kenner in Mexico (los Frailes) -- also unknown to Kenner, Kaiser's friends and family -- **See PK19 and PK50**
- Kaiser took money form his handicapped brother, his DEA friend Bobby Rizzi, and his doctor friend Sconzo (whom he later robbed for another $200,000 admitted by the Gov't in their forfeiture brief)...
- Clearly -- no closing "with Kaiser" EVER occurred...

Handwritten notes:
- PK - living in Vegas - Condo
- house in AZ is wife's from divorce
- JK = Palms Condo
- TC - new Maloof in Vegas
- invested - JK friends 3
  1. Keith Kaiser - brother
  2. Bobby = Police officer   $550K together
  3. and doctor friend of JK    for penthouse @ Palms
- Jay McKee / Mike Peca on Note = 2 separate deals — get 15% from $ promised by TC
- closing went through TC
- PK - was not involved in Palms R/E - as far as TC remembers
- went into it to buy & sell quickly
- ★ Global Settlement Fund - set-up by TC = w/ KJ + PE
  - pay Ethan Moreau back - from Palms
  - Eufora - &
  - Mexico - players $
- used to straighten $ investment mess which happened throughout years.
- Eufora / Palms — TC instructed Ronald Richard to send $ to Eufora acct so he can distribute to players = GS Fund $
- TC instructed JK friends - investment $ - to go to Ronald Richards - not Eufora

(7)

- (JC) involved w/ → renovated — (JK)→ brothers did work
  ≡ Hermosa Beach house. (PC) - owned w/ thm sold
  - (PC) - owes $ from house construction / renovate

- (JK) - brothers worked on house ≡ took 4 months

- (JK) - raised funds to buy house from:
  - ≡ (JK) - mother
  - brothers
  - friends

- (JK) - not rec'd $ from (PC) on house yet
- (PC) - will get $ from Hermosa Beach house when AZ house sells
  ≡ on market now

---

- (JK) - met (NJ) in Hawaii
- * Nick James -
  ≡ did stuff for Hanyhm racing + (TC)

- (NJ) called (TC) to get married
  $20k-80k - asked $ from (JK) — (JK) said no
  - borrowed from (PC)

- (NJ) did not work or invest in Hermosa Beach house

(8)

Los Frailles - investment
- (JK) + has friends invested in
≈2008   ≈$1M

(JK) - included in the $1M

• purchase property + develop
$1M used to purchase property ≡ sell parcels to get $ back from 1st investment

→ Bobby Goudet - told (JK) about investment

(JK) - not involved in Los Frailles
↓
Does have clients involved / hockey players

(JK) - went down there w/ friends to see

(JK) - 6 mos. ago in Cabo ≡ Tourdy project
≡ golf course - done
≡ suppose to put up condo
≡ never went to North property
    DDM

⑨



- $5M-6M — KJ borrowed/rec'd/loaned
- KJ — borrowed from Hawaii project → to Mexico
- KJ — borrowed from Glen Murray too for Mexico
- KJ — might have repaid couple hundred thousand to Hawaii

- JK — did see Hawaii bank acct statements

- accountant for Hawaii project — JK will get name of accountant before Lehman can in.
- JK not rec'd k-1's ever
- JK — never rec'd k-1's from Hawaii
- took two yrs to get from Allan Warden
- will receive k-1's soon

END 1:15 PM

Kaiser confirms seeing all of the Hawaii bank statements -- so there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT -- **See PK26**

Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during a 2 hour and 15 minute meeting at Kaiser's home during EDNY testimony...**Tr.1120-1122**