St. Andrew's Plaza, = 5th floor
02/8/10 - @ 9:30 AM

J. Moore
C. Castano = SEC

Sergei Gonchar
Ron Richards = Atty.

Scott Romonowski
Matt Galiotto = FBI

(JM) - went over Proffer Agreement

(RR) - agreed - (SG) signed

(310) 753-8777
Ron Richards on telephone = cell

Born in Russia = until 18 y.o.
drafted by Washington Capitals = 10 yrs playing w/ Capitals
signed @ 20 y.o.
↓ Boston - lock-out
↓ Russia
↓ Pittsburg Penguins

- met (PK) through Team mates - Washington Capitals
  ↓ 12 years ago       = Joe Juneau (already)
                       = Chris Simon } w/ (PK)
- 1st time investing in U.S   played in college w/ (PK)

- 1st year or so - learning / talking about investing
  with (PK) = had dinners w/ (PK)

= Juneau & Simon - came to rink w/ (PK)
                   in Washington

Government Exhibit
3500 - SG - 2
13-CR-607(JFB)
exhibitindexes.com #489

fall 2005
- (PK) + (TC) + (SG) mtg @ (SG) house in Pittsburg
  - investments
  - how go after (KJ)
  - where @ w/ lawyers
  - blamed (KJ) - it's his fault
  - going to hire lawyer - Ron Richards
  - move forward & go after (KJ)
- (PK) - said b/c of article - that SFR
- (PK) - told (SG) - Gov't has interest from article
- (PK) - (SG) - invested in another company rubber recycling
2000

2003
- (SG) - invested in Hawaii - land purchased
- (PK)            (PK) - found developer to develop land
- (TC) invested own $$
  investors = other hockey players - Owen Nolan; Kristich;
- (PK) - approached (SG) + explained how to work
  = good opportunity buying land - NOT RISKY

- $1M - (SG) - invested = in beginning $100k - $150k -
  in Hawaii    rest Guarantee in Bonds
               transfer to Northern Trust
               - Bond Portfolio - Northern
                                  trust
                                  managing
  ★ project on hold now
    b/c of economy          (TC) - setup acct.

★ (SG) rec'd no $ back

(SG) - has not seen land in Hawaii
- own land b/c (PK) said so; doesn't know otherwise

- investments - (PK) to (SG)
(PK) - since own land; have asset then - not risky
(PK) Northern - 5-7 yrs to develop; then switch focus to CSL

(SG) put in $400k in CSL - for villa's
rec'd back $400k - 2 yrs ago
- pulled $ back b/c nothing being done - (PK) told (SG)
 ask for $ back

Jason Woolley - was traveling w/ (PK)
- spending time in CSL; bringing in clients
- saw nothing being done there too.

(PK) - took care of getting $ back
- went to Schwab acct - (SG)

- Woolley = spoke to about (KJ)
- Sydor =
  - not doing what he is suppose too.

Northern - property

(SG) - (PK) - told (SG) $ in Hawaii will be loaned to (KJ)

- (SG) = heard that $ from Hawaii loaned to (KJ) once. [from (KJ)]
  = doesn't recall how much $ loaned to (KJ)
  = (KJ) - only entity Hawaii loaned $ to.

- (SG) - has docs from Hawaii investments

Schwab - Jim Graham - (SG) → rep. from Schwab