| | |
|---|---|
| From: | Kristine Myrick <kristine@standardadvisors.com> |
| Sent: | Thursday, August 3, 2006 6:50 PM |
| To: | 'phil kenner' <phil@standardadvisors.com> |
| Subject: | RE: NOLAN wires, etc... |

Is the $750K you want her to set aside for taxes included in the $2M going to Schwab, or will it be in her checking along with the $600K??

[annotation: $750,000 for IRS taxes...]

Kristine Myrick
Standard Advisors Inc.
(310) 376-3499 Work
(310) 697-3259 Fax
(310) 699-5790 cell

[annotation: More pre-Arbitration evidence that Nolan was aware of his LOC at Northern Trust]

-----Original Message-----
From: phil kenner [mailto:phil@standardadvisors.com]
Sent: Thursday, August 03, 2006 4:39 PM
To: Kristine Myrick
Subject: NOLAN wires, etc...

DO NOT FORWARD THIS MESSAGE...CALL ME WITH ANY QUESTIONS!!

These are the following items for now...

1) Canadian Tax bill of approximately $40,000...you have the info.

2) Repay the LOC @ NT for their $50k per month for:
    6-9-05 &
    7-7-05 = $100k

3) Repay the LOC @ NT for the wires to Ellen:
    9-16-05 - $15,000
    9-29-05 - $2,000
    12-21-05 - $17,396 = $34,396

  **Number 2 & 3 can be sent together with the NT instrx.

[annotation: REPAY the LOC -- because it belonged to Little Isle 4 -- not Nolan personally...]

4) They need to repay the funds she borrowed from the Wild Boar Checking account @ Wells Fargo.   I believe it was $50,000.

5) They need to send $100,000 to Baja Development Company for the Cabo project with the following instrx...
    Baja wire instructions:
    TD Banknorth, NA
    ABA 021201503

    Baja Development Corp.
    Account # 3981345276
    2 Dogwood Drive, Danbury, Ct. 06811

[annotation: Jowdy stole $100k funds instead of depositing them into the Diamante Cabo acct -- See BDC Aug 2006 stmt-PKHOME-00016841]

6) They need to wire $62,500 to Standard Advisors for Q3-05 thru Q3-06 (5 quarters).
    Wells Fargo Bank, Los Angeles, CA
    ABA 121000248
    Credit Account #1251501100
    Account Name: Standard Advisors

7) They are going to need another $750,000 to pay to Revenue Canada OR the IRS as soon as we get them together with Dave Weiss to handle last year's taxes as well as the APPROXIMATE payment from the GROSS $5m (NET $3.75m) check settlement check they just rec'd from Toronto.

[annotation: $750,000 set aside for Canadian taxes although Nolan's wife spent those funds as well before the 2008 IRS bill arrived]

8) They should wire $2m to their Schwab account until they figure out what other bills they have to pay.

This should leave them with approximately $600,000 in their checking account.   I hope that is enough.   Let me know what happens.   Pk

[annotation: Turned over by Nolan from the stolen Kenner files (thru Myrick) in the Nolan arbitration and not in Kenner's possession...]

[annotation: Kenner turned over the NT LOC knowledge email to the SEC in 2011...]

**CONFIDENTIAL TREATMENT REQUEST**

NOLAN0005248
PK_SEC_013881