**Ben Rosenthal**

| | |
|---|---|
| From: | Ken Jowdy [kjowdy@ddmgolf.com] |
| Sent: | Wednesday, July 13, 2005 11:21 PM |
| To: | 'Phil Kenner' |
| Subject: | RE: Big Isle V Ventures/Equity Funding |

Phil...read the end of the bigisl v mtg. acrobat file...do you need to sign in front of a Hawaiian notary??

-----Original Message-----
**From:** Phil Kenner [mailto:phil@standardadvisors.com]
**Sent:** Wednesday, July 13, 2005 10:59 PM
**To:** 'Ken Jowdy'
**Subject:** FW: Big Isle V Ventures/Equity Funding

## KJ:   Please make sure Bill knows about this early tomorrow.   I guess this puts Loren in Hawaii tomorrow afternoon.   Pk

```
-----Original Message-----
From: Alan M. Okamoto [mailto:alan@noyhawaii.com]     ← Centrum attorney
Sent: Wednesday, July 13, 2005 10:51 PM
To: Jon Yamamura     ← Little Isle 4 attorney
Cc: Bruce Berreth; janice@noyhawaii.com; phil@standardadvisors.com;
chris@lynmor.com; wjn1434@aol.com     ← Attorney Najam and COO Manfredi
Subject: RE: Big Isle V Ventures/Equity Funding

Jon -

4 loan documents in 5 files are attached.  The mortgage is in pdf format
because we did not have the word files for the title reports and had to
cut and paste Exhibit A from a faxed copy.  Similarly, Exhibit A to the
Hazardous Substance Certificate is in pdf format because that was
generated from Exhibit A for the mortgage.

I received a copy of a Phase 1 Environmental study on the property that
was done in 2004.  The study noted a situation on tax parcel 8 that
needed attention.  The last paragraph of the Hazardous Substance
Certificate covers that.  Basically, it requires either a report to
document that the situation was resolved or appropriate action.


There is a closing statement in Excel format that I will have sent out
tomorrow morning.  There were a few items that I was to have filled in.

Alan M. Okamoto


NOTICE OF CONFIDENTIALITY  The information contained in this message is
intended only for the personal and confidential use of the recipients
named above.  This message may be an attorney-client communication, and
as such is privileged and confidential.  If the reader of this message
is not the intended recipient, you are hereby notified that you have
received this document in error, and that any review, dissemination,
distribution or copying of this message is strictly prohibited.  If you
have received this communication in error, please notify us immediately
by telephone (we will accept collect calls) or  by e mail and delete
this message and all printouts thereof.
```

3

KJ1795

```
-----Original Message-----
From: Jon Yamamura [mailto:jyamamura@carlsmith.com]
Sent: Wednesday, July 13, 2005 5:16 PM
To: Alan M. Okamoto
Cc: wjn1434@aol.com; Steven Lim; chris@lynmor.com;
phil@standardadvisors.com
Subject: Big Isle V Ventures/Equity Funding

Alan,

Chris Manfredi asked that I get in touch with you regarding the document
status for the pending loan.  I tried calling, but since I didn't have
your extension, I couldn't reach your direct line.

Anyway, this is to follow up on the document status.  If you haven't
already done so, please circulate the draft mortgage as soon as possible
(you had mentioned the other day that you're only handling the
mortgage).  I would suggest and request that you circulate the draft
concurrently to borrower's side, to help expedite the overall review
process.  Please include Chris (chris@lynmor.com), Phil Kenner
(phil@standardadvisors.com) and counsel (wjn1434@aol.com) on your
distribution.

Please call with any questions.  Thanks.  Jon


Jon T. Yamamura, Esq.
Carlsmith Ball LLP
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii  96813
Ph:  (808) 523-2500
Fax: (808) 523-0842
jty@carlsmith.com

CONFIDENTIALITY STATEMENT:
This message from the law firm of Carlsmith Ball LLP contains
information which is privileged and confidential and is solely for the
use of the intended recipient.  If you are not the intended recipient,
be aware that any review, disclosure, copying, distribution, or use of
the contents of this message is strictly prohibited.  If you have
received this in error, please destroy immediately and please notify us
immediately at (808) 523-2500
```

**Annotation (margin):** Manfredi managed the deal (like he told the FBI in 2010 -- Ex 521 at 1) with the lender and client attorneys -- not Kenner...

4

KJ1796

CONFIDENTIAL TREATMENT REQUESTED                              PK_SEC_018093