

**Taffy Jowdy Jr**

From: Phil Kenner [PKenner@tmo.blackberry.net]
Sent: Wednesday, July 13, 2005 7:07 PM
To: Kenny Jowdy
Subject: Hawaii docs

Plz let bill know he should be receiving docs @ any moment. Bruce confirmed they were complete and his atty is sending them off.

I left chris a msg that he needed to call our atty, jon yamamura, and find out the details of the recoding in honolulu for loren.

You might want to follow up with chris. Cell. 15165265010  Leave me a msg on the imvelocita address about what u work out.

Thx for the help!!  pk
Sent wirelessly via BlackBerry from T-Mobile.

Annotations:
- Najam
- Centrum loan docs
- Berreth form Centrum
- Carlsmith Ball Hawaii attorneys involved in the Centrum closing.
- Jowdy was negotiating the final $1.5mm lending amount with Manfredi -- transparently and separate from Kenner -- the day before the closing -- thus no concealment...
- Jowdy assistant helping with the Centrum closing as a result of the Jowdy and Manfredi discussions to loan Centrum funds...

87

KJ1854

CONFIDENTIAL TREATMENT REQUESTED          PK_SEC_018151