*Constantine verifies exclusive Kaiser dealings in defense of Eufora litigations...*





29. During all negotiations prior to the Plaintiffs transmitting their money, I dealt exclusively with John Kaiser.