

Faxed by Stumpel from Europe

# Guerrero & Guerrero Abogados, S.C.

d) Other Services:

Any other services to those mentioned within this agreement will be subject to another proposal.

Please indicate your approval of the terms of this engagement by signing where indicated below. Should you have additional questions, please do not hesitate to call me.

Very truly yours,

Max Guerrero García, Esq.

Stumpel approves Guerrero to criminally sue Jowdy for UNPAID $1.6mm loan in December 2008

Accepted by: 
Print Name: JOZEP STUMPEL
Title: 
Date: 28.12. 2008

Álvaro Obregón # 1 • Marina Plaza Local "D" Centro San José del Cabo
Los Cabos, B.C.S., 23400 • México
Ph / Fax: (011-52) 624-142-6545 / 624-142-6546
maxguerrero@prodigy.net.mx / mglegal15@yahoo.com.mx

# Guerrero & Guerrero Abogados, S.C.

San José del Cabo, B.C.S. November 26, 2008.

At'n: Mr. Josef Stumpel

Re: Engagement Letter

Dear Mr. Stumpel:

We are pleased that you have considered Guerrero & Guerrero Abogados for your legal needs, and assure you that each associate and employee of this Firm will do his or her utmost to fulfill these needs in a courteous and expeditious manner. Our ability to best represent you should be based upon mutual understanding of what you want us to accomplish and how you will be chard for our services, which is the purpose of this engagement letter. I also want to assure you that our conversations and our relationship should and will be kept absolutely confidential.

a) Objective:

The objective of this engagement is to recuperate the amount of US$1,600,000.00 (one million six hundred thousand dollars 00/100 USCY) that was loan and wire to LOR Management S.A. de C.V. (Ken Jowdy)

b) Legal Fees:

It is our policy to obtain an advance retainer for all new clients. The amount and terms of the retainer are determined by the complexity of each case, lawyer's time, legal assistants and specialized support required and some minor out-of-pocket costs that we will incur on you behalf. Therefore we will require the amount of US$10,000.00 (Ten thousand dollars 00/100 USCY), which shall be payable at the time of accepting the present proposal and this fee for this engagement is not contingent on the results of our services. Retainers do not earn interest and are held in the Firm's trust account in your name.

In case that you require an official invoice a 10% tax will be added.

When you get a favorable result and recover any money from the loan, goods or any value, this law firm is entitled to charge an 18.5% (eighteen point five) as a "Success fee" of what is recovered.



c) Expenses:

Any extraordinary expense that has to be made on your behalf shall be informed to you in a timely manner for you approval and given the amount of money needed.

Álvaro Obregón # 1 • Marina Plaza Local "D" Centro San José del Cabo
Los Cabos, B.C.S., 23400 • México
Ph / Fax: (011-52) 624-142-6545 / 624-142-6546
maxguerrero@prodigy.net.mx / mglegal15@yahoo.com.mx

PK-000109540
PK-000109540

charges, postage, transcript preparation fees, and any other necessary expense incurred in this matter.

5. **Client's Duty To Cooperate.** Client must fully cooperate with attorney and provide him with all information which may be relevant to the issues involved in this matter. Client must also pay all bills as required by this agreement. If client does not comply with these terms, attorney may withdraw from representation.

6. **No Guarantees.** Attorney agrees to provide competent and diligent services and, at all times, will seek to achieve solutions which are just and reasonable to client. However, because of the uncertainty of legal proceedings, the interpretation and changes in the law and many other unknown factors, attorney cannot and does not warrant, predict or guarantee the results of the final outcome of any case.

7. **Miscellaneous Provisions.**

A. **Entire Agreement.** Client understands and agrees that this written document contains all of the terms and conditions of the parties' agreement and represents the complete and entire understanding of the parties. Attorney has made no representations to client other than those expressly set forth herein. All prior agreements, understandings or representations of the parties are hereby terminated and canceled in their entirety, and are of no force or effect whatsoever.

B. **Enforcement of Agreement.** If either party initiates legal action or has to employ the services of an attorney to enforce any of the provisions of this agreement, the losing party agrees to pay all of the prevailing party's attorney's fees and costs.

C. **Governing Law.** All matters affecting the interpretation or enforcement of this agreement, and the rights of the parties hereto, shall be governed by the laws of the State of Idaho.

D. **Voluntary Agreement.** Client has carefully read this agreement and understands it. Attorney has answered all of client's questions and fully explained this agreement to client's complete satisfaction. By signing below, client acknowledges receiving a copy of this agreement.

ATTORNEY                                      CLIENT

_____                     _____
Paul J. Augustine, Esq.                       Jozef Stumpel

[annotation: Stumpel hired USA attorney Paul Augustine to stop the onslaught of Jowdy, Harvey and Meeks phone calls and sue Meeks for over-billing frauds]

PK-000109541

PK-000109541

# LEGAL SERVICES CONTRACT

This agreement is made this _28_ day of December, 2008, by and between Augustine & McKenzie, PLLC, and Jozef Stumpel ("client").

1. **Legal Services To Be Provided.** Client has retained attorney to represent him in his legal affairs in the United States. Attorney's services may include client consultation, discovery of relevant facts, factual analysis, witness interviews, telephone conferences, legal research and analysis, pretrial preparation, drafting legal pleadings, written correspondence and other legal documents, appearances at depositions, negotiation or settlement conferences, pretrial conferences, and trial, and other miscellaneous trial preparation which may be necessary to properly represent client in this matter. This does not cover an appeal.

2. **Additional Legal Services.** If client needs any other legal services which may or may not be related to the subject of the agreement as described above in paragraph 1, attorney and client may make a new written agreement to provide the other services. Otherwise, attorney's services shall be limited in scope to the matter described in paragraph 1 above.

3. **Legal Fees.** Attorney cannot predict or guarantee what client's total bill will be because the total time to be spent by attorney is a function of unknown variables. Therefore, attorney's fee will be calculated as follows:

    A. **Hourly Rate.** Client understands that attorney will charge client attorney's fees for legal services performed at the rate of $200.00 per hour and client agrees to compensate attorney at this hourly rate.

    B. **Attorney's Billing Practices.** Client will be billed for all legal services performed (including travel time) in connection with client's case at the hourly rate set forth in paragraph 3.A. All billings by attorney are due and payable immediately upon receipt and must be paid in full by client **NO LATER THAN 30 days** from the date on the billing statement. Client will be charged interest at a rate of 18% per annum on any remaining balance outstanding on client's account.

    C. **Primary Responsibility For Bill.** Client understands that client is primarily responsible for the payment of all attorney's fees and costs due under this agreement. However, if attorney's fees are paid by the adverse party by agreement or court order, such payment shall be credited to any outstanding balance due under this agreement. Any remaining balance shall be refunded to the client.

4. **Cost and Expenses.** In addition to legal fees, client must pay all costs and expenses which are necessary to handle this matter including, but not limited to, court costs, filing fees, service fees, expert witness fees, photocopying costs, messenger service fees, long distance telephone

1