## BUSINESS RECORDS AFFIDAVIT

In Re: **BAJA DEVELOPMENT CORP**

BEFORE ME, the undersigned authority, personally appeared **Wendy Gagne** who being duly sworn, deposed as follows:

My name is **Wendy Gagne** I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a Custodian of Records of TD Bank, N.A., and as such am familiar with the original records, books and accounts of TD Bank, N.A. Attached hereto are records of TD Bank, N.A. kept by TD Bank, N.A. in the regular course of business, and it is the regular course of business of TD Bank, N.A. for an employee or representative of TD Bank, N.A. with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are true and accurate copies of the originals and are full, to the best of my knowledge, so far as they relate to the subject matter thereof, with the exception of any redaction necessary to maintain the scope.

*Affiant's Signature*

Date: April 20, 2015

**SWORN TO AND SUBSCRIBED** before me under the pains and penalties of perjury on the 20th day of April, 2015.

Notary Public
My Commission expires: _____

[Annotation: Immediately prior to the commencement of the EDNY trial -- THUS Jowdy's thefts were CLEARLY known to the government...]

[Annotation: Only the August 2002 statement was subpoenaed by the government as a result of Kenner's REAL proffer notes from June 24, 2009 representing the first THEFTS by Jowdy to Agent Galioto -- and IGNORED since that date to support the misleading prosecution theory of "*pointing the finger*" at Jowdy by Constantine and Kenner...]



NAVANA P. ROUTHIER
Notary Public
Maine
My Commission Expires Dec 1, 2018

*Opened 4 days before the first Jowdy thefts...*

```
Last statement: August 02, 2002         Page 1 of 4
This statement: August 31, 2002         3981345276
Total days in statement period: 30      (10)

                                        Direct inquiries to:
                            5046        Customer Service,
                                        1-800-482-5465
BAJA DEVELOPMENT CORPORATION
400 E 90TH ST 23C                       Hudson United Bank
NEW YORK NY 10128                       1000 MacArthur Blvd
                                        Mahwah, NJ  07430




    VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT
    ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR
    FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.


 Hub'S Small Business Checking

    Account number           3981345276  Beginning bal              $0.00
    Enclosures                       10  Total additions       3,304,080.00
    Low balance           $-2,018,176.18 Total subtractions    3,175,323.10
    Avg collect bal         $-103,822.00 Ending balance          $128,756.90



    Number              Date               Amount         Control
                        08-15             6,506.50        00001434000260
                        08-20            40,313.24        00001541502490
                        08-20             2,000.00        00001528002250
                        08-22             3,308.13        00001660702590
                        08-22             2,139.00        00001660702580
                        08-26             9,999.00        00001602900990
                        08-26             3,258.55        00001635602900
                        08-30            15,000.00        00001813000710
    1081                08-29             3,000.00        00001779701680
```

Over $417,000 was diverted by Jowdy to non-Diamante del Mar accounts within the first 3 weeks from Kenner, Khristich and Woolley deposits of $804,000...



The 8-06 and 8-12 transfers totaling $75,000 went to **Jowdy's PERSONAL ACCOUNT** before a single dollar was sent to a DDM related expense.

Account **398-029-4726** -- immediately diverted funds to Jowdy's NYC restaurant OPERATING account.

Account **398-134-5289** -- immediately diverted funds to Jowdy's NYC restaurant PAYROLL account.

Account **398-134-5292** -- immediately diverted funds to Jowdy's joint account with his father.



```
BAJA DEVELOPMENT CORPORATION                              Page 4 of 4
August 31, 2002                                           3981345276

Date            Amount    Date            Amount    Date            Amount
08-28       146,756.90    08-29       143,756.90    08-30       128,756.90
```

```
Last statement: August 16, 2002           Page 1 of 2
This statement: August 31, 2002           3981345292
Total days in statement period: 16        (0)

                                          Direct inquiries to:
                                   5046   Customer Service,
LMJ MANAGEMENT LLC                        1-800-482-5465
400 E 90TH ST APT 23C
NEW YORK NY 10128                         Hudson United Bank
                                          1000 MacArthur Blvd
                                          Mahwah, NJ  07430
```

VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.

Hub'S Small Business Checking

```
Account number       3981345292   Beginning bal              $0.00
Low balance              $30.00   Total additions     2,750,060.00
Avg collect bal      $421,905.00  Total subtractions  2,750,030.00
                                  Ending balance            $30.00
```

DEBITS

| Date  | Description                                  | Subtractions |
|-------|----------------------------------------------|-------------:|
| 08-16 | 'Wire Transfer Debit  20020816B1B7202F000142 | 250,000.00   |
| 08-19 | 'Transfer Debit  TRANSFER TO DEPOSIT ACCOUNT 3981345276 | 2,500,030.00 |

CREDITS

| Date  | Description                                                     | Additions    |
|-------|-----------------------------------------------------------------|-------------:|
| 08-16 | 'Transfer Credit  TRANSFER FROM DEPOSIT ACCOUNT 3981345276      | 2,500,030.00 |

```
LMJ MANAGEMENT LLC                                          Page 2 of 2
August 31, 2002                                             3981345292

Date    Description                                          Additions
08-19  'Transfer Credit                                     250,030.00
         TRANSFER FROM DEPOSIT ACCOUNT 3981345276


DAILY BALANCES
    Date           Amount   Date           Amount   Date           Amount
    08-16    2,250,030.00   08-19           30.00
```