11 AM - Rob S. Burdick ≡ 2/22/10

DoB ≡ [redacted]
SSN ≡ [redacted]

Government Exhibit
3500 - RB - 1
13-CR-607(JFB)

Matt Galiota
Scott Romanowski

Rob Burdick

over telephone

[redacted]

≡ Met (KJ) 1998-1999
   through golf pro
   - Billy ~~Garard~~ SFR / Andrade — roommates @ college w/ (KJ)

≡ (KJ) - from NY - had Bar
   - in CA all time
   - property in Mexico

   (RB) 1998 - running restaurant in CA
        & sports marketing company

≡ (RB) - in between jobs
   (KJ) - asked for (RB) to work for him

↓

2002

(KJ) - wanted to purchase company (RB) working for
   w/ Roger Clemens
        - Toolshed Sports International
              - clothes - (bottom wear)

(RB) - left toolshed on own
   - wasn't happy w/ Mnmgt
   - issue w/ shares/ownership in company

①

2002 - (KT) approached (RB) w/ job = b/c friends
 - in Mexico
 - live there = onsite @ a hotel
≡ drove down w/ (KJ)
(PK); Fernando Garcia
↓
introd as "$ guy"

Job Responsibility: on-site manager
≡ secure property = 5 miles coastline
 3-4 miles deep
⇓
≡ Golf designers to come down + look @ property
 - wasn't able to go to property by beach yet (legal)

≡ 4 months later had access to all property
 - Beach
 - houses on property

≡ 6 mos (RB) moved on-site @ one of the houses

≡ 2003 - built air strip - to bring people in to see property

≡ Anthony Miranda = worked @ another sports mktg company
 - started to work w/ (RB) in 2003

≡ (PK) - brought NHL guys down
≡     w/ (KJ)              ⇒ 2002-2004

1-6 trips - landed up North then drove South (prior to Airstrip)
los pinos

②

≡ (RB) flew few times w/ NHL investors from CA to Rosario

≡ after airstrip built - flew down a lot of people
- lots of times - (RB) didn't know who people were
  after fact - found out not investors
  left

≡ Then started going down to Cabo     ≡ ~~2004-2007~~ SFR
≡ things started getting "sticky"        2005-2007
≡ A started not being paid - i.e., payroll, operating expenses
  - 4 months late
  - (RB) would email (KJ)
  - still flying down on Jets - (KJ)

beginning:
≡ (PK) + (KJ) - flying down w/ investors ≡ NHL guys
           ↳ wanted 100 investors (athletes) invest 1st then others
≡ (PK) + (KJ) - would say these guys are investors (their in)
≡ (KJ) - secretive on when he came down or people coming down
                                              - non-investors
≡ (PK) - anytime he came down or his people - he would let (RB) know
         before

≡ when flying down on private plane - tried to fill up plane (not to waste it)

≡ 1st plane - Cessna 421 - bought for company - (RB) saw a lot
  2nd - King Air or Metro - process in buying
        - (KJ) - saying great plane
≡ Falcon - came in few times ≡ saw a lot (RB)                    ③

≡ challenger plane - came down a few times

**(KJ) never told (RB) that (IB) was his partner just $ guy**

≡ Fernando Garcia - attny & partner in Diamante company

≡ few times - baseball guys came down to property + say never
2006-         interested in property
2007?         - just coming down for marketing for (KJ)
              - help sell properties

              - Mark Sweeney
              - David Howard

- Scott Erickson ≡ only baseball } put $ in
  Matt Franco ≡          players

- Mark McGuire - best friends w/ (RB) ≡
  @ ≡ Golf trnmt - in AZ
  - Greg Maddux trnmt
  - someone asked (MM) - about his investment in Mexico → former Baseball plyr Marty Barrett
  (KJ) - said (MM) involved in investment in Mexico
  (KJ) - " Roger Clemens " " " " - (MM) talked to
                ↓                              SFR
              ≡ said just goes down to play golf + market to get investors

④

- Golf tournaments - not prospective investors - El Rosario
  60-80 golfers - majority marketing - play in Cabo
  3-4 reg. people

---

- 1st year Trnmt - no one bought anything

- Doe Morgan - played

1st yr: - Rosario
- Some golfers canceled flights to Rosario & made own flights to Cabo
  - didn't want to see Rosario
  - just to play golf & party

2nd yr - Rosario
- people same as last yr.
  - no intentions on investing
  - 1 plane load - to Rosario

3rd yr  - just Cabo property
- NHL vs. baseball guys
  & potential investors
  - (RB) - 1st time saw NHL investors

(5)

- KSI loan = Rosario prop.
  - finally paid (RB) payroll

- (RB) - many emails to (KJ) - asking for $

- $ would go to Mexican lawyer then to a local mexican gas station - (RB) got $ from gas station

---

- (KJ) told (RB) would have $ in Rosario property
  - b/c - didn't have $ to pay him
  - if can't get investors - will sell property + make a lot of $
- never got anything writing
- 200_ - hadn't got paid for months - was going to quit

- (KJ) - stopped communicating

✓ - (PK) - communicating w/ (RB) - loaned $ to (RB) to pay expenses
  - help; talk to (KJ)

---

Cabo

- Ken Ayers project manager for Cabo

- (KJ) wanted (RB) to move to Cabo
  - get car
  - housing
  - bump salary up
  - "we'll figure out" - (KJ)

⑥

- 1st 6 months lived in office
- (TA) - never around; never answered phone
  - came down few times = few hrs
- 6 mos - 1 yr in Cabo
  - (TA) - gave bump in pay to (RB) - b/c of (PK) stepping in

- (RB) - got fired 2008 - August/Sept. ✓

at Cabo:
  Dave Boyden - golf course design
  Bob Gaudet - golf pro - in charge

(KJ) - hired Greg Carriefiello - as project Mngr by (KJ)

- (KJ) - meetings about Boot Ranch
- (KJ) - bring in more $; potential
- (KJ) - form Legacy Properties; manages

- faxed down new Agreement - Legacy - to Cabo
  to Boyden       Contract
- not Burdick
  not Kenner
- it's (KJ) project

(RB) - called (KJ) - just have to wait + see to see who's on my side. talk to you when I come down

⑦

- (PK) → then spoke to (FJ) — re: Agreement — Boot Ranch
  - (FJ) — said he was doing on his own
- (RB) Suppose to have:
  - 1% in DCSL ✓
  - actual = .5% in 13% in entity for owners + managers
    ↓
    - Masood — daughter has interest — 3%
    - Thalmann
    - Carafiello = 1%

---

Cabo
- (FJ) — only came when → Diamante paid for trips
  - ≡ Fruch — came down 4x's } ≡ b/c hired ex-F.B.I. agent — John Benke
  - ≡ other celebrity there } ≡ came w/ family — 3x        (F) guys
                              } ≡ 1-2x alone
  - few times down to Cabo

---

- ≡ Fernando — gave doc. for (RB) to sign + 2 checks < $7K
  - no more $ —
  - ↓ need to sign "now"
    - Mexican — Termination doc.
      - once sign — (RB) has Ø rights to $ owed to him
- ≡ (FG) — admitted owed more $ to (RB)
  - ~$30K

(8)

- (RB) - went to Mexican lawyer re: document from Garcia
  - don't sign document

- didn't talk to (EJ)

- (RB) called (EJ) — re: Citrix
  - sorry; terrible
  - Lehman bankruptcy
  - find new loan
      - to bring you back
  - trust me



- Garcia - then said (EJ) wanted to take care of you
  - $5k for 5 months - but owed $30k - that (EJ)'s deal
  - still needs to sign doc.
  - nothing in writing re: $25k
  (RB) has emails re: this conversation

(RB) - has a claim against CSL

⑨

- Tommy Constantine — 2007
  - John Bentke — told (KB) — let (TC) settle & sell property
  - (JB) we're screwed if (TC) doesn't get this done

- Came down several times — help sell property — on behalf of both
- mutual friends — (KJ) & (PK)

- told by (PK) & (KJ) to take care of (TC) when he came down

- (TC) — got frustrated w/ (KJ) — not letting it get done

(10)

- Joe Morgan ≡
- Pete Rose ≡ 3x -
- Matt Franco ≡
- Clemens
- 

———————|||| 
≡ NY Post

≡ @ Tournaments
  - 1st years lots of girls on plane from Rosario → Cabo
    - Big thing for (KD) - make sure we have girls
  - (RB) - don't know if paid for them

- Adrienne Moore - friend of (RC) hired by (KJ) as assistant
  - from Vegas
  - didn't work much; social planner
  → - got girls to go out w/ (KJ) + associates SFA
       entertainment

- Shawn Hughes - assistant from Del Mar days to Cabo days
  - (KJ) fired b/c engaged to baseball - Brett Saberhagen
  - worked hard; good worker

- Patti Formisano ≡ bookkeeper
  - hired through Najam



- Johnny Berry ≡ (KJ) owes $ to Startime ✓

- (RD) - last time spoke to (PK) - a week ago
  - did tell (PK) that Feds called him
  - (PK) said to talk to them - no problem

(RD) works now } TWB Research
ISS Research

≡ Louis Freeh - associated w/ Danske Bank

Little IV - happening same time as Cabo closing
≡ (PK) + (KJ) - involved project
  (KJ) - involved a little
≡ land deal

≡ Masood - involved
↓
(?) had bad feelings about him since Cabo & El Rosario
  = deals under the table
  = % in Cabo
- Somerset Holding - 3% =

(12)

≡ John Neuhoff - (RB) seen name; not ringing bell right now

END
1:30PM

(13)