*See Ex. 618* - Diamante Air flight with Louis Freeh days before the Jowdy threats in 2007 (Bates Stamp: 6988)

# Bill Najam

**From:** kj@diamantelife.com
**Sent:** Monday, May 07, 2007 10:42 PM
**To:** Bill Najam
**Subject:** Re:

I don't think Masood thought this was a deal for Alan, but he did want Kevin's opinion on it...either way is fine...I am meeting him tomorrow and we will see what happens...will keep you posted...kj


-----Original Message-----
From: billn@diamantelife.com
Date: Tue, 8 May 2007 02:35:04
To:"Ken Jowdy" <kj@diamantelife.com>
Subject: Re:

Kenner turned down Jowdy BRIBE after Freeh and Bhatti were with Jowdy on May 5 on Falcon 10 flight to and from Texas project...

Ken

It looks like ths deal was first offered to Alan and he refused or his team didn't hit it off with the developer.  Trust your judgment---not Kevin's.  It would be great to know exactly how many sales or pre-sales they actually have deposits on.  I will try and get through the attachments and get more comments to you.  If you don't really love it- don't take it on-your plate is getting full and ultimately you will be the responsible party.  You also really need to feel really good about the JV partner.  He will have a major role in making it happen. I'm not so worried about the past failures as I am about the chemistry.  We should also have a controlling interest and complete say on all but "significant matters".  The last thing you need is a conflict situation with another partner.

Bill
Sent via BlackBerry from Cingular Wireless

-----Original Message-----
From: kj@diamantelife.com
Date: Tue, 8 May 2007 01:22:48
To:"Bill Najam" <billn@diamantelife.com>, "Ken Ayers" <kenja@roadrunner.com>
Subject: Fw:

Nashville deal...please read...gracias



-----Original Message-----
From: "Bhatti, Masood" <mbhatti@lehman.com>
Date: Mon, 7 May 2007 16:09:14
To:"K Jowdy" <kj@diamantelife.com>
Subject: FW:

This is great info - Kevin Fox had really insightful observations with difficult questions - Philip's answers are in bold (you may not see the bold on blackberry.  This is a must read.


----------------
 From: Philip Jones [mailto:philip@tentarapartners.com]
Sent: Friday, May 04, 2007 7:46 PM

1

27888