

- Masood Bhatti – Lehman Bros.
  - got a piece of Hawaii deal

- 260 acres – 1st piece of Hawaii investment
  just kept buying/expanding ➔ 6,000 acres total

- Alan Warden = Windwalker = Accountant/contact

① times  (JC) met Jowdy = 2x in NYC
there   in NYC = Trust (2003) = Jowdy restaurant discuss.
        (PK)                    = discuss project in Hawaii
        (KJ) - with a girl      = funding in Mexico

② time   another time @ a bar = in NYC = bar
         - discussed Hawaii
         - lending $ from Hawaii to Mexico   (KJ)(JK)

(JC) - not sure how (KJ) & (PC) met

(JC) = saw (KJ) in Mexico couple times
again discussed  (KJ) wanted to borrow $ from Hawaii to Mexico
                 - would pay back after closing                ②

(KJ) - brought up borrowing $ from Hawaii project

borrowed millions from Hawaii project → $5M-$6M
- 1st was going to be $100's k ≠ not millions
- (JK) - not happy $ amt started to grow to Millions of $ to Mexico

discussed = Brian Berard (JK)

= was Agreement to borrow $ from Hawaii —

[annotation: 2004 Hawaii loan agreement]

(KJ) to (JK)  (KJ) - don't worry all $ will come
              (JK)   back; get repaid
- in NYC
discussed $ from Hawaii to Mexico
   - just to be used for Mexico
      → no other project

Question to (JK):
2006 = update letter on Hawaii project —
(JK) - yes, I recall letter
(JK) - made these many times

[annotation: Many update letters from Kenner to the investors per Kaiser proffer...]

(JK) - never got $ back from (KJ)/Mexico

(JK) -

[annotation: Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior -- *if actually TRUE!*]

③

Eufora

2007 — JK met Tommy Constantine in AZ @ JK's house

TC = introd as self made millionaire to JK

JK = heard about Eufora thru players / guys that Eufora – company will be big one day

in beginning — need couple hundred thousand @ first

JK — $2.2M — over 3yr period invested

JK — borrowed from family — majority of $
 — Mother
 — brothers – keith

JK — includes JK's friends $ —
 — JK got 4 friends to invest

Donny Rae → ex-hockey player – lives in AZ
 — bringing investors in Hawaii

JK = met DR — 1yr ago = heard of him prior
 — when put house for sale in AZ – JK's house
 — Brian Berard & JK own – 2½ yrs ago bought
 — JK – raised $ from friends to buy house in AZ

4

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from (TG)
- not invested in Hawaii

- (TC) - trying to fund $ for Hawaii w/ own funds
  - suppose to use own $ to fund Hawaii

- Ultimately $ came from friend of (TC)
  - $4M - Waikapuna closing

Robert Gaudet
(JK) met (RG) - ≡ golf pro
                ≡ knows people in Mexico

- tried to get $ for Hawaii

- believe above indiv. getting paid for getting $
  ≡ (RG) ≡
  ≡ (TG)

[Annotation: Kaiser confirms consulting deals for Gaudet and Gaarn from Hawaii]

[Annotation: RG -- Robert Gaudet and TG -- Tim Gaarn]

1st heard
2005 ≡ heard of Enfora from (JK) or Meyers

(TC) = showed (JK) Agreements w/ banks & credit card companies
  ≡ wanted increase ownership in Enfora → (TC)'s own shares in
  ≡ appeared to be great company → (JK)

⑤

= Dish Zero = (TC) → and Mark Ambrosio
Taser     running $ from Eufora
accounts to these investments

Sergei Gonchar $ going to

all (JK) investment $ to (TC) went from
(JK) = TD Bank accts

(JK) - rec'd couple hundred thousand back
from (PK)
(JK) fronted $ for renovation (PK)
house in AZ

(PK) ← (JK) - gave (PK) $ from his house sale in
needed       Smithtown, NY
to             (PK) never repaid
for Myrick
lawsuit

(6)



- (JC) involved w/ → renovated — (JK) → brothers did work
≡ Hermosa Beach - house . (PK) - owned ~~to them~~ sold
    - (PK) - owes $ from house construction/renovate
- (JK) - brothers worked on house ≡ took 4 months
- (JK) - raised funds to buy house from:
    ≡ (JK) - mother
      - brothers
      - friends
- (JK) - not rec'd $ from (PK) on house yet
- (PK) - will get $ from Hermosa Beach house when AZ house sells
    ≡ on market now

———

- (JK) - met (NJ) in Hawaii
* Nick James -
    ≡ did stuff for Hangtown racing + (TC)

(NJ) called (TC) ~~to get married~~
    $20k-80k - asked $ from (JK) = (JK) said no
        - borrowed from (PK)

(NJ) ≡ did not work or invest in Hermosa Beach house

⑧

~2008

Los Frailles - investment
- JK + has friends invested in
~$1M

JK - included in the $1M

• purchase property + develop
$1M used to purchase property ≡ sell parcels to get $ back from 1st investment

→ Bobby Goudet - told JK about investment

JK - not involved in Los Frailles
↓
does have clients involved / hockey players

JK - went down there w/ friends to see

JK - 6 mos. ago in Cabo ≡ Toudy project
 ≡ golf course - done
 ≡ suppose to put up condo
 ≡ never went to North property
   DDM

(9)



- $5M-6M — (KJ) borrowed /rec'd /loaned
  - (KJ) borrowed from Hawaii project → to Mexico
  - (KJ) borrowed from Glen Murray too for Mexico
  - (KJ) might have repaid couple hundred thousand to Hawaii

- (JK) – did see Hawaii bank acct statements

- accountant for Hawaii project → (JK) will get name of accountant before Lehman comes in.
- (JK) not rec'd K-1's ever

- (JK) never rec'd K-1's from Hawaii
  - took two yrs to get from Allan Warden
  - will receive K-1's soon

END 1:15 PM

Kaiser confirms seeing all of the Hawaii bank statements -- so there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT -- **See PK26**

Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during a 2 hour and 15 minute meeting at Kaiser's home during EDNY testimony...**Tr.1120-1122**

10