From: pacprop@gmail.com
To: lic.francisco.barreras@hotmail.com
Subject: Re: CONTESTACION DE LA INFORMACION.
Date: Thu, 29 Jan 2009 00:00:35 -0700

What I meant to say in one of the questions was> what is action for the 10 mil issue? Is it a civil or penal or both? If civil what would be the dollar amount listed? Will it include interest etc..
What other support will be needed for this case? Witnesses, bank info... want to be sure we have the all the info you need before all is in place?
Again we just want to be sure the position is strong so Jowdy group can't come back in!

I mentioned Jowdy group has threatened us in the past... once possession is given to us does the federal ruling also come with federal protection? We believe Jowdy or Garcia have staff that carry firearms!!!

Also, I understand that in certain complaints the "patron" and managers or key personnel would be listed in complaint. Is this relevant in our case?

Thanks,

BG


On Jan 28, 2009, at 11:25 PM, francisco javier barreras duarte wrote:

> Ha  Bob!!
>
>
> 1.-first of all the procedure we are following is almost the same  like yours, the only change is that we are  taking the property back , because of the amount of the money, it give you total control of the property.
>
>
> 2.-About you question if is a claim or action? Let me tell you that all our accion and procedures are legal and they are going against kennet , thatâ™s why we are taking the property back
>
>
> 3.-If you guys wants to pressure or send somebody to prison , I need to know the names and the reason why, is because all the legal action are going against kennet heÂ´s the principal we are going after, but there will be other actions ( Penal) agains them
>
>
> 4.-about the bank statements they are really important all you can bring with you