Thanks

Francisco

---

From: pacprop@gmail.com
To: lic.francisco.barreras@hotmail.com
Subject: Fwd: info
Date: Tue, 27 Jan 2009 12:39:23 -0700

Further question/comment.

Because we have already been threatened by the other side re access to property etc..  What further protection can we request or alert the federal authorities.
After possession control when will we have corporate control. With mexican control we should be able to pursue control in US LLC as well?


Begin forwarded message:

**From:** Bob Gaudet <pacprop@gmail.com>
**Date:** January 27, 2009 12:11:08 PM MST
**To:** francisco javier barreras duarte <lic.francisco.barreras@hotmail.com>
**Subject: info**


Re moving forward:

1) Will there be holes in the legal process (steps you take) that will give the defendants a chance to reverse the decisions?
2) What case will be give the ability to take possession of the property? My case, the 10mil issue or both?
3) How strong is the possession position? Is it a temporary position or?
4) At the same time of the possession what else will happen. Control of the company? Liability to expenses, payroll etc..
5) What will the other side likely do in defense of this federal order? (possession)