

telephonic
Chris Manfredi = 3:30PM 10/12/10
Scott R
Matt G.
Chris M
Government Exhibit 3500 - CM - 2 13-CR-607(JFB)
The 2 lenders were Centrum and Urban Expansion -- CLEAR...
Question to CM:
raising $ in Hawaii
CM - tried to get involved in raising $
- send out maps + development plans to potential lenders
CM = did get 1 or 2 to lender $
CM - one lender - $3M
Manfredi confirms his involvement in all of the Hawaii fundraising...although he attempted to deny it at the EDNY trial...
Gaarn - CM doesn't recall name
Gaudet - CM doesn't recall name
Donny Rae - CM doesn't recall name; sounds familiar
may have put in touch w/ potential lenders
= most lender contacts came through PK
- then CM send out package
- pro forma
- maps
- plans
Manfredi confirms that Constantine was paid early by the Hawaii partners for his fundraising -- thus -- Galioto was aware of this confirmation since 2010...
Urban Expansion loan...
= Constantine
= brought in $ to project - Hawaii
= more than $3M -
= Agreement - between PK or LLCs + Constantine
loan w/ pre-payment penalty
may have been w/ Constantine + another person
Lehman came in + paid
= Constantine - PK paid TC early +
TC made a lot of $ from penalty


Far less than the $1mm Kaiser claimed Manfredi confronted Kenner about in 2006...
$1,000 deposit
1st Hawaii property
'02-'03
= Kaiser + CM = w/ went to Hawaii in 2002-2003
CM + JK
closed w/ PK
= CM - never increased investment
- not sure if JK did
How could Manfredi and Kaiser have confronted Kenner in 2006 about a $1mm investment (sent to Mexico -- from the Kaiser August 2005 funds) IF Manfredi told the FBI in 2010 "not sure if Kaiser did"...???
CM title COO + project Mngr = during yrs w/ PK
- partner in LLC's
= 2006 - when Lehman came in w/ new development partner
JK - was a partner in LLC's
JK - retired w/ back injury from Suffolk Cty Police
END
2