**HUDSON UNITED BANK HUB**

BAJA MANAJENENT LLC
ACCOUNT NO: 3981345496
PAGE NO: 2



4177400870    1002    100000.00

"Balance of Ken Jowdy's investment"

Funds stolen by Jowdy from the investors deposits into his **perosnal** Baja Development Corp. Account--transfered thru Baja Management's account--to wash the funds--and ultimately into DDM's account to appear as a "clean" Jowdy $100,000 contribution--exactly AS BILL NAJAM'S LETTER EXPLAINED TO THE BANK!!

1095: