**KENNETH A. JOWDY**
11 FAIRMOUNT DR.
DANBURY, CT 06810

51-110/211

1094

DATE 12/14/02

PAY TO THE ORDER OF  BAJA MANAGEMENT, LLC    $ 100,000 00/100

One hundred thousand and 00/100    DOLLARS

First Union National Bank
firstunion.com
Org. 020  R/T 021101108
Express Checking

MEMO  Balance of Investment; Diamante del Mar

⑆021101108⑆ 101004885065⑊ 1094 ⑉0010000000⑊

This check accompanies the Najam letter to explain to Hudson Bank how to launder the money for Jowdy

HUDSON UNITED BANK 12/24/02
MAHWAH, NJ 07430-
COLLECTING BANK SVC-751
12262002
5528542370

REQUEST 00003745370000000 100000.00
ROLL ECIA   20021226  000005528542370
JOB ECIA  P  ACCT 0201010048850654
REQUESTOR A901005
1353093  07/29/2009

Summons_Subpoenas
PA4292
Philadelphia PA 19101

BNK-WACH-00000300

BX21-SD-00000300