## Baja Management, LLC

2 Dogwood Drive
Danbury, Connecticut 06811

Phone: 203-733-1536
Fax: 203-205-0016

December 17, 2002

Ms. Lynn Van Sickle
Hudson United Bank
245 East Main Street
Ramsey, New Jersey 07446

Re: Wire Transfer of Funds

Dear Lynn:

    Please wire transfer $100,000 today from our Baja Development Corp. account to Ken Jowdy's personal bank account at First Union National Bank pursuant to wire instructions that you have on record.

    I am sending you Ken's First Union personal check for $100,000. Please deposit it in the Baja Management, LLC account. You will also find enclosed a Baja Management, LLC check in the sum of $100,000. As soon as Ken's check has cleared, please deposit the Baja Management, LLC check in the Diamante del Mar, LLC account.

    If you have any questions, please give me a call.

Very truly yours,

*Bill Najam*

William J. Najam, Jr.

Db/WJN
Enclosures: (2)

13321