

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview



Government Exhibit
3500 - LD - 2
13-CR-607(JFB)

| | |
|---|---|
| **Investigation #:** | 1000259846 |
| **Investigation Name:** | Phillip Kenner |
| **Date:** | September 9, 2014 |
| **Time:** | Approx. 4:05PM |
| **Participant(s):** | Lanie Donlan, Witness |
| | Joshua Wayne, Special Agent, IRS |
| | Matthew Galito, Special Agent, FBI |
| **Location:** | Phone Call |

On the above date and time Special Agents Wayne and Galioto spoke with Lanie Donlan by phone. Donlan provided the following:

1. Donlan was asked about a Power of Attorney dated May 5th, 2008 that granted PHILLIP KENNER lawful attorney for Bryan Berard regarding a property in Arizona. Donlan was listed as the witness for this document.

2. Donlan had in her possession and was reviewing the Power of Attorney in question. Donlan said it looks like her signature but does not recall the document. She further stated that she did not know the public notary, William Patrick Medlin, whom had verified the signatures on the Power of Attorney.

I prepared this memorandum on September 12th, 2014, after refreshing my memory from notes made during and immediately after the interview with Lanie Donlan.

*Joshua R. Wayne*
Joshua R Wayne
Special Agent