| | |
|---|---|
| **From:** | Kristine Myrick <kristine@standardadvisors.com> |
| **Sent:** | Wednesday, August 2, 2006 8:31 PM |
| **To:** | SweetPea1275@aol.com |
| **Subject:** | Conversation with Phil |



Communication between Diana Nolan and Myrick--*without Kenner*

I asked Phil to get me a list of all the pmts that need to be made and where the $ needs to be sent. He is going to get it to me in the next 24hrs. He did say that he has not charged you fees for over a year and a half, which is going to be somewhere around $165K. <u>You need to send about $190K to the LOC at Northern Trust</u>. You owe $38,904 to Canada Revenue agency. I will have more information on these payments for you tomorrow.

Have a good night.

Kristine Myrick
**Standard Advisors Inc.**
(310) 376-3499 Work
(310) 697-3259 Fax
(310) 699-5790 cell

This number was per Myrick's calculation -- since Kenner confirmed $134k the next day -- thus Myrick was fully aware of the Northern Trust LOC used by her best friend for their family investment in the Hawaii project...

Turned over by Nolan from the stolen Kenner files (thru Myrick) in the Nolan arbitration and not in Kenner's possession...

Forwarded by Kenner to the SEC in 2010...



**CONFIDENTIAL TREATMENT REQUESTED**

NOLAN0005267

PK_SEC_013900