**Myrick and Northern Trust Banker -- Mascarella -- discussing a Owen Nolan payment to Nolan's LOC...**

| | |
|---|---|
| **From:** | Aaron T Mascarella <Aaron_T_Mascarella@notes.ntrs.com> |
| **Sent:** | Friday, August 11, 2006 1:03 PM |
| **To:** | Kristine Myrick <kristine@standardadvisors.com> |
| **Subject:** | RE: Nolan |

thanks -yes I did and we're paying it down today. I'll request a statement and will get that over to you.

CONFIDENTIALITY NOTICE: This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender ASAP and delete this message from your system.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. For more information about this notice, see
http://www.northerntrust.com/circular230.

"Kristine Myrick"
<kristine@standardadvisors.com>
08/11/2006 12:55 PM

To: "'Aaron T Mascarella'" <Aaron_T_Mascarella@notes.ntrs.com>
cc:
Subject: RE: Nolan

Sorry! His investment account **Also, did you see the LOC $ come in?**

Thanks!

Kristine Myrick
Standard Advisors Inc.
(310) 376-3499 Work
(310) 697-3259 Fax
(310) 699-5790 cell

-----Original Message-----
From: Aaron T Mascarella [mailto:Aaron_T_Mascarella@notes.ntrs.com]
Sent: Friday, August 11, 2006 12:52 PM
To: Kristine Myrick
Subject: Re: Nolan

sure. statement of what?

**Emails in Nolan's possession -- and turned over in 2009 as Arbitration production...**

**NOLAN0005127**

CONFIDENTIALITY NOTICE: This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender ASAP and delete this message from your system.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. For more information about this notice, see http://www.northerntrust.com/circular230.

"Kristine Myrick" <kristine@standardadvisors.com>
08/11/2006 11:42 AM

To: "'Aaron T Mascarella'" <Aaron_T_Mascarella@notes.ntrs.com>
cc:
Subject: Nolan

Hi Aaron,

Can I get a copy of Nolan's most recent statement?

Thank you!

Kristine Myrick

Standard Advisors Inc.

(310) 376-3499 Work

(310) 697-3259 Fax

(310) 699-5790 cell

(See attached file: C.htm)

**Turned over by Nolan from the stolen Kenner files (thru Myrick) in the Nolan arbitration and not in Kenner's possession...**

**NOLAN0005128**

**CONFIDENTIAL TREATMENT REQUESTED**

PK_SEC_013761