162

1      MS. LEE: Okay.
2      THE COURT: Okay. If I'm a little bit late on finishing
3  up my calendar, please, just be a little patient with me. But
4  I'm pretty certain we can start in the morning.
5           So with that said, next witness.
6      MR. RICHARDS: Thank you. Plaintiff calls Bob Gaudet.
7  Your Honor, how does he get up there, to the right?
8      MS. LEE: Oh, I'm sorry.
9      THE COURT: Okay. Number one, officer.
10     THE MARSHAL: Yes, ma'am.
11     THE COURT: We need to --
12          Mr. Gaudet, if you would just stand right by the
13 podium and face the court clerk.
14     THE CLERK: Raise your right hand, please.
15          ROBERT GAUDET, PLAINTIFF'S WITNESS, SWORN
16     THE CLERK: Sir, please state your first and last name.
17 Spell them both for the record.
18     THE WITNESS: Robert Gaudet. Did you say spell them?
19     THE CLERK: Yes, please.
20     THE COURT: Yes.
21     THE WITNESS: Robert, R-O-B-E-R-T. Gaudet is G-A-U-D-E-
22 T.
23                    DIRECT EXAMINATION
24 BY MR. RICHARDS:
25     Q    Thank you. Thank you for flying in here today,

```
 1         THE COURT:  Okay.  Is it the same?
 2         MS. LEE:  A-83.  Yeah, the same binder.
 3         THE COURT:  Okay.  And it's --
 4         MS. LEE:  I'm sorry, no.  A-83, I'm not sure which binder
 5   that particular exhibit is in.
 6         THE COURT:  A-83 is in this binder.
 7         MS. LEE:  Oh, it is.  Okay.
 8         THE COURT:  Okay.
 9         MS. LEE:  That's the.
10         THE COURT:  There you go.
11         THE WITNESS:  Uh-huh.
12         MS. LEE:  I'm sorry, Your Honor.  It's A-89, volume
13   seven.  I was -- I confused myself.
14         THE COURT:  Why don't you go ahead and give that back to
15   me?  Thanks.
16   BY MS. LEE:  [Jowdy's attorney]
17   Q     If you could turn to Exhibit A-89.  [2004 Hawaii loan agreement]  Are you there?
18   A     I am here, yes.
19   Q     Can you turn to the second page of that exhibit,
20   please?
21   A     Yes.
22   Q     Is that your signature there as witness?
23   A     Yes, it is.
24   Q     Do you recall signing this?
25   A     I do.
```

*Jowdy's attorney authenticated the 2004 loan agreement as his primary defense exhibit less than one year after calling the document a FORGERY in the AZ case in order to get the case -- ultimately -- into dismissal (after a delayed, expedited discovery claim for authenticity). CLEARLY Jowdy's attorney threats in AZ and "NO LOANS" defense was a fraud on the AZ court, Kenner and the Kenner investors.*

198

1  Q  Can you look at the first pages of that document?

2  A  Yes.

3  Q  And can you tell the Court what date this document

4  was entered into?

5  A  12/7/2004.

6  MS. LEE: Your Honor, I'd like to move to admit this

7  exhibit. He's authenticated his signature on it.

8  MR. RICHARDS: No objection.

9  THE COURT: Okay. It's admitted.

10  [Defendant's Exhibit A-89 Received]

11  THE CLERK: Your Honor, was that A-89?

12  THE COURT: A-8-9.

13  THE CLERK: Thank you.

14  BY MS. LEE:

15  Q  So this revolving line of credit -- and I'm not

16  asking you to testify as to its contents. But that's your

17  signature on this revolving line of credit, as a witness for

18  Phil Kenner; is that right?

19  A  I witnessed two signatures. And the person that I

20  knew was Ken Jowdy. I was just asked to witness two

21  signatures. So --

22  Q  So Mr. Jowdy facilitated your signature on this

23  document; is that what you're saying?

24  A  I'm sorry?

25  Q  Mr. Jowdy facilitated your signature on this

199

```
1    personal line of credit?  Is that --
2        A    He requested for me to witness, yes.
3        Q    Did you actually sit down and witness it?  Did you
4    sit there and look at Mr. Kenner while he was signing this
5    document?
6        A    I witnessed two signatures, correct.
7        Q    But when you say witness, what does that mean to
8    you?
9        A    I watched two signatures.
10       Q    So you watched Mr. Kenner sign this document?
11       A    Correct.
12       Q    And on the first page, that was back in December of
13   2004, correct?
14       A    That is correct.
15       Q    So you had met Mr. Kenner at least by December of
16   2004?
17       A    Maybe I didn't explain myself clearly when I was
18   speaking.  There was several occasions that I would have met
19   through different time zones, but I didn't know him until we
20   put the Diamante deal together.
21       Q    Gotcha.  And Mr. Kenner didn't talk to you at all
22   about this deal, this Palms deal, about wanting to raise money
23   for the Palms?
24       A    No, he did not.
25       Q    And it's your testimony -- because I notice how,
```