# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN KAISER
7 HOLLY LANE
SETAUKET NY  11733

Page: 1 of 3
Statement Period: Jul 26 2010-Aug 25 2010
Cust Ref #: 7923109990-629-7-***
Primary Account #: 792-3109990

**Interest Checking**
JOHN KAISER                                          Account # 792-3109990

**YOU'RE COVERED WITH TD DEBIT CARD ADVANCE**
HAVE PEACE OF MIND WHEN ENROLLED IN TD DEBIT CARD ADVANCE. THIS AUTOMATIC OVERDRAFT SERVICE ALLOWS US TO COVER YOUR EVERYDAY DEBIT CARD TRANSACTIONS WHEN YOU DON'T HAVE ENOUGH MONEY AVAILABLE IN YOUR CHECKING ACCOUNT. TO ENROLL OR TO GET MORE INFORMATION, VISIT ANY TD BANK, CALL 1-888-751-9000 OR CONNECT TO WWW.TDBANK.COM/ADVANCE.

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 07/26 | | | 2,161.64 |
| Plus | 2 | Deposits and Other Credits | 172,000.00 |
| Plus | | Interest Paid | 1.41 |
| Less | 11 | Checks and Other Debits | 116,725.00 |
| Less | | Service Charges | 12.00 |
| Statement Balance as of 08/25 | | | 57,426.05 |

## ACCOUNT ACTIVITY

Transactions by Date

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 7/26 | DEBIT | 600.00 | | 1,561.64 |
| 7/29 | eTransfer Debit Online Xfer Transfer to CK 7920085284 | 1,400.00 | | 161.64 |
| 8/5 | WIRE TRANSFER INCOMING GUIDEDOG LLC | | 25,000.00 | 25,161.64 |
| 8/9 | eTransfer Debit Online Xfer Transfer to CK 7920085284 | 1,000.00 | | 24,161.64 |
| 8/19 | eTransfer Debit Online Xfer Transfer to CK 7920085284 | 6,000.00 | | 18,161.64 |
| 8/20 | WIRE TRANSFER INCOMING ABRAHAM LERNER & ARNOLD LLP | | 147,000.00 | 165,161.64 |
| 8/20 | eTransfer Debit Online Xfer Transfer to CK 7922136655 | 1,350.00 | | 163,811.64 |
| 8/23 | WIRE TRANSFER OUTGOING Bryan Berard | 95,000.00 | | 68,811.64 |
| 8/23 | WIRE TRANSFER OUTGOING David Boyden | 9,000.00 | | 59,811.64 |

*Annotations (handwritten/overlay):*
- "More funds borrowed by Kaiser from Kenner..." (pointing to 8/5 wire transfer incoming $25,000)
- "The theft from Ethel was split with Berard..." (pointing to 8/23 wire transfer outgoing $95,000)
- "Kaiser testified that he received this exact transfer from his mother (Tr.1160), unknown to her (Tr.940-41)" (pointing to 8/20 wire transfer incoming $147,000)

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED                    WWW.TDBANK.COM

BNK-MM-00000233