Office Phone: (310) 376-3499
Office Fax:     (310) 379-4284

**Standard Advisors Inc.**



| | | | |
|---|---|---|---|
| **To:** | Linda Elliott | **From:** | Kristine Myrick |
| **Fax:** | 602-912-8678 | **Pages:** | including cover |
| **Phone:** | | **Date:** | 1/16/2009 |
| **Re:** | Bryan Berard | **CC:** | |

☒ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

*Direct communication between Kenner's assistant, Northern Trust Bank and Berard...*

● Comments:

Hi Linda,

Per my e-mail message, the following is Bryan Berard's Personal Financial Statement. If there are any questions regarding this statement, please call Phil Kenner at (480) 235 - 4193.

Bryan wants to set up a $1 million line of credit. Currently, Bryan has his investments on the mutual fund platform at Northern Trust. Phil is sending in the paperwork Bryan has already signed in order to move it to the investment management platform. Once I find out from Kevin Tierney how much is in his current account, we will wire in the difference to make up for the collateral needed for a $1 million line of credit. Bryan is currently at his home in Lincoln, RI, so you can send the line of credit paperwork to him at this address:

Bryan Berard
5 Erica Dr.            Bryan's phone # (401)524-6929
Lincoln, RI 02865

*Direct communication between Berard and Northern Trust Bank from the start of the LOC...*

*Evidence turned over from STOLEN Kenner files by former assistant, Myrick...*

CONFIDENTIAL TREATMENT REQUESTED

MYR0000088
PK_SEC_006271