**To:** Parzen, Micah[mparzen@luce.com];
**Sent:** Wed 2/18/2009 2:48:19 PM
**Subject:** FW: christy

------ Forwarded Message
From: Bryan Berard <bberard4@gmail.com>
Date: Fri, 23 Jan 2009 09:57:12 -0500
To: <pak33@mac.com>
Subject: christy

january 2005 thru april 2005 i lived In manhattan beach califomia i stayed at christys house often in hermossa beach in her spare bedroom we would often have a sexual relationship mostly that would take place in her shower

since ive known christy when she started workn wth phil we have had some kind of sexual relationship when we could get together not all the time but when we would get a chance and we were both in relationhips of our own

------ End of Forwarded Message

PK-000118212
PK-000118212