04/18/2011  03:55    15168683993         ROONDEL COHEN LAMPER                    PAGE  03

Ledbetter Development Company, LLC
Special Meeting – March 1, 2010

Location: 7 Holly Lane, Setauket, NY 11733.

Present: John R Kaiser, Bryan Berard
Absent: Vincent J. Tesoriero

RE: Voting on a new Managing Member

VOTES: John R Kaiser, Bryan Berard for John R. Kaiser (75%) – YES

As of the date of this meeting, John R. Kaiser has been voted by a majority of the members to become the new Managing Member of Ledbetter Development Company. Kaiser will assume all responsibilities that have been vacated by Lauren Gilmore as the outgoing Managing Member.

No other actions have been decided as of the date of this meeting.

PRESENT:

*[signature]* John R. Kaiser

*[signature]* Bryan Berard

Dated: March 1, 2010

> Kenner was the sole managing member since the 2006 closing-- confirmed at trial by government witness Betesh (Tr.672-673: GX-703)

BINDER 000004