

**From:** John Mahoney <3.mahoney@gmail.com>
**Date:** June 5, 2012 7:45:23 AM CDT
**To:** Clarice Thomas <cthomas945@hotmail.com>
**Subject: Re: Diamante**

Thanks for getting back to me. Mr. Kenner called yesterday and told him that no contact yet.

The price that I told you is 20 million for the 47% interest.

I can meet with Mr Jowdy today if he is available. I do not have his contact info but more than happy to meet today. After I meet with him I will send you all the information on the 47% interest.

Thanks,
John

Sent from my iPad

On Jun 4, 2012, at 11:49 PM, Clarice Thomas <cthomas945@hotmail.com> wrote:

[Direct friend of Jowdy...]

[All of the non-Jowdy investor LLCs...]

> Hello Mahoney,
>
> I do apologize for the delay in getting back to you,Memorial Day Weekend, business travel, few family graduations etc....
> I have been on overload, busy time of the year for me.
>
> Long story short I have spoke with Mr Jowdy along with the other investor(s) interested to obtain the 47% Diamante
> ownership owned by Mr Kenner; you mentioned $20m during our initial phone conversation, please

1

ED-00002144

BX20-SD-00000232

**confirm asking price? The interest level is very high.. investor(s) are very solid however, I do need to review any & all documents for the purchase of the (47%) property & provide legal documents showing your ownership/purchase, etc...when can I expect this????**

Have you had the opportunity to schedule separate meetings with Mr Jowdy & Mr Kenner as you mentioned in last
email. If so; what was the outcome from each meeting?

I look forward to connecting with yourself & Mr Kenner to proceed very diligently, please advise what are the next steps??? I'm awaiting requested documents please feel free to send via email, fax etc..

Regards,
Clarice Thomas

> **All of the equity proof -- including the $6.4 million capital contributions was forwarded to the Texas investors.**

> **Mahoney informed Kenner that Jowdy and his attorneys "*were not going to let kenner off the hook that easily*".**

---

Date: Sat, 26 May 2012 18:36:44 -0600
Subject: Diamante
From: 3.mahoney@gmail.com
To: cthomas945@hotmail.com


In light of the negative publicity that surrounds Diamante, in particular, partnership lawsuits. It's apparent that the most applicable means to a resolve and enhance the projects opportunities for the future, would be to sell the adverse parties interest in the project. As mentioned by Robert, you have purchased property at Diamante and have a nice relationship with Mr. Jowdy. With that said, you may be the perfect partner for the project!

**I can't imagine Mr. Jowdy not having interest in eliminating much of this problem by supporting a sale of his current partners interest in Diamante, nor Mr. Kenner.**

I'm looking to schedule meetings independently with Mr. Jowdy and Mr. Kenner as soon as possible to discuss the availability of the 47% interest. My intension in meeting with Mr. Kenner would be to determine his willingness to sell the 47% interest under his control, in lieu of, the alternative legal remedies I understand he is pursuing.

I'm guessing you could reach out to Mr. Jowdy quite easily and speak regarding values, forecasts and viability of a potential deal / partnership.

Please indicate your interest level and I will continue to obtain commitments.

There is much more to discuss but I prefer not in email. You may call me anytime.

Sincerely,

John


John A. Mahoney

1-858-866-6800
1-604-628-6575

> **This solution would have thwarted Jowdy's goal of punishing Kenner thru his FBI contacts -- since every investor would have been paid in full from the known Jowdy loans and a full return of equity in Hawaii and Mexico. the Jowdy loans were only FORGOTTEN in 2015 -- after all investors that made previous claims -- fully acknowledged the loans and their previous authorization and knowledge.**

ED-00002145
BX20-SD-00000233