

**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JOHN KAISER
7 HOLLY LANE
SETAUKET NY  11733

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Feb 26 2010-Mar 25 2010 |
| Cust Ref #: | 7923109990-629-7-*** |
| Primary Account #: | 792-3109990 |

## Interest Checking

**JOHN KAISER**  Account # 792-3109990

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 02/26 | | | 11,614.10 |
| Plus | 2 | Deposits and Other Credits | 41,650.00 |
| Plus | | Interest Paid | 0.45 |
| Less | 8 | Checks and Other Debits | 38,500.00 |
| Statement Balance as of 03/25 | | | 14,764.55 |

### ACCOUNT ACTIVITY

Transactions by Date

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 3/1 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 7920085284 | 2,500.00 | | 9,114.10 |
| 3/4 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 7920085284 | 2,000.00 | | 7,114.10 |
| 3/9 | WIRE TRANSFER INCOMING<br>JOHN ALLISON MAHONEY | | 33,750.00 | 40,864.10 |
| 3/9 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 7920085284 | 20,000.00 | | 20,864.10 |
| 3/9 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 7920085284 | 1,000.00 | | 19,864.10 |
| 3/9 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 7922136x | 400.00 | | 19,464.10 |
| 3/16 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 7920085x | 9,100.00 | | 10,364.10 |
| 3/17 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 7920085284 | 1,500.00 | | 8,864.10 |
| 3/24 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 7920085284 | 2,000.00 | | 6,864.10 |
| 3/25 | WIRE TRANSFER INCOMING<br>PHIL A KENNER | | 7,900.00 | 14,764.10 |
| 3/25 | INTEREST PAID | | 0.45 | 14,764.55 |

*Kaiser borrowed money from a Mexico acquaintance who was eventually robbed by Kaiser and Jowdy...*

*Kaiser borrowed more money from Kenner in March 2010 to pay his home mortgage...*

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED     ©     WWW.TDBANK.COM

BNK-MM-00000205