*Kaiser BROKE after $500,000 wire to Kenner – stolen from his "friends & family"*



1

*Kaiser BROKE after $500,000 wire to Kenner – stolen from his "friends & family"*



*Kaiser BROKE after $500,000 wire to Kenner – stolen from his "friends & family"*



KENNER00284
ED-00000605

3

*Kaiser BROKE after $500,000 wire to Kenner – stolen from his "friends & family"*



KENNER000286
ED-00000606

4