**Michael Peca confirms knowledge that all LOC funds were in his <u>capital account</u> <u>and belonged to the LLC</u> – not himself personally…**

From Michael Peca's SDNY Grand Jury testimony –

> 7  Q  How much money did you put in Little Isle IV?
> 8  A  $100,000 cash investment that was going to go
> 9  towards that. Then we had lines of credit. I had one
> 10 out for $1.7 million that was going to be used at the
> 11 time. Here's where a lot of the cross starts to happen.
> 12    A short-term loan to Mr. Jowdy, because at the
> 13 time Cabo -- we hadn't gotten the lending from Lehman
> 14 Brothers yet. We made a short-term loan until the
> 15 lending came in. Once the lending came through they
> 16 were to pay back the loan, I think in the neighborhood
> 17 of five-and-a-half million dollars, on the closing. It
> 18 was never paid back. And then communication basically
> 19 seized at that point from him.
> 20    That was kind of the whole sticking point as
> 21 far as me and the other guys with Mr. Jowdy.

*Communication ceased from Jowdy – whole sticking point for Michael Peca and other "guys"…FULL KNOWLEDGE OF Jowdy PROBLEMS*

> 22  Q  I think we'll need to slow down and walk
> 23 through that in more detail, because I'm a little
> 24 confused.
> 25    This $1.7 million line of credit that was for
> 26 the Mexican project or Little Isle IV?

> M. Peca   03/29/11                                31
> 2  A  It was for -- you're right, we're ahead.
> 3    The 1.7 along with the $100,000 and whatever
> 4  else put in this a Capital account, Little Isle IV I
> 5  believe. That Capital account was loaned to Ken Jowdy,
> 6  our business partner, so there is no need at the time to
> 7  be worried about anything. That money was loaned to Ken
> 8  Jowdy to basically help some of the purchase of the Cabo
> 9  property so we can get the funding. And then it was
> 10 supposed to a short-term loan.

*Michael Peca confirms his $100k PLUS $1.7mm into his <u>capital account</u> for Little Isle IV…then some used for short-term Jowdy loan to México…*

1

**Michael Peca confirms knowledge that all LOC funds were in his <u>capital account</u> <u>and belonged to the LLC</u> – not himself personally...**



Peca confirms his knowledge of the short-term loan to Jowdy...

Peca confirms his investment funds were going to his Capital Account...

2

**Michael Peca confirms knowledge that all LOC funds were in his <u>capital account and belonged to the LLC</u> – not himself personally…**

Peca does not tell the SDNY Grand Jury that he learned about it the "night before" the March 2011 testimony ---like he told the EDNY…

```
3    Q    At the time you signed the papers, did you
4    think that Little Isle IV Capital Account for Hawaii was
5    used to lend money to Jowdy for the Mexico stuff, or
6    only later where that was a decision that was made?
7    A    I can't remember exactly what the time frame
8    was on those two things.
```

Confirms short-term loan knowledge…

```
9    Q    Were you consulted an advance about whether to
10   use the money in the Little Isle IV Capital account to
11   loan money to the Mexico project?
12   A    I knew the short-term loan was made to
13   Mr. Jowdy.
```

```
14   Q    Did you know in advance of it being made?
15   A    I probably did, I mean at the time if I was
16   told about it, I probably would say, okay, sounds good.
17   It was probably explained to me.  I can't tell you
18   definitely right now that I know the day or time of the
19   conversation.  As it was happening I wasn't like what
20   happened to that, I didn't know it would happen.  I kind
21   of knew what we were doing.
22   Q    Let me paraphrase, you're not sure if you were
23   told but you basically approved of it.  You wouldn't
24   really have cared sounds like you're saying?
25   A    Correct.
```

```
26   Q    Then, you were getting into this before, so
```

3

***Michael Peca confirms knowledge that all LOC funds were in his <u>capital account and belonged to the LLC</u> – not himself personally...***

Peca confirms he knew about the repayment plan from Jowdy – just like the 2004 Hawai'i loan agreement laid out...



4