# DUPLICATE COPY

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| PHILIP A KENNER | XXXX-XXXXX7-41001 | 12/30/07 | Page 7 of 12 |

## Due in Full continued

| Date | Description | | Amount $ |
|---|---|---|---|
| 12/26/07 | FEDEX# 860646768814 MEMPHIS  TN<br>FedEx #1-800-622-1147<br>TO: MATTIAS NORSTROM TX<br>FROM: PHIL KENNAR 85259<br>001 PRIORITY LTR 1LB AWB860646768814<br>FedEx #1-800-622-1147 | ✓ Sent from Kenner to Norstrom | 27.91 |
| 12/26/07 | FEDEX# 862063245359 MEMPHIS  TN<br>FedEx #1-800-622-1147<br>TO: GLEN MURRAY MA<br>FROM: PHIL KENNER 85259<br>001 PRIORITY LTR 1LB AWB862063245359<br>FedEx #1-800-622-1147 | | 19.62 |
| 12/27/07 | US AIRWAYS    PHOENIX    AZ<br>US AIRWAYS<br>Routing Details Not Available<br>Ticket Number: 03721535083604<br>Passenger Name: KENNER/PHILIPA<br>Document Type: PASSENGER TICKET | Date of Departure: 12/27 | 50.00 |
| 12/27/07 | HMSHOST-PHX-AIR   QPHOENIX    AZ<br>6022751721<br>Description<br>REFER TO RECEIPT | | 50.26 |
| 12/27/07 | FEDEX# 860646768799 MEMPHIS  TN<br>FedEx #1-800-622-1147<br>TO: NORTHERN TRUST AZ<br>FROM: MATTIAS NORSTROM 85259<br>001 PRIORITY PAK 1LB AWB860646768799<br>FedEx #1-800-622-1147 | ✓ Sent from Norstrom to Northern Trust Bank after signing the renewal package | 35.49 |
| 12/27/07 | FEDEX# 864496007760 MEMPHIS  TN<br>FedEx #1-800-622-1147<br>TO: SALT LAKE CITY MARRIOTT UT<br>FROM: BENLG ROBINS 85259<br>001 STANDARD PKG 11LB AWB864496007760<br>FedEx #1-800-622-1147 | | 59.22 |
| 12/27/07 | SALT LAKE PIZZA AND SALT LAKE C    UT<br>RESTAURANT | | 91.22 |
| 12/28/07 | SATELLITE RADIO    800-XMRADIO    DC<br>XM SATELLITE | | 38.85 |
| 12/28/07 | BRIGHTON SKI RESORT SALT LAKE CIT    UT<br>SPORTING GOODS STORE | | 170.00 |
| 12/28/07 | BRIGHTON SKI RESORT SALT LAKE CIT    UT<br>SPORTING GOODS STORE | | 198.00 |
| 12/29/07 | BRIGHTON SKI RESORT SALT LAKE CIT    UT<br>SPORTING GOODS STORE | | 78.00 |
| **Total Due in Full Activity** | | | **38,082.00** |

### Important Notice

**Information on Flexible Payment Features**
You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 13.40%, the DPR is 0.0367%

Please refer to page 2 for further important information regarding your account

BNK-AMEX-00001632

DUPLICATE COPY

**Centurion® Card**
**Statement of Account**

**566,844**
**Membership Rewards®**
**Points Available**
at 01/29/08, when charges due are paid in full and all accounts are in good standing.

Prepared For: PHILIP A KENNER
Account Number: XXXX-XXXXX7-41001
Closing Date: 01/29/08
Page 1 of 12

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|
| 38,082.00 | -37,754.00 | +29,780.09 | 30,108.09 |

**Please Pay By 02/13/08**

Please refer to page 7 for important information regarding your account

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com.** For additional contact information, please see the reverse side of this page.



**Take Your Golf Game Private**
Now you can enjoy the privileges of playing golf and entertaining guests at a variety of private country clubs...without having to join any one club. Purchase a 5-Unit TOUR Membership and enjoy five unescorted golfing foursomes at any club in the TOUR GCX network. As a TOUR GCX member, you will have access at over 40 private golf clubs and you will be treated "like a member for the day." Greens fees, cart fees and use of locker and practice facilities are included with the membership. Purchase a 5-Unit TOUR Membership with your American Express Centurion® Card and receive a $150 credit toward food and beverage or pro shop merchandise at the club. Call **1-877-TOUR-GLF (1-877-868-7453)** to purchase your TOUR Card.

**Activity** * Indicates posting date                                                                 Amount $

| Date | Description | Amount |
|---|---|---|
| 01/15/08* | COMPUTER PAYMENT RECEIVED - THANK | -37,754.00 |

**Due in Full Activity for PHILIP A KENNER**                                                          Amount $
Card XXXX-XXXXX7-41001

| 01/11/08 | AMERICAN EXPRESS TRAVEL ADJUSTMENT TRANSACTION PROCESSED BY AMERICAN EXPRESS | -328.00 Credit |
| 12/26/07 | FEDEX# 831050944488 MEMPHIS    TN<br>NO REFERENCE INFOT3H0Z7<br>TO: OWEN NOLAN CA<br>FROM: PHIL KENNER 85259<br>001 FEDEX ENVELO 1LB AWB831050944488<br>FedEx #1-800-622-1147 | 31.14 |

LOC renewal package sent to Nolan from Kenner -- *ECF No. 668 at 272-74*

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Account Number: 3717-537227-41001
Please Pay By: 02/13/08
Amount Due: $30,108.09

Please enter account number on all checks and correspondence.

Make check payable to American Express.

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Check here if address or telephone number has changed. Please note changes on reverse side. ☐

PHILIP A KENNER
10705 E CACTUS RD
SCOTTSDALE AZ 85259-2931

Mail Payment to:
AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-0001

0000371753722741001  003010809003010809 25

BNK-AMEX-00001638

## DUPLICATE COPY

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| PHILIP A KENNER | XXXX-XXXXX7-41001 | 01/29/08 | Page 3 of 12 |

### Due in Full continued

| Date | Description | Amount $ |
|---|---|---|
| 12/26/07 | FEDEX# 831050944499 MEMPHIS  TN<br>NO REFERENCE INFON6G1L7<br>TO: STEVE RUCCHIN CA<br>FROM: PHIL KENNER 85259<br>001 FEDEX ENVELO 1LB AWB831050944499<br>FedEx #1-800-622-1147 — *NT LOC renewal package sent to **Rucchin** from Kenner* | 31.14 |
| 12/28/07 | FEDEX# 860646768788 MEMPHIS  TN<br>FedEx #1-800-622-1147<br>TO: NORTHERN TRUST AZ<br>FROM: GLEN MURRAY 85259<br>001 PRIORITY LTR 1LB AWB860646768788<br>FedEx #1-800-622-1147 — *Sent from **Murray** to Northern Trust Bank after signing the renewal package* | 26.03 |
| 12/28/07 | FEDEX# 862063245267 MEMPHIS  TN<br>FedEx #1-800-622-1147<br>TO: NORTHERN TRUST AZ<br>FROM: MICHAEL PECA 85259<br>001 PRIORITY LTR 1LB AWB862063245267<br>FedEx #1-800-622-1147 — *Sent from **Peca** to Northern Trust Bank after signing the renewal package* | 25.32 |
| 12/28/07 | FEDEX# 831050944503 MEMPHIS  TN<br>NO REFERENCE INFO85016<br>TO: NORTHERN TRUST US<br>FROM: STEVE RUCCHIN<br>001 FEDEX ENVELO 1LB AWB831050944503<br>YOUR FEDEX CUSTOM DISCOUNT IS $2.07 — *Sent from **Rucchin** to Northern Trust Bank after signing the renewal package* | 37.17 |
| 12/30/07 | ROOTS-PARK CITY  PARK CITY  UT<br>FAMILY CLOTHING | 186.78 |
| 12/30/07 | DAN'S FOODS #08 0000SALT LAKE CI  UT<br>8015833267 | 35.92 |
| 12/30/07 | SPORTS DEN 878862001SLC  UT<br>SPORTS DEN SLC | 143.26 |
| 12/30/07 | QUIKSILVER #23  PARL CITY  UT<br>4356494100 | 63.34 |
| 12/31/07 | CHEVRON PWI #894-SALSALT LAKE CITY  UT<br>0000000000<br>Description        Price<br>FUEL/MISCELLANEOUS  37.78 | 37.78 |
| 12/31/07 | PARK CITY MOUNTAIN RPARK CITY  UT<br>LODGING | 105.00 |
| 12/31/07 | BUTCHERS CHOP HOUSE PARK CITY  UT<br>BAR/NIGHTCLUB<br>FOOD/BEVERAGE  153.75<br>TIP  25.00 | 178.75 |
| 12/31/07 | FEDEX# 863569160490 MEMPHIS  TN<br>FedEx #1-800-622-1147<br>TO: - NY<br>FROM: STEPHANIE DIXON 85259<br>001 PRIORITY LTR 1LB AWB863569160490<br>FedEx #1-800-622-1147 | 26.73 |
| 12/31/07 | FEDEX# 831050944477 MEMPHIS  TN<br>NO REFERENCE INFO85016<br>TO: NORTHERN TRUST US<br>FROM: OWEN NOLAN<br>001 FEDEX ENVELO 1LB AWB831050944477<br>FedEx #1-800-622-1147 — *Sent from **Nolan** to Northern Trust Bank after signing the renewal package -- ECF No. 668 at 272-74* | 39.73 |
| 01/01/08 | HMS HOST - SLC-AIRPQSALT LAKE CIT  UT<br>8015752611<br>Description<br>REFER TO RECEIPT | 26.57 |

Continued on reverse

BNK-AMEX-00001640