**Subject:** Fwd: HA: Global Settlement - Acknowledgement
**From:** Pk <kenner33@gmail.com>
**Date:** 5/19/2009 9:49 PM
**To:** Constantine Tommy <tommy@eufora.com>
**CC:** Kenner Phil <kenner33@gmail.com>

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

**From:** "Gonchar, Sergei" <sgonchar@nhlpa.com>
**Date:** May 19, 2009 9:27:59 PM PDT
**To:** "PHIL KENNER" <kenner33@gmail.com>
**Subject:** HA: Global Settlement - Acknowledgement

Acknowledged and approved

-----Исходное сообщение-----
От: PHIL KENNER [mailto:kenner33@gmail.com]
Отправлено: Пн, 5/18/2009 1:18
Кому: Gonchar, Sergei
Копия: Tommy Constantine
Тема: Global Settlement - Acknowledgement

Sergei:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard?s Trust Account for your proportionate contribution to the Global Settlement Fund.  In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units.   You may not recall Tommy or I mentioning the Palms units in our conversation.  In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction.   As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction.   Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

SMC000013

SMC-00000013   A

**Subject:** Fwd: Global Settlement
**From:** Pk <kenner33@gmail.com>
**Date:** 5/18/2009 6:32 AM
**To:** Constantine Tommy <tommy@eufora.com>

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

> **From:** kmpgp@aol.com
> **Date:** May 18, 2009 6:10:43 AM PDT
> **To:** kenner33@gmail.com
> **Subject: Re: Global Settlement**
>
> Hey, before we sign off on an "approved" letter, can we please have the written documentation as to exactly how much (%) we obtained with our contribution? Michael mentioned last Monday that you told him we'd have it by last Wed., but we still haven't received it. We want to be diligent about our record keeping.
> thanks!
> Kristin
>
> -----Original Message-----
> From: PHIL KENNER <kenner33@gmail.com>
> To: Mike & Kristen Peca <KMPGP@aol.com>
> Sent: Mon, 18 May 2009 1:14 am
> Subject: Global Settlement
>
> Michael & Kristen:
>
> Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in=2 0our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.
>
> Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.
>
> Thanks. Phil
>
> ---
>
> We found the real 'Hotel California' and the 'Seinfeld' diner. What will you find? Explore WhereItsAt.com.

**Subject:** FW: Global Settlement
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 6/5/2009 3:54 PM
**To:** Tommy Constantine <tommy@eufora.com>

FYI.   Phil

------ Forwarded Message
From: Mike & Kristen Peca <KMPGP@aol.com>
Date: Fri, 22 May 2009 20:33:11 -0400
To: PHIL KENNER <kenner33@gmail.com>
Subject: Re: Global Settlement

I understand and accept the terms of this settlement plan. Thanks


------ End of Forwarded Message

FW: Authorization for Attorney to file Lawsuits

**Subject:** FW: Authorization for Attorney to file Lawsuits
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 6/16/2009 11:22 PM
**To:** Mike & Kristen Peca <KMPGP@aol.com>
**CC:** Tommy Constantine <tommy@eufora.com>

Michael and Kristen:

I hope you are well;..at least feeling better than me!

Please IMMEDIATELY copy the language from the email below and send it to Tommy, Ron and I in the AM.

This is critical. The dominoes are falling...as planned!

I cannot wait to see you soon (without Migraines) and catch up.

Thanks.  Phil

------ Forwarded Message
**From:** Tommy Constantine <tommy@eufora.com>
**Date:** Fri, 12 Jun 2009 20:00:15 -0700
**To:** <Undisclosed-Recipient:;>
**Subject:** Authorization for Attorney to file Lawsuits

All:

Please copy and paste the text below into a new email, type your name at the end and please email it to the following three email addresses ASAP:

ron@ronaldrichards.com
tommy@eufora.com
kenner33@gmail.com <mailto:kenner33@gmail.com>
I authorize the law firm of Ronald Richards & Associates, a professional corporation to initiate civil litigation on my behalf against Ken Jowdy and his related entities in any jurisdiction that is appropriate in the United States of America. If necessary, I authorize Ronald Richards & Associates to employ local counsel to assist them on my behalf or assist in any admission to a Court in the various jurisdictions to where an action could be brought.

Sincerely,

------ End of Forwarded Message

SMC000016

SMC-00000016

**Subject:** FW: Global Settlement
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 5/18/2009 12:53 PM
**To:** Tommy Constantine <tommy@eufora.com>

FYI.   Phil

------ Forwarded Message
**From:** Darryl Sydor <sid@safeden.com>
**Reply-To:** Darryl Sydor <sid@safeden.com>
**Date:** Mon, 18 May 2009 19:21:16 +0000
**To:** PHIL KENNER <kenner33@gmail.com>
**Subject:** Re: Global Settlement

Yes I totally understand everything. Thx Darryl

Sent via BlackBerry by AT&T

---

**From:** PHIL KENNER
**Date:** Sun, 17 May 2009 22:17:30 -0700
**To:** Darryl Sydor<sid@safeden.com>
**Subject:** Global Settlement
Darryl:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund.  In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units.   You may not recall Tommy or I mentioning the Palms units in our conversation.  In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction.   As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction.  Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks.  Phil


------ End of Forwarded Message

**Subject:** Re: Global Settlement acknowledgement
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 5/18/2009 12:23 PM
**To:** Jay McKee <NicJay74@aol.com>
**CC:** Tommy Constantine <tommy@eufora.com>

Jay:

Can you fax the attorney letters to me at (646) 827-0832.

Thanks.  Phil

---

**From:** Jay McKee <NicJay74@aol.com>
**Date:** Mon, 18 May 2009 15:20:22 -0400
**To:** PHIL KENNER <kenner33@gmail.com>
**Subject:** Re: Global Settlement acknowledgement

Acknowledged and approved..

-----Original Message-----
From: PHIL KENNER <kenner33@gmail.com>
To: Jay McKee <NicJay74@aol.com>
Sent: Mon, 18 May 2009 1:15 am
Subject: Global Settlement acknowledgement

Jay & Nicole:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund.  In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units.  You may not recall Tommy or I mentioning the Palms units in our conversation.  In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction.  As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets,=2 0while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction.  Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks.  Phil

---

We found the real 'Hotel California' and the 'Seinfeld' diner. What will you find? Explore **WhereItsAt.com** <http://www.whereitsat.com/?ncid=emlwenew00000001> .

RE: Global Settlement - ACKNOWLEDGEMENT

---

**Subject:** RE: Global Settlement - ACKNOWLEDGEMENT
**From:** "Lehtinen, Jere" <jlehtinen@nhlpa.com>
**Date:** 5/18/2009 8:25 PM
**To:** "PHIL KENNER" <kenner33@gmail.com>
**CC:** "Tommy Constantine" <tommy@eufora.com>

I acknowledged and approved this email.

Jere Lehtinen

---

**From:** PHIL KENNER [mailto:kenner33@gmail.com]
**Sent:** Mon 5/18/2009 1:16 AM
**To:** Lehtinen, Jere
**Cc:** Tommy Constantine
**Subject:** Global Settlement - ACKNOWLEDGEMENT

Jere:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks. Phil

**Subject:** Fwd: Acknowledgement and Approval
**From:** Pk <kenner33@gmail.com>
**Date:** 5/18/2009 5:24 AM
**To:** Constantine Tommy <tommy@eufora.com>

For your records.

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

> **From:** Mattias Norstrom <mattiasnorstrom@mac.com>
> **Date:** May 17, 2009 10:38:31 PM PDT
> **To:** PHIL KENNER <kenner33@gmail.com>
> **Subject:** Re: Acknowledgement and Approval
>
> ACKNOWLEDGEMENT AND APPROVAL
> Best Regards
> Matti
> 18 maj 2009 kl. 07.13 skrev PHIL KENNER:
>
>> Matti:
>>
>> Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.
>>
>> Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.
>>
>> Thanks. Phil

SMC000020

SMC-00000020    F

**Subject:** Fwd: Acknowledgement and consent letter
**From:** Pk <kenner33@gmail.com>
**Date:** 5/18/2009 6:54 PM
**To:** Constantine Tommy <tommy@eufora.com>

FYI

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

> **From:** Glen Murray <gmuzz27@yahoo.com>
> **Date:** May 18, 2009 6:46:43 PM PDT
> **To:** PHIL KENNER <kenner33@gmail.com>
> **Subject: Re: Acknowledgement and consent letter**
>
> ACKNOWLEDGED AND APPROVED.
>
> THANK YOU
>
> GLEN MURRAY
>
> --- On **Mon, 5/18/09, PHIL KENNER <kenner33@gmail.com>** wrote:
>
>> From: PHIL KENNER <kenner33@gmail.com>
>> Subject: Acknowledgement and consent letter
>> To: "Glen Murray" <gmuzz27@yahoo.com>
>> Cc: "Tommy Constantine" <tommy@eufora.com>
>> Date: Monday, May 18, 2009, 8:48 AM
>>
>> Glen:
>>
>> Per our conversation, please acknowledge your approval and authorization for me to wire transfer $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.
>>
>> Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.
>>
>> Thanks. Phil

**Subject:** FW: wire
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 5/18/2009 8:33 PM
**To:** Tommy Constantine <tommy@eufora.com>

**Verification email required by Kenner for every transaction that began with Kenner's limited Power of Attorney...**

fyi

------ Forwarded Message
From: Glen Murray <gmuzz27@yahoo.com>
Date: Mon, 18 May 2009 20:06:07 -0700 (PDT)
To: PHIL KENNER <kenner33@gmail.com>
Subject: wire

I GLEN MURRAY ACKNOWLEDGE AND APPROVE FOR PHIL KENNER TO WIRE TRANSFER $250,000 TO ATTORNEY RON RICHARD'S TRUST ACCOUNT FOR CONTRIBUTION TO THE GLOBAL SETTLEMENT FUND.


THANK YOU
GLEN MURRAY

------ End of Forwarded Message

Thanks Phil, I have acknowledged and approved this transaction.

William Ranford

---------------------------

Sent using BlackBerry

-----Original Message-----
From: PHIL KENNER <kenner33@gmail.com>
To: Bill Ranford
Sent: Thu Jul 16 09:34:55 2009
Subject: Global Settlement fund

Bill:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $100,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall me mentioning the Palms units in our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, Tommy has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks. Phil

**Subject:** Fwd: Ranford
**From:** Pk <kenner33@gmail.com>
**Date:** 6/10/2009 8:13 PM
**To:** Constantine Tommy <tommy@eufora.com>

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

> **From:** "Stephanie Nichols" <Stephanie@standardadvisors.com>
> **Date:** June 10, 2009 7:10:18 PM PDT
> **To:** "'PHIL KENNER'" <kenner33@gmail.com>
> **Subject:** RE: Ranford
>
> Schwab wire insx for Ranford:
>
> - Citibank NA
> - 111 Wall Street
> - New York, New York 10043
> - ABA # 021-000-089
> - FBO: Charles Schwab & Co., Inc.
> - Account Number: 4055-3953
> - For the account of: William Ranford Individual
>
> Account number: 2106-9285
>
> ---
>
> **From:** PHIL KENNER [mailto:kenner33@gmail.com]
> **Sent:** Wednesday, June 10, 2009 5:38 PM
> **To:** Stephanie Nichols
> **Subject:** Ranford
>
> Steph.
>
> I need to send a wire for Bill INTO his account at Schwab.
>
> Can you please get me the instructions to send the funds to him.
>
> Thanks. Phil
>
> No virus found in this incoming message.
> Checked by AVG - www.avg.com
> Version: 8.5.339 / Virus Database: 270.12.50/2150 - Release Date: 06/10/09 05:52:00

Fwd: Nash wire

---

**Subject:** Fwd: Nash wire
**From:** Phil Kenner <pak33@mac.com>
**Date:** 6/10/2009 2:56 PM
**To:** Constantine Tommy <tommy@eufora.com>

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

> **From:** Doug Jankowski <djankowski@ggadvisors.com>
> **Date:** June 10, 2009 2:07:01 PM PDT
> **To:** NashTy18@gmail.com, kathynash9@hotmail.com
> **Cc:** 'Phil Kenner' <pak33@mac.com>
> **Subject:** Nash wire

<span style="color:red">Tyson Nash $100,000 wire to Ron Richards Trust Account for Constantine...</span>

We have been notified by Charles Schwab that your wire transfer request has resulted in the following:

Wire Amount: $100,000
Wire Fee: $25
Beneficiary: Law Offices of Ronald Richards & Associates, Los Angeles
Process Date: 06-10-2009
Status: complete

Doug Jankowski
Greenberg|Graham Advisors LLC
2600 Michelson Drive, Suite 1700
Irvine, CA 92612

(714) 437.0040
(714) 200.0763 (efax)

djankowski@ggadvisors.com

<span style="color:red">Kenner investors' FINRA rep who verified EVERY wire transfer before and after it was released from their Charles Schwab accounts -- making it impossible for Kenner to independently transfer client funds...</span>

**Disclosures**

**Firm Disclosure:** Greenberg|Graham Advisors LLC is a fee-only wealth advisory firm. Our services are directed primarily toward individuals or families who have accumulated significant net worth. For information regarding a specific service, please contact one of our senior advisors.

**SEC Disclosure:** Investment advisory services offered through Greenberg|Graham Advisors LLC, a registered investment advisor.

**Treasury Circular 230 Disclosure.** In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Privacy Notice.** This message is intended for the person or entity to which it is addressed and contains information that may be confidential or exempt from disclosure law. You are hereby notified that copying or any use of this communication, except in accordance with its intended purpose, is strictly prohibited.

**Subject:** Nashville
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 6/8/2009 10:11 AM
**To:** "de7vo@rogers.com" <de7vo@rogers.com>, <de7vo@aol.com>
**CC:** Tommy Constantine <tommy@eufora.com>

Greg/Suzie:

It was great to see you guys. I look forward to Vegas in a few weeks to catch up more.

Tell Luke I thought his hair looked like a STAR! His card is staged next to Blakey's rookie card on my desk.

I have attached the two attorney letters for you both to sign and return to me via fax at Fax: (646) 827-0832.

Attached are the wire instructions (below) for our attorney in LA, Ron Richards, who is handling all of the cases for us.

Please call me with any questions. I am glad we were face-to-face for you to meet Tommy and understand the the Program.

Let me know when you send the wire, so Tommy (cell-602-363-5676) can alert Ron Richards. The sooner the better as we want to file the suits against Jowdy in the next 2 days.

Thanks. Phil

---

Please wire $250,000.00 using the following instructions:

**1st Century Bank.**
ABA Routing number **122243761**
Name:       **1st Century Bank**
Address     **1875 Century Park East, Suite 100**
            **Los Angeles, CA  90067**

Beneficiary Account:   **2100017561**
Beneficiary Account Name:   **Law Offices of Ronald Richards and Associates, A Professional Corporation**

If you have any questions, please contact Nicole Rustigian (310) 270-9549

— Attachments: —

| | |
|---|---|
| Letter from SA clnts to Harvey.pdf.zip | 28.6 KB |
| Letter from SA clnts to Meeks.pdf.zip | 28.8 KB |

'wd: Global Settlement

**Subject:** Fwd: Global Settlement
**From:** Pk <kenner33@gmail.com>
**Date:** 7/21/2009 10:01 AM
**To:** Constantine Tommy <tommy@eufora.com>

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

> **From:** BRIAN CAMPBELL <bcampbell1979@mac.com>  ← Brian Campbell
> **Date:** July 21, 2009 9:18:44 AM PDT
> **To:** kenner33@gmail.com
> **Subject:** Fwd: Global Settlement
>
> Acknowledged and Approved. Thanks Phil. Talk when you get back.
>
> Brian Campbell
>
> >From: "Pk" <kenner33@gmail.com>
> >To: "Campbell Brian" <bcampbell1979@mac.com>
> >Date: July 21, 2009 05:42:21 AM PDT
> >Subject: Global Settlement
> >
> >
>
> Brian:
>
> Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in our conversation. In any case, because Moreau and Tommy are also settling that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.
>
> Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.
>
> Thanks. Phil

SMC000029

SMC-00000029

'Ron Richards Wire instrx

**Subject:** Ron Richards Wire instrx
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 10/9/2009 9:38 AM
**To:** Vitali&Tina Yachmenev <vtyach@yahoo.com>

Vitali:

As discussed, attached are the wire instructions for our attorney, Ron Richards.

**Please confirm when your wire goes out.**

| | |
|---|---|
| ABA Routing number | 122243761 |
| Name: | 1st Century Bank |
| Address | 1875 Century Park East, Suite 100 |
| | Los Angeles, CA  90067 |
| Beneficiary Account: | 2100017561 |
| Beneficiary Account Name: | Law Offices of Ronald Richards and Associates, A Professional Corporation |

If you have any questions, please contact Nicole Rustigian (310) 270-9549

Thanks.  Phil

SMC000030

SMC-00000030

**Subject:** Re: Standard Advisors
**From:** phil kenner <kenner33@gmail.com>
**Date:** 3/31/2009 9:42 AM
**To:** "Hurt, Mary S" <mary.s.hurt@bankofamerica.com>
**CC:** Tommy Constantine <tommy@eufora.com>

Mary:

Can you please wire $20,000 from Standard Advisors to:

routing: 121000248.
account number: 0911390599

Wells Fargo Bank, 1801 Avenue of the Stars, Los Angeles, CA  90067
Law Offices of Ronald  Richards & Associates

Account: Tommy Constantine

Thanks.   Phil

> Kenner making initial GSF contribution transfer to Constantine's control: just one of over $100,000 to follow directly int eh USA and Mexico (all stipulated in evidence)...