## Page 387

```
 1    SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2       COUNTY OF LOS ANGELES, CENTRAL DISTRICT
 3
 4
 5   GREG DEVRIES, JASON       )
     WOOLLEY, CHRIS SIMON,     )
 6   MATTIAS NORSTROM, VLADIMIR)
     TSYPLAKOV, JAY MCKEE,     )
 7   RAYMOND MURRAY, GLEN MURRAY,)
     BRYAN BERARD, DARRYL SYDOR,)
 8   DIMITRI KHRISTICH, SERGEI )
     GONCHAR, MICHAEL PECA AND )
 9   JOZEF STUMPEL, TYSON NASH,)
     BRIAN CAMPBELL, STEVE     )
10   RUCCHIN, TURNER STEVENSON,)
                               )
11         PLAINTIFFS,         )
                               )
12        VS.          ) CASE NO. BC416081
                               )
13   KENNETH A. JOWDY, AN      )
     INDIVIDUAL; AND DOES 1    )
14   THROUGH 100, INCLUSIVE,   )
                               )
15         DEFENDANTS.         )
     _____)
16
17            VOLUME II
18
19   DEPOSITION OF KENNETH JOWDY, TAKEN
20   ON BEHALF OF THE PLAINTIFFS, AT 9255
21   DOHENY ROAD, SUITE 602, WEST HOLLYWOOD,
22   CALIFORNIA, COMMENCING AT 10:11 A.M.,
23   WEDNESDAY, JANUARY 6, 2010, BEFORE
24   ALEJANDRIA E. KATE, CSR NUMBER 11897.
25
```

## Page 388

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFFS:
 4       RONALD RICHARDS & ASSOCIATES, A.P.C.
         BY: RONALD RICHARDS, ESQ.
 5       9255 DOHENY DRIVE
         SUITE 602
 6       WEST HOLLYWOOD, CALIFORNIA  90069
         310.556.1001
 7       RON@RONALDRICHARDS.COM
 8
 9
10   FOR THE DEFENDANT KENNETH A. JOWDY:
11       CALDWELL LESLIE & PROCTOR, P.C.
         BY: ROBYN C. CROWTHER, ESQ.
12       1000 WILSHIRE BOULEVARD
         SUITE 600
13       LOS ANGELES, CALIFORNIA  90017-2463
         213.629.9040
14       CROWTHER@CALDWELL-LESLIE.COM
15
16
17   ALSO PRESENT:
18       GREG DEVRIES   ←
19       JASON WOOLLEY
20       PHIL KENNER
21       JOHN KAISER
22       TIM BARKER, LEGAL VIDEO SERVICES
23
24
25
```

## Page 389

```
 1                  I N D E X
 2
 3   DEPONENT:      EXAMINED BY:      PAGE:
 4   KENNETH JOWDY    MR. RICHARDS    391
 5      (AFTERNOON SESSION)    516
 6
 7
 8
 9      EXHIBITS FOR IDENTIFICATION:
10              (NONE)
11
12
13
14   QUESTIONS UNANSWERED BY THE DEPONENT:
15      PAGE:  LINE:
16       409   13
         410   2
17       410   7
         410   15
18       422   15
         426   11
19       427   9
         428   19
20       431   16
         442   12
21       485   10
         559   14
22       681   20
23
24
25
```

## Page 390

```
 1   WEST HOLLYWOOD, CALIFORNIA, WEDNESDAY
 2          JANUARY 6, 2010
 3            10:11 A.M.
 4
 5         THE VIDEOGRAPHER:  AND GOOD
 6   MORNING.  WE'RE ON THE VIDEOTAPE RECORD, BEGINNING
 7   TAPE NUMBER 1 OF VOLUME NUMBER II, 10:11 A.M.
 8         COUNSEL, PLEASE MAKE VERBAL
 9   INTRODUCTIONS FOR THE RECORD.
10         MR. RICHARDS:  RONALD RICHARDS, FOR
11   THE PLAINTIFFS.
12         MS. CROWTHER:  ROBYN CROWTHER, FOR
13   KEN JOWDY.
14         THE VIDEOGRAPHER:  VERY GOOD.
15         WILL THE COURT REPORTER PLEASE
16   ADMINISTER THE OATH.
17
18         KENNETH JOWDY,
19   CALLED AS A DEPONENT AND DULY SWORN IN BY
20     THE DEPOSITION OFFICER, WAS EXAMINED
21        AND TESTIFIED AS FOLLOWS:
22
23   ///
24   ///
25   ///
```