**Messages**   **Norstrom Mat...**   **Edit**

Mar 19, 2008 11:57 AM

Got It!
Account name:constantine Management group?

Yes.  That's where the 1% is being transfered from...

Sent the fax to WF.

I'll confirm    Thx...

Kenner confirms the SELLER of the Eufora Private Shares to Norstrom before he verbally confirms the transfer

Mar 22, 2008 8:06 PM

How was the show?
Got an offer on the house 1,480' they got 14 days to pull out.



