

- Masood Bhatti - Lehman Bros.
  - got a piece of Hawaii deal

- 260 acres - 1st piece of Hawaii investment
  - just kept buying/expanding → 6,000 acres total

- Alan Warden - Windwalker = Accountant/contact

① times / there @
- (JK) met Jowdy = 2x in NYC
- in NYC = Trust (2003) = Jowdy restaurant discuss.
- (PK) = discuss proj in Hawaii
- (KJ) - with a girl = funding in Mexico

② time
- another time @ a bar = in NYC = bar
  - discussed Hawaii
  - lending $ from Hawaii to Mexico (KJ)(JK)

- (JK) - not sure how (KJ) & (PC) met

- (JK) = Saw (KJ) in Mexico couple times
- again discussed (KJ) wanted to borrow $ from Hawaii to Mexico
  - would pay back after closing

②

(KJ) - brought up borrowing $ from Hawaii project

borrowed millions from Hawaii project → $5M/$6M
 - 1st was going to be $100's k ≠ not millions
 - (JK) - not happy $ amt started to grow to Millions of $ to Mexico

[2004 Hawaii loan agreement]

discussed = Brian Berard
(JK)

= was Agreement to borrow $ from Hawaii

(KJ) to (JK)  (KJ) - don't worry all $ will come back; get repaid
(JK)

- in NYC
discussed $ from Hawaii to Mexico
 - just to be used for Mexico
   ↓ no other project

Question to (JK):
2006 = update letter on Hawaii project -
(JK) - yes, I recall letter
(JK) - made these many times

[Many update letters from Kenner to the investors per Kaiser proffer...]

(JK) - never got $ back from (KJ)/Mexico

(JK) -

[Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior -- *if actually TRUE!*]

③

Eufora

2007 ≡ JK met Tommy Constantine in AZ @ JK's house

TC ≡ introd as self made millionaire to JK

JK ≡ heard about Eufora thru players/guys that Eufora - company will be big one day

in beginning ≡ need couple hundred thousand @ first

JK — $2.2M — over 3yr period invested

JK borrowed from family - majority of $
  - Mother
  - brothers - Keith

JK ≡
includes JK's friends $ -
  - JK - got 4 friends to invest

Donny Rae → ex-hockey player - lives in AZ
  - bringing investors in Hawaii

JK ≡ met DR - 1yr ago ≡ heard of him prior
  - when put house for sale in AZ - JK's house
  - Brian Berard & JK own - 2½ yrs ago bought
  - JK - raised $ from friends to buy house in AZ

4

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from TG
- not invested in Hawaii

- TC - trying to fund $ for Hawaii w/ own funds
  - suppose to use own $ to fund Hawaii

- Ultimately $ came from friend of TC
  - $4M - Waikapuna closing

[Annotation: Kaiser confirms consulting deals for Gaudet and Gaarn from Hawaii]

Robert Gaudet
JK met RG - ≡ golf pro
           ≡ knows people in Mexico

- tried to get $ for Hawaii

- believe above indiv. getting paid for getting $
  ≡ RG
  ≡ TG

[Annotation: RG -- Robert Gaudet and TG -- Tim Gaarn]

1st heard 2005 ≡ heard of Enfora from JK or players

TC = showed JK Agreements w/ banks & credit card companies
  ≡ wanted increase ownership in Enfora → TC's own shares in
  ≡ appeared to be great company → JK

5

= Dish Zero = (TC) → and Mark Ambrosio running $ from Eufora
Taser = accounts to these investments
↓
Sergei Gonchar $ going to

all (JK) investment $ to (TC) went from
(JK) = TD Bank accts

(JK) - rec'd couple hundred thousand back from (PK)
(JK) fronted $ for renovation (PK) house in AZ

(PK) needed $ for Myrick lawsuit ← (JK) - gave (PK) $ from his house sale in Smithtown, NY
— (PK) never repaid

(6)



- (JC) involved w/ → renovated — (JK) → brothers did work ≡ Hermosa Beach - house - (PK) - owned them sold
  - (PK) - owes $ from house construction / renovate
  - (JK) - brothers worked on house ≡ took 4 months
  - (JK) - raised funds to buy house from:
    - ≡ (JK) - mother
    - brothers
    - friends
  - (JK) - not rec'd $ from (PK) on house yet
  - (PK) - will get $ from Hermosa Beach house when AZ house sells
    - ≡ on market now

- (JK) met (NJ) in Hawaii
- Nick James -
  - ≡ did stuff for Hangtag racing + (TC)

- (NJ) called (TC) to get married
  - $30k-80k - asked $ from (JK) ≡ (JK) said no
  - borrowed from (PK)

- (NJ) did not work or invest in Hermosa Beach house

⑧

Los Frailles - investment
- (JK) + has friends invested in
~2008    ~$1M

(JK) - included in the $1M

- purchase property + develop
  $1M used to purchase property ⇒ sell parcels to get $ back from 1st investment

→ Bobby Goudet - told (JK) about investment

(JK) - not involved in Los Frailles
  ↓
  does have clients involved / hockey players

(JK) - went down there w/ friends to see

(JK) - 6 mos. ago in Cabo ≡ Toudy project
  ≡ golf course - done
  ≡ suppose to put up condo
  ≡ never went to North property
       DDM

⑨



- $5M-6M — (KJ) borrowed /rec'd /loaned
(KJ) - borrowed from Hawaii project → to Mexico
(KJ) - borrowed from Glen Murray too - for Mexico
(KJ) = Might have repaid couple hundred thousand to Hawaii

(JK) - did see Hawaii bank acct statements

- accountant for Hawaii project
(JK) not rec'd k-1's ever
(JK) will get name of accountant before Lehman can in.

(JK) = never rec'd k-1's from Hawaii
= took two yrs to get from Allan Warden
↓
will receive k-1's soon

Kaiser confirms seeing all of the Hawaii bank statements -- so there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT -- **See PK26**

Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during a 2 hour and 15 minute meeting at Kaiser's home during EDNY testimony...**Tr.1120-1122**

END 1:15 PM

(10)