# Ronald Richards

| | |
|---|---|
| **From:** | Mattias Norstrom <mattiasnorstrom@mac.com> |
| **Sent:** | Friday, June 12, 2009 10:36 PM |
| **To:** | ron@ronaldrichards.com |
| **Subject:** | Mattias Norstrom |

I authorize the law firm of Ronald Richards & Associates, a professional corporation to initiate civil litigation on my behalf against Ken Jowdy and his related entities in any jurisdiction that is appropriate in the United States of America. If necessary, I authorize Ronald Richards & Associates to employ local counsel to assist them on my behalf or assist in any admission to a Court in the various jurisdictions to where an action could be brought.

Sincerely,

**Mattias Norstrom**

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.869 / Virus Database: 271.1.1/3260 - Release Date: 11/15/10 23:34:00

1

ED-00002447

BX20-SD-00000859

LAW OFFICES OF
## Ronald Richards and Associates
310-556-1001 Office
310-277-3325 Fax

*Admitted in All Fed. and State Cts. in California
9th & 11th Circuit, C.O.A's, ED of Michigan
D of Colorado

**Mailing Address:**
P.O. Box 11480
Beverly Hills, CA 90213

European Office
Oliver Löwell
Rechtsanwälte
Frankfurt, Germany

EMAIL: RON@RONALDRICHARDS.COM
WEBSITE: WWW.RONALDRICHARDS.COM

June 12, 2009

Mr. _MATTIAS NORDSTROM_

### NO ORIGINAL BY MAIL

**VIA EMAIL**

Re: CONFLICT WAIVER-JOINT REPRESENTATION OF PLAINTIFFS; CURRENT REPRESENTATION OF PHIL KENNER AND TOMMY CONSTANTINE

Dear Sirs,

You have asked Law Offices of Ronald Richards and Associates and Ronald Richards, Esq. (hereinafter "Law Offices of Ronald Richards") to represent you in connection with prosecuting an action against Ken Jowdy and related entities.

Our engagement by you is conditioned upon your written consent to our representation of Tommy Constantine, Phil Kenner, on other present or future matters in 'transactions,' including litigation in which we have not been engaged to represent you and in which you have other counsel, and in which one or more of our other clients or Tommy Constantine or Phil Kenner, would be adverse to you in matters unrelated to those we are handling for you.

In this regard, we have disclosed our firm's past and ongoing representation of Tommy Constantine and Phil Kenner in matters that are not currently adverse to you. These include defending lawsuits brought by Joe Juneau, Ethan Moreau, and Owen Nolan. However, given the nature of our relationship with Tommy Constantine, Phil Kenner, our firm must preserve its ability to represent Tommy Constantine, Phil Kenner on matters that may arise in the future, including matters adverse to you., provided that we would only undertake such representation of Tommy Constantine, Phil Kenner under circumstances in which we do not possess confidential information of yours relating to this transaction at issue. If this did occur, we would staff such a project with one or more attorneys who are not engaged in your representation. In such circumstances, the attorneys in the two matters would be subject to an 'ethical wall,' screening them from communicating with each other regarding the respective engagements.

Z:\ron\jowdywaivers.wpd

ED-00002451

BX20-SD-00000865

We understand that you consent to our firm's representation of Tommy Constantine, Phil Kenner and our other clients under the circumstances described above.

As attorneys, we are governed by the California Rules of Professional Conduct ('the Rules'), which require us to obtain your informed written consent and waiver before proceeding with your representation in light of our representation of Tommy Constantine, Phil Kenner.

Specifically, the pertinent Rules provide as follows:

(C) A member shall not, without the informed written consent of each client:
(1) Accept representation of more than one client in a matter in which the interests of the clients potentially conflict; or
(2) Accept or continue representation of more than one client in a matter in which the interests of the clients actually conflict; or
(3) Represent a client in a matter and at the same time in a separate matter accept as a client a person or entity whose interest in the first matter is adverse to the client in the first matter.

To summarize, you have agreed to:
(1) Give up the right to disqualify our firm from representing Tommy Constantine, Phil Kenner or any of our other present or future clients in any transaction or litigation that might be adverse to you;
(2) Give up the right to assert that any lawyer in our firm owes, or owed you any fiduciary or other attorney-client duty in connection with any transaction or litigation in the future;
(3) Give up the right to bring suit against our firm (or any employees thereof) in connection with any transaction or litigation in the future as described above;
(4) Waive the right to assert any conflict of interest in violation of <u>Rule 3-310 of the California Rules of Professional Conduct</u>; and
(5) Waive any alleged fiduciary or other attorney-client duty in connection with any such transaction or litigation as described above.

Mattias Nor                    087161884                    p.1

    We request that you signify your informed written consent to the above by signing the 'Consent and Waiver of Rights' set forth below and then returning this letter to us; a copy is also enclosed for your personal records. We encourage you first to seek the advice of independent legal counsel regarding this Consent and Waiver of Rights; and we emphasize that you remain completely free to consult with independent legal counsel at any time even if you decide to sign this Consent and Waiver of Rights.

RONALD RICHARDS & ASSOCIATES

*[signature]*

RONALD RICHARDS, Esq.

## CONSENT AND WAIVER OF RIGHTS

    I, _MATTIAS NORSTROM_ acknowledges the foregoing letter and its written disclosure pursuant to Rule 3-310 of the California Rules of Professional Conduct and hereby consents and agrees to the terms and conditions described therein, including (i) waiver of the right to disqualify Law Offices of Ronald Richards from representing Tommy Constantine, Phil Kenner or any of Law Offices of Ronald Richards other present or future clients in any transaction or litigation that might be adverse to Client; (ii) waiver of the right to assert that any lawyer in Law Offices of Ronald Richards owes, or owed Client any fiduciary or other attorney-client duty in connection with any transaction or litigation in the future; (iii) waiver of the right to bring suit against Law Offices of Ronald Richards (or any employee thereof) in connection with any transactions or litigation in the future as described above; (iv) waiver of the right to assert any conflict of interest in violation of Rule 3-310 of the California Rules of Professional Conduct; and (v) waiver of any alleged fiduciary or other attorney-client duty in connection with any such transaction or litigation as described above.

Dated: 6/13/2009        By: _[signature]_
                              Client

3                                                  z:\ron\jowdywaivers.wpd

ED-00002453

BX20-SD-00000867