exhibitindexes.com #489

Government
Exhibit

3500 - TN - 3
13-CR-607(JFB)

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PHILLIP A. KENNER, TRUST BENEFICIARY, THE SHANGRI-LA TRUST 1999, | ) NO. CV2012-055576 ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| JOHN KAISER, TRUSTEE, THE SHANGRI-LA TRUST 1999; JOHN KAISER, a married man; ELIZABETH KAISER, a married woman; JOHN AND JANE DOES I-VII, | ) ) ) ) ) |
| Defendants. | ) |
| JOHN R. KAISER, a married man as his sole and separate property; BRYAN BERARD, an unmarried man, | ) ) ) ) |
| Counterclaimants. | ) ) |
| vs. | ) ) |
| PHILIP A. KENNER, a single man, | ) ) |
| Counterdefendant. | ) |
| TYSON and KATHY NASH, husband and wife; DARRYL SYDOR; JERE LEHTINEN; DIMITRI KHRISTICH; WILLIAM RANFORD, | ) ) ) ) ) |
| Interveners. | ) ) |

**Nash confirms that Kenner was not part of the GSF**
...while being deposed by Jowdy, Kaiser and Berard's attorney in Arizona...

DEPOSITION OF TYSON NASH

Phoenix, Arizona
September 17, 2014
9:13 a.m.

Prepared for:                    BARTLOWE REPORTING SERVICES
                                 357 North Fourth Avenue
                                 Suite B
                                 Phoenix, Arizona 85003
(Copy)                           (602) 254-9116

BY:  CRYSTAL BARTLOWE, RPR
Arizona Certified Reporter #50198

Page 10

1     Q.     What's your understanding of the purpose of
2  the Global Settlement Fund?
3     A.     The Global Settlement Fund, um, my
4  understanding it was -- it's very broad.  It was gonna
5  be used for a number of things.
6     Q.     What were those things?
7     A.     When Tommy Constantine approached me about
8  it in my house, asking for the money, it was gonna be
9  used for basically to try and fix a lot of the wrongs
10 that, um, had been done to us over the years, with the
11 lawsuits, with Cabo, with Hawaii, with -- I guess all
12 of it that we had invested in over the years, pay
13 lawyers.
14    Q.     Can you explain that a little bit more?
15 What issues, what troubles, what lawsuits?
16    A.     Um, I think the main one was the lawsuit in
17 Cabo with Ken Jowdy, dealing with that.  They needed
18 extra funds to -- to basically -- at that time it was
19 supposed to finish the deal.  We were -- we were gonna
20 finally cross the finish line, they both loved to say,
21 um, and we needed to put more money into it, and on
22 top of the money that we put in, we were also gonna
23 gain more interest in current investments that we had
24 already been involved with.
25    Q.     When you say, "they loved to say" that, who

Page 11

1  was "they"?
2     A.     Tommy and Phil.
3     Q.     And so the purpose was to try to resolve
4  some of these issues that were going on in Cabo?
5     A.     In Cabo and a lot of the other investments,
6  I believe, yes.  I, I wasn't privy to everything,
7  but --
8     Q.     Did you contribute to the Global Settlement
9  Fund?
10    A.     Yes, I did.
11    Q.     Do you remember how much you contributed?
12    A.     100,000.
13    Q.     Do you remember when that was?
14    A.     No, I don't.
15    Q.     Did you ever receive an accounting of how
16 the money in the Global Settlement Fund was used?
17    A.     Tommy Constantine had gone over it with me
18 at one -- at one point, basically showing me where it
19 had all gone and went to, on one of his white boards
20 in his Eufora building.  Other than that, I had spoke
21 to his accountant, I believe, at one -- at one point
22 as well.
23    Q.     Do you remember who that accountant was?
24    A.     I don't.
25    Q.     Do you remember how Tommy Constantine told

Page 12

1  you the money was used?
2     A.     Yes.  He tried to show me on the
3  white board where it all went to and --
4     Q.     Do you remember where it went to?
5     A.     No, I don't.
6     Q.     Do you remember when that occurred?
7     A.     No, I don't.
8     Q.     Did you talk with Phil Kenner about this
9  Global Settlement Fund?
10    A.     No.
11    Q.     Could I see Exhibit 1, please.
12           Take a look at this, please.  This is
13 Exhibit 1.  If you could look at the third page.  Do
14 you see the entry on June 10th of 2009?  It says,
15 "K. Nash"?
16    A.     Sorry.  Where am I?
17    Q.     June 10th, 2009.
18    A.     June 10th.  I don't see a 10 here.  Am I
19 missing something here?
20           MR. BAKER:  No.  It's in microprint.
21    Q.     BY MS. LAVONIER:  It's very small.  It's
22 down -- it's down -- quite a ways down.  Yeah, keep
23 going.  You're getting close.
24    A.     Oh, here we go.  Yep.  Yes.
25    Q.     And how much does it say that was credited

Page 13

1  to the account?
2     A.     100,000.
3     Q.     And K. Nash, is that you?
4     A.     That's my wife.
5     Q.     And you would have authorized her to make
6  this transfer?
7     A.     Yes.
8     Q.     And that's the extent of your contribution
9  to the Global Settlement Fund?
10    A.     That's correct.
11    Q.     So only Tommy Constantine kept you updated
12 as to what was going on in the Global Settlement Fund?
13    A.     Yeah, I never asked a lot of questions, no.
14 Phil was typically who I talked to, but Tommy was,
15 from my understanding, the main guy behind the Global
16 Settlement Fund.
17    Q.     After you contributed the money, weren't
18 you curious how the money was being spent within the
19 Global Settlement Fund?
20    A.     Yes, I was, especially at the end.
21    Q.     Those were the questions you were asking
22 Tommy Constantine?
23    A.     Yeah, both, I guess.  At some point -- at
24 the end of it all, I believe -- I don't really know a
25 lot about the Global Settlement Fund, to be honest.