**Re: checking in**

Bob G [███]

**Sent:** Monday, March 14, 2011 8:29 PM
**To:** Peca, Michael

*[annotation: independent communication about the Cabo lawsuit in Mexico...]*

*[annotation: 2 weeks before his independent SDNY GJ testimony]*

Hello Michael,

Confirming received your message. Understand your comments I will respond properly a little later today.
Still dealing with the cases in Mx.

Thanks,

Bob

------Original Message------
From: Peca, Michael
To: Bob Gaudet
Subject: checking in
Sent: Mar 14, 2011 9:10 AM

Bobby,

Just wanted to touch base to see where the Cabo fraud suit is at. It's been eerily quiet. Also, when are we to sign the Los Fralise docs. I know your time was tied up with the Cabo filings but I still wanted to check on any update as I sure you understand we are all very uneasy about our funds these days.

*[annotation: Peca is receiving independent info about the Cabo cases (and the Jowdy cases in general)...]*

Thanks,

Michael Peca
[███]

https://www.nhlpasource.com/owa/mpeca@nhlpa.com/?ae=Item&t=IPM.Note&id=RgAA...   1/27/2012

## Fwd: Los Frailes

**Peca, Michael**

**Sent:** Monday, June 20, 2011 11:23 AM
**To:** Peca, Michael

Sent from my iPhone

Begin forwarded message:

> **From:** Bob Gaudet <​█████████>
> **Date:** May 3, 2011 12:15:40 PM EDT
> **To:** "Peca, Michael" <​█████████>
> **Subject: Re: Los Frailes**
>
> Michael,
>
> Thanks for the kind words!
> It's such a waste to have to go through this (all of us) but you have to do what's right.. The pressure is still on with respect to the Jowdy affair!
> Can't wait to have this behind us - with of course a positive result.
>
> As for Los Frailes - Do to the circumstances (Jowdy affair) it is in our best interest to keep the property off the radar at this time. The amount of negative influence coming from the Jowdy camp would be a distraction. (time and money) We do not want further compromise!
>
> Should you ever have time to travel down a visit to the site would be a must.
> Hard to put a gauge on when we will move forward on the pending process however, the indicators should be upcoming!
>
> Check with me regarding anytime you like.
>
> Regards,
>
> Bob
>
> One May 2, 2011, at 6:45 PM, Peca, Michael wrote:
>
>> Bob
>>
>> Hope all is well. Wanted to personally thank you for all of your hard work down in Mexico. Particularly in the Jowdy affair. Just

*Peca had independent representation in Mexico versus Jowdy for the Hawaii loans that Jowdy stole and Mexico funds that Jowdy embezzled...*

checking in again to see if any headway will soon be made with respect to Los Fralise.

Thanks for any info you could pass along.

Michael Peca

IMPORTANT NOTICE: This email was sent to you through email services hosted and maintained by the NHLPA. The mail service is available for use by current and former players and current NHLPA staff for official NHLPA business and/or for personal communications between players and staff. This email service is NOT to be used to solicit business or to further any other commercial purpose. If you have received this email and it contains a business solicitation or other unwanted content, please notify the system administrator at 1-800-363-4625 or send an email to emailabuse@nhlpa.com. Thank you for your understanding and cooperation.

IMPORTANT NOTICE: This email was sent to you through email services hosted and maintained by the NHLPA. The mail service is available for use by current and former players and current NHLPA staff for official NHLPA business and/or for personal communications between players and staff. This email service is NOT to be used to solicit business or to further any other commercial purpose. If you have received this email and it contains a business solicitation or other unwanted content, please notify the system administrator at 1-800-363-4625 or send an email to emailabuse@nhlpa.com. Thank you for your understanding and cooperation.

**From:**
**Sent:**
**To:**
**Subject:**

Kristin

Kristin Kristin
Monday, May 21, 2012 8:23 AM
johnrkaiser ▓▓▓ Galioto, Matthew
found this email exchange with bob gaudet re: los fraiies

One year before Kristen Peca confesses to Kenner on the 2012 FBI recordings that she has no knowledge of her husband's LOC -- and that "nothing" she has been told by the FBI -- Berard or Kaiser has proven to be true thru 2012...

Sent from my iPhone

Begin forwarded message:

**From:** Peca, Michael ▓▓▓
**To:** Kristin ▓▓▓
**Sent:** Sat, Jun 25, 2011 9:09 pm
**Subject:** Fwd: Following up

-----Original Message-----

**From:** Bob Gaudet ▓▓▓
**Date:** June 25, 2011 7:52:17 PM EDT
**To:** "Peca, Michael" ▓▓▓
**Subject: Re: Following up**

Hello Michael,

We are in communication and have a great relationship with the original title holder / seller of the East Cape property. They have a third party dispute on a portion of their land which sits within 1250 hectares. For this, the land is in state protection until resolved. Our property is also located within this 1250 hectares but not in conflict.

We haven't been pushing the process for a few reasons! With resource we could certainly take swift steps to get all settled. We could join or lead the legal process with the sellers and find the resolve. However to not incur extra expenses at this time; legal, structure, (fencing, personal etc) property taxes, monthly corporation

1

filings.... will run at around 100k annually once converted. Due to the economic changes, real estate market conditions etc the demand for development properties has lighten up considerably to say the least!
When you analyze the Baja California South conditions, (specifically the most know areas of Los Cabos) start up developments are on hold, development land deals are not being pursued.
If any action is going it's in the restructuring end, Hotel redo, conversions etc..

The issue with Jowdy aligns with the former Governor and his office who are now being charged with many crimes.. ( I will send the ariticule in separate email) This Governor was Jowdy's protector by way of the millions he paid for the support and personnel protection. Hard to believe from any perspective!
Our concern has been to protect our unrelated deal (east cape) from any unnecessary interference by Jowdy or related persons. It's not that Jowdy is so powerful but he has worked hard to be a bona fide criminal. He has levered the groups assets for favors, used banking funds for pay outs etc....
As you can imagine we do not want to give anyone the opportunity to interfere.

Hope your having a great summer!

Regards,

Bob

On Jun 20, 2011, at 11:06 AM, Peca, Michael wrote:

Bob,

Just wondering where we are at with respect to closing and having clear title. I was not completely clear on how Jowdy somehow was an obstacle. Perhaps we could chat on the phone for better clarity.

Thanks,

2

Former Jowdy employee **David Boyden** told the FBI in February 2010 per FBI notes (3500-DBP-1-r at 3): *"Carrafiello told Boyden that any bribes that were given to the Mexican Government were classified on the books as Consultant Fees."*

This was noted by FBI agent Galioto on February 12, 2010...

Michael Peca

Sent from my iPhone

IMPORTANT NOTICE:  This email was sent to you through email services hosted and maintained by the NHLPA.  The mail service is available for use by current and former players and current NHLPA staff for official NHLPA business and/or for personal communications between players and staff.  This email service is NOT to be used to solicit business or to further any other commercial purpose.  If you have received this email and it contains a business solicitation or other unwanted content, please notify the system administrator at 1-800-363-4625 or send an email to emailabuse@nhlpa.com.  Thank you for your understanding and cooperation.

IMPORTANT NOTICE: This email was sent to you through email services hosted and maintained by the NHLPA. The mail service is available for use by current and former players and current NHLPA staff for official NHLPA business and/or for personal communications between players and staff. This email service is NOT to be used to solicit business or to further any other commercial purpose. If you have received this email and it contains a business solicitation or other unwanted content, please notify the system administrator at 1-800-363-4625 or send an email to emailabuse@nhlpa.com. Thank you for your understanding and cooperation.