Från: philip a kenner <pak33@mac.com>
Ämne: **FW: Norstrom**
Datum: ti 6 jan 2009 17.52.57 GMT+01:00
Till: Mattias Norstrom <mattiasnorstrom@mac.com>
Kopia: Bob Gaudet <pacprop@gmail.com>

Mattias:

Please print the following email from our attorney in Cabo, Javier Troncoso.   Please sign it at the top and fax it to me ASAP at 646.827.0832.

This will initiate the criminal actions against Jowdy related to the airport that have been prepared over the last month.

Call me with any questions.   I have taken care of the witness issue that Javier requested.

Happy New Year.

Thanks.   Phil

------ Forwarded Message
**From:** Bob Gaudet <pacprop@gmail.com>
**Date:** Mon, 05 Jan 2009 11:03:14 -0700
**To:** Phil Kenner <pak33@mac.com>
**Subject:** Fwd: Nordstrom

PK,

We need two witnesses for Norstrom. (Name and Address)
Also need Norstrom to sign something instructing JTroncoso to proceed criminally against Jowdy. As noted below could sign this email, but don't believe the commentary is as expectation of.

Begin forwarded message:

**From:** "Lic. Javier Troncoso Valle" <jtv@btlaw.com.mx>  *(Norstrom's Mexico attorney)*
**Date:** December 17, 2008 8:30:06 PM MST
**To:** "'Phil Kenner'" <pak33@mac.com>
**Cc:** "'Bob Gaudet'" <pacprop@gmail.com>
**Subject: FW: Nordstrom**

Phil and Bob,

Following up with our telephone conference regarding the criminal complaint of Ken Jowdy I inform you the following:

Norstrom was promised to obtain shares from Lor Management, SA de CV (LM) and at the same time LM was the major owner of Aeropuerto Cabo San Lucas, SA de CV, everything in exchange of $400,000 USD.  Ken Jowdy agreed to give Norstrom shares of LM which indirectly owned Aeropuerto Cabo San Lucas, S.A. de C.V. prior to January 2008.

We need the two full names of the witnessess including addresses.

Please review and check if you are OK.  Also, please obtain the OK of Norstrom on top of this e-mail instructing us to proceed criminally against Ken Jowdy.

Thanks,

Javier Troncoso


Javier Troncoso, Esq.
Bufete Troncoso
Attorneys at Law
Condominios Miramar
Paseo San José S/N
Edificio 2-A
Los Cabos, Baja California Sur
México 23400
Tel. (624) 142-4435
Fax (624) 142-4966
jtv@btlaw.com.mx <BLOCKED::mailto:jtv@btlaw.com.mx>