**Messages**  **Gaudet Bobby**  **Edit**

> Berard just sent threatening text to me. They know you are in parking lot.   Just a heads up.   Devo
> U 2 DUMB Bastards. At court house wth Bob Gaudet signing criminal papers against Jowdy?? You 2 will never get on property now and will be getting sued in
>
>  the USA.. You have NO clue what your signing. yourjust as BAD as Kenner and Gaudet now. IDIOTS

 iMessage   Send