**Clearly – Kenner has ZERO concerns about them speaking with the FBI thru independent counsel (Ronald Richards).**

**Less than 3 months after most of these guys agreed to release their LOC collateral after calls with Northern Trust…**

**In June 2009 – when Galioto first contacted Ronald Richards about a Kenner proffer – Kenner instructed all of the México and Hawai'i investors to speak with their independent attorney about interviewing with the FBI –** *contrary to Kaiser's EDNY trial claims* (*Tr.1033-1035*)

| | | | | | |
|---|---|---|---|---|---|
| 9481 | +46708874363<br>Mattias Norstrom* | 6/30/2009 4:59:24 PM(UTC+0) | Sent | **Please call Ron Richards. He needs you for an interview.** | |
| 9482 | +17163743234<br>Michael Peca* | 6/30/2009 4:59:49 PM(UTC+0) | Sent | **Please call Ron Richards. He needs you for an interview.** | |
| 9483 | +17168034903<br>Jay McKee* | 6/30/2009 5:00:22 PM(UTC+0) | Sent | **Please call Ron Richards today. He needs you for an intervie.** | |
| 9484 | +19725230505<br>Darryl Sydor* | 6/30/2009 5:01:17 PM(UTC+0) | Sent | **Please call Ron Richards. He needs you for an interview. Thanks.** | |
| 9485 | +14254667663<br>Turner Stevenson* | 6/30/2009 5:01:36 PM(UTC+0) | Sent | **Please call Ron Richards. He needs you for an interview. Thanks.** | |
| 9486 | +13109947559<br>Glen Murray* | 6/30/2009 5:01:54 PM(UTC+0) | Sent | **Please call Ron Richards. He needs you for an interview. Thanks.** | |
| 9487 | +14802354193<br>pk*<br><br>+14103532999 | 6/30/2009 5:02:08 PM(UTC+0) | Sent | **Please call Ron Richards. He needs you for an interview. Thanks.** | |

| | | | | | |
|---|---|---|---|---|---|
| | Sergei Gonchar* | | | | |
| 9488 | +14015246929 Bryan Berard* | 6/30/2009 5:02:17 PM(UTC+0) | Sent | **Please call Ron Richards. He needs you for an interview. Thanks.** | |
| 9493 | +19725230505 Darryl Sydor* | 6/30/2009 6:07:40 PM(UTC+0) | Sent | **Left you a message. Call Ron.** | |
| 9494 | +14254667663 Turner Stevenson* | 6/30/2009 6:08:26 PM(UTC+0) | Sent | **310.753.8777. Ron's cell** | |

- Please note that **Sydor – Berard – Gonchar – Murray – Peca – and Norstrom** were all of the Hawai'i LOC clients and had just given up their collateral.  This would have been a suicide call for Kenner if there was anything concealed – or unknown at the time by the investors about the Jowdy loans from Hawai'i.   Only Nolan was not on the notification list – as he had just perjured himself in the 2009 arbitration about his LOC knowledge at all – despite his own Northern Trust bankers deposition (Aaron Mascarella) months earlier about independent communication without Kenner from 2003-2006.

*Reply from FBI interview setups –*

| | | | | | |
|---|---|---|---|---|---|
| 8229 | +46708874363 Mattias Norstrom* | 6/30/2009 3:08:45 PM(UTC+0) | Read | Sorry Phil, We're on a vacation and limited internet access. I tried you on Skype a few times,my cell us working again. Matty | |
| 8230 | +17163743234 Michael Peca* | 6/30/2009 5:00:36 PM(UTC+0) | Read | When | |
| 8231 | +14015246929 Bryan Berard* | 6/30/2009 5:04:45 PM(UTC+0) | Read | Emailed him my cell told him I available this afternoon or tonite. What's his cell #?? | |
| 8232 | +19725230505 | 6/30/2009 5:05:10 PM(UTC+0) | Read | I will ned to talk to u before | |

| | | | | |
|---|---|---|---|---|
| | Darryl Sydor* | | | |
| 8233 | +19725230505 Darryl Sydor* | 6/30/2009 5:12:36 PM(UTC+0) | Read | Who's interview with |
| 8234 | +17168034903 Jay McKee* | 6/30/2009 5:28:39 PM(UTC+0) | Read | I emailed him my number earlier |
| 8235 | +14254667663 Turner Stevenson* | 6/30/2009 5:39:54 PM(UTC+0) | Read | Rons cell num please |
| 8236 | +46708874363 Mattias Norstrom* | 6/30/2009 5:40:08 PM(UTC+0) | Read | Called his office his's unavaible |
| 8237 | +19725230505 Darryl Sydor* | 6/30/2009 6:09:40 PM(UTC+0) | Read | Tried u back I am freee |

*This is consistent with Kenner's discussions with Jowdy México employee – Robert Burdick – who proffered with the FBI at that same time –*

- *See OBJ-004 -- 3500-RB-1-r*





Contrary to Kaiser's EDNY trial allegations about Kenner screaming at him about NOT talking to the FBI...