DEPOSITION OF KENNETH JOWDY, VOL. I

```
 1      SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2        COUNTY OF LOS ANGELES, CENTRAL DISTRICT
 3
 4
 5   GREG DEVRIES, JASON        )
     WOOLLEY, CHRIS SIMON,      )
 6   MATTIAS NORSTROM, VLADIMIR )
     TSYPLAKOV, JAY MCKEE,      )
 7   RAYMOND MURRAY, GLEN MURRAY,)
     BRYAN BERARD, DARRYL SYDOR, )
 8   DIMITRI KHRISTICH, SERGEI  )
     GONCHAR, MICHAEL PECA AND  )
 9   JOZEF STUMPEL, TYSON NASH, )
     BRIAN CAMPBELL, STEVE      )
10   RUCCHIN, TURNER STEVENSON, )
                                )
11       PLAINTIFFS,            )
                                )
12   VS.            ) CASE NO. BC416081
                                )
13   KENNETH A. JOWDY, AN       )
     INDIVIDUAL; AND DOES 1     )
14   THROUGH 100, INCLUSIVE,    )
                                )
15       DEFENDANTS.            )
     _____)
16
17              VOLUME I
18
19       DEPOSITION OF KENNETH JOWDY, TAKEN
20   ON BEHALF OF THE PLAINTIFFS, AT 9255
21   DOHENY ROAD, SUITE 602, WEST
22   HOLLYWOOD, CALIFORNIA, COMMENCING AT
23   9:40 A.M., TUESDAY, JANUARY 5, 2010,
24   BEFORE ALEJANDRIA E. KATE, CSR NUMBER
25       11897.
                                           2
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFFS:
 4      RONALD RICHARDS & ASSOCIATES, A.P.C.
        BY: RONALD RICHARDS, ESQ.
 5      9255 DOHENY DRIVE
        SUITE 602
 6      WEST HOLLYWOOD, CALIFORNIA 90069
        310.556.1001
 7      RON@RONALDRICHARDS.COM
 8
 9
10   FOR THE DEFENDANT KENNETH A. JOWDY:
11      CALDWELL LESLIE & PROCTOR, P.C.
        BY: ROBYN C. CROWTHER, ESQ.
12      1000 WILSHIRE BOULEVARD
        SUITE 600
13      LOS ANGELES, CALIFORNIA 90017-2463
        213.629.9040
14      CROWTHER@CALDWELL-LESLIE.COM
15
16
17   ALSO PRESENT:
18      GREG DEVRIES   ←
19      JASON WOOLLEY
20      PHIL KENNER
21      JOHN KAISER
22      TAFFY JOWDY, JR.
23      TIM BARKER, LEGAL VIDEO SERVICES
24
25
                                           3
```

```
 1                I N D E X
 2
 3   DEPONENT:      EXAMINED BY:       PAGE:
 4   KENNETH JOWDY   MR. RICHARDS        6
 5        (AFTERNOON SESSION)          172
 6
 7
 8
 9   EXHIBITS FOR IDENTIFICATION:
10   PLAINTIFFS':
11   A - C.D.                           90
12
13
14
15
16   QUESTIONS UNANSWERED BY THE DEPONENT:
17        PAGE:  LINE:
18         31     4
           32     1
19         47     4
          180     3
20        182    14
          183     9
21        237    15
          287    11
22        340    13
          340    22
23        343    17
24
25
                                           4
```

```
 1         WEST HOLLYWOOD, CALIFORNIA, TUESDAY
 2              JANUARY 5, 2010
 3              9:40 A.M.
 4
 5         THE VIDEOGRAPHER: AND GOOD
 6   MORNING. WE'RE ON THE VIDEOTAPE RECORD, BEGINNING
 7   TAPE NUMBER 1, VOLUME NUMBER I, AT 9:40 A.M.
 8         MY NAME IS TIM BARKER, AND I'M THE
 9   VIDEOTAPE OPERATOR. MY BUSINESS ADDRESS IS
10   2702 CASTLE HEIGHTS PLACE IN LOS ANGELES,
11   CALIFORNIA 90034. THE NAME OF MY EMPLOYER IS
12   LEGAL VIDEO SERVICES.
13         TODAY'S DATE IS JANUARY THE 5TH,
14   2010. THE LOCATION OF TODAY'S DEPOSITION IS THE
15   LAW OFFICES OF RONALD RICHARDS. AND -- LET'S SEE.
16   THE CASE CAPTION IS "GREG DEVRIES V. KENNETH A.
17   JOWDY." THE NAME OF THE WITNESS IS KENNETH A.
18   JOWDY.
19         AND WILL COUNSEL PLEASE MAKE VERBAL
20   INTRODUCTIONS FOR THE RECORD.
21         MR. RICHARDS: RONALD RICHARDS, FOR
22   THE PLAINTIFFS.
23         MS. CROWTHER: ROBYN CROWTHER, FOR
24   MR. JOWDY.
25         THE VIDEOGRAPHER: VERY GOOD. WILL
                                           5
```

KELLI NORDEN AND ASSOCIATES    310.820.7733   FAX: 310.820.7933