**Unknown**

---

**From:** Jere Lehtinen <lehtinenjere@yahoo.com>
**Sent:** Tuesday, January 31, 2012 10:04 PM
**To:** Jeff Kowall
**Subject:** Fw: Update


----- Forwarded Message -----
**From:** Michael Stolper <michael@stolpergroup.com>
**To:** Bill Ranford <branford@lakings.com>; Brian Campbell <brianwcampbell51@gmail.com>; Bryan Marchment <mush27@sympatico.ca>; Dimitri Khristich <deemkh@hotmail.com>; Glen Murray <gmuzz27@yahoo.com>; Greg DeVries <de7vo@rogers.com>; Jason Woolley <jasonwoolley@mac.com>; Jere Lehtinen <lehtinenjere@yahoo.com>; Jozef Stumpel <dodo@nhlpa.com>; Mattias Norstrom <mattiasnorstrom@mac.com>; Michael Peca <kmpgp@aol.com>; Nick Privitello <nick@harborsystemsgroup.com>; Rem Murray <krmurray@nhlpa.com>; Robert Rizzi <rjrizzi28@optonline.net>; Steve Rucchin <srucchin@nhlpa.com>; Theodore Hughes <trhughes1964@yahoo.com>; Turner Stevenson <turnerandkim@comcast.net>; Vitali Yachmenev <vtyach@yahoo.com>; Vladimir Tsyplakov <tsypa@tut.by>
**Cc:** "bberard4@gmail.com" <bberard4@gmail.com>; Bobby Rizzi <rjrizzi28@optonline.net>; "cr@gentry.com" <cr@gentry.com>; "johnrkaiser@gmail.com" <johnrkaiser@gmail.com>; "kenner33@gmail.com" <kenner33@gmail.com>; TR Hughes <trhughes1964@yahoo.com>; "trgaarn@optonline.net" <trgaarn@optonline.net>
**Sent:** Tuesday, June 28, 2011 3:23 AM
**Subject:** Update

Gentlemen:

It is time for an update.

As you may recall, we filed a lawsuit in Arizona state court against Tommy Constantine and his cohorts for misappropriating and mismanaging Eufora. We brought the case in the name of AZ Eufora Partners I, LLC, the company through which many of you invested in Eufora, as well as in the name of the two police officers in New York who were part of a $400k investment in Eufora in December 2009, Robert Rizzi and TR Hughes, both close friends of John Kaiser. In the lawsuit, Constantine took the position that the police officers had no standing to sue since they weren't actual members of Eufora because he had never given them any "official paperwork." It was crazy to think that he could solicit their investment in Eufora through emails, take their money, treat them as Eufora members in writing, in voicemails, at members only meetings (like last August) but then turn around and claim after-the-fact that the two police officers were not members, but that is exactly what Constantine did.

Despite the fact that we presented an excellent case against Constantine, and overwhelming evidence of the police officer investments, the Arizona judge granted Constantine's motion to **temporarily** dismiss the case (we have the right to re-file the case without the police officers). IMPORTANT TO NOTE: the Judge never once addressed the merits of the case; he merely based his decision on technicalities that will be easily addressed in a newly filed complaint. Also the judge granted Constantine $43k in legal fees against the two police officers and AZ Eufora. There is no basis for any of this, and this should be easily reversed. In fact, we have already filed our appeal.

Bottom line is that we still feel very good about our Arizona case and will continue to pursue your rights against this thief who has shown no limit as to how far he'll go to lie.

Now, to the good news. By lying in the Arizona case, Constantine basically admitted to committing securities

1

fraud with respect to the police officers (yes, it's a federal crime to solicit monies for an investment and then not deliver, as Constantine admitted he did in the Arizona case). I recently filed a federal lawsuit in New York on behalf of the two police officers against Constantine for stealing their money. When we served him, he was in an airplane hangar (financed by a number of you) about to board a private jet (also financed by a number of you) with a bunch of strippers (or women that looked like strippers or washed up Playmates). The process server said that Constantine turned white and was very surprised when she served him with our New York lawsuit.

So far, Constantine has failed to comply with the New York Judge's Order that he appear in the New York action. He was supposed to put in papers in opposition to our preliminary injunction motion to freeze his assets but has not. I've also notified the SEC about our New York lawsuit and Constantine's federal crimes.

I know that I've compressed a lot of information into a short email. Feel free to reach out to me if you would like more detail or if you have any questions. Rest assured that I will not let this guy off of the hook for what he's done to all of you.

Michael


**The Stolper Group LLP**
155 Avenue of the Americas
Third Floor
New York, NY 10013
212-337-3502
Michael@StolperGroup.com