*Sydor texts re: filing Constantine bankruptcy*

| | | | | |
|---|---|---|---|---|
| 14399 | +14802354193 pk* +16512607179 Darryl Sydor* | 3/21/2013 8:14:25 PM(UTC +0) | Sent | **FILED** |
| 15957 | +14802354193 pk* +16512607179 Darryl Sydor* | 3/21/2013 8:16:32 PM(UTC +0) | Read | Who else did it. |

| | | | | |
|---|---|---|---|---|
| 14400 | +14802354193 pk* +16512607179 Darryl Sydor* | 3/21/2013 8:19:13 PM(UTC +0) | Sent | ME. Stumpel. DeVries. G. Murray. R. Murray. Rucchin. Campbell. Ranford. Norstrom. |
| 15958 | +14802354193 pk* +16512607179 Darryl Sydor* | 3/21/2013 8:19:54 PM(UTC +0) | Read | Not Ty's  *(Tyson Nash)* |
| 14401 | +14802354193 pk* +16512607179 Darryl Sydor* | 3/21/2013 8:20:58 PM(UTC +0) | Sent | He got his shares from 2008. |
| 15959 | +14802354193 pk* | 3/21/2013 8:23:04 | Read | Oh |

1

*Sydor texts re: filing Constantine bankruptcy*

| | +16512607179 Darryl Sydor* | PM(UTC+0) | | |
|---|---|---|---|---|

Sydor sends Kenner authorization to sign Pro Per bankruptcy lawsuit versus Constantine:

| 14299 | +14802354193 pk* <br><br> +16512607179 Darryl Sydor* | 3/20/2013 3:38:43 AM(UTC+0) | Sent | Can you resend your authorization v. Constantine, please. I can't seem to find it. |
|---|---|---|---|---|
| 15902 | +14802354193 pk* <br><br> +16512607179 Darryl Sydor* | 3/20/2013 5:11:56 PM(UTC+0) | Read | Did |

Bankruptcy dismissal letter:

| 14852 | +16512607179 Darryl Sydor* | 4/1/2013 12:02:22 PM(UTC+0) | Sent | You should have your SUMMONS in MN for the case v. Constantine. I need that as soon as you have it. |
|---|---|---|---|---|

Sydor mails case termination letter to Kenner for Constantine bankruptcy:

| 15833 | +14802354193 pk* <br><br> +16512607179 Darryl Sydor* | 4/24/2013 4:13:33 PM(UTC+0) | Sent | Please print out your Constantine dismissal letter his attorney attached and sign/scan/email it back to me. Call me with any questions. All good. Pk |
|---|---|---|---|---|

2

*Sydor texts re: filing Constantine bankruptcy*

| | | | | |
|---|---|---|---|---|
| 17033 | +14802354193 pk* <br><br> +16512607179 Darryl Sydor* | 4/24/2013 4:16:23 PM(UTC+0) | Read | K tomorrow |