

- Masood Bhatti - Lehman Bros.
  - got a piece of Hawaii deal

- 260 acres - 1st piece of Hawaii investment
  - just kept buying / expanding → 6,000 acres total

- Alan Warden = Windwalker = Accountant / contact

(JC) met Jowdy = 2x in NYC

① times — in NYC = Trust (2003) = Jowdy restaurant discuss.
there @ (JC) / = discuss project in Hawaii
(KJ) - with a girl / = funding in Mexico

② time — another time @ a bar = in NYC = bar
- discussed Hawaii
- lending $ from Hawaii to Mexico (KJ)(JK)

(JC) - not sure how (KJ) & (JC) met

(JC) = saw (KJ) in Mexico couple times
again discussed (KJ) wanted to borrow $ from Hawaii to Mexico
- would pay back after closing

- KJ – brought up borrowing $ from Hawaii project → $5M/$6M
- borrowed millions from Hawaii project
  - 1st was going to be $100's k ≠ not millions
  - JK – not happy $ amt started to grow to Millions of $ to Mexico

[annotation: 2004 Hawaii loan agreement]

- discussed – Brian Berard / JK
- was Agreement to borrow $ from Hawaii –

- KJ to JK – in NYC
- KJ – don't worry all $ will come back; get repaid
- JK –
- discussed $ from Hawaii to Mexico
  - just to be used for Mexico
  - no other project

- Question to JK:
- 2006 – update letter on Hawaii project –
  - JK – yes, I recall letter
  - JK – made these many times

[annotation: Many update letters from Kenner to the investors per Kaiser proffer...]

- JK – never got $ back from KJ / Mexico

- JK –

[annotation: Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior -- *if actually TRUE!*]

(3)

## Eufora

2007 = JK met Tommy Constantine in AZ @ JK's house

TC = introd as self made millionaire to JK

JK = heard about Eufora thru players / guys that Eufora - company will be big one day

in beginning = need couple hundred thousand @ first

JK — $2.2M — over 3yr period invested

JK borrowed from family - majority of $
 - Mother
 - brothers - Keith

JK = includes JK's friends $ -
 - JK got 4 friends to invest

Donny Rae → ex-hockey player - lives in AZ
 - bringing investors in Hawaii

JK = met DR - 1yr ago = heard of him prior
 - when put house for sale in AZ - JK's house
 - Brian Berard & JK own - 2½ yrs ago bought
 - JK - raised $ from friends to buy house in AZ

(4)

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from (TG)
- not invested in Hawaii

- (TC) - trying to fund $ for Hawaii w/ own funds
  - suppose to use own $ to fund Hawaii

- Ultimately $ came from friend of (TC)
  - $4M - Waikapuna closing

Robert Gaudet
(JK) met (RG) - ≡ golf pro
             ≡ knows people in Mexico

- tried to get $ for Hawaii

- believe above indiv. getting paid for getting $
  ≡ (RG)
  ≡ (TG)

1st heard 2005 ≡ heard of Enfora from (JK) or players

(TC) = showed (JK) Agreements w/ banks & credit card companies
     = wanted increase ownership in Enfora → (TC)'s own shares in
     = appeared to be great company → (JK)

(5)

= Dish Zero = (TC) —→ and Mark Ambrosio
Taser          running $ from Eufora
              accounts to these investments

              Sergei Gonchar $ going to

all (JK) investment $ to (TC) went from
(JK) = TD Bank accts

(JK) - rec'd couple hundred thousand back
from (PK)
(JK) fronted $ for renovation (PK)
house in AZ

(PK)  ← (JK) - gave (PK) $ from his house sale in
needed        Smithtown, NY
for Myrick       (PK) never repaid
lawsuit

(6)



(JC) involved w/ → renovated — (JK) → brothers did work
≡ Hermosa Beach house - (PK) - owned ~~to them~~ sold
- (PK) - owes $ from house construction/renovate

- (JK) - brothers worked on house ≡ took 4 months

(JK) - raised funds to buy house from:
  ≡ (JK) - mother
  - brothers
  - friends

(JK) - not rec'd $ from (PK) on house yet
(PK) - will get $ from Hermosa Beach house when AZ house sells
  ≡ on market now

_____

(JK) - met (NJ) in Hawaii

* Nick James -
  ≡ did stuff for Hangtong racing + (TC)

(NJ) called (TC) ~~to get married~~
  $30k-80k - asked $ from (TC) - (TC) said no
  (1) borrowed from (PK)

(NJ) ≡ did NOT work or invest in Hermosa Beach house

⑧

Los Frailles - investment

≈ 2008

- JK + has friends invested in ≈ $1M

- JK - included in the $1M

• purchase property + develop

$1M used to purchase property ⇒ sell parcels to get $ back from 1st investment

→ Bobby Goudet - told JK about investment

JK - not involved in Los Frailles
↓
does have clients involved / hockey players

JK - went down there w/ friends to see

JK - 6 mos. ago in Cabo ≡ Toudy project
  ≡ golf course - done
  ≡ suppose to put up condo
  ≡ never went to North property
      DDM

⑨



- $5M-6M — KJ borrowed/rec'd/loaned
- KJ — borrowed from Hawaii project → to Mexico
- KJ — borrowed from Glen Murray too - for Mexico
- KJ = Might have repaid couple hundred thousand to Hawaii

- JK — did see Hawaii bank acct statements

- accountant for Hawaii project
- JK not rec'd K-1's ever
- JK will get name of accountant before Lehman can in.

- JK = never rec'd K-1's from Hawaii
- = took two yrs to get from Allan Warden
- will receive K-1's soon

END 1:15 PM

**Kaiser confirms seeing all of the Hawaii bank statements -- so there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT -- See PK26**

**Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during a 2 hour and 15 minute meeting at Kaiser's home during EDNY testimony...*Tr.1120-1122***

10