Lehman and Danske 9/23/08 Loan Value Comparisons

| Asset Name | 9/23/08 CBRE Loan Values Provided 8/13/11 | | 9/23/08 CBRE Loan Values | | 9/23/08 Danske Loan Values |
|---|---:|---|---:|---|---:|
| 1200 MAIN LOAN | 16,340,000 | | 16,340,000 | | 24,500,000 |
| LODGE AT RANCHO MIRAGE | 144,270,000 | * | 32,000,000 | ** | 32,000,000 |
| 10000 SANTA MONICA WHOLE LOAN | 53,060,000 | | 53,060,000 | | 22,100,000 |
| 1133 WESTCHESTER MEZZ WHOLE LO | 7,970,000 | | 7,970,000 | | 11,100,000 |
| CABO SAN LUCAS LAND WHOLE LOAN | 58,490,000 | | 58,490,000 | | 33,700,000 |
| PLAYA PELICANO WHOLE LOAN | 9,580,000 | | 9,580,000 | | 13,650,000 |
| KNICKERBOCKER HOTEL SENIOR WHO | 188,910,000 | | 188,910,000 | | 72,100,000 |
| WINDSOR BLVD SENIOR | 9,880,000 | | 9,880,000 | | 9,100,000 |
| RIANDE MIAMI BEACH SR MEZZ WHO | - | | - | | - |
| SNOWMASS A NOTE WHOLE LOAN | 5,120,000 | | 5,120,000 | | 2,944,271 |
| SNOW MASS - B NOTE WHOLE LOAN | 12,420,000 | | 12,420,000 | | 6,997,196 |
| PROJECT TROIS BRIDGE MEZZ I WH | 80,860,000 | | 80,860,000 | | 20,000,000 |

| | | | |
|---|---:|---:|---:|
| Resi Loan Pool | 265,434,180 | 265,434,180 | 165,565,625 |
| Total Value | 852,334,180 | 740,064,180 | 413,757,092 |
| Total Repo Facility | 1,100,000,000 | 1,100,000,000 | 1,101,192,113 |
| Interest, Legal, & Other Fees | - | - | 12,222,414 |
| Total Deficiency | 247,665,820 | 359,935,820 | 699,657,435 |

\* Represents the property value as of 8/31/08 provided to Lehman by Trimont Real Estate Advisors.

\*\* Represents the 9/23/08 Loan Value provided by Danske Bank