B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC ✓    Danske Bank A/S, London Branch ✓
Name of Transferee                       Name of Transferor

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

With a copy to:

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): 17247 ✓
Amount of Claim as Allowed: $580,000,000.00
Amount of Claim Transferred: $500,000,000.00
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____    Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

695595.1 153/05333

Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

695595.1 153/05333

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Danske Bank A/S, London Branch** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman Sachs Lending Partners LLC** (the "Assignee") an undivided **86.20689655%** portion (*i.e.*, **$500,000,000.00** of the settled amount described below) (the "Assigned Claim") of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), reflected in proof of Claim No. 17247 filed by Assignor or its predecessor-in-interest with the Bankruptcy Court as settled and allowed in the amount of $580,000,000.00 by Bankruptcy Court Order dated November 18, 2011, against **Lehman Brothers Holdings Inc.** (the "Debtor"), the debtor in Case No. **08-13555** (JMP) ("Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all payments or distributions of money or property in respect of the Assigned Claim be delivered or made to the Assignee.

693973v.3

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this December 6, 2011.

DANSKE BANK A/S, LONDON BRANCH

By: _____
Name: JOVAN ATKINSON
Title: AUTHORISED SIGNATORY

By: _____
Name: PETER HUGHES
Title: AUTHORISED SIGNATORY

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

693973v.3

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this December 6, 2011.

DANSKE BANK A/S, LONDON BRANCH ✓

By: _____
Name:
Title:

By: _____
Name:
Title:

GOLDMAN SACHS LENDING PARTNERS LLC ✓

By: _____
Name:
Title:

Ivan Anderson
Authorized Signatory

693973v.3

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>   <u>Danske Bank A/S, London Branch</u>
Name of Transferee                         Name of Transferor

Name and Address where notices to transferee should be sent:

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Michelle Latzoni
Phone: 212-902-3032
Email: gsd.link@gs.com

Court Claim # (if known): <u>17247</u>

Amount of Claim as Allowed: <u>$580,000,000.00</u>

Amount of Claim Transferred: <u>$80,000,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

20

742269v.3 3091/00154

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   Date: 9/27/12
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
        Transferor/Transferor's Agent

21

742269v.3 3091/00154

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 9\27\12
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
    Transferor/Transferor's Agent

21

742269v.3 3091/00154