| | | | | |
|---|---|---|---|---|
| **DM London Branch**<br>from 4890 GB - DM London Branch<br>David George Daniel, ext. 58078 | | **Credit Application** | 06.03.2009 | 10:36 |

Date reviewed:
Next review:

Customer no. 9018493230    File No. 4890016643    Credit responsible    3945 DK
Customer-service branch    4890 GB
Customer classification    US

**Cabo San Lucas S. de. R.L. de C.V.**
c/o Danske Bank, Attn: Credit, Shb
75 King William Street
London
London
EC4N 7DT

Business:    Financial intermediation n.e.c

<u>Application for</u>  USD 125,138,328.00 Line
To assign existing debt, refinance facilities and fund future development

<u>√ collateral:</u> Various collateral

<u>Comments:</u> This application has already been approved.
See extended comments. Recommended.

David Daniel/Peter Hughes                    London Branch

| Limits | Utilization | Facilities   (in 1,000 USD) | Collateral | Est. value |
|---|---|---|---|---|
| 125,134 | 0 | Facilities sought | Proposed collateral | 0 |
| 109,138 | 1,601 | Credit facilities | | |
| -109,134 | 0 | Excess (not approved)/Offset | | |
| 125,138 | 1,601 | Total exposure with the customer | Unsecured   125,138 | |

Reply:                                            App. reply

Deposits:        Customer                Custody:        Customer
(in 1,000 USD)                           (in 1,000 USD)

*[handwritten]* withdrawn + re-presented @ 24/4

Name: Cabo San Lucas S. de. R.L. de C.  
Customer no.: 9018493230  
File No.: 4890016643  
Date: 06.03.2009 cl. 10:36  
Cust. branch: 4890 GB

---

Comments:

| | |
|---|---|
| Borrower: | Diamante Cabo San Lucas S. De. R.L. De C.V |
| Facility: | USD 125.1 mio Term Loan and Revolver expiring 31 March 2012 with a two year extension option subject to a USD 25.0 mio debt cancellation |
| Tranches: | Term Loan - USD 109.1 mio bullet repayment on maturity (USD 25.0 mio prepayment on extension option exercise)<br>Revolver - USD 16.0 mio |
| Purpose: | To finance the land purchase and development of a golf course, club house, three residential villas and necessary infrastructure at Cabo San Lucas, Mexico. |
| Margin: | Term Loan - 300 bps accruing<br>Revolver - 500 bps accruing |
| Commitment Fee: | Revolver - 250 bps |
| Security: | First fixed and floating security over the land and buildings at Cabo San Lucas; downstream guarantees; Pledge over shares and the Personal Guarantee of Ken Jowdy |

This is one of the 11 collateral assets for the USD 800 mio Lehmans Repo. Following the default of that facility we have liaised closely with Cabo to agree a restructuring to enable the maximisation of our future recovery.

Borrower is a Mexican LLC and a wholly owned subsidiary of Diamante Cabo San Lucas LLC - a Delaware LLC. This intermediate HoldCo is 40% owned by KAJ Holdings LLC (Ken Jowdy); 39% by Baja Ventures 2006 LLC (Phillip Kennar); 13% Diamante Properties LLC and 8% CSL Properties 2006 LLC (the latter two being 3rd party investment). The remaining 1% is held by Ken Jowdy. We have met him a number of times and have visited the site. We have found Ken to be open and communicative and consider him to be well placed/regarded in the local community to bring this development forward.

The USD 125 mio Lehmans bilateral line is drawn at USD 107.5 mio. Expiry is March 2009, with two one-year extension options. Prior to the Lehmans failure a number of valid drawdown requests were not funded, triggering a lender default. Given this, our advisors confirm that foreclosure will leave us open to counter-claims from the borrower. This limits our options and despite the apparent collateral value, we do not consider it to be in our interests to foreclose at this stage. We consider that a sale to a 3rd party investor will also present the same complications.

Cabo is a 1500 acre Pacific beachfront location in Mexico. Development is at an early stage and already comprises a championship golf course and certain pre-development work (desalination plant and roads), construction is yet to commence. The site is fully entitled to build 595 residential villas, a 2nd golf course, 2 clubhouses and spa facilities. There is also capacity for further residential units and space for 3 hotels.

The site was acquired by Diamante for USD 73 mio in March 2006 and USD 72 mio has since been invested in obtaining entitlements and the pre-development work/golf course. USD 8.4 mio of original cash equity was injected. Exit was to have been via long term development funding but in the current environment this route is not open to us.

While we may be able to sell the debt in the distressed debt market, we do

Name: Caso BahaLucaBus.de.J.L.B.de.C.   Date: 06.03.2009 ul. 10:36
Customer no.: 9018493230     File No.: 4890016643     Cust. branch: 4890 GB

not consider this viable in maximising our recovery - the current forced sale value is USD 200.0 mio (65% LTV). Given that we cannot currently foreclose, we recommend an extension and restructuring to allow the stabilisation of the site and to give the developer the means to commence vertical development. Entering into the restructuring will be conditional upon the borrower waiving the outstanding Lehman's lender default.

| USD mio | 12/06 | 12/07 | 06/08 |
|---|---|---|---|
| Total Assets | 95.5 | 230.8 | 245.4 |
| Net Assets | 8.5 | 8.9 | 9.1 |
| Net Debt (incl int) | 86.6 | 220.3 | 234.6 |
| Net Debt (ex int) | 86.6 | 95.3 | 99.8 |

The development is not generating income and as such the P&L reveals an escalating loss from operating and financial expenses As at 06/08 the cumulative Operating Loss was USD 49,511. The land value is a current  set and in June 2008 this was valued at USD 240.9 mio - some 20% ahead of our expected "as is" value. Balance Sheet debt includes accrued interest and the Lehmans exit fee. Our restructuring sees these amounts foregiven. Gross Debt principal at 6/08 is USD 101.3 mio.

Base Case

| USD mio | 12/09 | 12/10 | 12/11 | 12/12 |
|---|---|---|---|---|
| Villa sales | 2 | 20 | 288 | 96 |
| Net Revenues | 3.4 | 24.0 | 41.8 | 37.0 |
| Total Expenses | 18.3 | 21.4 | 24.6 | 18.8 |
| Net Cashflow | (14.9) | 2.6 | 17.2 | 18.2 |

Base case is predicated on achieving 2 unit sales in 2009 while our term sheet permits only 1. While our facility extends to 2012, it is apparent that we are only extending sufficient funds to cover 2009 expenditure. The project is forecast to be cash generative from 2010 as a result of an increase in villa sales and the 2010 hotel sale for USD 15.0 mio. The valuation confirms that the cost assumptions in the budget are reasonable and our cost consultant has confirmed the projected expenditure - against  ch we will permit drawings under the Revolver.

Our sensitivity assumes a 50% reduction in unit sales with proportionately adjusted expenses. This sees Cabo managing cashflow within available limits but at reduced levels, such that 2012 positive cashflow is reduced to USD 2.7 mio. Refinancing risk on maturity is c. USD 120 mio plus accrued interest, for which we will have collateral of c. USD 200 mio (after unit sales) resulting in a pre interest LTV of 60%.

Liquidity is exhausted at the end of 2009 and the borrower will need to agree additional development funding or refinance this loan. In the absence of this, our documentation requiresthat additional equity contributions are made and failure to do so could enable us to to foreclose the loan if that was considered our best course of action.

Contemporaneous with the borrower signing the Term Sheet, we will assign the existing debt across from Lehmans and permit an initial USD 1.6 mio Term Loan drawing. This drawing is to partially cover the c. USD2.8 mio outstanding creditors together with a contribution to ongoing security expenses incurred on the site and is designed to mitigate the risk of creditor action against the borrower/collateral while we progress the documentation and New Money line. Future drawings will be accommodated via the new money Revolver of USD 16.0 mio.

Case 2:13-cr-00607-JFB-AYS   Document 907-8   Filed 09/09/20   Page 4 of 20 PageID #: 29210

Name: Cabo San Lucas S. de. R.L. de C.                    Date 06.03.2009 cl. 10:36
Customer no.: 9018493230    File No.: 4890016643           Cust. branch: 4890 GB

Montanaverde have valued the site; they are one of the leading appraisers in the Mexican market and have prior knowledge of the development. The current valuation is USD 250.0 mio (50% LTV). While we consider ourselves adequately secured, our earlier comments on foreclosure restrict us from precipitating action now to liquidate the loan. The valuation does provide comfort that we have sufficient and appropriate LTV multiples to support the debt. While there is no LTV test on closing, we consider it appropriate to obtain a further valuation to confirm a maximum 50% LTV as a condition of exercising the extension option.

In addition to the collateral, we will benefit from Pledges over all the shares in the borrower together with downstream guarantees and the personal guarantee from the developer, Ken Jowdy.

As a partially complete development there are no revenue streams to service principal and interest. Interest continues to accrue and is payable on expiry or refinancing. The Revolver is new money and is priced at a premium to the Term Debt. We face a negative cost of carry for the life of the debt but consider this supportable in the context of current low LIBOR rates and given that we are restructuring to maximise our debt recovery. We have waived c. USD 43 mio accrued interest since closing subject to a participation fee which sees us being paid at least USD 35 mio between now and expiry if the borrower "purchases" our 30% share of the equity. Alternatively, we have incentivised the borrower to prepay and cancel our debt by offering a discounted fee of at least USD 15 mio.

The Lehmans lender default has impaired our ability to foreclose and we consider the best way to maximise our recovery is to support the developer with a view to achieving debt repayment via villa sales and an ultimate development debt refinancing once the market has stabilised. In the meantime, this is an acceptable funding solution and we recommend approval to the assignment of the debt together with this restructuring and new money advance. Recommended.

David Daniel/Peter Hughes                                London Branch

06.03.2009  4890 GB    Dm London Branch David George Daniel, ext. 58078

Name: Cabo San Lucas S. de R.L. de C.  Date: 06.03.2009 cl. 10:36
Customer no.: 9018493230     File No.: 4890016643     Cust. branch: 4890 GB

Case 2:13-cr-00607-JFB-AYS   Document 907-8   Filed 09/09/20   Page 5 of 20 PageID #: 29211

## Risk Profile

**Classification**
US No score. Insufficient information, or score must not be shown
**Latest updated**
**Latest trend**     · Unchanged

| **Key Figures** | **Customer info.** | **Benchmark** |

**Detailed explanation/Rating comments**
No benchmark

**Existing risk event**
| **Risk event** | **Valid from** | **Valid to** | **User** |

| | DM London Branch | Date 06.03.2009 Time 10:36 |
|---|---|---|
| Name: | CABO SAN LUCAS S. DE. R.L. DE C.V.<br>C/O DANSKE BANK, ATTN: CREDIT, SHB<br>75 KING WILLIAM STREET<br>EC4N 7DT | Customer id: 9018493230<br>Business: Financial intermedia<br>Credit responsible: 3945<br>Customer Department: 4890 |

| Limits GBP | Facilities (amounts in 1.000) | Bank val. GBP |
|---|---|---|
| 88.736 | This application | |
| -77.390 | This reduction<br>Acc./Prod.                    Amount   New settlement   Code<br>Unspec. customer  -7389.756<br><br>Proposed collateral | |
| |         VARIOUS COLLATERAL<br>        Agreement no. 1<br>        Pledged in favour of<br>        Account<br>  USD  Total estimated value    : GBP       177.281<br>125138 - Haircut                  : GBP             0 Man.<br>      = Risk regulated value     : GBP       177.281<br>      Value reduction to agreeme: GBP        88.738<br>      = Bank Value               : GBP        88.738<br><br>      Full Legal Mortgage<br>      1500 Acres of Oceanfront property known as<br>      Diamante Cabo San Lucas<br>      Professional val. 12.11.2008 USD    250.000<br>      Valued by: Montaverde<br><br>      Cross guarantee web<br>      Guarantees from Baja Ventures 2006 LLC,<br>      Diamante Properties LLC, CSL Properties 2006<br>      LLC and KAJ Holdings LLC<br><br>      Pledge over Sharesb<br>      Pledge over Shares of Diamante Cabo San Lucas<br>      S. De. R.L. De C.V.<br><br>      Personal Guarantee of Ken Jowdy<br>      Personal Guarantee of Ken Jowdy | 0 |
| 77.393 | Currency Account     Account no. 4036   90003664<br>                    Balance USD    -1.600.000,00<br>                    Limit   USD   109.138.327,83<br>                    Valid until further notice<br>                    Debit:   5,20000 Credit:   0,00000<br>                    DANBOR   BT 41     DANBID   BT 40<br>                    Comm.:   0,00000<br>                    App. excess rate:   0,00000<br>                    Excess rate      :   8,00000 | |
| 88.739 | Total exposure - customer            Unsec.    88.739 | 0 |

CONFIDENTIAL                                                                         DANSKE_0016948

Name: Cabo San Lucas S. de R.L. de C.V.                                    Date: 06.03.2009 10:36
Customer no.: 9018493230            File No.: 4890016643                   Cust. branch: 4890 GB

## Exposure with the group. Facilities in 1,000 USD

| Limits | Utilizat. | | Customer | | | Cust. no. | Est. value |
|---|---|---|---|---|---|---|---|
| 125,138 | 1,601 | 1 | Cabo San Lucas S. | US | 4890 GB | 9018493230 | |
| 125,138 | 1,601 | | Total exposure (DABA) | | Unsecured | 125,138 | |

B89921   David George Daniel                                              Last page  -  Page 7

NK00010 2009-03-06-11.36.56.358178

CONFIDENTIAL                                                              DANSKE_0016949

| | | |
|---|---|---|
| **DM London Branch** | **Credit Application** | 24.04.2009   13:53 |
| from 4890 GB - DM London Branch | | Data reviewed: |
| David George Daniel, ext. 58078 | | Next review: |

Customer no. 9018493230     File No. 4890016643

**Cabo San Lucas S. de. R.L. de C.V.**
c/o Danske Bank, Attn: Credit, Shb
75 King William Street
London
London
EC4N 7DT

| | |
|---|---|
| Credit responsible | 3945 DK |
| Customer-service branch | 4890 GB |
| Danske Rating | B2-2 |
| Included in Credit Portfolio Neutral | |

Business:   Financial intermediation n.e.c

## Application for (see specification):

| | | | |
|---|---|---|---|
| ~~: | 1. | USD 109,138,328.00 | To assign existing debt, refinance facilities and fund future development |
| Line: | 2. | USD 16,000,000.00 | Revolving Credit Facility |

| Limits | Utilization | Facilities (in 1,000 USD) | Collateral | Est. value |
|---|---|---|---|---|
| 125,137 | 0 | Facilities sought | Proposed collateral | 0 |
| 125,137 | 112,539 | Credit facilities | | |
| -125,136 | 0 | Excess (not approved)/Offset | | |
| 125,138 | 112,539 | Total exposure with the customer | Unsecured | 125,139 |

**Reply:**                                                                                                App. reply

| | | | |
|---|---|---|---|
| Deposits: (in 1,000 USD) | Customer | Custody: (in 1,000 USD) | Customer |

Name: Cabo San Lucas S. de. R.L. de C.                                    Date: 24.04.2009   cl. 13:53
Customer no.: 9018493230          File No.: 4890016643                    Cust. branch: 4890 GB

---

## Application - Specification
### 1  Facilities and increases

                                        Offset     USD          125,137,000.00

Application for USD 109,138,328.00 Line
To assign existing debt, refinance facilities and fund future development

New collateral: Various collateral

Comments: This application has already been approved.
          See extended comments. Recommended.

          David Daniel/Peter Hughes                    London Branch

---

### 2  Facilities and increases
Application for USD 16,000,000.00 Line
Revolving Credit Facility

New collateral: Various collateral

Comments: This application has already been approved .
          See extended comments. Recommended.

          David Daniel/Peter Hughes                    London Branch

---

B89921   David George Daniel                                                   Page 2

NK00010 2009-04-24-14.53.33.321897

CONFIDENTIAL                                                                   DANSKE_0016951

Case 2:13-cr-00607-JFB-AYS   Document 907-8   Filed 09/09/20   Page 10 of 20 PageID #: 29216

Name: Cabo San Lucas S. de. R.L. de C.                         Date 24.04.2009      cl. 13:53
Customer no.: 9018493230      File No.: 4890016643              Cust. branch: 4890 GB

## Comments:

| | |
|---|---|
| Borrower: | Diamante Cabo San Lucas S. De. R.L. De C.V |
| Facility: | USD 125.1 mio Term Loan and Revolver expiring 31 March 2012 with a two year extension option subject to a USD 25.0 mio debt cancellation |
| Tranches: | Term Loan - USD 109.1 mio bullet repayment on maturity (USD 25.0 mio prepayment on extension option exercise) Revolver - USD 16.0 mio |
| Purpose: | To finance the land purchase and development of a golf course, club house, one residential villa and necessary infrastructure at Cabo San Lucas, Mexico. |
| Margin: | Term Loan - 300 bps accruing Revolver - 500 bps accruing |
| Commitment Fee: | Revolver - 250 bps |
| Security: | First fixed and floating security over the land and buildings at Cabo San Lucas; downstream guarantees; Pledge over shares and Personal Guarantee of Ken Jowdy |

This is one of the 11 collateral assets for the USD 800 mio Lehmans Repo. Following the default of that facility we have liaised closely with Cabo to agree a restructuring to enable the maximisation of our future recovery.

Borrower is a Mexican LLC and a wholly owned subsidiary of Diamante Cabo San Lucas LLC - a Delaware LLC. This intermediate HoldCo is 40% owned by KAJ Holdings LLC (Ken Jowdy); 39% by Baja Ventures 2006 LLC (Phillip Kennar); 13% Diamante Properties LLC and 8% CSL Properties 2006 LLC (the latter two being 3rd party investment). The remaining 1% is held by Ken Jowdy. We have met him a number of times and have visited the site. We have found Ken to be open and communicative and consider him to be well placed/regarded in the local community to bring this development forward.

The USD 125 mio Lehmans bilateral line was drawn at USD 107.5 mio on the Lehmans bankruptcy. Expiry of the old Lehmans loan was March 2009, with two one-year extension options. Prior to the Lehmans failure a number of draw requests were not funded, triggering a lender default. Given this, our advisors confirmed that foreclosure would leave us open to counter-claims from the borrower. This limited our options and despite the apparent collateral value, we did not consider it to be in our interests to foreclose and as such have restructured the debt as outlined above. We consider that a sale to a 3rd party investor will also present the same complications.

Cabo is a 1500 acre Pacific beachfront location in Mexico. Development is at an early stage and already comprises a championship golf course and certain pre-development work (desalination plant and roads), construction is yet to commence. The site is fully entitled to build 595 residential villas, a 2nd golf course, 2 clubhouses and spa facilities. There is also capacity for further residential units and space for 3 hotels.

The site was acquired by Diamante for USD 73 mio in March 2006 and funded via USD 8.4 mio initial cash equity and debt. Since then, debt has been drawn to obtain entitlements and to fund pre-development work/golf course. Exit was to have been via long term development funding but in the current environment this route is not open to us.

While we may be able to sell the debt in the distressed debt market, we do not consider this viable in maximising our recovery - the current forced

Case 2:13-cr-00607-JEB-AYS   Document 907-8   Filed 09/09/20   Page 11 of 20 PageID #: 29217

Name: Cabo San Lucas S. de. R.L. de C.                                    Date 24.04.2009    cl. 13:53
Customer no.: 9018493230        File No.: 4890016643                     Cust. branch: 4890 GB

---

sale value is USD 200.0 mio (65% LTV). Given that we could not foreclose, the extension and restructuring to allow site stabilisation and to give the developer means to commence vertical development was the best option and we entered into this conditional upon the borrower waiving outstanding Lehman's lender default.

| USD mio | 12/06 | 12/07 | 06/08 |
|---|---|---|---|
| Total Assets | 95.5 | 230.8 | 245.4 |
| Net Assets | 8.5 | 8.9 | 9.1 |
| Net Debt (incl int) | 86.6 | 220.3 | 234.6 |
| Net Debt (ex int) | 86.6 | 95.3 | 99.8 |

The development is not generating income and as such the P&L reveals an escalating loss from operating and financial expenses As at 06/08 the cumulative Operating Loss was USD 49,511. The land value is a current asset and in June 2008 this was valued at USD 240.9 mio - some 20% ahead our expected "as is" value. Balance Sheet debt includes accrued interest and the Lehmans exit fee. Our restructuring sees these amounts foregiven. Gross Debt principal at 6/08 is USD 101.3 mio.

Base Case

| USD mio | 12/09 | 12/10 | 12/11 | 12/12 |
|---|---|---|---|---|
| Villa sales | 2 | 20 | 288 | 96 |
| Net Revenues | 3.4 | 24.0 | 41.8 | 37.0 |
| Total Expenses | 18.3 | 21.4 | 24.6 | 18.8 |
| Net Cashflow | (14.9) | 2.6 | 17.2 | 18.2 |

Base case is predicated on achieving 2 unit sales in 2009 while our term sheet permits only 1. While our facility extends to 2012, it is apparent that we are only extending sufficient funds to cover 2009 expenditure. The project is forecast to be cash generative from 2010 as a result of an increase in villa sales and the 2010 hotel sale for USD 15.0 mio. The valuation confirms that the cost assumptions in the budget are reasonable and our cost consultant has confirmed the projected expenditure - against which we will permit drawings under the Revolver.

Our sensitivity assumes a 50% reduction in unit sales with proportionately adjusted expenses. This sees Cabo managing cashflow within available limits but at reduced levels, such that 2012 positive cashflow is reduced to USD 2.7 mio. Refinancing risk on maturity is c. USD 120 mio plus accrued interest, for which we will have collateral of c. USD 200 mio (after unit sales) resulting in a pre interest LTV of 60%.

Our Revolver finances the completion of the golf course (to open in October 2009) and site infrastructure; a temporary clubhouse and one villa. We expect to be asked to fund further villa construction and/or release of land for hotel development and will consider this on a case by case basis. In the absense of which the revolver will be fully drawn by the end of 2009 and the borrower will need additional funding or refinance this loan. Our documentation requires additional equity contributions from 2010 to fund non-discretionary costs and failure to do so could enable us to foreclose if that was considered our best option - at which time we would have a fully operational golf course and completed infrastructure; in essense an improvement on the position when we inherited the loan.

Prior to assignment we permitted a USD 1.6 mio Term Loan drawing to partially cover outstanding creditors and on closing the Revolver was drawn at $3.4 mio to bring all creditors current, cover our costs and fund

the golf course grow-in. Future drawings will be funded via the Revolver.

Montanaverde have valued the site; they are one of the leading appraisers in the Mexican market and have prior knowledge of the development. The current valuation is USD 250.0 mio (50% LTV). While we consider ourselves adequately secured, our earlier comments on foreclosure restrict us from precipitating action now to liquidate the loan. The valuation does provide comfort that we have sufficient and appropriate LTV multiples to support the debt. While there is no LTV test on closing, we consider it appropriate to obtain a further valuation to confirm a maximum 50% LTV as a condition of exercising the extension option.

In addition to the collateral, we will benefit from Pledges over all the shares in the borrower together with downstream guarantees and the personal guarantee from the developer, Ken Jowdy.

a partially complete development there are no revenue streams to service principal and interest. Interest continues to accrue and is payable on expiry or refinancing. The Revolver is new money and is priced at a premium to the Term Debt. We face a negative cost of carry for the life of the debt but consider this supportable in the context of current low LIBOR rates and given that we are restructuring to maximise our debt recovery. We have waived c. USD 43 mio accrued interest (from closing the orginal Lehman loan through assignment to Danske) in return for a participation fee of at least USD 45 mio on expiry of the facility (an effective exit fee where we have offered a discount down to USD 35 mio if paid prior to expiry). In addition, the borrower is incentivised to prepay and cancel our debt by offering a discounted fee of at least USD 15 mio.

The Lehman lender default impaired our ability to foreclose and the best way to maximise our recovery is to support the developer with a view to achieving debt repayment via villa sales and an ultimate development debt refinancing once the market has stabilised. As such, this is an acceptable restructuring solution and we recommend approval.

I id Daniel/Peter Hughes                                      London Branch

24.04.2009  4890 GB    Dm London Branch David George Daniel, ext. 58078

Name: Cabo San Lucas S. de. R.L. de C.  
Customer no.: 9018493230   File No.: 4890016643

Date 24.04.2009   cl. 13:53  
Cust. branch: 4890 GB

## Risk Profile

**Classification**  
B2-2 The customer's ability to pay is poor  
**Latest updated**   10.03.2009  
**Latest trend**    Unchanged

**Key Figures**    **Customer info.**   **Benchmark**

**Detailed explanation/Rating comments**

**Existing risk event**  
**Risk event**    **Valid from**  **Valid to**  **User**

B89921   David George Daniel    Page 6

NK00010 2009-04-24-14.53.33.321897

CONFIDENTIAL    DANSKE_0016955

| DM London Branch | Date 24.04.2009 Time 13:53 |
|---|---|
| Name: CABO SAN LUCAS S. DE. R.L. DE C.V.<br>C/O DANSKE BANK, ATTN: CREDIT, SHB<br>75 KING WILLIAM STREET<br>EC4N 7DT | Customer id: 9018493230<br>Business: Financial intermedia<br>Credit responsible: 3945<br>Customer Department: 4890 |

| Limits GBP | Facilities (amounts in 1.000) | Bank val. GBP |
|---|---|---|
| 85.682 | This application | |
| -85.681 | This reduction<br>Acc./Prod.           Amount    New settlement   Code<br>Unspec. customer   -5681.304<br><br>Proposed collateral | |
| |     VARIOUS COLLATERAL<br>    Agreement no. 1<br>    Pledged in favour of<br>    Account<br>  USD Total estimated value   : GBP      171.175<br>125138 - Haircut                 : GBP            0 Man.<br>    = Risk regulated value   : GBP      171.175<br>    Value reduction to agreeme: GBP       85.682<br>    = Bank Value             : GBP       85.682<br><br>    Full Legal Mortgage<br>    1500 Acres of Oceanfront property known as<br>    Diamante Cabo San Lucas<br>    Professional val. 12.11.2008 USD     250.000<br>    Valued by: Montaverde<br><br>    Cross guarantee web<br>    Guarantees from Baja Ventures 2006 LLC,<br>    Diamante Properties LLC, CSL Properties 2006<br>    LLC and KAJ Holdings LLC<br><br>    Pledge over Sharesb<br>    Pledge over Shares of Diamante Cabo San Lucas<br>    S. De. R.L. De C.V.<br><br>    Personal Guarantee of Ken Jowdy<br>    Personal Guarantee of Ken Jowdy | 0 |
| 74.727 | Currency Account      Account no. 4036    90003664<br>                            Balance USD   -109.138.327,83<br>                            Limit   USD    109.138.327,83<br>                            Valid until further notice<br>                            Debit:   5,05000 Credit:    0,00000<br>                            DANBOR   BT 41    DANBID    BT 40<br>                            Comm.:   0,00000<br>                            App. excess rate:    0,00000<br>                            Excess rate      :    8,00000 | |
| 10.955 | Currency Account      Account no. 4036    90003761<br>                            Balance USD     -3.401.307,23<br>                            Limit   USD     16.000.000,00<br>                            Valid until further notice<br>                            Debit:   5,05000 Credit:    0,00000<br>                            DANBOR   BT 41    DANBID    BT 40 | |
| 85.683 | Transfer | 0 |

CONFIDENTIAL                                                                                                DANSKE_0016956

| | DM London Branch | Date 24.04.2009 Time 13:53 | |
|---|---|---|---|
| Name: | CABO SAN LUCAS S. DE. R.L. DE C.V.<br>C/O DANSKE BANK, ATTN: CREDIT, SHB<br>75 KING WILLIAM STREET<br>EC4N 7DT | Customer id: 9018493230<br>Business: Financial intermedia<br>Credit responsible:   3945<br>Customer Department:  4890 | |
| Limits<br>GBP | Facilities (amounts in 1.000) | | Bank val.<br>GBP |
| 85.683 | Transfer<br>            Comm.:    0,00000<br>            App. excess rate:    0,00000<br>            Excess rate      :    8,00000 | | 0 |
| 85.683 | Total exposure - customer | Unsec.      85.683 | 0 |

B89921  David George Daniel

NK00010 2009-04-24-14.53.33.321897

Page 8

CONFIDENTIAL                                                                                                                     DANSKE_0016957

| Name: Cabo San Lucas S. de R.L. de C. | | Date 24.04.2009 cl. 13:53 |
|---|---|---|
| Customer no.: 9018493230 | File No.: 4890016643 | Cust. branch: 4890 GB |

## Exposure with the group. Facilities in 1,000 USD

| Limits | Utilizat. | | Customer | | | Cust. no. | Est. value |
|---|---|---|---|---|---|---|---|
| 125,139 | 112,539 | 1 | Cabo San Lucas S. | B2-2 | 4890 GB | 9018493230 | |
| 125,139 | 112,539 | | Total exposure (DABA) | | Unsecured | 125,139 | |

B89921  David George Daniel

Last page  -  Page 9

NK00010 2009-04-24-14.53.33.321897

CONFIDENTIAL                                                                                                              DANSKE_0016958

| DM London Branch | Credit Application | 09.01.2009 | 12:04 |
|---|---|---|---|
| from 4890 GB - DM London Branch | | | |
| David George Daniel, ext. 58078 | | Date reviewed: Next review: | |

| | | |
|---|---|---|
| Customer no. 9018493230  File No. 4890016643 | Group responsible | Anders B. Iversen |
| | Credit responsible | 3945 DK |
| **Diamente Cabo San Lucas** | Customer-service branch | 4890 GB |
| **refer To Cad No Kyc** | (Board application) | |
| c/o Danske Bank, Attn: Credit, Shb | Customer classification | US |
| 75 King William Street | | |
| London | | |
| London | | |
| EC4N 7DT | | |

Business:   Financial intermediation n.e.c

Application for USD 125,138,328.00 Line
To refinance existing debt and to fund future development costs

New collateral: Various collateral

Comments: This application has already been approved.
          See extended comments. Recommended.

          David Daniel/Peter Hughes                        London Branch

| Limits | Utilization | Facilities    (in 1,000 GBP) | Collateral | Est. value |
|---|---|---|---|---|
| 82,092 | 0 | Facilities sought | Proposed collateral | 0 |
| 0 | 0 | Credit facilities | | |
| 0 | 13 | Excess (not approved)/Offset | | |
| 82,092 | 13 | Total exposure with the customer | Unsecured   82,092 | |
| 5,512 | | Other facilities sought for the group (DABA) | | |
| 728,585 | 728,525 | Other exposure with the group (DABA) | | 368,681 |
| -3,785 | | Offset (DABA) | | |
| 812,404 | 728,538 | Total exposure with the group | Unsecured   443,723 | 368,681 |

Reply:                                                    App. reply

| Deposits: | Customer | Group | Custody: | Customer |
|---|---|---|---|---|
| (in 1,000 GBP) | | | (in 1,000 GBP) | |
| Deposits free | | 1,430 | Custody free | |
| Deposits not free | | 17,675 | Custody not free | |

B73592   Jovan Atkinson                                                        Page 1

NK00010 2009-01-26-15.10.36.136332

CONFIDENTIAL                                                                DANSKE_0016959

| | |
|---|---|
| Name: Diamante Cabo San Lucas | Date: 09.04.2009 cl. 12:04 |
| Customer no.: 9018493230   File No.: 48900166432 | Cust. branch: 4890 GB |

**Comments:**

| | |
|---|---|
| Borrower: | Diamante Cabo San Lucas S. De. R.L. De C.V |
| Facility: | USD 125.1 mio Term Loan and Revolver expiring 31 March 2012 with a two year extension option subject to a USD 25.0 mio debt cancellation |
| Tranches: | Term Loan - USD 109.1 mio bullet repayment on maturity (USD 25.0 mio prepayment on extension option exercise)<br>Revolver - USD 16.0 mio |
| Purpose: | To finance the land purchase and development of a golf course, club house, three residential villas and necessary infrastructure at Cabo San Lucas, Mexico. |
| Margin: | Term Loan - 300 bps accruing<br>Revolver - 500 bps accruing |
| Commitment Fee: | Revolver - 165 bps → accruing too |
| Exit Fee: | To be negotiated |
| Security: | First fixed and floating security over the land and buildings at Cabo San Lucas; cross guarantee structure; Pledge over shares and the Personal Guarantee of Ken Jowdy |

Diamante Cabo San Lucas (Cabo) is one of the 11 collateral assets for the USD 800 mio Lehman's Repo line. Following the default of that facility we have been in close dialogue with Cabo to agree a restructuring to enable the ongoing development and maximisation of our future recovery.

The USD 125 mio Lehman's facility is partially drawn at USD 107.5 mio. Expiry is March 2009, with two one-year extension options. Prior to the Lehmans failure a number of valid drawdown requests were not funded, resulting in a lender default. Given this, our advisors confirm that foreclosure of the existing loan will leave us open to counter-claims from the borrower. This limits our options, and despite the apparent value of our collateral, we do not consider it to be in our interests to foreclose the loan at this stage. We consider that a sale to a third party investor will also present the same complications. Lehmans are presently sole lenders and we recommend assignment of this loan to our balance sheet.

Cabo is a 1500 acre Pacific beachfront location in Mexico. Development is at an early stage and already comprises a championship golf course and certain pre-development work (desalination plant and roads), construction is yet to commence. The site is fully entitled to build 595 residential villas, a 2nd golf course, 2 clubhouses and spa facilities. There is also capacity for further residential units and space for 3 hotels.

The site was acquired by Diamante for USD 73 mio in March 2006 and USD 72 mio has since been invested in obtaining entitlements and the pre-development work/golf course. USD 8.4 mio of original cash equity was injected. Exit was to have been via long term development funding but in the current environment this route is not open to us.

While we may be able to sell the debt in the distressed debt market, we do not consider this viable in pursuing a maximised realisation when considering the recent professional valuation which extends a forced sale value of USD 200.0 mio (65% LTV). On the basis that we cannot foreclose at this stage, we recommend an extension and restructuring to allow the stabilisation of the site and to give the developer the means to commence

Case 2:13-cr-00607-JFB-AYS   Document 907-8   Filed 09/09/20   Page 19 of 20 PageID #: 29225

Name: Casamente Cabo San Luca                                      Date 09.04.2009 cl. 12:04
Customer no.: 9018493230           ile No.: 4890016643              Cust. branch: 4890 GB

vertical development. Entering into the restructuring will be conditional upon the borrower waiving the outstanding Lehman's lender default.

The developer is KAJ Holdings, owned by Ken Jowdy. We have met Ken a number of times and have visited the development. We have found him to be open and communicative and consider him to be appropriately placed and well enough regarded in the local community to bring this development forward.

| Base Case USD mio | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Villa sales | 14 | 25 | 300 | 93 |
| Hotel sales | - | 1 | - | - |
| Net Revenues | 6.6 | 26.6 | 48.4 | 35.1 |
| Total Expenses | 15.6 | 20.7 | 22.7 | 15.9 |
| Contingency | 1.9 | 1.5 | 1.8 | 0.9 |
| Net Cashflow | (10.9) | 4.4 | 23.9 | 18.3 |

Base case is predicated on achieving more unit sales (14) than our term sheet permits (3), due to the assumption that we will support these against binding pre-sale contracts. The project is forecast to be cash generative during 2010 as a result of an increase in villa sales together with the sale of the first hotel for USD 15.0 mio. The valuation report opines that the cost assumptions in the budget appear reasonable but it will be necessary for us to engage appropriate advisors to confirm the projected expenditure - against which we will permit drawings under the Revolver.

Our sensitivity assumes 3 villa sales in 2009 (in line with the Term sheet and only built after signing binding pre-sale contracts with c. 20% non refundable deposits). Thereafter we assume a 50% reduction in unit sales with expenses proportionately adjusted. This sees Cabo managing cashflow within available limits but at reduced levels, such that 2012 positive cashflow is reduced from USD 18.3 mio to USD 2.7 mio. In this scenario, our refinancing risk on maturity will be c. USD 120 mio plus accrued interest, for which we will have collateral of c. USD 200 mio (after unit sales) resulting in a pre interest LTV of 60%.

We note that liquidity will be exhausted by the end of 2009 if Cabo fails to progress the villa sales. At that stage, we would have the ability to foreclose the loan if that was considered our best course of action.

Contemporaneous with the borrower signing the Term Sheet, we will assign the existing debt across from Lehmans and permit an initial USD 1.6 mio Term Loan drawing. This drawing is to partially cover the c. USD 2.8 mio outstanding creditors together with a contribution to ongoing security expenses incurred on the site and is designed to mitigate the risk of creditor action against the borrower/collateral while we progress the documentation and New Money line. Future drawings will be accommodated via the new money Revolver of USD 16.0 mio.

Montanaverde have undertaken a valuation, they are seen as one of the leading appraisers in the Mexican market and have prior knowledge of the development. They advise a current Open Market Valuation of USD 250.0 mio, implying a LTV of 50%. While we consider ourselves adequately secured, our earlier comments on foreclosure restrict us from precipitating action now to liquidate the loan. The valuation does provide comfort that we have sufficient and appropriate LTV multiples to support the debt. While there

Name: Diamente Cabo San Lucas
Customer no.: 9018493230
ile No.: 48900166643
Case 2:13-cr-00607-JFB-AYS   Document 907-8   Filed 09/09/20   Page 20 of 20 PageID #: 29226
Date: 09.04.2009 cl. 12:04
Cust. branch: 4890 GB

is no LTV test on closing, we consider it appropriate to obtain a further valuation to confirm a maximum 50% LTV as a condition of exercising the extension option.

In addition to the collateral, we will benefit from Pledges over all the shares in the borrower together with a cross guarantee structure and the personal guarantee from the developer, Ken Jowdy.

As a partially complete development there are no revenue streams to service principal and interest. As such, interest will accrue and become payable on expiry or refinancing. The Revolver represents new money and is priced at a premium to the Term Debt. We face a negative cost of carry for the life of the debt but consider this supportable in the context of current low LIBOR rates and given the rationale that we are entering into this restructuring to maximise our debt recovery. As part of the restructuring, we have waived c. USD 43 mio accrued interest from closing to restructuring subject to us participating in a Profit Allocation (exit fee) on terms still to be agreed.

The Lehmans lender default has impaired our ability to foreclose the loan and we consider the best way to maximise our recovery is to support the developer via this restructuring with a view to achieving debt repayment via villa sales and an ultimate development debt refinancing once the market has stabilised. In the meantime, we are satisfied that this is an acceptable funding solution and we recommend approval to the assignment of the debt together with this restructuring and new money advance.

We also seek approval to finalise the restructured facility on terms acceptable to London Branch; will provide a report in due course to confirm the final structure.

David Daniel/Peter Hughes
London Branch

22.12.2008  4890 GB   Dm London Branch David George Daniel, ext. 58078

CONFIDENTIAL
DANSKE_0016962