# DIAMANTE CABO SAN LUCAS S. DE R.L. DE C.V.
## OFFICERS CERTIFICATE

The undersigned, Kenneth A. Jowdy, General Administrator of DIAMANTE CABO SAN LUCAS S. DE R.L. DE C.V., a Mexican limited liability company with variable capital ("**Borrower**"), hereby certifies that:

1. Attached hereto as **Exhibit A** is a true, accurate and complete organizational chart showing all affiliates of Borrower as of _September 8_, 2018.

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate this _8th_ day of September, 2018, to certify the above-stated matters. This Certificate may be executed by signature sent by facsimile or transmitted electronically, each of which shall be deemed an original.

_____
Kenneth A. Jowdy
General Administrator

CONFIDENTIAL                                                                                                                          DANSKE_0011015

**Exhibit A**
**Organizational Chart**

(see attached)

CONFIDENTIAL

DANSKE_0011016



...



CONFIDENTIAL

DANSKE_0011018





CONFIDENTIAL

DANSKE_0011020







CONFIDENTIAL

DANSKE_0011023



CONFIDENTIAL



CONFIDENTIAL
DANSKE_0011025



CONFIDENTIAL

DANSKE_0011026





CONFIDENTIAL  DANSKE_0011028




CONFIDENTIAL
DANSKE_0011030