# DUE DILIGENCE REPORT

## Lehman Brothers Holdings Inc. and Danske Bank A/S, London Branch
## $125,000,000.00 Million Assignment of Rights

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| **LOAN DOCUMENTS** | | | |
| 1. | Loan Agreement | $ 125,000,000 loan granted by Lehman Brothers Holdings Inc. ("Lehman Brothers") to Diamante Cabo San Lucas S de R.L. de C.V. ("Diamante Cabo") a Mexican limited liability company, for development of real property and Golf course located in Cabo San Lucas, B.C.S. Mexico (the "Loan"). | Reviewed |
| 2. | Promissory Note | Promissory Note executed by Diamante Cabo, in favor of Lehman Brothers for the principal amount of $125,000.000.00 USD. | Reviewed |
| 3. | Assignment of Leases and Rents | Assignment agreement of leases and rents entered into by and between Diamante Cabo and Lehman Brothers, dated March 10, 2006. Diamante Cabo assigns to Lehman Brothers its lessor's interest in and to all leases and other agreements affecting the possession, use, enjoyment and occupancy of all or any part of the property in trust. | As a post closing matter we should consider terminating this agreement since (i) the assigned assets are located in Mexico, (ii) they form part of the trust assets, and (iii) the agreement is governed by US Law. |

JNN 290654v4

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 4. Pledge Agreement Without Transfer of Possession | Pledge Agreement Without Transfer of Possession over all of Diamante Cabo's assets executed by Diamante Cabo in favor of Lehman Brothers securing $125,000.000.00 USD. | Terminated on March 6, 2009, since all such assets were transferred to the Trust. |
| 5. Recourse Guaranty | | Pending to receive |
| 6. Environmental Indemnity Agreement | Environmental Indemnity Agreement entered into by and between Diamante Cabo, Kenneth A. Jowdy ("Jowdy") and Lehman Brothers from and against all demands, claims, actions or causes of action, assessments, losses, damages, liabilities, cost and expenses resulting of an environmental claim, among others. | Reviewed |
| 7. Pledge Agreement over Mexican equity quotas | Pledge Agreement over Diamante Cabo's equity quotas entered into by and between Diamante Cabo San Lucas LLC ("Diamante LLC"), Jowdy and Lehman Brothers. | Reviewed |
| 8. Pledge Agreement governed by US laws | Pledge Agreement governed by US laws (State of New York) entered into by and between Diamante LLC, Jowdy and Lehman Brothers. The asset pledged hereunder is the membership interest of Diamante Cabo. | Reviewed. We need to Consider terminating such pledge as it is granted over the same assets pledged under the agreement mentioned in 7 above. |

CONFIDENTIAL                                                                          DANSKE_0016890

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 9. | Pledge Agreement entered into by and between Jowdy and US LLC Members | Pledge and Security Agreement over partnership interest entered into by and between Jowdy, Baja Ventures 2006 LLC, Diamante Properties LLC, CSL Properties, Kaj Holdings LLC, and Lehman Brothers. | Reviewed |
| 10. | Omnibus Assignment | Omnibus Assignment made by Diamante Cabo in favor of Lehman Brothers. Diamante Cabo assigns all of its rights, title and interest in any and all construction contracts, permits and all other agreements pertaining to the construction of the improvements or with respect to the land. | Reviewed. We need to Consider terminating such assignment as such rights are now part of the Trust Assets. |
| 11. | Guaranty granted by Jowdy and US LLC Members | | Pending to receive |
| 12. | Irrevocable Guarantee Trust Agreement with Transfer of Ownership No. F/00321 | Irrevocable Guarantee Trust Agreement with Transfer of Ownership entered into by and beween Diamante Cabo, Lehman Brothers and Banco J.P. Morgan, S.A., Institución de Banca Múltiple, J.P. Morgan Grupor Financiero, as trustee (the "JP Morgan Trustee"). | Reviewed |

CONFIDENTIAL                                                                                        DANSKE_0016891

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| **CONTRACTS AND ASSIGNMENTS OF RIGHTS** | | |
| 13. Omnibus Assignment Assumption | Lehman Brothers has assigned, set-over and conveyed to Danske Bank A/S, London Branch ("Danske") all of Lehman Brother's rights, title and interest with respect to the $125,000,000.00 loan granted to Diamante Cabo. | Reviewed |
| 14. Assignment Agreement of beneficiary interest under Irrevocable Guaranty Trust Agreement ("Trsust") | Assignment Agreement of beneficiary interest under Guaranty Trust executed on March 5, 2009, whereby Lehman Brothers assigned to Danske all is beneficiary rights under the Trust. The Bank of New York Mellon, S.A., Institución de Banca Multiple (the "Trustee") appeared in the execution of such agreement as successor trustee of the Trust in place of the JP Morgan Trustee. | Executed before a Notary Public in Mexico City by Danske and Diamante Cabo on February 27, 2009 and by Lehman Brothers and the Trustee on March 5, 2009. |
| 15. Assignment Agreement of Pledge over Equity Quotas | Assignment Agreement of Pledge over equity quotas entered by and between Diamante LLC, Jowdy and Danske Bank with the appearance of Diamante Cabo. | Executed before a Notary Public in Mexico City by Danske, Diamante Cabo and Jowdy on February 27, 2009, and by Lehman Brothers on March 5, 2009. |
| (a) Exhibit A | Form of Certificate of the Manager of Diamante Cabo stating the assignment of the pledge. | Delivered by Diamante Cabo. |

CONFIDENTIAL                                                                                          DANSKE_0016892

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 16. | Assignment Agreement of Pledge over Assets | Assignment Agreement of Pledge over Assets entered by and between Lehman Brothers and Danske Bank with the appearance of Diamante Cabo. | Executed before a Notary Public in Mexico City by Danske and Diamante Cabo on February 27 2009, and by Lehman Brothers on March 5, 2009.<br><br>Such pledge was terminated on March 6, 2009. |
| **INSURANCE POLICIES** | | | |
| 17. | Insurance Policy of Property Ownership No. M-7742-PROFORMA | Insurance policy granted by Stewart Title Guaranty de México, S.A. de C.V.<br><br>The amount of insurance is $62, 500,000.00 USD and covers Lots I, II, III, IV, V, VI, VII and Polygon I. | Reviewed |
| 18. | Insurance Policy of Property Ownership No. LTIC: MEX 2006 02 2824 | Insurance policy granted by Lawyers Title Insurance Corporation.<br><br>The amount of insurance is $62,500.000.00 USD and covers Lots I, II, III, IV, V, VI, VII and Polygon I | Policy issued in the United States of America. |

CONFIDENTIAL                                                                                      DANSKE_0016893

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 19. | New Insurance Policy of Property Ownership in favor of Danske Bank | **a)** Commitment for Title Insurance issued by Fidelity National Title de México, S.A. de C.V.<br><br>Title No. FNTMX09-0000167<br><br>Proposed insured: Danske Bank<br><br>Amount: US$62,500,000.00<br><br>**b)** Commitment for Title Insurance issued by Stewart Title Guaranty de Mexico, S.A. de C.V.<br><br>Title No. 2009MX020003<br><br>Proposed insured: Danske Bank A/S, London Branch<br><br>Amount: US$62,500,000.00 | Once the policies are issued and the subdivision of the land is formalized and registered in the public registry of property, consider amending such policies to reflect such subdivision. |
| **CORPORATE DOCUMENTS** | | | |
| 20. | Public deed No. 65,011 containing General Partners Meeting Minutes of Diamante Cabo | Partners Meeting Minutes authorizing (i) modification to the corporate bylaws; (ii) pledge over equity quotas of Diamante Cabo in favor of Lehman Brothers, (iii) corporate capital adjustment. | Reviewed |
| 21. | General Partners Meeting Minutes accepting Danske Bank as assignee of Lehman Brothers rights under the Loan. | Partners Meeting Minutes authorizing (i) Danske Bank as assignee of Lehman Brothers, (ii) amendment to the corporate by-laws in order to reflect such assignment; and (iii) ratification of Jowdy as General Manager of Diamante Cabo. | Executed on March 6, 2009 |

CONFIDENTIAL                                                                                            DANSKE_0016894

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 22. Diamante Cabo By-Laws Amendment | Danske Bank appears as new assignee of the Loan, Promissory Note, Trust Agreement, Assignment of Lease and Rents, Environmental Indemnity and Omnibus Assignment. | Reviewed including JNN comments thereto. |
| 23. Power of Attorney of Diamante Cabo | Power of Attorney granted in favor of Jowdy to execute amendment documents. | Reviewed |
| 24. Power of Attorney of Lehman Brothers | Special Power of Attorney for execution of assignments in favor of Danske Bank. | Reviewed |
| 25. Opinion form Diamante Cabo's Mexican Counsel | Opinion regarding closing conditions. | Reviewed |
| "AMPARO" PROCEEDING STATUS | | |
| 26. Constitutional claim (*Amparo*) under docket 958/2007, filed by Aida Gómez Ruibal before the 1rst District Court in Baja California Sur, Mexico. | Claim was dismissed. | Copy of the resolution abstract published on the internet site of the District Federal Court of Justice. |
| DIAMANTE CABO PROJECT DOCUMENTS (THIRD PARTY REPORTS) | | |
| 27. Environmental Site Assessments (Phase I)| | Executive summary describing the site development in Cabo San Lucas, Mexico. | Need a technical opinion |
| 28. Ground Mechanics Report for river runoff (escurrimiento) | General zone description, laboratory test results, ground composition and conclusions | Need a technical opinion |

CONFIDENTIAL                    DANSKE_0016895

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 29. | Geotechnical Evaluation Report (Phase I) | General zone description; location studies, geology studies, seismic studies, reconnaissance report, key photographs, conclusions. | Need a technical opinion |
| 30. | Ground Mechanics Report for roads | Study description, laboratory test, ground composition, recommendations for roads construction. | Need a technical opinion |
| 31. | Ground Mechanics Report for roads (Adendum No.1) | Additional information in connection with the ground mechanics report for roads | Need a technical opinion |
| 32. | Ground Mechanics Report for roads (Principal Boulevard) | Study description, laboratory tests, ground composition, recommendations for roads construction, general recommendations. | Need a technical opinion |
| 33. | Ground Mechanics for Golf course holes 2 to 7 | Study description, general zone description, exploration method, ground composition, conclusions and recommendations. | Need a technical opinion |
| 34. | Ground Mechanics Report for artificial lake construction | Study description, general zone description, laboratory tests, ground composition, geotechnical foundations analysis, earth movements, conclusions and recommendations | Need a technical opinion |

CONFIDENTIAL                                                                 DANSKE_0016896

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| **DIAMANTE CABO PROJECT DOCUMENTS (FEDERAL)** | | |
| 35. Federal Commission of Electricity (Feasibility Letter) File#: DA02C-OPL-0284/2006 Date: March 29, 2006 Validity: N/A No. of Pages: 2 | Request for electric service/ Written notice informing that the Federal Commission of Electricity is capable to provide electric service (feasibility granted). The requester shall observe the procedures regarding electrical energy distribution and projects constructed by third parties | Need a technical opinion |
| 36. Federal Commission of Electricity (Electricity service application) File #: DA02C-OPL-0894/2007 Date: May 17, 2007 Validity: N/A No. of Pages: 6 | Application form for electric service under the contribution regime/ Written notice from the Federal Commission of Electricity demanding additional information in connection with the electric service request. | Need a technical opinion |
| 37. Federal Commission of Electricity (Electricity service update) File #:UVSEIE 157-A Date: February 22, 2008 Validity: N/A No. of Pages:8 | Written notice from the Verification Unit of Electrical Installations and Street lighting of La Paz Baja California Sur, explaining the impossibility to close certification process due to the fact that the client needs to present the entire project and to modify the electric devices. | Need a technical opinion |
| 38. Federal Commission of Water Service(expert opinion of non rain affection      File #: BOO.00.E02.00.5      Date: May 8,2006 Validity: N/A No. of Pages: 2 | Letter from Kenneth Jowdy requesting expert opinion of non rain affectation/ Written notice from the National Commission of Water Service informing that the land is affected by river currents with national property characteristics due to fact of rain affection. | Need a technical opinion |

CONFIDENTIAL                                                                    DANSKE_0016897

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 39. Federal Commission of Water Service (expert opinion of non rain affection) File #: BOO.00.E02.00.5    Date: September 25, 2006 Validity: N/A No. of Pages: 1 | Written notice from The National Commission of Water Service recommending the construction of a rain water network in order to prevent rain affection to the project and third parties. | Need a technical opinion |
| 40. Federal Commission of Water Service (residual water discharge permit)    File #: BCS-E-0591-28-08-06            Date: November 22, 2006 Validity: Permanent No. of Pages: 5 | Written notice from the National Commission of Water Service authorizing the construction of a 70 meters deep water well and 4,500 m3/day residual water discharge | Need a technical opinion |
| 41. Federal Commission of Water Service (Construction permit to build on federal zone)            File #: BCS-L-0174-29-02-08 Date: July 1st, 2008    Validity: Permanent No. of Pages: 4 | Request to build on Federal Zone/ Written notice authorizing (hydraulic and hydrologic point of view) construction on federal zone. | Need a technical opinion |
| 42. ZOFEMAT (Zona Federal Marítimo Terrestre) | Permit to use beach front. | Has not been requested by Diamante Cabo. Important to follow up as a post closing matter: without this authorization Diamante Cabo cannot use the beach front. |

*Note: In connection with the environmental authorizations and permits it is our opinion that the Project generally complies with applicable environmental regulation except for some conditions that have not been met and inspections of the authority that are pending to be carried out.*

CONFIDENTIAL                                                                            DANSKE_0016898

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 43. File # S.G.P.A/DGIRA.DEI.0490.06<br>Date: March 13, 2006<br><br>No. of Pages: 10 | Ministry of the Environment and Natural resources (Response to the request of the (Environmental Impact Statement) EIS December 20, 2005).<br><br>We did not revive the EIS December 20, 2005, however the response is sufficient for our analysis. | Did not receive copies of the EIS as submitted by Diamante Cabo.  Receipt of Agency response to the filing of the EIS and modifications.<br><br>This authorization is for the entire project and is the result of numerous information exchanges. It contains conditions that must be satisfied by Diamante Cabo. |
| 44. General Guidelines for the prevention and control of negative impacts to the environment.<br>(Lineamientos Generales para la prevención y control de impactos negativos al ambiente).<br>October, 2006. | Document prepared by *Consultoría y Gestión Ambiental* establishing the guidelines to be followed in the preparation, construction and operation phases of the tourism development. | No evidence of filing with authority.<br><br>Related to the compliance of condition 6 of the document # S.G.P.A/DGIRA.DEI.0490.06, dated March 13, 2006. |
| 45. File # S.G.P.A/DGIRA.DEI.1095.06<br>Date: June 2, 2006<br>Validity: 30 years<br>No. of Pages: 83 | Ministry of the Environment and Natural resources (Environmental Impact Statement (EIS)) | This authorization reflects the change to the name of the project promoter. This authorization contains 9 individual compliance conditions. |

CONFIDENTIAL

DANSKE_0016899

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 46. | Letter from Fernando Manuel García Campuzano.<br><br>September 14, 2006. | This letter corresponds to the Environmental Monitoring Program and delivery of technical studies for the determination of the financial guarantee. The following documents:<br><br>(a) Technical Study for the determination of the financial guarantee (*Estudio técnico-económico para la determinación, tipo, monto y mecanismo de adquisición*)<br><br>(b) Environmental Monitoring Program (*Programa de Monitoreo Ambienta)l* | It is not an official document and no evidence of filing with authority.<br><br><br>Related to compliance condition 4 of the document S.G.P.A/DGIRA.DEI.1095.06, dated June 2, 2006. The Study proposed the deposit of 556,552.00 Pesos. |
| 47. | Letter from Fernando Manuel García Campuzano. Dated December 11, 2006.Received February 2, 2007. | This letter attached the following documents:<br><br>(a)Program of relocation and handling of protected vegetation (*Programa de reubicación y manejo de vegetación protegida*)<br><br>(b)Preliminary Program for Protection of the Marine Turtle (*Programa Preliminar de Protección a la Tortuga Marina*). | Related to the compliance condition 6 of the document S.G.P.A/DGIRA.DEI.1095.06, dated June 2, 2006.<br><br>Related to the compliance condition 7 of the document S.G.P.A/DGIRA.DEI.1095.06, dated June 2, 2006. |
| 48. | Letter from Fernando Manuel García Campuzano, Received August 9, 2007 | Presenting the Annual Report compliance conditions of S.G.P.A/DGIRA.DEI.1095.06. | Did not receive 2008 Annual Report compliance S.G.P.A/DGIRA.DEI.1095.06. |

CONFIDENTIAL                                    DANSKE_0016900

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 49. | File #: SEMARNAT-BCS. 02.02857/06<br><br>Date: July 10, 2006<br><br>Validity: Four years from date of receipt. | Ministry of the Environment and Natural resources (Technical Justification Report authorizing Land Use Change). The land use was changed form forest area to Tourist – Residential. | Approval with 23 individual conditions, including:<br><br>1. Project must comply with measures contained in Technical Justification Study, Environmental Impact Approval, File # S.G.P.A./DGIRA.-DEL.1095.06 issued on June 6, 2006, the criteria contained the Ecological Plan for the Urban and Tourism Development in the Municipality of Los Cabos, Baja California Sur.<br><br>2. Implement a flora and fauna rescue, collection and relocation plan, within 20 days of receipt, in accordance with the Mexican Technical Standard NOM-059-SEMARNAT-2001.<br><br>3. File semi-annual and conclusion reports throughout the duration of the project. |
| 50. | Program of Wildlife Protection (*Programa de Protección a la Fauna Silvestre*) | Study based upon NOM-059-SEMARNAT-2001 which identifies the wildlife of Diamante Cabo and establishes measures to protect negative environmental impacts. | No evidence of filing with authority.<br>Related to the compliance condition 6 of the document #S.G.P.A/DGIRA.DEI.1095.06, dated June 2, 2006. |
| 51. | Letter from Fernando Manuuel García Campuzano, Dated March 22, 2006. Received March 31, 2006. | Presenting the Technical Justification Study. | Did not receive the Technical Justification Study. Only have evidence of filing with the authority. |

JNN 290654v4

13

DANSKE_0016901

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 52. | File #: 1071/06 Acknowledgement of receipt of Flora Rescue and Relocation Plan Date: August 7, 2006 | Ministry of the Environment and Natural resources (Rescue Plan-Native Plants semi-annual report) | Did not receive semi-annual reports of the compliance of Fauna Rescue and Relocation Plan.<br><br>Related to the compliance of condition IV of the document # SEMARNAT-BCS. 02.02857/06, dated July 10, 2006. |
| 53. | Letter from Fernando Manuel García Campuzano. Dated and received August 9, 2007. | Presenting: Report of Implementation Program for the Relocation of Protected Vegetation (*Informe de Ejecución del Programa de reubicación de vegetación protegida*). | Did not receive other reports for 2008.<br><br>Related to the compliance condition IV of the document # SEMARNAT-BCS. 02.02857/06, dated July 10, 2006. |
| 54. | Vegetation Recovery Log | Dated November 11, 2006. | It is not updated. |

CONFIDENTIAL                                                                                    DANSKE_0016902

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 55. | File #: S.G.P.A/DGIRA.DGI/1792.06<br><br>Date: September 12, 2006<br><br>Validity: Same as June 2, 2006 authorization. | Ministry of the Environment and Natural resources (Modifications to the original project authorization 12/09/06) | This authorization of modifications is limited to the relocation of the 1) wastewater treatment plant (Approved), 2) the desalinization plant (Approved), and holes 2-8 on the Golf Links Course (Approved), as well as the authorization to construct on a temporary basis a water pond during the construction phase of the project (Approved) and the reconsideration of the denial of authorization for the saltwater wells and the injection well for the residue from the desalinization plant (Approved). These approvals are subject to the compliance conditions established in the June 2, 2006 authorization. |
| 56. | File #: S.G.P.A/DGIRA/DG/0427/07<br><br>Date: February 26,2007<br>Validity: N/A | Ministry of the Environment and Natural Resources (Resolution informing of the need for an Environmental Impact Statement  for golf holes from 2 to 8) | Denied request to modify Golf holes 2-8.  Required environmental impact Statement regarding Golf holes from 2 to 8. Please note that on item 58, such amendment was approved. |
| 57. | File #: S.G.P.A/DGIRA/DG/2963/07.<br>Date: December 17, 2007.<br><br>Validity: Same as June 2, 2006 authorization. | Ministry of  the Environment and Natural resources (Modifications to the original project authorizations 17/12/2007) | This authorization of modification is limited to the changes to the configuration of the Golf Villa and Residential Lighthouse developments filed with the authority on November 12, 2007.  All other conditions of the approval of June 2, 2006 remain in place. |

CONFIDENTIAL

DANSKE_0016903

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 58. | File #: S.G.P.A/DGIRA/DG/0110/08<br>Date: March 7, 2008.<br><br>Validity: 30 years.<br><br>Pages. 51 | Ministry of the Environment and Natural Resources (Environmental Impact Authorization regarding original golf course design (Holes 2-8)) | This authorization of modification is limited to the changes to the configuration of Golf holes 2–8. This authorization is subject to 13 independent compliance conditions (pages 47-51). |
| 59. | Program of dunes monitoring (*Programa de monitoreo de dunas*).Dated August 2008. | Technical study of negative environmental impact of Diamante Cabo regarding monitoring of the sand dunes. | No evidence of filing with authority.<br>Related to the compliance condition 3 of the document #S.G.P.A/DGIRA/DG/0110/08, dated March 7, 2008. |
| **DIAMANTE CABO PROJECT DOCUMENTS (STATE)** | | | |
| 60. | State Ministry of Urban Design, Infrastructure and Environment (Master plan approval )<br>File #: 0479<br>Date: June 8, 2006<br>Validity: N/A<br>No. of Pages: 4 | Letter from Fernando Manuel García Campuzano, presenting master plan of the tourist project Diamante Cabo / written notice from State Ministry of Urban Design, Infrastructure and Environment authorizing land use for "Integral Tourist Development". | Reviewed.<br>The Written notice requested the obtaining, from the Municipal authorities, of the approval for the use of land (which was granted as of May 17, 2006 see item 67 below).<br>Please note that additional authorizations shall be required for each specific phase or project within the master project (we do not have information about specific phases of the project). |

CONFIDENTIAL                                                                      DANSKE_0016904

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| **DIAMANTE CABO PROJECT DOCUMENTS (MUNICIPAL)** | | |
| 61. OOMSAPAS (Feasibility letter-Water)<br>Date: March 23, 2006<br>No of Pages: 1 | Letter addressed to the Municipal Operator of Potable Water System, Sewer System and Drainage of Los Cabos, requesting feasibility analysis in order to provide potable water for the project | The letter requested 430,000 liters of water per day.<br><br>We did not find any letter from the Municipal Operator of Potable Water System replying specifically to this petition. |
| 62. OOMSAPAS (Authorization for Water service)      File # : D.G. 502-08/07      Date: August 13, 2007<br>Validity: 3 Months<br>No. of Pages: 2 | Written notice from the Municipal Operator of Potable Water System, Sewer System and Drainage of Los Cabos, authorizing 3 months of potable water supply, conditioned to the construction of the sewer system infrastructure, and request for the complete executive project for review and authorization. | The written notice was issued as a reply to a petition dated July 26, 2007 (of which we do not have copies of), and contains the authorization to supply 4 liters per second (equivalent to 345,600 liters per day). This authorization provided for less water than requested on the letter dated March 23, 2006 mentioned above. Although this authorization had 3-month validity – already elapsed-, we found evidence that the water service has been provided since August 2007 and, currently, there is an outstanding balance of $668,182.$^{00}$ Mexican pesos. Such amount was provided by the local water authority (OONSATAS). |

CONFIDENTIAL

DANSKE_0016905

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 63. DGDUE (Construction permit) File #: 0395LIC-CSL12/LIC2008 Date: April 16, 2008 Validity: 3 years No. of Pages: 1 | Construction permit for 3 years for building residential home issued by the Central Office of Environmental and Urban Development of the City Council of Los Cabos Baja California Sur. | The construction was authorized to occur within Polygon 1 (resulting after parceling out occurred on April 25, 2008 see item 22 below). Our only note is that it is for a construction in the amount of almost $46 million pesos, which is huge for a residential home. Perhaps it refers to the main offices, or to several villas. |
| 64. DGDUE (Construction permit 14/08/07) File #: 01576SJC01/LIC Date: August 14, 2007 Validity: 3 Years No. of Pages: 1 | Construction permit for 3 years for building a machinery room and wells issued by the Central Office of Environmental and Urban Development from the City Council of Los Cabos Baja California Sur. | The construction was authorized to occur within Polygon I |
| 65. DGDUE (Construction permit) File #: 234/2006-CSL Date: August 8, 2006 Validity: 3 Years No. of Pages: 1 | Construction permit for 3 years for movement of dirt, grading, leveling. | The construction was authorized to occur within Polygon I |
| 66. CADASTRAL BUREAU (Deslinde Catastral-Parcel I) Date: March 23, 2006 | Letter requesting survey of land (to ascertain boundaries) of 600 hectare in which the project Diamante del Mar will be built. | Reviewed. In addition, we obtained copy of the written notice issued by the Cadastre office on June 5, 2006 showing that, after the survey of land, the new area for the property is of 518-65-09.65 hectares. |

CONFIDENTIAL        DANSKE_0016906

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 67. DGPDUE (Land Use authorization)<br>File #: 337/06<br>Date: May 17, 2006<br>Validity: Permanent<br>No. of Pages: 2 | Letter requesting use of land assignation/ Written notice from the Central Office of Planning, Environment and Urban development of the City Council of Los Cabos Baja California Sur, authorizing land of use to the integral project. | The Municipal authorization is usually issued after the State's authorization described on item 60 above, however this authorization was issued before that date and the notice referenced does not correspond with any of the documents reviewed. |
| 68. DGPDUE ("Relotificación" authorization)<br>File #: 530/06<br>Date: July 6 2006<br>Validity: Permanent    No. of Pages: 3 | Written notice from the Central Office of Urban Planning of the City Council of Los Cabos Baja California Sur authorizing parceling out | Should be notarized and recorded at the Cadastre office and at the Public Registry of the Real Property, however, we have no evidence that this has occurred. |
| 69. DGPDUE (Master plan authorization)<br>File #: 547/06<br>Date: July 20, 2006<br>Validity: Permanent<br>No. of Pages: 2 | Written notice from the Central Office of Urban Planning of the City Council of Los Cabos Baja California Sur authorizing master plan of "Diamante del Mar". | Reviewed |
| 70. DGPDUE (Favorable experts opinion)<br>File #: ST/364/2006<br>Date: July 28, 2006<br>No. of Pages: 1 | Written notice from the Central Office of Urban planning of the City Council of los Cabos Baja California Sur authorizing ground works of the Integral tourist project Diamante del Mar. | Reviewed |
| 71. DGPDUE (Favorable opinion -no activity on dunes-)<br>File # : DE-IT-VB-45/04/08/06<br>Date: August 4, 2006<br>No. of Pages: 2 | Written notice from the Central Office of environment and ecology giving its approval in environmental issues for construction with the exception of construction on dunes. | Reviewed |

CONFIDENTIAL

DANSKE_0016907

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 72. DGPDUE (Favorable opinion for wells construction) File # : ST/378/PU/2006 Date: August 8, 2006 No. of Pages: 2 | Written notice from the Central Office of Planning, Environment and Urban Development from the City Council of Los Cabos Baja California Sur, giving its approval for the construction of wells, subject to the attainment by Diamante Cabo of Federal Zone permit for beach and sea areas rights of use. | Reviewed (Written notice subject to the attainment by Diamante Cabo of the Federal Zone permit for beach and sea rights of use)) |
| 73. DGPDUE (experts' opinion requirement) File#: OV/418/PU/2006 Date: October 18, 2006 No. of Pages: 1 | Written notice from the Central Office of Planning, Environment and Urban Development from the City Council of los Cabos Baja California Sur requesting for an expert opinion from the Municipal Central Office of environment in order to determinate if an ecological impact study is required by the federal, local or municipal authority. | We have no evidence or information as to whether Diamante Cabo actually provided the expert opinion requested. |
| 74. DGPDUE ("Relotificación" authorization) File#: 051/07 Date: January 15, 2007 No of Pages: 9 | Written notice from the Central Office of Planning, Environment and Urban development from the City Council of Los Cabos Baja California Sur, authorizing parceling out. | This authorization supersedes the parceling out described on item 68 above. It should be notarized and recorded at the Cadastre office and at the Public Registry of the Real Property, however, we have no evidence that this has been occurred. |
| 75. DGPDUE (Favorable opinion (Golf holes 2 to 7) File #: ST/015/PU/2007 Date: January 17, 2007 No. of Pages: 1 | Written notice from the Central Office of Planning, Environment and Urban development from the City Council of los Cabos Baja California Sur, approving the construction of Golf course holes numbers 2 to 7. | Reviewed |

CONFIDENTIAL

| | Documents / Items | Brief Description | Status / Notes |
|---|---|---|---|
| 76. | DGPDUE (Favorable opinion ratification) File #: DE-IT-VB-09/09/18/04/07 Date: April 18, 2007 No. of Pages: 2 | Written notice from the Central Office of Planning, Environment and Urban development from the City Council of los Cabos Baja California Sur giving its approval and clarifying that the area is free from pollutant materials, liquid or solid waste classified as dangerous and biological infectious materials. | Reviewed |
| 77. | DGPDUE (Favorable opinion (vegetation)) File #: DEMA-112/23/03/07 Date: March 23, 2007 No. of Pages: 2 | Written notice from the Central Office of Planning, Environment and Urban development from the City Council of los Cabos Baja California Sur giving its approval and ratification to build golf course holes 2 to 8. | Reviewed |
| 78. | DGPDUE (Favorable opinion on wells and machines room) File #: 641/07 Date: June 11, 2007 No. of Pages: 1 | Written notice from the Central Office of Planning, Environment and Urban Development from the City Counsel of los Cabos Baja California giving its approval for the construction of wells and machine rooms. | Reviewed |
| 79. | DGPDUE (Land Use Authorization) File#: 1270/07 Date: November 07, 2007 No. of Pages: 2 | Written notice from the Central Office of Planning Environment and Urban Development from the City Counsel of los Cabos Baja California Sur authorizing land use as low density tourist accommodation | The authorization was granted for Polygon 1, which as per the last parceling out (item 74) its surface area was of 217-76-55.343 hectares; it is recommended to verify if only Polygon 1 will be subject to the AT-0 use of land category. |

CONFIDENTIAL                                                                                    DANSKE_0016909

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 80. DGPDUE (Technical supervision authorization) File #: 1270/2007 Date: November 7, 2007 No. of Pages: 1 | Written notice from the Central Office of Planning Environment and Urban Development from the City Counsel of los Cabos Baja California Sur giving its approval for the construction of five model houses "Golf Villas" | Our only comment is that the authorization makes reference to Construction License # 01576-SJC-01/LIC but, this is wrong, for such License refers, not to the 5 homes, but to wells and machinery rooms. |
| 81. DGPDUE ("Relotificación" Authorization) File #: RELOT/018/PU/2008 Date: April 25, 2008 No. of Pages: 10 | Written notice from the Central Office of planning, Environment and Urban Development from the City Counsel of los Cabos Baja California Sur authorizing new parceling out. | The document looks fine, and should be notarized and recorded at the Cadastre office and at the Public Registry of the Real Property; however, we have no evidence that this has been occurred. |
| 82. DGPDUE ("Relotificación" Authorization supplemental filing) File #: 027/PU/2008     Date: August 25, 2008     No. of Pages: 1 | Written notice from the Central Office of Planning, Environment and Urban Development from the City Counsel of los Cabos Baja California Sur authorizing new parceling out. | This last parceling out contains changes on the surface area of Polygons 1 and 3 resulting from the parceling out dated April 25, 2008. Currently, and as a result of this notice, the cadastral identification number and the description of the parcels at the Cadastre office have changed according to this notice. However, this is pending of being notarized and recorded at the Public Registry of Real Property. |
| 83. DGPDUE (Land Use Authorization) File #: 641/2008 Date: September 9, 2008 No. of Pages: 2 | Written notice from the Central Office of Planning Environment and Urban Development from the City Counsel of los Cabos Baja California Sur authorizing land use as beach. | The beachfront use of land was requested by Diamante Cabo to obtain the Federal Zone permit for beachfront area. |

JNN 290654v4

CONFIDENTIAL

DANSKE_0016910

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| **DIAMANTE CABO PLANS** | | |
| 84.   Original Site Survey | Diamante Cabo Location Sketch | Need an expert review and opinion – received |
| 85.   Updated Site Survey | Diamante Cabo Location Sketch update | Need an expert review and opinion – received |
| 86.   Master Plan –Rendering | Diamante Cabo Master Plan Rendering | Need an expert review and opinion – received |
| 87.   Master Plan (pdf) | Master Plan Sketch of housing development. | Need an expert review and opinion – received |
| 88.   Master –CAD | Pending | Impossible to visualize (special computer program) |
| 89.   Future Development Parcel | Future development parcel coordinates | Need an expert review and opinion – received |
| 90.   Hotel Parcel | Hotel Parcel coordinates | Need an expert review and opinion – received |
| 91.   Beachfront Parcel | Beach front Parcel coordinates | Need an expert review and opinion – received |
| 92.   Planta de Desaladora de Agua | Desalination Plant building plan | Need an expert review and opinion – received |
| 93.   Topographic plan (pdf) | Topographic plan | Need an expert review and opinion – received |
| 94.   Topographic plan (CAD) | Pending | Impossible to visualize (special computer program) |

CONFIDENTIAL                    DANSKE_0016911

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 95. Dunes Golf Course –As built Plan (CAD) | Pending | Impossible to visualize (special computer program) |
| 96. Utilities –Water Service Master Plan | Utilities Water Service Master Plan. | Need an expert review and opinion |
| 97. Utilities- Sewer Service Master Plan | Utilities Sewer Service Master Plan | Need an expert review and opinion – received |
| 98. Utilities –Electrical Service Master Plan | Utilities Electrical Service Master Plan | Need an expert review and opinion – received |
| 99. Utilities- Telecommunications | Utilities Telecommunications Service Master Plan | Need an expert review and opinion – received |
| 100. Golf Villa Option 1 – Architectural, Structural, infrastructure | Golf Villa 1 Floor Plan and Roof Plan | Need an expert review and opinion – received |
| 101. Golf Villa Option 2 – Architectural, Structural, infrastructure | Elevation 1 Front Facade, Elevation 2 Front Facade, Elevation 3 Golf Facade. | Need an expert review and opinion – received |
| 102. Golf Villa Option 3 – Architectural, Structural, infrastructure | Golf Villa 3 First Floor Plan, Structural Floor, Foundations, Sections 1, 2 and 3, Structural Floor Roof Garden, Electrical devises Second Floor, Bathroom Fittings Installation Second Floor, Electrical devises Second Floor, Bathroom Fittings Installation First Floor, Golf Villa Roof Plan, Elevation 1 Front Facade, Elevation 2 Left Facade, Second Level Floor Plan A, Elevation 3 Golf Facade, Elevation 4 Right Facade, Second Level Floor Plan B. | Need an expert review and opinion – received |

JNN 290654v4

24

DANSKE_0016912

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| **DIAMANTE CABO SCHEDULE OF PERSONAL PROPERTY** | | |
| 103.   Equipment List/Inventory | Equipment Inventory Golf Course including Tractors, Utility Vehicles, Fairways, Greens/Tee Mowers, Spreaders, Hand Equipment, Shop Equipment, Irrigation Equipment, Back up generators | Reviewed |
| 104.   Desalination Plant Equipment List | Desalination Plant A and B, Pump list. | Reviewed |
| **DIAMANTE CABO CONTRACTS AND AGREEMENTS** | | |
| 105.   Diamond Golf International  Date: December 13, 2006 | Construction Agreement entered into by and between Desarrollos Inmobiliarios DGI, S.A. de C.V and Diamante Cabo regarding the furnishing of all labor, materials, equipment, supplies, supervision and all other things necessary to perform the portion of the Resort work ordered by Diamante Cabo<br><br>Total amount of the contract:<br><br>• The Dunes Course: $5,823,978.70 MEX<br><br>• Irrigation System: $2,300,000.00 MEX<br><br>• Sod Farm: $469,854.12 MEX. | Status: Active<br><br>95%of the contract completed, approximately $300,000.00 MEX remaining to be paid.<br><br>Prior written consent of the parties is required for any assignment.<br><br>Rights of this agreement to be assigned into the trust.<br><br>Diamante to follow-up as a post closing mater. |

CONFIDENTIAL                                                      DANSKE_0016913

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 106. Performance Bond from Afianzadora Insurgentes The St. Paul Group. | Performance Bond in an amount equivalent to 10% ($7,047,014.15) of the total value of the contract that shall remain until final by Diamante Cabo. Performance Bond issued by the following broker: Afianzadora Insurgentes The St. Paul Group. | Status:  Active<br><br>Reviewed<br><br>Completion by DGI of works referred to in the contract referred to in item 105 above.<br><br>Rights of this agreement to be assigned into the trust in accordance with the terms thereof.<br><br>Diamante to follow-up as a post closing mater. |
| 107. Letter of Intent Date: February 22, 2007 | Letter of Intent confirming that Diamante intends to enter into final negotiations and execute a contract with Edificadora Gema S.A. de C.V. for the ground works, grading and utility activities to support the construction of Diamante boulevard and Golf Villas. | Reviewed<br><br>Definitive agreements to reflect assignment of rights into the trust.<br><br>Diamante to follow-up as a post closing mater. |
| 108. ACERO Construcciones- Date: August 2008 | Development Agreement entered into by and between Diamante Cabo and Ceseña Romo y Asociados S.C. regarding the construction of Maintenance Building (plans A and B), including work construction permits before Mexican authorities.<br><br>Total amount of the contract:<br><br>• Estimated $5,562,538.94 MEX subject to the fluctuation on raw materials and salaries changes in the market. | Date of works delivery: December the 1rst 2008<br><br>Status: Active<br><br>32% of the contract completed<br><br>Prior written consent of the parties is required for any assignment.<br><br>Rights of this agreement to be assigned into the trust.<br><br>Diamante to follow-up as a post closing mater. |

CONFIDENTIAL                                                            DANSKE_0016914

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 109. ACERO Construcciones Date: August 1st, 2008 | Development Agreement entered into by and between Diamante Cabo and Ceseña Romo y Asociados S.C. regarding construction of the Comfort Station 1 and 2.<br><br>Total amount of the contract:<br>• Estimated: $1,579,506.28 MEX subject to the fluctuation on raw materials and salaries changes in the market. | Date of works delivery: December 31 2008<br><br>Status: Active<br>• Comfort Station 1: 15% complete<br>• Comfort Station 2: 0% complete<br><br>Prior written consent of the parties is required for any assignment.<br><br>Rights of this agreement to be assigned into the trust. (need another copy, impossible to read clause 1 of the contract) Document pending to receive. |
| 110. Luxes's –Diamante Blvd /Electrical/Telecomm) Date: July 17, 2008 | Private Works Lump Sum Fixed Term Agreement entered into by and between Distribuidora Luxe's S.A. de C.V. and Diamante Cabo regarding fiber optic line construction<br><br>Total amount of the contract:<br>• $6,185,326.56 MEX | Date of Works delivery: October 23, 2008<br><br>Status: Active<br><br>60% of the contract completed<br><br>Prior written consent of the parties is required for any assignment.<br><br>The contractor shall provide Performance bond within no more than 30 days following the date on which the agreement has been executed (no further information regarding performance bond available in the agreement, document pending to receive)<br><br>Rights of this agreement to be assigned into the trust. |

CONFIDENTIAL                    DANSKE_0016915

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 111. Ayala-Golf Villas (Electrical/Telecomm)<br><br>Exhibits:<br>a) Golf Comfort Stations Date: July 30, 2008 | Private Works Lump Sum Fixed Term Agreement entered into by and between Ayala y Medranos Electrificaciones S. de R.L. and Diamante Cabo, regarding underground electrical installation, low and high tension for the lighting of Golf Villas<br><br>Total amount of the contract:<br><br>• $8,902,734.85 MEX | Date of Works delivery: November 30, 2008<br><br>Status: Active<br><br>9% of the contract completed<br><br>Prior written consent of the parties is required for any assignment.<br><br>Rights of this agreement to be assigned into the trust. |
| 112. Letter of Intent (Desalination Plant) O/M Date: October 31, 2007 | Letter of Intent addressed to Veolia Water Systems México, S.A. de C.V. from Diamante Cabo, in order to execute a contract for the operation and maintenance of the Desalination Water Plant. | Reviewed<br><br>Definitive agreements to reflect assignment of rights into the trust.<br><br>Diamante to follow-up as a post closing mater. |
| 113. Services Agreement Date: May 19, 2008<br><br>Exhibits:<br>a) Statement of estimated revenues | Services Agreement entered into by and between José Alfredo Ontiveros Macario and Diamante Cabo regarding the supervision of platforms in the resort in the lake area, among others.<br><br>Total amount of the contract:<br><br>• $1,600.00 MEX/for each platform | Date of Works delivery: 90 days following the date on which the agreement has been executed ( May 19, 2008)<br><br>Status: Active, as per note made by the borrower.<br><br>Prior written consent of the parties is required for any assignment.<br><br>Rights of this agreement to be assigned into the trust.<br><br>Diamante to follow-up as a post closing mater. |

CONFIDENTIAL                                                                    DANSKE_0016916

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 114. Statement of estimated revenues of Cesaña Romo Asociados S.C. Date: April 18, 2006 | Statement of estimated fees of Ceseña Romo Asociados S.C. for the amount of $3,500.00 USD | Reviewed |
| 115. Work Proposal, construction supervision and environmental advise Date: August 3, 2006 | Work Proposal, construction supervision and evironemental advise presented by Consultoría y Gestión Ambiental | Reviewed<br><br>Definitive agreements to reflect assignment of rights into the trust. |
| 116. Golf Course Design Contract Date: February, 2006 | Golf Course Design Contract entered into by and between Diamante and Love Golf Design, LLC regarding preliminary studies and Golf course design.<br><br>Total amount of the contract:<br>• $800,000.00 USDLS | Status: Active<br><br>84% of the contract completed<br><br>Diamante Cabo agrees to provide and maintain, at its own expense, an insurance policy covering its indemnity obligations no less than US$2,000.000.00<br><br>Prior written consent of the parties is required for any assignment.<br><br>Rights of this agreement to be assigned into the trust.<br><br>Diamante to follow-up as a post closing mater. |

CONFIDENTIAL                                                                    DANSKE_0016917

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 117. Letter of Agreement<br>Date: January 30, 2007 | Letter of Agreement for the Golf Villas at Diamante Cabo presented by Jennifer Adams Design Group LLC, regarding design, construction documents, project management and construction administration.<br><br>Total amount of the contract:<br>Flat rate design fee of $12,000 per Villa: $792,000.00 US | Status: Active<br><br>75% of the contract completed<br><br>Rights of this agreement to be assigned into the trust.<br><br>Diamante to follow-up as a post closing mater. |
| 118. Letter of Agreement<br>Date: June 20, 2007 | Letter of Agreement containing proposed services and compensation presented by Marsh Associates, Inc. and accepted by Kenneth Jowdy<br>Total estimated SD Design Fee: $ 570,000.00 MEX. | Status: Active<br><br>32% of the contract completed<br><br>Rights of this agreement to be assigned into the trust.<br><br>Diamante to follow-up as a post closing mater. |
| 119. Agreement to Provide Landscape Architectural Services<br>Date: November 30, 2006 | Letter of Agreement to provide landscape Architectural Services presented by Pinnacle Design Company, and accepted by Kenneth Jowdy<br>Total design Phase: $445,000.00 | Status: Active<br><br>• Golf Villa Design: 41% completed<br>• Master Plan Design: 73% completed<br><br>Rights of this agreement to be assigned into the trust.<br><br>Diamante to follow-up as a post closing mater. |

CONFIDENTIAL                                                                 DANSKE_0016918

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 120.  Veola Sales Contract<br>Date: October 31, 2006 | Sales Agreement entered into by and between Veolia Water Systems Ingeniería S.A. de C.V. and Diamante Cabo, regarding operational treatment plant upon completion.<br><br>Total amount of the contract:<br><br>• US$ 2,537,000.00 | Contract completed<br><br>Performance Bond equivalent to 20% of the value of the contract that shall remain in effect until final acceptance by Diamante Cabo (no further information regarding performance bond available in the agreement –document pending to receive-)<br><br>Prior written consent of the parties is required for any assignment. |
| **PROPERTY DUE DILIGENCE (PROPERTY SPECIFIC REQUIREMENTS)** | | |
| 121.  Land Document<br><br>(No Ejído regime certificate-*Certificado de inafectabilidad ganadera*) | "No Ejído regime certificate" issued by  the Ministry of Agriculture on May 22, 1987<br><br>Registered under number 76362 | Reviewed. |

CONFIDENTIAL                                                                     DANSKE_0016919

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| 122. Property Trust Agreement, easement and donation agreement. | Public Deed number 62, 902, dated September 1st, 2005, executed before Mr. José Alberto Castro Salazar, Notary Public N° 7 in and for the cities of La Paz and Los Cabos, Baja California Sur, regarding Property Trust Agreement , easement and donation for road agreement, entered in and between Alicia Ceseña Agudez de Colli, Atilio Colli VIllarino, Organismo Operador Municipal del Sistema de Agua Potable, de los Cabos B.C. Sur, Noveno Ayuntamiento del Municipio de los Cabos B.S and ScotiaBank Inverlat. | Reviewed. |
| 123. Diamante Cabo San Lucas S. de R.L. | | |
| (a) Certificate of non-indebtedness of RE Taxes | Six certificates from the Office of Municipal Treasurer of the City Council of Los Cabos Baja California certifying to be up the date with the payment of RE Taxes until October of 2009. | Reviewed. |
| (b) Certificates of No Liens  Date: February 10, 2009    No. of Certificates: 8 | Eight certificates from the Central Office of the Public Register of Companies and Property of the City of Los Cabos, Baja California Sur declaring that Polygon I, lot I, lot II, lot III, lot IV, lot V, lot VI and lot VII are free of encumbrances. | Property is recorded under the name of the trustee of the Guaranty trust agreement, Banco J.P. Morgan, S.A. |

CONFIDENTIAL                                                                                          DANSKE_0016920

| Documents / Items | Brief Description | Status / Notes |
|---|---|---|
| (c) Certificate of non-indebtedness of water charges | Statement of Account from the Municipal Potable Water System of los Cabos Baja California. | $668,182.00 MEX are pending to be paid to the Municipal Potable Water System corresponding to the month of February 2009. |
| (d) Last Property Title Instrument Public Deed No. 65,036  Date: March 10, 2006 | Public Deed number 65, 036, dated March 10, 2006, executed before Mr. José Alberto Castro Salazar, Notary Public N° 7 in and for the cities of La Paz and Los Cabos, Baja California Sur, wich was recorder on April 18, 2006 in the Register of Public Property of Los Cabos Baja California under entry 286972 | Reviewed. |

JNN 290654v4

CONFIDENTIAL

DANSKE_0016921