**2013 Loan Modification Due Diligence Items and Schedule for Delivery:**

1. ~~Enviro/Geotech Letters – Fernando/Greg to provide credentials for consultant and scope of update letter – Credentials received February 8, 2012~~

2. ~~Survey Status – Received.~~

3. ~~Schedule of all Product Sold across the Project (time share [identifying type of product sold], lots, villas, membership) – February 7, 2013~~

4. ~~Schedule of Accounts (all income and expense accounts) - February 7, 2013~~

5. ~~Schedule of Commissions Distributions (Iron Man, CL* and TW*): February 7, 2013~~

    ~~*from April 2012 – January 2013~~

6. ~~URCONSA Contract (with lots identified [ SH lots #29 and #67, #30 has transferred] – February 7, 2013~~ [NOTE – POA REVIEW PENDING RECEIPT]

7. ~~Fully executed CL Contract, TW Contract, Resort to Resort Contract – February 7, 2013~~

8. ~~Water treatment Contracts (2) – February 7, 2013~~

9. ~~Schedule of Golf Memberships Sold – February 7, 2013~~

10. ~~Schedule of trademarks and copyrights – February 7, 2013~~

11. ~~Insurance – Venable/Lender to review trigger for borrower's obligation to provide casualty (all-risk) property insurance on phases of project that are under construction~~ – [UNDER REVIEW]

12. IVA Schedule (IVA paid, IVA revenue received on sale, estimated credit) – February 15, 2013

13. Copies* of all Sales Contracts on all products across the Project (lots, villas, time shares) – February 15, 2013

    *Trimont has confirmed that bulk uploading from blackbox data site is available.

    *Certain documents have been received and are under review.

14. Time Share Contracts – Trustee Acknowledgements for all Time Share Contracts that are paid in full - February 15, 2013

15. ~~Leaseback Contracts~~ - February 15, 2013

[ DOCPROPERTY  YCFooter \* MERGEFORMAT ]

16. Budgets

    a. ~~Lagoon Construction – prior to funding of Interim $2 million Advance~~

    b. ~~Resort Vertical Construction – February 15, 2013~~

    c. Resort Vertical Future Construction – February 15, 2013

    d. TW Golf – February 15, 2013

    e. Admin – February 15, 2013

    f. Operating – February 15, 2013

    g. Non-Resort Time Share and Whole Ownership – February 15, 2013

17. Sold Lots Closing Packages (jointly signed instruction letter, power of attorney signed by trustee, conveyance deed and related closing documents) – February 15, 2013

    *Certain documents have been received and are under review.

18. Schedules

    a. Intangible Property (permits, warranties, as-built drawings, approvals, subdivision approvals) – February 20, 2013

    b. Personal Property – February 20, 2013

    c. Management Contracts (and copies of all) – February 20, 2013

    d. Service Contracts (and copies of all) – February 20, 2013

    e. Vendor Contracts (and copies of all) – February 20, 2013

    f. ~~Leased Equipment (if any) – February 20, 2013~~

    g. Leased Vehicles (if any – name of lessee) – February 20, 2013

    h. Engineers/Architects/GC Contracts - February 20, 2013

    i. Schedule of Infrastructure Obligations (if not in budgets; if in budget, please identify accordingly; please identify Donation Area payment ($2,300,000 comprised of $300,000 plus infrastructure work obligations corresponding to $2,000,000/obligation to bury utility lines) – February 20, 2013)

    j. Schedule of Municipality Obligations (if not in budget; if in budget, please identify line items accordingly) – February 20, 2013

[ DOCPROPERTY  YCFooter \* MERGEFORMAT ]

    k. Schedule of Public Works Agreements (e.g., Water Treatment, other) – <u>February 20, 2013</u>

    l. Schedules of Leases (including lease-backs; leased space) – <u>February 20, 2013</u>

19. Updated Litigation Schedule – <u>February 20, 2013</u>

    a. Title insurance update from Fidelity/Ed Hamman

    b. Other

20. ~~Organizational Chart (KSW to forward annotated chart received from Bill and discussed 1/29)~~

    a. ~~Organizational documentation (articles of organization & LLC Agreement) for Diamante Club, LLC~~

        i. Copy of agreement with Borrower for Club management

    b. ~~Organizational documentation for Diamante Life S. De RL De CV~~

    c. ~~Organizational documentation for Diamante CSL, LLC~~

    d. ~~Organizational documentation for Prestadora de Services Diamante S de RL de CV~~

    e. ~~Organizational documentation for Pactifico Associates S.C.~~

21. Title Status

    a. Stewart and Fidelity contacted to undertake title search and consider closing matters

    b. Fidelity to provide schedule of Deeds of Conveyance

22. Permits/Entitlements/Approvals

    a. Vanessa and Adrian undertaking review of package delivered

    b. ~~Call for Friday, Feb 1 at 11am EST/10am MX to include Vanessa, Fernando, and Kelly, *inter alia* – to review possible local counsel review; status of review of permits; amendment to trust and title insurance matters~~

23. Withholding Tax – Venable/Lender to review if/how withholding refund received

[ DOCPROPERTY YCFooter \* MERGEFORMAT ]