**2013 Loan Modification Due Diligence Items and Schedule for Delivery:**

1. Schedule of all Product Sold across the Project (time share [identifying type of product sold], lots, villas, membership) – February 7, 2013

2. Schedule of Accounts (all income and expense accounts) - February 7, 2013

3. Schedule of Commissions Distributions (Iron Man, CL* and TW*): February 7, 2013

    *from April 2012 – January 2013

4. IVA Schedule (IVA paid, IVA revenue received on sale, estimated credit) – February 15, 2013

5. Copies* of all Sales Contracts on all products across the Project (lots, villas, time shares) – February 15, 2013

    *Trimont has confirmed that bulk uploading from blackbox data site is available.

6. Time Share Contracts – Trustee Acknowledgements for all Time Share Contracts that are paid in full  - February 15, 2013

7. Leaseback Contracts  - February 15, 2013

8. URCONSA Contract (with lots identified [ SH lots #29 and #67, #30 has transferred] – February 7, 2013

9. Fully executed CL Contract, TW Contract, Resort to Resort Contract – February 7, 2013

10. Water treatment Contracts (2) – February 7, 2013

11. Schedule of Golf Memberships Sold – February 7, 2013

12. Schedule of trademarks and copyrights – February 7, 2013

13. Budgets

    a. Lagoon Construction – prior to funding of Interim $2 million Advance

    b. Resort Vertical Construction – February 15, 2013

    c. Resort Vertical Future Construction – February 15, 2013

    d. TW Golf – February 15, 2013

    e. Admin – February 15, 2013

    f. Operating – <u>February 15, 2013</u>

    g. Non-Resort Time Share and Whole Ownership – <u>February 15, 2013</u>

14. Sold Lots Closing Packages (jointly signed instruction letter, power of attorney signed by trustee, conveyance deed and related closing documents) – <u>February 15, 2013</u>

15. Organizational Chart (KSW to forward annotated chart received from Bill and discussed 1/29)

    a. Organizational documentation (articles of organization & LLC Agreement) for Diamante Club, LLC

        i. Copy of agreement with Borrower for Club management

    b. Organizational documentation for Diamante Life S. De RL De CV

    c. Organizational documentation for Diamante CSL, LLC

    d. Organizational documentation for Prestadora de Services Diamante S de RL de CV

    e. Organizational documentation for Pactifico Associates S.C.

16. Title Status

    a. Stewart and Fidelity contacted to undertake title search and consider closing matters

    b. Fidelity to provide schedule of Deeds of Conveyance

17. Survey Status – Fernando to provide draft survey to Vanessa, Fidelity, Stewart and Kelly (<u>February 5, 2013</u>)

18. Permits/Entitlements/Approvals

    a. Vanessa and Adrian undertaking review of package delivered

    b. Call for Friday, Feb 1 at 11am EST/10am MX to include Vanessa, Fernando, and Kelly, *inter alia* – to review possible local counsel review; status of review of permits; amendment to trust and title insurance matters

19. Insurance – Venable/Lender to review trigger for borrower's obligation to provide casualty (all-risk) property insurance on phases of project that are under construction – <u>February 7, 2013</u>

20. Enviro/Geotech Letters – Fernando/Greg to provide credentials for consultant and scope of update letter – <u>February 1, 2013</u>

21. Schedules

    a. Intangible Property (permits, warranties, as-built drawings, approvals, subdivision approvals) – <u>February 20, 2013</u>

    b. Personal Property – <u>February 20, 2013</u>

    c. Management Contracts (and copies of all) – <u>February 20, 2013</u>

    d. Service Contracts (and copies of all) – <u>February 20, 2013</u>

    e. Vendor Contracts (and copies of all) – <u>February 20, 2013</u>

    f. Leased Equipment (if any) – <u>February 20, 2013</u>

    g. Leased Vehicles (if any – name of lessee) – <u>February 20, 2013</u>

    h. Engineers/Architects/GC Contracts - <u>February 20, 2013</u>

    i. Schedule of Infrastructure Obligations (if not in budgets; if in budget, please identify accordingly; please identify Donation Area payment ($2,300,000 comprised of $300,000 plus infrastructure work obligations corresponding to $2,000,000/obligation to bury utility lines) – <u>February 20, 2013)</u>

    j. Schedule of Municipality Obligations (if not in budget; if in budget, please identify line items accordingly) – <u>February 20, 2013</u>

    k. Schedule of Public Works Agreements (e.g., Water Treatment, other) – <u>February 20, 2013</u>

    l. Schedules of Leases (including lease-backs; leased space) – <u>February 20, 2013</u>

22. Updated Litigation Schedule – <u>February 20, 2013</u>

    a. Title insurance update from Fidelity/Ed Hamman

    b. Other

23. Withholding Tax – Venable/Lender to review if/how withholding refund received

CONFIDENTIAL
DANSKE_0016994