- 
- 

**6/18/2009 7:55 PM PT**



14 major **NHL** hockey players are suing a developer named **Kenneth Jowdy** for allegedly screwing them out of millions of dollars -- and then blowing the cash on escorts, strippers and private jet rides for some of the biggest names in **Major League Baseball** history.



The list of NHL players includes some of the sport's most famous guys -- **Michael Peca**, **Sergei Gonchar**, **Chris Simon**, **Greg deVries**, **Jason Woolley**, **Mattias Norstrom**, **Vladimir Tsyplakov**, **Jay McKee**, **Raymond Murray**, **Glen Murray, Bryan Berard**, **Dimitri Khristich**, **Jozef Stumpel** and **Darryl Sydor**.

The players claim they each invested between $250,000 - $500,000 with Jowdy -- who allegedly promised to use their money to develop a luxury golf course and resort.

Instead, the suit alleges the money was blown on private jets, 5-star hotels, and parties with various female porn stars, escorts, strippers, party girls and other women for **MLB** greats like "**Roger Clemens**, **Reggie Jackson**, **Joe Morgan** and **Pete Rose** (to name a few)."

The NHL players are suing for at least $15 million.

**UPDATE**: Joe Morgan just sent us this statement: "It's unethical to use my name when I never went to any of those parties, nor was I involved in any other activities."

## See Also

- **Def Leppard -- What the Puck Are You Doing?!**
- **It's the Stanley Cup!**



- Share on Facebook
- TWEET This

    TMZ Sports

## Hot Video

## More from TMZ



# Trump Supporters Chase Down, Beat BLM Protesters ... Leads to 2 Arrests