

- home
- news
- sports
- gossip
- business
- entertainment
- opinion
- tv
- video
- photos
- blogs
  - Sports Blogs
  - PopWrap
  - TV
  - Movies
  - Travel
  - Music
  - Theater
  - Real Estate
  - Fashion: HiLo
  - Wine
  - Video Games
  - Tempo
- classifieds

- Columnists
- Politics
- Local
- Bronx
- B'klyn
- Manhattan
- Queens
- National
- World
- Weird But True
- NYPD Blotter
- Transit
- Lottery



# $LAP SHOT AT PUCK SUCKERS

### NHL STARS INVEST $25M - AND BUILDER BLOWS IT ON PORN PARTIES: SUITS

Comments: 25 | Read Comments | Leave a Comment

**By JEANE MacINTOSH**

Last updated: 9:28 am
June 19, 2009
Posted: 2:29 am
June 19, 2009

A golf-resort developer put nearly two dozen NHL stars on ice -- taking millions they had invested with him and blowing it on parties packed with porn stars, hookers and his baseball buddies, including ex-Yankees Roger Clemens and Reggie Jackson, according to two explosive lawsuits filed yesterday.

The 19 former and current stick-handlers -- including an all-star roster of

ROGER & HE: Accused swindler Ken Jowdy (far left) joins Roger Clemens (2nd right) to ring the opening bell of the NYSE in 2003.

**SHARE BOX**
Show your support. Buzz this article up.

- Reddit
- Fark it
- Facebook
- Email
- Link
- Print

**THE POST'S MOST...**
Popular | Commented | Emailed | Viewed | Played

$LAP SHOT AT PUCK SUCKERS
BEYONCE BACKOUT STUNS CLUB
STAUB SEX TAPE

Rangers and Islanders -- are demanding that Las Vegas-based golf-course mogul Ken Jowdy return the $25 million they invested, plus fork over $15 million in damages for failing to build two luxury resorts in Mexico that are seven years behind schedule.

Instead, the players say, Jowdy got rowdy, squandering their cold cash on "lavish parties" that included "various female porn stars, escorts, strippers [and] party girls" to impress Clemens, Jackson, banned star Pete Rose and ESPN announcer Joe Morgan, one of the suits filed in Los Angeles County Superior Court alleges.

**Sponsored Links**

**Obama Urges Refinance**
$180,000 Refinance for $939/mo. See Rates - No Credit Check Required
SeeRefinanceRates.com

**The Most $100K+ Jobs**
Search 72,384 Jobs that pay over $100,000 at TheLadders.com.
www.TheLadders.com

**New Car Clearance**
Dealers are cutting prices to meet quotas, all vehicles are on sale!
Autos.Reply.com/NewCarClearance

Buy a link here

| TODAY'S HOT TOPICS | THIS WEEK'S HOT TOPICS |
|---|---|
| • ENTERTAINMENT WEEKLY | • VICTORIA GOTTI |
| • CHARLES KRAUTHAMMER | • YIGAL AZROUEL |
| • JOHN GOTTI | • JOHN GOTTI |
| more topics | more topics |

JOEL'S WIFE NIXED THE '...
FATTIES BAD NEWS AT NBC
KEEP 'EM DRY
GOLF RESORT DEVELOPER BILKED NHL STARS...



**Neighborhood Profiles**

**SOHO**                            Sponsored by:

By turns industrial and derelict, the cast-iron buildings of SoHo were first colonized by starving artists in the 1960s and '70s, who sought large li...

**Find out more about SOHO housing, schools, demographics, and statistics**

| Quick Glance | Population | 29,795 |
|---|---|---|
| | Average Household Income | 110,818 |
| | Median Travel Time to Work | 21.4 |
| | Median Years in Residence | 2.6 |
| | Households with Children | 16% |

Only baseball greats got to attend -- the hockey players were not invited to the revelry, a source said.

Among the biggest losers in the failed investments are former Ranger and Islander Bryan Berard and ex-Islander Michael Peca, who each lost $700,000. Ex-Ranger Mattias Norstrom lost $600,000, according to the suits.

"It's particularly uncomfortable for all," Berard told The Post. "He's taken our money without telling us, and it's supposedly all gone."

The suits also allege that Jowdy:

* Put a Clemens gal pal named Adrian Moore, described as a "regular party attendee who was close to Clemens," on his payroll "as a personal favor" to the former Yankee Cy Young winner.

* Bought three private planes to fly himself, childhood pals, the baseball players and their "female companions" to Mexico, Palm Springs, New York and Las Vegas.

* Paid himself an $800,000-a-year salary -- plus travel and entertainment expenses -- while his brother-in-law, Connecticut lawyer Bill Najam, took in $650,000 annually without having a role in the project.

* Hired Brian McNamee -- the one-time Clemens trainer who told Congress he supplied the ballplayer with steroids -- as a fitness trainer.

* Paid the projects' sole construction manager, Ken Ayers, a $550,000 salary, even though Ayers spent fewer than 20 days at the sites in seven years.

Jowdy, who started the projects seven years ago, did not return calls for comment.

Other notable player plaintiffs include: Chris Simon, who played for the Rangers and Islanders; former Rangers Greg deVries, Steve Rucchin and Rem Murray; former New Jersey Devil Turner Stevenson; and 2009 Pittsburgh Penguin Stanley Cup champion Sergei Gonchar.

==The only thing they have to show for it is sand on a beach in the middle of nowhere," the players' lawyer, Ronald Richards, told The Post.==

According to the filings, Jowdy lavished attention on the baseball players "under the guise that these individuals would eventually purchase real estate" in the planned resorts, called Diamante Del Mar and Diamante Cabo San Lucas.

But the former major-leaguers never expressed any interest, according to the suit.

Specifically, the suit states, "Clemens and even his wife were vocal and adamant that they would never purchase" the property.

"Nevertheless, Jowdy continued to provide -- and these individuals all continued to accept -- gratuitous, extravagant private air travel, five-star hotel accommodations, luxury home rentals, unlimited food and beverage expenses, golf tournaments and lavish parties several times a year over a three-year period," the suits allege.

A call to Clemens' business manager was not returned. In statement sent to TMZ.com, Morgan said he "never went to any of those parties."

The NHL investors learned only in May that they may had been duped, after Jowdy testified in a separate court case brought by investors in another troubled project.

The larger lawsuit by the NHL stars seek $25 million in damages related to a planned resort in Cabo San Lucas. On that project, Jowdy defaulted and owes money to a PGA star and golf-course designer Phil Mickelson, the suit claims.

Jowdy, the papers allege, also "falsified his financial statements" for a loan he





Click on a red icon on the map to see headlines for that location. Search now by location and keyword.

got through a Lehman Brothers broker, Masood Bhatti, before that firm imploded last September.

Bhatti had a secret equity interest in the Cabo resort through an investment group controlled by his goddaughter, according to the suit, and blocked the hockey players' efforts to recoup their losses.

*Additional reporting by Chuck Bennett*

*jeane.macintosh@nypost.com*

**Sponsored Links**

**Wind Energy Stock - NWND**
Alternative Energy Investment National Wind Solutions, Inc.
www.NationalWindSolutions.com

**The New 2010 Volvo XC60**
This Car Stops Traffic. And itself. See the impressively-equipped XC60!
VolvoCars.com/XC60

Buy a link here

**COMMENTS (25)**                                                Newest first

POWERED BY PLUCK



**aggitta** wrote:
The Hall of Shame awaits them all. All those wins, K's, ERA's, Homers, hits don't mean spit. Just put an * after it............
6/19/2009 9:22 AM EDT
Recommend (1)                    Report Abuse

**aggitta** wrote:
Truth truth, I'm down with that. Morgan is nothing but a blowhard. ESPN lets him go and MLB network will pick up the scraps.....
6/19/2009 9:17 AM EDT
Recommend (1)                    Report Abuse

**aggitta** wrote:
When you do what you do, you get what you got and I don't feel sorry for the entire lot. Halls of shame all around......
6/19/2009 9:12 AM EDT
Recommend (1)                    Report Abuse

**Gov watcher** wrote:
Dopes!
6/19/2009 8:49 AM EDT
Recommend (2)                    Report Abuse

**Wally paupack** wrote:
clemens nearly killed Mike Piaza because he hit him well.clemens only cares about clemens end of story
6/19/2009 8:44 AM EDT
Recommend (5)                    Report Abuse

**Danstealy** wrote:
Buyer Beware!! Can't feel sorry for rich greedy athletes who get scammed. They have money to burn from playing a game for a living. Boo Hoo!!
6/19/2009 8:22 AM EDT
Recommend (3)                    Report Abuse

**nosofte** wrote:
The stupidity of "Professional" sports players to trust someone with your money, and no collateral up front. They deserve what the got it return........nothing!
6/19/2009 8:20 AM EDT
Recommend (2)                    Report Abuse

**dls** wrote:
Roger Clemens is both personally and baseball wise disgusting. No HOF forever!!
6/19/2009 8:10 AM EDT
Recommend (9)                    Report Abuse

**philstillsux** wrote:
no suprise clemens is involved with these guys. criminals and dirtbags seem to follow each other.
6/19/2009 8:07 AM EDT
Recommend (7)                    Report Abuse

**georgeinsc** wrote:
like the madoff investors the nhl players most likely believe an investment to good to be true-was!!! my grandmother told me that and these guys all had agents, accountants, etc. and qualified as sophisticated investors because of their net worth.
6/19/2009 8:07 AM EDT
Recommend (1)                    Report Abuse

**1** 2 3 >> Last

You must be logged in to leave a comment. Login | Register

Submit

**SHARE BOX**
Show your support.
Buzz this article up.

Reddit    Fark it    Facebook
Email    Link    Print

Digg submit

TODAY'S HEADLINES AROUND THE WEB

| **News** | **Sports** | **Gossip** | **Entertainment** | **Post Opinion** | **Classifieds** | **User Services** |
|---|---|---|---|---|---|---|
| Local News | Yankees | Page Six | Movies | Editorials | Cars | Contact Us |
| National News | Mets | Cindy Adams | Movies Blog | Oped Columnists | Jobs | FAQ |
| International News | Giants | Michael Riedel | Oscars | Letters | Real Estate | Daily Newsletter |
| News Columnists | Jets | Celebrity Photos | Food | Books | For Rent | Home Delivery |
| Weird But True | Knicks | Celebrity Sightings | Fashion | Ramirez Cartoons | Buy/Sell/Trade | Avant Go |

- NYPD Daily Blotter
- Liberty Medals
- Traffic & Transit
- Lottery
- Classroom Extra

- Nets
- Rangers
- Islanders
- Devils
- Sports Blogs
- Columnists
- Bettor's Guide
- Horse Racing Picks
- Post Line

- Page Six Magazine
- Delonas Cartoons

**Business**
- Business Columnists
- Real Estate
- Jobs
- Stock Quotes

- Fashion Blog
- Music
- Theater
- Health
- Travel
- Travel Blog
- Horoscope
- Dating
- Weekend Guide
- Comics & Games
- Post Game Report
- Tempo

- Send a Letter

**TV**
- Linda Stasi
- Starr Report
- Reviews
- TV Listings
- LIVE: The TV Blog

- Tickets & Events
- Pets
- Services
- Place an Ad

**Miscellaneous**
- Sweeps/Contests
- Coupons
- Media Kit
- Parade Magazine
- RSS
- Special Sections
- Privacy Policy
- Terms of Use
- Video
- Page Six Magazine Media Kit

- E-Edition
- Mobile
- Archives
- Back Issues
- Reprints
- Story Index
- Past Editions
- Sitemap

SIGN IN    SUBSCRIBE    PRIVACY POLICY    TERMS OF USE    NEWS HEADLINES FROM OUR PARTNERS    RSS

NEW YORK POST is a registered trademark of NYP Holdings, Inc. NYPOST.COM, NYPOSTONLINE.COM, and NEWYORKPOST.COM are trademarks of NYP Holdings, Inc.
Copyright 2009 NYP Holdings, Inc. All rights reserved.

New York Post

Skip to main content

TIPS   SIGN UP

Advertisement

**NEWS**

# GOLF RESORT DEVELOPER BILKED NHL STARS: SUIT

By Jeane MacIntosh     June 19, 2009 | 12:03am

A golf-resort developer put nearly two dozen NHL stars on ice — taking millions they invested with him and blowing it on parties packed with porn stars, hookers and his preferred baseball buddies, including ex-Yankees Roger Clemens and Reggie Jackson, according to two explosive lawsuits filed today.

The 19 former and current stick-handlers – including an all-star roster of Rangers and Islanders – are demanding that Las Vegas-based golf-course mogul Ken Jowdy return the $25 million they invested, plus fork over $15 million in damages, for failing to build two luxury resorts in Mexico that are seven years behind schedule.

Jowdy, the players say, instead got rowdy, squandering their cold cash on "lavish parties" that included "various female porn stars, escorts, strippers [and] party girls" to impress Clemens, Jackson, banned star Pete Rose and ESPN announcer Joe Morgan, one of the suits filed in Los Angeles County Superior Court alleges.

Only baseball greats got to attend, however. The hockey players were not invited to the bacchanalian revelry, a source said.

Among the biggest losers in the failed investments are former Ranger and Islander Bryan Berard and ex-Islander Michael Peca, who each lost $700,000. Ex-Ranger Mattias Norstrom lost $600,000, according to the suits.

"Its particularly uncomfortable for all," Berard told The Post. "He's taken our money without telling us, and its supposedly all gone."

Among the claims, Jowdy allegedly:

* Put a Clemens gal pal named Adrian Moore, described as a "regular party attendee who was close to Clemens," on his payroll "as a personal favor" to the former Yankee Cy Young winner.

* Bought three private planes to fly himself, childhood pals, the baseball players and their "female companions" to Mexico, Palm Springs, New York and Las Vegas.

* Paid himself an $800,000-a-year salary – plus travel and entertainment expenses – while his brother-in-law, Connecticut lawyer Bill Najam, took in $650,000 annually without having a role

**TRENDING NOW ON NYPOST.COM**

1. 148,262

   Mickey Rourke blasts 'punk ass' Robert De Niro in fiery Instagram post

2. 80,017

   Anti-Trump GOP group's founders have ties to Russia and tax troubles, docs reveal

3. 59,876

   Heartbreaking details around Olympic figure skater's death

in the project.

* Hired Brian MacNamee – the onetime Clemens trainer who told Congress he supplied the ballplayer with steroids – as a fitness trainer.

* Paid the projects' sole construction manager, Ken Ayers, a $550,000 salary, even though he spent fewer than 20 days at the sites in seven years.

Jowdy, who started the projects seven years ago, did not return calls for comment.

Other notable player plaintiffs include: Chris Simon, who played for the Rangers and Islanders; former Rangers Greg deVries, Steve Rucchin, and Rem Murray; former New Jersey Devil Turner Stevenson; and 2009 Pittsburgh Stanley Cup champion Sergei Gonchar.

"The only thing they have to show for it is sand on a beach in the middle of nowhere," the players' lawyer, Ronald Richards, told The Post.

According to the filings, Jowdy lavished attention on the baseball players "under the guise that these individuals would eventually purchase real estate" in the planned resorts, called Diamante Del Mar and Diamante Cabo San Lucas.

But, the ex-major leaguers never expressed any interest, according to the suit.

Specifically, the suit states, "Clemens and even his wife were vocal and adamant that they would never purchase" the property.

"Nevertheless, Jowdy continued to provide – and these individuals all continued to accept – gratuitous, extravagant private air travel, five-star hotel accommodations, luxury home rentals, unlimited food and beverage expenses, golf tournaments and lavish parties several times a year over a three-year period," the suits allege.

A call to Clemens' business manager was not returned. In a statement Joe Morgan told TMZ.com that he had never attended any of the parties.

The NHL investors only learned in May that they may had been duped, after Jowdy testified in a separate court case brought by investors in another troubled project.

Public records show Jowdy is being sued in Arizona and California. He also faces fraud charges in Mexico, where a warrant has been issued for his arrest.

The larger lawsuit by the NHL stars seek $25 million in damages related to a planned resort in Cabo San Lucas. On that project, Jowdy defaulted and owes money to a PGA star and golf-course designer Phil Mickelson, the suit claims.

Jowdy, the papers allege, also "falsified his financial statements" for a loan he got through a Lehman Brothers broker, Masood Bhatti, before that firm imploded last September.

Bhatti had a secret equity interest in the Cabo resort through an investment group controlled by his goddaughter, according to the suit, and blocked player's efforts to recoup their losses.

*Additional reporting by Chuck Bennett*

jeane.macintosh@nypost.com

SHARE THIS ARTICLE:

## WHAT TO SHOP NOW



Everlane offers up to 50 percent off apparel and more for Summer Sale

These KN95 masks effectively block 99% of airborne particles

Jimmy Choo takes 50 percent off clearance for summer sale

Universal Standard takes up to 75 percent off bestsellers for Sample Sale

Macy's takes 50 percent off Too Faced and Mario Badescu for flash sale



## NOW ON

Savannah Guthrie's eye surgery was a success
Who is Addison Rae? 5 things to know about Kourtney Kardashian's new pal