Puck That! NHL Players Claim $25M Scam - CBS News

Case 2:13-cr-00607-JFB-AYS   Document 909-7   Filed 09/09/20   Page 1 of 3 PageID #: 29548



# Puck That! NHL Players Claim $25M Scam

- 
- 
- 

June 19, 2009 / 10:39 AM / AP

A golf resort developer is being sued by nearly two dozen NHL players. They say he duped them out of $25 million, blowing the money on parties that were attended by porn stars, hookers and former Yankees players Roger Clemens and Reggie Jackson.

The New York Post reports that 19 former and current NHL players, including Sergei Gonchar of the Stanley Cup champion Pittsburgh Penguins, filed suit on Thursday against Ken Jowdy. They allege that they invested the money with the Las Vegas-based golf-course mogul to develop two luxury resorts in Mexico - a project they say is seven years behind schedule.

Instead, according to the players, Jowdy squandered the money on "lavish parties" to impress the likes of Clemens, Jackson and Pete Rose, who Jowdy hoped would eventually buy real estate in the planned resorts.

**Case 2:13-cr-00607-JFB-AYS   Document 909-7   Filed 09/09/20   Page 2 of 3 PageID #: 29549**



**Get Breaking News Delivered to Your Inbox**

[Click here](#) to read the entire New York Post article.

First published on June 19, 2009 / 10:39 AM

© 2009 The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.

## CBSN: 24/7 Live Stream

## Follow Us

- [Facebook](#)
- [Twitter](#)
- [YouTube](#)
- [RSS](#)
- [Instagram](#)
- [Newsletters](#)

## Latest From "60 Minutes"

Puck That! NHL Players Claim $25M Scam - CBS News

Case 2:13-cr-00607-JFB-AYS   Document 909-7   Filed 09/09/20   Page 3 of 3 PageID #: 29550

[60-stnick-04122020-article0.jpg](#)



### [Resurrecting the church destroyed on 9/11](#)

[St. Nicholas Greek Orthodox Church and the iconography it housed were destroyed in the attack on the World Trade Center. After almost two decades, the church is rising again with new iconography from a monastery on Mt. Athos.](#)

[Sep 6](#)

[serialkillergrabs01.jpg](#)



### [Extracting confessions from a serial killer](#)

[Texas Ranger James Holland tells "60 Minutes" how he got serial killer Samuel Little to confess to his crimes](#)

[Sep 6](#)