- Halifax

PODCASTSNEWSLETTERSTODAY'S PAPER

- Manage Profile
- Subscriptions
- Billing Information
- Newsletters
- Sign Out

This copy is for your personal non-commercial use only. To order presentation-ready copies of Toronto Star content for distribution to colleagues, clients or customers, or inquire about permissions/licensing, please go to: www.TorontoStarReprints.com

Sports

# Ex-Leafs among NHLers suing developer

Fri., June 19, 2009*timer*1 min. read

NEW YORK – A golf resort developer duped nearly two dozen NHL players out of $25 million (U.S.), blowing the money on gratuitous parties that were attended by former Yankees players Roger Clemens and Reggie Jackson, according to a lawsuit filed Thursday.

The *New York Post* reported in Friday's edition that 19 former and current NHL players filed suit against Ken Jowdy, alleging they invested the money with the Las Vegas-based golf-course mogul to develop two luxury resorts in Mexico – a project they say is seven years behind schedule.

Instead, according to the players, Jowdy squandered the money on "lavish parties" to impress the likes of Clemens, Jackson and banned hits king Pete Rose, among others, who Jowdy hoped would eventually buy real estate in the planned resorts.

The lawsuit seeks the return of the $25 million they invested and $15 million in damages.

Former Maple Leafs, New York Rangers and Islanders defenceman Bryan Berard and one-time Islanders captain, and former Leaf, Michael Peca were hit the hardest, each losing $700,000 in the deal, according to the filing in Los Angeles County Superior Court.

"It's particularly uncomfortable for all," Berard told the *Post*. "He's taken our money without telling us, and it's supposedly all gone."

Other players involved in the alleged scam include: Chris Simon, who played for both the Rangers and Islanders; former Rangers Greg deVries, Steve Rucchin and Rem Murray; former New Jersey Devil Turner Stevenson; and Sergei Gonchar of the Stanley Cup champion Pittsburgh Penguins.

- SHARE:

- 

Report an error
[Journalistic Standards](#)
[About *The Star*](#)

## More from The Star & Partners

## More Sports

## Top Stories

### [LOCAL GUIDE](#)[MORE BUSINESS](#)[VIEW ADS](#)

Copyright owned or licensed by Toronto Star Newspapers Limited. All rights reserved. Republication or distribution of this content is expressly prohibited without the prior written consent of Toronto Star Newspapers Limited and/or its licensors. To order copies of Toronto Star articles, please go to: [www.TorontoStarReprints.com](#)

- [About](#)
- [Contact Us](#)
- [Feedback](#)



## thestar.com

- [Subscribe to the Star](#)
- [Manage Star Subscription](#)
- [Feedback](#)
- [Site Map](#)
- [Newsletters](#)
- [Homefinder.ca](#)
- [Corrections](#)
- [Today's News](#)
- [Flyers](#)
- [Insurance Hotline](#)
- [CanadaStays](#)
- [Contests](#)

## Toronto Star Newspapers Ltd.

- [Subscribe to Home Delivery](#)
- [Manage Home Delivery Subscription](#)
- [About](#)
- [Torstar Journalistic Standards](#)
- [Atkinson Principles](#)
- [Glossary](#)
- [Trust Project](#)
- [Contact Us](#)
- [Contact Webmaster](#)
- [FAQ](#)