Carlson accused of sexual misconduct

Women who painted over NYC Fifth Ave. Black Lives Matter mural identified as right-wing gadflies

ADVERTISEMENT

**HOCKEY**
**SPORTS**

# Roger Clemens' pal Ken Jowdy denies NHL players' salacious allegations

By **TERI THOMPSON** and **MICHAEL O'KEEFFE** & **NATHANIEL VINTON**

DAILY NEWS SPORTS WRITERS    |

JUN 20, 2009 AT 7:08 PM

Roger Clemens' pal Ken Jowdy denies NHL players' salacious allegations - New York Daily News



The golf course in Cabo San Lucas that is at the center of the litigation against Ken Jowdy, who is Roger Clemens' pal, is near completion and is expected to open in October. (Special to the News)

Golf course developer Ken Jowdy, who was sued on Thursday by a group of 19 current and former [NHL](#) players seeking millions of dollars they had invested with him, says he would have preferred they had just picked up the telephone and called him to discuss the status of the projects.

"I'd love to talk to them," Jowdy told the Daily News. "I'd be thrilled to pick up the phone and invite them to come there and play a round of golf."

A close friend of embattled pitcher [Roger Clemens](#), Jowdy strongly denies the salacious claims in two lawsuits filed simultaneously in [Los Angeles](#) on Thursday which assert that Jowdy misused millions of dollars of the plaintiffs' money intended for golf-course developments on the Baja peninsula and [Cabo San Lucas](#) on lavish parties and private plane rides for baseball players and other athletes and friends.

"The claims are outrageous and they aren't true," Jowdy said. "We have had four promotional weekends since 2003, and all have been attended by baseball players, hockey players, wives, girlfriends and prospects. The only reason that my friends are mentioned was in order to gain the most publicity possible, and to hurt me the most."

According to the lawsuit, Jowdy used the hockey players' money to purchase private planes to ferry notables such as Roger Clemens, [Reggie Jackson](#), [Pete Rose](#) and [Joe Morgan](#) around the country; threw parties for the athletes and other clients, complete with "porn stars, escorts,

strippers, party girls and other women"; and provided athletes and other friends with "gratuitous extravagant private air travel, five-star hotel accommodations, luxury home rentals, unlimited food and beverage expenses, golf tournaments and lavish parties several times a year."

Jowdy denies all that. "Roger Clemens, Reggie Jackson, Joe Morgan and Pete Rose are all friends of mine. They've taken time out of their schedules, at my request, to attend functions in [Mexico](#) to promote our projects," he told The News. "They have been gracious with their time and efforts in showing support to me, and have been gracious in playing golf and socializing with prospective buyers. At no time have they ever participated in, or has there ever existed, parties with hookers, strippers or porn stars."

[Ronald Richards](#), the [California](#) attorney who filed the suit on behalf of the hockey players, told the Daily News that he has photographs that support allegations that Jowdy squandered the hockey players' money on wild parties, although he acknowledged the photos did not prove anything illegal or unseemly occurred. But the main issue, he said, is that Jowdy blew his clients' money and has nothing to show for it.

Jowdy claims he has barely met the plaintiffs, who he says made their investments via his business-partner-turned nemesis [Phil Kenner](#), who he says blocked all access to the hockey players. Jowdy says Kenner, an [Arizona](#) businessman who calls himself a "lifestyle coach" and has served as a financial adviser to many of the athletes who are plaintiffs in the case, is behind the lawsuit.

It is Kenner, according to Jowdy, who has not looked out for his clients' interest. "It has everything to do with Kenner," Jowdy says. "I'm just a target right now." As The News reported in April, Kenner is himself snagged in a thicket of litigation related to his financial transactions with NHL stars, and is the target of a lawsuit filed by former NHL star [Joe Juneau](#) and an arbitration action by [Minnesota Wild](#) [right wing Owen Nolan](#).

Jowdy's lawyers are expected to move to dismiss the case next week, but according to a source familiar with both parties, it would not be surprising if the federal government ended up investigating the matter.

According to Jowdy, the claims in the lawsuits that he has "failed to execute even the most fundamental elements of a business or development plan" in Cabo and Baja are erroneous and were contradicted in a deposition he gave on May 27 in a suit against Kenner filed by Nolan. Richards, the same lawyer representing the NHL players in the two lawsuits against Jowdy, attempted to show in that deposition that not only was Jowdy "working very hard to (A) develop the property, or (B), wait until the economy turns around and try to sell it at a profit," he fully intended to get a return on Nolan's investment, even without charging the investment group for his work.

"In fact," Richards asked Jowdy in the deposition, "you're still working - you're not charging the LLC to currently try to develop this property, are you?" Richards asked.

"No," Jowdy replied.

"You're still trying to save Mr. Nolan's money along with Mr. Kenner and along with everybody else, correct?" asked Richards.

"Yes," Jowdy answered.

Richards said he was trying to show that Jowdy had led Kenner to believe that the project was moving forward.

Jowdy also disputes the claim in the lawsuit that he is the subject of an arrest warrant in Mexico. According to Jowdy's Mexican attorney, [Fernando Garcia](#), authorities have confirmed in writing that there is no arrest warrant for his client.

"That's not the information I have," Richards countered.

Until about two years ago, when their partnership soured, Kenner raised money for the exclusive golf developments Jowdy was trying to establish in Mexico, bringing in players who put in six-figure investments adding up to about $20 million.

Jowdy says that while the Baja project is on hold, the "value is still there, the land is still there. This is not like a (Bernie) Madoff thing, where there is just nothing." He added that the Cabo course is on schedule to open in October and that he would "love for the players to come to Cabo and play a round on it now."

"If these guys and Phil Kenner wanted to document what they have invested, I'm sure they could get it out in 60 days," Jowdy said. "In today's

real estate market, there's not a lot of deals where you can have your investment back after three years. If any of his players want their money taken out, I can have it out in 60 days."

Jowdy says big entertainment budgets are a necessary part of establishing an exclusive golf resort, and that his budget is well within industry standards. "It's not fun to deal with this stuff," he said, "but I don't think we did anything wrong or misappropriated any funds. For us to still be in business after two years of dealing with (Kenner), is to be commended."

Richards said he welcomed Jowdy's offer to refund his clients' money.

"If Jowdy wants to return his money let's see proof of funds," Richards said. "Lets see if he returns the money in 60 days. If he returns the money, great."

ADVERTISEMENT

### LATEST HOCKEY

**2016 World Cup of Hockey provides lessons for NHL restart**
JUL 19, 2020

**Fired hockey analyst Jeremy Roenick sues NBC, accuses channel of anti-straight discrimination**
JUL 18, 2020

**NHL, players' union approve plan to resume season, extend CBA**
JUL 10, 2020

ADVERTISEMENT

ADVERTISEMENT