Builder blows $25 million investment from NHL players on porn stars and Roger Clemens

# THE SCORES REPORT

## Builder blows $25 million investment from NHL players on porn stars and Roger Clemens

Posted by Anthony Stalter (06/22/2009 @ 8:48 am)



A golf-resort developer named Ken Jowdy duped two dozen former and current NHL stars by taking roughly a $25 million investment from the players and blowing it on lavish parties packed with porn stars, hookers and ex-baseball players, which included all-round standup guy Roger Clemens.

> The 19 former and current stick-handlers — including an all-star roster of Rangers and Islanders — are demanding that Las Vegas-based golf-course mogul Ken Jowdy return the $25 million they invested, plus fork over $15 million in damages for failing to build two luxury resorts in Mexico that are seven years behind schedule.
>
> Instead, the players say, Jowdy got rowdy, squandering their cold cash on "lavish parties" that included "various female porn stars, escorts, strippers [and] party girls" to impress Clemens, Jackson, banned star Pete Rose and ESPN announcer Joe Morgan, one of the suits filed in Los Angeles County Superior Court alleges.
>
> The suits also allege that Jowdy:
>
> Put a Clemens gal pal named Adrian Moore, described as a "regular party attendee who was close to Clemens," on his payroll "as a personal favor" to the former Yankee Cy Young winner.
>
> Bought three private planes to fly himself, childhood pals, the baseball players and their "female companions" to Mexico, Palm Springs, New York and Las Vegas.
>
> Paid himself an $800,000-a-year salary — plus travel and entertainment expenses — while his brother-in-law, Connecticut lawyer Bill Najam, took in $650,000 annually without having a role in the project.
> Hired Brian McNamee — the one-time Clemens trainer who told Congress he supplied the ballplayer with steroids — as a fitness trainer.
>
> Paid the projects' sole construction manager, Ken Ayers, a $550,000 salary, even though Ayers spent fewer than 20 days at the sites in seven years.

So if you're Jowdy, one, you must be incredibly insecure if you're spending millions of dollars of investors money on porn stars and parties for Roger Clemens and his steroid-producing trainer. Two, you also must be a gigantic idiot to believe the players you suckered wouldn't eventually ask you, "Hey, remember that golf course that you were supposed to build for us? Yeah – where the hell is it?"

Jowdy must have figured that at some point he would get busted for all this but until then, he was going to party his ass off. Personally, I think there are better ways to blow through millions of dollars than to fly Clemens all over the country for free, but hey, that's just me.

Follow the Scores Report editors on Twitter @clevelandteams and @bullzeyedotcom.

## CATEGORIES

| | |
|---|---|
| NFL | MLB |
| College Football | Betting Odds |
| NBA | Gear |
| College Hoops | Hotties |

### FEATURED CONTENT


**NFL**
The NFL rules the sports world, and it dominates our coverage as well. Check out our latest NFL posts.


**College Football**
Will the College Football Playoff continue to be dominated by the big powers like Alabama and Ohio State? Follow the latest on college football here.

**NBA**
Lebron and the Cavs are champs. Will they be facing Steph, Kevin and the Warriors again? Follow our NBA coverage.

**Sports Betting**
Get our latest updates on sports betting and odds here.


**Cheerleaders**
Check out all the hot photos of cheerleaders from around the web and social media.


**Sports Babes**
We find some of the most beautiful women in sports, from athletes, fans, WAGs, broadcasters and more!

### TSR FRIENDS

Bill James App
Premium Hollywood
EatSleepDrink Music
Cleveland Teams
Uncoached
Rotoworld.com
Shave Magazine
BallTribe

### CONTACT TSR

Contact us with tips, comments or questions.

Privacy Policy



8 Comments »

Posted in: General Sports, MLB, NHL

Tags: Ken Jowdy, Ken Jowdy scam, Ken Jowdy scams NHL players, NHL players lose millions in scam, Roger Clemens, Roger Clemens Ken Jowdy

@TheScoresReport

Tweet

## Related Posts

Bizarre details come out in Melky Cabrera case
Dr. CliffLee or: How we Learned to Stop Worrying and Hate the Win
Roger Clemens not guilty
Biggest loser in Roger Clemens mistrial? Karma.
Judge orders mistrial in Roger Clemens case

**8 responses** to "Builder blows $25 million investment from NHL players on porn stars and Roger Clemens"

**J. Biddle** says:

What a stand up guy. Taking investors money, hanging with Roger Clemens. Hope he gets his just due. Of course, this being a white collar crime, he will probably get like 3 years.

lasvegashoteldeals

June 22nd, 2009 at 12:38 pm

**Homework** says:

You'd also have to be a bit lazy not to spend two minutes to see if they actually did build a very nice course down there. Don't know the terms of the agreement, but most realestate investments have some risk, such as a market crash.

June 22nd, 2009 at 10:10 pm

**Gio T** says:

Maybe there really is a golf course almost finished down there and maybe the allegations are just that, allegations.

June 24th, 2009 at 8:47 pm

**Anthony Stalter** says:

Why are these NHL players so pissed off then if there's a course down there? And even if he did build a course, it doesn't mean he didn't use the rest of the money to buy Roger Clemens a porn star or two. I highly doubt these players are teed off for no reason.

Did you guys attend Jowdy's parties or something?

June 24th, 2009 at 10:01 pm

**Homework** says:

Anthony, I did not attend a party down there, but I am pissed about the money I've lost investing in the stock market. The market crashed, many people lost investment money. Most people understand the risk, and are not looking to sue somebody. Unless we know the terms of the deal, there is no reason to pass judgement.

June 27th, 2009 at 10:14 am

**Anthony Stalter** says:

Homework,

Fair enough. I'm going off the New York Post article on this one. Maybe I should have waited until more facts come out. If the guy was essentially using the money to throw gang bangs for Clemens, then I think he should be heavily criticized, especially when fine folks like yourself are trying to make sound investments. If it a deal that just went sour, then that's another subject…

June 28th, 2009 at 10:30 pm

**Joe Cabo** says:

I own a place in Cabo and am a frequent visitor.
There is a golf course built on Jowdys land by DLIII.
The piece of land he bought was cheap but for good reason. It's a hideous piece of land.
A former employee of his is livid for some reason.
The rumor around here is to stay away from this guy.
I think he's got some additional funding and they are moving forward.

Personally, i would turn that land into a landfill though

*July 15th, 2009 at 10:28 pm*

**Joe Cabo II** says:

To: Joe Cabo:
I agree. Hideous piece of land.
Golf course is nice. DLIII did a good job.
The local guy's pissed off as he too was bilked out of hundreds of thousands of dollars.
Jowdy doesn't pay people. Period. Additional funding? Moving forward on what? They're selling timeshare out there. Do you know what kind of a reputation Mexico Timeshare has? It has the same reputation as Ken Jowdy has. Bad! It's a 2 Star Project. You most definitely want to stay away from the place.

*November 1st, 2010 at 2:38 pm*

## Leave a Reply

Name (required)

Mail (optional)

Website (optional)

**XHTML:** You can use these tags: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <s> <strike> <strong>`



Enter the following:

nitty-gritty

Your Answer    SOLVE media