

# NHL PLAYERS SUED AS DEVELOPER HITS BACK

Daily News (New York)

October 2, 2010 Saturday, SPORTS FINAL EDITION

Copyright 2010 Daily News, L.P.



**Section:** SPORTS; Pg. 50

**Length:** 286 words

**Byline:** By Michael O'Keeffe

**Body**

SERGEI GONCHAR, in New York yesterday for a preseason game against the Rangers at the Garden, will return to Ottawa with an expensive souvenir.

The Senators' star defenseman was served with a $5 million malicious prosecution lawsuit filed by Ken Jowdy, the golf course developer accused in a 2009 suit of squandering $25 million of NHL players' money on porn stars, strippers and wild parties.

Jowdy, the Cabo San Lucas developer and close friend of former Yankee pitcher Roger Clemens, claims in the suit that he was the victim of a vicious legal and media smear campaign concocted by his former partner, Philip Kenner, an unlicensed financial adviser who calls himself a "lifestyle coach" to NHL players.

Seven hockey players - Gonchar, former Ranger and Islander Brian Berard, former Ranger Mattias Norstrom, Jere Lehtinen of the Dallas Stars and journeymen Glen Murray, Jozef Stumpel and Jason Woolley - are also named in the suit, which was filed in a California court in April.

Convicted drug dealer Tommy Constantine and Ronald Richards, a Beverly Hills attorney who represented Kenner and Constantine in the 2009 litigation against Jowdy, are also named as defendants.

The lawsuit said the hockey players and the other defendants "implemented a coordinated scheme to knowingly disseminate false information" about Jowdy in a June 2009 lawsuit filed by Richards in the hope of taking over Jowdy's controlling interest in lucrative real estate development projects.

Kenner's 2009 suit alleged that Jowdy wasted the hockey players' investment in his golf course development by arranging for porn stars and strippers to attend functions in Mexico attended by Clemens, Hall of Famer Joe Morgan and other baseball stars.

**Load-Date:** October 2, 2010

---

**End of Document**