- 310 556 1001
- info@ronaldrichards.com

☒ ☒

Menu

- Home
- Biography
- Civil
- Criminal
- Media
  - Video
  - Articles
- Blog
- Contact Us

-

# KEN JOWDY TAGGED BY GLEN MURRAY FOR CLOSE TO A $1,000,000.00 JUDGMENT

March 4, 2011 by bjorn 0 Comments

You are here:

1. Home
2. Blog
3. KEN JOWDY TAGGED BY GLEN MURRAY FOR CLOSE TO A $1,000,000.00 JUDGMENT

Kenneth Jowdy, a developer who received millions from NHL players finally lost a big case in Las Vegas, Nevada.  The case was tried against one of Las Vegas's premier firms, Hutchison & Steffen.  Ronald Richards tried the case while he used Ross Goodman as local and co-counsel.  Ross's dad Oscar Goodman is the mayor and his mother is running to replace him.

The judgment is the first time someone has finally obtained a judgment against Mr. Jowdy as he employs a battery of attorneys anytime he is sued.  A copy of the 30 page judgment is here:  Murray Judgment Against Ken Jowdy.  It is now a FINAL JUDGMENT and can't be appealed.

These are the numeric findings totalling close to $1,000,000.00.  The post judgment interest will bring it over that amount shortly.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment is rendered in favor of Plaintiff GLEN MURRAY as against Defendant/Third-Party Plaintiff KENNETH JOWDY in the total principal amount of EIGHT HUNDRED SEVENTY THOUSAND FIVE HUNDRED FIFTY-ONE AND NO DOLLARS ($870,551.00), which represents the principal, $791,410.00 plus ten percent (10%) interest, 79,141.00. Plaintiff is**

**further awarded pre-judgment interest accrued at the legal rate, 5.25 percent, per annum, from date of service of process, September 29,2008, to January 14, 2011; this Court calculates that figure to be ONE HUNDRED FOUR THOUSAND EIGHT HUNDRED FIVE AND 99/100 ($104,805.99). The total judgment, therefore, is NINE HUNDRED SEVENTY-FIVE THOUSAND THREE HUNDRED FIFTY-SIX AND 99/100 DOLLARS ($975,356.99). Post Judgment interest shall accrue upon such judgment at the legal rate of interest, 5.25 percent, per annum, until such time as it is satisfied or paid.**

This was a grueling trial that took a tremendous amount of effort.  Mr. Jowdy has three full time attorneys, two paralegals, and other aids.  He spent over $260,000.00 on his defense.Fortunately, NHL's great Glen Murray has heart and knows how to play hard in real playoffs.



It was a great experience representing someone like him.  I learned a lot about his will to win.  It made me work harder. I can see why professional atheletes are disciplined individuals.

I also enjoyed working with Ross Goodman, a long time colleague and friend.  His office was very user friendly and his staff more than helpful.  It made the trial very bearable and our presentation effective.

Posted in:

- Blog

Tagged with:

- GLEN MURRAY
- Hutchison & Steffen
- KEN JOWDY
- KENNETH JOWDY
- OSCAR GOODMAN
- Ronald Richards
- ross goodman

See more

1. **Prev:**JOE FRANCIS-LAS VEGAS INDICTMENT-INSIDERS UPDATE

2. **Back:** [All Posts](#)
3. **Next:** [FIRMS WINS $630,000.00 AGAINST TOM CRUISE'S EX WIFE MIMI ROGERS IN TORT MATTER](#)

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Save my name, email, and website in this browser for the next time I comment.

This site uses Akismet to reduce spam. [Learn how your comment data is processed](#).

## Recent Posts

- [FARSHID JOE SHOOSHANI: SHOULD HE RESIGN OR BE DISMISSED, AN IN-DEPTH LOOK](#)
- [COMPLAINT FILED AGAINST THOUSAND OAKS ENGINEER JAMES DAVID FAUL AKA JIM D. FAUL](#)
- [COMPLAINT FILED AGAINST LOBBYISTS SHERMAN GARDNER AND ALAN HEARTY](#)
- [The End of the Simon v. Superior Court And Resurrection of the Same Lender Refinancing](#)
- [Non-debtor guarantors can run, but they can't hide](#)

## Recent Comments

## Archives

- [September 2018](#)
- [March 2018](#)
- [February 2018](#)
- [June 2017](#)
- [May 2017](#)
- [December 2016](#)
- [September 2016](#)
- [April 2016](#)
- [February 2016](#)

- [January 2016](#)
- [August 2014](#)
- [July 2014](#)
- [May 2014](#)
- [May 2013](#)
- [March 2013](#)
- [March 2012](#)
- [August 2011](#)
- [July 2011](#)
- [June 2011](#)
- [March 2011](#)
- [February 2011](#)
- [January 2011](#)
- [November 2010](#)
- [October 2010](#)
- [September 2010](#)
- [August 2010](#)
- [June 2010](#)
- [April 2010](#)
- [March 2010](#)
- [February 2010](#)
- [January 2010](#)
- [December 2009](#)
- [November 2009](#)
- [October 2009](#)
- [September 2009](#)
- [August 2009](#)
- [July 2009](#)

## Categories

- [Biography](#)
- [Blog](#)
- [Civil](#)
- [Uncategorized](#)

## Address

**Law Offices of Ronald Richards & Associates, A Professional Corporation.**

Mailing Address:
P.O. Box 11480
Beverly Hills, CA 90213

District of Columbia Address:
1629 K ST., Suite 300
Washington, D.C. 20006

## Phone / Email

**PHONE:** 1.310.556.1001
**FAX:** 1.310.277.3325
DC Office:

1.202.508.1060

**EMAIL:** [ron@ronaldrichards.com](mailto:ron@ronaldrichards.com) [info@ronaldrichards.com](mailto:info@ronaldrichards.com)



## Newsletter

Add your email address to get on our email list.

Your Email

## Twitter

- Just for all you non-attorneys out the the simple fact that the prosecution received some bankruptcy emails from Mi… [https://t.co/GxtTkUQmlj](https://t.co/GxtTkUQmlj)

  [4:48 pm, September 6, 2020](#)

[Follow @ronaldrichards](#)

© 2014 Ronald Richards

[Back to Top](#)