Case 2:13-cr-00607-JFB-AYS   Document 910-4   Filed 09/09/20   Page 1 of 2 PageID #: 29614



# Tiger gets builder off the hook

Daily News (New York)

October 23, 2012 Tuesday, SPORTS FINAL EDITION

Copyright 2012 Daily News, L.P.



**Section:** SPORTS; Pg. 65

**Length:** 550 words

**Byline:** BY TERI THOMPSON NEW YORK DAILY NEWS

## Body

FOR ALMOST four years, Ken Jowdy has fought a fierce war to clear his name against claims by a former business partner that he squandered millions invested by NHL players on wild parties and private planes instead of using their money to develop a Cabo San Lucas golf resort on the Baja California peninsula.

In Tiger Woods, Jowdy now has found a powerful ally.

Jowdy confirmed Monday that construction has begun on a Woods-designed course adjacent to the highly regarded Dunes course at Diamante Cabo San Lucas, the course and development Jowdy has painstakingly built over the last six years despite a litany of lawsuits and lurid allegations aimed at him by Phil Kenner, an unlicensed investment adviser, on behalf of 19 current and former NHL players.

Golf Magazine reported Monday that construction on the course began last month and is expected to open in the spring of 2014 under Woods' design. Called "El Cardonal," the course is adjacent to the Davis Love-designed Dunes course Jowdy opened in October of 2009 to great acclaim. Diamante's Dunes course is ranked 58th on Golf Magazine's Top 100 Courses in the World.

The course Woods is designing will sweep across desert arroyos on 1,500 acres overlooking the Pacific Ocean. Woods described his vision Monday on his website.

"While the Dunes course is reminiscent of a classic Scottish links course, this course is going to remind people of the old-style California courses," Woods said. "We will use the existing arroyos that traverse the site and well-placed bunkers to create definite strategic choices and carries off the tees."

Tiger gets builder off the hook

For Woods, the course is the first project he will design after signing three deals that stalled during the economic downturn, but for Jowdy, it is a signal that his long nightmare with Kenner and his associate, Tommy Constantine, may be finally ending.

As the Daily News reported in a series of articles beginning in 2009, Jowdy, whose relationship with Kenner ended in the same 2007 economic downturn that torpedoed Woods' projects, has fought to keep the development alive despite repeated attacks from Kenner and Constantine. The first of those attacks began in 2009 with a $25 million lawsuit Kenner filed against Jowdy on behalf of the players, who include former Rangers and Islanders defenseman Bryan Berard and one-time Islanders captain Michael Peca, former Ranger Greg deVries and Ottawa's Sergei Gonchar.

The suit, widely distributed to the media by Los Angeles attorney Ronald Richards, claimed that Jowdy had spent the hockey players' money on "porn stars, escorts, party girls and other women," as well as golf outings with Roger Clemens, Reggie Jackson, Pete Rose and Joe Morgan.

Jowdy vehemently denied the allegations and kept building his golf course, fighting back with his own malicious prosecution suit in February against Kenner and the players. In his suit, Jowdy describes the nightmarish legal maze and media smear campaign concocted by Kenner and Constantine in what he says was a blatant attempt to defraud the players and take control of the development for themselves.

The players dropped their suit against Jowdy in 2010 after a Los Angeles judge ruled that several of them had violated a court order compelling them to appear for depositions, and harshly chastised Richards, their lawyer.

## Graphic

Tiger Woods' 'El Cardonal' course is finally coming to fruition. Getty

**Load-Date:** October 23, 2012

**End of Document**