

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK/JMH                                  *610 Federal Plaza*
F. #2013R00948                          *Central Islip, New York 11722*


September 29, 2020


By ECF

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

                Re:     United States v. Phillip A. Kenner
                        Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

        The government respectfully submits this letter in connection with the sentencing of the above-referenced defendant, scheduled before Your Honor on Monday, October 5, 2020, at 11:00 a.m.  The purpose of this letter is to advise the Court of the expected attendees at the sentencing proceeding, as directed by Your Honor at the most recent status conference held August 28, 2020.

        The government anticipates that approximately ten victims will attend the sentencing proceeding in person, and that approximately four of these victims will wish to address the Court at the time of sentencing.  At this time, the government does not anticipate that any victims will wish to address the Court via remote or telephonic means.

The government also anticipates that four Assistant United States Attorneys will appear at sentencing, joined by the two case agents.  The government anticipates that one of the Assistant United States Attorneys will address the Court.

Respectfully submitted,

SETH D. DᴜCHARME
Acting United States Attorney

By:      /s/
Saritha Komatireddy
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

cc:     Clerk of Court (JFB) (By ECF)
All counsel of record (By ECF)
U.S. Probation Officer Shayna Bryant (By Email)

2