TRULINCS 07480408 - KENNER, PHILLIP A - Unit: BRO-J-A

---

FROM: 07480408
TO:
SUBJECT: Kenner 13-cr-607 (JFB)
DATE: 06/11/2019 02:20:18 PM

June 11, 2019

The Honorable Judge Bianco
US District Courthouse -- EDNY
100 Federal Plaza
Central Islip, NY 11722

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 02 2020 ★

LONG ISLAND OFFICE

The Honorable Judge Bianco:

Recently, I received a full print out of my case docket for the first time. I noticed that Docket #41 was some "plea offer" that the government presented to one of the pre-trial attorneys who represented me years ago. I have never seen nor heard of this "plea offer". From what I was informed by my fiance, there is no "plea letter" attached to the Docket that she can access to send to me.

Can you ask someone at the Court to send me a copy of the Plea -- so I can see it?

Thanks for your attention in this matter. Sorry to bother you and the Court with this issue.

I remain, respectfully yours,

Phil Kenner -- 07480408
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232