

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

October 2, 2020

Seetha Ramachandran
Partner
d +1.212.969.3455
f 212.969.2900
sramachandran@proskauer.com
www.proskauer.com

<u>By ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

     Re:    *United States v. Philip A. Kenner & Tommy C. Constantine*
               <u>Criminal Docket No. 13-607 (JFB) (E.D.N.Y.)</u>

Dear Judge Bianco:

     I represent Owen Nolan, a victim to Philip A. Kenner's fraud and an interested third party to forfeiture in the above-referenced matter.  I write to inform the Court that I plan to attend Mr. Kenner's sentencing, scheduled for Monday, October 5, 2020, at 11:00 a.m., and wish to address the Court on Mr. Nolan's behalf.  Because I am currently experiencing flu-like symptoms, for the safety of others, I request permission to do so remotely via telephone.

                                  Respectfully submitted,

                                  <u>*/s/ Seetha Ramachandran*</u>
                                  SEETHA RAMACHANDRAN
                                  PROSKAUER ROSE LLP
                                  Eleven Times Square
                                  New York, NY 10036
                                  (212) 969-3455
                                  sramachandran@proskauer.com

                                  *Counsel for Owen Nolan*

cc:     All parties of record (via ECF)