# Exhibit A

## (filed as Ex. 45 to the Kostolampros Declaration dated 6/19/2020)

## FILED UNDER SEAL