# Exhibit C

## (filed as Ex. 42 to the Kostolampros Declaration dated 6/19/2020)

## FILED UNDER SEAL