# Atkinson Exhibit 1

# FILED UNDER SEAL