```
                                                    F I L E D
                                               IN CLERK'S OFFICE
                                         U.S. DISTRICT COURT E.D.N.Y.

                                              ★  OCT 09 2020  ★
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

                                              LONG ISLAND OFFICE

UNITED STATES OF AMERICA

    -against-                                  Criminal Docket No. 13-0607 (JFB)

PHILIP A. KENNER, *et al.*,

            Defendants.

---

## NOTICE OF MOTION FOR LEAVE
## TO FILE UNDER SEAL OF DANSKE BANK A/S, LONDON BRANCH

**PLEASE TAKE NOTICE** that, pursuant to Local Civ. Rule 7.1(d), claimant Danske

Bank A/S, London Bank ("Danske") hereby moves for an order of the Court granting Danske

leave to file under seal Exhibit 45 (the "MSJ Exhibit") accompanying the Declaration of George

Kostolampros in Support of Danske's Motion for Summary Judgment (Dkt. No. 854-5), Exhibits

1-6 (the "Daniel Exhibits") accompanying the Supplemental Declaration of David Daniel in

Further Support of Danske's Motion for Summary Judgment, Exhibit 1 (the "Atkinson Exhibit")

accompanying the Declaration of Jovan Atkinson in Further Support of Danske's Motion for

Summary Judgment, and Exhibits A-D of the Declaration of Jennifer Britt of Trimont Real

Estate Advisors, LLC (the "Britt Exhibits") (collectively, the "Sealed Exhibits"), and attached to

the Declaration of George Kostolampros in Support of Danske's Motion to File Under Seal.

Dated: October 9, 2020                        /s/ George Kostolampros
                                              George Kostolampros

## CERTIFICATE OF SERVICE

I hereby certify that this document (filed by fax) will be sent by fax and hard copy to the Government.

Dated: October 9, 2020                              /s/ George Kostolampros
                                                    George Kostolampros