UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 09 2020 ★
LONG ISLAND OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>PHILIP A. KENNER, *et al.*,<br><br>Defendants. | Criminal Docket No. 13-0607 (JFB)<br><br>DECLARATION OF GEORGE KOSTOLAMPROS IN SUPPORT OF MOTION FOR LEAVE TO FILE UNDER SEAL OF DANSKE BANK A/S, LONDON BRANCH |

I, George Kostolampros, declare under penalty of perjury that the information set forth below is true and correct:

1. I am a partner in the law firm of Venable LLP in Washington, D.C. Venable LLP represents Petitioner Danske Bank A/S London Branch ("Danske") in an ancillary proceeding brought in connection with the above criminal matter.

2. I respectfully submit this Declaration in Support of Danske's Motion for Leave to File Under Seal, in order to place before the Court true and correct copies of documents referred to in the accompanying Memorandum of Law in Support for Leave to File Under Seal and accompanying: (1) the Declaration of George Kostolampros in Support of Danske's Motion for Summary Judgment (the "Kostolampros MSJ Declaration") (the "MSJ Exhibit"); (2) the Supplemental Declaration of David Daniel in Further Support of Danske's Motion for Summary Judgment (the "Supplemental Daniel Declaration") (the "Daniel Exhibits"); (3) the Declaration of Jovan Atkinson in Further Support of Danske's Motion for Summary Judgment (the "Atkinson

Declaration") (the "Atkinson Exhibit"); and (4) the Declaration of Jennifer Britt of Trimont Real Estate Advisors, LLC (the "Britt Declaration") (the "Britt Exhibits"), as follows:

3. A true and correct copy of **Daniel Exhibit 1**, accompanying the forthcoming Supplemental Daniel Declaration and bearing bates beginning number DANSKE_0017872 is attached hereto.

4. A true and correct copy of **Daniel Exhibit 2**, accompanying the forthcoming Supplemental Daniel Declaration and bearing bates beginning number DANSKE_0017873 is attached hereto.

5. A true and correct copy of **Daniel Exhibit 3**, accompanying the forthcoming Supplemental Daniel Declaration and bearing bates beginning number DANSKE_0017871 is attached hereto.

6. A true and correct copy of **Daniel Exhibit 4**, accompanying the forthcoming Supplemental Daniel Declaration and bearing bates beginning number DANSKE_0015958 is attached hereto.

7. A true and correct copy of **Daniel Exhibit 5**, accompanying the forthcoming Supplemental Daniel Declaration and bearing bates beginning number DANSKE_0016723 is attached hereto.

8. A true and correct copy of **Daniel Exhibit 6**, accompanying the forthcoming Supplemental Daniel Declaration and bearing bates beginning number DANSKE_0015956 is attached hereto.

9. A true and correct copy of **Atkinson Exhibit 1**, accompanying the forthcoming Atkinson Declaration and bearing bates beginning number DANSKE_0017045 is attached hereto.

10. A true and correct copy of **Exhibit A** to the Britt Declaration, filed as **MSJ Exhibit 45** accompanying the Kostolampros MSJ Declaration (Dkt. No. 854-5), bearing bates beginning number DANSKE_0015604 is attached hereto.[1]

11. A true and correct copy of **Exhibit B** to the Britt Declaration, filed under seal as **MSJ Exhibit 10** accompanying the Kostolampros MSJ Declaration (Dkt. No. 854-5), bearing bates beginning number DANSKE_0015502 is attached hereto.

12. A true and correct copy of **Exhibit C** to the Britt Declaration, filed under seal as **MSJ Exhibit 42** accompanying the Kostolampros MSJ Declaration (Dkt. No. 854-5), bearing bates beginning number DANSKE_0015670 is attached hereto.

13. A true and correct copy of **Exhibit D** to the Britt Declaration, filed under seal as **MSJ Exhibit 97** accompanying the Kostolampros MSJ Declaration (Dkt. No. 854-5), bearing bates beginning number DANSKE_0015590 is attached hereto.

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on October 9, 2020 in Washington, D.C.


Dated: Washington DC
October 9, 2020

/s/ George Kostolampros
GEORGE KOSTOLAMPROS

---

[1] As set forth in the Memorandum of Law in Support for Leave to File Under Seal, MSJ Exhibit 45 is the same document as Britt Exhibit A. Because MSJ Exhibit 45 was inadvertently filed on publicly on the Court's docket, Danske respectfully requests that MSJ Exhibit 45 be removed from the Court's docket.