```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,
                                              ORDER
                                              13-CR-0607 (JFB)
        – against –

PHILLIP KENNER, ET AL.,

        Defendants.
------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 15 2020 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, Circuit Judge (sitting by designation):

By fax dated October 9, 2020, claimant Danske Bank A/S, London Bank ("Danske") moves for leave to file several documents under seal related to Danske's motion for summary judgement.

IT IS HEREBY ORDERED that Danske's motion for leave to file under seal is GRANTED.

SO ORDERED.

S/ JOSEPH F BIANCO

JOSEPH F. BIANCO
UNITED STATES CIRCUIT JUDGE
(sitting by designation)

Dated:   October 15, 2020
         Central Islip, New York