

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JHK:DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

October 19, 2020

Honorable Joseph F. Bianco
United States Circuit Judge
Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

    Re: <u>United States v. Kenner and Constantine</u>
      No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

  As the Court is aware, pursuant to the previously ordered briefing schedule, the government's reply memorandum of law is required to be filed on Friday, October 23, 2020. In order to adequately respond to the opposition and reply filed by prospective claimant Danske Bank A/S London, consisting of a 42-page brief, numerous declarations, supplemental declarations and exhibits, the government respectfully submits this letter to request an enlargement of the Court's page limit for reply memoranda of law, from 10 pages to 18 pages.

  Thank you for Your Honor's consideration of this submission.

              Respectfully submitted,

              SETH D. DuCHARME
              Acting United States Attorney

      By: <u>/s/ Madeline O'Connor</u>
          Madeline O'Connor
          Diane C. Leonardo
          Assistant U.S. Attorneys
          (631) 715-7870
          (631) 715-7854