From the desk of
*Michael and Kristin Peca*

October 19, 2020

OCT 28 2020

Judge Joseph Bianco
100 Federal Plaza
Central Islip, NY 11722

LONG ISLAND OFFICE

CR 13-607

Dear Judge Bianco,

We are writing to you due to our profound concern regarding Danske Bank's claim to the Mexican land/development at the center of the forfeiture hearings. As you know, the federal government is also pursuing this land, in order to rightfully reimburse the lawful investors of the property (including us) so we aren't victimized twice.

As a reminder, this land/development, aka Diamante Cabo San Lucas, is one of the investments that Phil Kenner had us involved in, through which he stole a lot of money from us in the form of ownership percentage. We are a claimant through CSL as **legitimate investors**, and are hoping and praying to recover our investment and stolen funds. Additionally, we hope the development can be used towards restitution.

If Danske Bank somehow succeeds on its claim, they should **NOT** be given priority over us investors, as our investment and stolen money was how this project got off the ground (by purchasing the land)... well before the bank was involved. If Danske were to be given priority, there likely won't be anything left for us investors! *Our claim should have priority over Danske's!*

In summation, we join in the government's motion to oppose Danske Bank's claim. This land serves as the only way for us investors to be reimbursed, and is also our only hope for restitution. Furthermore, considering the hockey players (and original investors) were the only ones to put *their own money* into the project via CSL investments, it would be yet another massive loss they would experience if the government weren't to succeed in the seizing of the Mexican property.

Also, we respectfully ask for the opportunity to participate in the oral arguments on the 28th, as this issue is extremely important to us and the result will undoubtedly have a profound impact. Thank you!

Sincerely yours,

Michael and Kristin Peca

