<u>CRIMINAL CAUSE FOR ORAL ARGUMENT (Tel.)</u>

<u>BEFORE</u>: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
<u>DATE</u>: 10/28/2020     <u>TIME</u>: 2:00 p.m.     <u>TIME IN COURT</u>: 1hr 29Mins

<u>DOCKET NUMBER</u>: CR 13-00607 (JFB)(AYS)   <u>TITLE</u>: USA v. Kenner et al.

<u>DEFT NAME</u>: PHILLIP A. KENNER (1)
<u> X </u> NOT PRESENT      <u> X </u> IN CUSTODY
<u>ATTY. FOR DEFT.</u>: Matthew W. Brissenden (Stand-by Counsel)
<u> X </u> PRESENT    <u> X </u> C.J.A

<u>DEFT NAME</u>: TOMMY C. CONSTANTINE (2)
<u> X </u> PRESENT   <u> X </u> ON BAIL
<u>ATTY. FOR DEFT.</u>: Sanford Talkin
<u> X </u> PRESENT      <u> X </u> RETAINED

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2020 ★
LONG ISLAND OFFICE

A.U.S.A. Diane C. Leonardo-Beckmann, Madeline M. O'Connor

<u>COUNSEL FOR INTERESTED PARTIES</u>:

Thomas McSouther and Kevin Mulry

George Kostolampros, & Xochitl S. Strohbehn Doreen Martin, Kelly Weiner (Danske Bank)

Seetha Ramachandra (Owen Nolan)

Kristin and Michael Peca (Victim)

John Kaiser (Victim)

Steve Main (Victim)

Mark Wolinsky (Victim)

<u>DEPUTY CLERK</u>: <u>G.O.</u>          <u>AT&T FTR</u>: <u>2:10 - 3:39</u>

<u> X </u>   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

<u> X </u>   DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

<u> X </u>   DEFENDANT TOMMY C. CONSTANTINE CONTINUED ON BAIL.

<u> X </u>   OTHER: Defendant Phillip A. Kenner was not produced by BOP, appearance is waived for this hearing. Oral Argument Heard Re: [890] and [891]. Argument and statements heard from all parties. Decision reserved, as stated on the record.