

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK/JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

October 29, 2020

By ECF

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

      Re:   United States v. Tommy Constantine
              Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

      The government respectfully submits this letter in connection with the sentencing of the above-referenced defendant, scheduled before Your Honor on Tuesday, November 10, 2020, at 11:00 a.m. The government previously noted that it is in the process of obtaining an exemption from the New York State Department of Health to permit the defendant to attend the sentencing in person without needing to quarantine. ECF No. 936. The government is working with defense counsel to similarly apply for exemptions for individuals who wish to appear in support of the defendant. In light of these efforts, the government respectfully requests the Court's confirmation that individuals who receive such exemptions from the New York State Department of Health will be permitted to enter the courthouse for purposes of attending the sentencing. The government has conferred with defense counsel and he consents to this request.

      If and when these exemptions are granted, and the government has a final tally of the persons who will be attending the sentencing, the government will coordinate with the

Court's deputy (as it did with the co-defendant's sentencing) regarding the specific logistics of the proceeding.

          Respectfully submitted,

          SETH D. DuCHARME
          Acting United States Attorney

By:   /s/
       Saritha Komatireddy
       J. Matthew Haggans
       Assistant U.S. Attorneys
       (718) 254-7000

cc:   Clerk of Court (JFB) (By ECF)
      All counsel of record (By ECF)
      U.S. Probation Officer Shayna Bryant (By Email)

*[Handwritten]: The Court confirms that individuals who receive the exemption will be permitted to enter the courthouse consistent with the EDNY's protocol for entry. 11/4/20*

SO ORDERED

S/ JOSEPH F BIANCO

Joseph F. Bianco, USCJ
Sitting by Designation

2