Day5.txt

18  to making these investments?
19       A.   Absolutely.
20       Q.   Did you ever feel you have not had access to
21  information?
22       A.   No, not for one second.
23            MR. RICHARDS:  Thank you.
24            ARBITRATOR MEYERSON:  Thank you very much.
25            MR. RICHARDS:  Robert Gaudet.

946

1             ARBITRATOR MEYERSON:  I think we heard your name,
2   but spell your name.
3             THE WITNESS:  G-a-u-d-e-t.
4             ARBITRATOR MEYERSON:  And we have one golfer, and
5   I'd appreciate some tips before you leave.
6
7
8
9                          ROBERT GAUDET,
10  having been first duly sworn, was examined and testified as
11  follows:
12
13                       DIRECT EXAMINATION
14  BY MR. RICHARDS:
15       Q.   Okay.  Mr. Gaudet, could you tell the panel your
16  background and experience in golf?
17       A.   Let's see.  I joined the PGA in 1990, so almost
18  20 years -- 19 years' member of PGA.  I've been involved in
19  approximately eight different golf projects both in Canada
20  and international, Mexico.  I played two years of semipro
21  golf in Florida.  So in a short brief summary that's my
22  whole history.

Page 102

Day5.txt

23   Q.   What about in developing -- overseeing the golf
24   course portion of a development?
25   A.   Golf portion of a development, I've been 15 years

947

1    in Cabo San Lucas.  In the 15-year tenure I've been with
2    three different projects, each five years.
3        Of both of those projects -- three -- pardon
4    me -- usually it's about two, two and a half through the
5    development phases, planning, infrastructure, planning all
6    the variables to get a place ready for operations.  And I
7    also spent in each of those three projects, X Diamante Del
8    Mar, because it has not gotten operations, two, three
9    years -- two and a half years typically in operations as
10   well, director of golf operations.
11   Q.   And where do you currently reside?
12   A.   Cabo San Lucas.
13   Q.   Are you an owner of the Diamante Cabo San Lucas
14   project?
15   A.   Yes.
16   Q.   And presently what's the condition of the golf
17   course down there?
18   A.   The golf course is currently completed.  It's a
19   Davis Love, III, design.  It has potential of being a very
20   significant golf course, especially, first off, to the
21   region of Baja.
22        It's got some attributes that are very unique.
23   It being in the dunes, it has a significant amount of
24   coastline.
25        It was Davis Love's kind of first venture to the

948

Page 103

Day5.txt
1    international market.  He's super excited about telling the
2    world about that golf course.  He's been, unfortunately,
3    unable to do so just for negative exposure for himself.  So
4    I know intimately that he's very excited about promoting it
5    to the world, and quite frankly so am I.
6        Q.   Assuming that the world markets come back to a
7    regular order, what would you value the development?
8             MR. MEEKS:  Objection.  Lacks foundation.  Just
9    because he has an interest in an LLC doesn't mean he's
10   qualified to value the property at all.  There's been no
11   foundation whatsoever for his ability to value that
12   property.  And if he's going to be called as an expert
13   witness, he was never designated as an expert witness and
14   no expert report was prepared.
15            MR. RICHARDS:  It's just his lay opinion.  It's
16   right in the evidence code.  Every person that's an owner
17   of property can give a lay opinion.
18            ARBITRATOR MEYERSON:  Overruled.
19            MR. RICHARDS:  It's in the evidence code.
20            MR. MEEKS:  He doesn't own the property.  He owns
21   an interest in an LLC, and he's merely a director of golf.
22   He's not managing the property.  This is not a situation
23   where the evidence code would allow just a guy that's
24   investing in a project come in and provide his opinion.
25            THE WITNESS:  Sales consultant.

949

1             MR. RICHARDS:  This goes to weight.
2             (Arbitrators conferring.)
3             ARBITRATOR MEYERSON:  Overruled.
4             You can cross-examine about that.
5        Q.   BY MR. RICHARDS:  You have some background in

Page 104

Day5.txt

6  real estate down there, don't you?  What is your background
7  in real estate, specifically sales in Cabo San Lucas?
8      A.   The last two projects that I've been involved
9  with I spent a significant amount of time with the real
10 estate aspects of the project.
11     Q.   In the course of your employment do people
12 discuss the values of different developments down there?
13     A.   Always.
14     Q.   And was there, in fact, financing through Lehman
15 Brothers on this project?
16     A.   There was.  And with Lehman Brothers specifically
17 I spent about five months with various entities that they
18 brought -- third-party consultants, et cetera.  They
19 brought them to the market.  They brought them to our
20 market, Cabo.  I spent probably at least three months
21 completely evaluating real estate, real estate values to
22 satisfy their due diligence.

23     Q.   What was one of your job duties with respect
24 to -- while you were employed at Diamante Cabo San Lucas
25 with respect to the Lehman employees?
                                                           950

1      A.   When I was initially brought on my description
2  was --
3      Q.   Did you ever liaison with the diligence people
4  from Lehman?
5      A.   I spent, you know -- I don't know the date that
6  Lehman first came on, but whatever that first date was to
7  the final date, I was there all along.
8      Q.   Did you have discussions about the value of the
9  property?
10     A.   We had many, many site visits.  Actually,
                         Page 105

Day5.txt

```
11   extensive site visits to all other projects that had some
12   similarities to what Diamante's master plan presented, so
13   yes.
14        Q.   In the course of your 15 years down there in
15   Cabo, how many properties have you seen?
16        A.   How many properties have I seen in Cabo?
17        Q.   In Cabo.  I am only focusing in Cabo.  You're the
18   first guy in this case, believe it or not, that's actually
19   been to Cabo and seen other properties.
20        A.   Resort type of destination project in Cabo, it
21   would be fair say to say if it's 20, I've seen all 20.  If
22   it's 40, I've seen all 40.  I don't know what the number
23   is.
24        Q.   Would it be fair or unfair to say that you know
25   the Cabo real estate market not well, fairly well or well?
```
                                                              951

```
1         A.   Very well.
2         Q.   Why is that?
3         A.   I also have a real estate company that does real
4    estate findings and transactions, and I have had that
5    company -- I'm the principal -- sole principal -- for six
6    years.
7         Q.   So what would you value the Diamante Cabo San
8    Lucas development as it is presently?
9         A.   How I make that comment is based on the other
10   valuations that I've seen, both for the Lehman due
11   diligence and then in the most, let's see -- over the
12   last -- I want to give you a reference to time, but a year
13   ago I believe there was an evaluation done by Bruce
14   Greenberg, and that evaluation came in -- before the world
15   changed as far as valuations were concerned, it was pretty
```

```
                            Day5.txt
16    significant.
17              ARBITRATOR MEYERSON:  Hang on.
18              Go ahead.
19              THE WITNESS:  So, you know, in speaking with many
20    different investors that have been walking through the
21    doors when I was employed -- I'm no longer employed with
22    Diamante.  Since February -- pre-February 2008 we had
23    several different people that were interested in looking at
24    hospitality sites, hotel sites on the frontage.  And at
25    that time the valuation allowed me to do a multiple, you
                                                                952

 1    know, what's the property's worth.  250- to 500 million --
 2    250 million to 500 million would be -- I know that's a
 3    broad range.
 4              I think that property speaks to a few different
 5    types of persons that would be interested in investing.  If
 6    it's a hotel group the value would be a lot more because
 7    the economics behind the hospitality versus residential
 8    applications is different.  So if it was a hotel group
 9    looking to come in, then the values would be closer to
10    500-.
11              If it was just a developer that wanted to do pure

12    golf and pure residential, maybe it would make more sense
13    at about 250- million.  So if I was speaking to someone
14    that was interested in investing, that's exactly how I
15    would say it.  They would have to do their own work to
16    determine the validity of that.
17              ARBITRATOR GORDON:  How are you valuing it; at
18    which of these types of projects are you placing your
19    value?
                         Page 107
```

Day5.txt

20   THE WITNESS: There's several in the area that
21   give me reference. Is it appropriate for names?
22   MR. RICHARDS: Yes.
23   THE WITNESS: El Dorado, which is a discovery
24   land project. The head of that project is Mike Meldman.
25   Palmilla is a very good reference as far as determining

953

1   real estate values.
2   Most recently a project that's been doing very
3   well and continues to do well is Puerto Los Cabos. They've
4   just completed 18 holes of a 36-hole planned development.
5   They've had a lot of success with selling real estate on
6   the beach. We're a little slower than that I'll say, but
7   the beachfront stuff, they've been doing real well.
8   ARBITRATOR GORDON: Is it on the Pacific side or
9   Sea of Cortez side?
10  THE WITNESS: On the Sea of Cortez side.
11  ARBITRATOR GORDON: Is that also the place where
12  Fiesta American is?
13  THE WITNESS: What the heck is that name? That's
14  Cabo del Sol, which is also on the Sea of Cortez, but right
15  in the middle of the tourist corridor.
16  ARBITRATOR GORDON: When you're speaking of this
17  project, is this on the Pacific side?
18  THE WITNESS: It's on the Sea of Cortez. It
19  would be like if we made three references: The project you
20  spoke of, Fiesta Americana is the namesake, and Cabo del
21  Sol, the airport in San Jose. Over here further up the
22  coast, which would be more east up the coast, would be
23  Puerto Los Cabos. It's a 5,000-plus-or-minus acre, master
24  plan community, two golf courses with a mix of residential,

```
                              Day5.txt
25   both in fractional, timeshare, hotel and full ownership
                                                                     954


 1   individual family homes.
 2            Other references would be there's a few smaller
 3   projects:  Hacienda, nongolf.  It's a 22-acre site right
 4   opposite the marina in downtown San Lucas.  They're just
 5   right now running closing procedures, converting the sales
 6   that they had in prebooked stages.
 7            So there's a multitude of properties that give us
 8   some reference to where those values would sit.  That's the
 9   reason I'm giving you such a broad range.
10            ARBITRATOR GORDON:  Did you say the golf course
11   itself is complete now?
12            THE WITNESS:  It is complete.
13            ARBITRATOR GORDON:  Is it operative?
14            THE WITNESS:  It is operative.  It's grassed in.
15   It's got irrigation.  One thing would be void, and that
16   would just be esthetics.  It's just not been groomed out.
17   But the golf course is playable.  It looks fabulous.  Very
18   recently there were some photographs taken by a
19   professional photographer.  Actually it was less than two
20   months ago.  I have those in my computer.  They look
21   fabulous.  Unfortunately I have not been to the property
22   for about seven months myself, but I have a friend of mine
23   that afforded me all those photos.  It looks wonderful.  It
24   looks amazing actually.
25            ARBITRATOR GORDON:  Who is the designer on your
                                                                     955


 1   golf course?
 2            THE WITNESS:  That golf course that is complete
 3   at Diamante is Davis Love, III.
                              Page 109
```

```
                        Day5.txt
4      Q.   BY MR. RICHARDS:  Are you familiar with the
5   credit line agreement that you witnessed between Mr. Kenner
6   and Mr. Jowdy?
7      A.   Help me with that question a little bit better,
8   please.
9           MR. RICHARDS:  Do you know the exhibit, Counsel?
10          MR. BAKER:  79.
11     Q.   BY MR. RICHARDS:  Can you turn to 79 in that?
12     A.   Yes.  I am familiar.
13     Q.   Can you turn to the second page?  Do you
14  recognize that signature?
15     A.   Which one?
16     Q.   The one at the top under witnessed.
17     A.   Yes.
18     Q.   Whose signature is that?
19     A.   It's mine.
20     Q.   Were you present when Mr. Jowdy signed this
21  credit line agreement -- this agreement, forget the title,
22  with Mr. Kenner?
23     A.   Yes, I was.
24     Q.   Lastly, do you happen to own any real estate at
25  all with Mr. Kenner in Baja, Cabo San Lucas?  Do you own
                                                              956

1   any property -- do you have a title with him in any
2   property?
3      A.   I do not.
4           MR. RICHARDS:  I'll pass the witness.
5           ARBITRATOR MEYERSON:  Mike.
6           MR. MEEKS:  No questions.
7           ARBITRATOR MEYERSON:  Can you help him with his
8   slice?
                          Page 110
```

*Ex. 79 was the 2004 Hawaii loan agreement with Jowdy...*