UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Little Isle IV, LLC, a          ) NO. CV-09-142-PHX-SRB
Delaware Limited Liability      )
Company; Ula Makika, LLC, a     )
Delaware Limited Liability      )
Company; and Philip Kenner,     )
                                )
        Plaintiffs,             )
                                )
vs.                             )
                                )
Kenneth A. Jowdy, et al.,       )
                                )
        Defendant.              )
                                )

VIDEOTAPED DEPOSITION OF ROBERT GAUDET

Phoenix, Arizona
July 2, 2009

9:05 a.m.

CONFIDENTIAL TREATMENT REQUESTED                    PK_SEC_000645

13   A.   I don't recall.  I don't recall specifically.

14   Q.   Okay.  Do you remember whether someone gave you a

15   phone call or sent you a letter or an e-mail or --

16   A.   Hmm.  It may -- If you can ask that question

17   again, as we go forward I'll continue to try and recall.

18   I just don't recall my initial awareness.

19        MR. LAKE:  Okay.  Can you mark this as

20   Exhibit 1, please.

21        (Deposition Exhibit No. 1 was marked for

22   identification by the court reporter.)

23   Q.   BY MR. LAKE:  Mr. Gaudet, I'm showing you what's

24   been marked as Exhibit 1.

25   A.   Okay.

                              10

1    Q.   By the way, how do you pronounce your last name?

2    A.   Gaudet is good.

3    Q.   Gaudet?

4    A.   Yes.

5    Q.   Kind of like the Australian good day, sir?

6    A.   Usually brings a smile to my face.

7    Q.   Okay.  This document that's marked as Exhibit 1

8    is titled at the top:  Revolving Line of Credit Loans,

9    12/7/04.

10        Have you ever seen this document before?

11   A.  Before?

12   Q.  Before now.

13   A.  Before now, yes.

14   Q.  Okay.  I'm going to -- this obviously is the --

15  Do you understand this to be the document whose

16  authenticity has been requested in this lawsuit?

17   A.  Who?  Or --

18   Q.  Do you understand that this document is one of

19  the documents that is central to the lawsuit involving

20  Mr. Jowdy and Mr. Kenner?

21   A.  Yes.

22   Q.  Okay.  I'm going to refer to this as the loan

23  agreement document or the contract or the written

24  contract.  So if I say any of those terms, will you

25  understand that to mean this document?

11

1   A.  Yes.

2   Q.  Okay.  What is the first time that you -- Well,

3  let me have you take a look at the second page of the

4  document.  Does that appear to be your signature there

5  under the line that says "Witness"?

6   A.  Yes.

7   Q.  All right. <u>I want you to take a minute to think</u>

8  <u>about this question before you answer it and then provide</u>

9  <u>your sworn testimony for the Court.</u>

10        Did you sign this document in December 2004?

11   A.  Yes.

12   Q.  Do you have a clear recollection of having done

13  that?

14   A.  I have a fairly clear recollection, yes.

15   Q.  Did you see Ken Jowdy sign this document in 2004?

16   A.  I recall a document with his name on it and a

17  line, and I recall a document with a line that I was

18  requested to witness.

19   Q.  So do you mean to say that you don't know whether

20  it was this same document that you saw him sign?

21   A.  I assume.

22   Q.  You assume -- I'm not sure I understand what you

23  mean.

24   A.  I assume it was the same document, yes.

25   Q.  Well, what is that assumption based on?

                           12

1   A.  The line that I'm looking at, the signature that

2  I'm looking at.

3   Q.  Okay. But what you're saying, then, I think, if

21

1 Q. Did Mr. Kenner ask you or John Kaiser to -- to
2 speak with each other --
3 A. No.
4 Q. -- about the litigation?
5     During this meeting with Mr. Kaiser, did
6 you -- did you discuss at all the loan -- this loan
7 agreement document, Exhibit 1?
8 A. He asked me if I could recall anything, yes.
9 Q. Why did he bring up that topic?
10     MR. HARPER: Object to form.
11     MR. AUGUSTINE: Object to form.
12     If you know.
13 Q. BY MR. LAKE: If you know. Did he say?
14 A. Repeat the question.
15 Q. Do you know why Mr. Kaiser brought up this topic
16 of the loan agreement document while you were having
17 dinner?
18 A. No.
19 Q. What did he ask you?
20 A. What did he ask me. I just recall things being
21 very general. Nothing very -- nothing pointed, nothing
22 specific.

CONFIDENTIAL TREATMENT REQUESTED

PK_SEC_000668

23   Q.   Tell me everything you remember about what you

24   said in this discussion about the loan agreement document.

25   A.   With John Kaiser?

                                22

1   Q.   With John Kaiser, right.

2   A.   I don't recall.

3   Q.   The only thing you recall is that he mentioned

4   the existence of this document?

5   A.   Yes.

6   Q.   Did he ask you if you remembered signing it?

7   A.   Yes.

8   Q.   And what did you tell him?

9   A.   I told him what I mentioned to you earlier, that

10   I recall signing as a witness to a document.

11   Q.   Did you tell him that you didn't remember exactly

12   what the -- which document it was or what the document

13   was?

14   A.   Yes, correct.

15   Q.   Did he mention that he had any involvement with

16   the creation of this loan agreement document?

17   A.   Yes.

18   Q.   What did he tell you?

19   A.   He told me it was a document that he needed



20   for -- it was a document he had for the Hawaii entity, for

21   the Hawaii company.

22      Q.   Did he have a copy of the document there at the

23   dinner?

24      A.   No.

25      Q.   Did you know what document he was talking about?

                                    23

1    A.   He had referred to it as a loan document.

2         Could you repeat that question so I can just

3    be accurate for you?

4    Q.   Yeah.  I just -- I just wanted to know if you

5    knew what he -- what document he was talking about in the

6    conversation.

7    A.   Yes.

8    Q.   What document did you understand him to be

9    talking about?

10   A.   I got this document or I received this document

11   through two different persons.  One was Tom Harvey and one

12   was Fernando Garcia.

13   Q.   When you say this document, you mean this

14   Exhibit 1?

15   A.   Exhibit 1, yes.

16   Q.   Okay.  And you believe you received it before