162

MS. LEE: Okay.

THE COURT: Okay. If I'm a little bit late on finishing up my calendar, please, just be a little patient with me. But I'm pretty certain we can start in the morning.

So with that said, next witness.

MR. RICHARDS: Thank you. Plaintiff calls Bob Gaudet. Your Honor, how does he get up there, to the right?

MS. LEE: Oh, I'm sorry.

THE COURT: Okay. Number one, officer.

THE MARSHAL: Yes, ma'am.

THE COURT: We need to --

Mr. Gaudet, if you would just stand right by the podium and face the court clerk.

THE CLERK: Raise your right hand, please.

ROBERT GAUDET, PLAINTIFF'S WITNESS, SWORN

THE CLERK: Sir, please state your first and last name. Spell them both for the record.

THE WITNESS: Robert Gaudet. Did you say spell them?

THE CLERK: Yes, please.

THE COURT: Yes.

THE WITNESS: Robert, R-O-B-E-R-T. Gaudet is G-A-U-D-E-T.

DIRECT EXAMINATION

BY MR. RICHARDS:

Q    Thank you. Thank you for flying in here today,

```
1        THE COURT:  Okay.  Is it the same?
2        MS. LEE:  A-83.  Yeah, the same binder.
3        THE COURT:  Okay.  And it's --
4        MS. LEE:  I'm sorry, no.  A-83, I'm not sure which binder
5   that particular exhibit is in.
6        THE COURT:  A-83 is in this binder.
7        MS. LEE:  Oh, it is.  Okay.
8        THE COURT:  Okay.
9        MS. LEE:  That's the.
10       THE COURT:  There you go.
11       THE WITNESS:  Uh-huh.
12       MS. LEE:  I'm sorry, Your Honor.  It's A-89, volume
13  seven.  I was -- I confused myself.
14       THE COURT:  Why don't you go ahead and give that back to
15  me?  Thanks.
16  BY MS. LEE:                [Jowdy's attorney]          [2004 Hawaii loan agreement]
17       Q    If you could turn to Exhibit A-89.  Are you there?
18       A    I am here, yes.
19       Q    Can you turn to the second page of that exhibit,
20  please?
21       A    Yes.
22       Q    Is that your signature there as witness?
23       A    Yes, it is.
24       Q    Do you recall signing this?
25       A    I do.
```

198

> Jowdy's attorney authenticated the 2004 loan agreement as his primary defense exhibit less than one year after calling the document a FORGERY in the AZ case in order to get the case -- ultimately -- into dismissal (after a delayed, expedited discovery claim for authenticity). CLEARLY Jowdy's attorney threats in AZ and "NO LOANS" defense was a fraud on the AZ court, Kenner and the Kenner investors.

1  Q    Can you look at the first pages of that document?
2  A    Yes.
3  Q    And can you tell the Court what date this document
4  was entered into?
5  A    12/7/2004.
6  MS. LEE:  Your Honor, I'd like to move to admit this
7  exhibit.  He's authenticated his signature on it.
8  MR. RICHARDS:  No objection.
9  THE COURT:  Okay.  It's admitted.
10  [Defendant's Exhibit A-89 Received]
11  THE CLERK:  Your Honor, was that A-89?
12  THE COURT:  A-8-9.
13  THE CLERK:  Thank you.
14  BY MS. LEE:
15  Q    So this revolving line of credit -- and I'm not
16  asking you to testify as to its contents.  But that's your
17  signature on this revolving line of credit, as a witness for
18  Phil Kenner; is that right?
19  A    I witnessed two signatures.  And the person that I
20  knew was Ken Jowdy.  I was just asked to witness two
21  signatures.  So --
22  Q    So Mr. Jowdy facilitated your signature on this
23  document; is that what you're saying?
24  A    I'm sorry?
25  Q    Mr. Jowdy facilitated your signature on this

199

```
1   personal line of credit?  Is that --
2        A    He requested for me to witness, yes.
3        Q    Did you actually sit down and witness it?  Did you
4   sit there and look at Mr. Kenner while he was signing this
5   document?
6        A    I witnessed two signatures, correct.
7        Q    But when you say witness, what does that mean to
8   you?
9        A    I watched two signatures.
10       Q    So you watched Mr. Kenner sign this document?
11       A    Correct.
12       Q    And on the first page, that was back in December of
13  2004, correct?
14       A    That is correct.
15       Q    So you had met Mr. Kenner at least by December of
16  2004?
17       A    Maybe I didn't explain myself clearly when I was
18  speaking.  There was several occasions that I would have met
19  through different time zones, but I didn't know him until we
20  put the Diamante deal together.
21       Q    Gotcha.  And Mr. Kenner didn't talk to you at all
22  about this deal, this Palms deal, about wanting to raise money
23  for the Palms?
24       A    No, he did not.
25       Q    And it's your testimony -- because I notice how,
```