**Taffy Jowdy Jr**

| | |
|---|---|
| **From:** | Phil Kenner [phil@standardadvisors.com] |
| **Sent:** | Tuesday, August 23, 2005 2:02 AM |
| **To:** | kjowdy@ddmgolf.com |
| **Subject:** | MURRAY PALMS $$ |

> 15 days after the original loan was sent form Murray to Jowdy's Nevada trust account...

**Please let me know when you send it.   I need to speak with Glen, so the sooner the better.**

Wire instructions:

<u>Amount:</u> (Please include the U.S. Dollar amount)
<u>Bank Name:</u> Citibank NA · Citibank
<u>Bank Address:</u> 111 Wall Street, New York, NY 10043 Citibank <u>ABA#:</u> 021000089

<u>For credit to:</u> Charles Schwab & Co., Inc.
<u>Account #:</u> 4055-3953

<u>For the Account of:</u> Glen Murray
<u>Account Number:</u> 2101-2031

108

KJ2357