# PROJECT ASSESSMENT REPORT



## <u>DIAMANTE  DEL  MAR  SOUTH</u>

**Cabo San Lucas, Baja Sur, Mexico**

Prepared For

# LEHMAN BROTHERS HOLDINGS

By



**CM&D**

**Construction Management
& Development – Hawaii LLC**

**February 16, 2006**

Only six days before the February 23, 2006 closing date (already extended 30 days)

23186

# PROJECT ASSESSMENT REPORT

## DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico

### INDEX

EXECUTIVE SUMMARY     1

PROJECT DATA / DEVELOPMENT TEAM     5

PROPERTY ASSESSMENT REPORT     6
- **PROPERTY INFORMATION**     6
  - Location
  - Description

- **ZONING & ENTITLEMENTS**     6

- **INFRASTRUCTURE**     7
  - Water
  - Wastewater
  - Site Engineering
  - Utilities
  - Environmental
  - Archaeological

- **OWNERSHIP**     8
- **DEVELOPMENT CONCEPT**     8
  - Design Proposal
  - Projected Costs
  - Projected Schedule

LIMITATION OF RESPONSIBILITY     14

REFERENCES     15

EXHIBITS     16

23187

# EXECUTIVE SUMMARY

**SCOPE OF THE REPORT:**
Lehman Brothers Holdings has been approached by Daimante Properties LLC to provide the funding for their development in Cabo San Lucas. The Financing Request Term Sheet ("Term Sheet") prepared by Diamonte, the Borrower, requests a loan of $100 million for a 30 month note at 15% interest per annum compounded annually.  A Loan Fee of two percent (2%) is to be paid at the closing of the loan.  The Term Sheet stipulates that up to $70 million will be utilized for the acquisition of the property of the project.  The Term Sheet also contains provisions for 6 month and 12 month extensions of the note.

Lehman Brothers Holdings, the Lender, has requested CM&D to perform a due diligence review of the project including review of government approvals, budgets, environmental reports, structural reports, proforma budget, contractor bids, architect's master plan drawings, and uses of all funds and fees to be paid by the Borrower to the Lender.

CM&D has reviewed the documentation provided by the Borrower, as well as information accessed on the Lender's web page, in preparation of this project assessment report.  CM&D has also reviewed the cash flow projections provided by the Borrower, with regard to costs associated with the proposed development, and has provided a Conceptual Statement of Probable Cost. The Statement of Probable Costs is submitted as a separate document.

**PROPERTY LOCATION:**
The Property is located ten minutes from downtown Cabo, but is more than thirty miles from the existing San Jose del Cabo Airport.  The drive from the airport terminal to the Property takes approximately one hour, goes through the town, and is "non-scenic". The new International Cabo San Lucas Airport, although only ten minutes away from the Property, is not yet certified for international flights and may not be accessible from the United States.

Factors that may negatively affect the Project include 1) the prediction by the US Weather Service for a major hurricane season in the Caribbean for the year 2006, which may also impact the Pacific Coast of Mexico, and 2) unconfirmed information that the Governor of Baja Sur has interests in property immediately north of the site, which may be of concern because he may have a negative effect on approvals processing at the local level for developments in the vicinity.

**ZONING & ENTITLEMENTS:**
The beachfront area is owned by the Mexican Federal Government and is under the jurisdiction of SEMARNAT, a ten person federal agency which reviews developments and, in particular, the impact of a development on the sand dunes in the area.  As can be expected with bureaucratic agencies similarly tasked, the performance of the approval process may not be reliable.

A "concession" fee, estimated at $500,000 for a ten (10) year period, may be exacted by the Mexican government. The amount and duration appear to be determined by SEMARNAT and may expose a development to an "extraction" or "impact fee" imposed by the governing authorities.

The Master Plan is at the schematic level and has been submitted to regulatory agencies for their review and p approval. The architectural design and engineering is at the conceptual stage; formal architectural services will proceed next month.

<table>
<tr><td>Prepared By<br>Construction Management<br>& Development – Hawaii LLC</td><td>DIAMANTE DEL MAR SOUTH<br>Cabo San Lucas, Baja Sur, Mexico<br>PROJECT ASSESSMENT REPORT<br>Page 1</td></tr>
</table>

23188

*These are some of the docs Jowdy used to avoid Arrest in Mexico Federal District Court (in Mexico City) claiming he had NO PARTNERS and 100% of the funds were his -- See 2008 Danska loan extension docs*

*Controlled 100% by Jowdy and Najam -- without Kenner and any Kenner investors...*

*More Jowdy and Najam frauds re-- ownership on page 8...*

**OWNERSHIP:**
Diamante Properties, LLC ("Diamante") has paid $6.6 million on a $68 million purchase price which must close on February 23, 2006, essentially nine (9) calendar days of this report.

**DEVELOPMENT CONCEPT:**
**Development Proposal:**
Diamante plans to use approximately 1,500 acres and approximately 1.5 miles of coastline to develop a private and semi-private golf community referred to as the "*Cabo Club*"[1].

The *Cabo Club* will be a very exclusive private club planned for two world class golf courses. The Phase I improvements includes the "*Dunes*" golf course, with a budgeted cost of $5 to $8 million. This phase will also feature spectacular ocean view home sites and luxury private residence club villas and casitas. Twenty (20) residences are to be located along the beach, and twenty (20) villas will be located on the dunes. One hundred twenty (120) villas will be located in the central portion of the site.

CM&D did not have access to documents pertaining to the design and engineering of the roadways, or to any documents pertaining to corresponding infrastructure and utilities that are usually routed in the road right of way with the exception that 47.2 acres are allocated for roads and parking. The Conceptual Statement of Probable costs has based its assumptions of roadway dimension and lengths for its cost budgeting on this allocation.

**Projected Costs:**
Time constraints and limited access to cost verification data has restricted a detailed comparison or confirmation of the proposed budget items in the provide cash flow projections.

Two site development / cash flow projections were provided for review. The first, dated 01/25/06, was for $120,101,670 improvements costs, and a second prepared nine days later, dated 02/03/06, was for $123,287,570. Generally, although there is a negative change of approximately eight percent (8%) for land costs, the overall projected expenses reflect a two percent (2%) increase within the nine day period between the two cash flow projections.

For the purpose of this report, this review focused on the most recent cash flow projection, 02/03/06 (the Development Budget).

In our review of the Development Budget, we noted that the loan fee (2%), calculated at $200,000, is not included as an expense item at the start of the loan period in the first quarter of 2006. In addition, the expense of the loan payment, expected to be approximately $4 million per month based on amortization projections, is not included in the budget. The Development Budget is projected over a 48 month period, with an income projection of $114 million at the end of the 30 month note. This is much less than the repayment amount, principal, and interest of approximately $120 million.

In our interview with Greg Carrafiello, Mr. Carrafiello indicated that the house lots and inland residences will have individual waste treatment systems. He added that there will be a wastewater treatment plant provided to serve the luxury residences, the hotel, and the commercial facilities. Mr. Carrafiello also noted that they intend to supplement the golf irrigation system with reclaimed wastewater. However, no budget item for a wastewater treatment plant can be identified in the provided Development Budget.

---

[1] Diamante South Overview – Cabo San Lucas, Baja Sur, Mexico, by Cascade Capital Group, dated November 2005.

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 2

23189

In our review of the detailed items included in the Development Budget, several items typically associated with a development of this scale and character appear missing.   These items include: 1) vertical construction of the villas and luxury residences; 2) wastewater treatment and/or disposal; 3) common maintenance facilities; 4) private security system and facilities; and 5) other *italicized* line items in the Conceptual Statement of Probable Cost. These items will require verification.

**PROJECTED SCHEDULE:**
Diamante expected to have approval of their Environmental Impact Statement from SEMARNAT by the end of January, 2006.  However, the Cascade Capital Group indicated in its November, 2005 report that there could be "*no way*" approval would be obtained before the expected option closing date of February 26, 2006.

In addition to the above, Diamante is proposing the establishment of a golf tournament, the "*Diamante Cup*", to be broadcast sometime between January and July, 2008. To meet this proposed broadcast schedule, construction of the *Oasis Course* will require a start date of June 2006 and no later than December 2007. The cash flow projection indicates the construction of the Golf Course #1 beginning July 2006 and completion in September 2007. According to information provided by Mr. Carrafiello, the Golf Course #1 is the "*Dunes*" golf course.  This golf course and the clubhouse will be built in Phase I of the development. The "*Oasis*" golf course has been deferred to a future phase of the development.

In our review of the Development Budget, it appears that construction of common infrastructure site improvements is coincidental to the design and engineering.

**EVALUATION & RECOMMENDATION:**
The development concept is grand and ambitious with regard to its scale and target market.  Only two of the three comparables provided by Diamante are in the near vicinity and appear to have similar market responses.

There is a lack of infrastructure throughout the property.  Installation of these improvements, essentially from scratch, will be necessitated. Although there is a budgeted amount for basic and specific infrastructure improvements, detailed breakdowns and backup references are not available. Furthermore, there is no ready comparison of recent similar improvements to confirm the budgeted projections.

The cash flow projections provided for review do not include the costs for vertical construction of the residential buildings, or for wastewater facilities.  If, as stated in the Financing Request Term Sheet dated January 6, 2006, $70 million of the $100 million loan amount is for the acquisition of the property, it is questionable that the development can be completed as currently budgeted.

The Master Plan layout places great emphasis on an ocean orientation.  If this is true, it seems odd that the private premium golf course is situated inland of the public/private golf course. Relocating the premium golf course and luxury residences to maximize ocean views may improve the marketing return significantly.   Furthermore, the opportunity for residential development of fairway villas has been overlooked. Integrating the residences and house lots within the fairways of the inland pubic/private golf course may benefit both the accessibility of the course, as well as provide an additional benefit to the residences. There may be significant increased value available with this recommendation, which can offset and/or accommodate the unaddressed costs for the infrastructure improvements.

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 3

23190

## PROJECT DATA / DEVELOPMENT TEAM

**PROJECT NAME / ADDRESS**    DIAMANTE DEL MAR SOUTH - Phase 1
El Cardonal
Cabo San Lucas, Mexico

**DEVELOPER:**

Diamante Properties LLC
2 Dogwood Drive
Danbury, CT 06811
Tel:   (917) 658-7431
Fax:  (203) 205-0016
Kenneth A. Jowdy, President/CEO
William J Najam, Jr, Chief Operating Offcier
Gregory Carrafiello (Permitting/ Planning)

**ARCHITECT/
PERMITTING CONSULTANT:**    ACERO

**GOLF COURSE DESIGNER:**    Love Golf Design

**HYDROLOGICAL:**    HIDRO Project

**ENVIRONMENTAL:**    Juan Carlos Burgueno Aburto

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 4

23191

# PROPERTY ASSESSMENT REPORT

## PROPERTY INFORMATION

**Location:**
The Property is located on the south/southwest shore of the Baja Peninsula, adjacent to Sunset Beach and the Pueblo Bonito Developments, and is ten minutes from both downtown Cabo and the new International Cabo San Lucas Airport[2].

Located approximately in the same latitude as the Hawaiian Islands (15 degrees/30minutes north), the climate can be considered in a "tropical" and is expected to have the same orientation to seasonal sunrises and sunsets. However, 2006 is anticipated to be a major hurricane season

There is unconfirmed information that the Governor of Baja Sur has an interest in the property immediately north of the site.

**Description:**
Aerial site photos[4] show a generally vacant property consisting of a large sandy beach area fronted by sand dunes, with relatively flat open area inland. A review of the topographic map[5] provided reveals sand dunes of significant height covering approximately the shorefront third of the property.

According to the documents, a four lane highway transverses east to west and bisects approximately the middle of the site.

Cabo San Lucas remains more or less a one traffic stoplight town.  The area is noted for its big game fishing, beaches, surfing, whale watching and scuba diving.  Presently, the area is enjoying an increase in property value and development, catering to younger buyers than the current "baby boomer" generation. The increases in property values are in the range of 10% to 19%.

## ZONING & ENTITLEMENTS:

According to the documents provided for review,[6] the property has land use designations of "RT" and "RTO", which is zoned for urban development for high end tourist use by the Municipal Master Plan.

The beachfront area is owned by the Mexican Federal Government; however the beachfront boundary is unconfirmed.  In conjunction with any development proposal, approvals are required from SEMARNAT, a ten person federal agency that provides review of Environmental Impact Statements (EIS) and, in particular, the impact of a development on sand dunes in the area. Although the review period should take sixty (60) days, the projected schedule provided indicates thirteen (13) weeks, and the Cascade Capital Group report concluded that there is "*no way*" approval will be in hand before the option closing date of February 26, 2006.

Although the area between the property boundary and the shoreline is a Federal Zone, it can be developed for certain activities as approved by SEMARNAT and may be concessioned to upland property

---

[2] Diamante Properties LLC Development Overview and Cabo Club Summary, and schedule, author unknown, date not recorded. (Document created 07/14/05)
[4] Diamante South Overview – Cabo San Lucas, Baja Sur, Mexico, by Cascade Capital Group, dated November 2005.
[5] Topographic Map, dated March, 17, 2005
[6] Diamante South Overview – Cabo San Lucas, Baja Sur, Mexico, by Cascade Capital Group, dated November 2005.

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 5

23192

owners with the approval of SEMARNAT.  The approval process is expected to take four to six months, and there may be a "concession fee" estimated to be $500,000 for a 10 year period.

## INFRASTRUCTURE:
### Water:
The documents provided for review do not indicate the existence of basic infrastructure for water availability.

Diamante indicates[7] that the previous owners gave the city seven acres for the location of a desalination plant. In return, the municipality is to construct a new road, complete with utilities from the main road to the ocean. The document states that the road is under construction, however, there is no information regarding route of the road with regard to the Master Plan.

The Master Plan provided for review[8] indicates a site location for a desalination plant on 4.7 acres and wells/pump on 1.5 acres, which would correspond to the previously referenced seven acres.  During a telephone interview on 14 February 2006 with Bill Najam of Diamante Properties LLC, Mr. Najam indicated that the desalination plant is currently under construction by the Municipality, and includes a service road that will be available for use with the development's improvements. Mr. Najam is referring all technical inquires to Greg Carrafiello.

A follow up telephone interview with Greg Carafiello was made that same day.  Mr. Carafiello confirmed that the desalination plant is under construction by the Municipality, but its intended use is for the municipality, not the development. The development will construct its own private desalination plant to service the water demand of the development. The planned location of the private desalination plant is adjacent to the municipal desalination plant. Mr. Carafiello also informed CM&D that the service road that is being constructed by the Municipality straddles the property line of the adjoining parcel, two lanes on either side.  This road will be available for access to the development property.

### Wastewater:
None of the documents provided for review had information regarding wastewater treatment or disposal improvements.

### Site Engineering:
The documents provided for review do not indicate the existence of roads, site drainage, or geotechincal conditions.

### Utilities:
The documents provided for review do not indicate the existence of basic utilities such as electrical power or telephone communications services.

### Environmental:
The documents provided for review do not indicate the existence of any environmental concerns.

### Archaeological:
The documents provided for review do not indicate the existence of any archaeological concerns.

---

[7] Diamante Properties LLC Development Overview and Cabo Club Summary, and schedule, author unknown, date not recorded. (Document created 07/14/05)

[8] Diamante South Overview – Cabo San Lucas, Baja Sur, Mexico, by Cascade Capital Group, dated November 2005.

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 6

23193

100% fraud on Kenner and the Kenner investors...

**OWNERSHIP:**
**Owner:**
According to documents provided for review, Diamante Properties, LLC has under contract land in excess of 3,000 acres with over 3.8 miles of Pacific Coastline[9]. During a telephone interview with Bill Najam on February 14th, Mr. Najam informed CM&D that the development was limited to the approximately 1,500 acres indicated in the Master Plan. He added that the reference to the 3,000 acres was a previously proposed option that was not executed.

The documents indicate that Ken Jowdy[10] has paid $6.6 million to date on a $6.8 million purchase price which closed on January 24, 2006.  There is a "free" 30 day extension until February 23, 2006.

Bill Najam and Ken Jowdy are the points of contact for Diamante Properties LCC.  The documents also name Greg Carrafiello in a memo from Ken Dowdy, dated October 17, 2005, regarding "Weekly Action Items".

**DEVELOPMENT CONCEPT:**
**Development Proposal:**
Diamante plans to use approximately 1,500 acres and approximately 1.5 miles of coastline to develop a private and semi-private golf community referred to as the "*Cabo Club*"[11].  Diamante is in the process of Master Planning the remaining acres to make it available to hotel and resort developers for future developments.

The topographic map indicates that the site is 6,055,145.929 square meters, or approximately 1,513.78 acres. (EXHIBIT A)

The *Cabo Club* will be a very exclusive private club with two world class golf courses.  Both golf courses will be designed by leading golf course designers whose firms enjoy international reputations.  The $15 to $20 million "*Oasis*" golf course will be reserved for the exclusive use of its members and guests.  The expected build-out period is eighteen (18) months. The "*Dunes*" golf course is budgeted in the range of $5 to $8 million and will have a more "natural" design.  This golf course will be available for member and guest play on a priority basis.  It will also be made available for a limited amount of public play, as well as for guests at a potential, to be developed in the future, luxury, five-star hotel as part of the Master Plan.  The Development Team references the Golf Course Consultant as Love Design.[12]

The private *Cabo Club* will feature spectacular ocean view home sites and luxury private residence club villas and casitas. Twenty residences are to be located along the beach, and twenty villas will be located on the dunes. One hundred twenty (120) villas will be located in the central portion of the site.

The highlights of the *Cabo Club* will be the creation of an extraordinary world-class golf experience with most holes on both courses having spectacular ocean or lake views; an exclusive oceanfront clubhouse

---

[9] Diamante Properties LLC Development Overview and Cabo Club Summary, and schedule, author unknown, date not recorded. (Document created 07/14/05)
[10] Diamante South Overview – Cabo San Lucas, Baja Sur, Mexico, by Cascade Capital Group, dated November 2005.
[11] Diamante South Overview – Cabo San Lucas, Baja Sur, Mexico, by Cascade Capital Group, dated November 2005.
[12] MEMORANDUM, Diamante Del Mar, To: Ken Jowdy, Diamante Properties LLC , From: Greg Carrafiello, Diamante Properties LLC, dated 0cother 17, 2005

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 7

23194

and lodge with twenty (20) villas and guest suites, complete dining and full concierge services for members and guests; fully equipped golf and tennis pro shop and tennis complex; world class spa and state of the art fitness center; equestrian center; fishing; swimming pools; beach and other recreational facilities.  The home sites and private residence club villas and casitas will all have full concierge services available for a fee.

The Property will include a lake of approximately 300 acres.  The lake will run through the original *Cabo Club*, and will also serve as an amenity in attracting hotel and resort developers for the balance of the 3,000 acre parcel.  The lake will be available for certain recreational activities including sailing and fishing. The lake will also act as a reservoir for the golf courses that will be built on the Property.

Mr. Najam noted during the telephone interview on February 14th that some of the above facilities, in particular the equestrian center, are not currently in the scope of the development. Mr. Najam explained that those proposals were considered as part f the 3,000 acre development option.

Of the approximately 1,500 acres for improvement, Diamante Properties, LLC is in the process of Master Planning the following uses and area allocations[13]:

| | |
|---|---|
| Golf Courses (Oasis and Dunes): | 533.2 acres |
| Residential Lots (200 House Lots): | 322 acres |
| Villas (180 Villas): | 87 acres |
| Commercial: | 5.2 acres |
| Golf Clubhouse: | 11.9 acres |
| Hotel & Spa: | 77.3 acres |
| Beach Club | 13.3 acres |
| Irrigation lagoons | 7.2 acres |
| Green Space | 203.1 acres |
| Roads and Parking | 47.2 acres |
| Desalination Plant | 4.7 acres |
| Desalinating Well/Pump | 1.5 acres |
| Future Development | 196.9acres |

533.2 acres appear appropriate for two golf courses based upon an average gold course layout of approximately 250 acres for 18 holes.

322 acres of the development are allocated for 200 residential home sites.  This corresponds to an average lot size of 1.61 acres, or 70,313 square feet each. These lots sizes appear large for residential lots; however accessory land areas, such as drives, roads, sidewalks, may be included and needs to be confirmed.  One hundred eighty (180) villas are projected to be situated on 87 acres.  The average lot size for the villas is .48 acres, or 21,054 square feet.

None of the documents reviewed provided information regarding water demand projections for the development.  It is anticipated that each of the 180 villas, as well as the 200 house lots, will have a water demand of 450 gallons per day (gpd) for a projected total of 171,000 gpd. In addition, the two golf courses can be expected for require 20,000 gpd for irrigation per hole, requiring approximately 720,000 gpd for 36 holes. There will be water demands for the hotel and commercial uses as well, which are not defined in this report.

---

[13] Diamante South Overview – Cabo San Lucas, Baja Sur, Mexico, by Cascade Capital Group, dated November 2005.

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 8

23195

*Who received the commission?*

None of the documents reviewed provided information regarding the design and engineering of the roadways and corresponding infrastructure and utilities that are usually routed in the road right of way. However, with regard to the 47.2 acres allocated for roads and parking above, we project that a 36 foot average R/W would yield approximately 10 miles of roadways.

**Projected Costs:**
Two site development / cash flow projections were provided. The first, dated 01/25/06, was followed by a second cash flow projection nine days later, dated 02/03/06. The following is a comparison of the two cash flow projections.

| Code Item | Account Description | 1/25/06 | 02/03/06 |
|---|---|---|---|
| 1 | Land Cost | $ 72,725,000 | $67,000,000 |
| 2 | Consultants | $2,804,000 | $3,229,000 |
| 3 | Maps, Plans, Reproductions, Photos | $70,000 | $70,000 |
| 4 | Legal Fees | $960,000 | $1,205,000 |
| 5 | Permits, Fees, Bonds, Entitlements | $643,000 | $833,000 |
| 6 | Marketing, HOA | $4,105,000 | $5,555,000 |
| 7 | Site Improvements - Residential Lots | $4,500,000 | $2,000,000 |
| 8 | Site Improvements - Villas | $(No Amount) | $5,000,000 |
| 9 | Site Improvements - Common / Infrastructure | $7,750,000 | $6,850,000 |
| 10 | Community/Golf Maintenance | $5,085,000 | $5,435,000 |
| 11 | Golf Course (#1) | $8,000,000 | $8,000,000 |
| 12 | Clubhouse/Beachclub | $3,750,000 | $4,500,000 |
| 13 | Maintenance Equipment | $740,000 | $740,000 |
| 14 | Golf Carts/Facility | $315,000 | $315,000 |
| 15 | Personnel | $1,015,000 | $2,074,000 |
| 16 | Development Management | $2,700,000 | $4,650,000 |
| 17 | General Office Expenses | $536,700 | $536,700 |
| 18 | Contingency - General | $4,271,220 | $4,907,620 |
| | **Sub-Total** | **$120,101,670** | **$123,287,570** |
| 19 | Sales Commission (6.0%) | $16,392,000 | $17,310,000 |
| 20 | **Construction Loan Interest, Buyout and Fee** | $101,950,000 | $(No Amount) |
| 22 | **Construction Loan Principal** | **$100,000,000** | **$(No Amount)** |
| 23 | **Return of Investor Equity** | **$7,000,000** | **$(No Amount)** |
| | **TOTAL EXPENSES** | **$338,443,670** | **$140,597,570** |

Generally, although there is a negative change of approximately eight percent (8%) for land costs (Item #1), the overall projected expenses (Items # 1 through #18) reflect a two percent (2%) increase within the nine day period between the two cash flow projections.

There are discrepancies between the Code Items # of the Summary sheets with the Accounts Detail Sheets. For the following discussion, the Summary Code Item # will be used for reference.

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 9

*This is the original repayment for the loans to Jowdy that were promised by Jowdy and Bhatti (from Lehman). They were removed from the final deal with Kenner and his investors -- thus leaving all financiers without repayment from the time of the Lehman closing in March 2006 until present (11 years later)...*

23196

The Account Detail – Cash Flow Development Budget[14] has the above Item #9 $6,850,000 (cash flow projection dated 2/3/06) allocated for "Site Improvements – Common Infrastructure" broken out with undefined costs for:

1. Rough Grading/Earthwork
2. Street Improvements
3. Storm Drains
4. Water
5. Sewer
6. Common Trench (Dry Utilities)
7. Erosion Control
8. Landscaping
9. Blasting
10. Repairs to Improvements

In addition, the detailed breakdown of Code Item #10 Community/Golf Maintenance above (cash flow projection dated 2/3/06), for $5.4 million includes $2.8 million for a desalination plant.

According to Greg Carrafiello, the development has plans to construct a private desalination plant for the water demands of the project. Although a diagrammatic layout for the desalination plant was included as part of the web page reference documents, CM&D was unable to make a determination of the projected water generating capacity of the desalination plant.  However, it appears the plant will have two storage tanks with a combined capacity of 220,000 gallons.

The anticipated water demand for the residences and villas may be approximately 171,000 gpd, and the golf course's irrigation needs approximately 720,000 gpd. In addition to these water demands, there are water needs for the golf and commercial facilities, fire hydrant system and the future hotel development. Even with the opportunity to use reclaimed, or "gray", water from wastewater treatment for non-potable uses such as irrigation of the golf courses, the desalination plant should be designed to accommodate these types of projected water demands, and budgeted accordingly.

Also of note is Item #11 Golf Course #1, which shows a budget of $8,000,000. This would correspond to the "Dunes" golf course, the private/public facility. The budget does not include the projected $15 to $20 million "Oasis" golf course. This was confirmed by Greg Carrafiello.

In a telephone interview with Greg Carrafiello on Wednesday February 16th, Mr. Carrafiello indicated that the 180 villas would be built in Phase 1; however the cash flow projection does not include costs associated with the vertical construction of the residential buildings.

**Projected Schedule:**
According to the documents provided for review[15], Diamante spent July 2005 through December 2005 taking the first phase of the Development (1,500 acres) through the permitting process, and developing the Master Plan for the second 1,500 acres.

From January 2006 through June 2006, Diamante intended to do the following:
1. Receive approvals for Phase I, and close on contract #1 by January 24, 2006.

---

[14] Diamante Del Mar - Phase 1, Site Development/ Cash Flow Projection Summary Sheet & Account Detail – Cash Flow Site Development Budget, dated 02-03-06
[15] Diamante Properties LLC Development Overview and Cabo Club Summary, and schedule, author unknown, date not recorded. (Document created 07/14/05)

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 10

Jowdy spent over $15mm on the golf course.   The over runs in budget were all THEFT...

23197

2.     *Begin the Environmental Impact Study for Phase II*
3.     *Finalize engineering and architectural design for Phase I*
4.     *Prepare for construction to begin by July 2006 for Phase I*
5.     *Complete Founder Membership Program for Cabo Club*
6.     *Begin to market parcels in Phase II to attract appropriate hotel and resort developers*
7.     *Receive final approvals for Phase II*
8.     *Close on contract #2 by June 22, 2006*

(Note: No information was provided referencing "contract #1" or "contract #2")

Specifically, Diamante's weekly action tasks from the beginning of this year are as follows:[16]

*Week of 1/1-1/7*
1.     *Submit Phase I Lot/Subdivision Plan for DGAUOPEBCS (ACERO)*
2.     *Prepare Architectural Plans*
3.     *Prepare Golf Course Grading/Grassing Plans (Love Design)*

*Week of 1/8-1/14*
1.     *Prepare Architectural Plans*
2.     *Prepare Golf Course Grading/Grassing Plans (Love Design)*
3.     *Prepare Phase I Lot/Subdivision Plan for DGAUOPEM (ACERO)*
4.     *Pre-Meetings with City Officials*

*Week of 1/15-1/21*
1.     *Prepare Architectural Plans*
2.     *Finalize Golf Course Grading/Grassing Plans (Love Design)*
3.     *Finalize Phase I Lot/Subdivision Plan for DGAUOPEM (ACERO)*
4.     *Prepare Overall Master Plan Submission for City of Cabo San Lucas*
5.     *Obtain Approval for Phase I Lot/Subdivision Plan for DGAUOPEBCS (Diamante and ACERO)*

*Week of 1/22-1/28*
1.     *Submit Overall Master Plan to City of Cabo San Lucas (Diamante and ACERO)*
2.     *Obtain Approval from SEMARNAT on EIS (Diamante and JCB)*
3.     *Prepare Overall Master Plan Submission for City of Cabo San Lucas*

*Summary*
*By the end of January 2006, Diamante expects to have approval of our Environmental Impact Statement from SEMARNAT, the Federal Environmental Regulatory Agency in Mexico, for the proposed activities at the referenced project site.*

*In addition, Diamante expects to have received decisions from State Governmental Agencies for the Baja California Sur Region, approving the Project's Master Plan for Phase I, and the Lot/Subdivision Plan for Phase I.*

---

[16] MEMORANDUM, Diamante Del Mar, To: Ken Jowdy, Diamante Properties LLC , From: Greg Carrafiello, Diamante Properties LLC, dated 0cotber 17, 2005

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 11

23198

*At the same time, decisions will be pending with the Federal Government (SEMARNAT) regarding a request for a Federal Zone Concession, and Technical Environmental Justification Report.*

*And finally, a request for approval of the Project's Phase I Lot/Subdivision Plan will also be pending with the City of Cabo San Lucas.*

In addition to the above, Diamante has proposed establishing a golf tournament, the *Diamante Cup*, as a marketing and promotional event for the development.  This event, to be broadcasted sometime between January and July 2008, has a proposed budget in the range of $1.995 million (excluding the purse). To meet this proposed broadcast schedule, the Oasis Course will require start of construction by June, 2006, and no later than December, 2007.

According to Greg Carragiello, the Master Plan is at the schematic level and has been submitted to regulatory agencies for their review and approval. The architectural design and engineering is conceptual, and formal architectural services will proceed after the end of this month (February).

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 12

23199

**LIMITATION OF RESPONSIBILITY:**

This assessment is not intended to assume any responsibility for the project, or the information provided for review for this report. Time constraints and physical limitations have prevented verification of data and information provided for the preparation of this report.

The comments contained within the report are submitted for the Client's consideration only.  The services of CM&D have been retained by the Client (Lehman Brothers) as the Client's independent advisor for the project and all reports, both written and verbal, are for the sole benefit of the Client and shall not be relied upon or enforced by any other person, firm, corporation or other entity.

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 13

23200

**REFERENCES:**
TOPOGRAPHIC MAP, dated March, 17, 2005

DIAMANTE DEL MAR SOUTH, Marketing & Production Plan, by Maggie Vision Productions & Mandt Bros. Productions, date not recorded

MEMORANDUM, Diamante Del Mar, To: Ken Jowdy, Diamante Properties LLC, From: Greg Carrafiello, Diamante Properties LLC, dated 0cotber 17, 2005

Diamante Properties LLC Development Overview and Cabo Club Summary, and schedule, author unknown, date not recorded. (Document created 07/14/05)

Diamante South Overview – Cabo San Lucas, Baja Sur, Mexico, by Cascade Capital Group, dated November 2005.

Diamante Del Mar - Phase 1, Site Development/ Cash Flow Projection Summary Sheet & Account Detail – Cash Flow Site Development Budget, dated 01-25-06

Diamante Del Mar - Phase 1, Site Development/ Cash Flow Projection Summary Sheet & Account Detail – Cash Flow Site Development Budget, dated 02-03-06

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 14

23201

**EXHIBITS**

Exhibit A      TOPOGRAPHIC MAP, dated March, 17, 2005

Exhibit B      Master Plan

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 15

23202



**TOPOGRAPHIC MAP**

**EXHIBIT A**

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 16

23203

## Proposed Project Site Plan



**MASTER PLAN**

**EXHIBIT B**

Prepared By
Construction Management
& Development – Hawaii LLC

DIAMANTE DEL MAR SOUTH
Cabo San Lucas, Baja Sur, Mexico
PROJECT ASSESSMENT REPORT
Page 17

23204

 **CM&D**

February 16, 2006

## PROJECT: Diamante, Cabo San Lucas, Baja Sur, Mexico
**Statement Of Probable Cost - Conceptual**

### SUMMARY OF COSTS  - LEVEL 1

| DESCRIPTION | TOTAL PROJECT COSTS |
|---|---|
| 1 PERMIT, LICENSES & FEE | $ 1,333,000 |
| 2 CONSTRUCTION COSTS | $ 39,523,800 |
| 2A OTHER CONSTRUCTION COSTS | $ 65,635,000 |
| 3 SALES BUILDING | $ 400,000 |
| 4 FF&E COSTS | $ 3,555,000 |
| 5 SIGNAGE | $ 64,000 |
| 6 EQUIPMENT | $ 218,320 |
| 7 SYSTEMS | $ - |
| 8 OPERATING EQUIPMENT | $ 1,155,000 |
| 9 INVENTORY | $ - |
| 10 DESIGN & PM COSTS | $ 4,961,000 |
| 11 PRE-OPENING - included in # 15 | $ - |
| 12 DEVELOPMENT COST | $ 220,000 |
| 13 TAXES & LEGAL | $ 1,205,000 |
| 14 FINANCING COST | $ 67,000,000 |
| 15 MARKETING | $ 5,155,000 |
| 16 OTHER | $ 12,168,320 |
| 17 ESCALATION (4.5%Construction) | $ 4,733,000 |
| 18 CONTINGENCY (10% Construction) | $ 10,516,000 |
| 19 CONTINGENCY (5% soft costs) | $ 4,263,400 |
| **Total** | **$ 222,105,840** |

**GRAND TOTAL  $    222,105,840**

1

23205



February 16, 2006

**PROJECT: Diamante, Cabo San Lucas, Baja Sur, Mexico**
 Project Costs - Level 2
Statement Of Probable Cost - Conceptual

| ITEM DESCRIPTION | | TOTAL | GROUP TOTAL |
|---|---|---|---|
| **1  PERMIT, LICENSES & FEE** | | | **$ 1,333,000** |
| Permit Fees | $ | 833,000 | |
| Bonds/Entitlement | | included | |
| Park Fee | | n/a | |
| Road (Transportation) Fee | | n/a | |
| Connector Road Fees | | n/a | |
| Less Park, Road, Connector Re-imbursibles | | n/a | |
| Water Fee by Builder of Parcels | | n/a | |
| *Piped Utility Fees* | | ????????????? | |
| *Power Connection Fee* | | ????????????? | |
| *Other Permit, Licenses & Fees* | *$* | *500,000* | |
| Total | $ | 1,333,000 | |
| | | | |
| **2  CONSTRUCTION COSTS** | | | **$ 39,523,800** |
| **Sitework** | $ | 23,478,800 | |
| **Off-site work** | $ | - | |
| **Parcel Roads** | $ | 11,086,000 | |
| **Parcel Utilities** | $ | 4,959,000 | |
| | $ | 39,523,800 | |
| | | | |
| **2A OTHER CONSTRUCTION COSTS** | | | **$ 65,635,000** |
| *Villas - 180 each @ 3500sf* | *$* | *47,250,000* | |
| **Spa and Health Club** | $ | 980,000 | |
| **Golf Course - 18 holes** | $ | 8,010,000 | |
| **Golf Clubhouse** | $ | 2,800,000 | |
| **Other Structures** | $ | 1,700,000 | |
| *Maintenance Building* | *$* | *1,895,000* | |
| *Golf Academy* | *$* | *3,000,000* | |
| **Tennis Complex and Courts** | | in other structures | |
| Total | $ | 65,635,000 | |
| | | | |
| **3  SALES BUILDING** | | | **$ 400,000** |
| Total | $ | 400,000 | |

23206

 **CM&D**

February 16, 2006

**PROJECT: Diamante, Cabo San Lucas,Baja Sur, Mexico**
**FF&E/OS&E Budget**
**Statement Of Probable Cost - Conceptual**

| ITEM DESCRIPTION | | | TOTAL |
|---|---|---|---|
| **4  FF&E** | | | **$    3,555,000** |
| *Sales Center* | $ | *100,000* | |
| *Spa* | $ | *700,000* | |
| *Clubhouse* | $ | *1,500,000* | |
| *Golf Academy* | $ | *1,250,000* | |
| FF&E Sub-Total | $ | 3,550,000 | |
| FF&E Warehousing & Installation | $ | 5,000 | |
| FF&E Tax | | included | |
| FF&E Freight | | included | |
| **FF&E Total** | $ | 3,555,000 | |
| | | | |
| **5  SIGNAGE** | | | **$    64,000** |
| Interior/Exterior Signage | $ | - | |
| *Entry Sign* | $ | *64,000* | |
| Signage Sub-Total | $ | 64,000 | |
| Signage Tax | $ | - | |
| **Signage Total** | $ | 64,000 | |
| | | | |
| **6  EQUIPMENT** | | | **$    218,320** |
| Lockers & Shelving | $ | - | |
| Engineering Equipment | $ | - | |
| *Security Department* | $ | *200,000* | |
| Equipment Sub-Total | $ | 200,000 | |
| Equipment Tax | $ | 8,320 | |
| Equipment Freight | $ | 10,000 | |
| **Equipment Total** | $ | 218,320 | |

3

23207

 **CM&D**

February 16, 2006

**PROJECT: Diamante, Cabo San Lucas,Baja Sur, Mexico**
**FF&E/OS&E Budget**
**Statement Of Probable Cost - Conceptual**

| ITEM DESCRIPTION | | | TOTAL |
|---|---|---|---|
| **7 SYSTEMS** | | | $ - |
| Systems | | n/a | |
| Telephone Switch & Instruments | $ | - | |
| Cabling | $ | - | |
| **Systems Total** | **$** | **-** | |
| | | | |
| **8 OPERATING EQUIPMENT** | | | **$ 1,155,000** |
| Maintenance Equipment | $ | 740,000 | |
| Golf carts/Facilities | $ | 315,000 | |
| *Operating Equipment/Miscellaneous* | *$* | *100,000* | |
| Sub-total Operating Equipment | $ | 1,155,000 | |
| Operating Equipment Tax | | included | |
| Operating Equipment Freight | | included | |
| **Total Operating Equipment** | **$** | **1,155,000** | |
| | | | |
| **9 INVENTORIES** | | | **$ -** |
| Inventories | $ | - | |
| | | | |
| **Sub-total Inventories** | **$** | **-** | |
| Inventory Tax | $ | - | |
| Inventory Freight | $ | - | |
| **Total Inventory** | **$** | **-** | |

4

23208

 **CM&D**

February 16, 2006

**PROJECT: Diamante, Cabo San Lucas, Baja Sur, Mexico**
Design and Project Management Cost
Statement Of Probable Cost - Conceptual

| ITEM DESCRIPTION | TOTAL | GROUP TOTAL |
|---|---|---|
| **10  Design and Project Management** | | **$  4,961,000** |
| Architect and Subconsultants | | |
| Acoustical Consultant | | |
| *Archaeologist Consultant* | *50,000* | |
| Architectural | 820,000 | |
| Civil Engineering | 900,000 | |
| Civil Engineering - Off-site/Hydrology | n/a | |
| Code Consultant | n/a | |
| Glazing Consultant | n/a | |
| *Electrical Consultant* | *150,000* | |
| Elevator Consultant | n/a | |
| Geotechnical Consultant | 148,000 | |
| Golf Course | 850,000 | |
| *Golf Course Irrigation Design Consultant* | *100,000* | |
| *Graphics/Signage Consultant* | *20,000* | |
| Hardscape | n/a | |
| *Interior Design - villas* | *75,000* | |
| Landscape Consultant | 305,000 | |
| Life Safety Consultant | n/a | |
| Mechanical /Plumbing Consultant | n/a | |
| Ordinance Disposal Consultant | n/a | |
| Specialty Consultant | 206,000 | |
| *Structural Consultant* | *100,000* | |
| Subdivision | n/a | |
| *Surveying/Topographic Consultant* | *50,000* | |
| *Waste Water (STP) Consultant* | *200,000* | |
| *Water Feature Consultant* | *50,000* | |
| Waterproofing Consultant | n/a | |
| Blueprints/Reproductions | 80,000 | |
| *Miscellaneous Consultants* | *50,000* | |
| Additional Insurance Premium | n/a | |
| *Reimbursables 4%* | *172,000* | |
| *Design Contingency 5%* | *215,000* | |
| **Total** | **$  4,541,000** | |

23209

 **CM&D**

February 16, 2006

**PROJECT: Diamante, Cabo San Lucas, Baja Sur, Mexico**
Design and Project Management Cost
Statement Of Probable Cost - Conceptual

| ITEM DESCRIPTION | TOTAL | GROUP TOTAL |
|---|---|---|
| **Entitlements/Master Plan** | | |
| *Architect* | 100,000 | |
| Acoustical Study | n/a | |
| Air Quality Study | n/a | |
| *Archaeologist Consultant Study* | 20,000 | |
| *Botanical/Arborist Study* | 25,000 | |
| Community Outreach/Public Relations | n/a | |
| Entitlement Coordinator | n/a | |
| Entitlement Engineer (Wind,Sound,Utilites) | n/a | |
| Entitlement Exactions | n/a | |
| Fauna Study | n/a | |
| *Landscape Architect* | 5,000 | |
| Market Study Consultant | n/a | |
| Parking Management Study | n/a | |
| Political Lobbyist | n/a | |
| *Renderings, Displays,Presentation Material etc.* | 30,000 | |
| Transportation/Traffic Study | n/a | |
| *Specialty Consultants* | 50,000 | |
| *Contingency* | 25,000 | |
| Total | $ | 255,000 |
| **Project Management** | | |
| Entitlements | - | |
| Pre-construction Design | - | |
| Construction | - | |
| Reimbursables including GET Tax | - | |
| Total | $ | - |
| **Special Inspection** | | |
| *Special Inspection* | 20,000 | |
| *Material Testing* | 50,000 | |
| *Soil Testing/Compaction* | 75,000 | |
| *Misc. Testing* | 20,000 | |
| Total | $ | 165,000 |

23210

 **CM&D**

February 16, 2006

**PROJECT: Diamante, Cabo San Lucas, Baja Sur, Mexico**
Pre-Opening & Development Cost
Statement Of Probable Cost - Conceptual

| ITEM DESCRIPTION | | TOTAL | GROUP TOTAL |
|---|---|---|---|
| **11  PRE-OPENING - included in # 15** | | | $                     - |
| Management Fee | | included | |
| Sales Start-up | | included | |
| Marketing & Advertising | | included | |
| Grand Opening | | included | |
| | Total | $                     - | |
| | | | |
| **12  DEVELOPMENT COST** | | | $          220,000 |
| Insurance Wrap-up Liability | | $                     - | |
| *Builders Risk Insurance  (Buildings only)* | | *$          220,000* | |
| Developer Fee | | $                     - | |
| | Total | $          220,000 | |
| | | | |
| **13  TAXES & LEGAL** | | | $       1,205,000 |
| *Property Taxes* | | *???????????* | |
| Legal | | $       1,205,000 | |
| Land Acquisition | | included | |
| Planning and Entitlement | | included | |
| Residential Sales | | $                     - | |
| Condo Documentation | | $                     - | |
| Legal Architectural & Construction | | included | |
| Legal - Development/Leasing | | included | |
| Legal - Other | | included | |
| Sale Documentation | | included | |
| Finance - Lender Legal | | included | |
| Finance - Borrower Legal | | included | |
| Accounting | | included | |
| Insurance | | $                     - | |
| Other Taxes & Legal | | $                     - | |
| | Total | $       1,205,000 | |

7

23211

## 14 FINANCING COST

| | | | $ | 67,000,000 |
|---|---|---|---|---|
| Land Acquisition | $ | 67,000,000 | | |
| Land Loan Interest | $ | - | | |
| *Closing Cost* | | ??????????? | | |
| Commitment Fee | $ | - | | |
| Interest Reserve | $ | - | | |
| Construction Loan Interest | $ | - | | |
| *Cap Interest* | | ??????????? | | |
| Broker Fee | $ | - | | |
| Total | $ | 67,000,000 | | |

## 15 MARKETING

| | | | $ | 5,155,000 |
|---|---|---|---|---|
| Marketing & Entitlement | $ | 5,155,000 | | |
| General Photograhy | | included | | |
| Rendering | | included | | |
| Market Study | | included | | |
| Total | $ | 5,155,000 | | |

## 16 OTHER

| | | | $ | 12,168,320 |
|---|---|---|---|---|
| Other Development Contingency | $ | 4,907,620 | | |
| Personnel/Other | $ | 2,074,000 | | |
| Development Management | $ | 4,650,000 | | |
| General Office Expenses | $ | 536,700 | | |
| Total | $ | 12,168,320 | | |

8

23212

## DIAMANTE DEL MAR SOUTH
## SUMMARY



**Construction Management and Development**

| | | | |
|---|---|---|---|
| Site Area | 1,510 Acres | | |
| Residential Units | 200 each | ***NOT PART OF THIS BUDGET*** | |
| Villas | 180 each | | |

**SUMMARY - SITEWORK**

| | | | | |
|---|---|---|---|---|
| SITEWORK | | | | **23,478,800** |
| OFF-SITE WORK | | | | **0** |
| PARCEL ROADWAYS | | | | **11,086,000** |
| PARCEL UTILITIES | | | | **4,959,000** |
| | | | | |
| *VILLAS - 180 EACH @ 3500sf* | 630000 | sf | 75.00 | *47,250,000* |
| SPA AND HEALTH CLUB | 7,000 | sf | 140.00 | 980,000 |
| GOLF COURSE | 18 | hole | 445,000 | 8,010,000 |
| CLUB HOUSE | 20,000 | sf | 140.00 | 2,800,000 |
| OTHER STRUCTURES | 1 | ls | 1,700,000 | 1,700,000 |
| *MAINTENANCE BUILDING* | 1 | ls | 1,895,000 | *1,895,000* |
| *GOLF ACADEMY* | 25,000 | sf | 120.00 | *3,000,000* |
| *TENNIS COMPLEX/COURTS - 6 each* | *in other structures* | | | 0 |

| | | | |
|---|---|---|---|
| | | | 105,158,800 |
| *CONTINGENCY* | 10% | | *10,516,000* |
| *ESCALATION* | 4.5% | | *4,733,000* |

| | |
|---|---|
| **TOTAL** | 120,407,800 |

23213

**SITEWORK**
**SPLINE ROAD**

Construction Management and Development

| SITEWORK - SPLINE ROAD | QTY | UNIT | UNIT RATE | TOTAL |
|---|---|---|---|---|
| **01 General Requirements** | | | | **331,000** |
| *Environmental Protection* | 1 | ls | 20000.00 | 20,000 |
| *Field Engineering* | | | | |
| *Surveying* | 1 | ls | 40000.00 | 40,000 |
| *Quality Control* | | | | |
| *Testing* | 1 | ls | 15000.00 | 15,000 |
| *Mobilization* | 1 | ls | 14000.00 | 14,000 |
| *Temporay Road* | 200,000 | sf | 0.35 | 70,000 |
| *Dust Control* | 8,500 | lf | 12.00 | 102,000 |
| *Silt Fence* | 15,000 | lf | 2.00 | 30,000 |
| *General and Final Cleaning* | 1 | ls | 40000.00 | 40,000 |
| **02 SITEWORK** | | | | **23,147,800** |
| **Site Preparation** | | | | **5,398,000** |
| Clear & Grub | 850.0 | ac | 1400.00 | 1,190,000 |
| Load, Haul and Dispose | 850.0 | ac | 300.00 | 255,000 |
| Lot Conservation Area | 200.0 | ac | 240.00 | 48,000 |
| Rough Grading | 850.0 | ac | 1200.00 | 1,020,000 |
| *Topsoil, Seed and Mulch Parcels* | 322.0 | ac | 2500.00 | 805,000 |
| Mass Excavation and Embankment | 650,000 | cy | 3.20 | 2,080,000 |
| **Roadways** | | | | **2,803,800** |
| Rough Grade Roadways | 700,000 | sf | 0.08 | 56,000 |
| Fine Grade | 700,000 | sf | 0.12 | 84,000 |
| Base - 6" | 24,000 | tn | 12.00 | 288,000 |
| Hot Mix Asphalt base 3" | 78,000 | sy | 10.00 | 780,000 |
| AC Paving 1-1/2" plus 1-1/2" | 78,000 | sy | 12.00 | 936,000 |
| Pavement Striping | 14,000 | lf | 0.50 | 7,000 |
| *Curb and Gutter* | 28,000 | lf | 8.10 | 226,800 |
| *Underdrain System* | 28,000 | lf | 5.50 | 154,000 |
| *Sidewalk 4' wide* | 112,000 | sf | 2.40 | 268,800 |
| *Signage* | 16 | ea | 200.00 | 3,200 |
| **Site Utilities** | | | | **10,085,000** |
| Domestic & Fire Water | 14,000 | lf | 25.00 | 350,000 |
| Fittings, Backflow Preventer, Valves, Boxes | 1 | lot | 50,000 | 50,000 |
| *Fire Hydrants (Developed Roads)* | 50 | ea | 1,200.00 | 60,000 |
| *Waste Water Treatment Plant* | 1 | ea | 2,150,000 | 2,150,000 |
| *Reclamation Lines* | 50,000 | lf | 6.00 | 300,000 |
| *Holding Tanks* | 1 | ea | 350,000 | 350,000 |
| Sanitary Sewer Collection | 14,000 | lf | 25.00 | 350,000 |
| *Lift Station (vertical lift only)* | 3 | ea | 8,000 | 24,000 |
| *Pump Station (vertical and horizontal)* | 2 | ea | 15,000 | 30,000 |
| *Manholes* | 44 | ea | 1,500 | 66,000 |
| Storm Drainage 15" to 33" RCP | 14,000 | lf | 25.00 | 350,000 |
| *Inlets* | 55 | ea | 1,200 | 66,000 |
| *Manholes* | 12 | ea | 1,500 | 18,000 |
| *End Sections* | 5 | ea | 1,200 | 6,000 |
| *SWM Ponds* | 10 | ea | 25,000 | 250,000 |
| Potable Development Water System | | | | |
| *Brackish Wells* | 3 | ea | 250,000 | 750,000 |
| *Reservoirs* | 3 | ea | 300,000 | 900,000 |
| *Transmission Lines* | 15000 | lf | 60 | 900,000 |
| Desalination Plant | | | | |
| Sitework | 1 | ls | 220,000 | 220,000 |
| Plant Construction | 1 | ls | 1,950,000 | 1,950,000 |
| *Injection Wells* | 1 | ls | 225,000 | 225,000 |
| *Transmission lines* | 40000 | lf | 18 | 720,000 |
| **Site Electrical** | | | | **2,488,000** |
| *Street Light - 200' spacing* | 140 | ea | 1,200 | *168,000* |
| *Electrical Distribution* | 14000 | lf | 60 | *840,000* |
| *Telephone* | 14000 | lf | 20 | *280,000* |
| *Sub-station* | 1 | ls | 1,200,000 | *1,200,000* |
| *Cable* | NIC | | | |
| **Landscaping** | | | | **2,373,000** |
| *Street Trees - 40' O.C.* | 700 | ea | 150.00 | *105,000* |
| Landscaping and Irrigation | 224000 | sf | 3.00 | 672,000 |
| *Hardscape - masonry walls w/ stucco* | 168000 | sf | 9.50 | *1,596,000* |
| **TOTAL** | | | | **23,478,800** |

23214

# OFF-SITE

**Construction Management and Development**

| | QTY | UNIT | UNIT RATE | TOTAL |
|---|---|---|---|---|
| **OFFSITE** | | | | |

**ALL WORK TO BE PERFORMED BY MUNICIPALITY**

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | | | 0 |

23215

# PARCEL ROADS

**Construction Management and Development**

| PARCEL ROADS | QTY | UNIT | UNIT RATE | TOTAL |
|---|---|---|---|---|
| **02 SITEWORK** | | | | **11,086,000** |
| | | | | |
| **Roadways** | | | | 6,386,000 |
| Rough Grade Roadways | 1,440,000 | sf | 0.08 | 115,200 |
| Fine Grade | 1,440,000 | sf | 0.12 | 172,800 |
| Base - 6" | 48,000 | tn | 12.00 | 576,000 |
| Hot Mix Asphalt base 3" | 160,000 | sy | 10.00 | 1,600,000 |
| AC Paving 1-1/2" plus 1-1/2" | 160,000 | sy | 12.00 | 1,920,000 |
| Pavement Striping | 40,000 | lf | 0.50 | 20,000 |
| Curb and Gutter | 0 | lf | 8.10 | 0 |
| Underdrain System | 80,000 | lf | 5.50 | 440,000 |
| Sidewalk 4' wide | 640,000 | sf | 2.40 | 1,536,000 |
| Signage | 30 | ea | 200.00 | 6,000 |
| | | | | |
| **Site Electrical** | | | | 3,440,000 |
| Street Light - 200' spacing | 200 | ea | 1,200 | 240,000 |
| Electrical Distribution | 40000 | lf | 60 | 2,400,000 |
| Telephone and Cable | 40000 | lf | 20 | 800,000 |
| Cable | NIC | | | |
| | | | | |
| **Landscaping** | | | | 1,260,000 |
| Street Trees - 40' O.C. | 2000 | ea | 150.00 | 300,000 |
| Landscape and Irrigation | 480000 | sf | 2.00 | 960,000 |
| | | | | |
| **TOTAL** | | | | **11,086,000** |

23216

## PARCEL UTILITIES

**Construction Management and Development**

| PARCEL UTILITIES | QTY | UNIT | UNIT RATE | TOTAL |
|---|---|---|---|---|
| **02  SITEWORK** | | | | **4,959,000** |
| | | | | |
| **Site Utilities** | | | | **4,959,000** |
| Domestic & Fire Water (to Parcels for Distribution) | 40,000 | lf | 25.00 | 1,000,000 |
| Fittings, Backflow Preventer, Valves, Boxes | 1 | lot | 100,000 | 100,000 |
| Fire Hydrants (Developed Roads) | 200 | ea | 1,200.00 | 240,000 |
| Sanitary Sewer Collection | 15,000 | lf | 25.00 | 375,000 |
| Residential Units by Builder | 0 | ea | 0 | 0 |
| Villas - Individual septic tanks | 180 | ea | 8,400 | 1,512,000 |
| Storm Drainage 15" to 33" RCP | 15,000 | lf | 25.00 | 375,000 |
| Inlets | 60 | ea | 1,200 | 72,000 |
| Manholes | 14 | ea | 1,500 | 21,000 |
| End Sections | 10 | ea | 1,200 | 12,000 |
| Telephone | 40000 | lf | 18 | 720,000 |
| Dwelling Connections | 380 | ea | 800 | 304,000 |
| Electrical Handholes | 380 | ea | 600 | 228,000 |

| TOTAL | 4,959,000 |
|---|---|

23217