**Annotation (top left):** Kaiser's best friend and Hawaii COO

**Annotation (top right):** Sent to a hard-money broker by Manfredi -- after the cancellation of the EGREGIOUS Lehman loan in 2005...

---

**From:** Chris Manfredi [mailto:cmanfredi@bigisleventures.com]
**Sent:** Tuesday, August 16, 2005 8:38 PM
**To:** Albert.gutierrez@hudsonuntiedbank.com; ALBERTG16@optonline.net
**Subject:** Hawaii Projects

Aloha:

Please find documents attached relating to request for information on Big Isle Ventures' Hawaii projects.

The Kau Holding Company property has an additional $300K in escrow in addition to the $420K indicated in the Tentative Buyers Statement for a total of $720K, plus $250K on the Moaula property.

I have attached the Moaula Land Sale Contract in lieu of a closing statement as a closing date is not yet scheduled, though is expected shortly.

The exit strategy is page 2 of the Pro Forma.

The deal with Lehman was cancelled by us as being too egregious.

Can you clarify the meaning of question #6

Please contact me should you have any questions.

Thank you,

Christopher A. Manfredi
COO/ Project Manger
Big Isle Ventures, LLC
516-526-5010

**Annotation:** "Too egregious" in Manfredi's words - not Kenner...

**Annotation (right):** This is **AFTER** 7 weeks and $451,080 of extension fees incurred while searching for another loan to replace the Lehman loan which would have bankrupted the company at a total loss within 24 months...

1) Executive summary

2) Exit Strategy

3) Copy of closing of new property

4) Amount of money put into this project

5) Improvements made so far

6) How much is owed (total of all lots)

7) What was done with the money from Lehman

**Annotation:** This doc was originally turned over by Jowdy in the CA case before Kenner forwarded it to the SEC in 2011 -- thus Jowdy, Najam and the FBI working with Jowdy have been aware of this at all times prior to the EDNY trial...

KJ2343
CONFIDENTIAL TREATMENT REQUESTED        PK_SEC_018640