Ken Jowdy

3/24/10 @ 10:15 AM

**Government Exhibit**
3500 - KJ - 2
13-CR-607(JFB)

Tom Harvey
Louis Freeh
Joel Friedman
Mike McCall
Ken Jowdy

Ken Joseph } SEC
Chris Castano }
Julian Moore
Scott Romanowski
Matt Galioto

⊠ — continue of Proffer Agreement dated 2/25/10

Harvey complicit in Jowdy frauds from September 2002 letter to Nolan and other initial investors until present...

(KJ) = PGR officials in Mexico ≡ Books ago     happened on Monday, 3/22/10

≡ took pictures of garbage & vehicles
— came to his property looking for Someone
— (KJ) thinks it was him they were looking for
— said looking for drug dealer, child molester....
— may be rogue operation
— (LF) — spoke to Gov't officials - state no investigation ongoing w/ (KJ) in Mexico

? (TH) - have discussions w/ (PK) re: (PK) clients ≡ to (KJ)

answer (PK) = always a phone call away from his (PK) clients -
by (KJ) — (KJ) had discussions w/ (PK) early on in relationship -
— (KJ) had very little contact w/ (PK) clients ≡ Jason Woolley - saw outside of (PK) once
— turner Stevenson - saw w/ (PK)
— Gerard Kristich
≡ (KJ) - docs provided by (TH) re: subpoena
started 2/24/10 agr     thelmann & (KJ) reconstructed docs - receipts, invoices
— Baja Mngmt
— TLJ Mngmt

①



(KJ) (PL) did not generate any paperwork on his own
re: DDM & DCSL investments/projects

=(KJ) = spoke early on of (PL) re: other investments
                                          outside Baja Develop.
Bates 13088 - states "funds be used fund other projects of
                      Developer"

PPM's

2/7/03 - Baja Mngmt, LLC
                - for original investors prior to PPM being drafted
                        → from Promisory Notes from investors
                                                          (initial)
                        → $ going into Baja Development acct
                              initially.
might have been
drafted by 8/9/02    - suppose to be delivered to investors by (PL)
                                              & return signed

Bates # 13228 =
                        1st paragraph =
        (KJ)  $ to be in Diamante
                        → Diamante Del Mar
                              (KJ) Managing Member

- BD Corp =
  Baja Development - owned by (KJ)
          → used before offering - El Rosario project &
                      other things

(2)

- initial investment given w/ a written agreement
- Promisory Notes issued
- $ to Diamante

= 3rd paragraph -
  $110K to be invested by (KJ)

$ From Baja Development Corp.
  $ - from initial 6 investors/ = (KJ)

- then to Baja Mngmt - Diamante Del Mar
  (KJ) - b/c PPM said that (KD) needed to contribute
                                                    $

> Jowdy steals $100,000 from investors for his personal contribution to the first Mexico project...

Bates# 13231 -
  = Source of $110K from BD Corp - from initial
                                        investors $

Bates# 13232 -
  (KJ) - all the funds were Not used for DDM

Bates# 13233 -
  (KJ) founding offering not consumated

Bates# 13234
  - (KJ) - $350 k -
    $200k - to (KJ)
    $ 150k - to (BN)

> Najam and Jowdy divert $350,000 of development funds to themselves

- Consult fee's = (PK) - Marketing consulting
  - don't recall how much paid (PK)

- compasts Suzanne Tabour

③

- financial reports = re: PPM
  - (KJ) did not receive these exact reports

(KJ) + (PE) - did create memos OF project
  (which thinks PE shared w/ investors
  →  Project Information Memo's =
       included = cash flow projections
               = sales projections
       → (KJ) worked w/ sales people,
                  consultants to get
                  #'s for projections

= (KJ) does not thinks this satisfies PPM required docs.
   to investors.

= (KJ) = does not know reason he did not supply docs
   required by PPM

= (KJ) does not recall role he played in creating PPM
   (KJ) he read PPM - yes

(KJ) - PPM - given to (PE) → given to clients

(KJ) - (PE) handling communications w/ clients/investors

Bates 13236 - overview of DDM

(KJ) - came up w/ idea of 2 courses → Fazio
                                        Love
   - showed property to Davis Love → had previous relationship
                                         w/ (DL) - met
(KJ) - doesn't recall - how met Tom Fazio      through friend

④

- (TF) - sent down his reps to look

(KJ) ① Love course - conceptual design → to set price for cours

② Fazio course more involved → to construction drawings
-irrigation       } studies
- erosion control)

- had 4-5 biddin, on construction for course

(KJ) - will be exclusive Fazio + Love courses

(KJ) Dennis Wise → architect for Fazio
dealt w/    Tom Fazio → worked w/ Fazio company
(DDM) dealt w/    → limited dealings
★ Dave Boyden - landscape architect = would have been on-site
    → (KJ) = hired for DCSL            vep for Fazio
2006         after left Fazio
            = not dealings w/ DDM

★ not sure if there term limits on contract w/
    Fazio
    → couple hundred thousand $'s - paid by (KJ)
    $2M - contract Total       $ from DDM acct

(KJ) could not call Fazio design + need to make
    material changes to course if sever contract
    before construction.

⑤

dated — Bates →

11/1/02 — ☑  DDM  offering —
                    - specifically for DDM
                              not through any other entity/agreement

≡ Suppose to be delivered to investors (15 investors)
      by (PK)
      - told by (PK) - delivered to investors

KJ
investors: - Stumpel
            - Mckee
            - Berard
            - V. Tsyplicou
            - DeVries
            - Scott Ericson - outside of (PK) - friend of (KJ) - baseball player
            -        ☑ KD delivered PPM
                    SFR
            - Nolan
            - Morreau
            - Murray

Jowdy's money
laundering
company --
explained by
Kenner in June
2009 proffer to FBI
Agent Galioto

Bates# 13336 = (J) LORSA - Mexican comp held Leases

(KJ) only other profits out of  after initial member drive on
          property sale

Bates 13339 -

Bates 13339 -

(KJ) = Promisory Notes  w/ Baja Mngmt  - $2.75M

↓ $ came in summer + fall of 2002

dates = Securities attny retained in Sept 02 -
of ?? dealt w/ DDM then DD DDMs
PPM ?

Bates 13341= (KJ) never raised ATOM in dive

- Mngmt Fee's - (KJ)
(BN)

expenses:
 - Suzanne J. - never compensated for
 - (PK) - consult fee's + expense SFR
 - $14K per month =initially = 4-5 mos.
stopped salary → then paid expenses & other salary if brought
based upon (in investors)
lack of funds
in company

Bates 13349
 - Mngmt Compensation
 (KJ) - never made $150k contribution to comp

 - $2.75M = from investors / initial
 - $110k (KJ) contributed from this $

⑦

12/1/03    DDM Club = PPM

(KJ) - not equity in DDM - just part of Club

≡ right to lot + villa

- Founding Member
(KJ) - carry project forward

- would go to (PK) → to potential founding members

- there is a dividend / pmt - outlined in PPM   } not share in DDM profits

provided  (KJ)   Joseph Essa    } relatives          } $30k each
PPM              Cindy Essa
to               Joe Thompkinson → friends           }  ↓
in 03-04         Suzanne Desmond }                    into DDM acct.
              - (PK) brought in 3 others

$210k        03-04 - airstrip SFR              $210k total
total             to operating expenses of DDM

Bates # 13899

4th paragraph —
(KJ) never hit #'s to be given certificate

⑧

Bates #13913

(CJ) - $210K collected from Funding members
      - used for expenses for DDM

= (KJ) - wasn't Trust set up initially - not sure (KI)

= Founder Member Offering
      ↓
(KJ) never closed

Break - 12PM

Start 1:10PM

                asked (KJ)
(JF) - attny - advice - for IPM
      (KJ) - was my idea to go to attny for IPM

(KJ) - regularly consulted w/ attny

Nirjam - attny also. - (KJ) consulted w/ (BN) also

(BN) - went w/ (KJ) attny's also

⑨

Promissory Notes - KJ executed shortly after funds were rec'd

Carl Essa - 2/11/04 KJ for investment made around that time = late '03 - early '04

KJ - don't know why separate subscription agreement

KJ Baja Management - each investor signed offering & subscription agreement

KJ - doesn't know who's idea it was

KJ - provided MM to one player ⇒ Erickson
- 2 relatives - Essa's
- 2 friends.

Byron Defoe ≈ $ in late 2002 - $ to BD Corp
- KJ - doesn't think his writing on front page
KJ - yes signature on back page

Dmitri Kristich ≈ August 2002 - rec'd $

With Kenner and Woolley money -- this was the first funds that Jowdy stole in August 2002 from the Mexico investors

Jason Allison ≈ late 2002 - funds rec'd
- Agreement signed in 4/03

⑩

Joe Juneau ≈ Sept. '02 - funds rec'd
Agreement = 3/03

Jason Woolley ≈
Note
Agreement

Owen Nolan
Note
Agreement

> This is the personal bank account of Jowdy that he used to STEAL $75,000 within a few days of the initial investments in Mexico by Kenner, Woolley and Khristich

Bank Accts

- 2002 - First Union & Wachovic - (KJ) personal acct
- now Capital One + TD Bank Wirth
  > last 3 yrs opened

> This is a lie with Jowdy laundering funds with Najam's help to create the illusion of a $100,000 Jowdy investment...

- DDM - $ from (EJ)
'02 - (KJ) - $ used as downpayment from investor $

personal → rent + car - $ used from BD Corp acct
- not part of DDM

(KJ) - if I wasn't allowed to use $ then it was a problem                                          (11)

- (KJ) - thought I could use $

- Moye + Barbara Wicks -
  - pmts to them for
- negotiated deal w/ (MW) + (BW) = to give up home + lease in Rosario
  - bought them a house in Alabama

(KJ) $200K salary took from beginning
only to $1/5K over 3 pmts — 02-03

DDM → BM → (KJ)

$ B Devilp. ≡ $100K Salary for 2 yrs ≡ '03-'04
$ from — $ from (PE) loans

② Little Isle IV
② Ula Makika

02-06 $ used from BD
to pay personal exp.

- (KJ) - not using $ now to pay personal expenses

→ 04 - salary from OCSC

② booked as loans from BD

**Were the Jowdy THEFTS "OK" -- since he "booked the money (*years after being caught*) as loans on his 2008 company books??**

8/02 $25K from D. Christich → BD → Eufora → Eufora
1 yr later - $ came back (loan 2 → she hates) payoff for Eufora
CMJ
SFP

- Christich was never repaid for the 8/oz Azzolc
  $ that went to Eufora

- (KJ) - believed Eufora part of a developer project

- TLJ Management - (KJ) owns
  - CA corp

formed for ≡ lease house in CSL + airplane — falcon 10

> $ came from BD — that came from (PK) and/or its entities

<span style="color:red; border:1px solid red;">More acknowledged loaned funds from Kenner personally and/or Hawaii LLCs -- despite Galioto's post-trial LIEs to the investors</span>

- Defoe
  Allison } were (PK) clients @ time of investment
  but no longer

Little Isle IV = Lehman financed = Masod Bhatti
  = brought in a developer - soi

2006  - (PK) gave 5% of 50% To (KJ)+(BN)
  ↘ N Alaba Vent

≡ Little Isle $ to DDM

(KJ) - Little Isle is (PK) Company

(KJ) DDM needed $
  $ is treated as loan or converted to equity
  ↘ never converted to equity

<span style="color:red; border:1px solid red;">Jowdy admits to the FBI that he took money from Hawaii as loans -- despite his contrarian defense positions in Mexico and AZ cases (2008-09) -- BUT -- now with the FBI aware of the frauds on the courts...they do nothing!!</span>

TLJ M gut

Arizona case ✓
Mexico case ✓

(13)

HUSH MONEY -- Jowdy paid to dissuade from testifying in Federal Case v. Roger Clemens -- *See Baja Development Corp (Jowdy) August 2006 bank records*

- Brian McNamee - he's a trainer
- 1999 = (KJ) - met thrush Roger Clemens

≡ has not had contact since 2007

- worked out w/ (BM)
- brought to CSL - several times - up 2007
  ⟶ 2003 - 2007
- @ time use (BM) to put together fitness program

- paying (BM) - 25K/month
  - to train + work w/ (KJ)'s relative = Ed Essa

Money from PK (personally) and players

DDM- owed BD over $2M = from players $ /(PK)
≡ # to BD → times paid to DDM or paid expenses DDM - so payable to BD
(KJ) - pledging of promissory notes ≡ to        DD 6 investors → BM PPM
   ≡ Baja Management (owns 92% of DDM)   $2,750M

Met Mindy McCready through Roger Clemens

$25K

Jowdy use DDM funds to pay off Clemens mistress before she died

≡ Roger Clemens ask (KJ) to write check - possibly to make a record.
≡ rec'd $ back from (RC) in pmts

≡ Adrienne Moore
   CSL
2006-
2007  (KJ) met her out

Since the 2015 conviction -- Galioto has used every opportunity to tell the Kenner investors that Kenner has NO MONEY in any investment -- despite the Jowdy confessions (within) and the millions documented in the numerous bank records for Hawaii, Mexico, all renovation projects, "Grocery list loans", Gaarn loans, Kaiser loans, etcetera -- creating fully slanderous prejudice from all remaining supporters -- culminating in the Jowdy settlement discussions -- with no faith in the real Kenner documented truths...

(HM) - wanted a job

(KJ) - had her fill out application

left company after Lehman Bankruptcy

(KJ) - paid through DCSL acct

& also (KJ) paid weekly/monthly from personal
acct for her expenses.

KSI Capital - hard $ lender
loan for DDM - 2
$3M total
$217K holdback

ed $ for expenses on DDM project = $38k to $41k monthly

$ from Legacy Properties
pmts for KSI interest; security/guard

DDM bank statements confirm the money was STOLEN by Jowdy and Najam within 3 months. Then they began STEALING the DCSL budget funds (about $1.25mm in the second half of 2006) -- MORE IGNORED FRAUDS by the FBI...

Jowdy, Najam and Essa looted over $800k of the loan funds personally within 2 months -- the DDM bank records CONFIRM the THEFTS as Kenner proffered in June 2009 to FBI Agent Galioto...

The *GROSSEST* of the Jowdy and cabal thefts from Kenner and Kenner investors occurred AFTER Jowdy's attorney, Tom Harvey, issued letters to Kenner and the investors that their original (2002-2005) investments in Mexico (Diamante del Mar) project.   ONE -- The liens were NEVER placed on the property -- despite Jowdy and the Mexico Attorney (Fernando Garcia) signing docs in front of Kenner in the Ensenada Mexico Notario office (court house) in 2003.   Obviously FAKE.  SECOND -- and perhaps more gross THEFT -- Jowdy and his attorneys NEVER titled the Diamante del Mar project in an entity that any Kenner investors had an interest in.   This was discovered in 2015 when the KSI loan package was received in government produced evidence.   The property was always titled in several Mexico companies exclusively owned by Jowdy and Garcia (*Ex. 1144*).   That was $10 million of further IGNORED fraud (by the FBI) -- especially if it was that OBVIOUS to Kenner with a simple review of the concealed 2006 loan that Jowdy and Najam looted the proceeds for their personal benefits...

(15)

- KJ - did fly people down to CSL
  - wives
  - friends
  -

- Shawn Hughes would bring friends ≡ 6-8 friends

Shawn e-mail - 1/24/05
  - Palm Springs - Bob Hope Tournament
    · did not pay them; KJ may be strippers
    pay - maybe flight = use Credit Card
          KJ - not sure where it came from to pay
               for flights

- e-mail ≡ 1/24/05
  - not sure

- email ≡
        "quality"≡ KJ : fun, outgoing, girls

  - just paid for flights; stayed @ house in CSL

KJ - doesn't know of anyone paying for sex

Bates # 1976 - 79
  KJ - doesn't recall exact email
   - players Clolc's
   - KJ doesn't know how set up

16

- @ time of CSL closing
- (PE) - Pressure w/ Hawaii

Bates 19674 - 75
- don't know what (PE) talking about
- (PE) needs to make pmts

(KJ) - not involved w/ player c/b/c

Bates # 19714

Bates # 19672

email ≡ 1-2dy after lunch w/ (MB) - in NYC
≡ asked (PE) to break down $

Bates # 19663

- (KJ) - did send $ out
- (J) - thought (PE) put $ already for Peca, so this $ was back to (PE)

(17)

≠ Peca was investing in DCSL LLC
　　no 11M provided

2005 - (Pk) puts $ up ⎫ 50%
　　　(KJ) does work ⎬ |  split
　　　　　　　　　　 ⎭ 50%

4/2005 - 10% dwnpmt due
　　　　(Pk) didn't have b

3/05 ≡ $ started coming in
　　　$ coming from (Pk)

9/05 - $ from players coming in — doesn't know what was
　　　　　　　　　　　　　　　　said between (PE) & players
　　　(KJ) thinks $ coming in from loan from (Pk)

△ $ treated as loan in beginng, then changed to
　　equity

Bates # 19621
　- 10 days before closing - (Pk) had already given
　　　　　　　　　　　　　　　　　　　breakdowns to
　　19607 ⟲→　　　　　　　　　　　　　(KJ)

(18)

Bates 19607 - "double up option"
- We already had $ in

Bates 19578

- trying to get an idea of players to for
  operating Agreements

Bates # 19348

- talking about house in Vegas

Bates 19297

- $ from J. Stumpel
-

Bates # 198499

- talking about Ruby Scam
- Rodney Dalton - from England ⟹ (KJ) met in London once
                                  (KJ) 2nd time met in D.C.
2004  Todd Burkhart - (PK) - met in MN
      (PK) - lent $200k - $215k -
            - Burkhart said waiting for $3M from an investment
              ⟶ investment w/ Rodney Dalton

      (KJ) Told this by (PK)
      - used $ from DPPA SFR Little Isle

(19)

(PK) - send $1M from Little Isle

(PK) ⟶ profits from investment had to go to an outside U.S.
told (EJ)   development = which would be DDM
                                        ⟶ help investment out w/ profits

(KSI) - don't know what - "start a clean record"

(KJ) - didn't sign anything

Bates - 18456

—  $ from Jere Lehtinen
       - $ for CSL

— "0% risk"
    -(EJ) - thought (PK) was near closing in Hawaii
    - thought (PK) believed it - no s
(EJ) never spoken to Jere Lehtinen
(EJ) never told (PK) that there was risk associated; nor
                                    had anyone else
                                    from (EJ) company

Bates - 19534

(KJ) if everything fell through w/ CSL
        then have to sell El Rosario

(KJ) don't recall letter
(KSI) - I would not have prepared it   19506

How could this be true --
since as history revealed
Jowdy's $3mm KSI loan in
Feb 2006 that Najam and he
looted and then left for
foreclosure -- with ZERO loss
to Jowdy and Najam since
they had diverted millions
from 2002 thru 2006
already...

(20)

Bates 19506

- for Operating Agreements
- not for financials

Bates 198547

- doesn't recall email
- (EJ)- got docs to (PK) for D Air

Bates 19561

(PK)- Operating Agreements
(EJ) that's all we have

TIM Gaarn - friend of (PK)
(KJ) met once

oct/08 - went w/ (PK) to inspect (EJ) books
- doesn't know if accountant or in finance industry
- in NJ
                          BD Cap
- (KJ) did wire $25k to Tim Gaarn
                          Dintrod to Kesin
(KJ) doesn't know what for         →Lehman    (21)

- Mount Zion ⇒ Joseph Cata
  - hard to lender - (PK) talked to
- (PK) engaged Hawaii deal
  - Paid to Commitment fee
  - also talked about DDM

⇒ Mark Peterson

in pictures from (RB)

3 Palms
marketing firm

⇒ Lannie Donlon - w/ (PK) friends w/ Krystie Myric in MA -
  - (RB) hired her for (PK) as assistant with an equal for 4 years

Nick James - worked w/ (PK) - pending lawsuit
  - falling out w/ (PK)            in CA
- (PK) suing (NJ)
  counter sue

**Gov't aware of "Nick" lawsuit when they falsely claimed "Kick Nick in the balls" was Nick Privitello on the day of the Nick James deposition...**

Hermosa Beach CA ⇒ d/ w/ Some house - Sold for $8.5M
  Wells Fargo - loan
⇒ Something like $4M profit - fraudulent (?)

**Jowdy and Harvey spread this false claim in 2008 to all Kenner investors -- and others in the sports industry -- to disrupt the cohesive efforts versus Jowdy..**

**How would Jowdy and his people know who Kenner was getting his personal loan from -- unless they were being fed info from the FBI??**

(1) $IBM used for:   2002 - 2004

⊟ airstrip                    2006 - & still owed KSI loan
⊟ land                                   - paid
⊟ Engineering
⊟ studies
⊟ hydrology
⊟ roadway systems
⊟ water
⊟ electric
⊟ design gd€ course
⊟ marketing
⊟ sales
⊟ Some salaries
⊟
⊟ no gd€ courses on $DM

4:30PM
END

(23)

Revolving line of Credit Loans
12-7-2004

Pursuant to the verbal agreement of July 9, 2004 to secure a revolving Line of Credit for Kenneth Aboud Jowdy to use at his sole discretion, this Revolving Line of Credit will be executed by all related parties _December_ _7_, 2004.

For VALUE RECEIVED, the undersigned, Kenneth Aboud Jowdy, individual ("Borrower") promises to pay to the order of Philip A. Kenner ("Kenner"), individual and Little Isle IV, LLC a Delaware LLC ("LI4"), ("Lenders"), and any other related individual or entity involved in the future by Kenner to facilitate the ongoing Revolving Line of Credit to Borrower. Lenders have a principle place of business located at 10705 East Cactus Road, Scottsdale, AZ 85259 or at such other place that the Lenders hereof may from time to time designate in writing. Borrower promises to pay Lenders, the aggregate unpaid principle balance of each advance made by Lenders to Borrower hereunder at an interest thereon at the rate of fifteen percent (15%) per annum. Subject to the other terms and conditions hereof, Borrower may borrow, repay and reborrow hereunder until the principle balance and all interest sums payable hereunder are paid in full as follows in lawful money of the United States of America. Lenders have no obligation to refinance or extend the terms of this agreement with Borrower.

1) The note shall mature and the entire principle balance hereof is due upon completion of any transaction whereas Borrower facilitates funding for the Real Estate Development known as Diamante Del Mar ("DDM") located in El Rosario, Baja Mexico, of which the Borrower is the Managing Member. The note will be due in full including interest if the Borrower on behalf of DDM receives benefit equal to or in excess of the total outstanding loan amount including interest due from proceeds of the loan thru the funding date to Lenders.

2) In the event Borrower fails to pay the entire principle indebtedness evidenced by this Note, or any portion thereof as described by events described above in paragraph 1, the note may be demanded for full payment including all accrued interest.

3) In the event the total funding amount for DDM is not sufficient to cover the outstanding funds due to the Lenders, at least 50% of the funds raised will be paid towards the outstanding Principle balance and the interest on the Revolving Line of Credit will continue to accrue until the entire note, principle plus full interest are paid to the Lenders.

4) The note shall mature and the entire principle balance hereof is due upon completion of any transaction whereas Borrower facilitates funding for the Real Estate Development known as Diamante Cabo San Lucas ("DCSL") located in Cabo San Lucas, Baja Mexico, of which the Borrower is expected to be the Managing Member. The funding for DCSL is expected to occur per the Borrower on or before December 31, 2005. The note will be due in full including interest if the Borrower on behalf of DCSL receives benefit equal to or in excess of the total outstanding loan amount including interest due from proceeds of the loan thru the funding date to Lenders.

5) In the event Borrower fails to pay the entire principle indebtedness evidenced by this Note, or any portion thereof as described by events described above in paragraph 4, the note may be demanded for full payment including all accrued interest.

6)   Borrower pledges his individual interest in DDM, DCSL and any related entity controlled by Borrower as additional consideration for the loan presented by Lenders.

Borrower agrees that:

    a)   Borrower will pay all costs and expenses of collection of this Note if the note matures and is unpaid within 30 days of maturity upon demand by Lenders.

    b)   The entire principle balance of the Note shall bear interest after maturity at the standard interest rate on the entire unpaid balance as described above until paid in full.

Borrower may pay this Note at any time, in whole or in part, without penalty or premium.

Failure of the Lenders hereunder to exercise any option hereunder shall not constitute a waiver of the right to exercise the same in the event of any subsequent default or in the event of continuance of an existing default for strict performance hereof.

Borrower waves any exemption rights affecting full collection of this Note, and waives presentment, diligence, notice of dishonor and protest.

This Note shall be governed by the State of Arizona.

Witness:

Borrower:

Kenneth Aboud Jowdy, Individual

By: _____

LENDERS:

Philip A. Kenner, Little Isle IV, LLC a Delaware LLC

By: _____

Philip A. Kenner, Individual

By: _____

Philip A. Kenner, Managing Member, Little Isle IV, LLC a Delaware LLC

Dated: 7 - Dec - 2004