

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JMH | *610 Federal Plaza* |
| F. #2013R00948 | *Central Islip, New York 11722* |

November 30, 2020

<u>By ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

        Re:    <u>United States v. Philip A. Kenner</u>
                <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      The government respectfully submits this letter in connection with the restitution proceeding currently scheduled for December 7, 2020 at 12:00 p.m., via video-conference. The above-referenced defendant is housed at the Metropolitan Detention Center ("the MDC"). The government understands that MDC's video and audio-conference schedule is fully committed for December 7.

      Therefore, the government respectfully requests that the restitution proceeding be adjourned to December 21, 2020, at 10:30 a.m. The government has asked MDC to hold that time slot for this proceeding in anticipation of this application, and the government understands via the Court's deputy that the Court is available at that time.

      The defendant, via standby counsel, does not object to the proposed adjournment.

The government thanks the Court for its consideration of this application.

        Respectfully submitted,

        SETH D. DUCHARME  
        Acting United States Attorney

By:   /s/  
        Saritha Komatireddy  
        J. Matthew Haggans  
        Assistant U.S. Attorneys  
        (718) 254-7000

cc:   Clerk of Court (JFB) (By ECF)  
      All counsel of record (By ECF)  
      U.S. Probation Officer Shayna Bryant (By Email)