FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 24 2020 ★

LONG ISLAND OFFICE

November 24, 2020

Honorable Joseph F. Bianco
Visiting Circuit Judge
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

    **Re:**    ***United States v. Philip A. Kenner, et al, 13-CR-607 (JFB)***
              ***Restitution / Affidavits of Loss***

Dear Judge Bianco:

    In advance of the upcoming restitution hearing in the above-referenced matter, we are submitting the attached Affidavits of Loss for your consideration. We both live overseas and apologize for any delay in submitting these Affidavits of Loss. While the overall losses that were sustained are far greater, the enclosed Affidavits reflect the significant amount of money that was lost in connection with the Eufora scheme – one of the frauds proven at trial. Accordingly, we hope the Court will consider these Eufora-related losses as part of any future award of restitution.[1]

    If there is additional information we can provide in advance of the upcoming restitution hearing, please let us know. Your ongoing consideration of these issues is very much appreciated.

        Respectfully submitted,        Respectfully submitted,

        /s/ *Dimitri Khristich*        /s/ *Yelena Tsyplakova*

        Dimitri Khristich        Yelena Tsyplakova,
                                              Widow of Vladimir Tsyplakov

---

[1] In light of the untimely death of Vladimir Tsyplakov last year, also enclosed herein is a copy of the death certificate (along with a certified translation to English) reflecting that Mr. Tsyplakov passed away in Belarus on December 14, 2019. Also enclosed is a copy of the marriage certificate (along with a certified translation to English) for Vladimir Tsyplakov and his widow, Yelena Tsyplakova.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

VS.

**Philip A. Kenner**
and
**Tommy C. Constantine**

**AFFIDAVIT OF LOSS**
DOCKET#:0207 1:13CR00607

To the best of my knowledge and recollection at this time, the monetary losses that I have incurred due to the offense of conviction and/or through payments made, solicited or received by the Defendant(s) named in this action totals $ 100.000          , which sum represents the dollar amount I contributed towards Eufora.

To date, I have not been compensated by insurance or another source with respect to any portion of my losses described above:

I do hereby swear that the above information is true and accurate to the best of knowledge and recollection at this time.

_____          YELENA Tsyplakova          11/19/20
Signature                            Print Name                      Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    VS.    AFFIDAVIT OF LOSS
            DOCKET#:0207 1:13CR00607

Philip A. Kenner
and
Tommy C. Constantine

To the best of my knowledge and recollection at this time, the monetary losses that I have incurred due to the offense of conviction and/or through payments made, solicited or received by the Defendant(s) named in this action totals $ __175,000__, which sum represents the dollar amount I contributed towards Eufora.

To date, I have **not** been compensated by insurance or another source with respect to any portion of my losses described above:

I do hereby swear that the above information is true and accurate to the best of knowledge and recollection at this time.

Signature  Print Name  Date

*[signature]*  Dimitri Khristich  11/17/20






ПАСВЕДЧАННЕ АБ СМЕРЦI

СВИДЕТЕЛЬСТВО О СМЕРТИ

COPY

# DEATH CERTIFICATE

| | |
|---|---|
| Citizen | **VLADIMIR VIKTOROVICH TSYPLAKOV** |
| | given name, patronymic, surname |
| Identification No. | **3180469A007PB6** |
| | if any |
| passed away on | **DECEMBER 14, 2019** |
| | **THE FOURTEENTH DAY OF DECEMBER TWO THOUSAND AND NINETEEN** |
| | month, day and year in figures and words |

at the age of 50, whereof record No. 2124 was made in the Register of Deaths on **FEBRUARY 11, 2020**

Cause of death **T71**

| | |
|---|---|
| Place of death: republic (state) | **BELARUS** |
| oblast (krai) | |
| district | |
| city (township, village) | **MINSK** |
| Place of death registration | **REGISTRY OFFICE OF THE MAIN JUSTICE DEPARTMENT OF MINSK CITY EXECUTIVE COMMITTEE** |
| | name of the registry office |
| Date of issue | **FEBRUARY 11, 2020** |
| Head of Registry Office | /Signature/   **I.P. KUKHARCHIK** |

/Seal/ Republic of Belarus * Main Justice Department of Minsk City Executive Committee * Registry Office * Coat of arms of the Republic of Belarus

I-BH No. 1021593

---

Я, переводчик Рахманина Людмила Сергеевна, подтверждаю достоверность совершенного мной перевода текста документа с русского и белорусского языков на английский язык

I, Liudmila Rakhmanina, certified sworn translator, do hereby certify that the above document is an accurate and complete translation from Russian and Belarusian into English

/signatures/

## APOSTILLE
### (CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)

1. Republic of Belarus
   This public document
2. has been signed by     I.P. Kukharchik
3. acting in the capacity of     head
4. bears the seal (stamp) of     Registry Office of the Main Justice Department of Minsk City Executive Committee

**CERTIFIED**

5. at Minsk     6. August 28, 2020
7. S.V. Pankevich,
First Secretary,
Ministry of Foreign Affairs of the Republic of Belarus
8. No. 25017
9. Seal     10. Signature /Signature/

/Seal/: Main Consular Department of the Ministry of Foreign Affairs * Republic of Belarus * 3 * Coat of arms of the Republic of Belarus

/Seal/: Main Consular Department of the Ministry of Foreign Affairs * Republic of Belarus * 3 * Coat of arms of the Republic of Belarus

Я, переводчик Рахманина Людмила Сергеевна, подтверждаю достоверность совершенного мной перевода текста документа с русского и белорусского языков на английский язык
I, Liudmila Rakhmanina, certified sworn translator, do hereby certify that the above document is an accurate and complete translation from Russian and Belarusian into English

# СВИДЕТЕЛЬСТВО О ЗАКЛЮЧЕНИИ БРАКА
# ПАСВЕДЧАННЕ АБ ЗАКЛЮЧЭННI ШЛЮБУ

Гражданин / Грамадзянiн: **Цыплаков**
*фамилия — прозвiшча*

**Владимир Викторович**
*имя, отчество — iмя, iмя па бацьку*

родившийся / якi нарадзiўся "18" апреля 1969 г.

место рождения / месца нараджэння: г. Инта

Коми АССР

и гражданка / i грамадзянка: **Бакулева**
*фамилия — прозвiшча*

**Елена Александровна**
*имя, отчество — iмя, iмя па бацьку*

родившаяся / якая нарадзiлася "29" июля 1971 г.

место рождения / месца нараджэння: г. Минск

БССР

заключили брак / заключылi шлюб: 29 июня 1991
*числами и прописью — лiчбамi i лiтарамi*

тысяча девятьсот девяносто первого

о чем в книге регистрации актов о заключении брака
аб чым у кнiзе рэгiстрацыi актаў аб заключэннi шлюбу

19**91** года **июня** месяца **29** числа

произведена запись за № **1025**
зроблен запiс за

После заключения брака присвоены фамилии:
Пасля заключэння шлюбу прысвоены прозвiшчы:

мужу: **Цыплаков**

жене: **Цыплакова**

Место регистрации / Месца рэгiстрацыi: ОТДЕЛ ЗАГС
*наименование и местонахождение органа ЗАГСа — назва i месцазнаходжанне органа ЗАГСа*

Фрунзенского районного Совета

Дата выдачи: "29" июня 1991 г.

М. П.

Заведующий отделом (бюро)
записи актов гражданского состояния
Загадчык аддзела (бюро)
запiсу актаў грамадзянскага стану

[stamp: гор. МИНСК, III-ВНЛ № 436809, Фрунзенского райисполкома, выдан паспорт, серия XIII-ВЛ № 708765, 24 02 1992]

COPY

# MARRIAGE CERTIFICATE

Citizen **VLADIMIR VIKTOROVICH TSYPLAKOV**
given name, patronymic, surname
born on **APRIL 18, 1969**
Place of birth: **INTA TOWN**
**KOMI AUTONOMOUS SOVIET SOCIALIST REPUBLIC**

and citizen **YELENA ALEKSANDROVNA BAKULEVA**
given name, patronymic, surname
born on **JULY 29, 1971**
Place of birth: **MINSK CITY**
**BYELORUSSIAN SOVIET SOCIALIST REPUBLIC**

were married on **JUNE 29, 1991**
**NINETEEN NINETY-ONE**
month, day and year (in figures and words)

whereof record No. **1025**
was made in the Marriage Register
on **JUNE 29, 1991**

Upon marriage registration, the following surnames were assigned:
to the husband **TSYPLAKOV**
to the wife **TSYPLAKOVA**

Place of state registration:   /Stamp/: **REGISTRY OFFICE OF THE EXECUTIVE COMMITTEE OF FRUNZENSKY DISTRICT COUNCIL OF PEOPLE'S DEPUTIES OF MINSK**
name and location of the registry office

Date of issue: **JUNE 29, 1991**

Head of Registry Office   /Signature/

L.S.
/Seal/: Executive Committee of Frunzensky District Council of People's Deputies of Minsk * Registry Office * Coat of arms of the BSSR

III-BH No. 436809

/Stamp/: Minsk
Office of Internal Affairs of Frunzensky District Executive Committee
PASSPORT ISSUED
Series **XIII-BM** No. **708765**
**February 21, 1992**

Я, переводчик Рахманина Людмила Сергеевна, подтверждаю достоверность совершенного мной перевода текста документа с русского и белорусского языков на английский язык
I, Liudmila Rakhmanina, certified sworn translator, do hereby certify that the above document is an accurate and complete translation from Russian and Belarusian into English

/Signatures/  Рахманина   Людмила   Сергевна

## APOSTILLE
### (CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)

1. Republic of Belarus
   This public document
2. has been signed by          official
3. acting in the capacity of   head
4. bears the seal (stamp) of   Registry Office of the Executive Committee of Frunzensky District Council of People's Deputies of Minsk

**CERTIFIED**

5. at Minsk                    6. August 28, 2020
7. S.V. Pankevich,
   First Secretary,
   Ministry of Foreign Affairs of the Republic of Belarus
8. No. 25016
9. Seal                        10. Signature  *Signature*

/Seal/: Main Consular Department of the Ministry of Foreign Affairs * Republic of Belarus * 3 * Coat of arms of the Republic of Belarus

/Seal/: Main Consular Department of the Ministry of Foreign Affairs * Republic of Belarus * 3 * Coat of arms of the Republic of Belarus

Я, переводчик Рахманина Людмила Сергеевна, подтверждаю достоверность совершенного мной перевода текста документа с русского и белорусского языков на английский язык

I, Liudmila Rakhmanina, certified sworn translator, do hereby certify that the above document is an accurate and complete translation from Russian and Belarusian into English