JMM/SK
F.#2013R00948

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                           No. 13-CR-607 (JFB)

PHILLIP A. KENNER and
TOMMY C. CONSTANTINE,
    also known as
    "Tommy C. Hormovitis,"

       Defendants.

- - - - - - - - - - - - - - - - -X


THE GOVERNMENT'S LIST OF 3500 MATERIAL


                                               LORETTA E. LYNCH
                                               UNITED STATES ATTORNEY
                                               Eastern District of New York
                                               610 Federal Plaza
                                               Central Islip, New York 11722


James M. Miskiewicz
Saritha Komatireddy
Assistant United States Attorneys
    (Of Counsel)

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-JB-1 | Memorandum of Interview, 11/14/13 | Jeff Bailey |
|  |  |  |
| 3500-BB-1 | FBI 302, 09/17/13 | Bryan Berard |
| 3500-BB-2 | FBI 302, 08/02/13 | Bryan Berard |
| 3500-BB-3 | Deposition of Bryan Berard in Nolan v. Kenner, American Arbitration Association Phoenix, AZ 05/30/09 | Bryan Berard |
| 3500-BB-4 | Northern Trust letter, 03/11/05 | Bryan Berard |
| 3500-BB-5 | Meeting between Gaudet, Kaiser, and Berard, 01/17/12 | Bryan Berard |
| 3500-BB-6 | Phone conversation between Gaudet, Kaiser, and Berard, 01/19/12 | Bryan Berard |
| 3500-BB-7 | Phone conversation between Gaudet, Kaiser, and Berard, 01/20/12 | Bryan Berard |
| 3500-BB-8 | Phone conversation between Gaudet and Berard, 01/30-31/12 | Bryan Berard |
| 3500-BB-9 | Phone conversation between Gaudet and Berard, 01/30-31/12 | Bryan Berard |
| 3500-BB-10 | Phone conversation between Gaudet and Berard, 01/21/12 | Bryan Berard |
| 3500-BB-11 | Phone conversation between Berard and Richards, 01/2012 | Bryan Berard |
| 3500-BB-12 | Phone conversation between Berard and Richards, 01/2012 | Bryan Berard |
| 3500-BB-13 | Phone conversation between Berard and Richards, 01/2012 | Bryan Berard |
| 3500-BB-14 | Phone conversation between Berard and Richards, 01/2012 | Bryan Berard |
| 3500-BB-15 | Phone conversation between Berard and Richards, 01/2012 | Bryan Berard |
| 3500-BB-16 | Phone conversation between Berard and Richards, 01/2012 | Bryan Berard |
| 3500-BB-17 | Phone conversation between Berard and Richards, 01/2012 | Bryan Berard |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| | | |
| 3500-MB-1 | FBI 302, 10/14/09 | Martin Biron |
| | | |
| 3500-DPB-1 | FBI 302, 02/16/10 | David P. Boyden |
| | | |
| 3500-DB-1 | Handwritten notes, 09/11/09 | Dan Boyle |
| 3500-DB-2 | Declaration of Dan Boyle in Kenner v. Myrick, 07/29/09 | Dan Boyle |
| 3500-DB-3 | Declaration of Dan Boyle, 04/29/09 | Dan Boyle |
| | | |
| 3500-KB-1 | Handwritten notes, 09/08/09 | Kip Brennan |
| | | |
| 3500-RB-1 | Handwritten notes, 02/22/10 | Robert Burdick |
| | | |
| 3500-BC-1 | Handwritten notes, 07/16/12 | Brian Campbell |
| | | |
| 3500-GC-1 | Handwritten notes, 07/27/09 | Greg Carrafiello |
| | | |
| 3500-GD-1 | FBI 302, 09/20/12 | Greg DeVries |
| 3500-GD-2 | FBI 302, 07/12/12 | Greg DeVries |
| 3500-GD-3 | FBI 302, 06/08/12 | Greg DeVries |
| | | |
| 3500-SD-1 | Deposition of Stephanie Dixon in Nolan v. Kenner, American | Stephanie Dixon |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
|  | Arbitration Association Austin, TX 05/27/09 |  |
|  |  |  |
| 3500-LD-1 | Memorandum of Interview, 07/24/14 | Lanie Donlan |
| 3500-LD-2 | Memorandum of Interview, 09/09/14 | Lanie Donlan |
|  |  |  |
| 3500-EE-1 | Memorandum of Interview, 11/15/13 | Eric Edenholm |
|  |  |  |
| 3500-SEF-1 | Memorandum of Interview, 12/16/13 | Sue Ellen Ferguson |
|  |  |  |
| 3500-LE-1 | Phone conversation between Elliott and Mascarella | Linda Elliott |
|  |  |  |
| 3500-TG-1 | Handwritten notes, 01/11/12 | Timothy Gaarn |
| 3500-TG-2 | Handwritten notes, 06/05/12 | Timothy Gaarn |
| 3500-TG-3 | Phone conversation between Gaarn and Kenner, 01/12/12 | Timothy Gaarn |
| 3500-TG-4 | Phone conversation between Gaarn and Kenner, 01/13/12 | Timothy Gaarn |
| 3500-TG-5 | Phone conversation between Gaarn and Kenner, 01/17/12 | Timothy Gaarn |
| 3500-TG-6 | Phone conversation between Gaarn and Kenner, 06/21/12 | Timothy Gaarn |
| 3500-TG-7 | Phone conversation between Gaarn and Kenner, 06/29/12 | Timothy Gaarn |
| 3500-TG-8 | Phone conversation between Gaarn and Kenner, 10/05/12 | Timothy Gaarn |
|  |  |  |
| 3500-RG-1 | Deposition of Robert Gaudet in Nolan v. Kenner, American Arbitration Association Phoenix, | Robert Gaudet |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| | AZ 05/30/09 | |
| 3500-RG-2 | (intentionally left blank) | |
| 3500-RG-3 | (intentionally left blank) | |
| 3500-RG-4 | Letter, 01/28/10 | Robert Gaudet |
| 3500-RG-5 | Memorandum of Interview, 10/16/14 | Robert Gaudet |
| 3500-RG-6 | Memorandum of Interview, 03/05/14 | Robert Gaudet |
| 3500-RG-7 | Memorandum of Interview, 04/22-23/14 | Robert Gaudet |
| 3500-RG-8 | Memorandum of Interview, 04/30/14 | Robert Gaudet |
| 3500-RG-9 | Memorandum of Interview, 04/30/14 | Robert Gaudet |
| 3500-RG-10 | Video of Deposition, 07/02/09 | Robert Gaudet |
| 3500-RG-11 | Meeting between Gaudet, Kaiser, and Berard, 01/17/12 | Robert Gaudet |
| 3500-RG-12 | Phone conversation between Gaudet, Kaiser, and Berard, 01/19/12 | Robert Gaudet |
| 3500-RG-13 | Phone conversation between Gaudet, Kaiser, and Berard, 01/20/12 | Robert Gaudet |
| 3500-RG-14 | Phone conversation between Gaudet and Berard, 01/30-31/12 | Robert Gaudet |
| 3500-RG-15 | Phone conversation between Gaudet and Berard, 01/25-27/12 | Robert Gaudet |
| 3500-RG-16 | Phone conversation between Gaudet and Berard, 01/21/12 | Robert Gaudet |
| | | |
| 3500-CRG-1 | Handwritten notes, 03/27/12 | C.R. Gentry |
| 3500-CRG-2 | Handwritten notes, 06/18/12 | C.R. Gentry |
| 3500-CRG-3 | Skype conversation between Gentry and Constantine | C.R. Gentry |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| | | |
| 3500-SG-1 | Proffer Agreement, SDNY, 02/08/10 | Sergei Gonchar |
| 3500-SG-2 | Handwritten notes, 02/08/10 | Sergei Gonchar |
| 3500-SG-3 | Northern Trust letter, 10/27/04 | Sergei Gonchar |
| 3500-SG-4 | Fax – Affidavit of Sergei Gonchar, 5/30/09 | Sergei Gonchar |
| | | |
| 3500-JG-1 | FBI 302, 11/02/09 | John Grahame |
| | | |
| 3500-JGR-1 | Text messages, 10-11/2013 | James Grdina |
| 3500-JGR-2 | (intentionally left blank) | |
| 3500-JGR-3 | Memorandum of Interview, 11/15/13 | James Grdina |
| 3500-JGR-4 | Memorandum of Interview, 07/17/14 | James Grdina |
| | | |
| 3500-MMG-1 | FBI 302, 11/06/09 | Moses Moshe Gutman |
| 3500-MMG-2 | Memorandum of Interview, 01/24/14 | Moses Moshe Gutman |
| | | |
| 3500-SH-1 | FBI 302, 09/16/09 | Shawn Hughes |
| | | |
| 3500-BI-1 | FBI 302, 11/02/09 | Brad Isbister |
| | | |
| 3500-KJ-1 | FBI 302, 05/28/14 | Kenneth Jowdy |
| 3500-KJ-2 | Handwritten notes, 03/24/10 | Kenneth Jowdy |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-KJ-3 | Handwritten notes, 02/25/10 | Kenneth Jowdy |
| 3500-KJ-4 | Deposition of Kenneth Jowdy in Murray v. Jowdy, Clark County, NV District Court, 04/13/09 | Kenneth Jowdy |
| 3500-KJ-5 | Deposition of Kenneth Jowdy in Nolan v. Kenner, American Arbitration Association Phoenix, AZ 05/27/09 | Kenneth Jowdy |
| 3500-KJ-6 | Draft FBI 302, 05/20/14 | Kenneth Jowdy |
| 3500-KJ-7 | Deposition of Kenneth Jowdy in DeVries v. Jowdy, 01/05-06/10 (video) | Kenneth Jowdy |
| | | |
| 3500-JJ-1 | Handwritten notes, 10/22/09 | Joe Juneau |
| 3500-JJ-2 | Handwritten notes, 09/18/12 | Joe Juneau |
| 3500-JJ-3 | Deposition of Joe Juneau in Nolan v. Kenner, American Arbitration Association Phoenix, AZ 05/27/09 | Joe Juneau |
| | | |
| 3500-JK-1 | Handwritten notes, 10/19/10 | John Kaiser |
| 3500-JK-2 | Deposition of John Kaiser in Nolan v. Kenner, American Arbitration Association Phoenix, AZ 05/30/09 | John Kaiser |
| 3500-JK-3 | Draft FBI 302, 09/09/13 | John Kaiser |
| 3500-JK-4 | (intentionally left blank) | |
| 3500-JK-5 | (intentionally left blank) | |
| 3500-JK-6 | (intentionally left blank) | |
| 3500-JK-7 | Memorandum of Interview, 10/02/14 | John Kaiser |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-JK-8 | Meeting between Gaudet, Kaiser, and Berard, 01/17/12 | John Kaiser |
| 3500-JK-9 | Phone conversation between Gaudet, Kaiser, and Berard, 01/19/12 | John Kaiser |
| 3500-JK-10 | Phone conversation between Gaudet, Kaiser, and Berard, 01/20/12 | John Kaiser |
| | | |
| 3500-BL-1 | FBI 302, 09/30/09 | Brad Lukowich |
| | | |
| 3500-CM-1 | Handwritten notes, 09/17/10 | Chris Manfredi |
| 3500-CM-2 | Handwritten notes, 10/02/10 | Chris Manfredi |
| | | |
| 3500-AM-1 | Letter to Bryan Berard, 02/09/09 | Aaron Mascarella |
| 3500-AM-2 | Letter to Bryan Berard, 03/19/09 | Aaron Mascarella |
| 3500-AM-3 | Notice of Exclusive Control(Berard and Kenner), 03/19/09 | Aaron Mascarella |
| 3500-AM-4 | Letter to Sergei Gonchar, 02/09/09 | Aaron Mascarella |
| 3500-AM-5 | Letter to Sergei Gonchar, 03/19/09 | Aaron Mascarella |
| 3500-AM-6 | Notice of Exclusive Control (Gonchar and Kenner), 03/19/09 | Aaron Mascarella |
| 3500-AM-7 | Letter to Steve Rucchin, 02/09/09 | Aaron Mascarella |
| 3500-AM-8 | Letter to Steve Rucchin, 03/19/09 | Aaron Mascarella |
| 3500-AM-9 | Notice of Exclusive Control (Rucchin and Kenner), 03/19/09 | Aaron Mascarella |
| 3500-AM-10 | Letter to Darryl Sydor, 02/26/09 | Aaron Mascarella |
| 3500-AM-11 | Letter to Darryl Sydor, 03/19/09 | Aaron Mascarella |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-AM-12 | Notice of Exclusive Control (Sydor and Kenner), 03/19/09 | Aaron Mascarella |
| 3500-AM-13 | Letter to Michael Peca, 02/09/09 | Aaron Mascarella |
| 3500-AM-14 | Letter to Michael Peca, 03/19/09 | Aaron Mascarella |
| 3500-AM-15 | Notice of Exclusive Control (Peca and Kenner), 03/19/09 | Aaron Mascarella |
| 3500-AM-16 | Letter to Mattias Norstrom, 02/09/09 | Aaron Mascarella |
| 3500-AM-17 | Letter to Mattias Norstrom, 03/19/09 | Aaron Mascarella |
| 3500-AM-18 | Notice of Exclusive Control (Norstrom and Kenner), 03/19/09 | Aaron Mascarella |
| 3500-AM-19 | Letter to Glen Murray, 02/09/09 | Aaron Mascarella |
| 3500-AM-20 | Letter to Glen Murray, 03/19/09 | Aaron Mascarella |
| 3500-AM-21 | Notice of Exclusive Control (Murrary and Kenner), 03/19/09 | Aaron Mascarella |
| 3500-AM-22 | Handwritten notes, 10/15/10 | Aaron Mascarella |
| 3500-AM-23 | Email, 04/09/12 | Aaron Mascarella |
| 3500-AM-24 | Email, 03/29/07 | Aaron Mascarella |
| 3500-AM-25 | Deposition of Aaron Mascarella in Nolan v. Kenner, American Arbitration Association Scottsdale, AZ 03/24/09 | Aaron Mascarella |
| 3500-AM-26 | Phone conversation between Mascarella and Elliott | Aaron Mascarella |
| 3500-AM-27 | Phone conversation between Mascarella and bank employee | Aaron Mascarella |
| 3500-AM-28 | Phone conversation between Mascarella and bank employee | Aaron Mascarella |
| 3500-AM-29 | Phone conversation between Mascarella and bank employee (clip) | Aaron Mascarella |
| 3500-AM-30 | Phone conversation between Mascarella and bank employee (clip) | Aaron Mascarella |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-AM-31 | Phone conversation between Mascarella and bank employee (clip) | Aaron Mascarella |
| 3500-AM-32 | Phone conversation between Mascarella and bank employee (clip) | Aaron Mascarella |
| 3500-AM-33 | Phone conversation between Mascarella and bank employee (clip) | Aaron Mascarella |
| 3500-AM-34 | Phone conversation between Mascarella and bank employee (clip) | Aaron Mascarella |
| 3500-AM-35 | Phone conversation between Mascarella and bank employee (clip) | Aaron Mascarella |
|  |  |  |
| 3500-JM-1 | FBI 302, 05/31/12 | Jay McKee |
| 3500-JM-2 | FBI 302, 03/01/10 | Jay McKee |
|  |  |  |
| 3500-PM-1 | CV | Peter Melley |
| 3500-PM-2 | Sample testimony (U.S. v. Kruse, 02/05/13) | Peter Melley |
| 3500-PM-3 | Sample testimony (U.S. v. Behrens, 10/18/11) | Peter Melley |
| 3500-PM-4 | Sample testimony (U.S. v. Behrens, 10/19/11) | Peter Melley |
|  |  |  |
| 3500-JAM-1 | Memorandum of Interview, 10/04/13 | James Milana |
|  |  |  |
| 3500-EM-1 | FBI 302, 09/20/10 | Ethan Moreau |
| 3500-EM-2 | FBI 302, 09/20/12 | Ethan Moreau |
|  |  |  |

| NUMBER | DESCRIPTION | WITNESS |
| --- | --- | --- |
| 3500-GM-1 | FBI 302, 07/03/12 | Glen Murray |
| 3500-GM-2 | Deposition of Glen Murray in Murray v. Jowdy, Clark County, NV Dist. Court, 08/04/09 | Glen Murray |
| 3500-GM-3 | Trial Testimony, Murray v. Jowdy, Clark County NV Dist. Court, 12/01/10 | Glen Murray |
|  |  |  |
| 3500-RM-1 | FBI 302, 07/16/12 | Raymond Murray |
|  |  |  |
| 3500-KM-1 | Handwritten notes, 09/09/10 | Kristine Myrick |
|  |  |  |
| 3500-TN-1 | Handwritten notes, 09/23/10 | Tyson Nash |
| 3500-TN-2 | (intentionally left blank) |  |
| 3500-TN-3 | Deposition of Tyson Nash in Kenner v. Kaiser, Superior Court, Maricopa County, AZ, 09/17/14 | Tyson Nash |
|  |  |  |
| 3500-ON-1 | Handwritten notes, 09/09/10 | Owen Nolan |
| 3500-ON-2 | Deposition of Owen Nolan in Nolan v. Kenner, American Arbitration Association Phoenix, AZ 05/26/09 | Owen Nolan |
|  |  |  |
| 3500-MN-1 | Handwritten notes, 01/11/12 | Mattias Norstrom |
| 3500-MN-2 | Affidavit of Mattias Norstrom, 05/30/09 | Mattias Norstrom |
|  |  |  |
| 3500-KP-1 | FBI 302, 09/06/13 | Kristin Peca |

11

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-KP-2 | Draft FBI 302, 09/06/13 | Kristin Peca |
| 3500-KP-3 | (intentionally left blank) | |
| 3500-KP-4 | (intentionally left blank) | |
| 3500-KP-5 | Memorandum of Interview, 07/17/14 | Kristin Peca |
| 3500-KP-6 | Phone conversation between K. Peca and Kenner, 07/22/12 | Kristin Peca |
| 3500-KP-7 | Phone conversation between K. Peca and Kenner, 07/22/12 | Kristin Peca |
| 3500-KP-8 | Phone conversation between K. Peca and Kenner, 07/22/12 | Kristin Peca |
| 3500-KP-9 | Phone conversation between K. Peca and Kenner | Kristin Peca |
| 3500-KP-10 | Phone conversation between K. Peca and Kenner | Kristin Peca |
| 3500-KP-11 | Phone conversation between K. Peca and Kenner | Kristin Peca |
| | | |
| 3500-MP-1 | FBI 302, 09/06/13 | Michael Peca |
| 3500-MP-2 | FBI 302, 09/30/09 | Michael Peca |
| 3500-MP-3 | Handwritten notes, 02/22/12 | Michael Peca |
| 3500-MP-4 | Handwritten notes, undated | Michael Peca |
| 3500-MP-5 | Grand Jury testimony SDNY, 03/29/11 | Michael Peca |
| 3500-MP-6 | Draft FBI 302, 09/06/13 | Michael Peca |
| 3500-MP-7 | Memorandum of Interview, 07/17/14 | Michael Peca |
| 3500-MP-8 | Phone conversation between M. Peca and Kenner, 07/12/12 | Michael Peca |
| 3500-MP-9 | Phone conversation between M. Peca and Kenner, 07/12/12 | Michael Peca |
| 3500-MP-10 | Phone conversation between M. Peca and Kenner, 07/12/12 | Michael Peca |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-MP-11 | Phone conversation between M. Peca and Kenner, 07/12/12 | Michael Peca |
| 3500-MP-12 | Phone conversation between M. Peca and Kenner, 07/12/12 | Michael Peca |
| 3500-MP-13 | Phone conversation between M. Peca and Kenner, 07/12/12 | Michael Peca |
|  |  |  |
| 3500-NP-1 | Handwritten notes, 01/18/12 | Nick Privitello |
| 3500-NP-2 | Fax from Privitello to Stolper | Nick Privitello |
| 3500-NP-3 | Email, 03/17/11 | Nick Privitello |
| 3500-NP-4 | Email, 12/19/11 | Nick Privitello |
| 3500-NP-5 | Memorandum of Interview, 10/02/14 | Nick Privitello |
| 3500-NP-6 | Voicemail message to Constantine | Nick Privitello |
| 3500-NP-7 | Phone conversation between Privitello and Constantine | Nick Privitello |
| 3500-NP-8 | Phone conversation between Privitello and Richards | Nick Privitello |
| 3500-NP-9 | Phone conversation between Privitello and Richards, 01/26/12 | Nick Privitello |
| 3500-NP-10 | Phone conversation between Privitello and Richards, 01/26/12 | Nick Privitello |
|  |  |  |
| 3500-WR-1 | FBI 302, 10/06/14 | William Ranford |
| 3500-WR-2 | Handwritten notes, 07/25/12 | William Ranford |
| 3500-WR-3 | Deposition of William Ranford in Kenner v. Kaiser, Phoenix, AZ, 09/17/14 | William Ranford |
|  |  |  |
| 3500-RR-1 | Handwritten notes, 01/18/12 | Robert Rizzi |
|  |  |  |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-SR-1 | FBI 302, 10/01/13 | Steve Rucchin |
| 3500-SR-2 | FBI 302, 10/01/13 | Steve Rucchin |
| 3500-SR-3 | FBI 302, 09/24/12 | Steve Rucchin |
| 3500-SR-4 | Handwritten notes, 07/16/12 | Steve Rucchin |
| 3500-SR-5 | Handwritten notes, 10/07/10 | Steve Rucchin |
| 3500-SR-6 | Northern Trust letter, 10/27/04 | Steve Rucchin |
| | | |
| 3500-RS-1 | Memorandum of Interview, 10/07/13 | Richard Salgado |
| | | |
| 3500-HS-1 | Deposition of Harlan Schneider in Nolan v. Kenner, American Arbitration Association Scottsdale, AZ 04/17/09 | Harlan Schneider |
| 3500-HS-2 | Memorandum of Interview, 11/14/13 | Harlan Schneider |
| | | |
| 3500-FS-1 | Memorandum of Interview, 03/17/14 | Frank Sconzo |
| | | |
| 3500-JS-1 | Memorandum of Interview, 10/03/14 | Jonathan Smith |
| 3500-JS-2 | Memorandum of Interview, 02/24/14 | Jonathan Smith |
| | | |
| 3500-GS-1 | FBI 302, 10/19/09 | Garth Snow |
| | | |
| 3500-TS-1 | Grand Jury Testimony, SDNY, 03/29/11 | Turner Stevenson |
| | | |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-DS-1 | Handwritten notes, 07/20/12 | Darryl Sydor |
| 3500-DS-2 | Grand Jury testimony SDNY, 03/29/11 | Darryl Sydor |
| 3500-DS-3 | Deposition of Darryl Sydor in Kenner v. Myrick, Los Angeles, CA Superior Court, 07/07/09 | Darryl Sydor |
| 3500-DS-4 | Northern Trust letter, 11/03/04 | Darryl Sydor |
|  |  |  |
| 3500-VT-1 | Memorandum of Interview, 09/10/14 & 12/15/14 | Vincent Tesoriero |
|  |  |  |
| 3500-MT-1 | Deposition of Mark Thalmann in Murray v. Jowdy, 09/21/09 | Mark Thalmann |
|  |  |  |
| 3500-JT-1 | Deposition of Jean Turpin in Nolan v. Kenner, American Arbitration Association Phoenix, AZ 05/27/09 | Jean Turpin |
| 3500-JT-2 | Handwritten notes, 10/22/09 | Jean Turpin |
|  |  |  |
| 3500-JW-1 | Memorandum of Interview, 11/14/13 | S/A Joshua Wayne |
| 3500-JW-2 | Memorandum of Interview, 07/24/14 | S/A Joshua Wayne |
| 3500-JW-3 | Memorandum of Interview, 09/09/14 | S/A Joshua Wayne |
| 3500-JW-4 | Memorandum of Interview, 11/15/13 | S/A Joshua Wayne |
| 3500-JW-5 | Memorandum of Interview, 12/16/13 | S/A Joshua Wayne |
| 3500-JW-6 | Memorandum of Interview, 10/16/14 | S/A Joshua Wayne |
| 3500-JW-7 | Memorandum of Interview, 03/05/14 | S/A Joshua Wayne |
| 3500-JW-8 | Memorandum of Interview, 04/22-23/14 | S/A Joshua Wayne |

| NUMBER | DESCRIPTION | WITNESS |
|---|---|---|
| 3500-JW-9 | Memorandum of Interview, 04/30/14 | S/A Joshua Wayne |
| 3500-JW-10 | Memorandum of Interview, 04/30/14 | S/A Joshua Wayne |
| 3500-JW-11 | Memorandum of Interview, 11/15/13 | S/A Joshua Wayne |
| 3500-JW-12 | Memorandum of Interview, 07/17/14 | S/A Joshua Wayne |
| 3500-JW-13 | Memorandum of Interview, 01/24/14 | S/A Joshua Wayne |
| 3500-JW-14 | Memorandum of Interview, 10/02/14 | S/A Joshua Wayne |
| 3500-JW-15 | Memorandum of Interview, 07/17/14 | S/A Joshua Wayne |
| 3500-JW-16 | Memorandum of Interview, 10/04/13 | S/A Joshua Wayne |
| 3500-JW-17 | Memorandum of Interview, 10/02/14 | S/A Joshua Wayne |
| 3500-JW-18 | Memorandum of Interview, 10/07/13 | S/A Joshua Wayne |
| 3500-JW-19 | Memorandum of Interview, 11/14/13 | S/A Joshua Wayne |
| 3500-JW-20 | Memorandum of Interview, 03/17/14 | S/A Joshua Wayne |
| 3500-JW-21 | Memorandum of Interview, 10/03/14 | S/A Joshua Wayne |
| 3500-JW-22 | Memorandum of Interview, 02/24/14 | S/A Joshua Wayne |
| 3500-JW-23 | Memorandum of Interview, 09/10/14 & 12/15/14 | S/A Joshua Wayne |
| 3500-JW-24 | Application for Search Warrant, 11/13/13 | S/A Joshua Wayne |
|  |  |  |
| 3500-JDW-1 | Deposition of Jason Woolley in Nolan v. Kenner, American Arbitration Association Phoenix, AZ 05/30/09 | Jason Woolley |