# EXHIBIT 1

| | |
|---|---|
| **From:** | Weiner, Kelly S. |
| **Sent:** | Monday, September 10, 2018 5:42 PM |
| **To:** | 'Beckmann, Diane (USANYE)' |
| **Cc:** | O'Connor, Madeline (USANYE) 1; Mantell, Laura (USANYE); Martin, Doreen S.; Kostolampros, George |
| **Subject:** | RE: Kenner Forfeiture Proceeding/Danske Bank Documentation |

Hi Diane:

As a quick follow up to my voicemail of earlier today, please note that we went ahead and had the parties execute the documentation since we did not hear back from you last week. That being said, however, we are willing to address any questions so please let us know as they arise.

Thanks,
Kelly

**Kelly Shubic Weiner | Partner | Venable LLP**
**t** 410.244.7495 | **f** 410.244.7742 | **m** 443.454.3701
750 E. Pratt Street, Suite 900, Baltimore, MD 21202

ksweiner@Venable.com | www.Venable.com

---

**From:** Beckmann, Diane (USANYE) [mailto:Diane.Beckmann@usdoj.gov]
**Sent:** Monday, September 10, 2018 9:19 AM
**To:** Weiner, Kelly S.
**Cc:** O'Connor, Madeline (USANYE) 1 ; Mantell, Laura (USANYE) ; Martin, Doreen S. ; Kostolampros, George
**Subject:** RE: Kenner Forfeiture Proceeding/Danske Bank Documentation

Hi Kelly—

We will try to get back to you by the end of this week if we have any questions.

Thanks,
Diane

---

**From:** Weiner, Kelly S. <KSWeiner@Venable.com>
**Sent:** Friday, September 7, 2018 12:11 PM
**To:** Beckmann, Diane (USANYE) <DBeckmann@usa.doj.gov>
**Cc:** O'Connor, Madeline (USANYE) 1 <MOConnor1@usa.doj.gov>; Mantell, Laura (USANYE) <LMantell@usa.doj.gov>; Martin, Doreen S. <DSMartin@Venable.com>; Kostolampros, George <GKostolampros@Venable.com>
**Subject:** FW: Kenner Forfeiture Proceeding/Danske Bank Documentation

Hi Diane,

Just a quick note to touch base on this. As we discussed on August 23rd, Danske Bank intends to finalize the Second Amendment to Loan Agreement and Contingent Agreement with the Borrower and Ken Jowdy today. As we have not heard from you concerning the agreements, we trust that you have no questions or concerns with the agreements and Danske Bank and Borrower will finalize the documents as planned.

Thanks,
Kelly

**Kelly Shubic Weiner | Partner | Venable LLP**
**t** 410.244.7495 | **f** 410.244.7742 | **m** 443.454.3701
750 E. Pratt Street, Suite 900, Baltimore , MD 21202

ksweiner@Venable.com | www.Venable.com

---

**From:** Weiner, Kelly S.
**Sent:** Thursday, August 23, 2018 12:31 PM
**To:** 'Beckmann, Diane (USANYE)' <Diane.Beckmann@usdoj.gov>
**Cc:** 'Madeline.OConnor@usdoj.gov' <Madeline.OConnor@usdoj.gov>; 'Laura.Mantell@usdoj.gov' <Laura.Mantell@usdoj.gov>; Martin, Doreen S. <DSMartin@Venable.com>; Kostolampros, George <GKostolampros@Venable.com>
**Subject:** Kenner Forfeiture Proceeding/Danske Bank Documentation

Hi Diane:

Thank you for the time earlier today. As discussed, we attach hereto the final forms of Second Amendment to Loan Agreement and the Contingent Agreement that Danske Bank intends to enter into with the Borrower and Ken Jowdy respectively in the next couple of weeks. We request that you treat this documentation as confidential and do not disclose to other parties.

Should you have any questions or want to schedule a meeting to review, please do not hesitate to contact us.

Thanks,
Kelly

**Kelly Shubic Weiner | Partner | Venable LLP**
**t** 410.244.7495 | **f** 410.244.7742 | **m** 443.454.3701
750 E. Pratt Street, Suite 900, Baltimore , MD 21202

ksweiner@Venable.com | www.Venable.com

*************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************************