CRIMINAL CAUSE FOR MOTION HEARING (Tel.)

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
DATE: 12/10/2020   TIME: 2:00 p.m.   TIME IN COURT: 50 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)   TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
___ PRESENT  X NOT PRESENT   X IN CUSTODY  ___ ON BAIL

ATTY. FOR DEFT.: Matthew Whitney Brissenden (Stand-by Counsel)

X PRESENT  ___ NOT PRESENT   ___ RET   X C.J.A   ___ FED. DEF. OF NY, INC.

A.U.S.A. Madeline M. O'Connor, Diane C. Leonardo-Beckmann

COUNSEL FOR INTERESTED PARTIES:

Thomas McSouther

George Kostolampros, Xochitl S. Strohbehn, Doreen Martin, Kelly Weiner (Danske Bank)

Seetha Ramachandran (Owen Nolan)

Chris Hill (CSL Properties)

Marc Wolinsky (Spokesman for Homeowners)

DEPUTY CLERK: DF

FTR: 2:20-3:10

COURT REPORTER:  ___ M. FOLEY  ___ F. GUERINO  ___ P. LOMBARDI
                 ___ M. STEIGER ___ D. TURSI    ___ O. WICKER

X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___ STATUS CONFERENCE/ORAL RULINGS

X   DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

X   OTHER: The Court directs Danske Bank to submit the supplement to their Summary Judgment Motion by December 17, 2020. Responses/Oppositions to Danske Bank's motion are due by January 15, 2021. Danske Bank shall submit its reply by January 22, 2021. Oral Argument will be held telephonically on January 27, 2021 at 2:00 PM. The parties are directed to dial 1-877-336-1829 and enter Access Code 8689549 at the prompt.