

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

George Kostolampros

T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

December 16, 2020

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

    Re:    **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

    During the December 10, 2020 hearing in the above-referenced matter, the Court requested that Danske Bank A/S London Branch ("Danske") submit a letter detailing the numerical basis and evidentiary support for the undisputed amounts of Danske's claim. Danske offered to submit this letter within one week, by December 17, 2020. It has become clear that Danske requires additional time in order to more fully address the issues raised at the December 10 hearing. Therefore, Danske writes to respectfully request a modest extension of two business days, to December 21, 2020, to file its letter.

    We thank the Court for its consideration of Danske's request.

    Respectfully,

    /s/ George Kostolampros

    George Kostolampros
    Doreen S. Martin
    Xochitl S. Strohbehn

cc:    All parties of record via ECF