

**VENABLE** LLP

600 MASSACHUSETTS AVE., NW  WASHINGTON, DC 20001
T 202.344.4000  F 202.344.8300  www.Venable.com

George Kostolampros

T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

**FILED**
**CLERK**

12/17/2020 3:27 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

December 16, 2020

<u>VIA ECF</u>

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re:   <u>United States of America v. Kenner, Cr. No. 13-607 (JFB)</u>

Dear Judge Bianco,

During the December 10, 2020 hearing in the above-referenced matter, the Court requested that Danske Bank A/S London Branch ("Danske") submit a letter detailing the numerical basis and evidentiary support for the undisputed amounts of Danske's claim. Danske offered to submit this letter within one week, by December 17, 2020. It has become clear that Danske requires additional time in order to more fully address the issues raised at the December 10 hearing. Therefore, Danske writes to respectfully request a modest extension of two business days, to December 21, 2020, to file its letter.

We thank the Court for its consideration of Danske's request.

Request granted.

SO ORDERED: 12/17/20

s/ Joseph F. Bianco

U.S.C.J. (sitting by designation)

cc:   All parties of record via ECF

Respectfully,

/s/ George Kostolampros

George Kostolampros
Doreen S. Martin
Xochitl S. Strohbehn

1