# EXHIBIT 2



The Bank of New York
TRI-PARTY
Investor Allocation Detail Report
Lehman Commercial Paper Inc.

Production Run : 09/12/2008  LCPI  Print Date : 09/15/2008 08:31 AM

Investor Name : DANSKE BANK A/S, LONDON BRANCH
Investor Reference No : WDAN
Trade Reference No : 9C1DU30

Investment Amount : $800,000,000.00
Required Amount : $920,000,000.00
Trade Margin % : 15.00

Asset Grade : C
Pricing Service : Seller

| Sub-Cust | Pool No | Loan No | Coupon % | Pricing % | Status | Maturity Date | Asset Amount | Market Value |
|---|---|---|---|---|---|---|---|---|
| 102 | WH5888 | Redacted For Confidentiality | 9.1044 | 100.000000 | P | 11/11/2008 | $294,777,178.41 | $294,777,178.41 |
| 102 | WH4829 | | 5.0000 | 100.000000 | P | 02/02/2009 | $280,450,879.26 | $280,450,879.26 |
| 102 | VV29 | | 7.0000 | 100.000000 | P | 12/31/2008 | $233,691,980.99 | $233,691,980.99 |
| 102 | WE225 | | 1.0000 | 100.000000 | P | | $119,797,302.87 | $119,797,302.87 |
| 102 | WD91 | | 15.0000 | 100.000000 | P | 03/31/2009 | $107,529,665.05 | $107,529,665.05 |
| 102 | VY58 | | 4.7500 | 100.000000 | P | 04/30/2010 | $36,665,562.46 | $36,665,562.46 |
| 102 | WH8728 | | 13.4460 | 100.000000 | P | 10/08/2008 | $31,037,339.80 | $31,037,339.80 |
| 102 | WE406 | | 10.0000 | 100.000000 | P | 12/31/2008 | $18,742,231.86 | $18,742,231.86 |
| 102 | WH5551 | | 5.2120 | 100.000000 | P | 03/01/2010 | $16,763,559.16 | $16,763,559.16 |
| 102 | WE351 | | 5.9620 | 100.000000 | P | 12/01/2009 | $16,184,606.51 | $16,184,606.51 |
| 102 | WH6191 | | 6.4712 | 100.000000 | P | 07/09/2009 | $11,866,411.52 | $11,866,411.52 |
| 102 | WH5832 | | 4.7120 | 100.000000 | P | 03/01/2011 | $8,589,151.87 | $8,589,151.87 |

Pricing Service Total : 12 Assets  $1,176,095,869.76  $1,176,095,869.76
Grade C Total : 12 Assets  $1,176,095,869.76  $1,176,095,869.76
Total: 12 Assets  $1,176,095,869.76  $1,176,095,869.76

Required Amount : $920,000,000.00
Excess Amount : $256,095,869.76

# Redacted for Privilege

**Status Key**

A - Allocated

P - Preallocated

This document contains information that is confidential and the property of The Bank of New York. It may not be copied, published or used, in whole or in part, for any purpose other than expressly authorized by The Bank of New York Copyright (c) 2006 The Bank of New York. All rights reserved.

Report ID: dl_alc  Page 26 of 26

CONFIDENTIAL  DANSKE_0016009