# EXHIBIT 3



Diamante Cabo San Lucas S. de R.L. de CV
Facility A

| Asset Number | Trans Date | Due Date | Effective Date | Description | Suspense | Transaction Amount | Principal | Interest | Tax | Insurance | Late Charge | Reserves | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted For Confidentiality | 2/12/2009 | 2/15/2009 | | SERVICE FEES OTHER | $0.00 | $9,094.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $109,138,327.83 |
| | 2/12/2009 | | | INT ON ESCROW CREDIT | $0.00 | $0.10 | $0.00 | $0.00 | $0.10 | $0.00 | $0.00 | $0.00 | $109,138,327.83 |
| | 1/30/2009 | | | DIAL ACCRUAL + | $0.00 | $1,999,847.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $109,138,327.83 |
| | 1/16/2009 | 1/15/2009 | | SERVICE FEES OTHER | $0.00 | $8,961.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $109,138,327.83 |
| | 1/15/2009 | 10/1/2008 | 1/14/2009 | PTG BORROWER PD SVC FE | $0.00 | $8,812.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $109,138,327.83 |
| | 1/15/2009 | | 1/14/2009 | LOAN ADVANCE | $0.00 | $8,812.28 | $8,812.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $109,138,327.83 |
| | 1/15/2009 | | 1/14/2009 | LOAN ADVANCE | $0.00 | $1,591,187.72 | $1,591,187.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $109,129,515.55 |
| | 1/13/2009 | | | INT ON ESCROW CREDIT | $0.00 | $0.74 | $0.00 | $0.00 | $0.74 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 12/31/2008 | | | DIAL ACCRUAL + | $0.00 | $1,962,498.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 12/26/2008 | | | INT ON ESCROW CREDIT | $0.00 | $0.86 | $0.00 | $0.00 | $0.86 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 12/16/2008 | 12/15/2008 | | SERVICE FEES OTHER | $0.00 | $8,961.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 11/30/2008 | | | DIAL ACCRUAL + | $0.00 | $1,875,745.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 11/26/2008 | | | INT ON ESCROW CREDIT | $0.00 | $0.19 | $0.00 | $0.00 | $0.19 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 11/18/2008 | 11/15/2008 | | PTG SERVICE FEES | $0.00 | $8,961.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 10/31/2008 | | | DIAL ACCRUAL + | $0.00 | $1,913,553.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 10/29/2008 | | | INT ON ESCROW CREDIT | $0.00 | $0.81 | $0.00 | $0.00 | $0.81 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 10/15/2008 | 9/15/2008 | | TRAVEL | $0.00 | $349.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 9/30/2008 | | | DIAL ACCRUAL + | $0.00 | $1,827,497.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 9/10/2008 | | | INT ON ESCROW CREDIT | $0.00 | $1.11 | $0.00 | $0.00 | $1.11 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 9/3/2008 | 9/1/2008 | 9/1/2008 | PTG BORROWER PD SVC FE | $0.00 | $8,662.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 9/3/2008 | | 9/1/2008 | LOAN ADVANCE | $0.00 | $8,662.78 | $8,662.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,538,327.83 |
| | 9/3/2008 | | 9/3/2008 | LOAN ADVANCE | $0.00 | $1,782,339.21 | $1,782,339.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107,529,665.05 |
| | 8/31/2008 | | | DIAL ACCRUAL + | $0.00 | $1,840,795.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $105,747,325.84 |
| | 8/8/2008 | | | INT ON ESCROW CREDIT | $0.00 | $1.25 | $0.00 | $0.00 | $1.25 | $0.00 | $0.00 | $0.00 | $105,747,325.84 |
| | 8/4/2008 | | 8/4/2008 | LOAN ADVANCE | $0.00 | $1,785,485.48 | $1,785,485.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $105,747,325.84 |
| | 8/4/2008 | 8/1/2008 | | PTG BORROWER PD SVC FE | $0.00 | $8,535.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,961,840.36 |
| | 8/4/2008 | | 8/4/2008 | LOAN ADVANCE | $0.00 | $8,535.57 | $8,535.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,961,840.36 |
| | 7/31/2008 | | | DIAL ACCRUAL + | $0.00 | $1,796,030.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,953,304.79 |
| | 7/11/2008 | | | INT ON ESCROW CREDIT | $0.00 | $1.20 | $0.00 | $0.00 | $1.20 | $0.00 | $0.00 | $0.00 | $103,953,304.79 |
| | 7/2/2008 | | 7/2/2008 | LOAN ADVANCE | $0.00 | $1,518,003.33 | $1,518,003.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,953,304.79 |
| | 7/2/2008 | 7/1/2008 | | PTG BORROWER PD SVC FE | $0.00 | $8,445.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102,435,301.46 |
| | 7/2/2008 | | 7/2/2008 | LOAN ADVANCE | $0.00 | $8,445.35 | $8,445.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102,435,301.46 |
| | 6/30/2008 | | | DIAL ACCRUAL + | $0.00 | $1,279,433.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102,426,856.11 |
| | 6/13/2008 | | | INT ON ESCROW CREDIT | $0.00 | $1.02 | $0.00 | $0.00 | $1.02 | $0.00 | $0.00 | $0.00 | $102,426,856.11 |
| | 6/3/2008 | | 6/3/2008 | LOAN ADVANCE | $0.00 | $1,074,237.69 | $1,074,237.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102,426,856.11 |
| | 6/3/2008 | 6/1/2008 | | PTG BORROWER PD SVC FE | $0.00 | $8,446.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,352,618.42 |
| | 6/3/2008 | | 6/3/2008 | LOAN ADVANCE | $0.00 | $8,446.03 | $8,446.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,352,618.42 |
| | 5/30/2008 | | | DIAL ACCRUAL + | $0.00 | $1,724,816.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,344,172.39 |
| | 5/12/2008 | | | INT ON ESCROW CREDIT | $0.00 | $1.02 | $0.00 | $0.00 | $1.02 | $0.00 | $0.00 | $0.00 | $101,344,172.39 |
| | 5/1/2008 | 4/30/2008 | | LOAN ADVANCE | $0.00 | $1,203,237.59 | $1,203,237.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,344,172.39 |
| | 5/1/2008 | 4/30/2008 | | LOAN ADVANCE REVERSAL | $0.00 | $1,211,447.18 | ($1,211,447.18) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100,140,934.80 |
| | 4/30/2008 | | | DIAL ACCRUAL + | $0.00 | $1,628,332.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,352,381.98 |
| | 4/30/2008 | 5/1/2008 | | PTG BORROWER PD SVC FE | $0.00 | $8,209.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,352,381.98 |
| | 4/30/2008 | | 4/30/2008 | LOAN ADVANCE | $0.00 | $8,209.59 | $8,209.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,352,381.98 |
| | 4/30/2008 | | 4/30/2008 | LOAN ADVANCE | $0.00 | $1,211,447.18 | $1,211,447.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,344,172.39 |

CONFIDENTIAL

DANSKE_0015614