# EXHIBIT 4

**TriMont**
REAL ESTATE ADVISORS

Date Due: 1/01/2009  Redacted For Confidentiality  Project Name: DIAMANTE CABO

| PAYMENT INFORMATION | | LOAN INFORMATION | |
|---|---:|---|---:|
| CURRENT INTEREST DUE | .00 | CURRENT PRINCIPAL BALANCE | 107,538,327.83 |
| CURRENT TAX ESCROW DUE | .00 | CURRENT PAY RATE | .00000 |
| CURRENT PRINCIPAL DUE | .00 | INTEREST PAID YTD | .00 |
| LATE CHARGE | .00 | DAYS IN BILLING CYCLE | 31 |
| CURRENT MISC AMOUNT DUE | 8,961.53 | CURRENT CONTRACT RATE | 15.00000 |
| CURRENT OTHER ESCROW DUE | .00 | CURRENT INDEX | .00000 |
| TOTAL | 8,961.53 | INTEREST AT CONTRACT RATE | 1,389,036.73 |
| | | CURRENT MONTH DEFERRED INTEREST | 1,389,036.73 |
| PAST DUE INTEREST | .00 | CAPITALIZED DEFERRED INTEREST BAL | .00 |
| PAST DUE TAX ESCROW | .00 | UNCAPITALIZED DEFERRED INTEREST BAL* | 45,203,607.24 |
| PAST DUE PRINCIPAL | .00 | TAX ESCROW BALANCE | 553.37 |
| PAST DUE LATE CHARGE | .00 | TAXES DISBURSED YTD | .00 |
| PAST DUE MISC AMOUNT | 26,735.34 | OTHER ESCROW BALANCE | .00 |
| PAST DUE OTHER ESCROW | .00 | | |
| TOTAL | 26,735.34 | A LATE CHARGE OF: | N/A |
| | | WILL BE ASSESSED IF PAYMENT | |
| TOTAL PAYMENT DUE | 35,696.87 | IS NOT RECEIVED BY | 1/12/09 |

### TRANSACTIONS

| TRAN DATE | DESCRIPTION | TRAN VALUE | PRINCIPAL | INTEREST | ESCROW | LATE CHARGE |
|---|---|---:|---:|---:|---:|---:|
| | BEGINNING BALANCES: | | 107,538,327.83 | | 553.18 | |
| 26NOV08 | INT ON ESCROW CREDIT | .19 | | | .19 | |
| | ENDING BALANCES: | | 107,538,327.83 | | 553.37 | |

FOR BILLING INQUIRIES, PLEASE CALL: CHRISTINE NGO

OVERNIGHT DELIVERY ADDRESS:

TriMont Real Estate Advisors, Inc.
Monarch Tower • 3424 Peachtree Road, N.E. • Suite 2200
Atlanta, Georgia 30326 • Phone: 404-420-5600

---

PLEASE DETACH AT PERFORATION AND RETURN
THIS PORTION WITH YOUR REMITTANCE.
PLEASE INCLUDE ACCOUNT NUMBER ON CHECK.

**ACCOUNT INVOICE**

| PROJECT NAME | LOAN NUMBER | DATE PAYMENT DUE |
|---|---|---|
| DIAMANTE CABO | Redacted For Confidentiality | 1/01/2009 |
| PAST DUE AMOUNT | CURRENT AMOUNT DUE | TOTAL PAYMENT DUE |
| 26,735.34 | 8,961.53 | 35,696.87 |

DATE ISSUED: 12/18/08

AMOUNT REMITTED: ☐

DIAMANTE CABO SAN LUCAS S. DE R.L. DE CV
ATTN: BILL NAJAM
2 DOGWOOD DRIVE
DANBURY, CT 06811

*AS OF DATE ISSUED

CONFIDENTIAL                                                                        DANSKE_0015590

| Date Due: 3/01/2009 | | Redacted For Confidentiality | Project Name: DIAMANTE CABO | **TriMont** REAL ESTATE ADVISORS |
|---|---|---|---|---|
| **PAYMENT INFORMATION** | | | **LOAN INFORMATION** | |
| CURRENT INTEREST DUE | .00 | | CURRENT PRINCIPAL BALANCE | 109,138,327.83 |
| CURRENT TAX ESCROW DUE | .00 | | CURRENT PAY RATE | .00000 |
| CURRENT PRINCIPAL DUE | .00 | | INTEREST PAID YTD | .00 |
| LATE CHARGE | .00 | | DAYS IN BILLING CYCLE | 28 |
| CURRENT MISC AMOUNT DUE | 9,094.86 | | CURRENT CONTRACT RATE | 15.00000 |
| CURRENT OTHER ESCROW DUE | .00 | | CURRENT INDEX | .00000 |
| TOTAL | 9,094.86 | | INTEREST AT CONTRACT RATE | 1,273,280.49 |
| | | | CURRENT MONTH DEFERRED INTEREST | 1,273,280.49 |
| PAST DUE INTEREST | .00 | | CAPITALIZED DEFERRED INTEREST BAL | .00 |
| PAST DUE TAX ESCROW | .00 | | UNCAPITALIZED DEFERRED INTEREST BAL* | 49,132,479.63 |
| PAST DUE PRINCIPAL | .00 | | TAX ESCROW BALANCE | 555.07 |
| PAST DUE LATE CHARGE | .00 | | TAXES DISBURSED YTD | .00 |
| PAST DUE MISC AMOUNT | 35,846.12 | | OTHER ESCROW BALANCE | .00 |
| PAST DUE OTHER ESCROW | .00 | | | |
| TOTAL | 35,846.12 | | A LATE CHARGE OF: | N/A |
| | | | WILL BE ASSESSED IF PAYMENT | |
| TOTAL PAYMENT DUE | 44,940.98 | | IS NOT RECEIVED BY | 3/10/09 |

**TRANSACTIONS**

| TRAN DATE | DESCRIPTION | TRAN VALUE | PRINCIPAL | INTEREST | ESCROW | LATE CHARGE |
|---|---|---|---|---|---|---|
| | BEGINNING BALANCES: | | 109,138,327.83 | | 554.97 | |
| 12FEB09 | INT ON ESCROW CREDIT | .10 | | | .10 | |
| | ENDING BALANCES: | | 109,138,327.83 | | 555.07 | |

FOR BILLING INQUIRIES, PLEASE CALL: CHRISTINE NGO

OVERNIGHT DELIVERY ADDRESS:

TriMont Real Estate Advisors, Inc.
Monarch Tower • 3424 Peachtree Road, N.E. • Suite 2200
Atlanta, Georgia 30326 • Phone: 404-420-5600

---

PLEASE DETACH AT PERFORATION AND RETURN THIS PORTION WITH YOUR REMITTANCE.
PLEASE INCLUDE ACCOUNT NUMBER ON CHECK.

**ACCOUNT INVOICE**

| PROJECT NAME | LOAN NUMBER | DATE PAYMENT DUE |
|---|---|---|
| DIAMANTE CABO | Redacted For Confidentiality | 3/01/2009 |
| PAST DUE AMOUNT | CURRENT AMOUNT DUE | TOTAL PAYMENT DUE |

DATE ISSUED: 2/17/09

| 35,846.12 | 9,094.86 | 44,940.98 |

AMOUNT REMITTED: [ ]

DIAMANTE CABO SAN LUCAS S. DE R.L. DE CV
ATTN: BILL NAJAM
2 DOGWOOD DRIVE
DANBURY, CT 06811

*AS OF DATE ISSUED