# EXHIBIT 6

Date Due: 2/01/2009   [Redacted For Confidentiality]   Project Name: DIAMANTE CABO

**TriMont**
REAL ESTATE ADVISORS

| PAYMENT INFORMATION | | LOAN INFORMATION | |
|---|---:|---|---:|
| CURRENT INTEREST DUE | .00 | CURRENT PRINCIPAL BALANCE | 109,138,327.83 |
| CURRENT TAX ESCROW DUE | .00 | CURRENT PAY RATE | .00000 |
| CURRENT PRINCIPAL DUE | .00 | INTEREST PAID YTD | .00 |
| LATE CHARGE | .00 | DAYS IN BILLING CYCLE | 31 |
| CURRENT MISC AMOUNT DUE | 8,961.53 | CURRENT CONTRACT RATE | 15.00000 |
| CURRENT OTHER ESCROW DUE | .00 | CURRENT INDEX | .00000 |
| TOTAL | 8,961.53 | INTEREST AT CONTRACT RATE | 1,401,036.73 |
| | | CURRENT MONTH DEFERRED INTEREST | 1,401,036.73 |
| PAST DUE INTEREST | .00 | CAPITALIZED DEFERRED INTEREST BAL | .00 |
| PAST DUE TAX ESCROW | .00 | UNCAPITALIZED DEFERRED INTEREST BAL* | 47,260,388.06 |
| PAST DUE PRINCIPAL | .00 | TAX ESCROW BALANCE | 554.97 |
| PAST DUE LATE CHARGE | .00 | TAXES DISBURSED YTD | .00 |
| PAST DUE MISC AMOUNT | 26,884.59 | OTHER ESCROW BALANCE | .00 |
| PAST DUE OTHER ESCROW | .00 | | |
| TOTAL | 26,884.59 | A LATE CHARGE OF: | N/A |
| | | WILL BE ASSESSED IF PAYMENT | |
| TOTAL PAYMENT DUE | 35,846.12 | IS NOT RECEIVED BY | 2/10/09 |

### TRANSACTIONS

| TRAN DATE | DESCRIPTION | TRAN VALUE | PRINCIPAL | INTEREST | ESCROW | LATE CHARGE |
|---|---|---:|---:|---:|---:|---:|
| | BEGINNING BALANCES: | | 107,538,327.83 | | 553.37 | |
| 26DEC08 | INT ON ESCROW CREDIT | .86 | | | .86 | |
| 13JAN09 | INT ON ESCROW CREDIT | .74 | | | .74 | |
| 14JAN09 | ADVANCE TO BORROWER | 1,591,187.72 | 1,591,187.72 | | | |
| 14JAN09 | ADVANCE TO BORROWER | 8,812.28 | 8,812.28 | | | |
| | ENDING BALANCES: | | 109,138,327.83 | | 554.97 | |

FOR BILLING INQUIRIES, PLEASE CALL: CHRISTINE NGO

OVERNIGHT DELIVERY ADDRESS:

TriMont Real Estate Advisors, Inc.
Monarch Tower • 3424 Peachtree Road, N.E. • Suite 2200
Atlanta, Georgia 30326 • Phone: 404-420-5600

---

PLEASE DETACH AT PERFORATION AND RETURN THIS PORTION WITH YOUR REMITTANCE.
PLEASE INCLUDE ACCOUNT NUMBER ON CHECK.

**ACCOUNT INVOICE**

| PROJECT NAME | LOAN NUMBER | DATE PAYMENT DUE |
|---|---|---|
| DIAMANTE CABO | Redacted For Confidentiality | 2/01/2009 |
| PAST DUE AMOUNT | CURRENT AMOUNT DUE | TOTAL PAYMENT DUE |
| 26,884.59 | 8,961.53 | 35,846.12 |

DATE ISSUED: 1/20/09

**AMOUNT REMITTED:**

DIAMANTE CABO SAN LUCAS S. DE R.L. DE CV
ATTN: BILL NAJAM
2 DOGWOOD DRIVE
DANBURY, CT 06811

*AS OF DATE ISSUED

CONFIDENTIAL                                                                                     DANSKE_0016726