# EXHIBIT 8



4036

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
DBM London Institutional Clients U
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC:  DABAGB2L
www.danskebank.com/ci

28 June 2013

Redacted For Confidentiality

Account Currency USD

## Foreign Currency Account - Statement of Account No. 8

Redacted For Confidentiality

Period this statement relates to: 01.01.2013 to 28.06.2013

| Entry date | Value date | | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---:|---:|
| | | Balance as at 31.12.2012 | | 107,847,771.99 - |
| 29.04 | 29.04 | INTERNAL TRANSFER | 13,860,658.18 - | 121,708,430.17 - |
| 29.04 | 29.04 | INTERNAL TRANSFER | 72,638.71 - | 121,781,068.88 - |
| 29.04 | 29.04 | INTERNAL TRANSFER | 1,290,555.84 - | 123,071,624.72 - |
| 29.04 | 29.04 | Outward 4022-31194190714 | 428,375.28 - | 123,500,000.00 - |

Balance as at 28.06.2013            :            123,500,000.00 -

The following conditions apply on the date of this statement.

Credit interest                              :            0.000% per annum

If a currency ceases to be convertible and/or transferable, and consequently cannot be traded freely in the international foreign exchange market, deposits in that currency will no longer be at your disposal unless previously agreed with the bank. Under such circumstances, credits granted in that currency are at your disposal only according to arrangement with the bank.

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request. Member of the London Stock Exchange.

Registered Branch in England and Wales Company No. FC011846, Branch No. BR000080. Danske Bank A/S, Incorporated in Denmark CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                                                                              DANSKE_0015375