# EXHIBIT 9

**Danske Bank**

# FUNDING MEMO

Date: 29 April 2013

| Property: | Diamante Cabo San Lucas S. De R.L. De C.V.<br>Mexico |
|---|---|
| Customer ID:<br>(Borrower) | Redacted For Confidentiality |
| Total Funding: | 1. USD 13,860,658.18;<br>2. USD 428,375.28;<br>3. USD 72,638.71;<br>4. USD 1,290,555.84<br>USD 15,652,228.01 |
| Underlying transactions: | 1. Increase to Facility A representing the payment of 2009-2011 accrued/capitalised interest from March 2009 to December 2011 across Facility A and Facility B;<br>2. Payment of closing costs on execution of the 2013 Facility Agreement<br>3. Partial payment of accrued costs on execution of the 2013 Facility Agreement<br>4. Reversal of internal discount |

| Funding Request Received: | 18 April 2013 |
|---|---|
| Funding Approved (Credit file no.) | Redacted For Confidentiality |
| Funding for period: | - #1 - Drawdown of Facility A to fund the capitalisation of accrued interest for the period March 2009 to December 2011.<br>- #2 & #3 - Additional funds utilised to fund closing costs for the modification and the partial payment of accrued costs<br>- #4 – Reversal of internal discount on Facility A |
| Funding Date: | 29 April 2013 |

| Interest: | 3 month US Libor + 200 bps. |
|---|---|
| Debit account: | Redacted For Confidentiality |
| Payment Details:<br>(Bank and a/c details) | 1. Internal transfer to Danske Bank London Branch Discount-Cabo account number Redacted For Confidentiality<br><br>2. Wire transfer to JP Morgan Chase – see next page for wire instructions<br><br>3. Internal transfer to Danske Bank London Branch professional fees account number Redacted For Confidentiality<br><br>4. Internal transfer to Danske Bank London Branch Discount-Cabo account number Redacted For Confidentiality |
| Comments: | Transaction # 4 is a reversal of an historically posted internal discount on the facility. The claim amount under Facility A (pre extension) was $109,138,327.83 whereas the internal booking is $107,847,771.99. This $1,290,555.84 is being reversed on extension.<br><br>See final page for a breakout of the various transactions |

| Prepared by:<br><br>*David Daniel* signature<br>David Daniel | Approved by:<br><br>*Jovan Atkinson* signature<br>Jovan Atkinson |
|---|---|