# EXHIBIT 12



4036

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC:  DABAGB2L
www.danskebank.com/ci

31 December 2016

Redacted For Confidentiality

Account Currency USD

## Foreign Currency Account - Statement of Account No. 19

Redacted For Confidentiality
**Period this statement relates to: 01.10.2016 to 31.12.2016**

| Entry date | Value date |  | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---|---|
|  |  | Balance as at 30.09.2016 |  | 97,100,000.00 - |
| 14.12 | 12.12 | TRIMONT REAL EST ADVISOR S | 100,000.00 + | 97,000,000.00 - |

Balance as at 31.12.2016                  :       97,000,000.00 -

The following conditions apply on the date of this statement.

Credit interest                           :       0.000% per annum


The Guarantee Fund (Garantiformuen)

This account is eligible for protection by Garantiformuen, the Danish Deposit Guarantee Scheme.
More information can be found in the Information Sheet available on our website at
www.danskebank.com/EN-GB/CORPORATE-BANKING/TERMS-AND-CONDITIONS/Pages/Terms-and-conditions.aspx.

FOR FURTHER INFORMATION ABOUT COMPENSATION PROVIDED BY THE GARNTIFORMUEN, REFER
TO THE WEBSITE AT WWW.GII.DK

If a currency ceases to be convertible and/or transferable, and consequently cannot be traded freely in
the international foreign exchange market, deposits in that currency will no longer be at your disposal
unless previously agreed with the bank. Under such circumstances, credits granted in that currency are
at your disposal only according to arrangement with the bank.

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request.

Registered Branch in England and Wales
Company No. FC011846, Branch No. BR000080.
Danske Bank A/S, Incorporated in Denmark
CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                                                          DANSKE_0015363



4036

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC: DABAGB2L
www.danskebank.com/ci

30 September 2016

Redacted For Confidentiality

Account Currency USD

## Foreign Currency Account - Statement of Account No. 18

Redacted For Confidentiality
Period this statement relates to: 01.07.2016 to 30.09.2016

| Entry date | Value date | | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---|---|
| | | Balance as at 30.06.2016 | | 97,200,000.00 - |
| 15.09 | 16.09 | Payment 3825-0046775193 | 99,993.39 + | 97,100,006.61 - |
| | | REF:3825-0046775193 | | |
| | | Ordering customer: | | |
| | | TRIMONT REAL ESTATE ADVISORS INC | | |
| | | Amount received: USD 100,000.00 | | |
| | | Charges: USD 6.61 | | |
| | | Fee account: 30128190003664 | | |
| | | Original amount: USD 100,000.00 | | |
| | | Payment details: | | |
| | | /RFB/000157975//V.189053 IBAN: GB21 | | |
| | | DABA30128190003664 DAVID DANIEL DIA | | |
| | | MANTE CABO SAN LUCAS 9018493230 | | |
| | | Beneficiary: /8190003664 | | |
| | | DANSKE BANK A/S | | |
| | | (FRMLY:DEN DANSKE BK AKTIESELSKAB) | | |
| | | 12 HOLMES KANAL DK 1092 | | |
| | | COPENHAGEN, DENMARK | | |
| 15.09 | 16.09 | REV RE CHARGES | 6.61 + | 97,100,000.00 - |

Balance as at 30.09.2016                                 :          97,100,000.00 -

The following conditions apply on the date of this statement.

Credit interest                                          :          0.000% per annum

If a currency ceases to be convertible and/or transferable, and consequently cannot be traded freely in the international foreign exchange market, deposits in that currency will no longer be at your disposal unless previously agreed with the bank. Under such circumstances, credits granted in that currency are at your disposal only according to arrangement with the bank.

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request.

Registered Branch in England and Wales Company No. FC011846, Branch No. BR000080. Danske Bank A/S, Incorporated in Denmark CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                                                                    DANSKE_0015364



4036   30M02600008

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC:  DABAGB2L
www.danskebank.com/ci

30 June 2016

Redacted For Confidentiality

Account Currency USD

## Foreign Currency Account - Statement of Account No. 17
Redacted For Confidentiality
**Period this statement relates to: 01.04.2016 to 30.06.2016**

| Entry date | Value date | | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---|---|
| | | Balance as at 31.03.2016 | | 97,400,000.00 - |
| 05.04 | 06.04 | Payment 3825-0044291971 | 99,992.88 + | 97,300,007.12 - |
| | | REF:3825-0044291971 | | |
| | | Ordering customer: TRIMONT REAL ESTATE | | |
| | | Amount received: USD 100,000.00 | | |
| | | Charges: USD 7.12 | | |
| | | Fee account: 30128190003664 | | |
| | | Original amount: USD 100,000.00 | | |
| | | Payment details: | | |
| | | /RFB/000146232//DIAMANTE CABO SAN L | | |
| | | UCAS 9018493230 DAVID DANIEL 160331 | | |
| | | 125237 IBAN: GB21DABA30128190003664 | | |
| | | SWIFT CODE DABAGB2L V175499 | | |
| | | Beneficiary: /GB21DABA30128190003664 | | |
| | | DANSKE BANK A/S | | |
| | | (FRMLY:DEN DANSKE BK AKTIESELSKAB) | | |
| | | 12 HOLMES KANAL DK 1092 | | |
| | | COPENHAGEN, DENMARK | | |
| 05.04 | 06.04 | REVERSAL OF CHARGES TAKEN | 7.12 + | 97,300,000.00 - |
| 17.06 | 17.06 | TRIMONT REAL ESTATE | 100,000.00 + | 97,200,000.00 - |

Balance as at 30.06.2016   :   97,200,000.00 -

The following conditions apply on the date of this statement.

Credit interest   :   0.000% per annum

If a currency ceases to be convertible and/or transferable, and consequently cannot be traded freely in the international foreign exchange market, deposits in that currency will no longer be at your disposal unless previously agreed with the bank. Under such circumstances, credits granted in that currency are at your disposal only according to arrangement with the bank.

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request.

Registered Branch in England and Wales
Company No. FC011846, Branch No. BR000080.
Danske Bank A/S, Incorporated in Denmark
CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                                                           DANSKE_0015365



4036

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC:  DABAGB2L
www.danskebank.com/ci

31 March 2016

Redacted For Confidentiality

Account Currency USD

Page 1 of 2

## Foreign Currency Account - Statement of Account No. 16
Redacted For Confidentiality
**Period this statement relates to: 01.01.2016 to 31.03.2016**

| Entry date | Value date |  | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---|---|
|  |  | Balance as at 31.12.2015 |  | 97, 675, 000. 00 - |
| 05.01 | 06.01 | Payment 3825-0042961016 | 224, 992. 65 + | 97, 450, 007. 35 - |
|  |  | REF:3825-0042961016 |  |  |
|  |  | Ordering customer: |  |  |
|  |  | TRIMONT REAL ESTATE ADVISORS INC |  |  |
|  |  | Amount received: USD 225,000.00 |  |  |
|  |  | Charges: USD 7.35 |  |  |
|  |  | Fee account: 30128190003664 |  |  |
|  |  | Original amount: USD 225,000.00 |  |  |
|  |  | Payment details: |  |  |
|  |  | /RFB/000140000//SWIFT CODE   DABAGB |  |  |
|  |  | 2L FFC IBAN: GB21DABA30128190003664 |  |  |
|  |  | DIAMANTE CABO SAN LUCAS 9018493230 |  |  |
|  |  | VOUCHER 170356 |  |  |
|  |  | Beneficiary: /GB21DABA30128190003664 |  |  |
|  |  | DANSKE BANK A/S |  |  |
|  |  | (FRMLY:DEN DANSKE BK AKTIESELSKAB) |  |  |
|  |  | 12 HOLMES KANAL DK 1092 |  |  |
|  |  | COPENHAGEN, DENMARK |  |  |
| 05.01 | 06.01 | Payment 3825-0042960954 | 49, 992. 66 + | 97, 400, 014. 69 - |
|  |  | REF:3825-0042960954 |  |  |
|  |  | Ordering customer: |  |  |
|  |  | TRIMONT REAL ESTATE ADVISORS INC |  |  |
|  |  | Amount received: USD 50,000.00 |  |  |
|  |  | Charges: USD 7.34 |  |  |
|  |  | Fee account: 30128190003664 |  |  |
|  |  | Original amount: USD 50,000.00 |  |  |
|  |  | Payment details: |  |  |
|  |  | /RFB/000139943//FFC SWIFT CODE   DA |  |  |
|  |  | BAGB2L FFCIBAN: GB21DABA30128190003 |  |  |
|  |  | 664 DIAMANTE CABO SAN LUCAS 9018493 |  |  |
|  |  | 230 VOUCHER 170356 |  |  |
|  |  | Beneficiary: /GB21DABA30128190003664 |  |  |
|  |  | DANSKE BANK A/S |  |  |
|  |  | (FRMLY:DEN DANSKE BK AKTIESELSKAB) |  |  |
|  |  | 12 HOLMES KANAL DK 1092 |  |  |
|  |  | COPENHAGEN, DENMARK |  |  |

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request.

Registered Branch in England and Wales Company No. FC011846, Branch No. BR000080. Danske Bank A/S, Incorporated in Denmark CVR No. 61 12 62 28 - Copenhagen.



4036

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC:  DABAGB2L
www.danskebank.com/ci

31 December 2015

Redacted For Confidentiality

Account Currency USD

## Foreign Currency Account - Statement of Account No. 15
Redacted For Confidentiality
**Period this statement relates to: 01.10.2015 to 31.12.2015**

| Entry date | Value date |  | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---|---|
|  |  | Balance as at 30.09.2015 |  | 97,950,000.00 - |
| 02.10 | 01.10 | TRIMONT REAL EST | 275,000.00 + | 97,675,000.00 - |

Balance as at 31.12.2015                         :        97,675,000.00 -

The following conditions apply on the date of this statement.

Credit interest                                 :        0.000% per annum

If a currency ceases to be convertible and/or transferable, and consequently cannot be traded freely in the international foreign exchange market, deposits in that currency will no longer be at your disposal unless previously agreed with the bank. Under such circumstances, credits granted in that currency are at your disposal only according to arrangement with the bank.

8510   M31121501000014  BVCBBUOM03.04

**Authorised by the Danish Financial Supervisory Authority** (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

**Details on the extent of our regulation by the** Financial Conduct Authority and the Prudential Regulation Authority are available from us on request.

**Registered Branch in England and Wales** Company No. FC011846, Branch No. BR000080. Danske Bank A/S, Incorporated in Denmark CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                                                          DANSKE_0015368



4036

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC: DABAGB2L
www.danskebank.com/ci

30 September 2015

Redacted For Confidentiality

Account Currency USD

## Foreign Currency Account - Statement of Account No. 14

Redacted For Confidentiality

Period this statement relates to: 01.07.2015 to 30.09.2015

| Entry date | Value date |  | Credited +<br>Debited - | Credit balance +<br>Debit balance - |
|---|---|---|---|---|
|  |  | Balance as at 30.06.2015 |  | 98,225,000.00 - |
| 03.07 | 02.07 | TRIMONT REAL ESTATE | 275,000.00 + | 97,950,000.00 - |

Balance as at 30.09.2015                          :        97,950,000.00 -

The following conditions apply on the date of this statement.

Credit interest                                   :        0.000% per annum

If a currency ceases to be convertible and/or transferable, and consequently cannot be traded freely in the international foreign exchange market, deposits in that currency will no longer be at your disposal unless previously agreed with the bank. Under such circumstances, credits granted in that currency are at your disposal only according to arrangement with the bank.

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request. Member of the London Stock Exchange.

Registered Branch in England and Wales Company No. FC011846, Branch No. BR000080. Danske Bank A/S, Incorporated in Denmark CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                                        DANSKE_0015369



4036

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC: DABAGB2L
www.danskebank.com/ci

30 June 2015

Redacted For Confidentiality

Account Currency USD

## Foreign Currency Account - Statement of Account No. 13

Redacted For Confidentiality

**Period this statement relates to: 01.01.2015 to 30.06.2015**

| Entry date | Value date |  | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---|---|
|  |  | Balance as at 31.12.2014 |  | 123,500,000.00 - |
| 08.04 | 07.04 | 1ST PRINCIPLE REPAYMENT FAC A | 275,000.00 + | 123,225,000.00 - |
| 24.06 | 25.06 | Payment 3825-0040186408 REF:3825-0040186408 Ordering customer: CIBANCO SA FIDEICOMISO CIB/2176 Amount received: USD 25,000,000.00 Charges: USD 7.87 Fee account: 30128190003664 Original amount: USD 25,000,000.00 Payment details: /RFB/FFC ACC90003664 DIAMANTE CABO //SAN LUCAS S DE RL CV Beneficiary: /90003664 DIAMANTE CABO SAN LUCAS S DE RL DE CV | 24,999,992.13 + | 98,225,007.87 - |
| 24.06 | 24.06 | VALUE ADJUST 3825-0040186408 | 25,000,000.00 + | 73,225,007.87 - |
| 24.06 | 25.06 | VALUE ADJUST 3825-0040186408 | 24,999,992.13 - | 98,225,000.00 - |

Balance as at 30.06.2015                :      98,225,000.00 -

The following conditions apply on the date of this statement.

Credit interest                :      0.000% per annum

If a currency ceases to be convertible and/or transferable, and consequently cannot be traded freely in the international foreign exchange market, deposits in that currency will no longer be at your disposal unless previously agreed with the bank. Under such circumstances, credits granted in that currency are at your disposal only according to arrangement with the bank.

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request. Member of the London Stock Exchange.

Registered Branch in England and Wales Company No. FC011846, Branch No. BR000080. Danske Bank A/S, Incorporated in Denmark CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                          DANSKE_0015370