# EXHIBIT 13



4036    09M00900038

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC: DABAGB2L
www.danskebank.com/ci

9 August 2017

Redacted For Confidentiality

Account Currency USD

## Foreign Currency Account - Statement of Account No. 21
Redacted For Confidentiality
**Period this statement relates to: 01.04.2017 to 09.08.2017**

| Entry date | Value date | | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---|---|
| | | Balance as at 31.03.2017 | | 96,700,000.00 - |
| 03.07 | 03.07 | Payment 3825-0051716001 | 299,993.00 + | 96,400,007.00 - |
| | | REF:3825-0051716001 | | |
| | | Ordering customer: | | |
| | | DIAMANTE CABO SAN LUCAS S DE RL DE | | |
| | | Amount received: USD 299,993.00 | | |
| | | Original amount: USD 299,993.00 | | |
| | | Payment details: | | |
| | | /RFB/50349459//INSUMOS PAGO DE INSU | | |
| | | MOS 7.00 FEE DEDUCTED | | |
| | | Beneficiary: /8190003664 | | |
| | | DIAMANTE CABO SAN LUCAS | | |
| | | HOLMES KANAL 212 KOBENHAVN DEN DENM | | |
| | | ARK | | |
| 07.07 | 07.07 | DIAMANTE CABO ADJ | 7.00 + | 96,400,000.00 - |

Balance as at 09.08.2017  :  96,400,000.00 -

The following conditions apply on the date of this statement.

Credit interest  :  0.000% per annum

The Guarantee Fund (Garantiformuen)

This account is eligible for protection by Garantiformuen, the Danish Deposit Guarantee Scheme.
More information can be found in the Information Sheet available on our website at
www.danskebank.com/EN-GB/CORPORATE-BANKING/TERMS-AND-CONDITIONS/Pages/Terms-and-conditions.aspx.

FOR FURTHER INFORMATION ABOUT COMPENSATION PROVIDED BY THE GARNTIFORMUEN, REFER
TO THE WEBSITE AT WWW.GII.DK

If a currency ceases to be convertible and/or transferable, and consequently cannot be traded freely in
the international foreign exchange market, deposits in that currency will no longer be at your disposal
unless previously agreed with the bank. Under such circumstances, credits granted in that currency are
at your disposal only according to arrangement with the bank.

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request.

Registered Branch in England and Wales
Company No. FC011846, Branch No. BR000080.
Danske Bank A/S, Incorporated in Denmark
CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                                                      DANSKE_0015704



4036

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT, LONDON
USA

S

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC:  DABAGB2L
www.danskebank.com/ci

31 March 2017

Redacted For Confidentiality

Account Currency USD

Page 1 of 2

## Foreign Currency Account - Statement of Account No. 20
Redacted For Confidentiality
**Period this statement relates to: 01.01.2017 to 31.03.2017**

| Entry date | Value date | | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---|---|
| | | Balance as at 31.12.2016 | | 97,000,000.00 - |
| 09.03 | 13.03 | Payment 3825-0049676662 | 752,787.99 + | 96,247,212.01 - |
| | | REF:3825-0049676662 | | |
| | | Ordering customer: | | |
| | | TRIMONT REAL ESTATE ADVISORS LLC | | |
| | | Amount received: USD 752,787.99 | | |
| | | Original amount: USD 752,787.99 | | |
| | | Payment details: | | |
| | | /RFB/V NO:203291//REF: DIAMANTE CAB | | |
| | | O SAN LUCAS 9018493230  DAVID DANIE | | |
| | | L FFCNO: IBAN: GB21DABA301281900036 | | |
| | | 64 FFNAME: SWIFT CODE   DABAGB2L | | |
| | | Beneficiary: /GB21DABA30128190003664 | | |
| | | DANSKE BANK A/S | | |
| | | (FRMLY:DEN DANSKE BK AKTIESELSKAB) | | |
| | | 12 HOLMES KANAL DK 1092 | | |
| | | COPENHAGEN, DENMARK | | |
| 10.03 | 13.03 | PART REVERSAL 3825-0049676662 | 392,787.99 - | 96,640,000.00 - |
| 10.03 | 13.03 | PART REVERSAL 3825-0049676662 | 60,000.00 - | 96,700,000.00 - |

Balance as at 31.03.2017                :        96,700,000.00 -

The following conditions apply on the date of this statement.

Credit interest                :        0.000% per annum


The Guarantee Fund (Garantiformuen)

This account is eligible for protection by Garantiformuen, the Danish Deposit Guarantee Scheme.
More information can be found in the Information Sheet available on our website at
www.danskebank.com/EN-GB/CORPORATE-BANKING/TERMS-AND-CONDITIONS/Pages/Terms-and-conditions.aspx.

FOR FURTHER INFORMATION ABOUT COMPENSATION PROVIDED BY THE GARNTIFORMUEN, REFER TO THE WEBSITE AT WWW.GII.DK

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request.

Registered Branch in England and Wales Company No. FC011846, Branch No. BR000080. Danske Bank A/S, Incorporated in Denmark CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                                                              DANSKE_0015705