# EXHIBIT 16

Date Due: 1/01/2009     Redacted For Confidentiality     Project Name: DIAMANTE CABO

**TriMont REAL ESTATE ADVISORS**

### PAYMENT INFORMATION

| | |
|---|---:|
| CURRENT INTEREST DUE | .00 |
| CURRENT TAX ESCROW DUE | .00 |
| CURRENT PRINCIPAL DUE | .00 |
| LATE CHARGE | .00 |
| CURRENT MISC AMOUNT DUE | 8,961.53 |
| CURRENT OTHER ESCROW DUE | .00 |
| TOTAL | 8,961.53 |
| PAST DUE INTEREST | .00 |
| PAST DUE TAX ESCROW | .00 |
| PAST DUE PRINCIPAL | .00 |
| PAST DUE LATE CHARGE | .00 |
| PAST DUE MISC AMOUNT | 26,735.34 |
| PAST DUE OTHER ESCROW | .00 |
| TOTAL | 26,735.34 |
| TOTAL PAYMENT DUE | 35,696.87 |

### LOAN INFORMATION

| | |
|---|---:|
| CURRENT PRINCIPAL BALANCE | 107,538,327.83 |
| CURRENT PAY RATE | .00000 |
| INTEREST PAID YTD | .00 |
| DAYS IN BILLING CYCLE | 31 |
| CURRENT CONTRACT RATE | 15.00000 |
| CURRENT INDEX | .00000 |
| INTEREST AT CONTRACT RATE | 1,389,036.73 |
| CURRENT MONTH DEFERRED INTEREST | 1,389,036.73 |
| CAPITALIZED DEFERRED INTEREST BAL | .00 |
| UNCAPITALIZED DEFERRED INTEREST BAL* | 45,203,607.24 |
| TAX ESCROW BALANCE | 553.37 |
| TAXES DISBURSED YTD | .00 |
| OTHER ESCROW BALANCE | .00 |
| A LATE CHARGE OF: | N/A |
| WILL BE ASSESSED IF PAYMENT IS NOT RECEIVED BY | 1/12/09 |

### TRANSACTIONS

| TRAN DATE | DESCRIPTION | TRAN VALUE | PRINCIPAL | INTEREST | ESCROW | LATE CHARGE |
|---|---|---:|---:|---|---:|---|
| | BEGINNING BALANCES: | | 107,538,327.83 | | 553.18 | |
| 26NOV08 | INT ON ESCROW CREDIT | .19 | | | .19 | |
| | ENDING BALANCES: | | 107,538,327.83 | | 553.37 | |

FOR BILLING INQUIRIES, PLEASE CALL: CHRISTINE NGO

OVERNIGHT DELIVERY ADDRESS:

TriMont Real Estate Advisors, Inc.
Monarch Tower • 3424 Peachtree Road, N.E. • Suite 2200
Atlanta, Georgia 30326 • Phone: 404-420-5600

---

PLEASE DETACH AT PERFORATION AND RETURN THIS PORTION WITH YOUR REMITTANCE.
PLEASE INCLUDE ACCOUNT NUMBER ON CHECK.

ACCOUNT INVOICE

| PROJECT NAME | LOAN NUMBER | DATE PAYMENT DUE |
|---|---|---|
| DIAMANTE CABO | Redacted For Confidentiality | 1/01/2009 |
| PAST DUE AMOUNT | CURRENT AMOUNT DUE | TOTAL PAYMENT DUE |
| 26,735.34 | 8,961.53 | 35,696.87 |

DATE ISSUED: 12/18/08

AMOUNT REMITTED: _____

DIAMANTE CABO SAN LUCAS S. DE R.L. DE CV
ATTN: BILL NAJAM
2 DOGWOOD DRIVE
DANBURY, CT 06811

*AS OF DATE ISSUED