# EXHIBIT 17

**Danske Bank**

4936

DIAMANTE CABO SAN LUCAS
S. DE. R.L. DE C.V.
C/O DANSKE BANK
KING WILLIAM STREET, 75
EC4N 7DT LONDON
MEXICO

Danske Bank
LONDON NON-CORE
75 King William Street
London EC4N 7DT
Telephone +44 0207-410 8000
SWIFT-BIC: DABAGB2L
www.danskebank.com/ci

30 September 2020

Redacted For Confidentiality

Account Currency USD

## Foreign Currency Account - Statement of Account No. 59

Redacted For Confidentiality

Period this statement relates to: 01.09.2020 to 30.09.2020

| Entry date | Value date | | Credited + Debited - | Credit balance + Debit balance - |
|---|---|---|---|---|
| | | Balance as at 31.08.2020 | | 96,400,000.00 - |
| | | Balance as at 30.09.2020 : | 96,400,000.00 - | |

The following conditions apply on the date of this statement

Credit interest  :  0.000% per annum



The Guarantee Fund (Garantiformuen)

This account is eligible for protection by Garantiformuen, the Danish Deposit Guarantee Scheme.
More information can be found in the Information Sheet available on our website at
www.danskebank.com/EN-GB/CORPORATE-BANKING/TERMS-AND-CONDITIONS/Pages/Terms-and-conditions.aspx.

FOR FURTHER INFORMATION ABOUT COMPENSATION PROVIDED BY THE GARNTIFORMUEN, REFER TO THE WEBSITE AT WWW.GII.DK

If a currency ceases to be convertible and/or transferable, and consequently cannot be traded freely in the international foreign exchange market, deposits in that currency will no longer be at your disposal unless previously agreed with the bank. Under such circumstances, credits granted in that currency are at your disposal only according to arrangement with the bank.

Authorised by the Danish Financial Supervisory Authority (Finanstilsynet) and subject to limited regulation by the Financial Conduct Authority and the Prudential Regulation Authority for the conduct of business in the UK.

Details on the extent of our regulation by the Financial Conduct Authority and the Prudential Regulation Authority are available from us on request.

Registered Branch in England and Wales Company No. FC011846. Branch No. BR000080. Danske Bank A/S, Incorporated in Denmark CVR No. 61 12 62 28 - Copenhagen.

CONFIDENTIAL                                                                                                                                    DANSKE_0017872