

George Kostolampros

T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

January 13, 2021

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

    Re:    **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

    We write on behalf of Danske Bank A/S London Branch ("Danske") to oppose the request made by Owen Nolan and CSL Properties 2006 LLC ("CSL") for an extension of time to file their briefs explaining the legal basis for their contention that they, claimants to unsecured equity shares, hold claims that are senior in priority to Danske's perfected, senior secured claim.

    As the Court knows, time is of the essence, which was why Danske sought determination of its claim on an expedited basis. Time is still short and the need for an expeditious resolution remains. Over the past month, Danske has engaged in settlement discussions with counsel for CSL and Mr. Nolan and it intends to continue those discussions. However, while Danske remains hopeful that a mutually agreeable resolution may ultimately be reached, there nevertheless is no guarantee that such a resolution will be reached. As we had mentioned previously to the Court, settlement discussions can and should proceed simultaneously with a determination of Danske's claim and priority.

    While we appreciate that CSL and Mr. Nolan would like to avoid further expense and investment of time, we believe that any investment of time and fees is likely to be minimal given that they have had Danske's submission for four weeks and the deadline for their briefs is less than 72 hours from now.



The Honorable Joseph F. Bianco
January 13, 2021
Page 2

We thank the Court for its time and attention to this matter.

Respectfully,

/s/ George Kostolampros

George Kostolampros
Doreen S. Martin
Xochitl S. Strohbehn

cc: All parties of record via ECF