UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA

    — against —

PHILIP A. KENNER,
TOMMY C. CONSTANTINE,

    Defendants.
------------------------------------X

ORDER
13 CR 0607 (JFB)

**FILED**
**CLERK**
11:02 am, Jan 14, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

JOSEPH F. BIANCO, Circuit Judge (sitting by designation):

By letter dated January 12, 2021, counsel for Owen Nolan requests a two-week extension of the date by which Nolan must file his opposition to the summary judgment motion of Danske Bank A/S London Branch ("Dankse") due to ongoing efforts to reach a resolution between the parties. The letter indicates that CSL Properties 2006 LLC joins in the request. The Court has also received letters from Danske and Marc Wolinsky, Esq., opposing this request.

Because of the compelling reasons supporting an expeditious resolution of Dankse's motion (which have been discussed at length on the record), and the amount of time already provided for any response, the Court concludes that the two-week extension is unwarranted. However, the Court will grant a brief extension that will not impact the expeditious resolution of the motion. Accordingly, the date for any opposition to Danske's motion by Nolan or CSL (or any other third party claimant who wishes to file opposition papers) is extended from January 15, 2021 to January 20, 2021. Danske's reply is due on or before January 27, 2021. Oral argument on the motion will take place on January 29, 2021, at 1:30 p.m.

                SO ORDERED.

                /s/ Joseph F. Bianco
                _____
                JOSEPH F. BIANCO
                UNITED STATES CIRCUIT JUDGE
                (Sitting by Designation)

Dated:     January 14, 2021
           Central Islip, New York