# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

666 Old Country Road, Suite 501            516-683-8500, Fax: 516-683-8410
Garden City, New York 11530                matthew.w.brissenden@gmail.com

January 15, 2021

**FILED
CLERK
4:34 pm, Jan 21, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

<u>Via ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

         Re:     <u>*United States v. Kenner*, 13-CR-607</u>

Dear Judge Bianco,

        This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner is currently scheduled to appear before Your Honor on January 22nd for a determination with respect to his restitution obligations.

        I have been in communication with Mr. Kenner, who informs me that, due to the ongoing MDC lockdown, he has been unable to access his material or prepare for the upcoming appearance. As a result, Mr. Kenner is respectfully seeking to adjourn next week's hearing to February 24th. I understand that counsel for the Government is available on that date.

        Thank you for your consideration.

                                              Respectfully submitted,

                                              /s/

                                              Matthew W. Brissenden

*[Handwritten annotation:]* Request granted. The restitution proceeding is adjourned to February 24, 2021 at 10:30 a.m.

cc: All Counsel (*via* ECF)

/s/ Joseph F. Bianco

Joseph F. Bianco, USCJ
Sitting by Designation.

Date: Jan. 21, 2021

Central Islip, N.Y.