# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                        07 Crim. 0396 (LAK)

ERIC LESAK,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The motion of Emigrant Mortgage Company, Inc. [DI 31] for summary judgment is granted, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Debra Freeman. The objections of Robert S. McCoy simply repeat points made to and properly rejected by Judge Freeman and are overruled. Judgment accordingly.

        SO ORDERED.

Dated:     September 7, 2011

                                                            Lewis A. Kaplan
                                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 9/7/11