CRIMINAL CAUSE FOR MOTION HEARING (Tel.)

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
DATE: 1/29/2021       TIME: 1:30 p.m.        TIME IN COURT: 1hr

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)       TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
 X NOT PRESENT  X IN CUSTODY
ATTY. FOR DEFT.: Matthew W. Brissenden (Stand-by Counsel)
 X PRESENT    X C.J.A

DEFT NAME: TOMMY C. CONSTANTINE (2)
 X NOT PRESENT  X ON BAIL
ATTY. FOR DEFT.: Sanford Talkin
 X PRESENT     X RETAINED

A.U.S.A.: Diane C. Leonardo-Beckmann, Madeline M. O'Connor

COUNSEL FOR INTERESTED PARTIES:

George Kostolampros, Xochitl S. Strohbehn, Doreen Martin, Kelly Weiner (Danske Bank)

Seetha Ramachandran (Owen Nolan)

Barry Skovgaart

Steve Main

Thomas Souther

Kevin Mulry

FTR: 1:42 - 2:30                                          DEPUTY CLERK: G.O.

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X    ORAL ARGUMENT HELD Re: Motion for Summary Judgment of Danske Bank A/S London Branch ("Dankse"); Arguments heard; decision reserved as stated on the record. Danske Bank is to file a letter to the Court in two(2) weeks with a status report, as stated on the record.

 X    OTHER: Government is directed to file a response a week from today to the [991] Motion for Bond filed by Defendant Tommy C. Constantine.