# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

February 11, 2021

**Via ECF**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

      Re:    *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

    This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner is currently scheduled to appear before Your Honor on February 24th for a determination with respect to his restitution obligations.

    As the Court is likely aware, there has been a recent spike in COVID-19 cases at the Metropolitan Detention Center. Mr. Kenner informs me that, due to ongoing lockdowns, he has been unable to access his material or prepare for the upcoming appearance. As a result, Mr. Kenner is respectfully seeking a continuance to March 23, 2021 at 10:30 a.m.

    Thank you for your consideration.

Respectfully submitted,

/s/

Matthew W. Brissenden

cc:    All Counsel (*via* ECF)
        Phillip Kenner