

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JMH  271 Cadman Plaza East
F. #2013R00948  Brooklyn, New York 11201

February 16, 2021

<u>By ECF</u>

The Honorable Joseph F. Bianco
Visiting United States Circuit Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Philip Kenner
     <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

  The government respectfully submits this letter pursuant to the Court's Order and in response to the defendant's letter dated February 9, 2021. <u>See</u> ECF No. 998. As the undersigned informed defendant's standby counsel by telephone, the government's practice was to use the notation "intentionally left blank" to indicate that specific numbers were skipped over—and intentionally left blank—in the process of organizing and producing § 3500 material. The government produced all of the § 3500 material in this case and did not intentionally hold anything back. Indeed, upon further review, the government has confirmed that the specific entries in question—3500-JK-4, 3500-JK-5, and 3500-JK-6—do not signify any unproduced documents. The government's extensive § 3500 productions

are memorialized in numerous letters on the docket and were discussed on the record in this case. See ECF Nos. 96, 99, 102, 167, 179, 187, 196.

                                          Respectfully submitted,

                                          SETH D. DuCHARME
                                          Acting United States Attorney

                          By:      /s/
                                          Saritha Komatireddy
                                          J. Mathew Haggans
                                          Assistant U.S. Attorneys
                                          (718) 254-7000

cc:    Clerk of Court (JFB) (By ECF)
       All counsel of record (By ECF)