# MATTHEW W. BRISSENDEN, P.C.
## ATTORNEY AT LAW

666 Old Country Road, Suite 501       516-683-8500, Fax: 516-683-8410
Garden City, New York 11530      matthew.w.brissenden@gmail.com

February 11, 2021

**FILED**
**CLERK**
10:33 am, Feb 22, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**Via ECF**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

     Re:    *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

     This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner is currently scheduled to appear before Your Honor on February 24th for a determination with respect to his restitution obligations.

     As the Court is likely aware, there has been a recent spike in COVID-19 cases at the Metropolitan Detention Center. Mr. Kenner informs me that, due to ongoing lockdowns, he has been unable to access his material or prepare for the upcoming appearance. As a result, Mr. Kenner is respectfully seeking a continuance to March 23, 2021 at 10:30 a.m.

     Thank you for your consideration.

                                Respectfully submitted,

                                /s/

                                Matthew W. Brissenden

*Request granted.*

                                SO ORDERED
                                /s/ Joseph F. Bianco

cc:    All Counsel (*via* ECF)
       Phillip Kenner

                                Joseph F. Bianco, USCJ
                                Sitting by Designation.

                                Date: Feb. 22, 2021

                                Central Islip, N.Y.