FILED
CLERK
12:35 pm, Feb 26, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR STATUS CONFERENCE (Tel.)

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 2/26/2021     TIME: 10:30 a.m.     TIME IN COURT: 23 mins.

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)     TITLE: USA v. Kenner et al.


DEFT NAME: PHILLIP A. KENNER (1)
 X NOT PRESENT   X IN CUSTODY

ATTY. FOR DEFT.: Matthew Whitney Brissenden (Stand-by Counsel)
 X NOT PRESENT   X C.J.A

DEFT NAME: TOMMY C. CONSTANTINE (2)
 X NOT PRESENT   X ON BAIL

ATTY. FOR DEFT.: Sanford Talkin
 X NOT PRESENT   X RETAINED


A.U.S.A.: Diane C. Leonardo-Beckmann, Madeline M. O'Connor


COUNSEL FOR INTERESTED PARTIES:

George Kostolampros, Xochitl S. Strohbehn (Danske Bank A/S London Branch)

Seetha Ramachandran (Owen Nolan)

Steven Main (CSL Properties)

Thomas Souther

Marc Wolinsky (homeowner group)


FTR: 10:47 – 10:53                                      DEPUTY CLERK: G.O.


 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X    STATUS CONFERENCE HELD RE: DE#1002.

 X    OTHER:    Parties consented to proceed with today's conference by telephone. Appearance from Defendant's and their Counsel was not required for this hearing. Next status conference is set for March 12, 2021 at 2:00 PM.