

2:15 meeting that Kaiser claimed NO NOTES were taken -- Komaterdity claimed NOTES may have been taken **BEFORE** the meeting during Rebuttal Summation!?!? -- **Tr.5992:lines 8-10**

Government Exhibit
3500 - JK - 1
13-CR-607(JFB)

Scott R
Matt G - FBI
John Kaiser

Oct. 19, 2010    11AM

2002    vacation - Hawaii - after 9/11/01 = Main Island
- saw property = cheap   w/ Chris Manfredi
$700K purchase price    = $10K downpmt
(JK) - trying to raise $    (JK)'s pmt $
= had property's in NY to sell
    = couple homes -

(CM) had friend = James Milana - lives on Long Island
Phil Kenner = know
introd to (Ke)
had hockey clients investors = to start purchasing
    property in Hawaii

starting closing
2005    Closed on some more parcels
= 6,000 acres total = kept adding/buying more adjacent
    property's
= Lehman - comes in    Windwalker - developer
    Scout    Lehman brought in

(JK)'s investment amt = $1.1M - (JK)
    family members $

(JK)    $1.2M = sold house in NY
    Took $1.1M to pay family off

1

=Masood Bhatti – Lehman Bros.
—got a piece of Hawaii deal

■ 260 acres — 1st piece of Hawaii investment
just kept buying/ expanding =■ 6,000 acres total

=Alan Warden == Windwalker = Accountant/contact

(JK) met Jowdy = 2x in NYC
① in NYC = Trust (2003) = Jowdy restaurant
times                              discuss.
          ②                 =discuss proget in Hawaii
there  (JK)
② ₃  (KJ) - with a girl      =funding in Mexico

② another time @ a bar =■ in NYC = bar
time   - discussed Hawaii                    (KJ)
       - lending $ from Hawaii to Mexico      (JK)

(JK) - not sure how (KJ) & (MC) met

(JK) =Saw (KJ) in Mexico couple times
again  (KJ) wanted to borrowes $ from Hawaii to Mexico
discussed   would pay back after closing        ②

(KJ) - brought up borrowing $ from Hawaii project

borrowed millions from Hawaii project
— 1st was going to be $100k & not millions
— (JK) not happy $ amt started
to grow to Millions of $
to Mexico

discussed — Brian Berard
(JK)

was Agreement to borrow $ from Hawaii—

2004 Hawaii loan agreement

(KJ) → to → (JK)
(KJ) - don't worry all $ will come
(JK)   back; get repaid
— in NYC
discussed $ from Hawaii to Mexico
—just to be used for Mexico
— no other project

Question to (JK):
2006 - update letter on Hawaii project —
—(JK) - yes, I recall letter
(JK) - made these; many times

Many update letters from Kenner to the investors per Kaiser proffer...

(JK) - never got $ back from (KJ)/Mexico

(JK)-

Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior -- *if actually TRUE!*

③

Eufora

2007 = (JK) met Tommy Constantine  in AZ @ (JK)'s house

(TC) = intd'd as self made millionaire to (JK)

(JK) = heard about Eufora thru players / guys that
Eufora - company will be big one day

in
beginning = need couple hundred thousand @ first

(JK) (≈2.2M) - over 3yr period invested

(JK) borrowed from family - majority of $
                              - mother
                              - brothers - both

(JK) =
      includes (JK)'s friends $ -
               - (JK) got 4 friends to invest

Donny Rae → ex-hockey player - lives in AZ
           - bringing investors in Hawaii

(JK) = met (DR) - 1yr ago = heard of him prior
       - when put house for sale in AZ - (JK)'s house
       - Brian Berard & (JK) own - 2½ yrs ago bought
       - (JK) - raised $ from friends to buy house in AZ

④

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from (TG)

- not invested in Hawaii

- (TC) - trying to raise fund $ for Hawaii w/ own funds
  - suppose to use own $ to fund Hawaii

- ultimately $ came from friend of (TC)
  - $4M - Waikapuna closing

**Kaiser confirms consulting deals for Gaudet and Gaarn from Hawaii**

Robert Gaudet
(JK) met (RG) - ≡ golf pro
                ≡ knows people in Mexico

≡ tried to get $ for Hawaii

believe above indiv. getting paid for getting $
  ≡ (RG)
  ≡ (TG)

**RG -- Robert Gaudet and TG -- Tim Gaarn**

1st heard
2005 ≡ heard of Enfora from (JK) or players

(TC) ≡ showed (JK) Agreements w/ banks & credit card companies
     ≡ wanted increase ownership in Enfora → (TC)'s own shares in
     → appeared to be great company → (JK)

⑤

and Mark Ambrosio

= Dish Zero — (TC) running $ from Eufora
Taser — | accounts to these investments

Sergei Gonchar # going to

all (JE) investment $ to (TC) went from
(JE) = TD Bank accts

//

(JE) - rec'd couple hundred thousand back
from (PK)

(JE) from fronted # for renovation (PK)
house in AZ

(PK) ← (JE) - gave (PK) $ from his house sale in
needed   Smithtown, NY
$
for Myrick   (PK) never repaid
lawsuit

6



$500,000 of these funds were immediately transfered to Kenner by Kaiser for the documented Kaiser (individual) purchase of land from Kenner in Mexico (los Frailes) -- also unknown to Kenner, Kaiser's friends and family -- **See PK19 and PK50**

= ⑰ - living in Vegas - Condos
- house in AZ ≡ is wife's from divorce

Kaiser took money form his handicapped brother, his DEA friend Bobby Rizzi, and his doctor friend $conzo (whom he later robbed for another $200,000 admitted by the Gov't in their forfeiture brief)...

≡ ⑯ ≡ Palms Condos
3

Ⓣ - new Maloof in Vegas
↳ invested - ⑯ friends 1 3
① keith Kaiser - brother
2007 or 2008
② Bobby ≡ police officer ⬚ ⬚50K together
③ a ⬚ doctor friend of ⑯ for penthouse @ Palms

≡ Jay Mckee ⎫ on Note ≡ 2 separate Units
≡ Mike Peca ⎭

get 15% from #
-promised by Ⓣ

= closing went through Ⓣ

went into it to buy & sell quickly

≡ ⑰ - was not involved in Palms R/E
- as far as ⑯ remembers

★ Global Settlement Fund - set-up by Ⓣ ≡
w/ ⓀⒹ
⑯

- pay Ethan Moreau back - from Palms
- Eufora - ⬚
- Mexico - players $

Clearly -- no closing "with Kaiser" EVER occurred...

★ used to straighten ⬚ investment mess which happened throughout years.

Eufora ≡
Palms

Ⓣ instructed Ronald Richard to send $ to Eufora acct so he can distribute to players ≡ GS Fund $
Ⓣ instructed ⑯ friends - investment $ - to go to Ronald Richards - not Eufora

⑦

(TC) involved w/ → renovated — (JK)'s brothers did work
≡ Hermosa beach — house . (PK) - owned — the them sold
   - (PK) - owes $ from house construction / renovate

- (JK) - brothers worked on house ≡ took 4 months

(JK) - raised funds to buy house from:
              (PK) - mother
              - brothers
              - friends
(JK) - not rec'd $ from (PK) on house yet
(PK) - will get $ from Hermosa Beach house when
      AZ house sells
              ≡ on market now

              (JK) - met (NJ) in Hawaii
  Nick James -
              did stuff for flagship racing + (TC)

(NJ)  called (TC) to get married
      $20K - 80K - asked $ from (PK) ≡ (PK) - said no
              Divorced from (PK)

(NJ) did not work or invest in Hermosa Beach house

⑧

Los Frailles — investment
— JK + has friends invested in
≈ 2008              ~$1M

JK — included in the $1M

• purchase property + develop

$1M used to purchas property ≡ sell parcels to
                                  get $ back from 1st
                                  investment

→ Bobby Goudet — told JK about investment

JK — not involved in Los Frailles

↓
does have clients involved / hockey players

JK — went down there w/ friends to see

JK — 6 mos. ago in Cabo ≡ Toudy project

≡ golf course — done

≡ suppise to put up condos

≡ never went to North property
        DDM

⑨



(KJ) = **BSM-6M** — (KJ) borrowed / rec'd / loaned
(KJ) - borrowed from Hawaii project → To Mexico

(K) - borrowed from Glen Murray too for Mexico

(KJ) - might have repaid couple hundred thousand To Hawaii

(JE) - did see Hawaii bank acct statements

- accountant for Hawaii project    (JE) will get name of accountant before Lehman can in.

(JE) not rec'd K-1's ever

(JK) = never rec'd K-1's from Hawaii

= took two yrs to ... from Allan Warden

will receive K-1's soon

Kaiser confirms seeing all of the Hawaii bank statements -- so there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT -- **See PK26**

Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during a 2 hour and 15 minute meeting at Kaiser's home during EDNY testimony...*Tr.1120-1122*

END 1:15 PM

⑩