Case 2:13-cr-00607-JFB-AYS   Document 1006-9   Filed 03/09/21   Page 1 of 3 PageID #: 33235

ARTS & ENTERTAINMENT | SCIENCE & TECH | IN THE WORLD | CAMPUS LIFE | HEALTH & WELLNESS | SPORTS | OPINION    Archives  Topics  Series

Campus Life + Science & Tech

# Another Accolade for CTE Researcher Ann McKee

Alzheimer's Association gives her Lifetime Achievement Award

08.07.2018    By Rich Barlow



Ann McKee's pioneering research into the degenerative brain disease chronic traumatic encephalopathy (CTE) has earned her a Lifetime Achievement Award from the Alzheimer's Association. Photo by Jackie Ricciardi

From diagnosing chronic traumatic encephalopathy (CTE) in tight-end-turned-killer Aaron Hernandez to being named the *Boston Globe*'s Bostonian of the Year and one of *TIME*'s 100 Most Influential People, Ann McKee has been a media-attention magnet in the last year.

The director of BU's CTE Center has been honored with another accolade, this one from a group of peers. McKee recently received the Henry Wisniewski Lifetime Achievement Award from the Alzheimer's Association International Conference, the world's largest gathering of researchers of that disease and other dementias.

CTE is associated with dementia, mood changes, and aggression and afflicts many athletes and soldiers. In giving her the award, the Alzheimer's Association noted, among other achievements, that she created the "McKee criteria" for diagnosing CTE and established its four progressive stages.

McKee, professor of neurology and pathology at the School of Medicine, and the associate director of BU's Alzheimer's Disease Center, was one of three researchers honored by the Alzheimer's Association. The other honorees were Jeffrey L. Cummings from the Cleveland Clinic Lerner College of Medicine at Case Western Reserve University, and John Q. Trojanowski from the University of Pennsylvania Perelman School of Medicine.

Maria C. Carrillo, the Alzheimer's Association's chief science officer, lauded the three for their "lasting contributions to help accelerate the progress towards finding the underlying causes, treatments, and preventions for Alzheimer's and related dementias."

---

**Today**    Top Stories   Events

Netflix, Spotify, and How Data Is Shaping the Arts

Staying Local for Spring Break? We've Got You Covered

Eight Must-Try Fast-Casual Eateries Nearby

The Rivalry Is Back: No. 8 BU Faces No. 6 BC in Hockey East Semifinals Saturday

 A Day in the Life of BU's Engineering Product Innovation Center

**From the Archives**


04.20.2018
MED Researcher Ann McKee Makes *Time*'s 100 Most Influential People List
Carmen Yulín Cruz (CAS'84), San Juan mayor, also named


09.26.2017
BU Researchers ID Possible Biomarker For Diagnosing CTE During Life
MED's Ann McKee calls findings a hopeful step


01.18.2018
BU-Led Study: CTE May Occur Without Concussions
Progressive brain disease could be caused by repetitive head injuries


11.09.2017
Aaron Hernandez's CTE Worst Seen By BU Experts In A Young Person
MED's Ann McKee says convicted killer's brain will advance research

Calling herself "deeply honored" by the award, McKee notes that it was named for a noted neuropathologist who "was an early inspiration to my career in Alzheimer's disease research and, later, in my fascination" with CTE.

She also credited colleagues at the CTE Center, as well as BU's Alzheimer's Disease Center, the Framingham Heart Study, and the VA Boston Healthcare System, with contributing to her research.

That research in the last few years has included uncovering important facts about CTE at seemingly breakneck speed. This year, McKee and her team published a study reporting that CTE, once thought to be caused by concussions, actually might be the result of repeated hits to the head.

If confirmed, the finding would upend current efforts to cushion athletes against concussions, raising instead the daunting question of how to reduce head hits. That would require that sports face "the fundamental danger these activities pose to human health," McKee said at the time the study was published.

Last December, the *Globe* wrote that "football may never be the same" as a result of her research, noting the irony that McKee grew up in Wisconsin as "a devoted Green Bay Packers fan."

**Share**

 Twitter   Facebook   Reddit   LinkedIn   Email  Print



**Rich Barlow**
*Rich Barlow can be reached at barlowr@bu.edu.*

**Post Your Comment**

Name*
Email*                                    (never shown)
Website
Comment
(view guidelines)

Submit Comment

**Editor's Picks**



Campus Life

**Feeding Boston's Homeless—One Swipe at a Time**



Campus Life

**Six Quotes from BU Entrepreneurs to**



Sports

**BU Women's Hockey Beanpot Win: The Action,**



Science & Tech

**How Virtual Reality Might Help Fight**



Science & Tech

**Are Computer-Aided Decisions Actually Fair?**

Case 2:13-cr-00607-JFB-AYS   Document 1006-9   Filed 03/09/21   Page 3 of 3 PageID #: 33237

**Ignite Your Innovative Spirit**       the Celebration, the Joy       **Recurring Nightmares**

**Explore Stories**

Browse Archives

Explore Topics (Tags)

Explore Series

**About + Contact**

About BU Today

Subscribe to Newsletter

Contact Us

**Follow Us**

Twitter

Facebook

YouTube

**Partner Sites**

BU Research

*Bostonia* Magazine

BUniverse

© 2017 Boston University