

George Kostolampros
T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

March 11, 2021

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

    Re:    **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

    We write to request an adjournment of the Court Conference scheduled for tomorrow, March 12, 2021 at 2:00 p.m. Danske, the Government and counsel for Owen Nolan and CSL Properties continue to engage in settlement negotiations and have agreed to request an adjournment of the March 12 conference and propose to report back to the Court on March 19, 2021 with a letter to the Court updating the Court on the status of settlement discussions.

    We thank the Court for its time and attention to this matter.

    Respectfully,

    /s/ George Kostolampros

    George Kostolampros
    Doreen S. Martin
    Xochitl S. Strohbehn

cc:    All parties of record via ECF