# VENABLE LLP

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

George Kostolampros
T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

**FILED**
**CLERK**

March 11, 2021

1:08 pm, Mar 12, 2021

**VIA ECF**

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re: **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

We write to request an adjournment of the Court Conference scheduled for tomorrow, March 12, 2021 at 2:00 p.m. Danske, the Government and counsel for Owen Nolan and CSL Properties continue to engage in settlement negotiations and have agreed to request an adjournment of the March 12 conference and propose to report back to the Court on March 19, 2021 with a letter to the Court updating the Court on the status of settlement discussions.

We thank the Court for its time and attention to this matter.

*Request granted.*

Respectfully,

/s/ George Kostolampros

George Kostolampros
Doreen S. Martin
Xochitl S. Strohbehn

SO ORDERED
/s/ Joseph F. Bianco

cc:   All parties of record via ECF

Joseph F. Bianco, USCJ
Sitting by Designation.

Date: March 12, 2021

Central Islip, N.Y.