# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

March 15, 2021

**Via ECF**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

Re:   *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner recently wrote to me and indicated that he would like to supplement his March 9th *pro se* application for compassionate release (Docket Entry 1006) with the attached exhibit, a February 2021 article from *Prison Legal News*. The attached article discusses the impact of COVID-19 upon the Metropolitan Detention Center (the "MDC"), and an investigation of the MDC conducted by the DOJ's Office of the Inspector General.

Mr. Kenner has indicated that he would like to highlight the second full paragraph of that article, and to convey the following observation: "*the scathing analysis of the crisis at MDC is absent any personal contact or communications with the victims of this inhumane treatment and social experiment gone horribly off-the-rails.*"

Accordingly, I would respectfully ask this Court to accept the instant letter and attached exhibit as a supplement to Mr. Kenner's *pro se* compassionate release application.

Respectfully submitted,

/s/

Matthew W. Brissenden

cc:   All Counsel (*via* ECF)
       Phillip Kenner