# MATTHEW W. BRISSENDEN, P.C.
## ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

March 18, 2021

**Via ECF**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

Re:     *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant.  Mr. Kenner is currently scheduled to appear before Your Honor on March 23rd for a determination with respect to his restitution obligations.

It is Mr. Kenner's preference to appear by video; however, the MDC is unable to accommodate his request for a video appearance on the 23rd.  Accordingly, we are seeking a continuance to April 5th, 2021, at 9:00 a.m.  I understand that the MDC will be able to produce Mr. Kenner for a video conference at that time, and that all parties are available.

Thank you for your consideration.

Respectfully submitted,

/s/

Matthew W. Brissenden

cc:     All Counsel (*via* ECF)
        Phillip Kenner

Request granted.

SO ORDERED

/s/ Joseph F. Bianco

Joseph F. Bianco, USCJ

Sitting by Designation.

Date: March 18 20 21

Central Islip, N.Y.