

George Kostolampros

T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

March 19, 2021

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

    Re:    **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

    Per the Court's March 12, 2021 Order, we are writing to report back to the Court regarding the settlement discussions between Danske, the government, and counsel for Owen Nolan and CSL Properties. The parties continue to engage in productive settlement negotiations and are hopeful that we may have an agreement in principal soon subject to final respective approvals. If an agreement is reached, the parties plan on filing with the Court an agreed-to stipulation regarding an interlocutory sale and settlement of Danske's claim. The parties intend to report back to the Court by March 26, 2021; to the extent, however, they do not reach agreement on the terms, Danske requests that the Court order a status conference on March 29, 30, or 31.

    We thank the Court for its time and attention to this matter.

    Respectfully,

    /s/ George Kostolampros

    George Kostolampros
    Doreen S. Martin
    Xochitl S. Strohbehn

cc:    All parties of record via ECF