

George Kostolampros
T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

March 26, 2021

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

    Re:    **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

    As set forth in the parties' status update filed by Danske Bank A/S London Branch ("Danske") on March 19, 2021, we are writing to report back to the Court regarding the settlement discussions between Danske, the government, and counsel for Owen Nolan and CSL Properties. Unfortunately, in the week that has elapsed since the parties' last report to the Court, we have reached an impasse as to certain material terms that are necessary for Danske to settle. While Danske remains open to continuing settlement discussions, Danske respectfully requests the Court hold a conference next week to discuss next steps. We anticipate filing Danske's proposal for next steps in advance of that conference.

    We thank the Court for its time and attention to this matter.

    Respectfully,

    /s/ George Kostolampros

    George Kostolampros
    Doreen S. Martin
    Xochitl S. Strohbehn

cc:    All parties of record via ECF