# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

March 29, 2021

**Via ECF**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

   Re: *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

  This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner has requested that I file the accompanying *pro se* communication, and a December, 2020 editorial from the *New York Times*, entitled "Stop the Coronavirus Outbreak at Brooklyn's Federal Jail."

  Mr. Kenner submits such material in furtherance of his *pro se* application for compassionate release.

  Thank you for your consideration.

                Respectfully submitted,

                     /s/

                Matthew W. Brissenden

cc: All Counsel (*via* ECF)
   Phillip Kenner