Your Honor--Attached is another outside reflection on the continually worsening conditions at MDC.  First hand, the institution is simply overwhelmed -- wholly effecting the psyche and physical health of the staff, the officers, and the detainees.  Judge Pollack was prophetic in 2016 referring to MDC as having "Third World" conditions -- but she could never have predicted what lay ahead.  Thank you for considering the 18 USC 3582 Reduction request (per ECF 1006) with the supplemental submissions.