FILED
CLERK
9:28 am, Apr 12, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,  . Criminal No. 13-cr-00607-JFB-AYS-1
                           .
           Vs.             . 100 Federal Plaza
                           . Central Islip, NY 11722
PHILLIP A. KENNER,         .
TOMMY C. CONSTANTINE       . DATE February 26, 2021
. . . . . . . . . . . . . . .

                  TRANSCRIPT OF TELEPHONIC HEARING
                BEFORE HONORABLE JOSEPH F. BIANCO
                   UNITED STATES VISITING JUDGE

APPEARANCES:

For the Government:         UNITED STATES ATTORNEYS OFFICE
                            EASTERN DISTRICT OF NEW YORK
                            BY:  MADELINE O'CONNOR, ESQ.
                                 DIANE LEONARDO, ESQ.
                            271 Cadman Plaza East
                            Brooklyn, NY 11201

For Danske Bank:            VENABLE LLP
                            BY:  GEORGE KOSTOLAMPROS, ESQ.
                                 XOCHITL STROHBEHN, ESQ.
                            Rockefeller Center
                            1270 Avenue of the Americas
                            24th Floor
                            New York, NY 10020

For Diamante and Jowdy:     FREEH SPORKIN & SULLIVAN
                            BY:  THOMAS SOUTHER, ESQ.
                            350 5th Ave, Suite 6903
                            New York, NY 10118
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

---

**TRACY GRIBBEN TRANSCRIPTION, LLC**
859 Nutswamp Road
Red Bank, New Jersey 07701
**(732) 263-0044    Fax No. 732-865-7179**
800 603-6212
[www.tgribbentranscription.com](www.tgribbentranscription.com)

```
ADDITIONAL APPEARANCES:

For Owen Nolan:            PROSKAUER ROSE
                           BY:  SEETHA RAMACHANDRAN, ESQ.
                           Eighth Avenue & 41st Street
                           New York, NY 10036

For Marc Wolinsky:         WACHTELL LIPTON ROSEN & KATZ
                           BY:  MARC WOLINSKY, ESQ.
                           51 West 52nd Street
                           New York, NY 10019

For CSL Properties:        STEVE MAIN, ESQ.
```

```
 1                THE CLERK: Calling case number 13-criminal 607,
 2   United States of America versus Phillip A. Kenner and Tommy
 3   Constantine.  Counsels, please state your appearances for the
 4   record.
 5                MS. O'CONNOR: Assistant US Attorney, Madeline
 6   O'Connor, for the United States.  Also appearing for the United
 7   States is Assistant US Attorney Diane Leonardo.  Good morning,
 8   Your Honor.
 9                THE COURT: Good morning.
10                MR. KOSTOLAMPROS: Good morning, Your Honor, this is
11   George Kostolampros, I'm here with my colleague Xochitl
12   Strohbehn on behalf of Danske.
13                THE COURT: Good morning.
14                MS. RAMACHANDRAN:  Good morning, Your Honor, this is
15   Seetha Ramachandran of behalf of Owen Nolan.
16                THE COURT: Good morning.
17                MR. MAIN:  Good morning, Your Honor, Steve Main on
18   behalf of CSL Properties.
19                THE COURT: Good morning.
20                MR. WOLINSKY:  Good morning, Your Honor, this is Marc
21   Wolinsky for the homeowner group.
22                THE COURT: Good morning.
23                MR. SOUTHER:  Good morning, Your Honor, this is Tom
24   Souther, for Kenneth Jowdy.
25                THE COURT: Good morning.  All right, I think we have
```

1  everybody. So as you know I scheduled this just to get a status
2  regarding the ongoing discussions to try to resolve the case.
3  So I'll let the Government go first.  Ms. O'Connor, you want to
4  start.
5              MS. O'CONNOR: Yes, Your Honor.  The parties all agree
6  that we are still working towards settlement, and the parties
7  being counsel for CSL, counsel for Nolan and counsel for
8  Danske.  So we're working towards a settlement and we would
9  request two more weeks to continue our negotiations.  And if at
10 that time we cannot come to an agreement, Danske has stated
11 that it would come back to the Court with a proposed
12 alternative.  And the Government would be able to respond to
13 that alternative, if that's acceptable to the Court.
14             THE COURT: That sounds reasonable to me, as long as
15 everybody else is agreeable to that as well.  Mr. Kostolampros,
16 is that your joint proposal?
17             MR. KOSTOLAMPROS: That is our joint proposal, Your
18 Honor.  We are moving hopefully towards a settlement.  We had
19 other discussions last night.  So we're hopeful that we can
20 resolve the issues related to Danske's claim.  And also agree
21 to an interlocutory sale that we can present to the Court.  So,
22 we're hoping that we can get that done within two weeks.  And
23 if not, we would then propose an alternative, unless you
24 (indiscernible - audio skip) reason to still continue
25 discussions.

1    THE COURT: All right.  Ms. Ramachandran, that's
2  acceptable to you as well?
3    MS. RAMACHANDRAN: Yes, Your Honor, it is.
4    THE COURT: Mr. Main?
5    MR. MAIN: Yes, Your Honor.
6    THE COURT: All right, and Mr. Wolinsky, anything you
7  want to add about this?
8    MR. WOLINSKY: Your Honor, we are not parties to the
9  settlement discussions.  I did send a letter to all the
10 participants in the settlement discussions reminding them that
11 the homeowners have adopted a resolution protecting the Master
12 Plan and that we expect any settlement to respect the Master
13 Plan.  And no one's responded actually to that letter.  So I
14 guess our issue is in abeyance.  But no one has addressed, has
15 involved us in the discussions.
16   THE COURT: All right.  Then Mr. Souther, is there
17 anything you want to add?
18   MR. SOUTHER: No, Your Honor, we look forward to the
19 parties coming to a resolution of this as our path forward.
20   THE COURT: All right, it sounds like the parties have
21 been working hard to reach a resolution. Which obviously I'm
22 happy to hear.  And I think certainly two more weeks is
23 reasonable to try to resolve all the outstanding issues.
24   So I think what I'll do is, set it down for another
25 telephone conference two weeks from today.  I will say, first

1  of all, if obviously there's been a resolution we don't need to
2  have a conference.  Or if it's very close and you just need a
3  few more days, I don't want to unnecessarily make everybody get
4  on the phone that you're just going to ask for a little bit
5  more time to finalize it.  So you can always put in a letter if
6  everybody is in agreement, just asking for a few more days.
7            But why don't you give a date and time for another
8  phone conference.  How about March 12th at 2 p.m.?
9            MS. O'CONNOR:  That's fine for the Government, Your
10 Honor.  Thank you.
11           MR. KOSTOLAMPROS:  Same for Danske.
12           MS. RAMACHANDRAN:  That's fine for Owen Nolan --
13           MR. MAIN:  Fine for CSL Properties, Your Honor.
14           THE COURT:  All right.  Anything else anybody needs to
15 raise today?  I appreciate everybody getting on the call.  All
16 right, thank you counsel, have a good day.
17                          *  *  *  *  *
18                    **C E R T I F I C A T I O N**
19           I, **PATRICIA POOLE**, court approved transcriber,
20 certify that the foregoing is a correct transcript from the
21 official electronic sound recording of the proceedings in the
22 above-entitled matter.
23
24 /S/ PATRICIA POOLE
25 TRACY GRIBBEN TRANSCRIPTION, LLC     DATE: April 10, 2021