

April 15, 2021

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

      Re: **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

      We write in regard to the court conference scheduled for April 21, 2021 at 2 pm relating to the forfeiture of the Resort Property. Unfortunately, as a result of various preexisting commitments in other matters, Danske's counsel is unavailable on that date and respectfully requests an adjournment of the conference to another date.

      Danske has conferred with the government and counsel for Mr. Owen Nolan and CSL. The parties indicated they are available on April 28, 2021.

      We thank the Court for its time and attention to this matter.

                                       Respectfully,

                                       /s/ George Kostolampros

                                       George Kostolampros
                                       Doreen S. Martin
                                       Xochitl S. Strohbehn

cc:     All parties of record via ECF

George Kostolampros
T 202.344.4426
F 202.344.8300
gkostolampros@venable.com