# VENABLE LLP

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

George Kostolampros

**T 202.344.4426**
**F 202.344.8300**
gkostolampros@venable.com

April 15, 2021

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re:   **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

We write in regard to the court conference scheduled for April 21, 2021 at 2 pm relating to the forfeiture of the Resort Property. Unfortunately, as a result of various preexisting commitments in other matters, Danske's counsel is unavailable on that date and respectfully requests an adjournment of the conference to another date.

Danske has conferred with the government and counsel for Mr. Owen Nolan and CSL. The parties indicated they are available on April 28, 2021.

We thank the Court for its time and attention to this matter.

*Request granted. The conference is adjourned to April 28, 2021, at 2:00 pm.*

Respectfully,

**/s/ George Kostolampros**

George Kostolampros
Doreen S. Martin
Xochitl S. Strohbehn

SO ORDERED

Joseph F. Bianco, USCJ

Sitting by Designation.

cc:   All parties of record via ECF

Date: _April 15_ 2021

Central Islip, N.Y.