**Wayne Joshua R**

**From:** Galioto, Matthew <Matthew.Galioto@ic.fbi.gov>
**Sent:** Wednesday, April 02, 2014 12:58 PM
**To:** Wayne Joshua R
**Subject:** FW: Solutions

**From:** TAHarvey28@aol.com [mailto:TAHarvey28@aol.com]
**Sent:** Tuesday, April 01, 2014 7:33 PM
**To:** Galioto, Matthew
**Subject:** Fwd: Solutions

From: kj@legacyproperties.com
To: taharvey28@aol.com
Sent: 4/1/2014 7:15:48 P.M. Eastern Daylight Time
Subj: Fwd: Solutions

Sent from my iPhone

Begin forwarded message:

> **From:** Todd White <TWhite@powassan.net>
> **Date:** April 1, 2014 at 4:15:08 PM PDT
> **To:** Ken Jowdy <kj@legacyproperties.com>
> **Subject: Re: Solutions**
>
> Btw I can think of a 100 different ways to invest and control DCSL Class A Members without a transfer, pledge, assignment, etc etc etc therefore not violating the OA.
>
> Todd
>
> Sent from my iPhone
>
> On Apr 1, 2014, at 6:57 PM, "Todd White" <TWhite@powassan.net> wrote:
>
>> Ken
>>
>> I'm here to promote and protect OUR investment.
>>
>> I have possible solutions to all past, present, and future issues in Diamanté.
>>
>> Give me an hour of your time, just you and I, and you can move the project forward without concern.

DS-00000119

Harvey is just screwing this all up, immediately tell him to lay off the Mexican component for now, or he is going to create issues south of the border beyond OUR control.

I would also appreciate a round of golf as well! Haha

Anyhow, in all seriousness meet with me, you have nothing to loose everything to gain .

I'm in Florida on a family getaway for three weeks starting next week, I'll gladly meet ya in Cabos anytime after that. Think about it, I'm harmless.

Set the date!

Todd
705 591 0375

Sent from my iPhone

This email has been scanned by the Boundary Defense for Email Security System. For more information please visit http://www.apptix.com/email-security/antispam-virus

This email has been scanned by the Boundary Defense for Email Security System. For more information please visit http://www.apptix.com/email-security/antispam-virus