CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
DATE: 04/28/2021    TIME: 2:00 p.m.    TIME IN COURT: 60 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)    TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
___ PRESENT  X   NOT PRESENT    X   IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.: Matthew Whitney Brissenden (Stand-by Counsel)

___ PRESENT   X NOT PRESENT    RET    X   C.J.A    FED. DEF. OF NY, INC.

A.U.S.A. Madeline M. O'Connor, Diane C. Leonardo-Beckmann

FILED
CLERK
4:23 pm, Apr 28, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YOR
LONG ISLAND OFFICE

COUNSEL FOR INTERESTED PARTIES:

For Diamante and Ken Jowdy: Thomas Souther, Kevin Mulry

For Danske Bank:         George Kostolampros, Xochitl S. Strohbehn,
                         Doreen S. Martin, Kelly Weiner

For Owen Nolan:          Seetha Ramachandran

For CSL Properties:      Steve Main

For Homeowners:          Marc Wolinsky

DEPUTY CLERK: DF

FTR: 2:09-3:14

COURT REPORTER:  ___ M. FOLEY    ___ F. GUERINO    ___ P. LOMBARDI
                 ___ M. STEIGER  ___ D. TURSI      ___ O. WICKER

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  STATUS CONFERENCE/ORAL RULINGS _____

___  DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

 X   OTHER: The Court directs that the Government and Danske Bank will participate in discussions regarding the parameters of the sale. The Government is to summarize those discussions and report back to the Court by May 21, 2021. The Government shall submit a proposed plan for the interlocutory sale by May 21, 2021. The Government shall also file a revised proposal outlining narrowed discovery requests with respect to documents and/or possible depositions, to which Danske Bank shall respond to. Danske Bank shall also file a letter with the Court regarding discovery to be requested by May 21, 2021. Responses to the May 21, 2021

**letters will be due by June 2, 2021. A further telephone status conference is scheduled for June 7, 2021 at 2:00 p.m. At the time of the conference, the parties are directed to dial 1-877-336-1829 and enter Access Code 8689549 at the prompt.**