# MATTHEW W. BRISSENDEN, P.C.
## ATTORNEY AT LAW

666 Old Country Road, Suite 501　　　　　　　516-683-8500, Fax: 516-683-8410
Garden City, New York 11530　　　　　　　　matthew.w.brissenden@gmail.com

April 29, 2021

**Via ECF**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

　　　　Re:　*United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

　　This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner's reply brief in support of his application for compassionate release is currently due April 30th. Mr. Kenner is respectfully asking for a one-week extension to file that reply brief.

　　In addition, Mr. Kenner is seeking to continue the scheduled May 5th video conference to May 19th at 9:00 a.m. Such a continuance will assure that the Court obtains Mr. Kenner's reply brief in advance of the video conference.

　　I have conferred with AUSA Matthew Haggans, and I understand that the Government does not object to this request.

　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　Matthew W. Brissenden

cc:　　All Counsel (*via* ECF)
　　　Phillip Kenner