### MATTHEW W. BRISSENDEN, P.C.
**ATTORNEY AT LAW**

666 Old Country Road, Suite 501                516-683-8500, Fax: 516-683-8410
Garden City, New York 11530                    matthew.w.brissenden@gmail.com

April 29, 2021

<u>Via ECF</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 03 2021 ★

LONG ISLAND OFFICE

Re:   *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner's reply brief in support of his application for compassionate release is currently due April 30th. Mr. Kenner is respectfully asking for a one-week extension to file that reply brief.

In addition, Mr. Kenner is seeking to continue the scheduled May 5th video conference to May 19th at 9:00 a.m. Such a continuance will assure that the Court obtains Mr. Kenner's reply brief in advance of the video conference.

I have conferred with AUSA Matthew Haggans, and I understand that the Government does not object to this request.

Thank you for your consideration.

Respectfully submitted,

/s/

Matthew W. Brissenden

SO ORDERED request granted.

/s/ Joseph F. Bianco

Joseph F. Bianco, USCJ

Sitting by Designation.

Date: May 3 2021

cc:   All Counsel (*via* ECF)
      Phillip Kenner

Central Islip, N.Y.
