# REC SCHEDULE

SUNDAY THRU SATURDAY

TT = TOP TIER    BT= BOTTOM TIER

| TIME | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| 6:00-6:30am | TT 1-3 | BT 1-3 | TT 29-31 | BT 29-32 | TT 29-31 | TT 1-3 | BT 1-3 |
| 6:40-7:10am | TT 4-6 | BT 4-6 | TT 26-28 | BT 26-28 | TT 4-6 | BT 4-6 | BT 4-6 |
| 7:20-7:50am | TT 7-9 | BT 7-9 | TT 23-25 | BT 23-25 | TT 7-9 | BT 7-9 | BT 7-9 |
| 8:00-8:30am | TT 10-12 | BT 10-12 | TT 20-22 | BT 20-22 | TT 10-12 | TT 10-12 | BT 10-12 |
| 8:40-9:10am | TT 13-15 | BT 13-15 | TT 16-19 | BT 16-19 | TT 13-15 | TT 13-15 | BT 13-15 |
| 9:20-9:50am | TT 16-19 | BT 16-19 | TT 13-15 | BT 13-15 | TT 16-19 | TT 16-19 | BT 16-19 |
| 10:00-10:30am | COUNT TIME | BT 20-22 | TT 10-12 | BT 10-12 | TT 20-22 | TT 20-22 | COUNT TIME |
| 10:40-10:00Am | COUNT TIME | BT 23-25 | TT 7-9 | BT 7-9 | TT 23-25 | TT 23-25 | COUNT TIME |
| 11:00-11:30am | TT 20-22 | BT 26-28 | TT 4-6 | BT 4-6 | TT 26-28 | BT 7-9 | BT 16-19 |
| 11:40-12:10pm | TT 23-25 | BT 29-32 | TT 1-3 | BT 1-3 | TT 29-31 | BT 4-6 | BT 13-15 |
| 12:20-12:50pm | TT 26-28 | TT 1-3 | BT 29-32 | TT 29-31 | BT 1-3 | BT 1-3 | BT 26-28 |
| 1:00-1:30pm | TT 29-31 | TT 4-6 | BT 26-28 | TT 26-28 | BT 4-6 | BT 7-9 | BT 29-32 |
| 1:40-2:10pm | BT 1-3 | TT 7-9 | BT 23-25 | TT 23-25 | BT 7-9 | BT 10-12 | TT 1-3 |
| 2:20-2:50pm | BT 4-6 | TT 10-12 | BT 20-22 | TT 20-22 | BT 20-22 | BT 13-15 | TT 4-6 |
| 3:00-3:30pm | BT 7-9 | TT 13-15 | BT 16-19 | TT 16-19 | BT 16-19 | BT 16-19 | TT 7-9 |
| 5:00-5:30pm | BT 10-12 | TT 16-19 | BT 13-15 | TT 13-15 | BT 13-15 | BT 16-19 | TT 10-12 |

KENNER, PHILLIP 07480408

# REC SCHEDULE

| TIME | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| 5:40-6:10pm | BT 13-15 | TT 20-22 | BT 10-12 | TT 10-12 | BT 10-12 | BT 20-22 | TT 13-15 |
| 6:20-6:50pm | BT 16-19 | TT 23-25 | BT 7-9 | TT 7-9 | BT 7-9 | BT 23-25 | TT 16-19 |
| 7:00-7:30pm | BT 20-22 | TT 26-28 | BT 4-6 | TT 4-6 | BT 4-6 | BT 26-28 | TT 20-22 |
| 7:40-8:10pm | BT 23-25 | TT 29-31 | BT 1-3 | TT 1-3 | BT 1-3 | BT 29-32 | TT 23-25 |
| 8:20-8:50pm | BT 26-28 | DEEP CLEANING | DEEP CLEANING | DEEP CLEANING | DEEP CLEANING | DEEP CLEANING | TT 26-28 |
| 9:00-9:30pm | BT 29-32 | DEEP CLEANING | DEEP CLEANING | DEEP CLEANING | DEEP CLEANING | DEEP CLEANING | TT 29-31 |

**REGULAR UNITS**

1/2 Hours (30 MINUTES) out of cell time - This applies to G-43, H-51, H-52, H-53 I-61, I-62, I-63, J-71, J-72 and J-73.

Out of cell time of 3 cells (no more than 6 inmates) at a time for 1/2 hours (30 MINUTES). Inmates can use phones, computers, showers, and recreation areas.

Please allow for 2 unit orderlies to clean phones, computers, and showers between groups.

If you have any questions, please contact the Lieutenant's Office, 5950 or 5951.

KENNER, PHILLIP 07480408