**HARVEY & HACKETT**
420 Lexington Ave., Suite 2432
New York, NY 10170
(212) 972-8935

VIA FACSIMILE (208) 947-0014

Oct. 5, 2008

Paul Augustine, Esq.
Augustine & McKenzie
1004 W. Fort Street
P.O. Box 1521
Boise, Idaho 83701

Re: Diamante Air, LLC

Dear Mr. Augustine:

PLEASE BE ADVISED THAT I represent Ken Jowdy and Mark Thalmann with respect to Diamante Air, LLC. ("Diamante").

PLEASE BE FURTHER ADVISED your client, Phil Kenner, failed to appear at his scheduled appointment at the corporate offices of Diamante on September 29, 2008. Thereafter, Mr. Thalmann received a letter from you requesting certain material and documents be made available for Mr. Kenner's review at Diamante's offices on October 6, 2008.

Unfortunately, Mr. Thalmann is unavailable to meet with Mr. Kenner on October 6, 2008. Kindly provide me with dates with respect to Mr. Kenner's availability during the week of October 13, 2008.

I expect my clients to retain Nevada counsel this week and will forward you new counsel's contact information upon my receipt of the same.

Finally, I anticipate filing an action against Mr. Kenner and other individuals in New York this week, and request you accept service on his behalf.

Please advise.

Thank you for your consideration with respect to the foregoing.

Very truly yours,

Thomas Harvey

007419