**See FORF_EXH_51 - Diamante Air flight with Louis Freeh during Jowdy threats in 2007 before negotiations with Constantine-6988**

# Bill Najam

**From:** kj@diamantelife.com
**Sent:** Monday, May 07, 2007 10:42 PM
**To:** Bill Najam
**Subject:** Re:

I don't think Masood thought this was a deal for Alan, but he did want Kevin's opinion on it...either way is fine...I am meeting him tomorrow and we will see what happens...will keep you posted...kj

-----Original Message-----
From: billn@diamantelife.com
Date: Tue, 8 May 2007 02:35:04
To:"Ken Jowdy" <kj@diamantelife.com>
Subject: Re:

**Kenner turned down Jowdy BRIBE after Freeh and Bhatti were with Jowdy on May 5 on Falcon 10 flight to and from Texas project...**

Ken

It looks like ths deal was first offered to Alan and he refused or his team didn't hit it off with the developer.  Trust your judgment---not Kevin's.  It would be great to know exactly how many sales or pre-sales they actually have deposits on.  I will try and get through the attachments and get more comments to you.  If you don't really love it- don't take it on-your plate is getting full and ultimately you will be the responsible party.  You also really need to feel really good about the JV partner.  He will have a major role in making it happen. I'm not so worried about the past failures as I am about the chemistry.  We should also have a controlling interest and complete say on all but "significant matters".  **The last thing you need is a conflict situation with another partner.**

Bill
Sent via BlackBerry from Cingular Wireless

-----Original Message-----
From: kj@diamantelife.com
Date: Tue, 8 May 2007 01:22:48
To:"Bill Najam" <billn@diamantelife.com>, "Ken Ayers" <kenja@roadrunner.com>
Subject: Fw:

Nashville deal...please read...gracias



-----Original Message-----
From: "Bhatti, Masood" <mbhatti@lehman.com>
Date: Mon, 7 May 2007 16:09:14
To:"K Jowdy" <kj@diamantelife.com>
Subject: FW:

This is great info - Kevin Fox had really insightful observations with difficult questions - Philip's answers are in bold (you may not see the bold on blackberry.  This is a must read.

----------------
 From: Philip Jones [mailto:philip@tentarapartners.com]
Sent: Friday, May 04, 2007 7:46 PM

1

27888