# FRANK T. SCONZO, JR., M.D., F.A.C.S., F.A.C.R.S.

286 Sills Road, Suite 5
East Patchogue, N.Y. 11772
(631) 654-3100
Fax (631) 654-0212

## Colon & Rectal Surgery

### FAX TRANSMITTAL SHEET

Date: 3/20/14

To: Matt Galioto

From: Dr Sconzo

Re: Checks

Number of pages (including cover sheet): 3

Comments: _____

> FBI agent clearly aware of Brady violation -- and decision to withhold exculpatory evidence damaging to his star-witness: John Kaiser...

This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or coping of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to the above address via the US Postal Service. Thank You.



$190,000 robbed by John Kaiser from Sconzo

3/20/2014



$10,000 robbed by John Kaiser from Sconzo