

- Masood Bhatti - Lehman Bros.
  - got a piece of Hawaii deal

- 260 acres - 1st piece of Hawaii investment
  just kept buying / expanding → 6,000 acres total

- Alan Warden - Windwalker = Accountant / contact

① times
there
(JC) met Jowdy = 2x in NYC
in NYC = Trust (2003) = Jowdy restaurant discuss.
(JC)
(KJ) - with a girl
= discuss project in Hawaii
= funding in Mexico

② time
another time @ a bar - in NYC = bar
- discussed Hawaii
- lending $ from Hawaii to Mexico    (KJ)(JK)

(JC) - not sure how (KJ) & (JC) met

(JC) = saw (KJ) in Mexico couple times
again discussed (KJ) wanted to borrow $ from Hawaii to Mexico
- would pay back after closing                ②

(KJ) - brought up borrowing $ from Hawaii project

borrowed millions from Hawaii project → $5M-$6M
- 1st was going to be $100's k ≠ not millions
- (JK) - not happy $ amt started to grow to Millions of $ to Mexico

discussed = Brian Berard (JK)

= was Agreement to borrow $ from Hawaii -

[annotation: 2004 Hawaii loan agreement]

(KJ) to (JK)  (KJ) - don't worry all $ will come
               (JK) - back; get repaid
- in NYC
discussed $ from Hawaii to Mexico
   - just to be used for Mexico
       ↓ no other project

Question to (JK):
2006 = update letter on Hawaii project -
(JK) - yes, I recall letter
(JK) - made these many times

[annotation: Many update letters from Kenner to the investors per Kaiser proffer...]

(JK) - never got $ back from (KJ)/Mexico

(JK) -

[annotation: Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior -- *if actually TRUE!*]

(3)

## Eufora

2007 = JK met Tommy Constantine in AZ @ JK's house

TC = introd as self made millionaire to JK

JK = heard about Eufora thru players/guys that Eufora - company will be big one day

in beginning = need couple hundred thousand @ first

JK — $2.2M — over 3yr period invested

JK — borrowed from family - majority of $
- Mother
- brothers - Keith

JK =
includes JK's friends $ —
- JK got 4 friends to invest

Donny Rae → ex-hockey player - lives in AZ
- bringing investors in Hawaii

JK = met DR - 1yr ago = heard of him prior
- when put house for sale in AZ - JK's house
- Brian Berard & JK own - 2½yrs ago bought
- JK - raised $ from friends to buy house in AZ

4

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from (TG)
- not invested in Hawaii

- (TC) - trying to fund $ for Hawaii w/ own funds
  - suppose to use own $ to fund Hawaii

- Ultimately $ came from friend of (TC)
  - $4M - Waikapuna closing

Robert Gaudet
(JK) met (RG) - ≡ golf pro
                ≡ knows people in Mexico

- tried to get $ for Hawaii

- believe above indiv. getting paid for getting $
  ≡ (RG) ≡
  ≡ (TG)

1st heard 2005 ≡ heard of Enfora from (JK) or players

(TC) ≡ showed (JK) Agreements w/ banks & credit card companies
  ≡ wanted increase ownership in Enfora → (TC)'s own shares in
  ≡ appeared to be great company → (JK)

⑤

= Dish Zero = (TC) → and Mark Ambrosio running $ from Eufora
Taser = accounts to these investments

Sergei Gonchar $ going to

all (JK) investment $ to (TC) went from
(JK) = TD Bank accts

(JK) - rec'd couple hundred thousand back from (PK)
(JK) fronted $ for renovation (PK) house in AZ

(PK) needed $ for Myrick lawsuit ← (JK) - gave (PK) $ from his house sale in Smithtown, NY
— (PK) never repaid

(6)

**$500,000 of these funds were immediately transfered to Kenner by Kaiser for the documented Kaiser (individual) purchase of land from Kenner in Mexico (los Frailes) -- also unknown to Kenner, Kaiser's friends and family -- See PK19 and PK50**

- PK - living in Vegas - Condo
  - house in AZ = is wife's from divorce

- JK = Palms Condos

Kaiser took money form his handicapped brother, his DEA friend Bobby Rizzi, and his doctor friend Sconzo (whom he later robbed for another $200,000 admitted by the Gov't in their forfeiture brief)...

2007 or 2008
- TC - new Maloof in Vegas
  - invested - JK friends, 3
  ① Keith Kaiser - brother
  ② Bobby = Police officer } $550K together for penthouse @ Palms
  ③ and doctor friend of JK

- Jay McKee } on Note = 2 separate units } get 15% from $ - promised by TC
- Mike Peca
  went into it to buy & sell quickly

- closing went through TC

- PK - was not involved in Palms R/E
  - as far as TC remembers

Clearly -- no closing "with Kaiser" EVER occurred...

★ Global Settlement Fund • set-up by TC = w/ KJ + PE
  - pay Ethan Moreau back - from Palms
  - Eufora - & players $
  - Mexico -
  - used to straighten $ investment mess which happened throughout years.

Eufora / Palms
- TC instructed Ronald Richard to send $ to Eufora acct so he can distribute to players = GS Fund $
- TC instructed JK friends - investment $ - to go to Ronald Richards - not Eufora

⑦

- (JC) involved w/ → renovated — (JK) → brothers did work ≡ Hermosa Beach house - (PK) - owned ~~to them~~ sold
  - (PK) - owes $ from house construction/renovat[ion]
  - (JK) - brothers worked on house ≡ took 4 months
  - (JK) - raised funds to buy house from:
    - ≡ (JK) - mother
    - brothers
    - friends
  - (JK) - not rec'd $ from (PK) on house yet
  - (PK) - will get $ from Hermosa Beach house when AZ house sells
    - ≡ on market now

- (JK) - met (NJ) in Hawaii
- Nick James -
  - ≡ did stuff for Hayday racing + (TC)

- (NJ) called (TC) to get married
  - $20k-80k - asked $ from (JK) - (JK) said no
  - ② borrowed from (PK)

- (NJ) did NOT work or invest in Hermosa Beach house

⑧

Los Frailles - investment

~2008

- (JK) + has friends invested in ~$1M

- (JK) - included in the $1M

- purchase property + develop
  - $1M used to purchase property ⇒ sell parcels to get $ back from 1st investment

→ Bobby Goudet - told (JK) about investment

(JK) - not involved in Los Frailles
  ↓ does have clients involved / hockey players

(JK) - went down there w/ friends to see

(JK) - 6 mos. ago in Cabo ≡ Toudy project
  ≡ golf course - done
  ≡ suppose to put up condo
  ≡ never went to North property
       DDM

⑨

