

$2.2mm Investment in Little Isle 4

Confirms ZERO of the $2.2mm originally used...

Signed by Nolan

TNTC000766

# DISBURSEM_NT REQUEST AND AUTHOI_ATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $2,200,000.00 | 10-15-2005 | 11-03-2006 | 1386 | | 278950 | 25725 | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** OWEN NOLAN
15471 Francis Oaks Way
Los Gatos, CA 95032

**Lender:** NORTHERN TRUST BANK, N.A.
CAMELBACK OFFICE
2398 EAST CAMELBACK ROAD
SUITE 400
PHOENIX, AZ 85016

**LOAN TYPE.** This is a Variable Rate Nondisclosable Revolving Line of Credit Loan to an Individual for $2,200,000.00 due on November 3, 2006. The reference rate (NORTHERN TRUST BANK, N.A. PRIME RATE, currently 6.750%) is added to the margin of -0.250%, resulting in an initial rate of 6.500. This is a secured renewal loan.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ **Personal, Family, or Household Purposes or Personal Investment.**

☒ **Business (Including Real Estate Investment).**

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Renewal of line of credit originally used for investment in Little Isle IV LLC.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $2,200,000.00 as follows:

| | |
|---|---|
| **Undisbursed Funds:** | $11,362.91 |
| **Amount paid to others on Borrower's behalf:** | $2,188,637.09 |
| $2,188,637.09 to Balance at time of renewal | |
| **Note Principal:** | $2,200,000.00 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED OCTOBER 15, 2005.

**BORROWER:**

X_______________________
OWEN NOLAN

LASER PRO Lending, Ver. 5.28.00.004 Copr. Harland Financial Solutions, Inc. 1997, 2005. All Rights Reserved. - AZ L:\LPS-AZ\CFI\LPL\I20.FC TR-24688 PR-17

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $2,200,000.00 | 11-03-2006 | 11-03-2007 | 1386 | | 278950 | 33631 | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** OWEN NOLAN
C/O Phil Kenner
10705 E. Cactus Rd
Scottsdale, AZ 85259

**Lender:** NORTHERN TRUST, NA
CAMELBACK OFFICE
2398 EAST CAMELBACK ROAD
SUITE 400
PHOENIX, AZ 85016

**LOAN TYPE.** This is a Variable Rate Nondisclosable Revolving Line of Credit Loan to an Individual for $2,200,000.00 due on November 3, 2007. The reference rate (NORTHERN TRUST PRIME RATE, currently 8.250%) is added to the margin of -0.250%, resulting in an initial rate of 8.000. This is a secured renewal loan.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Personal, Family, or Household Purposes or Personal Investment.

☒ Business (Including Real Estate Investment).

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Renewal of line of credit originally used for investment in Little Isle IV LLC.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $2,200,000.00 as follows:

| | |
|---|---|
| **Undisbursed Funds:** | $823,693.00 |
| **Amount paid to others on Borrower's behalf:** | $1,376,307.00 |
| $1,376,307.00 to Balance at time of renewal | |
| **Note Principal:** | $2,200,000.00 |

**SUCCESSOR BANK NAME.** NORTHERN TRUST, NA is successor to NORTHERN TRUST BANK, N.A. and to NORTHERN TRUST BANK OF ARIZONA, N.A. and for these purposes the names Northern Trust, NA and Northern Trust Bank, N.A. and Northern Trust Bank of Arizona, N.A. shall be read as being one and the same as to the rights, duties and obligations herein.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED NOVEMBER 3, 2006.

**BORROWER:**

X ______________________
OWEN NOLAN

LASER PRO Lending, Ver. 5.33.00.004 Copr. Harland Financial Solutions, Inc. 1997, 2006. All Rights Reserved. - AZ L:\LPS-AZ\CFI\LPL\U20.FC TR-27394 PR-17

# DISBUR MENT REQUEST AND AUTI RIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $2,200,000.00 | 11-03-2007 | 11-03-2009 | 1386 | | 278950 | 33631 | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** OWEN NOLAN
C/O Phil Kenner
10705 E. Cactus Rd
Scottsdale, AZ 85259

**Lender:** NORTHERN TRUST, NA
CAMELBACK OFFICE
2398 EAST CAMELBACK ROAD
SUITE 400
PHOENIX, AZ 85016

**LOAN TYPE.** This is a Variable Rate Nondisclosable Revolving Line of Credit Loan to an Individual for $2,200,000.00 due on November 3, 2009. The reference rate (NORTHERN TRUST PRIME RATE, currently 7.500%) is added to the margin of -0.250%, resulting in an initial rate of 7.250. This is a secured renewal loan.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Personal, Family, or Household Purposes or Personal Investment.

☒ Business (Including Real Estate Investment).

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Renewal of line of credit originally used for investment in Little Isle IV LLC.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $2,200,000.00 as follows:

| | |
|---|---|
| Undisbursed Funds: | $10,203.98 |
| Amount paid to others on Borrower's behalf: | $2,189,796.02 |
| $2,189,796.02 to Balance at time of renewal | |
| Note Principal: | $2,200,000.00 |

**SUCCESSOR BANK NAME.** NORTHERN TRUST, NA is successor to NORTHERN TRUST BANK, N.A. and to NORTHERN TRUST BANK OF ARIZONA, N.A. and for these purposes the names Northern Trust, NA and Northern Trust Bank, N.A. and Northern Trust Bank of Arizona, N.A. shall be read as being one and the same as to the rights, duties and obligations herein.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED NOVEMBER 3, 2007.

**BORROWER:**

X ______________________
OWEN NOLAN

LASER PRO Lending, Ver. 5.39.00.008 Copr. Harland Financial Solutions, Inc. 1997, 2007. All Rights Reserved. - AZ L:\LPS-AZ\CFI\LPL\J20.FC TR-29791 PR-17