# 18 North Haven Way, North Haven
3.96 Acres

## SALES HISTORY

| SALES DATE | PRICE | SQ. FT. | TAXES | |
|---|---|---|---|---|
| 5/9/12 | $740,000 | Vacant Lot | $6,142 | Buyer / Seller |
| LED Better Development Company, LLC (seller) to Larry & James Realty LLC (buyer) | | | | |
| 8/24/10 | $27,303 | Vacant Lot | $4,351 | Buyer / Seller |
| Transfer Note: Buyer or Seller is a government agency | | | | |
| 10/25/06 | $750,000 | Vacant Lot | $6,007 | |

