*Berard AZ deposition forgery LIES*

Berard testified in his October 9, 2014 deposition that his signature on the Special – Power of Attorney was a FORGERY, Donlan's signature was a FORGERY *and so was the NOTARY who stamped and notarized the document*.

*Ironically for the EDNY – this document – which evidence shows was 100% signed by Berard and mailed via Kenner's own FedEx account to Kenner – was also witnessed by EDNY "<u>tracing</u>" witness and Berard, best friend – Lanie Donlan...*

Page 39 –

>Q – *By Mr. Baker* – Let me show you what's been marked as Exhibit Number 3.  The first page is just the County Recorder's printout showing the document, the recording number, the date.  If you turn to page 2, it says Power of Attorney, hyphen, Special.  And on the second page, it states Bryan Berard and a signature.  Did you sign that document?
>
>A – I don't recall.  What was the date?
>
>Q – Of signature?
>
>A – Yeah.
>
>Q – The 24th of April.
>
>A – I don't recall.
>
>Q – If you turn to the next page, there's a notary.
>
>### *A – I did not sign this.*

Then – on page 41 – Berard continues his fraudulent claim about not signing the document and further CLAIMING the notary stamp is a FORGERY.

>Q – So is it your testimony that you did not sign this Power of Attorney?
>
>A – Not that I recall, no.
>
>### Q – Well, we need to be clear on this.  Is it you could have, you don't recall –
>
>### *A – No, I did not sign this.*
>
>Q -- -- or no, I did not sign this?
>
>### *A – No, I did not sign this Power of Attorney.*

1

> Q – So that notary of Mr. Medlin, your testimony would have to be that it is fictitious?
>
> ***A – YES.***

EDNY government witness Lanie Donlan's signed the document with the alleged **FAKE NOTARY of WILLIAM MEDLIN** in MA on April 24, 2008.  Berard **ACTUALLY** sent Kenner the following text <u>confirming</u> that Berard was in Boston (*in "Southie" with Donlan*) at the time of the document notary --

| | | | | |
|---|---|---|---|---|
| 442 | +14015246929<br>Bryan Berard* | 4/21/2008 2:00:09 AM(UTC+0) | Read | *Boston is killn my liver!!!!!!! Lol. U gotta come here worst is I'm even hangn in southie* |

***Later that same day*** -- Kenner texted Berard (*re- the need for the notarized document which Berard called a forgery for "PV" (Paradise Valley)*)–

| | | | | |
|---|---|---|---|---|
| 532 | +14015246929<br>Bryan Berard* | 4/21/2008 6:19:35 PM(UTC+0) | Sent | *Call me when free about PV* |

Kenner sent the Power of Attorney document to Berard for a signature and NOTARY after they spoke on the phone.

Berard sent the following to Kenner to confirm Kenner would get the Power of Attorney document signed on the 24th of April (*day of the signature, witness from Donlan and notarized stamp from William Medlin - ABOVE*) –

| | | | | |
|---|---|---|---|---|
| 463 | +14015246929<br>Bryan Berard* | 4/23/2008 9:14:25 PM(UTC+0) | Read | *I get back 2 hboston 2nite so ill get papers 2 u 2morrow so ull have friday!!!* Howd u guys do n tourney?? |

In fact --- Berard inquired about using Kenner's FedEx account to send him the notarized document "*so ull have friday!!!*"  – which Berard called a **FORGERY** in the AZ case –



| | | | | |
|---|---|---|---|---|
| 486 | +14015246929<br>Bryan Berard* | 4/24/2008 7:52:38 PM(UTC+0) | Read | *Ok 2 use ur fed x acct # 4 package??* |

2

*Berard AZ deposition forgery LIES*

| | | | | |
|---|---|---|---|---|
| 582 | +14015246929 Bryan Berard* | 4/24/2008 7:52:50 PM(UTC+0) | Sent | *Yes* |
| 487 | +14015246929 Bryan Berard* | 4/24/2008 7:54:08 PM(UTC+0) | Read | *Thanks* |

CLEARLY Berard PERJURED himself in the AZ case – again echoing the same FORGERY claims that have been resonating falsely since the 2008-09 Jowdy, Meeks, and Harvey claims (*to disrupt the 2008-09 Jowdy UNPAID loans litigation and the 2009 Nolan arbitration*) and continuing thru Kaiser and Berard's AZ defenses (*represented by the same AZ attorney as Jowdy – working hand-in-hand with Tom Harvey*).

The judge in the AZ case ruled against Berard (*below*) – even without the Kenner text messages (*since Kenner was in EDNY detention and could not testify during the 2015 civil trial – costing Kenner about $1mm in losses*).

*See R33 055e -- AZ ruling -- Kenner v Kaiser (paragraph 49)*

> 49. Kaiser and Berard ratified allegedly forged signatures by their signing of subsequent documents which relied upon the allegedly forged documents. Kaiser alleges that his signature was forged to exhibit 38, the Shangri-La Trust 1999. However, Kaiser then executed a number of recorded documents as the Trustee of the Shangri-La Trust 1999. Kaiser could not have done this without the Shangri-La Trust 1999 agreement and his appointment as the Trustee. Berard testified that his signature on the Power of Attorney – Special (exhibit 25) and Deed of Trust (exhibit 26) were forged. However, Berard signed a number of recorded documents as a grantor, including the Quit Claim Deed transferring the property to John R. Kaiser, Trustee of the Shangri-La Trust 1999 (exhibit 27).
>
> 50. Sydor, Ranford and Khristich had valid a[...] amounts and on the terms set forth within their respe[...] 8224 North Golf Drive, Paradise Valley, AZ as described[...]

Berard claimed FORGERY -- echoing the Kaiser fraudulent claims in the AZ case and the EDNY...

3