

Northern Trust Bank, N.A.
7600 E. Doubletree Ranch Road #100
Scottsdale, Arizona 85258

**Statement of Account**

Page 1 of 3

Please refer statement inquiries to:
**Aaron Mascarella**
**(480) 951-6711**

KAU HOLDING COMPANY LLC
10705 E CACTUS
SCOTTSDALE AZ 85259-2931

0 Items Enclosed

**Statement Period**
**08/05/05 through 08/31/05**

## Basic Business Checking           Account Number: 1411025821

| | |
|---|---:|
| Beginning Balance on August 5, 2005 | 0.00 |
| Checks and Other Items Paid | (956,484.00) |
| Deposits and Credits | 1,000,000.00 |
| Ending Balance on August 31, 2005 | 43,516.00 |
| Average Collected Balance | 177,698.00 |

### Other Items Paid

| Date | Description | | Amount |
|---|---|---|---:|
| 08-08 | Domestic Wire | TITLE GUARANTY ESCROW SERVICES INC | 300,000.00 |
| Control Number: 996000808122746 | | | |
| 08-08 | Service Fee For: | DOMESTIC WIRE | 22.00 |
| Control Number: 996000808122746 | | | |
| 08-10 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411026189 | 280,000.00 |
| Control Number: 02000810145114 | | | |
| 08-16 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411026189 | 5,000.00 |
| Control Number: 02000816155355 | | | |
| 08-16 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411013249 | 15,000.00 |
| Control Number: 02000816155332 | | | |
| 08-22 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411026189 | 15,000.00 |
| Control Number: 02000822160942 | | | |
| 08-22 | Domestic Wire | C. BREWER & CO. LTD | 64,440.00 |
| Control Number: 996000822160950 | | | |
| 08-22 | Service Fee For: | DOMESTIC WIRE | 22.00 |
| Control Number: 996000822160950 | | | |
| 08-26 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411012756 | 12,000.00 |
| Control Number: 02000826154250 | | | |

CONFIDENTIAL                                                                                                         NTC012759

Member FDIC                                                                              Equal Housing Lender 



Northern Trust

Northern Trust Bank, N.A.
7600 E. Doubletree Ranch Road #100
Scottsdale, Arizona 85258

**Statement of Account**

Page 2 of 3

**Aaron Mascarella**

KAU HOLDING COMPANY LLC

**Basic Business Checking**          Account Number:  1411025821

### Other Items Paid

| Date | Description | | Amount |
|---|---|---|---|
| 08-26 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411012916 | 20,000.00 |
| Control Number: 02000826103721 | | | |
| 08-26 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411012916 | 30,000.00 |
| Control Number: 02000826103113 | | | |
| 08-26 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411026189 | 140,000.00 |
| Control Number: 02000826152802 | | | |
| 08-29 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411014858 | 5,000.00 |
| Control Number: 02000829121531 | | | |
| 08-29 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411026189 | 60,000.00 |
| Control Number: 02000829121512 | | | |
| 08-30 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411026189 | 10,000.00 |
| Control Number: 02000830113017 | | | |

### Deposits and Credits

| Date | Description | | Amount |
|---|---|---|---|
| 08-05 | Domestic Wire | B/O ETHEL KAISER | 400,000.00 |
| Control Number: 406000805162732 | | | |
| 08-08 | Domestic Wire | VINCENT J. TESORIERO | 150,000.00 |
| Control Number: 996000808104548 | | | |
| 08-08 | Domestic Wire | BANK OF NEW YORK /NONE/ | 150,000.00 |
| Control Number: 996000808122231 | | | |
| 08-23 | Domestic Wire | ETHEL DELORES KAISER | 300,000.00 |
| Control Number: 996000823130613 | | | |

### Basic Business Checking Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08-05 | 400,000.00 | 08-22 | 20,516.00 | 08-30 | 43,516.00 |
| 08-08 | 399,978.00 | 08-23 | 320,516.00 | 08-31 | 43,516.00 |
| 08-10 | 119,978.00 | 08-26 | 118,516.00 | | |
| 08-16 | 99,978.00 | | | | |



$700,000 from Ethel Kaiser deposits despite her EDNY testimony that she invested $390,000 (*not $700,000*) with her son -- and not Kenner... **Tr.933**

$150,000 from **Tesoriero's parents** according to his 2014 FBI proffer -- *Ex. 1048 ¶13.*

$150,000 invested and NEVER returned by Kaiser after $1.176mm full repayment in Aug 2006 -- ***Ex. 1048 ¶12.***

Equal Housing Lender



# Northern Trust

Northern Trust Bank, N.A.
7600 E. Doubletree Ranch Road #100
Scottsdale, Arizona 85258

*Statement of Account*

Page 3 of 3

**Aaron Mascarella**

KAU HOLDING COMPANY LLC

**Basic Business Checking**     Account Number: 1411025821

YOUR VISA DEBIT CARD IS PROTECTED BY "VERIFIED BY VISA". WHEN YOU SHOP AT PARTICIPATING ONLINE STORES, YOU WILL BE ASKED TO ENTER INFORMATION TO ACTIVATE YOUR CARD-WHEN COMPLETED-YOU WILL HAVE ADDED SECURITY. CONTACT YOUR RELATIONSHIP MANAGER FOR MORE INFORMATION ABOUT THIS SERVICE.
NORTHERN PHONE BANKING (888) 289-6542

CONFIDENTIAL     NTC012761

Member FDIC     Equal Housing Lender