
## Northern Trust

Northern Trust Bank, N.A.
7600 E. Doubletree Ranch Road #100
Scottsdale, Arizona 85258

*Statement of Account*

Page 1 of 3

Please refer statement inquiries to:
**Northern Phone Banking**
**(888) 289-6542**
**outside US & Canada (312) 444-4454**
or
For other banking services
**Rebecca Poe**
**(480) 951-6711**

NA'ALEHU VENTURES 2006 LLC
10705 E CACTUS
SCOTTSDALE AZ 85259-2931

> Lehman closing distribution to Kenner JV partner...

08/09/06 through 08/31/06

---

**Commercial Checking**                                Account Number: **1411023164**

| | |
|---|---:|
| Beginning Balance on August 9, 2006 | 0.00 |
| Checks and Other Items Paid | (6,010,807.85) |
| Deposits and Credits | 6,834,287.29 |
| Ending Balance on August 31, 2006 | 823,479.44 |
| Average Collected Balance | 3,160,376.00 |

> Total of $1,176,768 REPAID to Kaiser for his $1.1m loan/investment to Hawaii -- Kaiser was the only investor FULLY REPAID at the closing...

### Other Items Paid

| Date | Description | | Amount |
|---|---|---|---:|
| 08-15 | Pre-Authorized ACH | DELUXE CHECK CHECK/ACC. 060815 | 85.70 |
| 08-17 | Debit | | 3,000.00 |
| 08-17 | Domestic Wire | CHRIS MANFREDI | 12,288.00 |
| 08-17 | Domestic Wire | PHILIP A KENNER | 34,513.00 |
| 08-17 | Domestic Wire | PHILIP A KENNER | 45,410.00 |
| 08-17 | Domestic Wire | JOHN KAISER | 69,400.00 |
| 08-17 | Domestic Wire | JOHN KAISER | 82,915.00 |
| 08-17 | Domestic Wire | JOHN KAISER | 110,000.00 |
| 08-18 | Transfer Request | TRANSFER TO DEPOSIT ACCOUNT 1411629529 | 34,400.00 |
| 08-18 | Domestic Wire | HAWKWEST, LLC | 5,294.00 |
| 08-18 | Domestic Wire | DIMITRI KHRISTICH | 5,432.00 |
| 08-18 | Domestic Wire | BRENDA MOSES | 12,498.00 |
| 08-18 | Domestic Wire | CHRISTOPHER HAWKINS | 15,000.00 |
| 08-18 | Domestic Wire | KRISTINE MYRICK | 20,000.00 |
| 08-18 | Domestic Wire | LANIE DONLAN | 20,000.00 |
| 08-18 | Domestic Wire | DARRYL SYDOR | 40,000.00 |
| 08-18 | Domestic Wire | DIMITRI KHRISTICH | 89,440.00 |
| 08-18 | Domestic Wire | CHRIS MANFREDI | 172,000.00 |

> $262,315 paid to Kaiser per his settlement DEMANDS...



**Northern Trust**

Northern Trust Bank, N.A.
7600 E. Doubletree Ranch Road #100
Scottsdale, Arizona 85258

*Statement of Account*

Page 2 of 3

See $360k Equity Transfer Agreement with Kaiser -- which allowed Kaiser to become the Hawaii Manging Member

NA'ALEHU VENTURES 2006 LLC

**Commercial Checking**  Account Number: 1411023164

### Other Items Paid

| Date | Description | | Amount |
|---|---|---|---|
| 08-18 | Domestic Wire | JOHN KAISER | 195,000.00 |
| 08-18 | Domestic Wire | GUIDE DOG, LLC | 360,000.00 |
| 08-22 | Domestic Wire | JEFFREY HIRSHBERG, CPA | 1,400.00 |
| 08-22 | Domestic Wire | BRIGTON ESCROW, INC | 2,800.00 |
| 08-25 | Domestic Wire | JERRY GLATT | 10,204.00 |
| 08-25 | Domestic Wire | CHARLES SCHWAB | 20,408.00 |
| 08-25 | Domestic Wire | E. MOREAU IV VENTURES ULC | 40,816.00 |
| 08-25 | Domestic Wire | CHARLES SCHWAB | 40,816.00 |
| 08-25 | Domestic Wire | CHARLES SCHWAB | 42,553.00 |
| 08-25 | Domestic Wire | CHARLES SCHWAB | 42,553.00 |
| 08-25 | Domestic Wire | CHARLES SCHWAB | 42,553.00 |
| 08-25 | Domestic Wire | CHARLES SCHWAB | 42,553.00 |
| 08-25 | Domestic Wire | MERRILL LYNCH | 42,553.00 |
| 08-25 | Domestic Wire | CHARLES SCHWAB | 63,830.00 |
| 08-25 | Domestic Wire | PHILIP A KENNER | 109,473.00 |
| 08-25 | Loan Payment | LOAN ACCOUNT # 254393 CLIENT SRVCS REF #4157502 | 122,541.00 |
| 08-25 | Loan Payment | LOAN ACCOUNT # 278547 CLIENT SRVCS REF #4157412 | 294,098.00 |
| 08-25 | Loan Payment | LOAN ACCOUNT # 252996 CLIENT SRVCS REF #4158942 | 294,098.00 |
| 08-25 | Loan Payment | LOAN ACCOUNT # 279806 CLIENT SRVCS REF #4157342 | 326,775.00 |
| 08-25 | Domestic Wire | JOHN KAISER | 359,453.00 |
| 08-25 | Loan Payment | LOAN ACCOUNT # 279574 CLIENT SRVCS REF #4157383 | 392,130.00 |
| 08-25 | Loan Payment | LOAN ACCOUNT # 279582 CLIENT SRVCS REF #4157492 | 400,299.00 |
| 08-25 | Loan Payment | LOAN ACCOUNT # 279590 CLIENT SRVCS REF #4157392 | 401,933.00 |
| 08-25 | Loan Payment | LOAN ACCOUNT # 289369 CLIENT SRVCS REF #4157373 | 580,026.00 |
| 08-25 | Loan Payment | LOAN ACCOUNT # 278950 CLIENT SRVCS REF #4157332 | 718,905.00 |
| 08-25 | Pre-Authorized ACH | CREDIT CARD ELECT PYMT 060823 | 1,567.00 |
| 08-25 | Pre-Authorized ACH | CREDIT CARD ELECT PYMT 060823 | 4,844.04 |
| 08-25 | Pre-Authorized ACH | CREDIT CARD ELECT PYMT 060823 | 8,357.11 |
| 08-31 | Domestic Wire | KRISTINE MYRICK | 10,638.00 |

$914,453 deposited for Kaiser per settlement terms...

NAAZ000434

Member FDIC    Equal Housing Lender