## Northern Trust Bond Interest payments (annual)

| Mike Peca: | Leveraged interest received | | Owen Nolan: | Leveraged interest received | | Darryl Sydor: | Leveraged interest received |
|---|---|---|---|---|---|---|---|
| 2004 | $0 | | 2004 | $40,122 | | 2004 | $28,268 |
| 2005 | $35,199 | | 2005 | $119,458 | | 2005 | $56,315 |
| 2006 | $80,270 | | 2006 | $137,994 | | 2006 | $57,839 |
| 2007 | $82,521 | | 2007 | $140,379 | | 2007 | $49,702 |
| 2008 | $78,675 | | 2008 | $114,178 | | 2008 | $46,239 |
| 2009 | $23,387 | | 2009 | $40,747 | | 2009 | $10,852 |
| Total: | **$300,052** | | Total: | **$592,878** | | Total: | **$249,215** |

| Steve Rucchin: | Leveraged interest received | | Bryan Berard: | Leveraged interest received | | Joe Juneau: | $120,000 |
|---|---|---|---|---|---|---|---|
| 2004 | $3,395 | | 2004 | $0 | | | |
| 2005 | $34,564 | | 2005 | $11,947 | | | |
| 2006 | $52,763 | | 2006 | $42,958 | | | |
| 2007 | $52,754 | | 2007 | $30,997 | | | |
| 2008 | $47,554 | | 2008 | $29,355 | | | |
| 2009 | $19,083 | | 2009 | $14,057 | | | |
| Total: | **$210,113** | | Total: | **$129,314** | | | |

| Glen Murray: | Leveraged interest received | | Sergei Gonchar: | Leveraged interest received | | Mattias Norstrom: | Leveraged interest received |
|---|---|---|---|---|---|---|---|
| 2004 | $8,161 | | 2004 | $0 | | 2004 | $4,803 |
| 2005 | $43,840 | | 2005 | $7,775 | | 2005 | $42,005 |
| 2006 | $57,423 | | 2006 | $40,487 | | 2006 | $54,636 |
| 2007 | $61,143 | | 2007 | $44,721 | | 2007 | $57,501 |
| 2008 | $53,544 | | 2008 | $40,622 | | 2008 | $46,202 |
| 2009 | $19,359 | | 2009 | $10,734 | | 2009 | $13,796 |
| Total: | **$243,470** | | Total: | **$144,339** | | Total: | **$218,943** |

| Total interest received -- | | | | |
|---|---|---|---|---|
| Named in Supeseding Indictment: | $1,481,572 | | $1,601,572 | with juneau = 120k |
| Not named in superseeding Indictment: | $606,752 | | | |
| Total: | **$2,088,324** | | | |