St. Andrew's Plaza, ≡ 5th Floor

02/8/10 - @ 9:30 AM

J. Moore
C. Castano ≡ SEC
Sergei Gonchar
Ron Richards ≡ Atty
Scott Romanowski
Matt Galiotto ≡ FBI

(JM) - went over Proffer Agreement

(RR) - agreed - (SG) signed

(310) 753-8777
Ron Richards on telephone ≡ cell

≡ Born in Russia ≡ until 18 y.o.
≡ drafted by Washington Capitals ≡ 10 yrs playing w/ Capitals
  signed @ 20 y.o.
    → Boston - lock-out
    → Russia
    → Pittsburg Penguins

- met (PK) through Team mates - Washington Capitals
  → 12 years ago   → = Joe Juneau (already)
                    = Chris Simon) w/
- 1st time investing in U.S   → played in college w/ (PK)
- 1st year or so - learning / talking about investing
  with (PK) = had dinners w/ (PK)
≡ Juneau & Simon - came to rink w/ (PK)
  → in Washington

SG = PK was affiliated w/ Assante @ that time
- offered help investing $$
PK - mortgages - would help SG with

1st year - did not pay PK @ that time - just advice

SG - signed contract w/ Assante - PK
- made some $$ - things going well
SG - putting $$ in little by little = each pay check SFR
monthly - check to Assante
SG - rec'd monthly statements from Assante

invested - stock Market + Bonds
SG - PK - would explain strategy - Assante PK - would invest per strategy
SG - not sure how PK was paid
PK - left Assante = 5-6 years ago
went to work on his own Business

PK - working w/ 20-30 other NHL players ⎨ Jay McKee, Norstrom, Sydor, Campbell, Simon-Berard, Woolley, Vladmir, Dmitri K

SG - relationship w/ PK good
= comes to house ; PK knows family ; dinners
= "friends" w/ PK

after Assante = PK - started own company = not sure name
SG - left Assante = b/c his company - wanted to focus on indiv. - make it easier

SG - signed contract w/ new company
SG - % of $ invested went to pay PK

(Charles Schwab) → (PK) - helped set-up + suggested

(SG) - send $ to his Trust acct. from his checking acct. (Mellon)

(SG) + (PK) - would discuss investments

- Charles Schwab - send statement

(PK) - set-up - Wells-Fargo Acct for (SG)

- no other accts open / opened - Schwab
  Mellon
  Fargo
  Russian acct
  (set up (SG) father)

2003

(PK) - told (SG) about RE investment in Mexico + Ken Jowdy
(PK) - KJ - was developer; found land; supervise project - Northern Baja
(PK) - should make $ on it — did not see
(PK) - was suppose to represent NHL interest = 12 players
- year later - told (SG) about CSL project
(PK) - in tourist location; develop 1st g better opportunity = flew to see w/ wife + daughter
- Phil Mickelson - will be involved in golf course

Met (PK) in NY through friends

(SG) - invested in Northern Baja
(SG) rec'd business plan

(PK) - told (KJ) not doing anything on Baja project

2003-2004 — Northern Baja - project -
- (SG) - $500k invested - told to buy land & develop - by (PK)
- (SG) = never told $ was to be used for anything else

2004-2005 — CSL project -
- (SG) - $250k invested

— Spoke to (KJ) once later on

— had business plan before invested
  - provided by (PK)

— (PK) & (KJ) - partners in project

— $500k - from Schwab acct.
  - acct info to be wired provided by (PK)

— ~~A frame~~ SFR

— (PK) - Schwab acct - may have had access to acct ≡ short time
  - call before - buy & sell stocks only

— would give authorization for wires

CSL = $250k - invested - buy land & develop
— went to see property after investment — flew on plane - charter
same day {
  - met Ken Jowdy there @ house in CSL ≡ not on property
  - had dinner that night — spoke about buying another plane; travel to Russia
    - architect @ dinner too.
    - (KJ)
    - (PK)
    - (SG) + wife
}

Diamante Air - Falcon

(PK) - to bring investors to CSL and/or Northern Baja

(PK) = (KJ) - supervise plane/charter/make the pmts on

investors { investors - (PK) → $250K (approx.) | (KJ) - no $ in Air
(PK) & (SG) only                Guarantee ($1M loan)  (SG) - do not believe
         (SG) → $250K invested                        (KJ) put $ in any investment
                = to buy plane

(PK) - told (SG) that he is putting $250K of his own $$

(PK) told (SG) before (SG) invested {  CSL - (PK) invested own $ } over $1M
                                       Rosario

(KJ) - found plane to buy - (SG) investment
(SG) - doesn't know who owned prior

(SG) - rec'd letter from Bank 2 yrs later pmts not being made by (KJ)
~ also found additional plane - (SG) not aware of this plane

4-5 yrs ago (PK) introd (SG) = Tommy Constantine - talking to Bank for (SG) & (KJ)
(SG) invested $ - Eufora - debit card company ≡ $250K + $200K + $250K (SG) invested

(PK) told (SG) (KJ) - trying to buy plane for half price (KJ) calling Bank

- (SG) met (personally) in 11/08 =
- (SG) = did not know about (TC) past problems until article in Post

- (PK) - told (SG) - spending $35M on golf course
- 2007 - bought golf course in Houston - & left CSL & Raj. projects doing nothing (CS)

- (TC) & (PK) - in November @ (SG) house - Pittsburg
- (PK) - meets during season w/ hockey players to discuss situation

- (SG) not surprised - knew problems w/ (EJ) & (PK) before

- NY Post Article - July/August 2009
- (PK) - called & told (SG) article
- (SG) friends called & told him & other players - teammates

- (SG) called (PK) that day & (TC)
  - (PK) - not surprised - re: investments
  - (TC) - said he made a mistake when he was young - agreed to meet to talk later

fall 2005
- (PK) + (TC) + (SG) faife @ (SG) house in Pittsburg
  - investments
  - how go after (KJ)
  - where @ w/ lawyers
  - blamed (KJ) - it's his fault
  - going to hire lawyer - Ron Richards
  - move forward + go after (KJ)

- (PK) - said he of article - that SFR

- (PK) - told (SG) - Gov't has interest from article

- (PK) - (SG) - invested in another company rubber recycling 2000

2003
- (SG) - invested in Hawaii - land purchased
- (PK)                           (PK) - found developer
- (TC) - invested own $$              to develop land
investors = other hockey players - Owen Nolan; Kristich;
- (PK) - approached (SG) + explained how to work
       = good opportunity buying land - NOT RISKY

= $1M - (SG) - invested = in beginning $100k - $150k -
        in Hawaii       rest# Guarantee in Bonds
                        transfer to Northern Trust
                        - Bond Portfolio - Northern
* project on hold now                        trust
  b/c of economy          (TC) - setup acct.  managing

* (SG) - rec'd no $ back

- (SG) = has not seen land in Hawaii
  - own land b/c (PK) said so; doesn't know otherwise

- = investments - (PK) to (SG)
- (PK) - since own land; have asset then - not risky
- (PK) Northern - 5-7 yrs to develop; then switch focus to CSL

- (SG) put in $400k in CSL - for villa's  *[annotation: These funds were subsequently stolen by Jowdy and diverted to his new Tennessee project -- ignored by Galioto (Ex. 1154)...]*
  - rec'd back $400k - 2 yrs ago
  - pulled $ back b/c nothing being done - (PK) told (SG)
  - ask for $ back

- Jason Woolley - was traveling w/ (PK)
  - spending time in CSL; bringing in clients
  - saw nothing being done there too

- (PK) - took care of getting $ back
  - went to Schwab acct - (SG)

*[annotation: From the Stanley Cup photo]*

- Woolley = spoke to about (KJ)
- Sydor = - not doing what he is suppose too.

*[annotation: Confirmed to the Galioto led 2011 SDNY Grand Jury]*

- Northern - property

- (SG) - (PK) - told (SG) $ in Hawaii will be loaned to (KJ)

*[annotation: "future tense"]*

> Gonchar had dinner in Cabo san Lucas with Jowdy in 2004 -- before the loans began...

(SG) = heard that $ from Hawaii loaned to (KJ) [from (KJ)] once.
= doesn't recall how much $ loaned to (KJ)
= (KJ) - only entity Hawaii loaned $ to.

(SG) - has docs from Hawaii investments

Schwab - Jim Graham - (SG) → rep. from Schwab

> Contacted by Galioto in 2010 and told to disassociate with Kenner of he would become complicit in the Indictment. This further eroded Kenner's ability to financially fight Jowdy, as planned by Galioto, Harvey and Freeh.