## NA' ALEHU MANAGEMENT, L.L.C.

## MEMBERS CONSENT

The undersigned, being all of the Members of NA'ALEHU MANAGEMENT, L.L.C., a Delaware limited liability company (the "Company"), hereby approve and adopt the following resolutions:

**John R. Kaiser – New Member**

RESOLVED, that the Company, has agreed to admit John R. Kaiser as a Member to the Company effective immediately;

RESOLVED, that John R. Kaiser shall be the Managing Member of the Company effective immediately;

RESOLVED, Philip A. Kenner has resigned as a Member and Manager of the Company effective as of 11:59 PM as of the date of this Consent; and

FURTHER RESOLVED, that this Consent may be signed in any number of original or facsimile counterparts, each of which shall be deemed to be an original, and all of which, when taken together, shall be deemed to be a single document.

*[SIGNATURES ON FOLLOWING PAGE]*

Dated: December 31, 2007.

          MEMBERS:

          _____
          Philip A. Kenner

          _____
          John R. Kaiser
          Managing Member

*[SIGNATURE PAGE OF MEMBERS CONSENT OF NA'ALEHU MANAGEMENT, L.L.C.]*