Fwd: Global Settlement

**Subject:** Fwd: Global Settlement
**From:** Pk <kenner33@gmail.com>
**Date:** 7/21/2009 10:01 AM
**To:** Constantine Tommy <tommy@eufora.com>

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

> **From:** BRIAN CAMPBELL <bcampbell1979@mac.com>
> **Date:** July 21, 2009 9:18:44 AM PDT
> **To:** kenner33@gmail.com
> **Subject: Fwd: Global Settlement**
>
> Acknowledged and Approved. Thanks Phil. Talk when you get back.

Brian Campbell

>From: "Pk" <kenner33@gmail.com>
>To: "Campbell Brian" <bcampbell1979@mac.com>
>Date: July 21, 2009 05:42:21 AM PDT
>Subject: Global Settlement
>
>

Brian:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund.  In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units.  You may not recall Tommy or I mentioning the Palms units in our conversation.  In any case, because Moreau and Tommy are also settling that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction.  As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction.  Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks.  Phil

**Subject:** Fwd: Acknowledgement and consent letter
**From:** Pk <kenner33@gmail.com>
**Date:** 5/18/2009 6:54 PM
**To:** Constantine Tommy <tommy@eufora.com>

FYI

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

**From:** Glen Murray <gmuzz27@yahoo.com>
**Date:** May 18, 2009 6:46:43 PM PDT
**To:** PHIL KENNER <kenner33@gmail.com>
**Subject: Re: Acknowledgement and consent letter**

ACKNOWLEDGED AND APPROVED.

THANK YOU

GLEN MURRAY

--- On **Mon, 5/18/09, PHIL KENNER <kenner33@gmail.com>** wrote:

> From: PHIL KENNER <kenner33@gmail.com>
> Subject: Acknowledgement and consent letter
> To: "Glen Murray" <gmuzz27@yahoo.com>
> Cc: "Tommy Constantine" <tommy@eufora.com>
> Date: Monday, May 18, 2009, 8:48 AM
>
> Glen:
>
> Per our conversation, please acknowledge your approval and authorization for me to wire transfer $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.
>
> Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.
>
> Thanks. Phil

SMC000021

SMC-00000021

**Subject:** FW: Global Settlement
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 5/18/2009 12:53 PM
**To:** Tommy Constantine <tommy@eufora.com>

FYI.   Phil

------ Forwarded Message
**From:** Darryl Sydor <sid@safeden.com>
**Reply-To:** Darryl Sydor <sid@safeden.com>
**Date:** Mon, 18 May 2009 19:21:16 +0000
**To:** PHIL KENNER <kenner33@gmail.com>
**Subject:** Re: Global Settlement

Yes I totally understand everything. Thx Darryl

Sent via BlackBerry by AT&T

---

**From:** PHIL KENNER
**Date:** Sun, 17 May 2009 22:17:30 -0700
**To:** Darryl Sydor<sid@safeden.com>
**Subject:** Global Settlement
Darryl:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund.  In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units.   You may not recall Tommy or I mentioning the Palms units in our conversation.   In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction.   As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks.  Phil


------ End of Forwarded Message

SMC000017

SMC-00000017

Thanks Phil, I have acknowledged and approved this transaction.

William Ranford

----------------------------

Sent using BlackBerry


-----Original Message-----
From: PHIL KENNER <kenner33@gmail.com>
To: Bill Ranford
Sent: Thu Jul 16 09:34:55 2009
Subject: Global Settlement fund

Bill:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $100,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund.   In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units.   You may not recall me mentioning the Palms units in our conversation.   In any case, because Moreau and Tommy settled that case as part of the Global Settlement, Tommy has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction.   As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction.   Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks.  Phil

**Subject:** Fwd: Acknowledgement and Approval
**From:** Pk <kenner33@gmail.com>
**Date:** 5/18/2009 5:24 AM
**To:** Constantine Tommy <tommy@eufora.com>

For your records.

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

> **From:** Mattias Norstrom <mattiasnorstrom@mac.com>   [Mattias Norstrom]
> **Date:** May 17, 2009 10:38:31 PM PDT
> **To:** PHIL KENNER <kenner33@gmail.com>
> **Subject:** Re: Acknowledgement and Approval
>
> ACKNOWLEDGEMENT AND APPROVAL
> Best Regards
> Matti
> 18 maj 2009 kl. 07.13 skrev PHIL KENNER:
>
>> Matti:
>>
>> Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.
>>
>> Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.
>>
>> Thanks. Phil

Subj: **Global Settlement - Acknowledgement**
Date: 5/20/2009 11:46:30 P.M. Eastern Daylight Time
From:
To:

Michael & Kristen:

Per your conversation with Tommy, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks. Phil

*[signature]*

Thursday, May 21, 2009 AOL: KMBGB          ED-00002051

BX20-SD-00000075

| | |
|---|---|
| From: | nicjay74@aol.com  *(Jay McKee)* |
| Sent: | Monday, May 18, 2009 3:20 PM |
| To: | kenner33@gmail.com |
| Subject: | Re: Global Settlement acknowledgement |

Acknowledged and approved..


-----Original Message-----
From: PHIL KENNER <kenner33@gmail.com>
To: Jay McKee <NicJay74@aol.com>
Sent: Mon, 18 May 2009 1:15 am
Subject: Global Settlement acknowledgement

Jay &a=p; Nicole:

Per our conversation, please acknowledge your approval and authorization=for me to have wire transferred $250,000 to Attorney Ron Richard'= Trust Account for your proportionate contribution to the Global Settleme=t Fund.  In addition to the fund paying for various legal fees= PR Agency fees, as well as other protective advances and settlement cost=, you will be receiving transfer of membership agreements from Tommy for=your acquisition of additional interest in Eufora, LLC, as well as your=new LLC and operating agreements reflecting your ownership interest in th= Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two=Palms Place condominium units.  You may not recall Tommy=or I mentioning the Palms units in our conversation.  In any=case, because Moreau and Tommy settled that case as part of the Global Se=tlement, he has graciously elected to include you as a beneficiary in the=significant equity that exists in those two units as part of this transac=ion.  As we discussed, rather than throwing money away only on=legal fees, this strategy which effectively acquires significant assets,=3D2 0while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documen=ation of every element of this transaction.  Please respond,=ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks.   Phil

---

We found the real 'Hotel California' and the 'Seinfel=' diner. What will you find? Explore **WhereItsAt.com**.

CONFIDENTIAL TREATMENT REQUESTED

PK_SEC_004546

**Subject:** Re: Global Settlement acknowledgement
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 5/18/2009 12:23 PM
**To:** Jay McKee <NicJay74@aol.com>
**CC:** Tommy Constantine <tommy@eufora.com>

Jay:

Can you fax the attorney letters to me at (646) 827-0832.

Thanks.  Phil

---

**From:** Jay McKee <NicJay74@aol.com>
**Date:** Mon, 18 May 2009 15:20:22 -0400
**To:** PHIL KENNER <kenner33@gmail.com>
**Subject:** Re: Global Settlement acknowledgement

Acknowledged and approved..


-----Original Message-----
From: PHIL KENNER <kenner33@gmail.com>
To: Jay McKee <NicJay74@aol.com>
Sent: Mon, 18 May 2009 1:15 am
Subject: Global Settlement acknowledgement

Jay & Nicole:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund.  In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units.   You may not recall Tommy or I mentioning the Palms units in our conversation.  In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction.   As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets,=2 0while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction.    Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks.  Phil

---

We found the real 'Hotel California' and the 'Seinfeld' diner. What will you find? Explore **WhereItsAt.com** <http://www.whereitsat.com/?ncid=emlwenew00000001> .

Subject: RE: Global Settlement - ACKNOWLEDGEMENT
From: "Lehtinen, Jere" <jlehtinen@nhlpa.com>
Date: 5/18/2009 8:25 PM
To: "PHIL KENNER" <kenner33@gmail.com>
CC: "Tommy Constantine" <tommy@eufora.com>

I acknowledged and approved this email.

Jere Lehtinen

---

From: PHIL KENNER [mailto:kenner33@gmail.com]
Sent: Mon 5/18/2009 1:16 AM
To: Lehtinen, Jere
Cc: Tommy Constantine
Subject: Global Settlement - ACKNOWLEDGEMENT

Jere:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard's Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

Thanks. Phil

**Subject:** FW: Global Settlement
**From:** PHIL KENNER <kenner33@gmail.com>
**Date:** 6/5/2009 3:54 PM
**To:** Tommy Constantine <tommy@eufora.com>

FYI.   Phil

------ Forwarded Message
From: Mike & Kristen Peca <KMPGP@aol.com>
Date: Fri, 22 May 2009 20:33:11 -0400
To: PHIL KENNER <kenner33@gmail.com>
Subject: Re: Global Settlement

I understand and accept the terms of this settlement plan. Thanks


------ End of Forwarded Message

SMC000015

SMC-00000015

**Subject:** Fwd: HA: Global Settlement - Acknowledgement
**From:** Pk <kenner33@gmail.com>
**Date:** 5/19/2009 9:49 PM
**To:** Constantine Tommy <tommy@eufora.com>
**CC:** Kenner Phil <kenner33@gmail.com>

Thanks, Phil
Cell: (480) 235-4193

Begin forwarded message:

**From:** "Gonchar, Sergei" <sgonchar@nhlpa.com>
**Date:** May 19, 2009 9:27:59 PM PDT
**To:** "PHIL KENNER" <kenner33@gmail.com>
**Subject:** HA: Global Settlement - Acknowledgement

Acknowledged and approved

-----Исходное сообщение-----
От: PHIL KENNER [mailto:kenner33@gmail.com]
Отправлено: Пн, 5/18/2009 1:18
Кому: Gonchar, Sergei
Копия: Tommy Constantine
Тема: Global Settlement - Acknowledgement

Sergei:

Per our conversation, please acknowledge your approval and authorization for me to have wire transferred $250,000 to Attorney Ron Richard?s Trust Account for your proportionate contribution to the Global Settlement Fund. In addition to the fund paying for various legal fees, PR Agency fees, as well as other protective advances and settlement costs, you will be receiving transfer of membership agreements from Tommy for your acquisition of additional interest in Eufora, LLC, as well as your new LLC and operating agreements reflecting your ownership interest in the Avalon Airpark Real Estate Project, the Falcon 10 aircraft, and the two Palms Place condominium units. You may not recall Tommy or I mentioning the Palms units in our conversation. In any case, because Moreau and Tommy settled that case as part of the Global Settlement, he has graciously elected to include you as a beneficiary in the significant equity that exists in those two units as part of this transaction. As we discussed, rather than throwing money away only on legal fees, this strategy which effectively acquires significant assets, while providing a legal remedy, is by far our best solution.

Tommy has requested from all of us and will provide to us, written documentation of every element of this transaction. Please respond, ACKNOWLEDGED AND APPROVED, to this email accordingly ASAP.

SMC000013

SMC-00000013   A