Re: Standard Advisors

**Subject:** Re: Standard Advisors
**From:** phil kenner <kenner33@gmail.com>
**Date:** 3/31/2009 9:42 AM
**To:** "Hurt, Mary S" <mary.s.hurt@bankofamerica.com>
**CC:** Tommy Constantine <tommy@eufora.com>

> 5 months before Kenner GSF expenses of $22k paid...

Mary:

Can you please wire $20,000 from Standard Advisors to:

routing: 121000248.
account number: 0911390599

Wells Fargo Bank, 1801 Avenue of the Stars, Los Angeles, CA  90067
Law Offices of Ronald  Richards & Associates

Account: Tommy Constantine

Thanks.   Phil