Print | Close Window



> From: PHIL KENNER <kenner33@gmail.com>
> Date: August 31, 2010 3:19:06 PM EDT
> To: Nick Bravo <nick@ronaldrichards.com>
> Cc: Ronald Richards <ron@ronaldrichards.com>, john kaiser <johnrkaiser@gmail.com>
> Subject: Global Settlement Fund
>
> Nick:
>
> I believe that Ron is still out of town; good for him. I have attached a
> spreadsheet of the funds that passed thru Ron's trust account from 05/05/09
> to 12/07/09. Tommy Constantine handled the requests for distributions
> to/from the account during this period of time with your office. See the
> attached spreadsheet which your office previously provided to me. The only
> two items that are not included, I believe, in the spreadsheet are a:
>
> 12/16/09 wire for $150,000 from John Kaiser, and
> 12/29/09 wire for $50,000 from John Kaiser.
>
> Can you please confirm the receipt of those two wires and the subsequent
> distributions of those funds?
>
> Thanks. Phil
>

Copyright © 2003-2012. All rights reserved.

Print  |  Close Window

---------- Forwarded message ----------
From: **Ronald Richards** <ron@ronaldrichards.com>
Date: Tue, Aug 31, 2010 at 4:06 PM
Subject: Re: Global Settlement Fund
To: PHIL KENNER <kenner33@gmail.com>, Nick Bravo <nick@ronaldrichards.com>
Cc: Ronald Richards <ron@ronaldrichards.com>, John Kaiser <johnrkaiser@gmail.com>

> Kaiser included by Richards in Constantine control verification email -- after Kenner request for the information...not concealed...

Hi Phil,

Just checked this off the satelite. Yes we received Kaiser's wires and wired them the next day to the Eufora operating account. How are things going? did you file the suit? Did Jowdy get arrested yet? I have spotty connections for the next ten days.

Email me if you need anything as they will get better as I get closer to civilization.

In a recent message PHIL KENNER wrote:
  From: "PHIL KENNER" <kenner33@gmail.com>
  Subject: Global Settlement Fund
  Date: Tue, 31 Aug 2010 12:19:06 -0700

  Nick:

  I believe that Ron is still out of town; good for him. I have attached a spreadsheet of the funds that passed thru Ron's trust account from 05/05/09 to 12/07/09. Tommy Constantine handled the requests for distributions to/from the account during this period of time with your office. <u>See the attached spreadsheet which your office previously provided to me.</u> The only two items that are not included, I believe, in the spreadsheet are a:

  12/16/09 wire for $150,000 from John Kaiser, and
  12/29/09 wire for $50,000 from John Kaiser.

  Can you please confirm the receipt of those two wires and the subsequent distributions of those funds?

  Thanks. Phil

Copyright © 2003-2012. All rights reserved.