**Special Instructions (if any):**

Client has named Standard Advisors Inc. as his authorized designee for this account. Northern Trust Bank is instructed to rely on and accept administrative and investment instructions, directions, information requests and other communications from Standard Advisors Inc., client's authorized designee. Northern Trust Bank is authorized to accept such instructions, directions, information requests and other communications given by telephone, letter, facsimile or other electronic or electro-mechanical means. *Only those instructions directing the wiring of funds to any account outside of Northern Trust Bank must be signed by Client.*

Client and/or his designee is responsible for providing to Northern Trust Bank a current list of those Standard Advisors employees from whom instructions can be accepted by Northern Trust Bank. Client and/or its designee is responsible for immediately notifying Northern Trust Bank, in writing, of any change to such employee list. Northern Trust Bank shall not be liable for relying on instructions received from Standard Advisors, Inc.

Client directs that copies of all account statements, including tax information letters, be sent to Standard Advisors Inc. as well as to client.

This special instruction shall apply to the Account and shall prevail over the General Terms of the Investment Management Account Agreement.

Date: 3-23-05, 20 05

Signature of owner _____

Bryan Berard

NAAZ000701

**Special Instructions (if any):**

Client has named Standard Advisors Inc. as his authorized designee for this account. Northern Trust Bank is instructed to rely on and accept administrative and investment instructions, directions, information requests and other communications from Standard Advisors Inc., client's authorized designee. Northern Trust Bank is authorized to accept such instructions, directions, information requests and other communications given by telephone, letter, facsimile or other electronic or electro-mechanical means. *Only those instructions directing the wiring of funds to any account outside of Northern Trust Bank must be signed by Client.*

Client and/or his designee is responsible for providing to Northern Trust Bank a current list of those Standard Advisors employees from whom instructions can be accepted by Northern Trust Bank. Client and/or its designee is responsible for immediately notifying Northern Trust Bank, in writing, of any change to such employee list. Northern Trust Bank shall not be liable for relying on instructions received from Standard Advisors, Inc.

Client directs that copies of all account statements, including tax information letters, be sent to Standard Advisors Inc. as well as to client.

This special instruction shall apply to the Account and shall prevail over the General Terms of the Investment Management Account Agreement.

Date: JAN 21, 20 05

Signature of owner _____

Sergei Gonchar

NAAZ000691

## Northern Trust Bank, N.A.

Investment Management Account Agreement

For

**Owen Nolan**

Account No.: **23-47389**

**Sample Special Instructions:**

Client has named Standard Advisors Inc. as his authorized designee for this account. As authorized designee, Northern Trust Bank is instructed to rely on and accept administrative and investment instructions, directions, information requests and other communications from Standard Advisors Inc. Northern Trust Bank will accept such instructions, directions, information requests and other communications given by telephone, letter, facsimile or other electronic or electro-mechanical means. ***Only those instructions directing the wiring of funds to any account outside of Northern Trust Bank must be signed by Client.***

Client and/or its designee is responsible for providing to Northern Trust Bank a current list of those Standard Advisors employees from whom instructions can be accepted by Northern Trust Bank. Client and/or its designee is responsible for immediately notifying Northern Trust Bank, in writing, of any change to such employee list.

Client directs that all account statements, including tax information letters, be sent to Standard Advisors Inc.

This special instruction shall apply to the Account and shall prevail over the General Terms of the Investment Management Account Agreement.

Date: _22-May-_, 2004

Signature of Owner: _[signature]_
Owen Nolan

Owen Nolan

NAAZ000646

# NORTHERN TRUST BANK, N.A.

Investment Management Account Agreement

For

Client(s):     **Mattias Norstrom**

Account No.:  **23-47388**

### Special Instructions:

Client has named Standard Advisors Inc. as his authorized designee for this account. Northern Trust Bank is instructed to rely on and accept administrative and investment instructions, directions, information requests and other communications from Standard Advisors Inc., client's authorized designee. Northern Trust Bank is authorized to accept such instructions, directions, information requests and other communications given by telephone, letter, facsimile or other electronic or electro-mechanical means. ***Only those instructions directing the wiring of funds to any account outside of Northern Trust Bank must be signed by Client.***

Client and/or his designee is responsible for providing to Northern Trust Bank a current list of those Standard Advisors employees from whom instructions can be accepted by Northern Trust Bank. Client and/or its designee is responsible for immediately notifying Northern Trust Bank, in writing, of any change to such employee list. Northern Trust Bank shall not be liable for relying on instructions received from Standard Advisors, Inc.

Client directs that copies of all account statements, including tax information letters, be sent to Standard Advisors Inc. as well as to client.

This special instruction shall apply to the Account and shall prevail over the General Terms of the Investment Management Account Agreement.

Date: __03 - 11__, 20 __04__

Signature of owner _____
                        Mattias Norstrom

Signature of co-owner _____
   (if applicable)

Mattias Norstrom

NAAZ000644

**Special Instructions (if any):**

Client has named Standard Advisors Inc. as his authorized designee for this account. Northern Trust Bank is instructed to rely on and accept administrative and investment instructions, directions, information requests and other communications from Standard Advisors Inc., client's authorized designee. Northern Trust Bank is authorized to accept such instructions, directions, information requests and other communications given by telephone, letter, facsimile or other electronic or electro-mechanical means. *Only those instructions directing the wiring of funds to any account outside of Northern Trust Bank must be signed by Client.*

Client and/or his designee is responsible for providing to Northern Trust Bank a current list of those Standard Advisors employees from whom instructions can be accepted by Northern Trust Bank. Client and/or its designee is responsible for immediately notifying Northern Trust Bank, in writing, of any change to such employee list. Northern Trust Bank shall not be liable for relying on instructions received from Standard Advisors, Inc.

Client directs that copies of all account statements, including tax information letters, be sent to Standard Advisors Inc. as well as to client.

This special instruction shall apply to the Account and shall prevail over the General Terms of the Investment Management Account Agreement.

Date: March 21, 2005

Signature of owner: *[signature]*

Mike Peca

3

NAAZ000711

# Northern Trust Bank, N.A.

## Investment Management Account Agreement

One or More Individuals

Application

**Client Information**

Owner: Steve Rucchin

Address: 614 Acacia Ave.
Corona del Mar, CA 92625

Soc. Sec. # 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

Account No. ~~01754470~~ 23-47720

Phone no. 949-233-0046

**Form of co-ownership (if applicable)**

If this Account is titled in the name of two or more Clients, the form of co-ownership shall be:

☐ Tenants in common.
(Upon the death of one Client, the decedent's percentage ownership interest in the Account shall be paid to the estate of the deceased Client.)

☐ Joint tenants with the right of survivorship.
(Upon the death of one Client, the survivor or survivors shall become the exclusive owner or owners of the Account, and the estate of the deceased Client shall have no interest in the Account.)

*The following forms of co-ownership may, or may not, be available in your state.*

☐ Community property. Only for spouses.
(Upon the death of one spouse, the decedent's one-half community property interest in the Account shall be paid to the estate of the deceased spouse.)

☐ Community property with the right of survivorship. Only for spouses.
(Upon the death of one spouse, the survivor shall become the exclusive owner of the Account, and the estate of the deceased spouse shall have no interest in the Account.)

1

NAAZ000679

Northern shall use the taxpayer identification number of the first Client listed above for all reports concerning the income of the Account.

**For community property states. One Individual Who Is Married (if applicable)**

For a Client who resides in a community property state:   If this Account is titled in the name of one individual and the individual is married, complete the following.  The property in this Account is:

☐ The separate property of the Client

☐ The community property of the Client and Client's spouse

**Release of Information**

When securities are held in the name of a nominee, Northern is authorized to disclose to the issuer of the securities upon its request the name, address, and share ownership of the Client.

☐ Yes          ☒ No

**Miscellaneous**

This Account and its terms shall be governed according to the laws of the state in which Northern administers the Account.

NAAZ000680

**Special Instructions (if any):**

Client has named Standard Advisors Inc. as his authorized designee for this account. Northern Trust Bank is instructed to rely on and accept administrative and investment instructions, directions, information requests and other communications from Standard Advisors Inc., client's authorized designee. Northern Trust Bank is authorized to accept such instructions, directions, information requests and other communications given by telephone, letter, facsimile or other electronic or electro-mechanical means. *Only those instructions directing the wiring of funds to any account outside of Northern Trust Bank must be signed by Client.*

Client and/or his designee is responsible for providing to Northern Trust Bank a current list of those Standard Advisors employees from whom instructions can be accepted by Northern Trust Bank. Client and/or its designee is responsible for immediately notifying Northern Trust Bank, in writing, of any change to such employee list. Northern Trust Bank shall not be liable for relying on instructions received from Standard Advisors, Inc.

Client directs that copies of all account statements, including tax information letters, be sent to Standard Advisors Inc. as well as to client.

This special instruction shall apply to the Account and shall prevail over the General Terms of the Investment Management Account Agreement.

Date: October 15, 20 04

Signature of owner _____

Steve Rucchin

3

NAAZ000681