

**Northern Trust**
NORTHERN TRUST, N.A.
2398 E CAMELBACK ROAD
PHOENIX, ARIZONA  85016

#E7909999972042C1#
DARRYL SYDOR
3613 HAYNIE AVE
DALLAS TX 75205

> 2 days after Sydor verbally authorized the collateral seizure to Catherine Brill and Aaron Mascarella

## Loan Statement

| | |
|---|---|
| Account Number | 279582 |
| Note Number | 1403 |
| Statement Date | 03/27/2009 |
| Current Amount Due | 2,195.39 |
| Late Charges Due | 208.92 |
| Past Due Amount | 4,178.32 |
| TOTAL AMOUNT DUE | $6,582.63 |

**Payment Due Date  04/03/2009**

Member F.D.I.C.     Equal Housing Lender

**CURRENT BILL INFORMATION**                OFFICER:  AARON T MASCARELLA

| PAYMENT DUE DATE | PRINCIPAL | INTEREST | ESCROW | PAYMENT AMOUNT |
|---|---|---|---|---|
| 04/03/2009 | 0.00 | 2,195.39 | 0.00 | 2,195.39 |

**ACTIVITY SINCE LAST STATEMENT**

| EFFECTIVE DATE | TRANSACTION DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | UNAPPLIED | LATE CHRGS OTHER FEES |
|---|---|---|---|---|---|---|
| 03/13/2009 | Late Charge Assessed | | | | | 99.15 |

NOTE:   If you are using a Bill Payment Service to make payments on your account, please use the following address:

Northern Trust, NA.
Retail Loan Services
P.O. Box 92989
Chicago, IL  60603-2989

Please insure that your loan number is referenced within the payment instructions:  00000279582 - 01403

| LOAN BALANCE | $849,830.69 | MATURITY DATE | 11/03/2009 |
|---|---|---|---|
| UNAPPLIED FUNDS | $0.00 | YTD INTEREST PAID | $5,023.01 |
| INTEREST RATE | 3.000000 % | | |

If you believe there is an error in your account, or need other information, please call   a Loan officer at 1-602-468-2537.

DETACH HERE and retain this notice for your records.  Return lower portion with your check.

---

DARRYL SYDOR
3613 HAYNIE AVE
DALLAS TX 75205                                4534

Please remit and make check payable to:

**Northern Trust**
75 Remittance Dr, Suite 6998
Chicago, IL  60675-6998

| | |
|---|---|
| Account Number | 279582 |
| Note Number | 01403 |
| Payment Due Date | 04/03/2009 |
| TOTAL AMOUNT DUE | $6,582.63 |
| Add'l Principal | $ |
| TOTAL AMOUNT PAID | $ |

NOTE:  This is a copy of a bill sent to  DARRYL SYDOR

96998 00000279582 01403 00000065826 3 NT
TNTC000142



# Northern Trust
NORTHERN TRUST, N.A.
2398 E CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9008

[Berard home address.]

#E3909999974701B5#
BRYAN BERARD
FIVE ERICA DR
LINCOLN RI 02865

[Received by Berard one month before the default date]

## Loan Statement

| | |
|---|---|
| Account Number | 252996 |
| Note Number | 1542 |
| Statement Date | 02/27/2009 |
| Current Amount Due | 650,921.21 |
| Late Charges Due | 275.32 |
| Past Due Amount | 3,477.03 |
| **TOTAL AMOUNT DUE** | **$654,673.56** |

Payment Due Date 03/07/2009

Member F.D.I.C.     Equal Housing Lender

**CURRENT BILL INFORMATION**     OFFICER: AARON T MASCARELLA

| PAYMENT DUE DATE | PRINCIPAL | INTEREST | ESCROW | PAYMENT AMOUNT |
|---|---|---|---|---|
| 03/07/2009 | 649,405.93 | 1,515.28 | 0.00 | 650,921.21 |

**ACTIVITY SINCE LAST STATEMENT**

| EFFECTIVE DATE | TRANSACTION DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | UNAPPLIED | LATE CHRGS OTHER FEES |
|---|---|---|---|---|---|---|
| 02/17/2009 | Late Charge Assessed | | | | | 83.88 |

NOTE: If you are using a Bill Payment Service to make payments on your account, please use the following address:

Northern Trust, NA.
Retail Loan Services
P.O. Box 92989
Chicago, IL 60603-2989

Please insure that your loan number is referenced within the payment instructions: 00000252996 - 01542

| | | | |
|---|---|---|---|
| LOAN BALANCE | $649,405.93 | MATURITY DATE | 03/07/2009 |
| UNAPPLIED FUNDS | $0.00 | YTD INTEREST PAID | $2,029.39 |
| INTEREST RATE | 3.000000 % | | |

If you believe there is an error in your account, or need other information, please call    a Loan officer at 1-602-468-2537.

DETACH HERE and retain this notice for your records. Return lower portion with your check.

---

BRYAN BERARD
FIVE ERICA DR
LINCOLN RI 02865

4534

| | |
|---|---|
| Account Number | 252996 |
| Note Number | 01542 |
| Payment Due Date | 03/07/2009 |
| TOTAL AMOUNT DUE | $654,673.56 |

Please remit and make check payable to:

**Northern Trust**
75 Remittance Dr, Suite 6998
Chicago, IL 60675-6998

Add'l Principal  $ _____

TOTAL AMOUNT PAID  $ _____

NOTE: This is a copy of a bill sent to BRYAN BERARD

96998 00000252996 01542 000065467356 8

TNTC000012



**Northern Trust**
NORTHERN TRUST, N.A.
2398 E CAMELBACK ROAD
PHOENIX, ARIZONA  85016-9008

#E0909999971064B5#
MICHAEL PECA
46 GOLDEN PHEASANT DR
GETZVILLE NY 14068

## Loan Statement

| | |
|---|---|
| Account Number | 289369 |
| Note Number | 1565 |
| Statement Date | 02/26/2009 |
| Current Amount Due | 4,141.28 |
| Late Charges Due | 1,790.25 |
| Past Due Amount | 9,576.69 |
| **TOTAL AMOUNT DUE** | **$15,508.22** |

Payment Due Date  03/05/2009

Member F.D.I.C.     Equal Housing Lender

**CURRENT BILL INFORMATION**     OFFICER:  AARON T MASCARELLA

| PAYMENT DUE DATE | PRINCIPAL | INTEREST | ESCROW | PAYMENT AMOUNT |
|---|---|---|---|---|
| 03/05/2009 | 0.00 | 4,141.28 | 0.00 | 4,141.28 |

**ACTIVITY SINCE LAST STATEMENT**

| EFFECTIVE DATE | TRANSACTION DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | UNAPPLIED | LATE CHRGS OTHER FEES |
|---|---|---|---|---|---|---|
| 02/17/2009 | Late Charge Assessed | | | | | 229.25 |

NOTE:  If you are using a Bill Payment Service to make payments on your account, please use the following address:

Northern Trust, NA.
Retail Loan Services
P.O. Box 92989
Chicago, IL  60603-2989

Please insure that your loan number is referenced within the payment instructions:  00000289369 - 01565

| | | | | |
|---|---|---|---|---|
| LOAN BALANCE | $1,774,831.45 | | MATURITY DATE | 11/05/2009 |
| UNAPPLIED FUNDS | $0.00 | | YTD INTEREST PAID | $5,373.80 |
| INTEREST RATE | 3.000000 % | | | |

If you believe there is an error in your account, or need other information, please call     a Loan officer at 1-602-468-2537.

DETACH HERE and retain this notice for your records.  Return lower portion with your check.

---

MICHAEL PECA
46 GOLDEN PHEASANT DR
GETZVILLE NY 14068

4534

| | |
|---|---|
| Account Number | 289369 |
| Note Number | 01565 |
| Payment Due Date | 03/05/2009 |
| TOTAL AMOUNT DUE | $15,508.22 |

Please remit and make check payable to:

**Northern Trust**
75 Remittance Dr, Suite 6998
Chicago, IL  60675-6998

Add'l Principal       $ _____

TOTAL AMOUNT PAID   $ _____

NOTE:  This is a copy of a bill sent to  MICHAEL PECA

96998  00000289369  01565  000001550822  4

TNTC000120





TNTC000010

# Northern Trust

NORTHERN TRUST, N.A.
2398 E CAMELBACK ROAD
PHOENIX, ARIZONA 85016-90

> Two days after the seizure -- thus Sydor had to authorize it as his April 1, 2009 texts confimred...

#E7909999972042C1#
DARRYL SYDOR
3613 HAYNIE AVE
DALLAS TX 75205

> Sydor home address confirmed at trial...

## Loan Statement

| | |
|---|---|
| Account Number | 279582 |
| Note Number | 1403 |
| Statement Date | 03/27/2009 |
| Current Amount Due | 2,195.39 |
| Late Charges Due | 208.92 |
| Past Due Amount | 4,178.32 |
| **TOTAL AMOUNT DUE** | **$6,582.63** |

Payment Due Date  04/03/2009

Member F.D.I.C.     Equal Housing Lender

**CURRENT BILL INFORMATION**     OFFICER: AARON T MASCARELLA

| PAYMENT DUE DATE | PRINCIPAL | INTEREST | ESCROW | PAYMENT AMOUNT |
|---|---|---|---|---|
| 04/03/2009 | 0.00 | 2,195.39 | 0.00 | 2,195.39 |

**ACTIVITY SINCE LAST STATEMENT**

| EFFECTIVE DATE | TRANSACTION DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | UNAPPLIED | LATE CHRGS OTHER FEES |
|---|---|---|---|---|---|---|
| 03/13/2009 | Late Charge Assessed | | | | | 99.15 |

NOTE: If you are using a Bill Payment Service to make payments on your account, please use the following address:

Northern Trust, NA.
Retail Loan Services
P.O. Box 92989
Chicago, IL 60603-2989

Please insure that your loan number is referenced within the payment instructions: 00000279582 - 01403

| | | | |
|---|---|---|---|
| LOAN BALANCE | $849,830.69 | MATURITY DATE | 11/03/2009 |
| UNAPPLIED FUNDS | $0.00 | YTD INTEREST PAID | $5,023.01 |
| INTEREST RATE | 3.000000 % | | |

If you believe there is an error in your account, or need other information, please call a Loan officer at 1-602-468-2537.

DETACH HERE and retain this notice for your records. Return lower portion with your check.

DARRYL SYDOR
3613 HAYNIE AVE
DALLAS TX 75205           4534

| | |
|---|---|
| Account Number | 279582 |
| Note Number | 01403 |
| Payment Due Date | 04/03/2009 |
| TOTAL AMOUNT DUE | $6,582.63 |

Please remit and make check payable to:

**Northern Trust**
75 Remittance Dr, Suite 6998
Chicago, IL 60675-6998

Add'l Principal          $
TOTAL AMOUNT PAID   $

NOTE: This is a copy of a bill sent to DARRYL SYDOR

96998 00000279582 01403 000000658263 TNTC000142



**Northern Trust**
NORTHERN TRUST, N.A.
2398 E CAMELBACK ROAD
PHOENIX, ARIZONA  85016-9008

#E9919999972105G3#
OWEN NOLAN
5655 SILVER CREEK VALLEY RD # 264
SAN JOSE CA 95138

# Loan Statement

| Account Number | 278950 |
|---|---|
| Note Number | 1386 |
| Statement Date | 07/25/2008 |
| Current Amount Due | 8,997.78 |
| Late Charges Due | 0.00 |
| Past Due Amount | 0.00 |
| **TOTAL AMOUNT DUE** | **$8,997.78** |

**Payment Due Date 08/03/2008**

Member F.D.I.C.    Equal Housing Lender

## CURRENT BILL INFORMATION

OFFICER:  AARON T MASCARELLA

| PAYMENT DUE DATE | PRINCIPAL | INTEREST | ESCROW | PAYMENT AMOUNT |
|---|---|---|---|---|
| 08/03/2008 | 0.00 | 8,997.78 | 0.00 | 8,997.78 |

## ACTIVITY SINCE LAST STATEMENT

| EFFECTIVE DATE | TRANSACTION DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | UNAPPLIED | LATE CHRGS OTHER FEES |
|---|---|---|---|---|---|---|
| 07/11/2008 | Payment - Thank You | | 8,707.52 | | | |

NOTE:  If you are using a Bill Payment Service to make payments on your account, please use the following address:

Northern Trust, NA.
Retail Loan Services
P.O. Box 92989
Chicago, IL  60603-2989

Please insure that your loan number is referenced within the payment instructions:  00000278950 - 01386

| LOAN BALANCE | $2,199,796.02 | MATURITY DATE | 11/03/2009 |
|---|---|---|---|
| UNAPPLIED FUNDS | $0.00 | YTD INTEREST PAID | $72,927.10 |
| INTEREST RATE | 4.750000 % | | |

If you believe there is an error in your account, or need other information, please call    a Loan officer at 1-602-468-2537.

DETACH HERE and retain this notice for your records.  Return lower portion with your check.

---

OWEN NOLAN
5655 SILVER CREEK VALLEY RD # 264
SAN JOSE CA 95138

4513

Please remit and make check payable to:

**Northern Trust**
75 Remittance Dr, Suite 6998
Chicago, IL  60675-6998

| Account Number | 278950 |
|---|---|
| Note Number | 01386 |
| Payment Due Date | 08/03/2008 |
| TOTAL AMOUNT DUE | $8,997.78 |
| Add'l Principal | $ |
| TOTAL AMOUNT PAID | $ |

96998  00000278950 01386 000000899778 9

TNTC000079