# 18 North Haven Way, North Haven
3.96 Acres

## SALES HISTORY

| SALES DATE | PRICE | SQ. FT. | TAXES | |
|---|---|---|---|---|
| 5/9/12 | $740,000 | Vacant Lot | $6,142 | Buyer / Seller |

LED Better Development Company, LLC (seller) to Larry & James Realty LLC (buyer)

*Sale of property by Berard and Kaiser after forging signatures and fabricating a FAKE Operating Agreement for Ledbetter...(Ex. 1089)*

| 8/24/10 | $27,303 | Vacant Lot | $4,351 | Buyer / Seller |
|---|---|---|---|---|

Transfer Note: Buyer or Seller is a government agency

*Kenner tax payment -- also stolen by Berard and Kaiser from Kenner funds upon criminal theft and sale of property*

| 10/25/06 | $750,000 | ~~Vacant Lot~~ | $6,007 | |
|---|---|---|---|---|

*Ledbetter acquisition -- as Tesoriero told the FBI in 3500-VT-1-r (paragraph 8)*

