```
 1
 2   UNITED STATES GRAND JURY
 3   SOUTHERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - - x
 5   UNITED STATES OF AMERICA         :
                                           August 2009
 6     -v-                             :Special
 7   PHILLIP KENNER                   :
 8   - - - - - - - - - - - - - - - - - x
 9
10                    UNITED STATES COURTHOUSE
                      500 Pearl Street
11                    New York, New York 10007
12                    March 29, 2011
                      12:33 a.m.
13
14
15   APPEARANCES:
16        ARLO DEVLIN-BROWN, ESQ.
17           Assistant United States Attorney
18
19
20                         Rivka Teich, R.P.R., C.S.R.
                           Acting Grand Jury Reporter
21
22
23
24
25
26
```

**ORIGINAL**

Government Exhibit
3500 - TS - 1
13-CR-607(JFB)

GRAND JURY EXHIBIT

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018  (212) 869-1500

```
 1                T. Stevenson    03/29/11
 2           (Colloquy Precedes.)
 3           (Witness Enters Room.)
 4           (Time Noted: 12:33 p.m.)
 5  TURNER STEVENSON, called as a witness, having been
 6           first duly sworn by the Foreperson of the
 7           Grand Jury, was examined and testified as
 8           follows:
 9  BY MR. DEVLIN-BROWN:
10       Q    Please state your name and spell it for the
11  record?
12       A    Turner Stevenson, T-U-R-N-E-R,
13  S-T-E-V-E-N-S-O-N.
14       Q    Good afternoon.  I'm Arlo Devlin-Brown.  I'm an
15  Assistant United States Attorney.  You've been
16  subpoenaed to testify to this Grand Jury, which is
17  investigating various offenses involving securities
18  fraud, bank fraud, other fraud offenses.  I want to
19  advise you that you're not a target or subject of the
20  Grand Jury's inquiry, just subpoenaed as a witness.
21           Before we get started I make it a practice to
22  advise you of certain rights that you and all witnesses
23  have before the Grand Jury.
24       A    Okay.
25       Q    First of all, you have the right not to
26  incriminate yourself, meaning if a truthful answer to a
```

```
                                                                    17
 1              T. Stevenson    03/29/11
 2         (Colloquy Precedes.)
 3         (Witness Enters Room.)
 4         (Time Noted: 12:57 p.m.)
 5         THE FOREPERSON:  I remind you, you are still
 6     under oath.
 7  BY MR. DEVLIN-BROWN:
 8     Q    The Hawaii project is called Little Isle IV; is
 9  that right?
10     A    If that's the name they use, I just call it
11  Hawaii.
12     Q    When you put up the $100,000 for Hawaii, did
13  you have any understanding of whether the money could be
14  used to pay for the Mexico project or was it just
15  supposed to go to the Hawaii project?
16     A    In the beginning it was supposed to go to
17  Hawaii.  Then I saw they needed, the group of us got
18  together, we have this piece of land that's available
19  for purchase in Mexico that we need too wait on or get
20  funds on to transfer as a group like one big blanket to
21  get money into Cabo and pay for that land to hold it
22  until the loan came.
23     Q    So are you saying you agreed to transfer some
24  of the money from the Hawaii project to the Cabo
25  project?
26     A    I would say that, yes.
```

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018  (212) 869-1500

```
                                                                18
 1                  T. Stevenson    03/29/11
 2      Q    Who made that decision?
 3      A    I think all of us as a group.      ← After Kenner conference
                                                  calls in 2004-06
 4      Q    What do you mean "as a group", who is the
 5   group?
 6      A    All the guys who were invested in it.
 7      Q    All the guys who were invested through
 8   Mr. Kenner, his clients?
 9      A    If all of them, yeah, and other guys that were
10   invested in this; Mr. Jowdy I'm not sure.
11      Q    Let me show you what's been marked 110A.
12   Before I do, do you remember getting reports or anything
13   from Mr. Kenner about the status of Little Isle IV the
14   Hawaii project?
15      A    No.
16      Q    Take a look at this and see if you remember
17   ever getting anything like this.
18           (Witness reviewing document.)
19      A    I think I remember seeing that.
20      Q    How do you remember getting it?
21      A    Through a fax maybe.  Seeing these actual
22   numbers that looks familiar to me.
23      Q    Okay.  Is he still your financial adviser?
24      A    He is.
25      Q    Roughly how much money is he managing for you?
26      A    Probably five, 600,000.
```