# DEPOSITION OF KENNETH JOWDY, VOL. I

## Page 2

```
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES, CENTRAL DISTRICT

GREG DEVRIES, JASON          )
WOOLLEY, CHRIS SIMON,        )
MATTIAS NORSTROM, VLADIMIR   )
TSYPLAKOV, JAY MCKEE,        )
RAYMOND MURRAY, GLEN MURRAY, )
BRYAN BERARD, DARRYL SYDOR,  )
DIMITRI KHRISTICH, SERGEI    )
GONCHAR, MICHAEL PECA AND    )
JOZEF STUMPEL, TYSON NASH,   )
BRIAN CAMPBELL, STEVE        )
RUCCHIN, TURNER STEVENSON,   )
                             )
       PLAINTIFFS,           )
                             )
VS.                          ) CASE NO. BC416081
                             )
KENNETH A. JOWDY, AN         )
INDIVIDUAL; AND DOES 1       )
THROUGH 100, INCLUSIVE,      )
                             )
       DEFENDANTS.           )
_____)

            VOLUME I

   DEPOSITION OF KENNETH JOWDY, TAKEN
ON BEHALF OF THE PLAINTIFFS, AT 9255
DOHENY ROAD, SUITE 602, WEST
HOLLYWOOD, CALIFORNIA, COMMENCING AT
9:40 A.M., TUESDAY, JANUARY 5, 2010,
BEFORE ALEJANDRIA E. KATE, CSR NUMBER
11897.
```

## Page 3

```
APPEARANCES OF COUNSEL:

FOR THE PLAINTIFFS:
    RONALD RICHARDS & ASSOCIATES, A.P.C.
    BY: RONALD RICHARDS, ESQ.
    9255 DOHENY DRIVE
    SUITE 602
    WEST HOLLYWOOD, CALIFORNIA 90069
    310.556.1001
    RON@RONALDRICHARDS.COM


FOR THE DEFENDANT KENNETH A. JOWDY:
    CALDWELL LESLIE & PROCTOR, P.C.
    BY: ROBYN C. CROWTHER, ESQ.
    1000 WILSHIRE BOULEVARD
    SUITE 600
    LOS ANGELES, CALIFORNIA 90017-2463
    213.629.9040
    CROWTHER@CALDWELL-LESLIE.COM


ALSO PRESENT:
    GREG DEVRIES
    JASON WOOLLEY
    PHIL KENNER
    JOHN KAISER
    TAFFY JOWDY, JR.
    TIM BARKER, LEGAL VIDEO SERVICES
```

## Page 4

```
                I N D E X

DEPONENT:       EXAMINED BY:       PAGE:
KENNETH JOWDY   MR. RICHARDS         6
                (AFTERNOON SESSION) 172


EXHIBITS FOR IDENTIFICATION:
PLAINTIFFS':
A - C.D.                            90



QUESTIONS UNANSWERED BY THE DEPONENT:
    PAGE:  LINE:
     31     4
     32     1
     47     4
    180     3
    182    14
    183     9
    237    15
    287    11
    340    13
    340    22
    343    17
```

## Page 5

```
        WEST HOLLYWOOD, CALIFORNIA, TUESDAY
                JANUARY 5, 2010
                   9:40 A.M.

        THE VIDEOGRAPHER:  AND GOOD
MORNING.  WE'RE ON THE VIDEOTAPE RECORD, BEGINNING
TAPE NUMBER 1, VOLUME NUMBER I, AT 9:40 A.M.
        MY NAME IS TIM BARKER, AND I'M THE
VIDEOTAPE OPERATOR.  MY BUSINESS ADDRESS IS
2702 CASTLE HEIGHTS PLACE IN LOS ANGELES,
CALIFORNIA 90034.  THE NAME OF MY EMPLOYER IS
LEGAL VIDEO SERVICES.
        TODAY'S DATE IS JANUARY THE 5TH,
2010.  THE LOCATION OF TODAY'S DEPOSITION IS THE
LAW OFFICES OF RONALD RICHARDS.  AND -- LET'S SEE.
THE CASE CAPTION IS "GREG DEVRIES V. KENNETH A.
JOWDY."  THE NAME OF THE WITNESS IS KENNETH A.
JOWDY.
        AND WILL COUNSEL PLEASE MAKE VERBAL
INTRODUCTIONS FOR THE RECORD.
        MR. RICHARDS:  RONALD RICHARDS, FOR
THE PLAINTIFFS.
        MS. CROWTHER:  ROBYN CROWTHER, FOR
MR. JOWDY.
        THE VIDEOGRAPHER:  VERY GOOD.  WILL
```

DEPOSITION OF KENNETH JOWDY, VOL. II

```
 1    SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2       COUNTY OF LOS ANGELES, CENTRAL DISTRICT
 3
 4
 5    GREG DEVRIES, JASON       )
      WOOLLEY, CHRIS SIMON,     )
 6    MATTIAS NORSTROM, VLADIMIR)
      TSYPLAKOV, JAY MCKEE,     )
 7    RAYMOND MURRAY, GLEN MURRAY,)
      BRYAN BERARD, DARRYL SYDOR,)
 8    DIMITRI KHRISTICH, SERGEI )
      GONCHAR, MICHAEL PECA AND )
 9    JOZEF STUMPEL, TYSON NASH,)
      BRIAN CAMPBELL, STEVE     )
10    RUCCHIN, TURNER STEVENSON,)
                                )
11         PLAINTIFFS,           )
                                )
12    VS.          ) CASE NO. BC416081
                                )
13    KENNETH A. JOWDY, AN      )
      INDIVIDUAL; AND DOES 1    )
14    THROUGH 100, INCLUSIVE,   )
                                )
15         DEFENDANTS.           )
      _____)
16
17         VOLUME II
18
19    DEPOSITION OF KENNETH JOWDY, TAKEN
20    ON BEHALF OF THE PLAINTIFFS, AT 9255
21    DOHENY ROAD, SUITE 602, WEST HOLLYWOOD,
22    CALIFORNIA, COMMENCING AT 10:11 A.M.,
23    WEDNESDAY, JANUARY 6, 2010, BEFORE
24    ALEJANDRIA E. KATE, CSR NUMBER 11897.
25
                                              387
```

```
 1    APPEARANCES OF COUNSEL:
 2
 3    FOR THE PLAINTIFFS:
 4       RONALD RICHARDS & ASSOCIATES, A.P.C.
         BY: RONALD RICHARDS, ESQ.
 5       9255 DOHENY DRIVE
         SUITE 602
 6       WEST HOLLYWOOD, CALIFORNIA 90069
         310.556.1001
 7       RON@RONALDRICHARDS.COM
 8
 9
10    FOR THE DEFENDANT KENNETH A. JOWDY:
11       CALDWELL LESLIE & PROCTOR, P.C.
         BY: ROBYN C. CROWTHER, ESQ.
12       1000 WILSHIRE BOULEVARD
         SUITE 600
13       LOS ANGELES, CALIFORNIA 90017-2463
         213.629.9040
14       CROWTHER@CALDWELL-LESLIE.COM
15
16
17    ALSO PRESENT:
18       GREG DEVRIES
19       JASON WOOLLEY
20       PHIL KENNER
21       JOHN KAISER
22       TIM BARKER, LEGAL VIDEO SERVICES
23
24
25
                                              388
```

```
 1              I N D E X
 2
 3    DEPONENT:     EXAMINED BY:    PAGE:
 4    KENNETH JOWDY   MR. RICHARDS    391
 5       (AFTERNOON SESSION)       516
 6
 7
 8
 9         EXHIBITS FOR IDENTIFICATION:
10              (NONE)
11
12
13
14    QUESTIONS UNANSWERED BY THE DEPONENT:
15         PAGE:  LINE:
16         409    13
           410    2
17         410    7
           410    15
18         422    15
           426    11
19         427    9
           428    19
20         431    16
           442    12
21         485    10
           559    14
22         681    20
23
24
25
                                              389
```

```
 1       WEST HOLLYWOOD, CALIFORNIA, WEDNESDAY
 2            JANUARY 6, 2010
 3              10:11 A.M.
 4
 5         THE VIDEOGRAPHER: AND GOOD
 6    MORNING. WE'RE ON THE VIDEOTAPE RECORD, BEGINNING
 7    TAPE NUMBER 1 OF VOLUME NUMBER II, 10:11 A.M.
 8         COUNSEL, PLEASE MAKE VERBAL
 9    INTRODUCTIONS FOR THE RECORD.
10         MR. RICHARDS: RONALD RICHARDS, FOR
11    THE PLAINTIFFS.
12         MS. CROWTHER: ROBYN CROWTHER, FOR
13    KEN JOWDY.
14         THE VIDEOGRAPHER: VERY GOOD.
15         WILL THE COURT REPORTER PLEASE
16    ADMINISTER THE OATH.
17
18         KENNETH JOWDY,
19    CALLED AS A DEPONENT AND DULY SWORN IN BY
20    THE DEPOSITION OFFICER, WAS EXAMINED
21    AND TESTIFIED AS FOLLOWS:
22
23    ///
24    ///
25    ///
                                              390
```