Case 2:13-cr-00607-JFB-AYS   Document 1059   Filed 06/07/21   Page 1 of 2 PageID #: 35103

FILED
CLERK
6/7/2021 4:20 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 06/07/2021     TIME: 2:00 p.m.     TIME IN COURT: 75 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)     TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
___ PRESENT   X NOT PRESENT     X IN CUSTODY   ___ ON BAIL

ATTY. FOR DEFT.: Matthew Whitney Brissenden (Stand-by Counsel)

___ PRESENT   X NOT PRESENT     ___ RET   X C.J.A   ___ FED. DEF. OF NY, INC.

DEFT NAME: TOMMY C. CONSTANTINE (2)
___ PRESENT   X NOT PRESENT     ___ IN CUSTODY   X ON BAIL

ATTY. FOR DEFT.: Sanford Talkin

___ PRESENT   X NOT PRESENT     X RET   ___ C.J.A   ___ FED. DEF. OF NY, INC.

A.U.S.A. Madeline M. O'Connor, Diane C. Leonardo

COUNSEL FOR INTERESTED PARTIES:

For Diamante and Ken Jowdy: Thomas McC. Souther, Kevin P. Mulry

For Danske Bank:         George Kostolampros, Xochitl S. Strohbehn,
                         Doreen S. Martin, Kelly Weiner

For Owen Nolan:          Seetha Ramachandran

For CSL Properties:      Steve Main

For Homeowners:          Marc Wolinsky

DEPUTY CLERK: DJF

FTR: 2:11-3:22

COURT REPORTER:   ___ M. FOLEY     ___ F. GUERINO     ___ P. LOMBARDI
                  ___ M. STEIGER   ___ D. TURSI       ___ O. WICKER

 X  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___ STATUS CONFERENCE/ORAL RULINGS

___ DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

___ DEFENDANT TOMMY C. CONSTANTINE REMAINS ON BOND.

| | | |
|---|---|---|
| **X** | **OTHER:** | The Court instructs the parties to continue discussions regarding reaching a settlement.  The Court directs that the parties meet and confer within a week to discuss the discovery requests and recommends that the Government narrow their discovery requests.  Danske Bank is directed to file a letter by June 14, 2021 outlining the status of those discussions.  Additional rulings as set forth on the record. |