

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JMH
F. #2013R00948

*610 Federal Plaza
Central Islip, New York 11722*

June 10, 2021

<u>By ECF and Email</u>

The Honorable Joseph F. Bianco
Visiting United States Circuit Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:   <u>United States v. Phillip A. Kenner
                Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      The government respectfully submits this letter to provide correspondence received yesterday evening in connection with restitution from Steven Main on behalf of Brian Campbell, Greg de Vries, Mattias Norstrom, and Raymond Murray.  Attached to Mr. Main's letter are affidavits of loss from each of Messrs. Campbell (dated July 1, 2020), de Vries (March 6, 2016), Norstrom (February 2, 2016), and Murray (July 13, 2020), and a copy of Government Exhibit 767.  Mr. Main has asked the government to submit these materials to the Court for its consideration in determining the restitution award to be imposed upon the above-referenced defendant.

The government believes that the materials attached to Mr. Main's letter have previously been submitted for the Court's consideration in connection with restitution matters.

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By:    /s/ J. Matthew Haggans
       Saritha Komatireddy
       J. Matthew Haggans
       Assistant U.S. Attorneys
       (718) 254-7000

Enclosures (6)
cc:    Clerk of Court (JFB) (By ECF)
      Matthew Brissenden, Esq. (Standby Counsel) (By ECF and Email)
      Phillip A. Kenner, pro se (By Mail)[1]

---

[1] Because the hearing to address restitution is scheduled for tomorrow, June 11, 2021, the government anticipates that Mr. Kenner will not receive a copy of this filing prior to the hearing. The government will ask standby counsel to alert Mr. Kenner to the filing.