

June 9, 2021

Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

      **Re:**    *United States v. Philip A. Kenner, et al, 13-CR-607 (JFB)*
             *Upcoming Hearing on Final Restitution Award*

Dear Judge Bianco:

    As you know, my law firm and I represent CSL Properties 2006, LLC ("CSL Properties"), in connection with the ongoing forfeiture proceedings in the above-referenced matter.

    In advance of the final hearing regarding the restitution award against Phil Kenner – currently scheduled for June 10, 2021 – I have been approached by a few of the members of CSL Properties to make one final plea to the Court to have their restitution claims considered before a final order of restitution is entered.

    Specifically, this request is being made on behalf of Greg deVries, Mattias Norstrom, Raymond "Rem" Murray and Brian Campbell. Although all of these individuals have incurred losses that far exceed their respective contributions to the 'Global Settlement Fund', to the extent the Court has indicated at prior hearings that any restitution award in this matter will be limited to losses relating to the 'crimes of conviction', they have asked me to petition the court to include them as part of any restitution award relating to the Global Settlement Fund.

    In that regard, I have enclosed herein a copy of Government Exhibit No. 767 which, as I understand it, is a schedule of the various debits and credits to the trust account of Ron Richards. This exhibit reflects the following transactions:

    i)   A deposit/transfer received from Mattias Norstrom on May 15, 2009 for **$250,000;**

    ii)  A deposit/transfer received from Raymond Murray on May 22, 2009 for **$100,000**;

390 North Orange Avenue • Suite 1610 • Orlando, Florida 32801-1641 • P: (407) 926-7460 • F: (407) 926-7461
www.hrkmlaw.com

June 9, 2021
Page 2 of 2

      iii) A deposit/transfer received from Greg deVries on June 11, 2009 for **$250,000,** and;

      iv) A deposit/transfer received from Brian Campbell on July 21, 2009 for **$250,000.**

    As reflected in the Affidavits of Loss previously submitted by each of these individuals, all of the aforementioned deposits/transfers relate to contributions made towards the Global Settlement Fund. Copies of these Affidavits of Loss are enclosed herein for the Court's ease of reference. Accordingly, Messrs. deVries, Norstrom, Murray and Campbell are respectfully requesting that the Court consider these losses as part of any final restitution award.

    Your consideration of this matter is very much appreciated.

                                        Respectfully submitted,

                                        Steven R. Main

SRM/nas
Enclosure