UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

VS.

Philip A. Kenner
and
Tommy C. Constantine

AFFIDAVIT OF LOSS
DOCKET#:0207 1:13CR00607

To the best of my knowledge and recollection at this time, the monetary losses that I have incurred due to the offense of conviction and/or through payments made, solicited or received by the Defendant(s) named in this action totals **$1,878,200.00**, and are more specifically identified as follows:

| | | | | |
|---|---|---|---|---|
| i) | Hawaii Investments/LLCs | - | $ | 100,000.00 |
| ii) | Global Settlement Fund (GSF) | - | $ | 250,000.00 |
| iii) | Add'l payments for media services, and attorneys' fees | - | $ | 63,200.00 |
| iv) | Impact Protective Equipment | - | $ | 100,000.00 |
| v) | Code Fire | - | $ | 50,000.00 |
| vi) | Ad Shapers Canada | - | $ | 20,000.00 |
| vii) | TekConnect Corp. | - | $ | 100,000.00 |
| viii) | Eufora | - | $ | 175,000.00 |
| ix) | Vortal Optics | - | $ | 20,000.00 |
| x) | Diamante Del Mar, LLC[1] | - | $ | 500,000.00 |
| xi) | Los Frailes | - | $ | 500,000.00 |
| | TOTAL | - | | $1,878,200.00 |

To date, I have <u>not</u> been compensated by insurance or another source with respect to any portion of my losses described above:

_____

---

[1] These losses are also currently included as part of the damages that have been claimed in the pending lawsuit styled as *deVries et al. v. Jowdy & Diamante Del Mar, LLC*, Case No. 11258-VCL, filed in the Court of Chancery of the State of Delaware.

I do hereby swear that the above information is true and accurate to the best of knowledge and recollection at this time.

| _____ | _____ | _____ |
| Signature | Print Name | Date |
| *[signature]* | Gg de Vries | March 6/16 |