UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

VS.

Philip A. Kenner
and
Tommy C. Constantine

AFFIDAVIT OF LOSS
DOCKET#:0207 1:13CR00607

To the best of my knowledge and recollection at this time, the monetary losses that I have incurred due to the offense of conviction and/or through payments made, solicited or received by the Defendant(s) named in this action totals **$4,750,00.00**, and are more specifically identified as follows:

| | | | | |
|---|---|---|---|---|
| i) | Hawaii Investments/LLCs | - | $ | 100,000.00 |
| ii) | Global Settlement Fund (GSF) | - | $ | 250,000.00 |
| iii) | Ecser Co. | - | $ | 50,000.00 |
| iv) | Teknik Digital Arts | - | $ | 50,000.00 |
| v) | Impact Protective Equipment | - | $ | 200,000.00 |
| vi) | Integrated Telecomm. | - | $ | 100,000.00 |
| vii) | TekConnect Corp. | - | $ | 100,000.00 |
| viii) | Eufora | - | $ | 300,000.00 |
| ix) | LOR Management, SA de CV / Aeropuerto Cabo San Lucas | - | $ | 400,000.00 |
| x) | Diamante Del Mar, LLC[1] | - | $ | 500,000.00 |
| xi) | Diamante Air | - | $ | 250,000.00 |
| xii) | BSD | - | $ | 250,000.00 |
| xiii) | Los Frailes | - | | $1,000,000.00 |
| xiv) | Northern Trust LOC | - | | $1,200,000.00 |
| | **TOTAL** | - | | **$4,750,000.00** |

---

[1] These losses are also currently included as part of the damages that have been claimed in the pending lawsuit styled as *deVries et al. v. Jowdy & Diamante Del Mar, LLC*, Case No. 11258-VCL, filed in the Court of Chancery of the State of Delaware.

To date, I have <u>not</u> been compensated by insurance or another source with respect to any portion of my losses described above:

I do hereby swear that the above information is true and accurate to the best of knowledge and recollection at this time.

_____     MATTIAS NORSTROM     2 FEB. 2016
Signature                        Print Name               Date