UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

VS.

Philip A. Kenner
and
Tommy C. Constantine

AFFIDAVIT OF LOSS
DOCKET#:0207 1:13CR00607

To the best of my knowledge and recollection at this time, the monetary losses that I have incurred due to the offense of conviction and/or through payments made, solicited or received by the Defendant(s) named in this action totals **$100,000.00**, which sum represents the dollar amount I contributed towards the Global Settlement Fund.

To date, I have **not** been compensated by insurance or another source with respect to any portion of my losses described above:

I do hereby swear that the above information is true and accurate to the best of knowledge and recollection at this time.

_____     Raymond (Rem) Murray     7/13/20
Signature                                    Print Name                                Date