| DATE | TO/FROM | DEBIT | CREDIT | Account Balance | NOTES |
|---|---|---|---|---|---|
| 5/5/2009 | S GONCHAR + K GONCHAR TTE | | $ 250,000.00 | $ 250,000.00 | |
| 5/6/2009 | INTRIGUE INVESTMENT COMPA | $ (120,000.00) | | $ 130,000.00 | James Grdina (Avalon BK) |
| 5/6/2009 | HL GROUP | $ (15,000.00) | | $ 115,000.00 | NY Media |
| 5/8/2009 | MICHAEL PECA 46 GOLDEN PH | | $ 250,000.00 | $ 365,000.00 | |
| 5/11/2009 | DARRYL SYDOR 110 MILLVIEW | | $ 250,000.00 | $ 615,000.00 | |
| 5/11/2009 | JAY MCKEE 20 DOUGLAS LN E | | $ 250,000.00 | $ 865,000.00 | |
| 5/11/2009 | JERE LEHTINEN 622 STRATFO | | $ 250,000.00 | $ 1,115,000.00 | |
| 5/11/2009 | SECURITY TITLE AGENCY | $ (300,000.00) | | $ 815,000.00 | Avalon Closing |
| 5/12/2009 | GILMARTIN, MAGRESS, ROSE | ($45,000.00) | | $ 770,000.00 | Palms 31302&31304 units |
| 5/12/2009 | CAREY, RODRIQUEZ, GREENBERG | ($8,000.00) | | $ 762,000.00 | TC Miami attorneys (http://www.crgplaw.com/) |
| 5/12/2009 | Sonnenshein | ($8,000.00) | | $ 754,000.00 | TC LA attorneys (http://www.sonnenschein.com/index.aspx) |
| 5/12/2009 | Nussbaum & Gills, P.C. | ($500,000.00) | | $ 254,000.00 | Avalon BK attorneys (http://www.nussbaumgillis.com/) |
| 5/12/2009 | SECURITY TITLE AGENCY | | $300,000.00 | $ 554,000.00 | Avalon Closing |
| 5/12/2009 | SECURITY TITLE AGENCY | | $120,000.00 | $ 674,000.00 | Avalon Closing (NET $0) |
| 5/14/2009 | Cabo Attorney | ($22,000.00) | | $ 652,000.00 | Cabo attorney |
| 5/14/2009 | Epstein Becker Green | ($25,000.00) | | $ 627,000.00 | Myrick case |
| 5/14/2009 | Ronald Richards & Associates | ($50,000.00) | | $ 577,000.00 | |
| 5/15/2009 | MATTIAS NORDSTROM | | $ 250,000.00 | $ 827,000.00 | |
| 5/18/2009 | Earl, Curley, and Lagarde | ($10,000.00) | | $ 817,000.00 | TC AZ attorneys (http://www.ecllaw.com/pages/welcome.php) |
| 5/18/2009 | Silver Law, PC | ($55,000.00) | | $ 762,000.00 | TC AZ attorneys (http://www.taxcontroversy.com/) |
| 5/18/2009 | Glenn Murray | | $250,000.00 | $ 1,012,000.00 | |
| 5/22/2009 | Chase Bank | ($2,400.00) | | $ 1,009,600.00 | Dickenson Architects Inc. - Avalon (?) |
| 5/22/2009 | Gruber, Hurst, Johansen and Hail, LLP | ($6,127.50) | | $ 1,003,472.50 | SYDOR Attorney TX Myrick case |
| 5/22/2009 | Raymond Murray | | $100,000.00 | $ 1,103,472.50 | |
| 5/26/2009 | Steve Ruchin | | $50,000 | $ 1,153,472.50 | |
| 5/26/2009 | Ronald Richards & Associates | **($75,000.00)** | | $ 1,078,472.50 | |
| 5/26/2009 | Ronald Richards & Associates | **($20,000.00)** | | $ 1,058,472.50 | |
| 5/26/2009 | Sullivan and Cromwell | **($65,000.00)** | | $ 993,472.50 | NY law firm (3rd largest lawfirm in the world) |
| 5/26/2009 | Epstein Becker Green | ($25,000.00) | | $ 968,472.50 | Myrick case |
| 5/27/2009 | Ronald Richards & Associates | ($25,000.00) | | $ 943,472.50 | |
| 5/27/2009 | Alliance Bank of Arizona | ($29,000.00) | | $ 914,472.50 | Eufora LLC |
| 5/27/2009 | The Harris Bank | ($747.14) | | $ 913,725.36 | Nussbaum and Gillis |
| 5/28/2009 | Ronald Richards & Associates | ($25,000.00) | | $ 888,725.36 | |
| 5/29/2009 | Johnson Bank | ($1,000.00) | | $ 887,725.36 | The Law office of Stephen Nebgen (Scottsdale) |
| 6/1/2009 | HL GROUP | ($15,000.00) | | $ 872,725.36 | Constantine PR firm |
| 6/2/2009 | Edenmotor Sports | ($450,000.00) | | $ 422,725.36 | Cessna 414 purchase (Juneau settlement) |
| 6/4/2009 | Aerospace Reports | ($415,000.00) | | $ 7,725.36 | Falcon 10 and Metro receiver |
| 6/5/2009 | William Ranford Individual | | $100,000.00 | $ 107,725.36 | |
| 6/8/2009 | Cabin Crafters | ($75,000.00) | | $ 32,725.36 | Falcon 10 repairs (Spencer Savings bank) |
| 6/10/2009 | K Nash | | $100,000.00 | $ 132,725.36 | |
| 6/10/2009 | GILMARTIN, MAGRESS, ROSE | ($15,000.00) | | $ 117,725.36 | Palms 31302 & 31304 |
| 6/10/2009 | Eufora, LLC | ($850.00) | | $ 116,875.36 | Eufora |
| 6/10/2009 | Southwest Aviation Group | ($13,331.00) | | $ 103,544.36 | Wells Fargo (?) - Insurance |
| 6/10/2009 | Sean Hayden | ($8,500.00) | | $ 95,044.36 | Wells Fargo account #135 616 0562 |
| 6/12/2009 | William Ranford Individual | ($100,000.00) | | $ (4,955.64) | |
| 6/11/2009 | Greg deVries | | $250,000.00 | $ 245,044.36 | |
| 6/16/2009 | Avtrack LLC | ($5,450.00) | | $ 239,594.36 | Wells Fargo (?) |
| 6/15/2009 | Edenmotor Sports | ($75,000.00) | | $ 164,594.36 | (?) |
| 6/17/2009 | Supermarine of Stewart | ($3,500.00) | | $ 161,094.36 | Falcon |

**GOVERNMENT EXHIBIT 767**
13-CR-607 (JFB)

| Date | Payee | Debit | Credit | Balance | Note |
|---|---|---:|---:|---:|---|
| 6/18/2009 | Stumpel | | $250,000.00 | $411,094.36 | |
| 6/22/2009 | Ronald Richards & Associates | ($100,000.00) | | $311,094.36 | |
| 6/23/2009 | Thomas Baker | ($27,500.00) | | $283,594.36 | AZ attorney |
| 6/23/2009 | Alliance Bank of Arizona | ($5,000.00) | | $278,594.36 | Eufora LLC |
| 6/26/2009 | Bank of America | ($4,800.00) | | $273,794.36 | (?) |
| 6/30/2009 | HL GROUP | ($15,000.00) | | $258,794.36 | NY PR firm |
| 6/30/2009 | Alliance Bank of Arizona | ($5,000.00) | | $253,794.36 | Eufora LLC |
| 6/30/2009 | Spencer Savings Bank | ($86,426.00) | | $167,368.36 | Falcon (?) |
| 6/30/2009 | Ronald Richards & Associates | ($25,000.00) | | $142,368.36 | |
| 6/30/2009 | Preferred Environmental | ($1,500.00) | | $140,868.36 | |
| 7/6/2009 | Alliance Bank of Arizona | ($5,000.00) | | $135,868.36 | Eufora LLC |
| 7/6/2009 | First Source Bank | ($4,065.00) | | $131,803.36 | Falcon payment |
| 7/7/2009 | Alliance Bank of Arizona | ($5,000.00) | | $126,803.36 | Eufora LLC |
| 7/13/2009 | William Ranford Individual | | $300,000.00 | $426,803.36 | |
| 7/13/2009 | JB AZ Consulting, LLC | ($384,000.00) | | $42,803.36 | Jeff Bailey Avalon closing |
| 7/13/2009 | GILMARTIN, MAGRESS, ROSE | ($15,000.00) | | $27,803.36 | Palms 31302 & 31304 |
| 7/15/2009 | Epstein Becker Green | ($15,000.00) | | $12,803.36 | Myrick case |
| 7/21/2009 | Alliance Bank of Arizona | ($5,000.00) | | $7,803.36 | Eufora LLC |
| 7/21/2009 | Stephen Negden | ($1,500.00) | | $6,303.36 | The Law office of Stephen Nebgen (Scottsdale) |
| 7/21/2009 | Brian Campbell | | $250,000.00 | $256,303.36 | |
| 7/21/2009 | Alliance Bank of Arizona | ($5,000.00) | | $251,303.36 | Eufora LLC |
| 7/21/2009 | Alliance Bank of Arizona | ($25,000.00) | | $226,303.36 | Eufora LLC |
| 7/27/2009 | first american title | ($44,689.17) | | $181,614.19 | Avalon closing (?) |
| 7/28/2009 | Alliance Bank of Arizona | ($7,050.00) | | $174,564.19 | Eufora LLC |
| 7/30/2009 | Phil Kenner | ($22,425.52) | | $152,138.67 | GSF expense reimbursement |
| 8/7/2009 | Bank of America | ($40,000.00) | | $112,138.67 | Avalon Partners account #809 274 4093 |
| 8/7/2009 | Bank of America | ($7,000.00) | | $105,138.67 | Avalon Partners account #809 274 4093 |
| 8/10/2009 | Johnson Bank | ($18,215.92) | | $86,922.75 | Eufora LLC |
| 8/10/2009 | Gilmartin, Magress, Rose | ($15,000.00) | | $71,922.75 | Palms 31302 & 31304 |
| 8/6/2009 | First Source Bank | ($4,065.00) | | $67,857.75 | Falcon payment |
| 8/31/2009 | alliance bank | ($16,000.00) | | $51,857.75 | Eufora LLC |
| 8/26/2009 | turner stevenson | | $100,000.00 | $151,857.75 | |
| 9/2/2009 | alliance bank | ($80,000.00) | | $71,857.75 | Eufora LLC |
| 9/8/2009 | First Source Bank | ($4,065.00) | | $67,792.75 | Falcon payment |
| 9/8/2009 | northwest value partners | | $124,982.00 | $192,774.75 | |
| 9/9/2009 | the g55 foundation (gonchar swiss account) | | $749,985.00 | $942,759.75 | |
| 9/9/2009 | neptune company | ($500,000.00) | | $442,759.75 | Eufora LOAN PAYOFF |
| 9/9/2009 | eufora llc | ($250,000.00) | | $192,759.75 | |
| 9/10/2009 | epstein becker | ($25,000.00) | | $167,759.75 | Myrick case |
| 9/10/2009 | ronald richards | ($15,000.00) | | $152,759.75 | |
| 9/15/2009 | Gilmartin, Magress, Rose | ($15,000.00) | | $137,759.75 | Palms 31302 & 31304 |
| 9/15/2009 | edenholm motorsports | ($15,000.00) | | $122,759.75 | |
| 9/15/2009 | az falcon partners | ($1,000.00) | | $121,759.75 | Falcon |
| 9/14/2009 | JT Fox | ($15,000.00) | | $106,759.75 | CA attorney |
| 9/25/2009 | bank of arizona | ($40,000.00) | | $66,759.75 | Avalon Partners account #809 274 4093 |
| 9/16/2009 | rbc | ($730.00) | | $66,029.75 | |
| 10/20/2009 | isabella yashamenev | | $30,000.00 | $96,029.75 | |
| 10/13/2009 | carey rodriquez | ($15,000.00) | | $81,029.75 | Constantine's FL Attorneys |
| 10/6/2009 | First Source Bank | ($4,065.00) | | $76,964.75 | Falcon |
| 10/21/2009 | az falcon partners | ($40,000.00) | | $36,964.75 | Falcon |
| 10/28/2009 | carey rodriquez | ($3,677.40) | | $33,287.35 | Constantine's FL Attorneys |

| Date | Description | Debit | Credit | Balance | Notes |
|---|---|---|---|---|---|
| 11/6/2009 | the g55 foundation (gonchar swiss account) | | $362,355.58 | $395,642.93 | |
| 11/6/2009 | Gilmartin, Magress, Rose | ($15,000.00) | | $380,642.93 | Palms 31302 & 31304 |
| 11/6/2009 | az falcon partners | ($4,065.00) | | $376,577.93 | Falcon PAYMENT |
| 11/6/2009 | eufora llc | ($250,000.00) | | $126,577.93 | |
| 11/6/2009 | ruben Carrillo | ($85,000.00) | | $41,577.93 | Mexican attorney |
| 11/6/2009 | thomas baker | ($15,000.00) | | $26,577.93 | AZ Attorney |
| 11/6/2009 | eric edenholm | ($18,000.00) | | $8,577.93 | Account #271 412 2534 Citibank Rolling Hills Estates CA |
| 11/23/2009 | eufora llc | ($6,000.00) | | $2,577.93 | |
| 11/30/2009 | gonchar | | $138,000.00 | $140,577.93 | |
| 11/30/2009 | eufora llc | ($130,000.00) | | $10,577.93 | |
| 12/7/2009 | maureen privitello | | $150,000.00 | $160,577.93 | |
| 12/7/2009 | maureen privitello | | $50,000.00 | $210,577.93 | |
| 12/7/2009 | az falcon partners | ($155,000.00) | | $55,577.93 | #809 274 4093 Bank of Arizona |
| 12/7/2009 | eufora llc | ($50,000.00) | | $5,577.93 | |
| 12/7/2009 | First Source Bank | ($4,065.00) | | $1,512.93 | Falcon payment |

**TOTAL DEBIT**  $(5,273,809.65)
**TOTAL CREDIT**  $ 5,275,322.58

**TOTAL CREDIT OR DEBIT BALANCE**  $ 1,512.93