# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

June 16, 2021

**Via ECF**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

        Re:    *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

    This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner is requesting permission to appear telephonically at his upcoming restitution hearing. Mr. Kenner is seeking this accommodation to avoid the need for quarantine, and because a telephone conference can be scheduled with the MDC sooner than a video conference.

    I have conferred with counsel for the Government, who also consents to proceed by telephone. I understand that all parties are available to appear telephonically at noon on June 28th.

    Accordingly, I am respectfully asking the Court to schedule Mr. Kenner restitution hearing to take place telephonically on June 28, 2021 at 12:00.

    Thank you for your consideration.

                                      Respectfully submitted,

                                                    /s/

                                               Matthew W. Brissenden

cc:    All Counsel (*via* ECF)
        Phillip Kenner