# MATTHEW W. BRISSENDEN, P.C.
## ATTORNEY AT LAW

666 Old Country Road, Suite 501　　　　　　516-683-8500, Fax: 516-683-8410
Garden City, New York 11530　　　　　　　matthew.w.brissenden@gmail.com

June 16, 2021

**Via ECF**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

　　　　　Re:　*United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

　　　This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Mr. Kenner is requesting permission to appear telephonically at his upcoming restitution hearing. Mr. Kenner is seeking this accommodation to avoid the need for quarantine, and because a telephone conference can be scheduled with the MDC sooner than a video conference.

　　　I have conferred with counsel for the Government, who also consents to proceed by telephone. I understand that all parties are available to appear telephonically at noon on June 28th.

　　　Accordingly, I am respectfully asking the Court to schedule Mr. Kenner restitution hearing to take place telephonically on June 28, 2021 at 12:00.

　　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Matthew W. Brissenden

*Request granted.*

**SO ORDERED**
/s/Joseph F. Bianco

cc:　All Counsel (*via* ECF)
　　　Phillip Kenner

Joseph F. Bianco, USCJ
Sitting by Designation.

Date: June 16, 2021
Central Islip, N.Y.