

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JHK:DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

June 22, 2021

Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

       Re:    United States v. Kenner and Constantine
                  No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      The government respectfully submits the petitions the government received from prospective third-party petitioners that were not filed on the docket. Attached are petitions that the government received from: Bryan Berard; John Kaiser; Tyson Nash; Michael Peca and Kristin Peca; and Joe Juneau.[1] *See* Exhibit A (Berard petition); Exhibit B (Kaiser petition); Exhibit C (Nash petition); Exhibit D (Peca petition); and Exhibit E (Juneau petition).

      In addition to the foregoing, the following third-party petitions were previously filed on the docket: petition of Danske Bank filed on May 6, 2020, Docket Entry ("DE") 835; petition of Mark D'Ambrosio filed on July 6, 2020, DE 873; petition of Owen and Diana Nolan filed on July 8, 2020, DE 874; petition of CSL Properties filed on July 14, 2020, DE 880; petition of Patricia Formisano filed on July 16, 2020, DE 881; petition of SH55, LLC and Kenneth Jowdy filed on July 16, 2020, DE 882; petition of Gregory A. Carrafiello and Ana Alejandra Gutierrez Flores filed on July 16, 2020, DE 883; petition of Anthony Miranda filed on July 20, 2020, DE

---

    [1] Personally identifiable information was redacted from the petitions attached to this letter.

884; petition of Robert Burdick filed on July 21, 2020, DE 886; and petition of Turner Stevenson filed on July 22, 2020, DE 888.

                                                        Respectfully submitted,

                                                        JACQUELYN M. KASULIS
                                                        Acting United States Attorney

          By:      /s/ Madeline O'Connor
                  Madeline O'Connor
                  Diane C. Leonardo
                  Assistant U.S. Attorneys
                  (631) 715-7870
                  (631) 715-7854

cc:  All counsel of record by ECF