To whom it may Concern,

Here is the proof of my wiring Instructions
for my investment on Chantente Cabo San Lucas
if there is anything like you need please
Contact me at ████████████████

Thank you
            Bryan Berard

7105775302          West business center                              07:36:59 a.m.    09-05-2005      2 /2

September 7, 2005

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re:   Bryan Berard: Account # ▊▊4078

Dear Charles Schwab:

Please wire $200,000.00 using the following instructions:
    Hudson United Bank
    ABA 021201503

    The account name and number are as follows:

    Baja Development Corp.
    Account # 3981345276
    2 dogwood drive
    Danbury, Ct. 06811

    Please call Phil Kenner with questions at ▊▊▊▊▊.

Thank you for your assistance,

Bryan Berard

Roger Benard

U.S. Department of Justice
United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

FOREVER / USA

