My name is Tyson Nash & I'm filing my petition & claim (petition) for losses under 21 U.S.C. 853(n)

Criminal Docket
No. 13-607 (JFB)(EDNY)

Losses:

Hawaii              $ 60,000

Eufora              $ 100,000

Global Settlement   $ 100,000

Los Fralies         $ 500,000

Diamante            $ 100,000

The Comect          $ 50,000

Tecknique           $ 25,000

I believe all to be true    Tyson Nash

07/12/2020

Dear Diane Leonardo & FSSA Asset Forfeiture Paralegal Kristen Lake.

My name is Tyson Nash & I'm sorry I don't have all the physical Docs & percentages & dates of investments but Matt Galada does. To the best of my knowledge this is the dollar amounts attached. Thank you

Tyson Nash

This was overnighted but not promised to be delivered next day. Sent 07/13/2020