## MICHAEL & KRISTIN PECA



June 29, 2020

Assistant U.S. Attorney Diane Leonardo and
FSA Asset Forfeiture Paralegal Kristen Lake
United States Attorney's Office, Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722

Dear Ms. Leonardo and Ms. Lake,

Enclosed please find our restitution claim regarding F.#2013R00948, United States v. Philip Kenner, et al., Criminal Docket No. 13-607 (JFB) (EDNY).

We have included information on our interests/right to:

- Eufora LLC, $366,000 (July 13, 2004= $166,000 to Eufora LLC; April 7th 2008= $200,000 to Eufora LLC & $100,000 to Constantine Management Group)

- Hawaii (Northern Trust), $1,894,392 (June 23, 2005=$100,00 to Little Isle IV LLC; March 1, 2009 = $1,794,392 taken from our NT account *when NT took that amount out of our account due to Kenner's fraud)

- Cabo, $300,000 (September 14, 2005 = $200,000 to Baja Development; March 6, 2006 = $50,000 to Baja Development; March 13, 2006= $50,000 Baja Development)

- Global Settlement Fund (GSF), $250,000 on May 8, 2009 to Ron Richards Trust Account.

- TOTAL LOSSES:  BEGINNING VALUE OF LOSSES = $2,510,392
  ENDING VALUE OF LOSSES WITH ROR APPLIED = $4,593,697

All supporting documents are included, with the exception of the $250,000 wire to the Ronald Richards trust account re: GSF. The Government has that in evidence to show our transfer of funds for that purpose.

Please feel free to call or email with any questions.

Sincerely yours,

Michael and Kristin Peca

| DATE | AMOUNT | ORIG/GENERAL | BENEFICIARY | BENE ACCT/BENEFICIARY BANK | FED REF | BANK REF# |
|---|---|---|---|---|---|---|
| 1/13/04 | $166,000.00 | EUFORA LLC | | 60308200174 JOHNSON BANK | 20040713B1B31G00O1940 | LGT41950452100 |
| 3/29/05 | $2,000,000.00 | MICHAEL PECA | 6571 | NORTHERN TRUST | 20050329B1Q80222C005748 | S07508B100B301 |
| 4/14/05 | $200,000.00 | MICHAEL PECA | 6571 | NORTHERN TRUST | 20050414B1Q80224C008680 | S07510400B3BB01 |
| 4/14/05 | $245,000.00 | ROETZEL AND ANDREAS | 4064 | BANK OF AMERICA | 20050414B1Q80223C006994 | S0751040D4D401 |
| 6/23/05 | $100,000.00 | LITTLE ISLE IV LLC | 1417012915 | NORTHERN TRUST | 20050623B1Q80222C005343 | S07517400558001 |
| 9/14/05 | $200,000.00 | BAJA DEVELOPMENT | 3981345276 | HUDSON UNITED BANK | 20050914B1Q80223C007293 | S07525710456601 |
| 9/29/05 | $9,200.00 | STANDARD ADVISORS LLC | 8102558338 | WELLS FARGO | 20050929B1Q80222C005702 | S07627720FA2C01 |
| 1/14/05 | $7,500.00 | | | | | S07583B0CC-A801 |
| 12/03/05 | $9,275.00 | STANDARD ADVISORS | 8102558338 | WELLS FARGO | 200512300B1Q80221C008617 | S07533400B77701 |
| 12/3/06 | $156,804.00 | MICHAEL and KRISTIN | 9988 | HSBC BANK | 281648 | S07626100B401 |
| 2/6/06 | $50,000.00 | BAJA DEVELOPMENT | 3981345276 | HUDSON UNITED BANK | 030681Q8022C004403 | S07600650F02B01 |
| 3/13/06 | $50,000.00 | BAJA DEVELOPMENT | 3981345276 | HUDSON UNITED BANK | 03138 1Q80023C006358 | S07607210B301 |
| 3/20/06 | $53,438.32 | MICHAEL and KRISTIN | 9988 | HSBC BANK | 341644 | S07607911272O1 |
| 4/17/07 | $290,000.00 | MICHAEL and KRISTIN | 9988 | HSBC BANK | 041711B7034R002607 | S07704T700075 |
| 6/5/07 | $5,803.00 | | | | IA009966726603 | S07090650069 |
| 10/1/07 | $9,500.00 | STANDARD ADVISORS | 1251801100 | | IA008979403327 | S07100100093 |
| 4/7/08 | $100,000.00 | EUFORA, LLC | 803082007A | | Q407I1B7037R000200 | S08040700067 |
| 4/7/08 | $100,000.00 LTD | CONSTANTINE MANAGEMENT GROUP | 46781695272 | BANK OF AMERICA | 0407I1B7031R002219 | S08040700008 |
| 11/3/08 | $180,000.00 | HCG SPECIALITY UNDERWRITERS | 0219 | RBS CITIZENS | 11031B7033R001691 | 2008110300057 |
| 11/3/08 | $180,000.00 | HCG SPECIALITY UNDERWRITERS | 0219 RBS CITIZENS | | 11031B7034R001677 | 2006110300056 |

DIAMANTE CABO  $300,000

HAWAII (NORTHERN TRUST)  $100,000 +

EUFORA  $366,000

$1,794,392.19 (3/1/09)

July 9, 2004

Charles Schwab
Institutional Service Group - Team 5
Master account #: ▇▇▇0751
PO Box 52013
Phoenix, AZ 85072-9215

Re:   Michael Peca: Account # ▇▇▇4031

Dear Charles Schwab:

Please wire $166,000.00 using the following instructions:

        Johnson Bank
        8700 N. Gainey Center Drive
        Scottsdale, AZ 85258-2104
        602-522-5400

        Routing # 122105359

        EUFORA, LLC
        14648 Scottsdale Road, Suite 170
        Scottsdale, AZ 85254

        Acct # 6030820074

Thank you for your assistance,

Michael Peca

☑ orignal Eufora Investment

Jul 10 04 07:16p

April 4, 2008

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re: Michael Peca: Account # ████-4031

Dear Charles Schwab:

Please wire $100,000.00 using the following
instructions:

**Johnson Bank**
**3131 E. Camelback Rd.**
**Phoenix, AZ**

**ABA : 122105359**
**Account Name:  Eufora, LLC**
**Account Number: 6030820074**

**Eufora, LLC**
**14646 N Kierland Blvd**
**Ste 250**
**Scottsdale, AZ 85254**

Thank you for your assistance,

Phil Kenner as Attorney in fact for Michael Peca

April 4, 2008

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re: Michael Peca: Account # ████-4031

Dear Charles Schwab:

Please wire $100,000.00 using the following
instructions:

Constantine Management Group, Ltd
Routing # 026009593
Acc# 004678169272

Bank of America
201 East Washington Street
20th Floor
Phoenix, AZ 85004

(888) 852-5000

Thank you for your assistance,

*Phil Kenner—as Atty in fact for Michael Peca*

Phil Kenner as the Attorney in fact for Michael
Peca

☑ Eufora

\* Why was it sent to
Constantine Mgmnt Group?

JUN-28-05 12:51 PM  MICHAEL PECA                        6844571                    P.01

June 21, 2005

Charles Schwab
Institutional Service Group - Team 5
Master account #: ▇▇▇751
PO Box 52013
Phoenix, AZ 85072-9215

Re:  Michael Peca: Account # ▇▇▇4031

Dear Charles Schwab:

Please wire $100,000 using the following instructions:

      Northern Trust Bank, Arizona
      2398 East Camelback Road, Suite 400
      Phoenix, AZ 85016

      Aba/routing number: 122105210
      Account Number: 1411012916

      Beneficiary information:
      Account Name: Little Isle IV LLC
      10705 East Cactus Road
      Scottsdale, AZ 85259

      Banker Contact: Aaron Mascarella (602) 468 - 2604

Thank you for your assistance,

Michael Peca

original Hawaii investment

P.1



## Account Statement

*March 1, 2009 - March 31, 2009*

*Account Number* ____571
PECA MICHAEL                -PD

### Activity Details *(continued)*

**Settled Activity**

| Date | Type | Description | Market Value | Tax Cost | Income Cash | Principal Cash |
|------|------|-------------|--------------|----------|-------------|----------------|
| 03/31/09 | | | | | | |
| | Payments To Or For Benefit Of Client | PAID NORTHERN TRUST, NA FOR THE BENEFIT OF MICHAEL PECA REPRESENTS PAY-OFF OF LOAN #298369-1565 * | | | | ( 1,794,392.19) |

\* MONEIES TAKEN BY NORTHERN TRUST
FROM OUR ACCOUNT DUE TO KENNER'S
ILLEGAL ACTIONS.


Northern Trust

NAA201.

April 4, 2008

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re: Michael Peca: Account # ████-4031

Dear Charles Schwab:

Please wire $100,000.00 using the following
instructions:

Constantine Management Group, Ltd
Routing # 026009593
Acc# 004678169272

Bank of America
201 East Washington Street
20th Floor
Phoenix, AZ 85004

(888) 852-5000

Thank you for your assistance,

*Phil Kenner as Atty in fact for Michael Peca*

Phil Kenner as the Attorney in fact for Michael
Peca

☑ Eufora
   * Why was it sent to
      Constantine Mgmnt Group?

**PLEASE WIRE THIS ENTIRE AMOUNT OUT ON MARGIN – URGENT!!**

September 13, 2005

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re:   Michael Peca: Account # ████4031

Dear Charles Schwab:

Please wire $200,000.00 using the following instructions:

      Hudson United Bank
      ABA 021201503

The account name and number are as follows:

      Baja Development Corp.
      Account # 3981345276
      2 dogwood drive
      Danbury, Ct. 06811

Please call Lynne with questions at 480-481-8920.

Thank you for your assistance,

*Phil Ken___ as Attorney in Fact for Michael*

Phil Kenner as the Attorney in fact for Michael Peca

**PLEASE WIRE THIS ENTIRE AMOUNT OUT ON MARGIN – URGENT!!**

March 8, 2006

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re:   Michael Peca: Account # ████4031

Dear Charles Schwab:

Please wire $50,000.00 using the following instructions:

     **Hudson United Bank**
     **ABA 021201503**

The account name and number are as follows:

     **Baja Development Corp.**
     **Account # 3981345276**
     **2 dogwood drive**
     **Danbury. Ct. 06811**

Please call Lynne with questions at 480-481-8920.

Thank you for your assistance,

Phil Kenner as the Attorney in fact for Michael Peca



GSF GLOBAL SETTLEMENT FUND

| DATE | TO/FROM | DEBIT | CREDIT | Account Balance | NOTES |
|---|---|---|---|---|---|
| 5/8/09 | MICHAEL PECA | | $ 250,000.00 | | |

**Michael and Kristin Peca**

**Estimated Opportunity Cost Projection Based on Actual Losses**

**For the Years 2003 through 2020**

| Investment[1] Title | Hawaii | GSF | Euphora | Euphora 2 | Northern Trust Line of Credit |
|---|---|---|---|---|---|
| Investment Year[2] | 2005* | 2009** | 2004+ | 2008++ | 2009*** |
| $Principal Investment[2] | $ 100,000 | $ 250,000 | $ 166,000 | $ 200,000 | $ 1,794,392 |

| Inception Year | Annualized ROR[3] | EOY $Value | EOY $Value | EOY $Value | EOY $Value | EOY $Value |
|---|---|---|---|---|---|---|
| 2003 | 23.23% | - | - | - | - | |
| 2004 | 11.95% | - | - | 175,300 | - | |
| 2005 | 6.88% | 103,490 | - | 187,361 | - | |
| 2006 | 12.65% | 116,581 | - | 211,062 | - | |
| 2007 | 3.78% | 120,988 | - | 219,040 | - | |
| 2008 | -19.43% | 97,480 | - | 176,480 | 176,982 | |
| 2009 | 21.65% | 118,585 | 283,334 | 214,688 | 215,299 | 2,145,719 |
| 2010 | 11.90% | 132,696 | 317,051 | 240,236 | 240,919 | 2,401,060 |
| 2011 | -0.95% | 131,436 | 314,039 | 237,954 | 238,630 | 2,376,250 |
| 2012 | 9.72% | 144,211 | 344,563 | 261,083 | 261,825 | 2,609,415 |
| 2013 | 14.84% | 165,612 | 395,697 | 299,828 | 300,680 | 2,996,653 |
| 2014 | 3.36% | 171,177 | 408,992 | 309,902 | 310,783 | 3,097,340 |
| 2015 | -9.80% | 154,401 | 368,911 | 279,532 | 280,326 | 2,793,801 |
| 2016 | 8.71% | 167,850 | 401,043 | 303,879 | 304,743 | 3,037,141 |
| 2017 | 12.44% | 188,730 | 450,933 | 341,682 | 342,653 | 3,414,961 |
| 2018 | -7.22% | 175,104 | 418,375 | 317,012 | 317,913 | 3,168,401 |
| 2019 | 14.95% | 201,282 | 480,922 | 364,406 | 365,441 | 3,642,077 |
| 2020^ | -9.11% | 182,945 | 437,110 | 331,208 | 332,149 | 3,310,284 |

| | |
|---|---|
| Beginning Value of Losses | $ 2,510,392 |
| Ending Value of Losses with ROR Applied[4] | $ 4,593,697 |

**Footnotes**

[1]The term *Investment* used throughout this document is for illustrative purposed only. Use of the term does not indicate the clients' attitude toward the schemes, or that the schemes were legitimate or held merit.

[2]Per client records.

[3]Assumptions for yrs 2003 through 2014: ROR based on estimated client returns; assumes cash held in reserve for investment beginning January 1st of year affected regardless of effective date of investment; interest and dividends fully reinvested; ROR net of management fees; ROR gross of realized tax in the year identified.

[4]Gross estimated opportunity cost if funds were allocated according to a portfolio similar to what existed for the clients since 2003.

*Invested June 23, 2005

**Invested May 8, 2009.

***Invested March 1, 2009

+Invested July 13, 2004

++Invested April 7, 2008

^January 1, 2020 through June 30, 2020.

| DATE | AMOUNT | BENEFICIARY NAME | BENEFICIARY BANK | BANK REFERENCE | BANK REF/CONF |
|---|---|---|---|---|---|
| 1/13/08 | $168,000.00 | EUFORA LLC | 6030620074 JOHNSON BANK | 20040713B1Q80021C001940 | LCT41950452100 |
| 3/29/05 | $2,000,000.00 | MICHAEL PECA | 9571 NORTHERN TRUST | 2005032591C80022C005748 | S075038010B301 |
| 4/14/05 | $200,000.00 | MICHAEL PECA | 9571 NORTHERN TRUST | 20050414B1Q80224C006680 | S075104003BB01 |
| 4/14/05 | $245,000.00 | ROETZEL AND ANDREAS | 1064 BANK OF AMERICA | 20050414B1Q80023C006994 | S075104004D401 |
| 6/23/05 | $100,000.00 | LITTLE ISLE IV LLC | 1411012916 NORTHERN TRUST | 20050623B1Q80022C005343 | S075172005B901 |
| 9/14/05 | $200,000.00 | BAJA DEVELOPMENT | 3981345276 HUDSON UNITED BANK | 20050914B1Q80023C007293 | S075257104601 |
| 9/29/05 | $9,200.00 | STANDARD ADVISORS LLC | 8102558338 WELLS FARGO | 2005092991C80022C005702 | S075272 0FA2C01 |
| 1/14/05 | $7,500.00 | | | | S0753B80CC4801 |
| 12/30/05 | $9,275.00 | STANDARD ADVISORS | 8102558338 9988 HSBC BANK | 281648 | S0753840D8?701 |
| 1/26/06 | $155,804.00 | MICHAEL and KRISTIN | 3981345276 9988 HSBC BANK | 0306B1Q80022C004403 | S076026100B401 |
| 3/6/06 | $50,000.00 | BAJA DEVELOPMENT | 3981345276 HUDSON UNITED BANK | 0306B1Q80022C004403 | S076060F02B01 |
| 3/13/06 | $50,000.00 | BAJA DEVELOPMENT | 3981345276 HUDSON UNITED BANK | 031381Q80023C006368 | S076072108D301 |
| 3/20/06 | $53,436.32 | MICHAEL and KRISTIN | 9988 HSBC BANK | 341B44 | S076079I127201 |
| 4/17/07 | $290,000.00 | MICHAEL and KRISTIN | 9988 HSBC BANK | 0417411B7034R002607 | S07041700075 |
| 6/5/07 | $5,800.00 | | | IA009666726803 | S007006500069 |
| 10/1/07 | $9,500.00 | STANDARD ADVISORS | 1254501100 | IA009879340327 | S007100150093 |
| [4/7/08] | $100,000.00 | EUFORA, LLC | 603082074 | 040711B7037R000200 | S008040700067 |
| [4/7/08] | $100,000.00 | (CONSTANTINE MANAGEMENT GROUP) HCC SPECIALTY LTD | 26781693272 BANK OF AMERICA | 040711B7034R002219 | S008040700008 |
| 11/3/08 | $180,000.00 | HCC SPECIALTY UNDERWRITERS | 0219 RBS CITIZENS | 110311B7039R001691 | S008110300057 |
| 11/3/08 | $180,000.00 | HCC SPECIALTY UNDERWRITERS | 0219 RBS CITIZENS | 110311B7034R001677 | S008110300056 |

DIAMATE CABO   $300,000

HAWAII (NO(RTHERN TRUST)   $100,000 + $1,794,392.19 (3/1/09)

EUFORA   $366,000

July 9, 2004

Charles Schwab
Institutional Service Group - Team 5
Master account #: ████0761
PO Box 52013
Phoenix, AZ 85072-9215

Re:   Michael Peca: Account # ████-4031

Dear Charles Schwab:

Please wire $166,000.00 using the following instructions:

        Johnson Bank
        8700 N. Gainey Center Drive
        Scottsdale, AZ 85258-2104
        602-522-5400

        Routing # 122106359

        EUFORA, LLC
        14648 Scottsdale Road, Suite 170
        Scottsdale, AZ 85254

        Acct # 6030820074

Thank you for your assistance,

Michael Peca

☑ orignal Eufora Investment

Jul 10 04 07:16p

**PLEASE WIRE ONLY MARGIN IF NECESSARY**

April 4, 2008

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re: Michael Peca: Account # ████-4031

Dear Charles Schwab:

Please wire $100,000.00 using the following
instructions:

**Johnson Bank**
**3131 E. Camelback Rd.**
**Phoenix, AZ**

**ABA : 122105359**
**Account Name: Eufora, LLC**
**Account Number: 6030820074**

**Eufora, LLC**
**14646 N Kierland Blvd**
**Ste 250**
**Scottsdale, AZ 85254**

Thank you for your assistance,

Phil Kenner as Attorney in fact for Michael Peca

☑ Eufora

April 4, 2008

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re: Michael Peca: Account # ▮▮▮▮-4031

Dear Charles Schwab:

Please wire $100,000.00 using the following
instructions:

Constantine Management Group, Ltd
Routing # 026009593
Acc# 004678169272

Bank of America
201 East Washington Street
20th Floor
Phoenix, AZ 85004

(888) 852-5000

Thank you for your assistance,

*Phil Kenner—as Atty in fact for Michael Peca*

Phil Kenner as the Attorney in fact for Michael
Peca

☑ Eufora
    * Why was it sent to
      Constantine Mgmnt Group?

JUN-23-05 12:51 PM  MICHAEL PECA                                    6844371                      P.01

June 21, 2005

Charles Schwab
Institutional Service Group - Team 5
Master account #: ████ 751
PO Box 52013
Phoenix, AZ 85072-9215

Re:  Michael Peca: Account # ████ -4031

Dear Charles Schwab:

Please wire $100,000 using the following instructions:

        Northern Trust Bank, Arizona
        2398 East Camelback Road, Suite 400
        Phoenix, AZ 85016

        Aba/routing number: 122105210
        Account Number: 1411012916

        Beneficiary information:
        Account Name: Little Isle IV LLC
        10705 East Cactus Road
        Scottsdale, AZ 85259

        Banker Contact: Aaron Mascarella (602) 468 - 2604

Thank you for your assistance,

Michael Peca

⊠ original Hawaii investment



NAAZO-1.

# Account Statement

*March 1, 2009 - March 31, 2009*

*Account Number* ▇▇5371 -PD
PECA MICHAEL

## Activity Details *(continued)*

**Settled Activity**

| Date | Type | Description | Market Value | Tax Cost | Income Cash | Principal Cash |
|------|------|-------------|--------------|----------|-------------|----------------|
| 03/31/09 | Payments To Or For Benefit Of Client | PAID NORTHERN TRUST, NA FOR THE BENEFIT OF MICHAEL PECA REPRESENTS PAY-OFF OF LOAN #289369-1565 | | | | (1,794,392.19) |



*\* MONEIES TAKEN BY NORTHERN TRUST FROM OUR ACCOUNT DUE TO KENNER'S ILLEGAL ACTIONS.*

Page 14 of 16

Northern Trust

**PLEASE WIRE THIS ENTIRE AMOUNT OUT ON MARGIN – URGENT!!**

September 13, 2005

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re:   Michael Peca: Account # ████-4031

Dear Charles Schwab:

Please wire $200,000.00 using the following instructions:

    Hudson United Bank
    ABA 021201503

The account name and number are as follows:

    Baja Development Corp.
    Account # 3981345276
    2 dogwood drive
    Danbury, Ct. 06811

Please call Lynne with questions at ████████

Thank you for your assistance,

Phil Kenner as the Attorney in fact for Michael Peca

**PLEASE WIRE THIS ENTIRE AMOUNT OUT ON MARGIN – URGENT!!**

March 8, 2006

Charles Schwab
Institutional Service Group
PO Box 52013
Phoenix, AZ 85072-9215

Re:  Michael Peca: Account # ███ 4031

Dear Charles Schwab:

Please wire $50,000.00 using the following instructions:

    **Hudson United Bank**
    **ABA 021201503**

The account name and number are as follows:

    **Baja Development Corp.**
    **Account # 3981345276**
    **2 dogwood drive**
    **Danbury. Ct. 06811**

Please call Lynne with questions at 480-481-8920.

Thank you for your assistance,

Phil Kenner as the Attorney in fact for Michael Peca



GSF

GLOBAL SETTLEMENT FUND

| DATE | TO/FROM | DEBIT | CREDIT | Account Balance | NOTES |
|------|---------|-------|--------|-----------------|-------|
| 5/8/09 | MICHAEL PECA | | $ 250,000.00 | 385,000.00 | |

**Michael and Kristin Peca**

**Estimated Opportunity Cost Projection Based on Actual Losses**

**For the Years 2003 through 2020**

| Investment[1] Title | Hawaii | GSF | Euphora | Euphora 2 | Northern Trust Line of Credit |
|---|---|---|---|---|---|
| Investment Year[2] | 2005* | 2009** | 2004+ | 2008++ | 2009*** |
| $Principal Investment[2] | $ 100,000 | $ 250,000 | $ 166,000 | $ 200,000 | $ 1,794,392 |

| Inception Year | Annualized ROR[3] | EOY $Value | EOY $Value | EOY $Value | EOY $Value | EOY $Value |
|---|---|---|---|---|---|---|
| 2003 | 23.23% | - | - | - | | |
| 2004 | 11.95% | - | - | 175,300 | | |
| 2005 | 6.88% | 103,490 | | 187,361 | | |
| 2006 | 12.65% | 116,581 | | 211,062 | | |
| 2007 | 3.78% | 120,988 | | 219,040 | | |
| 2008 | -19.43% | 97,480 | - | 176,480 | 176,982 | |
| 2009 | 21.65% | 118,585 | 283,334 | 214,688 | 215,299 | 2,145,719 |
| 2010 | 11.90% | 132,696 | 317,051 | 240,236 | 240,919 | 2,401,060 |
| 2011 | -0.95% | 131,436 | 314,039 | 237,954 | 238,630 | 2,378,250 |
| 2012 | 9.72% | 144,211 | 344,563 | 261,083 | 261,825 | 2,609,415 |
| 2013 | 14.84% | 165,612 | 395,697 | 299,828 | 300,680 | 2,996,653 |
| 2014 | 3.36% | 171,177 | 408,992 | 309,902 | 310,783 | 3,097,340 |
| 2015 | -9.80% | 154,401 | 368,911 | 279,532 | 280,326 | 2,793,801 |
| 2016 | 8.71% | 167,850 | 401,043 | 303,879 | 304,743 | 3,037,141 |
| 2017 | 12.44% | 188,730 | 450,933 | 341,682 | 342,653 | 3,414,961 |
| 2018 | -7.22% | 175,104 | 418,375 | 317,012 | 317,913 | 3,168,401 |
| 2019 | 14.95% | 201,282 | 480,922 | 364,406 | 365,441 | 3,642,077 |
| 2020^ | -9.11% | 182,945 | 437,110 | 331,208 | 332,149 | 3,310,284 |

| | | |
|---|---|---|
| Beginning Value of Losses | | $ 2,510,392 |
| Ending Value of Losses with ROR Applied[4] | | $ 4,593,697 |

**Footnotes**

[1]The term *Investment* used throughout this document is for illustrative purposed only. Use of the term does not indicate the clients' attitude toward the schemes, or that the schemes were legitimate or held merit.

[2]Per client records.

[3]Assumptions for yrs 2003 through 2014: ROR based on estimated client returns; assumes cash held in reserve for investment beginning January 1st of year affected regardless of effective date of investment; interest and dividends fully reinvested; ROR net of management fees; ROR gross of realized tax in the year identified.

[4]Gross estimated opportunity cost if funds were allocated according to a portfolio similar to what existed for the clients since 2003.

*Invested June 23, 2005

**Invested May 8, 2009.

***Invested March 1, 2009.

+Invested July 13, 2004

++Invested April 7, 2008

^January 1, 2020 through June 30, 2020.