

# BOILARD, RENAUD NOTAIRES INC.
**Notaires et conseillers juridiques**
196, avenue Saint-Michel, Saint-Raymond (Québec) G3L 3W6

Téléphone : (418) 337-2222     Télécopieur : (418) 337-2271

---

Saint-Raymond, July 10th, 2020

*«By mail»*

**Ms Diane Beckmann**
610, Federal Plaza, 5th Floor
Central Islip, NY 11722

Objet :     **Mr Joé Juneau**

Madam,

You will find enclosed a certified copy of the *Declaration under oath* of Mr Joé Juneau.

The original of this declaration will be sent to the Clerk of the Court.

With kindest regards,

*[signature]*
**Mario Boilard, Notary**

---

Sainte-Catherine-de-la-Jacques-Cartier (418) 875-1671  - Val-Bélair (418) 842-4448 -
Cap-Santé (418) 285-5457
vgdorval@boilardrenaud.com

## DECLARATION UNDER OATH

I, undersigned, **Joé Juneau**, residing at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ province of Quebec, G1V 2E9, solemnly declare :

1. I am the owner of 1% of the Diamante Cabo San Lucas, LLC, 131 Deer Hill Avenue Suite B, in Danbury CT 06811;

2. This LLC is known to me as the Cabo San Lucas Golf and Resort located in Mexico;

3. I provide, attached to the present declaration, the documents for income tax purposes that were sent to me yearly by the promoter, Mr Ken Jowdy;

4. In any event of liquidation or sale of the property, I ask that my rights associated to my proportion in this property be respected;

5. I make this solemn declaration believing it to be true;

AND I SIGNED :

*[signature]*
**JOÉ JUNEAU**

Sworn before me, in the city of Saint-Raymond,
This 10th day of July 2020

*[signature]*
Mario Boilard
Notary of the province of Quebec (Canada)

NOTARY

**COPIE CONFORME**