

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JMH
F. #2013R00948

*610 Federal Plaza
Central Islip, New York 11722*

June 27, 2021

<u>By ECF and Email</u>

The Honorable Joseph F. Bianco
Visiting United States Circuit Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>United States v. Phillip A. Kenner</u>
              <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      The government respectfully submits this letter to supplement the record in connection with the restitution submission filed on June 10, 2021 (ECF No. 1063), specifically, to provide additional information concerning the restitution request made by Greg de Vries. Mr. de Vries has asked the government to provide the Court with a copy of Government Exhibit CHART-15. A copy of CHART-15 is attached hereto, and Mr. de Vries has asked the government to submit it to the Court for its consideration in determining the restitution award to be imposed upon the above-referenced defendant.

                            Respectfully submitted,

                            JACQUELYN M. KASULIS
                            Acting United States Attorney

          By:   <u>/s/ J. Matthew Haggans</u>
                J. Matthew Haggans
                Assistant U.S. Attorney
                (718) 254-6127

Enclosure (1)
cc:    Clerk of Court (JFB) (By ECF)
        Phillip A. Kenner, *pro se* (By U.S. Mail)
        Matthew Brissenden, Esq. (Standby Counsel) (By ECF and Email)

