## CRIMINAL CAUSE FOR SENTENCING (RESTITUTION) (By Telephone)

**BEFORE:** CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
**DATE:** 6/28/2021     **TIME:** 12:00 p.m.     **TIME IN COURT:** 39 mins.

**DOCKET NUMBER:** CR 13-00607 (JFB)(AYS)     **TITLE:** USA v. Kenner et al.

**DEFT NAME:** PHILLIP A. KENNER (1)
 X NOT PRESENT   X IN CUSTODY

**ATTY. FOR DEFT.:** Matthew Whitney Brissenden (Stand-by Counsel)
 X NOT PRESENT   X C.J.A

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 28 2021 ★
LONG ISLAND OFFICE

**A.U.S.A.:** Matthew Hagans, Diane C. Leonardo-Beckmann

**COUNSEL FOR INTERESTED PARTIES:**

Seetha Ramachandran (Owen Nolan)

**FTR:** 12:09 - 12:48                    **DEPUTY CLERK:** JJT

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X   SENTENCING ADJOURNED TO BY VIDEO.

 X   OTHER:   In response to the issues raised by the Court at today's hearing, the Government shall submit a letter by July 13, 2021 and the defendant shall respond by July 23, 2021.  A further Sentencing hearing will be held via video in late July or early August depending on the MDC's availability to conduct the proceeding by video.