March 8 2020

U.S. Department of Justice

I would like to start by telling you a little about myself - so you can understand how I feel about this person!

I came from a family of nine, very poor never having enough food - had to worry about finding cardboard to fill my shoes.

I knew I wanted a big family of my own but never have them without. So I had 8 children worked 3 jobs slept 4 hours a day - and I made it - Only to have it taken away. I am 86 year old and I don't fear this person - what could he do to me - I fear for my son because this person is not done with his evil doings - I feel he's just begone. He hurt alot of people and took alot of hard work from them. He is a very dangerous person - I only pray he pay's for his evil deeds.

Thank You, Your Honor

Ethel Dolores Kaiser