**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

          VS.                                    **AFFIDAVIT OF LOSS**
                                                        **DOCKET#:0207 1:13CR00607**

**Philip A. Kenner**
**and**
**Tommy C. Constantine**

To the best of my knowledge and recollection at this time, the monetary losses that I have incurred due to the offense of conviction and/or through payments made, solicited or received by the Defendant(s) named in this action totals $ 100.000, which sum represents the dollar amount I contributed towards Eufora.

To date, I have <u>not</u> been compensated by insurance or another source with respect to any portion of my losses described above:

I do hereby swear that the above information is true and accurate to the best of knowledge and recollection at this time.

_____    YELENA TSYPLAKOVA    11/19/20
Signature                             Print Name                    Date