UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        VS.               **AFFIDAVIT OF LOSS**
                             DOCKET#:0207 1:13CR00607

**Philip A. Kenner**
and
**Tommy C. Constantine**

To the best of my knowledge and recollection at this time, the monetary losses that I have incurred due to the offense of conviction and/or through payments made, solicited or received by the Defendant(s) named in this action totals $ __175,000__, which sum represents the dollar amount I contributed towards Eufora.

To date, I have _not_ been compensated by insurance or another source with respect to any portion of my losses described above:

I do hereby swear that the above information is true and accurate to the best of knowledge and recollection at this time.

Signature  Print Name  Date

*[signed]*  Dimitri Khristich  11/17/20