

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

George Kostolampros

T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

July 16, 2021

**VIA ECF**

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

    Re:    **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

    We write on behalf of Danske Bank A/S London Branch ("Danske") with respect to the Court's recent order rescheduling the conference set for July 15 to July 20 at 3pm. Counsel for Danske are unavailable that day because of other prior conflicts. We respectfully request an adjournment to either July 22 (except from 10 am to 11 am) or July 23, 2021.

    In connection with this request, Danske contacted the government and the government indicated that it is available July 22 (except from 10 am to 11 am) or July 23, 2021.

    We thank the Court for its time and attention to this matter.

                      Respectfully,

                      /s/ George Kostolampros

                      George Kostolampros
                      Doreen S. Martin
                      Xochitl S. Strohbehn

cc:    All parties of record via ECF