# VENABLE LLP

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

George Kostolampros

T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

July 16, 2021

**VIA ECF**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 19 2021   ★

LONG ISLAND OFFICE

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

Re:   **United States of America v. Kenner, Cr. No. 13-607 (JFB)**

Dear Judge Bianco,

We write on behalf of Danske Bank A/S London Branch ("Danske") with respect to the Court's recent order rescheduling the conference set for July 15 to July 20 at 3pm. Counsel for Danske are unavailable that day because of other prior conflicts. We respectfully request an adjournment to either July 22 (except from 10 am to 11 am) or July 23, 2021.

In connection with this request, Danske contacted the government and the government indicated that it is available July 22 (except from 10 am to 11 am) or July 23, 2021.

We thank the Court for its time and attention to this matter.

*Request granted. The conference is re-scheduled for July 22, 2021 at 3:00 pm.*

Respectfully,

/s/ George Kostolampros

George Kostolampros
Doreen S. Martin
Xochitl S. Strohbehn

SO ORDERED
/s/Joseph F. Bianco

Joseph F. Bianco, USCJ
Sitting by Designation.

Date: July 19, 2021

Central Islip, NY

cc:   All parties of record via ECF