**CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE**

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
DATE: 07/22/2021     TIME: 3:20 p.m.          TIME IN COURT: 35 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)    TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
___ PRESENT   _X_ NOT PRESENT    _X_ IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.: Matthew Whitney Brissenden (Stand-by Counsel)

___ PRESENT  _X_ NOT PRESENT    ___ RET   _X_ C.J.A   ___ FED. DEF. OF NY, INC.

DEFT NAME: TOMMY C. CONSTANTINE (2)
___ PRESENT   _X_ NOT PRESENT    ___ IN CUSTODY   _X_ ON BAIL

ATTY. FOR DEFT.: Sanford Talkin

___ PRESENT  _X_ NOT PRESENT    _X_ RET   ___ C.J.A   ___ FED. DEF. OF NY, INC.

A.U.S.A. Madeline M. O'Connor, Diane C. Leonardo

COUNSEL FOR INTERESTED PARTIES:

For Diamante and Ken Jowdy: Kevin P. Mulry

For Danske Bank:         George Kostolampros, Xochitl S. Strohbehn,
                         Doreen S. Martin, Kelly Weiner

For Owen Nolan:          Seetha Ramachandran

For CSL Properties:      Chris Hill

For Diamante Homeowners: Barry Skovgaard

DEPUTY CLERK: DJF

FTR: 3:20-3:51

COURT REPORTER:    ___ M. FOLEY    ___ F. GUERINO    ___ P. LOMBARDI
                   ___ M. STEIGER  ___ D. TURSI      ___ O. WICKER

_X_  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  STATUS CONFERENCE/ORAL RULINGS

___  DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

___  DEFENDANT TOMMY C. CONSTANTINE REMAINS ON BOND.

__X__  OTHER:  __The Government shall report back to the Court by July 29,__
__2021 regarding the appraisals.  The Government is directed to submit a__
__letter by August 9, 2021 to address the outstanding discovery issues.__
__Additional rulings as set forth on the record.__