# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

666 Old Country Road, Suite 501      516-683-8500, Fax: 516-683-8410
Garden City, New York 11530      matthew.w.brissenden@gmail.com

July 23, 2021

**Via ECF and Email**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

         Re:    *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

     This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Pursuant to the Court's scheduling order, Mr. Kenner's response to the Government's July 13th submission is due today. I was able to meet with Mr. Kenner on Monday the 19th, and furnished him with a copy of the Government's submission at that time.

     However, to date I have not yet received Mr. Kenner's response, nor have I heard from him in several days. I understand that there is currently a lockdown in place at the Metropolitan Detention Center, which may be impeding Mr. Kenner's ability to work and communicate.

     Accordingly, I am respectfully seeking an extension until Tuesday, July 27th to file Mr. Kenner's reply. I am *not* seeking a continuance of the July 30, 2021 video conference, as I know that Mr. Kenner is eager to move forward with that appearance.

     I have conferred with AUSA Matthew Haggans, who informs me that the Government does not oppose this request for an extension. Thank you for your consideration.

                                      Respectfully submitted,

                                                 /s/

                                      Matthew W. Brissenden

cc:     AUSA Matthew Haggans
        Phillip Kenner