# MATTHEW W. BRISSENDEN, P.C.
## ATTORNEY AT LAW

666 Old Country Road, Suite 501          516-683-8500, Fax: 516-683-8410
Garden City, New York 11530              matthew.w.brissenden@gmail.com


July 23, 2021

**FILED**
**CLERK**

10:43 am, Jul 26, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

<u>**Via ECF and Email**</u>

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

Re:     *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Pursuant to the Court's scheduling order, Mr. Kenner's response to the Government's July 13th submission is due today. I was able to meet with Mr. Kenner on Monday the 19th, and furnished him with a copy of the Government's submission at that time.

However, to date I have not yet received Mr. Kenner's response, nor have I heard from him in several days. I understand that there is currently a lockdown in place at the Metropolitan Detention Center, which may be impeding Mr. Kenner's ability to work and communicate.

Accordingly, I am respectfully seeking an extension until Tuesday, July 27th to file Mr. Kenner's reply. I am *not* seeking a continuance of the July 30, 2021 video conference, as I know that Mr. Kenner is eager to move forward with that appearance.

I have conferred with AUSA Matthew Haggans, who informs me that the Government does not oppose this request for an extension. Thank you for your consideration.

*Request granted.*

Respectfully submitted,

/s/

**SO ORDERED**      Matthew W. Brissenden
/s/Joseph F. Bianco

cc:     AUSA Matthew Haggans
        Phillip Kenner

Joseph F. Bianco, USCJ

Sitting by Designation.

Date: _Jul 26_ 20 21

Central Islip, N.Y.