

- Masood Bhatti — Lehman Bros.
  - got a piece of Hawaii deal

- 260 acres — 1st piece of Hawaii investment
  - just kept buying / expanding — 6,000 acres total

- Alan Warden — Windwalker — Accountant / contact

[Annotation: Kaiser confirmed to the FBI -- vetting loan meetings with jowdy before the loans began...]

[Annotation: Kaiser is Hawaii LLC managing member at the time of this proffer...]

① times — JK met Jowdy = 2x in NYC
- in NYC = Trust (2003) = Jowdy restaurant discuss.
- there @ JK = discuss project in Hawaii
- KJ — with a girl = funding in Mexico

② time — another time @ a bar = in NYC = bar
- discussed Hawaii
- lending $ from Hawaii to Mexico   KJ / JK

- JK — not sure how KJ & KC met

- JK = saw KJ in Mexico couple times
- [again discussed] KJ wanted to borrow $ from Hawaii to Mexico
- would pay back after closing

②

(KJ) - brought up borrowing $ from Hawaii project

borrowed millions from Hawaii project → $5M-$6M
 - 1st was going to be $100's k ≠ not millions
 - (JK) - not happy $ amt started to grow to Millions of $ to Mexico

discussed = Brian Berard / (JK)

= was Agreement to borrow $ from Hawaii —

[2004 Hawaii loan agreement]

(KJ) → (JK)   (KJ) - don't worry all $ will come back; get repaid
               (JK)
 - in NYC
 discussed $ from Hawaii to Mexico
   - just to be used for Mexico
       ↓ no other project

Question to (JK):
2006 = update letter on Hawaii project —
 (JK) - yes, I recall letter
 (JK) - made these many times ||||

["Update" emails in Galioto's possession in October 2010]

[Attorney Madia update letters from Kenner to the investors per Kaiser proffer...]

(JK) - never got $ back from (KJ) / Mexico

(JK) -

[Kaiser does NOT say that this is money that he was unaware of at the time of the loans -- notwithstanding the fact that Kaiser would still (according to his EDNY testimony) have been missing millions from the CA closing almost 2 years prior and Hawaii 4 years prior -- *if actually TRUE!*]

③

Eufora

2007 ≡ (JK) met Tommy Constantino in AZ @ (JK)'s house

(TC) ≡ introd as self made millionaire to (JK)

(JK) ≡ heard about Eufora thru players / guys that Eufora – company will be big one day

in beginning ≡ need couple hundred thousand @ first

(JK) $2.2M – over 3yr period invested

(JK) borrowed from family – majority of $
 – Mother
 – brothers – Keith

(JK) ≡ includes (JK)'s friends $ –
 – (JK) got 4 friends to invest

Donny Rae → ex-hockey player – lives in AZ
 – bringing investors in Hawaii

(JK) ≡ met (DR) – 1yr ago – heard of him prior
 – when put house for sale in AZ – (JK)'s house
 – Brian Berard & (JK) own – 2½ yrs ago bought
 – (JK) – raised $ from friends to buy house in AZ

4

- Tim Gaarn - used to work in banking industry
  - 1st intro to Lehman from (TG)
- not invested in Hawaii

Hawaii managing member Kiaser verifies known-consulting arrangement with Constantine -- while, INFRA, confirms he saw the Hawaii bank records with over 2 dozen transfers to Constantine -- full transparency...

- (TC) - trying to fund (SFB) $ for Hawaii w/ own funds
  - suppose to use own $ to fund Hawaii

- Ultimately $ came from friend of (TC)
  - $4M - Waikapuna closing

Kaiser confirms consulting deals for Gaudet and Gaarn from Hawaii

Robert Gaudet
- (JK) met (RG) - = golf pro
  = knows people in Mexico

- tried to get $ for Hawaii

- believe above indiv. getting paid for getting $
  = (RG)
  = (TG)

RG -- Robert Gaudet and TG -- Tim Gaarn

1st heard 2005 = heard of Enfora from (JK) or players

(TC) = showed (JK) Agreements w/ banks & credit card companies
  = wanted increase ownership in Enfora → (TC)'s own shares in
  = appeared to be great company → (JK)

(5)

= Dish Zero = (TC) →and Mark Ambrosio running $ from Eufora
Taser = accounts to these investments

Sergei Gonchar $ going to

all (JK) investment $ to (TC) went from
(JK) = TD Bank accts

(JK) - rec'd couple hundred thousand back
from (PK)
(JK) from fronted $ for renovation (PK)
house in AZ

(PK) needed $ for Myrick lawsuit ← (JK) - gave (PK) $ from his house sale in Smithtown, NY
— (PK) never repaid

(6)



Case 2:13-cr-00607-JFB-AYS D

$500,000 of these funds were immediately transfered to Kenner by Kaiser for the documented Kaiser (individual) purchase of land from Kenner in Mexico (los Frailes) -- also unknown to Kenner, Kaiser's friends and family -- **BUT --** concealed by Galioto, Wayne, and AUSA Beckmann (ECF No. xxx at xxx)

= (PK) - living in Vegas - Condo
- house in AZ = is wife's from divorce

Kaiser took money form his handicapped brother, his DEA friend Bobby Rizzi, and his doctor friend Sconzo (whom he later robbed for another $200,000 admitted by the Gov't in their forfeiture brief)...

(JK) = Palms Condo's
=

(TC) - new Maloof in Vegas
invested - (JK) friends / 3

2007 or 2008

1. Keith Kaiser - brother
2. = Bobby = Police Officer
3. = and doctor friend of (JK)

$750K together for penthouse @ Palms

= Jay Mckee
= Mike Peca
} on Note = 2 separate units

get 15% from $ - promised by (TC)

= closing went through (TC)

went into it to buy & sell quickly

= (PK) - was not involved in Palms R/E
- as far as (JK) remembers

For a non-participant--Kaiser knew the GSF details that contributors had no clue 6-years later...

Global Settlement Fund - set-up by (TC) = w/ (KJ) + (PK)
- pay Ethan Moreau Sack - from Palms
- Eufora - $
- Mexico - players $

Clearly -- no closing "with Kaiser" EVER occurred...

used to straighten $ investment mess which happened throughout years.

Eufora Palms

= (TC) instructed Ronald Richard to send $ to Eufora acct so he can distribute to players = GS Fund $

(TC) instructed (JK) friends = investment $ - to go to Ronald Richards - not Eufora

- (JC) involved w/ → renovated — (JK) → brothers did work
- ≡ Hermosa Beach house — (PK) — owned ~~to them~~ sold
  - (PK) — owes $ from house construction/renovat
  - (JK) — brothers worked on house ≡ took 4 months
  - (JK) — raised funds to buy house from:
    - ≡ (JK) — mother
    - — brothers
    - — friends
  - (JK) — not rec'd $ from (PK) on house yet
  - (PK) — will get $ from Hermosa Beach house when AZ house sells
    - ≡ on market now

- (JK) met (NJ) in Hawaii
- Nick James —
  - ≡ did stuff for Hayday racing + (TC)

- (NJ) called (TC) to get married
  - $30k-80k — asked $ from (JK) — (JK) said no
  - borrowed from (PK)

- (NJ) did NOT work or invest in Hermosa Beach house

(8)

Los Frailles - investment
- JK + has friends invested in
≈ $1M

~2008

JK - included in the $1M

• purchase property + develop
$1M used to purchase property ⇒ sell parcels to get $ back from 1st investment

→ Bobby Goudet - told JK about investment

JK - not involved in Los Frailles
↓
does have clients involved / hockey players

JK - went down there w/ friends to see

JK - 6 mos. ago in Cabo ≡ Tondy project
≡ golf course - done
≡ suppose to put up condo
≡ never went to North property
DDM

(9)

- KJ = $5M-6M — KJ borrowed/rec'd/loaned
- KJ - borrowed from Hawaii project → to Mexico
- KJ - borrowed from Glen Murray too - for Mexico
- KJ = Might have repaid couple hundred thousand to Hawaii

→ JK - did see Hawaii bank acct statements

- accountant for Hawaii project → JK - will get name of accountant before Lehman can in.
- JK not rec'd K-1's ever
- JK = never rec'd K-1's from Hawaii
- took two yrs to get from Allan Warden ↓ will receive K-1's soon

As managing member of the Hawaii LLC--Kaiser confirms seeing all of the Hawaii bank statements -- so (1) there could be no questions where the $1mm from his friends and family went after deposits in the NEW KAU HOLDINGS ACCOUNT; (2) Kaiser saw all of the Constantine consulting payments; and (3) Kaiser was 100% aware of all the Jowdy loan payments and re-payments...

Agent wrote END TIME -- even though Kaiser disputes seeing agents taking notes during a 2 hour and 15 minute meeting at Kaiser's home during EDNY testimony...*Tr.1120-1122*

END 1:15 PM

10