FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Government Exhibit
3500 - BB   - 2
13-CR-607(JFB)

Date of entry   08/02/2013

BRYAN BERARD, date of birth (DOB) ▮▮▮▮▮ was interviewed at the US Attorney's Office located in Central Islip, NY. Also present during the interview was AUSA Sean Flynn. After being advised of the identity of the interviewing Agent and the nature of the interview, BERARD provided the following information:

During the time PHIL KENNER was BERARD's financial advisor, fellow NHL players, MARK RECCHI and BRIAN BOUCHER questioned BERARD as to why he was using KENNER as a financial advisor. RECCHI also told DARRYL SYDOR, "What are you doing with this guy(KENNER)?"

BERARD went to the Big Island of Hawaii to visit the various properties Little Isle was interested in purchasing and/or developing. He toured the Big Island for two days. *[during the 2004-05 NHL lockout]* <u>It was during that time that BERARD met JOHN KASIER for the first time</u>. The plan was to subdivide the property into 5 acres lots. BERARD invested $100,000 in the project. KENNER also had BERARD move 1.3 million in bonds from Charles Schwab to Northern Trust. Until Lehman Brothers funded the project, KENNER had to make interest payments on the properties that were purchased. At the time, BERARD was unaware of his line of credit(LOC) being used. BERARD had cash in a Charles Schwab account that he moved over to Northern Trust.

The only time BERARD gave KENNER power of attorney was to take KENNER's quarterly commissions out of BERARD's Schwab account.

Little Isle investors were suppose to get 90% back when Lehman Brothers funded the project in August 2006. KENNER only gave back 40%. He told BERARD that the extra capital was needed for the project.

BERARD never invested in a development on the Big Island called Discovery Harbor. BERARD never gave KENNER permission to use his LOC to buy land in Hawaii for BERARD, KENNER or anyone else. BERARD was not aware if KENNER purchased any property on his own in Hawaii.

<u>BERARD did not receive any LOC statements from Northern Trust</u>. He did receive statements for his bond account at Northern Trust. *[the monthly LOC statement arrived in the NT trial subpoena--thus he received them...and forgot again...]*

In the fall of 2006, KENNER called BERARD about investing in a vacant

Investigation on  04/22/2013  at  Central Islip, New York, United States (In Person)

File #  318B-NY-302683                                            Date drafted  08/02/2013

by  GALIOTO MATTHEW

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

318B-NY-302683

Continuation of FD-302 of  Bryan Berard                                    , On  04/22/2013 , Page  2 of 2

piece of property in Sag Harbor, NY with KASIER. BERARD went to visit the property, liked it and decided to invest. The property cost $750,000. BERARD and KASIER would each be 50% owners. **BERARD knew that he was sending his money, for the Sag Harbor property, to an account at Northern Trust that was controlled by KENNER.** BERARD never spoke to MICHAEL PECA or WILLIAM RANFORD, clients of KENNER's, about the property.

In the beginning of 2010, BERARD called KASIER to get a status report on the property. KASIER informed BERARD that the property was almost lost to Suffolk County because the real estate taxes went unpaid. KASIER was under the impression that KENNER had invested money to purchase the property. BERARD told him that he invested 50%. KASIER then realized that KENNER had not contributed any money to the purchase of the property.