

TNTC000010