**Mailed to Berard's home address...**

## DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|-----------|-----------|----------|---------|-------------|---------|---------|----------|
| $900,000.00 | 03-07-2006 | 03-07-2007 | 1542 | | 252996 | 33631 | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "*****" has been omitted due to text length limitations.

**Borrower:**  BRYAN BERARD
5 Erica Drive
Lincoln, RI 02865

**Lender:**  NORTHERN TRUST BANK, N.A.
CAMELBACK OFFICE
2398 EAST CAMELBACK ROAD
SUITE 400
PHOENIX, AZ 85016

**LOAN TYPE.** This is a Variable Rate Nondisclosable Revolving Line of Credit Loan to an Individual for $900,000.00 due on March 7, 2007. The reference rate (NORTHERN TRUST PRIME RATE, currently 7.500%) is added to the margin of -0.250%, resulting in an initial rate of 7.250. This is a secured renewal loan.

**Funds DISBURSED...**

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Personal, Family, or Household Purposes or Personal Investment.

☒ Business (Including Real Estate Investment).

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Renewal of existing line of credit originally used for investment in speculative real estate. .

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $900,000.00 as follows:

| | |
|---|---|
| **Undisbursed Funds:** | $4,650.00 |
| **Amount paid to others on Borrower's behalf:** | $895,350.00 |
| $895,350.00 to Balance at time of renewal | |
| **Note Principal:** | $900,000.00 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED MARCH 7, 2006.

**Signed 1" away from the DISBURSED funds...**

**BORROWER:**

X _____
BRYAN BERARD

LASER PRO Lending, Ver. 5 31 00 003  Copr. Harland Financial Solutions, Inc 1997, 2006  All Rights Reserved.  - AZ  L:\LP6-AZ\CFI\LPL\V20 FC  TR-26005  PR-18

TNTC000222