---------- Forwarded message ----------
From: **Phil Kenner** <kenner33@gmail.com>
Date: Tue, Aug 31, 2010 at 6:38 PM
Subject: Re: Global Settlement Fund
To: Ronald Richards <ron@ronaldrichards.com>
Cc: Nick Bravo <nick@ronaldrichards.com>, Ronald Richards <ron@ronaldrichards.com>, John Kaiser <johnrkaiser@gmail.com>

See below.

Thanks,  Phil
Cell: (480) 235-4193

On Aug 31, 2010, at 1:06 PM, Ronald Richards <ron@ronaldrichards.com> wrote:

> Hi Phil,
>
> Just checked this off the satelite.  Yes we received Kaiser's wires and wired them the next day to the Eufora operating account.  THANKS
>
> How are things going?  GOING OK BUT JUST FEEL LET DOWN BY CONSTANTINE MORE THAN ANY OF THE JOWDY STUFF
>
> did you file the suit?  I BELIEVE THE FRAUD SUIT, ETC WILL BE FILED BY THURSDAY OR EARLY NEXT WEEK AT THE LATEST   CONSTANTINE HAS BEEN THREATENING PEOPLE THAT HE WILL DESTROY THEM IF THEY PARTICIPATE IN THE SUIT AGAINST HIM
>
> Did Jowdy get arrested yet?  JOWDY ACTIONS SHOULD COMMENCE IN THE NEXT 48 HOURS   I HOPE HE IS IN MEXICO!
>
> I have spotty connections for the next ten days.  ENJOY MY FRIEND.  THANKS FOR RESPONDING.
>
> Email me if you need anything as they will get better as I get closer to civilization.
>
>
> In a recent message PHIL KENNER wrote:
>> From: "PHIL KENNER" <kenner33@gmail.com>
>> Subject: Global Settlement Fund
>> Date: Tue, 31 Aug 2010 12:19:06 -0700
>> Nick:
>> I believe that Ron is still out of town; good for him. I have attached a
>> spreadsheet of the funds that passed thru Ron's trust account from 05/05/09
>> to 12/07/09. Tommy Constantine handled the requests for distributions
>> to/from the account during this period of time with your office. See the
>> attached spreadsheet which your office previously provided to me. The only
>> two items that are not included, I believe, in the spreadsheet are a:
>> 12/16/09 wire for $150,000 from John Kaiser, and
>> 12/29/09 wire for $50,000 from John Kaiser.
>> Can you please confirm the receipt of those two wires and the subsequent
>> distributions of those funds?
>> Thanks. Phil
>
>
>
>

*After Kaiser disclosed the $200k wire to Kenner 7/30/2010*

Copyright © 2003-2011. All rights reserved.

---------- Forwarded message ----------
From: **Ronald Richards** <ron@ronaldrichards.com>
Date: Fri, Sep 3, 2010 at 6:48 AM
Subject: RE: Global Settlement Fund
To: PHIL KENNER <kenner33@gmail.com>, Nick Bravo <nick@ronaldrichards.com>
Cc: john kaiser <johnrkaiser@gmail.com>

Hi John and Phil,

I am again confirming receipt of those funds and they were wired the next day per TC to the Eufora Operating account. If you need them added to the spread sheet, please let us know and we will be happy to amend it.

Sincerely,

Ronald Richards, Esq.
Law Offices of Ronald Richards & Associates, A.P.C.
310-556-1001 Office
310-277-3325 Fax
www.ronaldrichards.com

Mailing Address:
P.O. Box 11480
Beverly Hills, CA 90213


-----Original Message-----
From: PHIL KENNER [mailto:kenner33@gmail.com]
Sent: Tuesday, August 31, 2010 12:19 PM
To: Nick Bravo
Cc: Ronald Richards; john kaiser
Subject: Global Settlement Fund

Nick:

I believe that Ron is still out of town; good for him. I have attached a spreadsheet of the funds that passed thru Ron's trust account from 05/05/09 to 12/07/09. Tommy Constantine handled the requests for distributions to/from the account during this period of time with your office. See the attached spreadsheet which your office previously provided to me. The only two items that are not included, I believe, in the spreadsheet are a:

12/16/09 wire for $150,000 from John Kaiser, and
12/29/09 wire for $50,000 from John Kaiser.

Can you please confirm the receipt of those two wires and the subsequent distributions of those funds?

Thanks. Phil

No virus found in this incoming message.

DS-00000526

HARV P-00000036