St. Andrew's Plaza, ≡ 5th Floor
02/8/10 - @ 9:30AM

J. Moore
C. Castano ≡ SEC
Sergei Gonchar
Ron Richards ≡ Atty
Scott Romonowski
Matt Galiotto ≡ FBI

(JM) - went over Proffer Agreement
(RR) - agreed - (SG) signed

(310) 753-8777
Ron Richards on telephone ≡ cell

≡ Born in Russia ≡ until 18 y.o.
≡ drafted by Washington Capitals ≡ 10 yrs playing w/ Capitals
≡ signed @ 20 y.o.
   → Boston - lock-out
   → Russia
   → Pittsburg Penguins

- met (PK) through teammates - Washington Capitals
   → 12 years ago
       ≡ Joe Juneau (already)
       ≡ Chris Simon) w/ (PK)
- 1st time investing in U.S.
   → played in college w/ (PK)
- 1st year or so - learning / talking about investing with (PK) ≡ had dinners w/ (PK)
≡ Juneau & Simon - came to rink w/ (PK)
   → in Washington

Government Exhibit
3500 - SG - 2
13-CR-607(JFB)

(SG) ≡ (PK) was affiliated w/ Assante @ that time
— offered help investing $$
(PK) — mortgages — would help (SG) with

1st year — did not pay (PK) @ that time — just advice

(SG) — signed contract w/ Assante — (PK)
— made some $$ — things going well
(SG) — putting $$ in little by little ≡ each paycheck JFR
monthly — check to Assante
(SG) — rec'd monthly statements from Assante

invested — stock market + Bonds
(SG) — (PK) — would explain strategy — Assante (PK) — would invest per strategy
(SG) — not sure how (PK) was paid
(PK) — left Assante ≡ 5-6 years ago
— went to work on his own Business

(PK) — working w/ 20-30 other NHL players ⟨ Jay McKee, Norstrom, Sydor, Campbell, Simor - Berard, - Woolley, - Vladmir, - Dmitri K.

(SG) — relationship w/ (PK) good
≡ comes to house ; (PK) knows family ; dinners
≡ "friends" w/ (PK)

after Assante ≡ (PK) — started own company ≡ not sure name
(SG) — left Assante ≡ b/c his company — wanted to focus on indiv. — make it easier

(SG) — signed Contract w/ new company
(SG) — % of $ invested went to pay (PK)

(Charles Schwab) → (PK) - helped set-up + suggested

(SG) send $ to his Trust acct. from his checking acct.
(SG) + (PK) - would discuss investments    (Mellon)

- Charles Schwab - send statement

(PK) - set-up - Wells-Fargo Acct for (SG)

- no other accts open / opened - Schwab
  Mellon
  Fargo
  Russian acct
  (set up (SG) father)

2003

(PK) - told (SG) about RE investment in Mexico + Ken Jowdy
(PK) - KD - was developer; found land; supervise project - Northern Baja
(PK) - should make $ on it    did not see
(PK) - was suppose to represent NHL interest = 12 players
- year later - told (SG) about CSL project
(PK) - in tourist location; develop 1st g better opportunity = flew to see w/ wife + daughter
- Phil Mickelson - will be involved in golf course
    Met (PK) in NY through friends

(SG) - invested in Northern Baja
(SG) rec'd business plan

(PK) - told (K) not doing anything on Baja project

2003-2004 — Northern Baja - project -
- (SG) - $500k invested - told to buy land + develop - by (PK)
- (SG) = never told it was to be used for anything else

2004-2005 — CSL project -
- (SG) - $250k invested

Spoke to (KJ) once later on

- had business plan before invested - provided by (PK)

- (PK) & (KJ) - partners in project

- $500k - from Schwab acct.
  - acct info to be wired provided by (PK)

- ~~A-frame~~ SFR

- (PK) - Schwab acct - may have had access to acct — short time
  - call before - buy & sell stocks only

- would give authorization for wires

CSL = $250k - invested - buy land + develop
- went to see property after investment
- same day { - met Ken Jowdy there @ house in CSL = not on property
              - had dinner that night
              - architect @ dinner too.
              - (EJ)
              - (PK)
              - (SG) + wife

flew on plane - charter

spoke about buying another plane; travel to Russia (KJ)

Diamante Air — Falcon

(PK) — to bring investors to CSL and/or Northern Baja

(PK) = (KJ) — supervise plane / charter / make the pmts on

investors (PK) & (SG) only { investors — (PK) → $250K (approx.) Guarantee ($1M loan) | (KJ) — no $ in Air ; (SG) — do not believe (KJ) put $ in any investment
(SG) → $250K invested = to buy plane

(PK) — told (SG) that he is putting $250K of his own $$

(PK) told (SG) before (SG) invested { CSL — (PK) invested own $ over $1M
Rosario

(KJ) — found plane to buy — (SG) investment
(SG) — doesn't know who owned prior

(SG) — rec'd letter from Bank 2 yrs later pmts not being made by (KJ)
— also found additional plane — (SG) not aware of this plane

4-5 yrs ago (PK) introd (SG) = Tommy Constantine — talking to Bank for (SG) & (KJ)
(SG) invested $ — Eufora — debit card company = $250K + $200K + $250K (SG) invested

(PK) told (SG) = (KJ) — trying to buy plane for half price, (KJ) calling Bank

- (SG) met (personally) in 11/05
- (SG) did not know about (TC) past problems until article in Post

- (PK) - told (SG) - spending $35M on golf course
- 2007 - bought golf course in Houston - & left CSL & Baja (CS) projects doing nothing

- (TC) & (PK) - in November @ (SG) house - Pittsburg
- (PK) - meets during season w/ hockey players to discuss situation

   (SG) not surprised - knew problems w/ (EJ) & (PK) before

- NY Post Article - July/August 2009
- (PK) - called & told (SG) article
- (SG) friends called & told him & other players
   - teammates

- (SG) called (PK) that day & (TC)
   - (PK) - not surprised - re: investments
   - (TC) - said he made a mistake when he was young - agreed to meet to talk later

fall 2005
- (PK) + (TC) + (SG) fuffc @ (SG) house in Pittsburg
  - investments
  - how go after (KJ)
  - where & w/ lawyers
  - blamed (KJ) - it's his fault
  - going to hire lawyer - Ron Richards
  - move forward & go after (KJ)
- (PK) - said hc of article - that SFR
- (PK) - told (SG) - Gov't has interest from article
- (PK) - (SG) - invested in another company rubber recycling
2000

2003
- (SG) - invested in Hawaii - land purchased
- (PK)                    (PK) - found developer
- (TC) - invested own $$          to develop land
- investors = other hockey players - Owen Nolan; Kristich;
- (PK) - approached (SG) + explained how to work
  = good opportunity buying land - NOT RISKY

- $1M - (SG) - invested = in beginning $100k - $150k -
  in Hawaii       rest# Guarantee in Bonds
                  transfer to Northern Trust
                  - Bond Portfolio - Northern
                                     Trust
- project on hold now              managing
  b/c of economy    (TC) - setup acct.

- (SG) + rec'd no $ back

(SG) - has not seen land in Hawaii
- own land b/c (PK) said so; doesn't know otherwise

= investments - (PK) to (SG)
(PK) - since own land; have asset then - not risky
(PK) Northern - 5-7 yrs to develop; then switch focus to CSL

(SG) put in $400k in CSL - for villa's  ← *These funds were subsequently stolen by Jowdy and diverted to his new Tennessee project -- ignored by Galioto...**Ex.49***
rec'd back $400k - 2 yrs ago
- pulled $ back b/c nothing being done - (PK) told (SG)
- ask for $ back

Jason Woolley - was traveling w/ (PK)
- spending time in CSL; bringing in clients
- saw nothing being done there too

(PK) - took care of getting $ back
- went to Schwab acct - (SG)

*From the Stanley Cup photo*
- Woolley = spoke to about (KJ)
- Sydor = - not doing what he is suppose too.

*Confirmed to the Galioto led 2011 SDNY Grand Jury*

Northern - property

(SG) - (PK) - told (SG) $ in Hawaii will be loaned to (KJ)

*"future tense"*

[Handwritten notes:]

from (KJ)

(SG) – heard that $ from Hawaii loaned to (KJ) once.
= doesn't recall how much $ loaned to (EJ)
= (KJ) – only entity Hawaii loaned $ to.

(SG) – has docs from Hawaii investments

Schwab – Jim Graham – (SG) → rep. from Schwab

[Annotation pointing to Jim Graham:]
Contacted by Galioto in 2010 and told to disassociate with Kenner of he would become complicit in the Indictment. This further eroded Kenner's ability to financially fight Jowdy, as planned by Galioto, Harvey and Freeh.