# BUSINESS RECORDS AFFIDAVIT

In Re: **BAJA DEVELOPMENT CORP**

BEFORE ME, the undersigned authority, personally appeared **Wendy Gagne** who being duly sworn, deposed as follows:

My name is **Wendy Gagne** I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a Custodian of Records of TD Bank, N.A., and as such am familiar with the original records, books and accounts of TD Bank, N.A. Attached hereto are records of TD Bank, N.A. kept by TD Bank, N.A. in the regular course of business, and it is the regular course of business of TD Bank, N.A. for an employee or representative of TD Bank, N.A. with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are true and accurate copies of the originals and are full, to the best of my knowledge, so far as they relate to the subject matter thereof, with the exception of any redaction necessary to maintain the scope.

*[signature: Wendy Gagne]*
Affiant's Signature

Date: April 20, 2015

**SWORN TO AND SUBSCRIBED** before me under the pains and penalties of perjury on the 20th day of April, 2015.

*[signature: Navana P. Routhier]*
Notary Public
My Commission expires: _____

NAVANA P. ROUTHIER
Notary Public
Maine
My Commission Expires Dec. 1, 2018

---

**Annotations:**

- "Immediately prior to the commencement of the EDNY trial -- THUS Jowdy's thefts were CLEARLY known to the government..."

- "Only the August 2002 statement was subpoenaed by the government as a result of Kenner's REAL proffer notes from June 24, 2009 representing the first THEFTS by Jowdy to Agent Galioto -- and IGNORED since that date to support the misleading prosecution theory of '*pointing the finger*' at Jowdy by Constantine and Kenner..."

Opened 4 days before the first Jowdy thefts...

```
Last statement: August 02, 2002              Page 1 of 4
This statement: August 31, 2002              3981345276
Total days in statement period: 30           (10)

                                    5046     Direct inquiries to:
                                             Customer Service,
BAJA DEVELOPMENT CORPORATION                 1-800-482-5465
400 E 90TH ST 23C
NEW YORK NY 10128                            Hudson United Bank
                                             1000 MacArthur Blvd
                                             Mahwah, NJ  07430
```

VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.

Hub'S Small Business Checking

| | | | |
|---|---|---|---|
| Account number | 3981345276 | Beginning bal | $0.00 |
| Enclosures | 10 | Total additions | 3,304,080.00 |
| Low balance | $-2,018,176.18 | Total subtractions | 3,175,323.10 |
| Avg collect bal | $-103,822.00 | Ending balance | $128,756.90 |

| Number | Date | Amount | Control |
|---|---|---|---|
| | 08-15 | 6,506.50 | 00001434000260 |
| | 08-20 | 40,313.24 | 00001541502490 |
| | 08-20 | 2,000.00 | 00001528002250 |
| | 08-22 | 3,308.13 | 00001660702590 |
| | 08-22 | 2,139.00 | 00001660702580 |
| | 08-26 | 9,999.00 | 00001602900990 |
| | 08-26 | 3,258.55 | 00001635602900 |
| | 08-30 | 15,000.00 | 00001813000710 |
| 1081 | 08-29 | 3,000.00 | 00001779701680 |

Over $417,000 was diverted by Jowdy to non-Diamante del Mar accounts within the first 3 weeks from Kenner, Khristich and Woolley deposits of $804,000...

```
          BAJA DEVELOPMENT CORPORATION    STOLEN BY         Page 2 of 4
          August 31, 2002                 Jowdy             3981345276
                                          immediately...

   DEBITS
       Date    Description                                  Subtractions
       08-06  'Wire Transfer Debit                             40,000.00
              20020806B1B7202F000086
       08-06  'Wire Transfer Debit                             26,000.00
              20020806B1B7202F000085
       08-06  'Wire Transfer Debit                              2,000.00
              20020806B1B7202F000084
       08-06   Debit Memo                                      79,020.00
       08-09  'Transfer Debit                                   5,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
       08-09  'Transfer Debit                                   1,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
       08-12  'Wire Transfer Debit                             35,000.00
              20020812B1B7202F000003
       08-12  'Wire Transfer Debit                              5,000.00
              20020812B1B7202F000094
       08-12  'Wire Transfer Debit                              2,000.00
              20020812B1B7202F000088
       08-12  'Transfer Debit                                   5,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
       08-13  'Wire Transfer Debit                              4,000.00
              20020813B1B7202F000063
       08-13  'Transfer Debit                                  22,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
       08-13  'Transfer Debit                                   1,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3981345289
       08-14  'Transfer Debit                                   1,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
       08-15  'Transfer Debit                                  14,669.68
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
       08-15  'Transfer Debit                                   4,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
       08-16  'Transfer Debit                               2,500,030.00
              TRANSFER TO DEPOSIT ACCOUNT 3981345292
       08-16  'Transfer Debit                                  15,000.00
              TRANSFER TO DEPOSIT ACCOUNT 3980294726
```

The 8-06 and 8-12 transfers totaling $75,000 went to **Jowdy's PERSONAL ACCOUNT** before a single dollar was sent to a DDM related expense.

Account **398-029-4726** -- immediately diverted funds to Jowdy's NYC restaurant OPERATING account.

Account **398-134-5289** -- immediately diverted funds to Jowdy's NYC restaurant PAYROLL account.

**Account 398-134-5292** -- immediately diverted funds to Jowdy's joint account with his father.



```
BAJA DEVELOPMENT CORPORATION                                    Page 4 of 4
August 31, 2002                                                 3981345276

Date            Amount  Date            Amount  Date            Amount
08-28       146,756.90  08-29       143,756.90  08-30       128,756.90
```

```
Last statement: August 16, 2002         Page 1 of 2
This statement: August 31, 2002         3981345292
Total days in statement period: 16      (0)

                                        Direct inquiries to:
                           5046         Customer Service,
LMJ MANAGEMENT LLC                      1-800-482-5465
400 E 90TH ST APT 23C
NEW YORK NY 10128                       Hudson United Bank
                                        1000 MacArthur Blvd
                                        Mahwah, NJ  07430
```

> Jowdy money-laundering account known to the FBI and government pre-trial from this subpoena

```
VISIT OUR WEBSITE AT WWW.HUDSONUNITEDBANK.COM TO FIND OUT
ABOUT THE VARIETY OF PRODUCTS AND SERVICES HUB OFFERS TO MEET YOUR
FINANCIAL NEEDS. THANK YOU FOR BANKING WITH US.

Hub'S Small Business Checking

   Account number        3981345292   Beginning bal              $0.00
   Low balance              $30.00    Total additions     2,750,060.00
   Avg collect bal      $421,905.00   Total subtractions  2,750,030.00
                                      Ending balance            $30.00

DEBITS
     Date    Description                                   Subtractions
     08-16   'Wire Transfer Debit                            250,000.00
             20020816B1B7202F000142
     08-19   'Transfer Debit                               2,500,030.00
             TRANSFER TO DEPOSIT ACCOUNT 3981345276

CREDITS
     Date    Description                                      Additions
     08-16   'Transfer Credit                              2,500,030.00
             TRANSFER FROM DEPOSIT ACCOUNT 3981345276
```

→ LMJ MANAGEMENT LLC     Page 2 of 2
August 31, 2002          3981345292

> Immediately stolen (page 5 of this subpoena) from Kenner-Woolley-Khristich real estate investment with Jowdy in Mexico...

| Date  | Description | Additions |
|-------|-------------|-----------|
| 08-19 | 'Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 3981345276 | 250,030.00 |

DAILY BALANCES

| Date  | Amount       | Date  | Amount | Date | Amount |
|-------|--------------|-------|--------|------|--------|
| 08-16 | 2,250,030.00 | 08-19 | 30.00  |      |        |