**Annotation (top left):** This is consistent with the Eufora 2009 Operating Agreement signed by Gaarn with his FULL KNOWLEDGE of his (Standard Ventures) ownership in Eufora...**See PK30**

**Annotation (top right):** **NONE OF THIS IS LISTED AS KENNER STOCK**

**Annotation:** Eufora CEO...

| From: | C.R.Gentry <crgentry@eufora.com> |
|---|---|
| Sent: | Monday, May 04, 2009 12:54 PM |
| To: | trgaarn@optonline.net |
| Cc: | miaedrozo@eufora.com |
| Subject: | Wire for 100k on 05/04/09. |

**Annotation:** Eufora Secretary...

**Annotation:** Sold by Gaarn after signing the February 23, 2009 Eufora Operating Agreement...thus acknowledged by Eufora...

05/04/09,

Tim Gaarn,

Per our discussion, I understand that there is an inbound wire in the amount of $100,000 being sent today to our Johnson Bank Operating Account that is to be forwarded to you for an external transfer of Stock/Units from Standard Ventures LLC to AZ Eufora Partners I LLC.    There have been several transfers over the past 5 months that we need to complete/update paperwork on.   I will provide documents to you for review/signature soon but to briefly recap today, this is what we show as Stock/Unit Transfers FROM Standard Ventures LLC TO AZ Eufora Partners I LLC since 12/31/08:

| Name | Date | Amount | Description |
|---|---|---|---|
| Glen Murray | 12/31/08 | $100,000 | Bought .50% of Standard Ventures Stock in Eufora LLC |
| Greg DeVries | 02/08/09 | $200,000 | Bought 1.0% of Standard Ventures Stock in Eufora LLC |
| Steve Ruchhin | 02/19/09 | $100,000 | Bought .50% of Standard Ventures Stock in Eufora LLC |
| Glen Murray | 03/19/09 | $100,000 | Bought .50% of Standard Ventures Stock in Eufora LLC |
| Steve Ruchhin | 04/17/09 | $50,000 | Bought .25% of Standard Ventures Stock in Eufora LLC |
| Glen Murray | 04/17/09 | $50,000 | Bought .25% of Standard Ventures Stock in Eufora LLC |
| William Ranford | 05/04/08 | $100,000 | Bought .50% of Standard Ventures Stock in Eufora LLC ** PENDING INBOUND WIRE |

It is our understanding that you want the funds for the wire today (Ranford) to be wired to the same Wachovia Account (1010208659666) as we did for the wires on 04/17/09.   All other amounts listed above (from 12/31/09 through 04/17/09 inclusive) have previously been transferred as directed by you.  Our records show that AFTER the completion of the transaction for William Ranford, Standard Ventures LLC will 1.90% of Eufora L.L.C. Stock/Units remaining and AZ Eufora Partners I L.L.C. will be at 29.95% of Eufora L.L.C. Stock/Units.

I need you to please confirm via email that this is all correct.

Thanks.

**Annotation:** All Gaarn Standard Ventures stock sales in 2008-09 documented by the CEO (Gentry) and Secretary (Edrozo) of Eufora to Gaarn...

**Annotation:** Gaarn still owned Eufora stock after the last sale to Ranford in May 2009...