## Northern Trust Bond Interest payments (annual)

| Mike Peca: | Leveraged interest received |
|---|---|
| 2004 | $0 |
| 2005 | $35,199 |
| 2006 | $80,270 |
| 2007 | $82,521 |
| 2008 | $78,675 |
| 2009 | $23,387 |
| Total: | $300,052 |

| Owen Nolan: | Leveraged interest received |
|---|---|
| 2004 | $40,122 |
| 2005 | $119,458 |
| 2006 | $137,994 |
| 2007 | $140,379 |
| 2008 | $114,178 |
| 2009 | $40,747 |
| Total: | $592,878 |

| Darryl Sydor: | Leveraged interest received |
|---|---|
| 2004 | $28,268 |
| 2005 | $56,315 |
| 2006 | $57,839 |
| 2007 | $49,702 |
| 2008 | $46,239 |
| 2009 | $10,852 |
| Total: | $249,215 |

| Steve Rucchin: | Leveraged interest received |
|---|---|
| 2004 | $3,395 |
| 2005 | $34,564 |
| 2006 | $52,763 |
| 2007 | $52,754 |
| 2008 | $47,554 |
| 2009 | $19,083 |
| Total: | $210,113 |

| Bryan Berard: | Leveraged interest received |
|---|---|
| 2004 | $0 |
| 2005 | $11,947 |
| 2006 | $42,958 |
| 2007 | $30,997 |
| 2008 | $29,355 |
| 2009 | $14,057 |
| Total: | $129,314 |

| Joe Juneau: | $120,000 |
|---|---|

| Glen Murray: | Leveraged interest received |
|---|---|
| 2004 | $8,161 |
| 2005 | $43,840 |
| 2006 | $57,423 |
| 2007 | $61,143 |
| 2008 | $53,544 |
| 2009 | $19,359 |
| Total: | $243,470 |

| Sergei Gonchar: | Leveraged interest received |
|---|---|
| 2004 | $0 |
| 2005 | $7,775 |
| 2006 | $40,487 |
| 2007 | $44,721 |
| 2008 | $40,622 |
| 2009 | $10,734 |
| Total: | $144,339 |

| Mattias Norstrom: | Leveraged interest received |
|---|---|
| 2004 | $4,803 |
| 2005 | $42,005 |
| 2006 | $54,636 |
| 2007 | $57,501 |
| 2008 | $46,202 |
| 2009 | $13,796 |
| Total: | $218,943 |

| Total interest received -- | |
|---|---|
| Named in Supeseding Indictment: | $1,481,572 |
| Not named in superseeding Indictment: | $606,752 |
| Total: | $2,088,324 |

| $1,601,572 | with juneau = 120k |
|---|---|