**Messages** | **Norstrom Mat...** | **Edit**

Mar 19, 2008 11:57 AM

> Got It!
> Account name: constantine Management group?

*Kenner confirms the SELLER of the Eufora Private Shares to Norstrom before he verbally confirms the transfer*

> Yes. That's where the 1% is being transfered from...

> Sent the fax to WF.

*Norstrom signed the wire transfer himself and released the funds removing himself from victim status...*

> I'll confirm   Thx...

Mar 22, 2008 8:06 PM

> How was the show? Got an offer on the house 1,480' they got 14 days to pull out.