

**[Annotation:** Evidence altered from truth to EDNY story just like Gaarn Eufora transfer date change from 2005 (original) to 2007 (see 3500-TG-1-r -- altered)**]**

- total ≈ $300k in Eufora — several times to Eufora
  - 2009 — $100k - Feb.
  - $100k - May

≡ any $ from (BR) accts to be used for Eufora

≡ never told (BR) $ used to buy-out other investors
  I would never do that → (BR)

GSF
  explained: Jowdy issues in Mexico
  - stuck financially with legal bills
    need help financially

(BR) never invested in Mexico

(BR) - $300k gave to GSF July 2009

**[Annotation:** $300,000 corroborate the truth, yet Ranford refuted it vehemently during the trial -- claiming the notes were WRONG.**]**

(BR) - suppose to get a piece of Mexico, Northern for putting $ in GSF

$ to GSF in exchange for the $300k

(BR) - gets updates from (PK)
  re: Jowdy issues / Mexico

(BR) - knew (TC) involved in GSF - not sure what role

≡ (TC) now on side w/ Jowdy

(BR) - did not get emails stating (TC) stole $ + how GSF $ spent

? - if knew $ spent on other expenses - not Jowdy issues
(BR) - would not put $ in GSF → i.e., hangars in AZ, airplanes, Eufora

(BR) - never went to Mexico properties

(BR) Speaks to JE currently; still his financial advisor

• spoke to briefly
Bryan Berard ← Calling all Kenner clients who were adverse to Jowdy to intimidate them...

END