**BEFORE:**     Joseph F. Bianco U.S.C.J (Sitting by Designation)
**DATE:**       07/30/2021        **TIME:** 10:45 A.M.    **TIME IN COURT:** 1hr 5minutes
**DOCKET #:**   CR 13-00607
**CAPTION:**    USA v. Kenner et. al.

## CRIMINAL CAUSE FOR SENTENCING (RESTITUTION PART)(BY VIDEO)

**APPEARANCES:**

**Defense Counsel:** Matthew Whitney Brissenden (Stand-by Counsel)
X Present ___ Not Present
X CJA ___ Retained ___ Federal Defenders

**Defendant:** Phillip A. Kenner
 X Present ___ Not Present
___ On Bond  X In Custody


**Government:** Matthew Haggans

**For Owen Nolan:** Seetha Ramachandran

**Interpreter (Spanish):** _____

**FTR:** 10:44-11:50                **COURTROOM DEPUTY:** JJT

 X  Case called.

 X  Counsel for parties present.

___ Fatico Hearing held

___ Sentencing adjourned to   at   p.m. by video.

 X  Statements of defendant and counsel heard.


**IMPRISONMENT:**

___ The defendant is sentenced on _____

___ To be followed by supervised release:

___ Special conditions of supervised release are as follows:

___ The defendant is remanded to the custody of the US Marshal.

___ The defendant shall surrender _____

___ The court makes the following recommendation to the Bureau of Prisons:

**PROBATION:**

___ The defendant is sentenced to: _____

___ Special conditions of probation: _____

<u>   </u>  During the term of probation, the court will not consider any travel request except for work or family emergencies.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

<u>   </u>  The defendant is ordered to pay a fine in the sum of: $<u>             </u>

<u>   </u>  The fine is payable: <u>             </u>

<u>   </u>  The fine is waived based on the defendant's inability to pay.

<u> X </u>  Restitution is ordered:  <u>$16,300,000.48             </u>

<u>   </u>  Special assessment is imposed in the sum of: $<u>       </u>

<u>   </u>  All open Counts are dismissed on the motion of the Government.

<u> X </u>  The defendant is advised of his right to appeal.

<u> X </u>  OTHER: <u>Defendant and Counsel for the Government consent to proceeding by video for today's sentencing in accordance with the CARES Act. Court determines the restitution amount to be included in the J&C.  In accordance with the Court's ruling at today's hearing, the Government shall file a letter providing the victim's names and amount of restitution owed to each victim.  The Clerk of the Court is directed to mail a copy of this Order to the Defendant.</u>