

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

August 4, 2021

<u>By ECF and Email</u>

The Honorable Joseph F. Bianco
Visiting United States Circuit Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Phillip A. Kenner
              <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      The government respectfully submits this letter to provide the Court with the requested summary chart of the restitution awards against the above-referenced defendant that were imposed by the Court on July 30, 2021 ("the July 30 Hearing"). A transcript of the July 30 Hearing is enclosed as Exhibit A (cited herein as "Tr.").

      In summary, at the July 30 Hearing, the Court adopted the government's revised restitution requests as set forth in ECF 1024, not to include any offsets or credits as to Northern Trust; the supplemental requests set forth in ECF 1082; and $200,000 in losses suffered by victims Ethel Kaiser, Robert Rizzi, and Theodore Hughes, previously summarized in ECF 765. <u>See</u> Tr. at 20, 30. The Court then pronounced the specific restitution awards as to each victim; however, the government neglected to alert the Court to include the amounts due to Rizzi and Hughes. Accordingly, the government includes the Rizzi and Hughes losses in the chart below so they may be included in the Court's final award calculations at the hearing set for this coming Friday, August 6, 2021. The government also provides a revised total amount of restitution awarded, incorporating these additional awards.

| Victim Name | Scheme | Amount | Citation[1] |
|---|---|---:|---|
| Berard, Bryan | Hawaii | 100,000.00 | 35:10-11 |
| Berard, Bryan | Line of Credit | 649,405.00 | 35:11 |
| Berard, Bryan | Ledbetter | 375,000.00 | 35:11 |
| Campbell, Brian | Hawaii | 100,000.00 | 39:12 |
| Campbell, Brian | GSF | 250,000.00 | 39:12-13 |
| DeVries, Greg | Hawaii | 100,000.00 | 39:06 |
| Devries, Greg | Eufora | 100,000.00 | 39:06-07 |
| Devries, Greg | GSF | 250,000.00 | 39:07 |
| Gonchar, Sergei | Line of Credit | 856,668.00 | 34:11 |
| Hughes, Theodore | Hawaii | 66,666.67 | ECF 765 |
| Kaiser, Ethel | Hawaii | 66,666.67 | 35:12-13 |
| Kaiser, John | Hawaii | 1,080,000.00 | 35:13 |
| Kaiser, John | Eufora | 200,000.00 | 35:14 |
| McKee, Jay | GSF | 250,000.00 | 36:19-20 |
| Murray, Glen | Hawaii | 57,447.00 | 36:20 |
| Murray, Glen | Line of Credit | 1,242,769.00 | 36:21-22 |
| Murray, Glen | Eufora | 250,000.00 | 36:21 |
| Murray, Glen | GSF | 250,000.00 | 36:21 |
| Murray, Raymond | GSF | 100,000.00 | 39:13-14 |
| Nash, Tyson | Hawaii | 57,447.00 | 36:22 |
| Nash, Tyson | Eufora | 100,000.00 | 36:22 |

---

[1] All citations are to the transcript of the July 30 Hearing, unless specifically noted otherwise. See Tr., Ex. A.

| Victim Name | Scheme | Amount | Citation[1] |
|---|---|---:|---|
| Nash, Tyson | GSF | 100,000.00 | 36:22-23 |
| Nolan, Owen | Line of Credit | 2,113,804.00 | 38:01 |
| Norstrom, Mattias | Hawaii | 100,000.00 | 39:08 |
| Norstrom, Mattias | Line of Credit | 1,211,897.81 | 39:09 |
| Norstrom, Mattias | GSF | 250,000.00 | 39:09-10 |
| Peca, Michael | Hawaii | 100,000.00 | 38:12 |
| Peca, Michael | Line of Credit | 1,794,392.00 | 38:15 |
| Peca, Michael | Eufora | 100,000.00 | 38:18 |
| Peca, Michael | GSF | 250,000.00 | 38:18 |
| Privitello, Nicholas | Eufora | 200,000.00 | 38:18-19 |
| Ranford, William | Eufora | 400,000.00 | 38:19 |
| Ranford, William | GSF | 300,000.00 | 38:19-20 |
| Rizzi, Robert | Hawaii | 66,666.67 | ECF 765 |
| Rucchin, Steven | Hawaii | 57,447.00 | 38:20 |
| Rucchin, Steven | Line of Credit | 1,010,645.00 | 38:20-21 |
| Rucchin, Steven | Eufora | 150,000.00 | 38:21 |
| Rucchin, Steven | GSF | 50,000.00 | 38:21 |
| Stevenson, Turner | GSF | 100,000.00 | 38:21-22 |
| Stevenson, Turner | GSF | 100,000.00 | 39:17 |
| Sydor, Darryl | Hawaii | 60,000.00 | 38:22 |
| Sydor, Darryl | Line of Credit | 856,200.00 | 38:23 |
| Sydor, Darryl | Eufora | 50,000.00 | 38:23 |
| Sydor, Darryl | GSF | 250,000.00 | 38:23-24 |

| Victim Name | Scheme | Amount | Citation[1] |
|---|---|---|---|
| Tsyplakov, Yelena (Vladimir) | Hawaii | 50,000.00 | 39:14-15 |
| **TOTAL** | - | **$16,223,121.82** | - |

At the July 30 Hearing, the government calculated a total restitution amount of $16,300,000.48. Tr. 40:01-06. The government's calculation was incorrect in two respects. First, it did not include the awards to Rizzi and Hughes that the Court adopted (an increase of $133,333.34). Second, the list of subtotals the government used to calculate the overall total inadvertently did not incorporate the offsets attributable to the recovery of residual Hawaii funds by Gonchar, Glen Murray, Nash, Rucchin, and Sydor (a decrease of $210,212.00).

            Respectfully submitted,

            JACQUELYN M. KASULIS
            Acting United States Attorney

By:  /s/
    Saritha Komatireddy
    J. Matthew Haggans
    Assistant U.S. Attorneys
    (718) 254-6054 / 6127

Enclosures (Tr. of July 30 Hearing, Ex. A)
cc:  Clerk of Court (JFB) (By ECF)
   Phillip A. Kenner, *pro se* (By U.S. Mail)
   Matthew Brissenden, Esq. (Standby Counsel) (By ECF and Email)