**BEFORE:**   Joseph F. Bianco U.S.C.J (Sitting by Designation)
**DATE:**   08/06/2021   **TIME:** 9:00 A.M.   **TIME IN COURT:** 15 Minutes
**DOCKET #:**   CR 13-00607
**CAPTION:**   USA v. Kenner et. al.

## CRIMINAL CAUSE FOR TELEPHONE CONFERENCE/SENTENCING (RESTITUTION PART)
### (BY TELEPHONE)

**APPEARANCES:**

**FILED**
**CLERK**

4:15 pm, Aug 06, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**Defendant:** Phillip A. Kenner
___ Present   _X_ Not Present
___ On Bond   _X_ In Custody

**Defense Counsel:** Matthew Whitney Brissenden (Stand-by Counsel)
_X_ Present   ___ Not Present
_X_ CJA   ___ Retained   ___ Federal Defenders

**Government:** Matthew Haggans

**For Owen Nolan:** Seetha Ramachandran

**Interpreter (Spanish):** _____

**FTR:** _____   **COURTROOM DEPUTY:** DJF

_X_ Case called.

_X_ Counsel for parties present.

___ Fatico Hearing held

___ Sentencing adjourned to _____.

___ Statements of defendant and counsel heard.

**IMPRISONMENT:**

___ The defendant is sentenced on _____

___ To be followed by supervised release:

___ Special conditions of supervised release are as follows:

___ The defendant is remanded to the custody of the US Marshal.

___ The defendant shall surrender _____

___ The court makes the following recommendation to the Bureau of Prisons:

**PROBATION:**

___ The defendant is sentenced to: _____

___ Special conditions of probation: _____

___ During the term of probation, the court will not consider any travel request except for work or family emergencies.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

___ The defendant is ordered to pay a fine in the sum of: $_____

___ The fine is payable: _____

___ The fine is waived based on the defendant's inability to pay.

___ Restitution is ordered: _____

___ Special assessment is imposed in the sum of: $_____

___ All open Counts are dismissed on the motion of the Government.

___ The defendant is advised of his right to appeal.

_X_ OTHER: The Defendant did not appear for today's telephone conference. The telephone conference/sentencing regarding the restitution portion of the Defendant's sentence will be adjourned to Friday, August 13, 2021 at 9:00 a.m. by video.  The video link will be forwarded to the parties in advance of the conference.  Dial In:  (571) 353-2300, Call ID:  613098346.