UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

– against –

PHILLIP A. KENNER, and
TOMMY C. CONSTANTINE,
  also known as
  "Tommy C. Hormovitis,"

        Defendants.
----------------------------------------X

ORDER
13 CR 0607 (JFB)

JOSEPH F. BIANCO, Circuit Judge (sitting by designation):

On July 21, 2021, counsel for Owen Nolan filed a letter motion to strike the third-party forfeiture petitions of Bryan Berard, John Kaiser, Tyson Nash, Michael Peca and Kristin Peca, and Joe Juneau, as untimely and defective. The petitioners shall file a response to the motion on before September 30, 2021, and any reply from Owen Nolan shall be filed on or before October 15, 2021.

Counsel for Owen Nolan shall serve a copy of its motion and this Order on the above-referenced petitioners.

SO ORDERED.

/s/Joseph F. Bianco

JOSEPH F. BIANCO
UNITED STATES CIRCUIT JUDGE
(sitting by designation)

Dated:    August 12, 2021
           Central Islip, New York