# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

666 Old Country Road, Suite 501          516-683-8500, Fax: 516-683-8410
Garden City, New York 11530          matthew.w.brissenden@gmail.com

August 13, 2021

**Via ECF**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

         Re:     *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

     This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant. Yesterday, at Mr. Kenner's request, I filed his most recent *pro se* submission under seal. *See* Docket Entry 1104. A copy of this filing was furnished to the Government by email.

     At the Court's direction, I am refiling that document publicly, with the sensitive portions and exhibits redacted. I would ask that the complete, unredacted document remain under seal at Docket Entry 1104.

     Thank you for your consideration.

                                                   Respectfully submitted,

                                                 /s/

                                                 Matthew W. Brissenden

cc:     AUSA Matthew Haggans
        Phillip Kenner