**Privitello Nick**

Jan 26, 2012 7:28 PM

> Phil I'll call u tomorrow... Hands full with the kids.. I'll see what I have as far as the docs and I'll ask smitty too... Tks

iMessage

> Just email them to me at pak33@mac.com. Take care of your kids. Most important. Thanks for getting the docs so we can try to sort out the deals. I hope you are well.

Jan 27, 2012 10:18 AM

> When will you have the