

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

August 17, 2021

<u>By ECF and Email</u>

The Honorable Joseph F. Bianco
Visiting United States Circuit Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Phillip A. Kenner
                <u>Criminal Docket No. 13-607 (JFB)</u>

Dear Judge Bianco:

      As directed by the Court at the final restitution hearing held on August 13, 2021, in the above-referenced matter, the government hereby submits a revised chart of the restitution awarded by the Court in this case as to the above-referenced defendant.  <u>See</u> <u>also</u> Tr. of Hr'g (July 30, 2021; Aug. 13, 2021).  The government has previously provided a version of this chart in Microsoft Word format to the Court's deputy.

                                Respectfully submitted,

                                JACQUELYN M. KASULIS
                                Acting United States Attorney

                By:    /s/
                     Saritha Komatireddy
                     J. Matthew Haggans
                     Assistant U.S. Attorneys
                     (718) 254-6054 / 6127

cc:    Clerk of Court (JFB) (By ECF)
       Phillip A. Kenner, *pro se* (By U.S. Mail)
       Matthew Brissenden, Esq. (Standby Counsel) (By ECF and Email)

| Victim Name | Scheme | Amount |
|---|---|---:|
| Berard, Bryan | Hawaii | 100,000.00 |
| Berard, Bryan | Line of Credit | 649,405.00 |
| Berard, Bryan | Ledbetter | 375,000.00 |
| Campbell, Brian | Hawaii | 100,000.00 |
| Campbell, Brian | GSF | 250,000.00 |
| DeVries, Greg | Hawaii | 100,000.00 |
| Devries, Greg | Eufora | 100,000.00 |
| Devries, Greg | GSF | 250,000.00 |
| Gonchar, Sergei | Line of Credit | 856,668.00 |
| Hughes, Theodore | Eufora | 66,666.67 |
| Kaiser, Ethel | Eufora | 66,666.67 |
| Kaiser, John | Hawaii | 1,080,000.00 |
| Kaiser, John | Eufora | 200,000.00 |
| McKee, Jay | GSF | 250,000.00 |
| Murray, Glen | Hawaii | 57,447.00 |
| Murray, Glen | Line of Credit | 1,242,769.00 |
| Murray, Glen | Eufora | 250,000.00 |
| Murray, Glen | GSF | 250,000.00 |
| Murray, Raymond | GSF | 100,000.00 |
| Nash, Tyson | Hawaii | 57,447.00 |
| Nash, Tyson | Eufora | 100,000.00 |
| Nash, Tyson | GSF | 100,000.00 |
| Nolan, Owen | Line of Credit | 2,113,804.00 |

| Victim Name | Scheme | Amount |
|---|---|---:|
| Norstrom, Mattias | Hawaii | 100,000.00 |
| Norstrom, Mattias | Line of Credit | 1,211,897.81 |
| Norstrom, Mattias | GSF | 250,000.00 |
| Peca, Michael | Hawaii | 100,000.00 |
| Peca, Michael | Line of Credit | 1,794,392.00 |
| Peca, Michael | Eufora | 100,000.00 |
| Peca, Michael | GSF | 250,000.00 |
| Privitello, Nicholas | Eufora | 200,000.00 |
| Ranford, William | Eufora | 400,000.00 |
| Ranford, William | GSF | 300,000.00 |
| Rizzi, Robert | Eufora | 66,666.67 |
| Rucchin, Steven | Hawaii | 57,447.00 |
| Rucchin, Steven | Line of Credit | 1,010,645.00 |
| Rucchin, Steven | Eufora | 150,000.00 |
| Rucchin, Steven | GSF | 50,000.00 |
| Stevenson, Turner | GSF | 100,000.00 |
| Stevenson, Turner | Hawaii | 100,000.00 |
| Sydor, Darryl | Hawaii | 60,000.00 |
| Sydor, Darryl | Line of Credit | 856,200.00 |
| Sydor, Darryl | Eufora | 50,000.00 |
| Sydor, Darryl | GSF | 250,000.00 |
| Tsyplakov, Yelena (Vladimir) | Hawaii | 50,000.00 |
| **TOTAL** | - | **$16,223,121.82** |