CRIMINAL CAUSE FOR SENTENCING (RESTITUTION) (By Video)

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
DATE: 8/13/2021     TIME: 9:00 p.m.     TIME IN COURT: 28 mins.

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)     TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
 X NOT PRESENT   X IN CUSTODY

ATTY. FOR DEFT.: Matthew Whitney Brissenden (Stand-by Counsel)
 X NOT PRESENT   X C.J.A

A.U.S.A.: Matthew Haggans

COUNSEL FOR INTERESTED PARTIES:

FTR: 9:14 – 9:42                         DEPUTY CLERK: JJT

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___    SENTENCING ADJOURNED TO BY VIDEO.

 X    OTHER:
       -Court clarifies and finalizes the amount of restitution in the
       amount of $16,223,121.82. The Government shall submit a revised
       summary chart of the restitution awards to be included in the J&C.
       -Court once again advises defendant of his appellate rights.
       -Court denies the defendant's motion for compassionate release.
       Written decision to follow.