## CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE (Forfeiture)

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
DATE: 8/25/2021   TIME: 3:00 p.m.   TIME IN COURT: 32 minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)   TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
 X NOT PRESENT   __ IN CUSTODY
ATTY. FOR DEFT.:
 __ PRESENT   X C.J.A

DEFT NAME: TOMMY C. CONSTANTINE (2)
 __ NOT PRESENT   __ ON BAIL
ATTY. FOR DEFT.:
 X PRESENT   X RETAINED

FILED
CLERK
5:19 pm, Aug 25, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

A.U.S.A.: Madeline M. O'Connor & Diane C. Leonardo-Beckmann

COUNSEL FOR INTERESTED PARTIES:

George Kostolampros, Xochitl S. Strohbehn, Doreen Martin, Kelly Weiner (Danske Bank)

John Holden (Silverpeak)

Seetha Ramachandran (Owen Nolan)

Christopher Hill (CHSL)

Mark Wolinsky (Pro Se - Diamante)

Thomas Souther (DCSL)

FTR: 3:18 - 3:50   DEPUTY CLERK: JJT

 X   CASE CALLED.

 X   OTHER: Government has tendered a settlement offer that Danske Bank shall respond to by the end of the week. If the Bank accepts the settlement, the Government shall have two-weeks in which to obtain approval from Main Justice. If the Government does not have a timely response from Main Justice it shall file a letter explaining the delay. A further Telephone Status Conference is scheduled for 9/24/21 at 3:00 pm. Parties shall dial 877-336-1829, and enter access code 8689549.