# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Phillip Kenner

Docket No.: 13-CR-607

Joseph F. Bianco
(District Court Judge)

Notice is hereby given that Phillip Kenner appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____
(specify)

entered in this action on 9/17/21
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✔]   Other [ ]

Defendant found guilty by plea [ ]   | trial [✔]   | N/A [ ]

Offense occurred after November 1, 1987?   Yes [✔]   No [ ]   N/A [ ]

Date of sentence: 10/5/20   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Matthew W. Brissenden |
| Counsel's Address: | Matthew W. Brissenden, P.C. |
| | 666 Old Country Road, Ste. 501, Garden City, NY 11530 |
| Counsel's Phone: | (516) 683-8500 |
| Assistant U.S. Attorney: | Matthew Haggans; Saritha Komatireddy |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, New York 11201 |
| AUSA's Phone: | (718) 254-6127; (718) 254-6054 |

Signature