

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JHK:DCL:MMO

610 Federal Plaza
Central Islip, New York 11722

September 20, 2021

Honorable Joseph F. Bianco
United States Circuit Judge
Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.**

★ SEP 21 2021 ★

LONG ISLAND OFFICE

      Re:    United States v. Kenner and Constantine
                  No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      The government respectfully submits this letter to request an adjournment of the status conference currently scheduled for September 25, 2021. Since the status conference held on August 25, 2021, counsel for Danske Bank, Silverpeak and the government have discussed and negotiated substantive changes to the previously agreed upon settlement terms and have exchanged drafts. At present, the government is awaiting receipt of Danske Bank's and Silverpeak's proposed revisions to the draft settlement stipulation. The government thus requires additional time to finalize the settlement terms and seek approval from the necessary government officials before finalizing the settlement terms. Under these circumstances, the government respectfully requests at least a three-week adjournment of the status conference, presently scheduled for September 25, 2021, to a date convenient to the Court.

SO ORDERED
/s/ Joseph F. Bianco

Joseph F. Bianco, USCJ
Sitting by Designation.

Date: Sep. 21, 20 21

Central Islip, N.Y.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By:   /s/ Diane C. Leonardo
       Madeline O'Connor
       Diane C. Leonardo
       Assistant U.S. Attorneys
       (631) 715-7870
       (631) 715-7854

cc: All counsel of record by ECF

*Request granted. Status conference is adjourned to Tuesday, October 19, 2021, at 3:00 p.m.*