

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JHK:DCL:MMO

610 Federal Plaza
Central Islip, New York 11722

October 15, 2021

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  OCT 18 2021  ★

LONG ISLAND OFFICE

Honorable Joseph F. Bianco
United States Circuit Judge
Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

Re:   United States v. Kenner and Constantine
      No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

The government respectfully submits this letter to request an adjournment of the status conference currently scheduled for October 19, 2021. Since the status conference held on August 25, 2021, counsel for Danske Bank, Silverpeak and the government have discussed and negotiated substantive changes to the previously agreed upon settlement terms and have exchanged several drafts of a stipulation of settlement. As of today, the parties have reached an agreement in principle subject to further government supervisory review and approvals. The government thus requires additional time to seek approval from the necessary government officials before finalizing the settlement. Under these circumstances, the government respectfully requests at least a three-week adjournment of the status conference, presently scheduled for October 19, 2021, to a date convenient to the Court.

Request granted. The status conference is adjourned until November 8, 2021, at 4:00 p.m.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By:   /s/ Diane C. Leonardo
      Madeline O'Connor
      Diane C. Leonardo
      Assistant U.S. Attorneys
      (631) 715-7870
      (631) 715-7854

cc: All counsel of record by ECF

SO ORDERED
/s/Joseph F. Bianco

Joseph F. Bianco, USCJ
Sitting by Designation.

Date: Oct. 18, 20 21

Central Islip, N.Y.