

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JHK:DCL:MMO

610 Federal Plaza
Central Islip, New York 11722

November 3, 2021

**FILED**
**CLERK**

5:06 pm, Nov 05, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

Re:   United States v. Kenner and Constantine
      No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

The government respectfully submits this letter to request an adjournment of the status conference currently scheduled for November 8, 2021. The parties reached an agreement as to the terms of a proposed settlement, subject to necessary supervisory review approvals within the Department of Justice ("Department"). The government has obtained approval of the settlement from the USAO-EDNY Office and is in the process of seeking approval of the settlement from the Money Laundering and Asset Forfeiture Section and the Deputy Attorney General at the Department. As such, the government respectfully requests an additional three-week adjournment of the status conference, presently scheduled for November 8, 2021, to a date convenient to the Court.

*Request granted. The status conference is adjourned to November 30, 2021, at 3:00 pm.*

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Madeline O'Connor
      Madeline O'Connor
      Diane C. Leonardo
      Assistant U.S. Attorneys
      (631) 715-7870
      (631) 715-7854

cc: All counsel of record by ECF

SO ORDERED
/s/Joseph F. Bianco

Joseph F. Bianco, USCJ
Sitting by Designation.

Date: Nov. 5, 2021

Central Islip, N.Y.