## CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 11/29/2021     TIME: 3:10 p.m.     TIME IN COURT: 10 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)     TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
___ PRESENT  X  NOT PRESENT     X  IN CUSTODY  ___ ON BAIL

ATTY. FOR DEFT.: Matthew Whitney Brissenden (Stand-by Counsel)

___ PRESENT  X  NOT PRESENT     ___ RET   X  C.J.A   ___ FED. DEF. OF NY, INC.

DEFT NAME: TOMMY C. CONSTANTINE (2)
___ PRESENT  X  NOT PRESENT     ___ IN CUSTODY   X  ON BAIL

ATTY. FOR DEFT.: Sanford Talkin

___ PRESENT  X NOT PRESENT     X RET   ___ C.J.A   ___ FED. DEF. OF NY, INC.


A.U.S.A. Madeline M. O'Connor, Diane C. Leonardo

COUNSEL FOR INTERESTED PARTIES:

For Diamante and Ken Jowdy: Kevin P. Mulry, Thomas Souther

For Danske Bank:         George Kostolampros, Xochitl S. Strohbehn,
                         Doreen S. Martin, Kelly Weiner

For Owen Nolan:          Seetha Ramachandran

For Silver Peak:         John Holden

For Homeowners:          Marc Wolinsky

DEPUTY CLERK: DJF

FTR: 3:10-3:18

COURT REPORTER:    ___ M. FOLEY   ___ F. GUERINO   ___ P. LOMBARDI
                   ___ L. SCHMID  ___ M. STEIGER

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___   STATUS CONFERENCE/ORAL RULINGS _____

___   DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

___   DEFENDANT TOMMY C. CONSTANTINE REMAINS ON BOND.

__X__  OTHER:   __The Court directs the Government to submit a detailed explanation by January 7, 2022 outlining why this matter is taking so long to resolve.__