

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JA:BGK:JHK:DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

January 31, 2022

Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

        Re:    United States v. Kenner and Constantine
                   No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      The government respectfully submits this letter to provide an update on the settlement status. The review process has progressed significantly since the government's last filing on January 7, 2022. To date, the Money Laundering and Asset Recovery Section of the Department of Justice in Washington ("the Department"), the U.S. Marshals Service, and the Office of International Affairs have reviewed and/or been consulted regarding the proposed settlement, and the proposed settlement is currently under review by the Criminal Division of the Department. The government respectfully proposes that it file a letter on or before February 25, 2022, providing the Court with an update of the settlement status if the review process has not been completed as of that date.

                                           Respectfully submitted,

                                           BREON PEACE
                                           United States Attorney

                         By:    /s/ Madeline O'Connor
                                 Madeline O'Connor
                                 Diane C. Leonardo
                                 Assistant U.S. Attorneys
                                 (631) 715-7870
                                 (631) 715-7854

cc:  All counsel of record by ECF