

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JHK:DCL:MMO

*610 Federal Plaza
Central Islip, New York 11722*

February 25, 2022

Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

       Re:   United States v. Kenner and Constantine
                No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      The government respectfully submits this letter to provide an update on the settlement status. The review process has been completed and the proposed settlement has received all necessary approvals by the government. The parties will now execute a stipulation, and, under the terms of the stipulation, closing of the sale of the DCSL Loan from Danske to Diamante Resort should occur within 120 days of execution of the stipulation.

                                     Respectfully submitted,

                                     BREON PEACE
                                     United States Attorney

      By:    /s/ Madeline O'Connor
                 Madeline O'Connor
                 Diane C. Leonardo
                 Assistant U.S. Attorneys
                 (631) 715-7870
                 (631) 715-7854

cc: All counsel of record by ECF