

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BGK:DCL:MMO
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

June 27, 2022

<u>By ECF</u>
The Honorable Joseph F. Bianco
United States Circuit Judge
Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

      Re:    <u>United States v Kenner and Constantine</u>
              <u>Criminal Docket No. CR-13-607 (S-2)(JFB)</u>

Dear Judge Bianco:

      Enclosed please find a proposed Supplemental Preliminary Order of Forfeiture for Your Honor's consideration.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Madeline O'Connor
      Madeline O'Connor
      Diane C. Leonardo
      Assistant U.S. Attorneys
      (631) 715-7870
      (631) 715-7854

Encl.:  Supplemental Preliminary Order of Forfeiture
cc:     Counsel of Record (by ECF)