# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

July 8, 2022

**Via ECF and Email**

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
1040 Federal Plaza
Central Islip, New York 11722

      Re:    *United States v. Kenner*, 13-CR-607

Dear Judge Bianco,

    This office has been appointed as standby counsel to assist Phillip Kenner in his capacity as a *pro se* litigant.

    I have forwarded Mr. Kenner a copy of the Government's proposed Supplemental Preliminary Order of Forfeiture (ECF 1158), and have informed him of the Court's scheduling order, which requires any objections to be filed by July 15, 2022.

    Mr. Kenner has asked for an additional thirty days to research the issues and prepare his response, if any. Accordingly, I am respectfully requesting that the Defendant's time to respond be extended to August 15, 2022.

    Thank you for considering this request.

                                    Respectfully submitted,

                                             /s/

                                      Matthew W. Brissenden

cc:    AUSA Madeline O'Connor (via email)
         Phillip Kenner (via regular mail)