Case 2:13-cr-00607-JFB-AYS   Document 1164   Filed 07/25/22   Page 1 of 6 PageID #: 36986

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

WESTCHESTER NY 105
22 JUL 2022 PM 4 L
NEOPOST
07/01/2022
US POSTAGE $000.53⁰

ZIP 11722
041L11255308

FIRST-CLASS MAIL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 25 2022 ★
LONG ISLAND OFFICE

RETURN TO SENDER
UNABLE TO IDENTIFY ADDRESSEE
INMATE NO LONGER AT THIS FACILITY
INMATE NAME & NUM DO NOT MATCH
OTHER

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 25 2022 ★
LONG ISLAND OFFICE

11232-900101

631-715-7840
Fax: 631-715-7922
Email: demetri.jones@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Diane C. Leonardo**
United States Attorneys Office
610 Federal Plaza
Central Islip, NY 11722
631-715-7854
Fax: 631-715-7920
Email: diane.beckmann@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**James M. Miskiewicz**
United States Attorneys Office
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
631-715-7841
Fax: 631-715-7920
Email: james.miskiewicz@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Madeline M. O'Connor**
U.S. Attorney's Office EDNY
610 Federal Plaza, 5th Floor
Central Islip, NY 11722
631-715-7870
Fax: 631-715-7920
Email: madeline.oconnor@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Matthew Haggans**
United States Attorney's Office
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6127
Fax: 718-254-6076
Email: matthew.haggans@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2022 | 1158 | Supplemental MOTION for Forfeiture of Property by USA as to Phillip A. Kenner, Tommy C. Constantine. (Attachments: # 1 Proposed Order) (O'Connor, Madeline) (Entered: 06/27/2022) |
| 06/30/2022 | | SCHEDULING ORDER: Any response to the Government's 1158 Supplemental MOTION for Forfeiture of Property is due by July 15, 2022. Ordered by Circuit Judge VJ-Joseph F Bianco on 6/30/2022. (Toritto, Jim) (Entered: 06/30/2022) |

APPEAL,MAG,PROSE

## U.S. District Court
## Eastern District of New York (Central Islip)
## CRIMINAL DOCKET FOR CASE #: 2:13-cr-00607-JFB-AYS-1

Case title: USA v. Kenner et al

Date Filed: 10/29/2013

Date Terminated: 09/17/2021

Assigned to: Circuit Judge VJ-Joseph F Bianco
Referred to: Magistrate Judge Anne Y. Shields

### Defendant (1)

**Phillip A. Kenner**
No. 07480-408
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329001
Brooklyn, NY 11232
*TERMINATED: 09/17/2021*

represented by **Jeffrey G. Pittell**
Maher & Pittell LLP
42-40 Bell Blvd.
Suite 302
Bayside, NY 11361
516-829-2299
Fax: 516-977-3003
Email: jp@jpittell.com
*TERMINATED: 02/22/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Joseph J Ferrante**
Keahon, Fleischer & Ferrante
1393 Veterans Memorial Highway
Suite 312 North
Hauppauge, NY 11788
631-361-5360
Fax: 631-361-5365
Email: joefesq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Matthew W. Brissenden**
Matthew W. Brissenden PC
666 Old Country Road, Suite 501
Garden City, NY 11530-2004
Email: matthew.w.brissenden@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Matthew Whitney Brissenden**
Stephen Scaring PC
666 Old Country Road
Suite 501
Garden City, NY 11530
516-683-8500
Fax: 516-683-8410
Email: mbrissenden@scaringlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Richard Haley**
Haley, Weinblatt & Calcagni, LLP
One Suffolk Square
1601 Veterans Memorial Highway
Suite 425
Islandia, NY 11749
631-582-5151
Email: rdh@hwclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jesse M. Siegel**
Law Office of Jesse Siegel
299 Broadway, Suite 800
New York, NY 10007
212-207-9009
Email: jessemsiegel@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Randi L. Chavis**
Federal Defenders of New York, Inc.
770 Federal Plaza
Central Islip, NY 11722
631-712-6500
Fax: 631-712-6505
Email: randi_chavis@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Richard D. Haley , Jr.**
Haley Weinblatt & Calgagni, LLP
One Suffolk Square
1601 Veterans Memorial Highway, Suite 425
Islandia, NY 11749
(631) 234-7108
Email: rdh@hwclaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

18:1349 an 3551 et seq ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD Forfeiture Allegation: 18:981(a)(1)(C); 21:853(p); 28:2461(c)
(1ss)

18:1343,2 and 3551 et seq FRAUD BY WIRE, RADIO, OR TELEVISION Forfeiture Alligation: 18:981(a)(1)(C); 21:853(p); 28:2461(c)
(2ss-4ss)

18:1343, 2 and 3551 et seq FRAUD BY WIRE, RADIO, OR TELEVISION Forfeiture Alligation: 18:981(a)(1)(C); 21:853(p); 28:2461(c)
(7ss)

## Disposition

JUDGMENT: Deft. sentenced to two hundred and four (204) months to run concurrent with each count. Supervised Release: 3 years to run concurrent with each count. Special Assessment: $100.00 on each count. Restitution: $16,223,121.82.

JUDGMENT: Deft. sentenced to two hundred and four (204) months to run concurrent with each count. Supervised Release: 3 years to run concurrent with each count. Special Assessment: $100.00 on each count. Restitution: $16,223,121.82.

JUDGMENT: Deft. sentenced to two hundred and four (204) months to run concurrent with each count. Supervised Release: 3 years to run concurrent with each count. Special Assessment: $100.00 on each count. Restitution: $16,223,121.82.

| | |
|---|---|
| 18:1956(h) and 3551 et seq. LAUNDERING OF MONETARY INSTRUMENTS Forfeiture Alligation 18:982(a)(1) and 982(b)(1); 21:853(p) (9ss) | JUDGMENT: Deft. sentenced to two hundred and four (204) months to run concurrent with each count. Supervised Release: 3 years to run concurrent with each count. Special Assessment: $100.00 on each count. Restitution: $16,223,121.82. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1349 and 3551 et seq. ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD; Forfeiture Allegation 18:981(a)(1)(C), 28:2461(c) (1) | Dismissed on the motion of the United States |
| 18:1349 and 3551 et seq. ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD FORFEITURE ALLEGATION: 18:981(a)(1)(C);21:853(p);28:2461(c) (1s) | Dismissed on the motion of the United States |
| 18:1343, 2 and 3551 et seq. FRAUD BY WIRE, RADIO, OR TELEVISION; Forfeiture Allegation 18:981(a)(1)(C), 28:2461(c) (2-9) | Dismissed on the motion of the United States |
| 18:1343,2 and 3551 et seq FRAUD BY WIRE, RADIO, OR TELEVISION FORFEITURE ALLEGATION: 18:981(a)(1)(C);21:853(p);28:2461(c) (2s-6s) | Dismissed on the motion of the United States |
| 18:1343,2 and 3551 et seq FRAUD BY WIRE, RADIO, OR TELEVISION Forfeiture Alligation: 18:981(a)(1)(C); 21:853(p); 28:2461(c) (5ss-6ss) | Dismissed on the motion of the United States |
| 18:1343,2 and 3551 et seq. FRAUD BY WIRE, RADIO, OR TELEVISION FORFEITURE ALLEGATION: 18:981(a)(1)(C);21:853(p);28:2461(c) (7s-8s) | Dismissed on the motion of the United States |
| 18:1343, 2 and 3551 et seq FRAUD BY WIRE, RADIO, OR TELEVISION Forfeiture Alligation: 18:981(a)(1)(C); 21:853(p); 28:2461(c) (8ss) | Dismissed on the motion of the United States |
| 18:1956(h) and 3551 et seq. MONEY LAUNDERING – CONTINUING CRIMINAL ENTERPRISE FORFEITURE ALLEGATION 18:982(a)(1) and 982(b)(1); 28:853(p) (9s) | Dismissed on the motion of the United States |
| 18:1956(h) and 3551 et seq. MONEY LAUNDERING – FRAUD, OTHER; Forfeiture Allegation 18:982(a)(1) (10) | Dismissed on the motion of the United States |

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Interested Party**

| | | |
|---|---|---|
| **Ronald Richards** | represented by | **Anthony M. LaPinta**<br>Anthony M. La Pinta<br>200 Vanderbilt Motor Parkway<br>Suite C-17<br>Hauppauge, NY 11788<br>631-231-1199<br>Email: lapintaesq@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Michael H. Soroka**<br>300 Old Country Road<br>Suite 341<br>Mineola, NY 11501<br>516-742-2002<br>Fax: 516-742-0953<br>Email: sorokaesq@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Carrie Nicole Capwell**<br>United States Attorneys Office<br>560 Federal Plaza<br>Central Islip, NY 11722<br>631-715-7836<br>Fax: (718) 254-6327<br>Email: carrie.capwell@usdoj.gov<br>*TERMINATED: 06/24/2014*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney*<br><br>**Saritha Komatireddy**<br>US Attorney's Office - EDNY<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br>718-254-6054<br>Fax: 718-254-6076<br>Email: saritha.komatireddy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney*<br><br>**Demetri M. Jones**<br>United States Attorneys Office<br>Eastern District of New York<br>610 Federal Plaza<br>Central Islip, NY 11722 |